## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

## SUMMARY COVER SHEET TO ELEVENTH AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 1, 2022 THROUGH DECEMBER 26, 2025

| Name of Applicant: | | Stout Risius Ross, LLC (fka The Claro Group, LLC) |
|---|---|---|
| Applicant's Professional Role in Case | | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors |
| Date Order of Employment Signed | | Effective June 1, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] |
| | **Beginning of Period** | **End of Period** |
| Interim time period covered by this Application (the "**Eleventh Application Period**"): | 11/1/2025 | 12/26/2025 |
| Final time period covered by this Application (the "**Final Application Period**") | 06/01/2022 | 12/26/2025 |
| Time period(s) covered by prior Applications: | 06/01/2022 | 06/30/2022 (1st Interim Fee Application) |
| | 07/01/2022 | 10/31/2022 (2nd Interim Fee Application) |
| | 11/01/2022 | 02/28/2023 (3rd Interim Fee Application) |
| | 03/01/2023 | 06/30/2023 (4th Interim Fee Application) |
| | 07/01/2023 | 10/31/2023 (5th Interim Fee Application) |
| | 03/01/2024 | 06/30/2024 (6th Interim Fee Application) |
| | 07/01/2024 | 10/31/2024 (7th Interim Fee Application) |
| | 11/01/2024 | 02/28/2025 (8th Interim Fee Application) |
| | 03/01/2025 | 06/30/2025 (9th Interim Fee Application) |
| | 07/01/2025 | 10/31/2025 (10th Interim Fee Application) |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| **Total amounts awarded in all prior Applications:** | $1,201,162.50 (Fees) $3,212.38 (Expenses) <br><br> Total Awarded: $1,204,374.88 |
| **Total professional hours covered by this Application for the Eleventh Application Period** | 119.00 |
| **Total professional fees for the Eleventh Application Period** | $53,651.50 |
| **Reimbursable expenses sought in this Application for the Eleventh Application Period** | $1,509.78 |
| **Total professional fees sought in this Application for the Final Application Period** | $1,254,814.00 |
| **Reimbursable expenses sought in this Application for the Final Application Period** | $4,722.16 |
| **Estimated Fees Incurred for Preparing Final Fee Application (12/27/25 – 2/27/26) (the "Post Effective Date Period")** | $7,982.00 |
| **Estimated Reimbursable expenses sought for the Post Effective Date Period** | $0.00 |
| **Grand Total Fees Sought (including Estimated Fees for the Post Effective Date Period):** | $1,262,796.00 |
| **Grand Total Reimbursable Expenses Sought (including Estimated Expenses for the Post Effective Date Period):** | $4,722.16 |

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the Eleventh Application Period.

2

## SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
## NOVEMBER 1, 2025 THROUGH DECEMBER 26, 2025

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635.00 | 34.20 | $21,717.00 |
| Schwab, Matt | Managing Director | $625.00 | 3.40 | $2,125.00 |
| Boswell, Anne Margaret | Manager | $370.00 | 42.70 | $15,799.00 |
| Ramljak, Danny | Manager | $370.00 | 33.70 | $12,469.00 |
| Martisauski, Brad | Manager | $370.00 | 0.60 | $222.00 |
| Cortens, Morgan | Associate | $305.00 | 3.50 | $1,067.50 |
| Rhodes, Freddie | Analyst | $280.00 | 0.90 | $252.00 |
| **TOTAL** | | | **119.00** | **$53,651.50** |

4933-2252-7890.2 05067.00003

## COMPENSATION AND HOURS BY TASK
## NOVEMBER 1, 2025 THROUGH DECEMBER 26, 2025

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Communication with Counsel | 1.90 | $859.00 |
| Coverage Analysis | 6.10 | $2,706.00 |
| Deposition Prep / Deposition | 42.40 | $21,143.00 |
| Fee Applications | 10.90 | $4,192.00 |
| Opposing Expert Deposition Preparation | 17.60 | $6,655.50 |
| Report Drafting / Editing | 5.90 | $3,592.00 |
| Valuation Model Development and Reporting | 34.20 | $14,504.00 |
| **TOTAL** | **119.00** | **$53,651.50** |

4933-2252-7890.2 05067.00003

The total amount of expenses by expense type for Stout during the Eleventh Application Period is listed below.

**EXPENSES BY CATEGORY**
**NOVEMBER 1, 2025 THROUGH DECEMBER 26, 2025**

| Expense Category | Amount |
|---|---|
| Airfare | $896.67 |
| Hotels | $339.41 |
| Ground Transportation | $273.70 |
| **TOTAL** | **$1,509.78** |

4933-2252-7890.2 05067.00003

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ELEVENTH AND FINAL APPLICATION FOR
### ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 1, 2022 THROUGH DECEMBER 26, 2025

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026 AT 9:30 A.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its eleventh and final application (the "Application") for (a) approval of compensation in the amount of $53,651.50 and reimbursement of expenses in the amount of $1,509.78 for the period November 1, 2025 through December 26, 2025 (the "Eleventh Application Period"); (b) final approval

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

of all fees and expenses for the period June 1, 2022 through December 26, 2025 (the "Final Application Period"), in the amount of $1,254,814.00 in fees and $4,722.16 in expenses incurred, which is inclusive of $1,201,162.50 in fees and $3,212.38 expenses which were previously approved on an interim basis for the period June 1, 2022 through October 31, 2025, and (c) final approval of estimated fees in the amount of $7,982.00 and estimated expenses in the amount of $0 incurred for preparing its final fee application during the period December 27, 2025 through February 27, 2026 (the "Post Effective Date Period"), for a total final award of $1,267,518.16, pursuant to 11 U.S.C. §§ 330 and 331 (the "Bankruptcy Code").

## I. **INTRODUCTION**

In this Application, Stout seeks final allowance and payment, to the extent unpaid, of the amounts set forth below for work performed during the Eleventh Application Period:

| Period Covered | Total Fees Incurred | Expenses Incurred | Fees Approved | Expenses Approved | Amount Received |
|---|---|---|---|---|---|
| 11/01/25 – 11/30/25 | $47,452.00 | $1,509.78 | $0.00 | $0.00 | $0.00 |
| 12/01/25 – 12/26/25 | $6,199.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$53,651.50** | **$1,509.78** | **$0.00** | **$0.00** | **$0.00** |

4933-2252-7890.2 05067.00003

## II.  **JURISDICTION AND VENUE**

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III.  **BACKGROUND**

A.      **Introduction**

4.      On May 1, 2020, the Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code.

5.      The Debtor remained in possession of its property and managed its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101, *et. seq.* , through December 26, 2025, the effective date of the confirmed Joint Plan of reorganization.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478]. The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

4933-2252-7890.2 05067.00003

**B.**     **Employment of Claro**

7.     On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of June 1, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.     On May 19, 2022, this Court entered its Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of June 1, 2022, and (II) Allowing Claro Group, LLC Access to Claims [Docket No. 1555] (the "Retention Order"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

**C.**     **Stout's Acquisition of Claro**

9.     On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement became employees of Stout.

### IV.  WORK PERFORMED

10.     Stout has provided expert consultant and expert witness services to the Official Committee of Unsecured Creditors (the "Committee") in this chapter 11 case. This Application seeks final approval of compensation for professional services rendered and reimbursement of expenses incurred during the Final Application Period and approval of services rendered and reimbursement of expenses incurred during the Eleventh Application Period.

11.     Stout has attached to this Application (**Exhibit A)** copies of all previously filed interim fee applications that were approved by order of the court; (**Exhibit B**) a summary and detailed schedule of fees and expenses for the Eleventh Application Period; and (**Exhibit C**) a summary and detailed

schedule of fees incurred in connection with the preparation of this Application during the Post Effective Date Period.

## V.  SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

12.    During the Final Application Period, Stout performed work primarily in the following eleven areas: (a) analysis of ANO historical settlements; (b) analysis of rebuttal reports; (c) analysis of settlements, verdicts, and victim compensation funds; (d) claimant file analysis; (e) communication with counsel; (f) coverage analysis; (g) deposition prep / deposition; (h) fee applications; (i) opposing expert deposition preparation; (j) report drafting / editing; and (k) valuation model development and reporting. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached **Exhibits A** and **B. Exhibits A** and **B** identify the professionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    Analysis of ANO Historical Settlements

13.    To gain an understanding of the Debtor's historical experience with respect to sexual abuse claims, Stout reviewed previously resolved sexual abuse claims. Stout also analyzed information relating to prior ANO tort settlements, including unredacted settlement agreements and documentation supporting the statute-of-limitations status of certain ANO tort settlements.

Final Application Period: Fees: $18,245.00          Hours: 53.20

### B.    Analysis of Rebuttal Reports

14.    An expert report was filed by the opposing expert in this Chapter 11 case in rebuttal to the expert report submitted by Stout. In order to understand and consider the critiques of Stout's analysis, including alternative opinions presented by the rebuttal expert, Stout conducted a thorough

10

review and analysis of the rebuttal expert report, its exhibits, and supplemental materials produced by the opposing expert. Stout analyzed the rebuttal report with respect to the methodology and opinions contained therein, including inputs, assumptions, and data relied upon.

Final Application Period: Fees: $21,196.00          Hours: 54.00

### C.     Analysis of Settlements, Verdicts, and Victim Compensation Funds

15.     Stout performed research to identify and capture potentially relevant information related to matters that may be considered comparable for Survivor Claims, including settlements, verdicts, or other victim compensation programs.   In addition, Stout reviewed the potentially comparable matters to extract potentially relevant attributes for data analysis, including, but not limited to, institutional defendant solvency and the statute of limitations status of resolved claims.   Stout performed extensive analysis on resulting data points to observe trends in the data and understand potential implications of such trends on the Survivor Claims.

Final Application Period: Fees: $72,527.50          Hours: 225.40

### D.     Claimant File Analysis

16.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed proof of claim forms ("POC Forms") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from any additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.

Final Application Period: Fees: $320,605.00          Hours: 941.70

### E.  Communication with Counsel

17.     Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Final Application Period.

Eleventh Application Period: Fees: $859.00          Hours: 1.90

Final Application Period:     Fees: $12,640.50          Hours: 22.90

### F.  Coverage Analysis

18.     Stout reviewed and analyzed insurance policy information and performed allocation of claims across years of insurance coverage. Stout allocated claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Stout performed quality control checks on the allocation results and discussed its analyses with counsel to the Committee.

Eleventh Application Period: Fees: $2,706.00          Hours: 6.10

Final Application Period:     Fees: $330,937.50          Hours: 803.30

### G.  Deposition Prep / Deposition

19.     Stout reviewed reports issued in this case and certain analyses supporting those reports and related opinions. Additionally, Stout, among other things, (i) analyzed materials in preparation of Katheryn McNally's deposition; (ii) attended the deposition; (iii) prepared Katheryn McNally for trial; and (iv) attended the trial.

Eleventh Application Period: Fees: $21,143.00          Hours: 42.40

Final Application Period:     Fees: $60,721.50          Hours: 132.50

4933-2252-7890.2 05067.00003

**H.**   **Fee Applications**

20.   Stout submitted its Monthly Fee Statements for the periods June 1, 2022 through October 31, 2025.[3] Additionally, Stout submitted its First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Interim Fee Applications for the period June 1, 2022 through October 31, 2025.

Eleventh Application Period: Fees: $4,192.00          Hours: 10.90

Final Application Period:          Fees: $80,549.50          Hours: 214.50

**I.**   **Opposing Expert Deposition Preparation**

21.   To assist PSZJ in the preparation of deposition of the opposing expert in this case, Stout helped develop areas of questioning and provided other information to PSZJ as requested.

Eleventh Application Period: Fees: $6,655.50          Hours: 17.60

Final Application Period:          Fees: $27,002.50          Hours: 61.40

**J.**   **Report Drafting / Editing**

22.   Stout was asked by Counsel to the Committee to prepare an expert report to analyze and value the Survivor Claims and to provide an opinion on a reasonable valuation range for all Survivor Claims in the aggregate. Stout drafted, revised, and finalized the report and accompanying exhibits for submission. Additionally, Stout drafted, revised, and finalized a declaration related to insurance coverage.

Eleventh Application Period: Fees: $3,592.00          Hours: 5.90

---

[3] Stout did not incur any fees during the period 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were submitted.

4933-2252-7890.2 05067.00003

Final Application Period:        Fees: $136,128.00            Hours: 322.60


### K.    Valuation Model Development and Reporting

23.    Stout developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model. Additionally, Stout performed various valuation scenarios at the request of counsel and performed quality control analyses to assess the reasonableness of its valuation as presented in its expert report submitted on September 4, 2025, as well as in related declarations and trial preparation materials.

Eleventh Application Period: Fees: $14,504.00          Hours: 34.20

Final Application Period:        Fees: $174,261.00            Hours: 426.80


### VI. STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

24.    As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place.

25.    No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement

or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VII.  THE REQUESTED COMPENSATION SHOULD BE ALLOWED

26.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

27.     Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

28.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

29.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services

4933-2252-7890.2 05067.00003

described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

### The Time and Labor Required

30.      As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 3,258.30 hours during the Final Application Period, for a total fee of $1,254,814.00. The blended hourly rate for this Application is $385.11 per hour. The names of the professionals who worked on this case during the Final Application Period are set forth in the Court-approved Interim Fee Applications, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist the Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

### The Novelty and Difficulty of the Questions Presented

31.      This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

### The Skill Required to Perform the Services

32.      Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues. Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has

17

extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

33.    Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar situated firms. Thus, the blended hourly rate on this matter of $385.11 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

34.    Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

35.    Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case, and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amount Involved and the Results Obtained**

18

36.     The invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks.

37.     The total amount Stout seeks to have approved in this Application on a final basis is $1,262,796.00 in fees and $4,722.16 in expenses incurred. This amount is inclusive of compensation in the amount of $53,651.50 and reimbursement of expenses in the amount of $1,509.78 for the Eleventh Application Period; (b) final approval of all fees and expenses for the Final Application Period in the amount of $1,254,814.00 in fees and $4,722.16 in expenses incurred, which is inclusive of $1,201,162.50 in fees and $3,212.38 expenses incurred which were previously approved on an interim basis for the period June 1, 2022 through October 31, 2025, and (c) final approval of estimated fees in the amount of $7,982.00 and estimated expenses in the amount of $0.00 incurred for preparing its final fee application during the Post Effective Date Period, for a total final award of $1,267,518.16.

### The Experience, Reputation, and Ability of the Professionals

38.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors in *In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

39.     From Stout's perspective, serving as an expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor, therefore, favors granting Stout the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

40.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

### Awards in Similar Cases

41.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* factor also supports granting Stout its award.

42.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.  NO PRIOR REQUEST

43.     No prior application for the relief requested herein has been made to this or any other court.

## IX.  CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order substantially in the form attached hereto (i) approving on an interim and final basis compensation in the amount of $53,651.50 and reimbursement of expenses in the amount of $1,509.78 for the period November 1, 2025 through December 26, 2025; (ii) approving, on a final basis, all fees and expenses for the period

20

June 1, 2022 through December 26, 2025, in the amount of $1,254,814.00 in fees and $4,722.16 in expenses incurred, which is inclusive of $1,201,162.50 in fees and $3,212.38 expenses incurred which were previously approved on an interim basis for the period June 1, 2022 through October 31, 2025, (iii) approving, on a final basis, estimated fees in the amount of $7,982.00 and estimated expenses in the amount of $0.00 incurred for preparing its final fee application during the period December 27, 2025 through February 27, 2026, for a total final award of $1,267,518.16, (iv) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (v) granting such other or additional relief as is just and proper.

Dated: February 27, 2026

Respectfully Submitted,

By: /s/ Katheryn McNally
Stout Risius Ross, LLC
225 W. Randolph St. 8th Floor
Chicago, IL 60606
Email: kmcnally@stout.com
*Expert Consultant and Expert Witness to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**<u>ORDER APPROVING ELEVENTH AND FINAL APPLICATION FOR ALLOWANCE</u>**
**<u>OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP,</u>**
**<u>LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO</u>**
**<u>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**
**<u>FOR THE PERIOD JUNE 1, 2022 THROUGH DECEMBER 26, 2025</u>**

CAME ON for consideration the Eleventh and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of *Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors* for the Period June 1, 2022 Through December 26, 2025 [**Docket No.** ] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period from June 1, 2022 through December 26, 2025 (the "Final Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on a final basis whether the services and expenses as outlined in the Application

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. Stout is allowed and awarded, on a final basis, **(a)** compensation in the amount of $53,651.50 and reimbursement of expenses in the amount of $1,509.78 for the period November 1, 2025 through December 26, 2025; **(b)** compensation on a final basis, all fees and expenses for the period June 1, 2022 through December 26, 2025, consisting of $1,254,814.00 in fees and $4,722.16 in expenses incurred, which amounts are inclusive of $1,201,162.50 in fees and $3,212.38 expenses incurred which were previously approved on an interim basis for the period June 1, 2022 through October 31, 2025; and **(c)** compensation, on a final basis, of estimated fees in the amount of $7,982.00 and estimated expenses in the amount of $0.00 it incurred for preparing its final fee application during the period December 27, 2025 through February 27, 2026, for a total final award of $1,267,518.16.

2.      The Debtor is further authorized, and directed, to pay such allowed fees and costs, less amounts previously paid, as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this 27th day of February, 2026.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

4933-2252-7890.2 05067.00003

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

---

**SUMMARY COVER SHEET TO FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE CLARO GROUP, LLC AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | The Claro Group, LLC | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 06/01/2022 | 06/30/2022 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application:** | | $75,012.00 |
| **Total hours covered by this Application:** | | 219.90 |
| **Average hourly rate:** | | $341.12 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The Claro Group, LLC ("Claro") professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period June 1, 2022 through June 30, 2022 (the "Application Period") are listed below.

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### JUNE 1, 2022 THROUGH JUNE 30, 2022

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 4.8 | $3,048.00 |
| Schwab, Matthew | Managing Director | $625 | 0.5 | $312.50 |
| Trilla, Barry | Senior Manager | $415 | 19.7 | $8,175.50 |
| Nguyen, Hung | Manager | $370 | 50.8 | $18,796.00 |
| Boswell, Anne Margaret | Senior Consultant | $320 | 60.4 | $19,328.00 |
| Ross, Nick | Senior Consultant | $320 | 22.9 | $7,328.00 |
| Chung, Kevin | Consultant | $305 | 15.5 | $4,727.50 |
| Ricci, Elaina | Consultant | $305 | 9.0 | $2,745.00 |
| Ramljak, Daniel | Consultant | $305 | 8.8 | $2,684.00 |
| Aiello, Madison | Consultant | $305 | 6.7 | $2,043.50 |
| Smith, Hannah | Analyst | $280 | 20.8 | $5,824.00 |
| **Total** | | | **219.9** | **$75,012.00** |

### COMPENSATION AND HOURS BY TASK
### JUNE 1, 2022 THROUGH JUNE 30, 2022

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 3.1 | $1,440.50 |
| Claimant File Analysis | 216.0 | $73,239.50 |
| Fee Applications | 0.8 | $332.00 |
| **Total** | **219.9** | **$75,012.00** |

There were no expenses for Claro during the Application Period.

DOCS_LA:344556.2 05067/002

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF THE CLARO GROUP, LLC
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 18, 2022, AT 9:30 A.M. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Claro Group, LLC ("Claro"), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *First Interim Application for Allowance of Compensation and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3

*Unsecured Creditors for the Period From June 1, 2022 Through June 30, 2022* (the "Application"). In support of the Application, Claro respectfully represents as follows:

## I.     INTRODUCTION

In this Application, Claro seeks interim allowance and payment of fees in the amount of $75,012.00 and expenses in the amount of $0. To date, Claro has not been paid any compensation in this Chapter 11 case.

## II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4.     On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.     The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was

4

reconstituted on June 10, 2020 [Docket No. No. 151], on October 8, 2020, to remove TMI Trust

Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478], and on June 21,

2022 [Docket No. 1618].[3]

**B.** **Employment of Claro**

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order*

*(I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On*

*Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as*

*of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the

"Retention Application").  As more fully described in the Retention Application, the Committee

retained Claro to render expert consultant and expert witness services to the Committee in this

Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and*

*Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness*

*to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing*

*Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention

Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert

witness in this Chapter 11 case.

### IV.      WORK PERFORMED

9.      Claro provided, and continues to provide, expert consultant and expert witness

services to the Committee in this Chapter 11 case.  Attached hereto as **Exhibit A** is a copy of

Claro's Monthly Fee Statement (the "First Monthly Fee Statement") setting forth the time-keeping

---

[3] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5,
2021. [Docket Nos. 772 and 792].

entries generated by those firm personnel who worked on this matter during the Application Period from June 1, 2022 through June 30, 2022.

## V.   NATURE AND EXTENT OF EXPERT SERVICES PROVIDED

10.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the UST Guidelines, and the Complex Case Order.

11.     On or about July 26, 2022, Claro submitted its First Monthly Fee Statement.  Claro incurred fees at its standard rates in the total amount of $75,012.00.  Thus, in its First Monthly Fee Statement, Claro requested interim allowance of fees in the amount of $75,012.00 and further requested payment of 80% of such fees in the amount of $60,009.60.  Claro did not incur, nor seek reimbursement for any expenses in the First Monthly Fee Statement.

12.     To date, Claro has not been paid any compensation in this matter.  Claro provided, and continues to provide, extensive expert consultant and expert witness services to the Committee in this Chapter 11 case.  Claro has attached to this Application a copy of its Invoice (the "Invoice") setting forth the time-keeping entries generated by those firm personnel who worked on this matter during the Application Period.  A true and correct copy of the Invoice is appended to the First Monthly Fee Statement attached hereto and is incorporated herein by reference.

## VI.   SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

15.     During the Application Period, Claro performed work primarily in the following three areas: (a) coverage analysis; (b) claimant file analysis; and (c) fee applications.  Claro attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  The services performed, by categories, are generally described below, with a more detailed identification of the actual services

6

provided set forth in **Exhibit A**.

### A. Coverage Analysis

16.     In order to provide the basis for expected allocation of claim valuations across the Debtor's available insurance coverage, Claro reviewed certain coverage summaries and documents provided by Counsel and identified additional information necessary to support the insurance allocation analysis.

Fees:  $1,440.50;          Hours:  3.1

### B. Claimant File Analysis

17.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Claro analyzed the Proof of Claim ("POC") forms and complaints filed by sexual abuse claimants in this case.  Claro extracted claim information from survivor POC forms, complaints, and other supplemental documents to create a database of information related to the 479 sexual abuse claims that the Committee asked Claro to review.  Such claim attributes are potentially relevant to the valuation of the survivor claims, and therefore are necessary to both extract and analyze in order to properly opine on the valuation of such claims.  Services in this category included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants.  Claro thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.  In addition, Claro investigated ambiguities and discrepancies related to specific claims raised when comparing results of Claro's claim file review to other data provided by the Debtor and/or Counsel related to the claims.

Fees:  $73,239.50;          Hours:  216.0

### C.    <u>Fee Applications</u>

18.     During the Application Period, Claro reviewed the Complex Case Order to begin draft preparation of its First Monthly Fee Statement. This Application, however, was finalized after the Application Period.

Fees: $332.00;      Hours: 0.8

## VII.   <u>STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

19.     As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application, plus reimbursement of the actual and necessary expenses that Claro incurred in connection with this Chapter 11 case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place.

20.     No entity has promised to compensate Claro for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Claro and any other person or entity for the sharing of any compensation or reimbursement (i) that Claro may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Claro will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

8

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

21.    Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Claro has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Claro respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and

9

value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

23.     This Application substantiates the total amount Claro seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

24.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.  Based upon the services described in this Application, Claro respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

25.     As expert consultant on sexual abuse and expert witness to the Committee, Claro expended 219.9 hours during the Application Period, for a total fee of $75,012.00.  The blended

hourly rate for this Application is $341.12 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibit A**, attached hereto. All of the services were performed by Claro at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Claro submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

## The Novelty and Difficulty of the Questions Presented

26.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Claro's services to the Committee satisfy this factor.

## The Skill Required to Perform the Services

27.     Representing the Committee in this Chapter 11 case required considerable skill and expertise. Claro believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Claro has considerable experience in complex bankruptcy matters. Further, Claro has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Claro submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular

expertise or was undesirable."). Claro employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Claro respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

28. Claro computed the amount of compensation it seeks in this Application according to its customary rates, which rates the firm previously disclosed in the Retention Application. Claro also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Claro's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $341.12 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

29. Claro's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Claro has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

30. Claro's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Claro provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Claro's immediate attention.

**The Amounts Involved and the Results Obtained**

31. The Invoice summarizes the individual tasks that Claro personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Claro seeks

DOCS_LA:344556.2 05067/002

interim allowance of in this Application are $75,012.00. Claro's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Claro submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

32.     Claro has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The Claro professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in In re Boy Scouts of America and Delaware BSA, LLC (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in In re Diocese of Camden, New Jersey (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors in In re Diocese of Rochester (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. As mentioned, Claro has considerable expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of Claro's professionals working on this Chapter 11 case favor granting Claro the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

33.     From Claro's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims

process and the recovery and liquidation of assets.  These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Claro the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

34.     Claro has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of Claro have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting Claro its fees in this case.

**Awards in Similar Cases**

35.     The fee award Claro seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

36.     In conclusion, the *Johnson* Factors favor granting Claro the fee and expense award it seeks.

## IX.     RESERVATION OF RIGHTS

37.     It is possible that some professional time expended or expenses incurred by Claro are not reflected in this Application.  Claro reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.     NO PRIOR REQUEST

38.     No prior application for the relief requested herein has been made to this or any other court.

DOCS_LA:344556.2 05067/002

# XI.    CONCLUSION

WHEREFORE, Claro respectfully requests that this Court enter an order (i) awarding Claro an interim allowance of fees for the Application Period in the amount of $75,012.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 26, 2022

Respectfully submitted,

By: /s/ Katheryn McNally
The Claro Group, LLC
123 N. Wacker Street, Suite 2100
Chicago, IL 60606
Email: kmncally@theclarogroup.com

**Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors**

15

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | Section "A" |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  August 9, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### THE CLARO GROUP, LLC, AS EXPERT CONSULTANT
### ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JUNE 1, 2022 – JUNE 30, 2022

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2022 through June 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.  The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344436.1 05067/002

are as follows:

| June 1, 2022 to June 30, 2022 | |
|---|---|
| Fees | $75,012.00 |
| Expenses | $0.00 |
| **Total** | **$75,012.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.      Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.      This is Claro's first Monthly Fee and Expense Statement and no prior fee applications have been filed by Claro in this Bankruptcy Case.

## NO PRIOR REQUEST

6.     With respect to the amounts requested herein, as of the date of this Statement, Claro has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 9, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis

3

the total amount of $60,009.60, which consists of eighty percent (80%) of Claro's total fees of $75,012.00 for the Statement Period.

10. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 26, 2022                    Respectfully submitted,

                                    *By: /s/ Katheryn McNally*
                                    The Claro Group, LLC
                                    123 N. Wacker Street, Suite 2100
                                    Chicago, IL 60606
                                    Email: kmncally@theclarogroup.com

                                    *Expert Consultants and Expert Witness to the Official Tort Claimants' Committee*

# EXHIBIT A

**the Claro group**
resolve with clarity

123 N. Wacker Drive, Suite 2100
Chicago, IL 60606
312-546-3400

TO  James Adams
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica
Suite 1300
Los Angeles, CA 90067

July 19, 2022

Invoice No: 121701
Project ID: DIOCESENOLA001

Re: Archdiocese of New Orleans

First Claro Monthly Fee Application

Total Due: $75,012.00

PLEASE NOTE NEW REMITTANCE ADDRESS

Please remit payment to:
**The Claro Group, LLC**
**P O Box 6715**
**Carol Stream, IL 60197-6715**
Contact Shawn Philip at SPhilip@theclarogroup.com, 312.546.3356.

Page 1 of 1

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635 | 4.80 | $ 3,048.00 |
| Schwab, Matthew | Managing Director | 625 | 0.50 | 312.50 |
| Trilla, Barry | Senior Manager | 415 | 19.70 | 8,175.50 |
| Nguyen, Hung | Manager | 370 | 50.80 | 18,796.00 |
| Boswell, Anne Margaret | Senior Consultant | 320 | 60.40 | 19,328.00 |
| Ross, Nick | Senior Consultant | 320 | 22.90 | 7,328.00 |
| Chung, Kevin | Consultant | 305 | 15.50 | 4,727.50 |
| Ricci, Elaina | Consultant | 305 | 9.00 | 2,745.00 |
| Ramljak, Daniel | Consultant | 305 | 8.80 | 2,684.00 |
| Aiello, Madison | Consultant | 305 | 6.70 | 2,043.50 |
| Smith, Hannah | Analyst | 280 | 20.80 | 5,824.00 |
| **Total Hours and Fees:** | | | **219.90** | **$ 75,012.00** |
| **Blended Rate:** | | **$ 341.12** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours June 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 3.1 | $ 1,440.50 |
| Claimant File Analysis | 216.0 | $ 73,239.50 |
| Fee Applications | 0.8 | $ 332.00 |
| **Total** | **219.9** | **$ 75,012.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/1/2022 | McNally, Katheryn | Claimant File Analysis | Download poc form data provided by counsel | 0.3 | $ 635.00 | $ 190.50 |
| 6/2/2022 | Trilla, Barry | Claimant File Analysis | Call with KMcNally to discuss project team set up and POC Form analysis | 0.4 | $ 415.00 | $ 166.00 |
| 6/3/2022 | Trilla, Barry | Claimant File Analysis | POC Form process and attribute template analysis | 0.5 | $ 415.00 | $ 207.50 |
| 6/4/2022 | Nguyen, Hung | Claimant File Analysis | Design plan to extract the proof of claim data in order to perform claim analysis. | 2.5 | $ 370.00 | $ 925.00 |
| 6/4/2022 | Nguyen, Hung | Claimant File Analysis | Perform exploratory analysis on proof of claim data. | 3.7 | $ 370.00 | $ 1,369.00 |
| 6/6/2022 | Nguyen, Hung | Claimant File Analysis | Analysis - proof of claim files to determine the type of claim form used in order to implement the correct method to capture the data. | 1.8 | $ 370.00 | $ 666.00 |
| 6/6/2022 | Nguyen, Hung | Claimant File Analysis | Create data capture template layout for capture system to capture proof of claim files. | 2.3 | $ 370.00 | $ 851.00 |
| 6/6/2022 | Nguyen, Hung | Claimant File Analysis | Prepare proof of claims files for data capture. | 2.8 | $ 370.00 | $ 1,036.00 |
| 6/7/2022 | McNally, Katheryn | Claimant File Analysis | partial attendance at mediation (virtually) with Debtor and Committee/counsel | 1.5 | $ 635.00 | $ 952.50 |
| 6/7/2022 | Trilla, Barry | Claimant File Analysis | Meeting with AMBoswell to discuss claim form analysis process | 0.5 | $ 415.00 | $ 207.50 |
| 6/7/2022 | Nguyen, Hung | Claimant File Analysis | Continue data capture of proof of claims for claim analysis. | 1.6 | $ 370.00 | $ 592.00 |
| 6/7/2022 | Ross, Nick | Claimant File Analysis | Perform data capture of Proof of Claim forms | 3.4 | $ 320.00 | $ 1,088.00 |
| 6/7/2022 | Chung, Kevin | Claimant File Analysis | Perform data capture of proof of claims for claim analysis | 0.6 | $ 305.00 | $ 183.00 |
| 6/7/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with team about status update and work plan for POC analysis | 0.4 | $ 320.00 | $ 128.00 |
| 6/7/2022 | Nguyen, Hung | Claimant File Analysis | Perform data capture of proof of claims for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/7/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting w/ BTrilla to discuss claim form analysis process | 0.5 | $ 320.00 | $ 160.00 |
| 6/7/2022 | Boswell, Anne Margaret | Claimant File Analysis | Creation of Scoring Memo and process for claim form analysis | 3.0 | $ 320.00 | $ 960.00 |
| 6/8/2022 | McNally, Katheryn | Claimant File Analysis | Call with BTrilla to discuss POC form analysis and project team set up | 0.4 | $ 635.00 | $ 254.00 |
| 6/8/2022 | Chung, Kevin | Claimant File Analysis | Continue data capture of proof of claims for claim analysis | 3.3 | $ 305.00 | $ 1,006.50 |
| 6/8/2022 | Chung, Kevin | Claimant File Analysis | Perform data capture of proof of claims for claim analysis | 4.0 | $ 305.00 | $ 1,220.00 |
| 6/8/2022 | McNally, Katheryn | Claimant File Analysis | Email to BKnapp and JStang to request follow up information after mediation with debtor on 6/7 | 0.3 | $ 635.00 | $ 190.50 |
| 6/8/2022 | McNally, Katheryn | Coverage Analysis | Call with BTrilla to discuss documents received vs. outstanding and work plan to begin claim valuation and coverage review | 0.5 | $ 635.00 | $ 317.50 |
| 6/8/2022 | Nguyen, Hung | Claimant File Analysis | Continue data capture of proof of claims for claim analysis. | 3.7 | $ 370.00 | $ 1,369.00 |
| 6/8/2022 | Nguyen, Hung | Claimant File Analysis | Perform data capture of proof of claims for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/8/2022 | Ross, Nick | Claimant File Analysis | Perform data capture of Proof of Claim forms | 3.8 | $ 320.00 | $ 1,216.00 |
| 6/8/2022 | Ross, Nick | Claimant File Analysis | Continue to perform data capture of Proof of Claim forms | 2.9 | $ 320.00 | $ 928.00 |
| 6/8/2022 | Trilla, Barry | Coverage Analysis | Status call with KMcNally to discuss documents received vs. outstanding and work plan to begin claim valuation and coverage review | 0.5 | $ 415.00 | $ 207.50 |
| 6/9/2022 | Nguyen, Hung | Claimant File Analysis | Perform data capture of proof of claims for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/9/2022 | Ross, Nick | Claimant File Analysis | Perform data capture of Proof of Claim forms | 1.7 | $ 320.00 | $ 544.00 |
| 6/9/2022 | Ross, Nick | Claimant File Analysis | Continue to perform data capture of Proof of Claim forms | 2.5 | $ 320.00 | $ 800.00 |
| 6/9/2022 | Chung, Kevin | Claimant File Analysis | Continue data capture of proof of claims for claim analysis | 0.8 | $ 305.00 | $ 244.00 |
| 6/9/2022 | Nguyen, Hung | Claimant File Analysis | Continue data capture of proof of claims for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/9/2022 | Chung, Kevin | Claimant File Analysis | Perform data capture of proof of claims for claim analysis | 4.0 | $ 305.00 | $ 1,220.00 |
| 6/10/2022 | Nguyen, Hung | Claimant File Analysis | Perform data capture of proof of claims for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/10/2022 | Ross, Nick | Claimant File Analysis | Perform data capture of Proof of Claim forms | 3.7 | $ 320.00 | $ 1,184.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/10/2022 | Ross, Nick | Claimant File Analysis | Continue to perform data capture of Proof of Claim forms | 0.9 | $ 320.00 | $ 288.00 |
| 6/10/2022 | Nguyen, Hung | Claimant File Analysis | Continue data capture of proof of claims for claim analysis. | 3.8 | $ 370.00 | $ 1,406.00 |
| 6/13/2022 | Chung, Kevin | Claimant File Analysis | Perform data capture of proof of claims for claim analysis | 2.8 | $ 305.00 | $ 854.00 |
| 6/13/2022 | McNally, Katheryn | Claimant File Analysis | Email update on Claro claim valuation progress to JStang per request | 0.3 | $ 635.00 | $ 190.50 |
| 6/13/2022 | Nguyen, Hung | Claimant File Analysis | Complete capture handwritten proof of claim data for claim analysis. | 4.0 | $ 370.00 | $ 1,480.00 |
| 6/13/2022 | Nguyen, Hung | Claimant File Analysis | Perform backfill captured data for questions where POCs referenced "see attachment" | 3.1 | $ 370.00 | $ 1,147.00 |
| 6/13/2022 | Ross, Nick | Claimant File Analysis | Perform data capture of Proof of Claim forms | 2.7 | $ 320.00 | $ 864.00 |
| 6/13/2022 | Trilla, Barry | Claimant File Analysis | Email to KMcNally to give status update to counsel | 0.3 | $ 415.00 | $ 124.50 |
| 6/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.0 | $ 320.00 | $ 320.00 |
| 6/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Drafting and creation of claim form analysis template to be used by review team | 4.0 | $ 320.00 | $ 1,280.00 |
| 6/14/2022 | Trilla, Barry | Claimant File Analysis | Call with HNguyen to discuss claim form database structure and results | 0.3 | $ 415.00 | $ 124.50 |
| 6/14/2022 | Trilla, Barry | Claimant File Analysis | Claim form database results analysis | 2.2 | $ 415.00 | $ 913.00 |
| 6/14/2022 | Nguyen, Hung | Claimant File Analysis | Update claim data extraction report with new layout. | 0.5 | $ 370.00 | $ 185.00 |
| 6/14/2022 | Ross, Nick | Claimant File Analysis | Quality check results of data capture of Proof of Claim forms | 1.3 | $ 320.00 | $ 416.00 |
| 6/14/2022 | Nguyen, Hung | Claimant File Analysis | Call with BTrilla to discuss claim form database structure and results | 0.3 | $ 370.00 | $ 111.00 |
| 6/14/2022 | Nguyen, Hung | Claimant File Analysis | QC data extraction result for correctness and completeness. | 0.7 | $ 370.00 | $ 259.00 |
| 6/15/2022 | Trilla, Barry | Claimant File Analysis | Claim form database results analysis | 1.8 | $ 415.00 | $ 747.00 |
| 6/16/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss Proof of claim form database | 0.4 | $ 320.00 | $ 128.00 |
| 6/16/2022 | Trilla, Barry | Claimant File Analysis | Meeting with AMBoswell to discuss POC form database | 0.4 | $ 415.00 | $ 166.00 |
| 6/16/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 320.00 | $ 704.00 |
| 6/17/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis and cleaning of data provided by HNguyen for use in POC template continued | 1.9 | $ 320.00 | $ 608.00 |
| 6/17/2022 | Boswell, Anne Margaret | Claimant File Analysis | Edits to claim form analysis template in order for review team to capture all relevent info | 4.0 | $ 320.00 | $ 1,280.00 |
| 6/20/2022 | Trilla, Barry | Claimant File Analysis | Claim form database results analysis | 1.4 | $ 415.00 | $ 581.00 |
| 6/20/2022 | Trilla, Barry | Claimant File Analysis | Debtor's review of claims analysis | 0.8 | $ 415.00 | $ 332.00 |
| 6/20/2022 | Trilla, Barry | Claimant File Analysis | Call with KMcNally to discuss project status and debtor's review | 0.5 | $ 415.00 | $ 207.50 |
| 6/20/2022 | McNally, Katheryn | Claimant File Analysis | Call with BTrilla to discuss project status and debtor's review | 0.5 | $ 635.00 | $ 317.50 |
| 6/20/2022 | Boswell, Anne Margaret | Claimant File Analysis | Set up template for Claimant file analysis - continued | 2.0 | $ 320.00 | $ 640.00 |
| 6/20/2022 | Boswell, Anne Margaret | Claimant File Analysis | Edits to scoring memo for claim form analysis | 2.0 | $ 320.00 | $ 640.00 |
| 6/20/2022 | Boswell, Anne Margaret | Claimant File Analysis | Set up template for Claimant file analysis | 4.0 | $ 320.00 | $ 1,280.00 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Proof of claim overview meeting with team | 0.3 | $ 320.00 | $ 96.00 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss proof of claim process & template | 0.5 | $ 320.00 | $ 160.00 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Proof of claim overview meeting with ERicci | 0.5 | $ 320.00 | $ 160.00 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidate questions for BTrilla about scoring / template questions | 1.0 | $ 320.00 | $ 320.00 |
| 6/21/2022 | Trilla, Barry | Claimant File Analysis | Meeting with AMBoswell to discuss POC template and process | 0.5 | $ 415.00 | $ 207.50 |
| 6/21/2022 | Smith, Hannah | Claimant File Analysis | Proof of claim overview meeting with team | 0.3 | $ 280.00 | $ 84.00 |
| 6/21/2022 | Ricci, Elaina | Claimant File Analysis | Meeting with AMBoswell to discuss proof of claim overview | 0.5 | $ 305.00 | $ 152.50 |
| 6/21/2022 | Ramljak, Daniel | Claimant File Analysis | Proof of claim overview with team | 0.3 | $ 305.00 | $ 91.50 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis and cleaning of data provided by HNguyen for use in POC template | 1.7 | $ 320.00 | $ 544.00 |
| 6/21/2022 | Aiello, Madison | Claimant File Analysis | Proof of Claim overview meeting with team | 0.3 | $ 305.00 | $ 91.50 |
| 6/21/2022 | Boswell, Anne Margaret | Claimant File Analysis | Creating various formulas to pull all debtor's review info from HNguyen into template and adding additional tabs for valuation/discounting purposes | 4.0 | $ 320.00 | $ 1,280.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/22/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to team about claim file analysis instructions and scoring memo | 0.6 | $ 320.00 | $ 192.00 |
| 6/22/2022 | Boswell, Anne Margaret | Claimant File Analysis | Edits to scoring memo for claim form analysis continued | 1.0 | $ 320.00 | $ 320.00 |
| 6/22/2022 | Boswell, Anne Margaret | Claimant File Analysis | Duplicate & triplicate analysis of claim forms | 1.3 | $ 320.00 | $ 416.00 |
| 6/22/2022 | Trilla, Barry | Claimant File Analysis | Claim form database results analysis | 0.9 | $ 415.00 | $ 373.50 |
| 6/22/2022 | Trilla, Barry | Claimant File Analysis | Email to KMcNally to give status update to counsel | 0.4 | $ 415.00 | $ 166.00 |
| 6/22/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claim forms that Debtor asserts are late, released, withdrawn, not affiliated w/ ANO, religious order perp | 3.1 | $ 320.00 | $ 992.00 |
| 6/22/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.3 | $ 280.00 | $ 364.00 |
| 6/23/2022 | Boswell, Anne Margaret | Claimant File Analysis | Cleaning HNguyen's data for claim form analysis | 0.9 | $ 320.00 | $ 288.00 |
| 6/23/2022 | Boswell, Anne Margaret | Claimant File Analysis | Answering Claro team's questions related to claim file analysis | 1.4 | $ 320.00 | $ 448.00 |
| 6/23/2022 | Boswell, Anne Margaret | Claimant File Analysis | Cleaning HNguyen's POC data to prepare for JStang per his request | 2.0 | $ 320.00 | $ 640.00 |
| 6/23/2022 | Trilla, Barry | Claimant File Analysis | Claim form database results analysis and updates | 3.4 | $ 415.00 | 1,411.00 |
| 6/23/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 305.00 | $ 671.00 |
| 6/23/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation continued | 2.0 | $ 280.00 | $ 560.00 |
| 6/23/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | 1,120.00 |
| 6/24/2022 | Trilla, Barry | Claimant File Analysis | Claim form scoring analysis | 0.8 | $ 415.00 | $ 332.00 |
| 6/24/2022 | McNally, Katheryn | Claimant File Analysis | prepare POC claim database for sharing with counsel | 0.3 | $ 635.00 | $ 190.50 |
| 6/24/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.6 | $ 305.00 | $ 793.00 |
| 6/24/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.0 | $ 305.00 | $ 610.00 |
| 6/27/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 320.00 | 1,280.00 |
| 6/27/2022 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally and MSchwab to discuss coverage materials received | 0.5 | $ 415.00 | $ 207.50 |
| 6/27/2022 | Trilla, Barry | Coverage Analysis | Analysis of coverage materials received to learn about the coverage program | 1.4 | $ 415.00 | $ 581.00 |
| 6/27/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.5 | $ 305.00 | $ 762.50 |
| 6/28/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.4 | $ 305.00 | $ 732.00 |
| 6/28/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.6 | $ 320.00 | 1,152.00 |
| 6/28/2022 | McNally, Katheryn | Coverage Analysis | Email correspondence with INasatir regarding outstanding coverage documents and questions | 0.2 | $ 635.00 | $ 127.00 |
| 6/28/2022 | Schwab, Matthew | Claimant File Analysis | Call w/ BTrilla and KMcNally regarding claim file analysis and various coverage and settlement data received. | 0.5 | $ 625.00 | $ 312.50 |
| 6/28/2022 | McNally, Katheryn | Claimant File Analysis | Call with BTrilla and MSchwab to discuss coverage documents received from counsel and discuss next steps and additional requests | 0.5 | $ 635.00 | $ 317.50 |
| 6/28/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.5 | $ 305.00 | $ 457.50 |
| 6/29/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to team to answer all questions in regard to claim form analysis/template | 1.0 | $ 320.00 | $ 320.00 |
| 6/29/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 320.00 | $ 960.00 |
| 6/29/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.0 | $ 305.00 | $ 610.00 |
| 6/29/2022 | Smith, Hannah | Claimant File Analysis | Analyze Diocese of New Orleans proof of claim forms | 4.0 | $ 280.00 | 1,120.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/29/2022 | Trilla, Barry | Fee Applications | Fee application requirements analysis via docket and General Order | 0.8 | $ 415.00 | $ 332.00 |
| 6/29/2022 | Trilla, Barry | Claimant File Analysis | Claimant allegation and nature of abuse analysis for scoring purposes | 0.6 | $ 415.00 | $ 249.00 |
| 6/29/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.0 | $ 305.00 | $ 610.00 |
| 6/29/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation continued | 4.0 | $ 280.00 | $ 1,120.00 |
| 6/30/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 6/30/2022 | Boswell, Anne Margaret | Claimant File Analysis | Documenting differences between duplicate and triplicate claim forms | 2.1 | $ 320.00 | $ 672.00 |
| 6/30/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicate / triplicate claim forms and documenting differences | 3.0 | $ 320.00 | $ 960.00 |
| 6/30/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.7 | $ 305.00 | $ 518.50 |
| 6/30/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 0.5 | $ 305.00 | $ 152.50 |
| 6/30/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation continued | 1.2 | $ 280.00 | $ 336.00 |
| 6/30/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 6/30/2022 | Trilla, Barry | Claimant File Analysis | Claimant form scoring analysis | 0.8 | $ 415.00 | $ 332.00 |
| **GRAND TOTAL** | | | | **219.9** | | **$ 75,012.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[4] | § | |
| | § | |

---

**ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE CLARO
GROUP, LLC AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT
WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022**

CAME ON for consideration the *First Interim Application for Allowance of Compensation
and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse
and Expert Witness to the Official Committee of Unsecured Creditors for Allowance of Compensation
and Reimbursement of Expenses for the Period from June 1, 2022 through June 30, 2022* [Docket
No. ___] (the "Application") filed by The Claro Group, LLC (the "Claro") for the period from June
1, 2022 through June 30, 2022 (the "Application Period"). The Court finds that the Application was
properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice
language incorporated therein, and that no objection to the Application has been timely filed by any
party. The Court, having examined the Application and having determined on an interim basis
whether the services and expenses as outlined in the Application were actual, reasonable and
necessary in representing the interests of the Committee, finds that just cause exists for entry of the

---

[4] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of
business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Claro is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$75,012.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$75,012.00** in fees for services rendered and **$0** in expenses incurred by Claro during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Claro on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

DOCS_LA:344556.2 05067/002

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 26, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 26, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO SECOND INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2022 | 10/31/2022 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 06/30/2022 |
| **Total amounts awarded in all prior Applications:** | | $75,012.00 |
| **Total fees requested in this Application:** | | $146,978.00 |
| **Total hours covered by this Application:** | | 423.8 |
| **Average hourly rate:** | | $346.81 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2022 through October 31, 2022 (the "Application Period"):

## SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
## JULY 1, 2022 THROUGH OCTOBER 31, 2022

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE[2] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 21.5 | 13,652.50 |
| Schwab, Matthew | Managing Director | $625 | 5.4 | 3,375.00 |
| Roman, Brian | Senior Manager | $415 | 5.5 | 2,282.50 |
| Trilla, Barry | Senior Manager | $415 | 75.6 | 31,374.00 |
| Blum, Brett | Manager | $370 | 9.6 | 3,097.00 |
| Nguyen, Hung | Manager | $370 | 1.9 | 703.00 |
| Annicchiarico, Elizabeth | Senior Consultant | $320 | 7.1 | 2,272.00 |
| Boswell, Anne Margaret | Senior Consultant | $320 | 67.8 | 21,696.00 |
| Ramljak, Daniel | Senior Consultant | $320 | 45.1 | 14,124.50 |
| Rub, Nathaniel | Senior Consultant | $320 | 16 | 5,120.00 |
| Aiello, Madison | Consultant | $305 | 47.1 | 14,365.50 |
| Lietz, Kyle | Consultant | $305 | 17.8 | 5,429.00 |

---

[2] The Claro Group, LLC raised the rates of certain of its professionals as of August 1, 2022 to reflect promotions as allowed per Claro's Retention Application [Docket No. 1481], (Exhibit 1, paragraph 20) approved by Court Order [Docket No. 1555] on May 19, 2022.

2

| Martisauski, Brad | Consultant | $305 | 2.8 | 854.00 |
|---|---|---|---|---|
| Ricci, Elaina | Consultant | $305 | 8.5 | 2,592.50 |
| Woloszyk, Evan | Consultant | $305 | 10.1 | 3,080.50 |
| Jones, David | Analyst | $280 | 28 | 7,840.00 |
| Melenchuk, Yuriy | Analyst | $280 | 24.5 | 6,860.00 |
| Smith, Hannah | Analyst | $280 | 29.5 | 8,260.00 |
| **Total** | | | **423.80** | **146,978.00** |

### COMPENSATION AND HOURS BY TASK
### JULY 1, 2022 THROUGH OCTOBER 31, 2022

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 22.4 | 7,529.00 |
| Claimant File Analysis | 180.0 | 58,695.00 |
| Fee Applications | 31.5 | 12,969.00 |
| Valuation Model Development and Reporting | 74.4 | 31,360.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 115.5 | 36,425.00 |
| **Total** | **423.80** | **146,978.00** |

Stout did not incur any expenses during the Application Period.

3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[3] | § | |
| | § | |

---

### SECOND INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 15, 2022, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert

consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors

(the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the

---

[3] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:346199.2 05067/002

"Debtor"), hereby files its *Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period From July 1, 2022 Through October 31, 2022* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.     **INTRODUCTION**

In this Application, Stout seeks interim allowance and payment of fees in the amount of $146,978.00 for the period July 1, 2022 – October 31, 2022 (the "Application Period"). On November 1, 2022, Stout received payment of $64,778.80, representing 80% of Claro's billed amount of $80,973.50 in its *Second Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 – July 31, 2022*. To date, neither Stout nor Claro has been paid any other compensation with respect to the amounts requested in this Application.

## II.     **JURISDICTION AND VENUE**

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

# III.    BACKGROUND

## A.    Introduction

4.    On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.    The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.    On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478], and on June 21, 2022 [Docket No. 1618].[4]

## B.    Employment of Claro

7.    On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.    On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing*

---

[4] A separate official committee of unsecured commercial creditors was appointed by the Office of the U.S. Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

**C.** **Stout's Acquisition of Claro**

9. On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout and are at times marketed as "The Claro Group, a Stout Business."

## IV. WORK PERFORMED

10. Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Claro's and Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period from July 1, 2022 through October 31, 2022. References to the work Claro performed prior to September 30, 2022 will generally be referred to in this Application as work that Stout performed.

## V. SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11. During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) analysis of settlements, verdicts, and victim compensation funds. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

**A.** <u>**Coverage Analysis**</u>

12.     In order to provide the basis for expected allocation of claim valuations across the Debtor's available insurance coverage, Stout reviewed certain coverage summaries and documents provided by Committee counsel and identified additional information necessary to support the insurance allocation analysis.

Fees:  $7,529.00;          Hours:  22.4

**B.** <u>**Claimant File Analysis**</u>

13.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed the Proof of Claim ("<u>POC</u>") forms and complaints filed by sexual abuse claimants in this case.  Stout extracted claim information from survivor POC forms, complaints, and other supplemental documents to create a database of information related to the 479 sexual abuse claims that the Committee asked Stout to review.  Such claim attributes are potentially relevant to the valuation of the survivor claims, and therefore are necessary to both extract and analyze in order to properly opine on the valuation of such claims.  Services in this category included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants.  Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.  In addition, Stout investigated ambiguities and discrepancies related to specific claims raised when comparing results of Stout's claim file review to other data provided by the Debtor and/or Committee counsel related to the claims.

Fees:  $58,695.00;          Hours:  180.0

**C.** <u>**Fee Applications**</u>

14.     During the Application Period, Stout (under its previous corporate name, "Claro")

8

submitted its First Interim Fee Application for the period June 1, 2022 through June 30, 2022 and

its Monthly Fee Applications for the periods from June 1, 2022 through September 30, 2022. Stout

reviewed the Complex Case Order to begin draft preparation of its Fifth Monthly Fee Application

and Second Interim Fee Application; however, both were finalized after the Application Period.

Fees: $12,969.00;  Hours: 31.5

### D.   <u>Valuation Model Development and Reporting</u>

15.   Stout developed a framework for valuation of the survivor claims filed in this case,

which stratified the claims based on the several categories and inputs. Stout developed discount

scaling factors that were incorporated into its analysis. In addition to development of the valuation

and discounting, Stout developed a claim valuation model to capture the results of the claim

scoring for each claimant and to factor in results of its analysis of comparable litigation matters.

Fees: $31,360.00;  Hours: 74.4

### E.   <u>Analysis of Settlements, Verdicts, and Victim Compensation Funds</u>

16.   Stout continued to perform research to identify and capture relevant information

related to matters that may be considered comparable for survivor claims.

Fees: $36,425.00;  Hours: 115.5

### VII.   STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

16.   As more fully described in the Retention Application, the Committee agreed to

retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis

in accordance with the firm's Retention Application. All compensation for services rendered, and

reimbursement for expenses incurred, are subject to this Court's approval in accordance with the

Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and

9

other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

17.     No entity has promised to compensate Claro or Stout for any services rendered, or reimburse them for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Claro or Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with, this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

10

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

19.     The Claro team at Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

20.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

21.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the

11

services; (4) the preclusion of other employment by the professionals due to acceptance of the

bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time

limitations imposed by the client or circumstances; (8) the amounts involved and the results

obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability"

of the case; (11) the nature and length of the professional relationship with the client; and (12)

awards in similar cases.  Based upon the services described in this Application, Stout respectfully

represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

22.    As expert consultant on sexual abuse and expert witness to the Committee, Stout

expended 423.80 hours during the Application Period, for a total fee of $146,978.00.  The blended

hourly rate for professionals in this Application is $346.81 per hour.  The names of the

professionals who worked on this case during the Application Period are listed in **Exhibits A

through D**, attached hereto.  All of the services were performed by Stout at the request and

direction of the Committee, and were necessary to assist Committee in the performance of its

duties. Stout  submits that the time and labor its professionals expended in this case are appropriate

and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

23.    This Chapter 11 case is designated as a "complex" case and involves a significant

number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law.

*See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18].  The

provision of expert consulting services and expert testimony regarding valuation of sexual abuse

claims presents intricate, novel and difficult questions.  Accordingly, Stout's services to the

Committee satisfy this factor.

## The Skill Required to Perform the Services

24.     Representing the Committee in this Chapter 11 case required considerable skill and expertise.  The Claro team at Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case.  The Claro team at Stout has considerable experience in complex bankruptcy matters.  Further, the Claro team at Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  Stout submits that this unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable.").  Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

25.     Claro and then Stout computed the amount of compensation that Stout seeks in this Application according to their customary rates, which rates Claro previously disclosed in the Retention Application.  Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation.  The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms.  Thus, the blended hourly rate on this matter of $346.81 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

13

## Whether the Fee is Fixed or Contingent

26.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval.  Stout has not requested any contingent fee in this case.

## Time Limitations Imposed by the Client or Other Circumstances

27.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts.  Matters often arose throughout the Application Period that required Stout's immediate attention.

## The Amounts Involved and the Results Obtained

28.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees Stout seeks interim allowance of in this Application are $146,978.00.  Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case.  Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

## The Experience, Reputation, and Ability of the Professionals

29.     The Claro team at Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New*

14

*Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors in *In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

30.    From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable.  However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

31.    Stout has no prior professional relationship with the Committee, which was only formed after this case began.  However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

32.    The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting Stout its award.

33.    In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

15

## IX. **RESERVATION OF RIGHTS**

34.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.     **NO PRIOR REQUEST**

35.     No prior application for the relief requested herein has been made to this or any other court.

## XI.     **CONCLUSION**

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $146,978.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 23, 2022                                         Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
123 N. Wacker Drive, Suite 2100
Chicago, IL 60606
Email: kmcnally@stout.com

Expert Consultant and Expert Witness to the
Official Committee of Unsecured Creditors

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  September 5, 2022 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## THE CLARO GROUP, LLC, AS EXPERT CONSULTANT,
## ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JULY 1, 2022 – JULY 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2022 through July 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| July 1, 2022 to July 31, 2022 | |
|---|---|
| Fees | $80,973.50 |
| Expenses | $0.00 |
| **Total** | **$80,973.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.      Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.      On July 25 2022, Claro filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from June 1, 2022 – June 30, 2022 ("First Interim Fee Application") [Docket No. 1679], seeking payment of fees in the amount of $75,012.00, which was approved by order entered on

2

August 17, 2022 [Docket No. 1734].  To date, Claro has not been paid any sums on account of its First Interim Fee Application.

## NO PRIOR REQUEST

6.      With respect to the amounts requested herein, as of the date of this Statement, Claro has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

8.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 5, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

9.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis the total amount of $64,778.80, which consists of eighty percent (80%) of Claro's total fees of $80,973.50 for the Statement Period.

10.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 22, 2022                          Respectfully submitted,

                                                 *By: /s/ Katheryn McNally*
                                                 The Claro Group, LLC
                                                 123 N. Wacker Street, Suite 2100
                                                 Chicago, IL 60606
                                                 Email: kmncally@theclarogroup.com

                                                 **Expert Consultants and Expert Witness to the
                                                 Official Tort Claimants' Committee**

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 9.20 | $ 5,842.00 |
| Schwab, Matthew | Managing Director | 625.00 | 2.80 | $ 1,750.00 |
| Roman, Brian | Senior Manager | 415.00 | 5.50 | $ 2,282.50 |
| Trilla, Barry | Senior Manager | 415.00 | 29.60 | $ 12,284.00 |
| Nguyen, Hung | Manager | 370.00 | 1.90 | $ 703.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 37.20 | $ 11,904.00 |
| Blum, Brett | Senior Consultant | 320.00 | 9.10 | $ 2,912.00 |
| Rub, Nathaniel | Senior Consultant | 320.00 | 16.00 | $ 5,120.00 |
| Ricci, Elaina | Consultant | 305.00 | 7.00 | $ 2,135.00 |
| Ramljak, Daniel | Consultant | 305.00 | 20.50 | $ 6,252.50 |
| Aiello, Madison | Consultant | 305.00 | 47.10 | $ 14,365.50 |
| Lietz, Kyle | Consultant | 305.00 | 16.60 | $ 5,063.00 |
| Jones, David | Analyst | 280.00 | 7.50 | $ 2,100.00 |
| Smith, Hannah | Analyst | 280.00 | 29.50 | $ 8,260.00 |
| | **Total Hours and Fees:** | | **239.50** | **$ 80,973.50** |
| | **Blended Rate:** | **$ 338.09** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours July 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 17.6 | $ 5,625.50 |
| Claimant File Analysis | 144.0 | $ 45,790.00 |
| Fee Applications | 18.8 | $ 7,963.00 |
| Valuation Model Development and Reporting | 13.6 | $ 6,057.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 45.5 | $ 15,538.00 |
| **Total** | **239.5** | **$ 80,973.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 320.00 | $ 1,280.00 |
| 7/1/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 305.00 | $ 915.00 |
| 7/1/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 1.2 | $ 305.00 | $ 366.00 |
| 7/1/2022 | Trilla, Barry | Coverage Analysis | Call with BBlum to discuss coverage project plan and materials received thus far | 0.4 | $ 415.00 | $ 166.00 |
| 7/1/2022 | Blum, Brett | Coverage Analysis | Call with BTrilla to discuss coverage project plan and materials received thus far | 0.4 | $ 320.00 | $ 128.00 |
| 7/1/2022 | Trilla, Barry | Fee Applications | Preparation of monthly fee application package for June | 1.4 | $ 415.00 | $ 581.00 |
| 7/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally about project status and planning | 0.4 | $ 415.00 | $ 166.00 |
| 7/5/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 320.00 | $ 960.00 |
| 7/5/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.0 | $ 305.00 | $ 915.00 |
| 7/4/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation continued | 3.6 | $ 280.00 | $ 1,008.00 |
| 7/5/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/5/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.8 | $ 280.00 | $ 784.00 |
| 7/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell about POC form analysis status and planning | 0.4 | $ 415.00 | $ 166.00 |
| 7/5/2022 | Trilla, Barry | Coverage Analysis | Correspondence with BBlum to discuss coverage analysis and allocation and related work plan | 0.3 | $ 415.00 | $ 124.50 |
| 7/5/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.6 | $ 305.00 | $ 1,098.00 |
| 7/6/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/6/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.3 | $ 305.00 | $ 1,006.50 |
| 7/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with review team in regard to project status | 0.3 | $ 320.00 | $ 96.00 |
| 7/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla in regard to POC analysis status | 0.3 | $ 320.00 | $ 96.00 |
| 7/6/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.6 | $ 305.00 | $ 1,098.00 |
| 7/6/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 0.7 | $ 305.00 | $ 213.50 |
| 7/6/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/6/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 280.00 | $ 616.00 |
| 7/6/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List vs. POC data analysis | 0.8 | $ 415.00 | $ 332.00 |
| 7/6/2022 | McNally, Katheryn | Fee Applications | Call with BTrilla to discuss June fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/6/2022 | Trilla, Barry | Fee Applications | Call with KMcNally to discuss fee application preparation for June | 0.3 | $ 415.00 | $ 124.50 |
| 7/6/2022 | McNally, Katheryn | Valuation Model Development and Reporting | email to JStang and INasatir with status update on Claro claim valuation work flows, per request | 0.2 | $ 635.00 | $ 127.00 |
| 7/7/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.2 | $ 320.00 | $ 704.00 |
| 7/7/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/7/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.1 | $ 305.00 | $ 945.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.5 | $ 305.00 | $ 762.50 |
| 7/7/2022 | Ricci, Elaina | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.2 | $ 305.00 | $ 671.00 |
| 7/7/2022 | Schwab, Matthew | Claimant File Analysis | Meet w/ BTrilla to discuss incorporating Diocese claim analysis into our valuation model. | 0.6 | $ 625.00 | $ 375.00 |
| 7/7/2022 | Schwab, Matthew | Claimant File Analysis | Review Diocese provided list of claims excluded with other issues in terms association with Diocese and develop list of follow up questions on that document. | 0.8 | $ 625.00 | $ 500.00 |
| 7/7/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 280.00 | $ 1,120.00 |
| 7/7/2022 | Smith, Hannah | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.4 | $ 280.00 | $ 952.00 |
| 7/7/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List analysis and comparison to POC form database | 0.4 | $ 415.00 | $ 166.00 |
| 7/7/2022 | Trilla, Barry | Claimant File Analysis | Call with MSchwab to discuss incorporating Diocese claim analysis into our valuation model. | 0.6 | $ 415.00 | $ 249.00 |
| 7/7/2022 | Trilla, Barry | Fee Applications | Fee application template analysis and updates | 1.2 | $ 415.00 | $ 498.00 |
| 7/8/2022 | Nguyen, Hung | Claimant File Analysis | Extract claimant's stamp received info from all claim forms for analysis. | 1.9 | $ 370.00 | $ 703.00 |
| 7/8/2022 | Aiello, Madison | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.8 | $ 305.00 | $ 854.00 |
| 7/8/2022 | Aiello, Madison | Claimant File Analysis | Continued analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of RO perpetrators and comparison to claims | 0.7 | $ 320.00 | $ 224.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla in regard to discrepancy count, duplicates, Religious order | 0.6 | $ 320.00 | $ 192.00 |
| 7/8/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of discrepancy count between claims received, Hung's Analysis & Debtor information file | 2.0 | $ 320.00 | $ 640.00 |
| 7/8/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 2.5 | $ 305.00 | $ 762.50 |
| 7/8/2022 | Smith, Hannah | Claimant File Analysis | Analysis of Proof of Claim forms to extract attributes potentially relevant to claim valuation | 3.2 | $ 280.00 | $ 896.00 |
| 7/8/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with Hung to discuss POC form submission date and time data | 0.7 | $ 415.00 | $ 290.50 |
| 7/8/2022 | Trilla, Barry | Claimant File Analysis | Debtor's Claims List analysis and assembly of list of observations and questions for counsel and debtors | 3.2 | $ 415.00 | $ 1,328.00 |
| 7/8/2022 | McNally, Katheryn | Valuation Model Development and Reporting | preparation of follow up questions for counsel and debtor related to Debtor's analysis of claims provided on 6/17 | 0.6 | $ 635.00 | $ 381.00 |
| 7/11/2022 | McNally, Katheryn | Claimant File Analysis | Call with BTrilla to discuss process to ensure accurate recording of survivor attributes | 0.2 | $ 635.00 | $ 127.00 |
| 7/11/2022 | McNally, Katheryn | Fee Applications | Call with BTrilla to discuss first monthly fee application | 0.2 | $ 635.00 | $ 127.00 |
| 7/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidating and answering all claim questions from review team | 1.8 | $ 320.00 | $ 576.00 |
| 7/11/2022 | Ramljak, Daniel | Claimant File Analysis | Claim form analysis - identifying perpetrators | 1.2 | $ 305.00 | $ 366.00 |
| 7/11/2022 | Smith, Hannah | Claimant File Analysis | Analyze Diocese of New Orleans proof of claim forms to confirm Religious Order of Perpetrator | 2.3 | $ 280.00 | $ 644.00 |
| 7/11/2022 | Trilla, Barry | Fee Applications | Call with KMcNally to discuss fee application process and time entry guidelines | 0.2 | $ 415.00 | $ 83.00 |
| 7/11/2022 | Trilla, Barry | Claimant File Analysis | Call with KMcNally to discuss process to ensure accurate recording of survivor attributes | 0.2 | $ 415.00 | $ 83.00 |
| 7/11/2022 | Aiello, Madison | Claimant File Analysis | Analyze proof of claim forms to confirm Religious Order of Perpetrator | 1.8 | $ 305.00 | $ 549.00 |
| 7/11/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Send JStang, INAsatir, and BKnapp list of questions and requests for Debtor related to 6/17 claims summary prepared and circulated by Debtor | 0.6 | $ 635.00 | $ 381.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm nature of abuse allegations | 1.0 | $ 320.00 | $ 320.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm abuser name and profile | 2.0 | $ 320.00 | $ 640.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm circumstances of sexual abuse | 2.0 | $ 320.00 | $ 640.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss POC form analysis QC process | 0.5 | $ 320.00 | $ 160.00 |
| 7/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm abuser reporting, witnesses, pending lawsuits, and settlements | 0.5 | $ 320.00 | $ 160.00 |
| 7/12/2022 | Trilla, Barry | Claimant File Analysis | Meeting with ABoswell to discuss POC form analysis and QC process | 0.5 | $ 415.00 | $ 207.50 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Creating ANO client in Insurance Claim Allocation System | 0.4 | $ 320.00 | $ 128.00 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Call with KLietz regarding ANO coverage program analysis and policy log schedule creation | 0.6 | $ 320.00 | $ 192.00 |
| 7/12/2022 | Blum, Brett | Coverage Analysis | Creating initial setup file for coverage program analysis prior to call with KLietz | 0.7 | $ 320.00 | $ 224.00 |
| 7/12/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum regarding ANO coverage program analysis and policy log schedule creation | 0.6 | $ 305.00 | $ 183.00 |
| 7/12/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of monthly fee application package for June | 1.1 | $ 320.00 | $ 352.00 |
| 7/13/2022 | Trilla, Barry | Claimant File Analysis | Monthly fee application analysis and updates | 1.3 | $ 415.00 | $ 539.50 |
| 7/13/2022 | Trilla, Barry | Claimant File Analysis | Document request tracking file analysis and updates | 0.6 | $ 415.00 | $ 249.00 |
| 7/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregating and analyzing all allegations that are up for further review /ambiguous | 2.3 | $ 320.00 | $ 736.00 |
| 7/13/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze proof of claim forms to confirm duration, frequency, and number of incidents of abuse | 3.0 | $ 320.00 | $ 960.00 |
| 7/13/2022 | Ricci, Elaina | Claimant File Analysis | Quality Check of Claimant File analysis | 1.3 | $ 305.00 | $ 396.50 |
| 7/13/2022 | Blum, Brett | Coverage Analysis | Call with KLietz regarding ANO coverage program analysis and policy log schedule creation | 1.0 | $ 320.00 | $ 320.00 |
| 7/13/2022 | Blum, Brett | Coverage Analysis | Correspondence with KLietz to answer his questions regarding coverage program analysis | 0.2 | $ 320.00 | $ 64.00 |
| 7/13/2022 | Lietz, Kyle | Coverage Analysis | Analyzing policy log and reviewing policy map. | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/13/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum regarding ANO coverage program analysis and policy log schedule creation | 1.0 | $ 305.00 | $ 305.00 |
| 7/13/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of monthly fee application package for June | 0.7 | $ 320.00 | $ 224.00 |
| 7/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | review reference guides on potentially relevant apportionment statutes in Louisiana | 0.3 | $ 635.00 | $ 190.50 |
| 7/14/2022 | McNally, Katheryn | Claimant File Analysis | review prior and outstanding document requests to counsel | 0.4 | $ 635.00 | $ 254.00 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with JStang, BKnapp, ACaine, MSchwab, BTrilla to discuss outstanding data and document needs for valuation | 0.8 | $ 635.00 | $ 508.00 |
| 7/14/2022 | Trilla, Barry | Fee Applications | Monthly fee application and exhibits analysis and updates | 2.1 | $ 415.00 | $ 871.50 |
| 7/14/2022 | Trilla, Barry | Claimant File Analysis | Document request tracking file analysis and updates | 1.2 | $ 415.00 | $ 498.00 |
| 7/14/2022 | Schwab, Matthew | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prep for call w/ BTrilla, KMcNally and legal team regarding prior Diocese settlement information available and incorporating into analysis. | 0.1 | $ 625.00 | $ 62.50 |
| 7/14/2022 | Schwab, Matthew | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call w/ BTrilla, KMcNally and legal team regarding prior Diocese settlement information available and incorporating into analysis. | 0.8 | $ 625.00 | $ 500.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with PSZJ and Lockelord team with updated document request list | 0.6 | $ 415.00 | $ 249.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BKnapp, ACaine, JStang, KMcNally, and MSchwab to discuss settlement agreement document request | 0.8 | $ 415.00 | $ 332.00 |
| 7/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Debrief disussion with KMcNally after call to discuss additional document requests | 0.3 | $ 415.00 | $ 124.50 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Debrief disussion with BTrilla after call to discuss additional document requests | 0.3 | $ 635.00 | $ 190.50 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss June monthly fee statement | 0.2 | $ 320.00 | $ 64.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Flagging and aggregating all claims that contain conflicting info/ issues | 1.0 | $ 320.00 | $ 320.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Flagging and aggregating all claims that contain missing or insufficient info | 1.9 | $ 320.00 | $ 608.00 |
| 7/14/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to standard start and end abuse dates for claim file analyis template | 3.3 | $ 320.00 | $ 1,056.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | Preparing Insurance Claim Allocation System friendly files for coverage program | 0.7 | $ 320.00 | $ 224.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 7/14/2022 | Blum, Brett | Coverage Analysis | Discussion with KLietz regarding Policy Log and question list | 0.4 | $ 320.00 | $ 128.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | Discussion #2 with KLietz regarding process of creating coverage program for ANO into Insurance Claim Allocation System | 0.4 | $ 320.00 | $ 128.00 |
| 7/14/2022 | Blum, Brett | Coverage Analysis | QCing Policy Log while preparing list of assumptions / questions for Insurance Claim Allocation System | 2.3 | $ 320.00 | $ 736.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Meet with BBlum regarding Policy Log and question list | 0.4 | $ 305.00 | $ 122.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Discussion #2 with BBlum regarding process of creating coverage program for ANO into Insurance Claim Allocation System | 0.4 | $ 305.00 | $ 122.00 |
| 7/14/2022 | Lietz, Kyle | Coverage Analysis | Analyzing policy log and reviewing policy map. | 1.2 | $ 305.00 | $ 366.00 |
| 7/14/2022 | Boswell, Anne Margaret | Fee Applications | Analysis of claims that are late compared to those that are late per Debtor's list | 0.3 | $ 320.00 | $ 96.00 |
| 7/14/2022 | Trilla, Barry | Fee Applications | Meeting with AMBoswell to discuss June monthly fee statement | 0.2 | $ 415.00 | $ 83.00 |
| 7/14/2022 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of abuser entities/location | 2.6 | $ 305.00 | $ 793.00 |
| 7/14/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analyze historical settlement spreadsheet and provide direction to team on relevant analysis of available data | 0.4 | $ 635.00 | $ 254.00 |
| 7/15/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally and AMBoswell re: updated June fee application and exhibits | 0.4 | $ 415.00 | $ 166.00 |
| 7/15/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data received and requested analysis | 0.4 | $ 415.00 | $ 166.00 |
| 7/15/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Settlement data analysis and inflation calculation | 1.1 | $ 415.00 | $ 456.50 |
| 7/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to counsel re: context for certain document requests made by Claro for Debtor | 0.3 | $ 635.00 | $ 190.50 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Claimant file analysis template QC | 2.0 | $ 320.00 | $ 640.00 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to team in regard to updates to be made to claimant file analysis template based on QC results | 0.2 | $ 320.00 | $ 64.00 |
| 7/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to outstanding items/claims that require further review list for BTrilla | 1.2 | $ 320.00 | $ 384.00 |
| 7/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to June Fee App Doc for counsel per KMcNally's request | 0.4 | $ 320.00 | $ 128.00 |
| 7/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to June fee application detail and exhibits for counsel per KMcNally's request | 0.9 | $ 320.00 | $ 288.00 |
| 7/18/2022 | McNally, Katheryn | Fee Applications | edits to first monthly fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/18/2022 | Trilla, Barry | Fee Applications | June monthly fee application analysis for updates made by AMBoswell | 0.6 | $ 415.00 | $ 249.00 |
| 7/19/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.2 | $ 305.00 | $ 366.00 |
| 7/19/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/19/2022 | Ramljak, Daniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Formulate and analyze historical settlement data for presentation | 1.5 | $ 305.00 | $ 457.50 |
| 7/19/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data analysis | 0.2 | $ 415.00 | $ 83.00 |
| 7/19/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Historic settlement data analysis and QC | 1.3 | $ 415.00 | $ 539.50 |
| 7/19/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KLietz re: outstanding questions regarding the coverage materials received thus far | 0.4 | $ 415.00 | $ 166.00 |
| 7/19/2022 | McNally, Katheryn | Fee Applications | edits to first monthly fee application | 0.3 | $ 635.00 | $ 190.50 |
| 7/19/2022 | Trilla, Barry | Fee Applications | Correspondence with SPhilip re: June Fee Application Exhibit A for PDF and LEDES version creation | 0.2 | $ 415.00 | $ 83.00 |
| 7/19/2022 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of location of abuse for claim valuation | 3.2 | $ 305.00 | $ 976.00 |
| 7/20/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of Settlements, Verdicts, and Victim Compensation Funds | 3.0 | $ 305.00 | $ 915.00 |
| 7/20/2022 | Ramljak, Daniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Formulate and analyze historical settlement data for presentation | 1.0 | $ 305.00 | $ 305.00 |
| 7/20/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with DRamljak re: settlement data analysis | 0.3 | $ 415.00 | $ 124.50 |
| 7/20/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Historic settlement data analysis and QC | 0.7 | $ 415.00 | $ 290.50 |
| 7/20/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 2.3 | $ 305.00 | $ 701.50 |
| 7/20/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with KMcNally re: detailed claims review status | 0.2 | $ 415.00 | $ 83.00 |
| 7/20/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Research on legislative reform history re: SOL in LA and AR and related emails with Jstang | 0.4 | $ 635.00 | $ 254.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/20/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of prior ANO settlements with sexual abuse survivors | 0.6 | $ 635.00 | $ 381.00 |
| 7/20/2022 | McNally, Katheryn | Valuation Model Development and Reporting | provide status update on claim valuation efforts to counsel | 0.3 | $ 635.00 | $ 190.50 |
| 7/21/2022 | Blum, Brett | Coverage Analysis | Insurance Claim Allocation System policy troubleshooting meeting with BNicholson | 0.4 | $ 320.00 | $ 128.00 |
| 7/21/2022 | Ricci, Elaina | Analysis of Settlements, Verdicts, and Victim Compensation Funds | settlements research and data aggregation | 1.6 | $ 305.00 | $ 488.00 |
| 7/21/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 305.00 | $ 1,220.00 |
| 7/21/2022 | Blum, Brett | Coverage Analysis | Creating and Uploading Policy Stack in Insurance Claim Allocation System | 0.6 | $ 320.00 | $ 192.00 |
| 7/21/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with BTrilla and Mschwab to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 635.00 | $ 317.50 |
| 7/21/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ BTrilla and McNally to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 625.00 | $ 312.50 |
| 7/21/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with MSchwab and KMcNally to discuss valuation and development of estimates and summary of methodology. | 0.5 | $ 415.00 | $ 207.50 |
| 7/22/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/22/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 320.00 | $ 576.00 |
| 7/22/2022 | McNally, Katheryn | Fee Applications | Edits to first interim fee application | 0.7 | $ 635.00 | $ 444.50 |
| 7/22/2022 | Trilla, Barry | Fee Applications | Interim fee application analysis for updates made by AMBoswell | 0.7 | $ 415.00 | $ 290.50 |
| 7/22/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to Bknapp re: specific request regarding follow up request of Debtor's claims analysis | 0.3 | $ 635.00 | $ 190.50 |
| 7/23/2022 | Roman, Brian | Fee Applications | Review and revise first interim fee application. | 2.3 | $ 415.00 | $ 954.50 |
| 7/25/2022 | Aiello, Madison | Claimant File Analysis | Analysis of number of incidents for claim valuation | 2.2 | $ 305.00 | $ 671.00 |
| 7/25/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claim forms for multiple abuser description | 0.9 | $ 305.00 | $ 274.50 |
| 7/25/2022 | McNally, Katheryn | Fee Applications | edit draft of first quarterly fee application | 0.4 | $ 635.00 | $ 254.00 |
| 7/25/2022 | Roman, Brian | Fee Applications | Continue reviewing and revising first interim fee application | 3.2 | $ 415.00 | $ 1,328.00 |
| 7/25/2022 | Trilla, Barry | Fee Applications | Analysis and updates to Interim Fee Application | 0.8 | $ 415.00 | $ 332.00 |
| 7/26/2022 | Aiello, Madison | Claimant File Analysis | Analysis of multiple abusers for claim valuation | 3.8 | $ 305.00 | $ 1,159.00 |
| 7/26/2022 | Blum, Brett | Coverage Analysis | Finalizing Insurance Claim Allocation System client setup | 1.0 | $ 320.00 | $ 320.00 |
| 7/26/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/27/2022 | Aiello, Madison | Claimant File Analysis | Analysis of multiple abusers for claim valuation | 2.6 | $ 305.00 | $ 793.00 |
| 7/27/2022 | Trilla, Barry | Valuation Model Development and Reporting | Status update presentation analysis | 0.7 | $ 415.00 | $ 290.50 |
| 7/27/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/28/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claim forms to identify claimants with vague details | 1.3 | $ 305.00 | $ 396.50 |
| 7/28/2022 | Trilla, Barry | Valuation Model Development and Reporting | Status update presentation analysis and updates | 1.8 | $ 415.00 | $ 747.00 |
| 7/28/2022 | Trilla, Barry | Claimant File Analysis | Claim form data analysis for status update presentation | 1.2 | $ 415.00 | $ 498.00 |
| 7/28/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Review status update slides prepared for counsel and provide questions/updates to BTrilla | 0.8 | $ 635.00 | $ 508.00 |
| 7/28/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.5 | $ 280.00 | $ 980.00 |
| 7/28/2022 | Rub, Nathaniel | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 320.00 | $ 960.00 |
| 7/28/2022 | Lietz, Kyle | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 7/29/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| **GRAND TOTAL** | | | | **239.50** | | **80,973.50** |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  October 13, 2022 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## THE CLARO GROUP, LLC AS EXPERT CONSULTANT
## ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD AUGUST 1, 2022 – AUGUST 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2022 through August 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:345409.2 05067/002

| August 1, 2022 to August 31, 2022 ||
|---|---|
| Fees | $49,639.50 |
| Expenses | $0.00 |
| **Total** | **$49,639.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.       The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.       Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS
### SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $0.00 | $ 75,012.00 |
| 7/1/22 – 7/31/22 | $64,778.80 | $0.00 | $0.00 | $ 64,778.80 |
| **Total Unpaid to Date** | | | | **$139,790.80** |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

DOCS_LA:345409.2 05067/002

### NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Claro

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

### NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and

(ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before October 13, 2022 (the "Objection Deadline"), setting forth the nature of

the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis

3

the total amount of $39,711.60, which consists of eighty percent (80%) of Claro's total fees of

$49,639.50 for the Statement Period.

        9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

 Dated:  September 29, 2022                Respectfully submitted,

                                           *By: /s/ Katheryn McNally*
                                           The Claro Group, LLC
                                         123 N. Wacker Street, Suite 2100
                                         Chicago, IL 60606
                                         Email: kmncally@theclarogroup.com

                                         *Expert Consultant and Expert Witness to the*
                                         *Official Committee of Unsecured Creditors*

DOCS_LA:345409.2 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 10.30 | $ 6,540.50 |
| Schwab, Matthew | Managing Director | 625.00 | 2.60 | $ 1,625.00 |
| Trilla, Barry | Senior Manager | 415.00 | 37.80 | $ 15,687.00 |
| Annicchiarico, Elizabeth | Senior Consultant | 320.00 | 7.10 | $ 2,272.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 22.50 | $ 7,200.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 21.80 | $ 6,976.00 |
| Ricci, Elaina | Consultant | 305.00 | 1.50 | $ 457.50 |
| Lietz, Kyle | Consultant | 305.00 | 0.20 | $ 61.00 |
| Woloszyk, Evan | Consultant | 305.00 | 10.10 | $ 3,080.50 |
| Jones, David | Analyst | 280.00 | 20.50 | $ 5,740.00 |
| **Total Hours and Fees:** | | | **134.40** | **$ 49,639.50** |
| **Blended Rate:** | | **$ 369.34** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours August 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 0.5 | $ 185.50 |
| Claimant File Analysis | 27.8 | $ 10,205.00 |
| Fee Applications | 5.5 | $ 2,130.50 |
| Valuation Model Development and Reporting | 60.1 | $ 24,858.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 40.5 | $ 12,260.00 |
| **Total** | **134.40** | **$ 49,639.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/1/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.5 | $ 280.00 | $ 420.00 |
| 8/2/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.5 | $ 280.00 | $ 980.00 |
| 8/3/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 280.00 | $ 280.00 |
| 8/4/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call w/ MSchwab, KMcNally and counsel explaining claim valuation methodology | 1.3 | $ 415.00 | $ 539.50 |
| 8/4/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call w/ MSchwab, BTrilla and counsel explaining claim valuation methodology | 1.3 | $ 635.00 | $ 825.50 |
| 8/4/2022 | Boswell, Anne Margaret | Claimant File Analysis | Creation of table in POC analysis template denoting exceptions to claim count | 2.0 | $ 320.00 | $ 640.00 |
| 8/4/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ KMcNally, BTrilla and counsel explaining claim valuation methodology | 1.3 | $ 625.00 | $ 812.50 |
| 8/4/2022 | Schwab, Matthew | Valuation Model Development and Reporting | Call w/ KMcNally and BTrilla to discuss discount factors and valuation methodology | 0.5 | $ 625.00 | $ 312.50 |
| 8/4/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call w/ KMcNally and MSchwab to discuss discount factors and valuation methodology | 0.5 | $ 415.00 | $ 207.50 |
| 8/4/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call w/ MSchwab and BTrilla to discuss discount factors and valuation methodology | 0.5 | $ 635.00 | $ 317.50 |
| 8/4/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell to discuss POC categorizations related to abuse tiers 4 and 5 for status update | 0.4 | $ 415.00 | $ 166.00 |
| 8/4/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| 8/5/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to POC categorizations related to abuse tiers 4 and 5 per BTrilla's request | 1.9 | $ 320.00 | $ 608.00 |
| 8/5/2022 | Trilla, Barry | Claimant File Analysis | Analysis of POC categorization related to abuse tiers 4 and 5 and Quality Check | 1.3 | $ 415.00 | $ 539.50 |
| 8/5/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with AMBoswell re: updates to the POC categorization related to abuse tiers 4 and 5 | 0.3 | $ 415.00 | $ 124.50 |
| 8/5/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model build-out analysis | 2.3 | $ 415.00 | $ 954.50 |
| 8/5/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 280.00 | $ 280.00 |
| 8/8/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 1.3 | $ 320.00 | $ 416.00 |
| 8/8/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model build-out analysis | 0.7 | $ 415.00 | $ 290.50 |
| 8/8/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak to discuss valuation model build-out | 0.5 | $ 415.00 | $ 207.50 |
| 8/8/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Call with BTrilla to discuss valuation model build-out | 0.5 | $ 320.00 | $ 160.00 |
| 8/8/2022 | Trilla, Barry | Fee Applications | Correspondence with AMBoswell re: July fee application | 0.3 | $ 415.00 | $ 124.50 |
| 8/8/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis | 0.2 | $ 415.00 | $ 83.00 |
| 8/8/2022 | Trilla, Barry | Claimant File Analysis | POC claim form analysis for claims denoted as late and/or duplicative | 0.7 | $ 415.00 | $ 290.50 |
| 8/8/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 4.0 | $ 280.00 | $ 1,120.00 |
| 8/9/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of settlement agreements listing from counsel | 1.2 | $ 415.00 | $ 498.00 |
| 8/9/2022 | Trilla, Barry | Claimant File Analysis | Analysis of claim withdrawals details from counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/9/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidating open items list for meeting with KMcNally, BTrilla and MSchwab | 1.0 | $ 320.00 | $ 320.00 |
| 8/9/2022 | Boswell, Anne Margaret | Fee Applications | July fee application and exhibits analysis | 0.4 | $ 320.00 | $ 128.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 2.8 | $ 320.00 | $ 896.00 |
| 8/9/2022 | Annicchiarico, Elizabeth | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.4 | $ 320.00 | $ 1,088.00 |
| 8/9/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.5 | $ 280.00 | $ 700.00 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 4.0 | $ 320.00 | $ 1,280.00 |
| 8/10/2022 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and QC of claim valuation model updates made by DRamljak to assist counsel to committee | 1.8 | $ 415.00 | $ 747.00 |
| 8/10/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak to discuss valuation model progress and formatting | 0.3 | $ 415.00 | $ 124.50 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Continue to develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 0.4 | $ 320.00 | $ 128.00 |
| 8/10/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Call with BTrilla to discuss valuation model progress and formatting | 0.3 | $ 320.00 | $ 96.00 |
| 8/10/2022 | Boswell, Anne Margaret | Claimant File Analysis | Call w/ KMcNally, MSchwab & BTrilla to discuss open issues on claim form review and attribute tracking | 0.8 | $ 320.00 | $ 256.00 |
| 8/10/2022 | Schwab, Matthew | Claimant File Analysis | Call w/ KMcNally, BTrilla and AMBoswell to discuss open issues on claim form review and attribute tracking | 0.8 | $ 625.00 | $ 500.00 |
| 8/10/2022 | McNally, Katheryn | Claimant File Analysis | Call with MSchwab, AMBoswell, BTrilla to discuss open issues on claim form review and attribute tracking | 0.8 | $ 635.00 | $ 508.00 |
| 8/10/2022 | Boswell, Anne Margaret | Claimant File Analysis | Update claimant allegation categories based on meeting w/ KMcNally, MSchwab & BTrilla | 0.9 | $ 320.00 | $ 288.00 |
| 8/10/2022 | Trilla, Barry | Claimant File Analysis | Call with MSchwab, KMcNally and AMBoswell to discuss open issues on claim form review and attribute tracking | 0.8 | $ 415.00 | $ 332.00 |
| 8/10/2022 | Annicchiarico, Elizabeth | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.7 | $ 320.00 | $ 1,184.00 |
| 8/10/2022 | Jones, David | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.0 | $ 280.00 | $ 840.00 |
| 8/11/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analyze late filings for claimant valuation model input | 0.5 | $ 320.00 | $ 160.00 |
| 8/11/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model analysis and QC | 2.7 | $ 415.00 | $ 1,120.50 |
| 8/11/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 2.4 | $ 320.00 | $ 768.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Consolidate outstanding POC form questions for counsel | 0.4 | $ 320.00 | $ 128.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to outstanding POC form questions for counsel per BTrilla's request | 0.4 | $ 320.00 | $ 128.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with BTrilla and DRamljak in regard to updated tier allegations and outstanding items | 0.3 | $ 320.00 | $ 96.00 |
| 8/11/2022 | Boswell, Anne Margaret | Claimant File Analysis | Additions and edits to POC template to include additional valuation categories based on meeting w/ KMcNally, MSchwab & BTrilla | 2.7 | $ 320.00 | $ 864.00 |
| 8/11/2022 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with EWoloszyk to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 635.00 | $ 317.50 |
| 8/12/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updates to questions for counsel per KMcNally's request | 0.4 | $ 320.00 | $ 128.00 |
| 8/12/2022 | Ricci, Elaina | Claimant File Analysis | Compare names/DOB info from settlement agreement list provided by counsel to POC template | 1.5 | $ 305.00 | $ 457.50 |
| 8/12/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze and edit preliminary claim valuation model and draft communication to counsel | 2.6 | $ 635.00 | $ 1,651.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/12/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 4.0 | $ 320.00 | $ 1,280.00 |
| 8/12/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Continue to develop claimant valuation model to serve as basis for preliminary claim valuation estimates to assist counsel to committee | 1.4 | $ 320.00 | $ 448.00 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: updates to the valuation model | 0.3 | $ 415.00 | $ 124.50 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with DRamljak re: updates to the valuation model | 0.8 | $ 415.00 | $ 332.00 |
| 8/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and QC of claim valuation model updates made by DRamljak to assist counsel to committee | 1.6 | $ 415.00 | $ 664.00 |
| 8/13/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model updates to address KMcNally's comments | 0.8 | $ 415.00 | $ 332.00 |
| 8/13/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Review and edit preliminary claim valuation model and draft communication to counsel | 2.1 | $ 635.00 | $ 1,333.50 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Updated Valuation model analysis, QC and updates | 0.8 | $ 415.00 | $ 332.00 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with SBryant, ACaine, BKnapp, JStang, and RKuebel to send updated claim valuation model and high-level takeaways from preliminary valuation | 0.3 | $ 415.00 | $ 124.50 |
| 8/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally and DRamljak to discuss updated valuation model and high-level takeaways for counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with BTrilla to review PPT prepared by team to share preliminary valuation estimation methodology with counsel | 0.2 | $ 635.00 | $ 127.00 |
| 8/15/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update valuation presentation to counsel with current figures | 1.0 | $ 320.00 | $ 320.00 |
| 8/15/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with KMcNally to review PPT prepared by team to share preliminary valuation estimation methodology with counsel | 0.2 | $ 415.00 | $ 83.00 |
| 8/15/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model presentation slides analysis, QC and updates | 3.4 | $ 415.00 | $ 1,411.00 |
| 8/15/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 8/16/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with JStang, BKnapp, ACaine (Pachulski/Locke Lord) to discuss claimant valuation model results | 0.8 | $ 635.00 | $ 508.00 |
| 8/16/2022 | Trilla, Barry | Fee Applications | Correspondence with AMBoswell re: July fee application updates to incorporate | 0.4 | $ 415.00 | $ 166.00 |
| 8/16/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis, QC and updates | 0.7 | $ 415.00 | $ 290.50 |
| 8/16/2022 | Lietz, Kyle | Coverage Analysis | Analysis of 1964-2020 insurance coverage map provided by counsel to compare attachment amounts related to sexual conduct | 0.2 | $ 305.00 | $ 61.00 |
| 8/16/2022 | Boswell, Anne Margaret | Fee Applications | Updates to July Fee app per BTrilla's request | 0.3 | $ 320.00 | $ 96.00 |
| 8/16/2022 | Trilla, Barry | Coverage Analysis | Insurance coverage chart from counsel analysis | 0.3 | $ 415.00 | $ 124.50 |
| 8/16/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with KMcNally, BKnapp, RKuebel, JStang and ACaine to discuss claimant valuation model results | 0.8 | $ 415.00 | $ 332.00 |
| 8/16/2022 | Trilla, Barry | Claimant File Analysis | Correspondence with DRamljak and AMBoswell re: claimant requests from counsel | 0.4 | $ 415.00 | $ 166.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss claim valuation process | 0.4 | $ 320.00 | $ 128.00 |
| 8/17/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analyze values of "no affiliation" claim marked by debtor | 0.7 | $ 320.00 | $ 224.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Drafting of various allegation tiers with examples for team guideline | 2.1 | $ 320.00 | $ 672.00 |
| 8/17/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss claim valuation process | 0.4 | $ 320.00 | $ 128.00 |
| 8/17/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence to BTrilla in regard to missing item, BSA affiliated, & settled claim categorization request from client | 0.5 | $ 320.00 | $ 160.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/17/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of 2nd monthly fee app for counsel | 0.9 | $ 320.00 | $ 288.00 |
| 8/17/2022 | Ramljak, Daniel | Claimant File Analysis | Analyze claimants who allege other responsible entity or are missing information | 0.5 | $ 320.00 | $ 160.00 |
| 8/17/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregate and detail reference point on claims that are missing items, BSA affiliated, & settled per BTrilla's request | 1.8 | $ 320.00 | $ 576.00 |
| 8/17/2022 | Trilla, Barry | Fee Applications | July fee application and exhibits analysis, QC and updates | 2.3 | $ 415.00 | $ 954.50 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analyze all category 4 and 5 allegations for accuracy | 1.6 | $ 320.00 | $ 512.00 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Aggregate all ambiguous claims categorized as a tier 4 or 5 | 0.9 | $ 320.00 | $ 288.00 |
| 8/18/2022 | Ramljak, Daniel | Claimant File Analysis | Meeting with BTrilla and AMBoswell discussing allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 320.00 | $ 160.00 |
| 8/18/2022 | Trilla, Barry | Claimant File Analysis | Meeting with DRamljak and AMBoswell to discuss allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 415.00 | $ 207.50 |
| 8/18/2022 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with DRamljak and BTrilla to discuss allegation tier descriptions and answering outstanding questions from counsel | 0.5 | $ 320.00 | $ 160.00 |
| 8/18/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update to scoring tiers for claimants | 0.3 | $ 320.00 | $ 96.00 |
| 8/19/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Update external version of valuation model | 0.3 | $ 320.00 | $ 96.00 |
| 8/19/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claimant valuation model analysis and QC | 0.4 | $ 415.00 | $ 166.00 |
| 8/19/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence with BTrilla in regard to claims with ambiguous allegation categories | 0.1 | $ 320.00 | $ 32.00 |
| 8/19/2022 | Trilla, Barry | Claimant File Analysis | Analysis of allegation tier examples for POC forms | 1.3 | $ 415.00 | $ 539.50 |
| 8/19/2022 | Trilla, Barry | Claimant File Analysis | Analysis of responses for counsel re: claimant categories valuation questions | 0.4 | $ 415.00 | $ 166.00 |
| 8/22/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 305.00 | $ 549.00 |
| 8/23/2022 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis and comparison of prior settlement entered between ANO and survivors prior to chapter 11 filing per Claro review and Debtor's review | 1.1 | $ 320.00 | $ 352.00 |
| 8/23/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email correspondence with Claro team to determine response to JStang inquiry regarding claims potentially previously released by survivors | 0.4 | $ 635.00 | $ 254.00 |
| 8/23/2022 | Ramljak, Daniel | Valuation Model Development and Reporting | Analysis of potentially released claims identified by the debtor | 0.5 | $ 320.00 | $ 160.00 |
| 8/23/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: "Potentially Released Claims" in valuation | 0.4 | $ 415.00 | $ 166.00 |
| 8/23/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model analysis to answer question from counsel re: potentially released claims | 0.3 | $ 415.00 | $ 124.50 |
| 8/23/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.1 | $ 305.00 | $ 640.50 |
| 8/24/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.8 | $ 305.00 | $ 549.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Claimant valuation responses for counsel questions analysis and updates | 2.8 | $ 415.00 | $ 1,162.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Meeting with KMcNally discuss updates on valuation | 0.2 | $ 415.00 | $ 83.00 |
| 8/25/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with BTrilla to discuss updates on valuation | 0.2 | $ 635.00 | $ 127.00 |
| 8/25/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: responses for valuation questions from counsel | 0.6 | $ 415.00 | $ 249.00 |
| 8/25/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.0 | $ 305.00 | $ 610.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/26/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Email correspondence to Claro team re: potentially comparable verdicts and settlements research and data aggregation | 0.4 | $ 305.00 | $ 122.00 |
| 8/29/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analyzing net value difference between No Affiliation Claims and other valued claims | 0.8 | $ 320.00 | $ 256.00 |
| 8/29/2022 | McNally, Katheryn | Valuation Model Development and Reporting | analyze claim summaries requested by Pachulski Stang and provide feedback to team | 0.6 | $ 635.00 | $ 381.00 |
| 8/29/2022 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally and AMBoswell re: claimant valuation responses for counsel questions | 0.4 | $ 415.00 | $ 166.00 |
| 8/29/2022 | Woloszyk, Evan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.0 | $ 305.00 | $ 305.00 |
| 8/30/2022 | Trilla, Barry | Claimant File Analysis | Allegation Tiers Guidelines for POC form scoring analysis and updates | 1.3 | $ 415.00 | $ 539.50 |
| 8/31/2022 | McNally, Katheryn | Claimant File Analysis | Review and edit to summary of allegation tier descriptions prepared at the request of counsel to the committee | 0.3 | $ 635.00 | $ 190.50 |
| 8/31/2022 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Updates to Allegation Tier Memo per request of counsel | 0.3 | $ 320.00 | $ 96.00 |
| **GRAND TOTAL** | | | | **134.40** | | **49,639.50** |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 11, 2022 |
| | § | |

### MONTHLY FEE AND EXPENSE STATEMENT OF
### THE CLARO GROUP, LLC AS EXPERT CONSULTANT
### ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2022 through September 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Claro for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| September 1, 2022 to September 30, 2022 | |
|---|---|
| Fees | $12,062.00 |
| Expenses | $0.00 |
| **Total** | **$12,062.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Claro timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Claro during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Claro Timekeeper for the Statement Period.

4.      Claro also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Claro is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $64,778.80[3] | $0.00 | $0.00 | $64,778.80 |
| 8/1/22 – 8/30/22 | $39,711.60[4] | $0.00 | $0.00 | $39,711.60 |

**Total Unpaid to Date**                                                    **$104,490.40**

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].
[3] This amount represents 80% of Claro's total monthly fees in the amount of $80,973.50 on account of Claro's July 2022 fee statement.
[4] This amount represents 80% of Claro's total monthly fees in the amount of $49,639.50 on account of Claro's August 2022 fee statement.

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Claro

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before November 11, 2022 (the "Objection Deadline"), setting forth the nature

of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Claro on an interim basis

the total amount of $9,649.60 which consists of eighty percent (80%) of Claro's total fees of $12,062.00 for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 28, 2022          Respectfully submitted,

*By: /s/ Katheryn McNally*
The Claro Group, LLC
123 N. Wacker Street, Suite 2100
Chicago, IL 60606
Email: kmncally@theclarogroup.com

*Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

DOCS_LA:345857.2 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.00 | $ 635.00 |
| Trilla, Barry | Senior Manager | 415.00 | 4.20 | $ 1,743.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 5.40 | $ 1,728.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 1.90 | $ 608.00 |
| Martisauski, Brad | Consultant | 305.00 | 1.60 | $ 488.00 |
| Melenchuk, Yuriy | Analyst | 280.00 | 24.50 | $ 6,860.00 |
| **Total Hours and Fees:** | | | **38.60** | **$ 12,062.00** |
| **Blended Rate:** | | **$ 312.49** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours August 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 2.3 | $ 1,020.50 |
| Claimant File Analysis | 7.3 | $ 2,412.00 |
| Fee Applications | 2.2 | $ 837.00 |
| Valuation Model Development and Reporting | 0.7 | $ 444.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 26.1 | $ 7,348.00 |
| **Total** | **38.60** | **$ 12,062.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 9/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Updating allegation tier thresholds for POC analysis | 0.6 | $ 320.00 | $ 192.00 |
| 9/6/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 1.9 | $ 320.00 | $ 608.00 |
| 9/7/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 2.1 | $ 320.00 | $ 672.00 |
| 9/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 0.9 | $ 320.00 | $ 288.00 |
| 9/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Sex talk, no physical touching" | 0.4 | $ 320.00 | $ 128.00 |
| 9/8/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 0.6 | $ 320.00 | $ 192.00 |
| 9/8/2022 | Trilla, Barry | Claimant File Analysis | Analysis of allegation tiers for POC forms | 0.8 | $ 415.00 | $ 332.00 |
| 9/12/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with YMelenchuk to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 305.00 | $ 152.50 |
| 9/12/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BMartisauski to discuss potentially comparable verdicts and settlements research and data aggregation | 0.5 | $ 280.00 | $ 140.00 |
| 9/12/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.5 | $ 280.00 | $ 700.00 |
| 9/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to Claro team to frame up efforts related to adult claim valuation and insurance allocation request from JStang | 0.2 | $ 635.00 | $ 127.00 |
| 9/14/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Call with JStang to discuss claim valuation for adult claims and request to complete insurance allocations | 0.3 | $ 635.00 | $ 190.50 |
| 9/15/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Email to counsel regarding new data needs for updated claim valuation | 0.2 | $ 635.00 | $ 127.00 |
| 9/15/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 1.5 | $ 280.00 | $ 420.00 |
| 9/16/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.2 | $ 280.00 | $ 616.00 |
| 9/16/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.8 | $ 280.00 | $ 504.00 |
| 9/19/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of August Fee app | 0.5 | $ 320.00 | $ 160.00 |
| 9/19/2022 | Boswell, Anne Margaret | Fee Applications | Preparation of August Fee Exhibits | 0.3 | $ 320.00 | $ 96.00 |
| 9/19/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.3 | $ 280.00 | $ 644.00 |
| 9/19/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.9 | $ 280.00 | $ 532.00 |
| 9/20/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare list of Adult Comp Verdicts per BTrilla's request | 1.1 | $ 305.00 | $ 335.50 |
| 9/20/2022 | Trilla, Barry | Fee Applications | August fee application and exhibits analysis | 0.6 | $ 415.00 | $ 249.00 |
| 9/20/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.4 | $ 280.00 | $ 672.00 |
| 9/20/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 1.6 | $ 280.00 | $ 448.00 |
| 9/21/2022 | Trilla, Barry | Fee Applications | August fee application and exhibits analysis, QC and updates | 0.8 | $ 415.00 | $ 332.00 |
| 9/21/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.7 | $ 280.00 | $ 1,036.00 |
| 9/23/2022 | Trilla, Barry | Coverage Analysis | Updated coverage map analysis | 0.4 | $ 415.00 | $ 166.00 |
| 9/23/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KLietz re: outstanding coverage questions for counsel | 0.3 | $ 415.00 | $ 124.50 |
| 9/26/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.2 | $ 280.00 | $ 896.00 |
| 9/26/2022 | Melenchuk, Yuriy | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation cont'd | 0.9 | $ 280.00 | $ 252.00 |
| 9/27/2022 | McNally, Katheryn | Coverage Analysis | Review list of outstanding questions regarding coverage and allocation to provide feedback via email to BTrilla before sending to counsel to committee | 0.3 | $ 635.00 | $ 190.50 |
| 9/27/2022 | Trilla, Barry | Coverage Analysis | Coverage chart versions analysis | 0.6 | $ 415.00 | $ 249.00 |
| 9/27/2022 | Trilla, Barry | Coverage Analysis | Correspondence with KMcNally re: outstanding coverage questions for counsel | 0.7 | $ 415.00 | $ 290.50 |
| **GRAND TOTAL** | | | | **38.60** | | **12,062.00** |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | Section "A" |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: December 7, 2022 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (fka THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**<u>FOR THE PERIOD OCTOBER 1, 2022 – OCTOBER 31, 2022</u>**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Stout Risius Ross, LLC (fka The Claro Group, LLC) ("<u>Stout</u>"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from October 1, 2022 through October 31, 2022 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

**<u>RELIEF REQUESTED</u>**

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| October 1, 2022 to October 31, 2022 | |
|---|---|
| Fees | $4,303.00 |
| Expenses | $0.00 |
| **Total** | **$4,303.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

DOCS_LA:346211.2 05067/002

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $3,442.40 which consists of eighty percent (80%) of Stout's total fees of $4,303.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: November 23, 2022    Respectfully submitted,

            *By: /s/ Katheryn McNally*
            Stout Risius Ross, LLC (fka The Claro Group, LLC)
            123 N. Wacker Street, Suite 2100
            Chicago, IL 60606
            Email: kmcnally@Stout.com

            *Expert Consultant and Expert Witness to the Official
Committee of Unsecured Creditors*

DOCS_LA:346211.2 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.00 | $ 635.00 |
| Trilla, Barry | Senior Manager | 415.00 | 4.00 | $ 1,660.00 |
| Blum, Brett | Manager | 370.00 | 0.50 | $ 185.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 2.70 | $ 864.00 |
| Ramljak, Daniel | Senior Consultant | 320.00 | 0.90 | $ 288.00 |
| Lietz, Kyle | Consultant | 305.00 | 1.00 | $ 305.00 |
| Martisauski, Brad | Consultant | 305.00 | 1.20 | $ 366.00 |
| **Total Hours and Fees:** | | | **11.30** | **$ 4,303.00** |
| **Blended Rate:** | | **$ 380.80** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours October 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 2.0 | $ 697.50 |
| Claimant File Analysis | 0.9 | $ 288.00 |
| Fee Applications | 5.0 | $ 2,038.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 3.4 | $ 1,279.00 |
| **Total** | **$ 11.30** | **$ 4,303.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/6/2022 | Lietz, Kyle | Coverage Analysis | Analyzed responses from Pachulski Stang Ziehl & Jones LLP regarding insurance policies for coverage purposes | 0.5 | $305.00 | $152.50 |
| 10/7/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Masturbation" | 0.3 | $320.00 | $96.00 |
| 10/10/2022 | Ramljak, Daniel | Claimant File Analysis | Analysis of POC categorization related to abuse tier: "Fondling under Clothing" | 0.6 | $320.00 | $192.00 |
| 10/11/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of adult-on-adult verdict comps towards valuation efforts re: adults | 2.2 | $415.00 | $913.00 |
| 10/12/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare Adult Comp Verdict Analysis for BTrilla | 1.2 | $305.00 | $366.00 |
| 10/20/2022 | Boswell, Anne Margaret | Fee Applications | September monthly fee app and exhibits analysis | 2.7 | $320.00 | $864.00 |
| 10/20/2022 | Trilla, Barry | Fee Applications | September monthly fee app and exhibits analysis and updates | 1.3 | $415.00 | $539.50 |
| 10/20/2022 | McNally, Katheryn | Fee Applications | Finalize materials for September fee app package | 0.8 | $635.00 | $508.00 |
| 10/26/2022 | McNally, Katheryn | Fee Applications | Finalize materials for September fee app package | 0.2 | $635.00 | $127.00 |
| 10/28/2022 | Trilla, Barry | Coverage Analysis | Call with BBlum and KLietz re: outstanding coverage questions and allocation inputs | 0.5 | $415.00 | $207.50 |
| 10/28/2022 | Blum, Brett | Coverage Analysis | Call with BTrilla and KLietz re: outstanding coverage questions and allocation inputs | 0.5 | $370.00 | $185.00 |
| 10/28/2022 | Lietz, Kyle | Coverage Analysis | Call with BBlum and BTrilla re: outstanding coverage questions and allocation inputs | 0.5 | $305.00 | $152.50 |
| **GRAND TOTAL** | | | | **11.30** | | **4,303.00** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[5] | § | |
| | § | |

---

## ORDER APPROVING SECOND INTERIM
## APPLICATION FOR ALLOWANCE OF COMPENSATION
## OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS
## EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
## JULY 1, 2022 THROUGH OCTOBER 31, 2022

CAME ON for consideration the *Second Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC (FKA The Claro Group, LLC) ("Stout") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[5] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.       The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$146,978.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$146,978.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.       The Debtor is further authorized and directed to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on November 23, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 23, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

**SUMMARY COVER SHEET TO THIRD INTERIM APPLICATION**
**FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC**
**(FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON**
**SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2022**
**THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/2022 | 02/28/2023 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 10/31/2022 |
| **Total amounts awarded in all prior Applications:** | | $221,990.00 |
| **Total fees requested in this Application:** | | $133,704.50 |
| **Total hours covered by this Application:** | | 348.8 |
| **Average hourly rate:** | | $383.3 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout) on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2022 through February 28, 2023 (the "Application Period"):

## SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
## NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | 635 | 23.4 | 14,859.00 |
| Schwab, Matt | Managing Director | 625 | 18 | 11,250.00 |
| Trilla, Barry | Senior Manager | 415 | 86.3 | 35,814.00 |
| Blum, Brett | Manager | 370 | 49.3 | 18,241.00 |
| Boswell, Anne Margaret | Senior Consultant | 320 | 51.3 | 16,416.00 |
| Ramljak, Danny | Senior Consultant | 320 | 24.6 | 7,872.00 |
| Schoenfeld, Erika | Senior Consultant | 320 | 20 | 6,400.00 |
| Aiello, Madison | Consultant | 305 | 1.9 | 579.50 |
| Lietz, Kyle | Consultant | 305 | 31.2 | 9,516.00 |
| Martisauski, Brad | Consultant | 305 | 18.2 | 5,551.00 |
| Ricci, Elaina | Consultant | 305 | 2 | 610.00 |
| Smith, Hannah | Consultant | 305 | 10.7 | 3,263.50 |
| Cortens, Morgan | Analyst | 280 | 8.5 | 2,380.00 |
| Mazek, Matt | Analyst | 280 | 3.4 | 952.00 |
| **Total** | | | **348.80** | **133,704.50** |

2

**COMPENSATION AND HOURS BY TASK**
**NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 157.7 | 64,572.00 |
| Claimant File Analysis | 47.3 | 16,141.00 |
| Fee Applications | 48.3 | 17,598.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 59.3 | 19,362.00 |
| Valuation Model Development and Reporting | 24.9 | 10,697.00 |
| Communication with Counsel | 6 | 3,516.00 |
| Analysis of ANO Historical Settlements | 5.3 | 1,818.00 |
| **Total** | **348.80** | **133,704.50** |

Stout did not incur any expenses during the Application Period.

3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | Section "A" |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SECOND INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 18, 2023, AT 1:30 PM. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Third Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2022 Through February 28, 2023* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I. INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $133,704.50 for the period November 1, 2022 – February 28, 2023 (the "Application Period"). As of January 10, 2023, Stout has received payments totaling $221,990.00 representing Stout's total billed amount in both its *First Interim Application for Allowance of Compensation of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from April 19, 2022 through June 30, 2022 and Second Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022.* To date, neither Stout nor Claro has been paid any other compensation with respect to the amounts requested in this Application.

## II. JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section

XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III. BACKGROUND

### A. Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478], on June 21, 2022 [Docket No. 1618][2] and on February 13, 2023 [Docket No. 2081].

### B. Employment of Claro

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and*

---

[2] A separate official committee of unsecured commercial creditors was appointed by the Office of the U.S. Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "<u>Retention Order</u>"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

> **C.**      <u>**Stout's Acquisition of Claro**</u>

9. On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout and are at times marketed as "The Claro Group, a Stout Business."

## IV.      <u>WORK PERFORMED</u>

10. Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Claro's and Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period November 1, 2022 through February 28, 2023. References to the work Claro performed prior to September 30, 2022 will generally be referred to in this Application as work that Stout performed.

## V.      <u>SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY</u>

11. During the Application Period, Claro performed work primarily in the following seven areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; (e) analysis of settlements, verdicts, and victim compensation funds; (f) communication with Counsel; and (g) analysis of ANO Historical Settlements. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories,

are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A.    Coverage Analysis

12.    During the Application Period, Stout was directed by counsel to the Committee to analyze the Debtor's available insurance coverage. Stout reviewed and analyzed insurance policy information and performed allocation of claims across years of insurance coverage. Stout allocated claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees:  $64,572.00;              Hours:  157.7

### B.    Claimant File Analysis

13.    In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed the Proof of Claim ("POC") forms and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from survivor POC forms, complaints, and other supplemental documents to create a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants.   Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.  In addition, Stout investigated ambiguities and discrepancies related to specific claims raised when comparing results of Stout's claim file review to other data provided by the Debtor and/or Counsel related to the claims.

Fees:  $16,141.00;              Hours:  47.3

8

C.     **Fee Applications**

14.     During the Application Period, Stout submitted its Second Interim Fee Application for the period July 1, 2022 through October 31, 2022 and its Monthly Fee Applications for the periods from October 1, 2022 through January 31, 2023. Stout reviewed the Complex Case Order to begin draft preparation of its Ninth Monthly Fee Application and Third Interim Fee Application, however, both were finalized after the Application Period.

Fees: $17,598.50;          Hours: 48.3

D.     **Valuation Model Development and Reporting**

15.     Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to development of the valuation and discounting, Stout developed a claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees: $10,697.00;          Hours: 24.9

E.     **Analysis of Settlements, Verdicts, and Victim Compensation Funds**

16.     During this Application Period, Stout continued to perform research to identify and capture relevant information related to matters that may be considered comparable for Survivor Claims.

Fees: $19,362.00;          Hours: 59.3

F.     **Communication with Counsel**

1.     Time spent communicating with Pachulski Stang Ziehl & Jones LLP is integral to the

9

rendering of cost-effective services. Stout spent time with Pachulski Stang Ziehl & Jones LLP obtaining information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees: $3,516.00;         Hours: 6

### G.     Analysis of ANO Historical Settlements

1.     To gain understanding of the Debtor's historical experience related to sexual abuse claims, Stout reviewed the Debtor's previously resolved sexual abuse claims.

Fees: $1,818.00;         Hours: 5.3

## VII.   STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

16.     As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

17.     No entity has promised to compensate Claro or Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Claro or Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it

10

receives in connection with this case with its members and other firm employees (as originally

disclosed in the Retention Application).

### VIII. THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18.     Section 330 provides that a court may award a professional employed under 11

U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth

the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . ,
> the court shall consider the nature, the extent, and the value of such services,
> taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of
> time commensurate with the complexity, importance, and nature of
> the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and experience in the
> bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this title.

11 U.S.C. § 330(a)(3).

19.     The Claro team at Stout has a reputation for its expertise and experience in financial

and bankruptcy reorganizations and restructurings, including without limitation, as a leading

expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably

based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based

11

on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

20.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

21.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.  Based upon the services described in this Application, Claro respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

12

**The Time and Labor Required**

22.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 348.80 hours during the Application Period, for a total fee of $133,704.50.  The blended hourly rate for this Application is $383.30 per hour.  The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties.  Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

23.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18].  The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions.   Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

24.     Representing the Committee in this Chapter 11 case required considerable skill and expertise.  The Claro team at Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case.   The Claro team at Stout has considerable experience in complex bankruptcy matters.  Further, the Claro team at Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the

13

structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

25. Claro and then Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $383.30 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

## Whether the Fee is Fixed or Contingent

26. Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

## Time Limitations Imposed by the Client or Other Circumstances

27. Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

14

**The Amounts Involved and the Results Obtained**

28.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees Stout seeks interim allowance of in this Application are $133,704.50.  Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case.  Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

29.     The Claro team at Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

30.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable.  However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims

process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

31.     Stout has no prior professional relationship with the Committee, which was only formed after this case began.  However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

32.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

33.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## IX.     RESERVATION OF RIGHTS

34.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.     NO PRIOR REQUEST

35.     No prior application for the relief requested herein has been made to this or any other court.

## XI.    CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $133,704.50; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  March 28, 2023                                          Respectfully submitted,

                                                               By: */s/ Katheryn McNally*
                                                               Stout Risius Ross, LLC
                                                               123 N. Wacker Drive, Suite 2100
                                                               Chicago, IL 60606
                                                               Email: kmcnally@stout.com

                                                               Expert Consultant and Expert Witness to the
                                                               Official Committee of Unsecured Creditors

17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

CAME ON for consideration the *Third Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2022 through February 28, 2023* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")) for the period November 1, 2022 through February 28, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$133,704.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$133,704.50** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2023.


_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 5, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD NOVEMBER 1, 2022 – NOVEMBER 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2022 through November 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

## RELIEF REQUESTED

2.　　The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| November 1, 2022 to November 30, 2022 | |
|---|---|
| Fees | $ 17,622.00 |
| Expenses | $0.00 |
| **Total** | **$17,622.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.　　The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.　　Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00 | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $64,778.80 | $0.00 | $64,778.80 | $0.00 |
| 8/1/22 – 8/31/22 | $39,711.60 | $0.00 | $39,711.60 | $0.00 |
| 9/1/22 – 9/30/22 | $9,649.60 | $0.00 | $0.00 | $9,649.60 |
| 10/1/22 – 10/31/22 | $3,442.40[2] | $0.00 | $0.00 | $3,442.40 |

**Total Unpaid to Date**                                                **$13,092.00**

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.       In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

---

[2] This amount represents 80% of Stout's total monthly fees in the amount of $4,303.00 on account of Stout's October 2022 fee statement.

3

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 5, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $14,097.60 which consists of eighty percent (80%) of Stout's total fees of $17,622.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  December 22, 2022                    Respectfully submitted,

                                             By: /s/ Katheryn McNally
                                             The Claro Group, A Stout Business
                                             123 N. Wacker Street, Suite 2100
                                             Chicago, IL 60606
                                             Email: kmcnally@Stout.com

                                             *Expert Consultant and Expert Witness to the*
                                             *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 3.40 | $ 2,159.00 |
| Schwab, Matt | Managing Director | 625.00 | 0.30 | $ 187.50 |
| Trilla, Barry | Senior Manager | 415.00 | 3.30 | $ 1,369.50 |
| Blum, Brett | Manager | 370.00 | 2.30 | $ 851.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 15.80 | $ 5,056.00 |
| Ramljak, Danny | Senior Consultant | 320.00 | 2.80 | $ 896.00 |
| Schoenfeld, Erika | Senior Consultant | 320.00 | 7.90 | $ 2,528.00 |
| Lietz, Kyle | Consultant | 305.00 | 8.90 | $ 2,714.50 |
| Martisauski, Brad | Consultant | 305.00 | 6.10 | $ 1,860.50 |
| **Total Hours and Fees:** | | | **50.80** | **$ 17,622.00** |
| **Blended Rate:** | | **$ 346.89** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours November 2022 | Total Compensation |
|---|---|---|
| Coverage Analysis | 11.2 | $ 3,565.50 |
| Claimant File Analysis | 0.6 | $ 192.00 |
| Fee Applications | 19.3 | $ 7,225.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 14.4 | $ 4,554.50 |
| Valuation Model Development and Reporting | 5.3 | $ 2,084.50 |
| **Total** | **$ 50.80** | **$ 17,622.00** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/1/2022 | Blum, Brett | Coverage Analysis | Meeting with KLietz regarding policy / Insurance Claim Allocation System updates | 0.5 | $370.00 | $185.00 |
| 11/1/2022 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum regarding policy / Insurance Claim Allocation System updates | 0.5 | $305.00 | $152.50 |
| 11/1/2022 | Lietz, Kyle | Coverage Analysis | Creation of claim sets for Insurance Claim Allocation System in order to facilitate coverage analysis | 0.6 | $305.00 | $183.00 |
| 11/2/2022 | Lietz, Kyle | Coverage Analysis | Creation of claim sets for Insurance Claim Allocation System in order to facilitate coverage analysis | 3.1 | $305.00 | $945.50 |
| 11/3/2022 | Lietz, Kyle | Coverage Analysis | Creation of claim sets for Insurance Claim Allocation System in order to facilitate coverage analysis | 0.4 | $305.00 | $122.00 |
| 11/3/2022 | Lietz, Kyle | Coverage Analysis | Update coverage/policy log and matrix for policy limits/dates | 0.8 | $305.00 | $244.00 |
| 11/3/2022 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 3.7 | $320.00 | $1,184.00 |
| 11/7/2022 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.2 | $320.00 | $704.00 |
| 11/8/2022 | Blum, Brett | Coverage Analysis | Analyzing ANO policy information and testing claim set to facilitate coverage analysis | 0.6 | $370.00 | $222.00 |
| 11/8/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.1 | $305.00 | $640.50 |
| 11/8/2022 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially comparable verdicts and settlements research and data aggregation | 2.0 | $320.00 | $640.00 |
| 11/9/2022 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Proof of Claim Form allegations related to fondling under clothing | 0.6 | $320.00 | $192.00 |
| 11/10/2022 | Lietz, Kyle | Coverage Analysis | Compared Insurance Claim Allocation System listing to policy matrix and updated limits as necessary | 0.9 | $305.00 | $274.50 |
| 11/11/2022 | Blum, Brett | Coverage Analysis | Meeting with KLietz regarding walkthrough of allocation running and results analysis | 0.5 | $370.00 | $185.00 |
| 11/11/2022 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum regarding walkthrough of allocation running and results analysis | 0.5 | $305.00 | $152.50 |
| 11/11/2022 | Blum, Brett | Coverage Analysis | Meeting with KLietz regarding testing allocation results | 0.7 | $370.00 | $259.00 |
| 11/11/2022 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum regarding testing allocation results | 0.7 | $305.00 | $213.50 |
| 11/11/2022 | Lietz, Kyle | Coverage Analysis | Compared Insurance Claim Allocation System listing to policy matrix and updated limits as necessary | 0.7 | $305.00 | $213.50 |
| 11/11/2022 | Boswell, Anne Margaret | Fee Applications | October Monthly Fee Application analysis and exhibits | 2.9 | $320.00 | $928.00 |
| 11/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with MSchwab re: adult valuation analysis and necessary data behind adult verdict values and discounts | 0.3 | $415.00 | $124.50 |
| 11/14/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model analysis re: current scoring of adult plaintiffs | 0.6 | $415.00 | $249.00 |
| 11/14/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Adult only verdict values analysis | 0.4 | $415.00 | $166.00 |
| 11/14/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare Adult Comp Verdict Analysis for BTrilla - Analyze Potentially Included Verdicts originally excluded for Adult Victim | 2.8 | $305.00 | $854.00 |
| 11/14/2022 | Schwab, Matt | Valuation Model Development and Reporting | Call w/ BTrilla re: adult valuation analysis and necessary data behind adult verdict values and discounts | 0.3 | $625.00 | $187.50 |
| 11/15/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare Adult Comp Verdict Analysis for BTrilla - Analyze Potentially Included Verdicts originally excluded for Adult Victim | 1.2 | $305.00 | $366.00 |
| 11/15/2022 | Lietz, Kyle | Coverage Analysis | Analyze Insurance Claim Allocation System allocation in Microsoft Access and Excel for coverage analysis purposes | 0.7 | $305.00 | $213.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 11/17/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of 2nd Interim Fee Application covering July 1, 2022 - October 31, 2022 | 3.6 | $320.00 | $1,152.00 |
| 11/17/2022 | Boswell, Anne Margaret | Fee Applications | Drafting of 2nd Interim Fee Application covering July 1, 2022 - October 31, 2022 continued | 3.1 | $320.00 | $992.00 |
| 11/17/2022 | Boswell, Anne Margaret | Fee Applications | Formation of 2nd Interim Fee Exhibits covering July 1, 2022 - October 31, 2022 | 0.9 | $320.00 | $288.00 |
| 11/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to October Monthly Fee App and Exhibits | 0.6 | $320.00 | $192.00 |
| 11/18/2022 | Boswell, Anne Margaret | Fee Applications | Updates to 2nd Interim Fee Application and Exhibits covering July 1, 2022 - October 31, 2022 | 1.8 | $320.00 | $576.00 |
| 11/21/2022 | Boswell, Anne Margaret | Fee Applications | Updates to 2nd Interim Fee Application covering July 1, 2022 - October 31,2022 based on BTrilla's comments | 0.9 | $320.00 | $288.00 |
| 11/21/2022 | Boswell, Anne Margaret | Fee Applications | Update to October Monthly Fee application based on payment received related to Second Monthly Fee | 0.5 | $320.00 | $160.00 |
| 11/21/2022 | Boswell, Anne Margaret | Fee Applications | Update to 2nd Interim Fee application based on payment received related to Second Monthly Fee | 0.9 | $320.00 | $288.00 |
| 11/21/2022 | Trilla, Barry | Fee Applications | 2nd Interim Fee Application analysis, QC and updates for submission | 1.1 | $415.00 | $456.50 |
| 11/21/2022 | McNally, Katheryn | Fee Applications | Finalize October Monthly Fee Application and Second Interim Fee Application | 2.2 | $635.00 | $1,397.00 |
| 11/22/2022 | McNally, Katheryn | Fee Applications | Finalize Second Interim Fee Applications including related correspondence with counsel | 0.8 | $635.00 | $508.00 |
| 11/28/2022 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak re: adult valuation | 0.5 | $415.00 | $207.50 |
| 11/28/2022 | Ramljak, Danny | Valuation Model Development and Reporting | Call with BTrilla re: adult valuation | 0.5 | $320.00 | $160.00 |
| 11/28/2022 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and edits to valuation model to value adult sexual abuse claims | 0.6 | $320.00 | $192.00 |
| 11/28/2022 | McNally, Katheryn | Valuation Model Development and Reporting | Meet with BTrilla to discuss open items on ANO claim valuation and work plan to update analysis | 0.4 | $635.00 | $254.00 |
| 11/28/2022 | Trilla, Barry | Valuation Model Development and Reporting | Meet with KMcNally to discuss open items on ANO claim valuation and work plan to update analysis | 0.4 | $415.00 | $166.00 |
| 11/29/2022 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and edits to valuation model to value adult sexual abuse claims | 1.7 | $320.00 | $544.00 |
| **GRAND TOTAL** | | | | **50.80** | | **$17,622.00** |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline:  February 10, 2023 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF
STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD DECEMBER 1, 2022 – DECEMBER 31, 2022**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2022 through December 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| December 1, 2022 to December 31, 2022 ||
|---|---|
| Fees | $ 6,519.00 |
| Expenses | $0.00 |
| **Total** | **$6,519.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].
[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

DOCS_LA:347083.1 05067/002

| | | | |
|---|---|---|---|
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $14,097.60[4] | $0.00 | $0.00 | $14,097.60 |

**Total Unpaid to Date**                                **$14,097.60**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

---

[4] This amount represents 80% of Claro's total monthly fees in the amount of $17,622.00 on account of Claro's November 2022 fee statement.

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $5,215.20 which consists of eighty percent (80%) of Stout's total fees of $6,519.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 27, 2022

Respectfully submitted,

By: /s/ Katheryn McNally
The Claro Group, A Stout Business
123 N. Wacker Street, Suite 2100
Chicago, IL 60606
Email: kmcnally@Stout.com

*Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Schwab, Matt | Managing Director | 625.00 | 1.00 | $ 625.00 |
| Trilla, Barry | Senior Manager | 415.00 | 8.00 | $ 3,320.00 |
| Boswell, Anne Margaret | Senior Consultant | 320.00 | 4.30 | $ 1,376.00 |
| Ramljak, Danny | Senior Consultant | 320.00 | 2.60 | $ 832.00 |
| Martisauski, Brad | Consultant | 305.00 | 0.80 | $ 244.00 |
| Smith, Hannah | Senior Consultant | 305.00 | 0.40 | $ 122.00 |
| **Total Hours and Fees:** | | | **17.10** | **6,519.00** |
| **Blended Rate:** | | **$ 381.23** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours December 2022 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 1.7 | $ 538.00 |
| Fee Applications | 8.9 | $ 3,390.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 1.4 | $ 493.00 |
| Valuation Model Development and Reporting | 5.1 | $ 2,098.00 |
| **Total** | **$ 17.10** | **$ 6,519.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 12/6/2022 | Trilla, Barry | Valuation Model Development and Reporting | Meeting with MSchwab to discuss current valuation factors considered | 0.5 | $415.00 | $207.50 |
| 12/6/2022 | Schwab, Matt | Valuation Model Development and Reporting | Meeting with BTrilla to discuss current valuation factors considered | 0.5 | $625.00 | $312.50 |
| 12/8/2022 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Update Adult Only Verdict Comp Analysis with current verdict listing | 0.8 | $305.00 | $244.00 |
| 12/8/2022 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Verdict comps analysis re: victims that were adults at time of abuse | 0.6 | $415.00 | $249.00 |
| 12/12/2022 | Trilla, Barry | Valuation Model Development and Reporting | Valuation model updates analysis re: adult sexual abuse claims | 1.2 | $415.00 | $498.00 |
| 12/12/2022 | Boswell, Anne Margaret | Fee Applications | November Fee Application Analysis and Exhibits | 2.9 | $320.00 | $928.00 |
| 12/13/2022 | Smith, Hannah | Claimant File Analysis | Analyzing POC information to confirm scoring of abuse for plaintiff | 0.4 | $305.00 | $122.00 |
| 12/13/2022 | Ramljak, Danny | Claimant File Analysis | Analysis of non-sexual abuse excluded claimants | 1.3 | $320.00 | $416.00 |
| 12/15/2022 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation model to reflect new plaintiff verdict values | 0.7 | $320.00 | $224.00 |
| 12/15/2022 | Trilla, Barry | Fee Applications | November Monthly Fee App analysis, QC and updates | 1.2 | $415.00 | $498.00 |
| 12/16/2022 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and updates of ANO valuation discounts | 0.6 | $320.00 | $192.00 |
| 12/16/2022 | Trilla, Barry | Fee Applications | November Monthly Fee Application analysis and updates | 0.8 | $415.00 | $332.00 |
| 12/16/2022 | Boswell, Anne Margaret | Fee Applications | Updates to November Fee Application based on BTrilla's comments | 0.9 | $320.00 | $288.00 |
| 12/19/2022 | Schwab, Matt | Fee Applications | Review and finalize November Fee Application | 0.5 | $625.00 | $312.50 |
| 12/19/2022 | Trilla, Barry | Fee Applications | Correspondence with MSchwab re: November Monthly Fee App updates | 0.8 | $415.00 | $332.00 |
| 12/19/2022 | Trilla, Barry | Fee Applications | November Monthly Fee App LEDES file analysis for submission | 1.3 | $415.00 | $539.50 |
| 12/19/2022 | Boswell, Anne Margaret | Fee Applications | November Fee Application reconciliation analysis | 0.5 | $320.00 | $160.00 |
| 12/27/2022 | Trilla, Barry | Valuation Model Development and Reporting | Update to valuation model re: claimants that were adults at the time of abuse | 1.6 | $415.00 | $664.00 |
| **GRAND TOTAL** | | | | **17.10** | | **$6,519.00** |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 14, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JANUARY 1, 2023 – JANUARY 31, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC FKA The Claro Group ("Stout"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2023 through January 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

DOCS_LA:347515.2 05067/002

**RELIEF REQUESTED**

2.        The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| January 1, 2023 to January 31, 2023 | |
|---|---|
| Fees | $ **63,301.50** |
| Expenses | $0.00 |
| **Total** | **$63,301.50** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.        The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.        Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $14,097.60[4] | $0.00 | $0.00 | $14,097.60 |
| 12/1/22 – 12/31/22 | $5,215.20[5] | $0.00 | $0.00 | $5,215.20 |

**Total Unpaid to Date**                                                    **$19,312.80**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

---

[2] This amount was approved pursuant to order approving The Claro Group's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].
[3] This amount was approved pursuant to order approving Stout's Second Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].
[4] This amount represents 80% of Stout's total monthly fees in the amount of $17,622.00 on account of Stout's November 2022 fee statement.
[5] This amount represents 80% of Stout's total monthly fees in the amount of $6,519.00 on account of Stout's December 2022 fee statement.

3

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $50,641.20 which consists of eighty percent (80%) of Stout's total fees of $63,301.50 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  February 28, 2023                                    Respectfully submitted,

                                                            *By: /s/ Katheryn McNally*
                                                            The Claro Group, A Stout Business
                                                            123 N. Wacker Street, Suite 2100
                                                            Chicago, IL 60606
                                                            Email: kmcnally@Stout.com

                                                            *Expert Consultant and Expert Witness to the*
                                                            *Official Committee of Unsecured Creditors*

5

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 9.00 | $ 5,715.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 9.50 | $ 5,937.50 |
| Trilla, Barry | Senior Manager | $ 415.00 | 47.60 | $ 19,754.00 |
| Blum, Brett | Manager | $ 370.00 | 26.90 | $ 9,953.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 11.00 | $ 3,520.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 15.90 | $ 5,088.00 |
| Schoenfeld, Erika | Senior Consultant | $ 320.00 | 3.40 | $ 1,088.00 |
| Lietz, Kyle | Consultant | $ 305.00 | 15.20 | $ 4,636.00 |
| Martisauski, Brad | Consultant | $ 305.00 | 11.30 | $ 3,446.50 |
| Smith, Hannah | Consultant | $ 305.00 | 7.50 | $ 2,287.50 |
| Cortens, Morgan | Analyst | $ 280.00 | 3.30 | $ 924.00 |
| Mazek, Matt | Analyst | $ 280.00 | 3.40 | $ 952.00 |
| **Total Hours and Fees:** | | | **164.00** | **$ 63,301.50** |
| **Blended Rate:** | | **$ 385.98** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours January 2023 | Total Compensation |
|---|---|---|
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 29.6 | $ 10,074.50 |
| Claimant File Analysis | 32.4 | $ 11,479.50 |
| Communication with Counsel | 2.9 | $ 1,547.50 |
| Coverage Analysis | 81.6 | $ 32,960.50 |
| Fee Applications | 6.7 | $ 2,438.50 |
| Valuation Model Development and Reporting | 10.8 | $ 4,801.00 |
| **Total** | **164.00** | **$ 63,301.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/3/2023 | Boswell, Anne Margaret | Fee Applications | December Monthly Fee Application Analysis | 0.6 | $320.00 | $192.00 |
| 1/11/2023 | Mazek, Matt | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of outcomes of comparable matters re: plaintiff characteristics | 0.8 | $280.00 | $224.00 |
| 1/11/2023 | Schwab, Matt | Valuation Model Development and Reporting | Meeting with DRamljak and BTrilla to discuss and review research and process for valuing adult claims | 0.5 | $625.00 | $312.50 |
| 1/11/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with BTrilla and MSchwab to discuss and review research and process for valuing adult claims | 0.5 | $320.00 | $160.00 |
| 1/11/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of adult sexual abuse claimant allegations and age at time of first abuse | 0.8 | $320.00 | $256.00 |
| 1/11/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare comparable matters analysis for MMazek - identify characteristics of Plaintiffs at time of abuse | 0.5 | $305.00 | $152.50 |
| 1/11/2023 | Trilla, Barry | Valuation Model Development and Reporting | Meeting with DRamljak and MSchwab to discuss and review research and process for valuing adult claims | 0.5 | $415.00 | $207.50 |
| 1/11/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Comparable verdicts research results analysis, QC and updates | 2.2 | $415.00 | $913.00 |
| 1/11/2023 | Trilla, Barry | Valuation Model Development and Reporting | Adult valuation modeling analysis re: applying additional discount | 1.2 | $415.00 | $498.00 |
| 1/12/2023 | Mazek, Matt | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of certain plaintiffs from comparable matters - identify characteristics of Plaintiff at time of abuse | 2.6 | $280.00 | $728.00 |
| 1/12/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | ANO Comparable Matters Analysis edits; deliver to BTrilla for further analysis | 0.4 | $305.00 | $122.00 |
| 1/12/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Updated ANO Comparable Verdicts analysis re: case details and damages | 1.3 | $415.00 | $539.50 |
| 1/13/2023 | Schwab, Matt | Valuation Model Development and Reporting | Call with DRamljak, BTrilla and KMcNally to discuss status of valuation and next steps prior to mediation | 0.5 | $625.00 | $312.50 |
| 1/13/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BTrilla re: comparable verdicts research results | 0.3 | $305.00 | $91.50 |
| 1/13/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Build out summary statistics for Comparable Matters analysis - Characteristics of Plaintiff | 0.8 | $305.00 | $244.00 |
| 1/13/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Call with BTrilla, KMcNally, and MSchwab to discuss status of valuation and next steps prior to mediation | 0.5 | $320.00 | $160.00 |
| 1/13/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Call with MSchwab, BTrilla, DRamljak to discuss status of valuation and next steps prior to mediation | 0.5 | $635.00 | $317.50 |
| 1/13/2023 | Trilla, Barry | Valuation Model Development and Reporting | Call with DRamljak, MSchwab and KMcNally to discuss status of valuation and next steps prior to mediation | 0.5 | $415.00 | $207.50 |
| 1/13/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with Bmartisauski re: comparable verdicts research results | 0.3 | $415.00 | $124.50 |
| 1/13/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Verdict comp research update analysis and QC | 0.8 | $415.00 | $332.00 |
| 1/17/2023 | McNally, Katheryn | Communication with Counsel | Call with BTrilla, MSchwab and counsel to discuss coverage and allocation parameters for requested analysis | 0.8 | $635.00 | $508.00 |
| 1/17/2023 | McNally, Katheryn | Coverage Analysis | Call with MSchwab and BTrilla to discuss work plan to execute insurance allocations requested by counsel to the committee | 0.2 | $635.00 | $127.00 |
| 1/17/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally and BTrilla to discuss work plan to execute insurance allocations requested by counsel to the committee | 0.2 | $625.00 | $125.00 |
| 1/17/2023 | Schwab, Matt | Communication with Counsel | Call with KMcNally, BTrilla and counsel to discuss coverage and allocation parameters for requested analysis | 0.8 | $625.00 | $500.00 |
| 1/17/2023 | Lietz, Kyle | Coverage Analysis | Analysis of policy map and policy matrix to determine applicable limits for coverage analysis | 0.4 | $305.00 | $122.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/17/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of missing information claim forms and additional documentation for valuation | 0.3 | $320.00 | $96.00 |
| 1/17/2023 | Boswell, Anne Margaret | Fee Applications | December Monthly Fee Application analysis and exhibits | 2.5 | $320.00 | $800.00 |
| 1/17/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Update Potential Comparable Settlements for Stout analysis | 1.3 | $305.00 | $396.50 |
| 1/17/2023 | Blum, Brett | Coverage Analysis | Analysis of correspondence and summarizing assumptions used for coverage | 0.7 | $370.00 | $259.00 |
| 1/17/2023 | Trilla, Barry | Communication with Counsel | Call with KMcNally, MSchwab and counsel to discuss coverage and allocation parameters for requested analysis | 0.8 | $415.00 | $332.00 |
| 1/17/2023 | Trilla, Barry | Coverage Analysis | Call with KMcNally and MSchwab to discuss work plan to execute insurance allocations requested by counsel to the committee | 0.2 | $415.00 | $83.00 |
| 1/17/2023 | Trilla, Barry | Coverage Analysis | Allocation assumptions analysis to discuss with counsel and team | 1.2 | $415.00 | $498.00 |
| 1/18/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BTrilla and BBlum re: policy information received from counsel and allocations | 0.5 | $305.00 | $152.50 |
| 1/18/2023 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell Re: abuse dates for allocation | 0.3 | $320.00 | $96.00 |
| 1/18/2023 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak Re: abuse dates for allocation | 0.3 | $320.00 | $96.00 |
| 1/18/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of missing information claim forms and additional documentation for valuation | 1.3 | $320.00 | $416.00 |
| 1/18/2023 | Ramljak, Danny | Claimant File Analysis | Claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 0.5 | $320.00 | $160.00 |
| 1/18/2023 | Lietz, Kyle | Coverage Analysis | Insurance Claim Allocation System analysis vs. updated policy information received from counsel | 1.5 | $305.00 | $457.50 |
| 1/18/2023 | Boswell, Anne Margaret | Coverage Analysis | Abuse start and end date analysis for coverage allocation | 0.9 | $320.00 | $288.00 |
| 1/18/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla and KLietz re: policy information received from counsel and allocations | 0.5 | $370.00 | $185.00 |
| 1/18/2023 | Trilla, Barry | Coverage Analysis | Meeting with KLietz and BBlum re: policy information received from counsel and allocations | 0.5 | $415.00 | $207.50 |
| 1/18/2023 | Trilla, Barry | Coverage Analysis | Analysis of coverage map, coverage matrix and policy information received from counsel re: allocation requests | 2.2 | $415.00 | $913.00 |
| 1/18/2023 | Trilla, Barry | Coverage Analysis | Insurance Claim Allocation System analysis and QC vs. updated policy information received from counsel | 1.4 | $415.00 | $581.00 |
| 1/19/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum and BTrilla to discuss allocation workplan and updates to Insurance Claim Allocation System | 0.5 | $305.00 | $152.50 |
| 1/19/2023 | Lietz, Kyle | Coverage Analysis | Analyze claim set to identify claimants who were abused in various years for coverage allocation | 2.0 | $305.00 | $610.00 |
| 1/19/2023 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analyze comp verdicts for adult survivor claims and provide feedback to Stout research team | 0.6 | $635.00 | $381.00 |
| 1/19/2023 | McNally, Katheryn | Claimant File Analysis | Analyze list of claims missing information including related correspondence with DRamljak | 0.7 | $635.00 | $444.50 |
| 1/19/2023 | Boswell, Anne Margaret | Coverage Analysis | Standardizing start and end dates of abuse for coverage allocation | 1.3 | $320.00 | $416.00 |
| 1/19/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Incorporate feedback on Adult Comps analysis from Stout management and QC comps | 0.6 | $305.00 | $183.00 |
| 1/19/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Run repeatable search process for new verdict/settlement comps for Stout analysis to be used in claim valuation | 2.4 | $305.00 | $732.00 |
| 1/19/2023 | Blum, Brett | Coverage Analysis | Creation of claim set within Insurance Claim Allocation System for coverage analysis | 1.0 | $370.00 | $370.00 |
| 1/19/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla and KLietz to discuss allocation workplan and updates to Insurance Claim Allocation System | 0.5 | $370.00 | $185.00 |
| 1/19/2023 | Blum, Brett | Coverage Analysis | Discussion with BTrilla about updates to allocations and allocation claim sets | 0.5 | $370.00 | $185.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/19/2023 | Smith, Hannah | Coverage Analysis | Assist in development of ANO Insurance Coverage reporting process | 1.2 | $305.00 | $366.00 |
| 1/19/2023 | Trilla, Barry | Coverage Analysis | Meeting with BBlum and KLietz to discuss allocation workplan and updates to Insurance Claim Allocation System | 0.5 | $415.00 | $207.50 |
| 1/19/2023 | Trilla, Barry | Coverage Analysis | Discussion with BBlum about updates to allocations and allocation claim sets | 0.5 | $415.00 | $207.50 |
| 1/19/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Updated adult verdict comps analysis and QC re: valuation of adult claims | 0.7 | $415.00 | $290.50 |
| 1/19/2023 | Trilla, Barry | Claimant File Analysis | Claimant file analysis re: dates of alleged abuse and detail provided in claim forms | 1.6 | $415.00 | $664.00 |
| 1/20/2023 | Lietz, Kyle | Coverage Analysis | Update Insurance Claim System to match updated policy map provided by counsel | 1.5 | $305.00 | $457.50 |
| 1/20/2023 | McNally, Katheryn | Claimant File Analysis | Email to committee counsel with claim analysis detail for claim missing key attributes, per request | 0.3 | $635.00 | $190.50 |
| 1/20/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with ESchoenfeld to discuss Comparable Matter Verdict analysis + next steps | 0.2 | $305.00 | $61.00 |
| 1/20/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Incorporate feedback on Adult Comps analysis from Stout management and QC comps | 1.1 | $305.00 | $335.50 |
| 1/20/2023 | Blum, Brett | Coverage Analysis | Analyzing policy information for coverage purposes and QC of Insurance Claim Allocation System | 2.4 | $370.00 | $888.00 |
| 1/20/2023 | Blum, Brett | Coverage Analysis | Call with BTrilla re: allocation status, workplan and required updates | 0.3 | $370.00 | $111.00 |
| 1/20/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with BMartisauski to discuss Comparable Matter Verdict analysis + next steps | 0.2 | $320.00 | $64.00 |
| 1/20/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Updated adult comps analysis and QC | 0.6 | $415.00 | $249.00 |
| 1/20/2023 | Trilla, Barry | Fee Applications | December Monthly Fee App analysis, QC and updates | 2.6 | $415.00 | $1,079.00 |
| 1/20/2023 | Trilla, Barry | Coverage Analysis | Analysis of claimants' allocation dates with multiple incidents of alleged abuse | 1.2 | $415.00 | $498.00 |
| 1/20/2023 | Trilla, Barry | Coverage Analysis | Call with BBlum re: allocation status, workplan and required updates | 0.3 | $415.00 | $124.50 |
| 1/20/2023 | Trilla, Barry | Claimant File Analysis | Claimant file analysis re: question from counsel if claimant gave counsel name on claim form | 0.2 | $415.00 | $83.00 |
| 1/23/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of Comparable Matter Verdicts for Adult Claim Information | 2.3 | $320.00 | $736.00 |
| 1/23/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of missing information claim forms in order to properly value | 0.8 | $320.00 | $256.00 |
| 1/23/2023 | Blum, Brett | Coverage Analysis | Creating allocation scenario claim sets within the Insurance Claim Allocation System | 1.9 | $370.00 | $703.00 |
| 1/23/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla to discuss allocation results and allocation results reporting analysis | 0.3 | $370.00 | $111.00 |
| 1/23/2023 | Trilla, Barry | Coverage Analysis | Meeting with BBlum to discuss allocation results and allocation results reporting analysis | 0.3 | $415.00 | $124.50 |
| 1/23/2023 | Blum, Brett | Coverage Analysis | Allocation results analysis within the Insurance Claim Allocation System | 2.3 | $370.00 | $851.00 |
| 1/23/2023 | Trilla, Barry | Claimant File Analysis | Claimant perpetrator detail analysis for allocation per perpetrator occurrence assumptions | 1.4 | $415.00 | $581.00 |
| 1/23/2023 | Trilla, Barry | Communication with Counsel | Correspondence with Counsel re: allocation assumption questions | 0.4 | $415.00 | $166.00 |
| 1/23/2023 | Trilla, Barry | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 0.9 | $415.00 | $373.50 |
| 1/24/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum regarding ANO allocation dates analysis | 0.2 | $305.00 | $61.00 |
| 1/24/2023 | Lietz, Kyle | Coverage Analysis | Updated allocation by carrier analysis for formatting changes per BBlum's request | 0.5 | $305.00 | $152.50 |
| 1/24/2023 | Schwab, Matt | Coverage Analysis | Analyze trigger dates for survivor claims with limited information on dates of abuse ahead of running allocations. | 0.6 | $625.00 | $375.00 |
| 1/24/2023 | Boswell, Anne Margaret | Fee Applications | Meeting with BTrilla re: fee application process and updates | 0.5 | $320.00 | $160.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|--------------|---------------|-------------|-------|------|--------|
| 1/24/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Adult Verdict Comp analysis re: additional sourcing for compensatory amounts | 0.8 | $415.00 | $332.00 |
| 1/24/2023 | Trilla, Barry | Claimant File Analysis | Debtor data per claimant re: named perpetrators | 0.5 | $415.00 | $207.50 |
| 1/24/2023 | Trilla, Barry | Claimant File Analysis | Perpetrator naming data analysis per claim forms submitted | 0.8 | $415.00 | $332.00 |
| 1/24/2023 | Trilla, Barry | Coverage Analysis | Analysis of survivor claims with limited information on dates of abuse | 0.4 | $415.00 | $166.00 |
| 1/24/2023 | Trilla, Barry | Claimant File Analysis | Claimant abuser summary analysis re: perpetrator listing | 0.6 | $415.00 | $249.00 |
| 1/24/2023 | Trilla, Barry | Coverage Analysis | Allocation claim sets analysis, QC and updates for allocations at the request of counsel to the committee | 1.1 | $415.00 | $456.50 |
| 1/24/2023 | Trilla, Barry | Fee Applications | Meeting with AMBoswell re: fee application process and updates | 0.5 | $415.00 | $207.50 |
| 1/24/2023 | Lietz, Kyle | Coverage Analysis | Policy deductibles analysis for allocation purposes | 0.5 | $305.00 | $152.50 |
| 1/24/2023 | Ramljak, Danny | Claimant File Analysis | Claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 0.9 | $320.00 | $288.00 |
| 1/24/2023 | Ramljak, Danny | Claimant File Analysis | Meeting with BBlum & BTrilla re: multiple claimants naming one perpetrator analysis | 0.5 | $320.00 | $160.00 |
| 1/24/2023 | Ramljak, Danny | Claimant File Analysis | Follow-up with AMBoswell and HSmith regarding Abuser name analysis | 0.2 | $320.00 | $64.00 |
| 1/24/2023 | Boswell, Anne Margaret | Claimant File Analysis | Follow-up with DRamljak and HSmith regarding Abuser name analysis | 0.2 | $320.00 | $64.00 |
| 1/24/2023 | Smith, Hannah | Claimant File Analysis | Follow-up with AMBoswell and DRamljak regarding Abuser name analysis | 0.2 | $305.00 | $61.00 |
| 1/24/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with ESchoenfeld to discuss comparable matter verdict analysis - Adult Verdicts + to-dos | 0.4 | $305.00 | $122.00 |
| 1/24/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with BMartisauski to discuss comparable matter verdict analysis - Adult Verdicts + to-dos | 0.4 | $320.00 | $128.00 |
| 1/24/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Adult Comp analysis - incorporate feedback from KMcNally into live analysis | 0.9 | $305.00 | $274.50 |
| 1/24/2023 | Blum, Brett | Coverage Analysis | Discussion with BTrilla regarding allocation summary updates | 0.5 | $370.00 | $185.00 |
| 1/24/2023 | Trilla, Barry | Coverage Analysis | Discussion with BBlum regarding allocation summary updates | 0.5 | $415.00 | $207.50 |
| 1/24/2023 | Blum, Brett | Coverage Analysis | Meeting with KLietz regarding ANO allocation dates analysis | 0.2 | $370.00 | $74.00 |
| 1/24/2023 | Blum, Brett | Claimant File Analysis | Meeting with BTrilla and DRamljak re: multiple claimants naming one perpetrator analysis | 0.5 | $370.00 | $185.00 |
| 1/24/2023 | Trilla, Barry | Claimant File Analysis | Meeting with Blum and DRamljak re: multiple claimants naming one perpetrator analysis | 0.5 | $415.00 | $207.50 |
| 1/24/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 2.5 | $370.00 | $925.00 |
| 1/24/2023 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally to discuss inputs and assumptions re: insurance allocations requested by counsel | 0.5 | $415.00 | $207.50 |
| 1/24/2023 | McNally, Katheryn | Coverage Analysis | Meeting with BTrilla to discuss inputs and assumptions re: insurance allocations requested by counsel | 0.5 | $635.00 | $317.50 |
| 1/25/2023 | Boswell, Anne Margaret | Claimant File Analysis | Claimant Name Analysis - Standardization of names updates | 3.6 | $320.00 | $1,152.00 |
| 1/25/2023 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with DRamljak and HSmith to discuss Abuser Name analysis | 0.3 | $320.00 | $96.00 |
| 1/25/2023 | Schwab, Matt | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with KMcNally and BTrilla to refine comps for certain claim attributes | 0.3 | $625.00 | $187.50 |
| 1/25/2023 | Schwab, Matt | Valuation Model Development and Reporting | QC updated claimant valuations to provide ahead of the mediation and use in allocations. | 0.8 | $625.00 | $500.00 |
| 1/25/2023 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BTrilla and MSchwab to refine comps for certain claim attributes | 0.3 | $635.00 | $190.50 |
| 1/25/2023 | Trilla, Barry | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with KMcNally and MSchwab to refine comps for certain claim attributes | 0.3 | $415.00 | $124.50 |
| 1/25/2023 | Ramljak, Danny | Claimant File Analysis | Claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 3.9 | $320.00 | $1,248.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/25/2023 | Ramljak, Danny | Claimant File Analysis | Continue claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 0.2 | $320.00 | $64.00 |
| 1/25/2023 | Ramljak, Danny | Claimant File Analysis | Meeting w/ AMBoswell & HSmith to discuss Abuser Name analysis | 0.3 | $320.00 | $96.00 |
| 1/25/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of claimant tier change from last version of valuation model | 0.8 | $320.00 | $256.00 |
| 1/25/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with MSchwab and BTrilla regarding updated Claim Valuation File | 0.3 | $305.00 | $91.50 |
| 1/25/2023 | Smith, Hannah | Claimant File Analysis | Abuser/Perpetrator Name Analysis by claim form | 2.6 | $305.00 | $793.00 |
| 1/25/2023 | Smith, Hannah | Claimant File Analysis | Abuser/Perpetrator Name Analysis by claim form | 1.6 | $305.00 | $488.00 |
| 1/25/2023 | Smith, Hannah | Claimant File Analysis | Meeting with DRamljak and AMBoswell to discuss Abuser Name analysis | 0.3 | $305.00 | $91.50 |
| 1/25/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 1.9 | $370.00 | $703.00 |
| 1/25/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 1.6 | $370.00 | $592.00 |
| 1/25/2023 | Blum, Brett | Coverage Analysis | Analysis and QC of allocation scenarios within the Insurance Claim Allocation System | 1.7 | $370.00 | $629.00 |
| 1/25/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of assumptions used for claimants with unknown abuse dates | 0.8 | $320.00 | $256.00 |
| 1/25/2023 | Trilla, Barry | Claimant File Analysis | Analysis of claimants with multiple named perpetrators | 0.8 | $415.00 | $332.00 |
| 1/25/2023 | Trilla, Barry | Communication with Counsel | Call with INasatir re: allocation assumptions and policy limit scenarios | 0.1 | $415.00 | $41.50 |
| 1/25/2023 | Trilla, Barry | Coverage Analysis | Analysis of trigger dates for survivor claims with limited information on dates of abuse for allocations. | 0.6 | $415.00 | $249.00 |
| 1/25/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of allocation scenarios and effect of differing policy characteristics | 2.2 | $415.00 | $913.00 |
| 1/25/2023 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model updates and correspondence with MSchwab and KMcNally re: updates made to model | 1.8 | $415.00 | $747.00 |
| 1/26/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum regarding completed allocations and coordinating next scenarios to run at the request of counsel to the committee | 0.4 | $305.00 | $122.00 |
| 1/26/2023 | Schwab, Matt | Coverage Analysis | Analyze and update allocation summary to provide to counsel ahead of mediation. | 0.4 | $625.00 | $250.00 |
| 1/26/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze revised claim valuation estimates and related correspondence with counsel | 0.7 | $635.00 | $444.50 |
| 1/26/2023 | McNally, Katheryn | Coverage Analysis | Analyze various insurance allocation results prepared by Stout team, as requested by counsel to committee | 2.4 | $635.00 | $1,524.00 |
| 1/26/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with ESchoenfeld to discuss research of settlement comps | 0.5 | $280.00 | $140.00 |
| 1/26/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with MCortens to discuss research of settlement comps | 0.5 | $320.00 | $160.00 |
| 1/26/2023 | Ramljak, Danny | Claimant File Analysis | Claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 2.8 | $320.00 | $896.00 |
| 1/26/2023 | Ramljak, Danny | Claimant File Analysis | Meeting with BTrilla and BBlum re: perpetrator data analysis from claimant forms | 0.5 | $320.00 | $160.00 |
| 1/26/2023 | Trilla, Barry | Claimant File Analysis | Meeting with BBlum and DRamljak re: perpetrator data analysis from claimant forms | 0.5 | $415.00 | $207.50 |
| 1/26/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 0.4 | $280.00 | $112.00 |
| 1/26/2023 | Blum, Brett | Coverage Analysis | Meeting with Klietz regarding completed allocations and coordinating next scenarios to run at the request of counsel to the committee | 0.4 | $370.00 | $148.00 |
| 1/26/2023 | Blum, Brett | Coverage Analysis | Analysis of coverage allocation results at the request of counsel to the committee | 2.2 | $370.00 | $814.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 1/26/2023 | Blum, Brett | Claimant File Analysis | Meeting with BTrilla and DRamljak re: perpetrator data analysis from claimant forms | 0.5 | $370.00 | $185.00 |
| 1/26/2023 | Trilla, Barry | Coverage Analysis | Analysis, updates and correspondence with MSchwab and KMcNally re: allocation summary to provide to counsel ahead of mediation. | 1.8 | $415.00 | $747.00 |
| 1/26/2023 | Trilla, Barry | Claimant File Analysis | Analysis of survivor claims with limited information on dates of abuse | 0.9 | $415.00 | $373.50 |
| 1/26/2023 | Trilla, Barry | Coverage Analysis | Insurance allocation results analysis and QC re: results by carrier | 1.3 | $415.00 | $539.50 |
| 1/26/2023 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence with KMcNally re: Claim valuation model updates | 0.4 | $415.00 | $166.00 |
| 1/27/2023 | Lietz, Kyle | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 2.0 | $305.00 | $610.00 |
| 1/27/2023 | Ramljak, Danny | Claimant File Analysis | Claimant analysis by abuser to evaluate abusers with multiple claimants alleging misconduct | 0.8 | $320.00 | $256.00 |
| 1/27/2023 | Smith, Hannah | Coverage Analysis | Assist in development of ANO Insurance Coverage reporting process for Alternative Basis Analysis | 1.6 | $305.00 | $488.00 |
| 1/27/2023 | Blum, Brett | Coverage Analysis | Creating outline of claim set, policy, and allocation assumptions and running allocations in the Insurance Claim Allocation System | 2.7 | $370.00 | $999.00 |
| 1/27/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla re: allocation results and updates | 0.5 | $370.00 | $185.00 |
| 1/27/2023 | Trilla, Barry | Coverage Analysis | Meeting with BBlum re: allocation results and updates | 0.5 | $415.00 | $207.50 |
| 1/27/2023 | McNally, Katheryn | Coverage Analysis | Analysis of insurance allocation results requested by counsel to committee | 1.4 | $635.00 | $889.00 |
| 1/27/2023 | Trilla, Barry | Claimant File Analysis | Claimant abuser summary analysis re: perpetrator listing | 0.8 | $415.00 | $332.00 |
| 1/27/2023 | Trilla, Barry | Coverage Analysis | Analysis, QC and updates of allocation updates at the request of counsel to the committee | 1.9 | $415.00 | $788.50 |
| 1/30/2023 | Lietz, Kyle | Coverage Analysis | Claimant abuse date analysis and creation of graphics to summarize date data. | 1.0 | $305.00 | $305.00 |
| 1/30/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum to discuss claim set and allocation updates | 0.7 | $305.00 | $213.50 |
| 1/30/2023 | Blum, Brett | Coverage Analysis | Meeting with KLietz to discuss claim set and allocation updates | 0.7 | $370.00 | $259.00 |
| 1/30/2023 | Schwab, Matt | Coverage Analysis | Detailed QC of claim set, trigger dates and allocation results | 2.2 | $625.00 | $1,375.00 |
| 1/30/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Run repeatable search process for new verdict/settlement comps for Stout analysis to be used in claim valuation | 2.1 | $305.00 | $640.50 |
| 1/30/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 1.1 | $280.00 | $308.00 |
| 1/30/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of allocation results from insurance claim allocation system | 0.8 | $415.00 | $332.00 |
| 1/31/2023 | Schwab, Matt | Coverage Analysis | Allocation QC including claim sets, policy stacks and allocation results | 2.6 | $625.00 | $1,625.00 |
| 1/31/2023 | Lietz, Kyle | Coverage Analysis | Creation of claim sets within the Insurance Claim Allocation System | 3.5 | $305.00 | $1,067.50 |
| 1/31/2023 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, BBlum, BTrilla to discuss outstanding questions and status of insurance allocation analysis requested by counsel to committee | 0.6 | $635.00 | $381.00 |
| 1/31/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BBlum, BTrilla to discuss outstanding questions and status of insurance allocation analysis requested by counsel to committee | 0.6 | $625.00 | $375.00 |
| 1/31/2023 | Trilla, Barry | Coverage Analysis | Call with MSchwab, BBlum, KMcNally to discuss outstanding questions and status of insurance allocation analysis requested by counsel to committee | 0.6 | $415.00 | $249.00 |
| 1/31/2023 | Blum, Brett | Coverage Analysis | Call with MSchwab, BTrilla, KMcNally to discuss outstanding questions and status of insurance allocation analysis requested by counsel to committee | 0.6 | $370.00 | $222.00 |
| 1/31/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 1.3 | $280.00 | $364.00 |
| 1/31/2023 | Trilla, Barry | Coverage Analysis | Analysis of allocation results and results by carrier group | 1.8 | $415.00 | $747.00 |
| **GRAND TOTAL** | | | | **164.00** | | **$  63,301.50** |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: April 11, 2023 |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FEBRUARY 1, 2023 – FEBRUARY 28, 2023**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro"), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2023 through February 28, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| February 1, 2023 to February 28, 2023 | |
|---|---|
| Fees | $ 46,262.00 |
| Expenses | $0.00 |
| **Total** | **$46,262.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.       The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.       Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

2

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $14,097.60[4] | $0.00 | $0.00 | $14,097.60 |
| 12/1/22 – 12/31/22 | $5,215.20[5] | $0.00 | $0.00 | $5,215.20 |
| 1/1/23– 1/31/23 | $50,641.20[6] | $0.00 | $0.00 | $50,641.20 |

**Total Unpaid to Date**                                           **$69,954.00**

## <u>NO PRIOR REQUEST</u>

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

---

[4] This amount represents 80% of Claro's total monthly fees in the amount of $17,622.00 on account of Claro's November 2022 fee statement.

[5] This amount represents 80% of Claro's total monthly fees in the amount of $6,519.00 on account of Claro's December 2022 fee statement.

[6] This amount represents 80% of Claro's total monthly fees in the amount of $63,301.50 on account of Claro's January 2023 fee statement.

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before April 11, 2023 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the

total amount of $37,009.60 which consists of eighty percent (80%) of Stout's total fees of

$46,262.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

 Dated:  March 28, 2023                                          Respectfully submitted,

                                                                 By: /s/ Katheryn McNally
                                                                 The Claro Group, A Stout Business
                                                                 123 N. Wacker Street, Suite 2100
                                                                 Chicago, IL 60606
                                                                 Email: kmcnally@Stout.com

                                                                 *Expert Consultant and Expert Witness to the*
                                                                 *Official Committee of Unsecured Creditors*

4

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 11.00 | $ 6,985.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 7.20 | $ 4,500.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 27.40 | $ 11,371.00 |
| Blum, Brett | Manager | $ 370.00 | 20.10 | $ 7,437.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 20.20 | $ 6,464.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 3.30 | $ 1,056.00 |
| Schoenfeld, Erika | Senior Consultant | $ 320.00 | 8.70 | $ 2,784.00 |
| Aiello, Madison | Consultant | $ 305.00 | 1.90 | $ 579.50 |
| Lietz, Kyle | Consultant | $ 305.00 | 7.10 | $ 2,165.50 |
| Ricci, Elaina | Consultant | $ 305.00 | 2.00 | $ 610.00 |
| Smith, Hannah | Consultant | $ 305.00 | 2.80 | $ 854.00 |
| Cortens, Morgan | Analyst | $ 280.00 | 5.20 | $ 1,456.00 |
| **Total Hours and Fees:** | | | **116.90** | **$ 46,262.00** |
| **Blended Rate:** | | **$ 395.74** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours February 2023 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 5.3 | $ 1,818.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 13.9 | $ 4,240.00 |
| Claimant File Analysis | 12.6 | $ 3,931.50 |
| Communication with Counsel | 3.1 | $ 1,968.50 |
| Coverage Analysis | 64.9 | $ 28,046.00 |
| Fee Applications | 13.4 | $ 4,544.50 |
| Valuation Model Development and Reporting | 3.7 | $ 1,713.50 |
| **Total** | **116.90** | **$ 46,262.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 2/1/2023 | Blum, Brett | Coverage Analysis | Running per perpetrator allocations | 3.2 | $370.00 | $1,184.00 |
| 2/1/2023 | Lietz, Kyle | Coverage Analysis | Creation of claim sets within the Insurance Claim Allocation System | 3.7 | $305.00 | $1,128.50 |
| 2/1/2023 | Schwab, Matt | Coverage Analysis | Work on and QC allocation analysis for mediation | 1.0 | $625.00 | $625.00 |
| 2/1/2023 | Blum, Brett | Coverage Analysis | Claim set within Insurance Claim Allocation System analysis | 0.7 | $370.00 | $259.00 |
| 2/1/2023 | Blum, Brett | Coverage Analysis | Allocation results analysis and QC for mediation | 0.5 | $370.00 | $185.00 |
| 2/1/2023 | Trilla, Barry | Coverage Analysis | Analysis of updated insurance allocation results to confirm accuracy of calculations | 1.4 | $415.00 | $581.00 |
| 2/2/2023 | Blum, Brett | Coverage Analysis | Updating Insurance Claim Allocation System policies | 1.8 | $370.00 | $666.00 |
| 2/2/2023 | Trilla, Barry | Coverage Analysis | Allocation results analysis and QC for mediation | 1.6 | $415.00 | $664.00 |
| 2/2/2023 | Schwab, Matt | Coverage Analysis | QC and work on updates to allocation results for mediation | 1.1 | $625.00 | $687.50 |
| 2/2/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 1.0 | $280.00 | $280.00 |
| 2/3/2023 | Blum, Brett | Coverage Analysis | Allocation results analysis and QC for mediation | 2.2 | $370.00 | $814.00 |
| 2/3/2023 | Blum, Brett | Coverage Analysis | Adjusting policy information in Insurance Claim Allocation System and running adjusted allocations | 1.6 | $370.00 | $592.00 |
| 2/3/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of updated allocation results for mediation | 0.8 | $415.00 | $332.00 |
| 2/3/2023 | Trilla, Barry | Coverage Analysis | Call with KMcNally and BBlum to discuss updated allocation results for mediation | 0.5 | $415.00 | $207.50 |
| 2/3/2023 | McNally, Katheryn | Coverage Analysis | Analysis of updated insurance allocation results to confirm accuracy of calculations | 2.6 | $635.00 | $1,651.00 |
| 2/3/2023 | Schwab, Matt | Coverage Analysis | Analyzed revised allocations | 0.6 | $625.00 | $375.00 |
| 2/3/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of updated insurance allocation results | 2.0 | $415.00 | $830.00 |
| 2/3/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 0.8 | $280.00 | $224.00 |
| 2/3/2023 | Blum, Brett | Coverage Analysis | Call with KMcNally and BTrilla to discuss updated allocation results for mediation | 0.5 | $370.00 | $185.00 |
| 2/3/2023 | McNally, Katheryn | Coverage Analysis | Call with BBlum and BTrilla to discuss updated allocation results for mediation | 0.5 | $635.00 | $317.50 |
| 2/4/2023 | Blum, Brett | Coverage Analysis | Analysis of updated insurance allocation results to confirm accuracy of calculations | 1.2 | $370.00 | $444.00 |
| 2/4/2023 | Trilla, Barry | Coverage Analysis | Analysis of updated insurance allocation results to confirm accuracy of calculations | 2.3 | $415.00 | $954.50 |
| 2/4/2023 | McNally, Katheryn | Coverage Analysis | Analysis of updated insurance allocation results to confirm accuracy of calculations | 1.3 | $635.00 | $825.50 |
| 2/4/2023 | Blum, Brett | Coverage Analysis | Analysis of insurance policies' coverage terms | 0.7 | $370.00 | $259.00 |
| 2/5/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 1.3 | $370.00 | $481.00 |
| 2/5/2023 | Trilla, Barry | Coverage Analysis | Correspondence with BBlum re: Updates needed on the allocation results for mediation purposes | 0.6 | $415.00 | $249.00 |
| 2/5/2023 | Blum, Brett | Coverage Analysis | Creating deliverable schedule of allocation results | 0.8 | $370.00 | $296.00 |
| 2/6/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 1.2 | $370.00 | $444.00 |
| 2/6/2023 | Trilla, Barry | Coverage Analysis | Allocation results analysis and QC for mediation | 1.3 | $415.00 | $539.50 |
| 2/6/2023 | Trilla, Barry | Coverage Analysis | Meeting with BBlum re: allocation results for mediation | 0.4 | $415.00 | $166.00 |
| 2/6/2023 | Trilla, Barry | Coverage Analysis | Call with MSchwab, KMcNally, and BBlum to discuss occurrence and trigger assumptions | 0.5 | $415.00 | $207.50 |
| 2/6/2023 | McNally, Katheryn | Coverage Analysis | Draft summary of insurance allocation results for counsel to committee | 0.3 | $635.00 | $190.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/6/2023 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, BTrilla, and BBlum to discuss occurrence and trigger assumptions | 0.5 | $635.00 | $317.50 |
| 2/6/2023 | Schwab, Matt | Coverage Analysis | QC allocation results for mediation | 1.4 | $625.00 | $875.00 |
| 2/6/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla and BBlum to discuss occurrence and trigger assumptions | 0.5 | $625.00 | $312.50 |
| 2/6/2023 | Blum, Brett | Coverage Analysis | Call with KMcNally, BTrilla and MSchwab to discuss occurrence and trigger assumptions | 0.5 | $370.00 | $185.00 |
| 2/6/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 0.3 | $280.00 | $84.00 |
| 2/6/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla re: allocation results for mediation | 0.4 | $370.00 | $148.00 |
| 2/7/2023 | Trilla, Barry | Coverage Analysis | Policy detail received from counsel analysis and comparison to coverage map | 0.6 | $415.00 | $249.00 |
| 2/7/2023 | Trilla, Barry | Coverage Analysis | Call with MSchwab, KMcNally, INasatir, JStang to discuss preliminary insurance allocation results | 0.8 | $415.00 | $332.00 |
| 2/7/2023 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, BTrilla, INasatir, JStang to discuss preliminary insurance allocation results | 0.8 | $635.00 | $508.00 |
| 2/7/2023 | McNally, Katheryn | Coverage Analysis | Analyze policy evidence provided by counsel to confirm limits | 0.4 | $635.00 | $254.00 |
| 2/7/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla, INasatir, JStang to discuss preliminary insurance allocation results | 0.8 | $625.00 | $500.00 |
| 2/8/2023 | Trilla, Barry | Coverage Analysis | Policy exclusion analysis re: allocation treatment | 0.4 | $415.00 | $166.00 |
| 2/8/2023 | Blum, Brett | Coverage Analysis | Perform allocation updates at the request of counsel to the committee | 0.7 | $370.00 | $259.00 |
| 2/8/2023 | Blum, Brett | Coverage Analysis | Allocation results analysis and QC for mediation | 0.6 | $370.00 | $222.00 |
| 2/8/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of comparable matter verdicts to identify adult victim cases to be used in adult analysis | 2.1 | $320.00 | $672.00 |
| 2/8/2023 | Lietz, Kyle | Coverage Analysis | Allocation results analysis and QC for mediation | 0.4 | $305.00 | $122.00 |
| 2/8/2023 | Schwab, Matt | Coverage Analysis | Read additional policies provided and confirm allocations match terms and conditions | 0.8 | $625.00 | $500.00 |
| 2/9/2023 | Trilla, Barry | Coverage Analysis | Analysis and updates to the valuation presentation to counsel | 1.2 | $415.00 | $498.00 |
| 2/9/2023 | Trilla, Barry | Coverage Analysis | Claimant allocation by-policy year analysis, QC and updates at the request of counsel | 1.8 | $415.00 | $747.00 |
| 2/9/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Prepare and circulate claim valuation summary per the request of counsel to the committee | 0.4 | $635.00 | $254.00 |
| 2/9/2023 | Lietz, Kyle | Coverage Analysis | Creation of By Claim by Policy Allocation Analysis | 3.0 | $305.00 | $915.00 |
| 2/10/2023 | Blum, Brett | Coverage Analysis | Updating By Claim by Policy Allocation Analysis | 1.4 | $370.00 | $518.00 |
| 2/10/2023 | Blum, Brett | Coverage Analysis | QCing by claimant by policy allocation analysis | 0.8 | $370.00 | $296.00 |
| 2/10/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee | 3.4 | $320.00 | $1,088.00 |
| 2/10/2023 | Boswell, Anne Margaret | Fee Applications | January Monthly Fee App analysis | 3.2 | $320.00 | $1,024.00 |
| 2/10/2023 | Trilla, Barry | Coverage Analysis | Claimants by policy period analysis and updates | 1.6 | $415.00 | $664.00 |
| 2/10/2023 | Trilla, Barry | Coverage Analysis | Analysis of newly filed claims provided by counsel to the committee | 1.3 | $415.00 | $539.50 |
| 2/10/2023 | Trilla, Barry | Coverage Analysis | Analysis and updates to valuation presentation to counsel | 0.7 | $415.00 | $290.50 |
| 2/10/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee | 1.0 | $320.00 | $320.00 |
| 2/10/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to reflect newly filed claims provided by counsel to the committee | 1.6 | $320.00 | $512.00 |
| 2/10/2023 | Ricci, Elaina | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee | 2.0 | $305.00 | $610.00 |
| 2/10/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of comparable matter verdicts to identify adult victim cases to be used in adult analysis | 3.4 | $320.00 | $1,088.00 |
| 2/10/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of comparable matter verdicts to identify adult victim cases to be used in adult analysis continued | 3.2 | $320.00 | $1,024.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/2023 | Smith, Hannah | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee | 2.8 | $305.00 | $854.00 |
| 2/10/2023 | McNally, Katheryn | Communication with Counsel | Draft correspondence to counsel outlining updates to valuation PPT and allocation summary and requesting direction on certain outstanding requests | 0.3 | $635.00 | $190.50 |
| 2/10/2023 | McNally, Katheryn | Coverage Analysis | Analyze and edit listing of claimants by policy period | 0.4 | $635.00 | $254.00 |
| 2/10/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze and edit presentation summarizing current valuation estimates | 0.4 | $635.00 | $254.00 |
| 2/10/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Begin valuation of newly filed claims provided by counsel to the committee | 0.3 | $635.00 | $190.50 |
| 2/10/2023 | Aiello, Madison | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee | 1.9 | $305.00 | $579.50 |
| 2/10/2023 | Schwab, Matt | Valuation Model Development and Reporting | Analyze updated valuation file to counsel for mediation | 0.6 | $625.00 | $375.00 |
| 2/10/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updating PVM analysis file to include newly filed claims provided by counsel to the committee and correspondence to team re: same | 0.8 | $320.00 | $256.00 |
| 2/11/2023 | Trilla, Barry | Coverage Analysis | Updates to claimant by-policy analysis per request from counsel | 1.4 | $415.00 | $581.00 |
| 2/12/2023 | Trilla, Barry | Coverage Analysis | Updated valuation model for newly received claim forms analysis, updates and QC | 1.6 | $415.00 | $664.00 |
| 2/12/2023 | Trilla, Barry | Coverage Analysis | Claimant policy allocation by-policy year analysis and updates at request of counsel for purposes of mediation | 1.4 | $415.00 | $581.00 |
| 2/13/2023 | Boswell, Anne Margaret | Fee Applications | January Monthly Fee App Analysis and Exhibits | 2.9 | $320.00 | $928.00 |
| 2/13/2023 | Boswell, Anne Margaret | Fee Applications | January Monthly Fee App Analysis and Exhibits continued | 2.1 | $320.00 | $672.00 |
| 2/13/2023 | Trilla, Barry | Coverage Analysis | Correspondence with counsel re: allocation analysis for mediation | 0.2 | $415.00 | $83.00 |
| 2/13/2023 | Trilla, Barry | Coverage Analysis | Claim valuation model analysis and updates to counsel for mediation purposes | 0.3 | $415.00 | $124.50 |
| 2/13/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis for newly filed claims provided by counsel to the committee | 0.4 | $320.00 | $128.00 |
| 2/13/2023 | McNally, Katheryn | Communication with Counsel | Responses to various coverage-related requests from INasatir | 2.2 | $635.00 | $1,397.00 |
| 2/13/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly filed claims provided by counsel to the committee - duplicate claims | 0.7 | $320.00 | $224.00 |
| 2/14/2023 | Boswell, Anne Margaret | Fee Applications | January Monthly Fee App Analysis | 0.7 | $320.00 | $224.00 |
| 2/14/2023 | Boswell, Anne Margaret | Fee Applications | January Monthly Fee App Memo updates | 0.6 | $320.00 | $192.00 |
| 2/16/2023 | McNally, Katheryn | Communication with Counsel | Updated insurance allocation summary to counsel per request, format updated per request | 0.4 | $635.00 | $254.00 |
| 2/17/2023 | Trilla, Barry | Fee Applications | January Monthly Fee App analysis, QC and updates | 1.4 | $415.00 | $581.00 |
| 2/20/2023 | Trilla, Barry | Fee Applications | January Monthly fee app updates, QC and LEDES file generation | 1.3 | $415.00 | $539.50 |
| 2/20/2023 | McNally, Katheryn | Communication with Counsel | Correspondence with counsel regarding inquiry about scope of claim valuation | 0.2 | $635.00 | $127.00 |
| 2/21/2023 | Boswell, Anne Margaret | Fee Applications | Finalizing and analysis of January Monthly Fee Application package | 1.2 | $320.00 | $384.00 |
| 2/21/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 0.6 | $280.00 | $168.00 |
| 2/24/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Bishop Accountability settlement comp research | 2.5 | $280.00 | $700.00 |
| 2/28/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Schedule of known settlements analysis per request of counsel | 2.6 | $320.00 | $832.00 |
| 2/28/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Schedule of known settlements analysis per request of counsel continued | 1.7 | $320.00 | $544.00 |
| 2/28/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Call with DRamljak to discuss schedule of known settlements analysis per request of counsel | 0.3 | $320.00 | $96.00 |
| 2/28/2023 | Ramljak, Danny | Analysis of ANO Historical Settlements | Call with AMBoswell to discuss schedule of known settlements analysis per request of counsel | 0.3 | $320.00 | $96.00 |
| 2/28/2023 | Schwab, Matt | Analysis of ANO Historical Settlements | Analyze settled claim list in comparison to settlement data already received | 0.4 | $625.00 | $250.00 |
| **GRAND TOTAL** | | | | **116.90** | | **$  46,262.00** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a true and correct copy of the foregoing *Application* to be served on March 28, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 28, 2023.

*/s/ Nancy H Brown*
Nancy H. Brown

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## SUMMARY COVER SHEET TO FOURTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2023 THROUGH JUNE 30, 2023

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2023 | 06/30/2023 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 02/28/2023 |
| **Total amounts awarded in all prior Applications:** | | $355,694.50 |
| **Total fees requested in this Application:** | | $140,017.50 |
| **Total hours covered by this Application:** | | 361.60 |
| **Average hourly rate:** | | $387.2 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout) on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2023 through June 30, 2023 (the "Application Period"):

## SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
## MARCH 1, 2023 THROUGH JUNE 30, 2023

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | 635 | 36.40 | 23,114.00 |
| Schwab, Matt | Managing Director | 625 | 19.60 | 12,250.00 |
| Trilla, Barry | Senior Manager | 415 | 57.50 | 23,862.50 |
| Blum, Brett | Manager | 370 | 49.00 | 18,130.00 |
| Boswell, Anne Margaret | Senior Consultant | 320 | 109.60 | 35,072.00 |
| Ramljak, Danny | Senior Consultant | 320 | 14.00 | 4,480.00 |
| Schoenfeld, Erika | Senior Consultant | 320 | 6.10 | 1,952.00 |
| Aiello, Madison | Consultant | 305 | 19.80 | 6,039.00 |
| Lietz, Kyle | Consultant | 305 | 32.10 | 9,790.50 |
| Martisauski, Brad | Consultant | 305 | 10.90 | 3,324.50 |
| Ricci, Elaina | Consultant | 305 | 2.10 | 640.50 |
| Smith, Hannah | Consultant | 305 | 4.10 | 1,250.50 |
| Cortens, Morgan | Analyst | 280 | 0.40 | 112.00 |
| **Total** | | | **361.60** | **$140,017.50** |

2

**COMPENSATION AND HOURS BY TASK**
**MARCH 1, 2023 THROUGH JUNE 30 2023**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 195.7 | 81,149.00 |
| Claimant File Analysis | 72.7 | 25,315.50 |
| Fee Applications | 40.1 | 13,931.00 |
| Valuation Model Development and Reporting | 24.3 | 9,662.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 12.9 | 4,016.00 |
| Communication with Counsel | 3.8 | 1,655.00 |
| Analysis of ANO Historical Settlements | 12.1 | 4,288.50 |
| **Total** | **361.60** | **$140,017.50** |

Stout did not incur any expenses during the Application Period.

3

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### FOURTH INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD MARCH 1, 2023 THROUGH JUNE 30, 2023</u>

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>AUGUST 15, 2023, AT 1:30 PM.</u> BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Fourth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2023 Through June 30, 2023* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.   INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $140,017.50 for the period March 1, 2023 – June 30, 2023 (the "Application Period"). As of June 15, 2023, Stout has received payments totaling $401,708.10 representing Stout's total billed amount in its *First Interim Application for Allowance of Compensation of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from April 19, 2022 through June 30, 2022, Second Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from July 1, 2022 through October 31, 2022, Third Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period from November 1, 2022 through February 28, 2023,* and 80% of the monthly billed amount on account of Stout's *Monthly Fee and Expense Statement of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2023 - March 31, 2023.* To date, neither Stout nor Claro has been paid any other compensation with respect to the amounts requested in this Application.

## II.   JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

5

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

# III.      **BACKGROUND**

## A.      **Introduction**

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478], on June 21, 2022 [Docket No. 1618][2] and on February 13, 2023 [Docket No. 2081].

## B.      **Employment of Claro**

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I)*

---

[2] A separate official committee of unsecured commercial creditors was appointed by the Office of the U.S. Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8. On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

### C. Stout's Acquisition of Claro

9. On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout and are at times marketed as "The Claro Group, a Stout Business."

### IV. WORK PERFORMED

10. Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Claro's and Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period March 1, 2023 through June 30, 2023. References to the work Claro performed prior to September 30, 2022 will generally be referred to in this Application as work that Stout performed.

7

## V.      SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11.      During the Application Period, Stout performed work primarily in the following seven areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; (e) analysis of settlements, verdicts, and victim compensation funds; (f) communication with Counsel; and (g) analysis of ANO Historical Settlements. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A.      Coverage Analysis

12.      During the Application Period, Stout continued to analyze the Debtor's available insurance coverage as directed by counsel to the Committee. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee. Additionally, Stout evaluated insurance carriers' characterizations of certain claims and/or coverage, providing commentary to Counsel for addressing carrier inquiries.

        Fees:  $81,149.00;            Hours:  195.7

### B.      Claimant File Analysis

13.      In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly-filed Proof of Claim ("POC") forms and

8

complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns. In addition, Stout analyzed specific claims through comparison of Stout's claim file review to other data provided by the Debtor and/or Counsel. Stout also analyzed and summarized the entities and locations listed on the POC forms.

Fees: $25,315.50; Hours: 72.7

## C. Fee Applications

14. During the Application Period, Stout submitted its Third Interim Fee Application for the period November 1, 2023 through February 28, 2023 and its Monthly Fee Applications for the periods from February 1, 2023 through May 31, 2023. Stout reviewed the Complex Case Order to begin draft preparation of its Thirteenth Monthly Fee Application and Fourth Interim Fee Application, however, both were finalized after the Application Period.

Fees: $13,931.00; Hours: 40.1

## D. Valuation Model Development and Reporting

15. Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout continued to develop discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout continued to refine the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined

9

and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees: $9,662.50;        Hours: 24.3

### E.    <u>Analysis of Settlements, Verdicts, and Victim Compensation Funds</u>

16.    During this Application Period, Stout continued to perform research to identify and capture relevant information related to matters that may be considered comparable for Survivor Claims.

Fees: $4,016.00;        Hours: 12.9

### F.    <u>Communication with Counsel</u>

1.    Time spent communicating with Pachulski Stang Ziehl & Jones LLP is integral to the rendering of cost-effective services. Stout spent time with Pachulski Stang Ziehl & Jones LLP obtaining information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees: $1,655.00;        Hours: 3.8

### G.    <u>Analysis of ANO Historical Settlements</u>

1.    During this Application Period, Stout continued to analyze the Debtor's previously-resolved sexual abuse claims.

Fees: $4,288.50;        Hours: 12.1

## VII.    <u>STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

16.    As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and

10

reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

17.     No entity has promised to compensate Claro or Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Claro or Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

11

  (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

  (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

  (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

  19. The Claro team at Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

  20. This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

12

21.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.  Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

22.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 348.80 hours during the Application Period, for a total fee of $133,704.50.  The blended hourly rate for this Application is $383.30 per hour.  The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties.  Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

23.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18].  The provision of expert consulting services and expert testimony regarding valuation of sexual abuse

13

claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

## The Skill Required to Perform the Services

24.    Representing the Committee in this Chapter 11 case required considerable skill and expertise. The Claro team at Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. The Claro team at Stout has considerable experience in complex bankruptcy matters. Further, the Claro team at Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

25.    Claro and then Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended

14

hourly rate on this matter of $387.20 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

26.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval.  Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

27.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts.  Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

28.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees Stout seeks interim allowance of in this Application are $140,017.50.  Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case.  Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

29.     The Claro team at Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy*

*Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors in *In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

30.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

31.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

32.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

16

Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

33.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## IX.     RESERVATION OF RIGHTS

34.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.     NO PRIOR REQUEST

35.     No prior application for the relief requested herein has been made to this or any other court.

## XI.     CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $140,017.50; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 25, 2023                                    Respectfully submitted,

                                                        *By: /s/ Katheryn McNally*
                                                        Stout Risius Ross, LLC
                                                        1 S. Wacker Drive, Suite 3800
                                                        Chicago, IL 60606
                                                        Email: kmcnally@stout.com

                                                        Expert Consultant and Expert Witness to the
                                                        Official Committee of Unsecured Creditors

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: May 12, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MARCH 1, 2023 – MARCH 31, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2023 through March 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| March 1, 2023 to March 31, 2023 | |
|---|---|
| Fees | $ 57,517.00 |
| Expenses | $0.00 |
| **Total** | **$57,517.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $14,097.60 | $3,524.40 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $5,215.20 | $1,303.80 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $50,641.20 | $12,660.30 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $0.00 | $46,262.00 |

**Total Unpaid to Date**                                   **$63,750.50**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 12, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $46,013.60 which consists of eighty percent (80%) of Stout's total fees of $57,517.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

 Dated:  April 28, 2023                              Respectfully submitted,

                                                     By: /s/ Katheryn McNally
                                                     The Claro Group, A Stout Business
                                                     123 N. Wacker Street, Suite 2100
                                                     Chicago, IL 60606
                                                     Email: kmcnally@Stout.com

                                                     *Expert Consultant and Expert Witness to the*
                                                     *Official Committee of Unsecured Creditors*

DOCS_LA:348837.1 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 12.40 | $ 7,874.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 12.40 | $ 7,750.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 30.70 | $ 12,740.50 |
| Blum, Brett | Manager | $ 370.00 | 20.50 | $ 7,585.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 28.20 | $ 9,024.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 6.90 | $ 2,208.00 |
| Schoenfeld, Erika | Senior Consultant | $ 320.00 | 0.40 | $ 128.00 |
| Lietz, Kyle | Consultant | $ 305.00 | 32.10 | $ 9,790.50 |
| Martisauski, Brad | Consultant | $ 305.00 | 1.00 | $ 305.00 |
| Cortens, Morgan | Analyst | $ 280.00 | 0.40 | $ 112.00 |
| **Total Hours and Fees:** | | | **145.00** | **$ 57,517.00** |
| **Blended Rate:** | | **$ 396.67** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours March 2023 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 12.1 | $ 4,288.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 1.8 | $ 545.00 |
| Communication with Counsel | 3.8 | $ 1,655.00 |
| Coverage Analysis | 107.6 | $ 44,005.00 |
| Fee Applications | 15.8 | $ 5,495.50 |
| Valuation Model Development and Reporting | 3.9 | $ 1,528.00 |
| **Total** | **145.00** | **$ 57,517.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/1/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of schedules of known settlements per request of counsel and correspondence re: same | 2.7 | $320.00 | $864.00 |
| 3/2/2023 | Trilla, Barry | Analysis of ANO Historical Settlements | Analysis of schedules of known settlements received from counsel | 1.3 | $415.00 | $539.50 |
| 3/6/2023 | Cortens, Morgan | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable settlements meeting with BMartisauski & ESchoenfeld | 0.4 | $280.00 | $112.00 |
| 3/6/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable settlements meeting with BMartisauski & MCortens | 0.4 | $320.00 | $128.00 |
| 3/6/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable settlements meeting with MCortens & ESchoenfeld | 0.4 | $305.00 | $122.00 |
| 3/6/2023 | Trilla, Barry | Analysis of ANO Historical Settlements | CPI Historical settlements from Diocese received from counsel analysis | 0.6 | $415.00 | $249.00 |
| 3/7/2023 | Boswell, Anne Margaret | Fee Applications | February Monthly Fee Application analysis | 0.9 | $320.00 | $288.00 |
| 3/14/2023 | Trilla, Barry | Analysis of ANO Historical Settlements | Analysis of ANO settlement listing per request of counsel | 0.4 | $415.00 | $166.00 |
| 3/14/2023 | Trilla, Barry | Coverage Analysis | Analysis of plaintiffs-by-carrier received from counsel | 0.8 | $415.00 | $332.00 |
| 3/15/2023 | Lietz, Kyle | Coverage Analysis | Analyzed policy allocations for dates provided by counsel and dates in current coverage file | 3.7 | $305.00 | $1,128.50 |
| 3/20/2023 | Boswell, Anne Margaret | Fee Applications | February Monthly Fee Application analysis | 2.1 | $320.00 | $672.00 |
| 3/20/2023 | Boswell, Anne Margaret | Fee Applications | Third Interim Fee Application analysis | 3.3 | $320.00 | $1,056.00 |
| 3/20/2023 | Boswell, Anne Margaret | Fee Applications | Third Interim Fee Application analysis continued | 2.6 | $320.00 | $832.00 |
| 3/20/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BTrilla re: claimant-by-carrier data received from debtor | 0.3 | $305.00 | $91.50 |
| 3/20/2023 | Lietz, Kyle | Coverage Analysis | Updated counsel insurance allocation analysis file | 0.5 | $305.00 | $152.50 |
| 3/20/2023 | Trilla, Barry | Coverage Analysis | Claimant-by-carrier data from debtor vs. allocation results analysis | 2.3 | $415.00 | $954.50 |
| 3/20/2023 | Trilla, Barry | Coverage Analysis | Meeting with KLietz re: claimant-by-carrier data received from debtor | 0.3 | $415.00 | $124.50 |
| 3/21/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of ANO settlement listing per request of counsel continued | 2.3 | $320.00 | $736.00 |
| 3/21/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of ANO settlement listing per request of counsel | 2.6 | $320.00 | $832.00 |
| 3/21/2023 | Schwab, Matt | Analysis of ANO Historical Settlements | Analysis of settlement list provided by counsel and comparison to previous list provided. | 0.4 | $625.00 | $250.00 |
| 3/21/2023 | Schwab, Matt | Coverage Analysis | Analyze coverage counsel provided lists of claims triggering various insurers. | 0.3 | $625.00 | $187.50 |
| 3/22/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Summary of results found in settlement analysis and correspondence re: same | 0.6 | $320.00 | $192.00 |
| 3/22/2023 | Boswell, Anne Margaret | Coverage Analysis | Call with KMcNally, BTrilla, MSchwab, and DRamljak regarding counsel requests on settlement data | 0.5 | $320.00 | $160.00 |
| 3/22/2023 | McNally, Katheryn | Coverage Analysis | Call with AMBoswell, BTrilla, MSchwab, and DRamljak regarding counsel requests on settlement data | 0.5 | $635.00 | $317.50 |
| 3/22/2023 | Ramljak, Danny | Coverage Analysis | Call with KMcNally, AMBoswell, BTrilla, MSchwab, and DRamljak regarding counsel requests on settlement data | 0.5 | $320.00 | $160.00 |
| 3/22/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BTrilla to discuss counsel insurance allocation analysis | 0.2 | $305.00 | $61.00 |
| 3/22/2023 | Trilla, Barry | Coverage Analysis | Meeting with KLietz to discuss counsel insurance allocation analysis | 0.2 | $415.00 | $83.00 |
| 3/22/2023 | Lietz, Kyle | Coverage Analysis | Updated insurance allocation analysis file for counsel | 2.5 | $305.00 | $762.50 |
| 3/22/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla, AMBoswell and DRamljak regarding counsel requests on settlement data | 0.5 | $625.00 | $312.50 |
| 3/22/2023 | Trilla, Barry | Analysis of ANO Historical Settlements | Analysis of settlement of abuse claims received from debtor. | 0.8 | $415.00 | $332.00 |
| 3/22/2023 | Trilla, Barry | Coverage Analysis | Call with KMcNally, MSchwab, AMBoswell and DRamljak regarding counsel requests on settlement data | 0.5 | $415.00 | $207.50 |
| 3/22/2023 | Trilla, Barry | Communication with Counsel | Call with INasatir re: carrier policy detail | 0.2 | $415.00 | $83.00 |
| 3/22/2023 | Trilla, Barry | Coverage Analysis | Debtor's claimant-by-carrier vs. allocation results analysis, updates and QC | 1.8 | $415.00 | $747.00 |
| 3/22/2023 | Trilla, Barry | Fee Applications | Third Interim and February Monthly Fee Apps analysis, QC and updates | 2.2 | $415.00 | $913.00 |
| 3/23/2023 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of ANO historical settlement dates per request of counsel | 0.4 | $320.00 | $128.00 |
| 3/23/2023 | Boswell, Anne Margaret | Fee Applications | Analysis of LEDES file for Monthly Fee App | 0.7 | $320.00 | $224.00 |
| 3/23/2023 | Boswell, Anne Margaret | Fee Applications | Aggregating exhibits for Third Interim Fee Application | 1.0 | $320.00 | $320.00 |
| 3/23/2023 | Boswell, Anne Margaret | Fee Applications | Updates to Third Interim Fee Application based on KMcNally comments | 0.8 | $320.00 | $256.00 |
| 3/23/2023 | Trilla, Barry | Fee Applications | Third Interim and February Fee app analysis and QC | 0.8 | $415.00 | $332.00 |
| 3/24/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, BTrilla, KLietz and DRamljak re: update insurance allocations at the request of counsel to the committee | 0.4 | $320.00 | $128.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 3/24/2023 | Boswell, Anne Margaret | Communication with Counsel | Call with INassatir, JStang, BTrilla, MSchwab, KMcNally, KLietz and DRamljak to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $320.00 | $192.00 |
| 3/24/2023 | McNally, Katheryn | Communication with Counsel | Call with INassatir, JStang, BTrilla, MSchwab, AMBoswell, KLietz and DRamljak to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $635.00 | $381.00 |
| 3/24/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Call with BTrilla, MSchwab, AMBoswell, KLietz and DRamljak re: update insurance allocations at the request of counsel to the committee | 0.4 | $635.00 | $254.00 |
| 3/24/2023 | Schwab, Matt | Communication with Counsel | Call with INassatir, JStang, BTrilla, KMcNally, AMBoswell, KLietz and DRamljak to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $625.00 | $375.00 |
| 3/24/2023 | Schwab, Matt | Valuation Model Development and Reporting | Call with BTrilla, KMcNally, AMBoswell, KLietz and DRamljak re: update insurance allocations at the request of counsel to the committee | 0.4 | $625.00 | $250.00 |
| 3/24/2023 | Ramljak, Danny | Communication with Counsel | Call with INassatir, JStang, BTrilla, MSchwab, KMcNally, KLietz and AMBoswell to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $320.00 | $192.00 |
| 3/24/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, BTrilla, KLietz and AMBoswell re: update insurance allocations at the request of counsel to the committee | 0.4 | $320.00 | $128.00 |
| 3/24/2023 | McNally, Katheryn | Fee Applications | Finalize 9th Monthly and Interim Fee Applications | 0.4 | $635.00 | $254.00 |
| 3/24/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BTrilla to discuss counsel insurance allocation analysis | 0.4 | $305.00 | $122.00 |
| 3/24/2023 | Lietz, Kyle | Coverage Analysis | Updated counsel insurance allocation analysis file | 2.7 | $305.00 | $823.50 |
| 3/24/2023 | Lietz, Kyle | Communication with Counsel | Call with INassatir, JStang, BTrilla, MSchwab, AMBoswell, KMcNally and DRamljak to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $305.00 | $183.00 |
| 3/24/2023 | Lietz, Kyle | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, AMBoswell, BTrilla and DRamljak re: update insurance allocations at the request of counsel to the committee | 0.4 | $305.00 | $122.00 |
| 3/24/2023 | Trilla, Barry | Communication with Counsel | Call with INassatir, JStang, KMcNally, MSchwab, AMBoswell, KLietz and DRamljak to discuss insurance allocation analysis at request of counsel to the committee | 0.6 | $415.00 | $249.00 |
| 3/24/2023 | Trilla, Barry | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, AMBoswell, KLietz and DRamljak re: update insurance allocations at the request of counsel to the committee | 0.4 | $415.00 | $166.00 |
| 3/24/2023 | Trilla, Barry | Coverage Analysis | Meeting with KLietz to discuss counsel insurance allocation analysis | 0.4 | $415.00 | $166.00 |
| 3/27/2023 | Blum, Brett | Coverage Analysis | Call with KLietz and BTrilla re: analysis of Debtor's listing of claims by carrier | 0.5 | $370.00 | $185.00 |
| 3/27/2023 | Blum, Brett | Coverage Analysis | Updating claim sets with new indemnity values and claimant allegation dates | 2.7 | $370.00 | $999.00 |
| 3/27/2023 | Blum, Brett | Coverage Analysis | Prepping Insurance Claim Allocation System for insurance allocations at the request of counsel to the committee | 2.6 | $370.00 | $962.00 |
| 3/27/2023 | Ramljak, Danny | Coverage Analysis | By Abuser analysis for insurance allocation | 1.5 | $320.00 | $480.00 |
| 3/27/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation discounts per request of counsel | 0.8 | $320.00 | $256.00 |
| 3/27/2023 | Lietz, Kyle | Coverage Analysis | Updated counsel insurance allocation analysis file | 2.5 | $305.00 | $762.50 |
| 3/27/2023 | Lietz, Kyle | Coverage Analysis | Call with BTrilla and BBlum re: analysis of Debtor's listing of claims by carrier | 0.5 | $305.00 | $152.50 |
| 3/27/2023 | Lietz, Kyle | Coverage Analysis | Updated claim set to be used in Insurance Claims Allocation System | 2.2 | $305.00 | $671.00 |
| 3/27/2023 | Trilla, Barry | Coverage Analysis | Analysis and updates of Diocese list of claims allocated to carriers vs. Stout's allocation analysis | 3.3 | $415.00 | $1,369.50 |
| 3/27/2023 | Trilla, Barry | Coverage Analysis | Call with KLietz and BBlum re: analysis of Debtor's listing of claims by carrier | 0.5 | $415.00 | $207.50 |
| 3/28/2023 | Boswell, Anne Margaret | Coverage Analysis | Meeting with DRamljak and BTrilla re: claimant alleged abuse dates from debtor data | 0.2 | $320.00 | $64.00 |
| 3/28/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claimant date discrepancies from debtor data meeting with DRamljak | 0.3 | $320.00 | $96.00 |
| 3/28/2023 | Boswell, Anne Margaret | Coverage Analysis | Analyze Debtor date discrepancies for insurance allocation | 1.9 | $320.00 | $608.00 |
| 3/28/2023 | Boswell, Anne Margaret | Fee Applications | Updates to Third Interim Fee App per counsel's request | 0.7 | $320.00 | $224.00 |
| 3/28/2023 | Boswell, Anne Margaret | Coverage Analysis | Follow-Up meeting with BTrilla and DRamljak re: claimant alleged abuse dates from debtor data | 0.2 | $320.00 | $64.00 |
| 3/28/2023 | Boswell, Anne Margaret | Coverage Analysis | Analyze Debtor date discrepancies for insurance allocation continued | 1.7 | $320.00 | $544.00 |
| 3/28/2023 | Blum, Brett | Coverage Analysis | Updating claim set and prepping Insurance Claim Allocation System for insurance allocations at the request of counsel to the committee | 1.8 | $370.00 | $666.00 |
| 3/28/2023 | Blum, Brett | Coverage Analysis | Running and reporting on updated insurance policy allocations | 1.2 | $370.00 | $444.00 |
| 3/28/2023 | Blum, Brett | Coverage Analysis | Running and reporting on updated insurance policy allocations | 0.8 | $370.00 | $296.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 3/28/2023 | Blum, Brett | Coverage Analysis | Summarizing Allocation Results | 0.8 | $370.00 | $296.00 |
| 3/28/2023 | Blum, Brett | Coverage Analysis | Answering follow-up questions regarding allocation | 2.4 | $370.00 | $888.00 |
| 3/28/2023 | Ramljak, Danny | Coverage Analysis | Meeting with BTrilla and AMBoswell re: claimant alleged abuse dates from debtor data | 0.2 | $320.00 | $64.00 |
| 3/28/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis at request of counsel to the committee | 0.4 | $320.00 | $128.00 |
| 3/28/2023 | Ramljak, Danny | Coverage Analysis | Analyze Debtor date discrepancies for insurance allocation | 1.7 | $320.00 | $544.00 |
| 3/28/2023 | McNally, Katheryn | Coverage Analysis | Meeting with MSchwab, KLietz, BTrilla to discuss analysis of Debtor's listing of claims by carrier | 0.4 | $635.00 | $254.00 |
| 3/28/2023 | McNally, Katheryn | Coverage Analysis | Analysis of revised allocation results requested by counsel to the committee | 0.9 | $635.00 | $571.50 |
| 3/28/2023 | McNally, Katheryn | Coverage Analysis | Analyze claimant alleged abuse dates for newly-provided claimants | 0.4 | $635.00 | $254.00 |
| 3/28/2023 | Ramljak, Danny | Coverage Analysis | Follow-Up meeting with BTrilla and AMBoswell re: claimant alleged abuse dates from debtor data | 0.2 | $320.00 | $64.00 |
| 3/28/2023 | Ramljak, Danny | Coverage Analysis | Analysis of claimant date discrepancies from debtor data meeting with AMBoswell | 0.3 | $320.00 | $96.00 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Meeting with MSchwab to discuss counsel insurance allocation analysis file | 0.2 | $305.00 | $61.00 |
| 3/28/2023 | Schwab, Matt | Coverage Analysis | Meeting with KLietz to discuss counsel insurance allocation analysis file | 0.2 | $625.00 | $125.00 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Meeting with BBlum to discuss new claim set allocations for the Insurance Claim Allocation System | 0.3 | $305.00 | $91.50 |
| 3/28/2023 | Blum, Brett | Coverage Analysis | Meeting with KLietz to discuss new claim set allocations for the Insurance Claim Allocation System | 0.3 | $370.00 | $111.00 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Updated claim set to be used in Insurance Claims Allocation System for insurance allocation | 0.2 | $305.00 | $61.00 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Updated claim set for new indemnity values per discount valuation changes | 2.5 | $305.00 | $762.50 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Updated counsel insurance allocation analysis file | 0.5 | $305.00 | $152.50 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Consolidated claimant insurance allocation discrepancies summary for counsel | 1.1 | $305.00 | $335.50 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Consolidated claimant insurance allocation discrepancies summary for counsel continued | 0.9 | $305.00 | $274.50 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Meeting with MSchwab, KMcNally, and BTrilla to discuss analysis of Debtor's listing of claims by carrier | 0.4 | $305.00 | $122.00 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Consolidated claimant insurance allocation discrepancies summary for counsel continued | 2.7 | $305.00 | $823.50 |
| 3/28/2023 | Lietz, Kyle | Coverage Analysis | Consolidated claimant insurance allocation discrepancies summary for counsel continued | 1.3 | $305.00 | $396.50 |
| 3/28/2023 | Schwab, Matt | Coverage Analysis | Meeting with KMcNally, BTrilla and KLietz to discuss analysis of Debtor's listing of claims by carrier | 0.4 | $625.00 | $250.00 |
| 3/28/2023 | Schwab, Matt | Coverage Analysis | Analysis of Diocese list of claims allocated to carriers to Stout's analysis. Investigate differences including alleged abuse dates. | 3.2 | $625.00 | $2,000.00 |
| 3/28/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of revised allocation results requested by counsel to the committee | 2.4 | $415.00 | $996.00 |
| 3/28/2023 | Trilla, Barry | Coverage Analysis | Analysis and updates of Diocese list of claims allocated to carriers vs. Stout's allocation analysis | 1.2 | $415.00 | $498.00 |
| 3/28/2023 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally, MSchwab and KLietz to discuss analysis of Debtor's listing of claims by carrier | 0.4 | $415.00 | $166.00 |
| 3/28/2023 | Trilla, Barry | Fee Applications | February Monthly Fee App updates requested by counsel | 0.3 | $415.00 | $124.50 |
| 3/28/2023 | Trilla, Barry | Coverage Analysis | Follow-Up meeting with DRamljak and AMBoswell re: claimant alleged abuse dates from debtor data | 0.2 | $415.00 | $83.00 |
| 3/28/2023 | Trilla, Barry | Coverage Analysis | Meeting with DRamljak and AMBoswell re: claimant alleged abuse dates from debtor data | 0.2 | $415.00 | $83.00 |
| 3/29/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of Stout assumed abuse dates vs debtor dates and updates | 1.7 | $320.00 | $544.00 |
| 3/29/2023 | Blum, Brett | Coverage Analysis | Updating claim sets and re running allocations | 3.1 | $370.00 | $1,147.00 |
| 3/29/2023 | Blum, Brett | Coverage Analysis | Analyzing allocation results and updating claim sets again with new claimant allegation dates and re-running allocations | 3.4 | $370.00 | $1,258.00 |
| 3/29/2023 | Blum, Brett | Coverage Analysis | Analyzing Sexual Abuse Exclusion Policy application | 0.9 | $370.00 | $333.00 |
| 3/29/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation file at request of counsel to the committee | 0.3 | $320.00 | $96.00 |
| 3/29/2023 | McNally, Katheryn | Coverage Analysis | Generate updated allocation results and develop summaries for counsel to committee | 2.4 | $635.00 | $1,524.00 |
| 3/29/2023 | Lietz, Kyle | Coverage Analysis | Running updated insurance policy allocations | 1.3 | $305.00 | $396.50 |
| 3/29/2023 | Lietz, Kyle | Coverage Analysis | Running updated insurance policy allocations continued | 0.7 | $305.00 | $213.50 |
| 3/29/2023 | Lietz, Kyle | Coverage Analysis | Consolidated claimant insurance allocation discrepancies summary for counsel | 3.2 | $305.00 | $976.00 |
| 3/29/2023 | McNally, Katheryn | Coverage Analysis | Meeting with BTrilla and KLietz to discuss summary allocation deliverable | 0.3 | $635.00 | $190.50 |
| 3/29/2023 | Lietz, Kyle | Coverage Analysis | Meeting with KMcNally and BTrilla to discuss summary allocation deliverable | 0.3 | $305.00 | $91.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/29/2023 | Schwab, Matt | Coverage Analysis | Assist with QC and finalizing analysis of debtor's claims triggering various insurers analysis. | 2.1 | $625.00 | $1,312.50 |
| 3/29/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of debtor's claims triggering various insurers analysis | 2.2 | $415.00 | $913.00 |
| 3/29/2023 | Trilla, Barry | Coverage Analysis | Analysis and QC of revised allocation results requested by counsel to the committee | 1.1 | $415.00 | $456.50 |
| 3/29/2023 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally and KLietz to discuss summary allocation deliverable | 0.3 | $415.00 | $124.50 |
| 3/30/2023 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, BTrilla, INasatir, BLocke, RKuebel, JStang to discuss updated allocation analysis requested by counsel to committee | 0.4 | $635.00 | $254.00 |
| 3/30/2023 | McNally, Katheryn | Coverage Analysis | Create model and related summary of updated allocation analysis requested by counsel to committee | 3.4 | $635.00 | $2,159.00 |
| 3/30/2023 | McNally, Katheryn | Coverage Analysis | Follow up call with INasatir and BTrilla re: updated allocation schedule requested by counsel to committee | 0.3 | $635.00 | $190.50 |
| 3/30/2023 | McNally, Katheryn | Coverage Analysis | Follow up call with BTrilla and MSchwab regarding work plan to get deliverables. | 0.2 | $635.00 | $127.00 |
| 3/30/2023 | Schwab, Matt | Coverage Analysis | Investigate duplicate claims from debtor list of claims to various insurers. | 0.4 | $625.00 | $250.00 |
| 3/30/2023 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla, INasatir, BLocke, RKuebel, JStang to discuss updated allocation analysis requested by counsel to committee | 0.4 | $625.00 | $250.00 |
| 3/30/2023 | Schwab, Matt | Coverage Analysis | Follow up call with BTrilla and KMcNally regarding work plan to get deliverables. | 0.2 | $625.00 | $125.00 |
| 3/30/2023 | Schwab, Matt | Coverage Analysis | Finalize deliverables for counsel regarding allocations. | 3.3 | $625.00 | $2,062.50 |
| 3/30/2023 | Trilla, Barry | Coverage Analysis | Analysis and suggested updates for model and related summary of updated allocation analysis requested by counsel to committee | 0.4 | $415.00 | $166.00 |
| 3/30/2023 | Trilla, Barry | Coverage Analysis | Call with KMcNally, MSchwab, BLocke, RKuebel, JStang to discuss updated allocation analysis requested by counsel to committee | 0.4 | $415.00 | $166.00 |
| 3/30/2023 | Trilla, Barry | Coverage Analysis | Finalized analysis of debtor's claims triggering various insurers analysis | 1.7 | $415.00 | $705.50 |
| 3/30/2023 | Trilla, Barry | Coverage Analysis | Follow up call with MSchwab and KMcNally regarding work plan to get deliverables | 0.2 | $415.00 | $83.00 |
| 3/30/2023 | Trilla, Barry | Coverage Analysis | Follow up call with INasatir and KMcNally re: updated allocation schedule requested by counsel to committee | 0.3 | $415.00 | $124.50 |
| 3/31/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Adult Comp Analysis - bring Stout Adult Comp Analysis current with Feb 2023 BLS inflation + update cases. | 0.6 | $305.00 | $183.00 |
| 3/31/2023 | McNally, Katheryn | Coverage Analysis | Updates to coverage results summary as requested by counsel to committee | 1.8 | $635.00 | $1,143.00 |
| 3/31/2023 | Trilla, Barry | Coverage Analysis | Analysis of claimants allocated by coverage year for coverage results summary as requested by counsel to committee | 1.3 | $415.00 | $539.50 |
| 3/31/2023 | Trilla, Barry | Coverage Analysis | Updates to coverage results summary as requested by counsel to committee | 0.7 | $415.00 | $290.50 |
| **GRAND TOTAL** | | | | **145.00** | | $ 57,517.00 |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: June 9, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2023 – APRIL 30, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2023 through April 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| April 1, 2023 to April 30, 2023 | |
|---|---|
| Fees | $ 12,904.50 |
| Expenses | $0.00 |
| **Total** | **$12,904.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $0.00 | $46,013.60 |

**Total Unpaid to Date**        **$46,013.60**

## NO PRIOR REQUEST

5.　　With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.　　In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

---

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount represents 80% of Claro's total monthly fees in the amount of $57,517.00 on account of Claro's March 2023 fee statement.

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 9, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $10,323.60 which consists of eighty percent (80%) of Stout's total fees of $12,904.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  May 26, 2023                          Respectfully submitted,

                                              By: /s/ Katheryn McNally
                                              The Claro Group, A Stout Business
                                              123 N. Wacker Street, Suite 2100
                                              Chicago, IL 60606
                                              Email: kmcnally@Stout.com

                                              *Expert Consultant and Expert Witness to the*
                                              *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 3.80 | $ 2,413.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 3.50 | $ 1,452.50 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 17.20 | $ 5,504.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 0.20 | $ 64.00 |
| Schoenfeld, Erika | Senior Consultant | $ 320.00 | 5.70 | $ 1,824.00 |
| Martisauski, Brad | Consultant | $ 305.00 | 5.40 | $ 1,647.00 |
| **Total Hours and Fees:** | | | **35.80** | **$ 12,904.50** |
| **Blended Rate:** | | **$ 360.46** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours April 2023 | Total Compensation |
|---|---|---|
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 11.1 | $ 3,471.00 |
| Claimant File Analysis | 7.4 | $ 2,501.00 |
| Coverage Analysis | 3.4 | $ 2,071.00 |
| Fee Applications | 12.2 | $ 4,317.50 |
| Valuation Model Development and Reporting | 1.7 | $ 544.00 |
| **Total** | **35.80** | **$ 12,904.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 4/3/2023 | Boswell, Anne Margaret | Fee Applications | Monthly Fee App analysis and summary of prior month fees | 0.8 | $320.00 | $256.00 |
| 4/3/2023 | Trilla, Barry | Coverage Analysis | Analysis of Catholic Mutual policy details and correspondence with KMcNally re: same | 0.4 | $415.00 | $166.00 |
| 4/3/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Comps Database - perform search process on VerdictSearch, Westlaw, Lexis, and Bloomberg to make potentially included comparable matter verdicts current for Stout analysis | 0.6 | $305.00 | $183.00 |
| 4/3/2023 | McNally, Katheryn | Coverage Analysis | Updated insurance allocation analysis per INasatir request | 1.9 | $635.00 | $1,206.50 |
| 4/3/2023 | McNally, Katheryn | Coverage Analysis | Correspondence with INasatir re: allocations to insurance companies | 1.1 | $635.00 | $698.50 |
| 4/6/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially Comparable Verdicts - QC Nature of Abuse language from VerdictSearch, Lexis, Westlaw, and Bloomberg sources for potentially included comparable matter verdict comps for Stout analysis | 2.6 | $305.00 | $793.00 |
| 4/7/2023 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Potentially Comparable Verdicts - QC Nature of Abuse language from VerdictSearch, Lexis, Westlaw, and Bloomberg sources for potentially included comparable matter verdict comps for Stout analysis | 2.2 | $305.00 | $671.00 |
| 4/11/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable matter verdicts to identify adult victim cases to be used in Adult Analysis | 2.3 | $320.00 | $736.00 |
| 4/11/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable matter verdicts to identify adult victim cases to be used in Adult Analysis continued | 1.3 | $320.00 | $416.00 |
| 4/12/2023 | Schoenfeld, Erika | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of potentially comparable matter verdicts to identify adult victim cases to be used in Adult Analysis | 2.1 | $320.00 | $672.00 |
| 4/18/2023 | Boswell, Anne Margaret | Fee Applications | March Monthly Fee App analysis | 2.6 | $320.00 | $832.00 |
| 4/18/2023 | Boswell, Anne Margaret | Fee Applications | March Monthly Fee App analysis continued | 0.8 | $320.00 | $256.00 |
| 4/20/2023 | Boswell, Anne Margaret | Fee Applications | Analysis and summary of fees approved from November through February per request of counsel | 0.9 | $320.00 | $288.00 |
| 4/21/2023 | Trilla, Barry | Claimant File Analysis | Analysis of claims lists from debtor | 0.6 | $415.00 | $249.00 |
| 4/24/2023 | Boswell, Anne Margaret | Claimant File Analysis | Compare debtor categorization list as of April 23rd with current Stout analysis per request of counsel | 2.1 | $320.00 | $672.00 |
| 4/24/2023 | Boswell, Anne Margaret | Claimant File Analysis | Compare debtor categorization list as of April 23rd with current Stout analysis per request of counsel continued | 1.7 | $320.00 | $544.00 |
| 4/25/2023 | Boswell, Anne Margaret | Claimant File Analysis | Summary of debtor categorization list as of April 23rd vs current Stout analysis and correspondence re: same | 1.6 | $320.00 | $512.00 |
| 4/25/2023 | Trilla, Barry | Fee Applications | Analysis and updates to summary of fees approved from November - February per request of counsel | 0.4 | $415.00 | $166.00 |
| 4/26/2023 | Boswell, Anne Margaret | Fee Applications | Updates to March Monthly Fee App based on BTrilla comments | 1.3 | $320.00 | $416.00 |
| 4/26/2023 | Trilla, Barry | Fee Applications | March Monthly Fee App analysis and QC | 1.3 | $415.00 | $539.50 |
| 4/27/2023 | Boswell, Anne Margaret | Fee Applications | Update March Monthly Fee App based on KMcNally comments | 2.7 | $320.00 | $864.00 |
| 4/27/2023 | Boswell, Anne Margaret | Fee Applications | Update March Monthly Fee App document based on KMcNally comments and finalize fee package for counsel | 0.6 | $320.00 | $192.00 |
| 4/27/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of new debtor information provided by counsel | 0.2 | $320.00 | $64.00 |
| 4/27/2023 | McNally, Katheryn | Fee Applications | Finalize March Monthly Fee App package | 0.8 | $635.00 | $508.00 |
| 4/28/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of updated debtor claim file as of April 28th received from counsel | 0.4 | $320.00 | $128.00 |
| 4/28/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update PVM and valuation files based on newly received debtor information from counsel | 1.7 | $320.00 | $544.00 |
| 4/28/2023 | Trilla, Barry | Claimant File Analysis | Analysis of updated claims lists from debtor | 0.8 | $415.00 | $332.00 |
| **GRAND TOTAL** | | | | **35.80** | | **$ 12,904.50** |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: July 13, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MAY 1, 2023 – MAY 31, 2023

1.    In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2023 through May 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.    The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| May 1, 2023 to May 31, 2023 | |
|---|---|
| Fees | $49,988.50 |
| Expenses | $0.00 |
| **Total** | **$49,988.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.　　The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.　　Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

2

| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $46,013.60 | $0.00 |
| 4/1/23 – 4/30/23 | $10,323.60[6] | $0.00 | $0.00 | $10,323.60 |

**Total Unpaid to Date**                                    **$10,323.60**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount represents 80% of Claro's total monthly fees in the amount of $57,517.00 on account of Claro's March 2023 fee statement.

[6] This amount represents 80% of Claro's total monthly fees in the amount of $12,904.50 on account of Claro's April 2023 fee statement.

DOCS_LA:345857.2 05067/002

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $39,990.80 which consists of eighty percent (80%) of Stout's total fees of $49,988.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

4

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  June 29, 2023                                   Respectfully submitted,

                                                        By: */s/ Katheryn McNally*
                                                        The Claro Group, A Stout Business
                                                        123 N. Wacker Street, Suite 2100
                                                        Chicago, IL 60606
                                                        Email: kmcnally@Stout.com

                                                        *Expert Consultant and Expert Witness to the*
                                                        *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 12.90 | $ 8,191.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 7.20 | $ 4,500.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 23.30 | $ 9,669.50 |
| Blum, Brett | Manager | $ 370.00 | 8.90 | $ 3,293.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 55.70 | $ 17,824.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 5.00 | $ 1,600.00 |
| Aiello, Madison | Consultant | $ 305.00 | 5.90 | $ 1,799.50 |
| Martisauski, Brad | Consultant | $ 305.00 | 4.00 | $ 1,220.00 |
| Ricci, Elaina | Consultant | $ 305.00 | 2.10 | $ 640.50 |
| Smith, Hannah | Consultant | $ 305.00 | 4.10 | $ 1,250.50 |
| **Total Hours and Fees:** | | | **129.10** | **$ 49,988.50** |
| **Blended Rate:** | | **$ 387.21** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours May 2023 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 59.9 | $ 21,077.00 |
| Coverage Analysis | 46.3 | $ 19,920.00 |
| Fee Applications | 4.4 | $ 1,465.00 |
| Valuation Model Development and Reporting | 18.5 | $ 7,526.50 |
| **Total** | **129.10** | **$ 49,988.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis and comparison of updated debtor claim files received from counsel | 0.8 | $320.00 | $256.00 |
| 5/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Aggregating list of new POC Forms per debtor file in order to request from counsel and correspondence re: same | 0.3 | $320.00 | $96.00 |
| 5/1/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation file based on information within second additional debtor file received from counsel | 0.4 | $320.00 | $128.00 |
| 5/1/2023 | Trilla, Barry | Coverage Analysis | Claimant by policy period analysis | 0.9 | $415.00 | $373.50 |
| 5/1/2023 | McNally, Katheryn | Coverage Analysis | Review request from INasatir and coordinate with team to determine information necessary to complete request for claimants triggering each carrier | 0.4 | $635.00 | $254.00 |
| 5/1/2023 | McNally, Katheryn | Coverage Analysis | Work with team to prepare list of claimants by carrier | 0.6 | $635.00 | $381.00 |
| 5/2/2023 | Trilla, Barry | Coverage Analysis | Claimant by policy period analysis and updates | 2.2 | $415.00 | $913.00 |
| 5/2/2023 | McNally, Katheryn | Claimant File Analysis | Request 30 outstanding POC Forms from counsel to the committee | 0.2 | $635.00 | $127.00 |
| 5/2/2023 | McNally, Katheryn | Coverage Analysis | Review questions from Travelers to provide commentary to counsel to the committee | 0.2 | $635.00 | $127.00 |
| 5/3/2023 | Boswell, Anne Margaret | Claimant File Analysis | Incorporate new POC Forms received from counsel into PVM/valuation files and correspondence to staff re: claimant analysis work | 0.8 | $320.00 | $256.00 |
| 5/3/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Discuss valuation updates for mediation with MSchwab, BTrilla and KMcNally | 0.5 | $320.00 | $160.00 |
| 5/3/2023 | Trilla, Barry | Claimant File Analysis | Analyze updated debtor claim listings and POC Forms | 1.3 | $415.00 | $539.50 |
| 5/3/2023 | Trilla, Barry | Valuation Model Development and Reporting | New POC Forms valuation analysis | 0.6 | $415.00 | $249.00 |
| 5/3/2023 | Trilla, Barry | Coverage Analysis | Call with JStang, INasatir, BLock, MSchwab, and KMcNally to discuss carrier requests | 0.5 | $415.00 | $207.50 |
| 5/3/2023 | Trilla, Barry | Coverage Analysis | Claimant by policy allocation analysis and updates | 3.3 | $415.00 | $1,369.50 |
| 5/3/2023 | Trilla, Barry | Valuation Model Development and Reporting | Discuss valuation updates for mediation with MSchwab, AMBoswell and KMcNally | 0.5 | $415.00 | $207.50 |
| 5/3/2023 | McNally, Katheryn | Coverage Analysis | Draft commentary related to carrier inquiries on allocation methodologies | 0.6 | $635.00 | $381.00 |
| 5/3/2023 | McNally, Katheryn | Coverage Analysis | Review draft carrier deliverables and provide edits to team | 0.4 | $635.00 | $254.00 |
| 5/3/2023 | McNally, Katheryn | Coverage Analysis | Call with JStang, INasatir, BLock, MSchwab, and BTrilla to discuss carrier requests | 0.5 | $635.00 | $317.50 |
| 5/3/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Discuss valuation updates for mediation with BTrilla, AMBoswell and MSchwab | 0.5 | $635.00 | $317.50 |
| 5/3/2023 | Schwab, Matt | Coverage Analysis | Call with JStang, INasatir, BLock, KMcNally, and BTrilla to discuss carrier requests | 0.5 | $625.00 | $312.50 |
| 5/3/2023 | Schwab, Matt | Coverage Analysis | Analyze allocation results and assumptions ahead of mediation in response to Travelers questions | 0.8 | $625.00 | $500.00 |
| 5/3/2023 | Schwab, Matt | Valuation Model Development and Reporting | Discuss valuation updates for mediation with BTrilla, AMBoswell and KMcNally | 0.5 | $625.00 | $312.50 |
| 5/3/2023 | Schwab, Matt | Valuation Model Development and Reporting | Analyze updated debtor claim listings, claim file, and valuation model ahead of mediation | 2.2 | $625.00 | $1,375.00 |
| 5/4/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly-filed claims provided by counsel to the committee | 2.8 | $320.00 | $896.00 |
| 5/4/2023 | Ricci, Elaina | Claimant File Analysis | Analysis of newly-filed claims provided by counsel to the committee | 2.1 | $305.00 | $640.50 |
| 5/4/2023 | Smith, Hannah | Claimant File Analysis | Analysis of newly-filed claims provided by counsel to the committee | 2.7 | $305.00 | $823.50 |
| 5/4/2023 | Smith, Hannah | Claimant File Analysis | Analysis of newly-filed claims provided by counsel to the committee | 1.4 | $305.00 | $427.00 |
| 5/5/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Duplicates, Not Affiliated, and Withdrawn categories based on newly-filed claims provided by counsel to the committee | 0.7 | $320.00 | $224.00 |
| 5/5/2023 | Boswell, Anne Margaret | Claimant File Analysis | QC of newly-filed claims provided by counsel to the committee | 1.9 | $320.00 | $608.00 |
| 5/5/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of newly-filed claims provided by counsel to the committee | 2.3 | $320.00 | $736.00 |
| 5/8/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly-filed claims categorized by debtor as Potentially Released, Withdrawn, and Not Affiliated | 1.3 | $320.00 | $416.00 |
| 5/8/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Updates to valuation file for counsel per BTrilla's comments | 0.4 | $320.00 | $128.00 |
| 5/8/2023 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and summary of updated preliminary claim valuation estimates to include newly-filed claims | 0.5 | $415.00 | $207.50 |
| 5/8/2023 | Trilla, Barry | Valuation Model Development and Reporting | Updated claims valuation analysis and correspondence with team re: same | 1.1 | $415.00 | $456.50 |
| 5/8/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to include newly-filed claims provided by counsel to the committee | 1.1 | $320.00 | $352.00 |
| 5/8/2023 | McNally, Katheryn | Valuation Model Development and Reporting | Edits to summary of updated preliminary claim valuation estimates to include newly-filed claims | 0.6 | $635.00 | $381.00 |
| 5/9/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on parish locations/Orders per the POC Forms for abuser entities analysis | 0.8 | $320.00 | $256.00 |
| 5/9/2023 | Boswell, Anne Margaret | Claimant File Analysis | Alleged abuser entity standardization analysis per request of counsel continued | 1.8 | $320.00 | $576.00 |
| 5/9/2023 | Boswell, Anne Margaret | Claimant File Analysis | Alleged abuser entity standardization analysis per request of counsel | 2.7 | $320.00 | $864.00 |
| 5/9/2023 | Trilla, Barry | Valuation Model Development and Reporting | Call with BBlum and MSchwab to discuss counsel valuation question and approach to answering for mediation | 0.4 | $415.00 | $166.00 |
| 5/9/2023 | Blum, Brett | Valuation Model Development and Reporting | Call with MSchwab and BTrilla to discuss counsel valuation question and approach to answering for mediation | 0.4 | $370.00 | $148.00 |
| 5/9/2023 | Ramljak, Danny | Coverage Analysis | Analysis of claimants by abuser for coverage allocation | 1.4 | $320.00 | $448.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 5/9/2023 | Schwab, Matt | Valuation Model Development and Reporting | Call with BBlum and BTrilla to discuss counsel valuation question and approach to answering for mediation | 0.4 | $625.00 | $250.00 |
| 5/10/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of alleged abuser entities and creation of summaries related to claim counts by affiliated entities | 1.8 | $320.00 | $576.00 |
| 5/10/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of alleged abuser entities and creation of summaries related to claim counts by affiliated entities continued | 1.9 | $320.00 | $608.00 |
| 5/10/2023 | Trilla, Barry | Claimant File Analysis | Alleged abuser entity analysis and QC | 1.4 | $415.00 | $581.00 |
| 5/10/2023 | Aiello, Madison | Coverage Analysis | Call with BBlum to discuss analysis of newly-filed claimants provided by counsel to the committee | 0.7 | $305.00 | $213.50 |
| 5/10/2023 | Blum, Brett | Coverage Analysis | Call with MAiello to discuss analysis of newly-filed claimants provided by counsel to the committee | 0.7 | $370.00 | $259.00 |
| 5/11/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updates to alleged abuser entity analysis per BTrilla's request | 0.6 | $320.00 | $192.00 |
| 5/11/2023 | Trilla, Barry | Claimant File Analysis | Alleged abuser entity analysis and QC | 1.4 | $415.00 | $581.00 |
| 5/11/2023 | Blum, Brett | Coverage Analysis | QCing updated claim sets | 1.1 | $370.00 | $407.00 |
| 5/11/2023 | Blum, Brett | Coverage Analysis | Meeting with MAiello to discuss updated claim set creation | 0.4 | $370.00 | $148.00 |
| 5/11/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to include newly-filed claims provided by counsel to the committee | 0.2 | $320.00 | $64.00 |
| 5/11/2023 | Aiello, Madison | Coverage Analysis | Allocation analysis related to newly-filed claims provided by counsel to the committee | 2.4 | $305.00 | $732.00 |
| 5/11/2023 | Aiello, Madison | Coverage Analysis | Meeting with BBlum to discuss updated claim set creation | 0.4 | $305.00 | $122.00 |
| 5/12/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of alleged abuser entities and summarizing claim counts by affiliated entities | 0.7 | $320.00 | $224.00 |
| 5/12/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updates to alleged abuser entities analysis based on MSchwab comments | 0.2 | $320.00 | $64.00 |
| 5/12/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of abuser entities and summarizing claim counts by affiliated entities continued | 0.9 | $320.00 | $288.00 |
| 5/12/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of abuser entities and summarizing claim counts by affiliated entities | 2.9 | $320.00 | $928.00 |
| 5/12/2023 | Boswell, Anne Margaret | Claimant File Analysis | Consolidation of alleged abuser entities for analysis | 0.8 | $320.00 | $256.00 |
| 5/12/2023 | Boswell, Anne Margaret | Claimant File Analysis | Follow-up meeting with BTrilla to discuss abuser entities analysis | 0.2 | $320.00 | $64.00 |
| 5/12/2023 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla and MSchwab to discuss abuser entities analysis | 0.3 | $320.00 | $96.00 |
| 5/12/2023 | Trilla, Barry | Claimant File Analysis | Meeting with AMBoswell and MSchwab to discuss abuser entities analysis | 0.4 | $415.00 | $166.00 |
| 5/12/2023 | Trilla, Barry | Claimant File Analysis | Follow-up meeting with AMBoswell to discuss abuser entities analysis | 0.2 | $415.00 | $83.00 |
| 5/12/2023 | Trilla, Barry | Claimant File Analysis | Alleged abuser entity analysis and QC | 1.2 | $415.00 | $498.00 |
| 5/12/2023 | Aiello, Madison | Coverage Analysis | Allocation analysis related to newly-filed claims | 2.4 | $305.00 | $732.00 |
| 5/12/2023 | Schwab, Matt | Claimant File Analysis | Analysis of entities named in POC forms | 0.4 | $625.00 | $250.00 |
| 5/12/2023 | Schwab, Matt | Claimant File Analysis | Meeting with AMBoswell and BTrilla to discuss abuser entities analysis | 0.4 | $625.00 | $250.00 |
| 5/15/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on locations/entities per the POC Forms for abuser entities analysis continued | 1.8 | $320.00 | $576.00 |
| 5/15/2023 | Boswell, Anne Margaret | Claimant File Analysis | Call with MSchwab, KMcNally, and BTrilla to discuss analysis of entities disclosed in POC Forms | 0.3 | $320.00 | $96.00 |
| 5/15/2023 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BTrilla to discuss consolidation of Abuser entities for analysis | 0.2 | $320.00 | $64.00 |
| 5/15/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on locations/entities per the POC Forms for abuser entities analysis | 3.3 | $320.00 | $1,056.00 |
| 5/15/2023 | Trilla, Barry | Claimant File Analysis | Call with MSchwab, AMBoswell, and KMcNally to discuss analysis of entities disclosed in POC Forms | 0.3 | $415.00 | $124.50 |
| 5/15/2023 | Trilla, Barry | Claimant File Analysis | Meeting with AMBoswell to discuss consolidation of Abuser entities for analysis | 0.2 | $415.00 | $83.00 |
| 5/15/2023 | McNally, Katheryn | Claimant File Analysis | Call with MSchwab, AMBoswell, and BTrilla to discuss analysis of entities disclosed in POC Forms | 0.3 | $635.00 | $190.50 |
| 5/15/2023 | Schwab, Matt | Claimant File Analysis | Call with KMcNally, AMBoswell, and BTrilla to discuss analysis of entities disclosed in POC Forms | 0.3 | $625.00 | $187.50 |
| 5/16/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on parish locations/Orders per the POC Forms for abuser entities analysis | 2.3 | $320.00 | $736.00 |
| 5/16/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on parish locations/Orders per the POC Forms for abuser entities analysis continued and correspondence re: same | 1.1 | $320.00 | $352.00 |
| 5/16/2023 | Trilla, Barry | Coverage Analysis | Policy allocation by claimant analysis and updates | 1.4 | $415.00 | $581.00 |
| 5/16/2023 | McNally, Katheryn | Coverage Analysis | Updated claimant list by carrier per INasatir request | 0.4 | $635.00 | $254.00 |
| 5/16/2023 | McNally, Katheryn | Claimant File Analysis | Analysis of entities named in POC Forms | 0.8 | $635.00 | $508.00 |
| 5/17/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on owners and operators of alleged abuser parishes/schools per the POC Forms | 2.6 | $320.00 | $832.00 |
| 5/17/2023 | Boswell, Anne Margaret | Claimant File Analysis | Research on owners and operators of alleged abuser parishes/schools per the POC Forms continued | 1.9 | $320.00 | $608.00 |
| 5/17/2023 | Boswell, Anne Margaret | Claimant File Analysis | Call with KMcNally and BTrilla to discuss parish/Order analysis by claimant | 0.5 | $320.00 | $160.00 |
| 5/17/2023 | Trilla, Barry | Coverage Analysis | Policy allocation by claimant analysis and updates | 1.4 | $415.00 | $581.00 |
| 5/17/2023 | Trilla, Barry | Claimant File Analysis | Call with KMcNally and AMBoswell to discuss parish/Order analysis by claimant | 0.5 | $415.00 | $207.50 |
| 5/17/2023 | Blum, Brett | Coverage Analysis | Analysis of Catholic Mutual policy information | 0.5 | $370.00 | $185.00 |
| 5/17/2023 | Blum, Brett | Coverage Analysis | QCing updated claim sets | 1.2 | $370.00 | $444.00 |
| 5/17/2023 | Blum, Brett | Coverage Analysis | Updating Claimant Allocation Analysis | 0.8 | $370.00 | $296.00 |
| 5/17/2023 | McNally, Katheryn | Claimant File Analysis | Edits to summary file of claimants by parish/Order to provide comments to team | 0.4 | $635.00 | $254.00 |
| 5/17/2023 | McNally, Katheryn | Claimant File Analysis | Call with AMBoswell and BTrilla to discuss parish/Order analysis by claimant | 0.5 | $635.00 | $317.50 |
| 5/17/2023 | McNally, Katheryn | Coverage Analysis | Updated carrier claim listings as requested by counsel to the committee | 0.3 | $635.00 | $190.50 |
| 5/18/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updates to alleged abuser analysis for counsel per KMcNally's comments | 1.9 | $320.00 | $608.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/2023 | Boswell, Anne Margaret | Claimant Analysis | Additional updates to alleged abuser analysis for counsel per KMcNally's comments | 1.4 | $320.00 | $448.00 |
| 5/18/2023 | McNally, Katheryn | Claimant File Analysis | Edits and comments on summary of claims by parish/Order | 0.4 | $635.00 | $254.00 |
| 5/19/2023 | Boswell, Anne Margaret | Fee Applications | April Monthly Fee App preparation | 2.7 | $320.00 | $864.00 |
| 5/19/2023 | Trilla, Barry | Coverage Analysis | Policy allocation by claimant analysis and updates | 0.6 | $415.00 | $249.00 |
| 5/21/2023 | McNally, Katheryn | Claimant File Analysis | Updates to file summarizing claimant connections to parishes and Orders and provide to counsel to the committee | 0.6 | $635.00 | $381.00 |
| 5/21/2023 | McNally, Katheryn | Coverage Analysis | Updated claimant allocation file as requested by carrier | 0.3 | $635.00 | $190.50 |
| 5/21/2023 | McNally, Katheryn | Coverage Analysis | Analyze policy evidence provided by counsel to the committee and provide follow-up commentary and questions for incorporation into Stout allocation analysis | 0.9 | $635.00 | $571.50 |
| 5/22/2023 | Boswell, Anne Margaret | Fee Applications | April Monthly Fee App preparation | 0.8 | $320.00 | $256.00 |
| 5/22/2023 | Trilla, Barry | Fee Applications | April Monthly Fee App preparation and QC | 0.6 | $415.00 | $249.00 |
| 5/23/2023 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BMartisauski to discuss ANO involved entity research task - Hope Haven + Madonna Manor | 0.2 | $320.00 | $64.00 |
| 5/23/2023 | Boswell, Anne Margaret | Claimant File Analysis | Prepare and consolidate support for meeting with BMartisauski regarding ANO involved entity research task - Hope Haven + Madonna Manor | 0.4 | $320.00 | $128.00 |
| 5/23/2023 | Trilla, Barry | Coverage Analysis | Analysis of coverage detail received from counsel | 0.7 | $415.00 | $290.50 |
| 5/23/2023 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally and BBlum re: additional coverage detail received from counsel | 0.5 | $415.00 | $207.50 |
| 5/23/2023 | McNally, Katheryn | Coverage Analysis | Meeting with BTrilla and BBlum re: additional coverage detail received from counsel | 0.5 | $635.00 | $317.50 |
| 5/23/2023 | Martisauski, Brad | Claimant File Analysis | ANO involved entity research task - Hope Haven + Madonna Manor | 1.4 | $305.00 | $427.00 |
| 5/23/2023 | Martisauski, Brad | Claimant File Analysis | Meeting with AMBoswell to discuss ANO involved entity research task - Hope Haven + Madonna Manor | 0.2 | $305.00 | $61.00 |
| 5/23/2023 | Blum, Brett | Coverage Analysis | Meeting with KMcNally and BTrilla re: additional coverage detail received from counsel | 0.5 | $370.00 | $185.00 |
| 5/23/2023 | Blum, Brett | Coverage Analysis | Analysis of coverage updates from multiple email sources | 1.3 | $370.00 | $481.00 |
| 5/24/2023 | Boswell, Anne Margaret | Fee Applications | Updates to April Monthly Fee App package based on new payment received per request of counsel | 0.3 | $320.00 | $96.00 |
| 5/24/2023 | Martisauski, Brad | Claimant File Analysis | ANO involved entity research task - Hope Haven + Madonna Manor | 2.4 | $305.00 | $732.00 |
| 5/25/2023 | Trilla, Barry | Coverage Analysis | Analysis of additional coverage detail received from counsel | 1.2 | $415.00 | $498.00 |
| 5/25/2023 | Blum, Brett | Coverage Analysis | Creating updated matrix for new assumptions | 0.8 | $370.00 | $296.00 |
| 5/26/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claim categorizations/policy assumptions per American Employers | 2.5 | $320.00 | $800.00 |
| 5/26/2023 | Blum, Brett | Coverage Analysis | Updating coverage assumption matrix | 1.2 | $370.00 | $444.00 |
| 5/26/2023 | McNally, Katheryn | Coverage Analysis | Draft and edit open questions to counsel re: policy assumptions | 1.7 | $635.00 | $1,079.50 |
| 5/26/2023 | McNally, Katheryn | Coverage Analysis | Analysis of Catholic Mutual policy evidence | 0.9 | $635.00 | $571.50 |
| 5/30/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claims considered by American Employers to be not available in coverage | 1.8 | $320.00 | $576.00 |
| 5/30/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of Traveler's coverage responses and correspondence re: same | 0.6 | $320.00 | $192.00 |
| 5/30/2023 | Schwab, Matt | Coverage Analysis | Read Catholic Mutual policy and analyze coverage questions based on documents provided | 1.2 | $625.00 | $750.00 |
| 5/31/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of staff research regarding Hope Haven/Madonna Manor, updates to abuser entity analysis based on related findings and correspondence re: same | 2.1 | $320.00 | $672.00 |
| 5/31/2023 | Boswell, Anne Margaret | Coverage Analysis | Categorizing claims considered by American Employers as not within coverage period and summary of findings for counsel | 1.1 | $320.00 | $352.00 |
| 5/31/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of Travelers coverage responses and correspondence re: same | 0.4 | $320.00 | $128.00 |
| 5/31/2023 | McNally, Katheryn | Claimant File Analysis | Correspondence with AMBoswell re: analyses of parishes/Orders | 0.2 | $635.00 | $127.00 |
| 5/31/2023 | McNally, Katheryn | Coverage Analysis | Correspondence with AMBoswell re: claimants falling in American Employers coverage years | 0.3 | $635.00 | $190.50 |
| 5/31/2023 | McNally, Katheryn | Coverage Analysis | Finalize and send summary of open coverage issues to Pachulski Stang for discussion | 0.4 | $635.00 | $254.00 |
| 5/31/2023 | Schwab, Matt | Coverage Analysis | Review carrier questions and team analysis of same to provide information on response to counsel | 0.5 | $625.00 | $312.50 |
| **GRAND TOTAL** | | | | **129.10** | | **$ 49,988.50** |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | Objection Deadline:  August 8, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JUNE 1, 2023 – JUNE 30, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2023 through June 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| June 1, 2023 to June 30, 2023 | |
|---|---|
| Fees | $19,607.50 |
| Expenses | $0.00 |
| **Total** | $19,607.50 |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

2

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $46,013.60 | $0.00 |
| 4/1/23 – 4/30/23 | $10,323.60[6] | $0.00 | $0.00 | $10,323.60 |
| 5/1/23 – 5/31/23 | $39,990.80[7] | $0.00 | $0.00 | $39,990.80 |

**Total Unpaid to Date**                                         **$50,314.40**

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount represents 80% of Claro's total monthly fees in the amount of $57,517.00 on account of Claro's March 2023 fee statement.

[6] This amount represents 80% of Claro's total monthly fees in the amount of $12,904.50 on account of Claro's April 2023 fee statement.

[7] This amount represents 80% of Claro's total monthly fees in the amount of $49,988.50 on account of Claro's May 2023 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 8, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $15,686.00 which consists of eighty percent (80%) of Stout's total fees of $19,607.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

4

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: July 25, 2023                                  Respectfully submitted,

                                                      *By: /s/ Katheryn McNally*
                                                      The Claro Group, A Stout Business
                                                      123 N. Wacker Street, Suite 2100
                                                      Chicago, IL 60606
                                                      Email: kmcnally@Stout.com

                                                      *Expert Consultant and Expert Witness to the*
                                                      *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 7.30 | $ 4,635.50 |
| Blum, Brett | Manager | $ 370.00 | 19.60 | $ 7,252.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 8.50 | $ 2,720.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 1.90 | $ 608.00 |
| Aiello, Madison | Consultant | $ 305.00 | 13.90 | $ 4,239.50 |
| Martisauski, Brad | Consultant | $ 305.00 | 0.50 | $ 152.50 |
| **Total Hours and Fees:** | | | **51.70** | **$ 19,607.50** |
| **Blended Rate:** | | **$ 379.26** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours June 2023 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 5.4 | $ 1,737.50 |
| Coverage Analysis | 38.4 | $ 15,153.00 |
| Fee Applications | 7.7 | $ 2,653.00 |
| Valuation Model Development and Reporting | 0.2 | $ 64.00 |
| **Total** | **51.70** | **$ 19,607.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 6/8/2023 | Boswell, Anne Margaret | Fee Applications | May Monthly Fee App preparation | 1.1 | 320.00 | $352.00 |
| 6/20/2023 | Blum, Brett | Coverage Analysis | QCing claim sets, updates to coverage, and allocation toggles for new iterations of allocations | 2.2 | 370.00 | $814.00 |
| 6/20/2023 | Blum, Brett | Coverage Analysis | Updating claim sets to be used in allocations | 1.4 | 370.00 | $518.00 |
| 6/20/2023 | Blum, Brett | Claimant File Analysis | Meeting with DRamljak re: consolidating claimant attorney information | 0.4 | 370.00 | $148.00 |
| 6/20/2023 | Blum, Brett | Coverage Analysis | Perform updated insurance allocation analysis requested by counsel to the committee | 0.8 | 370.00 | $296.00 |
| 6/20/2023 | Ramljak, Danny | Claimant File Analysis | Meeting with BBlum re: consolidating claimant attorney information | 0.4 | 320.00 | $128.00 |
| 6/20/2023 | McNally, Katheryn | Coverage Analysis | Develop updated allocation results by carrier and direct updated deliverables as requested by counsel to the committee | 1.1 | 635.00 | $698.50 |
| 6/21/2023 | Boswell, Anne Margaret | Fee Applications | May Monthly Fee App preparation | 2.8 | 320.00 | $896.00 |
| 6/21/2023 | Boswell, Anne Margaret | Fee Applications | May Monthly Fee App preparation continued | 2.2 | 320.00 | $704.00 |
| 6/21/2023 | Boswell, Anne Margaret | Fee Applications | Updates to May Fee App per KMcNally's comments | 0.6 | 320.00 | $192.00 |
| 6/21/2023 | Boswell, Anne Margaret | Fee Applications | Finalize May Monthly Fee App Package | 0.4 | 320.00 | $128.00 |
| 6/21/2023 | Martisauski, Brad | Claimant File Analysis | Analyze additional claims and consolidate attorney information per request of counsel | 0.5 | 305.00 | $152.50 |
| 6/21/2023 | Blum, Brett | Claimant File Analysis | Meeting with DRamljak and MAiello re: attorney information analysis | 0.6 | 370.00 | $222.00 |
| 6/21/2023 | Blum, Brett | Coverage Analysis | Creating initial results summary files | 1.7 | 370.00 | $629.00 |
| 6/21/2023 | Blum, Brett | Coverage Analysis | QCing claim sets used in allocations and preliminary allocation results | 1.6 | 370.00 | $592.00 |
| 6/21/2023 | Ramljak, Danny | Claimant File Analysis | Analyze additional claims and consolidate attorney information per request of counsel | 0.7 | 320.00 | $224.00 |
| 6/21/2023 | Ramljak, Danny | Claimant File Analysis | Meeting with BBlum and MAiello re: attorney information analysis | 0.6 | 320.00 | $192.00 |
| 6/21/2023 | McNally, Katheryn | Fee Applications | Finalize May Monthly Fee App package | 0.6 | 635.00 | $381.00 |
| 6/21/2023 | Aiello, Madison | Coverage Analysis | Creating claim sets with additional claimants | 2.9 | 305.00 | $884.50 |
| 6/21/2023 | Aiello, Madison | Coverage Analysis | Creating claim sets with additional claimants continued | 1.8 | 305.00 | $549.00 |
| 6/21/2023 | Aiello, Madison | Coverage Analysis | Preparing new allocations within Insurance Claim Allocation System | 1.6 | 305.00 | $488.00 |
| 6/21/2023 | Aiello, Madison | Coverage Analysis | Running new allocations within Insurance Claim Allocation System | 0.4 | 305.00 | $122.00 |
| 6/21/2023 | Aiello, Madison | Claimant File Analysis | Meeting with BBlum and DRamljak re: attorney information analysis | 0.6 | 305.00 | $183.00 |
| 6/22/2023 | Blum, Brett | Coverage Analysis | Preparing additional schedules for the QC of allocation results | 1.6 | 370.00 | $592.00 |
| 6/22/2023 | Blum, Brett | Coverage Analysis | Discussion with KMcNally and MAiello to analyze allocation results | 0.4 | 370.00 | $148.00 |
| 6/22/2023 | Blum, Brett | Coverage Analysis | Creating QC analysis to ensure accurate allocation results | 3.2 | 370.00 | $1,184.00 |
| 6/22/2023 | McNally, Katheryn | Coverage Analysis | Analyze and edit allocation summaries and coordinate with BBlum re: updates to same | 1.2 | 635.00 | $762.00 |
| 6/22/2023 | Aiello, Madison | Claimant File Analysis | Analyze additional claims and consolidate attorney information per request of counsel | 1.6 | 305.00 | $488.00 |
| 6/22/2023 | Aiello, Madison | Coverage Analysis | QCing indemnity and claimant dates | 2.8 | 305.00 | $854.00 |
| 6/22/2023 | Aiello, Madison | Coverage Analysis | Discussion with BBlum and KMcNally to analyze allocation results | 0.4 | 305.00 | $122.00 |
| 6/22/2023 | McNally, Katheryn | Coverage Analysis | Discussion with BBlum and MAiello to analyze allocation results | 0.4 | 635.00 | $254.00 |
| 6/23/2023 | Boswell, Anne Margaret | Coverage Analysis | Analysis of updated coverage valuation summary and answering outstanding questions from team | 1.4 | 320.00 | $448.00 |
| 6/23/2023 | Blum, Brett | Coverage Analysis | Adjusting allocation results files with new footnotes, updated results, and allocation statistics | 2.6 | 370.00 | $962.00 |
| 6/23/2023 | Blum, Brett | Coverage Analysis | Discussion with MAiello regarding allocation results | 0.2 | 370.00 | $74.00 |
| 6/23/2023 | Aiello, Madison | Coverage Analysis | Discussion with BBlum regarding allocation results | 0.2 | 305.00 | $61.00 |
| 6/23/2023 | Blum, Brett | Coverage Analysis | QCing plaintiff allocation schedule | 1.1 | 370.00 | $407.00 |
| 6/23/2023 | Blum, Brett | Coverage Analysis | Creating by policy allocation results and QCing results | 1.8 | 370.00 | $666.00 |
| 6/23/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of late-filed claimants for valuation file | 0.2 | 320.00 | $64.00 |
| 6/23/2023 | McNally, Katheryn | Coverage Analysis | Additional review and edits to coverage-related deliverables requested by counsel to committee | 0.9 | 635.00 | $571.50 |
| 6/23/2023 | McNally, Katheryn | Coverage Analysis | Analysis and edits to updated allocation results and summary as requested by counsel to committee | 3.1 | 635.00 | $1,968.50 |
| 6/23/2023 | Aiello, Madison | Coverage Analysis | By policy allocations analysis | 1.6 | 305.00 | $488.00 |
| **GRAND TOTAL** | | | | **51.70** | | **$ 19,607.50** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING FOURTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2023 THROUGH JUNE 30, 2023

CAME ON for consideration the *Fourth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2023 through June 30, 2023* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")) for the period March 1, 2023 through June 30, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$140,017.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$140,017.50** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this ____ day of _____, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

## <u>CERTIFICATE OF SERVICE</u>

  I hereby caused a copy of the foregoing *Application* to be served on July 25, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 25, 2023.

          */s/ Nancy H. Brown*
          Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO FIFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2023 | 10/31/2023 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 06/30/2023 |
| **Total amounts awarded in all prior Applications:** | | $495,712.00 |
| **Total fees requested in this Application:** | | $22,407.50 |
| **Total hours covered by this Application:** | | 62.3 |
| **Average hourly rate:** | | $359.67 |
| **Reimbursable expenses sought in this Application:** | | $0 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Listed below are the professionals at The Claro Group, LLC ('Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2023 through October 31, 2023 (the "Application Period"):

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### JULY 1, 2023 THROUGH OCTOBER 31, 2023

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE[2] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 5.0 | 3,175.00 |
| Schwab, Matt | Managing Director | $625 | 0.9 | 562.50 |
| Trilla, Barry | Senior Manager | $415 | 5.1 | 2,116.50 |
| Blum, Brett | Manager | $370 | 3.2 | 1,184.00 |
| Boswell, Anne Margaret | Manager | $370 | 38.1 | 12,252.00 |
| Ramljak, Danny | Associate | $320 | 4.5 | 1,440.00 |
| Aiello, Madison | Analyst | $305 | 3.4 | 1,037.00 |
| Smith, Hannah | Analyst | $305 | 2.1 | 640.50 |
| **Total** | | | **62.3** | **$22,407.50** |

---

[2] Stout Risius Ross, LLC raised the rates of certain of its professionals as of October 1, 2023, to reflect promotions as allowed per Claro's Retention Application [Docket No. 1481], (Exhibit 1, paragraph 20) approved by Court Order [Docket No. 1555] on May 19, 2022.

**COMPENSATION AND HOURS BY TASK**
**JULY 1, 2023 THROUGH OCTOBER 31, 2023**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 6.7 | 2,886.50 |
| Claimant File Analysis | 29.7 | 10,328.00 |
| Fee Applications | 22.2 | 7,980.50 |
| Valuation Model Development and Reporting | 3.4 | 1,088.00 |
| Communication with Counsel | 0.3 | 124.50 |
| **Total** | **62.3** | **$22,407.50** |

Stout did not incur any expenses during the Application Period.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## FIFTH INTERIM APPLICATION
## FOR ALLOWANCE OF COMPENSATION
## OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2023

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 21, 2023, AT 1:30 PM. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Fifth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2023 Through*

*October 31, 2023* (the "Application"). In support of the Application, Stout respectfully represents

as follows:

## I.    INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of

$22,407.50 for the period July 1, 2023 through October 31, 2023 (the "Application Period"). As

of October 31, 2023, Stout has received payments totaling $452,022.50[2] representing Stout's total

billed amount in its first, second, and third quarterly fee applications, and 80% of the monthly

billed amounts on account of its March, April, and May 2023 monthly fee statements.   To date,

Stout has not been paid any other compensation with respect to the amounts requested in this

Application.

## II.    JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§

157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 330 and 331 of title 11 of the

United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the

Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section

---

[2] Stout has been notified by the Debtor that the Archdiocese has attempted to send additional check payments totaling $59,977.50, intended to cover 20% of the total fees billed on account of the March, April, and May 2023 monthly fee statements; 100% of the total fees billed on account of the June 2023 monthly fee statement; and 80% of the total fees billed on account of the July and August 2023 monthly fee statements. However, an issue in transit has resulted in the checks being returned to the Archdiocese.  Stout is coordinating with the Debtor to facilitate the retrieval of these checks.

XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.    Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478]. The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[3]

### B.    Employment of Claro

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this

---

[3] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

**C.      Stout's Acquisition of Claro**

On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout.

## IV.      WORK PERFORMED

9.      Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period July 1, 2023 through October 31, 2023.

## V.      SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

10.      During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) communication with Counsel; Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally

described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A. Coverage Analysis

11.     During the Application Period, Stout continued to analyze the Debtor's available insurance coverage. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees: $2,886.50;          Hours: 6.7

### B. Claimant File Analysis

12.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed Proof of Claim ("POC") forms and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns. In addition, Stout analyzed specific claims through comparison of Stout's claim file review to other data provided by the Debtor and/or Counsel.

Fees: $10,328.00;          Hours: 29.7

### C. Fee Applications

13.     During the Application Period, Stout submitted its Fourth Interim Fee Application

for the period March 1, 2023 through June 30, 2023 and its Monthly Fee Applications for the periods from June 1, 2023 through September 30, 2023.  Stout reviewed the Complex Case Order to begin draft preparation of its Seventeenth Monthly Fee Application and Fifth Interim Fee Application, however, both were finalized after the Application Period.

Fees:  $7,980.50;            Hours:  22.2

### D.      Valuation Model Development and Reporting

14.      Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees:  $1,088.00;            Hours:  3.4

### E.      Communication with Counsel

15.      Time spent communicating with Pachulski Stang Ziehl & Jones LLP is integral to the rendering of cost-effective services. Stout spent time with Pachulski Stang Ziehl & Jones LLP obtaining information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees:  $124.50;            Hours:  0.3

## VII.   STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

16.     As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

17.     No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

19.     Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

20.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and

reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

21.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

22.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 62.3 hours during the Application Period, for a total fee of $22,407.50. The blended hourly rate for this Application is $359.67 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time

and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

23. This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

24. Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

25.     Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $359.67 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

26.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

27.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

28.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $22,407.50. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees

requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

## The Experience, Reputation, and Ability of the Professionals

29.　Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

## The "Undesirability" of the Bankruptcy Case

30.　From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

## The Nature and Length of the Professional Relationship with the Client

31.　Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus

making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

32.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

33.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## IX.     RESERVATION OF RIGHTS

34.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## X.     NO PRIOR REQUEST

35.     No prior application for the relief requested herein has been made to this or any other court.

## XI.     CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $22,407.50; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously

submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 29, 2023

Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

Expert Consultant and Expert Witness to the
Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING FIFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH OCTOBER 31, 2023

CAME ON for consideration the *Fifth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2023 through October 31, 2023* [Docket No. ____] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period July 1, 2023 through October 31, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$22,407.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$22,407.50** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: September 12, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JULY 1, 2023 – JULY 31, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2023 through July 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| July 1, 2023 to July 31, 2023 | |
| --- | --- |
| Fees | $7,930.50 |
| Expenses | $0.00 |
| **Total** | **$7,930.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $46,013.60 | $0.00 |
| 4/1/23 – 4/30/23 | $10,323.60[5] | $0.00 | $0.00 | $10,323.60 |
| 5/1/23 – 5/31/23 | $39,990.80[5] | $0.00 | $0.00 | $39,990.80 |
| 6/1/23 – 6/30/23 | $15,686.00[5] | $0.00 | $0.00 | $15,686.00 |

**Total Unpaid to Date**                                               **$66,000.40**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

DOCS_LA:350893.1 05067/002

### NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $6,344.40 which consists of eighty percent (80%) of Stout's total fees of $7,930.50 for the Statement Period.

DOCS_LA:350893.1 05067/002

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 29, 2023                    Respectfully submitted,

                                           *By: /s/ Katheryn McNally*
                                           The Claro Group, A Stout Business
                                           1 S. Wacker Drive, Suite 3800
                                           Chicago, IL 60606
                                           Email: kmcnally@stout.com

                                           *Expert Consultant and Expert Witness to the*
                                           *Official Committee of Unsecured Creditors*

5

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 3.00 | $ 1,905.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 0.90 | $ 562.50 |
| Trilla, Barry | Senior Manager | $ 415.00 | 0.40 | $ 166.00 |
| Blum, Brett | Manager | $ 370.00 | 2.90 | $ 1,073.00 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 13.20 | $ 4,224.00 |
| **Total Hours and Fees:** | | | **20.40** | **$ 7,930.50** |
| **Blended Rate:** | **$ 388.75** | | | |

**Exhibit A**

**<u>Compensation and Hours by Task</u>**

| Project Categories | Total Hours July 2023 | Total Compensation | |
|---|---|---|---|
| Claimant File Analysis | 1.2 | $ | 384.00 |
| Coverage Analysis | 5.4 | $ | 2,437.50 |
| Fee Applications | 13.8 | $ | 5,109.00 |
| **Total** | **20.40** | **$** | **7,930.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 7/6/2023 | Blum, Brett | Coverage Analysis | Analyzing Catholic Mutual policy documentation and searching for SIR evidence | 0.9 | 370.00 | $333.00 |
| 7/6/2023 | Blum, Brett | Coverage Analysis | Call with KMcNally and MSchwab to discuss counsel's responses to open question on coverage assumptions | 0.4 | 370.00 | $148.00 |
| 7/6/2023 | Blum, Brett | Coverage Analysis | Analysis of PSZJ responses to Stout questions regarding applicable coverage | 0.8 | 370.00 | $296.00 |
| 7/6/2023 | McNally, Katheryn | Coverage Analysis | Call with BBlum and MSchwab to discuss counsel's responses to open question on coverage assumptions | 0.4 | 635.00 | $254.00 |
| 7/6/2023 | Schwab, Matt | Coverage Analysis | Prep for call with BBlum and KMcNally to discuss counsel's responses to open question on coverage assumptions | 0.1 | 625.00 | $62.50 |
| 7/6/2023 | Schwab, Matt | Coverage Analysis | Call with BBlum and KMcNally to discuss counsel's responses to open question on coverage assumptions | 0.4 | 625.00 | $250.00 |
| 7/7/2023 | Blum, Brett | Coverage Analysis | Correspondence with PSZJ regarding their responses to Stout questions regarding applicable coverage | 0.4 | 370.00 | $148.00 |
| 7/11/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of Fourth Interim Fee App | 1.7 | 320.00 | $544.00 |
| 7/18/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of exhibits for Fourth Interim Fee App | 0.4 | 320.00 | $128.00 |
| 7/18/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of June Monthly Fee App | 1.8 | 320.00 | $576.00 |
| 7/19/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of Fourth Interim Fee App | 1.9 | 320.00 | $608.00 |
| 7/20/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of Fourth Interim Fee App | 2.4 | 320.00 | $768.00 |
| 7/20/2023 | McNally, Katheryn | Fee Applications | Assist with preparation of June Monthly Fee App and Fourth Interim Fee App | 0.9 | 635.00 | $571.50 |
| 7/24/2023 | Boswell, Anne Margaret | Claimant File Analysis | Compare updated claims list received from counsel to previously received claims list and request additional claims | 1.2 | 320.00 | $384.00 |
| 7/24/2023 | Boswell, Anne Margaret | Fee Applications | Preparation of exhibits for Fourth Interim Fee App | 0.4 | 320.00 | $128.00 |
| 7/24/2023 | Boswell, Anne Margaret | Fee Applications | Updates to Fourth Interim Fee App per KMcNally's comments | 1.2 | 320.00 | $384.00 |
| 7/24/2023 | Boswell, Anne Margaret | Fee Applications | Updates to June Monthly Fee App per request of counsel | 0.4 | 320.00 | $128.00 |
| 7/24/2023 | Boswell, Anne Margaret | Fee Applications | Updates to June Monthly Fee App per KMcNally's comments | 1.4 | 320.00 | $448.00 |
| 7/24/2023 | McNally, Katheryn | Fee Applications | Finalize June Monthly Fee App package and Fourth Interim Fee App package | 1.3 | 635.00 | $825.50 |
| 7/25/2023 | Boswell, Anne Margaret | Coverage Analysis | Meeting with MSchwab, KMcNally, BBlum, and BTrilla to discuss overall status of BK case and updates to coverage assumptions and inputs | 0.4 | 320.00 | $128.00 |
| 7/25/2023 | Trilla, Barry | Coverage Analysis | Meeting with KMcNally, MSchwab, BBlum and AMBoswell, to discuss overall status of BK case and updates to coverage assumptions and inputs | 0.4 | 415.00 | $166.00 |
| 7/25/2023 | Blum, Brett | Coverage Analysis | Meeting with MSchwab, KMcNally, AMBoswell, BTrilla to discuss overall status of BK case and updates to coverage assumptions and inputs | 0.4 | 370.00 | $148.00 |
| 7/25/2023 | McNally, Katheryn | Coverage Analysis | Meeting with MSchwab, BBlum, AMBoswell, BTrilla to discuss overall status of BK case and updates to coverage assumptions and inputs | 0.4 | 635.00 | $254.00 |
| 7/25/2023 | Schwab, Matt | Coverage Analysis | Meeting with KMcNally, BBlum, AMBoswell, BTrilla to discuss overall status of BK case and updates to coverage assumptions and inputs | 0.4 | 625.00 | $250.00 |
| **GRAND TOTAL** | | | | **20.40** | | **$ 7,930.50** |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  October 13, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD AUGUST 1, 2023 – AUGUST 31, 2023

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2023 through August 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2. The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

are as follows:

| August 1, 2023 to August 31, 2023 | |
|---|---|
| Fees | $12,429.50 |
| Expenses | $0.00 |
| **Total** | $12,429.50 |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

2

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $46,013.60 | $0.00 |
| 4/1/23 – 4/30/23 | $10,323.60[5] | $0.00 | $10,323.60 | $0.00 |
| 5/1/23 – 5/31/23 | $39,990.80[5] | $0.00 | $39,990.80 | $0.00 |
| 6/1/23 – 6/30/23 | $15,686.00[5] | $0.00 | $0.00 | $15,686.00 |
| 7/1/23 – 7/31/23 | $6,344.40[6] | $0.00 | $0.00 | $6,344.40 |

**Total Unpaid to Date**                                    **$22,030.40**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount represents 80% of Claro's total monthly fees in the amount of $7,930.50 on account of Claro's July 2023 fee statement.

3

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $9,943.60 which consists of eighty percent (80%) of Stout's total fees of $12,429.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

DOCS_LA:351508.1 05067/002

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: September 29, 2023                    Respectfully submitted,

                                             *By: /s/ Katheryn McNally*
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the*
                                             *Official Committee of Unsecured Creditors*

DOCS_LA:351508.1 05067/002

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 2.00 | $ 1,270.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 3.70 | $ 1,535.50 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 21.00 | $ 6,720.00 |
| Ramljak, Danny | Senior Consultant | $ 320.00 | 4.50 | $ 1,440.00 |
| Aiello, Madison | Consultant | $ 305.00 | 2.70 | $ 823.50 |
| Smith, Hannah | Consultant | $ 305.00 | 2.10 | $ 640.50 |
| **Total Hours and Fees:** | | | **36.00** | **$ 12,429.50** |
| **Blended Rate:** | | $ 345.26 | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours August 2023 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 28.5 | $ 9,944.00 |
| Communication with Counsel | 0.3 | $ 124.50 |
| Fee Applications | 3.8 | $ 1,273.00 |
| Valuation Model Development and Reporting | 3.4 | $ 1,088.00 |
| **Total** | **36.00** | **$ 12,429.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of filed date(s) per POC forms for use in pre-petition litigation by claimant analysis | 1.3 | 320.00 | $416.00 |
| 8/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of counsel information per POC forms for use in pre-petition litigation by claimant analysis | 1.8 | 320.00 | $576.00 |
| 8/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of counsel information per POC forms for use in pre-petition litigation by claimant analysis continued | 0.6 | 320.00 | $192.00 |
| 8/1/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of amendments/duplicates/triplicates per POC forms for use in pre-petition litigation by claimant analysis | 1.8 | 320.00 | $576.00 |
| 8/1/2023 | Trilla, Barry | Claimant File Analysis | POC form analysis re: pre-petition litigation data | 1.2 | 415.00 | $498.00 |
| 8/1/2023 | Trilla, Barry | Communication with Counsel | Correspondence with counsel re: newly filed POC forms | 0.3 | 415.00 | $124.50 |
| 8/1/2023 | Trilla, Barry | Claimant File Analysis | Analysis of late-filed POC forms | 0.4 | 415.00 | $166.00 |
| 8/1/2023 | McNally, Katheryn | Claimant File Analysis | Analysis of claimant pre-petition lawsuits at the request of counsel to the committee | 1.2 | 635.00 | $762.00 |
| 8/2/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updates to pre-petition litigation by claimant analysis based on KMcNally comments | 2.1 | 320.00 | $672.00 |
| 8/2/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of pre-petition litigation by claimant and summarization of results | 2.6 | 320.00 | $832.00 |
| 8/2/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of timely vs late-filed claims for use in pre-petition litigation by claimant analysis | 1.9 | 320.00 | $608.00 |
| 8/2/2023 | Trilla, Barry | Claimant File Analysis | ANO pre-petition litigation by claimant analysis and QC | 1.2 | 415.00 | $498.00 |
| 8/2/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of late-filed claimants counts | 0.4 | 320.00 | $128.00 |
| 8/2/2023 | McNally, Katheryn | Claimant File Analysis | Analysis of claimant pre-petition lawsuits at the request of counsel to the committee | 0.8 | 635.00 | $508.00 |
| 8/3/2023 | Boswell, Anne Margaret | Claimant File Analysis | Updating the claimant valuation analysis for newly received claims provided by counsel and summarization of results | 1.2 | 320.00 | $384.00 |
| 8/7/2023 | Smith, Hannah | Claimant File Analysis | Analysis of newly received claims provided by counsel | 2.1 | 305.00 | $640.50 |
| 8/8/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly received claims provided by counsel | 2.1 | 320.00 | $672.00 |
| 8/8/2023 | Aiello, Madison | Claimant File Analysis | Analysis of newly received claims provided by counsel | 2.7 | 305.00 | $823.50 |
| 8/14/2023 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation file for updated claim categories per newly received debtor listing | 0.6 | 320.00 | $192.00 |
| 8/15/2023 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of late-filed claims per debtor files | 1.8 | 320.00 | $576.00 |
| 8/15/2023 | Ramljak, Danny | Claimant File Analysis | Analysis of newly received claims provided by counsel | 1.3 | 320.00 | $416.00 |
| 8/15/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and updates to the claimant valuation model for newly received claims provided by counsel | 1.2 | 320.00 | $384.00 |
| 8/16/2023 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and updates to the claimant valuation model for newly received claims provided by counsel | 1.6 | 320.00 | $512.00 |
| 8/21/2023 | Boswell, Anne Margaret | Fee Applications | July Monthly Fee App preparation | 2.2 | 320.00 | $704.00 |
| 8/22/2023 | Boswell, Anne Margaret | Fee Applications | Summary of outstanding fees per request of counsel | 0.3 | 320.00 | $96.00 |
| 8/22/2023 | Boswell, Anne Margaret | Fee Applications | July Monthly Fee App preparation | 0.7 | 320.00 | $224.00 |
| 8/22/2023 | Trilla, Barry | Fee Applications | July Monthly Fee App analysis and QC | 0.6 | 415.00 | $249.00 |
| **GRAND TOTAL** | | | | **36.00** | | **$12,429.50** |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 10, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD SEPTEMBER 1, 2023 – SEPTEMBER 30, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2023 through September 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| September 1, 2023 to September 30, 2023 | |
|---|---|
| Fees | **$988.50** |
| Expenses | $0.00 |
| **Total** | **$988.50** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $46,013.60[5] | $0.00 | $46,013.60 | $0.00 |
| 4/1/23 – 4/30/23 | $10,323.60[5] | $0.00 | $10,323.60 | $0.00 |
| 5/1/23 – 5/31/23 | $39,990.80[5] | $0.00 | $39,990.80 | $0.00 |
| 6/1/23 – 6/30/23 | $15,686.00[5] | $0.00 | $0.00 | $15,686.00 |
| 7/1/23 – 7/31/23 | $6,344.40[6] | $0.00 | $0.00 | $6,344.40 |
| 8/1/23 – 8/31/23 | $9,943.60[7] | $0.00 | $0.00 | $9,943.60 |

**Total Unpaid to Date**                                      **$31,974.00**

## NO PRIOR REQUEST

5.        With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount represents 80% of Claro's total monthly fees in the amount of $7,930.50 on account of Claro's July 2023 fee statement.

[7] This amount represents 80% of Claro's total monthly fees in the amount of $12,429.50 on account of Claro's August 2023 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $790.80 which consists of eighty percent (80%) of Stout's total fees of $988.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

4

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: October 27, 2023

Respectfully submitted,

By: */s/ Katheryn McNally*
The Claro Group, A Stout Business
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

*Expert Consultant and Expert Witness to the*
*Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Trilla, Barry | Senior Manager | $ 415.00 | 0.30 | $ 124.50 |
| Boswell, Anne Margaret | Senior Consultant | $ 320.00 | 2.70 | $ 864.00 |
| **Total Hours and Fees:** | | | **3.00** | **$ 988.50** |
| **Blended Rate:** | | **$ 329.50** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours September 2023 | Total Compensation |
|---|---|---|
| Fee Applications | 3.0 | $ 988.50 |
| **Total** | **3.00** | **$ 988.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/2023 | Boswell, Anne Margaret | Fee Applications | August Monthly Fee App preparation | 2.1 | 320.00 | $672.00 |
| 9/25/2023 | Boswell, Anne Margaret | Fee Applications | August Monthly Fee App preparation | 0.6 | 320.00 | $192.00 |
| 9/25/2023 | Trilla, Barry | Fee Applications | August Monthly Fee App analysis and QC | 0.3 | 415.00 | $124.50 |
| **GRAND TOTAL** | | | | **3.00** | | **$988.50** |

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: December 13, 2023 |

MONTHLY FEE AND EXPENSE STATEMENT OF
STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2023 – OCTOBER 31, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2023 through October 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| October 1, 2023 to October 31, 2023 | |
|---|---|
| Fees | $1,059.00 |
| Expenses | $0.00 |
| **Total** | **$1,059.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.        The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.        Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $46,013.60 | $11,503.40 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $10,323.60 | $2,580.90 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $39,990.80 | $9,997.70 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $0.00 | $19,607.50 |
| 7/1/23 – 7/31/23 | $6,344.40[6] | $0.00 | $0.00 | $6,344.40 |
| 8/1/23 – 8/31/23 | $9,943.60[7] | $0.00 | $0.00 | $9,943.60 |
| 9/1/23 – 9/30/23 | $790.80[8] | $0.00 | $0.00 | $790.80 |

**Total Unpaid to Date**                                                    **$60,768.30**

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437]. Stout has been notified by the debtor that the Archdiocese has attempted to remit a check totaling $43,689.50, intended to cover the outstanding balance related to this Application; however, an issue in transit has resulted in the check being returned to the Archdiocese. Stout is coordinating with the Debtor to facilitate the retrieval of this check.

[6] This amount represents 80% of Claro's total monthly fees in the amount of $7,930.50 on account of Claro's July 2023 fee statement. Stout has been notified by the debtor that the Archdiocese has attempted to remit a check in the amount of $6,344.40; however, an issue in transit has resulted in the check being returned to the Archdiocese. Stout is coordinating with the Debtor to facilitate the retrieval of this check.

[7] This amount represents 80% of Claro's total monthly fees in the amount of $12,429.50 on account of Claro's August 2023 fee statement. Stout has been notified by the debtor that the Archdiocese has attempted to remit a check in the amount of $9,943.60; however, an issue in transit has resulted in the check being returned to the Archdiocese. Stout is coordinating with the Debtor to facilitate the retrieval of this check.

[8] This amount represents 80% of Claro's total monthly fees in the amount of $988.50 on account of Claro's September 2023 fee statement.

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before December 13, 2023 (the "Objection Deadline"), setting forth the nature

of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the

total amount of $847.20 which consists of eighty percent (80%) of Stout's total fees of $1,059.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

 Dated:  November 29, 2023                    Respectfully submitted,

                                             By: /s/ Katheryn McNally
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the
                                             Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Trilla, Barry | Senior Manager | $ 415.00 | 0.70 | $ 290.50 |
| Blum, Brett | Manager | $ 370.00 | 0.30 | $ 111.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 1.20 | $ 444.00 |
| Aiello, Madison | Consultant | $ 305.00 | 0.70 | $ 213.50 |
| | **Total Hours and Fees:** | | **2.90** | **$ 1,059.00** |
| | **Blended Rate:** | **$ 365.17** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours October 2023 | Total Compensation |
|---|---|---|
| Coverage Analysis | 1.3 | $ 449.00 |
| Fee Applications | 1.6 | $ 610.00 |
| **Total** | **2.90** | **$ 1,059.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 10/13/2023 | Trilla, Barry | Coverage Analysis | Meeting with BBlum to discuss allocation updates and layering in new claimant forms into allocation modeling | 0.3 | 415.00 | $124.50 |
| 10/13/2023 | Blum, Brett | Coverage Analysis | Meeting with BTrilla to discuss allocation updates and layering in new claimant forms into allocation modeling | 0.3 | 370.00 | $111.00 |
| 10/16/2023 | Boswell, Anne Margaret | Fee Applications | September Monthly Fee App preparation | 0.9 | 370.00 | $333.00 |
| 10/19/2023 | Aiello, Madison | Coverage Analysis | Running new coverage allocations related to new claimant forms | 0.7 | 305.00 | $213.50 |
| 10/26/2023 | Boswell, Anne Margaret | Fee Applications | September Monthly Fee App preparation | 0.3 | 370.00 | $111.00 |
| 10/26/2023 | Trilla, Barry | Fee Applications | September Monthly Fee App analysis and QC | 0.4 | 415.00 | $166.00 |
| **GRAND TOTAL** | | | | **2.90** | | **$1,059.00** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Fifth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2023 Through October 31, 2023* to be served on November 29, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 29, 2023.

*/s/ Nancy H. Brown*
Nancy H. Brown

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

## SUMMARY COVER SHEET TO SIXTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2024 THROUGH JUNE 30, 2024

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2024 | 06/30/2024 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 10/31/2023[2] |
| **Total amounts awarded in all prior Applications:** | | $518,119.50 |
| **Total fees requested in this Application:** | | $82,859.50 |
| **Total hours covered by this Application:** | | 218.50 |
| **Average hourly rate:** | | $379.22 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees during the period 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted.

Listed below are the professionals at The Claro Group, LLC ('Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2024 through June 30, 2024 (the "Application Period").

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### MARCH 1, 2024 THROUGH JUNE 30, 2024

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 7.40 | 4,699.00 |
| Schwab, Matt | Managing Director | $625 | 13.90 | 8,687.50 |
| Trilla, Barry | Senior Manager | $415 | 37.80 | 15,687.00 |
| Blum, Brett | Manager | $370 | 56.50 | 20,905.00 |
| Boswell, Anne Margaret | Manager | $370 | 29.40 | 10,878.00 |
| Ramljak, Danny | Associate | $320 | 19.20 | 6,144.00 |
| Aiello, Madison | Associate | $305 | 20.00 | 6,100.00 |
| Lietz, Kyle | Associate | $305 | 2.00 | 610.00 |
| Martisauski, Brad | Associate | $305 | 4.20 | 1,281.00 |
| Aggarwal, Shruti | Analyst | $280 | 18.30 | 5,124.00 |
| Cortens, Morgan | Analyst | $280 | 9.80 | 2,744.00 |
| **Total** | | | **218.50** | **$82,859.50** |

### COMPENSATION AND HOURS BY TASK
### MARCH 1, 2024 THROUGH JUNE 30, 2024

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 107.60 | 42,358.50 |
| Claimant File Analysis | 54.70 | 17,341.00 |
| Fee Applications | 6.90 | 2,607.00 |
| Valuation Model Development and Reporting | 42.70 | 18,018.50 |
| Communication with Counsel | 2.30 | 1,190.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 4.30 | 1,344.00 |
| **Total** | **218.50** | **$82,859.50** |

No expenses were incurred by Stout during the Application Period.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

SIXTH INTERIM APPLICATION
FOR ALLOWANCE OF COMPENSATION
OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD MARCH 1, 2024 THROUGH JUNE 30, 2024

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 15, 2024, AT 1:30 PM. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Sixth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2024 Through June 30, 2024* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.     INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $82,859.50 for the period March 1, 2024 through June 30, 2024 (the "Application Period"). As of June 30, 2024, Stout has received payments totaling $548,295.10 representing Stout's total billed amount in its first, second, third, fourth, and fifth quarterly fee applications, and 80% of the monthly billed amounts on account of its March and April 2024 monthly fee statements.   To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III.    **BACKGROUND**

### A.    **Introduction**

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

### B.    **Employment of Claro**

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

8. On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "<u>Retention Order</u>"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

### C. <u>Stout's Acquisition of Claro</u>

9. On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout.

## IV. <u>WORK PERFORMED</u>

10. Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period March 1, 2024 through June 30, 2024.

## V. <u>SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY</u>

11. During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; (e) communication with counsel; and (f) analysis of settlements, verdicts, and victim compensation funds. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with

a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

**A.**     **Coverage Analysis**

12.     During the Application Period, Stout continued to analyze the Debtor's available insurance coverage as directed by the Committee. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees: $42,358.50         Hours: 107.6

**B.**     **Claimant File Analysis**

13.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("POC Forms") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.

Fees: $17,341.00         Hours: 54.70

**C.**     **Fee Applications**

14.     During the Application Period, Stout prepared and submitted monthly fee applications (the "Monthly Fee Applications") for the period beginning March 1, 2024 and ending

May 31, 2024.  Further, Stout worked on it its Monthly Fee Application for the period June 1-30, 2024, as well as the instant Application.

Fees:  $2,607.00          Hours:  6.90

### D.      Valuation Model Development and Reporting

15.      Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model. Additionally, Stout analyzed the impact of any potential new verdicts on the valuation model.

Fees:  $18,018.50          Hours:  42.70

### E.      Communication with Counsel

16.      Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees:  $1,190.50          Hours:  2.30

### F.      Analysis of Settlements, Verdicts, and Victim Compensation Funds

17.      During this Application Period, Stout continued to perform research to identify and

capture relevant information related to matters that may be considered comparable for Survivor Claims.

Fees: $1,344.00          Hours: 4.30

## VI.  STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

18.  As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

19.  No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VII.  THE REQUESTED COMPENSATION SHOULD BE ALLOWED

20.  Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth

the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.    Stout has a reputation for its expertise and experience in financial and bankruptcy

reorganizations and restructurings, including without limitation, as a leading expert on the

valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on

customary compensation charged by other practitioners in non-bankruptcy cases. Based on an

application of the above factors and its compliance with the UST Guidelines, Stout respectfully

submits that the compensation requested herein is reasonable in light of the nature, extent and

value of such services to the Committee and, accordingly, that approval of the compensation

sought herein is warranted.

22.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

23.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.  Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

24.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 218.50 hours during the Application Period, for a total fee of $82,859.50. The blended hourly rate for this Application is $379.22 per hour.  The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto.

All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

25.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

26.     Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and

expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

27.     Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $379.22 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

## Whether the Fee is Fixed or Contingent

28.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

## Time Limitations Imposed by the Client or Other Circumstances

29.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

## The Amounts Involved and the Results Obtained

30.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $82,859.50. Stout's services have been and will be

instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

31.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

32.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

33.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

34.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

35.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.   RESERVATION OF RIGHTS

36.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.   NO PRIOR REQUEST

37.     No prior application for the relief requested herein has been made to this or any other court.

## X.   CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $82,859.50; (ii)

authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously

submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 25, 2024                    Respectfully submitted,

                                              _By: /s/ Katheryn McNally_
                                              Stout Risius Ross, LLC
                                              1 S. Wacker Drive, Suite 3800
                                              Chicago, IL 60606
                                            Email: kmcnally@stout.com

                                            Expert Consultant and Expert Witness to the
                                            Official Committee of Unsecured Creditors

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: May 13, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MARCH 1, 2024 – MARCH 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout", (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2024 through March 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| March 1, 2024 to March 31, 2024 | |
|---|---|
| Fees | **$19,496.50** |
| Expenses | **$0.00** |
| **Total** | **$19,496.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |

**Total Unpaid to Date**                                                    **$0.00**

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 13, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the

total amount of $15,597.20 which consists of eighty percent (80%) of Stout's total fees of $19,496.50 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 29, 2024                    Respectfully submitted,

                                        *By: /s/ Katheryn McNally*
                                        The Claro Group, A Stout Business
                                        1 S. Wacker Drive, Suite 3800
                                        Chicago, IL 60606
                                        Email: kmcnally@stout.com

                                        *Expert Consultant and Expert Witness to the*
                                        *Official Committee of Unsecured Creditors*

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ | 635.00 | 4.30 | $ | 2,730.50 |
| Schwab, Matt | Managing Director | $ | 625.00 | 4.00 | $ | 2,500.00 |
| Trilla, Barry | Senior Manager | $ | 415.00 | 18.60 | $ | 7,719.00 |
| Blum, Brett | Manager | $ | 370.00 | 13.80 | $ | 5,106.00 |
| Boswell, Anne Margaret | Manager | $ | 370.00 | 1.90 | $ | 703.00 |
| Ramljak, Danny | Senior Consultant | $ | 320.00 | 0.40 | $ | 128.00 |
| Lietz, Kyle | Consultant | $ | 305.00 | 2.00 | $ | 610.00 |
| **Total Hours and Fees:** | | | | **45.00** | **$** | **19,496.50** |
| **Blended Rate:** | | **$** | **433.26** | | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours March 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 3.9 | $ 1,369.50 |
| Coverage Analysis | 36.7 | $ 16,051.50 |
| Communication with Counsel | 0.3 | $ 190.50 |
| Valuation Model Development and Reporting | 4.1 | $ 1,885.00 |
| **Total** | **45.00** | **$ 19,496.50** |

Exhibit A
Detailed Time Records

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/6/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Claim valuation model analysis per request from counsel | 0.7 | 370.00 | $259.00 |
| 3/6/2024 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation analysis per request from counsel and correspondence with team and counsel re: same | 1.1 | 415.00 | $456.50 |
| 3/6/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Review and feedback of claim valuation request from JStang and related correspondence | 0.5 | 635.00 | $317.50 |
| 3/13/2024 | Trilla, Barry | Coverage Analysis | Analysis of claim allocation model and claim form data and correspondence with team re: same | 1.2 | 415.00 | $498.00 |
| 3/13/2024 | Trilla, Barry | Valuation Model Development and Reporting | Claim valuation model analysis | 0.5 | 415.00 | $207.50 |
| 3/13/2024 | McNally, Katheryn | Coverage Analysis | Call with INasatir and coordinate with team re: request to evaluate law firm exposure by carrier years | 0.4 | 635.00 | $254.00 |
| 3/14/2024 | McNally, Katheryn | Coverage Analysis | Call with BTrilla, MSchwab and BBlum re: claim valuation and coverage request from counsel | 0.5 | 635.00 | $317.50 |
| 3/14/2024 | Trilla, Barry | Coverage Analysis | Call with KMcNally, MSchwab and BBlum re: claim valuation and coverage request from counsel | 0.5 | 415.00 | $207.50 |
| 3/14/2024 | Trilla, Barry | Coverage Analysis | Valuation model analysis and preparation of summary | 1.8 | 415.00 | $747.00 |
| 3/14/2024 | Trilla, Barry | Coverage Analysis | By Claimant allocation analysis, quality control check and updates | 0.8 | 415.00 | $332.00 |
| 3/14/2024 | Trilla, Barry | Coverage Analysis | By-Law Firm and By-Policy summary analysis and updates | 0.6 | 415.00 | $249.00 |
| 3/14/2024 | Blum, Brett | Coverage Analysis | Updating Claimant Policy Allocation Analysis | 2.9 | 370.00 | $1,073.00 |
| 3/14/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of dates of abuse for 15 claimants | 0.4 | 320.00 | $128.00 |
| 3/14/2024 | McNally, Katheryn | Coverage Analysis | Prep for and call with MSchwab, BTrilla, and BBlum to discuss coverage-related request from INasatir | 0.4 | 635.00 | $254.00 |
| 3/14/2024 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla and BBlum re: claim valuation and coverage request from counsel | 0.5 | 625.00 | $312.50 |
| 3/14/2024 | Blum, Brett | Coverage Analysis | Call with KMcNally, MSchwab and BTrilla re: claim valuation and coverage request from counsel | 0.5 | 370.00 | $185.00 |
| 3/15/2024 | Trilla, Barry | Coverage Analysis | Call with KMcNally re: coverage request from counsel | 0.5 | 415.00 | $207.50 |
| 3/15/2024 | Trilla, Barry | Coverage Analysis | By Claimant allocation analysis, quality control check and Updates | 1.7 | 415.00 | $705.50 |
| 3/15/2024 | Trilla, Barry | Coverage Analysis | By-Law Firm and By-Policy summary analysis and updates | 0.6 | 415.00 | $249.00 |
| 3/15/2024 | McNally, Katheryn | Coverage Analysis | Call with BTrilla re: coverage request from counsel | 0.5 | 635.00 | $317.50 |
| 3/15/2024 | Schwab, Matt | Valuation Model Development and Reporting | Quality control check of claim stats requested by counsel | 0.5 | 625.00 | $312.50 |
| 3/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claims missing law firm information per request of counsel | 1.2 | 370.00 | $444.00 |
| 3/18/2024 | Trilla, Barry | Coverage Analysis | Updates to requested carrier exposure analyses from counsel | 1.7 | 415.00 | $705.50 |
| 3/18/2024 | Trilla, Barry | Coverage Analysis | Call with INasatir, KMcNally, MSchwab, and BBlum to discuss request re: carrier exposures | 0.3 | 415.00 | $124.50 |
| 3/18/2024 | Trilla, Barry | Coverage Analysis | Claim form law firm analysis | 0.7 | 415.00 | $290.50 |
| 3/18/2024 | Trilla, Barry | Coverage Analysis | Claim allocations analysis and quality control check | 0.8 | 415.00 | $332.00 |
| 3/18/2024 | Blum, Brett | Coverage Analysis | Updating claim sets for allocation analyses | 1.7 | 370.00 | $629.00 |
| 3/18/2024 | Blum, Brett | Coverage Analysis | Call with INasatir, KMcNally, MSchwab, and BTrilla to discuss request re: carrier exposures | 0.3 | 370.00 | $111.00 |
| 3/18/2024 | Blum, Brett | Coverage Analysis | Prep for and Call with Stout team to discuss coverage requests from counsel | 0.6 | 370.00 | $222.00 |
| 3/18/2024 | McNally, Katheryn | Coverage Analysis | Call with INasatir, MSchwab, BTrilla, BBlum to discuss request re: carrier exposures | 0.3 | 635.00 | $190.50 |
| 3/18/2024 | Lietz, Kyle | Claimant File Analysis | Analysis of POC forms to confirm law firm information per request of counsel | 2.0 | 305.00 | $610.00 |
| 3/18/2024 | Schwab, Matt | Claimant File Analysis | Quality control check of law firm report requested by counsel | 0.3 | 625.00 | $187.50 |
| 3/18/2024 | Schwab, Matt | Coverage Analysis | Call with INasatir, KMcNally, BTrilla, BBlum to discuss request re: carrier exposures | 0.3 | 625.00 | $187.50 |
| 3/19/2024 | Blum, Brett | Coverage Analysis | Building claim sets, running allocations and quality check of results | 2.5 | 370.00 | $925.00 |
| 3/20/2024 | Trilla, Barry | Coverage Analysis | Updated allocation results analysis and quality control check | 0.8 | 415.00 | $332.00 |
| 3/20/2024 | Blum, Brett | Coverage Analysis | Updating allocation results analysis | 2.2 | 370.00 | $814.00 |
| 3/21/2024 | Trilla, Barry | Coverage Analysis | Call with KMcNally and MSchwab to confirm allocation assumptions | 0.2 | 415.00 | $83.00 |
| 3/21/2024 | Trilla, Barry | Coverage Analysis | Updated allocation results analysis and quality control check | 2.3 | 415.00 | $954.50 |
| 3/21/2024 | Trilla, Barry | Coverage Analysis | Call with KMcNally, MSchwab, and BBlum re: request for carrier exposure by firm from counsel to the committee | 0.4 | 415.00 | $166.00 |
| 3/21/2024 | Blum, Brett | Coverage Analysis | Updating allocation results analysis | 1.6 | 370.00 | $592.00 |
| 3/21/2024 | Blum, Brett | Coverage Analysis | Updating claim schedule and analysis of unallocated claimants | 1.1 | 370.00 | $407.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/21/2024 | Schwab, Matt | Coverage Analysis | Quality control check of updated allocation results and reporting requested by counsel | 1.8 | 625.00 | $1,125.00 |
| 3/21/2024 | Schwab, Matt | Coverage Analysis | Call with BTrilla and KMcNally to confirm allocation assumptions. | 0.2 | 625.00 | $125.00 |
| 3/21/2024 | McNally, Katheryn | Coverage Analysis | Call with BTrilla and MSchwab to confirm allocation assumptions | 0.2 | 635.00 | $127.00 |
| 3/21/2024 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, BTrilla, and BBlum re: request for carrier exposure by firm from counsel to the committee | 0.4 | 635.00 | $254.00 |
| 3/21/2024 | Blum, Brett | Coverage Analysis | Call with KMcNally, BTrilla, and MSchwab re: request for carrier exposure by firm from counsel to the committee | 0.4 | 370.00 | $148.00 |
| 3/21/2024 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla, and BBlum re: request for carrier exposure by firm from counsel to the committee | 0.4 | 625.00 | $250.00 |
| 3/22/2024 | Trilla, Barry | Valuation Model Development and Reporting | Analysis of Louisiana SOL window ruling vs. valuation inputs for modeling | 0.8 | 415.00 | $332.00 |
| 3/22/2024 | Trilla, Barry | Coverage Analysis | Updates to requested carrier exposure analyses from counsel and correspondence with counsel re: same | 1.3 | 415.00 | $539.50 |
| 3/22/2024 | McNally, Katheryn | Coverage Analysis | Analysis of and edits to carrier and law firm analysis requested by counsel to the committee | 0.8 | 635.00 | $508.00 |
| 3/26/2024 | McNally, Katheryn | Communication with Counsel | Review Supreme Court ruling and related correspondence with counsel to the committee | 0.3 | 635.00 | $190.50 |
| **GRAND TOTAL** | | | | **45.00** | | **$19,496.50** |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: June 12, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2024 – APRIL 30, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2024 through April 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4884-7518-8162.1 05067.002

**RELIEF REQUESTED**

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| April 1, 2024 to April 30, 2024 | |
|---|---|
| Fees | **$18,223.00** |
| Expenses | $0.00 |
| **Total** | **$18,223.00** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $0.00 | $15,597.20 |

**Total Unpaid to Date**                                                                 **$15,597.20**

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's March 2024 fee statement.

**NO PRIOR REQUEST**

5.     With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the

total amount of $14,578.40 which consists of eighty percent (80%) of Stout's total fees of $18,223.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

 Dated:  May 29, 2024                          Respectfully submitted,

                                               *By: /s/ Katheryn McNally*
                                               The Claro Group, A Stout Business
                                               1 S. Wacker Drive, Suite 3800
                                               Chicago, IL 60606
                                               Email: kmcnally@stout.com

                                               *Expert Consultant and Expert Witness to the*
                                               *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position [1] | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Schwab, Matt | Managing Director | $ 625.00 | 0.30 | $ 187.50 |
| Trilla, Barry | Senior Manager | $ 415.00 | 6.30 | $ 2,614.50 |
| Blum, Brett | Manager | $ 370.00 | 7.70 | $ 2,849.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 6.20 | $ 2,294.00 |
| Ramljak, Danny | Associate | $ 320.00 | 4.10 | $ 1,312.00 |
| Aiello, Madison | Associate | $ 305.00 | 3.60 | $ 1,098.00 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 18.30 | $ 5,124.00 |
| Cortens, Morgan | Analyst | $ 280.00 | 9.80 | $ 2,744.00 |
| **Total Hours and Fees:** | | | **56.30** | **$ 18,223.00** |
| **Blended Rate:** | | **$ 323.68** | | |

[1] Position titles have been updated to align with the current titles used within Stout.

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours April 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 36.4 | $ 10,747.50 |
| Coverage Analysis | 17.0 | $ 6,375.50 |
| Fee Applications | 2.9 | $ 1,100.00 |
| **Total** | **56.30** | **$ 18,223.00** |

Exhibit A
Detailed Time Records

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 4/5/2024 | Trilla, Barry | Coverage Analysis | By Law Firm and By Carrier exposure analysis | 1.2 | 415.00 | $498.00 |
| 4/6/2024 | Trilla, Barry | Coverage Analysis | By Law Firm and By Carrier exposure analysis and updates and correspondence with counsel re: same | 1.4 | 415.00 | $581.00 |
| 4/8/2024 | Trilla, Barry | Coverage Analysis | Analysis of new coverage chart received from counsel | 0.3 | 415.00 | $124.50 |
| 4/8/2024 | Blum, Brett | Coverage Analysis | Updating allocation assumptions to remove USF&G policy aggregate limits | 0.7 | 370.00 | $259.00 |
| 4/8/2024 | Blum, Brett | Coverage Analysis | Running allocations, analyzing and summarizing allocation results | 3.5 | 370.00 | $1,295.00 |
| 4/10/2024 | Trilla, Barry | Coverage Analysis | Call with BBlum re: allocation updates per request from counsel; Allocation results analysis and QC | 1.4 | 415.00 | $581.00 |
| 4/10/2024 | Blum, Brett | Coverage Analysis | Call with BTrilla re: allocation updates per request from counsel; Allocation results analysis and QC | 1.4 | 370.00 | $518.00 |
| 4/10/2024 | Blum, Brett | Coverage Analysis | Updating allocation results based on call with BTrilla | 0.6 | 370.00 | $222.00 |
| 4/10/2024 | Aiello, Madison | Coverage Analysis | Preparation of summary of ANO insurance coverage charts | 3.6 | 305.00 | $1,098.00 |
| 4/11/2024 | Blum, Brett | Coverage Analysis | Updating ANO allocation results and external summary file | 1.5 | 370.00 | $555.00 |
| 4/12/2024 | Trilla, Barry | Coverage Analysis | By Law Firm and By Carrier exposure analysis and updates; Correspondence with team re: same | 1.1 | 415.00 | $456.50 |
| 4/15/2024 | Boswell, Anne Margaret | Fee Applications | March Monthly Fee App Preparation | 1.9 | 370.00 | $703.00 |
| 4/16/2024 | Schwab, Matt | Coverage Analysis | Analyze updated claim analysis report requested by counsel | 0.3 | 625.00 | $187.50 |
| 4/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Extract newly received claims received from counsel for Stout review team | 0.2 | 370.00 | $74.00 |
| 4/18/2024 | Trilla, Barry | Fee Applications | March Monthly Fee App analysis and QC | 0.6 | 415.00 | $249.00 |
| 4/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Call with BTrilla to discuss ANO claim review process for newly received claims from counsel | 0.3 | 370.00 | $111.00 |
| 4/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Set up template for newly received claims from counsel and correspondence to team re: review process | 0.9 | 370.00 | $333.00 |
| 4/19/2024 | Trilla, Barry | Claimant File Analysis | Call with AMBoswell to discuss ANO claim review process for newly received claims from counsel | 0.3 | 415.00 | $124.50 |
| 4/22/2024 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with MCortens and SAggarwal to discuss analysis of newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 4/22/2024 | Boswell, Anne Margaret | Fee Applications | Finalize March Monthly Fee App | 0.4 | 370.00 | $148.00 |
| 4/22/2024 | Cortens, Morgan | Claimant File Analysis | Meeting with AMBoswell and SAggarwal to discuss analysis of newly received claims from counsel | 0.5 | 280.00 | $140.00 |
| 4/22/2024 | Aggarwal, Shruti | Claimant File Analysis | Meeting with AMBoswell and MCortens to discuss analysis of newly received claims from counsel | 0.5 | 280.00 | $140.00 |
| 4/23/2024 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 2.5 | 280.00 | $700.00 |
| 4/23/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 1.9 | 280.00 | $532.00 |
| 4/24/2024 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 2.1 | 280.00 | $588.00 |
| 4/24/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 3.4 | 280.00 | $952.00 |
| 4/25/2024 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 1.6 | 280.00 | $448.00 |
| 4/25/2024 | Aggarwal, Shruti | Claimant File Analysis | Continue to analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 2.1 | 280.00 | $588.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/25/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 4.0 | 280.00 | $1,120.00 |
| 4/26/2024 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 3.1 | 280.00 | $868.00 |
| 4/26/2024 | Aggarwal, Shruti | Claimant File Analysis | Continue to analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 2.4 | 280.00 | $672.00 |
| 4/26/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into New Orleans claims database for purposes of conducting survivor valuation analysis | 4.0 | 280.00 | $1,120.00 |
| 4/29/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC analysis of newly received claims from counsel | 1.5 | 370.00 | $555.00 |
| 4/29/2024 | Ramljak, Danny | Claimant File Analysis | QC analysis of newly received claims from counsel | 3.0 | 320.00 | $960.00 |
| 4/30/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC analysis of newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 4/30/2024 | Ramljak, Danny | Claimant File Analysis | QC analysis of newly received claims from counsel | 1.1 | 320.00 | $352.00 |
| **GRAND TOTAL** | | | | **56.30** | | **$18,223.00** |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: July 12, 2024 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
<u>**FOR THE PERIOD MAY 1, 2024 – MAY 31, 2024**</u>

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from May 1, 2024 through May 31, 2024 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

<u>**RELIEF REQUESTED**</u>

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| May 1, 2024 to May 31, 2024 | |
|---|---|
| Fees | $12,431.50 |
| Expenses | $0.00 |
| **Total** | $12,431.50 |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

| | | | |
|---|---|---|---|
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $15,597.50 | $0.00 |
| 4/1/24 – 4/30/24 | $14,724.80[8] | $0.00 | $0.00 | $14,724.80 |

**Total Unpaid to Date**                                        **$14,724.80**

---

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's March 2024 fee statement.

[8] This amount represents 80% of Claro's total monthly fees in the amount of $18,406.00 on account of Claro's April 2024 fee statement.

### NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

### NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before July 12, 2024 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

8.       If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $9,945.20 which consists of eighty percent (80%) of Stout's total fees of $12,431.50 for the Statement Period.

9.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  June 28, 2024

Respectfully submitted,

*By: /s/ Katheryn McNally*
The Claro Group, A Stout Business
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

*Expert Consultant and Expert Witness to the*
*Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.30 | $ 825.50 |
| Trilla, Barry | Senior Manager | $ 415.00 | 10.90 | $ 4,523.50 |
| Blum, Brett | Manager | $ 370.00 | 4.80 | $ 1,776.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 5.30 | $ 1,961.00 |
| Ramljak, Danny | Associate | $ 320.00 | 7.50 | $ 2,400.00 |
| Aiello, Madison | Associate | $ 305.00 | 3.10 | $ 945.50 |
| **Total Hours and Fees:** | | | **32.90** | **$ 12,431.50** |
| **Blended Rate:** | | **$ 377.86** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours May 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 2.3 | $ 781.00 |
| Coverage Analysis | 7.9 | $ 2,721.50 |
| Fee Applications | 2.2 | $ 841.00 |
| Valuation Model Development and Reporting | 20.5 | $ 8,088.00 |
| **Total** | **32.90** | **$ 12,431.50** |

Exhibit A
Detailed Time Records

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 5/1/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of duplicate claim forms received from counsel | 1.4 | 320.00 | $448.00 |
| 5/1/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation analysis for additional claim forms received from counsel | 0.7 | 320.00 | $224.00 |
| 5/2/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation analysis for additional claim forms received from counsel | 1.4 | 320.00 | $448.00 |
| 5/6/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC of valuation for inputs related to newly received claims from counsel | 0.8 | 370.00 | $296.00 |
| 5/8/2024 | Trilla, Barry | Valuation Model Development and Reporting | Newly received POC form valuation analysis and QC; Correspondence with DRamljak re: same | 1.1 | 415.00 | $456.50 |
| 5/8/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Internal communication re: valuation analysis for additional claim forms received from counsel | 0.5 | 320.00 | $160.00 |
| 5/9/2024 | Trilla, Barry | Valuation Model Development and Reporting | POC valuation analysis and QC; Correspondence with DRamljak re: updates | 0.7 | 415.00 | $290.50 |
| 5/9/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of claimants with prior recovery for valuation analysis | 0.5 | 320.00 | $160.00 |
| 5/9/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Internal communication re: valuation analysis for additional claim forms received from counsel | 0.3 | 320.00 | $96.00 |
| 5/13/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of missing information from newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 5/13/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of valuation file in response to BTrilla's follow-up questions related to claims falling within SOL timeframe | 0.9 | 370.00 | $333.00 |
| 5/13/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of valuation profile of newly received claims compared to previously received claims | 0.5 | 370.00 | $185.00 |
| 5/13/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of duplicate claims for valuation purposes | 0.6 | 370.00 | $222.00 |
| 5/13/2024 | Trilla, Barry | Valuation Model Development and Reporting | Follow-up questions regarding POC analysis and discussion with DRamljak and AMBoswell re: same | 1.7 | 415.00 | $705.50 |
| 5/13/2024 | Trilla, Barry | Valuation Model Development and Reporting | Updated claim valuations analysis for newly filed claimants prepared by Stout | 0.4 | 415.00 | $166.00 |
| 5/13/2024 | Trilla, Barry | Valuation Model Development and Reporting | Updated claim valuations analysis and follow-up correspondence with KMcNally re: same | 1.4 | 415.00 | $581.00 |
| 5/13/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of duplicate claim forms received from counsel for valuation | 0.6 | 320.00 | $192.00 |
| 5/13/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Analysis of updated claim valuations for newly filed claimants prepared by Stout and follow up questions to BTrilla re: same | 0.6 | 635.00 | $381.00 |
| 5/14/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimant birthdays for potential SOL implications | 0.4 | 370.00 | $148.00 |
| 5/14/2024 | Trilla, Barry | Valuation Model Development and Reporting | SOL analysis and claimants data analysis re: same | 0.7 | 415.00 | $290.50 |
| 5/14/2024 | Trilla, Barry | Valuation Model Development and Reporting | Analyze valuation materials for newly filed claimants and correspondence with KMcNally re: same | 1.4 | 415.00 | $581.00 |
| 5/14/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Internal communication re: additional claimant valuation | 0.2 | 320.00 | $64.00 |
| 5/14/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Review valuation materials for newly filed claimants and correspondence with BTrilla re: same | 0.4 | 635.00 | $254.00 |
| 5/17/2024 | Boswell, Anne Margaret | Fee Applications | April Monthly Fee App preparation | 1.1 | 370.00 | $407.00 |
| 5/20/2024 | Boswell, Anne Margaret | Fee Applications | Finalize April Monthly Fee App and send to counsel | 0.3 | 370.00 | $111.00 |
| 5/20/2024 | Boswell, Anne Margaret | Fee Applications | Updates to April Monthly Fee App per KMcNally's comments | 0.2 | 370.00 | $74.00 |
| 5/20/2024 | Trilla, Barry | Fee Applications | April Monthly Fee App analysis and QC | 0.6 | 415.00 | $249.00 |
| 5/20/2024 | Trilla, Barry | Valuation Model Development and Reporting | Correspondence and call with KMcNally to discuss valuation deliverables requested by counsel to the committee re: newly filed claimants | 0.3 | 415.00 | $124.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 5/20/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation comparison for new vs. previously valued claims | 0.9 | 320.00 | $288.00 |
| 5/20/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Correspondence with BTrilla to discuss valuation deliverables requested by counsel to the committee re: newly filed claimants | 0.3 | 635.00 | $190.50 |
| 5/21/2024 | Trilla, Barry | Valuation Model Development and Reporting | Analysis and QC of valuation summary | 1.3 | 415.00 | $539.50 |
| 5/21/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation comparison for new vs. previously valued claims | 0.8 | 320.00 | $256.00 |
| 5/21/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Internal correspondence re: new claimants for coverage / valuation comparison | 0.2 | 320.00 | $64.00 |
| 5/23/2024 | Trilla, Barry | Valuation Model Development and Reporting | Valuation summary analysis and updates; Correspondence with counsel re: same and status updates | 1.3 | 415.00 | $539.50 |
| 5/28/2024 | Blum, Brett | Coverage Analysis | Meeting with MAiello to discuss running per survivor with aggregate limits allocations to include new claimants | 0.4 | 370.00 | $148.00 |
| 5/28/2024 | Blum, Brett | Coverage Analysis | Organizing claim sets for allocations | 0.4 | 370.00 | $148.00 |
| 5/28/2024 | Aiello, Madison | Coverage Analysis | Meeting with BBlum to discuss running per survivor with aggregate limits allocations to include new claimants | 0.4 | 305.00 | $122.00 |
| 5/29/2024 | Aiello, Madison | Coverage Analysis | Prepared updated per survivor claim sets for new claimants and updated new claimant date review file | 1.7 | 305.00 | $518.50 |
| 5/30/2024 | Blum, Brett | Coverage Analysis | Analysis of claimant allocation dates and updating claimant data accordingly | 1.9 | 370.00 | $703.00 |
| 5/30/2024 | Blum, Brett | Coverage Analysis | QCing Claim sets and allocations | 2.1 | 370.00 | $777.00 |
| 5/30/2024 | Aiello, Madison | Coverage Analysis | Dates analysis for new claim sets | 1.0 | 305.00 | $305.00 |
| **GRAND TOTAL** | | | | **32.90** | | **$12,431.50** |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: August 5, 2024 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JUNE 1, 2024 – JUNE 30, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2024 through June 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4860-1333-3202.1 05067.002

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| June 1, 2024 to June 30, 2024 | |
|---|---|
| Fees | **$32,708.50** |
| Expenses | $0.00 |
| **Total** | **$32,708.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $15,597.50 | $0.00 |
| 4/1/24 – 4/30/24 | $14,578.40[8] | $0.00 | $14.578.40 | $0.00 |
| 5/1/24 – 5/31/24 | $9,945.20[9] | $0.00 | $0.00 | $9,945.20 |

**Total Unpaid to Date**                                    **$9,945.20**

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

---

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's March 2024 fee statement.
[8] This amount represents 80% of Claro's total monthly fees in the amount of $18,223.00 on account of Claro's April 2024 fee statement.
[9] This amount represents 80% of Claro's total monthly fees in the amount of $12,431.50 on account of Claro's May 2024 fee statement.

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 5, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $26,166.80 which consists of eighty percent (80%) of Stout's total fees of $32,708.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 22, 2024                              Respectfully submitted,

                                                  By: /s/ Katheryn McNally
                                                  The Claro Group, A Stout Business
                                                  1 S. Wacker Drive, Suite 3800
                                                  Chicago, IL 60606
                                                  Email: kmcnally@stout.com

                                                  *Expert Consultant and Expert Witness to the*
                                                  *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.80 | $ 1,143.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 9.60 | $ 6,000.00 |
| Trilla, Barry | Senior Manager | $ 415.00 | 2.00 | $ 830.00 |
| Blum, Brett | Manager | $ 370.00 | 30.20 | $ 11,174.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 16.00 | $ 5,920.00 |
| Ramljak, Danny | Associate | $ 320.00 | 7.20 | $ 2,304.00 |
| Aiello, Madison | Associate | $ 305.00 | 13.30 | $ 4,056.50 |
| Martisauski, Brad | Associate | $ 305.00 | 4.20 | $ 1,281.00 |
| **Total Hours and Fees:** | | | **84.30** | **$ 32,708.50** |
| **Blended Rate:** | | **$ 388.00** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours June 2024 | Total Compensation |
|---|---|---|
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 4.3 | $ 1,344.00 |
| Claimant File Analysis | 12.1 | $ 4,443.00 |
| Communication with Counsel | 2.0 | $ 1,000.00 |
| Coverage Analysis | 46.0 | $ 17,210.00 |
| Fee Applications | 1.8 | $ 666.00 |
| Valuation Model Development and Reporting | 18.1 | $ 8,045.50 |
| **Total** | **84.30** | **$ 32,708.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 6/3/2024 | Blum, Brett | Coverage Analysis | Analysis of claim sets, allocation assumptions, and deliverable file | 0.6 | 370.00 | $222.00 |
| 6/3/2024 | Aiello, Madison | Coverage Analysis | Call with BBlum to discuss preparing client deliverable schedule for updated allocation results | 0.7 | 305.00 | $213.50 |
| 6/3/2024 | Blum, Brett | Coverage Analysis | Call with MAiello to discuss preparing client deliverable schedule for updated allocation results | 0.7 | 370.00 | $259.00 |
| 6/3/2024 | Blum, Brett | Coverage Analysis | QCing allocation results | 0.9 | 370.00 | $333.00 |
| 6/3/2024 | Aiello, Madison | Coverage Analysis | Preparing deliverable schedule for updated allocation results | 2.8 | 305.00 | $854.00 |
| 6/4/2024 | Aiello, Madison | Coverage Analysis | Preparing deliverable schedule for updated allocation results | 1.2 | 305.00 | $366.00 |
| 6/4/2024 | Blum, Brett | Coverage Analysis | QCing and updating allocation results deliverable schedule | 1.3 | 370.00 | $481.00 |
| 6/6/2024 | Blum, Brett | Coverage Analysis | QCing allocation results and adjusting summary schedule | 1.1 | 370.00 | $407.00 |
| 6/7/2024 | Aiello, Madison | Coverage Analysis | Preparing client deliverable schedule for updated allocations requested allocation results | 0.6 | 305.00 | $183.00 |
| 6/10/2024 | Blum, Brett | Coverage Analysis | QCing and updating allocation results file | 1.1 | 370.00 | $407.00 |
| 6/14/2024 | Boswell, Anne Margaret | Fee Applications | May Monthly Fee App preparation | 1.0 | 370.00 | $370.00 |
| 6/17/2024 | Trilla, Barry | Claimant File Analysis | Call with AMBoswell to discuss abuser name analysis per request of counsel | 0.3 | 415.00 | $124.50 |
| 6/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | Call with BTrilla to discuss abuser name analysis per request of counsel | 0.3 | 370.00 | $111.00 |
| 6/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of docket for newly-filed late claims | 0.4 | 370.00 | $148.00 |
| 6/17/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of previous verdict values for valuation | 0.4 | 320.00 | $128.00 |
| 6/17/2024 | Schwab, Matt | Coverage Analysis | Call with KMcNally, BTrilla, AMBoswell and BBlum to discuss updated insurance allocations requested by counsel to the committee | 0.5 | 625.00 | $312.50 |
| 6/17/2024 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, AMBoswell, BBlum, and BTrilla to discuss updated insurance allocations requested by counsel to the committee | 0.5 | 635.00 | $317.50 |
| 6/17/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with BTrilla, KMcNally, MSchwab, and BBlum to discuss updated insurance allocations requested by counsel to the committee | 0.5 | 370.00 | $185.00 |
| 6/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | Call with BTrilla and BBlum to discuss abuser name analysis per request of counsel | 0.5 | 370.00 | $185.00 |
| 6/17/2024 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis of updated verdicts and comparison to previous values | 0.5 | 370.00 | $185.00 |
| 6/17/2024 | Trilla, Barry | Claimant File Analysis | Call with AMBoswell and BBlum to discuss abuser name analysis per request of counsel | 0.5 | 415.00 | $207.50 |
| 6/17/2024 | Trilla, Barry | Coverage Analysis | Call with KMcNally, MSchwab, AMBoswell, and BBlum to discuss updated insurance allocations requested by counsel to the committee | 0.5 | 415.00 | $207.50 |
| 6/17/2024 | Ramljak, Danny | Claimant File Analysis | Internal correspondence re: abuser accusation analysis | 0.5 | 320.00 | $160.00 |
| 6/17/2024 | Blum, Brett | Claimant File Analysis | Call with AMBoswell and BTrilla to discuss abuser name analysis per request of counsel | 0.5 | 370.00 | $185.00 |
| 6/17/2024 | Blum, Brett | Coverage Analysis | Coordination of alleged perpetrator by claimants analyses for coverage purposes | 0.7 | 370.00 | $259.00 |
| 6/17/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation model to reflect up-to-date verdict comps | 0.8 | 370.00 | $296.00 |
| 6/17/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of credibly accused abusers per request of counsel | 0.9 | 320.00 | $288.00 |
| 6/17/2024 | Blum, Brett | Coverage Analysis | Update claim sets for updated insurance allocations requested by counsel to the committee | 2.1 | 370.00 | $777.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of credibly accused abusers per request of counsel | 3.0 | 370.00 | $1,110.00 |
| 6/17/2024 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Refresh listing of potentially comparable verdict comps through research on VerdictSearch, Westlaw, Lexis, and Bloomberg in preparation to send counsel updated valuation figures for ANO sexual abuse claims | 3.4 | 305.00 | $1,037.00 |
| 6/18/2024 | Blum, Brett | Coverage Analysis | Allocation run setup | 0.4 | 370.00 | $148.00 |
| 6/18/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell to discuss updated verdicts and scaling tier averages | 0.4 | 320.00 | $128.00 |
| 6/18/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with DRamljak to discuss updated verdicts and scaling tier averages | 0.4 | 370.00 | $148.00 |
| 6/18/2024 | Martisauski, Brad | Valuation Model Development and Reporting | Call with D. Ramljak re: potentially comparable verdict data used for purposes of updating Stout valuation | 0.4 | 305.00 | $122.00 |
| 6/18/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Call with BMartisauski to discuss internal correspondence re: potentially comparable verdict data used for purposes of updating Stout valuation | 0.4 | 320.00 | $128.00 |
| 6/18/2024 | Boswell, Anne Margaret | Fee Applications | May Monthly Fee App preparation | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | McNally, Katheryn | Communication with Counsel | Call with INasatir, MSchwab, AMBoswell, BBlum to discuss updated insurance allocations requested by counsel | 0.5 | 635.00 | $317.50 |
| 6/18/2024 | Blum, Brett | Communication with Counsel | Call with INasatir, MSchwab, AMBoswell, KMcNally to discuss updated insurance allocations requested by counsel | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | Blum, Brett | Coverage Analysis | Internal correspondence regarding updated allocation runs | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | Boswell, Anne Margaret | Communication with Counsel | Call with INasatir, KMcNally, MSchwab, BTrilla, and BBlum to discuss updated insurance allocations requested by counsel | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence regarding new verdicts | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MSchwab, BBlum, and BTrilla re: valuation update | 0.5 | 370.00 | $185.00 |
| 6/18/2024 | Trilla, Barry | Valuation Model Development and Reporting | Call with MSchwab, BBlum, and AMBoswell re: valuation update | 0.5 | 415.00 | $207.50 |
| 6/18/2024 | Schwab, Matt | Valuation Model Development and Reporting | Call with BBlum, AMBoswell and BTrilla regarding valuation update | 0.5 | 625.00 | $312.50 |
| 6/18/2024 | Schwab, Matt | Communication with Counsel | Call with INasatir, KMcNally, AMBoswell, BBlum to discuss updated insurance allocations requested by counsel | 0.5 | 625.00 | $312.50 |
| 6/18/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with KMcNally, MSchwab, BTrilla, and BBlum to discuss updated allocation runs per request of counsel | 0.6 | 370.00 | $222.00 |
| 6/18/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis for new verdicts | 0.7 | 320.00 | $224.00 |
| 6/18/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of new verdicts and impact on valuation | 1.0 | 370.00 | $370.00 |
| 6/18/2024 | Blum, Brett | Coverage Analysis | Creating initial deliverable schedule for allocation results | 1.1 | 370.00 | $407.00 |
| 6/18/2024 | Schwab, Matt | Valuation Model Development and Reporting | QC of updated valuation | 1.1 | 625.00 | $687.50 |
| 6/18/2024 | Blum, Brett | Coverage Analysis | Setting up allocation inputs/assumptions and QCing allocation results | 1.2 | 370.00 | $444.00 |
| 6/18/2024 | Blum, Brett | Coverage Analysis | QCing claim sets for new allocation runs | 1.3 | 370.00 | $481.00 |
| 6/18/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of updated verdicts and comparison to previous verdict values and correspondence re: same | 1.3 | 370.00 | $481.00 |
| 6/18/2024 | Blum, Brett | Claimant File Analysis | Analysis of credibly accused abusers per request of counsel | 2.2 | 370.00 | $814.00 |
| 6/18/2024 | Aiello, Madison | Coverage Analysis | Preparing claim sets, running ICAS allocations and QCing client deliverable for updated allocations requested by counsel | 3.2 | 305.00 | $976.00 |
| 6/19/2024 | Blum, Brett | Coverage Analysis | Updating allocation results summary schedule | 1.9 | 370.00 | $703.00 |
| 6/19/2024 | Blum, Brett | Coverage Analysis | Performing detailed QCs of allocation inputs and results | 2.8 | 370.00 | $1,036.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/20/2024 | McNally, Katheryn | Coverage Analysis | Analyze updated insurance allocations provided by MAiello | 0.4 | 635.00 | $254.00 |
| 6/20/2024 | Blum, Brett | Coverage Analysis | Coordination of updates of deliverable schedule | 0.8 | 370.00 | $296.00 |
| 6/20/2024 | Aiello, Madison | Coverage Analysis | Preparing and updating by-claimant insurance allocation summary, and draft correspondence to communicate allocation results to the team continued | 1.5 | 305.00 | $457.50 |
| 6/20/2024 | Blum, Brett | Coverage Analysis | QCing supporting analyses, allocation result summary commentaries, and finalized deliverable schedules | 1.8 | 370.00 | $666.00 |
| 6/20/2024 | Aiello, Madison | Coverage Analysis | Preparing and updating by-claimant insurance allocation summary, and draft correspondence to communicate allocation results to the team | 2.9 | 305.00 | $884.50 |
| 6/21/2024 | McNally, Katheryn | Coverage Analysis | Analyze updated insurance allocations requested by counsel to the committee | 0.4 | 635.00 | $254.00 |
| 6/21/2024 | Aiello, Madison | Coverage Analysis | Internal team correspondences related to allocation results | 0.4 | 305.00 | $122.00 |
| 6/21/2024 | Schwab, Matt | Coverage Analysis | QC and finalize updated allocation results | 1.4 | 625.00 | $875.00 |
| 6/21/2024 | Blum, Brett | Coverage Analysis | Investigating internal questions from team regarding allocation results | 1.4 | 370.00 | $518.00 |
| 6/24/2024 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with Stout team re: updates to comparable verdict figures in preparation for refresh of Stout valuation of ANO sexual abuse claims | 0.4 | 305.00 | $122.00 |
| 6/24/2024 | Schwab, Matt | Valuation Model Development and Reporting | Work on updated valuation forecasts using updated verdict and inflation information | 0.6 | 625.00 | $375.00 |
| 6/24/2024 | Blum, Brett | Coverage Analysis | Creating by-lane allocation analysis | 2.1 | 370.00 | $777.00 |
| 6/24/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation analysis based on updated verdict values | 2.2 | 320.00 | $704.00 |
| 6/24/2024 | Boswell, Anne Margaret | Claimant File Analysis | Abuser entities analysis per request of counsel | 3.0 | 370.00 | $1,110.00 |
| 6/25/2024 | Trilla, Barry | Coverage Analysis | Meeting with DRamljak re: allocation summary request from counsel | 0.2 | 415.00 | $83.00 |
| 6/25/2024 | Ramljak, Danny | Coverage Analysis | Meeting with BTrilla re: allocation summary request from counsel | 0.2 | 320.00 | $64.00 |
| 6/25/2024 | Boswell, Anne Margaret | Fee Applications | Finalize May Monthly Fee App | 0.3 | 370.00 | $111.00 |
| 6/25/2024 | Boswell, Anne Margaret | Coverage Analysis | Set up ShareFile link and upload coverage deliverables for counsel ahead of mediation | 0.4 | 370.00 | $148.00 |
| 6/25/2024 | Blum, Brett | Valuation Model Development and Reporting | Analysis of updated valuation values | 0.7 | 370.00 | $259.00 |
| 6/25/2024 | Blum, Brett | Coverage Analysis | Analysis of USF&G questions from counsel | 0.8 | 370.00 | $296.00 |
| 6/25/2024 | Blum, Brett | Coverage Analysis | Analysis of comments from MSchwab and updating allocation by-lane analysis | 1.1 | 370.00 | $407.00 |
| 6/25/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Valuation analysis based on updated verdict values | 1.5 | 320.00 | $480.00 |
| 6/25/2024 | Schwab, Matt | Valuation Model Development and Reporting | Finalize deliverables to counsel for mediation | 4.2 | 625.00 | $2,625.00 |
| 6/26/2024 | Blum, Brett | Coverage Analysis | Analysis of questions from counsel regarding First State allocation | 0.6 | 370.00 | $222.00 |
| 6/26/2024 | Schwab, Matt | Coverage Analysis | Investigate and answer questions from counsel regarding allocations for mediation | 0.8 | 625.00 | $500.00 |
| **GRAND TOTAL** | | | | **84.30** | | **$32,708.50** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING SIXTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2024 THROUGH JUNE 30, 2024

CAME ON for consideration the *Sixth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2024 through June 30, 2024* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period March 1, 2024 through June 30, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$82,859.50** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$82,859.50** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2024 Through June 30, 2024* to be served on July 25, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 25, 2024.

/s/ *Nancy H. Brown*
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

---

**SUMMARY COVER SHEET TO SEVENTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE
CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND
EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JULY 1, 2024 THROUGH OCTOBER 31, 2024**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2024 | 10/31/2024 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 06/30/2024[2] |
| **Total amounts awarded in all prior Applications:** | | $600,979.00 |
| **Total fees requested in this Application:** | | $58,565.00 |
| **Total hours covered by this Application:** | | 157.70 |
| **Average hourly rate:** | | $371.37 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees from 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted during this period.

Listed below are the professionals at The Claro Group, LLC ('Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2024 through October 31, 2024 (the "Application Period").

**SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
JULY 1, 2024 THROUGH OCTOBER 31, 2024**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE[3] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 7.7 | 4,889.50 |
| Schwab, Matt | Managing Director | $625 | 8.4 | 5,250.00 |
| Blum, Brett | Manager | $370 | 35.4 | 13,098.00 |
| Boswell, Anne Margaret | Manager | $370 | 45.9 | 16,983.00 |
| Nguyen, Hung | Manager | $370 | 2.1 | 777.00 |
| Ramljak, Danny | Manager | $370 | 12.1 | 3,932.00 |
| Aiello, Madison | Associate | $305 | 29.1 | 8,875.50 |
| Aggarwal, Shruti | Analyst | $280 | 7.6 | 2,128.00 |
| Cortens, Morgan | Analyst | $280 | 9.4 | 2,632.00 |
| **Total** | | | **157.70** | **$58,565.00** |

---

[3] Stout Risius Ross, LLC raised the rates of certain of its professionals as of October 1, 2024 to reflect promotions as allowed per Claro's Retention Application [Docket No. 1481], (Exhibit 1, paragraph 20) approved by Court Order [Docket No. 1555] on May 19, 2022.

**COMPENSATION AND HOURS BY TASK**
**JULY 1, 2024 THROUGH OCTOBER 31, 2024**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 91.5 | 33,546.00 |
| Claimant File Analysis | 46.6 | 16,722.00 |
| Fee Applications | 13.5 | 5,339.50 |
| Valuation Model Development and Reporting | 5.7 | 2,707.50 |
| Communication with Counsel | 0.4 | 250.00 |
| **Total** | **157.70** | **$58,565.00** |

No expenses were incurred by Stout during the Application Period.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SEVENTH INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JULY 1, 2024 THROUGH OCTOBER 31, 2024

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 19, 2024, AT 1:30 PM. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Seventh Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I. INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $58,565.00 for the period July 1, 2024 through October 31, 2024 (the "Application Period"). As of October 31, 2024, Stout has received payments totaling $615,800.60 representing Stout's total billed amount in its first, second, third, fourth, fifth and sixth quarterly fee applications, and 80% of the monthly billed amounts on account of its July and August 2024 monthly fee statements. To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II. JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

### III.     **BACKGROUND**

**A.     Introduction**

4.     On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.     The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

**B.     Employment of Claro**

7.     On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.     On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and*

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

### C.     Stout's Acquisition of Claro

9.     On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout.

## IV.     WORK PERFORMED

10.     Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period July 1, 2024 through October 31, 2024.

## V.     SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11.     During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) communication with counsel. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A.    <u>Coverage Analysis</u>

12.    During the Application Period, Stout continued to analyze the Debtor's available insurance coverage as directed by the Committee. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees: $33,546.00        Hours: 91.50

### B.    <u>Claimant File Analysis</u>

13.    In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("<u>POC Forms</u>") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns. Additionally, Stout analyzed and summarized the abuser affiliated entities listed on the POC forms.

Fees: $16,722.00        Hours: 46.60

### C.    <u>Fee Applications</u>

14.    During the Application Period, Stout prepared and submitted four monthly fee applications (the "<u>Monthly Fee Applications</u>") for the periods beginning June 1, 2024 and ending September 30, 2024.

Fees:  $5,339.50            Hours:  13.50

**D.    Valuation Model Development and Reporting**

15.    Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees:  $2,707.50            Hours:  5.70

**E.    Communication with Counsel**

16.    Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees:  $250.00      Hours:  0.40

**VI.    STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

17.    As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and

reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period).

18.     No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

20.    Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

21.    This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

22. The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

23. As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 157.70 hours during the Application Period, for a total fee of $58,565.00. The blended hourly rate for this Application is $371.37 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

24. This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse

claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

25. Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

26. Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $371.37 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

27.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

28.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

29.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $58,565.00. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

30.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey*

(Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

31.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

32.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

### Awards in Similar Cases

33.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

34.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.  RESERVATION OF RIGHTS

35.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.     NO PRIOR REQUEST

36.     No prior application for the relief requested herein has been made to this or any other court.

## X.      CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $58,565.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 27, 2024              Respectfully submitted,

                                       *By: /s/ Katheryn McNally*
                                       Stout Risius Ross, LLC
                                       1 S. Wacker Drive, Suite 3800
                                       Chicago, IL 60606
                                       Email: kmcnally@stout.com

                                       Expert Consultant and Expert Witness to the
                                       Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING SEVENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JULY 1, 2024 THROUGH OCTOBER 31, 2024

CAME ON for consideration the *Seventh Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2024 through October 31, 2024* [Docket No. _____] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period July 1, 2024 through October 31, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$58,565.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$58,565.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this ____ day of _____, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: September 11, 2024 |
| | § | |

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JULY 1, 2024 – JULY 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2024 through July 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4853-4192-2782.1 05067.002

1

are as follows:

| July 1, 2024 to July 31, 2024 | |
|---|---|
| Fees | **$11,096.00** |
| Expenses | $0.00 |
| **Total** | **$11,096.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $15,597.20 | $0.00 |
| 4/1/24 – 4/30/24 | $14,578.40[8] | $0.00 | $14.578.40 | $0.00 |
| 5/1/24 – 5/31/24 | $9,945.20[9] | $0.00 | $9,945.20 | $0.00 |
| 6/1/24 – 6/30/24 | $26,166.80[10] | $0.00 | $0.00 | $26,166.80 |

**Total Unpaid to Date**                                          **$26,166.80**

## NO PRIOR REQUEST

5.        With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.        In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

---

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's March 2024 fee statement.

[8] This amount represents 80% of Claro's total monthly fees in the amount of $18,223.00 on account of Claro's April 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $12,431.50 on account of Claro's May 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $32,708.50 on account of Claro's June 2024 fee statement.

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $8,876.80 which consists of eighty percent (80%) of Stout's total fees of $11,096.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 28, 2024                        Respectfully submitted,

                                               By: /s/ Katheryn McNally
                                               The Claro Group, A Stout Business
                                               1 S. Wacker Drive, Suite 3800
                                               Chicago, IL 60606
                                               Email: kmcnally@stout.com

                                               *Expert Consultant and Expert Witness to the*
                                               *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.30 | $ 825.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 1.90 | $ 1,187.50 |
| Blum, Brett | Manager | $ 370.00 | 5.30 | $ 1,961.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 14.50 | $ 5,365.00 |
| Nguyen, Hung | Manager | $ 370.00 | 2.10 | $ 777.00 |
| Cortens, Morgan | Analyst | $ 280.00 | 3.50 | $ 980.00 |
| **Total Hours and Fees:** | | | **28.60** | **$ 11,096.00** |
| **Blended Rate:** | | **$ 387.97** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours July 2024 | Total Compensation |
|---|---|---|
| Coverage Analysis | 21.5 | $ 8,310.00 |
| Fee Applications | 7.1 | $ 2,786.00 |
| **Total** | **28.60** | **$ 11,096.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 7/3/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with INasatir, MSchwab, KMcNally, BBlum to discuss claimant information request relevant to coverage analysis | 0.5 | 370.00 | $185.00 |
| 7/3/2024 | Boswell, Anne Margaret | Coverage Analysis | Follow up call with MSchwab, KMcNally, BBlum to discuss claimant information request relevant to coverage analysis from INasatir | 0.2 | 370.00 | $74.00 |
| 7/3/2024 | Blum, Brett | Coverage Analysis | Call with INasatir, MSchwab, KMcNally, AMBoswell to discuss claimant information request relevant to coverage analysis | 0.5 | 370.00 | $185.00 |
| 7/3/2024 | Blum, Brett | Coverage Analysis | Creating claimant count law firm analysis per request of counsel | 1.3 | 370.00 | $481.00 |
| 7/3/2024 | McNally, Katheryn | Coverage Analysis | Follow up call with MSchwab, AMBoswell, BBlum to discuss claimant information request relevant to coverage analysis from INasatir | 0.2 | 635.00 | $127.00 |
| 7/3/2024 | McNally, Katheryn | Coverage Analysis | Call with INasatir, MSchwab, AMBoswell, BBlum to discuss claimant information request relevant to coverage analysis | 0.5 | 635.00 | $317.50 |
| 7/3/2024 | Schwab, Matt | Coverage Analysis | Follow up call with KMcNally AMBoswell, BBlum to discuss claimant information request relevant to coverage analysis from INasatir | 0.2 | 625.00 | $125.00 |
| 7/3/2024 | Schwab, Matt | Coverage Analysis | Call with INasatir, KMcNally, AMBoswell, BBlum to discuss claimant information request relevant to coverage analysis | 0.5 | 625.00 | $312.50 |
| 7/8/2024 | Boswell, Anne Margaret | Coverage Analysis | QC of data used for claimant allegation reporting to support carrier discussions | 2.1 | 370.00 | $777.00 |
| 7/8/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with HNguyen to discuss QC of claimant allegations to support carrier discussions | 0.6 | 370.00 | $222.00 |
| 7/8/2024 | Nguyen, Hung | Coverage Analysis | Call with AMBoswell to discuss QC of claimant allegation to support carrier discussions | 0.6 | 370.00 | $222.00 |
| 7/8/2024 | Boswell, Anne Margaret | Coverage Analysis | Set up allegation reporting template for data import to support carrier discussions | 0.6 | 370.00 | $222.00 |
| 7/8/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with BBlum and MSchwab to discuss Travelers analysis requested by counsel | 0.4 | 370.00 | $148.00 |
| 7/8/2024 | Blum, Brett | Coverage Analysis | Finalizing and distributing law firm claimant count list per request of counsel | 1.2 | 370.00 | $444.00 |
| 7/8/2024 | Blum, Brett | Coverage Analysis | Call with MSchwab and AMBoswell to discuss Travelers analysis requested by counsel | 0.4 | 370.00 | $148.00 |
| 7/8/2024 | Nguyen, Hung | Coverage Analysis | Extract claimant data for use in Travelers analysis | 1.5 | 370.00 | $555.00 |
| 7/8/2024 | Schwab, Matt | Coverage Analysis | Call with BBlum and AMBoswell to discuss Travelers analysis requested by counsel | 0.4 | 625.00 | $250.00 |
| 7/8/2024 | Cortens, Morgan | Coverage Analysis | QC of claim forms for use in Travelers analysis requested by counsel | 1.2 | 280.00 | $336.00 |
| 7/9/2024 | Schwab, Matt | Coverage Analysis | Call with AMBoswell and BBlum to discuss incorporating claims data into reports for counsel to support carrier discussions | 0.8 | 625.00 | $500.00 |
| 7/10/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab and BBlum to discuss incorporating claims data into reports for counsel to support carrier discussions | 0.8 | 370.00 | $296.00 |
| 7/10/2024 | Boswell, Anne Margaret | Coverage Analysis | Set up claimant allegation reporting database for severity analysis to support carrier discussions | 1.9 | 370.00 | $703.00 |
| 7/10/2024 | Boswell, Anne Margaret | Fee Applications | June Monthly Fee App preparation | 1.8 | 370.00 | $666.00 |
| 7/10/2024 | Blum, Brett | Coverage Analysis | Call with AMBoswell and MSchwab to discuss incorporating claims data into reports for counsel to support carrier discussions | 0.8 | 370.00 | $296.00 |
| 7/11/2024 | Boswell, Anne Margaret | Coverage Analysis | Call with MCortens to discuss allegation severity reporting to support carrier discussions | 0.5 | 370.00 | $185.00 |
| 7/11/2024 | Cortens, Morgan | Coverage Analysis | Call with AMBoswell to discuss allegation severity reporting to support carrier discussions | 0.5 | 280.00 | $140.00 |
| 7/12/2024 | Cortens, Morgan | Coverage Analysis | Development of claim dashboard for use in allegation severity reporting to support carrier discussions | 1.4 | 280.00 | $392.00 |
| 7/15/2024 | Boswell, Anne Margaret | Fee Applications | June Monthly Fee App preparation | 1.6 | 370.00 | $592.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 7/15/2024 | Boswell, Anne Margaret | Fee Applications | Finalize June Monthly Fee App package | 0.5 | 370.00 | $185.00 |
| 7/15/2024 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claimant allegation reports to support carrier discussions | 0.4 | 370.00 | $148.00 |
| 7/15/2024 | McNally, Katheryn | Fee Applications | Review and edit final June Monthly Fee App package | 0.3 | 635.00 | $190.50 |
| 7/15/2024 | Cortens, Morgan | Coverage Analysis | Development of claim dashboard for use in allegation severity reporting to support carrier discussions | 0.4 | 280.00 | $112.00 |
| 7/16/2024 | Boswell, Anne Margaret | Fee Applications | Preparation of the Sixth Interim Fee App | 2.0 | 370.00 | $740.00 |
| 7/17/2024 | Boswell, Anne Margaret | Fee Applications | Create exhibits and finalize Sixth Interim Fee App | 0.6 | 370.00 | $222.00 |
| 7/17/2024 | McNally, Katheryn | Fee Applications | Review and edit Sixth Interim Fee App | 0.3 | 635.00 | $190.50 |
| 7/22/2024 | Blum, Brett | Coverage Analysis | Create claimant severity score schedule per request of counsel | 1.1 | 370.00 | $407.00 |
| **GRAND TOTAL** | | | | **28.60** | | **$11,096.00** |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: October 11, 2024 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD AUGUST 1, 2024 – AUGUST 31, 2024**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2024 through August 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4853-5719-4986.1 05067.002

are as follows:

| August 1, 2024 to August 31, 2024 | |
|---|---|
| Fees | **$7,431.00** |
| Expenses | $0.00 |
| **Total** | **$7,431.00** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $15,597.20 | $0.00 |
| 4/1/24 – 4/30/24 | $14,578.40[8] | $0.00 | $14.578.40 | $0.00 |
| 5/1/24 – 5/31/24 | $9,945.20[9] | $0.00 | $9,945.20 | $0.00 |
| 6/1/24 – 6/30/24 | $26,166.80[10] | $0.00 | $26,166.80 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[11] | $0.00 | $0.00 | $8,876.80 |

**Total Unpaid to Date**          **$8,876.80**

## <u>NO PRIOR REQUEST</u>

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's March 2024 fee statement.

[8] This amount represents 80% of Claro's total monthly fees in the amount of $18,223.00 on account of Claro's April 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $12,431.50 on account of Claro's May 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $32,708.50 on account of Claro's June 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $5,944.80 which consists of eighty percent (80%) of Stout's total fees of $7,431.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  September 27, 2024                    Respectfully submitted,

                                              By: /s/ Katheryn McNally
                                              The Claro Group, A Stout Business
                                              1 S. Wacker Drive, Suite 3800
                                              Chicago, IL 60606
                                              Email: kmcnally@stout.com

                                              *Expert Consultant and Expert Witness to the
                                              Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 3.40 | $ 2,159.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 0.40 | $ 250.00 |
| Blum, Brett | Manager | $ 370.00 | 2.00 | $ 740.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 11.40 | $ 4,218.00 |
| Ramljak, Danny | Associate | $ 320.00 | 0.20 | $ 64.00 |
| **Total Hours and Fees:** | | | **17.40** | **$ 7,431.00** |
| **Blended Rate:** | | **$ 427.07** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours August 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 11.8 | $ 5,204.00 |
| Coverage Analysis | 3.5 | $ 1,397.00 |
| Fee Applications | 2.1 | $ 830.00 |
| **Total** | **17.40** | **$ 7,431.00** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/1/2024 | Blum, Brett | Coverage Analysis | Creating carrier claimant analysis per request of counsel | 1.3 | 370.00 | $481.00 |
| 8/2/2024 | Blum, Brett | Coverage Analysis | Making updates to and distributing final version of carrier claimant analysis per request of counsel | 0.7 | 370.00 | $259.00 |
| 8/2/2024 | Schwab, Matt | Coverage Analysis | QC of carrier claimant analysis per request of counsel | 0.4 | 625.00 | $250.00 |
| 8/13/2024 | Boswell, Anne Margaret | Fee Applications | July Monthly Fee App preparation | 1.4 | 370.00 | $518.00 |
| 8/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Abuser entities by claimant summary analysis per request of counsel | 1.3 | 370.00 | $481.00 |
| 8/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Abuser entities by claimant summary analysis per request of counsel continued | 0.9 | 370.00 | $333.00 |
| 8/20/2024 | McNally, Katheryn | Claimant File Analysis | Analyze proposed deliverable re: counsel request for abuser detail and provide feedback to AMBoswell re: same | 0.6 | 635.00 | $381.00 |
| 8/21/2024 | Boswell, Anne Margaret | Claimant File Analysis | Update abuser entities by claimant summary analysis to include law firm information per request of counsel | 0.5 | 370.00 | $185.00 |
| 8/21/2024 | Boswell, Anne Margaret | Coverage Analysis | Carrier claimant severity analysis per request of counsel | 1.1 | 370.00 | $407.00 |
| 8/21/2024 | McNally, Katheryn | Claimant File Analysis | Edit and finalize two claimant-detail deliverables requested by counsel to the committee and feedback to AMBoswell re: same | 0.6 | 635.00 | $381.00 |
| 8/22/2024 | McNally, Katheryn | Claimant File Analysis | Correspondence with JStang, BLocke, and AMBoswell re: claimant information requested by counsel to the committee | 0.3 | 635.00 | $190.50 |
| 8/23/2024 | Boswell, Anne Margaret | Claimant File Analysis | Prepare by perpetrator analysis per request of counsel | 1.7 | 370.00 | $629.00 |
| 8/23/2024 | Boswell, Anne Margaret | Claimant File Analysis | Prepare by perpetrator analysis per request of counsel continued | 0.8 | 370.00 | $296.00 |
| 8/23/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of repeat abusers per request of counsel to the committee | 1.0 | 370.00 | $370.00 |
| 8/23/2024 | McNally, Katheryn | Claimant File Analysis | Assist in preparation of analysis by perpetrator requested by counsel to the committee | 1.3 | 635.00 | $825.50 |
| 8/26/2024 | Boswell, Anne Margaret | Fee Applications | Finalize July Monthly Fee App package and send to counsel | 0.5 | 370.00 | $185.00 |
| 8/26/2024 | McNally, Katheryn | Fee Applications | Review and finalize July Monthly Fee App package | 0.2 | 635.00 | $127.00 |
| 8/27/2024 | Boswell, Anne Margaret | Claimant File Analysis | Late vs. timely-filed claims analysis with counsel information per request of counsel | 2.2 | 370.00 | $814.00 |
| 8/27/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of law firm information for claimants | 0.2 | 320.00 | $64.00 |
| 8/27/2024 | McNally, Katheryn | Claimant File Analysis | Edits to summary of claims by law firm requested by counsel to the committee | 0.4 | 635.00 | $254.00 |
| **GRAND TOTAL** | | | | **17.40** | | **$7,431.00** |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 12, 2024 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD SEPTEMBER 1, 2024 – SEPTEMBER 30, 2024

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2024 through September 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

| September 1, 2024 to September 30, 2024 | |
| --- | --- |
| Fees | **$38,441.50** |
| Expenses | $0.00 |
| **Total** | **$38,441.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $15,597.20[7] | $0.00 | $15,597.20 | $0.00 |
| 4/1/24 – 4/30/24 | $14,578.40[8] | $0.00 | $14.578.40 | $0.00 |
| 5/1/24 – 5/31/24 | $9,945.20[9] | $0.00 | $9,945.20 | $0.00 |
| 6/1/24 – 6/30/24 | $26,166.80[10] | $0.00 | $26,166.80 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[11] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[12] | $0.00 | $5,944.80 | $0.00 |

**Total Unpaid to Date**                                            **$0.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount represents 80% of Claro's total monthly fees in the amount of $19,496.50 on account of Claro's
March 2024 fee statement.
[8] This amount represents 80% of Claro's total monthly fees in the amount of $18,223.00 on account of Claro's April
2024 fee statement.
[9] This amount represents 80% of Claro's total monthly fees in the amount of $12,431.50 on account of Claro's May
2024 fee statement.
[10] This amount represents 80% of Claro's total monthly fees in the amount of $32,708.50 on account of Claro's June
2024 fee statement.
[11] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July
2024 fee statement.
[12] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's
August 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $30,753.20 which consists of eighty percent (80%) of Stout's total fees of $38,441.50 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  October 29, 2024                          Respectfully submitted,

                                                  *By: /s/ Katheryn McNally*
                                                  The Claro Group, A Stout Business
                                                  1 S. Wacker Drive, Suite 3800
                                                  Chicago, IL 60606
                                                  Email: kmcnally@stout.com

                                                  *Expert Consultant and Expert Witness to the*
                                                  *Official Committee of Unsecured Creditors*

# EXHIBIT A

Exhibit A
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 2.70 | $ 1,714.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 6.10 | $ 3,812.50 |
| Blum, Brett | Manager | $ 370.00 | 28.10 | $ 10,397.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 17.40 | $ 6,438.00 |
| Ramljak, Danny | Associate | $ 320.00 | 10.70 | $ 3,424.00 |
| Aiello, Madison | Associate | $ 305.00 | 29.10 | $ 8,875.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 7.60 | $ 2,128.00 |
| Cortens, Morgan | Analyst | $ 280.00 | 5.90 | $ 1,652.00 |
| **Total Hours and Fees:** | | | **107.60** | **$ 38,441.50** |
| **Blended Rate:** | | **$ 357.26** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours September 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 34.8 | $ 11,518.00 |
| Communication with Counsel | 0.4 | $ 250.00 |
| Coverage Analysis | 66.5 | $ 23,839.00 |
| Fee Applications | 1.4 | $ 571.00 |
| Valuation Model Development and Reporting | 4.5 | $ 2,263.50 |
| **Total** | **107.60** | **$ 38,441.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 9/5/2024 | Schwab, Matt | Coverage Analysis | Meeting with AMBoswell, BBlum, and KMcNally to discuss coverage requests from INasatir | 0.3 | 625.00 | $187.50 |
| 9/5/2024 | McNally, Katheryn | Coverage Analysis | Meeting with AMBoswell, BBlum, and MSchwab to discuss coverage requests from INasatir | 0.3 | 635.00 | $190.50 |
| 9/5/2024 | Boswell, Anne Margaret | Coverage Analysis | Meeting with KMcNally, BBlum, and MSchwab to discuss coverage requests from INasatir | 0.3 | 370.00 | $111.00 |
| 9/5/2024 | Blum, Brett | Coverage Analysis | Meeting with KMcNally, AMBoswell, and MSchwab to discuss coverage request from INasatir | 0.3 | 370.00 | $111.00 |
| 9/10/2024 | Ramljak, Danny | Coverage Analysis | Meeting with BBlum and AMBoswell to discuss updated coverage analysis | 1.0 | 320.00 | $320.00 |
| 9/10/2024 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, set up review template and correspondence to team re: same | 1.0 | 370.00 | $370.00 |
| 9/10/2024 | Boswell, Anne Margaret | Coverage Analysis | Meeting with BBlum and DRamljak to discuss updated coverage analysis | 1.0 | 370.00 | $370.00 |
| 9/10/2024 | Blum, Brett | Coverage Analysis | Meeting with AMBoswell and DRamljak to discuss updated coverage analysis | 1.0 | 370.00 | $370.00 |
| 9/10/2024 | Blum, Brett | Coverage Analysis | QCing abuse dates included within the allocation by lane analysis | 3.2 | 370.00 | $1,184.00 |
| 9/11/2024 | Cortens, Morgan | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.9 | 280.00 | $532.00 |
| 9/11/2024 | Ramljak, Danny | Coverage Analysis | Internal correspondence re: dates of abuse and POC scoring for coverage allocation | 0.2 | 320.00 | $64.00 |
| 9/12/2024 | Cortens, Morgan | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.0 | 280.00 | $840.00 |
| 9/13/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 4.0 | 280.00 | $1,120.00 |
| 9/13/2024 | Aggarwal, Shruti | Claimant File Analysis | Continue to analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.6 | 280.00 | $1,008.00 |
| 9/13/2024 | Cortens, Morgan | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.0 | 280.00 | $280.00 |
| 9/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with DRamljak to discuss analysis of newly received claims from counsel | 0.4 | 370.00 | $148.00 |
| 9/17/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC of newly received claims from counsel | 1.3 | 370.00 | $481.00 |
| 9/17/2024 | Boswell, Anne Margaret | Coverage Analysis | QC of abuse start and end dates for coverage allocation analysis | 1.6 | 370.00 | $592.00 |
| 9/17/2024 | Ramljak, Danny | Coverage Analysis | Meeting with BBlum re: dates of abuse for coverage allocation | 0.6 | 320.00 | $192.00 |
| 9/17/2024 | Ramljak, Danny | Claimant File Analysis | Meeting with AMBoswell to discuss analysis of newly received claims from counsel | 0.4 | 320.00 | $128.00 |
| 9/17/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of claimant start and end dates of abuse | 2.1 | 320.00 | $672.00 |
| 9/17/2024 | Blum, Brett | Coverage Analysis | Meeting with DRamljak re: dates of abuse for coverage allocation | 0.6 | 370.00 | $222.00 |
| 9/18/2024 | McNally, Katheryn | Claimant File Analysis | Correspondence with AMBoswell and JStang re: entity analysis requested by counsel to the committee | 0.2 | 635.00 | $127.00 |
| 9/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of newly received claims from counsel and potential duplicate claimants | 0.5 | 370.00 | $185.00 |
| 9/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BBlum and DRamljak re: Dates of alleged abuse QC | 0.8 | 370.00 | $296.00 |
| 9/18/2024 | Aiello, Madison | Coverage Analysis | Preparing claimant allocation analysis for newly received claimants | 4.0 | 305.00 | $1,220.00 |
| 9/18/2024 | Aiello, Madison | Coverage Analysis | Continue preparing claimant allocation analysis for newly received claimants | 1.4 | 305.00 | $427.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of newly received claims from counsel | 0.2 | 320.00 | $64.00 |
| 9/18/2024 | Ramljak, Danny | Claimant File Analysis | Meeting with AMBoswell and BBlum re: Dates of alleged abuse QC | 0.8 | 320.00 | $256.00 |
| 9/18/2024 | Blum, Brett | Claimant File Analysis | Meeting with AMBoswell and DRamljak re: Dates of alleged abuse QC | 0.8 | 370.00 | $296.00 |
| 9/18/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of claimant start and end dates of abuse | 2.1 | 320.00 | $672.00 |
| 9/18/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation to include newly received claims from counsel | 1.8 | 320.00 | $576.00 |
| 9/18/2024 | Blum, Brett | Coverage Analysis | Analyze data for updated coverage allocations | 1.0 | 370.00 | $370.00 |
| 9/18/2024 | Blum, Brett | Coverage Analysis | Continue to analyze data for updated coverage allocations | 2.9 | 370.00 | $1,073.00 |
| 9/18/2024 | Blum, Brett | Coverage Analysis | Continue to analyze data for updated coverage allocations | 2.8 | 370.00 | $1,036.00 |
| 9/19/2024 | McNally, Katheryn | Claimant File Analysis | Review and edit abuser entity analysis requested by counsel to the committee | 0.6 | 635.00 | $381.00 |
| 9/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BBlum to discuss duplicate claimants | 0.3 | 370.00 | $111.00 |
| 9/19/2024 | Blum, Brett | Claimant File Analysis | Meeting with AMBoswell to discuss duplicate claimants | 0.3 | 370.00 | $111.00 |
| 9/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC of newly received claims from counsel | 1.0 | 370.00 | $370.00 |
| 9/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Fold newly received claims into abuser entity analysis per request of counsel | 1.2 | 370.00 | $444.00 |
| 9/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Abuser entity analysis with severity tier per request of counsel continued | 1.3 | 370.00 | $481.00 |
| 9/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Abuser entity analysis with severity tier per request of counsel | 2.3 | 370.00 | $851.00 |
| 9/19/2024 | Aiello, Madison | Coverage Analysis | Updating claimant allocation analysis for newly received claimants | 4.0 | 305.00 | $1,220.00 |
| 9/19/2024 | Aiello, Madison | Coverage Analysis | Correspondence with BBlum to discuss claimant allocation analysis for newly received claimants | 0.5 | 305.00 | $152.50 |
| 9/19/2024 | Aiello, Madison | Coverage Analysis | Continue updating claimant allocation analysis for newly received claimants and correspondences with BBlum | 1.2 | 305.00 | $366.00 |
| 9/19/2024 | Blum, Brett | Coverage Analysis | Claimant allocation analysis | 1.9 | 370.00 | $703.00 |
| 9/19/2024 | Blum, Brett | Coverage Analysis | Continue claimant allocation analysis | 2.3 | 370.00 | $851.00 |
| 9/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Meet with DRamljak re: Analysis of claimants by responsible entity | 0.5 | 370.00 | $185.00 |
| 9/20/2024 | Boswell, Anne Margaret | Coverage Analysis | Analysis of updated claimant allocation and send to counsel | 0.6 | 370.00 | $222.00 |
| 9/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Updates to abuser entity analysis per KMcNally comments | 0.6 | 370.00 | $222.00 |
| 9/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Finalize abuser entity analysis and send to counsel | 0.6 | 370.00 | $222.00 |
| 9/20/2024 | Aiello, Madison | Coverage Analysis | Date comparison by claimant & updating claimant allocation analysis | 1.6 | 305.00 | $488.00 |
| 9/20/2024 | Aiello, Madison | Coverage Analysis | Correspondence with MSchwab and BBlum to discuss claimant allocation analysis | 0.5 | 305.00 | $152.50 |
| 9/20/2024 | Schwab, Matt | Valuation Model Development and Reporting | Review and QC of new claims filed and update claim slotting spreadsheet | 2.7 | 625.00 | $1,687.50 |
| 9/20/2024 | Ramljak, Danny | Claimant File Analysis | Meet with AMBoswell re: Analysis of claimants by responsible entity | 0.5 | 320.00 | $160.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 9/20/2024 | Ramljak, Danny | Claimant File Analysis | Claimant by abuser entity analysis | 1.0 | 320.00 | $320.00 |
| 9/23/2024 | Aiello, Madison | Coverage Analysis | Call with MSchwab and BBlum regarding adjustments to insurance allocation analysis | 0.4 | 305.00 | $122.00 |
| 9/23/2024 | Schwab, Matt | Coverage Analysis | Call with BBlum and MAiello regarding adjustments to insurance allocation analysis | 0.4 | 625.00 | $250.00 |
| 9/23/2024 | Boswell, Anne Margaret | Fee Applications | August Monthly Fee App package preparation | 0.7 | 370.00 | $259.00 |
| 9/23/2024 | Blum, Brett | Coverage Analysis | Call with MSchwab and MAiello regarding adjustments to insurance allocation analysis | 0.4 | 370.00 | $148.00 |
| 9/24/2024 | Aiello, Madison | Coverage Analysis | Preparing per person claim sets for updated allocation scenarios and preparing summary | 3.2 | 305.00 | $976.00 |
| 9/24/2024 | McNally, Katheryn | Fee Applications | Analyze August fee app package and provide edits to AMBoswell | 0.2 | 635.00 | $127.00 |
| 9/24/2024 | Blum, Brett | Coverage Analysis | QCing claim sets for allocations | 0.8 | 370.00 | $296.00 |
| 9/25/2024 | Aiello, Madison | Coverage Analysis | Preparing per occurrence claim sets for updated allocation scenarios and updating summary | 2.8 | 305.00 | $854.00 |
| 9/26/2024 | Boswell, Anne Margaret | Fee Applications | Updates to August Monthly Fee App and finalize for counsel | 0.5 | 370.00 | $185.00 |
| 9/26/2024 | Aiello, Madison | Coverage Analysis | Correspondence with BBlum regarding updated claimant allocation for newly received claimants | 0.6 | 305.00 | $183.00 |
| 9/26/2024 | Blum, Brett | Coverage Analysis | QCing preliminary allocation results, providing feedback for necessary updates | 2.7 | 370.00 | $999.00 |
| 9/27/2024 | Boswell, Anne Margaret | Coverage Analysis | Meeting with BBlum, KMcNally, and MAiello to discuss status of coverage deliverable per request of counsel | 0.4 | 370.00 | $148.00 |
| 9/27/2024 | McNally, Katheryn | Coverage Analysis | Meeting with BBlum, MAiello, and AMBoswell to discuss status of coverage deliverable per request of counsel | 0.4 | 635.00 | $254.00 |
| 9/27/2024 | McNally, Katheryn | Coverage Analysis | Analyze and finalize external deliverables summarizing updated allocation results requested by counsel to the committee | 0.6 | 635.00 | $381.00 |
| 9/27/2024 | Aiello, Madison | Coverage Analysis | Preparing updated allocations including newly received claimants | 4.0 | 305.00 | $1,220.00 |
| 9/27/2024 | Aiello, Madison | Coverage Analysis | Meeting with BBlum, KMcNally, and AMBoswell to discuss status of coverage deliverable per request of counsel | 0.4 | 305.00 | $122.00 |
| 9/27/2024 | Aiello, Madison | Coverage Analysis | Continue preparing updated allocations including newly received claimants | 1.8 | 305.00 | $549.00 |
| 9/27/2024 | Blum, Brett | Coverage Analysis | Meeting with KMcNally, MAiello, and AMBoswell to discuss status of coverage deliverable per request of counsel | 0.4 | 370.00 | $148.00 |
| 9/27/2024 | Blum, Brett | Coverage Analysis | QCing allocation results; analyzing claimant data and providing feedback on necessary allocation changes | 1.4 | 370.00 | $518.00 |
| 9/27/2024 | Blum, Brett | Coverage Analysis | QCing updated allocations, analyzing allocation input adjustments, and updating allocation results | 2.7 | 370.00 | $999.00 |
| 9/30/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of debtor's claim categorizations per the request of counsel | 0.5 | 370.00 | $185.00 |
| 9/30/2024 | Schwab, Matt | Coverage Analysis | Call with BBlum and MAiello to discuss updated valuation figures for coverage allocation | 0.5 | 625.00 | $312.50 |
| 9/30/2024 | Schwab, Matt | Communication with Counsel | Call with BBlum and counsel to discuss insurance coverage valuation questions | 0.4 | 625.00 | $250.00 |
| 9/30/2024 | Schwab, Matt | Coverage Analysis | USF&G coverage analysis to support settlement discussions | 1.8 | 625.00 | $1,125.00 |
| 9/30/2024 | Aiello, Madison | Coverage Analysis | Call with BBlum and MSchwab to discuss updated valuation figures for coverage allocation | 0.5 | 305.00 | $152.50 |
| 9/30/2024 | Aiello, Madison | Coverage Analysis | Addressing counsel's questions related to claimant count allocation | 2.2 | 305.00 | $671.00 |
| 9/30/2024 | McNally, Katheryn | Coverage Analysis | Evaluate coverage considerations at request of counsel to the committee | 0.4 | 635.00 | $254.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 9/30/2024 | Blum, Brett | Coverage Analysis | Call with MSchwab and MAiello to discuss updated valuation figures for coverage allocation | 0.5 | 370.00 | $185.00 |
| 9/30/2024 | Blum, Brett | Coverage Analysis | Call with MSchwab and counsel to discuss insurance coverage valuation questions | 0.4 | 370.00 | $148.00 |
| 9/30/2024 | Blum, Brett | Coverage Analysis | Creating, QCing, summarizing and distributing updated versions of the allocation results summaries | 1.7 | 370.00 | $629.00 |
| **GRAND TOTAL** | | | | **107.60** | | **$38,441.50** |

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: December 4, 2024 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD OCTOBER 1, 2024 – OCTOBER 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2024 through October 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4896-2032-2045.1 05067.002

are as follows:

| October 1, 2024 to October 31, 2024 | |
|---|---|
| Fees | $1,596.50 |
| Expenses | $0.00 |
| **Total** | $1,596.50 |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
|---|---|---|---|---|
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $30,753.20 |

**Total Unpaid to Date**      **$30,753.20**

## NO PRIOR REQUEST

5.    With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].
[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.
[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.
[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 4, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $1,277.20 which consists of eighty percent (80%) of Stout's total fees of $1,596.50 for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  November 20, 2024                    Respectfully submitted,

                                             *By: /s/ Katheryn McNally*
                                             The Claro Group, A Stout Business
                                             1 S. Wacker Drive, Suite 3800
                                             Chicago, IL 60606
                                             Email: kmcnally@stout.com

                                             *Expert Consultant and Expert Witness to the*
                                             *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.30 | $ 190.50 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 2.60 | $ 962.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.20 | $ 444.00 |
| | **Total Hours and Fees:** | | **4.10** | **$ 1,596.50** |
| | **Blended Rate:** | **$ 389.39** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours October 2024 | Total Compensation |
|---|---|---|
| Fee Applications | 2.9 | $ 1,152.50 |
| Valuation Model Development and Reporting | 1.2 | $ 444.00 |
| **Total** | **4.10** | **$ 1,596.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/8/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Update summary & comparison summary of valuation file for newly received POCs from counsel | 1.2 | 370.00 | $444.00 |
| 10/23/2024 | Boswell, Anne Margaret | Fee Applications | Prepare September Monthly Fee App package | 1.6 | 370.00 | $592.00 |
| 10/24/2024 | Boswell, Anne Margaret | Fee Applications | Prepare September Monthly Fee App package | 0.6 | 370.00 | $222.00 |
| 10/25/2024 | Boswell, Anne Margaret | Fee Applications | Finalize September Monthly Fee App package and send to counsel | 0.4 | 370.00 | $148.00 |
| 10/24/2024 | McNally, Katheryn | Fee Applications | Review and edit September Monthly Fee App package | 0.3 | 635.00 | $190.50 |
| **GRAND TOTAL** | | | | **4.10** | | **$1,596.50** |

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Seventh Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka the Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2024 Through October 31, 2024* to be served on November 27, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 27, 2024.

/s/ *Nancy H. Brown*
Nancy H. Brown

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## SUMMARY COVER SHEET TO EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/2024 | 02/28/2025 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 10/31/2024[2] |
| **Total amounts awarded in all prior Applications:** | | $600,979.00 |
| **Total fees requested in this Application:** | | $52,951.00 |
| **Total hours covered by this Application:** | | 142.6 |
| **Average hourly rate:** | | $371.33 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees from 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted during this period.

| Reimbursable expenses sought in this Application: | $0.00 |
|---|---|

Listed below are the professionals at The Claro Group, LLC ('Claro'), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2024 through February 28, 2025 (the "Application Period").

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 3.9 | 2,476.50 |
| Schwab, Matt | Managing Director | $625 | 7.1 | 4,437.50 |
| Aiello, Madison | Manager | $370 | 13.1 | 4,847.00 |
| Blum, Brett | Manager | $370 | 5.7 | 2,109.00 |
| Boswell, Anne Margaret | Manager | $370 | 59.7 | 22,089.00 |
| Ramljak, Danny | Manager | $370 | 20.6 | 7,622.00 |
| Cortens, Morgan | Associate | $305 | 10.8 | 3,294.00 |
| Aggarwal, Shruti | Analyst | $280 | 13.5 | 3,780.00 |
| Rhodes, Freddie | Analyst | $280 | 8.2 | 2,296.00 |
| **Total** | | | **142.6** | **$52,951.00** |

**COMPENSATION AND HOURS BY TASK**
**NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 53.6 | 21,649.50 |
| Claimant File Analysis | 65.3 | 21,768.00 |
| Fee Applications | 9.9 | 3,795.50 |
| Valuation Model Development and Reporting | 13.1 | 5,293.50 |
| Communication with Counsel | 0.7 | 444.50 |
| **Total** | **142.6** | **$52,951.00** |

No expenses were incurred by Stout during the Application Period.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## EIGHTH INTERIM APPLICATION
## FOR ALLOWANCE OF COMPENSATION
## OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## <u>FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025</u>

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>April 17, 2025, AT 1:30 PM.</u> BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Stout Risius Ross, LLC ("<u>Stout</u>") (FKA The Claro Group, LLC ("<u>Claro</u>")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby files its *Eighth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2024 Through February 28, 2025* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.     INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $52,951.00 for the period November 1, 2024 through February 28, 2025 (the "Application Period"). As of February 28, 2025, Stout has received payments totaling $657,108.60 representing Stout's total billed amount in its first, second, third, fourth, fifth and sixth interim fee applications, and 80% of the monthly billed amounts on account of its July, August, September, October, November, and December 2024 monthly fee statements.   To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II.     JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

### III.    BACKGROUND

#### A.    Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

#### B.    Employment of Claro

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness*

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

*to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order"). The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert witness in this Chapter 11 case.

### C. Stout's Acquisition of Claro

9. On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement are now employees of Stout.

## IV. WORK PERFORMED

10. Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period November 1, 2024 through February 28, 2025.

## V. SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11. During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) communication with counsel. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

### A. Coverage Analysis

12. During the Application Period, Stout continued to analyze the Debtor's available

insurance coverage as directed by the Committee. Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage. Stout continued to allocate claim values amongst the applicable policies within that coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees: $21,649.50          Hours: 53.6

**B.     Claimant File Analysis**

13.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("POC Forms") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns.

Fees: $21,768.00          Hours: 65.3

**C.     Fee Applications**

14.     During the Application Period, Stout prepared and submitted its Seventh Interim Fee Application and four Monthly Fee Applications for the periods beginning October 1, 2024 and ending January 31, 2025.

Fees: $3,795.50          Hours: 9.9

**D.     Valuation Model Development and Reporting**

15.     Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed

discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees:  $5,293.50            Hours:  13.1

### E.    **Communication with Counsel**

16.    Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>"), co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

Fees:  $444.50            Hours:  0.7

### VI.    **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

17.    As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

18.     No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity, on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person or entity has already received or may receive for services that they rendered in, or in connection with this case, except that Stout will share any compensation or reimbursement it receives in connection with this case with its members and other firm employees (as originally disclosed in the Retention Application).

## VII.     THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     Section 330 provides that a court may award a professional employed under 11 U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

20.     Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

21.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

22.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time

limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

23. As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 157.7 hours during the Application Period, for a total fee of $52,951.00. The blended hourly rate for this Application is $371.37 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

24. This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

25. Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse

claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

**The Customary Fee**

26.     Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $371.37 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

**Whether the Fee is Fixed or Contingent**

27.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

28.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

29.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $52,951.00. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

30.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

31.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

32.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

### Awards in Similar Cases

33.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

34.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.   RESERVATION OF RIGHTS

35.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.    NO PRIOR REQUEST

36.    No prior application for the relief requested herein has been made to this or any other court.

## X.    CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $52,951.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated: March 27, 2025

Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

Expert Consultant and Expert Witness to the
Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING EIGHTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

CAME ON for consideration the *Eighth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period November 1, 2024 through February 28, 2025* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period November 1, 2024 through February 28, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

### IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4919-6250-8591.1 05067.002

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$52,951.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$52,951.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 10, 2025 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD NOVEMBER 1, 2024 – NOVEMBER 30, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2024 through November 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| November 1, 2024 to November 30, 2024 | |
|---|---|
| Fees | **$9,672.50** |
| Expenses | $0.00 |
| **Total** | **$9,672.50** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $1,277.20 |

**Total Unpaid to Date**                                    **$1,277.20**

## **NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 10, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $7,738.00 which consists of eighty percent (80%) of Stout's total fees of $9,672.50 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  December 27, 2024                    Respectfully submitted,

                                            By: /s/ Katheryn McNally
                                            The Claro Group, A Stout Business
                                            1 S. Wacker Drive, Suite 3800
                                            Chicago, IL 60606
                                            Email: kmcnally@stout.com

                                            *Expert Consultant and Expert Witness to the*
                                            *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.60 | $ 1,016.00 |
| Blum, Brett | Manager | $ 370.00 | 4.60 | $ 1,702.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 11.90 | $ 4,403.00 |
| Ramljak, Danny | Manager | $ 370.00 | 3.10 | $ 1,147.00 |
| Cortens, Morgan | Associate | $ 305.00 | 1.30 | $ 396.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 3.60 | $ 1,008.00 |
| **Total Hours and Fees:** | | | **26.10** | **$ 9,672.50** |
| **Blended Rate:** | | **$ 370.59** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours November 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 8.3 | $ 2,662.50 |
| Communication with Counsel | 0.7 | $ 444.50 |
| Coverage Analysis | 5.6 | $ 2,072.00 |
| Fee Applications | 5.7 | $ 2,188.50 |
| Valuation Model Development and Reporting | 5.8 | $ 2,305.00 |
| **Total** | **26.10** | **$ 9,672.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Draft Seventh Interim Fee Application | 1.9 | 370.00 | $703.00 |
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Draft Seventh Interim Fee Application continued | 0.7 | 370.00 | $259.00 |
| 11/1/2024 | Boswell, Anne Margaret | Fee Applications | Preparation of the October Monthly Fee Application package | 1.0 | 370.00 | $370.00 |
| 11/6/2024 | Boswell, Anne Margaret | Fee Applications | Prepare Seventh Interim Fee Application | 0.5 | 370.00 | $185.00 |
| 11/8/2024 | Boswell, Anne Margaret | Fee Applications | Finalize October Monthly Fee Application package and send to counsel | 0.5 | 370.00 | $185.00 |
| 11/8/2024 | Boswell, Anne Margaret | Fee Applications | Finalize Seventh Interim Fee Application and send to KMcNally for final review | 0.2 | 370.00 | $74.00 |
| 11/12/2024 | Boswell, Anne Margaret | Fee Applications | Updates to Seventh Interim Fee Application and Exhibits per KMcNally comments | 0.4 | 370.00 | $148.00 |
| 11/12/2024 | McNally, Katheryn | Fee Applications | Review and edit Seventh Interim Fee Application | 0.3 | 635.00 | $190.50 |
| 11/13/2024 | Boswell, Anne Margaret | Fee Applications | Finalize and send Seventh Interim Fee Application to counsel | 0.2 | 370.00 | $74.00 |
| 11/14/2024 | McNally, Katheryn | Communication with Counsel | Call with INasatir to discuss valuation request from carrier | 0.5 | 635.00 | $317.50 |
| 11/14/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss Travelers claim valuation request from counsel | 0.3 | 635.00 | $190.50 |
| 11/14/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with KMcNally to discuss Travelers claim valuation request from counsel | 0.3 | 370.00 | $111.00 |
| 11/14/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Valuation of new and previously valued claims at various verdict values | 1.7 | 370.00 | $629.00 |
| 11/15/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC of updated valuation model as requested by counsel | 0.6 | 370.00 | $222.00 |
| 11/15/2024 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Create summary of valuation for Travelers claims to support mediation per request of counsel | 1.2 | 370.00 | $444.00 |
| 11/15/2024 | McNally, Katheryn | Communication with Counsel | Email correspondence with INasatir re: information request re: Travelers claimants | 0.2 | 635.00 | $127.00 |
| 11/15/2024 | McNally, Katheryn | Valuation Model Development and Reporting | Edits to Travelers claim valuation summary prepared at the request of counsel | 0.3 | 635.00 | $190.50 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, fold into review template, and correspondence to review team re: same | 1.0 | 370.00 | $370.00 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Summarize non-duplicative timely vs. late-filed claims per request of counsel | 0.5 | 370.00 | $185.00 |
| 11/18/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicative claims per newly received claims from counsel | 0.4 | 370.00 | $148.00 |
| 11/19/2024 | Boswell, Anne Margaret | Claimant File Analysis | Respond to outstanding POC review questions from review team | 0.2 | 370.00 | $74.00 |
| 11/19/2024 | Aggarwal, Shruti | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.6 | 280.00 | $1,008.00 |
| 11/19/2024 | Cortens, Morgan | Claimant File Analysis | Analyze newly received POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.3 | 305.00 | $396.50 |
| 11/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | QC of review of newly received claims from counsel | 0.9 | 370.00 | $333.00 |
| 11/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicates per newly received claims received from counsel and correspondence with team re: same | 0.4 | 370.00 | $148.00 |
| 11/20/2024 | Boswell, Anne Margaret | Coverage Analysis | QC of Sparta Allocation Summary analysis per request of counsel | 1.0 | 370.00 | $370.00 |
| 11/20/2024 | Ramljak, Danny | Valuation Model Development and Reporting | Updating valuation model for new claimants received from counsel | 1.4 | 370.00 | $518.00 |
| 11/20/2024 | Blum, Brett | Coverage Analysis | Prepare Sparta Allocation Summary analysis per request of counsel | 2.9 | 370.00 | $1,073.00 |
| 11/20/2024 | Blum, Brett | Coverage Analysis | Prepare Sparta Allocation Summary analysis per request of counsel continued | 1.7 | 370.00 | $629.00 |
| **GRAND TOTAL** | | | | **26.10** | | **$9,672.50** |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: February 12, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD DECEMBER 1, 2024 – DECEMBER 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2024 through December 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| December 1, 2024 to December 31, 2024 | |
|---|---|
| Fees | $1,924.50 |
| Expenses | $0.00 |
| **Total** | $1,924.50 |

## SERVICES RENDERED AND EXPENSES INCURRED

3.     The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.     Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6]This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $0.00 | $7,738.00 |

**Total Unpaid to Date**                                    **$7,738.00**

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $1,539.60 which consists of eighty percent (80%) of Stout's total fees of $1,924.50 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  January 29, 2024                                      Respectfully submitted,

                                                             *By: /s/ Katheryn McNally*
                                                             The Claro Group, A Stout Business
                                                             1 S. Wacker Drive, Suite 3800
                                                             Chicago, IL 60606
                                                             Email: kmcnally@stout.com

                                                             *Expert Consultant and Expert Witness to the*
                                                             *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.70 | $ 444.50 |
| Blum, Brett | Manager | $ 370.00 | 1.10 | $ 407.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 1.70 | $ 629.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.20 | $ 444.00 |
| **Total Hours and Fees:** | | | **4.70** | **$ 1,924.50** |
| **Blended Rate:** | | **$ 409.47** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours December 2024 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 2.6 | $ 962.00 |
| Coverage Analysis | 0.7 | $ 444.50 |
| Fee Applications | 1.4 | $ 518.00 |
| **Total** | **4.70** | **$ 1,924.50** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 12/2/2024 | McNally, Katheryn | Coverage Analysis | Respond to request for data re: Travelers from INasatir | 0.3 | 635.00 | $190.50 |
| 12/3/2024 | Boswell, Anne Margaret | Fee Applications | Preparation of the November Monthly Fee App | 0.9 | 370.00 | $333.00 |
| 12/3/2024 | McNally, Katheryn | Coverage Analysis | Research allocation analysis requested by counsel to the committee and provide update on results | 0.4 | 635.00 | $254.00 |
| 12/4/2024 | Blum, Brett | Claimant File Analysis | Analysis of claimant information per request of counsel | 1.1 | 370.00 | $407.00 |
| 12/4/2024 | Ramljak, Danny | Claimant File Analysis | Analysis of claimant information per request of counsel | 1.2 | 370.00 | $444.00 |
| 12/20/2024 | Boswell, Anne Margaret | Fee Applications | Finalize November Monthly Fee App and send to counsel | 0.5 | 370.00 | $185.00 |
| 12/20/2024 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel and correspondence with review team re: same | 0.3 | 370.00 | $111.00 |
| **GRAND TOTAL** | | | | **4.70** | | **$1,924.50** |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 13, 2025 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JANUARY 1, 2025 – JANUARY 31, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2025 through January 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| January 1, 2025 to January 1, 2025 | |
|---|---|
| Fees | $13,147.50 |
| Expenses | $0.00 |
| **Total** | $13,147.50 |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6]This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0,00 | $0.00 | $1,539.60 |

**Total Unpaid to Date**                                              **$1,539.60**


## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement

### NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 13, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $10,518.00 which consists of eighty percent (80%) of Stout's total fees of $13,147.50 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  February 27, 2025                              Respectfully submitted,

                                                       By: /s/ Katheryn McNally
                                                       The Claro Group, A Stout Business
                                                       1 S. Wacker Drive, Suite 3800
                                                       Chicago, IL 60606
                                                       Email: kmcnally@stout.com

                                                       *Expert Consultant and Expert Witness to the*
                                                       *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**

**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.20 | $ 127.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 3.30 | $ 2,062.50 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 24.90 | $ 9,213.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.10 | $ 407.00 |
| Cortens, Morgan | Associate | $ 305.00 | 2.00 | $ 610.00 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 2.60 | $ 728.00 |
| **Total Hours and Fees:** | | | **34.10** | **$ 13,147.50** |
| **Blended Rate:** | | **$ 385.56** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours January 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 10.9 | $ 3,745.50 |
| Coverage Analysis | 20.5 | $ 8,350.00 |
| Fee Applications | 1.1 | $ 460.00 |
| Valuation Model Development and Reporting | 1.6 | $ 592.00 |
| **Total** | **34.10** | **$ 13,147.50** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Reconcile new claims received from counsel, add to template for staff review and correspondence re: same | 0.7 | 370.00 | $259.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC abuser entities and allegation info from newly received claims | 0.4 | 370.00 | $148.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Update abuser entity analysis per request of counsel | 3.2 | 370.00 | $1,184.00 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence to MSchwab re: updated abuser entity analysis per request of counsel | 0.3 | 370.00 | $111.00 |
| 1/2/2025 | Schwab, Matt | Claimant File Analysis | QC of updated abuser entity analysis to respond to counsel request | 0.3 | 625.00 | $187.50 |
| 1/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Finalize abuser entity analysis and send to counsel | 0.3 | 370.00 | $111.00 |
| 1/2/2025 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 1.6 | 305.00 | $488.00 |
| 1/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of staff review of newly received claims from counsel | 0.3 | 370.00 | $111.00 |
| 1/27/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, import into ANO review database and correspondence with the review staff re: same | 0.8 | 370.00 | $296.00 |
| 1/29/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 2.6 | 280.00 | $728.00 |
| 1/29/2025 | Cortens, Morgan | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 0.4 | 305.00 | $122.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab to discuss updated coverage request from counsel | 0.2 | 370.00 | $74.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update claimant coverage allocation analysis per request of counsel | 1.3 | 370.00 | $481.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per request of counsel | 1.5 | 370.00 | $555.00 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per request of counsel continued | 0.7 | 370.00 | $259.00 |
| 1/13/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell to discuss updated coverage request from counsel | 0.2 | 625.00 | $125.00 |
| 1/13/2025 | Schwab, Matt | Coverage Analysis | Update and QC updated coverage analysis requested by counsel | 1.3 | 625.00 | $812.50 |
| 1/13/2025 | Boswell, Anne Margaret | Coverage Analysis | Update coverage analysis per MSchwab's comments and answer MSchwab's outstanding questions | 1.0 | 370.00 | $370.00 |
| 1/14/2025 | Schwab, Matt | Coverage Analysis | QC updates to updated coverage analysis requested by counsel | 0.2 | 625.00 | $125.00 |
| 1/14/2025 | Boswell, Anne Margaret | Coverage Analysis | Finalize updated coverage analysis and correspondence to counsel re: same | 0.5 | 370.00 | $185.00 |
| 1/17/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab to discuss updated coverage analysis request | 0.5 | 370.00 | $185.00 |
| 1/17/2025 | Schwab, Matt | Coverage Analysis | Work on claimant coverage schedule updates requested by counsel to the committee | 0.6 | 625.00 | $375.00 |
| 1/17/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel | 0.8 | 370.00 | $296.00 |
| 1/17/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell to discuss updated coverage analysis request | 0.5 | 625.00 | $312.50 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Summary of occurrence and aggregate limits for various carrier policies per request of counsel | 1.1 | 370.00 | $407.00 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of total triggered limits by claimant per request of counsel | 2.0 | 370.00 | $740.00 |
| 1/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of total triggered limits by claimant per request of counsel continued | 1.8 | 370.00 | $666.00 |
| 1/21/2025 | Schwab, Matt | Coverage Analysis | Review draft deliverable from AMBoswell regarding updated coverage analysis | 0.2 | 625.00 | $125.00 |
| 1/22/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel | 2.0 | 370.00 | $740.00 |
| 1/22/2025 | Boswell, Anne Margaret | Coverage Analysis | Updates to coverage analysis per request of counsel continued | 2.3 | 370.00 | $851.00 |
| 1/28/2025 | Boswell, Anne Margaret | Coverage Analysis | Finalize updated coverage analysis and send to counsel | 1.8 | 370.00 | $666.00 |
| 1/8/2025 | Boswell, Anne Margaret | Fee Applications | December Monthly Fee App preparation | 0.6 | 370.00 | $222.00 |
| 1/28/2025 | Boswell, Anne Margaret | Fee Applications | Finalize December Monthly fee app and send to counsel | 0.3 | 370.00 | $111.00 |
| 1/28/2025 | McNally, Katheryn | Fee Applications | Finalize December Monthly Fee App | 0.2 | 635.00 | $127.00 |
| 1/13/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file for additional claims received from counsel | 0.5 | 370.00 | $185.00 |
| 1/13/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation model for new claimants | 1.1 | 370.00 | $407.00 |
| **GRAND TOTAL** | | | | **34.10** | | **$ 13,147.50** |

# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: April 8, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD FEBRUARY 1, 2025 – FEBRUARY 28, 2025</u>

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from February 1, 2025 through February 28, 2025 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

### <u>RELIEF REQUESTED</u>

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| February 1, 2025 to February 28, 2025 | |
|---|---|
| Fees | $28,206.50 |
| Expenses | $0.00 |
| **Total** | **$28,206.50** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0.00 | $1,539.60 | $0.00 |
| 1/1/25 – 1/31/25 | $10,518.00[14] | $0.00 | $0.00 | $10,518.00 |

**Total Unpaid to Date**                                      **$10,518.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement.

[14] This amount represents 80% of Claro's total monthly fees in the amount of $13,147.50 on account of Claro's January 2025 fee statement.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

6.　　In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.　　Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 8, 2025 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.　　If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $22,565.20 which consists of eighty percent (80%) of Stout's total fees of $28,206.50 for the Statement Period.

4919-5327-2110.1 05067.002　　　　　　　　　　5

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  March 25, 2025                                    Respectfully submitted,

                                                          By: /s/ Katheryn McNally
                                                          The Claro Group, A Stout Business
                                                          1 S. Wacker Drive, Suite 3800
                                                          Chicago, IL 60606
                                                          Email: kmcnally@stout.com

                                                          *Expert Consultant and Expert Witness to the*
                                                          *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 1.40 | $ 889.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 3.80 | $ 2,375.00 |
| Aiello, Madison | Manager | $ 370.00 | 13.10 | $ 4,847.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 21.20 | $ 7,844.00 |
| Ramljak, Danny | Manager | $ 370.00 | 15.20 | $ 5,624.00 |
| Cortens, Morgan | Associate | $ 305.00 | 7.50 | $ 2,287.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 7.30 | $ 2,044.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 8.20 | $ 2,296.00 |
| **Total Hours and Fees:** | | | **77.70** | **$ 28,206.50** |
| **Blended Rate:** | | **$ 363.02** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours February 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 43.5 | $ 14,398.00 |
| Coverage Analysis | 26.8 | $ 10,783.00 |
| Fee Applications | 1.7 | $ 629.00 |
| Valuation Model Development and Reporting | 5.7 | $ 2,396.50 |
| **Total** | **77.70** | **$ 28,206.50** |

Exhibit A
Detailed Time Records

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|--------------|---------------|-------------|-------|------|--------|
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Create Count of Claims by Law Firm Summary inclusive of all claims received to date | 2.0 | 370.00 | $740.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates for Count of Claims by Law Firm Summary | 0.6 | 370.00 | $222.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Updates to Count of Claims by Law firm Summary per KMcNally comments and correspondence re: same | 0.8 | 370.00 | $296.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with FRhodes to discuss ANO POC form analysis | 0.7 | 370.00 | $259.00 |
| 2/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into ANO review template, and correspondence with review team re: same | 0.8 | 370.00 | $296.00 |
| 2/11/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: law firm and duplicates per new claim forms received from counsel | 1.0 | 370.00 | $370.00 |
| 2/11/2025 | Rhodes, Freddie | Claimant File Analysis | Meeting with AMBoswell to discuss ANO POC form analysis | 0.7 | 280.00 | $196.00 |
| 2/11/2025 | McNally, Katheryn | Claimant File Analysis | Prepare claimant summaries to support mediation statement at request of counsel to the committee | 0.7 | 635.00 | $444.50 |
| 2/11/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.0 | 305.00 | $915.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates per newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | Finalize Count of Claims by Law Firm Summary and correspondence to counsel re: same | 0.7 | 370.00 | $259.00 |
| 2/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/12/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file based on new claims received from counsel | 0.5 | 370.00 | $185.00 |
| 2/12/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to incorporate new claimants received from counsel | 1.0 | 370.00 | $370.00 |
| 2/12/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.2 | 280.00 | $616.00 |
| 2/12/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.5 | 305.00 | $457.50 |
| 2/12/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.8 | 280.00 | $504.00 |
| 2/18/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into review template, and correspondence with review team re: same | 0.9 | 370.00 | $333.00 |
| 2/19/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.3 | 280.00 | $924.00 |
| 2/19/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.2 | 305.00 | $671.00 |
| 2/19/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.8 | 280.00 | $504.00 |
| 2/20/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 1.5 | 370.00 | $555.00 |
| 2/20/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of potential duplicates per newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 2/20/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss updated valuation per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/20/2025 | Ramljak, Danny | Claimant File Analysis | QC staff's analysis of newly received claims from counsel | 1.8 | 370.00 | $666.00 |
| 2/20/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss updated valuation per request of counsel | 0.5 | 370.00 | $185.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 2/20/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.0 | 280.00 | $560.00 |
| 2/20/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.8 | 305.00 | $244.00 |
| 2/20/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.7 | 280.00 | $1,036.00 |
| 2/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to discuss updated insurance allocations per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Boswell, Anne Margaret | Claimant File Analysis | Internal meeting with DRamljak re: abuser accusation analysis | 0.3 | 370.00 | $111.00 |
| 2/21/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MAiello and DRamljak to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Boswell, Anne Margaret | Fee Applications | Preparation of January Monthly Fee App | 1.3 | 370.00 | $481.00 |
| 2/21/2025 | Ramljak, Danny | Claimant File Analysis | Update abuser accusation analysis for additional claimants received from counsel | 0.9 | 370.00 | $333.00 |
| 2/21/2025 | Ramljak, Danny | Claimant File Analysis | Internal meeting with AMBoswell re: abuser accusation analysis | 0.3 | 370.00 | $111.00 |
| 2/21/2025 | Ramljak, Danny | Coverage Analysis | Call with MAiello and AMBoswell to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to discuss updated insurance allocations per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to incorporate new claimants received from counsel | 2.1 | 370.00 | $777.00 |
| 2/21/2025 | McNally, Katheryn | Valuation Model Development and Reporting | QC updated preliminary valuation requested by counsel to the committee | 0.7 | 635.00 | $444.50 |
| 2/21/2025 | Aiello, Madison | Coverage Analysis | Prepare updated claim sets for new claimants received from counsel | 2.8 | 370.00 | $1,036.00 |
| 2/21/2025 | Aiello, Madison | Coverage Analysis | Call with DRamljak and AMBoswell to discuss updated allocation runs per request of counsel | 0.5 | 370.00 | $185.00 |
| 2/21/2025 | Schwab, Matt | Valuation Model Development and Reporting | QC of updated valuation file | 0.4 | 625.00 | $250.00 |
| 2/24/2025 | Boswell, Anne Margaret | Coverage Analysis | QC claimant information for updated coverage analysis | 2.0 | 370.00 | $740.00 |
| 2/24/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to discuss updated coverage analysis for counsel | 0.3 | 370.00 | $111.00 |
| 2/24/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to discuss updated coverage analysis for counsel | 0.3 | 370.00 | $111.00 |
| 2/24/2025 | Ramljak, Danny | Claimant File Analysis | Abuser accusation analysis for additional claimants received from counsel continued | 0.5 | 370.00 | $185.00 |
| 2/24/2025 | Ramljak, Danny | Claimant File Analysis | Abuser accusation analysis for additional claimants received from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/24/2025 | Aiello, Madison | Coverage Analysis | Prepare updated claim sets for new claimants received from counsel | 1.6 | 370.00 | $592.00 |
| 2/24/2025 | Aiello, Madison | Coverage Analysis | Run updated allocations for new claimants received from counsel | 3.0 | 370.00 | $1,110.00 |
| 2/26/2025 | Boswell, Anne Margaret | Coverage Analysis | QC updated insurance allocation results per request of counsel | 1.0 | 370.00 | $370.00 |
| 2/26/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to walkthrough updated insurance allocation runs to incorporate new claimants received from counsel | 1.9 | 370.00 | $703.00 |
| 2/26/2025 | Boswell, Anne Margaret | Fee Applications | Finalize January Monthly Fee App package and send to counsel | 0.4 | 370.00 | $148.00 |
| 2/26/2025 | Ramljak, Danny | Coverage Analysis | Analysis of updated allocation results | 0.7 | 370.00 | $259.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 2/26/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to walkthrough updated insurance allocation runs to incorporate new claimants received from counsel | 1.9 | 370.00 | $703.00 |
| 2/26/2025 | Aiello, Madison | Coverage Analysis | QC updated allocation results per request of counsel | 2.2 | 370.00 | $814.00 |
| 2/27/2025 | Ramljak, Danny | Coverage Analysis | Working session with MAiello re: updated allocation results | 0.2 | 370.00 | $74.00 |
| 2/27/2025 | Aiello, Madison | Coverage Analysis | Running updated allocations per request of counsel | 2.8 | 370.00 | $1,036.00 |
| 2/27/2025 | Aiello, Madison | Coverage Analysis | Working session with DRamljak re: updated allocation results | 0.2 | 370.00 | $74.00 |
| 2/27/2025 | Schwab, Matt | Coverage Analysis | Work on allocation analysis per updated valuation | 1.2 | 625.00 | $750.00 |
| 2/28/2025 | Schwab, Matt | Coverage Analysis | Finalize allocation analysis per updated valuation | 2.2 | 625.00 | $1,375.00 |
| **GRAND TOTAL** | | | | **77.70** | | **$28,206.50** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 27, 2025.


*/s/ Nancy H. Brown*
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO NINTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE
CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND
EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD MARCH 1, 2025 THROUGH JUNE 30, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2025 | 06/30/2025 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 02/28/2025[2] |
| **Total amounts awarded in all prior Applications:** | | $712,495.00 |
| **Total fees requested in this Application:** | | $91,956.00 |
| **Total hours covered by this Application:** | | 244.2 |
| **Average hourly rate:** | | $376.56 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees from 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted during this period.

Listed below are the professionals at The Claro Group, LLC ('Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2025 through June 30, 2025 (the "Application Period").

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### MARCH 1, 2025 THROUGH JUNE 30, 2025

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $635 | 8.8 | 5,588.00 |
| Schwab, Matt | Managing Director | $625 | 18.1 | 11,312.50 |
| Aiello, Madison | Manager | $370 | 38.5 | 14,245.00 |
| Boswell, Anne Margaret | Manager | $370 | 92.7 | 34,299.00 |
| Nguyen, Hung | Manager | $370 | 0.5 | 185.00 |
| Ramljak, Danny | Manager | $370 | 22.4 | 8,288.00 |
| Cortens, Morgan | Associate | $305 | 13.7 | 4,178.50 |
| Aggarwal, Shruti | Analyst | $280 | 11.5 | 3,220.00 |
| Heuberger, Bryn | Analyst | $280 | 0.5 | 140.00 |
| Rhodes, Freddie | Analyst | $280 | 37.5 | 10,500.00 |
| **Total** | | | **244.2** | **$91,956.00** |

2

**COMPENSATION AND HOURS BY TASK**
**MARCH 1, 2025 THROUGH JUNE 30, 2025**

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 67.1 | 29,603.00 |
| Claimant File Analysis | 113.4 | 37,941.00 |
| Fee Applications | 12 | 4,546.00 |
| Valuation Model Development and Reporting | 42.6 | 17,075.00 |
| Analysis of ANO Historical Settlements | 9.1 | 2,791.00 |
| **Total** | **244.2** | **$91,956.00** |

No expenses were incurred by Stout during the Application Period.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**NINTH INTERIM APPLICATION**
**FOR ALLOWANCE OF COMPENSATION**
**OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)**
**AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD MARCH 1, 2025 THROUGH JUNE 30, 2025**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON August 21, 2025, AT 1:30 PM.** BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Ninth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4

*Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2025 through June 30, 2025* (the "Application"). In support of the Application, Stout respectfully represents as follows:

## I.   INTRODUCTION

In this Application, Stout seeks interim allowance and payment of fees in the amount of $91,956.00 for the period March 1, 2025 through June 30, 2025 (the "Application Period"). As of June 30, 2025, Stout has received payments totaling $712,495.00 representing Stout's total billed amount in its first, second, third, fourth, fifth, sixth, seventh, and eighth quarterly fee applications. To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II.   JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order").

## III.   BACKGROUND

### A.   Introduction

4.    On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5

5.     The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

**B.     Employment of Claro**

7.     On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.     On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

witness in this Chapter 11 case.

**C.**     **Stout's Acquisition of Claro**

9.     On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement became employees of Stout.

## IV.    **WORK PERFORMED**

10.     Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. Attached hereto as **Exhibits A through D** are copies of Stout's Monthly Fee Statements to which are appended exhibits setting forth the time-keeping entries generated by the personnel who worked on this matter during Application Period March 1, 2025 through June 30, 2025.

## V.    **SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY**

11.     During the Application Period, Stout performed work primarily in the following five areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; and (e) analysis of ANO historical settlements. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in **Exhibits A through D**.

**A.**     **Coverage Analysis**

12.     During the Application Period, Stout reviewed and analyzed insurance policy information and performed allocations of newly-filed claims across years of insurance coverage to determine the insurers' allocable share of the liabilities. Additionally, Stout performed quality

control checks on the allocation results and discussed its analysis with counsel to the Committee.

Fees: $29,603.00          Hours: 67.1

**B.**    **Claimant File Analysis**

13.    In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("POC Forms") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns. Additionally, Stout performed various analyses on the claimant data at the request of counsel to the Committee.

Fees: $37,941.00     Hours: 113.4

**C.**    **Fee Applications**

14.    During the Application Period, Stout prepared and submitted its Eighth Interim Fee Application and four Monthly Fee Applications for the periods beginning February 1, 2025 and ending May 31, 2025.

Fees: $4,546.00          Hours: 12

**D.**    **Valuation Model Development and Reporting**

15.    Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. During the period, Stout worked to summarize this methodology for communication to counsel to the Committee. In addition to the

claim stratification and discounting framework, Stout refined the claim valuation model to capture the results of the claim scoring for each claimant and to factor in results of its analysis of comparable litigation matters. In the Application Period, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model.

Fees: $17,075.00      Hours: 42.6

### E.     <u>Analysis of ANO Historical Settlements</u>

16.     To gain understanding of the Debtor's historical experience related to sexual abuse claims, Stout reviewed the Debtor's previously resolved sexual abuse claims.

Fees: $2,791.00      Hours: 9.1

### VI.     <u>STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

17.     As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

18.     No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity,

9

on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive

for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person

or entity has already received or may receive for services that they rendered in, or in connection

with this case, except that Stout will share any compensation or reimbursement it receives in

connection with this case with its members and other firm employees (as originally disclosed in

the Retention Application).

## VII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     Section 330 provides that a court may award a professional employed under 11

U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth

the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

20.     Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

21.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

22.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results

11

obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

23.     As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 244.2 hours during the Application Period, for a total fee of $91,956.00. The blended hourly rate for this Application is $376.56 per hour. The names of the professionals who worked on this case during the Application Period are listed in **Exhibits A through D**, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

24.     This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

25.     Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse

12

claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

26.     Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $376.56 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

## Whether the Fee is Fixed or Contingent

27.     Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

28.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

29.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $91,956.00. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

30.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse

14

claims. The substantial experience, reputation, and ability of Stout's professionals working on this

Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

31.     From Stout's perspective, serving as expert witness to the Committee in this

Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and

religious entities can involve intensive and hard-fought disputes, for example, regarding the claims

process and the recovery and liquidation of assets. These issues could lead to potential fee risk and

other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

32.     Stout has no prior professional relationship with the Committee, which was only

formed after this case began. However, Stout personnel have worked in similar matters, thus

making the representation of the Committee more efficient. For this reason, this *Johnson* Factor

supports granting Stout its fees in this case.

**Awards in Similar Cases**

33.     The fee award Stout seeks compares favorably to awards granted in other

bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth

Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm

its award.

34.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award

it seeks.

## VIII.   RESERVATION OF RIGHTS

35.     It is possible that some professional time expended or expenses incurred by Stout

are not reflected in this Application.  Stout reserves the right to file a supplemental fee application

to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.   NO PRIOR REQUEST

36.   No prior application for the relief requested herein has been made to this or any other court.

## X.   CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of fees for the Application Period in the amount of $91,956.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 30, 2025

Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

Expert Consultant and Expert Witness to the
Official Committee of Unsecured Creditors

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: May 13, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD MARCH 1, 2025 – MARCH 31, 2025

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2025 through March 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| March 1, 2025 to March 31, 2025 | |
|---|---|
| Fees | $39,228.00 |
| Expenses | $0.00 |
| **Total** | $39,228,00 |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0.00 | $1,539.60 | $0.00 |
| 1/1/25 – 1/31/25 | $10,518.00[14] | $0.00 | $10,518.00 | $0.00 |
| 2/1/25 – 2/28/25 | $22,565.20[15] | $0.00 | $0.00 | $22,565.20 |

**Total Unpaid to Date**                                    **$22,565.20**

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement.

[14] This amount represents 80% of Claro's total monthly fees in the amount of $13,147.50 on account of Claro's January 2025 fee statement.

[15] This amount represents 80% of Claro's total monthly fees in the amount of $28,206.50 on account of Claro's February 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 13, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $31,382.40 which consists of eighty percent (80%) of Stout's total fees of $39,228.00 for the Statement Period.

4901-6212-4092.1 05067.002

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 29, 2025

Respectfully submitted,

*By: /s/ Katheryn McNally*
The Claro Group, A Stout Business
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

*Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 3.80 | $ 2,413.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 8.80 | $ 5,500.00 |
| Aiello, Madison | Manager | $ 370.00 | 14.30 | $ 5,291.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 40.40 | $ 14,948.00 |
| Ramljak, Danny | Manager | $ 370.00 | 10.10 | $ 3,737.00 |
| Cortens, Morgan | Associate | $ 305.00 | 4.60 | $ 1,403.00 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 9.20 | $ 2,576.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 12.00 | $ 3,360.00 |
| **Total Hours and Fees:** | | | **103.20** | **$ 39,228.00** |
| **Blended Rate:** | | **$ 380.12** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours March 2025 | Total Compensation | |
|---|---|---|---|
| Claimant File Analysis | 64.4 | $ | 22,090.00 |
| Coverage Analysis | 31.0 | $ | 14,146.00 |
| Fee Applications | 4.8 | $ | 1,882.00 |
| Valuation Model Development and Reporting | 3.0 | $ | 1,110.00 |
| **Total** | **103.20** | **$** | **39,228.00** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 3/3/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into review template, and correspondence with review team re: same | 0.8 | 370.00 | $296.00 |
| 3/5/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with KMcNally, MSchwab, and MAiello to discuss counsel request for claimant specific coverage analysis | 0.4 | 370.00 | $148.00 |
| 3/5/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with DRamljak re: new claimant analysis request from counsel | 0.2 | 370.00 | $74.00 |
| 3/5/2025 | Ramljak, Danny | Claimant File Analysis | Call with AMBoswell re: new claimant analysis request from counsel | 0.2 | 370.00 | $74.00 |
| 3/5/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.0 | 280.00 | $840.00 |
| 3/5/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database continued | 1.8 | 280.00 | $504.00 |
| 3/5/2025 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, AMBoswell and MAiello to discuss counsel request for claimant specific coverage analysis | 0.4 | 635.00 | $254.00 |
| 3/5/2025 | Aiello, Madison | Coverage Analysis | Call with KMcNally, AMBoswell and MSchwab to discuss counsel request for claimant specific coverage analysis | 0.4 | 370.00 | $148.00 |
| 3/5/2025 | Schwab, Matt | Coverage Analysis | Call with KMcNally, AMBoswell and MAiello to discuss counsel request for claimant specific coverage analysis | 0.4 | 625.00 | $250.00 |
| 3/5/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.2 | 305.00 | $366.00 |
| 3/6/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimant POC information in order to answer questions from counsel to the committee | 0.8 | 370.00 | $296.00 |
| 3/6/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.5 | 280.00 | $980.00 |
| 3/6/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database continued | 0.8 | 280.00 | $224.00 |
| 3/6/2025 | McNally, Katheryn | Claimant File Analysis | Analyze claimant data and respond to inquiry from INasatir re: claimant counsel | 0.6 | 635.00 | $381.00 |
| 3/6/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.0 | 305.00 | $305.00 |
| 3/6/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.2 | 280.00 | $336.00 |
| 3/6/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database continued | 4.0 | 280.00 | $1,120.00 |
| 3/7/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with FRhodes to discuss outstanding questions related to analysis of newly received claims | 0.4 | 370.00 | $148.00 |
| 3/7/2025 | Rhodes, Freddie | Claimant File Analysis | Meeting with AMBoswell to discuss outstanding questions related to analysis of newly received claims | 0.4 | 280.00 | $112.00 |
| 3/7/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.9 | 280.00 | $252.00 |
| 3/7/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.6 | 305.00 | $488.00 |
| 3/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicates per newly received claims from counsel | 0.4 | 370.00 | $148.00 |
| 3/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into review template, and correspondence with review team re: same | 0.8 | 370.00 | $296.00 |
| 3/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC new claimant POCs received from counsel | 3.9 | 370.00 | $1,443.00 |
| 3/10/2025 | Boswell, Anne Margaret | Coverage Analysis | Correspondence with KMcNally and MSchwab to discuss status of workstreams per request of counsel | 0.2 | 370.00 | $74.00 |
| 3/10/2025 | Ramljak, Danny | Claimant File Analysis | QC new claimant POCs received from counsel | 3.0 | 370.00 | $1,110.00 |
| 3/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POCs in order to answer KMcNally questions related to new request from counsel | 0.2 | 370.00 | $74.00 |
| 3/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC alleged locations of abuse per POC's per request of counsel | 1.2 | 370.00 | $444.00 |
| 3/11/2025 | Boswell, Anne Margaret | Claimant File Analysis | Debtor claim reconciliation per request of counsel to the committee | 1.6 | 370.00 | $592.00 |
| 3/11/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: abuser accusations per request of counsel | 1.8 | 370.00 | $666.00 |
| 3/11/2025 | Ramljak, Danny | Claimant File Analysis | QC new claimant POCs received from counsel | 1.4 | 370.00 | $518.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 3/11/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: updated valuation for additional claimants | 1.0 | 370.00 | $370.00 |
| 3/11/2025 | McNally, Katheryn | Coverage Analysis | Correspondence with AMBoswell and INasatir regarding updated allocations requested by counsel to the committee | 0.4 | 635.00 | $254.00 |
| 3/11/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.3 | 280.00 | $644.00 |
| 3/12/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis and summarize claimant information for use in updated allocations | 0.9 | 370.00 | $333.00 |
| 3/12/2025 | McNally, Katheryn | Coverage Analysis | Develop analysis and updated allocation results requested by counsel to the committee and correspondence with AMBoswell re: same | 0.6 | 635.00 | $381.00 |
| 3/13/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimant entities and abusers per request of counsel | 2.5 | 370.00 | $925.00 |
| 3/13/2025 | Ramljak, Danny | Coverage Analysis | Analysis re: updated allocation results per request of counsel | 0.8 | 370.00 | $296.00 |
| 3/13/2025 | McNally, Katheryn | Coverage Analysis | Analyze updated allocation scenarios requested by counsel to the committee | 0.6 | 635.00 | $381.00 |
| 3/13/2025 | Aiello, Madison | Coverage Analysis | Preparing updated allocation claim sets for new claimants | 3.2 | 370.00 | $1,184.00 |
| 3/13/2025 | Aiello, Madison | Coverage Analysis | Running updated allocations and preparing results summary | 3.0 | 370.00 | $1,110.00 |
| 3/13/2025 | Schwab, Matt | Coverage Analysis | Work on updated claimant specific coverage analysis requested by counsel to support settlement discussions | 2.8 | 625.00 | $1,750.00 |
| 3/14/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of updated coverage request per counsel to the committee | 1.3 | 370.00 | $481.00 |
| 3/14/2025 | Boswell, Anne Margaret | Coverage Analysis | Meeting with DRamljak and MAiello to discuss updated coverage request from counsel | 0.4 | 370.00 | $148.00 |
| 3/14/2025 | Ramljak, Danny | Claimant File Analysis | Analysis of debtor support received and compare to internal data as requested by counsel | 0.2 | 370.00 | $74.00 |
| 3/14/2025 | Ramljak, Danny | Coverage Analysis | Meeting with AMBoswell and MAiello to discuss updated coverage request from counsel | 0.4 | 370.00 | $148.00 |
| 3/14/2025 | Aiello, Madison | Coverage Analysis | Analyses to identify claims that trigger carriers per request of counsel | 1.7 | 370.00 | $629.00 |
| 3/14/2025 | Aiello, Madison | Coverage Analysis | Updating allocations summary, finalize and send to counsel to the committee | 2.8 | 370.00 | $1,036.00 |
| 3/14/2025 | Aiello, Madison | Coverage Analysis | Meeting with AMBoswell and DRamljak to discuss updated coverage request from counsel | 0.4 | 370.00 | $148.00 |
| 3/14/2025 | Schwab, Matt | Coverage Analysis | Finalize updated claimant specific coverage analysis requested by counsel to support settlement discussions | 1.3 | 625.00 | $812.50 |
| 3/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Work on updated claimant analysis request from counsel to the committee continued | 1.5 | 370.00 | $555.00 |
| 3/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Work on updated claimant analysis request from counsel to the committee | 3.5 | 370.00 | $1,295.00 |
| 3/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with MSchwab to discuss updated claimant analysis request from INasatir | 0.5 | 370.00 | $185.00 |
| 3/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with DRamljak to discuss updated claimant analysis request from INasatir | 0.5 | 370.00 | $185.00 |
| 3/17/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with INasatir, JStang, MSchwab, KMcNally, and MAiello to discuss insurance allocation scenarios prepared at the request of counsel to the committee | 0.4 | 370.00 | $148.00 |
| 3/17/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: claim valuation inputs | 0.3 | 370.00 | $111.00 |
| 3/17/2025 | Ramljak, Danny | Claimant File Analysis | Call with AMBoswell to discuss updated claimant analysis request from INasatir | 0.5 | 370.00 | $185.00 |
| 3/17/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.5 | 280.00 | $140.00 |
| 3/17/2025 | McNally, Katheryn | Coverage Analysis | Call with INasatir, JStang, MSchwab, AMBoswell, and MAiello to discuss insurance allocation scenarios prepared at the request of counsel to the committee | 0.4 | 635.00 | $254.00 |
| 3/17/2025 | Aiello, Madison | Coverage Analysis | Call with INasatir, JStang, MSchwab, AMBoswell, and KMcNally to discuss insurance allocation scenarios prepared at the request of counsel to the committee | 0.4 | 370.00 | $148.00 |
| 3/17/2025 | Schwab, Matt | Coverage Analysis | Call with INasatir, JStang, KMcNally, AMBoswell, and MAiello to discuss insurance allocation scenarios prepared at the request of counsel to the committee | 0.4 | 625.00 | $250.00 |
| 3/17/2025 | Schwab, Matt | Claimant File Analysis | Call with AMBoswell to discuss updated claimant analysis request from INasatir | 0.5 | 625.00 | $312.50 |
| 3/17/2025 | Schwab, Matt | Coverage Analysis | Work on claimant specific coverage analysis updates based on feedback from counsel | 1.3 | 625.00 | $812.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 3/18/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download and save newly received claims from counsel | 0.3 | 370.00 | $111.00 |
| 3/18/2025 | Boswell, Anne Margaret | Coverage Analysis | Update and finalize allocation results for counsel and correspondence re: same | 1.5 | 370.00 | $555.00 |
| 3/18/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss updated valuation for new claimants | 0.5 | 370.00 | $185.00 |
| 3/18/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss updated valuation for new claimants | 0.5 | 370.00 | $185.00 |
| 3/18/2025 | Aiello, Madison | Coverage Analysis | Preparing updated allocations per request of counsel to the committee | 2.4 | 370.00 | $888.00 |
| 3/18/2025 | Schwab, Matt | Coverage Analysis | Finalize updated claimant specific coverage analysis requested by counsel to support settlement discussions | 1.8 | 625.00 | $1,125.00 |
| 3/19/2025 | Boswell, Anne Margaret | Fee Applications | February Monthly Fee App preparation | 1.6 | 370.00 | $592.00 |
| 3/20/2025 | Boswell, Anne Margaret | Fee Applications | Draft Eighth Interim Fee App | 1.9 | 370.00 | $703.00 |
| 3/21/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of withdrawn claims per request of counsel | 0.4 | 370.00 | $148.00 |
| 3/21/2025 | Boswell, Anne Margaret | Fee Applications | Finalize Eighth Interim Fee App and exhibits and send to counsel | 0.7 | 370.00 | $259.00 |
| 3/21/2025 | Boswell, Anne Margaret | Fee Applications | Finalize February Monthly Fee App and send to counsel | 0.2 | 370.00 | $74.00 |
| 3/21/2025 | McNally, Katheryn | Fee Applications | Finalize February Monthly Fee App package as well as Interim Fee Application package | 0.4 | 635.00 | $254.00 |
| 3/24/2025 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with counsel re: withdrawn claims | 0.2 | 370.00 | $74.00 |
| 3/24/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimant POC information in order to answer questions from counsel to the committee | 0.5 | 370.00 | $185.00 |
| 3/24/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, incorporate into review template and correspondence with review team re: same | 0.6 | 370.00 | $222.00 |
| 3/24/2025 | Boswell, Anne Margaret | Claimant File Analysis | Create listings of standardized entity and abusers for POC review team and correspondence re: same | 1.9 | 370.00 | $703.00 |
| 3/25/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicates per newly received claims form counsel | 0.2 | 370.00 | $74.00 |
| 3/25/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC new claimant POCs received from counsel | 0.6 | 370.00 | $222.00 |
| 3/25/2025 | Boswell, Anne Margaret | Claimant File Analysis | Work on claimant information analysis request from counsel | 0.7 | 370.00 | $259.00 |
| 3/25/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of abuser entities per POCs | 0.9 | 370.00 | $333.00 |
| 3/25/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.1 | 280.00 | $308.00 |
| 3/25/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.8 | 305.00 | $244.00 |
| 3/25/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.7 | 280.00 | $476.00 |
| 3/26/2025 | Boswell, Anne Margaret | Claimant File Analysis | Work on updated claim analysis request from counsel and correspondence re: same | 0.7 | 370.00 | $259.00 |
| 3/26/2025 | Boswell, Anne Margaret | Claimant File Analysis | Work on claimant analysis by law firm per request of counsel | 2.3 | 370.00 | $851.00 |
| 3/26/2025 | Boswell, Anne Margaret | Claimant File Analysis | Updates to claimant analysis by law firm per KMcNally comments | 0.9 | 370.00 | $333.00 |
| 3/26/2025 | McNally, Katheryn | Claimant File Analysis | Review draft deliverable on claimants by law firm and claimants by perpetrator and feedback to AMBoswell re: same | 0.4 | 635.00 | $254.00 |
| 3/27/2025 | Boswell, Anne Margaret | Claimant File Analysis | Finalize updated claimant deliverable for counsel and correspondence re: same | 0.2 | 370.00 | $74.00 |
| 3/27/2025 | Schwab, Matt | Claimant File Analysis | QC of claimant schedule requested by counsel | 0.3 | 625.00 | $187.50 |
| 3/28/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of updated claim counts per request of counsel and draft summary re: same | 0.5 | 370.00 | $185.00 |
| 3/28/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation model for newly received claims from counsel | 0.7 | 370.00 | $259.00 |
| **GRAND TOTAL** | | | | **103.20** | | **$39,228.00** |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | Objection Deadline: June 12, 2025 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2025 – APRIL 30, 2025

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2025 through April 30, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4925-8187-9367.1 05067.002

are as follows:

| April 1, 2025 to April 30, 2025 | |
|---|---|
| Fees | $19,382.00 |
| Expenses | $0.00 |
| **Total** | **$19,382.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From April 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

4925-8187-9367.1 05067.002

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $8,876.80[8] | $0.00 | $8,876.80 | $0.00 |
| 8/1/24 – 8/31/24 | $5,944.80[9] | $0.00 | $5,944.80 | $0.00 |
| 9/1/24 – 9/30/24 | $30,753.20[10] | $0.00 | $30,753.20 | $0.00 |
| 10/1/24 – 10/31/24 | $1,277.20[11] | $0.00 | $1,277.20 | $0.00 |
| 11/1/24 – 11/30/24 | $7,738.00[12] | $0.00 | $7,738.00 | $0.00 |
| 12/1/24 – 12/31/24 | $1,539.60[13] | $0.00 | $1,539.60 | $0.00 |
| 1/1/25 – 1/31/25 | $10,518.00[14] | $0.00 | $10,518.00 | $0.00 |
| 2/1/25 – 2/28/25 | $22,565.20[15] | $0.00 | $0.00 | $22,565.20 |
| 3/1/25 – 3/31/25 | $31,382.40[16] | $0.00 | $0.00 | $31,382.40 |

**Total Unpaid to Date** $53,947.60

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From April 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount represents 80% of Claro's total monthly fees in the amount of $11,096.00 on account of Claro's July 2024 fee statement.

[9] This amount represents 80% of Claro's total monthly fees in the amount of $7,431.00 on account of Claro's August 2024 fee statement.

[10] This amount represents 80% of Claro's total monthly fees in the amount of $38,441.50 on account of Claro's September 2024 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $1,596.50 on account of Claro's October 2024 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $9,672.50 on account of Claro's November 2024 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $1,924.50 on account of Claro's December 2024 fee statement.

[14] This amount represents 80% of Claro's total monthly fees in the amount of $13,147.50 on account of Claro's January 2025 fee statement.

[15] This amount represents 80% of Claro's total monthly fees in the amount of $28,206.50 on account of Claro's February 2025 fee statement.

[16] This amount represents 80% of Claro's total monthly fees in the amount of $39,228.00 on account of Claro's March 2025 fee statement.

### NOTICE AND OBJECTION PROCEDURES

6.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 12, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $15,505.60 which consists of eighty percent (80%) of Stout's total fees of $19,382.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: May 29, 2025                                    Respectfully submitted,

                                                       *By: /s/ Katheryn McNally*
                                                       The Claro Group, A Stout Business
                                                       1 S. Wacker Drive, Suite 3800
                                                       Chicago, IL 60606
                                                       Email: kmcnally@stout.com

                                                       *Expert Consultant and Expert Witness to the*
                                                       *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**

**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 2.90 | $ 1,841.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 4.50 | $ 2,812.50 |
| Aiello, Madison | Manager | $ 370.00 | 9.00 | $ 3,330.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 17.60 | $ 6,512.00 |
| Nguyen, Hung | Manager | $ 370.00 | 0.50 | $ 185.00 |
| Ramljak, Danny | Manager | $ 370.00 | 3.60 | $ 1,332.00 |
| Cortens, Morgan | Associate | $ 305.00 | 2.60 | $ 793.00 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 1.10 | $ 308.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 8.10 | $ 2,268.00 |
| **Total Hours and Fees:** | | | **49.90** | **$ 19,382.00** |
| **Blended Rate:** | **$ 388.42** | | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours April 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 19.7 | $ 6,530.50 |
| Coverage Analysis | 16.8 | $ 7,474.50 |
| Fee Applications | 3.0 | $ 1,110.00 |
| Valuation Model Development and Reporting | 10.4 | $ 4,267.00 |
| **Total** | **49.90** | **$ 19,382.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of non-sexual abuse claims per request of counsel and correspondence re: same | 1.1 | 370.00 | $407.00 |
| 4/1/2025 | Boswell, Anne Margaret | Claimant File Analysis | Answer claimant specific questions from counsel to assist during mediation | 0.6 | 370.00 | $222.00 |
| 4/1/2025 | McNally, Katheryn | Claimant File Analysis | Review allegation details of claimant for purposes of confirming categorization, including related correspondence with AMBoswell | 0.3 | 635.00 | $190.50 |
| 4/2/2025 | Nguyen, Hung | Claimant File Analysis | Extract claim data from POCs for analysis per AMBoswell's request | 0.5 | 370.00 | $185.00 |
| 4/2/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with KMcNally to discuss new valuation request from counsel to support mediation | 0.3 | 370.00 | $111.00 |
| 4/2/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with AMBoswell to discuss new valuation request from counsel to support mediation | 0.3 | 635.00 | $190.50 |
| 4/2/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: valuation by severity tier for late filed claims | 0.9 | 370.00 | $333.00 |
| 4/2/2025 | Ramljak, Danny | Claimant File Analysis | Update abuser accusation analysis for newly received claims from counsel | 0.4 | 370.00 | $148.00 |
| 4/4/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with AMBoswell and MAiello to discuss INasatir request re: claim count and valuation analysis | 0.4 | 635.00 | $254.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with KMcNally and MAiello to discuss INasatir request re: claim count and valuation analysis | 0.4 | 370.00 | $148.00 |
| 4/4/2025 | Rhodes, Freddie | Claimant File Analysis | Meeting with AMBoswell to discuss new claimant analysis request from counsel | 0.2 | 280.00 | $56.00 |
| 4/4/2025 | Rhodes, Freddie | Claimant File Analysis | Analysis of claimant abuser entities for use in request from counsel | 0.9 | 280.00 | $252.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of valuation of timely vs late filed claims per request of counsel | 1.2 | 370.00 | $444.00 |
| 4/4/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of entity-specific claims per request of counsel | 1.5 | 370.00 | $555.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with DRamljak to discuss updated claimant valuation by law firm request from counsel | 0.2 | 370.00 | $74.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation by law firm request from counsel | 0.9 | 370.00 | $333.00 |
| 4/4/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with FRhodes to discuss new claimant analysis request from counsel | 0.2 | 370.00 | $74.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence with counsel re: updated valuation requests | 0.2 | 370.00 | $74.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC carrier-specific valuation request from counsel | 0.4 | 370.00 | $148.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Work on additional valuation requests from counsel | 0.8 | 370.00 | $296.00 |
| 4/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Finalize valuation requests, upload to ShareFile and correspondence with counsel re: same | 0.2 | 370.00 | $74.00 |
| 4/4/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell to discuss updated claimant valuation by law firm request from counsel | 0.2 | 370.00 | $74.00 |
| 4/4/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of claimant valuation by law firms and carriers | 2.1 | 370.00 | $777.00 |
| 4/4/2025 | Aiello, Madison | Valuation Model Development and Reporting | Call with AMBoswell and KMcNally to discuss INasatir request re: claim count and valuation analysis | 0.4 | 370.00 | $148.00 |
| 4/4/2025 | Aiello, Madison | Coverage Analysis | Preparing summary of claims that trigger specific carriers and correspondence with AMBoswell re: same | 3.4 | 370.00 | $1,258.00 |
| 4/4/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Review draft valuation deliverable from team re: INasatir request and provide feedback/edits on same | 0.4 | 635.00 | $254.00 |
| 4/7/2025 | Boswell, Anne Margaret | Claimant File Analysis | Correspondence with team re: new ANO claims and additional requests from counsel | 0.5 | 370.00 | $185.00 |
| 4/7/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Finalize law firm and carrier claimant valuation summaries and send to counsel | 0.6 | 370.00 | $222.00 |
| 4/7/2025 | Boswell, Anne Margaret | Claimant File Analysis | Reconciliation of known abuser name exhibits received from counsel | 0.5 | 370.00 | $185.00 |
| 4/7/2025 | Boswell, Anne Margaret | Coverage Analysis | QC updated coverage analysis per request of counsel | 1.5 | 370.00 | $555.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/7/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claim from counsel, add to template, and correspondence with the team re: same | 0.9 | 370.00 | $333.00 |
| 4/7/2025 | McNally, Katheryn | Claimant File Analysis | Preparation of summary of claims requested by INasatir | 0.6 | 635.00 | $381.00 |
| 4/7/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 4.4 | 280.00 | $1,232.00 |
| 4/7/2025 | Aiello, Madison | Coverage Analysis | Address questions from team re: updated coverage request from counsel | 0.6 | 370.00 | $222.00 |
| 4/8/2025 | Aggarwal, Shruti | Claimant File Analysis | QC newly received claims from counsel | 1.1 | 280.00 | $308.00 |
| 4/8/2025 | Schwab, Matt | Coverage Analysis | Work on requests from counsel to the committee to support mediation | 1.3 | 625.00 | $812.50 |
| 4/8/2025 | Cortens, Morgan | Claimant File Analysis | Meeting with AMBoswell regarding process of downloading and analyzing new claims received from counsel | 0.3 | 305.00 | $91.50 |
| 4/8/2025 | Cortens, Morgan | Claimant File Analysis | QC of newly received claims from counsel | 1.0 | 305.00 | $305.00 |
| 4/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with MCortens regarding process of downloading and analyzing new claims received from counsel | 0.3 | 370.00 | $111.00 |
| 4/8/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of updated coverage request per counsel to the committee | 0.8 | 370.00 | $296.00 |
| 4/8/2025 | Boswell, Anne Margaret | Coverage Analysis | Correspondence with INasatir to discuss updated coverage request for mediation | 0.2 | 370.00 | $74.00 |
| 4/8/2025 | McNally, Katheryn | Coverage Analysis | Call with MSchwab, AMBoswell, and MAiello to review INasatir request and proposed deliverables | 0.5 | 635.00 | $317.50 |
| 4/8/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab, KMcNally, and MAiello to review INasatir request and proposed deliverables | 0.5 | 370.00 | $185.00 |
| 4/8/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell, KMcNally, and MAiello to review INasatir request and proposed deliverables | 0.5 | 625.00 | $312.50 |
| 4/8/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.4 | 280.00 | $112.00 |
| 4/8/2025 | Aiello, Madison | Coverage Analysis | Call with MSchwab, KMcNally, and AMBoswell to review INasatir request and proposed deliverables | 0.5 | 370.00 | $185.00 |
| 4/8/2025 | Aiello, Madison | Coverage Analysis | Preparing claimant count per policy and summary of the same | 3.5 | 370.00 | $1,295.00 |
| 4/8/2025 | Aiello, Madison | Coverage Analysis | Correspondence with INasatir to address claimant count per policy request | 0.6 | 370.00 | $222.00 |
| 4/9/2025 | Boswell, Anne Margaret | Coverage Analysis | Correspondence with counsel re: updated coverage request | 0.3 | 370.00 | $111.00 |
| 4/9/2025 | Schwab, Matt | Coverage Analysis | Work on updates to allocation analysis incorporating alternate carrier-specific assumptions | 2.2 | 625.00 | $1,375.00 |
| 4/9/2025 | McNally, Katheryn | Coverage Analysis | Coordinate with team regarding INasatir coverage requests to support mediation | 0.4 | 635.00 | $254.00 |
| 4/14/2025 | Cortens, Morgan | Claimant File Analysis | Download newly received claim from counsel, add to template, and correspondence with the team re: same | 0.8 | 305.00 | $244.00 |
| 4/16/2025 | Boswell, Anne Margaret | Fee Applications | Preparation of the March Monthly Fee App | 2.5 | 370.00 | $925.00 |
| 4/17/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.8 | 280.00 | $224.00 |
| 4/25/2025 | Boswell, Anne Margaret | Fee Applications | Finalize the March Monthly Fee App and send to counsel | 0.5 | 370.00 | $185.00 |
| 4/28/2025 | Cortens, Morgan | Claimant File Analysis | Download newly received claim from counsel, add to template, and correspondence with the team re: same | 0.5 | 305.00 | $152.50 |
| 4/30/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of abuser profiles | 0.5 | 370.00 | $185.00 |
| 4/30/2025 | Schwab, Matt | Valuation Model Development and Reporting | Review additional valuation analysis requested by counsel for mediation | 0.5 | 625.00 | $312.50 |
| 4/30/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.4 | 280.00 | $392.00 |
| **GRAND TOTAL** | | | | **49.90** | | **$19,382.00** |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: July 14, 2025 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MAY 1, 2025 – MAY 31, 2025

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2025 through May 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.　　The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4915-2630-5873.1 05067.002

are as follows:

| May 1, 2025 to May 31, 2025 | |
| --- | --- |
| Fees | $20,560.00 |
| Expenses | $0.00 |
| **Total** | **$20,560.00** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The Stout timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **<u>Exhibit A</u>**.  Also included in **<u>Exhibit A</u>** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $31,382.40[10] | $0.00 | $0.00 | $31,382.40 |
| 4/1/25 – 4/30/25 | $15,505.60[11] | $0.00 | $0.00 | $15,505.60 |

**Total Unpaid to Date**                                                  **$46,888.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount represents 80% of Claro's total monthly fees in the amount of $39,228.00 on account of Claro's March 2025 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $19,382.00 on account of Claro's April 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 14, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $16,448.00 which consists of eighty percent (80%) of Stout's total fees of $20,560.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

  Dated: June 30, 2025                        Respectfully submitted,

                                          *By: /s/ Katheryn McNally*
                                          The Claro Group, A Stout Business
                                          1 S. Wacker Drive, Suite 3800
                                          Chicago, IL 60606
                                          Email: kmcnally@stout.com

                                          *Expert Consultant and Expert Witness to the*
                                          *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Schwab, Matt | Managing Director | $ 625.00 | 3.30 | $ 2,062.50 |
| Aiello, Madison | Manager | $ 370.00 | 14.70 | $ 5,439.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 16.20 | $ 5,994.00 |
| Ramljak, Danny | Manager | $ 370.00 | 7.70 | $ 2,849.00 |
| Cortens, Morgan | Associate | $ 305.00 | 5.10 | $ 1,555.50 |
| Aggarwal, Shruti | Analyst | $ 280.00 | 1.20 | $ 336.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 8.30 | $ 2,324.00 |
| **Total Hours and Fees:** | | | **56.50** | **$ 20,560.00** |
| **Blended Rate:** | | **$ 363.89** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours May 2025 | Total Compensation |
|---|---|---|
| Claimant File Analysis | 24.0 | $ 7,693.50 |
| Coverage Analysis | 19.3 | $ 7,982.50 |
| Fee Applications | 2.3 | $ 851.00 |
| Valuation Model Development and Reporting | 10.9 | $ 4,033.00 |
| **Total** | **56.50** | **$ 20,560.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of new claims received from counsel | 1.0 | 370.00 | $370.00 |
| 5/1/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with MSchwab and MAiello to discuss updated allocation analysis requested by counsel for mediation | 0.3 | 370.00 | $111.00 |
| 5/1/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss updated valuation requests from counsel | 0.3 | 370.00 | $111.00 |
| 5/1/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss updated valuation requests from counsel | 0.3 | 370.00 | $111.00 |
| 5/1/2025 | Aiello, Madison | Coverage Analysis | Call with MSchwab and AMBoswell to discuss updated allocation analysis requested by counsel for mediation | 0.3 | 370.00 | $111.00 |
| 5/1/2025 | Schwab, Matt | Coverage Analysis | Call with AMBoswell and MAiello to discuss updated allocation analysis requested by counsel for mediation | 0.3 | 625.00 | $187.50 |
| 5/1/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.9 | 305.00 | $274.50 |
| 5/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of new claims received from counsel | 1.5 | 370.00 | $555.00 |
| 5/5/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file for newly received claims from counsel | 0.5 | 370.00 | $185.00 |
| 5/5/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: update valuation analysis for new claimants | 1.7 | 370.00 | $629.00 |
| 5/5/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: by abuser accusation for new claimants | 1.6 | 370.00 | $592.00 |
| 5/6/2025 | Aiello, Madison | Coverage Analysis | Updating claimant count by policy chart per counsel's request | 0.8 | 370.00 | $296.00 |
| 5/7/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence with DRamljak re: new valuation requests from counsel | 0.1 | 370.00 | $37.00 |
| 5/7/2025 | Aiello, Madison | Coverage Analysis | Updating allocations to include new claimants and updated policy information | 3.8 | 370.00 | $1,406.00 |
| 5/8/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation of carrier-specific claims analysis request from counsel | 1.0 | 370.00 | $370.00 |
| 5/8/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation of updated late vs timely filed claims analysis request from counsel | 0.7 | 370.00 | $259.00 |
| 5/8/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: valuation of carrier-specific claims per request of counsel | 2.6 | 370.00 | $962.00 |
| 5/8/2025 | Aiello, Madison | Coverage Analysis | Prepare and run updated allocations per request of counsel | 3.8 | 370.00 | $1,406.00 |
| 5/8/2025 | Aiello, Madison | Coverage Analysis | Prepare and run updated allocations per request of counsel continued | 2.0 | 370.00 | $740.00 |
| 5/8/2025 | Schwab, Matt | Coverage Analysis | Begin QC of updated insurance analysis requested by counsel | 0.4 | 625.00 | $250.00 |
| 5/9/2025 | Boswell, Anne Margaret | Coverage Analysis | Assist coverage team with updated allocations per request of counsel | 1.0 | 370.00 | $370.00 |
| 5/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Finalize updated valuation deliverables and send to counsel | 0.3 | 370.00 | $111.00 |
| 5/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation model for new claimants | 1.3 | 370.00 | $481.00 |
| 5/9/2025 | Aiello, Madison | Coverage Analysis | Updating allocations per MSchwab's notes to address counsel requests | 4.0 | 370.00 | $1,480.00 |
| 5/9/2025 | Schwab, Matt | Coverage Analysis | Finalize updated allocation analysis for mediation | 2.6 | 625.00 | $1,625.00 |
| 5/13/2025 | Cortens, Morgan | Claimant File Analysis | Download and analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.0 | 305.00 | $305.00 |
| 5/14/2025 | Boswell, Anne Margaret | Fee Applications | Prepare April Monthly Fee Application | 2.0 | 370.00 | $740.00 |
| 5/14/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.5 | 280.00 | $980.00 |
| 5/14/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 2.1 | 305.00 | $640.50 |
| 5/19/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download newly received claims from counsel, add to review template, and correspondence with team re: same | 1.0 | 370.00 | $370.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|--------------|---------------|-------------|-------|------|--------|
| 5/19/2025 | Boswell, Anne Margaret | Claimant File Analysis | Prepare summary count of claims per request of counsel | 0.9 | 370.00 | $333.00 |
| 5/19/2025 | Boswell, Anne Margaret | Fee Applications | Finalize April Monthly Fee Application and send to counsel | 0.3 | 370.00 | $111.00 |
| 5/20/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 3.4 | 280.00 | $952.00 |
| 5/20/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database continued | 1.0 | 280.00 | $280.00 |
| 5/21/2025 | Aggarwal, Shruti | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.2 | 280.00 | $336.00 |
| 5/27/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC newly received claims from counsel | 1.5 | 370.00 | $555.00 |
| 5/27/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of duplicates per newly received claims from counsel | 0.8 | 370.00 | $296.00 |
| 5/28/2025 | Boswell, Anne Margaret | Claimant File Analysis | Claim count by severity by law firm analysis per request of counsel | 1.1 | 370.00 | $407.00 |
| 5/28/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation file for newly received claims from counsel | 0.6 | 370.00 | $222.00 |
| 5/28/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Update valuation analysis to incorporate new claimants | 1.5 | 370.00 | $555.00 |
| 5/28/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.4 | 280.00 | $112.00 |
| 5/28/2025 | Cortens, Morgan | Claimant File Analysis | Download and analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.6 | 305.00 | $183.00 |
| 5/29/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.5 | 305.00 | $152.50 |
| **GRAND TOTAL** | | | | **56.50** | | **$20,560.00** |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: August 12, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JUNE 1, 2025 – JUNE 30, 2025

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risus Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2025 through June 30, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| June 1, 2025 to June 30, 2025 | |
|---|---|
| Fees | $12,786.00 |
| Expenses | $0.00 |
| **Total** | **$12,786.00** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $31,382.40[10] | $0.00 | $0.00 | $31,382.40 |
| 4/1/25 – 4/30/25 | $15,505.60[11] | $0.00 | $0.00 | $15,505.60 |
| 5/1/25 – 5/31/25 | $16,448.00[12] | $0.00 | $0.00 | $16,448.00 |

**Total Unpaid to Date**                                    **$63,336.00**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount represents 80% of Claro's total monthly fees in the amount of $39,228.00 on account of Claro's March 2025 fee statement.

[11] This amount represents 80% of Claro's total monthly fees in the amount of $19,382.00 on account of Claro's April 2025 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $20,560.00 on account of Claro's May 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 12, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $10,228.80 which consists of eighty percent (80%) of Stout's total fees of $12,786.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: July 31, 2025                          Respectfully submitted,

                                              By: /s/ Katheryn McNally
                                              The Claro Group, A Stout Business
                                              1 S. Wacker Drive, Suite 3800
                                              Chicago, IL 60606
                                              Email: kmcnally@stout.com

                                              *Expert Consultant and Expert Witness to the*
                                              *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 2.10 | $ 1,333.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 1.50 | $ 937.50 |
| Aiello, Madison | Manager | $ 370.00 | 0.50 | $ 185.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 18.50 | $ 6,845.00 |
| Ramljak, Danny | Manager | $ 370.00 | 1.00 | $ 370.00 |
| Cortens, Morgan | Associate | $ 305.00 | 1.40 | $ 427.00 |
| Heuberger, Bryn | Analyst | $ 280.00 | 0.50 | $ 140.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 9.10 | $ 2,548.00 |
| Total Hours and Fees: | | | 34.60 | $ 12,786.00 |
| Blended Rate: | | $ 369.54 | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours June 2025 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 9.1 | $ 2,791.00 |
| Claimant File Analysis | 5.3 | $ 1,627.00 |
| Fee Applications | 1.9 | $ 703.00 |
| Valuation Model Development and Reporting | 18.3 | $ 7,665.00 |
| **Total** | **34.60** | **$ 12,786.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|--------------|---------------|-------------|-------|------|--------|
| 6/4/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Correspondence with AMBoswell regarding counsel request for document outlining valuation methodology | 0.3 | 635.00 | $190.50 |
| 6/5/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with MSchwab to discuss valuation methodology presentation per request of counsel to the committee | 0.5 | 370.00 | $185.00 |
| 6/5/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Draft valuation methodology presentation per request of counsel | 2.0 | 370.00 | $740.00 |
| 6/5/2025 | Schwab, Matt | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss valuation methodology presentation per request of counsel to the committee | 0.5 | 625.00 | $312.50 |
| 6/6/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation methodology presentation and send to KMcNally for further review | 0.3 | 370.00 | $111.00 |
| 6/6/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of allegation tier methodology per request of counsel | 0.3 | 370.00 | $111.00 |
| 6/8/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Edits to valuation methodology presentation per counsel request | 0.3 | 635.00 | $190.50 |
| 6/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | Download and coordinate new POC analysis with review team | 0.2 | 370.00 | $74.00 |
| 6/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation methodology presentation per counsel's comments | 1.0 | 370.00 | $370.00 |
| 6/10/2025 | Cortens, Morgan | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.8 | 305.00 | $244.00 |
| 6/11/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Updates to the valuation methodology presentation per request of counsel | 0.9 | 370.00 | $333.00 |
| 6/11/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 1.7 | 280.00 | $476.00 |
| 6/11/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Edit draft valuation methodology presentation at request of counsel to the committee | 0.4 | 635.00 | $254.00 |
| 6/12/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC newly received claims from counsel | 1.0 | 370.00 | $370.00 |
| 6/13/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Continue to work on valuation methodology presentation and answer KMcNally's questions | 0.7 | 370.00 | $259.00 |
| 6/17/2025 | Rhodes, Freddie | Claimant File Analysis | Analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.5 | 280.00 | $140.00 |
| 6/17/2025 | Cortens, Morgan | Claimant File Analysis | Download and analyze new POC forms and enter relevant claimant attribute data into the ANO claims review database | 0.6 | 305.00 | $183.00 |
| 6/24/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements and SoL implications | 0.7 | 370.00 | $259.00 |
| 6/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with MSchwab to discuss updated request from counsel re: claim values | 0.2 | 370.00 | $74.00 |
| 6/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of historical documentation received from Debtor to assist in valuation request from counsel | 2.0 | 370.00 | $740.00 |
| 6/24/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with INasatir re: proposed Plan and correspondence with AMBoswell re: same | 0.6 | 635.00 | $381.00 |
| 6/24/2025 | Schwab, Matt | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss updated request from counsel re: claim values | 0.2 | 625.00 | $125.00 |
| 6/25/2025 | Boswell, Anne Margaret | Fee Applications | Prepare May Monthly Fee Application | 1.5 | 370.00 | $555.00 |
| 6/25/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prepare matrix of outstanding document requests for counsel | 0.8 | 370.00 | $296.00 |
| 6/25/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MSchwab, KMcNally, MAiello, and DRamljak to discuss valuation requested by counsel to the committee | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with DRamljak to discuss valuation request from counsel | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prep for meeting with team to discuss documentation requests and other open items per request of counsel | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with MSchwab, KMcNally, MAiello, and AMBoswell to discuss valuation requested by counsel to the committee | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell to discuss valuation request from counsel | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Rhodes, Freddie | Claimant File Analysis | QC of claimant attributes per POC forms | 0.5 | 280.00 | $140.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/25/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with MSchwab, AMBoswell, MAiello, and DRamljak to discuss valuation requested by counsel to the committee | 0.5 | 635.00 | $317.50 |
| 6/25/2025 | Aiello, Madison | Valuation Model Development and Reporting | Call with KMcNally, AMBoswell, MSchwab, and DRamljak to discuss valuation requested by counsel to the committee | 0.5 | 370.00 | $185.00 |
| 6/25/2025 | Schwab, Matt | Valuation Model Development and Reporting | Call with KMcNally, AMBoswell, MAiello, and DRamljak to discuss valuation requested by counsel to the committee | 0.5 | 625.00 | $312.50 |
| 6/26/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements and set up template for staff further review | 0.7 | 370.00 | $259.00 |
| 6/26/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Meeting with FRhodes to discuss historical ANO settlement analysis | 0.4 | 370.00 | $148.00 |
| 6/26/2025 | Boswell, Anne Margaret | Fee Applications | Finalize May Monthly Fee Application and send to counsel | 0.4 | 370.00 | $148.00 |
| 6/26/2025 | Rhodes, Freddie | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements | 1.1 | 280.00 | $308.00 |
| 6/26/2025 | Rhodes, Freddie | Analysis of ANO Historical Settlements | Meeting with AMBoswell to discuss historical ANO settlement analysis | 0.4 | 280.00 | $112.00 |
| 6/27/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Set up protected parties entity list template for staff review | 0.7 | 370.00 | $259.00 |
| 6/27/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of protected parties list and impact on valuation | 1.0 | 370.00 | $370.00 |
| 6/27/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MSchwab to discuss protected parties analysis | 0.3 | 370.00 | $111.00 |
| 6/27/2025 | Rhodes, Freddie | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements | 2.5 | 280.00 | $700.00 |
| 6/27/2025 | Schwab, Matt | Valuation Model Development and Reporting | Call with AMBoswell to discuss protected parties analysis | 0.3 | 625.00 | $187.50 |
| 6/30/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | QC of historical ANO settlements analysis | 0.9 | 370.00 | $333.00 |
| 6/30/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with BHeuberger to discuss potential additional defendant analysis | 0.5 | 370.00 | $185.00 |
| 6/30/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Call with AMBoswell to discuss potential additional defendant analysis | 0.5 | 280.00 | $140.00 |
| 6/30/2025 | Rhodes, Freddie | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements | 2.4 | 280.00 | $672.00 |
| **GRAND TOTAL** | | | | **34.60** | | **$12,786.00** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING NINTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKATHE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 1, 2025 THROUGH JUNE 30, 2025

CAME ON for consideration the *Ninth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2025 through June 30, 2025* [Docket No. ___] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period March 1, 2025 through June 30, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$91,956.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$91,956.00** in fees for services rendered and **$0** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Ninth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025* to be served on July 30, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 30, 2025.

/s/ *Nancy H. Brown*
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO TENTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE
CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND
EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD JULY 1, 2025 THROUGH OCTOBER 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Stout Risius Ross, LLC (fka The Claro Group, LLC) | |
| **Applicant's Professional Role in Case:** | Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | Effective April 19, 2022 pursuant to Order entered May 19, 2022 [Docket No. 1555] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2025 | 10/31/2025 |
| **Time period(s) covered by prior Applications:** | 06/01/2022 | 06/30/2025[2] |
| **Total amounts awarded in all prior Applications:** | | $804,451.00 |
| **Total fees requested in this Application:** | | $396,711.50 |
| **Total hours covered by this Application:** | | 959.90 |
| **Average hourly rate:** | | $413.28 |
| **Reimbursable expenses sought in this Application:** | | $3,212.38 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Stout did not incur any fees from 11/1/2023 – 2/29/2024 and therefore no monthly or interim fee applications were filed or submitted during this period.

Listed below are the professionals at The Claro Group, LLC ("Claro"), which was acquired by Stout Risius Ross, LLC ("Stout") on September 30, 2022, who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2025 through October 31, 2025 (the "Application Period").

### SUMMARY OF COMPENSATION AND HOURS BY PROFESSIONAL
### JULY 1, 2025 THROUGH OCTOBER 31, 2025

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE[3] | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635 | 119.4 | 75,819.00 |
| Schwab, Matt | Managing Director | $ 625 | 87.6 | 54,750.00 |
| Paredes, Tatiana | Economist | $ 435 | 3.8 | 1,653.00 |
| Aiello, Madison | Manager | $ 370 | 58.7 | 21,719.00 |
| Boswell, Anne Margaret | Manager | $ 370 | 254.3 | 94,091.00 |
| DeLarm, Carolyn | Manager | $ 370 | 7.1 | 2,627.00 |
| Martisauski, Brad | Manager | $ 370 | 52.8 | 16,429.00 |
| Nguyen, Hung | Manager | $ 370 | 41.2 | 15,244.00 |
| Ramljak, Danny | Manager | $ 370 | 215.3 | 79,661.00 |
| Cortens, Morgan | Associate | $ 305 | 48.1 | 14,670.50 |
| Carroll, Ella | Analyst | $ 280 | 2.4 | 672.00 |
| Heuberger, Bryn | Analyst | $ 280 | 27.9 | 7,812.00 |
| Rhodes, Freddie | Analyst | $ 280 | 41.3 | 11,564.00 |
| **Total** | | | **959.9** | **$ 396,711.50** |

---

[3] Stout Risius Ross, LLC raised the rates of certain of its professionals as of October 1, 2025 to reflect promotions as allowed per Claro's Retention Application [Docket No. 1481], (Exhibit 1, paragraph 20) approved by Court Order [Docket No. 1555] on May 19, 2022.

### COMPENSATION AND HOURS BY TASK
### JULY 1, 2025 THROUGH OCTOBER 31, 2025

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Coverage Analysis | 91.8 | 43,497.50 |
| Claimant File Analysis | 116 | 43,114.00 |
| Fee Applications | 18.4 | 7,258.50 |
| Valuation Model Development and Reporting | 161.5 | 63,855.00 |
| Analysis of ANO Historical Settlements | 26.7 | 9,347.50 |
| Communication with Counsel | 7.5 | 4,601.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 33.4 | 11,380.50 |
| Report Drafting / Editing | 316.7 | 132,536.00 |
| Deposition Prep / Deposition | 90.1 | 39,578.50 |
| Analysis of Rebuttal Reports | 54 | 21,196.00 |
| Opposing Expert Deposition Preparation | 43.8 | 20,347.00 |
| **Total** | **959.9** | **$ 396,711.50** |

### EXPENSES INCURRED
### JULY 1, 2025 THROUGH OCTOBER 31, 2025

| SPEND CATEGORY | AMOUNT | |
|---|---|---|
| Airfare | $ | 1,354.03 |
| Ground Transportation | $ | 377.47 |
| Hotels | $ | 1,299.60 |
| Internet Access Fees | $ | 8.00 |
| Meals | $ | 173.28 |
| **Total** | **$** | **3,212.38** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

### TENTH INTERIM APPLICATION
### FOR ALLOWANCE OF COMPENSATION
### OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JULY 1, 2025 THROUGH OCTOBER 31, 2025

A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 18, 2025, AT 1:30 PM. BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), as expert consultant on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files its *Tenth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2025 through October 31, 2025* (the "<u>Application</u>"). In support of the Application, Stout respectfully represents as follows:

## I.    <u>INTRODUCTION</u>

In this Application, Stout seeks interim allowance and payment of fees in the amount of $396,711.50 and expenses in the amount of $3,212.38 for the period July 1, 2025 through October 31, 2025 (the "<u>Application Period</u>"). As of October 31, 2025, Stout has received payments totaling $804,451.00 representing Stout's total billed amount in its first, second, third, fourth, fifth, sixth, seventh, eighth, and ninth quarterly fee applications.   To date, Stout has not been paid any other compensation with respect to the amounts requested in this Application.

## II.    <u>JURISDICTION AND VENUE</u>

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "<u>Local Rules</u>"), and Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>").

## III.    <u>BACKGROUND</u>

### A.    <u>Introduction</u>

4.    On May 1, 2020 (the "<u>Petition Date</u>"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

**B.      Employment of Claro**

7.      On April 28, 2022, the Committee filed an *Application for Entry of an Order (I) Authorizing the Retention and Employment of The Claro Group, LLC, as Expert Consultant On Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1481] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained Claro to render expert consultant and expert witness services to the Committee in this Chapter 11 case.

8.      On May 19, 2022, this Court entered its *Order (I) Authorizing the Retention and Employment of The Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022, and (II) Allowing Claro Group, LLC Access to Claims* [Docket No. 1555] (the "Retention Order").  The Retention Order approved Claro's retention as the Committee's expert consultant on sexual abuse and expert

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

witness in this Chapter 11 case.

**C.**     **Stout's Acquisition of Claro**

9.     On September 30, 2022, Stout purchased the ownership shares of Claro. The Claro personnel that worked on this engagement became employees of Stout.

## IV.    WORK PERFORMED

10.     Stout provided, and continues to provide, expert consultant and expert witness services to the Committee in this Chapter 11 case. The monthly fee statements submitted for the Application Period (the "Monthly Fee Statements"), are attached hereto as **Exhibits A through D**, to which are appended the time-keeping entries generated by the personnel who worked on this matter during the Application Period.

## V.    SUMMARY OF EXPERT SERVICES RENDERED BY CATEGORY

11.     During the Application Period, Stout performed work primarily in the following eleven areas: (a) coverage analysis; (b) claimant file analysis; (c) fee applications; (d) valuation model development and reporting; (e) analysis of ANO historical settlements; (f) communication with counsel; (g) analysis of settlements, verdicts, and victim compensation funds; (h) report drafting / editing; (i) deposition prep / deposition; (j) analysis of rebuttal reports; and (k) opposing expert deposition preparation. Stout attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the Monthly Fee Statements submitted for the Application Period.

**A.**     <u>**Coverage Analysis**</u>

12.     During the Application Period, Stout continued to review certain coverage summaries and documents provided by Counsel and analyzed the Debtor's available insurance coverage and policy information. Stout also analyzed claims triggering solvent coverage, prepared and updated allocation and settlement analyses for mediation, and provided Counsel to the Committee with the results of these analyses, including the supporting materials needed for mediation preparation.

Fees: $43,497.50        Hours: 91.8

**B.**     <u>**Claimant File Analysis**</u>

13.     In order to properly execute its scope to provide valuation expertise on the survivor claims at issue in this matter, Stout analyzed newly filed proof of claim forms ("<u>POC Forms</u>") and complaints filed by sexual abuse claimants in this case. Stout extracted claim information from the additional survivor POC Forms, complaints, and other supplemental documents to update a database of information relevant to the valuation or insurance allocation. Work included quality control of extracted data to ensure the consistency of attribute tracking and categorization among claimants. Stout thoroughly analyzed the data for purposes of understanding the survivor population and identifying trends and patterns. During the Application Period, Stout analyzed a large number of specific claims related to a variety of issues raised by the Debtor, worked to reconcile each potential issue with Stout's data, and provided Counsel to the Committee the results of Stout's analysis. Additionally, Stout performed various analyses and quality control checks on the claimant data at the request of Counsel to the Committee.

Fees: $43,114.00     Hours: 116.0

### C.   Fee Applications

14.   During the Application Period, Stout prepared and submitted its Ninth Interim Fee Application and four Monthly Fee Applications for the periods beginning June 1, 2025 and ending September 30, 2025.

Fees: $7,258.50          Hours: 18.4

### D.   Valuation Model Development and Reporting

15.   Stout previously developed a framework for valuation of the Survivor Claims filed in this case, which stratified the claims based on the several categories and inputs. Stout developed discount scaling factors that were incorporated into its analysis. In addition to the claim stratification and discounting framework, the valuation model was further refined and updated to incorporate the results of the review of claims previously not received or valued by Stout, as well as perform certain steps to ensure claimant attributes were accurately and comprehensively captured in the valuation model. In this Application Period, Stout performed various valuation scenarios at the request of counsel and performed quality control analyses to assess the reasonableness of its valuation as presented in its expert report submitted on September 4, 2025.

Fees: $63,855.00          Hours: 161.5

### E.   Analysis of ANO Historical Settlements

16.   To gain understanding of the Debtor's historical experience related to sexual abuse claims, Stout reviewed the Debtor's previously resolved sexual abuse claims and performed related analyses of the underlying settlement data.

Fees: $9,347.50          Hours: 26.7

### F.   Communication with Counsel

17.   Time spent communicating with Pachulski Stang Ziehl & Jones LLP ("PSZJ"),

co-counsel to the Committee, is integral to the rendering of cost-effective services. Stout conferred with PSZJ in order to obtain information and documentation, discussing Stout's valuation process, and planning execution of deliverables and workflows during the Application Period.

> Fees: $4,601.00     Hours: 7.5

### G.     Analysis of Settlements, Verdicts, and Victim Compensation Funds

18.     During this Application Period, Stout performed extensive analysis on resulting data points to observe trends in the data and understand potential implications of such trends on the Survivor Claims. Stout continued to perform research to identify and capture relevant information related to matters that may be considered comparable for Survivor Claims.

> Fees: $11,380.50     Hours: 33.4

### H.     Report Drafting / Editing

19.     During this Application Period, Stout was asked by Counsel to the Committee to prepare an expert report to analyze and value the Survivor Claims and to provide an opinion on a reasonable valuation range for all Survivor Claims in the aggregate. Stout drafted, revised, and finalized the report and accompanying exhibits for submission.

> Fees: $132,536.00     Hours: 316.7

### I.     Deposition Prep / Deposition

20.     In preparation of deposition, Stout reviewed reports issued in this case and certain analyses supporting those reports and related opinions. Additionally, Stout, among other things, (i) analyzed materials in preparation of Katheryn McNally's deposition; and (ii) attended the deposition.

> Fees: $39,578.50     Hours: 90.1

J.    **Analysis of Rebuttal Reports**

21.    An expert report was filed by the opposing expert in this chapter 11 case in rebuttal to the expert report submitted by Stout. In order to understand and consider the critiques of Stout's analysis, including alternative opinions presented by the rebuttal expert, Stout conducted a thorough review and analysis of the rebuttal expert report, its exhibits, and supplemental materials produced by the opposing expert. Stout analyzed the rebuttal report with respect to the methodology and opinions contained therein, including inputs, assumptions, and data relied upon.

Fees:  $21,196.00              Hours:  54.0

K.    **Opposing Expert Deposition Preparation**

22.    To assist PSZJ in the preparation of deposition of the opposing expert in this case, Stout helped develop areas of questioning and provided other information to PSZJ as requested.

Fees:  $20,347.00              Hours:  43.8

VI.    **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

23.    As more fully described in the Retention Application, the Committee agreed to retain Claro as its expert consultant and expert witness and to compensate Claro on an hourly basis in accordance with the firm's Retention Application. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may put in place. (Stout did not incur any expenses during the Application Period.)

24.    No entity has promised to compensate Stout for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve. No agreement or understanding exists between Stout, on the one hand, and any other person or entity,

on the other hand, for the sharing of any compensation or reimbursement (i) that Stout may receive

for services rendered in, or in connection with, this Chapter 11 case or (ii) that such other person

or entity has already received or may receive for services that they rendered in, or in connection

with this case, except that Stout will share any compensation or reimbursement it receives in

connection with this case with its members and other firm employees (as originally disclosed in

the Retention Application).

## VII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

25.    Section 330 provides that a court may award a professional employed under 11

U.S.C. § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth

the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . ,
> the court shall consider the nature, the extent, and the value of such services,
> taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of
> time commensurate with the complexity, importance, and nature of
> the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and experience in the
> bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this title.

11 U.S.C. § 330(a)(3).

26.     Stout has a reputation for its expertise and experience in financial and bankruptcy reorganizations and restructurings, including without limitation, as a leading expert on the valuation of sexual abuse claims, and as noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Stout respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

27.     This Application substantiates the total amount Stout seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied*, 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

28.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results

obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Based upon the services described in this Application, Stout respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Court.

**The Time and Labor Required**

29. As expert consultant on sexual abuse and expert witness to the Committee, Stout expended 959.9 hours during the Application Period, for a total fee of $396,711.50. The blended hourly rate for this Application is $413.28 per hour. The names of the professionals who worked on this case during the Application Period are listed in the Monthly Fee Statements, attached hereto. All of the services were performed by Stout at the request and direction of the Committee, and were necessary to assist Committee in the performance of its duties. Stout submits that the time and labor its professionals expended in this case are appropriate and reasonable given the complexity of the case.

**The Novelty and Difficulty of the Questions Presented**

30. This Chapter 11 case is designated as a "complex" case and involves a significant number of complex issues in the areas of restructuring, finance, insurance coverage, and tort law. *See Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 18]. The provision of expert consulting services and expert testimony regarding valuation of sexual abuse claims presents intricate, novel and difficult questions. Accordingly, Stout's services to the Committee satisfy this factor.

**The Skill Required to Perform the Services**

31. Representing the Committee in this Chapter 11 case required considerable skill and expertise. Stout believes that its recognized expertise in the area of valuation of sexual abuse

claims will facilitate the resolution of certain matters in connection with the Chapter 11 case. Stout has considerable experience in complex bankruptcy matters. Further, Stout has been engaged as an expert witness by numerous creditors' committees in cases with abuse claims, and has extensive experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Stout submits that its unique skill and expertise are also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13) ("If the work required any particular expertise or was undesirable."). Stout employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. Stout respectfully submits that its professionals have provided significant benefits to the Committee during the Application Period.

## The Customary Fee

32. Stout computed the amount of compensation that Stout seeks in this Application according to its customary rates, which rates Claro previously disclosed in the Retention Application. Stout also maintained detailed time and disbursement records for the expert witness services for which it seeks compensation. The rates charged for Stout's expert witness services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $413.28 per hour is reasonable and reflects market rates for expert witness services in Chapter 11 bankruptcy cases of this size and complexity.

## Whether the Fee is Fixed or Contingent

33. Stout's fees for services rendered in this Chapter 11 case are based on its hourly rates, subject in all respects to this Court's approval. Stout has not requested any contingent fee in this case.

**Time Limitations Imposed by the Client or Other Circumstances**

34.     Stout's valuation work and related findings are important to the Committee's work in this Chapter 11 case and Stout provides such assistance to the Committee on an expedited basis to support ongoing efforts. Matters often arose throughout the Application Period that required Stout's immediate attention.

**The Amounts Involved and the Results Obtained**

35.     The Invoice summarizes the individual tasks that Stout personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees Stout seeks interim allowance of in this Application are $396,711.50. Stout's services have been and will be instrumental in facilitating the resolution of certain matters in this case. Stout submits that the fees requested in the Application are reasonable and appropriate when considering the results obtained on behalf of the Committee.

**The Experience, Reputation, and Ability of the Professionals**

36.     Stout has extensive experience and a strong reputation related to claims valuation for these types of claims throughout the United States. The professionals working on this Chapter 11 case have prior experience in other cases with similar complex issues including the following: (i) claims valuation advisor to the official Tort Claimants Committee in *In re Boy Scouts of America and Delaware BSA, LLC* (Bankr. D. Del., Case No. 20-10343 (LSS)); (ii) claims valuation advisor to the Official Committee of Tort Claimants in *In re Diocese of Camden, New Jersey* (Bankr. D.N.J., Case No. 20-21257 (JNP)); (iii) claims valuation advisor to the Official Committee of Unsecured Creditors *in In re Diocese of Rochester* (Bankr. W.D.N.Y. Case No. 19-20905); and (iv) assisting Michigan State University in connection with the Dr. Larry Nassar molestation/abuse

claims. The substantial experience, reputation, and ability of Stout's professionals working on this Chapter 11 case favor granting Stout the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

37.     From Stout's perspective, serving as expert witness to the Committee in this Chapter 11 case was not undesirable. However, bankruptcy cases involving abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These issues could lead to potential fee risk and other uncertainties. This factor therefore favors granting Stout the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

38.     Stout has no prior professional relationship with the Committee, which was only formed after this case began. However, Stout personnel have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting Stout its fees in this case.

**Awards in Similar Cases**

39.     The fee award Stout seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

40.     In conclusion, the *Johnson* Factors favor granting Stout the fee and expense award it seeks.

## VIII.   RESERVATION OF RIGHTS

41.     It is possible that some professional time expended or expenses incurred by Stout are not reflected in this Application.  Stout reserves the right to file a supplemental fee application

to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## IX.   NO PRIOR REQUEST

42.   No prior application for the relief requested herein has been made to this or any other court.

## X.   CONCLUSION

WHEREFORE, Stout respectfully requests that this Court enter an order (i) awarding Stout an interim allowance of compensation in the amount of $399,923.88, which consists of Stout's total fees of $396,711.50 for the Application Period plus total expenses of $3,212.38;   (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 25, 2025

Respectfully submitted,

*By: /s/ Katheryn McNally*
Stout Risius Ross, LLC
225 W. Randolph St., Floor 8
Chicago, IL 60606
Email: kmcnally@stout.com

*Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: September 22, 2025 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2025 – JULY 31, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2025 through July 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4928-3978-8646.1 05067.002

are as follows:

| July 1, 2025 to July 31, 2025 | |
|---|---|
| Fees | **$62,839.00** |
| Expenses | $0.00 |
| **Total** | **$62,839.00** |

### **SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6]This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $39,228.00[10] | $0.00 | $39,228.00 | $0.00 |
| 4/1/25 – 4/30/25 | $19,382.00[10] | $0.00 | $19,382.00 | $0.00 |
| 5/1/25 – 5/31/25 | $20,560.00[10] | $0.00 | $20,560.00 | $0.00 |
| 6/1/25 – 6/30/25 | $12,786.00[10] | $0.00 | $12,786.00 | $0.00 |

**Total Unpaid to Date**                                       **$0.00**

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount was approved pursuant to order approving Claro's Ninth Interim Application for Allowance of Compensation for the Period From March 1, 2025 through June 30, 2025, entered August 29, 2025 [Docket No. 4324].

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 22, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $50,271.20 which consists of eighty percent (80%) of Stout's total fees of $62,839.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: September 8, 2025                              Respectfully submitted,

                                                     *By: /s/ Katheryn McNally*
                                                     The Claro Group, A Stout Business
                                                     1 S. Wacker Drive, Suite 3800
                                                     Chicago, IL 60606
                                                     Email: kmcnally@stout.com

                                                     *Expert Consultant and Expert Witness to the*
                                                     *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 11.30 | $ 7,175.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 16.60 | $ 10,375.00 |
| Aiello, Madison | Manager | $ 370.00 | 2.70 | $ 999.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 71.90 | $ 26,603.00 |
| Ramljak, Danny | Manager | $ 370.00 | 23.10 | $ 8,547.00 |
| Martisauski, Brad | Associate | $ 305.00 | 2.70 | $ 823.50 |
| Heuberger, Bryn | Analyst | $ 280.00 | 16.20 | $ 4,536.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 13.50 | $ 3,780.00 |
| **Total Hours and Fees:** | | | **158.00** | **$ 62,839.00** |
| **Blended Rate:** | | **$ 397.72** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours July 2025 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 1.1 | $ 407.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 3.2 | $ 1,008.50 |
| Claimant File Analysis | 33.8 | $ 11,826.50 |
| Communication with Counsel | 1.7 | $ 1,071.50 |
| Coverage Analysis | 13.6 | $ 5,244.00 |
| Fee Applications | 4.2 | $ 1,713.00 |
| Valuation Model Development and Reporting | 100.4 | $ 41,568.50 |
| **Total** | **158.00** | **$ 62,839.00** |

Exhibit A
**Detailed Time Records**

| Date | Employee Name | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimants by age range of abuse per request of counsel | 1.0 | 370.00 | $370.00 |
| 7/1/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BHeuberger re: analysis of entities/parishes per the protected parties list received from counsel | 1.0 | 370.00 | $370.00 |
| 7/1/2025 | Heuberger, Bryn | Claimant File Analysis | Meeting with AMBoswell re: analysis of entities/parishes per the protected parties list received from counsel | 1.0 | 280.00 | $280.00 |
| 7/1/2025 | McNally, Katheryn | Communication with Counsel | Call with INasatir re: claim valuations needed for proposed Plan and correspondence with Stout team re: same | 0.3 | 635.00 | $190.50 |
| 7/1/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Create list of potential non-debtor entities for counsel review | 1.1 | 370.00 | $407.00 |
| 7/1/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss valuation request per counsel | 0.7 | 370.00 | $259.00 |
| 7/1/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Analysis of entities/parishes per the protected parties list received from counsel | 2.3 | 280.00 | $644.00 |
| 7/1/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: updates to valuation for new claimant fact sheets | 0.5 | 370.00 | $185.00 |
| 7/1/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss valuation request per counsel | 0.7 | 370.00 | $259.00 |
| 7/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Updates to analysis of claim counts by claimant age range per KMcNally comments | 0.4 | 370.00 | $148.00 |
| 7/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claim counts by claimant age range per request of counsel | 1.7 | 370.00 | $629.00 |
| 7/2/2025 | Boswell, Anne Margaret | Claimant File Analysis | Standardize abuser entity names per POC forms | 0.9 | 370.00 | $333.00 |
| 7/2/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Consolidate list of potential non-debtor contributors for counsel's confirmation | 1.2 | 370.00 | $444.00 |
| 7/3/2025 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BMartisauski to discuss updated comparable verdict values | 0.5 | 370.00 | $185.00 |
| 7/3/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with AMBoswell to discuss updated comparable verdict values | 0.5 | 305.00 | $152.50 |
| 7/3/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Incorporate updates into comparable verdict analysis for purposes of updating Stout valuation of ANO claimants | 1.8 | 305.00 | $549.00 |
| 7/3/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation model per request of counsel | 4.0 | 370.00 | $1,480.00 |
| 7/7/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical ANO settlement data and SoL window implications | 1.1 | 370.00 | $407.00 |
| 7/7/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC ANO claimant scoring database | 2.0 | 370.00 | $740.00 |
| 7/7/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Research on Louisiana statue of limitations laws for childhood sexual abuse | 0.3 | 370.00 | $111.00 |
| 7/7/2025 | Schwab, Matt | Valuation Model Development and Reporting | Begin QC of updated valuation model | 0.5 | 625.00 | $312.50 |
| 7/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | Set up review template for staff to QC abuse tiers and other claim attributes | 0.5 | 370.00 | $185.00 |
| 7/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with BHeuberger to discuss abuser tier QC | 0.4 | 370.00 | $148.00 |
| 7/8/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with FRhodes to discuss QC of adult and non-sexual abuse claims | 0.2 | 370.00 | $74.00 |
| 7/8/2025 | Heuberger, Bryn | Claimant File Analysis | QC abuse tiers per POC forms | 2.7 | 280.00 | $756.00 |
| 7/8/2025 | Heuberger, Bryn | Claimant File Analysis | Meeting with AMBoswell to discuss abuse tier QC | 0.4 | 280.00 | $112.00 |
| 7/8/2025 | Rhodes, Freddie | Claimant File Analysis | Meeting with AMBoswell to discuss QC of adult and non-sexual abuse claims | 0.2 | 280.00 | $56.00 |
| 7/8/2025 | Rhodes, Freddie | Claimant File Analysis | QC of adult and non-sexual abuse claims | 0.9 | 280.00 | $252.00 |
| 7/8/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze updated claim valuations and analysis of entity categorizations | 2.3 | 635.00 | $1,460.50 |
| 7/9/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Correspondence with Stout team re: QC of updates to comparable verdict values analysis | 0.4 | 305.00 | $122.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC of potential additional entities per POC forms | 0.6 | 370.00 | $222.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC forms in order to answer MSchwab's claimant attribute questions and correspondence re: same | 0.6 | 370.00 | $222.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC full name vs. partial name vs. description only provided re: abuser names per POC forms | 0.8 | 370.00 | $296.00 |

| Date | Employee Name | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC abuser names and standardize accordingly | 1.5 | 370.00 | $555.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC missing information claims | 0.6 | 370.00 | $222.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC prior settlement claims | 0.5 | 370.00 | $185.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC familial relationship claims | 0.3 | 370.00 | $111.00 |
| 7/9/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with DRamljak to discuss QC of potential duplicate claims | 0.5 | 370.00 | $185.00 |
| 7/9/2025 | Ramljak, Danny | Claimant File Analysis | Call with AMBoswell to discuss QC of potential duplicate claims | 0.5 | 370.00 | $185.00 |
| 7/9/2025 | Heuberger, Bryn | Claimant File Analysis | QC abuse tiers per POC forms | 2.5 | 280.00 | $700.00 |
| 7/9/2025 | Heuberger, Bryn | Claimant File Analysis | QC abuse tiers per POC forms continued | 2.5 | 280.00 | $700.00 |
| 7/9/2025 | Ramljak, Danny | Claimant File Analysis | Analysis of potential duplicates and correspondence re: same | 1.1 | 370.00 | $407.00 |
| 7/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prepare updated valuation per request of counsel | 0.9 | 370.00 | $333.00 |
| 7/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of valuation model in order to answer MSchwab's questions | 0.7 | 370.00 | $259.00 |
| 7/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MSchwab to discuss outstanding valuation questions | 0.5 | 370.00 | $185.00 |
| 7/9/2025 | Schwab, Matt | Valuation Model Development and Reporting | Call with AMBoswell to discuss outstanding valuation questions | 0.5 | 625.00 | $312.50 |
| 7/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call to FRhodes to discuss Louisiana Revival Window research task | 0.3 | 370.00 | $111.00 |
| 7/9/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Louisiana Revival Window research task | 3.2 | 280.00 | $896.00 |
| 7/9/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Call with AMBoswell to discuss Louisiana Revival Window research task | 0.3 | 280.00 | $84.00 |
| 7/9/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze updated claim valuations and correspondence with MSchwab re: same | 0.7 | 635.00 | $444.50 |
| 7/9/2025 | Schwab, Matt | Valuation Model Development and Reporting | Work on QCing and updating claim valuation model | 4.0 | 625.00 | $2,500.00 |
| 7/9/2025 | Schwab, Matt | Valuation Model Development and Reporting | Work on QCing and updating claim valuation model continued | 2.8 | 625.00 | $1,750.00 |
| 7/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of POC forms in order to answer MSchwab's claimant attribute questions and correspondence re: same | 0.5 | 370.00 | $185.00 |
| 7/10/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of abuse tier QC and answer BHeuberger's outstanding questions | 0.8 | 370.00 | $296.00 |
| 7/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC potential additional defendant entities | 0.6 | 370.00 | $222.00 |
| 7/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Finalize updated claimant valuation summaries and send to counsel | 1.0 | 370.00 | $370.00 |
| 7/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Answer MSchwab's questions re: POC attributes and valuation model | 0.4 | 370.00 | $148.00 |
| 7/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prepare updated valuation model per request of counsel | 3.0 | 370.00 | $1,110.00 |
| 7/10/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Louisiana Revival Window research task | 3.1 | 280.00 | $868.00 |
| 7/10/2025 | Schwab, Matt | Valuation Model Development and Reporting | Work on finalizing updates to valuation model | 3.1 | 625.00 | $1,937.50 |
| 7/10/2025 | Schwab, Matt | Valuation Model Development and Reporting | Work on finalizing updates to valuation model continued | 1.8 | 625.00 | $1,125.00 |
| 7/11/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of potential additional defendants per Entity Filing List received from counsel | 0.5 | 370.00 | $185.00 |
| 7/11/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak to discuss analysis of potential additional defendants per Entity Filing List received from counsel | 0.6 | 370.00 | $222.00 |
| 7/11/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of potential additional defendants per Entity Filing List received from counsel continued | 1.3 | 370.00 | $481.00 |
| 7/11/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC Louisiana Revival Window research task performed by FRhodes | 0.8 | 370.00 | $296.00 |
| 7/11/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss analysis of potential additional defendants per Entity Filing List received from counsel | 0.6 | 370.00 | $222.00 |
| 7/12/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Review detail on participating parties from counsel to the committee and correspondence with AMBoswell re: same | 0.3 | 635.00 | $190.50 |

| Date | Employee Name | | Description | Hours | Rate | Amount |
|------|---------------|---|-------------|-------|------|--------|
| 7/13/2025 | McNally, Katheryn | Claimant File Analysis | Analysis of Debtor claim review detail | 0.9 | 635.00 | $571.50 |
| 7/13/2025 | McNally, Katheryn | Communication with Counsel | Call with MSchwab and INasatir to discuss updates to claim valuation | 0.6 | 635.00 | $381.00 |
| 7/13/2025 | Schwab, Matt | Communication with Counsel | Prep for call with KMcNally and INasatir to discuss updates to claim valuation | 0.2 | 625.00 | $125.00 |
| 7/13/2025 | Schwab, Matt | Communication with Counsel | Call with KMcNally and INasatir to discuss updates to claim valuation | 0.6 | 625.00 | $375.00 |
| 7/14/2025 | Boswell, Anne Margaret | Claimant File Analysis | Prepare for and have working session with DRamljak re: Debtor's updated claim analysis | 1.8 | 370.00 | $666.00 |
| 7/14/2025 | Ramljak, Danny | Claimant File Analysis | Prepare for and have working session with AMBoswell re: Debtor's updated claim analysis | 1.8 | 370.00 | $666.00 |
| 7/14/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: Filing Entities list from counsel against claimant fact sheets | 0.6 | 370.00 | $222.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with DRamljak and KMcNally to discuss Religious Order analysis | 0.5 | 370.00 | $185.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of potential additional defendants per Entity Filing List received from counsel | 1.3 | 370.00 | $481.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Working session with DRamljak re: Religious Order and potential additional entity analysis | 1.1 | 370.00 | $407.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Summarize change in valuation per updated affiliated entity list received from counsel | 0.5 | 370.00 | $185.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation per updated information regarding affiliated entities received from counsel | 1.2 | 370.00 | $444.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Create updated valuation scenarios per request of counsel | 2.0 | 370.00 | $740.00 |
| 7/14/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Working session with AMBoswell re: Religious Order and potential additional entity analysis | 1.1 | 370.00 | $407.00 |
| 7/14/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with AMBoswell and KMcNally to discuss Religious Order analysis | 0.5 | 370.00 | $185.00 |
| 7/14/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, and AMBoswell re: potential additional defendants | 0.3 | 370.00 | $111.00 |
| 7/14/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with KMcNally, MSchwab, and DRamljak re: potential additional defendants | 0.3 | 370.00 | $111.00 |
| 7/14/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of valuation scenarios based on new Religious Order and released claims information | 0.6 | 370.00 | $222.00 |
| 7/14/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze and edit updated claim valuation at the request of counsel to the committee and correspondence with AMBoswell, DRamljak, and MSchwab re: same | 3.4 | 635.00 | $2,159.00 |
| 7/14/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with AMBoswell and DRamljak to discuss Religious Order analysis | 0.5 | 635.00 | $317.50 |
| 7/14/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with DRamljak, MSchwab, and AMBoswell re: potential additional defendants | 0.3 | 635.00 | $190.50 |
| 7/14/2025 | Schwab, Matt | Valuation Model Development and Reporting | QC and finalize updated valuation incorporating additional information from Debtor | 1.8 | 625.00 | $1,125.00 |
| 7/14/2025 | Schwab, Matt | Valuation Model Development and Reporting | Call with DRamljak, KMcNally and AMBoswell re: potential additional defendants | 0.3 | 625.00 | $187.50 |
| 7/14/2025 | Schwab, Matt | Valuation Model Development and Reporting | Correspondence with AMBoswell and DRamljak re: questions on Debtor's claim analysis | 0.3 | 625.00 | $187.50 |
| 7/15/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Religious Order claims per debtor against POC forms | 1.8 | 370.00 | $666.00 |
| 7/15/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis re: reconciliation of debtor's flagged claim categories to Stout valuation | 1.6 | 370.00 | $592.00 |
| 7/15/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Working session with DRamljak re: Religious Order and potential additional entity discounts | 1.5 | 370.00 | $555.00 |
| 7/15/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation model for newly received information from counsel | 1.5 | 370.00 | $555.00 |
| 7/15/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: reconciliation of debtor's flagged claim categories to Stout valuation | 2.3 | 370.00 | $851.00 |
| 7/15/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Working session with AMBoswell re: Religious Order and potential additional entity discounts | 1.5 | 370.00 | $555.00 |
| 7/16/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Answer MSchwab's valuation questions and correspondence re: same | 0.3 | 370.00 | $111.00 |
| 7/16/2025 | Schwab, Matt | Valuation Model Development and Reporting | Incorporate final updates to valuation QC file | 0.7 | 625.00 | $437.50 |
| 7/21/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Meeting with AMBoswell re: analysis of docket to identify any additional information potentially relevant to Stout claim valuation | 0.3 | 280.00 | $84.00 |
| 7/21/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with BHeuberger re: analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 0.3 | 370.00 | $111.00 |
| 7/22/2025 | Boswell, Anne Margaret | Fee Applications | Prepare June Monthly Fee Application | 1.0 | 370.00 | $370.00 |

| Date | Employee Name | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/22/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.0 | 280.00 | $280.00 |
| 7/23/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claim count by carrier model per request of counsel | 1.3 | 370.00 | $481.00 |
| 7/23/2025 | Ramljak, Danny | Coverage Analysis | QC of claim count by carrier model per request of counsel | 1.0 | 370.00 | $370.00 |
| 7/23/2025 | McNally, Katheryn | Coverage Analysis | Correspondence with AMBoswell re: request for Travelers claim information from INasatir | 0.3 | 635.00 | $190.50 |
| 7/23/2025 | Boswell, Anne Margaret | Fee Applications | Prepare Ninth Monthly Interim Fee Application and Exhibits | 1.5 | 370.00 | $555.00 |
| 7/23/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of Disclosure Statement for The Joint Chapter 11 Plan and correspondence to KMcNally re: same | 1.7 | 370.00 | $629.00 |
| 7/23/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of participating entities list and correspondence with KMcNally re: same | 1.1 | 370.00 | $407.00 |
| 7/23/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.0 | 280.00 | $280.00 |
| 7/23/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Review correspondence from AMBoswell re: Plan and Disclosure statement and discuss work plan for valuation analysis | 0.4 | 635.00 | $254.00 |
| 7/24/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claim count by carrier model | 0.5 | 370.00 | $185.00 |
| 7/24/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of settlement by carrier per request of counsel | 1.0 | 370.00 | $370.00 |
| 7/24/2025 | Boswell, Anne Margaret | Coverage Analysis | Meeting with DRamljak and KMcNally to discuss Travelers request and related coverage analysis | 0.5 | 370.00 | $185.00 |
| 7/24/2025 | Ramljak, Danny | Coverage Analysis | Meeting with AMBoswell and KMcNally to discuss Travelers request and related coverage analysis | 0.5 | 370.00 | $185.00 |
| 7/24/2025 | Ramljak, Danny | Coverage Analysis | Analysis re: claim counts by carrier model | 1.2 | 370.00 | $444.00 |
| 7/24/2025 | McNally, Katheryn | Coverage Analysis | Meeting with AMBoswell and DRamljak to discuss Travelers request and related coverage analysis | 0.5 | 635.00 | $317.50 |
| 7/24/2025 | Aiello, Madison | Coverage Analysis | Prepare ANO settlement by carriers summary per request of counsel | 1.3 | 370.00 | $481.00 |
| 7/24/2025 | Aiello, Madison | Coverage Analysis | Updating claim count by carrier for Travelers analysis | 1.4 | 370.00 | $518.00 |
| 7/24/2025 | Boswell, Anne Margaret | Fee Applications | Prepare Ninth Interim Fee Application | 0.6 | 370.00 | $222.00 |
| 7/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Working session with DRamljak re: updated potential additional defendants, valuation, and carrier coverage analysis | 0.6 | 370.00 | $222.00 |
| 7/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Summarize abuser entity affiliation status for counsel confirmation | 0.9 | 370.00 | $333.00 |
| 7/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of abuser entities and cross reference against docket filings | 0.8 | 370.00 | $296.00 |
| 7/24/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation for new information re: additional potential defendants vs. affiliated entities and summarize re: same | 2.2 | 370.00 | $814.00 |
| 7/24/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.5 | 280.00 | $420.00 |
| 7/24/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 0.7 | 370.00 | $259.00 |
| 7/24/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Working session with AMBoswell re: updated potential additional defendants, valuation, and carrier coverage analysis | 0.6 | 370.00 | $222.00 |
| 7/24/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: updated valuation comparison to previous version sent to counsel | 1.0 | 370.00 | $370.00 |
| 7/25/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of claim count by carrier model and summarize counts for counsel | 0.9 | 370.00 | $333.00 |
| 7/25/2025 | Ramljak, Danny | Coverage Analysis | Analysis re: claim count by carrier and settlement values for counsel | 2.7 | 370.00 | $999.00 |
| 7/25/2025 | Ramljak, Danny | Coverage Analysis | Correspondence to KMcNally re: claim count by carrier model | 0.5 | 370.00 | $185.00 |
| 7/25/2025 | McNally, Katheryn | Fee Applications | Edits to Ninth Interim Fee Application | 0.4 | 635.00 | $254.00 |
| 7/25/2025 | McNally, Katheryn | Fee Applications | Finalize June Monthly Fee Application | 0.2 | 635.00 | $127.00 |
| 7/25/2025 | Heuberger, Bryn | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.0 | 280.00 | $280.00 |
| 7/28/2025 | Boswell, Anne Margaret | Fee Applications | Finalize June Monthly Fee Application and Interim Fee Application and send to counsel | 0.5 | 370.00 | $185.00 |

| Date | | Employee Name | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/28/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | Summarize entity affiliation status and source material for counsel | 2.1 | 370.00 | $777.00 |
| 7/28/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | Finalize entity affiliation status summary and send to counsel | 0.7 | 370.00 | $259.00 |
| 7/28/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence to counsel re: updates to valuation per new information received | 0.5 | 370.00 | $185.00 |
| 7/28/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC updated valuation model | 0.9 | 370.00 | $333.00 |
| 7/28/2025 | | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of docket to identify additional information potentially relevant to Stout claim valuation estimates | 2.1 | 370.00 | $777.00 |
| 7/28/2025 | | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of updated valuation and comparison summary | 0.7 | 370.00 | $259.00 |
| 7/29/2025 | | Boswell, Anne Margaret | Claimant File Analysis | Analysis of late-filed claims | 0.3 | 370.00 | $111.00 |
| 7/29/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with FRhodes to discuss analysis of docket filings for potential use in expert report | 0.5 | 370.00 | $185.00 |
| 7/29/2025 | | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify additional information potentially relevant to Stout claim valuation estimates. | 0.9 | 280.00 | $252.00 |
| 7/29/2025 | | Rhodes, Freddie | Valuation Model Development and Reporting | Meeting with AMBoswell to discuss analysis of docket filings for potential use in expert report | 0.5 | 280.00 | $140.00 |
| 7/29/2025 | | McNally, Katheryn | Valuation Model Development and Reporting | Correspondence with AMBoswell re: late claims and treatment in Stout valuation | 0.2 | 635.00 | $127.00 |
| 7/30/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | Compare docket documentation information to valuation model | 0.8 | 370.00 | $296.00 |
| 7/31/2025 | | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC of analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.0 | 370.00 | $370.00 |
| 7/31/2025 | | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 3.4 | 280.00 | $952.00 |
| 7/31/2025 | | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates. | 1.0 | 280.00 | $280.00 |
| **GRAND TOTAL** | | | | | **158.00** | | **$62,839.00** |

# EXHIBIT B

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: October 15, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD AUGUST 1, 2025 – AUGUST 31, 2025

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2025 through August 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| August 1, 2025 to August 31, 2025 | |
|---|---|
| Fees | $175,531.00 |
| Expenses | $2,010.33 |
| **Total** | **$177,541.33** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **Exhibit B** is a summary of expenses incurred by Stout during the Statement Period.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $39,228.00[10] | $0.00 | $39,228.00 | $0.00 |
| 4/1/25 – 4/30/25 | $19,382.00[10] | $0.00 | $19,382.00 | $0.00 |
| 5/1/25 – 5/31/25 | $20,560.00[10] | $0.00 | $20,560.00 | $0.00 |
| 6/1/25 – 6/30/25 | $12,786.00[10] | $0.00 | $12,786.00 | $0.00 |
| 7/1/25 – 7/31/25 | $50,271.20[11] | $0.00 | $0.00 | $50,271.20 |

**Total Unpaid to Date**                                              **$50,271.20**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount was approved pursuant to order approving Claro's Ninth Interim Application for Allowance of Compensation for the Period From March 1, 2025 through June 30, 2025, entered August 29, 2025 [Docket No. 4324].

[11] This amount represents 80% of Claro's total monthly fees in the amount of $62,839.00 on account of Claro's July 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 15, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $142,435.13 which consists of which consists of (a) eighty percent (80%) of Stout's total fees of $175,531.00 for the Statement Period in the amount of $140,424.80, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $2,010.33.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  October 1, 2025

Respectfully submitted,

By: /s/ Katheryn McNally
The Claro Group, A Stout Business
1 S. Wacker Drive, Suite 3800
Chicago, IL 60606
Email: kmcnally@stout.com

*Expert Consultant and Expert Witness to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**

**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 34.80 | $ 22,098.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 43.80 | $ 27,375.00 |
| Paredes, Tatiana | Economist | $ 435.00 | 3.80 | $ 1,653.00 |
| Aiello, Madison | Manager | $ 370.00 | 39.40 | $ 14,578.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 107.00 | $ 39,590.00 |
| DeLarm, Carolyn | Manager | $ 370.00 | 7.10 | $ 2,627.00 |
| Nguyen, Hung | Manager | $ 370.00 | 41.20 | $ 15,244.00 |
| Ramljak, Danny | Manager | $ 370.00 | 70.50 | $ 26,085.00 |
| Cortens, Morgan | Associate | $ 305.00 | 27.00 | $ 8,235.00 |
| Martisauski, Brad | Associate | $ 305.00 | 36.40 | $ 11,102.00 |
| Heuberger, Bryn | Analyst | $ 280.00 | 8.00 | $ 2,240.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 16.80 | $ 4,704.00 |
| **Total Hours and Fees:** | | | **435.80** | **$ 175,531.00** |
| **Blended Rate:** | | **$ 402.78** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours August 2025 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 19.8 | $ 7,074.50 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 22.6 | $ 7,776.00 |
| Claimant File Analysis | 67.0 | $ 25,676.50 |
| Coverage Analysis | 54.6 | $ 26,412.50 |
| Fee Applications | 3.9 | $ 1,549.00 |
| Report Drafting / Editing | 229.2 | $ 93,449.50 |
| Valuation Model Development and Reporting | 38.7 | $ 13,593.00 |
| **Total** | **435.80** | **$ 175,531.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/1/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 3.1 | 280.00 | $868.00 |
| 8/1/2025 | McNally, Katheryn | Coverage Analysis | Discuss analysis required for upcoming mediation with MSchwab and MAiello | 0.5 | 635.00 | $317.50 |
| 8/1/2025 | Aiello, Madison | Coverage Analysis | Discuss analysis required for upcoming mediation with MSchwab and KMcNally | 0.5 | 370.00 | $185.00 |
| 8/1/2025 | Schwab, Matt | Coverage Analysis | Discuss analysis required for upcoming mediation with KMcNally and MAiello | 0.5 | 625.00 | $312.50 |
| 8/1/2025 | Schwab, Matt | Coverage Analysis | Review previous allocation analysis and develop work plan to update analysis for upcoming Travelers mediation | 2.2 | 625.00 | $1,375.00 |
| 8/4/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Update valuation for BSA claims and other information per the Disclosure Plan | 1.9 | 370.00 | $703.00 |
| 8/5/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.1 | 280.00 | $28.00 |
| 8/6/2025 | Boswell, Anne Margaret | Coverage Analysis | Coordinate with coverage team re: updated valuation for allocation runs | 0.5 | 370.00 | $185.00 |
| 8/6/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.1 | 280.00 | $28.00 |
| 8/6/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze updated valuation estimate and provide correspondence to INasatir re: same | 0.9 | 635.00 | $571.50 |
| 8/6/2025 | Aiello, Madison | Coverage Analysis | Preparing claimset for Travelers mediation allocations with updated valuations | 2.6 | 370.00 | $962.00 |
| 8/7/2025 | Boswell, Anne Margaret | Coverage Analysis | Assist coverage team with analysis needed for updated allocation results | 1.0 | 370.00 | $370.00 |
| 8/7/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Correspondence with KMcNally re: updated values and other counsel requested items | 0.5 | 370.00 | $185.00 |
| 8/7/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Prepare responses to valuation inquiries from INasatir | 0.4 | 635.00 | $254.00 |
| 8/7/2025 | Aiello, Madison | Coverage Analysis | Continue preparing claimset for Travelers mediation allocations & summarize results | 3.2 | 370.00 | $1,184.00 |
| 8/8/2025 | Aiello, Madison | Coverage Analysis | Continue summarizing allocations results for Travelers mediation | 3.1 | 370.00 | $1,147.00 |
| 8/8/2025 | Aiello, Madison | Coverage Analysis | Continue summarizing allocations results for Travelers mediation continued | 1.1 | 370.00 | $407.00 |
| 8/11/2025 | Boswell, Anne Margaret | Fee Applications | Prepare July Monthly Fee Application | 0.5 | 370.00 | $185.00 |
| 8/11/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 1.4 | 280.00 | $392.00 |
| 8/11/2025 | Aiello, Madison | Coverage Analysis | Correspondence with team re: updating Travelers mediation allocation results summaries | 3.4 | 370.00 | $1,258.00 |
| 8/11/2025 | Schwab, Matt | Coverage Analysis | Work on Travelers analysis for mediation | 3.2 | 625.00 | $2,000.00 |
| 8/12/2025 | Boswell, Anne Margaret | Coverage Analysis | Assist coverage team with updated Travelers allocation by claimant per request of counsel | 1.5 | 370.00 | $555.00 |
| 8/12/2025 | Boswell, Anne Margaret | Coverage Analysis | Analysis of Travelers claims flagged as credibly accused per request of counsel | 2.1 | 370.00 | $777.00 |
| 8/12/2025 | Boswell, Anne Margaret | Coverage Analysis | Call with DRamljak to discuss Travelers coverage allocation | 0.6 | 370.00 | $222.00 |
| 8/12/2025 | Boswell, Anne Margaret | Coverage Analysis | Meeting with DRamljak and MAiello re: Allocation of Travelers claims | 0.7 | 370.00 | $259.00 |
| 8/12/2025 | Ramljak, Danny | Coverage Analysis | Meeting with AMBoswell and MAiello re: Allocation of Travelers claims | 0.7 | 370.00 | $259.00 |
| 8/12/2025 | Ramljak, Danny | Coverage Analysis | Call with AMBoswell to discuss Travelers coverage allocation | 0.6 | 370.00 | $222.00 |
| 8/12/2025 | Ramljak, Danny | Coverage Analysis | Analysis of coverage by policy by claimant allocation results for Travelers claims | 2.6 | 370.00 | $962.00 |
| 8/12/2025 | Ramljak, Danny | Coverage Analysis | Analysis of Travelers by claim damages | 0.6 | 370.00 | $222.00 |
| 8/12/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 1.4 | 280.00 | $392.00 |
| 8/12/2025 | McNally, Katheryn | Coverage Analysis | Analysis of Travelers coverage and underlying claimants in preparation for upcoming mediation and correspondence with MSchwab, AMBoswell, MAiello, and DRamljak re: same | 0.9 | 635.00 | $571.50 |
| 8/12/2025 | McNally, Katheryn | Report Drafting / Editing | Editing the expert report | 2.4 | 635.00 | $1,524.00 |
| 8/12/2025 | Aiello, Madison | Coverage Analysis | Analysis re: updating Travelers mediation allocation results summaries | 3.8 | 370.00 | $1,406.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/12/2025 | Aiello, Madison | Coverage Analysis | Correspondence with MSchwab re: updating Travelers mediation allocation results summaries | 1.0 | 370.00 | $370.00 |
| 8/12/2025 | Aiello, Madison | Coverage Analysis | Meeting with AMBoswell and DRamljak re: Allocation of Travelers claims | 0.7 | 370.00 | $259.00 |
| 8/12/2025 | Schwab, Matt | Coverage Analysis | Work on demand and settlement target analysis for counsel | 3.8 | 625.00 | $2,375.00 |
| 8/12/2025 | Schwab, Matt | Coverage Analysis | Work on demand and settlement target analysis for counsel continued | 2.0 | 625.00 | $1,250.00 |
| 8/12/2025 | Schwab, Matt | Coverage Analysis | Prep for Travelers mediation | 2.2 | 625.00 | $1,375.00 |
| 8/13/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of Debtor files re: historical settlements and request for data | 0.5 | 370.00 | $185.00 |
| 8/13/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical settlements and develop exhibits/charts for use in report | 4.0 | 370.00 | $1,480.00 |
| 8/13/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 0.5 | 370.00 | $185.00 |
| 8/13/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with BMartisauski, DRamljak, MAiello, and CDeLarm to discuss analyses required to support draft report | 0.8 | 370.00 | $296.00 |
| 8/13/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with BMartisauski, KMcNally, DRamljak, MAiello to discuss draft expert report and various analyses needed to support valuation estimates | 1.0 | 370.00 | $370.00 |
| 8/13/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform comparable case research for purposes of supporting draft McNally report | 1.9 | 305.00 | $579.50 |
| 8/13/2025 | Martisauski, Brad | Report Drafting / Editing | Meeting with AMBoswell, DRamljak, MAiello, and CDeLarm to discuss analyses required to support draft report | 0.8 | 305.00 | $244.00 |
| 8/13/2025 | Martisauski, Brad | Valuation Model Development and Reporting | Call with AMBoswell, KMcNally, DRamljak, MAiello to discuss draft expert report and various analyses needed to support valuation estimates | 1.0 | 305.00 | $305.00 |
| 8/13/2025 | DeLarm, Carolyn | Report Drafting / Editing | Discussion with DRamljak on Social Inflation study for purposes of ANO report | 0.9 | 370.00 | $333.00 |
| 8/13/2025 | DeLarm, Carolyn | Report Drafting / Editing | Meeting with AMBoswell, DRamljak, MAiello, and BMartisauski to discuss analyses required to support draft report | 0.8 | 370.00 | $296.00 |
| 8/13/2025 | Ramljak, Danny | Report Drafting / Editing | Discussion with CDeLarm on Social Inflation study for purposes of ANO report | 0.9 | 370.00 | $333.00 |
| 8/13/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell, KMcNally, BMartisauski, MAiello to discuss draft expert report and various analyses needed to support valuation estimates | 1.0 | 370.00 | $370.00 |
| 8/13/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with BMartisauski, AMBoswell, MAiello, and CDeLarm to discuss analyses required to support draft report | 0.8 | 370.00 | $296.00 |
| 8/13/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 3.5 | 280.00 | $980.00 |
| 8/13/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates continued | 1.1 | 280.00 | $308.00 |
| 8/13/2025 | McNally, Katheryn | Report Drafting / Editing | Editing the expert report | 3.6 | 635.00 | $2,286.00 |
| 8/13/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with AMBoswell, DRamljak, BMartisauski, MAiello to discuss draft expert report and various analyses needed to support valuation estimates | 1.0 | 635.00 | $635.00 |
| 8/13/2025 | Aiello, Madison | Claimant File Analysis | QCing duplicate/triplicate POC forms | 1.6 | 370.00 | $592.00 |
| 8/13/2025 | Aiello, Madison | Valuation Model Development and Reporting | Call with AMBoswell, DRamljak, BMartisauski, KMcNally to discuss draft expert report and various analyses needed to support valuation estimates | 1.0 | 370.00 | $370.00 |
| 8/13/2025 | Aiello, Madison | Report Drafting / Editing | Meeting with BMartisauski, DRamljak, AMBoswell, and CDeLarm to discuss analyses required to support draft report | 0.8 | 370.00 | $296.00 |
| 8/13/2025 | Schwab, Matt | Coverage Analysis | Answer specific questions from counsel regarding claims triggering Travelers coverage | 0.8 | 625.00 | $500.00 |
| 8/13/2025 | Schwab, Matt | Coverage Analysis | Preparation for mediation including analyzing and reviewing allocation analysis | 2.2 | 625.00 | $1,375.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical settlements, create scatter plots of data, and correspondence with KMcNally re: same | 2.2 | 370.00 | $814.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Call with BHeuberger to discuss analysis of historical settlement data | 0.2 | 370.00 | $74.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Call with FRhodes to discuss analysis of historical settlement data | 0.3 | 370.00 | $111.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | QC historical settlements listing | 0.7 | 370.00 | $259.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Research re: ANO historical settlements | 0.4 | 370.00 | $148.00 |
| 8/14/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Correspondence with INasatir to discuss data requests from Debtor related to historical settlements | 0.2 | 370.00 | $74.00 |
| 8/14/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 0.7 | 370.00 | $259.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/14/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare schedules reporting on findings from comparable case analysis | 1.0 | 305.00 | $305.00 |
| 8/14/2025 | Heuberger, Bryn | Analysis of ANO Historical Settlements | Call with AMBoswell to discuss analysis of historical settlement data | 0.2 | 280.00 | $56.00 |
| 8/14/2025 | Heuberger, Bryn | Analysis of ANO Historical Settlements | Analysis of historical ANO settlements | 0.6 | 280.00 | $168.00 |
| 8/14/2025 | Ramljak, Danny | Analysis of ANO Historical Settlements | Analysis re: Historical settlement values & timeline | 1.4 | 370.00 | $518.00 |
| 8/14/2025 | Rhodes, Freddie | Analysis of ANO Historical Settlements | Call with AMBoswell to discuss analysis of historical settlement data | 0.3 | 280.00 | $84.00 |
| 8/14/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.9 | 280.00 | $252.00 |
| 8/14/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates continued | 1.9 | 280.00 | $532.00 |
| 8/14/2025 | McNally, Katheryn | Analysis of ANO Historical Settlements | Analysis of ANO historical settlements and research of timeline re: same | 0.7 | 635.00 | $444.50 |
| 8/14/2025 | Schwab, Matt | Coverage Analysis | Prep for Travelers mediation | 4.0 | 625.00 | $2,500.00 |
| 8/14/2025 | Schwab, Matt | Coverage Analysis | Prep for Travelers mediation continued | 2.0 | 625.00 | $1,250.00 |
| 8/15/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with DRamljak to discuss report status and open items | 0.5 | 370.00 | $185.00 |
| 8/15/2025 | Ramljak, Danny | Report Drafting / Editing | Call with AMBoswell to discuss report status and open items | 0.5 | 370.00 | $185.00 |
| 8/15/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with KMcNally and DRamljak to discuss report updates and ongoing analyses | 0.5 | 370.00 | $185.00 |
| 8/15/2025 | Martisauski, Brad | Report Drafting / Editing | Create and incorporate demonstratives into draft McNally report | 0.8 | 305.00 | $244.00 |
| 8/15/2025 | Ramljak, Danny | Report Drafting / Editing | Editing & analysis for expert report re: historical settlements & verdict values | 1.7 | 370.00 | $629.00 |
| 8/15/2025 | Ramljak, Danny | Report Drafting / Editing | Call with AMBoswell and KMcNally to discuss report updates and ongoing analyses | 0.5 | 370.00 | $185.00 |
| 8/15/2025 | McNally, Katheryn | Report Drafting / Editing | Editing the expert report | 1.4 | 635.00 | $889.00 |
| 8/15/2025 | McNally, Katheryn | Report Drafting / Editing | Call with AMBoswell and DRamljak to discuss report updates and ongoing analyses | 0.5 | 635.00 | $317.50 |
| 8/15/2025 | Schwab, Matt | Claimant File Analysis | Investigate and answer questions on duplicate claims identified by Debtor | 0.7 | 625.00 | $437.50 |
| 8/17/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 1.8 | 370.00 | $666.00 |
| 8/17/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Analysis of social inflation for KMcNally report | 0.8 | 370.00 | $296.00 |
| 8/17/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Edit KMcNally report re: statute of limitations analysis | 2.1 | 370.00 | $777.00 |
| 8/17/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Edit draft report re: non-valued claim categories | 1.8 | 370.00 | $666.00 |
| 8/17/2025 | Ramljak, Danny | Analysis of ANO Historical Settlements | Analysis re: Historical Settlements & POC reconciliation | 1.0 | 370.00 | $370.00 |
| 8/17/2025 | Ramljak, Danny | Analysis of ANO Historical Settlements | Analysis & research re: Social inflation on ANO historical settlements | 1.6 | 370.00 | $592.00 |
| 8/17/2025 | Ramljak, Danny | Report Drafting / Editing | Report editing re: Discount scaling factors | 2.0 | 370.00 | $740.00 |
| 8/17/2025 | Ramljak, Danny | Report Drafting / Editing | Reporting editing re: Non-valued ANO Sexual Abuse Claims | 1.5 | 370.00 | $555.00 |
| 8/18/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Call with MCortens to discuss historical settlement exhibit for report | 0.3 | 370.00 | $111.00 |
| 8/18/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 4.0 | 370.00 | $1,480.00 |
| 8/18/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/18/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with MSchwab, DRamljak, KMcNally, MAiello, MCortens and BMartisauski to discuss open report items | 0.5 | 370.00 | $185.00 |
| 8/18/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 3.9 | 305.00 | $1,189.50 |
| 8/18/2025 | Martisauski, Brad | Report Drafting / Editing | Call with MSchwab, DRamljak, KMcNally, MAiello, MCortens and AMBoswell to discuss open report items | 0.5 | 305.00 | $152.50 |
| 8/18/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: reconciliation of Debtor's claims list to Stout review | 0.9 | 370.00 | $333.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/18/2025 | Ramljak, Danny | Report Drafting / Editing | Report editing re: Social inflation, historical settlements, and comparable verdicts | 2.3 | 370.00 | $851.00 |
| 8/18/2025 | Ramljak, Danny | Report Drafting / Editing | Report editing re: POC form categories | 1.1 | 370.00 | $407.00 |
| 8/18/2025 | Ramljak, Danny | Report Drafting / Editing | Call with MSchwab, AMBoswell, KMcNally, MAiello, MCortens and BMartisauski to discuss open report items | 0.5 | 370.00 | $185.00 |
| 8/18/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 1.4 | 635.00 | $889.00 |
| 8/18/2025 | Ramljak, Danny | Report Drafting / Editing | Prepare for call with MSchwab, AMBoswell, KMcNally, MAiello, MCortens and BMartisauski to discuss open report items | 0.2 | 370.00 | $74.00 |
| 8/18/2025 | McNally, Katheryn | Report Drafting / Editing | Call with MSchwab, DRamljak, AMBoswell, MAiello, MCortens and BMartisauski to discuss open report items | 0.5 | 635.00 | $317.50 |
| 8/18/2025 | Aiello, Madison | Claimant File Analysis | QC'ing duplicate/triplicate POC forms | 1.0 | 370.00 | $370.00 |
| 8/18/2025 | Aiello, Madison | Report Drafting / Editing | Call with MSchwab, DRamljak, AMBoswell, KMcNally, MCortens and BMartisauski to discuss open report items | 0.5 | 370.00 | $185.00 |
| 8/18/2025 | Schwab, Matt | Report Drafting / Editing | Review draft report and assist with report updates/edits | 1.8 | 625.00 | $1,125.00 |
| 8/18/2025 | Aiello, Madison | Report Drafting / Editing | QC draft report | 0.5 | 370.00 | $185.00 |
| 8/18/2025 | Schwab, Matt | Report Drafting / Editing | Call with KMcNally, DRamljak, AMBoswell, MAiello, MCortens and BMartisauski to discuss open report items | 0.5 | 625.00 | $312.50 |
| 8/18/2025 | Cortens, Morgan | Analysis of ANO Historical Settlements | Analysis and development of historical settlement exhibit for report | 2.8 | 305.00 | $854.00 |
| 8/18/2025 | Cortens, Morgan | Analysis of ANO Historical Settlements | Call with AMBoswell to discuss historical settlement exhibit for report | 0.3 | 305.00 | $91.50 |
| 8/18/2025 | Cortens, Morgan | Report Drafting / Editing | Call with MSchwab, DRamljak, AMBoswell, MAiello, KMcNally and BMartisauski to discuss open report items | 0.5 | 305.00 | $152.50 |
| 8/19/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analyze POC forms and enter relevant claimant attribute data into the ANO claims review database for survivor valuation analysis | 0.7 | 370.00 | $259.00 |
| 8/19/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Debtor's claim listing | 1.0 | 370.00 | $370.00 |
| 8/19/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC exhibits in KMcNally report | 1.2 | 370.00 | $444.00 |
| 8/19/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 2.5 | 370.00 | $925.00 |
| 8/19/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Prepare schedule to report on comparable verdict statistics aggregated by Stout to support draft McNally report | 0.5 | 305.00 | $152.50 |
| 8/19/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 2.1 | 305.00 | $640.50 |
| 8/19/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with KMcNally and DRamljak to discuss Debtor's claim listing | 0.5 | 370.00 | $185.00 |
| 8/19/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: reconciliation of Debtor's claims list to Stout review | 1.9 | 370.00 | $703.00 |
| 8/19/2025 | Ramljak, Danny | Claimant File Analysis | Meeting with KMcNally and AMBoswell to discuss Debtor's claim listing | 0.5 | 370.00 | $185.00 |
| 8/19/2025 | Ramljak, Danny | Report Drafting / Editing | Report editing re: Discount Scaling Factors continued | 1.4 | 370.00 | $518.00 |
| 8/19/2025 | Ramljak, Danny | Report Drafting / Editing | Report editing re: Discount Scaling Factors | 0.5 | 370.00 | $185.00 |
| 8/19/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.6 | 280.00 | $168.00 |
| 8/19/2025 | McNally, Katheryn | Claimant File Analysis | Meeting with DRamljak and AMBoswell to discuss Debtor's claim listing | 0.5 | 635.00 | $317.50 |
| 8/19/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 1.1 | 635.00 | $698.50 |
| 8/20/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with DRamljak re: updated claimant detail exhibit per request of counsel | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Correspondence with counsel re: document requests for report | 0.4 | 370.00 | $148.00 |
| 8/20/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 2.5 | 370.00 | $925.00 |
| 8/20/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/20/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with CDeLarm and DRamljak re: POC data request & aggravating factors exhibit for report | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 0.9 | 305.00 | $274.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with DRamljak re: Discount scaling factors to verdict comps and social inflation | 0.4 | 305.00 | $122.00 |
| 8/20/2025 | DeLarm, Carolyn | Report Drafting / Editing | Call with AMBoswell and DRamljak re: POC data request & aggravating factors exhibit for report | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | DeLarm, Carolyn | Report Drafting / Editing | Assist with ANO report source citations | 0.5 | 370.00 | $185.00 |
| 8/20/2025 | DeLarm, Carolyn | Claimant File Analysis | Call with HNguyen to walk through additional claimant data extraction task | 0.6 | 370.00 | $222.00 |
| 8/20/2025 | Ramljak, Danny | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with BMartisauski re: Discount scaling factors to verdict comps and social inflation | 0.4 | 370.00 | $148.00 |
| 8/20/2025 | Ramljak, Danny | Claimant File Analysis | Analysis & correspondence re: Data summary of all POC forms | 0.8 | 370.00 | $296.00 |
| 8/20/2025 | Ramljak, Danny | Claimant File Analysis | Analysis re: reconcile & compile POC forms for data conversion | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | Ramljak, Danny | Claimant File Analysis | Call with AMBoswell re: updated claimant detail exhibit per request of counsel | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | Ramljak, Danny | Report Drafting / Editing | Develop tables for the expert report | 1.7 | 370.00 | $629.00 |
| 8/20/2025 | Ramljak, Danny | Report Drafting / Editing | Incorporate KMcNally comments into expert report | 0.9 | 370.00 | $333.00 |
| 8/20/2025 | Ramljak, Danny | Report Drafting / Editing | Call with CDeLarm and AMBoswell re: POC data request & aggravating factors exhibit for report | 0.7 | 370.00 | $259.00 |
| 8/20/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/20/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 1.7 | 370.00 | $629.00 |
| 8/20/2025 | Nguyen, Hung | Claimant File Analysis | Call with CDeLarm to walk through additional claimant data extraction task | 0.6 | 370.00 | $222.00 |
| 8/20/2025 | McNally, Katheryn | Claimant File Analysis | Coordinate with counsel to the committee and Stout team regarding requested claimant data summary | 0.4 | 635.00 | $254.00 |
| 8/20/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 2.6 | 635.00 | $1,651.00 |
| 8/21/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Updates to report and ANO historical settlements tables per new documentation received from counsel | 0.6 | 370.00 | $222.00 |
| 8/21/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with MSchwab, KMcNally, DRamljak to discuss aggravating factors analytics | 0.5 | 370.00 | $185.00 |
| 8/21/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Edit aggravating factors exhibit for report | 2.6 | 370.00 | $962.00 |
| 8/21/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 2.0 | 370.00 | $740.00 |
| 8/21/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation figures for report | 2.0 | 370.00 | $740.00 |
| 8/21/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 0.8 | 305.00 | $244.00 |
| 8/21/2025 | Ramljak, Danny | Report Drafting / Editing | Draft edits to KMcNally report | 1.5 | 370.00 | $555.00 |
| 8/21/2025 | Ramljak, Danny | Report Drafting / Editing | Analysis of outstanding questions re: expert report | 0.5 | 370.00 | $185.00 |
| 8/21/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of Debtor claim classifications and reconcile against Stout valuation | 1.8 | 370.00 | $666.00 |
| 8/21/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analyze and finalize valuation figures for report | 1.1 | 370.00 | $407.00 |
| 8/21/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/21/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 2.7 | 370.00 | $999.00 |
| 8/21/2025 | McNally, Katheryn | Claimant File Analysis | Correspondence with ACaine regarding requested summary of claimant data | 0.3 | 635.00 | $190.50 |
| 8/21/2025 | Ramljak, Danny | Claimant File Analysis | Meeting with MSchwab, KMcNally, AMBoswell to discuss aggravating factors analytics | 0.5 | 370.00 | $185.00 |
| 8/21/2025 | McNally, Katheryn | Claimant File Analysis | Meeting with MSchwab, AMBoswell, DRamljak to discuss aggravating factors analytics | 0.5 | 635.00 | $317.50 |
| 8/21/2025 | Schwab, Matt | Claimant File Analysis | Meeting with KMcNally AMBoswell, DRamljak to discuss aggravating factors analytics | 0.5 | 625.00 | $312.50 |
| 8/21/2025 | Cortens, Morgan | Analysis of ANO Historical Settlements | Detailed research re: historical ANO settlements | 2.1 | 305.00 | $640.50 |
| 8/21/2025 | Cortens, Morgan | Report Drafting / Editing | QC and updates to report footnotes | 0.8 | 305.00 | $244.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/22/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of document requests re: POC data from counsel and correspondence re: same | 1.0 | 370.00 | $370.00 |
| 8/22/2025 | Boswell, Anne Margaret | Fee Applications | Prepare July Monthly Fee Application | 2.5 | 370.00 | $925.00 |
| 8/22/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/22/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with MCortens to discuss aggravating factors analysis for expert report | 0.5 | 370.00 | $185.00 |
| 8/22/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC aggravating factor tables per report | 0.8 | 370.00 | $296.00 |
| 8/22/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 0.6 | 305.00 | $183.00 |
| 8/22/2025 | Ramljak, Danny | Report Drafting / Editing | Incorporate KMcNally & MSchwab comments into report | 2.1 | 370.00 | $777.00 |
| 8/22/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis and QC of valuation model | 1.8 | 370.00 | $666.00 |
| 8/22/2025 | Ramljak, Danny | Report Drafting / Editing | Formulate and incorporate tables into the report | 1.6 | 370.00 | $592.00 |
| 8/22/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/22/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 4.0 | 370.00 | $1,480.00 |
| 8/22/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 1.7 | 370.00 | $629.00 |
| 8/22/2025 | McNally, Katheryn | Claimant File Analysis | Analysis and confirmation of claim treatment in valuation for certain claims | 0.5 | 635.00 | $317.50 |
| 8/22/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 1.7 | 635.00 | $1,079.50 |
| 8/22/2025 | Aiello, Madison | Claimant File Analysis | QCing duplicate/triplicate POC forms | 3.2 | 370.00 | $1,184.00 |
| 8/22/2025 | Schwab, Matt | Report Drafting / Editing | Detailed review, QC and editing in support of expert report | 3.0 | 625.00 | $1,875.00 |
| 8/22/2025 | Schwab, Matt | Report Drafting / Editing | Detailed review, QC and editing in support of expert report continued | 1.2 | 625.00 | $750.00 |
| 8/22/2025 | Cortens, Morgan | Report Drafting / Editing | Updates to expert report notes and figures | 1.9 | 305.00 | $579.50 |
| 8/22/2025 | Cortens, Morgan | Report Drafting / Editing | Meeting with AMBoswell to discuss aggravating factors analysis for expert report | 0.5 | 305.00 | $152.50 |
| 8/22/2025 | Cortens, Morgan | Report Drafting / Editing | Development of valuation charts for expert report | 2.6 | 305.00 | $793.00 |
| 8/23/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/23/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 3.5 | 370.00 | $1,295.00 |
| 8/23/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 0.4 | 635.00 | $254.00 |
| 8/24/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/24/2025 | Nguyen, Hung | Claimant File Analysis | Perform data extraction of claimant data per request from counsel continued | 3.0 | 370.00 | $1,110.00 |
| 8/25/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of extracted POC data per HNguyen | 0.6 | 370.00 | $222.00 |
| 8/25/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Analysis of ANO historical settlements exhibit per report | 2.0 | 370.00 | $740.00 |
| 8/25/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Incorporate updates to analysis of comparable settlements for purposes of supporting draft McNally report | 0.5 | 305.00 | $152.50 |
| 8/25/2025 | Ramljak, Danny | Report Drafting / Editing | Call with INasatir, KMcNally and MSchwab to discuss Stout expert report | 1.0 | 370.00 | $370.00 |
| 8/25/2025 | Nguyen, Hung | Claimant File Analysis | Finalize data extraction of claimant files for analysis per request from counsel | 4.0 | 370.00 | $1,480.00 |
| 8/25/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to expert report tables | 0.3 | 635.00 | $190.50 |
| 8/25/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 2.4 | 635.00 | $1,524.00 |
| 8/25/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Discussion with INasatir re: late filed claims and follow up with AMBoswell re: same | 0.3 | 635.00 | $190.50 |
| 8/25/2025 | McNally, Katheryn | Report Drafting / Editing | Call with INasatir, MSchwab and DRamljak to discuss Stout expert report | 1.0 | 635.00 | $635.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 8/25/2025 | Schwab, Matt | Report Drafting / Editing | Call with INasatir, KMcNally and DRamljak to discuss Stout expert report | 1.0 | 625.00 | $625.00 |
| 8/25/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis and development of tables for report re: aggravating factors | 2.6 | 305.00 | $793.00 |
| 8/25/2025 | Paredes, Tatiana | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform statistical testing on verdict data | 0.5 | 435.00 | $217.50 |
| 8/26/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with DRamljak re: Workplan of report tasks and other open items | 1.2 | 370.00 | $444.00 |
| 8/26/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 3.7 | 370.00 | $1,369.00 |
| 8/26/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation figures for report | 2.0 | 370.00 | $740.00 |
| 8/26/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/26/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Incorporate updates into comparable verdict analysis and prepare demonstratives to implement into draft McNally report | 2.5 | 305.00 | $762.50 |
| 8/26/2025 | Paredes, Tatiana | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with BMartisauski and KMcNally to discuss analysis of comparable verdict data | 0.3 | 435.00 | $130.50 |
| 8/26/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with KMcNally and TParedes to discuss analysis of comparable verdict data | 0.3 | 305.00 | $91.50 |
| 8/26/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate edits and demonstratives into draft McNally report for purposes of supporting findings | 1.1 | 305.00 | $335.50 |
| 8/26/2025 | Martisauski, Brad | Report Drafting / Editing | Meeting with AMBoswell, CDeLarm, DRamljak, MAiello, MCortens and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 305.00 | $122.00 |
| 8/26/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with MCortens, MAiello, DRamljak, BMartisauski, CDeLarm and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 370.00 | $148.00 |
| 8/26/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with MAiello, AMBoswell, BMartisauski, CDeLarm, and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 370.00 | $148.00 |
| 8/26/2025 | Heuberger, Bryn | Report Drafting / Editing | Meeting with AMBoswell, MAiello, DRamljak, BMartisauski, MCortens and CDeLarm to discuss workstreams and next steps for draft McNally report | 0.4 | 280.00 | $112.00 |
| 8/26/2025 | Heuberger, Bryn | Report Drafting / Editing | QC footnotes and source files per report | 2.3 | 280.00 | $644.00 |
| 8/26/2025 | Heuberger, Bryn | Report Drafting / Editing | QC report exhibits | 2.0 | 280.00 | $560.00 |
| 8/26/2025 | Heuberger, Bryn | Report Drafting / Editing | QC footnotes and source files per report continued | 2.5 | 280.00 | $700.00 |
| 8/26/2025 | DeLarm, Carolyn | Report Drafting / Editing | Draft claimant information exhibit for report | 2.1 | 370.00 | $777.00 |
| 8/26/2025 | Ramljak, Danny | Claimant File Analysis | Analysis of valued POCs by abuser and credibly accused | 3.0 | 370.00 | $1,110.00 |
| 8/26/2025 | DeLarm, Carolyn | Report Drafting / Editing | Meeting with MCortens, MAiello, DRamljak, BMartisauski, AMBoswell and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 370.00 | $148.00 |
| 8/26/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with KMcNally, MSchwab, DRamljak to discuss prior edits to report and action items necessary to close open items | 0.5 | 370.00 | $185.00 |
| 8/26/2025 | Ramljak, Danny | Report Drafting / Editing | Call with AMBoswell re: Workplan of report tasks and other open items | 1.2 | 370.00 | $444.00 |
| 8/26/2025 | Ramljak, Danny | Report Drafting / Editing | Call with AMBoswell, MSchwab, KMcNally to discuss prior edits to report and action items necessary to close open items | 0.5 | 370.00 | $185.00 |
| 8/26/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Valuation figures, tables, and aggravating factors per report | 2.9 | 370.00 | $1,073.00 |
| 8/26/2025 | Ramljak, Danny | Valuation Model Development and Reporting | QC updates to valuation per report | 0.7 | 370.00 | $259.00 |
| 8/26/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.5 | 280.00 | $140.00 |
| 8/26/2025 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analyze historical verdicts to identify potential outliers | 0.8 | 635.00 | $508.00 |
| 8/26/2025 | McNally, Katheryn | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Meeting with BMartisauski and TParedes to discuss analysis of comparable verdict data | 0.3 | 635.00 | $190.50 |
| 8/26/2025 | McNally, Katheryn | Claimant File Analysis | Prep for and call with INasatir, ACaine, and BLocke to discuss requested claimant information | 0.5 | 635.00 | $317.50 |
| 8/26/2025 | McNally, Katheryn | Report Drafting / Editing | Call with AMBoswell, MSchwab, DRamljak to discuss prior edits to report and action items necessary to close open items | 0.5 | 635.00 | $317.50 |
| 8/26/2025 | Aiello, Madison | Report Drafting / Editing | QCing report footnotes and sources | 2.3 | 370.00 | $851.00 |
| 8/26/2025 | Aiello, Madison | Report Drafting / Editing | Meeting with AMBoswell, CDeLarm, DRamljak, BMartisauski, MCortens and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 370.00 | $148.00 |
| 8/26/2025 | Schwab, Matt | Report Drafting / Editing | Call with KMcNally, AMBoswell, DRamljak to discuss prior edits to report and action items necessary to close open items | 0.5 | 625.00 | $312.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/26/2025 | Schwab, Matt | Report Drafting / Editing | Work on report QC and editing | 2.2 | 625.00 | $1,375.00 |
| 8/26/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis and development of POC data exhibit for report | 1.1 | 305.00 | $335.50 |
| 8/26/2025 | Cortens, Morgan | Report Drafting / Editing | Meeting with AMBoswell, MAiello, DRamljak, BMartisauski, CDeLarm and BHeuberger to discuss workstreams and next steps for draft McNally report | 0.4 | 305.00 | $122.00 |
| 8/26/2025 | Cortens, Morgan | Report Drafting / Editing | Updates and analysis of aggravating factor tables and underlying data | 2.9 | 305.00 | $884.50 |
| 8/26/2025 | Paredes, Tatiana | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform statistical testing on verdict data | 3.0 | 435.00 | $1,305.00 |
| 8/27/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 2.0 | 370.00 | $740.00 |
| 8/27/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/27/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Updates to the aggravating factors report exhibit per KMcNally comments | 1.5 | 370.00 | $555.00 |
| 8/27/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC footnotes and source files | 1.5 | 370.00 | $555.00 |
| 8/27/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with DRamljak re: report workplan and open items | 0.3 | 370.00 | $111.00 |
| 8/27/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform analysis and prepare demonstrative exhibits related to comparable verdict and settlement data aggregated by Stout to support draft McNally report | 3.1 | 305.00 | $945.50 |
| 8/27/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate KMcNally feedback into narrative and demonstratives to support draft report | 1.4 | 305.00 | $427.00 |
| 8/27/2025 | Ramljak, Danny | Report Drafting / Editing | Incorporate KMcNally comments into expert report | 3.0 | 370.00 | $1,110.00 |
| 8/27/2025 | Ramljak, Danny | Report Drafting / Editing | Edits to KMcNally expert report | 2.7 | 370.00 | $999.00 |
| 8/27/2025 | Ramljak, Danny | Report Drafting / Editing | Call with AMBoswell re: report workplan and open items | 0.3 | 370.00 | $111.00 |
| 8/27/2025 | McNally, Katheryn | Fee Applications | Edits to July Monthly Fee Application | 0.4 | 635.00 | $254.00 |
| 8/27/2025 | McNally, Katheryn | Report Drafting / Editing | Review and edit draft expert report | 2.3 | 635.00 | $1,460.50 |
| 8/27/2025 | Aiello, Madison | Report Drafting / Editing | Updating report footnotes & saving source documentation per AMBoswell's comments | 2.0 | 370.00 | $740.00 |
| 8/27/2025 | Aiello, Madison | Report Drafting / Editing | Updating report footnotes & saving source documentation per AMBoswell's comments continued | 1.8 | 370.00 | $666.00 |
| 8/27/2025 | Schwab, Matt | Report Drafting / Editing | Work on QC and editing of expert report | 1.2 | 625.00 | $750.00 |
| 8/27/2025 | Cortens, Morgan | Report Drafting / Editing | Updates to ANO historical settlements exhibit per expert report | 0.4 | 305.00 | $122.00 |
| 8/27/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis of data and docs exhibit | 3.0 | 305.00 | $915.00 |
| 8/28/2025 | Boswell, Anne Margaret | Fee Applications | Finalize July Monthly Fee Application and send to counsel | 0.5 | 370.00 | $185.00 |
| 8/28/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 4.0 | 370.00 | $1,480.00 |
| 8/28/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 8/28/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with DRamljak re: Report daily workplan | 1.5 | 370.00 | $555.00 |
| 8/28/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with MSchwab, BMartisauski, KMcNally and DRamljak to discuss open items re: expert report | 0.7 | 370.00 | $259.00 |
| 8/28/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform research on comparable diocesan bankruptcy cases for purposes of furthering analysis and creating demonstrative to support draft McNally report | 3.7 | 305.00 | $1,128.50 |
| 8/28/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate Stout team feedback into analyses and accompanying demonstratives to update draft McNally report | 1.5 | 305.00 | $457.50 |
| 8/28/2025 | Martisauski, Brad | Report Drafting / Editing | Call with MSchwab, AMBoswell, KMcNally and DRamljak to discuss open items re: expert report | 0.7 | 305.00 | $213.50 |
| 8/28/2025 | DeLarm, Carolyn | Report Drafting / Editing | Assist BMartisauski with additional TDP research for report | 0.6 | 370.00 | $222.00 |
| 8/28/2025 | DeLarm, Carolyn | Report Drafting / Editing | Meeting with DRamljak re: Valued claimant information exhibit for report | 0.5 | 370.00 | $185.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Edits to the report for discount scaling factors | 0.9 | 370.00 | $333.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Analysis of verdict and comparable settlements exhibits and gather data & docs for report | 1.0 | 370.00 | $370.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Prep for call with MSchwab, AMBoswell, KMcNally and BMartisauski to discuss open items re: expert report | 0.3 | 370.00 | $111.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Call with MSchwab, AMBoswell, KMcNally and BMartisauski to discuss open items re: expert report | 0.7 | 370.00 | $259.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Analysis of valued claim exhibit for report | 2.4 | 370.00 | $888.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with AMBoswell re: Report daily workplan | 1.5 | 370.00 | $555.00 |
| 8/28/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with CDeLarm re: Valued claimant information exhibit for report | 0.5 | 370.00 | $185.00 |
| 8/28/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Discount scaling factors in valuation | 1.2 | 370.00 | $444.00 |
| 8/28/2025 | Rhodes, Freddie | Claimant File Analysis | Analysis of claimant information per request of counsel | 1.5 | 280.00 | $420.00 |
| 8/28/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.4 | 280.00 | $112.00 |
| 8/28/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 0.6 | 635.00 | $381.00 |
| 8/28/2025 | McNally, Katheryn | Report Drafting / Editing | Call with MSchwab, AMBoswell, BMartisauski to discuss open item re: expert report | 0.7 | 635.00 | $444.50 |
| 8/28/2025 | Aiello, Madison | Report Drafting / Editing | QCing verdict comps & sample verdicts exhibits per report | 3.5 | 370.00 | $1,295.00 |
| 8/28/2025 | Schwab, Matt | Report Drafting / Editing | Work on QC, analysis and editing for expert report | 2.7 | 625.00 | $1,687.50 |
| 8/28/2025 | Schwab, Matt | Report Drafting / Editing | Call with KMcNally, AMBoswell, BMartisauski and DRamljak to discuss open items re: expert report | 0.7 | 625.00 | $437.50 |
| 8/28/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis of comparable verdict exhibit per report | 2.4 | 305.00 | $732.00 |
| 8/28/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis of comparable settlements exhibit per report | 1.0 | 305.00 | $305.00 |
| 8/29/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Updates to report exhibits | 1.0 | 370.00 | $370.00 |
| 8/29/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC exhibits and tables in report | 0.9 | 370.00 | $333.00 |
| 8/29/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC claim value exhibit in report | 2.0 | 370.00 | $740.00 |
| 8/29/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with DRamljak to discuss QC of claim valuation exhibit | 0.9 | 370.00 | $333.00 |
| 8/29/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform research on comparable diocesan bankruptcy cases and their Trust Distribution Procedures for purposes of supporting draft McNally report | 3.4 | 305.00 | $1,037.00 |
| 8/29/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate Stout team feedback into analyses and accompanying demonstratives to update draft McNally report | 1.7 | 305.00 | $518.50 |
| 8/29/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with AMBoswell to discuss QC of claim valuation exhibit | 0.9 | 370.00 | $333.00 |
| 8/29/2025 | Ramljak, Danny | Report Drafting / Editing | Internal correspondence re: updated footnotes, charts, and tables for the report | 0.7 | 370.00 | $259.00 |
| 8/29/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Correspondence and analysis re: additional potential defendant discounting | 0.7 | 370.00 | $259.00 |
| 8/29/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Correspondence re: Updated discount scaling factors in valuation | 0.5 | 370.00 | $185.00 |
| 8/29/2025 | Aiello, Madison | Report Drafting / Editing | QCing aggravating factors exhibit analytics | 1.4 | 370.00 | $518.00 |
| 8/29/2025 | Schwab, Matt | Report Drafting / Editing | QC and finalize exhibits and assist with report edits | 3.0 | 625.00 | $1,875.00 |
| 8/29/2025 | Schwab, Matt | Report Drafting / Editing | QC and finalize exhibits and assist with report edits continued | 1.9 | 625.00 | $1,187.50 |
| 8/29/2025 | Cortens, Morgan | Report Drafting / Editing | Updates to data and docs exhibit | 1.7 | 305.00 | $518.50 |
| 8/30/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 1.2 | 635.00 | $762.00 |
| 8/31/2025 | Martisauski, Brad | Report Drafting / Editing | Incorporate K. McNally feedback into draft report and accompanying exhibits | 0.9 | 305.00 | $274.50 |
| 8/31/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft report and exhibits | 1.3 | 635.00 | $825.50 |
| **GRAND TOTAL** | | | | **435.80** | | **$175,531.00** |

# EXHIBIT B

**Exhibit B**
**Detailed Expenses**

| Date | Employee Name | Spend Category | Description | Amount |
|------|---------------|----------------|-------------|--------|
| 8/9/2025 | Schwab, Matt | Airfare | Flight to New Orleans for Mediation | 317.19 |
| 8/11/2025 | Schwab, Matt | Airfare | Flight home from Mediation | 449.18 |
| 8/12/2025 | Schwab, Matt | Meals | Meal 1 while in New Orleans for Mediation | 110.86 |
| 8/13/2025 | Schwab, Matt | Meals | Meal 2 while in New Orleans for Mediation | 39.20 |
| 8/13/2025 | Schwab, Matt | Meals | Meal at airport | 23.22 |
| 8/13/2025 | Schwab, Matt | Internet Access Fees | Airplane internet | 8.00 |
| 8/13/2025 | Schwab, Matt | Ground Transportation | Cab to hotel | 50.39 |
| 8/14/2025 | Schwab, Matt | Hotels | Hotel while in New Orleans for Mediation | 961.36 |
| 8/14/2025 | Schwab, Matt | Ground Transportation | Uber to airport | 50.93 |
| | | | | **2,010.33** |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 25, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
### AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD SEPTEMBER 1, 2025 – SEPTEMBER 30, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2025 through September 30, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| September 1, 2025 to September 30, 2025 | |
| --- | --- |
| Fees | $80,936.00 |
| Expenses | $0.00 |
| **Total** | **$80,936.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Stout is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS
## SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $39,228.00[10] | $0.00 | $39,228.00 | $0.00 |
| 4/1/25 – 4/30/25 | $19,382.00[10] | $0.00 | $19,382.00 | $0.00 |
| 5/1/25 – 5/31/25 | $20,560.00[10] | $0.00 | $20,560.00 | $0.00 |
| 6/1/25 – 6/30/25 | $12,786.00[10] | $0.00 | $12,786.00 | $0.00 |
| 7/1/25 – 7/31/25 | $50,271.20[11] | $0.00 | $0.00 | $50,271.20 |
| 8/1/25 – 8/31/25 | $140,424.80[12] | $2,010.33 | $0.00 | $142,435.13 |

**Total Unpaid to Date**                                    **$192,706.33**


## NO PRIOR REQUEST

5.    With respect to the amounts requested herein, as of the date of this Statement, Stout has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount was approved pursuant to order approving Claro's Ninth Interim Application for Allowance of Compensation for the Period From March 1, 2025 through June 30, 2025, entered August 29, 2025 [Docket No. 4324].

[11] This amount represents 80% of Claro's total monthly fees in the amount of $62,839.00 on account of Claro's July 2025 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $175,531.00 on account of Claro's August 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 25, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $64,748.80 which consists of which consists of eighty percent (80%) of Stout's total fees of $80,936.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: November 11, 2025                    Respectfully submitted,

                                            *By: /s/ Katheryn McNally*
                                            The Claro Group, A Stout Business
                                            225 W. Randolph St., Floor 8
                                            Chicago, IL 60606
                                            Email: kmcnally@stout.com

                                            *Expert Consultant and Expert Witness to the*
                                            *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**

**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 26.80 | $ 17,018.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 13.50 | $ 8,437.50 |
| Aiello, Madison | Manager | $ 370.00 | 9.10 | $ 3,367.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 51.20 | $ 18,944.00 |
| Ramljak, Danny | Manager | $ 370.00 | 65.20 | $ 24,124.00 |
| Cortens, Morgan | Associate | $ 305.00 | 10.40 | $ 3,172.00 |
| Martisauski, Brad | Associate | $ 305.00 | 8.70 | $ 2,653.50 |
| Carroll, Ella | Analyst | $ 280.00 | 2.40 | $ 672.00 |
| Heuberger, Bryn | Analyst | $ 280.00 | 3.70 | $ 1,036.00 |
| Rhodes, Freddie | Analyst | $ 280.00 | 5.40 | $ 1,512.00 |
| | | **Total Hours and Fees:** | **196.40** | **$ 80,936.00** |
| | | **Blended Rate:** $ **412.10** | | |

**Exhibit A**

**Compensation and Hours by Task**

| Project Categories | Total Hours September 2025 | Total Compensation |
|---|---|---|
| Analysis of ANO Historical Settlements | 5.8 | $ 1,866.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 6.9 | $ 2,337.00 |
| Claimant File Analysis | 5.2 | $ 1,699.00 |
| Communication with Counsel | 2.9 | $ 1,697.00 |
| Deposition Prep / Deposition | 66.4 | $ 26,081.00 |
| Fee Applications | 7.0 | $ 2,775.50 |
| Report Drafting / Editing | 87.5 | $ 39,086.50 |
| Valuation Model Development and Reporting | 14.7 | $ 5,394.00 |
| **Total** | **196.40** | **$ 80,936.00** |

**Exhibit A**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/1/2025 | McNally, Katheryn | Report Drafting / Editing | Edits to draft expert report | 1.2 | 635.00 | $762.00 |
| 9/1/2025 | McNally, Katheryn | Report Drafting / Editing | Call with INasatir and AMBoswell to discuss report redlines | 1.0 | 635.00 | $635.00 |
| 9/1/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Edits to draft expert report per discussion with INasatir and KMcNally | 1.0 | 370.00 | $370.00 |
| 9/1/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Call with INasatir and KMcNally to discuss report redlines | 1.0 | 370.00 | $370.00 |
| 9/2/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Meeting with BHeuberger to discuss analysis of ANO historical settlements | 0.2 | 370.00 | $74.00 |
| 9/2/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Updates to exhibits per KMcNally comments | 1.9 | 370.00 | $703.00 |
| 9/2/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate redlines from Counsel into draft report | 1.5 | 370.00 | $555.00 |
| 9/2/2025 | Boswell, Anne Margaret | Communication with Counsel | Call with INasatir, MSchwab, KMcNally to discuss Stout expert report status | 0.5 | 370.00 | $185.00 |
| 9/2/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with KMcNally, MSchwab, BMartisauski, DRamljak and MCortens to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 370.00 | $222.00 |
| 9/2/2025 | McNally, Katheryn | Report Drafting / Editing | Meeting with AMBoswell, MSchwab, BMartisauski, DRamljak and MCortens to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 635.00 | $381.00 |
| 9/2/2025 | Martisauski, Brad | Report Drafting / Editing | Meeting with KMcNally, MSchwab, AMBoswell, DRamljak and MCortens to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 305.00 | $183.00 |
| 9/2/2025 | Heuberger, Bryn | Analysis of ANO Historical Settlements | Analysis of ANO historical settlements | 3.5 | 280.00 | $980.00 |
| 9/2/2025 | Heuberger, Bryn | Analysis of ANO Historical Settlements | Meeting with AMBoswell to discuss analysis of ANO historical settlements | 0.2 | 280.00 | $56.00 |
| 9/2/2025 | Ramljak, Danny | Report Drafting / Editing | Edits to draft report & incorporation of updated tables/charts | 2.9 | 370.00 | $1,073.00 |
| 9/2/2025 | Ramljak, Danny | Report Drafting / Editing | Finalize draft report exhibits for Counsel review & incorporate Counsel comments | 2.1 | 370.00 | $777.00 |
| 9/2/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with AMBoswell re: Counsel report comments and exhibit edits | 0.6 | 370.00 | $222.00 |
| 9/2/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Meeting with DRamljak re: Counsel report comments and exhibit edits | 0.6 | 370.00 | $222.00 |
| 9/2/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with MAiello & AMBoswell re: valued claim analysis | 0.9 | 370.00 | $333.00 |
| 9/2/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MAiello & DRamljak re: valued claim analysis | 0.9 | 370.00 | $333.00 |
| 9/2/2025 | Ramljak, Danny | Report Drafting / Editing | Meeting with KMcNally, MSchwab, AMBoswell, BMartisauski and MCortens to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 370.00 | $222.00 |
| 9/2/2025 | Ramljak, Danny | Report Drafting / Editing | Incorporate Counsel report edits into draft | 1.6 | 370.00 | $592.00 |
| 9/2/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of valued claims at request of INasatir | 1.5 | 370.00 | $555.00 |
| 9/2/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Discount factors for report valuation | 1.4 | 370.00 | $518.00 |
| 9/2/2025 | Carroll, Ella | Report Drafting / Editing | Conduct quality check of report in preparation to share with Counsel | 2.4 | 280.00 | $672.00 |
| 9/2/2025 | McNally, Katheryn | Communication with Counsel | Call with INasatir, MSchwab, AMBoswell to discuss Stout expert report status | 0.5 | 635.00 | $317.50 |
| 9/2/2025 | McNally, Katheryn | Report Drafting / Editing | Edits and QC of draft expert reports and related exhibits | 3.9 | 635.00 | $2,476.50 |
| 9/2/2025 | McNally, Katheryn | Report Drafting / Editing | Edits and QC of draft expert reports and related exhibits continued | 3.2 | 635.00 | $2,032.00 |
| 9/2/2025 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of valued claims at request of INasatir | 4.0 | 370.00 | $1,480.00 |
| 9/2/2025 | Aiello, Madison | Valuation Model Development and Reporting | Analysis of valued claims at request of INasatir | 1.8 | 370.00 | $666.00 |
| 9/2/2025 | Aiello, Madison | Valuation Model Development and Reporting | Call with AMBoswell & DRamljak re: valued claim analysis | 0.9 | 370.00 | $333.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/2/2025 | Schwab, Matt | Report Drafting / Editing | Review and QC of updated exhibits and report | 3.3 | 625.00 | $2,062.50 |
| 9/2/2025 | Schwab, Matt | Report Drafting / Editing | Review and QC of updated exhibits and report continued | 1.0 | 625.00 | $625.00 |
| 9/2/2025 | Schwab, Matt | Report Drafting / Editing | Meeting with KMcNally, MCortens, AMBoswell, DRamljak and BMartisauski to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 625.00 | $375.00 |
| 9/2/2025 | Schwab, Matt | Communication with Counsel | Call with INasatir, KMcNally, AMBoswell to discuss Stout expert report status | 0.5 | 625.00 | $312.50 |
| 9/2/2025 | Cortens, Morgan | Report Drafting / Editing | Continued analysis of report exhibits and data and docs | 2.0 | 305.00 | $610.00 |
| 9/2/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis of report exhibits and data and docs | 2.6 | 305.00 | $793.00 |
| 9/2/2025 | Cortens, Morgan | Report Drafting / Editing | Meeting with KMcNally, MSchwab, AMBoswell, DRamljak and BMartisauski to discuss remaining workstreams for purposes of preparing KMcNally report for filing | 0.6 | 305.00 | $183.00 |
| 9/3/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | QC historical settlement analysis performed by BHeuberger | 1.0 | 370.00 | $370.00 |
| 9/3/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings continued | 3.9 | 370.00 | $1,443.00 |
| 9/3/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Incorporate edits into draft KMcNally report to support findings | 4.0 | 370.00 | $1,480.00 |
| 9/3/2025 | Boswell, Anne Margaret | Report Drafting / Editing | Draft claimant detail exhibit for report | 1.0 | 370.00 | $370.00 |
| 9/3/2025 | Martisauski, Brad | Report Drafting / Editing | Perform quality control analysis of footnotes/exhibits supporting McNally report to prepare for filing | 1.9 | 305.00 | $579.50 |
| 9/3/2025 | Ramljak, Danny | Report Drafting / Editing | QC of figures in draft report | 2.2 | 370.00 | $814.00 |
| 9/3/2025 | Ramljak, Danny | Report Drafting / Editing | Reconciliation of certain documents related to discount factors for the report | 2.1 | 370.00 | $777.00 |
| 9/3/2025 | Ramljak, Danny | Report Drafting / Editing | Drafting edits to the discount scaling factors section of the report | 1.9 | 370.00 | $703.00 |
| 9/3/2025 | Ramljak, Danny | Report Drafting / Editing | Analysis of draft exhibits for the report | 1.7 | 370.00 | $629.00 |
| 9/3/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Discount factors for report valuation | 2.8 | 370.00 | $1,036.00 |
| 9/3/2025 | Ramljak, Danny | Report Drafting / Editing | Call with MSchwab to work through exhibit updates and answer questions | 0.5 | 370.00 | $185.00 |
| 9/3/2025 | McNally, Katheryn | Report Drafting / Editing | Edits and QC of expert report and related exhibits | 4.0 | 635.00 | $2,540.00 |
| 9/3/2025 | McNally, Katheryn | Report Drafting / Editing | Edits and QC of expert report and related exhibits | 1.4 | 635.00 | $889.00 |
| 9/3/2025 | McNally, Katheryn | Report Drafting / Editing | Work on data and docs exhibit and review related source documents | 1.2 | 635.00 | $762.00 |
| 9/3/2025 | Schwab, Matt | Report Drafting / Editing | Work on updates, edits and QC of revised expert report | 3.2 | 625.00 | $2,000.00 |
| 9/3/2025 | Schwab, Matt | Report Drafting / Editing | Call with DRamljak to work through exhibit updates and answer questions | 0.5 | 625.00 | $312.50 |
| 9/3/2025 | Cortens, Morgan | Report Drafting / Editing | Detailed review of report and report exhibits | 2.0 | 305.00 | $610.00 |
| 9/3/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis and updates to data & docs | 2.2 | 305.00 | $671.00 |
| 9/4/2025 | Martisauski, Brad | Report Drafting / Editing | Perform quality control analysis of footnotes/exhibits supporting McNally report to prepare for filing | 2.8 | 305.00 | $854.00 |
| 9/4/2025 | Ramljak, Danny | Report Drafting / Editing | Finalize exhibits to the report | 2.8 | 370.00 | $1,036.00 |
| 9/4/2025 | Ramljak, Danny | Report Drafting / Editing | Analysis of exhibit 1 of the report and correspondence regarding the same | 1.6 | 370.00 | $592.00 |
| 9/4/2025 | Ramljak, Danny | Report Drafting / Editing | Final review of report to be sent to Counsel | 0.5 | 370.00 | $185.00 |
| 9/4/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.3 | 280.00 | $84.00 |
| 9/4/2025 | McNally, Katheryn | Report Drafting / Editing | Final edits and QC to expert report; prepare for production | 3.1 | 635.00 | $1,968.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 9/4/2025 | Aiello, Madison | Report Drafting / Editing | Report QC and updates to data/docs | 2.4 | 370.00 | $888.00 |
| 9/4/2025 | Schwab, Matt | Report Drafting / Editing | Final QC and edits to expert report | 2.2 | 625.00 | $1,375.00 |
| 9/10/2025 | Boswell, Anne Margaret | Analysis of ANO Historical Settlements | Analysis of historical settlement agreements per request of Counsel | 0.7 | 370.00 | $259.00 |
| 9/10/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Call with MSchwab, KMcNally, DRamljak to discuss preparation plan for deposition | 0.5 | 370.00 | $185.00 |
| 9/10/2025 | Ramljak, Danny | Deposition Prep / Deposition | Call with MSchwab, AMBoswell, KMcNally to discuss preparation plan for deposition | 0.5 | 370.00 | $185.00 |
| 9/10/2025 | McNally, Katheryn | Analysis of ANO Historical Settlements | Correspondence with AMBoswell re: request from INasatir re: prior ANO settlements | 0.2 | 635.00 | $127.00 |
| 9/10/2025 | McNally, Katheryn | Deposition Prep / Deposition | Call with MSchwab, AMBoswell, DRamljak to discuss preparation plan for deposition | 0.5 | 635.00 | $317.50 |
| 9/10/2025 | Schwab, Matt | Deposition Prep / Deposition | Call with KMcNally, AMBoswell, DRamljak to discuss preparation plan for deposition | 0.5 | 625.00 | $312.50 |
| 9/12/2025 | Boswell, Anne Margaret | Fee Applications | Analysis of August Monthly Fee Application | 1.5 | 370.00 | $555.00 |
| 9/15/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Meeting with DRamljak re: Workplan for report deposition preparation | 0.5 | 370.00 | $185.00 |
| 9/15/2025 | Boswell, Anne Margaret | Fee Applications | Analysis of August Monthly Fee Application | 1.9 | 370.00 | $703.00 |
| 9/15/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 1.5 | 370.00 | $555.00 |
| 9/15/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with AMBoswell re: Workplan for report deposition preparation | 0.5 | 370.00 | $185.00 |
| 9/15/2025 | Rhodes, Freddie | Valuation Model Development and Reporting | Analysis of docket to identify any additional information potentially relevant to Stout claim valuation estimates | 0.2 | 280.00 | $56.00 |
| 9/16/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 3.0 | 370.00 | $1,110.00 |
| 9/16/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.6 | 370.00 | $962.00 |
| 9/16/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.1 | 370.00 | $777.00 |
| 9/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Develop partial abuser identification analysis template for staff review | 0.4 | 370.00 | $148.00 |
| 9/17/2025 | Boswell, Anne Margaret | Claimant File Analysis | Call with FRhodes to discuss partial abuser identification analysis | 0.3 | 370.00 | $111.00 |
| 9/17/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Call with DRamljak to develop preparation materials for KMcNally deposition | 0.5 | 370.00 | $185.00 |
| 9/17/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.3 | 370.00 | $851.00 |
| 9/17/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Call with KMcNally, DRamljak, and MSchwab regarding deposition preparation questions | 1.0 | 370.00 | $370.00 |
| 9/17/2025 | Ramljak, Danny | Deposition Prep / Deposition | Call with AMBoswell to develop preparation materials for KMcNally deposition | 0.5 | 370.00 | $185.00 |
| 9/17/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 1.1 | 370.00 | $407.00 |
| 9/17/2025 | Ramljak, Danny | Deposition Prep / Deposition | Call with AMBoswell, MSchwab, and KMcNally regarding deposition preparation questions | 1.0 | 370.00 | $370.00 |
| 9/17/2025 | Rhodes, Freddie | Claimant File Analysis | Call with AMBoswell to discuss partial abuser identification analysis | 0.3 | 280.00 | $84.00 |
| 9/17/2025 | McNally, Katheryn | Deposition Prep / Deposition | Call with AMBoswell, DRamljak, and MSchwab regarding deposition preparation questions | 1.0 | 635.00 | $635.00 |
| 9/17/2025 | Schwab, Matt | Deposition Prep / Deposition | Call with AMBoswell, DRamljak, and KMcNally regarding deposition preparation questions | 1.0 | 625.00 | $625.00 |
| 9/18/2025 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with FRhodes to discuss analysis re: verdict comp information | 0.3 | 370.00 | $111.00 |
| 9/18/2025 | Boswell, Anne Margaret | Analysis of Settlements, Verdicts, and Victim Compensation Funds | QC analysis re: verdict comp information performed by FRhodes | 0.6 | 370.00 | $222.00 |
| 9/18/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC partial abuser identification claims analysis performed by FRhodes | 0.5 | 370.00 | $185.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 3.7 | 370.00 | $1,369.00 |
| 9/18/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 3.6 | 370.00 | $1,332.00 |
| 9/18/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 1.0 | 370.00 | $370.00 |
| 9/18/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.1 | 370.00 | $777.00 |
| 9/18/2025 | Rhodes, Freddie | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Analysis re: verdict comp information | 2.1 | 280.00 | $588.00 |
| 9/18/2025 | Rhodes, Freddie | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Call with AMBoswell to discuss analysis re: verdict comp information | 0.3 | 280.00 | $84.00 |
| 9/18/2025 | Rhodes, Freddie | Claimant File Analysis | Partial abuser identification analysis | 1.1 | 280.00 | $308.00 |
| 9/19/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 0.5 | 370.00 | $185.00 |
| 9/22/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of claimant information to assist with deposition prep | 0.9 | 370.00 | $333.00 |
| 9/22/2025 | Boswell, Anne Margaret | Claimant File Analysis | QC partial abuser identification analysis performed by FRhodes | 0.6 | 370.00 | $222.00 |
| 9/22/2025 | Martisauski, Brad | Deposition Prep / Deposition | Analyze data relied upon in report and prepare materials for KMcNally deposition preparation | 2.1 | 305.00 | $640.50 |
| 9/22/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.9 | 370.00 | $1,073.00 |
| 9/22/2025 | Ramljak, Danny | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Statistical Analysis of verdict sample | 1.4 | 370.00 | $518.00 |
| 9/22/2025 | Ramljak, Danny | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Statistical Analysis of verdict sample | 1.2 | 370.00 | $444.00 |
| 9/22/2025 | Rhodes, Freddie | Claimant File Analysis | Partial abuser identification analysis | 1.1 | 280.00 | $308.00 |
| 9/22/2025 | McNally, Katheryn | Deposition Prep / Deposition | Deposition preparation | 0.9 | 635.00 | $571.50 |
| 9/22/2025 | Cortens, Morgan | Report Drafting / Editing | Analysis of sources used in report exhibits | 1.0 | 305.00 | $305.00 |
| 9/23/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 0.5 | 370.00 | $185.00 |
| 9/23/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.0 | 370.00 | $740.00 |
| 9/23/2025 | Ramljak, Danny | Deposition Prep / Deposition | Analysis of research and studies supporting deposition prep | 2.7 | 370.00 | $999.00 |
| 9/23/2025 | McNally, Katheryn | Deposition Prep / Deposition | Prep for deposition | 1.3 | 635.00 | $825.50 |
| 9/24/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Meeting with DRamljak regarding preparation for KMcNally deposition | 0.8 | 370.00 | $296.00 |
| 9/24/2025 | Boswell, Anne Margaret | Fee Applications | Analysis of August Monthly Fee Application | 2.5 | 370.00 | $925.00 |
| 9/24/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 1.7 | 370.00 | $629.00 |
| 9/24/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with AMBoswell regarding deposition prep for KMcNally | 0.8 | 370.00 | $296.00 |
| 9/25/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 0.8 | 370.00 | $296.00 |
| 9/25/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Deposition preparation with DRamljak and KMcNally | 1.0 | 370.00 | $370.00 |
| 9/25/2025 | Ramljak, Danny | Deposition Prep / Deposition | Deposition preparation with KMcNally and AMBoswell | 1.0 | 370.00 | $370.00 |
| 9/25/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 0.8 | 370.00 | $296.00 |
| 9/25/2025 | McNally, Katheryn | Deposition Prep / Deposition | Deposition preparation with DRamljak and AMBoswell | 1.0 | 635.00 | $635.00 |
| 9/26/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 1.8 | 370.00 | $666.00 |

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: December 9, 2025 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC)
## AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD OCTOBER 1, 2025 – OCTOBER 31, 2025

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), expert consultants on sexual abuse and expert witness to the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2025 through October 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Stout for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

are as follows:

| October 1, 2025 to October 31, 2025 | |
|---|---|
| Fees | $77,405.50 |
| Expenses | $1,202.05 |
| **Total** | **$78,607.55** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Stout timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Stout during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Stout Timekeeper for the Statement Period.

4.      Stout also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. Attached hereto as **Exhibit B** is a summary of expenses incurred by Stout during the Statement Period.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Fees Requested | Expenses Requested | Paid to Date | Total Unpaid |
|---|---|---|---|---|
| 6/1/22 – 6/30/22 | $75,012.00[2] | $0.00 | $75,012.00 | $0.00 |
| 7/1/22 – 7/31/22 | $80,973.50[3] | $0.00 | $80,973.50 | $0.00 |
| 8/1/22 – 8/31/22 | $49,639.50[3] | $0.00 | $49,639.50 | $0.00 |
| 9/1/22 – 9/30/22 | $12,062.00[3] | $0.00 | $12,062.00 | $0.00 |
| 10/1/22 – 10/31/22 | $4,303.00[3] | $0.00 | $4,303.00 | $0.00 |
| 11/1/22 – 11/30/22 | $17,622.00[4] | $0.00 | $17,622.00 | $0.00 |
| 12/1/22 – 12/31/22 | $6,519.00[4] | $0.00 | $6,519.00 | $0.00 |
| 1/1/23 – 1/31/23 | $63,301.50[4] | $0.00 | $63,301.50 | $0.00 |
| 2/1/23 – 2/28/23 | $46,262.00[4] | $0.00 | $46,262.00 | $0.00 |
| 3/1/23 – 3/31/23 | $57,517.00[5] | $0.00 | $57,517.00 | $0.00 |
| 4/1/23 – 4/30/23 | $12,904.50[5] | $0.00 | $12,904.50 | $0.00 |
| 5/1/23 – 5/31/23 | $49,988.50[5] | $0.00 | $49,988.50 | $0.00 |
| 6/1/23 – 6/30/23 | $19,607.50[5] | $0.00 | $19,607.50 | $0.00 |
| 7/1/23 – 7/31/23 | $7,930.50[6] | $0.00 | $7,930.50 | $0.00 |
| 8/1/23 – 8/31/23 | $12,429.50[6] | $0.00 | $12,429.50 | $0.00 |
| 9/1/23 – 9/30/23 | $988.50[6] | $0.00 | $988.50 | $0.00 |

---

[2] This amount was approved pursuant to order approving Claro's First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2022 through June 30, 2022, entered August 17, 2022 [Docket No. 1734].

[3] This amount was approved pursuant to order approving Claro's Second Interim Application for Allowance of Compensation for the Period From July 1, 2022 through October 31, 2022, entered December 13, 2022 [Docket No. 1980].

[4] This amount was approved pursuant to order approving Claro's Third Interim Application for Allowance of Compensation for the Period From November 1, 2022 through February 28, 2023, entered April 14, 2023 [Docket No. 2227].

[5] This amount was approved pursuant to order approving Claro's Fourth Interim Application for Allowance of Compensation for the Period From March 1, 2023 through June 30, 2023, entered August 17, 2023 [Docket No. 2437].

[6] This amount was approved pursuant to order approving Claro's Fifth Interim Application for Allowance of Compensation for the Period From July 1, 2023 through October 31, 2023, entered December 20, 2023 [Docket No. 2751].

| | | | |
|---|---|---|---|
| 10/1/23 – 10/31/23 | $1,059.00[6] | $0.00 | $1,059.00 | $0.00 |
| 3/1/24 – 3/31/24 | $19,496.50[7] | $0.00 | $19,496.50 | $0.00 |
| 4/1/24 – 4/30/24 | $18,233.00[7] | $0.00 | $18,233.00 | $0.00 |
| 5/1/24 – 5/31/24 | $12,431.50[7] | $0.00 | $12,431.50 | $0.00 |
| 6/1/24 – 6/30/24 | $32,708.50[7] | $0.00 | $32,708.50 | $0.00 |
| 7/1/24 – 7/31/24 | $11,096.00[8] | $0.00 | $11,096.00 | $0.00 |
| 8/1/24 – 8/31/24 | $7,431.00[8] | $0.00 | $7,431.00 | $0.00 |
| 9/1/24 – 9/30/24 | $38,441.50[8] | $0.00 | $38,441.50 | $0.00 |
| 10/1/24 – 10/31/24 | $1,596.50[8] | $0.00 | $1,596.50 | $0.00 |
| 11/1/24 – 11/30/24 | $9,672.50[9] | $0.00 | $9,672.50 | $0.00 |
| 12/1/24 – 12/31/24 | $1,924.50[9] | $0.00 | $1,924.50 | $0.00 |
| 1/1/25 – 1/31/25 | $13,147.50[9] | $0.00 | $13,147.50 | $0.00 |
| 2/1/25 – 2/28/25 | $28,206.50[9] | $0.00 | $28,206.50 | $0.00 |
| 3/1/25 – 3/31/25 | $39,228.00[10] | $0.00 | $39,228.00 | $0.00 |
| 4/1/25 – 4/30/25 | $19,382.00[10] | $0.00 | $19,382.00 | $0.00 |
| 5/1/25 – 5/31/25 | $20,560.00[10] | $0.00 | $20,560.00 | $0.00 |
| 6/1/25 – 6/30/25 | $12,786.00[10] | $0.00 | $12,786.00 | $0.00 |
| 7/1/25 – 7/31/25 | $50,271.20[11] | $0.00 | $0.00 | $50,271.20 |
| 8/1/25 – 8/31/25 | $140,424.80[12] | $2,010.33 | $0.00 | $142,435.13 |
| 9/1/25 – 9/30/25 | $64,748.80[13] | $0.00 | $64,748.80 | $64,748.80 |

**Total Unpaid to Date**                    **$257,455.13**

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Stout

has received no payments and no previous application for the relief sought herein has been made

to this or any other Court.

---

[7] This amount was approved pursuant to order approving Claro's Sixth Interim Application for Allowance of Compensation for the Period From March 1, 2024 through June 30, 2024, entered August 16, 2024 [Docket No. 3278].

[8] This amount was approved pursuant to order approving Claro's Seventh Interim Application for Allowance of Compensation for the Period From July 1, 2024 through October 31, 2024, entered April 21, 2025 [Docket No. 3915].

[9] This amount was approved pursuant to order approving Claro's Eighth Interim Application for Allowance of Compensation for the Period From November 1, 2024 through February 28, 2025, entered April 21, 2025 [Docket No. 3925].

[10] This amount was approved pursuant to order approving Claro's Ninth Interim Application for Allowance of Compensation for the Period From March 1, 2025 through June 30, 2025, entered August 29, 2025 [Docket No. 4324].

[11] This amount represents 80% of Claro's total monthly fees in the amount of $62,839.00 on account of Claro's July 2025 fee statement.

[12] This amount represents 80% of Claro's total monthly fees in the amount of $175,531.00 on account of Claro's August 2025 fee statement.

[13] This amount represents 80% of Claro's total monthly fees in the amount of $80,936.00 on account of Claro's September 2025 fee statement.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 9, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Stout on an interim basis the total amount of $63,126.45 which consists of (a) eighty percent (80%) of Stout's total fees of $77,405.50 for the Statement Period in the amount of $61,924.40, plus (b) one hundred percent (100%) of total expenses incurred during the Statement Period of $1,202.05.

9.    To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: November 25, 2025                          Respectfully submitted,

                                                  *By: /s/ Katheryn McNally*
                                                  The Claro Group, A Stout Business
                                                  225 W. Randolph St., Floor 8
                                                  Chicago, IL 60606
                                                  Email: kmcnally@stout.com

                                                  *Expert Consultant and Expert Witness to the*
                                                  *Official Committee of Unsecured Creditors*

# EXHIBIT A

**Exhibit A**
**Compensation and Hours by Professional**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 46.50 | $ 29,527.50 |
| Schwab, Matt | Managing Director | $ 625.00 | 13.70 | $ 8,562.50 |
| Aiello, Madison | Manager | $ 370.00 | 7.50 | $ 2,775.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 24.20 | $ 8,954.00 |
| Martisauski, Brad | Manager | $ 370.00 | 5.00 | $ 1,850.00 |
| Ramljak, Danny | Manager | $ 370.00 | 56.50 | $ 20,905.00 |
| Cortens, Morgan | Associate | $ 305.00 | 10.70 | $ 3,263.50 |
| Rhodes, Freddie | Analyst | $ 280.00 | 5.60 | $ 1,568.00 |
| **Total Hours and Fees:** | | | **169.70** | **$ 77,405.50** |
| **Blended Rate:** | | **$ 456.13** | | |

**Exhibit A**
**Compensation and Hours by Task**

| Project Categories | Total Hours October 2025 | Total Compensation |
|---|---|---|
| Analysis of Rebuttal Reports | 54.0 | $ 21,196.00 |
| Analysis of Settlements, Verdicts, and Victim Compensation Funds | 0.7 | $ 259.00 |
| Claimant File Analysis | 10.0 | $ 3,912.00 |
| Communication with Counsel | 2.9 | $ 1,832.50 |
| Coverage Analysis | 23.6 | $ 11,841.00 |
| Deposition Prep / Deposition | 23.7 | $ 13,497.50 |
| Fee Applications | 3.3 | $ 1,221.00 |
| Opposing Expert Deposition Preparation | 43.8 | $ 20,347.00 |
| Valuation Model Development and Reporting | 7.7 | $ 3,299.50 |
| **Total** | **169.70** | **$ 77,405.50** |

Exhibit A
Detailed Time Records

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 10/1/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review report and exhibits in preparation for deposition | 2.0 | 635.00 | $1,270.00 |
| 10/2/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review report and exhibits in preparation for deposition | 2.0 | 635.00 | $1,270.00 |
| 10/3/2025 | Ramljak, Danny | Coverage Analysis | Call with MSchwab and MAiello to discuss request from counsel related to Travelers coverage | 0.5 | 370.00 | $185.00 |
| 10/3/2025 | Ramljak, Danny | Coverage Analysis | Analysis of new coverage request from counsel | 0.5 | 370.00 | $185.00 |
| 10/3/2025 | Ramljak, Danny | Deposition Prep / Deposition | Analysis of materials in preparation of KMcNally deposition | 4.0 | 370.00 | $1,480.00 |
| 10/3/2025 | Aiello, Madison | Coverage Analysis | Call with MSchwab and DRamljak to discuss request from counsel related to Travelers coverage | 0.5 | 370.00 | $185.00 |
| 10/3/2025 | Schwab, Matt | Coverage Analysis | Review information provided by counsel and request on information related to Travelers coverage | 0.5 | 625.00 | $312.50 |
| 10/3/2025 | Schwab, Matt | Coverage Analysis | Call with DRamljak and MAiello to discuss request from counsel related to Travelers coverage | 0.5 | 625.00 | $312.50 |
| 10/6/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Call with DRamljak to discuss analysis of rebuttal report | 0.3 | 370.00 | $111.00 |
| 10/6/2025 | Ramljak, Danny | Coverage Analysis | Analysis of new coverage request from counsel | 0.7 | 370.00 | $259.00 |
| 10/6/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Call with AMBoswell to discuss analysis of rebuttal report | 0.3 | 370.00 | $111.00 |
| 10/6/2025 | Aiello, Madison | Coverage Analysis | Prepare Travelers claimants by law firm summary per counsel request | 2.2 | 370.00 | $814.00 |
| 10/6/2025 | Schwab, Matt | Coverage Analysis | Work on requests from counsel regarding Travelers coverage | 0.8 | 625.00 | $500.00 |
| 10/7/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Call with DRamljak & MSchwab re: rebuttal report | 0.4 | 370.00 | $148.00 |
| 10/7/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Review of opposing expert report submitted | 2.8 | 370.00 | $1,036.00 |
| 10/7/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Assist KMcNally with deposition prep and answer outstanding questions | 0.6 | 370.00 | $222.00 |
| 10/7/2025 | Ramljak, Danny | Coverage Analysis | Analysis of allocations for Travelers per request of coverage | 1.6 | 370.00 | $592.00 |
| 10/7/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Call with AMBoswell & MSchwab re: rebuttal report | 0.4 | 370.00 | $148.00 |
| 10/7/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Read and analyze opposing expert report | 2.8 | 370.00 | $1,036.00 |
| 10/7/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review KMcNally expert report and prepare for deposition | 4.0 | 635.00 | $2,540.00 |
| 10/7/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review KMcNally expert report and prepare for deposition continued | 1.2 | 635.00 | $762.00 |
| 10/7/2025 | Aiello, Madison | Coverage Analysis | Update Travelers allocations per request of counsel | 2.8 | 370.00 | $1,036.00 |
| 10/7/2025 | Aiello, Madison | Coverage Analysis | Update Travelers allocations per request of counsel continued | 2.0 | 370.00 | $740.00 |
| 10/7/2025 | Schwab, Matt | Coverage Analysis | Updated allocation analysis requested by counsel to respond to Travelers motion | 2.2 | 625.00 | $1,375.00 |
| 10/7/2025 | Schwab, Matt | Analysis of Rebuttal Reports | Call with DRamljak & AMBoswell re: rebuttal report | 0.4 | 625.00 | $250.00 |
| 10/7/2025 | Schwab, Matt | Communication with Counsel | Call with KMcNally and INasatir re: deposition preparation | 0.9 | 625.00 | $562.50 |
| 10/7/2025 | McNally, Katheryn | Communication with Counsel | Call with MSchwab and INasatir re: deposition preparation | 0.9 | 635.00 | $571.50 |
| 10/7/2025 | Schwab, Matt | Analysis of Rebuttal Reports | Read and analyze opposing expert report | 2.8 | 625.00 | $1,750.00 |
| 10/8/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Assist KMcNally with deposition prep | 1.2 | 370.00 | $444.00 |
| 10/8/2025 | McNally, Katheryn | Communication with Counsel | Discussion with INasatir after deposition | 0.4 | 635.00 | $254.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/8/2025 | McNally, Katheryn | Deposition Prep / Deposition | Attend deposition | 4.0 | 635.00 | $2,540.00 |
| 10/8/2025 | McNally, Katheryn | Deposition Prep / Deposition | Attend deposition continued | 0.5 | 635.00 | $317.50 |
| 10/8/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review expert report to prepare for deposition | 0.8 | 635.00 | $508.00 |
| 10/8/2025 | Schwab, Matt | Coverage Analysis | Review Travelers motion and draft declaration responding to same | 1.2 | 625.00 | $750.00 |
| 10/8/2025 | Schwab, Matt | Deposition Prep / Deposition | Investigate and answer questions ahead of deposition | 1.5 | 625.00 | $937.50 |
| 10/9/2025 | Boswell, Anne Margaret | Coverage Analysis | Final QC of KMcNally draft declaration in support of Committee opposition to Travelers stay relief motion | 0.3 | 370.00 | $111.00 |
| 10/9/2025 | Ramljak, Danny | Coverage Analysis | Review of correspondence and draft declaration in support of Committee opposition to Travelers stay relief motion | 0.5 | 370.00 | $185.00 |
| 10/9/2025 | McNally, Katheryn | Coverage Analysis | Review Travelers motion for stay relief and Committee's opposition re: same | 1.3 | 635.00 | $825.50 |
| 10/9/2025 | McNally, Katheryn | Coverage Analysis | Analyze and edit draft declaration in support of Committee opposition to Travelers stay relief motion | 3.6 | 635.00 | $2,286.00 |
| 10/9/2025 | Schwab, Matt | Coverage Analysis | Finalize declaration and supporting analysis | 1.9 | 625.00 | $1,187.50 |
| 10/13/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis re: BSA plan per Scarcella report | 1.3 | 370.00 | $481.00 |
| 10/13/2025 | McNally, Katheryn | Analysis of Rebuttal Reports | Correspondence with team regarding additional work steps to analyze topics from deposition and research re: same | 0.8 | 635.00 | $508.00 |
| 10/14/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Meeting with KMcNally and DRamljak to discuss follow up questions on Scarcella rebuttal report | 0.5 | 370.00 | $185.00 |
| 10/14/2025 | Martisauski, Brad | Analysis of Rebuttal Reports | Perform research in response to opposing expert testimony | 0.9 | 370.00 | $333.00 |
| 10/14/2025 | Martisauski, Brad | Analysis of Rebuttal Reports | Meeting with FRhodes to discuss research in response to opposing expert testimony | 0.3 | 370.00 | $111.00 |
| 10/14/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis re: Scarcella rebuttal report | 1.7 | 370.00 | $629.00 |
| 10/14/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Meeting with AMBoswell and KMcNally to discuss follow up questions on Scarcella rebuttal report | 0.5 | 370.00 | $185.00 |
| 10/14/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Internal correspondence re: Scarcella rebuttal report | 0.4 | 370.00 | $148.00 |
| 10/14/2025 | Rhodes, Freddie | Analysis of Rebuttal Reports | Perform research in response to opposing expert testimony | 2.1 | 280.00 | $588.00 |
| 10/14/2025 | Rhodes, Freddie | Analysis of Rebuttal Reports | Meeting with BMartisauski to discuss research in response to opposing expert testimony | 0.3 | 280.00 | $84.00 |
| 10/14/2025 | McNally, Katheryn | Analysis of Rebuttal Reports | Meeting with AMBoswell and DRamljak to discuss follow up questions on Scarcella rebuttal report | 0.5 | 635.00 | $317.50 |
| 10/14/2025 | McNally, Katheryn | Analysis of Rebuttal Reports | Review Scarcella report and develop areas for further analysis re: same | 2.1 | 635.00 | $1,333.50 |
| 10/14/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review KMcNally deposition transcript | 1.9 | 635.00 | $1,206.50 |
| 10/14/2025 | Cortens, Morgan | Analysis of Rebuttal Reports | Assist with potential rebuttal cross examination prep | 2.4 | 305.00 | $732.00 |
| 10/15/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Assist with potential rebuttal cross examination prep | 1.0 | 370.00 | $370.00 |
| 10/15/2025 | Martisauski, Brad | Analysis of Rebuttal Reports | Perform quality control analysis of research performed and summary curated by FRhodes and summarize findings | 1.2 | 370.00 | $444.00 |
| 10/15/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis & drafting of questioning re: the Scarcella report | 4.0 | 370.00 | $1,480.00 |
| 10/15/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis & drafting of questioning re: the Scarcella report continued | 2.2 | 370.00 | $814.00 |
| 10/15/2025 | Rhodes, Freddie | Analysis of Rebuttal Reports | Perform research in response to opposing expert testimony | 3.2 | 280.00 | $896.00 |
| 10/15/2025 | McNally, Katheryn | Analysis of Rebuttal Reports | Analyze findings by team regarding research on BSA plan | 0.6 | 635.00 | $381.00 |
| 10/15/2025 | Cortens, Morgan | Analysis of Rebuttal Reports | Analysis of BSA matrix values in comparison to Stout valuation | 1.2 | 305.00 | $366.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|------|---------------|---------------|-------------|-------|------|--------|
| 10/16/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Meeting with DRamljak re: BSA vs. ANO Claims & Scarcella questioning | 0.6 | 370.00 | $222.00 |
| 10/16/2025 | Martisauski, Brad | Analysis of Rebuttal Reports | Analyze research performed in response to opposing expert testimony and share with Stout team | 1.9 | 370.00 | $703.00 |
| 10/16/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Meeting with AMBoswell re: BSA vs. ANO Claims & Scarcella questioning | 0.6 | 370.00 | $222.00 |
| 10/17/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC valuation request from counsel prepared by DRamljak | 0.8 | 370.00 | $296.00 |
| 10/17/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with DRamljak regarding claim valuation request from counsel | 0.4 | 370.00 | $148.00 |
| 10/17/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of claim values per request of counsel | 0.3 | 370.00 | $111.00 |
| 10/17/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: valuation request from counsel | 3.8 | 370.00 | $1,406.00 |
| 10/17/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell regarding claim valuation request from counsel | 0.4 | 370.00 | $148.00 |
| 10/17/2025 | McNally, Katheryn | Communication with Counsel | Call with INasatir to discuss Scarcella report and follow up with list of requested information | 0.7 | 635.00 | $444.50 |
| 10/17/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze deliverable requested by INasatir and prepared by DRamljak and provide feedback re: same | 0.6 | 635.00 | $381.00 |
| 10/18/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Analyze Stout valuation and provide analysis to counsel per INasatir request | 1.1 | 635.00 | $698.50 |
| 10/20/2025 | Martisauski, Brad | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Perform quality control analysis of comparable verdict data for purposes of supporting valuation analysis | 0.7 | 370.00 | $259.00 |
| 10/20/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of counsel request regarding claim valuations | 0.3 | 370.00 | $111.00 |
| 10/21/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Download & review documents provided by counsel re: Scarcella report | 0.5 | 370.00 | $185.00 |
| 10/22/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis re: Scarcella calculations for rebuttal report | 3.8 | 370.00 | $1,406.00 |
| 10/23/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Committee claim summary | 3.0 | 370.00 | $1,110.00 |
| 10/23/2025 | Boswell, Anne Margaret | Claimant File Analysis | Analysis of Committee claim summary continued | 1.0 | 370.00 | $370.00 |
| 10/23/2025 | Ramljak, Danny | Claimant File Analysis | Analysis of Committee claim summary | 2.1 | 370.00 | $777.00 |
| 10/23/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis re: Scarcella calculations per rebuttal report | 1.8 | 370.00 | $666.00 |
| 10/23/2025 | Ramljak, Danny | Claimant File Analysis | Meeting with AMBoswell re: workplan for analysis of Committee's claim data | 0.7 | 370.00 | $259.00 |
| 10/23/2025 | Boswell, Anne Margaret | Claimant File Analysis | Meeting with DRamljak re: workplan for analysis of Committee's claim data | 0.7 | 370.00 | $259.00 |
| 10/23/2025 | Ramljak, Danny | Claimant File Analysis | Download files re: Committee's claims summary | 0.7 | 370.00 | $259.00 |
| 10/24/2025 | Boswell, Anne Margaret | Analysis of Rebuttal Reports | Call with DRamljak, MSchwab, KMcNally to discuss review of materials produced related to Scarcella report | 0.5 | 370.00 | $185.00 |
| 10/24/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Prepare materials related to Scarcella deposition | 4.0 | 370.00 | $1,480.00 |
| 10/24/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Analysis re: Scarcella calculations for rebuttal report | 2.6 | 370.00 | $962.00 |
| 10/24/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Prepare materials related to Scarcella deposition | 1.4 | 370.00 | $518.00 |
| 10/24/2025 | Ramljak, Danny | Analysis of Rebuttal Reports | Call with AMBoswell, MSchwab, KMcNally to discuss review of materials produced related to Scarcella report | 0.5 | 370.00 | $185.00 |
| 10/24/2025 | Schwab, Matt | Analysis of Rebuttal Reports | Call with DRamljak, KMcNally, AMBoswell to discuss review of materials produced related to Scarcella report | 0.5 | 625.00 | $312.50 |
| 10/24/2025 | Ramljak, Danny | Claimant File Analysis | Analysis of Committee claim summary | 1.0 | 370.00 | $370.00 |
| 10/24/2025 | McNally, Katheryn | Claimant File Analysis | Analysis of Committee claim summary and correspondence with counsel re: same | 0.8 | 635.00 | $508.00 |
| 10/24/2025 | McNally, Katheryn | Analysis of Rebuttal Reports | Call with DRamljak, MSchwab, AMBoswell to discuss review of materials produced related to Scarcella report | 0.5 | 635.00 | $317.50 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Review and edit themes for Scarcella deposition | 2.4 | 635.00 | $1,524.00 |
| 10/27/2025 | Boswell, Anne Margaret | Fee Applications | Prepare September Monthly Fee Application | 2.8 | 370.00 | $1,036.00 |
| 10/27/2025 | Boswell, Anne Margaret | Fee Applications | Finalize September Monthly Fee App and send to counsel | 0.5 | 370.00 | $185.00 |
| 10/27/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Call with MSchwab, KMcNally, DRamljak, and MCortens to discuss prep for Scarcella deposition | 0.5 | 370.00 | $185.00 |
| 10/27/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Assist DRamljak with Scarcella deposition prep materials | 2.0 | 370.00 | $740.00 |
| 10/27/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Incorporate counsel comments into prep materials for Scarcella deposition | 1.4 | 370.00 | $518.00 |
| 10/27/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Drafting of materials related to Scarcella deposition | 3.9 | 370.00 | $1,443.00 |
| 10/27/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Call with MSchwab, KMcNally, AMBoswell, and MCortens to discuss prep for Scarcella deposition | 0.5 | 370.00 | $185.00 |
| 10/27/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Review Scarcella materials and prepare material for deposition | 4.0 | 635.00 | $2,540.00 |
| 10/27/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Review Scarcella materials and prepare material for deposition continued | 1.3 | 635.00 | $825.50 |
| 10/27/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Call with MSchwab, AMBoswell, DRamljak, and MCortens to discuss prep for Scarcella deposition | 0.5 | 635.00 | $317.50 |
| 10/27/2025 | Schwab, Matt | Opposing Expert Deposition Preparation | Call with AMBoswell, KMcNally, DRamljak, and MCortens to discuss prep for Scarcella deposition | 0.5 | 625.00 | $312.50 |
| 10/27/2025 | Cortens, Morgan | Analysis of Rebuttal Reports | Analysis of opposing expert rebuttal report | 2.8 | 305.00 | $854.00 |
| 10/27/2025 | Cortens, Morgan | Opposing Expert Deposition Preparation | Call with MSchwab, KMcNally, DRamljak, and AMBoswell to discuss prep for Scarcella deposition | 0.5 | 305.00 | $152.50 |
| 10/28/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Analysis related to preparation materials for Scarcella deposition | 3.7 | 370.00 | $1,369.00 |
| 10/28/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Analysis related to preparation materials for Scarcella deposition continued | 0.8 | 370.00 | $296.00 |
| 10/28/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Meeting with MCortens regarding Scarcella deposition prep | 0.4 | 370.00 | $148.00 |
| 10/28/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Preparation of inquiries for Scarcella deposition | 3.4 | 635.00 | $2,159.00 |
| 10/28/2025 | Cortens, Morgan | Opposing Expert Deposition Preparation | Meeting with DRamljak regarding Scarcella deposition prep | 0.4 | 305.00 | $122.00 |
| 10/28/2025 | Cortens, Morgan | Opposing Expert Deposition Preparation | Analysis of opposing expert reports for depo prep | 3.4 | 305.00 | $1,037.00 |
| 10/29/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Drafting of materials related to Scarcella deposition prep | 2.1 | 370.00 | $777.00 |
| 10/29/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Prepare for Scarcella deposition | 0.6 | 635.00 | $381.00 |
| 10/30/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Incorporate counsel comments into materials for Scarcella deposition | 2.1 | 370.00 | $777.00 |
| 10/30/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Prepare for and attend Scarcella deposition | 4.0 | 635.00 | $2,540.00 |
| | | | | **169.70** | | **$77,405.50** |

# EXHIBIT B

**Exhibit B**
**Detailed Expenses**

| Date | Employee Name | Spend Category | Description | Amount |
|------|--------------|----------------|-------------|--------|
| 10/6/2025 | McNally, Katheryn | Ground Transportation | Uber to airport to attend deposition | $ 94.78 |
| 10/6/2025 | McNally, Katheryn | Airfare | Flight to and from New Orleans to attend deposition | $ 587.66 |
| 10/6/2025 | McNally, Katheryn | Ground Transportation | Uber from airport to hotel to attend deposition | $ 62.81 |
| 10/8/2025 | McNally, Katheryn | Hotels | Hotel while in New Orleans for deposition | $ 338.24 |
| 10/8/2025 | McNally, Katheryn | Ground Transportation | Uber to airport after deposition | $ 55.32 |
| 10/8/2025 | McNally, Katheryn | Ground Transportation | Uber home from airport after deposition | $ 63.24 |
| | | | | $ 1,202.05 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/26/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Meeting with DRamljak regarding preparation for KMcNally deposition | 1.1 | 370.00 | $407.00 |
| 9/26/2025 | Martisauski, Brad | Deposition Prep / Deposition | Produce comparable case analyses to support McNally deposition preparation | 0.9 | 305.00 | $274.50 |
| 9/26/2025 | Martisauski, Brad | Deposition Prep / Deposition | Meeting with DRamljak regarding preparation for KMcNally deposition | 0.4 | 305.00 | $122.00 |
| 9/26/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with BMartisauski regarding preparation for KMcNally deposition | 0.4 | 370.00 | $148.00 |
| 9/26/2025 | Ramljak, Danny | Deposition Prep / Deposition | Develop preparation materials for KMcNally deposition | 2.2 | 370.00 | $814.00 |
| 9/26/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with AMBoswell regarding preparation for KMcNally deposition | 1.1 | 370.00 | $407.00 |
| 9/26/2025 | Ramljak, Danny | Analysis of Settlements, Verdicts, and Victim Compensation Funds | Statistical Analysis of verdict sample | 1.0 | 370.00 | $370.00 |
| 9/26/2025 | McNally, Katheryn | Fee Applications | Review and edit August Monthly Fee Application | 0.7 | 635.00 | $444.50 |
| 9/29/2025 | Boswell, Anne Margaret | Fee Applications | Finalize August Monthly Fee Application and send to Counsel | 0.4 | 370.00 | $148.00 |
| 9/30/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Prepare materials for KMcNally deposition | 3.0 | 370.00 | $1,110.00 |
| 9/30/2025 | Ramljak, Danny | Deposition Prep / Deposition | Prepare materials for KMcNally deposition | 3.0 | 370.00 | $1,110.00 |
| 9/30/2025 | Ramljak, Danny | Deposition Prep / Deposition | Analysis regarding deposition preparation | 0.3 | 370.00 | $111.00 |
| 9/30/2025 | McNally, Katheryn | Communication with Counsel | Call with INasatir and MSchwab to discuss upcoming deposition | 0.7 | 635.00 | $444.50 |
| 9/30/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review documents gathered by AMBoswell and DRamljak for deposition preparation | 0.4 | 635.00 | $254.00 |
| 9/30/2025 | Schwab, Matt | Communication with Counsel | Call with INasatir and KMcNally to discuss upcoming deposition | 0.7 | 625.00 | $437.50 |
| **GRAND TOTAL** | | | | **196.40** | | **$80,936.00** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

---

### ORDER APPROVING TENTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION OF STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS EXPERT CONSULTANT ON SEXUAL ABUSE AND EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2025 THROUGH OCTOBER 31, 2025

CAME ON for consideration the *Tenth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2025 through October 31, 2025* [Docket No. ____] (the "Application") filed by Stout Risius Ross, LLC ("Stout") for the period July 1, 2025 through October 31, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety.  Stout is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$399,923.88** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").  This Award consists of **$396,711.50** in fees for services rendered and **$3,212.38** in expenses incurred by Stout during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to Stout on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Tenth Interim Application for Allowance of Compensation of Stout Risius Ross, LLC (fka The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period July 1, 2025 Through October 31, 2025* to be served on November 25, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 25, 2025.

/s/ *Nancy H. Brown*
Nancy H. Brown

# EXHIBIT B

**Exhibit B**
**Compensation and Hours by Professional - Eleventh Application Period**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 34.20 | $ 21,717.00 |
| Schwab, Matt | Managing Director | $ 625.00 | 3.40 | $ 2,125.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 42.70 | $ 15,799.00 |
| Ramljak, Danny | Manager | $ 370.00 | 33.70 | $ 12,469.00 |
| Martisauski, Brad | Manager | $ 370.00 | 0.60 | $ 222.00 |
| Cortens, Morgan | Associate | $ 305.00 | 3.50 | $ 1,067.50 |
| Rhodes, Freddie | Analyst | $ 280.00 | 0.90 | $ 252.00 |
| | **Total Hours and Fees:** | | **119.00** | **$ 53,651.50** |
| | **Blended Rate:** | **$ 450.85** | | |

**Exhibit B**

**Compensation and Hours by Task**

| Project Categories | Total Hours November 1, 2025 - December 26, 2025 | Total Compensation |
|---|---|---|
| Communication with Counsel | 1.90 | $ 859.00 |
| Coverage Analysis | 6.10 | $ 2,706.00 |
| Deposition Prep / Deposition | 42.40 | $ 21,143.00 |
| Fee Applications | 10.90 | $ 4,192.00 |
| Opposing Expert Deposition Preparation | 17.60 | $ 6,655.50 |
| Report Drafting / Editing | 5.90 | $ 3,592.00 |
| Valuation Model Development and Reporting | 34.20 | $ 14,504.00 |
| **Total** | **119.00** | **$ 53,651.50** |

**Exhibit B**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/3/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Read and analysis of Scarcella deposition | 1.0 | 370.00 | $370.00 |
| 11/3/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Meeting with KMcNally & AMBoswell re: valuation scenarios per request of counsel | 1.0 | 370.00 | $370.00 |
| 11/3/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Meeting with KMcNally & DRamljak re: valuation scenarios per request of counsel | 1.0 | 370.00 | $370.00 |
| 11/3/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Meeting with DRamljak & AMBoswell re: valuation scenarios per request of counsel | 1.0 | 635.00 | $635.00 |
| 11/3/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: Valuation scenarios per request of counsel | 3.5 | 370.00 | $1,295.00 |
| 11/4/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Read and analysis of Scarcella deposition | 2.2 | 370.00 | $814.00 |
| 11/7/2025 | Boswell, Anne Margaret | Fee Applications | Preparation of October Monthly Fee Application | 4.0 | 370.00 | $1,480.00 |
| 11/7/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Review Motion in Limine | 0.4 | 635.00 | $254.00 |
| 11/8/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Call with MSchwab and AMBoswell to discuss valuation analysis needed for Declaration | 0.5 | 635.00 | $317.50 |
| 11/8/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prepare various valuation scenarios per request of counsel | 4.0 | 370.00 | $1,480.00 |
| 11/8/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with MSchwab and KMcNally to discuss valuation analysis needed for Declaration | 0.5 | 370.00 | $185.00 |
| 11/8/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Prepare various valuation scenarios per request of counsel continued | 3.0 | 370.00 | $1,110.00 |
| 11/8/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Preparation of exhibits/demonstratives ahead of confirmation hearing | 1.4 | 635.00 | $889.00 |
| 11/8/2025 | Schwab, Matt | Valuation Model Development and Reporting | Call with KMcNally and AMBoswell to discuss valuation analysis needed for Declaration | 0.5 | 625.00 | $312.50 |
| 11/9/2025 | Schwab, Matt | Report Drafting / Editing | Assist with updated analysis for potential Declaration | 2.2 | 625.00 | $1,375.00 |
| 11/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Updates to various valuation scenarios per KMcNally and MSchwab comments | 3.0 | 370.00 | $1,110.00 |
| 11/9/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QC various valuation summaries per request of counsel | 1.0 | 370.00 | $370.00 |
| 11/9/2025 | McNally, Katheryn | Valuation Model Development and Reporting | Preparation of exhibits/demonstratives ahead of confirmation hearing | 3.2 | 635.00 | $2,032.00 |
| 11/10/2025 | McNally, Katheryn | Communication with Counsel | Call with INasatir, MSchwab, and AMBoswell re: Declaration | 0.3 | 635.00 | $190.50 |
| 11/10/2025 | Boswell, Anne Margaret | Communication with Counsel | Call with INasatir, KMcNally, and MSchwab re: Declaration | 0.3 | 370.00 | $111.00 |
| 11/10/2025 | Schwab, Matt | Communication with Counsel | Call with INasatir, KMcNally, and AMBoswell re: Declaration | 0.3 | 625.00 | $187.50 |
| 11/10/2025 | McNally, Katheryn | Report Drafting / Editing | Draft Declaration and one-pager re: 1980 distinction to INasatir | 2.3 | 635.00 | $1,460.50 |
| 11/10/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | QQ draft declaration prepared by KMcNally | 0.7 | 370.00 | $259.00 |
| 11/11/2025 | Ramljak, Danny | Communication with Counsel | Review & analysis re: Correspondence from Counsel regarding additional requests | 1.0 | 370.00 | $370.00 |
| 11/11/2025 | Schwab, Matt | Deposition Prep / Deposition | Call with DRamljak and AMBoswell to discuss information requested by counsel for trial | 0.4 | 625.00 | $250.00 |
| 11/11/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Meeting with DRamljak re: Trial prep | 0.5 | 370.00 | $185.00 |
| 11/11/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Call with DRamljak and MSchwab to discuss information requested by counsel for trial | 0.4 | 370.00 | $148.00 |
| 11/11/2025 | Ramljak, Danny | Deposition Prep / Deposition | Call with AMBoswell and MSchwab to discuss information requested by counsel for trial | 0.4 | 370.00 | $148.00 |
| 11/11/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with AMBoswell re: Trial prep | 0.5 | 370.00 | $185.00 |
| 11/12/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Analysis and drafting of documents in preparation for trial | 1.0 | 370.00 | $370.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2025 | Ramljak, Danny | Deposition Prep / Deposition | Analysis and drafting of documents in preparation for trial | 3.6 | 370.00 | $1,332.00 |
| 11/13/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Analysis and drafting of documents in preparation for trial | 3.5 | 370.00 | $1,295.00 |
| 11/13/2025 | Ramljak, Danny | Deposition Prep / Deposition | Analysis and drafting of documents in preparation for trial | 3.4 | 370.00 | $1,258.00 |
| 11/14/2025 | Boswell, Anne Margaret | Report Drafting / Editing | QC KMcNally final draft Declaration | 0.5 | 370.00 | $185.00 |
| 11/14/2025 | McNally, Katheryn | Report Drafting / Editing | Two rounds of Declaration edits | 0.9 | 635.00 | $571.50 |
| 11/16/2025 | McNally, Katheryn | Deposition Prep / Deposition | Prep for trial testimony | 1.3 | 635.00 | $825.50 |
| 11/17/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Meeting with DRamljak to discuss trial preparation documents for KMcNally | 0.6 | 370.00 | $222.00 |
| 11/17/2025 | Martisauski, Brad | Deposition Prep / Deposition | Perform research on state legislation to support KMcNally testimony | 0.6 | 370.00 | $222.00 |
| 11/17/2025 | Ramljak, Danny | Deposition Prep / Deposition | Meeting with AMBoswell to discuss trial preparation documents for KMcNally | 0.6 | 370.00 | $222.00 |
| 11/17/2025 | Ramljak, Danny | Deposition Prep / Deposition | Review and prepare materials for KMcNally in preparation of trial | 2.8 | 370.00 | $1,036.00 |
| 11/17/2025 | McNally, Katheryn | Deposition Prep / Deposition | Preparation for direct testimony | 3.7 | 635.00 | $2,349.50 |
| 11/17/2025 | Boswell, Anne Margaret | Deposition Prep / Deposition | Review and prepare materials for KMcNally in preparation of trial | 1.0 | 370.00 | $370.00 |
| 11/17/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Analysis and drafting of documents in preparation of opposing expert testimony | 0.7 | 370.00 | $259.00 |
| 11/18/2025 | Ramljak, Danny | Deposition Prep / Deposition | Review and prepare materials for KMcNally in preparation of trial | 2.9 | 370.00 | $1,073.00 |
| 11/18/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review direct testimony materials from INasatir and prepare for direct testimony | 2.6 | 635.00 | $1,651.00 |
| 11/19/2025 | McNally, Katheryn | Deposition Prep / Deposition | Meeting with INasatir to prepare for testimony | 4.0 | 635.00 | $2,540.00 |
| 11/19/2025 | McNally, Katheryn | Deposition Prep / Deposition | Meeting with INasatir to prepare for testimony continued | 1.1 | 635.00 | $698.50 |
| 11/19/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review Stout Report and Roux Report to prepare for testimony | 1.2 | 635.00 | $762.00 |
| 11/19/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review deposition transcript and expert reports in preparation for testimony | 1.1 | 635.00 | $698.50 |
| 11/20/2025 | McNally, Katheryn | Deposition Prep / Deposition | Review deposition transcript and expert reports in preparation for testimony | 1.6 | 635.00 | $1,016.00 |
| 11/20/2025 | McNally, Katheryn | Deposition Prep / Deposition | Attend trial / testify | 3.6 | 635.00 | $2,286.00 |
| 11/21/2025 | Boswell, Anne Margaret | Fee Applications | Analysis of Tenth Interim Fee Application | 3.1 | 370.00 | $1,147.00 |
| 11/21/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Analysis of deposition transcript and expert reports in preparation for Scarcella testimony | 1.8 | 370.00 | $666.00 |
| 11/21/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Drafting of documents related to the testimony of Scarcella | 1.5 | 370.00 | $555.00 |
| 11/23/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Prepare themes for Scarcella cross and correspondence with INasatir re: same | 0.8 | 635.00 | $508.00 |
| 11/24/2025 | Boswell, Anne Margaret | Fee Applications | Updates to Tenth Interim Fee Application per KMcNally comments, finalize and send to counsel | 0.7 | 370.00 | $259.00 |
| 11/24/2025 | McNally, Katheryn | Fee Applications | Finalize October Monthly Fee Application and send to counsel | 0.3 | 635.00 | $190.50 |
| 11/24/2025 | McNally, Katheryn | Opposing Expert Deposition Preparation | Development of Scarcella cross-exam themes and correspondence with DRamljak re: same | 0.6 | 635.00 | $381.00 |
| 11/24/2025 | Boswell, Anne Margaret | Opposing Expert Deposition Preparation | Analysis re: Scarcella's valuation of claims in preparation for trial | 2.0 | 370.00 | $740.00 |
| 11/24/2025 | Cortens, Morgan | Opposing Expert Deposition Preparation | Analysis of opposing expert's claims analysis | 2.9 | 305.00 | $884.50 |
| 11/24/2025 | Cortens, Morgan | Opposing Expert Deposition Preparation | Meeting with DRamljak re: Scarcella's valuation in preparation for trial | 0.6 | 305.00 | $183.00 |

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Meeting with MCortens re: Scarcella's valuation in preparation for trial | 0.6 | 370.00 | $222.00 |
| 11/24/2025 | Ramljak, Danny | Opposing Expert Deposition Preparation | Analysis re: Scarcella's valuation of claims in preparation for trial | 2.9 | 370.00 | $1,073.00 |
| 11/26/2025 | McNally, Katheryn | Coverage Analysis | Analysis of Travelers claims requested by INasatir | 0.8 | 635.00 | $508.00 |
| 11/26/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis re: updated valuation scenarios per counsel request | 1.7 | 370.00 | $629.00 |
| 12/1/2025 | McNally, Katheryn | Coverage Analysis | Perform analysis of Travelers claims at request of INasatir | 0.6 | 635.00 | $381.00 |
| 12/1/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Analysis of updated valuation per request of counsel | 2.5 | 370.00 | $925.00 |
| 12/1/2025 | Boswell, Anne Margaret | Valuation Model Development and Reporting | Call with DRamljak to discuss updated valuation request from counsel | 0.9 | 370.00 | $333.00 |
| 12/1/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Call with AMBoswell to discuss updated valuation request from counsel | 0.9 | 370.00 | $333.00 |
| 12/1/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of updated valuation per request of counsel | 1.4 | 370.00 | $518.00 |
| 12/2/2025 | Boswell, Anne Margaret | Coverage Analysis | QC FRhodes work regarding Travelers claims analysis per request of counsel | 0.5 | 370.00 | $185.00 |
| 12/2/2025 | Boswell, Anne Margaret | Coverage Analysis | Update Travelers claims analysis for KMcNally comments and finalize for counsel | 2.4 | 370.00 | $888.00 |
| 12/2/2025 | Boswell, Anne Margaret | Coverage Analysis | Meeting with FRhodes to discuss Travelers claims analysis per request of counsel | 0.3 | 370.00 | $111.00 |
| 12/2/2025 | Rhodes, Freddie | Coverage Analysis | Analysis of Travelers claims per request of counsel | 0.6 | 280.00 | $168.00 |
| 12/2/2025 | Rhodes, Freddie | Coverage Analysis | Meeting with AMBoswell to discuss Travelers claims analysis per request of counsel | 0.3 | 280.00 | $84.00 |
| 12/2/2025 | McNally, Katheryn | Coverage Analysis | Prepare Travelers claim data request from INasatir | 0.6 | 635.00 | $381.00 |
| 12/2/2025 | Ramljak, Danny | Valuation Model Development and Reporting | Analysis of updated valuation request from counsel | 2.1 | 370.00 | $777.00 |
| 12/22/2025 | Boswell, Anne Margaret | Fee Applications | Prepare November Monthly Fee App package and send to counsel | 2.5 | 370.00 | $925.00 |
| 12/22/2025 | McNally, Katheryn | Fee Applications | Finalize November Monthly Fee App package | 0.3 | 635.00 | $190.50 |
| | | | | 119.00 | | $53,651.50 |

**Exhibit B**
**Detailed Expenses**

| Date | Employee Name | Spend Category | Description | Amount | |
|---|---|---|---|---|---|
| 11/19/2025 | McNally, Katheryn | Ground Transportation | Uber to ORD to attend Confirmation Hearing | $ | 81.62 |
| 11/19/2025 | McNally, Katheryn | Ground Transportation | Uber from MSY to Troutman Pepper Locke offices to attend Confirmation Hearing | $ | 66.23 |
| 11/20/2025 | McNally, Katheryn | Hotels | One night at hotel to attend Confirmation Hearing | $ | 339.41 |
| 11/20/2025 | McNally, Katheryn | Ground Transportation | Uber from Confirmation Hearing to MSY | $ | 51.91 |
| 11/20/2025 | McNally, Katheryn | Ground Transportation | Uber home from ORD after Confirmation Hearing | $ | 73.94 |
| 11/20/2025 | McNally, Katheryn | Airfare | Round trip flight from ORD to MSY to attend Confirmation Hearing | $ | 896.67 |
| | | | | $ | **1,509.78** |

# EXHIBIT C

**Exhibit C**

**Compensation and Hours by Professional - Post Effective Date Period**

| Name of Professional | Position | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| McNally, Katheryn | Managing Director | $ 635.00 | 0.20 | $ 127.00 |
| Boswell, Anne Margaret | Manager | $ 370.00 | 8.70 | $ 3,219.00 |
| Melenchuk, Yuriy | Associate | $ 305.00 | 15.20 | $ 4,636.00 |
| | Total Hours and Fees: | | 24.10 | $ 7,982.00 |
| | Blended Rate: | $ 331.20 | | |

**Exhibit C**
**Compensation and Hours by Task**

| Project Categories | Total Hours December 27, 2025 - February 27, 2026 | Total Compensation |
|---|---|---|
| Fee Applications | 24.10 | $ 7,982.00 |
| **Total** | **24.10** | **$ 7,982.00** |

**Exhibit C**
**Detailed Time Records**

| Date | Employee Name | Task Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/5/2026 | Melenchuk, Yuriy | Fee Applications | Prepare documents and schedules necessary for the Final Fee Application | 4.0 | 305.00 | $1,220.00 |
| 2/11/2026 | Boswell, Anne Margaret | Fee Applications | Call with YMelenchuk to discuss preparation of the Final Fee Application | 0.5 | 370.00 | $185.00 |
| 2/11/2026 | Melenchuk, Yuriy | Fee Applications | Call with AMBoswell to discuss preparation of the Final Fee Application | 0.5 | 305.00 | $152.50 |
| 2/16/2026 | Melenchuk, Yuriy | Fee Applications | Prepare documents and schedules necessary for the Final Fee Application | 3.5 | 305.00 | $1,067.50 |
| 2/17/2026 | Boswell, Anne Margaret | Fee Applications | Meeting with YMelenchuk to discuss comments re: Final Fee Application | 0.4 | 370.00 | $148.00 |
| 2/17/2026 | Melenchuk, Yuriy | Fee Applications | Meeting with AMBoswell to discuss comments re: Final Fee Application | 0.4 | 305.00 | $122.00 |
| 2/17/2026 | Boswell, Anne Margaret | Fee Applications | Review Final Fee Application and provide comments to YMelenchuk | 3.1 | 370.00 | $1,147.00 |
| 2/17/2026 | Melenchuk, Yuriy | Fee Applications | Incorporate AMBoswell's comments and notes to the schedules and documents necessary for the Final Fee Application | 2.2 | 305.00 | $671.00 |
| 2/18/2026 | Boswell, Anne Margaret | Fee Applications | Review updated draft of Final Fee App and make further edits | 1.7 | 370.00 | $629.00 |
| 2/18/2026 | Boswell, Anne Margaret | Fee Applications | Meeting with YMelenchuk to discuss the Final Fee App documents to include in final submission | 0.3 | 370.00 | $111.00 |
| 2/18/2026 | Melenchuk, Yuriy | Fee Applications | Meeting with AMBoswell to discuss the Final Fee App documents to include in final submission | 0.3 | 305.00 | $91.50 |
| 2/23/2026 | Melenchuk, Yuriy | Fee Applications | Incorporate AMBoswell's comments and notes to the schedules and documents necessary for the Final Fee Application | 1.3 | 305.00 | $396.50 |
| 2/24/2026 | Melenchuk, Yuriy | Fee Applications | Finalize exhibits for Final Fee Application submission and incorporate AMBoswell's comments | 3.0 | 305.00 | $915.00 |
| 2/24/2026 | Boswell, Anne Margaret | Fee Applications | QC schedules and documents necessary for the Final Fee Application submission and provide further comments to YMelenchuk | 2.7 | 370.00 | $999.00 |
| 2/26/2026 | McNally, Katheryn | Fee Applications | Review and finalize final fee app for counsel | 0.2 | 635.00 | $127.00 |
| | | | | **24.10** | | **$7,982.00** |

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Eleventh and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period June 1, 2022 Through December 26, 2025* to be served on February 27, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on February 27, 2026.

/s/ *Nancy H. Brown*
Nancy H. Brown

4933-2252-7890.2 05067.00003