## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## SUMMARY COVER SHEET TO ELEVENTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2025

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 2/1/2022 | 2/28/2025 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | | |
|---|---|---|
| **Time period(s) covered by prior Applications:** | 02/01/2022<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023<br>07/01/2023<br>11/01/2023<br>03/01/2024<br>07/01/2024<br>11/01/2024 | 02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023<br>10/31/2023<br>02/28/2024<br>06/30/2024<br>10/31/2024<br>02/28/2025 |
| **Total amounts awarded in all prior Applications:** | | $164,190.00 |
| **Total fees requested in this Application on a final basis:** | | $164,190.00 |
| **Total hours covered by this Application:** | | 233.3 |
| **Average hourly rate:** | | $700.00 |
| **Reimbursable expenses sought in this Application:** | | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period February 1, 2022 – February 28, 2025 (the "Application Period") are listed below.

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FREBRUARY 1, 2022 THROUGH FEBRUARY 28, 2025

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 106.9 | $96,210.00 |
| Chris Peirce | Director | $550 | 126.4 | $69,520.00 |
| **Total** | | | **233.3** | **$165,730.00** |

## COMPENSATION BY CATEGORY
## FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2025

| Description | Hours | Amount |
|---|---|---|
| Administrative Duties | 4.9 | $3,150.00 |
| Business Analysis | 12.7 | $11,430.00 |
| Document Review | 96.2 | $74,225.00 |
| Fee Application | 74.1 | $41,770.00 |
| Internal Communications | 23.9 | $17,275.00 |
| Meetings - Other | 6.3 | $5,355.00 |
| Meetings – with Counsel | 14.1 | $11,535.00 |
| Regulatory Analysis | 1.1 | $990.00 |
| **TOTAL** | **233.3** | **$165,730.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

**ELEVENTH AND FINAL APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS**
**PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD**
**FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2025**

---

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026, AT 9:30 A.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Eleventh and Final*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From February 1, 2022 Through February 28, 2025* (the "Application").  In support of the Application, Rock Creek respectfully represents as follows:

<h1 style="text-align:center">I.   <u>INTRODUCTION</u></h1>

In this Application, the Firm seeks final approval of fees in the amount of $164,190.00 and final approval of expenses in the amount of $0.00, previously approved on an interim basis for the period February 1, 2022 through February 28, 2025 (the "Application Period").

<h1 style="text-align:center">II.   <u>JURISDICTION AND VENUE</u></h1>

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

<h1 style="text-align:center">III.   <u>BACKGROUND</u></h1>

**A.   <u>Introduction</u>**

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

7.      The Debtor remained in possession of its property and managed its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101, *et. seq.*, through December 26, 2025, the effective date of the confirmed Joint Plan of reorganization.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case, effective as of December 20, 2021.

**IV.      NATURE AND EXTENT OF PENSION FINANCIAL
ADVISORY SERVICES PROVIDED**

10.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

11.      The Firm provided financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application as **Exhibit A** copies of the Firm's ten (10) previously filed interim fee application, to which are appended monthly fee statements setting forth

the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from February 1, 2022 through February 28, 2025.

### V.      SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

12.      The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in previously filed interim fee applications.

### A.      Administrative Duties

13.      Time spent includes discussion with Berkeley Research Group regarding outstanding information requested and status of case.

Fees: $2,050.00;              Hours: 2.9

### B.      Business Analysis

14.      Time spent includes review of the Archdiocese financial statements as well as a review of information already provided by the debtor in the virtual data room in order to compile a document request related to pension specific financial analysis.

Fees: $11,430.00;              Hours: 12.7

### C.      Document Review

15.      Time spent includes researching and documenting information relevant to the pension and financial matters, including but not limited to the Actuarial Valuation Reports, Archdiocese Retirement Plan, Pastoral Handbook, Wage Motion, Meeting Minutes, and other related articles pertaining to Church Pension Plans and liability impacts.  A significant portion of time was billed reviewing the docket for relevant documents, motions, and financial reports related to pension issues.

Fees: $75,325.00;              Hours: 98.2

**D.**     **Fee Application**

16.     Time spent includes downloading and organizing time entries and preparing interim fee applications as well as preparing monthly invoices.

Fees: $41,770.00;          Hours: 74.1

**E.**     **Internal Communications**

17.     Time billed under this category includes engagement scoping, resource planning, and engagement execution strategy, as well as discussion of various regulatory, financial, and deliverable-specific matters.  Includes time debriefing on the outcome of meetings with Counsel and parties under "Meetings – with Counsel", and determining appropriate follow-up requirements.

Fees: $17,275.00;          Hours: 23.9

**F.**     **Meetings – Other**

18.     Time billed under this category includes discussions with Berkeley Research Group regarding the Willis Tower Watson error correction analysis and preparation for update call with the Official Committee of Unsecured Creditors.  Additional time was spent attending hearings and the mediation session with advisors of the debtor and Official Committee of Unsecured Creditors.

Fees: $5,355.00;          Hours: 6.3

**G.**     **Meetings – with Counsel**

19.     Time spend includes updating Pachulski, Stang, Ziehl, and Jones LLP, counsel to the Committee, with regard to status of work performed, communicating findings relevant to the Archdiocese Retirement Plan and Policies, receiving feedback and direction on deliverables and additional areas requiring research, as well as coordination with other professionals retained by the Committee.  Specifically, this included initial thoughts on reported Retirement Plan financials and additional information needed from debtor.

Fees: $11,535.00;          Hours: 14.1

H.    **Regulatory Analysis**

20.    Time spent includes researching Department of Labor and Employment Benefits Security Administration records regarding Priest, Lay, and medical plans.

Fees: $990.00;                    Hours: 1.1

## VI.    STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

21.    As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

22.    No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VII.    THE REQUESTED COMPENSATION SHOULD BE ALLOWED

23.    Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

24.    Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought on a final basis herein is warranted.

25.    Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case.  Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

26.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

27.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the

client; and (12) awards in similar cases.[3]  Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

### The Time and Labor Required

28.     Firm professionals and case assistants, in the performance of financial advisory services, expended 233.3 hours during the Application Period [needs to be total # of hours for the entire Application Period], for a total fee of $164,190.00.   The names of the professionals who worked on this case during the Application Period appear in the previously filed interim fee applications and on the cover sheet attached to this Application.   The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.   Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

### The Novelty and Difficulty of the Questions Presented

29.     This Bankruptcy Case presents many novel and difficult questions.   Addressing these questions have necessitated considerable financial advisory expertise.   In light of these considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

### The Skill Required to Perform the Services

30.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.   The Firm has considerable experience in complex bankruptcy matters.   Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task. For this reason, the compensation for which the Firm is requesting approval on a final basis for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

**The Customary Fee**

31.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $700.00 per hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

32.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

33.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

34.     The total fees the Firm seeks to have approved on a final basis in this Application is $164,190.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

35.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the final fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

36.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any

professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

37.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award on a final basis in this case.

**Awards in Similar Cases**

38.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award on a final basis.

39.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## VIII.   NO PRIOR REQUEST

40.     No prior application for the relief requested herein has been made to this or any other court.

## IX.    <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek, on a final basis, allowance of fees for the Application Period in the amount of $164,190.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  February 27, 2026                                           Respectfully submitted,

<u>*By: /s/ James Gansman*</u>
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**ORDER APPROVING ELEVENTH AND FINAL APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
<u>FROM FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2025</u>**

CAME ON for consideration the *Eleventh and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2022 through February 28, 2025* [**Docket No.____**] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from February 1, 2022 through February 28, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on a final basis, fees for services rendered in the amount of $164,190.00 for the Application Period.

2.     The Debtor is further authorized, and directed, to pay such allowed fees and costs, less amounts previously paid, as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

4897-8528-5522.3 05067.00003

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## SUMMARY COVER SHEET
## TO FIRST INTERIM APPLICATION
## FOR ALLOWANCE AND PAYMENT OF
## COMPENSATION OF ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FEBRUARY 1, 2022 - FEBRUARY 28, 2022

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 2/1/2022 | 02/28/2022 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application:** | | $29,775.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Total hours covered by this Application: | 39.5 |
|---|---|
| Average hourly rate: | 750.00 |
| Reimbursable expenses sought in this Application: | $0.00 |

Professionals at Rock Creek Advisors, LLC ("Rock Creek") who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during this application period of February 1, 2022 – February 28, 2022 (the "Application Period") are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS
### AND PARAPROFESSIONALS FEBRUARY 1, 2022 – FEBRUARY 28, 2022

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 23.0 | $20,700.00 |
| Chris Peirce | Director | $550 | 16.5 | $9,075.00 |
| **Total** | | | **39.5** | **$29,775.00** |

DOCS_LA:342938.2 05067/002

**COMPENSATION BY CATEGORY**
**FOR FEBRUARY 1, 2022-FEBRUARY 28, 2022**

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 1.8 | $1,620.00 |
| Document Review | 24.0 | $17,505.00 |
| Internal Communications | 6.8 | $4,930.00 |
| Meetings – with Counsel | 6.9 | $5,720.00 |
| **TOTAL** | **39.5** | **$29,775.00** |

Rock Creek did not incur any expenses during the Application Period.

3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

## FIRST INTERIM APPLICATION
## FOR ALLOWANCE AND PAYMENT
## OF COMPENSATION OF ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FEBRUARY 1, 2022 - FEBRUARY 28, 2022

---

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 14, 2022, AT 1:30 P.M.** BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *First Interim*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period February 1, 2022 - February 28, 2022* (the "<u>Application</u>"). In support of the Application, Rock Creek respectfully represents as follows:

<h1 style="text-align:center">I.     <u>INTRODUCTION</u></h1>

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $29,775.00 for the period February 1, 2022 –February 28, 2022 (the "<u>Application Period</u>"). Rock Creek has been paid no compensation to date in this matter.

<h1 style="text-align:center">II.     <u>JURISDICTION AND VENUE</u></h1>

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "<u>Local Bankruptcy Rules</u>"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases.*

<h1 style="text-align:center">III.     <u>BACKGROUND</u></h1>

**A.     <u>Introduction</u>**

4. On May 1, 2020, The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Archdiocese</u>") filed a voluntary petition for relief under the Bankruptcy Code.

5

5.     The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94].

7.     On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Locke Lord LLP to serve as co-counsel.

**B.     Employment of the Firm**

8.     On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in the Archdiocese's above-captioned bankruptcy case (the "Bankruptcy Case").

9.     On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order"), effective as of December 20, 2021.  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in the Bankruptcy Case.

## IV.     WORK PERFORMED AND RESULTS OBTAINED

10.     During the Application Period, the Firm began its pension financial advisory services to the Committee in this Bankruptcy Case by analyzing Archdiocesan obligations, if any, under ERISA and outside of ERISA for priests as well for lay employees relating to

6

pension, medical, and other retirement benefits. In addition, the Firm is following the Archdiocese's articulation of a $26 million error on its financial statements. The Firm conferred with Committee counsel at PSZJ and with the Committee's financial advisors at Berkeley Research Group, LLC ("BRG") in order to ensure no duplication of efforts among the professionals, and also to keep the Committee and its professionals apprised of the direction of the Firm's analysis so that discovery could be streamlined and issues could be resolved or pursued as necessary. Attached hereto as **Exhibit A** is a true and correct copy of the Firm's Invoice setting forth the time-keeping entries generated by Firm personnel who worked on this matter during Application Period.

11.     To date, Rock Creek has not been paid any compensation in this Bankruptcy Case. The Firm provided, and continues to provide, extensive pension financial advisory services to the Committee in this Bankruptcy Case.  The Firm has attached to this Application copies of the Firm's Invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

**V.     SUMMARY OF FINANCIAL PENSION FINANCIAL ADVISORY SERVICES RENDERED BY CATEGORY**

12.     The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication.

7

**A. Business Analysis**

13. Time spent includes review of the Archdiocese financial statements pertaining to funded or unfunded liabilities for Archdiocesan priest pensions, medical insurance, and lay employee benefits.

Fees: $1,620.00;             Hours: 1.8

**B. Document Review**

14. Time spent includes researching and documenting information relevant to the pension, insurance, and employee benefit matters including, but not limited to, the Archdiocese Retirement Plan, the Pastoral Handbook, and other related articles pertaining to pension plans and liability impacts. A portion of the Firm's time was billed reviewing the docket for relevant documents, motions, and financial reports related to pension issues, and analyzing issues for PSZJ that are relevant to potential motions that the Committee is contemplating filing that touch on pension-related activity.

Fees: $17,505.00;           Hours: 24.0

**C. Internal Communications**

15. Time billed under this category includes engagement scoping, resource planning, and engagement execution strategy, as well as discussion of various regulatory, financial, and deliverable-specific matters. This category includes time debriefing on the outcome of meetings with counsel and parties under "Meetings – with Counsel", and determining appropriate follow-up requirements.

Fees: $4,930.00;            Hours: 6.8

**D. Meetings – with Counsel**

16. Time spent includes updating PSZJ with regard to the status of work that the Firm has performed, communicating findings relevant to the Archdiocese Retirement Plan

8

and Policies, receiving feedback and direction on deliverables and additional areas requiring research, as well as coordination with BRG.  Specifically, this included initial thoughts on reported Retirement Plan financials and additional information needed from the Archdiocese.

Fees: $5,720.00;          Hours: 6.9

## VI.   NO ACTUAL AND NECESSARY EXPENSES INCURRED BY ROCK CREEK

17.    Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

## VII.   STATEMENT OF COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

18.    As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, Bankruptcy Rules, the Local Bankruptcy Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

19.    No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it

9

receives in connection with this Bankruptcy Case with its members and other Firm employees

(as originally disclosed in the Retention Application).

## VIII. THE REQUESTED COMPENSATION SHOULD BE ALLOWED

20.     Section 330 provides that a court may award a professional employed under 11

U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330

also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.     Rock Creek has a reputation for its expertise in financial and bankruptcy

reorganizations and restructurings and as noted above, the compensation is reasonable based on

customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an

application of the above factors and its compliance with the UST Guidelines, Rock Creek

respectfully submits that the compensation requested herein is reasonable and in light of the

nature, extent, and value of such services to the Committee and, accordingly, that approval of

the compensation sought herein is warranted.

22. Section 330 of the Bankruptcy Code authorizes the Court to award the Firm

reasonable compensation for its actual and necessary pension financial advisory services

rendered incurred in the rendering of those pension financial advisory services as counsel to the

Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person

11 U.S.C. § 330(a)(1).

23. This Application substantiates the total amount the Firm seeks for fees in

accordance with this Court's standards applied to fee applications. The factors that courts in

this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and

reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*,

488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied

the *Johnson* Factors to the determination of awards of professionals' fees and expenses in

bankruptcy cases. *See In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert.*

*denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at

Bankruptcy Code § 330(a)(3). *See* 11 U.S.C. § 330(a)(3).

24. The *Johnson* Factors are summarized as follows: (1) the time and labor required;

(2) the novelty and difficulty of the questions presented; (3) the skill required to perform the

11

pension financial advisory services; (4) the preclusion of other employment by the

professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the

fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the

amounts involved and the results obtained; (9) the experience, reputation and ability of the

professionals; (10) the "undesirability" of the case; (11) the nature and length of the

professional relationship with the client; and (12) awards in similar cases.[2]  Based upon the

services described in this Application, the Firm respectfully represents that it has fully satisfied

the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

25.     Firm professionals and case assistants, in the performance of pension financial

advisory services, expended 39.5 hours during the Application Period, for a total fee of

$29,775.00.  The names of the professionals who worked on this case during the Application

Period appear in the Invoices and on the cover sheet attached to this Application.  The Firm

submits that the time and labor these professionals expended in the Bankruptcy Case are

appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee

award is appropriate in this Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

26.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

---

[2] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees it has requested.

**The Skill Required to Perform the Services**

27.      Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.  The Firm has considerable experience in complex bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  The Firm submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employs professionals of varying levels of skill and expertise to efficiently resolve the issues in this Bankruptcy Case.  The Firm strives to limit the number of professionals who work on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm requests for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

**The Customary Fee**

28.      The Firm computed the amount of compensation it seeks in this Application according to its discounted rates as disclosed in the Retention Application. The Firm also maintained detailed time records for all pension financial advisory services for which it seeks compensation. See **Exhibit A**, hereto. The rates charged for the Firm's pension financial advisory services in this case are comparable to other similar-situated firms.

13

**Whether the Fee is Fixed or Contingent**

29.     The Firm's fees for services rendered in this Bankruptcy Case are based on its discounted hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

30.     The Firm has had to respond to certain time-constraints arising in this Bankruptcy Case.  Matters arose throughout the Application Period that required the Firm's immediate attention.  The nature of these matters demanded that the Firm's professionals respond on short notice to developing events as they unfolded.  This imposed time demands on the Firm's personnel and required them to devote resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

31.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $29,775.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

32.     The Firm's professionals have significant experience in bankruptcy, pension advisory, and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professionals have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write

14

on various financial, valuation, accounting, and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

33.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involving pension disputes, particularly for clergy, as well as religious entities in general, can involve intensive and hard-fought disputes.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

34.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

### Awards in Similar Cases

35.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

36.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     <u>RESERVATION OF RIGHTS</u>

37.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.     <u>NO PRIOR REQUEST</u>

38.     No prior application for the relief requested herein has been made to this or any other court.

## XII.     <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount

of $29,775.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less

amounts previously submitted; and (iii) granting such other or additional relief as is just and

proper.

Dated:  March 24, 2022

Respectfully submitted,

By: /s/ John L. Spencer III
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email:  jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official
Committee of Unsecured Creditors*

17

# EXHIBIT A

## EXHIBIT A

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 2/1/22 | Document Review | Review docket for relevant documents related to bankruptcy and pension related issues | 2.6 | Peirce | 550.00 | 1,430.00 |
| 2/2/22 | Meetings - with Counsel | Call with Paul Shields and Shelby Chaffos of BRG, Gillian Brown and Andrew Caine of PSZJ, and John Spencer of Rock Creek regarding pension data request list and files received | 0.4 | Peirce | 550.00 | 220.00 |
| 2/2/22 | Document Review | Review docket for relevant documents related to bankruptcy and pension related issues | 3.4 | Peirce | 550.00 | 1,870.00 |
| 2/2/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J) P. Shields and M. Babcock (of BRG) and C. Peirce (of Rock Creek) re: initial document request and situation overview | 0.4 | Spencer | 900.00 | 360.00 |
| 2/2/22 | Document Review | Review docket for relevant documents related to bankruptcy and pension related issues | 2.3 | Spencer | 900.00 | 2,070.00 |
| 2/2/22 | Business Analysis | Prep for 2.2.22 PSZ&J/BRG/RCA call | 0.7 | Spencer | 900.00 | 630.00 |
| 2/10/22 | Internal Communications | Call with John Spencer to discuss document request status | 0.6 | Peirce | 550.00 | 330.00 |
| 2/10/22 | Document Review | Email to BRG and Pachulski team regarding status of document request and access to Archdiocese document production | 0.1 | Peirce | 550.00 | 55.00 |
| 2/10/22 | Internal Communications | Call with C. Peirce (of Rock Creek) to discuss document request status | 0.6 | Spencer | 900.00 | 540.00 |
| 2/15/22 | Meetings - with Counsel | Call with J. Stang (of PSZ&J) re: initial document review | 0.3 | Spencer | 900.00 | 270.00 |
| 2/16/22 | Business Analysis | Follow-up to call & email from J. Stang (of PSZ&J) re: initial diligence | 1.1 | Spencer | 900.00 | 990.00 |
| 2/17/22 | Document Review | Establish access to KiteWorks repository and initial review | 0.5 | Spencer | 900.00 | 450.00 |
| 2/18/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: initial analysis of documents from BRG and PSZJ | 0.9 | Peirce | 550.00 | 495.00 |
| 2/18/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: initial analysis of documents | 0.9 | Spencer | 900.00 | 810.00 |
| 2/21/22 | Internal Communications | Call with John Spencer (of Rock Creek) regarding Willis Tower Watson retention expansion | 0.6 | Peirce | 550.00 | 330.00 |
| 2/21/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: WTW work | 0.6 | Spencer | 900.00 | 540.00 |
| 2/21/22 | Meetings - with Counsel | Email exchange with J. Stang (of PSZ&J) and S. Bryant (of LL) re: WTW Retention expansion | 0.3 | Spencer | 900.00 | 270.00 |
| 2/22/22 | Internal Communications | Call with John Spencer to discuss case status and initial document analysis | 0.7 | Peirce | 550.00 | 385.00 |
| 2/22/22 | Internal Communications | Call with C. Peirce (of Rock Creek) to discuss case status and initial document analysis | 0.7 | Spencer | 900.00 | 630.00 |
| 2/22/22 | Meetings - with Counsel | Email exchange with J. Stang (of PSZ&J) re: Committee's potential motion relating to pension | 0.3 | Spencer | 900.00 | 270.00 |
| 2/22/22 | Meetings - with Counsel | Email exchange with J. Stang (of PSZ&J) and S. Bryant (of LL) re: WTW Retention expansion | 0.5 | Spencer | 900.00 | 450.00 |
| 2/23/22 | Document Review | Review emails regarding Willis Tower Watson retention | 0.2 | Peirce | 550.00 | 110.00 |
| 2/23/22 | Document Review | Review emails regarding Committee's potential motion relating to pension | 0.2 | Peirce | 550.00 | 110.00 |

| 2/23/22 | Document Review | Review Transcript re: Committee potential motion relating to pension | 1.5 | Peirce | 550.00 | 825.00 |
|---|---|---|---|---|---|---|
| 2/23/22 | Meetings - with Counsel | Email exchange with J. Stang (of PSZ&J) re: retiree medical liabilities and Archdiocese error correction analysis | 0.3 | Spencer | 900.00 | 270.00 |
| 2/23/22 | Document Review | Review transcript of hearing relating to pension issues | 2.1 | Spencer | 900.00 | 1,890.00 |
| 2/23/22 | Document Review | Review pleadings relating to Committee's potential motion involving pension issues | 0.6 | Spencer | 900.00 | 540.00 |
| 2/23/22 | Document Review | Review Court orders relating to Committee's potential motion involving pension issues | 0.2 | Spencer | 900.00 | 180.00 |
| 2/23/22 | Meetings - with Counsel | Email exchange with J. Stang, G. Brown, V. Newmark, A. Caine (of PSZ&J) S. Bryant, R. Kuebel (of LL) re: information requests regarding medical liabilities | 0.5 | Spencer | 900.00 | 450.00 |
| 2/24/22 | Document Review | Review priest policy documents | 0.2 | Peirce | 550.00 | 110.00 |
| 2/24/22 | Meetings - with Counsel | Update information request and email to G. Brown (of PSZ&J) | 0.7 | Spencer | 900.00 | 630.00 |
| 2/24/22 | Document Review | Review information request and outstanding items for transmittal to counsel | 1.1 | Spencer | 900.00 | 990.00 |
| 2/24/22 | Document Review | Review Archdiocesan documents relating to pension finances | 1.2 | Spencer | 900.00 | 1,080.00 |
| 2/27/22 | Document Review | Review Archdiocesan documents relating to pension obligations | 1.0 | Peirce | 550.00 | 550.00 |
| 2/27/22 | Document Review | Review Archdiocesan financial documents relating to financial obligations involving pensions | 1.5 | Peirce | 550.00 | 825.00 |
| 2/28/22 | Document Review | Research regarding Church Pension Plans and ERISA and liability impacts | 1.0 | Peirce | 550.00 | 550.00 |
| 2/28/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: ERISA, IRC and state law issues around retiree medical | 0.6 | Peirce | 550.00 | 330.00 |
| 2/28/22 | Meetings - with Counsel | Call with John Spencer (of Rock Creek), Jim Stang and Gillian Brown (of PSZJ) and Steven Bryant (of Locke Lord) regarding status of case, identification of pertinent Pension related issues, and information needed as well as debrief call with John Spencer | 1.0 | Peirce | 550.00 | 550.00 |
| 2/28/22 | Document Review | Review law relevant to Committee's potential motion involving pensions | 0.8 | Spencer | 900.00 | 720.00 |
| 2/28/22 | Document Review | Read article for applicability to Committee's potential motion involving pensions and WTW expanded scope of work | 1.2 | Spencer | 900.00 | 1,080.00 |
| 2/28/22 | Document Review | Read Archdiocese documents concerning pension obligations | 2.3 | Spencer | 900.00 | 2,070.00 |
| 2/28/22 | Meetings - with Counsel | Prepare (notes and analysis) for call with PSZ&J and LL | 1.2 | Spencer | 900.00 | 1,080.00 |
| 2/28/22 | Meetings - with Counsel | Call with J. Stang and G. Brown (of PSZ&J), S. Bryant (of LL) and Chris Peirce (of Rock Creek) re: Committee's potential motion regarding pension issues and retiree medical (and phone debrief with C. Peirce) | 1.0 | Spencer | 900.00 | 900.00 |
| 2/28/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: ERISA, IRC and state law issues around retiree medical | 0.6 | Spencer | 900.00 | 540.00 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2022 – FEBRUARY 28, 2022

CAME ON for consideration the *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation for the Period from February 1, 2022 - February 28, 2022* [Docket No.     ] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period February 1, 2022 - February 28, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:342938.2 05067/002

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$29,775.00** for the Application Period as an administrative expense claim under 11 U.S.C § 503 against the estate of the Debtor (the "Award").

