# EXHIBIT 1
## TIMEKEEPER SCHEDULE

| TIMEKEEPER | 15TH INTERIM APPLICATION--HOURS | 15TH INTERIM APPLICATION--FEES | 17TH INTERIM PERIOD (November 2025)--HOURS | 17TH INTERIM PERIOD (NOVEMBER 2025)--FEES | 17TH INTERIM PERIOD (December 2025-February 2026)--HOURS | 17TH INTERIM PERIOD (December 2025-February 2026)--FEES | FINAL FEE APP PREPARATION--HOURS | FINAL FEE APP PREPARATION--FEES | GRAND TOTAL: HOURS APPROVED ON INTERIM BASIS | GRAND TOTAL: FEES APPROVED ON INTERIM BASIS | GRAND TOTAL: HOURS | GRAND TOTAL: FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PARTNERS** | | | | | | | | | | | | |
| Boldissar, C. Davin--$500/hr | | | | | | | | | 2,096.1 | $1,048,050.00 | 2,096.1 | $1,048,050.00 |
| Bryant, W. Steven--$500/hr | | | | | | | | | 1,189.5 | $594,750.00 | 1,189.5 | $594,750.00 |
| Bryant, W. Steven--$600/hr | 259.0 | $155,400.00 | 106.7 | $64,020.00 | 136.1 | $81,660.00 | 15.0 | $9,000.00 | 1,635.4 | $981,240.00 | 2,152.2 | $1,291,320.00 |
| Bryant, W. Steven--$300/hr (Non-Working Travel) | | | | | | | | | 5.9 | $1,770.00 | 5.9 | $1,770.00 |
| Cerise, Jason M.--$500/hr | | | | | | | | | 0.2 | $100.00 | 0.2 | $100.00 |
| Cerise, Jason M.--$600/hr | | | | | | | | | 90.5 | $54,300.00 | 90.5 | $54,300.00 |
| De Lisle, Victoria M.--$500/hr | | | | | | | | | 2.0 | $1,000.00 | 2.0 | $1,000.00 |
| Dickerson, Nick--$500/hr | | | | | | | | | 28.9 | $14,450.00 | 28.9 | $14,450.00 |
| Eisenberg, Philip G.--$500/hr | | | | | | | | | 39.0 | $19,500.00 | 39.0 | $19,500.00 |
| Eisenberg, Philip G.--$600/hr | 5.0 | $3,000.00 | 1.0 | $600.00 | | | | | 30.6 | $18,360.00 | 36.6 | $21,960.00 |
| Fireison, Scott E.--$600/hr | 0.6 | $360.00 | | | | | | | 16.7 | $10,020.00 | 17.3 | $10,380.00 |
| Hastings, Scott W.--$500/hr | | | | | | | | | 3.5 | $1,800.00 | 3.5 | $1,800.00 |
| Hastings, Scott W.--$600/hr | | | | | | | | | 2.6 | $1,560.00 | 2.6 | $1,560.00 |
| Knapp, Bradley C.--$425/hr | | | | | | | | | 905.9 | $385,007.50 | 905.9 | $385,007.50 |
| Knapp, Bradley C.--$600/hr | 256.3 | $153,780.00 | 114.3 | $68,580.00 | 61.5 | $36,900.00 | | | 2,028.9 | $1,217,340.00 | 2,461.0 | $1,476,600.00 |
| Kuebel, Omer F. "Rick"--$500/hr | | | | | | | | | 2,176.7 | $1,088,350.00 | 2,176.7 | $1,088,350.00 |
| Kuebel, Omer F. "Rick"--$600/hr | 390.9 | $234,540.00 | 81.9 | $49,140.00 | 64.3 | $38,580.00 | | | 1,942.1 | $1,165,260.00 | 2,479.2 | $1,487,520.00 |
| Lambert, Peyton C.--$425/hr | | | | | | | | | 23.8 | $10,115.00 | 23.8 | $10,115.00 |
| Lambert, Peyton C.--$500/hr | | | | | | | | | 35.3 | $17,650.00 | 35.3 | $17,650.00 |
| Lambert, Peyton C.--$600/hr | | | | | | | | | 288.4 | $173,040.00 | 288.4 | $173,040.00 |
| Mouton, Robert W.--$500/hr | | | | | | | | | 2.0 | $1,000.00 | 2.0 | $1,000.00 |
| Mouton, Robert W.--$600/hr | 3.0 | $1,800.00 | 2.2 | $1,320.00 | | | | | 11.2 | $6,720.00 | 16.4 | $9,840.00 |
