**EXHIBIT 2**
**TASK CODE SCHEDULE**

| TOTAL COMPENSATION SOUGHT IN FINAL FEE APPLICATION | B110: CASE ADMINISTRATION | B120: ASSET ANALYSIS AND RECOVERY | B130: ASSET DISPOSITION | B140: RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | B150: MEETING AND COMMUNICATION WITH CREDITORS | B160: FEE/EMPLOYMENT APPLICATIONS | B170: FEE/EMPLOYMENT OBJECTIONS | B185: ASSUMPTION/REJECTION OF LEASES & EXECUTORY CONTRACTS | B180: AVOIDANCE ACTION ANALYSIS | B195: NON-WORKING TRAVEL | B190: OTHER CONTESTED MATTERS | B210: BUSINESS OPERATIONS | B240: TAX ISSUES | B220: EMPLOYEE BENEFITS/ PENSIONS | B230: FINANCING/CASH COLLATERAL | B250: REAL ESTATE | B310: CLAIMS ADMINISTRATION AND OBJECTIONS | B320: PLAN AND DISCLOSURE STATEMENT | B410: GENERAL BANKRUPTCY | TOTAL AMOUNTS ON INVOICES | TOTAL ORIGINAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS APPROVED (By Interim Order) | 429.3 | 1,026.8 | 766.5 | 270.5 | 1,456.8 | 1,128.2 | 216.3 | 0.2 | 93.8 | 13.8 | 2,332.9 | 224.9 | 0.1 | 51.7 | 18.5 | 263.1 | 891.4 | 5,772.9 | 16.5 | 14,974.2 | 14,974.2 |
| TOTAL FEES APPROVED (By Interim Order) | $161,337.50 | $519,687.50 | $407,840.00 | $141,987.50 | $761,615.00 | $502,722.50 | $107,025.00 | $100.00 | $44,442.50 | $5,100.00 | $1,002,932.50 | $110,270.00 | $50.00 | $21,840.00 | $7,975.00 | $142,210.00 | $398,810.00 | $3,079,352.50 | $8,250.00 | $7,423,547.50 | $7,417,947.50 |
| BLENDED RATES APPROVED (By Interim Order) | $375.82 | $506.12 | $532.08 | $524.91 | $522.80 | $445.60 | $494.80 | $500.00 | $473.80 | $369.57 | $429.91 | $490.31 | $500.00 | $422.44 | $431.08 | $540.52 | $447.40 | $533.42 | $500.00 | $495.76 | $495.38 |
| | | | | | | | | | | | | | | | | | | | | | |
| Total Hours Sought (15th, 17th, and Estimated Interim) | 42.7 | 102.0 | 11.6 | 2.8 | 113.5 | 271.1 | 0.0 | 0.0 | 0.0 | 3.1 | 33.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.0 | 1029.8 | 0.0 | 1,650.1 | 1,650.1 |
| Total Fees Sought (15th, 17th, and Estimated Interim) | $21,865.00 | $59,472.50 | $6,960.00 | $1,680.00 | $65,485.00 | $155,250.00 | $0.00 | $0.00 | $0.00 | $1,860.00 | $17,985.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,527.50 | $605,642.50 | $0.00 | $955,727.50 | $955,727.50 |
| Blended Rates (Sought & Not Yet Approved) | $512.06 | $583.06 | $600.00 | $600.00 | $576.96 | $572.67 | #DIV/0! | #DIV/0! | #DIV/0! | $600.00 | $536.87 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | $488.19 | $588.12 | #DIV/0! | $579.19 | $579.19 |
| | | | | | | | | | | | | | | | | | | | | | |
| GRAND TOTAL HOURS SOUGHT (All) | 472.0 | 1,128.8 | 778.1 | 273.3 | 1,570.3 | 1,399.3 | 216.3 | 0.2 | 93.8 | 16.9 | 2,366.4 | 224.9 | 0.1 | 51.7 | 18.5 | 263.1 | 931.4 | 6,802.7 | 16.5 | 16,624.3 | 16,624.3 |
| GRAND TOTAL FEES SOUGHT (All) | $183,202.50 | $579,160.00 | $414,800.00 | $143,667.50 | $827,100.00 | $657,972.50 | $107,025.00 | $100.00 | $44,442.50 | $6,960.00 | $1,020,917.50 | $110,270.00 | $50.00 | $21,840.00 | $7,975.00 | $142,210.00 | $418,337.50 | $3,684,995.00 | $8,250.00 | $8,379,275.00 | $8,373,675.00 |
| GRAND TOTAL Blended Rates (All) | $388.14 | $513.08 | $533.09 | $525.68 | $526.71 | $470.22 | $494.80 | $500.00 | $473.80 | $411.83 | $431.42 | $490.31 | $500.00 | $422.44 | $431.08 | $540.52 | $449.15 | $541.70 | $500.00 | $504.04 | $503.70 |

| | | |
|---|---|---|
| Total Fees Sought in FINAL Application (On Invoices) | $8,373,675.00 | Blended Hourly Rate (NO-CHARGE Hours EXCLUDED) = $503.70 |
| | | |
| Total Fees Sought = | $8,373,675.00 | |
| Total Expenses Sought | $237,798.67 | |
| | | |
| Total Sought on FINAL Application | $8,611,473.67 | |