# EXHIBIT 3

## EXPENSE SCHEDULE

| Expense | Total Amount Approved By Interim Order | Total Amount Denied by Interim Order | Total Amount Sought (15th & 17th Interim Periods, and Estimated) | Grand Total (All) |
|---|---|---|---|---|
| Arbitration/Mediation Meals | $1,109.33 | $0.00 | $1,615.87 | $2,725.20 |
| Court Document Retrieval | $23.48 | $0.00 | $385.00 | $408.48 |
| Court Fees | $32.00 | $0.00 | | $32.00 |
| Deposition Costs | $7,452.65 | $0.00 | $18,611.13 | $26,063.78 |
| Deposition Transcripts | $18,501.33 | $0.00 | | $18,501.33 |
| Fed-Ex Shipments | $119.68 | $0.00 | | $119.68 |
| Filing Fee for Appeal | $0.00 | $5.00 | | $0.00 |
| Filing Fees | $3,939.56 | $0.00 | $457.86 | $4,397.42 |
| Hearing Transcripts | $2,003.75 | $0.00 | | $2,003.75 |
| LEXIS Research | $5,991.57 | $0.00 | | $5,991.57 |
| Long Distance Calls | $26.25 | $0.00 | | $26.25 |
| Mediation-Related Fees | $30.00 | $0.00 | | $30.00 |
| Messenger/Courier Service | $6,007.33 | $0.00 | $13.00 | $6,020.33 |
| Miscellaneous Expenses | $204.40 | $0.00 | $4,493.50 | $4,697.90 |
| Orleans Parish Clerk-Escrow Reimbursement | $7.00 | $0.00 | | $7.00 |
| Outside Audio/Visual Charges for Mediation | $0.00 | $829.92 | | $0.00 |
| Outside Conference Room Charges-Mediation | $0.00 | $647.25 | | $0.00 |
| Outside Copy Costs | $25,510.73 | $0.00 | $4,229.52 | $29,740.25 |
| Outside Delivery Costs | $4.50 | $0.00 | | $4.50 |
| Outside Mailout Costs | $1,514.11 | $0.00 | | $1,514.11 |
| Outside Printing | $12,581.23 | $0.00 | | $12,581.23 |
| PACER Online Research | $2,022.40 | $0.00 | | $2,022.40 |
| Photocopies | $998.60 | $0.00 | | $998.60 |
| Postage | $1,024.18 | $0.00 | | $1,024.18 |
| Print Charge--Jefferson Parish Clerk | $18.75 | $0.00 | | $18.75 |
| Reveal--Data Hosting Charges | $1,218.00 | $0.00 | | $1,218.00 |
| Statutory Fees | $2,770.10 | $0.00 | | $2,770.10 |
| Subpoena Fees | $1,935.72 | $0.00 | | $1,935.72 |
| Travel-Airport Parking | $38.00 | $0.00 | | $38.00 |
| Travel-Hotel | $1,574.54 | $0.00 | $422.28 | $1,996.82 |
| Travel-Meals | $207.73 | $0.00 | $80.31 | $288.04 |

**EXHIBIT 3**

## EXPENSE SCHEDULE

| | Expense | | Total Amount Approved By Interim Order | Total Amount Denied by Interim Order | Total Amount Sought (15th & 17th Interim Periods, and Estimated) | Grand Total (All) |
|---|---|---|---|---|---|---|
| | Travel--Other Expenses | | $0.00 | $0.00 | $191.96 | $191.96 |
| | Travel--Taxi/Ride Share/Transportation | | $2,214.09 | $0.00 | $353.20 | $2,567.29 |
| | Troutman eMerge - eDiscovery/Technology Fees | | $61,382.23 | $0.00 | $1,387.05 | $62,769.28 |
| | Westlaw Research | | $45,094.75 | $0.00 | | $45,094.75 |
| | | | | | | |
| **Total Expenses** | | | **$205,557.99** | **$1,482.17** | **$32,240.68** | **$237,798.67** |