# EXHIBIT "4"

145862954v1

The following bankruptcy cases are jointly administered with The Roman Catholic Church of the Archdiocese of New Orleans (Case No. 20-10846):

1. ALL SAINTS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25--12579);
2. ANNUNCIATION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH, BOGALUSA, LOUISIANA (Case No. 25-12580);
3. ASCENSION OF OUR LORD ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12581);
4. THE VISITATION OF OUR LADY ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12582);
5. ASSUMPTION OF MARY ROMAN CATHOLIC CHURCH, AVONDALE, LOUISIANA (Case No. 25-12583);
6. ASSUMPTION OF THE BLESSED VIRGIN MARY ROMAN CATHOLIC CHURCH BRAITHWAITE, LOUISIANA (Case No. 25-12584);
7. BLESSED FRANCIS XAVIER SEELOS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12585);
8. BLESSED SACRAMENT-ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12586);
9. THE CONGREGATION OF ST. RITA ROMAN CATHOLIC CHURCH OF HARAHAN (Case No. 25-12587);
10. BLESSED TRINITY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12588);
11. CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12589);
12. CORPUS CHRISTI-EPIPHANY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12590);
13. DIVINE MERCY ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12591);
14. GOOD SHEPHERD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12592);
15. STS. PETER AND PAUL ROMAN CATHOLIC CHURCH, PEARL RIVER, LOUISIANA (Case No. 25-12593);
16. HOLY FAMILY ROMAN CATHOLIC CHURCH, FRANKLINTON, LOUISIANA (Case No. 25-12594);
17. ST. THOMAS ROMAN CATHOLIC CHURCH, POINTE A LA HACHE, LOUISIANA (Case No. 25-12595);
18. HOLY FAMILY ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12596);
19. ST. RITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12597);
20. HOLY NAME OF MARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12598);
21. ST. RITA ROMAN CATHOLIC CHURCH, HARAHAN, LOUISIANA (Case No. 25-12599);

22. HOLY SPIRIT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12600);
23. ST. RAYMOND AND ST. LEO THE GREAT ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12601);
24. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12602);
25. IMMACULATE CONCEPTION ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12603);
26. ST. PIUS X ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 12604);
27. MARY QUEEN OF PEACE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12605);
28. ST. PHILIP NERI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12606);
29. MARY QUEEN OF VIETNAM ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12607);
30. ST. PETER'S ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12608);
31. MARY, HELP OF CHRISTIANS ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12610);
32. ST. PETER ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12611);
33. MATER DOLOROSA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12612);
34. ST. PETER CLAVER ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12613);
35. MOST HOLY NAME OF JESUS ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12614);
36. ST. PAUL THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12615);
37. MOST HOLY TRINITY ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12616);
38. ST. PATRICK'S ROMAN CATHOLIC CHURCH, PORT SULPHUR, LOUISIANA (Case No. 25-12617);
39. OUR LADY OF DIVINE PROVIDENCE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12618);
40. ST. PATRICK'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12619);
41. ST. MICHAEL THE ARCHANGEL ROMAN CATHOLIC CHURCH, PARADIS, LOUISIANA (Case No. 25-12620)
42. OUR LADY OF GRACE ROMAN CATHOLIC CHURCH, RESERVE, LOUISIANA (Case No. 25-12621);
43. ST. MARTIN DE PORRES ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12622);
44. OUR LADY OF LAVANG ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12623);
45. ST. MATTHEW THE APOSTLE ROMAN CATHOLIC CHURCH, RIVER RIDGE, LOUISIANA (Case No. 25-12624);

46. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12625);
47. ST. MARY'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12626);
48. OUR LADY OF LOURDES ROMAN CATHOLIC CHURCH, VIOLET, LOUISIANA (Case No. 25-12627);
49. ST. MARY MAGDALEN ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12628);
50. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, BELLE CHASSE, LOUISIANA (Case No. 25-12629);
51. OUR LADY OF PERPETUAL HELP ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12630);
52. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, CHALMETTE, LOUISIANA (Case No. 25-12632);
53. ST. MARTHA ROMAN CATHOLIC CHURCH, HARVEY, LOUISIANA (Case No. 25-12633);
54. OUR LADY OF PROMPT SUCCOR ROMAN CATHOLIC CHURCH, WESTWEGO, LOUISIANA (Case No. 25-12634)
55. ST. MARK ROMAN CATHOLIC CHURCH, AMA, LOUISIANA (Case No. 25-12635);
56. OUR LADY OF THE HOLY ROSARY ROMAN CATHOLIC CHURCH, HAHNVILLE, LOUISIANA (Case No. 25-12636);
57. OUR LADY OF THE LAKE ROMAN CATHOLIC CHURCH, MANDEVILLE, LOUISIANA (Case No. 25-12637);
58. ST. MARIA GORETTI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12638);
59. OUR LADY OF THE ROSARY ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12639);
60. ST. MARGARET MARY ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12640);
61. RESURRECTION OF OUR LORD ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12641);
62. ST. LUKE THE EVANGELIST ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12642);
63. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA(Case No. 25-12644);
64. ST. LOUIS, KING OF FRANCE, ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12645);
65. SACRED HEART OF JESUS ROMAN CATHOLIC CHURCH, NORCO, LOUISIANA (Case No. 25-12646);
66. ST. KATHARINE DREXEL ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12647);
67. ST. AGNES LE THI THANH ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12650);
68. ST. JOSEPHINE BAKHITA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12651);
69. ST. AGNES ROMAN CATHOLIC CHURCH, JEFFERSON, LOUISIANA (Case No. 25-12652);

70. ST. JOSEPH'S ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12653);
71. ST. JOSEPH THE WORKER ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12654);
72. ST. ANDREW THE APOSTLE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12655);
73. ST. JOSEPH ROMAN CATHOLIC CHURCH, ALGIERS, LOUISIANA (Case No. 25-12657);
74. ST. ANGELA MERICI ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12658);
75. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, FOLSOM, LOUISIANA (Case No. 25-12659);
76. ST. ANN ROMAN CATHOLIC CHURCH AND SHRINE, METAIRIE, LOUISIANA (Case No. 25-12660);
77. ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, EDGARD, LOUISIANA (Case No. 25-12661);
78. ST. JOHN PAUL II ROMAN CATHOLIC CHURCH, WAGGAMAN, LOUISIANA (Case No. 25-12663);
79. ST. ANSELM ROMAN CATHOLIC CHURCH, MADISONVILLE, LOUISIANA (Case No. 25-12664);
80. ST. JOHN OF THE CROSS ROMAN CATHOLIC CHURCH, LACOMBE, LOUISIANA (Case No. 25-12665);
81. ST. ANTHONY OF BARATARIA ROMAN CATHOLIC CHURCH, LAFITTE, LOUISIANA (Case No. 25-12667);
82. ST. JOAN OF ARC ROMAN CATHOLIC CHURCH, LAPLACE, LOUISIANA (Case No. 25-12668);
83. ST. JOACHIM ROMAN CATHOLIC CHURCH, MARRERO, LOUISIANA (Case No. 25-12669);
84. ST. JEROME ROMAN CATHOLIC CHURCH, KENNER, LOUISIANA (Case No. 25-12670);
85. ST. ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, LULING, LOUISIANA (Case No. 25-12671);
86. ST. JANE DE CHANTAL ROMAN CATHOLIC CHURCH, ABITA SPRINGS, LOUISIANA (Case No. 25-12672);
87. ST ANTHONY OF PADUA ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12673);
88. ST. ANTHONY ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12674)
89. ST. AUGUSTINE ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12675);
90. ST. GENEVIEVE ROMAN CATHOLIC CHURCH, SLIDELL, LOUISIANA (Case No. 25-12676);
91. ST. BENEDICT ROMAN CATHOLIC CHURCH, COVINGTON, LOUISIANA (Case No. 25-12677);
92. ST. FRANCIS XAVIER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12678);
93. ST. BENILDE ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12679);