2.      The Debtor The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under 11 U.S.C. § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby caused a copy of the foregoing *Application* to be served on March 24, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 24, 2022.

                    */s/ Nancy H. Brown*
                    Nancy H. Brown

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2022 | 06/30/2022 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | N/A |
| **Total fees requested in this Application:** | | $33,155.00 |
| **Total hours covered by this Application:** | | 48.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344539.3 05067/002

| Average hourly rate: | 700.00 |
|---|---|
| Reimbursable expenses sought in this Application: | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2022 through June 30, 2022 (the "Application Period") are listed below.

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS MARCH 1, 2022 THROUGH JUNE 30, 2022**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 19.3 | $17,370.00 |
| Chris Peirce | Director | $550 | 28.7 | $15,785.00 |
| **Total** | | | **48.0** | **$33,155.00** |

2

## COMPENSATION BY CATEGORY
## MARCH 1, 2022 THROUGH JUNE 30, 2022

| Description | Hours | Amount |
|---|---|---|
| Business Analysis | 5.0 | $4,500.00 |
| Document Review | 10.9 | $6,205.00 |
| Fee Application | 9.8 | $5,670.00 |
| Internal Communications | 12.5 | $8,765.00 |
| Meetings – Other | 2.5 | $2,110.00 |
| Meetings – with Counsel | 6.2 | $4,915.00 |
| Regulatory Analysis | 1.1 | $990.00 |
| **TOTAL** | **48.0** | **$33,155.00** |

3

The total amount of expenses by expense type for Rock Creek during the Application

Period is listed below.

**EXPENSES BY CATEGORY**
**MARCH 1, 2022 THROUGH JUNE 30, 2022**

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

DOCS_LA:344539.3 05067/002

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[2]** | § | |
| | § | |

---

### SECOND INTERIM APPLICATION FOR
### ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022</u>

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>AUGUST 18, 2022, AT 1:30 P.M.</u> BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; CONFERENCE CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344539.3 05067/002

*Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From March 1, 2022 Through June 30, 2022* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.     INTRODUCTION

For the Application Period, the Firm seeks interim allowance and payment of fees in the amount of $33,155.00. To date, Rock Creek has not been paid any fees sought for the Application Period.

## II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4.     On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code.

6

5.      The Debtor remains in possession of its property and is managing its business as a

debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101

*et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S.

Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code

[Docket #94].

7.      On May 22, 2020, the Committee conducted its first meeting and at that meeting

unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke

Lord") to serve as co-counsel.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an *Application for Entry of an Order*

*Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial*

*Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention

Application").  As more fully described in the Retention Application, the Committee retained the

Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and*

*Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official*

*Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention

Order approved the Firm's retention as the Committee's pension financial advisor in this

Bankruptcy Case.

**IV.      WORK PERFORMED AND RESULTS OBTAINED /**
**EXTRAORDINARY CIRCUMSTANCES**

10.      The Firm provided, and continues to provide, financial advisory services to the

Committee in this Bankruptcy Case.  Attached hereto as **Exhibits A** through **D** are copies of the

7

Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from March 1, 2022 through June 30, 2022.

## V. SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

11.      The services rendered by Rock Creek during the Second Interim Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A.      Business Analysis

12.      Time spent includes review of the Archdiocese financial statements as well as a review of information already provided by the debtor in the virtual data room in order to compile an additional document request related to pension specific financial analysis.

Fees: $4,500.00;                    Hours: 5.0

### B.      Document Review

13.      Time spent includes reviewing information relevant to the pension and financial matters, including but not limited to Actuarial Valuation Reports, Audit Reports, and Meeting Minutes.  Additionally, time was spent reviewing documents produced in order to develop an additional information request list.

Fees: $6,205.00;                    Hours: 10.9

8

**C.**     **Fee Application**

14.     Time spent includes downloading and organizing time entries and preparing First Interim Fee Application as well as preparing monthly invoices.

Fees: $5,670.00;                  Hours: 9.8

**D.**     **Internal Communications**

15.     Time billed under this category includes engagement scoping, resource planning, and engagement execution strategy, as well as discussion of various regulatory, financial, and deliverable-specific matters.  Includes time debriefing on the outcome of meetings with Counsel and parties under "Meetings – with Counsel", and determining appropriate follow-up requirements.  Additionally, time was spent discussing additional information needed from debtor.

Fees: $8,765.00;                  Hours: 12.5

**E.**     **Meetings - Other**

16.     Time billed under this category includes discussions with Berkeley Research Group regarding the Willis Towers Watson error correction analysis and preparation for update the call with the Official Committee of Unsecured Creditors.  Additional time was spent attending hearings and the mediation session with advisors of the debtor and Official Committee of Unsecured Creditors.

Fees: $2,110.00;                  Hours: 2.5

### E.   Meetings – with Counsel

17.   Time spent includes updating Pachulski, Stang, Ziehl, and Jones LLP, counsel
to the Committee, with regard to status of work performed, communicating findings relevant
to the Archdiocese Retirement Plan and Policies, receiving feedback and direction on
deliverables and additional areas requiring research, as well as coordination with other
professionals retained by the Committee.  This included discussions on additional
information needed from debtor and preparation for update call with the Official Committee
of Unsecured Creditors.

Fees: $4,915.00;              Hours: 6.2

### F.   Regulatory Analysis

18.   Time spent includes researching Department of Labor and Employment
Benefits Security Administration records regarding Priest, Lay, and medical plans.

Fees: $990.00;              Hours: 1.1

### VI.   ACTUAL AND NECESSARY EXPENSES INCURRED BY ROCK CREEK

19.   Rock Creek did not incur any expenses on the Committee's behalf during the
Application Period.

### VII.   STATEMENT OF COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

20.   As more fully described in the Retention Application, the Committee agreed to
retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis
in accordance with the Firm's retention application, plus reimbursement of the actual and

DOCS_LA:344539.3 05067/002

necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All

compensation for services rendered, and reimbursement for expenses incurred, are subject to

this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and

331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local

Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and

other procedures that this Court may fix. No entity has promised to compensate the Firm for

any services rendered, or reimburse it for expenses incurred, in connection with this case except

as this Court may approve.

21.     No agreement or understanding exists between the Firm and any other entity for

the sharing of any compensation or reimbursement (i) that the Firm may receive for services

rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has

already received or may receive for services that entity rendered in, or in connection with this

Bankruptcy Case, except that the Firm will share any compensation or reimbursement it

receives in connection with this Bankruptcy Case with its members and other Firm employees

(as originally disclosed in the Retention Application).

### VIII.    THE REQUESTED COMPENSATION SHOULD BE ALLOWED

22.     Section 330 provides that a court may award a professional employed under 11

U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1). Section 330

also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be
> awarded . . . , the court should consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including –

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3

23.    Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

24.    Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

25.   This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

26.   The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

13

with the client; and (12) awards in similar cases.[3]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

**The Time and Labor Required**

27.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 48.0 hours during the Application Period, for a total fee of $33,155.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

28.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

**The Skill Required to Perform the Services**

29.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

14

bankruptcy matters. Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

### The Customary Fee

30. The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $700.00/hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

DOCS_LA:344539.3 05067/002

**Whether the Fee is Fixed or Contingent**

31.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

32.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Application Period that required the Firm's immediate attention. Again, the exigent nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded. This imposed serious time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

33.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees the Firm seeks to approve in this Application are $33,155.00. This figure is commensurate with the Firm's achievements. This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

34.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. The quality of the

16

Firm's services is consistently high. In addition, the Firm's professional also speak and write on various financial, valuation, accounting and investigative topics throughout the country. As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

35.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

36.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began. However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

37.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

17

38.    In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.    <u>RESERVATION OF RIGHTS</u>

39.    It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.    <u>NO PRIOR REQUEST</u>

40.    No prior application for the relief requested herein has been made to this or any other court.

## XII.    <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $33,155.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously submitted; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 26, 2022                              Respectfully submitted,

                                                   *By: /s/ John L. Spencer III*
                                                   John L. Spencer III
                                                   Rock Creek Advisors, LLC
                                                   1738 Belmar Blvd
                                                   Belmar, NJ 07719
                                                   Email: jspencer@rockcreekadvisor.com

                                                   *Pension Financial Advisor to the Official*
                                                   *Committee of Unsecured Creditors*

18

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: May 13, 2022 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD MARCH 1, 2022 – MARCH 31, 2022**

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2022 through March 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

Statement Period are as follows:

| March 1, 2022 to March 31, 2022 | |
|---|---|
| Fees | $13,040.00 |
| Expenses | $0.00 |
| **Total** | **$13,040.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.      On March 4, 2022, Rock Creek filed its *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor For The Official Committee of Unsecured Creditors for the Period February 1, 2022 – February 28, 2022* ("First Quarterly Fee Application") [Docket No. 1378], seeking payment of fees in the amount of $29,775.00.  By agreed order entered on April 14, 2022 [Docket No. 1446], the Court

awarded Rock Creek interim fees in the sum of $28,235.00.  To date, Rock Creek has not been

paid any sums on account of its First Quarterly Fee Application.

## NO PRIOR REQUEST

6.     With respect to the amounts requested herein, as of the date of this Statement, Rock

Creek has received no payments and no previous application for the relief sought herein has been

made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.     In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

8.     Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before May 13, 2022 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

3

9.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $10,432.00, which consists of eighty percent (80%) of Rock Creek's total fees of $13,040.00 for the Statement Period.

10.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 29, 2022                              Respectfully submitted,

                                                    *By: /s/ John L. Spencer III*
                                                    John L. Spencer III
                                                    Rock Creek Advisors, LLC
                                                    1738 Belmar Blvd
                                                    Belmar, NJ 07719
                                                    Email:  jspencer@rockcreekadvisor.com

                                                    *Pension Financial Advisor to the Official*
                                                    *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                April 28, 2022
Pachulski Stang Ziehl & Jones                               Invoice #: 1586
10100 Santa Monica Blvd.                                    Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from March 1, 2022 Through March 31, 2022

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 13,040.00 | USD |
| **CURRENT CHARGES** | **$** | **13,040.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:           TD Bank N.A.
ABA #:               026013673
Account Name:        ROCK CREEK ADVISORS, LLC
Account #:           4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 9.8 | 5,390.00 |
| John Spencer | 900.00 | 8.5 | 7,650.00 |
| Total Professional Services | | 18.3 | 13,040.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Business Analysis | 2.6 | 2,340.00 |
| Document Review | 0.6 | 330.00 |
| Internal Communications | 6.6 | 4,750.00 |
| Meetings - with Counsel | 1.6 | 1,160.00 |
| Regulatory Analysis | 1.1 | 990.00 |
| Fee Application | 5.8 | 3,470.00 |
| | 18.3 | 13,040.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 3/1/22 | Document Review | Review Parish Service Agreement | 0.5 | Peirce | 550.00 | 275.00 |
| 3/1/22 | Internal Communications | Call with John Spencer (of Rock Creek) re: additional diligence and requests to PSZ&J and BRG | 0.5 | Peirce | 550.00 | 275.00 |
| 3/1/22 | Document Review | Email to S. Chaffos (of PSZJ) regarding Lay Pension Plan | 0.1 | Peirce | 550.00 | 55.00 |
| 3/1/22 | Internal Communications | Review draft of J. Spencer (of Rock Creek) email summarizing call with PSZJ and identifying next steps for call with BRG | 0.2 | Peirce | 550.00 | 110.00 |
| 3/1/22 | Business Analysis | Develop follow-up information request and WIP list per 2.28.22 call w/PSZ&J and LL | 1.3 | Spencer | 900.00 | 1,170.00 |
| 3/1/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: additional diligence and requests to PSZ&J and BRG | 0.5 | Spencer | 900.00 | 450.00 |
| 3/4/22 | Internal Communications | Call with J. Spencer (of Rock Creek) prep for PSZ&J/BRG call and discuss WIP list | 0.9 | Peirce | 550.00 | 495.00 |
| 3/4/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J), M. Babcock (of BRG) and J. Spencer (of Rock Creek) re: pension and benefits issues | 0.8 | Peirce | 550.00 | 440.00 |
| 3/4/22 | Internal Communications | Call with C. Peirce (of Rock Creek) prep for PSZ&J/BRG call and discuss WIP list | 0.9 | Spencer | 900.00 | 810.00 |
| 3/4/22 | Regulatory Analysis | Search for DOL/EBSA records re: Priests, Lay and medical plans | 1.1 | Spencer | 900.00 | 990.00 |
| 3/4/22 | Business Analysis | Review Parish Service Agreements | 1.3 | Spencer | 900.00 | 1,170.00 |
| 3/4/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J), M. Babcock (of BRG) and C. Peirce (of Rock Creek) re: pension and benefits issues | 0.8 | Spencer | 900.00 | 720.00 |
| 3/7/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: follow up to 3.4.22 call and discuss WIP | 0.9 | Peirce | 550.00 | 495.00 |
| 3/7/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: follow up to 3.4.22 call and discuss WIP | 0.9 | Spencer | 900.00 | 810.00 |
| 3/14/22 | Fee Application | Download, review, and organize time entries for February fee application | 1.0 | Peirce | 550.00 | 550.00 |
| 3/15/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: status update and fee app issues | 0.5 | Peirce | 550.00 | 275.00 |
| 3/15/22 | Fee Application | Call with B. Dassa (of PSZJ) regarding fee application format and timing | 0.2 | Peirce | 550.00 | 110.00 |
| 3/15/22 | Fee Application | First Interim Fee Application for Period (12/20/21 - 2/28/22) | 3.0 | Peirce | 550.00 | 1,650.00 |
| 3/15/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: status update and fee app issues | 0.5 | Spencer | 900.00 | 450.00 |



| 3/16/22 | Fee Application | First Interim Fee Application for Period (12/20/21 - 2/28/22) | 0.8 | Peirce | 550.00 | 440.00 |
|---------|-----------------|----------------------------------------------------------------|-----|--------|--------|--------|
| 3/17/22 | Internal Communications | Call with J. Spencer (of Rock Creek) re: fee application and WIP coordination | 0.4 | Peirce | 550.00 | 220.00 |
| 3/17/22 | Fee Application | Review first interim fee application | 0.8 | Spencer | 900.00 | 720.00 |
| 3/17/22 | Internal Communications | Call with C. Peirce (of Rock Creek) re: fee application and WIP coordination | 0.4 | Spencer | 900.00 | 360.00 |

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: June 10, 2022 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2022 – APRIL 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2022 through April 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

Statement Period are as follows:

| April 1, 2022 to April 30, 2022 | |
|---|---|
| Fees | $1,615.00 |
| Expenses | $0.00 |
| **Total** | **$1,615.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF PRIOR FEES SOUGHT

5.      On March 4, 2022, Rock Creek filed its *First Interim Application for Allowance and Payment of Compensation of Rock Creek Advisors, LLC as Pension Financial Advisor For The Official Committee of Unsecured Creditors for the Period February 1, 2022 – February 28, 2022* ("First Quarterly Fee Application") [Docket No. 1378], seeking payment of fees in the amount of $29,775.00.  By agreed order entered on April 14, 2022 [Docket No. 1446], the Court

2

awarded Rock Creek interim fees in the sum of $28,235.00. To date, Rock Creek has not been

paid any sums on account of its First Quarterly Fee Application.

## NO PRIOR REQUEST

6.     With respect to the amounts requested herein, as of the date of this Statement, Rock

Creek has received no payments and no previous application for the relief sought herein has been

made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

7.     In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

8.     Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before June 10, 2022 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

3

9.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,292.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,615.00 for the Statement Period.

10.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  May 27, 2022                                   Respectfully submitted,

                                                      *By: /s/ John L. Spencer III*
                                                      John L. Spencer III
                                                      Rock Creek Advisors, LLC
                                                      1738 Belmar Blvd
                                                      Belmar, NJ 07719
                                                      Email: jspencer@rockcreekadvisor.com

                                                      *Pension Financial Advisor to the Official*
                                                      *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

May 25, 2022
Invoice #: 1607
Tax ID # 82-3649705

_____

Services Rendered from April 1, 2022 Through April 30, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    1,615.00 | USD |
| **CURRENT CHARGES** | **$    1,615.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:              TD Bank N.A.
ABA #:                      026013673
Account Name:        ROCK CREEK ADVISORS, LLC
Account #:                4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                                **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.3 | 715.00 |
| John Spencer | 900.00 | 1.0 | 90.00 |
| | | | |
| Total Professional Services | | 2.3 | 1,615.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Internal Communications | 1.6 | 1,160.00 |
| Fee Application | 0.5 | 275.00 |
| Meetings - Other | 0.2 | 180.00 |
| | 2.3 | 1,615.00 |

**Detail of Professional Services:**

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**



| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 4/14/2022 | Meetings - Other | Attend hearing telephonically | 0.2 | Spencer | 900.00 | 180.00 |
| 4/27/2022 | Internal Communications | Call with J. Spencer (of Rock Creek Advisors) re: outline and potential approaches to pension issue resolution | 0.8 | Peirce | 550.00 | 440.00 |
| 4/27/2022 | Internal Communications | Call with Chris Peirce (of Rock Creek Advisors) re: outline and potential approaches to pension issue resolution | 0.8 | Spencer | 900.00 | 720.00 |
| 4/28/2022 | Fee Application | Prepare invoice for March services and provide to Pachulski for Fee Application preparation | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  July 13, 2022 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MAY 1, 2022 – MAY 31, 2022

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2022 through May 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:344191.2 05067/002

Statement Period are as follows:

| May 1, 2022 to May 31, 2022 | |
|---|---|
| Fees | $3,985.00 |
| Expenses | $0.00 |
| **Total** | **$3,985.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 2/1/2022 - 2/28/22 | $28,235.00 | $0.00 | $28,235.00 | $0.00 | $0.00 | $0.00 |
| 3/1/2022-3/31/2022 | $13,040.00 | $0.00 | $0.00 | $0.00 | $13,040.00 | $0.00 |
| 4/1/2022-4/30/2022 | $1,615.00 | $0.00 | $0.00 | $0.00 | $1,615.00 | $0.00 |
| **Totals** | **$42,890.00** | **$0.00** | **$28,235.00** | **$0.00** | **$14,655.00** | **$0.00** |

2

**NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $3,188.00, which consists of eighty percent (80%) of Rock Creek's total

fees of $3,985.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  June 29, 2022                          Respectfully submitted,

                                               By: */s/ John L. Spencer III*
                                               John L. Spencer III
                                               Rock Creek Advisors, LLC
                                               1738 Belmar Blvd
                                               Belmar, NJ 07719
                                               Email: jspencer@rockcreekadvisor.com

                                               *Pension Financial Advisor to the Official*
                                               *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                                                         June 23, 2022
Pachulski Stang Ziehl & Jones                                                                  Invoice #: 1639
10100 Santa Monica Blvd.                                                                Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from May 1, 2022 Through May 31, 2022