| **OF COUNSEL/COUNSEL** | | | | | | | | | | | | |
| Bank, Jonathan F.--$450/hr (Of Counsel) | | | | | | | | | 6.3 | $3,150.00 | 6.3 | $3,150.00 |
| Katz, Alan H.--$450/hr (Senior Counsel) | | | | | | | | | 69.7 | $31,365.00 | 69.7 | $31,365.00 |
| Katz, Alan H.--$550/hr (Senior Counsel) | | | | | | | | | 6.8 | $3,740.00 | 6.8 | $3,740.00 |
| Humeniuk, Stephen J.--$550/hr | | | | | | | | | 51.4 | $28,270.00 | 51.4 | $28,270.00 |
| **ASSOCIATES** | | | | | | | | | | | | |
| Albarran, L.--$325/hr | | | | | | | | | 11.6 | $3,770.00 | 11.6 | $3,770.00 |
| Armstrong, C.A.--$325/hr | | | | | | | | | 15.0 | $4,875.00 | 15.0 | $4,875.00 |
| Armstrong, C.A.--$350/hr | | | | | | | | | 15.4 | $5,227.50 | 15.4 | $5,227.50 |
| Boylan, E.--$325/hr | | | | | | | | | 74.2 | $24,115.00 | 74.2 | $24,115.00 |
| Cox, Alender R.--$425/hr | | | 2.0 | $850.00 | | | | | 0.0 | $0.00 | 2.0 | $850.00 |
| Culbertson, Katherine--$425/hr | 76.7 | $32,597.50 | 6.6 | $2,805.00 | 18.5 | $7,862.50 | | | 306.4 | $130,220.00 | 408.2 | $173,485.00 |
| Dawson, N.--$325/hr | | | | | | | | | 52.7 | $17,127.50 | 52.7 | $17,127.50 |
| Garcia, Christopher G.--$425/hr | | | | | | | | | 7.2 | $3,060.00 | 7.2 | $3,060.00 |
| Hautzinger Loumeau, Sarah L.--$425/hr | | | 4.5 | $1,912.50 | 5.6 | $2,380.00 | | | 19.1 | $8,117.50 | 29.2 | $12,410.00 |
| Hoy, E--$325/hr | | | | | | | | | 10.5 | $3,412.50 | 10.5 | $3,412.50 |
| Humeniuk, Stephen J.--$375/hr | | | | | | | | | 104.6 | $39,140.00 | 104.6 | $39,140.00 |
| List, Chelsea R.--$325/hr | | | | | | | | | 0.4 | $130.00 | 0.4 | $130.00 |
| McVey, Stephen--$425/hr | | | | | | | | | 0.4 | $170.00 | 0.4 | $170.00 |
| Qahoush, Sara--$325/hr | | | | | | | | | 10.8 | $3,510.00 | 10.8 | $3,510.00 |
| Rosenbloom, Chelsea--$375/hr | | | | | | | | | 2.3 | $862.50 | 2.3 | $862.50 |

**EXHIBIT 1**
**TIMEKEEPER SCHEDULE**

| TIMEKEEPER | 15TH INTERIM APPLICATION--HOURS | 15TH INTERIM APPLICATION--FEES | 17TH INTERIM PERIOD (November 2025)--HOURS | 17TH INTERIM PERIOD (NOVEMBER 2025)--FEES | 17TH INTERIM PERIOD (December 2025-February 2026)--HOURS | 17TH INTERIM PERIOD (December 2025-February 2026)--FEES | FINAL FEE APP PREPARATION--HOURS | FINAL FEE APP PREPARATION--FEES | GRAND TOTAL: HOURS APPROVED ON INTERIM BASIS | GRAND TOTAL: FEES APPROVED ON INTERIM BASIS | GRAND TOTAL: HOURS | GRAND TOTAL: FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wheeler, Travis--$425/hr | | | | | | | | | 47.7 | $20,272.50 | 47.7 | $20,272.50 |
| White, N.--$325/hr | | | | | | | | | 79.8 | $25,935.00 | 79.8 | $25,935.00 |
| **PROFESSIONAL SPECIALISTS** | | | | | | | | | | | | |
| Clark, N.W.--$500/hr (Insurance Specialist) | | | | | | | | | 1.7 | $850.00 | 1.7 | $850.500 |
| **PARALEGALS AND SUPPORT STAFF** | | | | | | | | | | | | |
| Bartlett, M.--$125/hr (Research Assisant) | | | | | | | | | 0.2 | $25.00 | 0.2 | $25.00 |