94. ST. FRANCIS OF ASSISI ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12680);
95. ST. BERNARD ROMAN CATHOLIC CHURCH ST. BERNARD, LOUISIANA (Case No. 25-12681);
96. ST. EDWARD THE CONFESSOR ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12682);
97. ST. CATHERINE OF SIENA ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12683);
98. ST. DOMINIC'S ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12684
99. ST. CHARLES BORROMEO ROMAN CATHOLIC CHURCH, DESTREHAN, LOUISIANA (Case No. 25-12685);
100. ST. DAVID ROMAN CATHOLIC CHURCH, NEW ORLEANS, LOUISIANA (Case No. 25-12686);
101. ST. CHRISTOPHER ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12687);
102. ST. CLETUS ROMAN CATHOLIC CHURCH, GRETNA, LOUISIANA (Case No. 25-12688);
103. ST. CLEMENT OF ROME ROMAN CATHOLIC CHURCH, METAIRIE, LOUISIANA (Case No. 25-12689);
104. BLESSED SACRAMENT, INC. (Case No. 25-12690);
105. THE CONGREGATION OF THE HOLY TRINITY ROMAN CATHOLIC CHURCH (Case No. 25-12691);
106. EPIPHANY, INC. (Case No. 25-12692);
107. THE CONGREGATION OF THE ANNUNCIATION ROMAN CATHOLIC CHURCH (Case No. 25-12693);
108. THE CONGREGATION OF ST. CECELIA ROMAN CATHOLIC CHURCH (Case No. 25-12694);
109. IMMACULATE HEART OF MARY, INC. (Case No. 25-12695);
110. INCARNATE WORD, INC. (Case No. 25-12696);
111. THE CONGREGATION OF SAINTS PETER AND PAUL ROMAN CATHOLIC CHURCH (Case No. 25-12697);
112. ST. THERESA OF THE CHILD JESUS, INC. (Case No. 25-12698);
113. OUR LADY OF GOOD HARBOR, INC. (Case No. 25-12699);
114. ST. THERESA OF AVILA, INC. (Case No. 25-12700);
115. OUR LADY OF GOOD COUNSEL, INC. (Case No. 25-12701);
116. ST. ROSE OF LIMA, INC. (Case No. 25-12702);
117. OUR LADY OF LOURDES, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12703);
118. ST. RAYMOND'S, INC. (Case No. 25-12704);
119. OUR LADY OF THE SACRED HEART, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12705);
120. ST. PHILIP THE APOSTLE, INC. (Case No. 25-12706);
121. OUR LADY STAR OF THE SEA, INC. (Case No. 25-12707);
122. ST. MONICA, INC. (Case No. 25-12708);
123. ST. ANN, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12709);
124. ST. MAURICE, INC. (Case No. 25-12710);
125. ST. BONAVENTURE, INC. (Case No. 25-12711);

126. ST. LOUISE DE MARILLAC, INC. (Case No. 25-12712);
127. ST. FRANCES XAVIER CABRINI, INC. (Case No. 25-12713);
128. ST. LAWRENCE THE MARTYR, INC. (Case No. 25-12715);
129. ST. JULIAN EYMARD, INC. (Case No. 25-12716);
130. ST. FRANCIS DE SALLES, INC. (Case No. 25-12717);
131. ST. JOHN THE BAPTIST, NEW ORLEANS, LOUISIANA, INC. (Case No. 25-12718);
132. ST. GABRIEL, INC. (Case No. 25-12719);
133. ST. JOHN BOSCO, INC. (Case No. 25-12720);
134. ST. GERTRUDE, INC. (Case No. 25-12721);
135. ST. JAMES MAJOR, INC. (Case No. 25-12723);
136. ST. HENRY'S, INC. (Case No. 25-12724);
137. ST. HUBERT, INC.(Case No. 25-12725);
138. ARCHDIOCESAN SPIRITUALITY CENTER (Case No. 25-12726);
139. CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12727);
140. CATHOLIC CHARITIES CHILDREN'S DAY CARE CENTERS (Case No. 25-12728);
141. CATHOLIC CHARITIES GROUP HOMES (Case No. 25-12729);
142. CLARION HERALD PUBLISHING COMPANY (Case No. 25-12730);
143. KOREAN CATHOLIC COMMUNITY OF NEW ORLEANS, INC. (Case No. 25-12731);
144. NOTRE DAME SEMINARY (Case No. 25-12732);
145. OUR LADY OF MOUNT CARMEL LATIN MASS COMMUNITY, COVINGTON, LOUISIANA (Case No. 25-12733);
146. PACE GREATER NEW ORLEANS (Case No. 25-12734);
147. PADUA HOUSE (Case No. 25-12735);
148. PHILMAT, INC. (Case No. 25-12736);
149. PROJECT LAZARUS (Case No. 25-12737);
150. ROMAN CATHOLIC CENTER OF JESUS THE LORD (Case No. 25-12738);
151. SCHOOL FOOD AND NUTRITION SERVICES OF NEW ORLEANS, INC. (Case No. 25-12739);
152. SECOND HARVEST FOOD BANK OF GREATER NEW ORLEANS AND ACADIANA (25-12740);
153. ST. JUDE COMMUNITY CENTER, INC. (Case No. 25-12741);
154. ST. MICHAEL SPECIAL SCHOOL (Case No. 25-12742);
155. ST. THERESE CATHOLIC ACADEMY (Case No. 25-12743); and
156. THE SOCIETY FOR THE PROPAGATION OF THE FAITH, ARCHDIOCESE OF NEW ORLEANS (Case No. 25-12744).