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 3,985.00 | USD |
| **CURRENT CHARGES** | **$** | **3,985.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 4.3 | 2.365.00 |
| John Spencer | 900.00 | 1.8 | 1,620.00 |
| Total Professional Services | | 6.1 | 3,985.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Administrative Duties | 0.5 | 275.00 |
| Document Review | 1.0 | 550.00 |
| Fee Application | 1.5 | 825.00 |
| Internal Communications | 0.7 | 385.00 |
| Meetings - with Counsel | 2.4 | 1,950.00 |
| | 6.1 | 3,985.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 5/10/22 | Meetings - with Counsel | Call with G. Brown (of PSZ&J) and J. Spencer (of Rock Creek) regarding status of pension analysis and preparation for 5/11/22 call with BRG and PSZ&J professionals on pension related issues | 0.6 | Peirce | 550.00 | 330.00 |
| 5/10/22 | Meetings - with Counsel | Call with Gil Brown (of PSZ&J) and C. Peirce (of Rock Creek) regarding status of pension analysis and preparation for 5/11/22 call with BRG and PSZ&J professionals on pension related issues | 0.6 | Spencer | 900.00 | 540.00 |
| 5/11/22 | Document Review | Review Kiteworks data room for status of document requests and to review AVR's in preparation for call with PSZ&J and BRG | 1.0 | Peirce | 550.00 | 550.00 |
| 5/11/22 | Internal Communications | Call with J. Spencer (of Rock Creek) regarding requested documents and items to discuss with PSZ&J and BRG on 3:00 call | 0.7 | Peirce | 550.00 | 385.00 |
| 5/11/22 | Meetings - with Counsel | Call with Gil Brown, A. Caine (of PSZ&J) M. Babcock, P. Shields, D. Judd, S. Chafos (of BRG) and C. Peirce (of Rock Creek) re: pension related issues | 1.2 | Spencer | 900.00 | 1,080.00 |
| 5/20/22 | Fee Application | Review and download April fee detail and update fee application and related supporting schedule | 1.5 | Peirce | 550.00 | 825.00 |
| 5/25/22 | Administrative Duties | Prepare invoice for April services and provide to Pachulski for Fee Application preparation | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: August 9, 2022 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD JUNE 1, 2022 – JUNE 30, 2022

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2022 through June 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.  The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Statement Period are as follows:

| June 1, 2022 to June 30, 2022 | |
|---|---|
| Fees | $14,515.00 |
| Expenses | $0.00 |
| **Total** | **$14,515.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.     The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.     Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 3/1/2022 - 3/31/2022 | $13,040.00 | $0.00 | $0.00 | $0.00 | $13,040.00 | $0.00 |
| 4/1/2022 - 4/30/2022 | $1,615.00 | $0.00 | $0.00 | $0.00 | $1,615.00 | $0.00 |
| 5/1/2022 - 5/31/2022 | $3,985.00 | $0.00 | $0.00 | $0.00 | $3,985.00 | $0.00 |
| | $18,640.00 | $0.00 | $0.00 | $0.00 | $18,640.00 | $0.00 |

2

## NO PRIOR REQUEST

5.       With respect to the amounts requested herein, as of the date of this Statement, Rock

Creek has received no payments and no previous application for the relief sought herein has been

made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.       In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.       Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before August 9, 2022 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

8.       If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $11,612.00, which consists of eighty percent (80%) of Rock Creek's total

fees of $14,515.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  July 26, 2022                          Respectfully submitted,

                                               *By: /s/ John L. Spencer III*
                                               John L. Spencer III
                                               Rock Creek Advisors, LLC
                                               1738 Belmar Blvd
                                               Belmar, NJ 07719
                                               Email: jspencer@rockcreekadvisor.com

                                               *Pension Financial Advisor to the Official*
                                               *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                                July 20, 2022
Pachulski Stang Ziehl & Jones                                          Invoice #: 1641
10100 Santa Monica Blvd.                                          Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from June 1, 2022 Through June 30, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   14,515.00 | USD |
| **CURRENT CHARGES** | **$   14,515.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:            TD Bank N.A.
ABA #:                    026013673
Account Name:       ROCK CREEK ADVISORS, LLC
Account #:              4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 13.3 | 7,315.00 |
| John Spencer | 900.00 | 8.0 | 7,200.00 |
| Total Professional Services | | 21.3 | 14,515.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Business Analysis | 2.4 | 2,160.00 |
| Document Review | 9.3 | 5,325.00 |
| Fee Application | 1.5 | 825.00 |
| Internal Communications | 3.6 | 2,470.00 |
| Meetings – Other | 2.3 | 1,930.00 |
| Meetings - with Counsel | 2.2 | 1,805.00 |
| | 21.3 | 14,515.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|-----------|---------------|-----------------|
| 6/1/22 | Internal Communications | Call with J. Spencer (of Rock Creek) regarding request for pension liability update from Committee | 0.6 | Chris | Peirce | 550.00 | 330.00 |
| 6/3/22 | Meetings - Other | Call with J. Spencer and S. Spencer (of Rock Creek), P. Shields, M. Babcock, and D. Judd (of BRG) regarding WTW error correction analysis and preparation for meeting with Creditor Committee | 0.4 | Chris | Peirce | 550.00 | 220.00 |
| 6/3/22 | Document Review | Review Actuarial Valuation Report for the Determination of the FYE 2022 Correction of Error Recognition | 2.0 | Chris | Peirce | 550.00 | 1,100.00 |
| 6/3/22 | Document Review | Review BRG Status Update for 6/6/22 Unsecured Creditors' Committee Meeting | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/3/22 | Meetings - Other | Call with M. Babcock, D. Judd, P. Shields (of BRG), C. Peirce, S. Spencer (of Rock Creek) re: WTW error correction analysis and prep for UCC meeting | 0.4 | John | Spencer | 900.00 | 360.00 |
| 6/3/22 | Document Review | Review BRG's "Unsecured Creditors' Committee STATUS MEETING JUNE 6, 2022" presentation | 0.6 | John | Spencer | 900.00 | 540.00 |
| 6/3/22 | Business Analysis | Draft memo to UCC re: update on pension and retiree medial liabilities for 6.6.22 meeting | 1.1 | John | Spencer | 900.00 | 990.00 |
| 6/6/22 | Meetings - with Counsel | Attend UCC meeting (UCC, PSZ&J, Locke Lord, BRG) via Zoom (3:00 - 4:12 pm ET) | 1.2 | John | Spencer | 900.00 | 1,080.00 |
| 6/7/22 | Meetings - Other | Attend ANO mediation afternoon session (debtor, debtor advisors, UCC, UCC advisors) (2:30 - 4 pm ET) | 1.5 | John | Spencer | 900.00 | 1,350.00 |
| 6/8/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding status of case and need for updated information request list from debtors | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/8/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: updated information request | 0.5 | John | Spencer | 900.00 | 450.00 |
| 6/9/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding review of updated information request list | 0.4 | Chris | Peirce | 550.00 | 220.00 |
| 6/9/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: review prior diligence requests | 0.4 | John | Spencer | 900.00 | 360.00 |
| 6/10/22 | Meetings - with Counsel | Call with J. Spencer (of Rock Creek) and A. Caine (of PSZ&J) regarding status of case and updated information request list | 0.5 | Chris | Peirce | 550.00 | 275.00 |



| 6/10/22 | Meetings - with Counsel | Call with A. Caine (of PSZ&J) and C. Peirce (of Rock Creek) re: update and areas of focus for debtor doument production | 0.5 | John | Spencer | 900.00 | 450.00 |
|---------|------------------------|--------|-----|------|---------|--------|--------|
| 6/12/22 | Document Review | Continued review of emails and data room for updated information request list | 1.0 | Chris | Peirce | 550.00 | 550.00 |
| 6/13/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) regarding status of document request list | 0.5 | Chris | Peirce | 550.00 | 275.00 |
| 6/13/22 | Document Review | Review documents produced and emails to finalize updated Document Request List | 2.5 | Chris | Peirce | 550.00 | 1,375.00 |
| 6/13/22 | Internal Communications | Call with C. Peirce, S. Spencer (of Rock Creek) re: areas of focus for debtor document production per A. Caine direction | 0.5 | John | Spencer | 900.00 | 450.00 |
| 6/14/22 | Document Review | Review updated information request list with additions/revisions from J. Spencer | 0.2 | Chris | Peirce | 550.00 | 110.00 |
| 6/14/22 | Business Analysis | Assemble additional/follow-up request for debtor document production re: pension and retiree medical | 1.3 | John | Spencer | 900.00 | 1,170.00 |
| 6/23/22 | Fee Application | Prepare May invoice, supporting detail in LEDES format, and updated fee application | 1.5 | Chris | Peirce | 550.00 | 825.00 |
| 6/27/22 | Document Review | Review Council of Dean and Presbyteral Council Meeting minutes for pension review applicability | 2.5 | Chris | Peirce | 550.00 | 1,375.00 |
| 6/28/22 | Internal Communications | Call with J. Spencer and S. Spencer (of Rock Creek) to discuss meeting minutes review and additional information needed from debtor | 0.2 | Chris | Peirce | 550.00 | 110.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[4]** | § | |
| | § | |

---

## ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

CAME ON for consideration the *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through June 30, 2022* [**Docket No.___** (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from March 1, 2022 through June 30, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[4] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$33,155.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor (the "Award").

2.        The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

### CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on July 26, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 26, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

19

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### SUMMARY COVER SHEET TO THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR <u>THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022</u>

| | | | |
|---|---|---|---|
| **Name of Applicant:** | | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | | 07/01/2022 | 10/31/2022 |
| **Time period(s) covered by prior Applications:** | | 02/01/2022 03/01/2022 | 02/28/2022 06/30/2022 |
| **Total amounts awarded in all prior Applications:** | | $61,390.00 | |
| **Total fees requested in this Application:** | | | $7,585.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| **Total hours covered by this Application:** | 12.20 |
| **Average hourly rate:** | 620.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2022 – October 31, 2022 (the "Application Period") are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS JULY 1, 2022 THROUGH OCTOBER 31, 2022

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 2.5 | $2,250.00 |
| Chris Peirce | Director | $550 | 9.7 | $5,335.00 |
| **Total** | | | **12.2** | **$7,585.00** |

2

DOCS_LA:346205.2 05067/002

## COMPENSATION BY CATEGORY
## JULY 1, 2022 THROUGH OCTOBER 31, 2022

| Description | Hours | Amount |
|---|---|---|
| Administrative Duties | 2.0 | $1,100.00 |
| Document Review | 1.0 | $900.00 |
| Fee Application | 9.2 | $5,585.00 |
| **TOTAL** | **12.2** | **$7,585.00** |

3

**EXPENSES BY CATEGORY**
**JULY 1, 2022 THROUGH OCTOBER 31, 2022**

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

### THIRD INTERIM APPLICATION FOR
### ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
### PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS FOR THE PERIOD
### FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 15, 2022, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From July 1, 2022 Through October 31, 2022* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $7,585.00. To date Rock Creek has been paid $5,060.00 in fees incurred during the Application Period.

## II.     JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

6

5.       The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.       On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

7.       On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.       Employment of the Firm**

8.       On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.       On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

## IV.       WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.       The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the

7

Firm's Monthly Fee Statements to which are appended invoices (the "<u>Invoices</u>") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from July 1, 2022 through October 31, 2022.

**V.    <u>NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED</u>**

11.    This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.    On August 29, 2022, Rock Creek submitted its July fee statement (the "<u>July Monthly Fee Statement</u>") covering the period July 1, 2022 through July 31, 2022. Rock Creek incurred fees in the amount of $5,550.00. Therefore, in its July Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $4,440.00. Attached hereto as **Exhibit A** is a true and correct copy of the July Monthly Fee Statement.

13.    On September 29, 2022, Rock Creek submitted its August fee statement (the "<u>August Monthly Fee Statement</u>") covering the period August 1, 2022 through August 31, 2022. Rock Creek incurred fees in the amount of $825.00. Therefore, in its August Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00. Attached hereto as **Exhibit B** is a true and correct copy of the August Monthly Fee Statement.

14.    On October 28, 2022, Rock Creek submitted its September fee statement (the "<u>September Monthly Fee Statement</u>") covering the period September 1, 2022 through September 30, 2022. Rock Creek incurred fees in the amount of $550.00. Therefore, in its September Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $440.00.

8

Attached hereto as **Exhibit C** is a true and correct copy of the September Monthly Fee Statement.

15.     On November 23, 2022, Rock Creek submitted its October fee statement (the "October Monthly Fee Statement") covering the period October 1, 2022 through October 31, 2022.  Rock Creek incurred fees in the amount of $660.00.  Therefore, in its September Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $528.00.  Attached hereto as **Exhibit D** is a true and correct copy of the October Monthly Fee Statement.

## VI.     SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

16.     The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A.     Document Review

17.     Time spent includes compiling information for the Work Plan and Next Steps for Mediation Preparation memo, including listing of tasks completed for pension liability analysis.

Fees: $2,000.00;            Hours: 3.0

### B.     Fee Application

18.     Time spent includes formatting in LEDES, organizing time entries, and

9

preparing the First Interim Fee Application as well as preparing monthly invoices.

Fees: $5,585.00;          Hours: 9.2

### C.    Actual and Necessary Expenses Incurred By Rock Creek

19.    Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

### VII.    STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

20.    As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

21.    No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees

10

(as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

22.    Section 330 provides that a court may award a professional employed under 11

U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330

also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

23.    Rock Creek has a reputation for its expertise in financial and bankruptcy

reorganizations and restructurings and as noted above, the compensation is reasonable based on

customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an

application of the above factors and its compliance with the UST Guidelines, Rock Creek

respectfully submits that the compensation requested herein is reasonable and in light of the

nature, extent and value of such services to the Committee and, accordingly, that approval of

the compensation sought herein is warranted.

24.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm

reasonable compensation for its actual and necessary financial advisory services rendered and

reimbursement of actual and necessary expenses incurred in the rendering of those financial

advisory services as counsel to the Committee in this case.  Bankruptcy Code § 330(a)(1)

provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

25.     This Application substantiates the total amount the Firm seeks for fees and

expenses in accordance with this Court's standards applied to fee applications.  The factors that

courts in this jurisdiction consider when making a discretionary award of reasonable attorneys'

fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway

Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit

has applied the *Johnson* Factors to the determination of awards of professionals' fees and

expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir.

1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been

12

codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

26.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[3]  Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

27.    Firm professionals and case assistants, in the performance of financial advisory services, expended 12.20 hours during the Application Period, for a total fee of $7,585.00.  The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application.  The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

13

## The Novelty and Difficulty of the Questions Presented

28.     This Bankruptcy Case presents many novel and difficult questions.  Addressing these questions have necessitated considerable financial advisory expertise.  In light of these considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

## The Skill Required to Perform the Services

29.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.  The Firm has considerable experience in complex bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

## The Customary Fee

30.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention

14

Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $700.00 per hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

31.    The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

32.    The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

33.    The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $7,585.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

15

## The Experience, Reputation, and Ability of the Professionals

34.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professional also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

## The "Undesirability" of the Bankruptcy Case

35.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

## The Nature and Length of the Professional Relationship with the Client

36.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this

16

*Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

37.　The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

38.　In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.　**RESERVATION OF RIGHTS**

39.　It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.　**NO PRIOR REQUEST**

40.　No prior application for the relief requested herein has been made to this or any other court.

[remainder of page left blank]

DOCS_LA:346205.2 05067/002

## XII.   <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i)

awarding Rock Creek an interim allowance of fees for the Application Period in the amount of

$7,585.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less

amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 23, 2022                          Respectfully submitted,

                                                   *By: /s/ John L. Spencer III*
                                                   John L. Spencer III
                                                   Rock Creek Advisors, LLC
                                                   1738 Belmar Blvd
                                                   Belmar, NJ 07719
                                                   Email:  jspencer@rockcreekadvisor.com

                                                   *Pension Financial Advisor to the Official*
                                                   *Committee of Unsecured Creditors*

18

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline:  September 12, 2022 |
| | § | |

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD JULY 1, 2022 – JULY 31, 2022</u>

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from July 1, 2022 through July 31, 2022 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

### <u>RELIEF REQUESTED</u>

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Statement Period are as follows:

| July 1, 2022 to July 31, 2022 | |
|---|---|
| Fees | $5,550.00 |
| Expenses | $0.00 |
| **Total** | **$5,550.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 3/1/2022 - 3/31/2022 | $13,040.00 | $0.00 | $0.00 | $0.00 | $13,040.00 | $0.00 |
| 4/1/2022 - 4/30/2022 | $1,615.00 | $0.00 | $1,292.00 | $0.00 | $323.00 | $0.00 |
| 5/1/2022 - 5/31/2022 | $3,985.00 | $0.00 | $0.00 | $0.00 | $3,985.00 | $0.00 |
| 6/1/2022 – 6/30/2022 | $14,515.00 | $0.00 | $0.00 | $0.00 | $14,515.00 | $0.00 |
| | $33,155.00 | $0.00 | $1,292.00 | $0.00 | $31,863.00 | $0.00 |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $4,440.00, which consists of eighty percent (80%) of Rock Creek's total fees of $5,550.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 29, 2022

Respectfully submitted,

*By: /s/ John L. Spencer III*
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang                                                    August 20, 2022
Pachulski Stang Ziehl & Jones                                   Invoice #: 1650
10100 Santa Monica Blvd.                                        Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from July 1, 2022 Through July 31, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 5,550.00 | USD |
| **CURRENT CHARGES** | **$** | **5,550.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:              TD Bank N.A.
ABA #:                  026013673
Account Name:           ROCK CREEK ADVISORS, LLC
Account #:              4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                            **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 6.0 | 3,300.00 |
| John Spencer | 900.00 | 2.5 | 2,250.00 |
| Total Professional Services | | 8.5 | 5,550.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Administrative Duties | 2.0 | 1,100.00 |
| Document Review | 1.0 | 900.00 |
| Fee Application | 5.5 | 3,550.00 |
| | 8.5 | 5,550.00 |

**Detail of Professional Services:**

**1738 Belmar Blvd**                                                    **Belmar, NJ 07719**



| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 7/20/22 | Fee Application | Prepare June invoice, supporting detail in LEDES format, and updated fee application | 1.5 | Peirce | 550.00 | 825.00 |
| 7/24/22 | Fee Application | Prepare Second Interim Fee Application | 2.0 | Peirce | 550.00 | 1,100.00 |
| 7/25/22 | Fee Application | Review draft of 2nd interim Fee Application and monthly reports and provide feedback to B. Dassa (of PSZ&J) | 0.5 | Peirce | 550.00 | 275.00 |
| 7/25/22 | Fee Application | Review Second Interim Fee Application | 1.5 | Spencer | 900.00 | 1,350.00 |
| 7/26/22 | Administrative Duties | Update draft work plan/task list from Pachulski to include pension advisory items | 2.0 | Peirce | 550.00 | 1,100.00 |
| 7/26/22 | Document Review | Review draft of pension related tasks from C. Peirce (of Rock Creek) for Pachulski work plan document | 1.0 | Spencer | 900.00 | 900.00 |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: October 13, 2022 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD AUGUST 1, 2022 – AUGUST 31, 2022

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2022 through August 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Statement Period are as follows:

| August 1, 2022 to August 31, 2022 | |
|---|---|
| Fees | $825.00 |
| Expenses | $0.00 |
| **Total** | **$825.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4. Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 3/1/2022 - 3/31/2022 | $13,040.00 | $0.00 | $13,040.00 | $0.00 | $0.00 | $0.00 |
| 4/1/2022 - 4/30/2022 | $1,615.00 | $0.00 | $1,615.00 | $0.00 | $0.00 | $0.00 |
| 5/1/2022 - 5/31/2022 | $3,985.00 | $0.00 | $3,985.00 | $0.00 | $0.00 | $0.00 |
| 6/1/2022 – 6/30/2022 | $14,515.00 | $0.00 | $14,515.00 | $0.00 | $0.00 | $0.00 |
| 7/1/2022 – 7/31/2022 | $4,440.00 | $0.00 | $0.00 | $0.00 | $4,440.00 | $0.00 |

2

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  September 29, 2022                          Respectfully submitted,

                                                    *By: /s/ John L. Spencer III*
                                                    John L. Spencer III
                                                    Rock Creek Advisors, LLC
                                                    1738 Belmar Blvd
                                                    Belmar, NJ 07719
                                                    Email:  jspencer@rockcreekadvisor.com

                                                    *Pension Financial Advisor to the Official*
                                                    *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

September 28, 2022
Invoice #: 1664
Tax ID # 82-3649705

_____

Services Rendered from August 1, 2022 Through August 31, 2022

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

|  |  |  |
|---|---|---|
| Professional Services | $    825.00 | USD |
| **CURRENT CHARGES** | **$    825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719

**1738 Belmar Blvd**                                                                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.5 | 825.00 |
| | 1.5 | 825.00 |

**1738 Belmar Blvd**                                                                                   **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 8/19/22 | Fee Application | Review time entries and prepare invoice, fee application, and detail in LEDES format | 1.0 | Peirce | 550.00 | 550.00 |
| 8/24/22 | Fee Application | Update fee statement for July fees and send to Pachulski | 0.5 | Peirce | 550.00 | 275.00 |

**1738 Belmar Blvd**                                                    **Belmar, NJ 07719**

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline:  November 11, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD SEPTEMBER 1, 2022 – SEPTEMBER 30, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2022 through September 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| September 1, 2022 to September 30, 2022 | |
|---|---|
| Fees | $550.00 |
| Expenses | $0.00 |
| **Total** | **$550.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 3/1/2022 - 3/31/2022 | $13,040.00 | $0.00 | $13,040.00 | $0.00 | $0.00 | $0.00 |
| 4/1/2022 - 4/30/2022 | $1,615.00 | $0.00 | $1,615.00 | $0.00 | $0.00 | $0.00 |
| 5/1/2022 - 5/31/2022 | $3,985.00 | $0.00 | $3,985.00 | $0.00 | $0.00 | $0.00 |
| 6/1/2022 – 6/30/2022 | $14,515.00 | $0.00 | $14,515.00 | $0.00 | $0.00 | $0.00 |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $4,400.00 | $0.00 | $1,150.00 | $0.00 |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | $0.00 |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

2

<u>**NOTICE AND OBJECTION PROCEDURES**</u>

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 11, 2022 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $440.00, which consists of eighty percent (80%) of Rock Creek's total fees of $550.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

3

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: October 28, 2022

Respectfully submitted,

By: */s/ John L. Spencer III*
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official*
*Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

October 26, 2022
Invoice #: 1678
Tax ID # 82-3649705

_____

Services Rendered from September 1, 2022 Through September 30, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 550.00 | USD |
| **CURRENT CHARGES** | **$** | **550.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.0 | 550.00 |
| Total Professional Services | | 1.0 | 550.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.0 | 550.00 |
| | 1.0 | 550.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 9/28/22 | Fee Application | Provide August invoice and detail in LEDES format and review fee statement | 1.0 | Peirce | 550.00 | 550.00 |

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline: December 7, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD OCTOBER 1, 2022 – OCTOBER 31, 2022</u>

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from October 1, 2022 through October 31, 2022 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

### <u>RELIEF REQUESTED</u>

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| October 1, 2022 to October 31, 2022 | |
|---|---|
| Fees | $660.00 |
| Expenses | $0.00 |
| **Total** | **$660.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $4,400.00 | $0.00 | $1,150.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | 660.00 | $0.00 | $165.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $0.00 | $0.00 | $550.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

2

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 7, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $528.00, which consists of eighty percent (80%) of Rock Creek's total fees of $660.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  November 23, 2022                                    Respectfully submitted,

By: */s/ John L. Spencer III*
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official*
*Committee of Unsecured Creditors*

DOCS_LA:346206.1 05067/002

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

November 17, 2022
Invoice #: 1697
Tax ID # 82-3649705

---

Services Rendered from October 1, 2022 Through October 31, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 660.00 | USD |
| **CURRENT CHARGES** | **$** | **660.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:           TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:             4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.2 | 660.00 |
| Total Professional Services | | 1.2 | 660.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.2 | 660.00 |
| | 1.2 | 660.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 10/26/22 | Fee Application | Provide September invoice and detail in LEDES format and reconcile payments received and open amounts | 1.0 | Peirce | 550.00 | 550.00 |
| 10/27/22 | Fee Application | Review Monthly Fee and Expense Statement for September | 0.2 | Peirce | 550.00 | 110.00 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[4] | § | |
| | § | |

---

### ORDER APPROVING THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022</u>

CAME ON for consideration the *Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [**Docket No.** ___] (the "<u>Application</u>") filed by Rock Creek Advisors, LLC (the "<u>Firm</u>") for the period from July 1, 2022 through October 31, 2022 (the "<u>Application Period</u>"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[4] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$7,585.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.        The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____

**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on November 23, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 23, 2022.