| Boyd, Eric--$125/hr (Litigation Support) | | | | | | | | | 11.7 | $1,462.50 | 11.7 | $1,462.50 |
| Boyd, Eric--$225/hr (Litigation Support) | | | | | | | | | 16.1 | $3,622.50 | 16.1 | $3,622.50 |
| Condeff, Kristen--$225/hr (Paralegal) | | | | | | | | | 20.5 | $4,612.50 | 20.5 | $4,612.50 |
| Curry, Michele--$225/hr (Paralegal) | | | | | | | | | 11.0 | $2,475.00 | 11.0 | $2,475.00 |
| Deonarine, Rachel--$225/hr (Paralegal) | | | | | | | | | 13.1 | $2,947.50 | 13.1 | $2,947.50 |
| Henry, Susan M.--$225/hr (Paralegal) | | | 4.2 | $945.00 | 0.6 | $135.00 | | | 51.9 | $11,677.50 | 56.7 | $12,757.50 |
| Hidalgo, Daralyn--$125/hr (Paralegal) | | | | | | | | | 1.2 | $150.00 | 1.2 | $150.00 |
| Lohr, Ashley L.--$125/hr (Paralegal) | | | | | | | | | 837.9 | $104,737.50 | 837.9 | $104,737.50 |
| Molitor, Monica A.--$225/hr (Paralegal) | | | | | | | | | 20.3 | $4,567.50 | 20.3 | $4,567.50 |
| Peterson, N.--$125/hr (Litigation Support) | | | | | | | | | 6.0 | $750.00 | 6.0 | $750.00 |
| Peterson, N.--$225/hr (Litigation Support) | 0.9 | $202.50 | | | | | | | 2.3 | $517.50 | 3.2 | $720.00 |
| Pollender, Joe--$125/hr (Research Assistant) | | | | | | | | | 1.0 | $125.00 | 1.0 | $125.00 |
| Pollender, Joe--$225/hr (Research Assistant) | 0.3 | $67.50 | 0.3 | $67.50 | | | | | 0.1 | $22.50 | 0.7 | $157.50 |
| Quandahl, Wendy T.--$225/hr (Paralegal) | | | | | | | | | 36.2 | $8,145.00 | 36.2 | $8,145.00 |
| Richardson, M.--$125/hr (Paralegal) | | | | | | | | | 18.0 | $2,250.00 | 18.0 | $2,250.00 |
| Roth, Morgan A.--$225/hr (Paralegal) | | | | | | | | | 32.5 | $7,312.50 | 32.5 | $7,312.50 |
| Simonelli, J.--$125/hr (Research Assistant) | | | | | | | | | 0.1 | $12.50 | 0.1 | $12.50 |
| St. Mary, Amanda--$125/hr (Paralegal) | | | | | | | | | 4.7 | $587.50 | 4.7 | $587.50 |
| St. Mary, Amanda--$225/hr (Paralegal) | 32.1 | $7,222.50 | | | | | | | 353.7 | $79,582.50 | 385.8 | $86,805.00 |
| Valenciano, Clarissa--$225/hr (Law Clerk) | | | | | | | | | 18.8 | $4,230.00 | 18.8 | $4,230.00 |
| Ward, Catherine B.--$225/hr (Paralegal) | | | | | | | | | 17.2 | $3,870.00 | 17.2 | $3,870.00 |
| Whiteman, Laura E.--$225/hr (Paralegal) | | | | | | | | | 22.5 | $5,062.50 | 22.5 | $5,062.50 |
| Willingham, Keith--$225/hr (Paralegal) | | | | | | | | | 26.0 | $5,850.00 | 26.0 | $5,850.00 |
| Wilson, A.--$125/hr (Litigation Support) | | | | | | | | | 2.0 | $250.00 | 2.0 | $250.00 |
| | | | | | | | | | | | | |
| **GRAND SUBTOTAL FOR APPLICATION** | 1,024.8 | $588,970.00 | 323.7 | $190,240.00 | 286.6 | $167,517.50 | 15.0 | $9,000.00 | 14,974.2 | $7,423,547.50 | 16,624.3 | $8,379,275.00 |
| **Minus Total Fees Not Charged and Not Shown on Invoices** | | | | | | | | | | ($5,600.00) | | ($5,600.00) |
| **GRAND TOTAL FOR APPLICATION =** | 1,024.8 | $588,970.00 | 323.7 | $190,240.00 | 286.6 | $167,517.50 | 15.0 | $9,000.00 | 14,974.2 | $7,417,947.50 | 16,624.3 | $8,373,675.00 |