*/s/ Nancy H. Brown*
Nancy H. Brown

19

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

**SUMMARY COVER SHEET TO FOURTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/2022 | 02/28/2023 |
| **Time period(s) covered by prior Applications:** | 02/01/2022 03/01/2022 07/01/2022 | 02/28/2022 06/30/2022 10/31/2022 |
| **Total amounts awarded in all prior Applications:** | $68,975.00 | |
| **Total fees requested in this Application:** | | $14,120.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

| | |
|---|---:|
| **Total hours covered by this Application:** | 20.20 |
| **Average hourly rate:** | 700.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2022 – February 28, 2023 (the "Application Period") are listed below.

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 8.6 | $7,740.00 |
| Chris Peirce | Director | $550 | 11.6 | $6,380.00 |
| **Total** | | | **20.2** | **$14,120.00** |

2

## COMPENSATION BY CATEGORY
## NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

| Description | Hours | Amount |
|---|---|---|
| Document Review | 8.9 | $6,610.00 |
| Fee Application | 6.3 | $3,465.00 |
| Business Analysis | 2.4 | $2,160.00 |
| Internal Communications | 1.6 | $1,160.00 |
| Meetings – Other | 1.0 | $725.00 |
| **TOTAL** | **20.2** | **$14,120.00** |

3

## EXPENSES BY CATEGORY
## NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## FOURTH INTERIM APPLICATION FOR
## ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
## PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS FOR THE PERIOD
## <u>NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023</u>

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>APRIL 18, 2023, AT 1:30 P.M. (CDT)</u> IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2022 Through February 28, 2023* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.    INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $14,120.00. To date Rock Creek has been paid $1,672.00 in fees incurred during the Application Period.

## II.    JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.    BACKGROUND

### A.    Introduction

4.    On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.     The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

7.     On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.     Employment of the Firm**

8.     On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.     On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

## IV.     WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.     The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the

Firm's Monthly Fee Statements to which are appended invoices (the "<u>Invoices</u>") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from November 1, 2022 through February 28, 2023.

V.   <u>**NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED**</u>

11.    This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.    On December 22, 2022, Rock Creek submitted its November fee statement (the "<u>November Monthly Fee Statement</u>") covering the period November 1, 2022 through November 30, 2022.  Rock Creek incurred fees in the amount of $1,650.00.  Therefore, in its November Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,320.00. Attached hereto as **Exhibit A** is a true and correct copy of the November Monthly Fee Statement.

13.    On January 27, 2023, Rock Creek submitted its December fee statement (the "<u>December Monthly Fee Statement</u>") covering the period December 1, 2022 through December 31, 2022.  Rock Creek incurred fees in the amount of $440.00.  Therefore, in its December Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $352.00. Attached hereto as **Exhibit B** is a true and correct copy of the December Monthly Fee Statement.

14.    On February 28, 2023, Rock Creek submitted its January fee statement (the "<u>January Monthly Fee Statement</u>") covering the period January 1, 2023 through January 31, 2023.  Rock Creek incurred fees in the amount of $550.00.  Therefore, in its January Monthly

DOCS_LA:348171.1 05067/002

Fee Statement, Rock Creek requested payment of 80% of its fees totaling $440.00. Attached hereto as **Exhibit C** is a true and correct copy of the January Monthly Fee Statement.

15.     On March 28, 2023, Rock Creek submitted its February fee statement (the "February Monthly Fee Statement") covering the period February 1, 2023 through February 28, 2023. Rock Creek incurred fees in the amount of $11,480.00. Therefore, in its February Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $9,184.00. Attached hereto as **Exhibit D** is a true and correct copy of the February Monthly Fee Statement.

### VI.     SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

16.     The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A.     **Document Review**

17.     Time spent includes reviewing documents provided by debtor and compiling list of documents for updated document request list.

Fees: $6,610.00;                Hours: 8.9

### B.     **Fee Application**

18.     Time spent includes formatting in LEDES, organizing time entries, and preparing the Second Interim Fee Application as well as preparing monthly invoices.

Fees: $3,465.00;                Hours: 6.3

9

C.    **Business Analysis**

19.    Time spent includes reviewing and updating defined benefit plan materials in preparation for discussion with Berkeley Research Group.

       Fees: $2,160.00;            Hours: 2.4

D.    **Meetings - Other**

20.    Time spent includes discussion with Berkeley Research Group regarding outstanding information requested and status of case.

       Fees: $725.00;             Hours: 1.0

E.    **Internal Communications**

21.    Time spent includes internal discussion regarding case strategy and action items following call with Berkeley Research Group.

       Fees: $1,160.00;           Hours: 1.6

F.    **Actual and Necessary Expenses Incurred By Rock Creek**

22.    Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

VII.    **STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016**

23.    As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and

DOCS_LA:348171.1 05067/002

necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

24.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

25.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

26.    Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

27.    Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

28.    This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

29.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[2] Based upon the services described in this

---

[2] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir.

13

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

30. Firm professionals and case assistants, in the performance of financial advisory services, expended 12.20 hours during the Application Period, for a total fee of $7,585.00. The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## The Novelty and Difficulty of the Questions Presented

31. This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

## The Skill Required to Perform the Services

32. Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues. The Firm has considerable experience in complex bankruptcy matters. Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving

---

1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

**The Customary Fee**

33.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

34.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

DOCS_LA:348171.1 05067/002

## **Time Limitations Imposed by the Client or Other Circumstances**

35.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case. Matters often arose throughout the Application Period that required the Firm's immediate attention. This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters. Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

## **The Amount Involved and the Results Obtained**

36.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees the Firm seeks to approve in this Application are $14,120.00. This figure is commensurate with the Firm's achievements. This *Johnson* Factor strongly supports the fee award requested.

## **The Experience, Reputation, and Ability of the Professionals**

37.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. The quality of the Firm's services is consistently high. In addition, the Firm's professional also speak and write on various financial, valuation, accounting and investigative topics throughout the country. As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

16

**The "Undesirability" of the Bankruptcy Case**

38.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

39.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

40.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

41.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

42.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in

17

the Application, or to include such time and costs in a future fee application.

## XI.    NO PRIOR REQUEST

43.    No prior application for the relief requested herein has been made to this or any

other court.

## XII.    CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i)

awarding Rock Creek an interim allowance of fees for the Application Period in the amount of

$14,120.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less

amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  March 28, 2023                        Respectfully submitted,

                                              By: */s/ John L. Spencer III*_____
                                              John L. Spencer III
                                              Rock Creek Advisors, LLC
                                              1738 Belmar Blvd
                                              Belmar, NJ 07719
                                              Email:  jspencer@rockcreekadvisor.com

                                              *Pension Financial Advisor to the Official*
                                              *Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING FOURTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

CAME ON for consideration the *Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2022 through February 28, 2023* [**Docket No.** ] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from November 1, 2022 through February 28, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.        The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$14,120.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.        The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 5, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD NOVEMBER 1, 2022 – NOVEMBER 30, 2022

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2022 through November 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| November 1, 2022 to November 30, 2022 | |
|---|---|
| Fees | $1,650.00 |
| Expenses | $0.00 |
| **Total** | **$1,650.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period Covered (3rd Interim Fee Application) | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $4,400.00 | $0.00 | $1,150.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | 660.00 | $0.00 | $165.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $0.00 | $0.00 | $550.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $0.00 | $0.00 | $660.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

2

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 5, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,320.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,650.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  December 22, 2022                    Respectfully submitted,

                                             By: */s/ John L. Spencer III*
                                             John L. Spencer III
                                             Rock Creek Advisors, LLC
                                             1738 Belmar Blvd
                                             Belmar, NJ 07719
                                             Email: jspencer@rockcreekadvisor.com

                                             *Pension Financial Advisor to the Official*
                                             *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 12, 2022
Invoice #: 1716
Tax ID # 82-3649705

_____

Services Rendered from November 1, 2022 Through November 30, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   1,650.00 | USD |
| **CURRENT CHARGES** | **$   1,650.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 3.0 | 1,650.00 |
| Total Professional Services | | 3.0 | 1.650.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 3.0 | 1,650.00 |
| | 3.0 | 1,650.00 |

**1738 Belmar Blvd**                                        **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 11/14/22 | Fee Application | Begin preparation of Third Interim Fee Application | 1.0 | Peirce | 550.00 | 550.00 |
| 11/17/22 | Fee Application | Provide October invoice and detail in LEDES format and reconcile payments received and open amounts | 1.0 | Peirce | 550.00 | 550.00 |
| 11/17/22 | Fee Application | Prepare Quarterly Fee Application | 1.0 | Peirce | 550.00 | 550.00 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: February 10, 2023 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2022 – DECEMBER 31, 2022**

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2022 through December 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.  The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| December 1, 2022 to December 31, 2022 | |
|---|---|
| Fees | $440.00 |
| Expenses | $0.00 |
| **Total** | **$440.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4. Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| Period Covered (3rd Interim Fee Application) | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $0.00 | $0.00 | $1,650.00 | N/A |

## NO PRIOR REQUEST

5. With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

2

DOCS_LA:347089.1 05067/002

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $352.00, which consists of eighty percent (80%) of Rock Creek's total fees of $440.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

3

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: January 27, 2023      Respectfully submitted,

             By: */s/ John L. Spencer III*
             John L. Spencer III
             Rock Creek Advisors, LLC
             1738 Belmar Blvd.
             Belmar, NJ 07719
             Email: jspencer@rockcreekadvisor.com

             *Pension Financial Advisor to the Official*
             *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

January 25, 2023
Invoice #: 1747
Tax ID # 82-3649705

---

Services Rendered from December 1, 2022 Through December 31, 2022

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 440.00 | USD |
| **CURRENT CHARGES** | **$** | **440.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:              026013673
Account Name:       ROCK CREEK ADVISORS, LLC
Account #:          4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 0.8 | 440.00 |
| Total Professional Services | | 0.8 | 440.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 0.8 | 440.00 |
| | 0.8 | 440.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 12/12/22 | Fee Application | Review time entries and prepare invoice and fee application in LEDES format | 0.8 | Peirce | 550.00 | 440.00 |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 14, 2023 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JANUARY 1, 2023 – JANUARY 31, 2023

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2023 through January 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2. The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| January 1, 2023 to January 31, 2023 | |
|---|---|
| Fees | $550.00 |
| Expenses | $0.00 |
| **Total** | **$550.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,320.00 | $0.00 | $330.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $0.00 | $0.00 | $440.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $440.00, which consists of eighty percent (80%) of Rock Creek's total fees of $550.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  February 28, 2023               Respectfully submitted,

                                        By: */s/ John L. Spencer III*
                                        John L. Spencer III
                                        Rock Creek Advisors, LLC
                                        1738 Belmar Blvd
                                        Belmar, NJ 07719
                                        Email: jspencer@rockcreekadvisor.com

                                        *Pension Financial Advisor to the Official*
                                        *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

February 27, 2023
Invoice #: 1784
Tax ID # 82-3649705

_____

Services Rendered from January 1, 2023 Through January 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 550.00 | USD |
| **CURRENT CHARGES** | **$** | **550.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.0 | 550.00 |
| Total Professional Services | | 1.0 | 550.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.0 | 550.00 |
| | 1.0 | 550.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 1/25/23 | Fee Application | Review December time entries and create invoice and file in LEDES format | 1.0 | Peirce | 550.00 | 550.00 |

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline: April 11, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD FEBRUARY 1, 2023 – FEBRUARY 28, 2023

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2023 through February 28, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2. The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| February 1, 2023 to February 28, 2023 | |
|---|---|
| Fees | $11,480.00 |
| Expenses | $0.00 |
| **Total** | **$11,480.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,320.00 | $0.00 | $330.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $352.00 | $0.00 | $88.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $0.00 | $0.00 | $550.00 | N/A |

2

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 11, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

basis the total amount of $9,184.00, which consists of eighty percent (80%) of Rock Creek's total

fees of $11,480.00 for the Statement Period.

      9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  March 28, 2023                 Respectfully submitted,

                                       By: */s/ John L. Spencer III*
                                       John L. Spencer III
                                       Rock Creek Advisors, LLC
                                       1738 Belmar Blvd
                                       Belmar, NJ 07719
                                       Email: jspencer@rockcreekadvisor.com

                                       *Pension Financial Advisor to the Official*
                                       *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

February 27, 2023
Invoice #: 1785
Tax ID # 82-3649705

_____

Services Rendered from February 1, 2023 Through February 28, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

|  |  |  |
|---|---|---|
| Professional Services | $    11,480.00 | USD |
| **CURRENT CHARGES** | **$    11,480.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:           4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 6.8 | 3,740.00 |
| John Spencer | 900.00 | 8.6 | 7,740.00 |
| Total Professional Services | | 15.4 | 11,480.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Document Review | 8.9 | 6,610.00 |
| Business Analysis | 2.4 | 2,160.00 |
| Internal Communications | 1.6 | 1,160.00 |
| Fee Application | 1.5 | 825.00 |
| Meetings – Other | 1.0 | 725.00 |
| | 15.4 | 11,480.00 |

**1738 Belmar Blvd**                                   **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 2/7/2023 | Business Analysis | Review and update defined benefit plan materials to prep for BRG call | 2.4 | Spencer | 900 | 2160 |
| 2/9/2023 | Meetings - Other | Call with M. Babcock, P. Shields, D. Judd (of BRG), C. Pierce (of Rock Creek) re: information requests on pension and OPEB | 0.5 | Spencer | 900 | 450 |
| 2/9/2023 | Internal Communications | Call w/C. Pierce (of Rock Creek) re: updated information requests | 0.8 | Spencer | 900 | 720 |
| 2/9/2023 | Meetings - Other | Call with BRG (M. Babcock, P. Shields, D. Judd) and J. Spencer (of Rock Creek) regarding outstanding documents requested and status of case | 0.5 | Peirce | 550 | 275 |
| 2/9/2023 | Internal Communications | Call with J. Spencer to debrief BRG call, discuss action items and case strategy prior to mediation | 0.8 | Peirce | 550 | 440 |
| 2/9/2023 | Document Review | Review existing documents for updates to request | 2.7 | Spencer | 900 | 2430 |
| 2/9/2023 | Document Review | Review documents provided by debtor and compile list of documents received and requested | 3.5 | Peirce | 550 | 1925 |
| 2/10/2023 | Document Review | Research re: and compilation of new and outstanding information requests to debtor (via BRG) | 2.2 | Spencer | 900 | 1980 |
| 2/10/2023 | Document Review | Review list of requested items from John Spencer and send Word version of list to BRG | 0.5 | Peirce | 550 | 275 |
| 2/27/2023 | Fee Application | Review January and February time entries and provide information in LEDES format for January and February fee applications | 1.5 | Peirce | 550 | 825 |

## **CERTIFICATE OF SERVICE**

I hereby caused a true and correct copy of the foregoing *Application* to be served on March 28, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 28, 2023.

*/s/ Nancy H Brown*
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO FIFTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2023 | 06/30/2023 |
| **Time period(s) covered by prior Applications:** | 02/01/2022 03/01/2022 07/01/2022 11/01/2022 | 02/28/2022 06/30/2022 10/31/2022 02/28/2023 |
| **Total amounts awarded in all prior Applications:** | | $83,095.00 |
| **Total fees requested in this Application:** | | $47,635.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---:|
| **Total hours covered by this Application:** | 59.5 |
| **Average hourly rate:** | 800.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2023 – June 30, 2023 (the "Application Period") are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS MARCH 1, 2023 THROUGH JUNE 30, 2023

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 42.6 | $38,340.00 |
| Chris Peirce | Director | $550 | 16.9 | $9,295.00 |
| **Total** | | | **59.5** | **$47,635.00** |

**COMPENSATION BY CATEGORY**
**MARCH 1, 2023 THROUGH JUNE  30, 2023**

| Description | Hours | Amount |
|---|---|---|
| Document Review | 41.8 | $35,170.00 |
| Fee Application | 8.1 | $4,665.00 |
| Business Analysis | 3.5 | $3,150.00 |
| Administrative Duties | 2.9 | $2,050.00 |
| Internal Communications | 2.1 | $1,610.00 |
| Meetings – Other | 1.1 | $990.00 |
| **TOTAL** | **59.5** | **$47,635.00** |

3

**EXPENSES BY CATEGORY**
**MARCH 1, 2023 THROUGH JUNE 30, 2023**

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

### FIFTH INTERIM APPLICATION FOR
### ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
### PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS FOR THE PERIOD
### FROM MARCH 1, 2023 THROUGH JUNE 30, 2023

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST
> 15, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET,
> NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-
> IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF
> YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU
> MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY
> THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK
> OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS
> BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR
> RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE;
> OTHERWISE, THE COURT MAY TREAT THE PLEADING AS
> UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fifth Interim*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of
business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

5

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From March 1, 2023 Through June 30, 2023* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $47,635.00. To date Rock Creek has been paid $2,852.00 in fees incurred during the Application Period.

## II.     JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4. On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

6

5.      The Debtor remains in possession of its property and is managing its business as a
debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101
*et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S.
Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code
[Docket #94].

7.      On May 22, 2020, the Committee conducted its first meeting and at that meeting
unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke
Lord") to serve as co-counsel.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an *Application for Entry of an Order
Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial
Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention
Application").  As more fully described in the Retention Application, the Committee retained the
Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and
Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official
Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention
Order approved the Firm's retention as the Committee's pension financial advisor in this
Bankruptcy Case.

**IV.      WORK PERFORMED AND RESULTS OBTAINED /
EXTRAORDINARY CIRCUMSTANCES**

10.     The Firm provided, and continues to provide, financial advisory services to the
Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the

Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from November 1, 2022 through February 28, 2023.

## V.     NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

11.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.     On April 28, 2023, Rock Creek submitted its March fee statement (the "March Monthly Fee Statement") covering the period March 1, 2023 through March 31, 2023.  Rock Creek incurred fees in the amount of $2,190.00.  Therefore, in its March Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,752.00.  Attached hereto as **Exhibit A** is a true and correct copy of the March Monthly Fee Statement.

13.     On May 26, 2023, Rock Creek submitted its August fee statement (the "April Monthly Fee Statement") covering the period April 1, 2023 through April 30, 2023.  Rock Creek incurred fees in the amount of $1,375.00.  Therefore, in its April Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,100.00.  Attached hereto as **Exhibit B** is a true and correct copy of the April Monthly Fee Statement.

14.     On June 29, 2023, Rock Creek submitted its May fee statement (the "May Monthly Fee Statement") covering the period May 1, 2023 through May 31, 2023.  Rock Creek incurred fees in the amount of $38,660.00.  Therefore, in its May Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $30,928.00.  Attached hereto as **Exhibit C** is a true and correct copy of the May Monthly Fee Statement.

8

15. On July 25, 2023, Rock Creek submitted its June fee statement (the "June Monthly Fee Statement") covering the period June 1, 2023 through June 30, 2023. Rock Creek incurred fees in the amount of $5,410.00. Therefore, in its June Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $4,328.00. Attached hereto as **Exhibit D** is a true and correct copy of the June Monthly Fee Statement.

VI. **SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY**

16. The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

A. **Document Review**

17. Time spent includes reviewing documents provided by debtor and compiling list of documents for updated document request list. Documents include actuarial reports, pension plan documents, meeting minutes, and documents related to Other Post-Employment Benefits ("OPEB").

Fees: $35,170.00;        Hours: 41.8

B. **Fee Application**

18. Time spent includes formatting in LEDES, organizing time entries, and preparing the Fourth Interim Fee Application as well as preparing monthly invoices.

Fees: $4,665.00;        Hours: 8.1

9

### C.     <u>Business Analysis</u>

19.     Time spent includes reviewing and updating defined benefit plan materials in preparation for discussion with Berkeley Research Group.

Fees: $3,150.00;                    Hours: 3.5

### D.     <u>Administrative Duties</u>

20.     Time spent includes discussion with Berkeley Research Group regarding outstanding information requested and status of case.

Fees: $$2,050.00;                    Hours: 2.9

### E.     <u>Internal Communications</u>

21.     Time spent includes internal discussion regarding case strategy and discussions related to pension and OPEB values for Berkeley Research Group analysis.

Fees: $1,610.00;                    Hours: 2.1

### F.     <u>Meetings - Other</u>

22.     Time spent includes discussion with Berkeley Research Group regarding information request list and credit analysis.

Fees: $990.00;                    Hours: 1.1

### G.     <u>Actual and Necessary Expenses Incurred By Rock Creek</u>

23.     Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

10

## VII.    STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

24.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

25.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII.    THE REQUESTED COMPENSATION SHOULD BE ALLOWED

26.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

27.    Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

28.    Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1)

12

provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

29.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

30.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

13

with the client; and (12) awards in similar cases.[3]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

**The Time and Labor Required**

31.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 57.3 hours during the Application Period, for a total fee of $47,635.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

32.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

**The Skill Required to Perform the Services**

33.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

14

bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

## The Customary Fee

34.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $800.00 per hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

## Whether the Fee is Fixed or Contingent

DOCS_LA:346205.2 05067/002

35.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

36.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

37.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $47,635.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

DOCS_LA:346205.2 05067/002

## The Experience, Reputation, and Ability of the Professionals

38.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

## The "Undesirability" of the Bankruptcy Case

39.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

## The Nature and Length of the Professional Relationship with the Client

40.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this

17

*Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

41.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

42.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

43.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.     NO PRIOR REQUEST

44.     No prior application for the relief requested herein has been made to this or any other court.

[remainder of page left blank]

DOCS_LA:346205.2 05067/002

## XII.    <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i)

awarding Rock Creek an interim allowance of fees for the Application Period in the amount of

$47,635.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less

amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 25, 2023                                  Respectfully submitted,

*By: /s/ John L. Spencer III*
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email:  jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: May 12, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MARCH 1, 2023 – MARCH 31, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2023 through March 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| March 1, 2023 to March 31, 2023 | |
|---|---|
| Fees | $2,190.00 |
| Expenses | $0.00 |
| **Total** | **$2,190.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,320.00 | $0.00 | $330.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $352.00 | $0.00 | $88.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $440.00 | $0.00 | $110.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $0.00 | $0.00 | $11,480.00 | N/A |

2

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 12, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $1,752.00, which consists of eighty percent (80%) of Rock Creek's total fees of $2,190.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  April 28, 2023                          Respectfully submitted,

                                                By: */s/ John L. Spencer III*
                                                John L. Spencer III
                                                Rock Creek Advisors, LLC
                                                1738 Belmar Blvd
                                                Belmar, NJ 07719
                                                Email: jspencer@rockcreekadvisor.com

                                                *Pension Financial Advisor to the Official*
                                                *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

April 27, 2023
Invoice #: 1832
Tax ID # 82-3649705

_____

Services Rendered from March 1, 2023 Through March 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    2190.00 | USD |
| **CURRENT CHARGES** | **$    2,190.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:             TD Bank N.A.
ABA #:                     026013673
Account Name:        ROCK CREEK ADVISORS, LLC
Account #:               4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 3.0 | 1,650.00 |
| John Spencer | 900.00 | 0.6 | 540.00 |
| Total Professional Services | | 3.6 | 2,190.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 3.6 | 2,190.00 |
| | 3.6 | 2,190.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 3/23/23 | Fee Application | Prepare Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 3.0 | Peirce | 550.00 | 1,650.00 |
| 3/24/23 | Fee Application | Review RCA Third Quarterly Fee Application | 0.6 | Spencer | 900.00 | 540.00 |

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | Objection Deadline: June 9, 2023 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD APRIL 1, 2023 – APRIL 30, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2023 through April 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| April 1, 2023 to April 30, 2023 | |
|---|---|
| Fees | $1,375.00 |
| Expenses | $    0.00 |
| **Total** | **$1,375.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $0.00 | $0.00 | $2.190.00 | N/A |

2

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 9, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

3

basis the total amount of $1,100.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,375.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  May 26, 2023                              Respectfully submitted,

                                                  By: */s/ John L. Spencer III*
                                                  John L. Spencer III
                                                  Rock Creek Advisors, LLC
                                                  1738 Belmar Blvd
                                                  Belmar, NJ 07719
                                                  Email: jspencer@rockcreekadvisor.com

                                                  *Pension Financial Advisor to the Official*
                                                  *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

May 23, 2023
Invoice #: 1855
Tax ID # 82-3649705

_____

Services Rendered from April 1, 2023 Through April 30, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 1,375.00 | USD |
| **CURRENT CHARGES** | **$ 1,375.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:            TD Bank N.A.
ABA #:                   026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:             4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 2.5 | 1,375.00 |
| Total Professional Services | | 2.5 | 1,375.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 2.5 | 1,375.00 |
| | 2.5 | 1,375.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 4/20/23 | Fee Application | Review historical invoice and payment information and send to B. Dassa (of PSZJ) | 1.0 | Peirce | 550.00 | 550.00 |
| 4/27/23 | Fee Application | Review March invoice detail and prepare prior invoice payment listing and March fee data in LEDES format for March fee application | 1.5 | Peirce | 550.00 | 825.00 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: July 13, 2023 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### <u>FOR THE PERIOD MAY 1, 2023 – MAY 31, 2023</u>

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from May 1, 2023 through May 31, 2023 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

### <u>RELIEF REQUESTED</u>

2. The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| May 1, 2023 to May 31, 2023 | |
|---|---|
| Fees | $38,660.00 |
| Expenses | $     0.00 |
| **Total** | **$38,660.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $1,752.00 | $0.00 | $438.00 | N/A |

2

| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | 0..00 | $0.00 | $1,375.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

3

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $30,928.00, which consists of eighty percent (80%) of Rock Creek's total fees of $38,660.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  June 29, 2023                                    Respectfully submitted,

                                                          By: */s/ John L. Spencer III*
                                                          John L. Spencer III
                                                          Rock Creek Advisors, LLC
                                                          1738 Belmar Blvd
                                                          Belmar, NJ 07719
                                                          Email: jspencer@rockcreekadvisor.com

                                                          *Pension Financial Advisor to the Official*
                                                          *Committee of Unsecured Creditors*

DOCS_LA:349871.1 05067/002

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

June 16, 2023
Invoice #: 1880
Tax ID # 82-3649705

_____

Services Rendered from May 1, 2023 Through May 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---:|---|
| Professional Services | $ | 38,660.00 | USD |
| **CURRENT CHARGES** | **$** | **38,660.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:              TD Bank N.A.
ABA #:                       026013673
Account Name:        ROCK CREEK ADVISORS, LLC
Account #:                4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 10.4 | 5,720.00 |
| John Spencer | 900.00 | 36.6 | 32,940.00 |
| Total Professional Services | | 47.00 | 38,660.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Document Review | 41.5 | 34,900.00 |
| Administrative Duties | 2.9 | 2,050.00 |
| Internal Communications | 1.6 | 1,160.00 |
| Fee Application | 1.0 | 550.00 |
| | 47.0 | 38,660.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 5/9/23 | Document Review | Refresh on ANO for BRG call | 0.9 | Spencer | 900.00 | 810.00 |
| 5/10/23 | Document Review | Review prior work product and updates for BRG discussion | 1.9 | Spencer | 900.00 | 1,710.00 |
| 5/10/23 | Document Review | Review pension strategy documents in preparation for update with BRG | 1.5 | Peirce | 550.00 | 825.00 |
| 5/16/23 | Document Review | Review new documents provided related to policies and historical pension payments | 2.5 | Peirce | 550.00 | 1,375.00 |
| 5/16/23 | Document Review | Review/identify salient updated/new pension-liability documents posted to ANO_Pension Plan Documents | 1.1 | Spencer | 900.00 | 990.00 |
| 5/16/23 | Document Review | Refresh Kiteworks and internal sources for BRG's information request | 1.3 | Spencer | 900.00 | 1,170.00 |
| 5/16/23 | Document Review | Review/begin inventory of new KiteWorks documents posted by BRG | 1.1 | Spencer | 900.00 | 990.00 |
| 5/17/23 | Document Review | Review previously-posted documents re: retiree healthcare issues in ANO_Pension Plan Documents<br>Wage Order | 1.9 | Spencer | 900.00 | 1,710.00 |
| 5/17/23 | Document Review | Review previously-posted documents re: particulars of pension and OPEB payment/accrual in ANO_Pension Plan Documents<br>Policies | 1.1 | Spencer | 900.00 | 990.00 |
| 5/17/23 | Document Review | Review pension and OPEB documents posted to DRVC - Pension & Qualified Retirement Documents<br>Plan Documents | 2.8 | Spencer | 900.00 | 2,520.00 |
| 5/18/23 | Document Review | Review numerous actuarial work product posted to ANO_Pension Plan Documents<br>Actuarial Valuation Reports (Priest Plan) | 3.7 | Spencer | 900.00 | 3,330.00 |
| 5/19/23 | Document Review | Review additional actuarial work product posted to ANO_Pension Plan Documents<br>Actuarial Valuation Reports (Priest Plan) | 1.2 | Spencer | 900.00 | 1,080.00 |
| 5/22/23 | Document Review | Review BRG "Pension Plan Documents Index" (5.12.23) re: additional/updated information request; AVR's | 1.9 | Spencer | 900.00 | 1,710.00 |
| 5/22/23 | Internal Communications | Call w/ C. Peirce (Rock Creek) re: coordination of document review and information request | 0.8 | Spencer | 900.00 | 720.00 |
| 5/22/23 | Internal Communications | Call with J. Spencer regarding information request list and items added to data room | 0.8 | Peirce | 550.00 | 440.00 |
| 5/22/23 | Document Review | Review ANO Financials (focus on most recent: 6.30.19) | 2.1 | Spencer | 900.00 | 1,890.00 |



| 5/23/23 | Document Review | Review prior year Actuarial Valuation Reports from ANO for Priests Plan for updated information request and assumptions anomolies | 3.8 | Spencer | 900.00 | 3,420.00 |
|---------|-----------------|-----------------------------------------|-----|---------|--------|----------|
| 5/23/23 | Fee Application | Review April time entries and create fee statement | 1.0 | Peirce | 550.00 | 550.00 |
| 5/24/23 | Document Review | Review "Meeting Minutes" from ANO document production for updated information request | 0.6 | Spencer | 900.00 | 540.00 |
| 5/24/23 | Document Review | Review filings pertaining to Wage Order (filings by UCC, debtor) and transcript of 5.20.20 | 2.1 | Spencer | 900.00 | 1,890.00 |
| 5/24/23 | Document Review | Review Pension & OPEB Policy Documents for completeness and additional document request updates | 1.5 | Spencer | 900.00 | 1,350.00 |
| 5/24/23 | Document Review | Review payment schedules for preists pension and OPEB | 0.5 | Spencer | 900.00 | 450.00 |
| 5/24/23 | Document Review | Review documents in BRG data room and update information request list | 3.0 | Peirce | 550.00 | 1,650.00 |
| 5/25/23 | Document Review | Detailed review and analysis of WTW's Actuarial Valuation Report for the Determination of the FYE 2022 Correction of Error Recognition | 3.7 | Spencer | 900.00 | 3,330.00 |
| 5/26/23 | Document Review | Compilation of pension & OPEB information request status for transmittal to PSZ&J and BRG per BRG request | 1.3 | Spencer | 900.00 | 1,170.00 |
| 5/31/23 | Administrative Duties | Revisions and re-compilation of pension & OPEB information request status for transmittal to PSZ&J per A. Caine request | 1.3 | Spencer | 900.00 | 1,170.00 |
| 5/31/23 | Administrative Duties | Review updated information request after review of files provided | 1.6 | Peirce | 550.00 | 880.00 |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: August 8, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## <u>FOR THE PERIOD JUNE 1, 2023 – JUNE 30, 2023</u>

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from June 1, 2023 through June 30, 2023 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

## <u>RELIEF REQUESTED</u>

2.  The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| June 1, 2023 to June 30, 2023 | |
|---|---|
| Fees | $5,410.00 |
| Expenses | $ 0.00 |
| **Total** | **$5,410.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3. The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4. Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $1,752.00 | $0.00 | $438.00 | N/A |

2

| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,100.00 | $0.00 | $275.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $0.00 | $0.00 | $38,660.00 | N/A |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 8, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $4,328.00, which consists of eighty percent (80%) of Rock Creek's total fees of $5,410.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  July 25, 2023                                      Respectfully submitted,

                                                          By: */s/ John L. Spencer III*
                                                          John L. Spencer III
                                                          Rock Creek Advisors, LLC
                                                          1738 Belmar Blvd
                                                          Belmar, NJ 07719
                                                          Email: jspencer@rockcreekadvisor.com

                                                          *Pension Financial Advisor to the Official*
                                                          *Committee of Unsecured Creditors*

4

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

July 24, 2023
Invoice #: 1912
Tax ID # 82-3649705

_____

Services Rendered from June 1, 2023 Through June 30, 2023

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 5,410.00 | USD |
| **CURRENT CHARGES** | **$ 5,410.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                              **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.0 | 550.00 |
| John Spencer | 900.00 | 5.4 | 4,860.00 |
| Total Professional Services | | 6.4 | 5,410.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Business Analysis | 3.5 | 3,150.00 |
| Meetings – Other | 1.1 | 990.00 |
| Fee Application | 1.0 | 550.00 |
| Internal Communications | 0.5 | 450.00 |
| Document Review | 0.3 | 270.00 |
| Total Tasks: | 6.4 | 5,410.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 6/5/23 | Document Review | Information request email exchanges w/A. Caine (PSZ&J) | 0.3 | Spencer | 900.00 | 270.00 |
| 6/7/23 | Meetings - Other | Prep for and call with M. Babcock (BRG) re: info request and BRG credit model | 1.1 | Spencer | 900.00 | 990.00 |
| 6/8/23 | Business Analysis | Review/analyze pension inputs needed for BRG credit model | 0.8 | Spencer | 900.00 | 720.00 |
| 6/12/23 | Internal Communications | Call w/R. Campbell (of Actuarial Value) re: pension and OPEB values for BRG analysis | 0.5 | Spencer | 900.00 | 450.00 |
| 6/12/23 | Business Analysis | Review and finalize transmission to BRG of discount-rate adjusted pension & OPEB liabilities | 2.7 | Spencer | 900.00 | 2,430.00 |
| 6/16/23 | Fee Application | Review May time entries and create file in LEDES format | 1.0 | Peirce | 550.00 | 550.00 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING FIFTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM MARCH 1, 2023 THROUGH JUNE 30, 2023</u>

CAME ON for consideration the *Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* [**Docket No. ___**] (the "<u>Application</u>") filed by Rock Creek Advisors, LLC (the "<u>Firm</u>") for the period from March 1, 2023 through June 30, 2023 (the "<u>Application Period</u>"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded,

on an interim basis, fees for services rendered in the amount of **$47,635.00** for the Application

Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the

Debtor.

2.      The Debtor is further authorized and directed to pay the balance of the Award to the

Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the

estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 25, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 25, 2023.

*/s/ Nancy H. Brown*
Nancy H. Brown

DOCS_LA:346205.2 05067/002

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |

---

## SUMMARY COVER SHEET TO SIXTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR <u>THE PERIOD FROM JULY 1, 2023 THROUGH OCTOBER 31, 2023</u>

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2023 | 10/31/2023 |
| **Time period(s) covered by prior Applications:** | 02/01/2022<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023 | 02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023 |
| **Total amounts awarded in all prior Applications:** | | $130,730.00 |
| **Total fees requested in this Application:** | | $16,410.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| **Total hours covered by this Application:** | 22.9 |
| **Average hourly rate:** | $717.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2023 – October 31, 2023 (the "Application Period") are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS JULY 1, 2023 THROUGH OCTOBER 31, 2023

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 10.9 | $9,810.00 |
| Chris Peirce | Director | $550 | 12.0 | $6,600.00 |
| **Total** | | | **22.9** | **$16,410.00** |

**COMPENSATION BY CATEGORY**
**JULY 1, 2023 THROUGH OCTOBER 31, 2023**

| Description | Hours | Amount |
|---|---|---|
| Fee Application | 9.7 | $5,335.00 |
| Document Review | 9.6 | $7,835.00 |
| Meetings – Other | 1.7 | $1,530.00 |
| Meetings – with Counsel | 1.0 | $900.00 |
| Internal Communications | 0.9 | $810.00 |
| **TOTAL** | **22.9** | **$16,410.00** |

## EXPENSES BY CATEGORY
## JULY 1, 2023 THROUGH OCTOBER 31, 2023

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

SIXTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2023 THROUGH OCTOBER 31, 2023

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON
> DECEMBER 21, 2023, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500
> POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE
> THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385;
> CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF
> REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING.
> UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE
> YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT
> NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE.
> YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON
> WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY
> TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF
> REQUESTED.

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From July 1, 2023 Through October 31, 2023* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $16,410.00. To date Rock Creek has been paid $11,444.00 in fees incurred during the Application Period.

## II.     JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[2]

7.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention

---

[2] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

## IV.    WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.    The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from November 1, 2022 through February 28, 2023.

## V.    NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

11.    This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.    On August 29, 2023, Rock Creek submitted its July fee statement (the "July Monthly Fee Statement") covering the period July 1, 2023 through July 31, 2023.  Rock Creek incurred fees in the amount of $5,830.00.  Therefore, in its July Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $4,664.00.  Attached hereto as **Exhibit A** is a true and correct copy of the July Monthly Fee Statement.

13.    On September 29, 2023, Rock Creek submitted its August fee statement (the "August Monthly Fee Statement") covering the period August 1, 2023 through August 31, 2023. Rock Creek incurred fees in the amount of $8.475.00.  Therefore, in its August Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $6,780.00.  Attached hereto as **Exhibit B** is a true and correct copy of the August Monthly Fee Statement.

14.     On October 27, 2023, Rock Creek submitted its September fee statement (the "September Monthly Fee Statement") covering the period September 1, 2023 through September 30, 2023.  Rock Creek incurred fees in the amount of $1,280.00.  Therefore, in its September Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,024.00.  Attached hereto as **Exhibit C** is a true and correct copy of the September Monthly Fee Statement.

15.     On November 29, 2023, Rock Creek submitted its October fee statement (the "October Monthly Fee Statement") covering the period October 1, 2023 through October 31, 2023.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its October Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.  Attached hereto as **Exhibit D** is a true and correct copy of the October Monthly Fee Statement.

16.     Pursuant to the UST Guidelines, attached hereto as **Exhibit E** is a summary setting forth all professionals and paraprofessionals employed by Rock Creek who have performed services in this Chapter 11 Case during the Application Period, the capacities in which each such individual is employed by Rock Creek, the hourly billing rate charged by Rock Creek for services performed by such individual, and the aggregate number of hours expended and fees billed.

## VI.     SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

17.     The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication.  These services performed, by categories, are generally described below, with a more detailed

identification of the actual services provided set forth in the attached Fee Statements.

**A.** **Document Review**

18.     Time spent includes reviewing documents provided by debtor.  Documents include actuarial reports, pension plan documents, meeting minutes, and documents related to Other Post-Employment Benefits ("OPEB").

Fees: $7,835.00;                    Hours: 9.6

**B.** **Fee Application**

19.     Time spent includes formatting in LEDES, organizing time entries, and preparing the Fifth Interim Fee Application as well as preparing monthly invoices.

Fees: $5,335.00;                    Hours: 9.7

**C.** **Meetings – with Counsel**

20.     Time spent includes discussion with Pachulski, Stang, Ziehl, and Jones regarding preparation for omnibus hearing and status of case.

Fees: $900.00;                    Hours: 1.0

**D.** **Internal Communications**

21.     Time spent includes internal discussion regarding case strategy and discussions related to document production by debtor.

Fees: $810.00;                    Hours: 0.9

**E.** **Meetings - Other**

22.     Time spent includes discussion with Berkeley Research Group regarding

information request list and credit analysis.

> Fees: $1,530.00;     Hours: 1.7

**F.     Actual and Necessary Expenses Incurred By Rock Creek**

23.     Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

**VII.     STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016**

24.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

25.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

26.     Section 330 provides that a court may award a professional employed under 11
U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and
reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330
also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be
> awarded . . . , the court should consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including –

    (A)     the time spent on such services;

    (B)     the rates charged for such services;

    (C)     whether the services were necessary to the administration of, or beneficial
at the time at which the service was rendered toward the completion of, a
case under this title;

    (D)     whether the services were performed within a reasonable amount of time
commensurate with the complexity, importance, and nature of the
problem, issue, or task addressed;

    (E)     with respect to a professional person, whether the person is board certified
or otherwise has demonstrated skill and experience in the bankruptcy
field; and

    (F)     whether the compensation is reasonable based on the customary
compensation charged by comparably skilled practitioners in cases other
than cases under this title.

11 U.S.C. § 330(a)(3).

27.     Rock Creek has a reputation for its expertise in financial and bankruptcy
reorganizations and restructurings and as noted above, the compensation is reasonable based on
customary compensation charged by other practitioners in non-bankruptcy cases.  Based on an
application of the above factors and its compliance with the UST Guidelines, Rock Creek
respectfully submits that the compensation requested herein is reasonable and in light of the

nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

28.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case.  Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

29.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

30.     The *Johnson* Factors are summarized as follows: (1) the time and labor required;

(2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[3]  Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

31.     Firm professionals and case assistants, in the performance of financial advisory services, expended 22.9 hours during the Application Period, for a total fee of $16,410.00.  The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application.  The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

32.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

---

[3]  The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

these questions have necessitated considerable financial advisory expertise.  In light of these considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

## The Skill Required to Perform the Services

33.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues.  The Firm has considerable experience in complex bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.  Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

## The Customary Fee

34.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial

advisory services in this case are comparable to other similar-situated firms. Thus, the blended

hourly rate on this matter of $716.60 per hour is reasonable and reflects market rates for

pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity.

Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for

expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

35.     The Firm's fees for services rendered in this Bankruptcy Case are based on its

hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any

contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

36.     The Firm has had to respond to tight time constraints arising in this Bankruptcy

Case.  Matters often arose throughout the Application Period that required the Firm's

immediate attention.  This imposed time demands on the Firm's personnel and required them to

devote considerable financial advisory resources to these matters.  Taken together, these

considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

37.     The Invoices summarize the individual tasks that Firm personnel performed

during the Application Period as well as the amounts charged for those tasks.  The total fees the

Firm seeks to approve in this Application are $16,410.00.  This figure is commensurate with

the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

## The Experience, Reputation, and Ability of the Professionals

38.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

## The "Undesirability" of the Bankruptcy Case

39.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

## The Nature and Length of the Professional Relationship with the Client

40.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this

*Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

41.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

42.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

43.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.     NO PRIOR REQUEST

44.     No prior application for the relief requested herein has been made to this or any other court.

[remainder of page left blank]

## XII.   <u>CONCLUSION</u>

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $16,410.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  November 29, 2023

Respectfully submitted,

*By: /s/ James Gansman*
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email:  jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline:  September 12, 2023 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JULY 1, 2023 – JULY 31, 2023**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2023 through July 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| July 1, 2023 to July 31, 2023 | |
|---|---|
| Fees | $5,830.00 |
| Expenses | $    0.00 |
| **Total** | **$5,830.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $1,752.00 | $0.00 | $438.00 | N/A |

2

| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,100.00 | $0.00 | $275.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $30,928.00 | $0.00 | $7,732.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $0.00 | $0.00 | $5,410.00 | N/A |

## NO PRIOR REQUEST

5.    With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $4,664.00, which consists of eighty percent (80%) of Rock Creek's total fees of $5,830.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  August 29, 2023                    Respectfully submitted,

By: */s/ John L. Spencer III*
John L. Spencer III
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jspencer@rockcreekadvisor.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

August 28, 2023
Invoice #: 1953
Tax ID # 82-3649705

_____

Services Rendered from July 1, 2023 Through July 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 5,830.00 | USD |
| **CURRENT CHARGES** | **$** | **5,830.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:         TD Bank N.A.
ABA #:                 026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:           4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 7.0 | 3,850.00 |
| John Spencer | 900.00 | 2.2 | 1,980.00 |
| Total Professional Services | | 9.2 | 5,830.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Meetings – Other | 0.1 | 90.00 |
| Fee Application | 4.7 | 2,585.00 |
| Internal Communications | 0.9 | 810.00 |
| Document Review | 3.5 | 2,345.00 |
| Total Tasks: | 9.2 | 5,830.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 7/13/23 | Meetings - Other | Call with P. Shields (BRG) re: OPEB and information requests | 0.1 | Spencer | 900.00 | 90.00 |
| 7/18/23 | Internal Communications | Call with C. Pierce (Rock Creek) New Document Production preliminary review per A. Caine 7.17.23 Email | 0.9 | Spencer | 900.00 | 810.00 |
| 7/18/23 | Document Review | New Document Production preliminary review per A. Caine 7.17.23 Email | 1.2 | Spencer | 900.00 | 1,080.00 |
| 7/20/23 | Document Review | Review 2016, 2017, and 2018 Actuarial reports | 2.3 | Peirce | 550.00 | 1,265.00 |
| 7/20/23 | Fee Application | Review prior month time entries and complete June 2023 fee application and file in LEDES format | 1.0 | Peirce | 550.00 | 550.00 |
| 7/20/23 | Fee Application | Prepare Fifth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 3.0 | Peirce | 550.00 | 1,650.00 |
| 7/24/23 | Fee Application | Finalize June invoice and LEDES file and quarterly fee statement | 0.7 | Peirce | 550.00 | 385.00 |

**1738 Belmar Blvd**     **Belmar, NJ 07719**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: October 13, 2023 |
| | § | |

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD AUGUST 1, 2023 – AUGUST 31, 2023

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2023 through August 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.　　The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

DOCS_LA:351490.2 05067/002

| August 1, 2023 to August 31, 2023 | |
|---|---|
| Fees | $8,475.00 |
| Expenses | $    0.00 |
| **Total** | **$8,475.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |

2

| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
|---|---|---|---|---|---|---|
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $0.00 | $0.00 | $5,830.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

DOCS_LA:351490.2 05067/002

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $6,780.00, which consists of eighty percent (80%) of Rock Creek's total fees of $8,475.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  September 29, 2023                    Respectfully submitted,

                                              By: /s/ John L. Spencer III
                                              John L. Spencer III
                                              Rock Creek Advisors, LLC
                                              1738 Belmar Blvd
                                              Belmar, NJ 07719
                                              Email: jspencer@rockcreekadvisor.com

                                              *Pension Financial Advisor to the Official
                                              Committee of Unsecured Creditors*

DOCS_LA:351490.2 05067/002

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

September 18, 2023
Invoice #: 1977
Tax ID # 82-3649705

_____

Services Rendered from August 1, 2023 Through August 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 8.475.00 | USD |
| **CURRENT CHARGES** | **$** | **8.475.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:           4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                   **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| John Spencer | 900.00 | 8.5 | 7.650.00 |
| Total Professional Services | | 10.0 | 8.475.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Meetings – Other | 1.4 | 1,260.00 |
| Fee Application | 1.5 | 825.00 |
| Meetings – with Counsel | 1.0 | 900.00 |
| Document Review | 6.1 | 5,490.00 |
| Total Tasks: | 10.0 | 8,475.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 8/9/23 | Meetings - with Counsel | Call w A. Caine, B. Knapp, R. Campbell re: hearing prep | 0.5 | Spencer | 900.00 | 450.00 |
| 8/9/23 | Document Review | Review Actuarial Value retention application in advance of omnibus hearing | 0.3 | Spencer | 900.00 | 270.00 |
| 8/14/23 | Meetings - with Counsel | Call w A. Caine, B. Knapp, R. Campbell: prep for omnibus hearing | 0.5 | Spencer | 900.00 | 450.00 |
| 8/15/23 | Document Review | Review documents pertaining to Actuarial Value retention | 0.8 | Spencer | 900.00 | 720.00 |
| 8/15/23 | Meetings - Other | Attend omnibus hearing; portion pertinent to Actuarial Value retention | 1.2 | Spencer | 900.00 | 1,080.00 |
| 8/23/23 | Document Review | Review documents provided by debtor for relevance to Actuarial Value work | 2.1 | Spencer | 900.00 | 1,890.00 |
| 8/28/23 | Fee Application | Review time entries and prepare July invoice and entries in LEDES format as well as outstanding payment listing | 1.5 | Peirce | 550.00 | 825.00 |
| 8/30/23 | Document Review | Review previously provided pension and OPEB-related documents for potential updates required via additional information request to debtor | 2.9 | Spencer | 900.00 | 2,610.00 |
| 8/30/23 | Meetings - Other | Call with R. Campbell (Actuarial Value) re: additional document requests | 0.2 | Spencer | 900.00 | 180.00 |

**1738 Belmar Blvd**                                                                                          **Belmar, NJ 07719**

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: November 10, 2023 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD SEPTEMBER 1, 2023 – SEPTEMBER 30, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2023 through September 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| September 1, 2023 to September 30, 2023 | |
|---|---|
| Fees | $1,280.00 |
| Expenses | $    0.00 |
| **Total** | **$1,280.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered

services to the Committee in connection with the Bankruptcy Case during the Statement Period,

including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also

included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period

summarized by task code, along with the detailed time records which describe the time spent by

each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket

expenses incurred in connection with the rendition of its professional services.  At this time Rock

Creek is not requesting reimbursement for any expenses incurred during the Statement Period but

reserves the right to request reimbursement therefor in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $4,664.00 | $0.00 | $1,166.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $6,780.00 | $0.00 | $1,695.00 | N/A |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

DOCS_LA:352046.2 05067/002

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,024.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,280.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  October 27, 2023                                       Respectfully submitted,

                                                              By: /s/ James Gansman
                                                              James Gansman
                                                              Rock Creek Advisors, LLC
                                                              1738 Belmar Blvd
                                                              Belmar, NJ 07719
                                                              Email: jgansman@rockcreekfa.com

                                                              *Pension Financial Advisor to the Official
                                                              Committee of Unsecured Creditors*

DOCS_LA:352046.2 05067/002

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

October 25, 2023
Invoice #: 2009
Tax ID # 82-3649705

---

Services Rendered from September 1, 2023 Through September 30, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---:|---|
| Professional Services | $ | 1,280.00 | USD |
| **CURRENT CHARGES** | **$** | **1,280.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 2.0 | 1,100.00 |
| John Spencer | 900.00 | 0.2 | 180.00 |
| Total Professional Services | | 2.2 | 1,280.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 2.0 | 1,100.00 |
| Meetings – Other | 0.2 | 180.00 |
| Total Tasks: | 2.2 | 1,280.00 |

**1738 Belmar Blvd**      **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 9/18/23 | Fee Application | Review prior month time entries and provide detail in LEDES format | 1.5 | Peirce | 550.00 | 825.00 |
| 9/19/23 | Meetings - Other | Call with R. Campbell, P. Shields, M. Babcock re: outline prep for mediation Oct. 5 | 0.2 | Spencer | 900.00 | 180.00 |
| 9/27/23 | Fee Application | Review draft of August fee application and reply with comments regarding payment status of prior invoices | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: December 13, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD OCTOBER 1, 2023 – OCTOBER 31, 2023

1.    In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2023 through October 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.    The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| October 1, 2023 to October 31, 2023 | |
|---|---|
| Fees | $  825.00 |
| Expenses | $      0.00 |
| **Total** | **$  825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
|---|---|---|---|---|---|---|
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $4,664.00 | $0.00 | $1,166.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $6,780.00 | $0.00 | $1,695.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $0.00 | $0.00 | $1,280.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated:  November 29, 2023                    Respectfully submitted,

                                             By: /s/ James Gansman
                                             James Gansman
                                             Rock Creek Advisors, LLC
                                             1738 Belmar Blvd
                                             Belmar, NJ 07719
                                             Email: jgansman@rockcreekfa.com

                                             *Pension Financial Advisor to the Official
                                             Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

November 28, 2023
Invoice #: 2036
Tax ID # 82-3649705

_____

Services Rendered from October 1, 2023 Through October 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 825.00 | USD |
| **CURRENT CHARGES** | **$** | **825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| John Spencer | 900.00 | 0.0 | 0.00 |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 10/25/23 | Fee Application | Review time entries and prepare monthly fee statement and time entries in LEDES format | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**

# EXHIBIT E

**EXHIBIT E**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**JULY 1, 2023 THROUGH OCTOBER 31, 2023**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 10.9 | $9,810.00 |
| Chris Peirce | Director | $550 | 12.0 | $6,600.00 |
| **Total** | | | **22.9** | **$16,410.00** |

LA:4880-9076-8532 2 05067.002

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

### ORDER APPROVING SIXTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH OCTOBER 31, 2023

CAME ON for consideration the *Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through October 31, 2023* [**Docket No.___**] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from July 1, 2023 through October 31, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4880-9076-8532 2 05067.002

finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$16,410.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.      The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this ____ day of _____, 2023.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Tenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period July 1, 2023 through October 31, 2023* to be served on November 29, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 29, 2023.


/s/ Nancy H. Brown
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO SEVENTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 11/01/2023 | 02/29/2024 |
| **Time period(s) covered by prior Applications:** | 02/01/2022<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023<br>07/01/2023 | 02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023<br>10/31/2023 |
| **Total amounts awarded in all prior Applications:** | | $147,140.00 |
| **Total fees requested in this Application:** | | $4,675.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Total hours covered by this Application: | 8.5 |
|---|---|
| Average hourly rate: | $550.00 |
| Reimbursable expenses sought in this Application: | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2023 – February 29, 2024 (the "Application Period") are listed below.

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 0.0 | $0.00 |
| Chris Peirce | Director | $550 | 8.5 | $4,675.00 |
| **Total** | | | **8.5** | **$4,675.00** |

## COMPENSATION BY CATEGORY
## NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| Description | Hours | Amount |
|---|---|---|
| Fee Application | 8.5 | $4,675.00 |
| **TOTAL** | **8.5** | **$4,675.00** |

**EXPENSES BY CATEGORY**
**NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

**SEVENTH INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS**
**PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD**
**FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

---

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 25, 2024, AT 1:30 P.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Seventh Interim*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From November 1, 2023 Through February 29, 20924* (the "Application").  In support of the Application, Rock Creek respectfully represents as follows:

## I.  **INTRODUCTION**

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $4,675.00. To date Rock Creek has been paid $2,420.00 in fees incurred during the Application Period.

## II.  **JURISDICTION AND VENUE**

1.  The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.  **BACKGROUND**

### A.  **Introduction**

4.  On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

7.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.      Employment of the Firm**

8.      On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

## IV.      WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.      The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the

Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from November 1, 2022 through February 28, 2023.

### V.   NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

11.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.     On December 28, 2023, Rock Creek submitted its November fee statement (the "November Monthly Fee Statement") covering the period November 1, 2023 through November 30, 2023.  Rock Creek incurred fees in the amount of $1,925.00.  Therefore, in its November Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,540.00.  Attached hereto as **Exhibit A** is a true and correct copy of the November Monthly Fee Statement.

13.     On January 29, 2024, Rock Creek submitted its December fee statement (the "December Monthly Fee Statement") covering the period December 1, 2023 through December 31, 2023.  Rock Creek incurred fees in the amount of $1,100.00.  Therefore, in its December Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $880.00.  Attached hereto as **Exhibit B** is a true and correct copy of the December Monthly Fee Statement.

14.     On February 29, 2024, Rock Creek submitted its January fee statement (the "January Monthly Fee Statement") covering the period January 1, 2024 through January 31, 2024.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its January Monthly

Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00. Attached hereto as **Exhibit C** is a true and correct copy of the January Monthly Fee Statement.

15.      On March 29, 2024, Rock Creek submitted its February fee statement (the "February Monthly Fee Statement") covering the period February 1, 2024 through February 29, 2024. Rock Creek incurred fees in the amount of $825.00. Therefore, in its February Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00. Attached hereto as **Exhibit D** is a true and correct copy of the February Monthly Fee Statement.

## VI.    SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

16.      The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A.    Fee Application

17.      Time spent includes formatting in LEDES, organizing time entries, and preparing the Sixth Interim Fee Application as well as preparing monthly invoices.

Fees: $4,675.00;         Hours: 8.5

### B.    Actual and Necessary Expenses Incurred By Rock Creek

18.      Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

## VII. STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

19.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

20.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII. THE REQUESTED COMPENSATION SHOULD BE ALLOWED

21.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.     Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

23.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1)

provides as follows:

(a)(1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)  reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)  reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

24.  This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

25.  The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

with the client; and (12) awards in similar cases.[3]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

**The Time and Labor Required**

26.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 8.0 hours during the Application Period, for a total fee of $4,675.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

27.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

**The Skill Required to Perform the Services**

28.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

bankruptcy matters.  Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task.  For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity.  This factor therefore supports the award the Firm has requested.

**The Customary Fee**

29.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the hourly rate on this matter of $550.00 is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity.  Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

30.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

31.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

32.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $4,675.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

33.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As

mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

34. From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

35. The Firm has no prior professional relationship with the Committee, which was only formed after this case began. However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

36. The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

37. In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

38.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.     NO PRIOR REQUEST

39.     No prior application for the relief requested herein has been made to this or any other court.

## XII.     CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $4.675.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

 Dated:  April 4, 2024                              Respectfully submitted,

                                                    *By: /s/ James Gansman*
                                                    James Gansman
                                                    Rock Creek Advisors, LLC
                                                    1738 Belmar Blvd
                                                    Belmar, NJ 07719
                                                    Email: jgansman@rockcreekfa.com

                                                    *Pension Financial Advisor to the Official*
                                                    *Committee of Unsecured Creditors*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 11, 2024 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD NOVEMBER 1, 2023 – NOVEMBER 30, 2023**

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2023 through November 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| November 1, 2023 to November 30, 2023 | |
|---|---|
| Fees | $ 1,925.00 |
| Expenses | $ 0.00 |
| **Total** | **$ 1,925.00** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.     The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.     Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

## **SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,540.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,925.00 for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 28, 2023        Respectfully submitted,

By: /s/ James Gansman
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 21, 2023
Invoice #: 2058
Tax ID # 82-3649705

_____

Services Rendered from November 1, 2023 Through November 30, 2023

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 1,925.00 | USD |
| **CURRENT CHARGES** | **$ 1,925.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:        TD Bank N.A.
ABA #:              026013673
Account Name:   ROCK CREEK ADVISORS, LLC
Account #:         4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719

**1738 Belmar Blvd**                                                                                   **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 3.5 | 1,925.00 |
| | | | |
| Total Professional Services | | 3.5 | 1,925.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 3.5 | 1,925.00 |
| Total Tasks: | 3.5 | 1,925.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 11/28/23 | Fee Application | Prepare Sixth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 2.0 | Peirce | 550.00 | 1,100.00 |
| 11/28/23 | Fee Application | Review prior month time entries and prepare monthly fee statement and entries in LEDES format for October | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline: February 12, 2024 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2023 – DECEMBER 31, 2023**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2023 through December 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4887-1349-9040.1 05067.002

| December 1, 2023 to December 31, 2023 | |
|---|---|
| Fees | $ 1,100.00 |
| Expenses | $     0.00 |
| **Total** | **$  1,100.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefor in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
|---|---|---|---|---|---|---|
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | N/A |

## NO PRIOR REQUEST

5.        With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.        In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before February 12, 2024 (the "Objection Deadline"), setting forth the nature of

the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

basis the total amount of $880.00, which consists of eighty percent (80%) of Rock Creek's total

fees of $1,100.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: January 29, 2024                    Respectfully submitted,

                                           By: /s/ James Gansman
                                           James Gansman
                                           Rock Creek Advisors, LLC
                                           1738 Belmar Blvd
                                           Belmar, NJ 07719
                                           Email: jgansman@rockcreekfa.com

                                           *Pension Financial Advisor to the Official
                                           Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

January 24, 2024
Invoice #: 2091
Tax ID # 82-3649705

_____

Services Rendered from December 1, 2023 Through December 31, 2023

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 1,100.00 | USD |
| **CURRENT CHARGES** | **$** | **1,100.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 2.0 | 1,100.00 |
|  |  |  |  |
| Total Professional Services |  | 2.0 | 1,100.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 2.0 | 1,100.00 |
| Total Tasks: | 2.0 | 1,100.00 |

**1738 Belmar Blvd**                                                    **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 12/21/23 | Fee Application | Review monthly time entries and create fee statement | 1.5 | Peirce | 550.00 | 825.00 |
| 12/22/23 | Fee Application | Provide Pachulski with listing of outstanding fees and expenses for fee application preparation | 0.5 | Peirce | 550.00 | 275.00 |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 14, 2024 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JANUARY 1, 2024 – JANUARY 31, 2024**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2024 through January 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| January 1, 2024 to January 31, 2024 ||
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

**SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

**SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Application Period | Requested || Paid to Date || Total Unpaid ||
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

2

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $0.00 | $0.00 | $1,100.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

3

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.       Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.       If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.       To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

 Dated:  February 29, 2024                                   Respectfully submitted,

                                                            By: /s/ James Gansman
                                                            James Gansman
                                                            Rock Creek Advisors, LLC
                                                            1738 Belmar Blvd
                                                            Belmar, NJ 07719
                                                            Email: jgansman@rockcreekfa.com

                                                            *Pension Financial Advisor to the Official Committee of Unsecured Creditors*

DOCS_LA:352046.2 05067/002

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

February 28, 2024
Invoice #: 2114
Tax ID # 82-3649705

---

Services Rendered from January 1, 2024 Through January 31, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 825.00 | USD |
| **CURRENT CHARGES** | **$** | **825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**

| | |
|---|---|
| Bank Name: | TD Bank N.A. |
| ABA #: | 026013673 |
| Account Name: | ROCK CREEK ADVISORS, LLC |
| Account #: | 4357257124 |

**Please remit check payment to:**

ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.5 | 826.00 |
|  |  |  |  |
| Total Professional Services |  | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 1/24/24 | Fee Application | Review monthly time entries and create fee statement and LEDES file | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                  **Belmar, NJ 07719**

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: April 12, 2024 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FEBRUARY 1, 2024 – FEBRUARY 29, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2024 through February 29, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| February 1, 2024 to February 29, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $880.00 | $0.00 | $220.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig,

3

One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig,

222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office

of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix)

Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton

Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must

be asserted on or before April 12, 2024 (the "Objection Deadline"), setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline,

the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim

basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total

fees of $825.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  March 29, 2024                    Respectfully submitted,

                                          By: /s/ James Gansman
                                          James Gansman
                                          Rock Creek Advisors, LLC
                                          1738 Belmar Blvd
                                          Belmar, NJ 07719
                                          Email: jgansman@rockcreekfa.com

                                          *Pension Financial Advisor to the Official
                                          Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

March 20, 2024
Invoice #: 2125
Tax ID # 82-3649705

_____

Services Rendered from February 1, 2024 Through February 29, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 825.00 | USD |
| **CURRENT CHARGES** | **$ 825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:        TD Bank N.A.
ABA #:             026013673
Account Name:   ROCK CREEK ADVISORS, LLC
Account #:         4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 826.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 2/28/24 | Fee Application | Review prior month time entries and complete invoice and fee app with LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING SEVENTH INTERIM APPLICATION FOR
## ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
## OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
## PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS FOR THE PERIOD
## FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

CAME ON for consideration the *Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through February 29, 2024* [**Docket No.____**] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from November 1, 2023 through February 29, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4885-5609-9250.2 05067.002

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$4,675.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.      The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2024.


_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

4885-5609-9250.2 05067.002

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period November 1, 2023 Through February 29, 2024* to be served on April 4, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on April 4, 2024.

/s/ Nancy H. Brown
Nancy H. Brown

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

**SUMMARY COVER SHEET TO EIGHTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM MARCH 1, 2024 THROUGH JUNE 30, 2024**

| **Name of Applicant:** | | Rock Creek Advisors, LLC |
|---|---|---|
| **Applicant's Professional Role in Case** | | Pension Financial Advisor to the Official Committee of Unsecured Creditors |
| **Date Order of Employment Signed** | | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 03/01/2024 | 06/30/2024 |
| **Time period(s) covered by prior Applications:** | 02/01/2022<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023<br>07/01/2023<br>11/01/2023 | 02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023<br>10/31/2023<br>02/29/2024 |
| **Total amounts awarded in all prior Applications:** | | $151,815.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| Total fees requested in this Application: | $4,400.00 |
|---|---|
| Total hours covered by this Application: | 8.00 |
| Average hourly rate: | $550.00 |
| Reimbursable expenses sought in this Application: | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period March 1, 2024 – June 30, 2024 (the "Application Period") are listed below.

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**MARCH 1, 2024 THROUGH JUNE 30, 2024**

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Chris Peirce | Director | $550 | 8.0 | $4,400.00 |
| **Total** | | | **8.0** | **$4,400.00** |

## COMPENSATION BY CATEGORY
## MARCH 1, 2024 THROUGH JUNE 30, 2024

| Description | Hours | Amount |
|---|---|---|
| Fee Application | 8.0 | $4,400.00 |
| **TOTAL** | **8.0** | **$4,400.00** |

## EXPENSES BY CATEGORY
## MARCH 1, 2024 THROUGH JUNE 30, 2024

| Expense Category | Amount |
|------------------|--------|
| N/A | N/A |
| **TOTAL** | **$0.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

EIGHTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2024 THROUGH JUNE 30, 2024

---

A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 15, 2024, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Eighth Interim*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From March 1, 2024 Through June 30, 2024* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.   INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $4,400.00. To date Rock Creek has been paid $1,540.00 in fees incurred during the Application Period.

## II.   JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.   BACKGROUND

### A.   Introduction

4.      On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[3]

**B.      Employment of the Firm**

7.      On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

8.      On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

---

[3] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

## IV.     WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

9.      The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the period March 1, 2024 through June 30, 2024 (the "Application Period").

## V.     NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

10.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

11.     On April 29, 2024, Rock Creek submitted its March fee statement (the "March Monthly Fee Statement") covering the period March 1, 2024 through March 31, 2024.  Rock Creek incurred fees in the amount of $1,925.00.  Therefore, in its March Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,540.00.  Attached hereto as **Exhibit A** is a true and correct copy of the March Monthly Fee Statement.

12.     On May 29, 2024, Rock Creek submitted its April fee statement (the "April Monthly Fee Statement") covering the period April 1, 2024 through April 30, 2024.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its April Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.  Attached hereto as **Exhibit B** is a true and correct copy of the April Monthly Fee Statement.

13.     On June 28, 2024, Rock Creek submitted its May fee statement (the "May Monthly Fee Statement") covering the period May 1, 2024 through May 31, 2024.  Rock Creek

incurred fees in the amount of $825.00.  Therefore, in its May Monthly Fee Statement, Rock

Creek requested payment of 80% of its fees totaling $660.00.  Attached hereto as **Exhibit C** is a

true and correct copy of the May Monthly Fee Statement.

14.     On July 22, 2024, Rock Creek submitted its June fee statement (the "June

Monthly Fee Statement") covering the period June 1, 2024 through June 30, 2024.  Rock Creek

incurred fees in the amount of $825.00.  Therefore, in its June Monthly Fee Statement, Rock

Creek requested payment of 80% of its fees totaling $660.00.  Attached hereto as **Exhibit D** is a

true and correct copy of the June Monthly Fee Statement.

### VI.     SUMMARY OF SERVICES RENDERED

15.     The services rendered by Rock Creek during the Application Period relate to

the preparation of fee applications.  Time spent during the Application Period includes

preparing Monthly Fee Statements, as well as preparing the instant fee application, formatting

LEDES invoices, and organizing time entries.  A more detailed identification of the actual

services provided is set forth in the attached Monthly Fee Statements.

#### A.     Actual and Necessary Expenses Incurred By Rock Creek

16.     Rock Creek did not incur any expenses on the Committee's behalf during the

Application Period.

### VII.     STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

17.     As more fully described in the Retention Application, the Committee agreed to

retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis

in accordance with the Firm's retention application, plus reimbursement of the actual and

necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All

compensation for services rendered, and reimbursement for expenses incurred, are subject to

this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and

331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No

entity has promised to compensate the Firm for any services rendered, or reimburse it for

expenses incurred, in connection with this case except as this Court may approve.

18.     No agreement or understanding exists between the Firm and any other entity for

the sharing of any compensation or reimbursement (i) that the Firm may receive for services

rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has

already received or may receive for services that entity rendered in, or in connection with this

Bankruptcy Case, except that the Firm will share any compensation or reimbursement it

receives in connection with this Bankruptcy Case with its members and other Firm employees

(as originally disclosed in the Retention Application).

## VIII.  THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     Section 330 provides that a court may award a professional employed under 11

U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and

reimbursement for actual, necessary expenses."  *See* 11 U.S.C. Section 330(a)(1).  Section 330

also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be
> awarded . . . , the court should consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including –

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial
        at the time at which the service was rendered toward the completion of, a
        case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

20.    Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

21.    Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

    (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)       reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

22.       This Application substantiates the total amount the Firm seeks for fees and

expenses in accordance with this Court's standards applied to fee applications.  The factors that

courts in this jurisdiction consider when making a discretionary award of reasonable attorneys'

fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway*

*Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit

has applied the *Johnson* Factors to the determination of awards of professionals' fees and

expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir.

1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been

codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

23.       The *Johnson* Factors are summarized as follows: (1) the time and labor required;

(2) the novelty and difficulty of the questions presented; (3) the skill required to perform the

financial advisory services; (4) the preclusion of other employment by the professionals due to

acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or

contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts

involved and the results obtained; (9) the experience, reputation and ability of the professionals;

(10) the "undesirability" of the case; (11) the nature and length of the professional relationship

with the client; and (12) awards in similar cases.[4]  Based upon the services described in this

---

[4] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

24. Firm professionals and case assistants, in the performance of financial advisory services, expended 8.0 hours during the Application Period, for a total fee of $4,400.00. The names of the professionals who worked on this case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## The Novelty and Difficulty of the Questions Presented

25. This Bankruptcy Case presents many novel and difficult questions. Addressing these questions have necessitated considerable financial advisory expertise. In light of these considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it has requested.

## The Skill Required to Perform the Services

26. Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy issues. The Firm has considerable experience in complex bankruptcy matters. Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets.

Applicant submits that this expertise is also relevant as a factor suggesting a fee award under

Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and

expertise to efficiently resolve the issues in this case.  The Firm strived to limit the number of

professionals who worked on this case and to use the most appropriate professional and case

assistant staff for any given task.  For this reason, the compensation the Firm is requesting for

the services rendered by its professionals compares favorably to the compensation awarded in

other bankruptcy cases of a similar size and complexity.  This factor therefore supports the

award the Firm has requested.

**The Customary Fee**

27.     The Firm computed the amount of compensation it seeks in this Application

according to its customary rates, which rates the Firm previously disclosed in the Retention

Application. The Firm also maintained detailed time and disbursement records for all financial

advisory services for which it seeks compensation. The rates charged for the Firm's financial

advisory services in this case are comparable to other similar-situated firms. Thus, the blended

hourly rate on this matter of $800.00 per hour is reasonable and reflects market rates for

pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity.

Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for

expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

28.     The Firm's fees for services rendered in this Bankruptcy Case are based on its

hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any

contingent fee in this Bankruptcy Case.

### Time Limitations Imposed by the Client or Other Circumstances

29.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

### The Amount Involved and the Results Obtained

30.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $4,400.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

### The Experience, Reputation, and Ability of the Professionals

31.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

## The "Undesirability" of the Bankruptcy Case

32.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

## The Nature and Length of the Professional Relationship with the Client

33.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

## Awards in Similar Cases

34.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

35.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

36.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in

the Application, or to include such time and costs in a future fee application.

## XI.    NO PRIOR REQUEST

37.    No prior application for the relief requested herein has been made to this or any other court.

## XII.    CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $4,400.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  July 25, 2024                                  Respectfully submitted,

*By: /s/ James Gansman*
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official*
*Committee of Unsecured Creditors*

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | Objection Deadline: May 13, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MARCH 1, 2024 – MARCH 31, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2024 through March 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4894-2078-1754.1 05067.002

| March 1, 2024 to March 31, 2024 | |
|---|---|
| Fees | $1,925.00 |
| Expenses | $   0.00 |
| **Total** | **$1,925.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.    The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.    Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $880.00 | $0.00 | $220.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $660.00 | $0.00 | $165.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445

North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 13, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,540.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,925.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 29, 2024

Respectfully submitted,

By: */s/ James Gansman*
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang                                                          April 24, 2024
Pachulski Stang Ziehl & Jones                                    Invoice #: 2143
10100 Santa Monica Blvd.                                   Tax ID # 82-3649705
13th Floor
Los Angeles, CA 90067

_____

Services Rendered from March 1, 2024 Through March 31, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    1,925.00 | USD |
| **CURRENT CHARGES** | $   **1,925.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:             TD Bank N.A.
ABA #:                    026013673
Account Name:       ROCK CREEK ADVISORS, LLC
Account #:              4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                  **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 3.5 | 1,925.00 |
| | | | |
| Total Professional Services | | 3.5 | 1,925.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 3.5 | 1,925.00 |
| Total Tasks: | 3.5 | 1,925.00 |

**1738 Belmar Blvd**      **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 3/20/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |
| 3/26/24 | Fee Application | Prepare Seventh Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 2.0 | Peirce | 550.00 | 1,100.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  June 12, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD APRIL 1, 2024 – APRIL 30, 2024

1.    In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2024 through April 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.    The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4887-9965-7922.1 05067.002

| April 1, 2024 to April 30, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.    The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.    Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | N/A |

**NO PRIOR REQUEST**

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

**NOTICE AND OBJECTION PROCEDURES**

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop

P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

*[Remainder of Page Intentionally Left Blank]*

4887-9965-7922.1 05067.002

4

9.      To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  May 29, 2024                    Respectfully submitted,

                                        By: */s/ James Gansman* _____
                                        James Gansman
                                        Rock Creek Advisors, LLC
                                        1738 Belmar Blvd
                                        Belmar, NJ 07719
                                        Email: jgansman@rockcreekfa.com

                                        *Pension Financial Advisor to the Official*
                                        *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

May 21, 2024
Invoice #: 2157
Tax ID # 82-3649705

_____

Services Rendered from April 1, 2024 Through April 30, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   825.00 | USD |
| **CURRENT CHARGES** | **$   825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:             4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
|  |  |  |  |
| Total Professional Services |  | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 4/24/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline: July 12, 2024 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD MAY 1, 2024 – MAY 31, 2024

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2024 through May 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2. The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| May 1, 2024 to May 31, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.     The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.     Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank,

1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

 Dated:  June 28, 2024                              Respectfully submitted,

                                                   *By: /s/ James Gansman*
                                                   James Gansman
                                                   Rock Creek Advisors, LLC
                                                   1738 Belmar Blvd
                                                   Belmar, NJ 07719
                                                   Email: jgansman@rockcreekfa.com

                                                   *Pension Financial Advisor to the Official*
                                                   *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

June 17, 2024
Invoice #: 2174
Tax ID # 82-3649705

_____

Services Rendered from May 1, 2024 Through May 31, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    825.00 | USD |
| **CURRENT CHARGES** | **$    825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                  026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:             4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |

**1738 Belmar Blvd**                                    **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 5/21/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.[1]** | § | Objection Deadline:  August 5, 2024 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## <u>FOR THE PERIOD JUNE 1, 2024 – JUNE 30, 2024</u>

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "<u>Complex Case Order</u>"), Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its **Monthly Fee and Expense Statement** (the "<u>Statement</u>") for the period from June 1, 2024 through June 30, 2024 (the "<u>Statement Period</u>") for the above-styled Chapter 11 bankruptcy case (the "<u>Bankruptcy Case</u>").

## <u>RELIEF REQUESTED</u>

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| June 1, 2024 to June 30, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.    The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.    Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 5, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.


 Dated:  July 22, 2024                                        Respectfully submitted,

                                                             By: /s/ James Gansman
                                                             James Gansman
                                                             Rock Creek Advisors, LLC
                                                             1738 Belmar Blvd
                                                             Belmar, NJ 07719
                                                             Email: jgansman@rockcreekfa.com

                                                             *Pension Financial Advisor to the Official*
                                                             *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

July 15, 2024
Invoice #: 2192
Tax ID # 82-3649705

_____

Services Rendered from June 1, 2024 Through June 30, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $   825.00 | USD |
| **CURRENT CHARGES** | **$   825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:        TD Bank N.A.
ABA #:            026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:        4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
|  |  |  |  |
| Total Professional Services |  | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 5/21/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                                 **Belmar, NJ 07719**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING EIGHTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM MARCH 1, 2024 THROUGH JUNE 30, 2024</u>

CAME ON for consideration the *Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through June 30, 2024* [**Docket No. ___**] (the "<u>Application</u>") filed by Rock Creek Advisors, LLC (the "<u>Firm</u>") for the period from March 1, 2024 through June 30, 2024 (the "<u>Application Period</u>").  The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein.  The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4868-3904-3795.2 05067.002

finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$4,400.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.      The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through June 30, 2024* to be served on July 25, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on July 25, 2024.

/s/ *Nancy H. Brown*
Nancy H. Brown

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**SUMMARY COVER SHEET TO NINTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024**

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2024 | 10/31/2024 |
| **Time period(s) covered by prior Applications:** | 02/01/2022 | 02/28/2022 |
| | 03/01/2022 | 06/30/2022 |
| | 07/01/2022 | 10/31/2022 |
| | 11/01/2022 | 02/28/2023 |
| | 03/01/2023 | 06/30/2023 |
| | 07/01/2023 | 10/31/2023 |
| | 11/01/2023 | 02/28/2024 |
| | 03/01/2024 | 06/30/2024 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4870-4393-7533.1 05067.002

| | |
|---|---:|
| **Total amounts awarded in all prior Applications:** | $156,215.00 |
| **Total fees requested in this Application:** | $4,400.00 |
| **Total hours covered by this Application:** | 8.0 |
| **Average hourly rate:** | $550.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period July 1, 2024 – October 31, 2024 (the "Application Period") are listed below.

### SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS JULY 1, 2024 THROUGH OCTOBER 31, 2024

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 0.0 | $0.00 |
| Chris Peirce | Director | $550 | 8.0 | $4,400.00 |
| **Total** | | | **8.0** | **$4,400.00** |

## COMPENSATION BY CATEGORY
## JULY 1, 2024 THROUGH OCTOBER 31, 2024

| Description | Hours | Amount |
|---|---|---|
| Fee Application | 8.0 | $4,400.00 |
| **TOTAL** | **8.0** | **$4,400.00** |

**EXPENSES BY CATEGORY**
**JULY 1, 2024 THROUGH OCTOBER 31, 2024**

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

---

**NINTH INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS
PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024**

A HEARING WILL BE CONDUCTED ON THIS MATTER ON
**DECEMBER 19, 2024, AT 1:30 P.M. (CDT)** IN COURTROOM B-709, 500
POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE
THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385;
CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF
REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING.
UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE
YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT
NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE.
YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON
WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY
TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF
REQUESTED.

Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for

the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024* (the "Application"). In support of the Application, Rock Creek respectfully represents as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $4,400.00. To date Rock Creek has been paid $1,540.00 in fees incurred during the Application Period.

## II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.     BACKGROUND

### A.     Introduction

4.     On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5. The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6. On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94].

7. On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.   Employment of the Firm**

8. On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9. On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

### IV.   WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10. The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the

Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from July 1, 2024 through October 31, 2024.

## V.  NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

11.  This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.  On August 13, 2024, Rock Creek submitted its July fee statement (the "July Monthly Fee Statement") covering the period July 1, 2024 through July 31, 2024.  Rock Creek incurred fees in the amount of $1,925.00.  Therefore, in its July Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,540.00.  Attached hereto as **Exhibit A** is a true and correct copy of the July Monthly Fee Statement.

13.  On September 27, 2024, Rock Creek submitted its August fee statement (the "August Monthly Fee Statement") covering the period August 1, 2024 through August 31, 2024.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its August Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.  Attached hereto as **Exhibit B** is a true and correct copy of the August Monthly Fee Statement.

14.  On October 29, 2024, Rock Creek submitted its September fee statement (the "September Monthly Fee Statement") covering the period September 1, 2024 through September 30, 2024.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its September Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.

Attached hereto as **Exhibit C** is a true and correct copy of the September Monthly Fee Statement.

15. On November 20, 2024, Rock Creek submitted its October fee statement (the "October Monthly Fee Statement") covering the period October 1, 2024 through October 31, 2024. Rock Creek incurred fees in the amount of $825.00. Therefore, in its October Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00. Attached hereto as **Exhibit D** is a true and correct copy of the October Monthly Fee Statement.

## VI. SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

16. The services rendered by Rock Creek during the Application Period can be grouped into the categories set forth below. Rock Creek attempted to place the services provided in the category that best relates to such services. Certain services may relate to one or more categories, but have only been included once to prevent any duplication. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Fee Statements.

### A. Fee Application

17. Time spent includes formatting in LEDES, organizing time entries, and preparing the Ninth Interim Fee Application as well as preparing monthly invoices.

Fees: $4,400.00; Hours: 8.0

### B. Actual and Necessary Expenses Incurred By Rock Creek

18. Rock Creek did not incur any expenses on the Committee's behalf during the Application Period.

## VII.   STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

19.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

20.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII.   THE REQUESTED COMPENSATION SHOULD BE ALLOWED

21.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *See* 11 U.S.C. Section 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22. Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

23. Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1)

provides as follows:

>(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

>>(A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

>>(B)   reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

24.   This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

25.   The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

with the client; and (12) awards in similar cases.[3]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

## The Time and Labor Required

26.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 8.0 hours during the Application Period, for a total fee of $4,400.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

## The Novelty and Difficulty of the Questions Presented

27.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

## The Skill Required to Perform the Services

28.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[3] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

bankruptcy matters. Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

## The Customary Fee

29.    The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similarly-situated firms.

## Whether the Fee is Fixed or Contingent

30.    The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

31.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

32.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $4,400.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

33.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church.  The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

### The "Undesirability" of the Bankruptcy Case

34.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable.  However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets.  These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

### The Nature and Length of the Professional Relationship with the Client

35.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began.  However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient.  For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

### Awards in Similar Cases

36.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit.  In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

37.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     RESERVATION OF RIGHTS

38.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in

the Application, or to include such time and costs in a future fee application.

## XI. NO PRIOR REQUEST

39.      No prior application for the relief requested herein has been made to this or any other court.

## XII. CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $4,400.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.


Dated:  November 27, 2024                    Respectfully submitted,

                                             *By: /s/ James Gansman*
                                             James Gansman
                                             Rock Creek Advisors, LLC
                                             1738 Belmar Blvd
                                             Belmar, NJ 07719
                                             Email: jgansman@rockcreekfa.com

                                             *Pension Financial Advisor to the Official*
                                             *Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |
| | § | |

---

### ORDER APPROVING NINTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024

CAME ON for consideration the *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through October 31, 2024* [**Docket No.___**] (the "Application") filed by Rock Creek Advisors, LLC (the "Firm") for the period from July 1, 2024 through October 31, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$4,400.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.      The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

4870-4393-7533.1 05067.002

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  September 11, 2024 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JULY 1, 2024 – JULY 31, 2024**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2024 through July 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4892-9885-5646.1 05067.002

| July 1, 2024 to July 31, 2024 | |
|---|---|
| Fees | $1,925.00 |
| Expenses | $   0.00 |
| **Total** | **$1,925.00** |

## **SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## **SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $660.00 | $0.00 | $165.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux,

L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,540.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,925.00 for the Statement Period.

9.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: August 28, 2024                Respectfully submitted,

                                      *By: /s/ James Gansman*
                                        James Gansman
                                        Rock Creek Advisors, LLC
                                        1738 Belmar Blvd
                                        Belmar, NJ 07719
                                        Email: jgansman@rockcreekfa.com

                                        *Pension Financial Advisor to the Official*
                                        *Committee of Unsecured Creditors*

4892-9885-5646.1 05067.002                 5

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

August 26, 2024
Invoice #: 2217
Tax ID # 82-3649705

_____

Services Rendered from July 1, 2024 Through July 30, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 1,925.00 | USD |
| **CURRENT CHARGES** | **$** | **1,925.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:        TD Bank N.A.
ABA #:             026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:          4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                        **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 3.5 | 1,925.00 |
| | | | |
| Total Professional Services | | 3.5 | 1,925.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 3.5 | 1,925.00 |
| Total Tasks: | 3.5 | 1,925.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 7/15/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |
| 7/15/24 | Fee Application | Prepare Eighth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 2.0 | Peirce | 550.00 | 1,100.00 |

**1738 Belmar Blvd**                                                                                   **Belmar, NJ 07719**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.**[1] | § | Objection Deadline: October 11, 2024 |
| | § | |

---

**MONTHLY FEE AND EXPENSE STATEMENT OF
ROCK CREEK ADVISORS, LLC
AS PENSION FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD AUGUST 1, 2024 – AUGUST 31, 2024**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2024 through August 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4888-9666-3530.1 05067.002

| August 1, 2024 to August 31, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### SERVICES RENDERED AND EXPENSES INCURRED

3.     The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.     Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $660.00 | $0.00 | $165.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $165.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank,

David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: September 27, 2024                      Respectfully submitted,

                                               By: /s/ James Gansman
                                               James Gansman
                                               Rock Creek Advisors, LLC
                                               1738 Belmar Blvd
                                               Belmar, NJ 07719
                                               Email: jgansman@rockcreekfa.com

                                               *Pension Financial Advisor to the Official
                                               Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

September 26, 2024
Invoice #: 2233
Tax ID # 82-3649705

_____

Services Rendered from August 1, 2024 Through August 31, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 825.00 | USD |
| **CURRENT CHARGES** | **$** | **825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:         TD Bank N.A.
ABA #:              026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:          4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                              **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |

**1738 Belmar Blvd**      **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 8/26/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline:  November 12, 2024 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD SEPTEMBER 1, 2024 – SEPTEMBER 30, 2024

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2024 through September 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.       The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4891-3415-7554.1 05067.002

| September 1, 2024 to September 30, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $660.00 | $0.00 | $165.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $165.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 8/1/2024 – 8/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock

Creek has received no payments and no previous application for the relief sought herein has been

made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has

been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New

Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: October 29, 2024

Respectfully submitted,

By: /s/ James Gansman
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

October 23, 2024
Invoice #: 2249
Tax ID # 82-3649705

_____

Services Rendered from September 1, 2024 Through September 30, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 825.00 | USD |
| **CURRENT CHARGES** | **$ 825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                                          **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 9/26/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                                                     **Belmar, NJ 07719**

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  December 4, 2024 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF
## ROCK CREEK ADVISORS, LLC
## AS PENSION FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR THE PERIOD OCTOBER 1, 2024 – OCTOBER 31, 2024

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2024 through October 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

## RELIEF REQUESTED

2.　　The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| October 1, 2024 to October 31, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

## <u>SERVICES RENDERED AND EXPENSES INCURRED</u>

3.      The Rock Creek timekeepers (collectively, the "<u>Timekeepers</u>") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## <u>SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED</u>

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $792.00 | $0.00 | $33.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 8/1/2024 – 8/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 9/1/2024 – 9/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## NO PRIOR REQUEST

5.     With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order:

(i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 4, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

  Dated:  November 20, 2024               Respectfully submitted,

                                        *By: /s/ James Gansman*
                                        James Gansman
                                        Rock Creek Advisors, LLC
                                        1738 Belmar Blvd
                                        Belmar, NJ 07719
                                        Email: jgansman@rockcreekfa.com

                                        *Pension Financial Advisor to the Official*
                                        *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

November 14, 2024
Invoice #: 2259
Tax ID # 82-3649705

---

Services Rendered from October 1, 2024 Through October 31, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | | |
|---|---|---|---|
| Professional Services | $ | 825.00 | USD |
| **CURRENT CHARGES** | **$** | **825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                   026013673
Account Name:     ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
|  |  |  |  |
| Total Professional Services |  | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 10/23/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC As Pension Financial Advisors for the Official Committee of Unsecured Creditors for the Period From July 1, 2024 Through October 31, 2024* to be served on November 27, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on November 27, 2024.

/s/ Nancy H. Brown
Nancy H. Brown

4870-4393-7533.1 05067.002

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

**SUMMARY COVER SHEET TO TENTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Rock Creek Advisors, LLC | |
| **Applicant's Professional Role in Case** | Pension Financial Advisor to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective December 20, 2021 pursuant to Order dated January 19, 2022 [Docket No. 1249] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 07/01/2024 | 10/31/2024 |
| **Time period(s) covered by prior Applications:** | 02/01/2022<br>03/01/2022<br>07/01/2022<br>11/01/2022<br>03/01/2023<br>07/01/2023<br>11/01/2023<br>03/01/2024<br>07/01/2024 | 02/28/2022<br>06/30/2022<br>10/31/2022<br>02/28/2023<br>06/30/2023<br>10/31/2023<br>02/28/2024<br>06/30/2024<br>10/31/2024 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| | |
|---|---|
| **Total amounts awarded in all prior Applications:** | $160,615.00 |
| **Total fees requested in this Application:** | $3,575.00 |
| **Total hours covered by this Application:** | 6.5 |
| **Average hourly rate:** | $550.00 |
| **Reimbursable expenses sought in this Application:** | $0.00 |

Rock Creek professionals who rendered services for the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "Debtor") during the period November 1, 2024 – January 31, 2025 (the "Application Period") are listed below.

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025

| NAME OF PROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John L. Spencer | Managing Director | $900 | 0.0 | $0.00 |
| Chris Peirce | Director | $550 | 6.5 | $3,575.00 |
| **Total** | | | **6.5** | **$3,575.00** |

## COMPENSATION BY CATEGORY
## NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025

| Description | Hours | Amount |
|---|---|---|
| Fee Application | 6.5 | $3,575.00 |
| **TOTAL** | **6.5** | **$3,575.00** |

## EXPENSES BY CATEGORY
## NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025

| Expense Category | Amount |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[2] | § | |
| | § | |

**TENTH INTERIM APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS**
**PENSION FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD**
**FROM NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025**

---

A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>APRIL 17, 2025, AT 1:30 P.M. (CDT)</u> IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

---

Rock Creek Advisors, LLC ("<u>Rock Creek</u>" or the "<u>Firm</u>"), pension financial advisor for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>"), hereby submits its *Tenth Interim*

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

*Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period From November 1, 2024 Through January 31, 2025* (the "Application").  In support of the Application, Rock Creek respectfully represents as follows:

## I.    INTRODUCTION

In this Application, the Firm seeks interim allowance and payment of fees in the amount of $3,575.00. To date Rock Creek has been paid $0.00 in fees incurred during the Application Period.

## II.    JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex Chapter 11 Cases* (the "Complex Case Order").

## III.    BACKGROUND

### A.    Introduction

4.    On May 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code.

5.     The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*

6.     On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478].  The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[3]

7.     On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord") to serve as co-counsel.

**B.     Employment of the Firm**

8.     On December 30, 2021, the Committee filed an *Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1221] (the "Retention Application").  As more fully described in the Retention Application, the Committee retained the Firm to render pension financial advisory services to the Committee in this Bankruptcy Case.

9.     On January 19, 2022, this Court entered the *Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 1249] (the "Retention Order").  The Retention

---

[3] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

Order approved the Firm's retention as the Committee's pension financial advisor in this Bankruptcy Case.

## IV.  WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.    The Firm provided, and continues to provide, financial advisory services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the Firm's Monthly Fee Statements to which are appended invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during Application Period from November 1, 2024 through January 31, 2025.

## V.  NATURE AND EXTENT OF PENSION FINANCIAL ADVISORY SERVICES PROVIDED

11.    This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1, the UST Guidelines, and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases.*

12.    On December 18, 2024, Rock Creek submitted its November fee statement (the "November Monthly Fee Statement") covering the period November 1, 2024 through November 30, 2024.  Rock Creek incurred fees in the amount of $1,925.00.  Therefore, in its November Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $1,540.00. Attached hereto as **Exhibit A** is a true and correct copy of the November Monthly Fee Statement.

13.    On January 27, 2025, Rock Creek submitted its December fee statement (the "December Monthly Fee Statement") covering the period December 1, 2024 through December 31, 2024.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its December

Monthly Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.

Attached hereto as **Exhibit B** is a true and correct copy of the December Monthly Fee Statement.

14.     On February 26, 2025, Rock Creek submitted its January fee statement (the

"January Monthly Fee Statement") covering the period January 1, 2025 through January 31,

2025.  Rock Creek incurred fees in the amount of $825.00.  Therefore, in its January Monthly

Fee Statement, Rock Creek requested payment of 80% of its fees totaling $660.00.  Attached

hereto as **Exhibit C** is a true and correct copy of the January Monthly Fee Statement.

### VI.     SUMMARY OF FINANCIAL PENSION ADVISORY SERVICES RENDERED BY CATEGORY

15.     The services rendered by Rock Creek during the Application Period can be

grouped into the categories set forth below. Rock Creek attempted to place the services

provided in the category that best relates to such services. Certain services may relate to one

or more categories, but have only been included once to prevent any duplication.  These

services performed, by categories, are generally described below, with a more detailed

identification of the actual services provided set forth in the attached Fee Statements.

### A.     Fee Application

16.     Time spent includes formatting in LEDES, organizing time entries, and

preparing the Ninth Interim Fee Application as well as preparing monthly invoices.

Fees: $3,575.00                    Hours: 6.5

### B.     Actual and Necessary Expenses Incurred By Rock Creek

17.     Rock Creek did not incur any expenses on the Committee's behalf during the

Application Period.

## VII.    STATEMENT OF COMPLIANCE WITH BANKRUPTCY RULE 2016

18.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its pension financial advisor and to compensate the Firm on an hourly basis in accordance with the Firm's retention application, plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case.  All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Rules, and other procedures that this Court may fix.  No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with this case except as this Court may approve.

19.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members and other Firm employees (as originally disclosed in the Retention Application).

## VIII.    THE REQUESTED COMPENSATION SHOULD BE ALLOWED

20.     Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  *See* 11 U.S.C. Section 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21. Rock Creek has a reputation for its expertise in financial and bankruptcy reorganizations and restructurings and as noted above, the compensation is reasonable based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the UST Guidelines, Rock Creek respectfully submits that the compensation requested herein is reasonable and in light of the nature, extent and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

22. Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those financial advisory services as counsel to the Committee in this case. Bankruptcy Code § 330(a)(1)

provides as follows:

> (a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> > (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
> >
> > (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

23.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications.  The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors").  The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of professionals' fees and expenses in bankruptcy cases.  *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977).  Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3).  11 U.S.C. § 330(a)(3).

24.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the financial advisory services; (4) the preclusion of other employment by the professionals due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the professionals; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship

with the client; and (12) awards in similar cases.[4]  Based upon the services described in this

Application, the Firm respectfully represents that it has fully satisfied the standards prescribed

by the *Johnson* Factors.

**The Time and Labor Required**

25.     Firm professionals and case assistants, in the performance of financial advisory

services, expended 6.5 hours during the Application Period, for a total fee of $3,575.00.  The

names of the professionals who worked on this case during the Application Period appear in the

Invoices and on the cover sheet attached to this Application.  The Firm submits that the time

and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable

and that this *Johnson* Factor supports the Firm's requested award.  Further, the amount of time

multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this

Circuit under the "lodestar" doctrine.

**The Novelty and Difficulty of the Questions Presented**

26.     This Bankruptcy Case presents many novel and difficult questions.  Addressing

these questions have necessitated considerable financial advisory expertise.  In light of these

considerations, this *Johnson* Factor strongly favors awarding the Firm the fees and expenses it

has requested.

**The Skill Required to Perform the Services**

27.     Representing the Committee in this Bankruptcy Case required considerable skill

and expertise in bankruptcy issues.  The Firm has considerable experience in complex

---

[4] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

bankruptcy matters. Further, the Firm has been engaged as pension financial advisor in other creditors' committees in cases with abuse claims, and has experience in cases involving dioceses and archdioceses of the Catholic Church, and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. Applicant submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). The Firm employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this case. The Firm strived to limit the number of professionals who worked on this case and to use the most appropriate professional and case assistant staff for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

### The Customary Fee

28.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for the Firm's financial advisory services in this case are comparable to other similar-situated firms. Thus, the blended hourly rate on this matter of $800.00 per hour is reasonable and reflects market rates for pension financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by financial advisory firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

29.     The Firm's fees for services rendered in this Bankruptcy Case are based on its hourly rates, subject in all respects to this Court's approval.  The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

30.     The Firm has had to respond to tight time constraints arising in this Bankruptcy Case.  Matters often arose throughout the Application Period that required the Firm's immediate attention.  This imposed time demands on the Firm's personnel and required them to devote considerable financial advisory resources to these matters.  Taken together, these considerations suggest that this *Johnson* Factor supports the fee award requested.

**The Amount Involved and the Results Obtained**

31.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks.  The total fees the Firm seeks to approve in this Application are $3,575.00.  This figure is commensurate with the Firm's achievements.  This *Johnson* Factor strongly supports the fee award requested.

**The Experience, Reputation, and Ability of the Professionals**

32.     The Firm's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities.  In particular, the Firm's professional have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  The quality of the Firm's services is consistently high.  In addition, the Firm's professionals also speak and write on various financial, valuation, accounting and investigative topics throughout the country.  As

mentioned, the Firm has expertise in cases, such as this one, involving numerous abuse claims and sub-entities of the Catholic Church. The substantial experience, reputation, and ability of the Firm's professionals working on this Bankruptcy Case favor granting the Firm the fee award it seeks.

**The "Undesirability" of the Bankruptcy Case**

33.     From the Firm's perspective, serving as pension financial advisor to the Committee in this Bankruptcy Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the recovery and liquidation of assets. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting the Firm the award it has requested.

**The Nature and Length of the Professional Relationship with the Client**

34.     The Firm has no prior professional relationship with the Committee, which was only formed after this case began. However, members of the Firm have worked in similar matters, thus making the representation of the Committee more efficient. For this reason, this *Johnson* Factor supports granting the Firm its fee award in this case.

**Awards in Similar Cases**

35.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this case, including cases in the Fifth Circuit. In light of these considerations, this last *Johnson* factor also supports granting the Firm its award.

36.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.  RESERVATION OF RIGHTS

37.     It is possible that some professional time expended or expenses incurred by Rock Creek are not reflected in this Application.  Rock Creek reserves the right to file a supplemental fee application to submit additional fees and expenses not previously included in the Application, or to include such time and costs in a future fee application.

## XI.  NO PRIOR REQUEST

38.     No prior application for the relief requested herein has been made to this or any other court.

## XII.  CONCLUSION

WHEREFORE, Rock Creek respectfully requests that this Court enter an order (i) awarding Rock Creek an interim allowance of fees for the Application Period in the amount of $3,575.00; (ii) authorizing and directing the Debtor to pay such allowed fees and costs, less amounts previously paid; and (iii) granting such other or additional relief as is just and proper.

Dated:  March 27, 2025                                    Respectfully submitted,

*By: /s/ James Gansman*
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

---

## ORDER APPROVING TENTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROCK CREEK ADVISORS, LLC AS PENSION FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM NOVEMBER 1, 2024 THROUGH JANUARY 31, 2025</u>

CAME ON for consideration the *Tenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisors for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through January 31, 2025* [**Docket No.___**] (the "<u>Application</u>") filed by Rock Creek Advisors, LLC (the "<u>Firm</u>") for the period from November 1, 2024 through January 31, 2025 (the "<u>Application Period</u>").  The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein.  The Court, having examined the Application, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4928-1821-4191.2 05067.002

interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.       The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered in the amount of **$3,575.00** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor.

2.       The Debtor is further authorized and directed to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: January 10, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD NOVEMBER 1, 2024 – NOVEMBER 30, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2024 through November 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2.      The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| November 1, 2024 to November 30, 2024 | |
|---|---|
| Fees | $1,925.00 |
| Expenses | $   0.00 |
| **Total** | **$1,925.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

2

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 8/1/2024 – 8/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 9/1/2024 – 9/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 10/1/2024 – 10/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## **NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 10, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $1,5400.00, which consists of eighty percent (80%) of Rock Creek's total fees of $1,925.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

4

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  December 27, 2024                    Respectfully submitted,

                                             By: /s/ James Gansman
                                             James Gansman
                                             Rock Creek Advisors, LLC
                                             1738 Belmar Blvd
                                             Belmar, NJ 07719
                                             Email: jgansman@rockcreekfa.com

                                             *Pension Financial Advisor to the Official*
                                             *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 18, 2024
Invoice #: 2279
Tax ID # 82-3649705

_____

Services Rendered from November 1, 2024 Through November 30, 2024

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    1,925.00 | USD |
| **CURRENT CHARGES** | **$    1,925.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:            TD Bank N.A.
ABA #:                   026013673
Account Name:       ROCK CREEK ADVISORS, LLC
Account #:              4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 3.5 | 1,925.00 |
|  |  |  |  |
| Total Professional Services |  | 3.5 | 1,925.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 3.5 | 1,925.00 |
| Total Tasks: | 3.5 | 1,925.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 11/1424 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |
| 11/1424 | Fee Application | Prepare Ninth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses | 2.0 | Peirce | 550.00 | 1,100.00 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | Objection Deadline:  February 12, 2025 |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF**
**ROCK CREEK ADVISORS, LLC**
**AS PENSION FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2024 – DECEMBER 31, 2024**

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2024 through December 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

**RELIEF REQUESTED**

2.     The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| December 1, 2024 to December 31, 2024 | |
|---|---|
| Fees | $825.00 |
| Expenses | $   0.00 |
| **Total** | **$825.00** |

### **SERVICES RENDERED AND EXPENSES INCURRED**

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

### **SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED**

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $385.00 | N/A |
| 8/1/2024 – 8/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 9/1/2024 – 9/30/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 10/1/2024 – 10/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |
| 11/1/2024 – 11/30/2024 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | N/A |

## **NO PRIOR REQUEST**

5.      With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  January 29, 2025

Respectfully submitted,

By: */s/ James Gansman*
James Gansman
Rock Creek Advisors, LLC
1738 Belmar Blvd
Belmar, NJ 07719
Email: jgansman@rockcreekfa.com

*Pension Financial Advisor to the Official
Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

January 27, 2025
Invoice #: 2312
Tax ID # 82-3649705

_____

Services Rendered from December 1, 2024 Through December 31, 2024

**RE: The Official Committee of Unsecured Creditors for the Roman Catholic of the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $ 825.00 | USD |
| **CURRENT CHARGES** | **$ 825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:               026013673
Account Name:      ROCK CREEK ADVISORS, LLC
Account #:          4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ 07719

**1738 Belmar Blvd**                                      **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|---|---|---|---|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|---|---|---|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 12/18/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[1] | § | Objection Deadline: March 13, 2025 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF
### ROCK CREEK ADVISORS, LLC
### AS PENSION FINANCIAL ADVISOR FOR THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD JANUARY 1, 2025 – JANUARY 31, 2025

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Rock Creek Advisors, LLC ("Rock Creek" or the "Firm"), pension financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2025 through January 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (the "Bankruptcy Case").

### RELIEF REQUESTED

2. The total amounts sought by Rock Creek for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Statement Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

4899-9283-9713.1 05067.002

| January 1, 2025 to January 31, 2025 | |
|---|---|
| Fees | $825.00 |
| Expenses | $ 0.00 |
| **Total** | **$825.00** |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The Rock Creek timekeepers (collectively, the "Timekeepers") who rendered services to the Committee in connection with the Bankruptcy Case during the Statement Period, including the rate and fees earned by each Timekeeper, is attached hereto as **Exhibit A**.  Also included in **Exhibit A** is a schedule of fees incurred by Rock Creek during the Statement Period summarized by task code, along with the detailed time records which describe the time spent by each Rock Creek Timekeeper for the Statement Period.

4.      Rock Creek also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time Rock Creek is not requesting reimbursement for any expenses incurred during the Statement Period but reserves the right to request reimbursement therefore in the future.

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Application Period | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 7/1/2022 – 7/31/2022 | $5,550.00 | $0.00 | $5,550.00 | $0.00 | $0.00 | N/A |
| 8/1/2022-8/31/2022 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2022-9/30/2022 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 10/1/2022-10/31/2022 | $660.00 | $0.00 | $660.00 | $0.00 | $0.00 | N/A |
| 11/1/2022 – 11/30/2022 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | N/A |
| 12/1/2022 – 12/31/2022 | $440.00 | $0.00 | $440.00 | $0.00 | $0.00 | N/A |
| 1/1/2023 – 1/31/2023 | $550.00 | $0.00 | $550.00 | $0.00 | $0.00 | N/A |
| 2/1/2023 – 2/28/2023 | $11,480.00 | $0.00 | $11,480.00 | $0.00 | $0.00 | N/A |
| 3/1/2023 – 3/31/2023 | $2,190.00 | $0.00 | $2,190.00 | $0.00 | $0.00 | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2023 – 4/30/2023 | $1,375.00 | $0.00 | $1,375.00 | $0.00 | $0.00 | N/A |
| 5/1/2023 – 5/31/2023 | $38,660.00 | $0.00 | $38,660.00 | $0.00 | $0.00 | N/A |
| 6/1/2023 – 6/30/2023 | $5,410.00 | $0.00 | $5,410.00 | $0.00 | $0.00 | N/A |
| 7/1/2023 – 7/31/2023 | $5,830.00 | $0.00 | $5,830.00 | $0.00 | $0.00 | N/A |
| 8/1/2023 – 8/31/2023 | $8,475.00 | $0.00 | $8,475.00 | $0.00 | $0.00 | N/A |
| 9/1/2023 – 9/30/2023 | $1,280.00 | $0.00 | $1,280.00 | $0.00 | $0.00 | N/A |
| 10/1/2023 – 10/31/2023 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2023 – 11/30/2023 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 12/1/2023 – 12/31/2023 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | N/A |
| 1/1/2024 – 1/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 2/1/2024 – 2/29/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 3/1/2024 – 3/31/2024 | $1,925.00 | $0.00 | $1,925.00 | $0.00 | $0.00 | N/A |
| 4/1/2024 – 4/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 5/1/2024 – 5/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 6/1/2024 – 6/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 7/1/2024 – 7/31/2024 | $1,925.00 | $0.00 | $1,540.00 | $0.00 | $0.00 | N/A |
| 8/1/2024 – 8/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 9/1/2024 – 9/30/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 10/1/2024 – 10/31/2024 | $825.00 | $0.00 | $825.00 | $0.00 | $0.00 | N/A |
| 11/1/2024 – 11/30/2024 | $1,925.00 | $0.00 | $0.00 | $0.00 | $1,925.00 | N/A |
| 12/1/2024 – 12/31/2024 | $825.00 | $0.00 | $0.00 | $0.00 | $825.00 | N/A |

## <u>NO PRIOR REQUEST</u>

5.    With respect to the amounts requested herein, as of the date of this Statement, Rock Creek has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; and (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the March 13, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Rock Creek on an interim basis the total amount of $660.00, which consists of eighty percent (80%) of Rock Creek's total fees of $825.00 for the Statement Period.

9.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated:  February 27, 2025                 Respectfully submitted,

                                        By: */s/ James Gansman*
                                         James Gansman
                                         Rock Creek Advisors, LLC
                                         1738 Belmar Blvd
                                         Belmar, NJ 07719
                                         Email: jgansman@rockcreekfa.com

                                         *Pension Financial Advisor to the Official*
                                         *Committee of Unsecured Creditors*

# EXHIBIT A



James I Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

February 26, 2025
Invoice #: 2342
Tax ID # 82-3649705

_____

Services Rendered from January 1, 2025 Through January 31, 2025

**RE:  The Official Committee of Unsecured Creditors for the Roman Catholic of
the Archdiocese of New Orleans**

| | | |
|---|---|---|
| Professional Services | $    825.00 | USD |
| **CURRENT CHARGES** | **$    825.00** | **USD** |

Please direct questions regarding this invoice to: John Spencer at (203) 524-8990 or jspencer@rockcreekadvisor.com.

**Please remit wire/ACH payment to:**
Bank Name:          TD Bank N.A.
ABA #:                 026013673
Account Name:    ROCK CREEK ADVISORS, LLC
Account #:            4357257124

**Please remit check payment to:**
ROCK CREEK ADVISORS, LLC
1738 BELMAR BLVD
BELMAR, NJ  07719

**1738 Belmar Blvd**                                                                    **Belmar, NJ 07719**



**Summary of Professional Services:**

| Name | Rate | Hours | Fee |
|------|------|-------|-----|
| Chris Peirce | 550.00 | 1.5 | 825.00 |
| | | | |
| Total Professional Services | | 1.5 | 825.00 |

**Summary by Task:**

| Task | Hours | Fee |
|------|-------|-----|
| Fee Application | 1.5 | 825.00 |
| Total Tasks: | 1.5 | 825.00 |

**1738 Belmar Blvd**                                                    **Belmar, NJ 07719**



**Detail of Professional Services:**

| Date | Task | Notes | Hours | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|-----------|---------------|-----------------|
| 1/27/24 | Fee Application | Review prior month time entries and complete fee statement and LEDES formatted file. | 1.5 | Peirce | 550.00 | 825.00 |

**1738 Belmar Blvd**                                                      **Belmar, NJ 07719**

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 27, 2025.

*/s/ Nancy H. Brown*
Nancy H. Brown

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on February 27, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on February 27, 2026.


*/s/ Nancy H. Brown*
Nancy H. Brown

1