# **EXHIBIT "9"**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF** | § | **Section "A"** |
| **THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

## FEE APPLICATION COVER SHEET
### *FIFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | December 29, 2020 / $616,628.22<br>May 20, 2021 / $498,601.19<br>October 26, 2021 / $322,428.45<br>December 14, 2021 / $508,624.47 |
| **Period for which compensation and reimbursement is sought:** | November 1, 2021 through February 28, 2022 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$414,907.50** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$11,020.14** |
| **Fee Application:** | Fifth Interim Fee Application |
| **Total:** | **$425,927.64** |

Locke Lord LLP professionals who rendered services for The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above captioned

1

debtor and debtor-in-possession (the "<u>Debtor</u>") during the Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| C. Davin Boldissar | Partner | $500.00 | 18.20 | $9,100.00 |
| O. F. Kuebel | Partner | $500.00 | 262.60 | $131,300.00 |
| W. Steven Bryant | Partner | $500.00 | 269.80 | $134,900.00 |
| B. C. Knapp | Partner | $425.00 | 245.50 | $104,337.50 |
| N. Dickerson | Partner | $500.00 | 12.70 | $6,350.00 |
| A. H. Katz | Of Counsel | $450.00 | 2.00 | $900.00 |
| C. A. Armstrong | Associate | $350.00 | 0.70 | $245.00 |
| N. Dawson | Associate | $325.00 | 32.00 | $10,400.00 |
| Ashley L. Lohr | Paralegal | $125.00 | 138.50 | $17,312.50 |
| A. Wilson | Litigation Support | $125.00 | 0.40 | $50.00 |
| J. Simonelli | Research Assistant | $125.00 | 0.10 | $12.50 |
| **Total Professional Hours and Fees Sought** | | | **982.50[1]** | **$414,907.50[2]** |

The total hours and fees incurred by Task Code for the Committee during the Application Period are:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 14.6 | $3,925.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 135.9 | $60,440.00 |
| B130 | ASSET DISPOSITION | 60.1 | $28,355.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 125.8 | $59,997.50 |

---

[1] In addition to the professional hours of 982.50 on the invoices, an additional 41.6 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 1,024.1 hours worked.

[2] These invoice amounts total $414,907.50, but as discussed below, additional voluntary reductions of $19,540.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $434,447.50.

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 84.5 | $32,815.00 |
| B170 | Fee/Employment Objections | 51.3 | $25,087.50 |
| B180 | Avoidance Action Analysis | 11.1 | $5,450.00 |
| B190 | Other Contested Matters | 226.9 | $95,185.00 |
| B210 | Business Operations | 1.8 | $855.00 |
| B220 | Employee Benefits/Pensions | 1.8 | $870.00 |
| B310 | Claims Administration and Objections | 82.8 | $25,125.00 |
| B320 | Plan and Disclosure Statement | 185.9 | $76,802.50 |
| | Total Professional Hours and Fees Sought = | 982.50[3] | $414,907.50[4] |

The total amount of expenses by expense type for the Committee during the Application Period are:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $119.30 |
| Westlaw Research | $81.76 |
| Lexis Research | $752.40 |
| Certified Copies 2021136687, Capitol Services Inc., Obtain Certified Copy of Articles with Amendments for Villa St. Maurice, Inc. | $115.00 |
| Postage | $1.99 |
| FedEx Shipments | $23.49 |
| Long Distance Calls | $1.12 |
| Messenger Service 79927, Blaze Logistics LLC, Delivery of Hancock Whitney subpoena docs to our office | $7.50 |

[3] In addition to the professional hours of 982.50 on the invoices, an additional 41.6 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 1,024.1 hours worked.

[4] These invoice amounts total $414,907.50, but as discussed below, additional voluntary reductions of $19,540.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $434,447.50.

3

| Expense Category | Amount |
|---|---|
| Messenger Service 79927, Blaze Logistics LLC, Pick up of documents from Carver Darden in response to subpoena to Hancock Whitney | $7.50 |
| Messenger Service 80467, Blaze Logistics LLC, Pick up package from Locke Lord and delivery to Newman Mathis | $21.25 |
| Messenger Service 80467, Blaze Logistics LLC, Return package from Newman Mathis to Locke Lord | $21.25 |
| Messenger Service 80602, Blaze Logistics LLC, By hand delivery to Baldwin Haspel law firm | $10.00 |
| Filing Fees 02/24/2022, Copy of transcript of hearing held on 2/18/22. | $36.00 |
| Filing Fees 11/24/2021, Payment of transcript for Hearing he | $87.30 |
| Trial Transcripts 70146, SERPAS COURT REPORTING, Transcript of in camera status conference - 1 E-tran copy | $220.75 |
| Depositions and Court Reporters 82245, Kim Tindall & Associates LLC, Patricia Moody on 12-09-2020 - Job #81064 | $880.08 |
| Depositions and Court Reporters 83745, Kim Tindall & Associates LLC, Court reporter hired for verbatim record of evidentiary hearing taken on December 17, 2020 | $2,690.58 |
| Subpoena Fees | $1,760.72 |
| Subpoena Fees 22-0046, Legal Support Services of, Pick up subpoena response from Jamie Savoie at 5th District and deliver to Locke Lord | $60.00 |
| Outside Copy Costs INV122321 52314, FIRST AMERICAN BANK AND TRUST, Subpoena response from First American Bank & Trust | $317.25 |
| Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | $86.80 |
| Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | $5.10 |
| Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 94.24 |
| Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 5.80 |
| Outside Copy Costs 47876, Alliance Overnight Document Service LLC, Mail out of the Order Granting Committee's Application to Retain Stegall Benton Doc #984. | $81.60 |
| Outside Copy Costs 47876, Alliance Overnight Document Service LLC, taxes applied to subtotal | $4.82 |

4

| Expense Category | Amount |
|---|---|
| Outside Copy Costs 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc# 1034) and Notice of Hearing (Doc# 1035) | $320.25 |
| Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | $221.96 |
| Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | $14.36 |
| Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | $212.28 |
| Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | $13.55 |
| Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | $96.38 |
| Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | $6.05 |
| Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | $96.38 |
| Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | $6.05 |
| Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | $90.28 |
| Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | $5.48 |
| Outside Copy Costs 48363, Alliance Overnight Document Service LLC, Mailout of Doc # 1158 Stipulated Order re: Catholic Mutual 2004 Motion | $85.56 |
| Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of court filings | $52.56 |
| Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1165, 1166, and 1168. | $665.26 |
| Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of court filings | $28.42 |
| Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1177, 1179, and 1181. | $459.42 |
| Outside Copy Costs 48594, Alliance Overnight Document Service LLC, mass mailing of Consent Motion motion for Continuance of 12-16 | $91.90 |
| Outside Copy Costs 48622, Alliance Overnight Document Service LLC, Printing and mailing costs for service on docket #1221 and 1222 | $242.62 |
| Outside Copy Costs 48746, Alliance Overnight Document Service LLC, Fees for printing and mailing Docket #1249 | $91.90 |
| Outside Copy Costs 48858, Alliance Overnight Document Service LLC, Service copies and postage for docket #1270 and 1271 (Committee's Statement regarding Status of Rule 2004 Production. | $434.73 |
| Outside Copy Costs 48859, Alliance Overnight Document Service LLC, Copies and postage for service of docket #1289 | $92.00 |

| Expense Category | Amount |
|---|---|
| Outside Copy Costs 48928, Alliance Overnight Document Service LLC, Copies and postage for mailout for docket # 1297, 1298, 1299 | $179.26 |
| Outside legal counsel fees - E&O 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc #1034) and Notice of Hearing (Doc# 1035) | $19.89 |
| **Total Out-of-Pocket Expenses** | **$11,020.14** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | Section "A" |
| THE ARCHDIOCESE OF NEW ORLEANS | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| | § | |

---

### *FIFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>APRIL 14, AT 1:30 P.M. IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; ACCESS CODE 9318283</u>. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "Firm") files its *Fifth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* (the "Application"). In support of this Application covering November 1, 2021 through February 22, 2022 (the "Application Period"), the Firm respectfully states as follows:

### I.  **INTRODUCTION**

In this Application, the Firm seeks the amounts set forth below for work performed from November 1, 2021 through February 28, 2022:

|  | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| November 2021 | $169,939.50 | ($65,692.00) | ($12,025.00) | $92,222.50 | $251.74 | $92,474.24 |
| December 2021 | $149,371.50 | ($62,294.00) | ($2,977.50) | $84,100.00 | $4,644.07 | $88,744.07 |
| January 2022 | $255,777.50 | ($112,945.00) | ($3,287.50) | $139,545.00 | $1,436.48 | $140,981.48 |
| February 2022 | $183,476.50 | ($83,186.50) | ($1,250.00) | $99,040.00 | $4,687.85 | $103,727.85 |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **TOTAL =** | **$425,927.64** |

## II.  JURISDICTION AND VENUE

1.  The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.  BACKGROUND FACTS

**A.  Introduction**

3.  On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese" or the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code.

4.  The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.  On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket #94]. On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel.

B.    **Employment of the Firm**

6.    On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [Docket # 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

7.    On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [Docket # 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

## IV.    WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

8.    The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the Firm's Invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.[5]

9.    The Committee and its counsel have undertaken strenuous efforts to move this case forward towards a resolution of creditor claims, to achieve the goal of the most favorable resolution to unsecured creditors possible.

10.    The actions undertaken include the following:

A.    **Action to Move Forward Resolution of Claims and Plan Negotiations**

11.    As the Committee mentioned before in its previous fee application filed in November 2021, the most probable outcome and resolution of claims in this Bankruptcy Case

---

[5] True and correct copies of the Invoices are attached to the Application as Exhibit "1" and are incorporated by reference herein.

will likely involve a negotiated Chapter 11 plan of reorganization.[6] To that end, the Committee has sought to move this plan-negotiation process forward, including by conducting a comprehensive investigation and analysis of the Debtor's and its various affiliates' financial circumstances and structures. Obtaining this information is critically important to the success of any meaningful negotiations over a proposed Chapter 11 plan.

12.     The Committee, together with its counsel, has undertaken significant work in this regard during the Application Period, including without limitation the following:

- The Committee continues to investigate the Debtor's financial condition, assets, and operations. This process has involved a detailed examination of substantial information and documents provided by the Debtor in response to the Committee's still-pending Rule 2004 motion. For nearly a year, the Court has held hearings over this Rule 2004 motion and addressed both the Committee's document requests to the Debtor and the Debtor's responses and objections to them. Additionally, at the Debtor's request, the Committee pursued banking records directly from the Debtor's financial institutions, through multiple subpoenas addressed to those parties.

- During the Application Period, the Committee also continued to propound and pursue document and information requests to certain affiliates of the Debtor known as the "Apostolates" and likewise addressed the Apostolates' responses to those requests. In addition, the Committee also expended considerable time examining documents and information produced by the Apostolates and determining which of these additional documents might assist the Committee in preparing to mediate with the Debtor over a potential, negotiated Chapter 11 plan.

- The Committee ramped up its investigation of potential actions relating to specific assets and funds that are asserted to be held by the Debtor and/or affiliates. The Committee, in conjunction with the Official Unsecured Committee of Commercial Creditors (the "Commercial Committee") also began examining possible avoidance actions owned by the Debtor's estate as well as the possibility of reaching a tolling agreement with counsel for the Apostolates in order to toll potential related-party avoidance actions against these parties.

- The Committee professionals conducted further detailed analysis and assessment of both non-abuse and abuse claims in further preparation for mediation and potential plan-confirmation proceedings.

- The Committee continued its review and investigation of potential plan structuring and terms, including financial and non-monetary terms that may be included in any potential Chapter 11 plan of reorganization of the Debtor.

---

[6] All rights are reserved in connection with the Court's order denying the Committee's motion to dismiss this Bankruptcy Case.

**B.**     **Other Motions and Requests for Relief**

13.     Besides these critical issues, the Committee also addressed various additional matters during the Application Period, such as the following:

- The Committee responded to certain continuing internal child-protection issues involving the Debtor that were revealed during document production and also addressed the Debtor's subsequent motion alleging a related disclosure of potential confidential information.

- The Committee responded to the Debtor's request to retain The McEnery Company to conduct a marketing plan and analysis for the Debtor and to establish *de minimis* sales procedures for the sale of certain *de minimis* real property of the Debtor.

- The Committee addressed the Debtor's request to retain The McEnery Company to serve as a commercial broker for the sale of the Debtor's real property located at 1000 Howard Avenue, New Orleans, Louisiana, 70113.

- The Committee analyzed the Debtor's request to expand the scope of the Debtor's previous retention of Willis Towers Watson and raised certain questions with the Debtor about that expanded retention.

- The Committee retained Rock Creek Advisors, LLC, as its pension financial advisor, so that the Committee could begin analyzing in earnest the Debtor's various pension and benefits-related liabilities.

## V.     **PROJECT CATEGORIES**

14.     The Invoices break down the legal services rendered into project categories as required by the Office of the United States Trustee. The twelve (12) pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Meetings & Communications with Creditors (B150), (5) Fee/Employment Applications (B160), (6) Fee/Employment Objections (B170), (7) Avoidance Action Analysis (B180), (8) Other Contested Matters (B190), (9) Business Operations (B210), (10) Employee Benefits/Pensions (B220), (11) Claims Administration and Objections (B310), and (12) Plan and Disclosure Statement (B320).

15.     The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as

11

well as the following: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes the services rendered by the Firm to the Committee in each of the twelve (12) project categories during the Application Period:

## A.    Case Administration (Category Code B110)

16.    The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements.

17.    The Firm expended 14.6 hours of professional time on services in this category. The Firm's professional fees in this category total $3,925.00. Therefore, the Firm's blended hourly rate is $268.84/hour.[7]

## B.    Asset Analysis and Recovery (Category Code B120)

18.    The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtors' bankruptcy estates.

19.    The Firm expended 135.9 hours of professional time on services in this category. The Firm's professional fees in this category total $60,440.00.  Therefore, the Firm's blended hourly rate is $444.74/hour.

## C.    Asset Disposition (Category Code B130)

20.    The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates.

21.    The Firm expended 60.1 hours of professional time on services in this category.

---

[7] The blended rates as broken out by project categories do not reflect the substantial voluntary discounts and "no charge" entries on the invoices.  Therefore the actual blended rates are lower.  As noted in Paragraph 59 below, the overall blended rate, when taking into account all voluntary reductions, is $405.14 per hour.

The Firm's professional fees in this category total <u>$28,355.00</u>. Therefore, the Firm's blended hourly rate is <u>$471.80/hour</u>.

**D.      Meetings & Communications with Creditors (Category Code B150)**

22.      The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, including without limitation all consultation with the Committee and its members, including holding regular meetings of the Committee and counsel to the Committee's members.

23.      The Firm expended <u>125.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$59,997.50</u>. Therefore, the Firm's blended hourly rate is <u>$476.93/hour.</u>

**E.      Fee/Employment Applications (Category Code B160)**

24.      The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications.

25.      The Firm expended <u>84.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$32,815.00</u>. Therefore, the Firm's blended hourly rate is <u>$388.34/hour</u>.

**F.      Fee/Employment Objections (Category Code B170)**

26.      The category of **Fee/Employment Objections** involves, preparing and filing objections to employment and fee applications.

27.      The Firm expended <u>51.3</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$25,087.50</u>. Therefore, the Firm's blended hourly rate is <u>$489.04/hour</u>.

## G.    Avoidance Action Analysis (Category Code B180)

28.    The category of **Avoidance Action Analysis** involves the review and analysis of potential avoidance actions that the Debtor's bankruptcy estate may under Chapter 5 of the Bankruptcy Code.

29.    The Firm expended <u>11.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$5,450.00</u>. Therefore, the Firm's blended hourly rate is <u>$490.99/hour</u>.

## H.    Other Contested Matters (Category Code B190)

30.    The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories.

31.    The Firm expended <u>226.9</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$95,185.00</u>. Therefore, the Firm's blended hourly rate is <u>$419.50/hour</u>.

## I.    Business Operations (Category Code B210)

32.    The category of **Business Operations** consists of all matters that concern the Debtor's operating as a debtor-in-possession under Chapter 11 of the Bankruptcy Code and its operations, including issues, objections, and resolution of "first day" motions and other motions concerning operations.

33.    The Firm expended <u>1.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$855.00</u>. Therefore, the Firm's blended hourly rate is <u>$475.00/hour</u>.

## J.    Employee Benefits/Pensions (Category Code B220)

34.    The category of **Employee Benefits/Pensions** consists of employment, benefits,

and employee-related matters.

35.     The Firm expended 1.8 hours of professional time on services in this category. The Firm's professional fees in this category total $870.00. Therefore, the Firm's blended hourly rate is $483.33/hour.

**K.      Claims Administration & Objections (Category Code B310)**

36.     The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor.

37.     The Firm expended 82.8 hours of professional time on services in this category. The Firm's professional fees in this category total $25,125.00. Therefore, the Firm's blended hourly rate is $303.44/hour.

**L.      Plan and Disclosure Statement (Category Code B320)**

38.     The category of **Plan and Disclosure Statement** encompasses matters related to the formulation and presentation of a Chapter 11 plan and disclosure statement, including without limitation mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor and document-discovery necessary to ensure that the Committee is prepared for both mediation and plan confirmation.

39.     The Firm expended 185.9 hours of professional time on services in this category. The Firm's professional fees in this category total $76,802.50. Therefore, the Firm's blended hourly rate is $413.14/hour.

**VI.      REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

40.     Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices

(the "Expense Record"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has made no request for general overhead expenses.

41.     The Firm's various expenses were necessary and reasonable. For instance, copying and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case—a significant expense given the large number of parties on the Debtor's service list and the multiple pleadings and other filings made in these cases.

42.     In general, the Firm strived to minimize all expenses. Online and PACER research was utilized only when an attorney believed that the benefits of computerized research outweighed the cost of such research and that the costs would be less than those incurred in utilizing traditional research methods.

43.     The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $119.30 |
| Westlaw Research | $81.76 |
| Lexis Research | $752.40 |
| Certified Copies 2021136687, Capitol Services Inc., Obtain Certified Copy of Articles with Amendments for Villa St. Maurice, Inc. | $115.00 |
| Postage | $1.99 |
| FedEx Shipments | $23.49 |
| Long Distance Calls | $1.12 |
| Messenger Service 79927, Blaze Logistics LLC, Delivery of Hancock Whitney subpoena docs to our office | $7.50 |
| Messenger Service 79927, Blaze Logistics LLC, Pick up of documents from Carver Darden in response to subpoena to Hancock Whitney | $7.50 |

| Expense Category | Amount |
|---|---|
| Messenger Service 80467, Blaze Logistics LLC, Pick up package from Locke Lord and delivery to Newman Mathis | $21.25 |
| Messenger Service 80467, Blaze Logistics LLC, Return package from Newman Mathis to Locke Lord | $21.25 |
| Messenger Service 80602, Blaze Logistics LLC, By hand delivery to Baldwin Haspel law firm | $10.00 |
| Filing Fees 02/24/2022, Copy of transcript of hearing held on 2/18/22. | $36.00 |
| Filing Fees 11/24/2021, Payment of transcript for Hearing he | $87.30 |
| Trial Transcripts 70146, SERPAS COURT REPORTING, Transcript of in camera status conference - 1 E-tran copy | $220.75 |
| Depositions and Court Reporters 82245, Kim Tindall & Associates LLC, Patricia Moody on 12-09-2020 - Job #81064 | $880.08 |
| Depositions and Court Reporters 83745, Kim Tindall & Associates LLC, Court reporter hired for verbatim record of evidentiary hearing taken on December 17, 2020 | $2,690.58 |
| Subpoena Fees | $1,760.72 |
| Subpoena Fees 22-0046, Legal Support Services of, Pick up subpoena response from Jamie Savoie at 5th District and deliver to Locke Lord | $60.00 |
| Outside Copy Costs INV122321 52314, FIRST AMERICAN BANK AND TRUST, Subpoena response from First American Bank & Trust | $317.25 |
| Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | $86.80 |
| Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | $5.10 |
| Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 94.24 |
| Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 5.80 |
| Outside Copy Costs 47876, Alliance Overnight Document Service LLC, Mail out of the Order Granting Committee's Application to Retain Stegall Benton Doc #984. | $81.60 |
| Outside Copy Costs 47876, Alliance Overnight Document Service LLC, taxes applied to subtotal | $4.82 |
| Outside Copy Costs 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc #1034) and Notice of Hearing (Doc# 1035) | $320.25 |

| Expense Category | Amount |
|---|---|
| Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | $221.96 |
| Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | $14.36 |
| Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | $212.28 |
| Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | $13.55 |
| Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | $96.38 |
| Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | $6.05 |
| Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | $96.38 |
| Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | $6.05 |
| Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | $90.28 |
| Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | $5.48 |
| Outside Copy Costs 48363, Alliance Overnight Document Service LLC, Mailout of Doc # 1158 Stipulated Order re: Catholic Mutual 2004 Motion | $85.56 |
| Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of court filings | $52.56 |
| Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1165, 1166, and 1168. | $665.26 |
| Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of court filings | $28.42 |
| Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1177, 1179, and 1181. | $459.42 |
| Outside Copy Costs 48594, Alliance Overnight Document Service LLC, mass mailing of Consent Motion motion for Continuance of 12-16 | $91.90 |
| Outside Copy Costs 48622, Alliance Overnight Document Service LLC, Printing and mailing costs for service on docket #1221 and 1222 | $242.62 |
| Outside Copy Costs 48746, Alliance Overnight Document Service LLC, Fees for printing and mailing Docket #1249 | $91.90 |
| Outside Copy Costs 48858, Alliance Overnight Document Service LLC, Service copies and postage for docket #1270 and 1271 (Committee's Statement regarding Status of Rule 2004 Production. | $434.73 |
| Outside Copy Costs 48859, Alliance Overnight Document Service LLC, Copies and postage for service of docket #1289 | $92.00 |
| Outside Copy Costs 48928, Alliance Overnight Document Service LLC, Copies and postage for mailout for docket # 1297, 1298, 1299 | $179.26 |

| Expense Category | Amount |
|---|---|
| Outside legal counsel fees - E&O 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc #1034) and Notice of Hearing (Doc# 1035) | $19.89 |
| **Total Out-of-Pocket Expenses** | **$11,020.14** |

44.     The Firm requests that the Court grant it reimbursement for $11,020.14 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VII.     VOLUNTARY REDUCTIONS

45.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The invoices reflect reductions of $19,540.00 (41.6 billable hours) for work performed but not charged to the Committee during the Application Period, with such entries being marked as "No Charge."

## VIII.     STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

46.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis in accordance with the Firm's ordinary and customary rates (discounted as set forth in the Retention Application), plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with these Bankruptcy Cases except as this Court may approve.

47.     As of today's date, the Firm has received $1,945,740.52 as approved by the Court

19

(on December 29, 2020, May 20, 2021, October 26, 2021, and December 14, 2021) on the Firm's first, second, third, and fourth interim applications, and in addition, the following interim, monthly payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases, on account of the following invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount |
|---|---|---|---|---|
| 1696600 | 12/21/2021 | $92,474.24 | 1/28/2022 | ($74,029.74) |
| 1700463 | 1/19/2022 | $88,744.07 | 2/17/2022 | ($71,924.07) |
| 1707476 | 2/24/2022 | $140,981.48 | -- | -- |
| 1712668 | 3/22/2022 | $103,727.85 | -- | -- |
| | | | | |
| | | **TOTAL =** | | **$145,953.81** |

48.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, <u>except</u> that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

49.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in these Bankruptcy Cases. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

50.    This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

51.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12)

awards in similar cases.[8] Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

52.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 1,024.1[9] hours during the Application Period for a total fee of $414,907.50. Including the 41.6 hours worked but not charged, the blended hourly rate is therefore **$405.14/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

## The Novelty and Difficulty of the Questions Presented

53.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing all these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to address these questions. This factor therefore favors granting the Firm its requested award.

## The Skill Required to Perform the Services

54.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of such skill and expertise to efficiently resolve these issues. The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate attorney or staff person for

---

[8] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[9] This includes the 41.6 hours worked but not charged.

any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

**Preclusion of Other Employment Due to Acceptance of the Case**

55.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. Nonetheless, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. For this reason, this factor favors granting the award the Firm has sought.

**The Customary Fee**

56.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are comparable to other similar-situated firms. These rates also reflect substantial voluntary reductions of $19,540.00.

57.     Thus, the blended hourly rate on this matter of **$405.14/hour** is reasonable and reflects market rates or below-market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

58.     The Firm's fees for services rendered in this Bankruptcy Case are based on its

regular hourly rates, discounted as set forth in the Retention Application and subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

59.    The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Application Period that required the Firm's immediate attention.  Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

60.    The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees the Firm seeks to approve in this Application are commensurate with the issues in this case.

**The Experience, Reputation, and Ability of the Attorneys**

61.    The Firm's attorneys have significant experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

**The "Undesirability" of the Bankruptcy Cases**

62.    Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged are far below the Firm's standard rates. The complex, risky, and complicated nature of this Bankruptcy Case continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

63.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

**Awards in Similar Cases**

64.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case. In addition, the fees sought by Committee counsel are substantially less than the fees sought by the Debtor's professionals.

65.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     CONCLUSION

66.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. The Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Orders, the Fee Procedures Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's procedures.

67.     The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to ***$425,927.64.*** The requested award (the "Award") consists of $414,907.50 in fees and $11,020.14 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtors' estate under Bankruptcy Code § 503; (iii) directing the Archdiocese to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: March 24, 2022          Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
       rkuebel@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on March 24, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 25, 2022.

*/s/ W. Steven Bryant*
W. Steven Bryant



# Locke
# Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

December 21, 2021
Invoice No.: 1696600

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2021

$92,474.24

| | |
|---|---|
| File Number: | 0107766.00001 |
| Re: | Bankruptcy of the Archdiocese of New Orleans |

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/02/21 | NO CHARGE -- Confer with B. Knapp and work on order submission (0.2) | CDB | 0.00 | 0.00 |
| 11/03/21 | Communications with attorney team re: Omnibus Hearings in November and December and associated deadlines. | ALL | 0.50 | 62.50 |
| 11/04/21 | NO CHARGE -- Confer and discuss transition of case administration matters with S. Bryant (0.3) | CDB | 0.00 | 0.00 |
| 11/04/21 | Review and download documents re: Louisiana Public Facilities Authority Refunding Revenue Bonds (Archdiocese of New Orleans Project) Series 2017 in preparation of attorney review. | ALL | 1.50 | 187.50 |
| 11/05/21 | Review and download documents re: Louisiana Public Facilities Authority Refunding Revenue Bonds (Archdiocese of New Orleans Project) Series 2017 in preparation of attorney review. | ALL | 1.20 | 150.00 |
| 11/05/21 | NO CHARGE -- Confer with B. Knapp re communication items for Committee (0.1) | CDB | 0.00 | 0.00 |
| 11/18/21 | Communications with the docketing department re: upcoming deadlines (.20); review Omnibus Hearing Dates for 2022 (.20); communications with attorney team re: deadlines associated with Omnibus Hearings (.20). | ALL | 0.60 | 75.00 |
| 11/18/21 | Review Memo to Record from hearing held 11/18/2021. | ALL | 0.20 | 25.00 |
| 11/24/21 | Multiple correspondence on court filings, multiple fee applications and correspond regarding the same (0.5) | OFK | 0.50 | 250.00 |

Atlanta ✦ Austin ✦ Boston ✦ Chicago ✦ Cincinnati ✦ Dallas ✦ Hartford ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ Miami ✦ Princeton ✦ New Orleans ✦ New York ✦ Providence ✦ San Francisco ✦ Stamford ✦ Washington DC ✦ West Palm Beach



**EXHIBIT 1**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 2

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/21 | NO CHARGE--Research re: procedure for filing Motion to Withdraw D. Boldissar. | ALL | 0.00 | 0.00 |
| | | | **4.50** | **$750.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/21 | Multiple emails regarding discovery correspondence and supplemental court submission (0.5) | OFK | 0.50 | 250.00 |
| 11/02/21 | Continued analysis of claims and damages issues in preparation for mediation (1.2); revise order resolving Catholic Mutual Rule 2004 examination motion (0.2); correspondence with Court regarding Rule 2004 resolution (0.1). | BCK | 1.50 | 637.50 |
| 11/02/21 | Receipt and review of emails regarding post-petition discovery (0.4) Receipt and review of multiple correspondence with BRG on NDCE discovery (0.8) Receipt and review of 10/21 transcript and review court's request on discovery briefing and correspond regarding the same (0.4) | OFK | 1.60 | 800.00 |
| 11/03/21 | Continued work on NDCE discovery issues with BRG (0.5) Correspond on 2004 motion support (0.4) | OFK | 0.90 | 450.00 |
| 11/04/21 | Analysis of Apostolate discovery status for asset analysis and next steps. | BCK | 1.20 | 510.00 |
| 11/04/21 | Prepare for and participate in call with BRG team to review NDCE asset discovery on real estate assets, investment accounts and other assets (1.3) Call with Mr. Draper regarding BRG access electronic reports (0.2) Work on NDCE real estate asset holding /value (0.8) | OFK | 2.30 | 1,150.00 |
| 11/05/21 | Follow-up correspond on NDCE discovery conference with BRG to review NDCE financials and investment account info (0.5) Work on outline of discovery email /letter to Draper (0.5) | OFK | 1.00 | 500.00 |
| 11/09/21 | Continued analysis of real estate holdings. | BCK | 0.80 | 340.00 |
| 11/09/21 | Work on property analysis spreadsheet and work with B. Knapp re same (0.2) | CDB | 0.20 | 100.00 |
| 11/09/21 | Multiple emails with BRG and state court counsel on certain NDCE asset discovery diligence (0.7) Multiple correspondence on abuse records discovery (0.4) | OFK | 1.10 | 550.00 |
| 11/10/21 | Continued review of real estate information. | BCK | 0.70 | 297.50 |
| 11/10/21 | Multiple correspondence on NDCE asset due diligence with BRG team and state court counsel (0.7) | OFK | 0.70 | 350.00 |
| 11/11/21 | Continue reviewing real estate records to analyze available real estate assets. | BCK | 1.10 | 467.50 |
| 11/11/21 | Correspond with Mr. Mintz (0.2) Read and forward bond notice and correspond with BRG team regarding the same (0.9) Correspond with BRG on NDCE asset discovery (0.4) | OFK | 1.50 | 750.00 |
| 11/15/21 | Multiple emails with BRG & Andy on NDCE discovery (0.5) Prepare for and participate in call with NDCE (0.5) | OFK | 1.00 | 500.00 |
| 11/16/21 | Follow-up correspondence on asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 11/17/21 | Correspond/call on NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 3

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/18/21 | Continued work on NDCE asset discovery (0.4) | OFK | 0.40 | 200.00 |
| 11/19/21 | NO CHARGE--Continued work / correspondence on NDCE discovery (0.4) | OFK | 0.00 | 0.00 |
| 11/22/21 | Correspond / call with Mr. Mintz regarding appraisal / asset valuation issues (0.4) Work on real estate valuation issues (0.5) | OFK | 0.90 | 450.00 |
| 11/23/21 | Receipt and review of email from Doug Stewart regarding discovery and reply to the same (0.2) | OFK | 0.20 | 100.00 |
| 11/23/21 | Continue analysis of real estate interests and appraisal needs. | BCK | 1.20 | 510.00 |
| 11/24/21 | Correspond with Commercial Committee counsel regarding shared discovery (0.3) Correspond on real estate asset discovery (0.5) | OFK | 0.80 | 400.00 |
| 11/29/21 | Prepare for and participate in call with commercial committee counsel to review discovery and claims access issues and follow-up emails regarding the same (1.2) Continued work on asset valuation / real estate appraisal authorizations / list. (1.0) | OFK | 2.20 | 1,100.00 |
| 11/30/21 | Multiple emails on NDCE discovery status / 2004 motion (0.5) Multiple correspondence on appraisal / valuation reports on ANO assets (0.5) | OFK | 1.00 | 500.00 |
| 11/30/21 | Coordinate and correspondence re weekly conference with ANO and real estate issues (0.1) | CDB | 0.10 | 50.00 |
| | | | **23.90** | **$11,462.50** |
| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
| 11/01/21 | Draft, edit, and revise Agenda for tomorrow's counsel-only meeting (0.5); correspond via email with Davin Boldissar and Brad Knapp about the Agenda and various issues related to tomorrow's meeting (0.3); further correspond via email with Mr. Boldissar about these issues (0.1). | WSB | 0.90 | 450.00 |
| 11/01/21 | Correspondence with committee regarding mediation (0.1); analysis of committee meeting open items (0.2). | BCK | 0.30 | 127.50 |
| 11/01/21 | Correspondence re weekly meetings and analysis with Committee (0.1) | CDB | 0.10 | 50.00 |
| 11/02/21 | Correspond via email with Committee member counsel to address various issues in connection with today's counsel-only conference call (0.2); conduct today's weekly counsel-only conference call (1.6). | WSB | 1.80 | 900.00 |
| 11/02/21 | Attend weekly Committee videoconference (counsel only) (1.5) | CDB | 1.50 | 750.00 |
| 11/02/21 | Prepare for and participate in abuse counsel meeting and report on discovery, mediation and Motion To Dismiss (1.5) | OFK | 1.50 | 750.00 |
| 11/04/21 | Correspond with UCC chair regarding plan mediation and Motion To Dismiss appeal (0.4) | OFK | 0.40 | 200.00 |
| 11/05/21 | Call with UCC chair regarding plan mediation process/non-monetary plan provision (1.0) | OFK | 1.00 | 500.00 |
| 11/05/21 | Prepare materials for committee meeting (0.5); analysis of committee website update issues (0.2). | BCK | 0.70 | 297.50 |
| 11/08/21 | Attend weekly videoconference meeting for full Committee (1.3) | CDB | 1.30 | 650.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 4

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/08/21 | Conference with committee members regarding upcoming motions and mediation issues. | BCK | 1.30 | 552.50 |
| 11/08/21 | Attend today's bi-weekly meeting of the Committee and address critical pending matters. | WSB | 1.30 | 650.00 |
| 11/09/21 | Conference with committee counsel regarding mediation strategy and preparation items. | BCK | 1.00 | 425.00 |
| 11/09/21 | NO CHARGE - Attend weekly Committee videoconference meeting (counsel only) (1.0) | CDB | 0.00 | 0.00 |
| 11/09/21 | Prepare for and provide report to abuse counsel on multiple subjects (1.2) | OFK | 1.20 | 600.00 |
| 11/11/21 | Correspond via email with Linda Cantor regarding the required revisions to the Committee website and related issues. | WSB | 0.30 | 150.00 |
| 11/15/21 | Prepare materials for committee meeting (0.4); correspondence with committee regarding meetings (0.2). | BCK | 0.60 | 255.00 |
| 11/16/21 | Conference with committee regarding preparation items for upcoming mediation. | BCK | 1.20 | 510.00 |
| 11/16/21 | Prepare for and participate in call with Debtor on open hearing issues /mediation plan (0.4) Prepare for and participate / provide report to Abuse counsel (1.2) | OFK | 1.60 | 800.00 |
| 11/16/21 | NO CHARGE -- Attend weekly Committee conference (counsel only) via videoconference (1.1) | CDB | 0.00 | 0.00 |
| 11/17/21 | Correspond with UCC Chair on 11/11 docket (0.4) | OFK | 0.40 | 200.00 |
| 11/18/21 | Correspondence with counsel for Committee members (BW) (0.1) | CDB | 0.10 | 50.00 |
| 11/18/21 | Receive call from counsel for claimants (RS) to answer questions and discuss status (0.6) | CDB | 0.60 | 300.00 |
| 11/18/21 | Receipt and review of correspondence from Mr. Stetter and UCC Chair and reply to the same (0.5) | OFK | 0.50 | 250.00 |
| 11/19/21 | Multiple correspondence with state court counsel on mediation/plan issues including certain 1129(a) factors and quantum defenses (1.2) Revise UCC memo and send to James Stang (0.4) | OFK | 1.60 | 800.00 |
| 11/22/21 | Prepare for and report to UCC at committee meeting (1.2) | OFK | 1.20 | 600.00 |
| 11/22/21 | NO CHARGE -- Attend weekly Committee meeting via videoconference (1.2) | CDB | 0.00 | 0.00 |
| 11/22/21 | Attend committee conference regarding mediation preparation. | BCK | 1.20 | 510.00 |
| 11/23/21 | Prepare agenda for committee counsel meeting (0.2); attend committee counsel meeting (1.5). | BCK | 1.70 | 722.50 |
| 11/23/21 | NO CHARGE -- Attend weekly Committee meeting (counsel only) via videoconference (1.5) | CDB | 0.00 | 0.00 |
| 11/23/21 | Prepare for and provide reports at counsel meeting (1.4) | OFK | 1.40 | 700.00 |
| 11/24/21 | Correspond with state court counsel on discovery question (0.4) | OFK | 0.40 | 200.00 |
| 11/29/21 | Correspondence with committee regarding meetings (0.1); prepare committee agenda (0.4); review proposed agenda for mediation preparation meetings (0.6). | BCK | 1.10 | 467.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 5

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/30/21 | NO CHARGE -- Attend weekly Committee meeting (counsel only) via videoconference (1.3) | CDB | 0.00 | 0.00 |
| 11/30/21 | Attend committee meeting regarding mediation preparation. | BCK | 1.10 | 467.50 |
| 11/30/21 | Review and revise the agenda for today's counsel-only call (0.3); forward the agenda to the state-court counsel with a further brief explanation of the subject of today's call (0.3); attend today's counsel-only conference call to discuss outstanding matters (1.3). | WSB | 1.90 | 950.00 |
| 11/30/21 | Prepare for and participate/provide report at state court counsel meeting (1.3) | OFK | 1.30 | 650.00 |
| | | | **32.50** | **$15,485.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/21 | Assist with drafting letter to M. Mintz re: payment of balance from Locke Lord's Third Interim Fee Application. | ALL | 1.10 | 137.50 |
| 11/01/21 | NO CHARGE -- Correspondence re fee applications and timing (0.1); draft letter requesting payment of balance due (0.1) | CDB | 0.00 | 0.00 |
| 11/02/21 | Assist with drafting letter to M. Mintz re: payment of balance from Locke Lord's Third Interim Fee Application (.50); assist with drafting letter to M. Mintz re: payment of balance of Zobrio's Fee Application (.90). | ALL | 1.40 | 175.00 |
| 11/03/21 | Multiple email correspondences with Ryan Thessing at Zobrio regarding the new monthly fee statement requirements (0.4); finalize instruction letters to the Debtor's counsel requesting final payment of the Locke Lord and Zobrio amounts owed under the most recently approved fee orders (0.5); correspond via email with Davin Boldissar about the new fee arrangements (0.3). | WSB | 1.20 | 600.00 |
| 11/03/21 | Review, finalize, and serve letter re: payment of outstanding balance owed on Locke Lord's February 2021 through May 2021 invoices (.40); review, finalize, and serve letter re: payment of outstanding balance owed to Zobrio, Inc. (.40). | ALL | 0.80 | 100.00 |
| 11/04/21 | Communications with S. Bryant re: preparation of Fee Statement for Zobrio, Inc. | ALL | 0.30 | 37.50 |
| 11/04/21 | Edit and revise the Monthly Fee Statement for Zobrio (0.3); begin monthly fee statement for Locke Lord (0.4); correspond via email with Ryan Thessing at Zobrio about the pending payments (0.2). | WSB | 0.90 | 450.00 |
| 11/08/21 | NO CHARGE -- Work on and draft fee statement for August through October fees and expenses (0.8) | CDB | 0.00 | 0.00 |
| 11/10/21 | NO CHARGE -- Work on fee statement for most recent invoices and coordinate for filing of fee application (0.2); work with A. Lohr re same (0.2); work and confer with S. Bryant re same (0.1) | CDB | 0.00 | 0.00 |
| 11/10/21 | Review Zobrio Inc. invoices and prepare monthly transmittal documents for the Zobrio fees for August, September and October according to the new protocol (1.0); correspond via email with Ashley Lohr regarding the Zobrio and Locke Lord fee applications (0.2); begin preparing the Locke Lord fee application in conjunction with Ms. Lohr (0.7). | WSB | 1.90 | 950.00 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/10/21 | Teleconference with D. Boldissar re: drafting of Locke Lord's Fourth Fee Application (.20); review court calendar re: matters to be heard on November 18th (.10). | ALL | 0.30 | 37.50 |
| 11/10/21 | Email correspondence with S. Bryant re: preparation and service of the Monthly Fee and Expense Statement of Zobrio for the period of August 31, 2021 through October 31, 2021. | ALL | 0.40 | 50.00 |
| 11/11/21 | Further correspond via email with Colleen White at Zobrio confirming that the final version of its monthly fee application is complete (0.2); correspond via email with Ashley Lohr about this final application (0.1); prepare Locke Lord monthly fee statement and its draft Fourth Interim Fee Application (3.6). | WSB | 3.90 | 1,950.00 |
| 11/11/21 | Draft and revise Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from August 1, 2021 through October 31, 2021. | ALL | 2.20 | 275.00 |
| 11/11/21 | Review email correspondence re: service of Zobrio's monthly fee statement (0.7); review, revise, finalize, and serve Zobrio's monthly fee statement (0.2). | ALL | 0.90 | 112.50 |
| 11/12/21 | Continue to prepare the next interim fee application for Locke Lord (0.9); correspond via email with Ashley Lohr concerning these issues and the preparation of LEDES files for the United States Trustee (0.3). | WSB | 1.20 | 600.00 |
| 11/15/21 | Review invoices and monthly fee and expense statements and calculate totals in preparation of drafting Fourth Fee Application. | ALL | 0.90 | 112.50 |
| 11/16/21 | Review invoices and monthly fee and expense statements and calculate totals in preparation of drafting Fourth Fee Application. | ALL | 2.10 | 262.50 |
| 11/17/21 | Communications with attorney team re: drafting of fourth fee application. | ALL | 0.20 | 25.00 |
| 11/17/21 | Revise invoices in preparation for upcoming fee application. | BCK | 0.50 | 212.50 |
| 11/17/21 | Draft, edit, and revise the Locke Lord fourth interim fee application (3.1); edit and revise the Zobrio fee application (1.2); correspond via email with Ashley Lohr regarding the Locke Lord fourth interim fee application (0.2); further edit and revise the Locke Lord fee application (1.3). | WSB | 5.80 | 2,900.00 |
| 11/18/21 | Revise fee invoices for fee application process. | BCK | 0.50 | 212.50 |
| 11/18/21 | Correspond via email with Brad Knapp regarding proposed revisions to the Fourth Interim Locke Lord fee application (0.2); edit and revise the fee application (1.3); correspond via email with Ashley Lohr concerning the application's preparation (0.1); edit and revise the application (0.5). (2.10 Total; 1.0 NO CHARGE) | WSB | 1.10 | 550.00 |
| 11/19/21 | Correspond via email with Ashley Lohr concerning additional revisions to the Locke Lord fee application (0.2); analyze issues presented by the application with Brad Knapp (0.2). | WSB | 0.40 | 200.00 |
| 11/22/21 | Analysis of revisions to fee application. | BCK | 0.30 | 127.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 7

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/22/21 | Further draft, edit, and revise Locke Lord fee application (1.4); prepare detailed analysis of all entries and write-offs for use in drafting the fee application (2.7); analyze with Davin Boldissar additional issues presented in the fee application (0.5); correspond via email with Ashley Lohr regarding these fee applications (0.3); coordinate Committee applications with Linda Cantor at Pachulski Stang and address these matters with her via telephone conference (0.4); further edit and revise the fee application (1.2). | WSB | 6.50 | 3,250.00 |
| 11/22/21 | Teleconference with S. Bryant re: drafting of Locke Lord's Fourth Fee Application (.20); assist with drafting fee application (5.40). | ALL | 5.60 | 700.00 |
| 11/22/21 | NO CHARGE -- Draft narrative for fee application (1.2) | CDB | 0.00 | 0.00 |
| 11/22/21 | NO CHARGE -- Confer and work with S. Bryant re fee applications and statements and process for same (0.4) | CDB | 0.00 | 0.00 |
| 11/23/21 | Assist with drafting Locke Lord's Fourth Fee Application in preparation of e-filing (1.9); review, finalize, and e-file Locke Lord's Fourth Fee Application (.60). | ALL | 2.50 | 312.50 |
| 11/23/21 | Draft Notice of Hearing for Locke Lord's Fourth Fee Application and Zobrio's Second Fee Application. | ALL | 0.40 | 50.00 |
| 11/23/21 | Prepare exhibits re: the Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from August 1, 2021 through October 31, 2021. | ALL | 0.30 | 37.50 |
| 11/23/21 | Draft, edit, and finalize the Locke Lord Fourth Interim Fee Application (2.7); correspond via email with Ashley Lohr to arrange for the filing and service of the Locke Lord application (0.2); edit and finalize the Zobrio fee application (0.5); correspond via email with Ms. Lohr about this application (0.1); send email to Ryan Thessing at Zobrio regarding the Zobrio application (0.2). | WSB | 3.70 | 1,850.00 |
| 11/24/21 | Review, finalize, and e-file Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from August 1, 2021 through October 31, 2021 (.50); review, finalize, and e-file Notice of Hearing (.40); coordinate mailing of Zobrio and Locke Lord's Fee Applications (.30). | ALL | 1.20 | 150.00 |
| 11/24/21 | Draft, edit, and revise the monthly fee statement for Locke Lord for the period from August 1, 2021 through October 31, 2021 (1.0); correspond via email with Davin Boldissar and Ashley Lohr concerning this most recent statement (0.1); draft transmittal email to the various notice parties (0.3); forward the transmittal email and the August-October 2021 fee statement to the various notice parties (0.1). | WSB | 1.50 | 750.00 |
| | | | **50.00** | **$17,177.50** |
| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
| 11/12/21 | Review the Debtor's Notice retaining the firm, Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP (0.4); correspond via email with Brad Knapp and Ashley Lohr regarding this retention (0.2). | WSB | 0.60 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021<br>Invoice No.: 1696600<br>Page: 8

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/15/21 | Communications with attorney team re: objection deadline to Jones Walker, CRI, and Blank Rome's Ninth Fee Statement. | ALL | 0.20 | 25.00 |
| 11/19/21 | Review the Debtor's most recent monthly fee statement and identify potential issues. | WSB | 0.50 | 250.00 |
| 11/22/21 | Review Ninth Fee Statement of the Debtor's professionals and identify potential concerns and other matters. | WSB | 1.20 | 600.00 |
| 11/23/21 | Review and analyze the Ninth Fee Statement of Carr Riggs to identify any potential billing issues (0.3); review and analyze the Ninth Fee Statement of Blank Rome to identify any potential billing issues (0.6); review and analyze the Ninth Fee Statement of Jones Walker to identify potential billing issues (3.2); draft, edit, and revise email communication to the Committee summarizing the issues identified in the Jones Walker Ninth Fee Statement and forward it to the Committee for their review and comment (0.6) | WSB | 4.70 | 2,350.00 |
| 11/23/21 | NO CHARGE -- Confer and work with S. Bryant re fee statement review for Debtor professionals (0.2) | CDB | 0.00 | 0.00 |
| 11/24/21 | Review and analyze the Ninth Fee Statement of Jones Walker and identify potential issues (2.7); draft, edit and revise transmittal email to Jones Walker regarding their fee application as well as those of Blank Rome and Carr Riggs (0.4); compose an email explanation of the potential issues in the Jones Walker Ninth Fee Statement and forward it to the Committee for the members' review and comment (0.5); forward the comments to the Ninth Fee Statements to Laura Ashley at Jones Walker for their review (0.1). | WSB | 3.70 | 1,850.00 |
| 11/24/21 | NO CHARGE -- Review fee statements of commercial Committee and coordinate review and analysis of same (0.1) | CDB | 0.00 | 0.00 |
| 11/29/21 | Communications with attorney team re: review of Fee Statements from Stewart Robbins Brown & Altazan and Dundon Advisers, LLC. | ALL | 0.20 | 25.00 |
| 11/29/21 | Communications with attorney team re: objection deadline to Jones Walker, CRI, and Blank Rome's Tenth Fee Statement. | ALL | 0.20 | 25.00 |
| 11/29/21 | Review and analyze the Seventh Monthly Fee Statement of Stewart Robbins and the Third Monthly Fee Statement of Dundon Advisors and identify potential issues or concerns (0.7); draft transmittal email to Stewart Robbins informing them that the Committee does not intend to formally object to either fee statement while also identifying potential concerns (0.4); begin reviewing the October 2021 monthly fee statements circulated by the Debtors' professionals (0.4). | WSB | 1.50 | 750.00 |
| | | | **12.80** | **$6,175.00** |
| | | | | |
| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
| 11/01/21 | Assist with drafting Supplemental Statement Regarding the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order. | ALL | 0.90 | 112.50 |
| 11/01/21 | Correspond with state court counsel regarding Motion To Dismiss appeal considerations (0.7) Receipt and review of Steve Bryant memo regarding the same (0.4) | OFK | 1.10 | 550.00 |
| 11/02/21 | Revise Notice of Appeal of Bankruptcy court decision. | CAA | 0.70 | 245.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 9

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/02/21 | Draft and revise the Motion for Leave to Appeal (1.0); correspond via email with Claire Armstrong regarding the Motion for Leave (0.2); further edit and revise the Motion for Leave (0.5). (1.7 Total; 1.0 NO CHARGE) | WSB | 0.70 | 350.00 |
| 11/02/21 | NO CHARGE -- Multiple calls with S. Bryant re appeal issue (0.4); R. Kuebel re same (0.2) | CDB | 0.00 | 0.00 |
| 11/02/21 | Communications with attorney team re: receipt of transcript from hearing on October 21st. | ALL | 0.20 | 25.00 |
| 11/03/21 | Multiple correspondence with UCC member/counsel regarding Motion To Dismiss appeal consideration (0.7) | OFK | 0.70 | 350.00 |
| 11/03/21 | Conduct additional research in support of the Motion for Leave and in connection with the issue of the appeal generally (0.4); further draft the Motion for Leave (0.8). (1.2 Total; 0.8 NO CHARGE) | WSB | 0.40 | 200.00 |
| 11/04/21 | Correspond via email with Davin Boldissar regarding the Motion for Leave to Appeal and related issues (0.3); correspond via email with the Locke Lord team about these matters (0.2); continue drafting potential Motion for Leave (0.7). | WSB | 1.20 | 600.00 |
| 11/05/21 | Review state court docket involving abuse victims re: status of hearing per D. Boldissar's request (.20); communications with attorney team re: status (.10). | ALL | 0.30 | 37.50 |
| 11/05/21 | Confer and work with J. Adams re strategic items (0.4) | CDB | 0.40 | 200.00 |
| 11/05/21 | NO CHARGE -- Confer with group re counsel group and Chair re potential appeal of motion to dismiss (0.6) | CDB | 0.00 | 0.00 |
| 11/05/21 | Correspond via email with Davin Boldissar regarding today's call with the Committee chair to address issues related to the Motion for Leave to Appeal (0.2); attend conference call with James Adams, the Committee Chair, to address the Motion for Leave to Appeal (0.8); further analyze with Mr. Boldissar various additional issues presented by these matters (0.2). | WSB | 1.20 | 600.00 |
| 11/07/21 | Correspond via email with Brad Knapp regarding further additional elements in the Motion for Leave to Appeal (0.4); draft, edit, and revise the Motion for Leave (4.1) | WSB | 4.50 | 2,250.00 |
| 11/07/21 | Prepare background materials for potential appeal of motion to dismiss ruling. | BCK | 0.80 | 340.00 |
| 11/07/21 | NO CHARGE -- Confer and discuss outline and draft for motion for leave to file interlocutory appeal with S. Bryant (0.3); multiple correspondence with Committee re same (0.1); gather materials for same (0.1) | CDB | 0.00 | 0.00 |
| 11/08/21 | Draft Notice of Appeal re: the Court's Memorandum Opinion and Order denying the Committee's Motion to Dismiss and the Court's Order denying the Committee's Motion to Amend Findings Entered Under August 4, 2021 Memorandum Opinion (.60); draft Order granting Motion for Leave to File Notice of Appeal (.20). | ALL | 0.80 | 100.00 |
| 11/08/21 | NO CHARGE -- Call with R. Kuebel re strategic matters (0.2) | CDB | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 10

| **B190 Other Contested Matters** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/08/21 | Multiple email correspondences with Davin Boldissar regarding the Committee decision to file (or not file) the Motion for Leave (0.3); draft, edit, and revise the Motion for Leave in anticipation of potentially filing it based on today's Committee decision (4.0); further correspond via email with Brad Knapp about this matter (0.2); finalize the Motion for Leave so that it can be filed depending on the Committee's decision (1.7). | WSB | 6.20 | 3,100.00 |
| 11/11/21 | Review state court docket involving abuse victims re: status per D. Boldissar's request (.20); communications with attorney team re: status (.20). | ALL | 0.40 | 50.00 |
| 11/12/21 | Review state court docket involving abuse victims re: status per D. Boldissar's request (.10); communications with attorney team re: status (.10). | ALL | 0.10 | 12.50 |
| 11/15/21 | Communications with D. Boldissar and co-counsel re: status chart of various requests for production to the Debtor. | ALL | 0.30 | 37.50 |
| 11/17/21 | Receipt and review of Andy /JW production update reports and correspond regarding the same (0.4) | OFK | 0.40 | 200.00 |
| 11/18/21 | Attend hearing regarding continued status conference on motion to compel. | BCK | 0.50 | 212.50 |
| | | | **21.80** | **$9,572.50** |

| **B210 Business Operations** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/08/21 | Analysis of hurricane damage issues. | BCK | 0.60 | 255.00 |
| 11/08/21 | Review storm damage information received from ANO, review format for Committee use and circulate to Committee in preparation for weekly Committee call (0.1) | CDB | 0.10 | 50.00 |
| 11/16/21 | NO CHARGE -- Attend weekly conference with ANO counsel re mediation and other issues to move case forward (0.4) | CDB | 0.00 | 0.00 |
| 11/18/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (2.2 total; 1.1 No Charge) | CDB | 1.10 | 550.00 |
| 11/22/21 | NO CHARGE -- Locate and gather materials to forward to counsel team (0.1) | CDB | 0.00 | 0.00 |
| 11/29/21 | NO CHARGE -- Review fee statements for Commercial Committee professionals and comment on same (0.1) | CDB | 0.00 | 0.00 |
| | | | **1.80** | **$855.00** |

| **B240 Tax Issues** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/02/21 | NO CHARGE -- Confer and work with B. Sanders re analysis of tax issue (franchise tax ) (0.2) | CDB | 0.00 | 0.00 |
| | | | **0.00** | **$0.00** |

| **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 11/02/21 | NO CHARGE -- Confer with R. Kuebel regarding claims and claims analysis (0.2); confer with R. Kuebel re confidential matter (0.2) | CDB | 0.00 | 0.00 |
| 11/03/21 | Review and update chart of communications with claimants per D. Boldissar's request. | ALL | 0.30 | 37.50 |
| 11/10/21 | Communications with D. Boldissar re: briefing on the Committee's Motion for Order Reopening Abuse Claims Bar Date for Additional 60-Day Period. | ALL | 0.20 | 25.00 |
| 11/11/21 | Correspond via email with Brad Knapp and Davin Boldissar regarding the Debtor's proposed revisions to the order permitting state-court counsel to review the proofs of claim (0.2); identify potential issues raised by the proposed language (0.1). | WSB | 0.30 | 150.00 |
| 11/12/21 | Conferences with M. Mintz regarding bar date order revisions (0.4); analysis of claims summary and overlaying confidentiality orders (1.2); revise bar date order insert (0.3). | BCK | 1.90 | 807.50 |
| 11/12/21 | Communications with B. Knapp re: proposed order for the bar date amendment. | ALL | 0.20 | 25.00 |
| 11/12/21 | NO CHARGE -- Work and confer with B. Knapp re transition of finalizing issues under motion set for hearing on 11/18 (0.3) | CDB | 0.00 | 0.00 |
| 11/12/21 | Conference with Air Force investigation unit regarding information request related to claims. | BCK | 0.50 | 212.50 |
| 11/15/21 | Analysis of claims and claims valuation strategy. | BCK | 2.00 | 850.00 |
| 11/16/21 | Correspondence with ANO counsel regarding proposed revisions to order amending claims bar date (0.2); prepare revised form of order (0.2); correspondence with Court regarding revised order and resolution of underlying motion (0.1). | BCK | 0.50 | 212.50 |
| 11/16/21 | Assist with revising Order on Joint Motion to Supplement Claims Bar Date Order. | ALL | 0.40 | 50.00 |
| 11/17/21 | Review motion to allow late-filed survivor claim. | BCK | 0.30 | 127.50 |
| 11/17/21 | Coordinate service of Order on Joint Motion to Supplement Claims Bar Date Order (.20); draft, review, finalize, and e-file Certificate of Service (.40). | ALL | 0.60 | 75.00 |
| 11/22/21 | Confer with B. Knapp re claims and claim spreadsheet under joint motion and order (0.1) | CDB | 0.10 | 50.00 |
| | | | **7.30** | **$2,622.50** |

| **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 11/01/21 | Assist with revising Order re: Motion for Order Directing Catholic Mutual Relief Society of America to Produce Documents and Electronically Stored Information Pursuant to Federal Rule of Bankruptcy Procedure 2004. | ALL | 0.40 | 50.00 |
| 11/01/21 | Retrieve copy of 1 Marcel Planiol, Treatise on the Civil Law, § 243 ? 248 (La. State Law Inst. trans.1959) (12th ed.1939). | JS | 0.10 | 12.50 |
| 11/01/21 | Multiple correspondence and conference call with non-Committee state court counsel on plan mediation and discovery access issues (1.5) Follow-up regarding access / execution of Protective Order. (0.3) | OFK | 1.80 | 900.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/21 | Correspond via email with Brad Knapp about the mediation statement and related matters. | WSB | 0.20 | 100.00 |
| 11/01/21 | Draft stipulated order resolving Catholic Mutual Rule 2004 motion (0.4); analysis of post-petition discovery issues (1.1). | BCK | 1.50 | 637.50 |
| 11/01/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (1.5 total; 0.8 No Charge) | CDB | 0.70 | 350.00 |
| 11/02/21 | Forward publicly filed materials to counsel for claimant (RS) at his request and correspondence re same (0.1) | CDB | 0.10 | 50.00 |
| 11/02/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (0.4 total; 0.2 No Charge) | CDB | 0.20 | 100.00 |
| 11/02/21 | NO CHARGE -- Review agenda and prepare for weekly Committee meeting (0.1) | CDB | 0.00 | 0.00 |
| 11/02/21 | Work on plan inserts and claims review in preparation for plan mediation (1.3) | OFK | 1.30 | 650.00 |
| 11/03/21 | Receive messages from counsel for claimants (RS) and review same (0.1); conference with counsel for claimants (BW) re mediation (0.1) | CDB | 0.20 | 100.00 |
| 11/03/21 | Review and revise service list in preparation of mailing Stipulated Order re: Motion for Order Directing Catholic Mutual Relief Society of America To Produce Documents and Electronically Stored Information Pursuant to Federal Rule of Bankruptcy Procedure 2004 (.40); coordinate mailing/service of Stipulated Order (.20); draft, finalize, and e-file Certificate of Service re: Stipulated Order (.60). | ALL | 1.20 | 150.00 |
| 11/03/21 | Review order resolving Rule 2004 motion involving Catholic Mutual. | BCK | 0.10 | 42.50 |
| 11/05/21 | Conference (received call) from counsel for claimants (RS) re confidential issues relating to mediation (1.1) | CDB | 1.10 | 550.00 |
| 11/05/21 | Respond to contact from investigator. | CDB | 0.10 | 50.00 |
| 11/08/21 | NO CHARGE -- Confer and work with S. Bryant re mediation and strategic items (0.4) | CDB | 0.00 | 0.00 |
| 11/08/21 | Multiple correspondence with Committee counsel regarding follow-up on impact from pending litigation cases (0.1); gather items re same (0.1); additional correspondence re same (0.1) | CDB | 0.30 | 150.00 |
| 11/08/21 | NO CHARGE -- Work on transition and organize workflow and tasks for strategic work in advance of mediation (0.5) | CDB | 0.00 | 0.00 |
| 11/08/21 | Confer with counsel for Committee members S. Gisleson re impact of Court decisions and strategic matters in mediation (0.9); second conference re strategic matters (0.4) | CDB | 1.30 | 650.00 |
| 11/09/21 | Continued work on mediation preparation. (0.5) | OFK | 0.50 | 250.00 |
| 11/09/21 | Correspond via email with Brad Knapp regarding the proposed in-person meeting to prepare for mediation. | WSB | 0.10 | 50.00 |
| 11/10/21 | Correspond via email with Brad Knapp regarding the timing of the mediation preparation session (0.1); identify key issues to address at mediation session (0.3). | WSB | 0.40 | 200.00 |
| 11/10/21 | Work on mediation / plan content preparation with state court counsel (0.8) | OFK | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 13

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/10/21 | Correspondence with counsel for claimants (RS) and respond to inquiry (0.1) | CDB | 0.10 | 50.00 |
| 11/10/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (0.4 total; 0.2 No Charge) | CDB | 0.20 | 100.00 |
| 11/10/21 | Conference with C. St. Amant of La. Attorney General office to provide information and answer questions on bankruptcy proceedings (0.2); send pleadings as requested (0.1) | CDB | 0.30 | 150.00 |
| 11/10/21 | NO CHARGE -- Confer with S. Bryant re open items (0.2) | CDB | 0.00 | 0.00 |
| 11/11/21 | Correspondence with counsel for claimants (0.1) | CDB | 0.10 | 50.00 |
| 11/11/21 | NO CHARGE -- Correspondence with M. Mintz re joint motion and summary chart and additional language (0.1); review same and draft update to advise Committee on same (0.2) | CDB | 0.00 | 0.00 |
| 11/11/21 | Conference with Committee member counsel re issues for mediation and continued work on same (0.2); correspondence with Committee counsel re same (0.1) | CDB | 0.30 | 150.00 |
| 11/11/21 | Send requested materials to Louisiana Attorney General's office in light of Debtor's assertion that statute is unconstitutional and addressing same (0.1) | CDB | 0.10 | 50.00 |
| 11/11/21 | Conference and work with counsel for Committee members to discuss confidential issues for mediation (0.5); Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (1.3 total; 0.7 No Charge) | CDB | 1.10 | 550.00 |
| 11/11/21 | Call with Mr. Mintz and Mr. Stewart regarding bond disclosure /default (0.4) Work on plan mediation preparation (0.6) | OFK | 1.00 | 500.00 |
| 11/11/21 | Review with Brad Knapp various issues in advance of the forthcoming mediation and next month's proposed mediation preparation session with Committee members (0.7); further correspond via email with Brad Knapp about these and other matters (0.2). | WSB | 0.90 | 450.00 |
| 11/12/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (2.1 total; 1.1 No Charge) | CDB | 1.00 | 500.00 |
| 11/15/21 | Review state court docket involving abuse victims re: status per D. Boldissar's request (.20); communications with attorney team re: status (.20). | ALL | 0.40 | 50.00 |
| 11/15/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (0.8) | CDB | 0.80 | 400.00 |
| 11/15/21 | Confer with R. Kuebel re 11/18 hearing and preparation and mediation preparation issues (0.3) | CDB | 0.30 | 150.00 |
| 11/15/21 | Conference with counsel for claimants (BW) re strategic issue (0.1) | CDB | 0.10 | 50.00 |
| 11/15/21 | Work on tasks for mediation and organize workflow (0.1); draft edits to critical task list for same (0.1) | CDB | 0.20 | 100.00 |
| 11/15/21 | Call with state court counsel on mediation preparation /strategy (1.2) Claims review /matrix preparation for plan mediation (1.6) | OFK | 2.80 | 1,400.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/16/21 | Continued work on mediation preparation/evidence on claims and non-monetary plan provisions (2.0) Call with state court counsel on Claims report (0.5) Call with Mr. Stang on mediation schedule/strategy (0.5) | OFK | 3.00 | 1,500.00 |
| 11/16/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities | CDB | 1.90 | 950.00 |
| 11/16/21 | Analysis of additional state court briefing on legal issues central to upcoming plan mediation process. | BCK | 0.70 | 297.50 |
| 11/16/21 | Review state court docket involving abuse victims re: status per D. Boldissar's request (.10); communications with attorney team re: status (.20). | ALL | 0.30 | 37.50 |
| 11/17/21 | Assist with drafting Status Report and Amended Status Report re: production of documents from the Debtor (.80); review, finalize, and e-file Status Report and Amended Status Report (.40); coordinate mailing of Status Report and Amended Status Report (.20). | ALL | 1.40 | 175.00 |
| 11/17/21 | Revise proposed plan discovery status report (0.4); revise notice of status report (0.2); review correspondence regarding additional records productions (0.2). | BCK | 0.80 | 340.00 |
| 11/17/21 | Conference with counsel for ANO regarding next steps on bank subpoenas. | BCK | 0.10 | 42.50 |
| 11/17/21 | Continued development of claim analysis in preparation for mediation regarding plan structure. | BCK | 0.50 | 212.50 |
| 11/17/21 | Draft and formulate confidential memorandum and legal analysis to Committee re confidential matters for mediation, including review and analysis of 61 authorities (1.7 total; 0.9 No Charge) | CDB | 0.80 | 400.00 |
| 11/18/21 | NO CHARGE: Telephonically attend omnibus hearing before Judge Grabill (0.2) | CDB | 0.00 | 0.00 |
| 11/18/21 | Analysis of additional document productions from Archdiocese. | BCK | 2.80 | 1,190.00 |
| 11/18/21 | Review state court docket involving abuse victims re: status per D. Boldissar's request (.10); communications with attorney team re: status (.20). | ALL | 0.30 | 37.50 |
| 11/18/21 | Correspond with Soren G on mediation strategy and plan issues. (0.5) | OFK | 0.50 | 250.00 |
| 11/19/21 | Communications with B. Knapp re: preparation of Subpoenas to Produce Documents (.60); assist with drafting subpoenas and accompanying documents in preparation of service on various banks and counsel (5.00). | ALL | 5.60 | 700.00 |
| 11/19/21 | Continue preparing bank record subpoenas. | BCK | 1.50 | 637.50 |
| 11/19/21 | NO CHARGE -- Confer with counsel for Committee member (GM) re confidential issue impacting mediation (0.3); confer with counsel for Committee members (RT) re same (0.2) | CDB | 0.00 | 0.00 |
| 11/20/21 | Assist with drafting subpoenas and accompanying documents in preparation of service on various banks and counsel. | ALL | 2.00 | 250.00 |
| 11/20/21 | Conference call with state court abuse counsel on select mediation /plan issues (1.0) | OFK | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 15

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/21/21 | Review and revise subpoenas to produce documents and accompanying documents in preparation of service on various banks and counsel. | ALL | 2.40 | 300.00 |
| 11/22/21 | Draft, review, revise, and finalize subpoenas to produce documents and accompanying documents in preparation of service on various banks and counsel. | ALL | 5.60 | 700.00 |
| 11/22/21 | Conference with counsel for Committee members (RT and JD) re strategic matters in preparation for mediation (0.2) | CDB | 0.20 | 100.00 |
| 11/22/21 | Work on mediation strategy /UCC plan / meditation participation / ask protocol with Mr. Stang and UCC members (1.0) | OFK | 1.00 | 500.00 |
| 11/22/21 | Continue reviewing real estate records to address additional appraisal needs (1.2); conference with M. Mintz regarding appraisals (0.1). | BCK | 1.30 | 552.50 |
| 11/22/21 | Conferences with M. Mintz regarding bank subpoenas (0.2); rework multiple bank subpoenas to address agreed scope and prepare for service (2.9). | BCK | 3.10 | 1,317.50 |
| 11/23/21 | Finalize bank subpoenas to multiple banks and coordinate service. | BCK | 1.20 | 510.00 |
| 11/23/21 | Correspond regarding debtor call / agenda and plan mediation dates (0.5). Follow-up correspondence with state court counsel on mediation preparation/strategy (1.0) | OFK | 1.50 | 750.00 |
| 11/23/21 | Coordinate and populate spreadsheet and summary under court order granting joint motion to amend claims bar date order, and correspondence re same, and perform close analysis of summary contents to enable work to populate same (0.5) | CDB | 0.50 | 250.00 |
| 11/23/21 | Teleconferences with process server re: service of Subpoenas on various bank (.60); review and finalize Consents to Disclose Financial Records in preparation of service of Subpoenas (1.00); review, finalize, and serve correspondence on counsel for the Debtor, First Bank & Trust, and Gulf Coast Bank & Trust re: Subpoenas (1.00). | ALL | 2.60 | 325.00 |
| 11/24/21 | Continue coordinating bank subpoena preparation and service. | BCK | 0.60 | 255.00 |
| 11/29/21 | Continued analysis of real estate assets for appraisal needs. | BCK | 1.50 | 637.50 |
| 11/29/21 | Review and analyze with Brad Knapp various issues for inclusion in the proposed in-person pre-mediation meeting (0.6); review and analyze the proposed agenda for the in-person meeting (0.2); further correspond via email with Mr. Knapp about these agenda items and the format of the abuse-claims schedule (0.3); correspond via email with Ashley Lohr concerning the preparation of the abuse-claims schedule (0.1). | WSB | 1.20 | 600.00 |
| 11/29/21 | Continued mediation / plan prep. (0.6) | OFK | 0.60 | 300.00 |
| 11/30/21 | Analyze with Rick Kuebel the proposed agenda for the December proposed in-person meeting to address mediation and related matters (0.6); draft, edit and revise the proposed agenda for that meeting and for the upcoming mediation generally (1.6); forward the proposed agenda to the state-court counsel for their recommendations for additional topics to address (0.2) | WSB | 2.40 | 1,200.00 |
| 11/30/21 | Review and revise draft and circulate mediation meeting agenda and strategy paper (1.2) Multiple emails review/reply regarding plan mediation dates / setting with Judy Zoie (0.4) | OFK | 1.60 | 800.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 16

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/30/21 | Continued analysis of real estate appraisal needs. | BCK | 0.30 | 127.50 |
| 11/30/21 | Analysis of next steps for claims summary document preparation and related confidentiality agreement issues. | BCK | 0.80 | 340.00 |
| 11/30/21 | Confer and work with A. Lohr on populating spreadsheet and materials for use at mediation (0.2) | CDB | 0.20 | 100.00 |
| 11/30/21 | Review form of spreadsheet for approval by Debtor and Committees under joint motion to amend claims bar date order, and correspondence to confirm approval of same (0.2) | CDB | 0.20 | 100.00 |
| 11/30/21 | Conference with Fifth District Savings Bank counsel regarding subpoena issues (0.2); conference with Citizens Bank & Trust regarding subpoena issues (0.2). | BCK | 0.40 | 170.00 |
| 11/30/21 | Assist with drafting of chart re: filed proofs of claims in preparation of meet-and-confer with Debtor's counsel. | ALL | 4.20 | 525.00 |
| | | | **78.70** | **$28,122.50** |

**TOTAL FEES** $92,222.50

## TIMEKEEPER SUMMARY:

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.50 | $250.00 |
| A.L. Lohr | Paralegal | $125.00 | 4.00 | $500.00 |
| | | | **4.50** | **$750.00** |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 6.50 | $2,762.50 |
| C. D. Boldissar | Partner | $500.00 | 0.30 | $150.00 |
| O. F. Kuebel | Partner | $500.00 | 17.10 | $8,550.00 |
| | | | **23.90** | **$11,462.50** |

### B150   Meetings & Communications with Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 10.20 | $4,335.00 |
| C. D. Boldissar | Partner | $500.00 | 3.60 | $1,800.00 |
| O. F. Kuebel | Partner | $500.00 | 12.50 | $6,250.00 |
| W.S. Bryant | Partner | $500.00 | 6.20 | $3,100.00 |
| | | | **32.50** | **$15,485.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 21, 2021
Invoice No.: 1696600
Page: 17

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.30 | $552.50 |
| W.S. Bryant | Partner | $500.00 | 28.10 | $14,050.00 |
| A.L. Lohr | Paralegal | $125.00 | 20.60 | $2,575.00 |
| | | | **50.00** | **$17,177.50** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 12.20 | $6,100.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.60 | $75.00 |
| | | | **12.80** | **$6,175.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.30 | $552.50 |
| C. D. Boldissar | Partner | $500.00 | 0.40 | $200.00 |
| O. F. Kuebel | Partner | $500.00 | 2.20 | $1,100.00 |
| W.S. Bryant | Partner | $500.00 | 14.20 | $7,100.00 |
| C.A. Armstrong | Associate | $350.00 | 0.70 | $245.00 |
| A.L. Lohr | Paralegal | $125.00 | 3.00 | $375.00 |
| | | | **21.80** | **$9,572.50** |

### B210    Business Operations

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.60 | $255.00 |
| C. D. Boldissar | Partner | $500.00 | 1.20 | $600.00 |
| | | | **1.80** | **$855.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.20 | $2,210.00 |
| C. D. Boldissar | Partner | $500.00 | 0.10 | $50.00 |
| W.S. Bryant | Partner | $500.00 | 0.30 | $150.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.70 | $212.50 |
| | | | **7.30** | **$2,622.50** |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: December 21, 2021
Invoice No.:  1696600
Page:  18

**B320   Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 17.20 | $7,310.00 |
| C. D. Boldissar | Partner | $500.00 | 12.40 | $6,200.00 |
| O. F. Kuebel | Partner | $500.00 | 17.40 | $8,700.00 |
| W.S. Bryant | Partner | $500.00 | 5.20 | $2,600.00 |
| A.L. Lohr | Paralegal | $125.00 | 26.40 | $3,300.00 |
| J. Simonelli | Research Assist | $125.00 | 0.10 | $12.50 |
| | | | **78.70** | **$28,122.50** |

**<u>TIMEKEEPER SUMMARY TOTALS</u>**                    <u>**233.30**</u>   <u>**$92,222.50**</u>

| DATE | EXPENSES | VALUE |
|---|---|---|
| | FedEx Shipments | 23.49 |
| | Postage | 1.99 |
| | PACER Online Research | 42.20 |
| | Westlaw Research | 81.76 |
| 11/05/21 | Messenger Service 79927, Blaze Logistics LLC, Pick up of documents from Carver Darden in response to subpoena to Hancock Whitney | 7.50 |
| 11/05/21 | Messenger Service 79927, Blaze Logistics LLC, Delivery of Hancock Whitney subpoena docs to our office | 7.50 |
| 11/24/21 | Filing Fees 11/24/2021, Payment of transcript for Hearing he | 87.30 |
| | TOTAL EXPENSES | $251.74 |

TOTAL FEES                                                                                    $92,222.50

TOTAL EXPENSES                                                                          $251.74

TOTAL FEES AND EXPENSES                                                     $92,474.24

**PLEASE REMIT PAYMENT:**

**<u>Via US Mail:</u>**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**<u>Via ACH:</u>**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**<u>Via Wire:</u>**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: December 21, 2021
Invoice No.:  1696600
Page:  19

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

December 21, 2021
Invoice No.: 1696600

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2021

      File Number: 0107766.00001
      RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ............................................................................................................................................. $92,222.50

Total Expenses ........................................................................................................................................ $251.74

Total Due this Statement............................................................................................................................ $92,474.24

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

101533960v.1



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

January 19, 2022
Invoice No.: 1700463

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2021 $88,744.07

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/02/21 | Assist with drafting Motion to Withdraw D. Boldissar. | ALL | 0.70 | 87.50 |
| 12/13/21 | Communications with attorney team re: e-filing Motion to Substitute Counsel for D. Boldissar. | ALL | 0.20 | 25.00 |
| 12/13/21 | Correspond regarding ANO meeting / regarding open issues. (0.5) | OFK | 0.50 | 250.00 |
| 12/15/21 | Communications with B. Knapp and R. Kuebel re: deadline to file Motions for hearing on January 20th. | ALL | 0.20 | 25.00 |
| 12/16/21 | Review and finalize Motion to Withdraw and Substitute Counsel for D. Boldissar in preparation of e-filing with the Court. | ALL | 0.30 | 37.50 |
| 12/17/21 | Review, finalize, and e-file Motion to Withdraw and Substitute Counsel for D. Boldissar (.50); coordinate mailing/service of Motion (.30). (NO CHARGE) | ALL | 0.00 | 0.00 |
| 12/20/21 | Coordinate mailing of Order Granting Motion to Withdraw and Substitute D. Boldissar. | ALL | 0.20 | 25.00 |
| 12/21/21 | Draft, finalize, and e-file Certificate of Service re: the Order Granting Motion to Withdraw and Substitute D. Boldissar. | ALL | 0.50 | 62.50 |
| 12/27/21 | Correspond with D. Boldissar on transition issues (0.2) | OFK | 0.20 | 100.00 |
| | | | **2.80** | **$612.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/01/21 | Multiple correspondence and work on ANO real estate valuations priority list from UCC appraisers and prepare for call with ANO regarding (0.8) Continued work on NDCE asset discovery and correspond with BRG regarding the same (0.7) | OFK | 1.50 | 750.00 |
| 12/02/21 | Prepare for and participate call with real estate appraiser to review spreadsheet of ANO real estate values (1.2) Call with Mr. Mintz on real estate appraisal recommendations and authorizations (0.4) Continued work on NDCE asset discovery / real estate (1.0) | OFK | 2.60 | 1,300.00 |
| 12/03/21 | Work on NDCE asset valuation lists. (0.5) | OFK | 0.50 | 250.00 |
| 12/06/21 | Work on NDCE discovery / asset evaluation information @ 2004 Motion (1.7) | OFK | 1.70 | 850.00 |
| 12/10/21 | Correspond regarding real property valuations with UCC appraiser (0.3); continued work on NDCE asset discovery / document request letter (0.7); correspond regarding joint discovery and email to commercial committee counsel regarding the same (0.4). | OFK | 1.40 | 700.00 |
| 12/13/21 | Continued work on NDCE asset discovery (0.5); correspond with UCC appraiser regarding valuation chart and review latest draft (0.4). | OFK | 0.90 | 450.00 |
| 12/14/21 | Call with Mr. Draper regarding NDCE asset discovery (0.3) Call with BRG /Mr. Stang on NDCE asset discovery (0.8) Work on discovery request points (0.7) | OFK | 1.80 | 900.00 |
| 12/15/21 | Prepare for and participate in team meeting with BRG on NDCE asset discovery (1.5); correspond and call with UCC appraiser to review ANO appraisal list/cost estimates (1.0). | OFK | 2.50 | 1,250.00 |
| 12/16/21 | Multiple correspondence on certain incomplete production and texts (0.7); correspond with appraiser on real estate asset values (0.3) | OFK | 1.00 | 500.00 |
| 12/21/21 | Detailed read of BRG report regarding NDCE asset discovery and correspond /respond to the same (1.2); continued work on NDCE asset discovery (0.5); prepare for and participate in call with Debtor (0.3) | OFK | 2.00 | 1,000.00 |
| 12/22/21 | Call with BRG list/team regarding NDCE account and asset information needed (1.0) Work on transfer of BRG requests to discovery demand (0.7) | OFK | 1.70 | 850.00 |
| 12/22/21 | Call with BRG list/team regarding NDCE account and asset information needed (1.0) Work on transfer with BRG request to discovery demand (0.7) | OFK | 1.70 | 850.00 |
| 12/27/21 | Correspond with Mr. Mintz on Rock Creek retention and other issues (0.3) Correspond regarding Rock Creek retention (0.4) | OFK | 0.70 | 350.00 |
| 12/28/21 | Work on NDCE discovery request letter to Mr. Draper (1.5) | OFK | 1.50 | 750.00 |
| 12/29/21 | Continued work on NDCE asset discovery /request letter to counsel (1.0); prepare for and participate in call with Commercial Committee counsel (Doug Stewart) regarding potential joint discovery (1.0). | OFK | 2.00 | 1,000.00 |
| 12/30/21 | Continued work on NDCE asset discovery and document discovery including call and multiple emails on draft discovery letter (2.5); correspond with co-counsel regarding NDCE discovery (0.8); correspond regarding ANO real estate retention / sale motion (0.7). | OFK | 4.00 | 2,000.00 |
| | | | **27.50** | **$13,750.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 3

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/30/21 | Correspond via email with Brad Knapp regarding the filing of the Debtor's sales procedures motion (0.2); begin an initial analysis and review of the sales procedures motion (0.5). | WSB | 0.70 | 350.00 |
| 12/30/21 | Conference with M. Mintz regarding Rock Creek retention application and forthcoming Debtor sale process motion. | BCK | 0.20 | 85.00 |
| | | | **0.90** | **$435.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/01/21 | Correspond via email with the counsel-only group regarding the proposed agenda for the in-person meetings later this month. | WSB | 0.20 | 100.00 |
| 12/02/21 | Incorporate multiple, additional topics into the proposed agenda for the in-person meeting of the Committee and further revise the agenda (1.4); correspond via email with Jim Stang regarding the in-person meeting and related matters (0.3); draft email communication to the Committee regarding the in-person meeting and the proposed agenda (0.4); further correspond via email with Brad Knapp about the agenda and the proposed meeting (0.3). | WSB | 2.40 | 1,200.00 |
| 12/03/21 | Review revised committee meeting agenda. | BCK | 0.10 | 42.50 |
| 12/06/21 | Attend via videoconference weekly meeting of full Committee (1.0) (NO CHARGE) | CDB | 0.00 | 0.00 |
| 12/06/21 | Correspond via email with Brad Knapp regarding today's Committee call (0.2); add additional items to today's agenda (0.1); attend today's Committee conference call (1.1--NO CHARGE); further correspond via email with Mr. Knapp about today's call (0.2) (Total 1.60; NO CHARGE 1.1) | WSB | 0.50 | 250.00 |
| 12/06/21 | Prepare committee meeting agenda and related materials (0.3); attend Committee meeting (1.0). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 12/06/21 | Prepare for and participate in UCC meeting and provide report on mediation issues. (1.0) | OFK | 1.00 | 500.00 |
| 12/07/21 | Prepare for, participate in and report on discovery and mediation issues at UCC state court counsel meeting (1.5) | OFK | 1.50 | 750.00 |
| 12/07/21 | Attend weekly Committee meeting (counsel only) via videoconference (0.9) (NO CHARGE) | CDB | 0.00 | 0.00 |
| 12/07/21 | Extended teleconference meetings with committee members regarding status of investigation and mediation preparations (1.2); teleconference meeting with BRG team regarding status of financial analysis for mediation preparation (1.0). | BCK | 2.20 | 935.00 |
| 12/09/21 | Receipt and review of correspondence regarding Roger Stetter and reply to the same (0.3); prepare for and participate in call with Roger Stetter regarding plan mediation and other issues (0.9) | OFK | 1.20 | 600.00 |
| 12/09/21 | Receipt and review of state court counsel correspondence on document review and reply to the same (0.8) | OFK | 0.80 | 400.00 |
| 12/14/21 | Conference with committee counsel regarding discovery issues and mediation preparation. | BCK | 1.00 | 425.00 |
| 12/14/21 | Prepare for and participate in call with victim counsel and report on plan mediation (1.2) | OFK | 1.20 | 600.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/16/21 | Call from Brittany Wolf regarding claims spreadsheet (0.4); call from James Adams regarding claims and review of production (0.8) | OFK | 1.20 | 600.00 |
| 12/20/21 | Prepare for and participate in weekly UCC call (0.5) | OFK | 0.50 | 250.00 |
| 12/20/21 | Correspond via email with Brad Knapp regarding the agenda for today's scheduled Committee meeting (0.3); attend today's scheduled Committee meeting (1.3). | WSB | 1.60 | 800.00 |
| 12/20/21 | Correspondence with committee regarding meeting agenda (0.2); attend Committee meeting (1.3). | BCK | 1.50 | 637.50 |
| 12/27/21 | Multiple email correspondences with state-court counsel regarding the cancellation of tomorrow's counsel-only meeting and related issues (0.3); further correspond via email with Brad Knapp about the cancellation of today's Committee meeting (0.1). | WSB | 0.40 | 200.00 |
| 12/29/21 | Call with State Court counsel regarding mediation preparation. | OFK | 0.80 | 400.00 |
| | | | **18.10** | **$8,690.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/06/21 | Communications with attorney team re: deadline to file objections to Fee Applications. | ALL | 0.20 | 25.00 |
| 12/14/21 | Draft email correspondence to the Court requesting that the Court enter the fee orders for Locke Lord and Zobrio, Inc and forward that email to the Court's case manager for entry (0.3); correspond via email with Ashley Lohr regarding the entry of the Court's fee orders (0.1); review the Court's entered fee orders to confirm the amounts approved (0.1); correspond via email with Linda Cantor regarding the fee orders for Pachulski Stang and BRG (0.1); correspond via email with Brad Knapp and Rick Kuebel concerning the fee orders (0.1). | WSB | 0.70 | 350.00 |
| 12/14/21 | Communications with attorney team re: mailing/service of Fee Application Orders (NO CHARGE). | ALL | 0.00 | 0.00 |
| 12/15/21 | Draft email to the Debtor's counsel requesting payment of Locke Lord fees following the Court's entry of its Fourth Interim Fee Application (0.2); further correspond via email with Brad Knapp about the Zobrio order (0.1); begin preparing the next monthly fee statement (0.2). | WSB | 0.50 | 250.00 |
| 12/16/21 | Coordinate mailing of Orders for Locke Lord and Zobrio's Fee Applications (.20); draft, review, finalize, and e-file Certificate of Service re: Orders (.60). | ALL | 0.80 | 100.00 |
| 12/17/21 | Prepare and draft the November 2021 monthly fee and expense statement for Locke Lord (1.5); correspond via email with Rick Kuebel regarding the November 2021 statement (0.1). | WSB | 1.60 | 800.00 |
| 12/20/21 | Edit and revise Monthly Fee Statement for Locke Lord (0.5); correspond via email with Ashley Lohr and Brad Knapp regarding the fee statement (0.2); correspond via email with Rick Kuebel concerning the fee statement (0.1). | WSB | 0.80 | 400.00 |
| 12/21/21 | Communications with B. Knapp and S. Bryant re: review of Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Financial Advisor to the Committee in preparation of fiing with the Court. | ALL | 0.20 | 25.00 |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/23/21 | Draft email to James Adams regarding this month's monthly fee statements for Locke Lord (0.2); begin finalizing the monthly Locke Lord fee statement (0.3). | WSB | 0.50 | 250.00 |
| 12/27/21 | Edit and revise Monthly Fee Statement for Locke Lord (1.1); edit and revise Monthly Fee Statement for Zobrio, Inc. (0.1); draft, edit, and revise Application to retain Rock Creek Advisors (3.3). | WSB | 4.50 | 2,250.00 |
| 12/28/21 | Finalize the November 2021 monthly fee statement for Locke Lord and forward it to the Debtor's counsel and the other notice parties for their review and comment (0.9); finalize the November 2021 monthly fee statement for Zobrio, Inc. and forward it to the Debtor's counsel (0.1); edit and finalize the Rock Creek Advisors Retention Application (1.5); forward the finalized Rock Creek Retention Application to James Adams, as Committee chair, for his review and comment and include a brief summary of the Application in the transmittal email (0.5). | WSB | 3.00 | 1,500.00 |
| 12/29/21 | Correspond via email with John Spencer regarding the proposed revisions to his Declaration in support of the Rock Creek employment application (0.5); correspond via email with James Adams concerning his Declaration (0.2); further edit and revise the Retention Application (0.8); further correspond via email with Ashley Lohr concerning the filing and service of the Retention Application (0.2). | WSB | 1.70 | 850.00 |
| 12/29/21 | Communications with B. Knapp and S. Bryant re: filing of Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Advisor to the Committee (.10); draft Notice of Hearing re: Application (.30). | ALL | 0.40 | 50.00 |
| 12/30/21 | Finalize the Rock Creek Retention Application and all accompanying documents (0.6); correspond via email with John Spencer at Rock Creek concerning final revisions to his Declaration (0.1); arrange with Ashley Lohr for the filing and service of the Retention Application and all related documents (0.1); correspond via email with the Rock Creek team and James Adams regarding the filing and service of the Retention Application (0.2). | WSB | 1.00 | 500.00 |
| 12/30/21 | Review and e-file Application for Entry of an Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC (.60); review, finalize, and e-file Notice of Hearing re: Application (.20); coordinate mailing/service of Application (.20). | ALL | 1.00 | 125.00 |
| | | | **16.90** | **$7,475.00** |
| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
| 12/07/21 | Review and analyze the Debtor's informal objections to certain time entries of Committee professionals (0.5); correspond via email with Linda Cantor regarding Debtor objections (0.2); correspond via email with Brad Knapp about these matters (0.1); draft response to the Debtor's informal objections (0.4). | WSB | 1.20 | 600.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 6

| | B170 Fee/Employment Objections | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/08/21 | Draft, edit, and revise a written response to the Debtor's informal objection to the Locke Lord fourth interim fee application (0.9); review with Rick Kuebel and Brad Knapp various issues raised in the response to the objection (0.2); incorporate these additional analyses into the response and forward it to Laura Ashley, counsel for the Debtor (0.3); review and analyze the Fourth Interim Fee Applications of Jones Walker (1.3); review and analyze the Fourth Interim Fee Applications of Blank Rome and Carr Riggs (0.4); draft email to the Committee identifying potential issues with the Jones Walker fee application (0.3); draft email to the Debtor identifying informal concerns with the Jones Walker Fourth Interim Fee Application and forward it to Ms. Ashley for the Debtor's review (0.7). | WSB | 4.10 | 2,050.00 |
| 12/08/21 | Correspond with state court counsel regarding media reports on recent arrest and review details regarding the same (0.5); receipt and review of email from UCC member regarding fee work done by Capitelli and reply to the same (0.4); emails with UCC member regarding access to certain deposition transcripts and documents (0.4) | OFK | 1.30 | 650.00 |
| 12/08/21 | Receipt and review of multiple pleadings and correspondence regarding statement on fee applications (0.5); review and revise draft letter to Laura Ashley and discuss with S. Bryant (0.4) | OFK | 0.90 | 450.00 |
| 12/09/21 | Correspond via email with Brad Knapp regarding today's deadlines to object to fee applications as well as the pending deadline to respond to the next round of monthly fee statements circulated by the Debtor's professionals. | WSB | 0.10 | 50.00 |
| 12/13/21 | Review and analyze the Tenth Fee Statement of Blank Rome to assess whether to object to that Statement (0.5); review and analyze the Tenth Fee Statement of Carr Riggs to assess whether to object to that Statement (0.2); review and analyze the Tenth Fee Statement of Jones Walker to assess whether to object to that Statement (2.6--NO CHARGE 1.0); draft, edit, and revise email to the Committee and their counsel summarizing the issues we have identified and proposing that the Committee not formally object (0.6); draft, edit, and revise email to the Debtor regarding the Tenth Fee Statements and declining to formally object (0.7). | WSB | 3.60 | 1,800.00 |
| 12/20/21 | Review and analyze the monthly fee statement of Dundon Advisors (0.2); review and analyze the monthly fee statement of Stewart Robbins and identify potential issues to address (0.6). | WSB | 0.80 | 400.00 |
| 12/21/21 | Review and analyze the monthly fee statements of Stewart Robbins and Dundon Advisors to identify potential issues and concerns (1.8); draft email to the Committee identifying the potential issues in the Stewart Robbins' and Dundon Advisors' monthly fee statements and forward it to the Committee members for their review and comment (0.7); draft email to Stewart Robbins identifying the potential issues and concerns the Committee has with the monthly fee statements (0.5). | WSB | 3.00 | 1,500.00 |
| 12/29/21 | Review and analyze the Second Interim Fee Application of Stewart Robbins to identify potential issues and concerns (0.9); review and analyze the Second Interim Fee Application of Dundon Advisors to identify potential issues and concerns (0.3). | WSB | 1.20 | 600.00 |
| 12/29/21 | Communications with attorney team re: objection deadline to Jones Walker, CRI, and Blank Rome's Eleventh Fee Statement. | ALL | 0.20 | 25.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: January 19, 2022
Invoice No.:  1700463
Page:  7

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/30/21 | Review docket (.20); communications with attorney team re: deadline to file responses to the Second Application for Compensation for Dundon Advisors LLC and Second Application for Compensation for Stewart Robbins Brown & Altazan, LLC. (.10) | ALL | 0.30 | 37.50 |
| | | | **16.70** | **$8,162.50** |

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/29/21 | Legal research re derivative standing to bring claims on behalf of estate. | AHK | 2.00 | 900.00 |
| | | | **2.00** | **$900.00** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/01/21 | Conference with Fifth District Bank regarding records request (0.1); review Fifth District production (0.2). | BCK | 0.30 | 127.50 |
| 12/01/21 | Communications with B. Knapp and Y. Harrison re: Fifth District Savings Bank's subpoena response. | ALL | 0.20 | 25.00 |
| 12/03/21 | Receipt and review of multiple correspondence on Debtor compliance and production in connection with the Motion to Compel under Bankruptcy Rule 2004 (0.4) | OFK | 0.40 | 200.00 |
| 12/07/21 | Communications with B. Knapp re: receipt of document production from Home Bank in response to Subpoena. | ALL | 0.20 | 25.00 |
| 12/07/21 | Review additional bank subpoena response materials. | BCK | 0.40 | 170.00 |
| 12/08/21 | Confer with S. Bryant re strategic issues in multiple conferences (0.2) (NO CHARGE) | CDB | 0.00 | 0.00 |
| 12/08/21 | Review additional bank record subpoena responses. | BCK | 0.60 | 255.00 |
| 12/09/21 | Receipt, review, and download documents from subpoena issued to First Bank and Trust. | ALL | 0.70 | 87.50 |
| 12/10/21 | Communications with B. Knapp and Litigation Support re: receipt of document production from First Bank and Trust (.40); review document production and send to Berkeley Research Group per B. Knapp's request (.40). | ALL | 0.80 | 100.00 |
| 12/13/21 | Receipt and review of state court counsel email on DOJ transcript and review parts of transcript and related emails (0.6) | OFK | 0.60 | 300.00 |
| 12/13/21 | Communications with B. Knapp and Berkeley Research Group re: receipt of document production from First National Bank USA. | ALL | 0.30 | 37.50 |
| 12/15/21 | Review additional bank subpoena responses. | BCK | 0.20 | 85.00 |
| 12/17/21 | Communications with counsel re: delivery of check for documents in response to Gulf Coast Bank & Trust's subpoena. | ALL | 0.20 | 25.00 |
| 12/20/21 | Communications with B. Knapp, counsel, and Berkeley Research Group re: receipt of document production from Gulf Coast Bank & Trust Bank in response to subpoena. | ALL | 0.50 | 62.50 |
| 12/22/21 | Multiple emails regarding production regarding accused priest (0.8) | OFK | 0.80 | 400.00 |
| 12/28/21 | Communications with B. Knapp re: correspondence to D. Draper in preparation of drafting Rule 2004 Motion. | ALL | 0.20 | 25.00 |

| **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/30/21 | Communications with B. Knapp re: document production received from First American Bank in response to Subpoena (.10); receipt and review of documents in preparation of upload to Berkeley Research Group (.40). | ALL | 0.50 | 62.50 |
| | | | **6.90** | **$1,987.50** |

| **B220 Employee Benefits/Pensions** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/09/21 | Analysis of potential professional retention issues related to ANO retirement liabilities. | BCK | 0.40 | 170.00 |
| | | | **0.40** | **$170.00** |

| **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/01/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 5.20 | 650.00 |
| 12/02/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 3.80 | 475.00 |
| 12/03/21 | Correspond via email with Davin Boldissar regarding the confidentiality obligations associated with reviewing the proof of claim spreadsheet (0.3); draft and revise the confidentiality agreements for delivery to the Committee members' state-court counsel (0.7). | WSB | 1.00 | 500.00 |
| 12/03/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 4.50 | 562.50 |
| 12/03/21 | Work on form of claims spreadsheet for use in mediation under terms of executed court order and work with A. Lohr re same (0.2) | CDB | 0.20 | 100.00 |
| 12/03/21 | Work and confer with S. Bryant re execution and forms for confidentiality agreements for claims-related information (0.1) (NO CHARGE) | CDB | 0.00 | 0.00 |
| 12/05/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 1.50 | 187.50 |
| 12/06/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 4.90 | 612.50 |
| 12/06/21 | Review and analyze the proposed claim summary spreadsheet (0.7); multiple email correspondence with Brad Knapp and Rick Kuebel regarding the status of the claims summary spreadsheet (0.3). | WSB | 1.00 | 500.00 |
| 12/06/21 | Identify all state-court counsel for Committee members who need to execute Confidentiality Agreements to review the proposed claim-summary spreadsheet (0.3); draft, edit, and revise Confidentiality Agreements for all state-court counsel who represent Committee members (1.7); send emails to all state-court counsel with draft Confidentiality Agreements for them to execute (0.3); continue analyzing claims-summary spreadsheet (0.2). | WSB | 2.50 | 1,250.00 |
| 12/06/21 | Analysis of initial draft claims summary document in preparation for plan mediation. | BCK | 0.40 | 170.00 |
| 12/07/21 | Prepare Box folder in connection with claims spreadsheet and work on adding documents to folder. | AW | 0.10 | 12.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 9

| **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 12/07/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 4.60 | 575.00 |
| 12/07/21 | Review draft claim summary spreadsheet to assess potential redaction needs and additional work needed to complete. | BCK | 0.80 | 340.00 |
| 12/08/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 3.00 | 375.00 |
| 12/09/21 | Prepare chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel. | ALL | 2.80 | 350.00 |
| 12/09/21 | Prepare Box folder in connection with claims spreadsheet and continue adding key documents to folder. | AW | 0.10 | 12.50 |
| 12/10/21 | Correspond via email with Brad Knapp regarding the counsel claims spreadsheet and the redaction protocol. | WSB | 0.20 | 100.00 |
| 12/10/21 | Prepare and review chart re: descriptions from proofs of claims for attorney review in preparation of meet-and-confer with Debtor's counsel (1.50); review and finalize exhibits to chart (1.00). | ALL | 2.50 | 312.50 |
| 12/10/21 | Begin preparing redactions for claim summary spreadsheet. | BCK | 1.50 | 637.50 |
| 12/13/21 | Analyze with Brad Knapp various redaction protocols and related issues in connection with redacting the proposed claims spreadsheet for use by Committee members' state-court counsel. | WSB | 0.40 | 200.00 |
| 12/13/21 | Review and comment on advanced draft of claims spreadsheet and discuss aspects with B. Knapp | OFK | 1.20 | 600.00 |
| 12/13/21 | Review and redact survivor claim summary spreadsheet in preparation for mediation. | BCK | 6.70 | 2,847.50 |
| 12/14/21 | Continue claim review and claim summary redaction process in preparation for mediation. | BCK | 5.20 | 2,210.00 |
| 12/14/21 | Review and analyze claim summaries contained in the proposed state-court counsel spreadsheet (0.4); assess with Brad Knapp and Rick Kuebel multiple issues posed by the claim summary, including redaction concerns and related matters (0.7), | WSB | 1.10 | 550.00 |
| 12/14/21 | Communications with B. Knapp re: review of descriptions from proofs of claims. | ALL | 0.30 | 37.50 |
| 12/15/21 | Conclude claim review and claim summary redaction process in preparation for mediation. | BCK | 8.20 | 3,485.00 |
| 12/15/21 | Review proposed abuse-claims spreadsheet to double-check redactions made by Brad Knapp and identify potential errors and omissions (0.8); analyze issues presented by the spreadsheet with Mr. Knapp (0.2). | WSB | 1.00 | 500.00 |
| 12/15/21 | Continued work on / review of issues on claim summary spreadsheet (0.8) | OFK | 0.80 | 400.00 |
| 12/15/21 | Communications with B. Knapp re: review of proofs of claims. | ALL | 0.20 | 25.00 |
| 12/16/21 | Continue analysis of proposed claims spreadsheet and identify additional information necessary for redaction (1.7); send copies of the confidentiality agreements executed by state-court counsel for the Committee members to Mark Mintz, the Debtor's counsel (0.2); correspond via email with Brad Knapp and Ashley Lohr regarding the additional redactions necessary in the claims spreadsheet (0.3); | WSB | 2.20 | 1,100.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 10

| **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 12/16/21 Correspondence with claims agent regarding missing claims for claims summary (0.3); revise redactions to certain claims to remove personal identifying information of claimants (1.2); analysis of next steps with claims summary for mediation preparation (1.0). | BCK | 2.50 | 1,062.50 |
| 12/16/21 Communications with B. Knapp and S. Bryant re: finalizing of exhibits cited in claims chart (.40); revise chart re: descriptions from proofs of claims in preparation of meet-and-confer with Debtor's counsel (.60). | ALL | 1.00 | 125.00 |
| 12/16/21 Continued work/review claim spreadsheet claim valuation (0.8) | OFK | 0.80 | 400.00 |
| 12/17/21 Add additional critical documents to Box.com folder to accompany abuse claims spreadsheet | AW | 0.10 | 12.50 |
| 12/17/21 Correspondence with claims agent regarding missing survivor claims (0.3); analysis of updated claims file from claims agent (0.6); complete claims summary revisions and redactions (0.7). | BCK | 1.60 | 680.00 |
| 12/17/21 Finalize review and analysis of proposed claims spreadsheet (0.4); correspond via email with Brad Knapp about the spreadsheet and related matters. | WSB | 0.60 | 300.00 |
| 12/17/21 Coordinate delivery of exhibits cited in claims chart in preparation of sending to state court counsel. | ALL | 0.50 | 62.50 |
| 12/20/21 Continue adding additional critical documents to Box.com folder in connection with claims spreadsheet. | AW | 0.10 | 12.50 |
| 12/22/21 Revise claim summary spreadsheet. | BCK | 0.40 | 170.00 |
| | | **75.50** | **$22,502.50** |

| **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 12/01/21 Continued analysis of plan process issues for committee mediation preparation. | BCK | 0.50 | 212.50 |
| 12/02/21 Work on mediation prep agenda / material (0.9) | OFK | 0.90 | 450.00 |
| 12/02/21 Continued review of potential properties for additional appraisal (0.4); conference with appraiser regarding appraisal issues (0.8); conference with counsel for ANO regarding appraisals (0.4). | BCK | 1.60 | 680.00 |
| 12/02/21 Analysis of Apostolate discovery needs to prepare for plan mediation. | BCK | 0.30 | 127.50 |
| 12/03/21 Correspond with various parties regarding the in-person mediation prep meetings and the agenda outline for these meetings (0.5) | OFK | 0.50 | 250.00 |
| 12/06/21 Review with Mr. Knapp multiple issues related to the in-person meeting (0.3); correspond via email with Jim Stang concerning the in-person meeting and timing issues (0.2); telephone meeting with Mr. Kuebel and Pachulski Stang personnel to review multiple issues in preparation for the proposed mediation (0.8). | WSB | 1.30 | 650.00 |
| 12/06/21 Analysis of additional financial records productions for plan mediation preparation (0.4); analysis of privilege issues and cell phone production issues (0.3). | BCK | 0.70 | 297.50 |
| 12/06/21 Begin preparing materials for plan mediation process. | BCK | 1.30 | 552.50 |
| 12/06/21 Call on plan mediation issues, strategy and timing with Mr. Stang. (0.8) | OFK | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: January 19, 2022
Invoice No.:  1700463
Page:  11

| **B320 Plan and Disclosure Statement** | | **ATTY** | **HOURS** | **VALUE** |
| --- | --- | --- | --- | --- |
| 12/07/21 | Prepare for and participate in call with ANO counsel on mediation discovery and other issues (0.9) Follow-up discussion with Mr. Stang regarding mediation scheduling and plan issues (0.7). Correspond with state court counsel on plan mediation preparation and identification of documents to support mediation power point presentation. (1.4) | OFK | 3.00 | 1,500.00 |
| 12/07/21 | NO CHARGE -- Work and confer with B. Knapp re document management and review for purposes of mediation (0.3) | CDB | 0.00 | 0.00 |
| 12/07/21 | Review document productions related to abuse claims for mediation preparation. | BCK | 2.50 | 1,062.50 |
| 12/07/21 | Conference with counsel for ANO regarding mediation planning and status of investigation efforts. | BCK | 0.70 | 297.50 |
| 12/08/21 | Review certain discovery from priest file for mediation prep and correspond via email with state court counsel regarding the same (0.7) | OFK | 0.70 | 350.00 |
| 12/08/21 | Review and compile relevant legal authorities in preparation for plan mediation. | ALL | 0.40 | 50.00 |
| 12/09/21 | Review and compile relevant legal authorities in preparation for plan mediation. | ALL | 1.10 | 137.50 |
| 12/09/21 | Continued work on mediation / plan strategy outline and supporting document accumulation (1.0) | OFK | 1.00 | 500.00 |
| 12/09/21 | Analysis of personnel files related to abuse claims in preparation for plan mediation. | BCK | 1.30 | 552.50 |
| 12/14/21 | Work on plan mediation presentation and support documents (1.0). | OFK | 1.00 | 500.00 |
| 12/15/21 | Revise motion to continue status conference regarding motion to compel. | BCK | 0.20 | 85.00 |
| 12/15/21 | Draft, finalize, and e-file Agreed Motion to Continue Status Conference re: the Committee's Motion to Compel (1.00); coordinate mailing/service of Motion (.30). | ALL | 1.30 | 162.50 |
| 12/20/21 | Follow-up emails regarding meeting with Judge Zive (0.5). | OFK | 0.50 | 250.00 |
| 12/20/21 | Analysis of mediator contact and next steps for pre-mediation meeting with Judge Zive. | BCK | 0.50 | 212.50 |
| 12/20/21 | Review proposed Apostolate document and information requests for plan mediation process. | BCK | 0.80 | 340.00 |
| 12/21/21 | Further review and analyze the filed proofs of claim in anticipation of the forthcoming mediation (1.3); correspond via email with Brad Knapp about these issues (0.3). | WSB | 1.60 | 800.00 |
| 12/21/21 | Multiple email correspondence regarding meeting with Judge Zive (0.5); continued work on plan mediation prep. (0.8) | OFK | 1.30 | 650.00 |
| 12/22/21 | Work on plan mediation presentation (1.0) Multiple emails regarding call with Judge Z (0.4) | OFK | 1.40 | 700.00 |
| 12/27/21 | Further review and analyze the various proofs of claim and accompanying documents filed by abuse claimants in preparation for the forthcoming mediation (1.0); correspond via email with Brad Knapp about these claims and other plan-related matters (0.4). | WSB | 1.40 | 700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/27/21 | Review revised Apostolate requests (0.7); analysis of additional requests to make of Apostolates for mediation preparation (1.0). | BCK | 1.70 | 722.50 |
| 12/28/21 | Correspond via email with Brad Knapp regarding various mediation-related issues (0.2); further analyze and review the claims spreadsheet and claims-related information in preparation for the forthcoming mediation (2.0). | WSB | 2.20 | 1,100.00 |
| 12/28/21 | Review prior sets of Apostolate document requests (0.7); continue drafting Apostolate document requests (1.2). | BCK | 1.90 | 807.50 |
| 12/29/21 | Continue reviewing prior document request correspondence with Apostolates (0.3); continue drafting document requests to the Apostolates (2.3). | BCK | 2.60 | 1,105.00 |
| 12/29/21 | Correspond via email with Rick Kuebel concerning today's scheduled call with the mediator (0.2); analyze with Brad Knapp various issues related to today's call and the forthcoming mediation (0.4). | WSB | 0.60 | 300.00 |
| 12/29/21 | Work on plan mediation preparation for call with Judge Zive (1.5); prepare for and participate in call with Judge Zive regarding plan mediation (1.3) | OFK | 2.80 | 1,400.00 |
| 12/30/21 | Call with State Court counsel with detailed outline of mediation statements / documents (1.5) | OFK | 1.50 | 750.00 |
| 12/30/21 | Revise Apostolates document requests. | BCK | 1.20 | 510.00 |
| 12/30/21 | Correspond via email with Brad Knapp regarding the mediation call with Judge Zive (0.2); correspond via email with Rick Kuebel about this call and other issues related to the upcoming mediation (0.3). | WSB | 0.50 | 250.00 |
| | | | **43.60** | **$19,415.00** |

**TOTAL FEES**           **$84,100.00**

### TIMEKEEPER SUMMARY:

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.70 | $350.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.10 | $262.50 |
| | | | **2.80** | **$612.50** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 27.50 | $13,750.00 |
| | | | **27.50** | **$13,750.00** |

**B130    Asset Disposition**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 13

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.20 | $85.00 |
| W.S. Bryant | Partner | $500.00 | 0.70 | $350.00 |
| | | | **0.90** | **$435.00** |

### B150    Meetings & Communications with Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.80 | $2,040.00 |
| O. F. Kuebel | Partner | $500.00 | 8.20 | $4,100.00 |
| W.S. Bryant | Partner | $500.00 | 5.10 | $2,550.00 |
| | | | **18.10** | **$8,690.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 14.30 | $7,150.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.60 | $325.00 |
| | | | **16.90** | **$7,475.00** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.20 | $1,100.00 |
| W.S. Bryant | Partner | $500.00 | 14.00 | $7,000.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.50 | $62.50 |
| | | | **16.70** | **$8,162.50** |

### B180    Avoidance Action Analysis

| | | | | |
|---|---|---|---|---|
| A. H. Katz | Of Counsel | $450.00 | 2.00 | $900.00 |
| | | | **2.00** | **$900.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.50 | $637.50 |
| O. F. Kuebel | Partner | $500.00 | 1.80 | $900.00 |
| A.L. Lohr | Paralegal | $125.00 | 3.60 | $450.00 |
| | | | **6.90** | **$1,987.50** |

Official Committee of Unsecured Creditors
File No.:   0107766.00001

Invoice Date: January 19, 2022
Invoice No.:   1700463
Page:   14

### B220   Employee Benefits/Pensions

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.40 | $170.00 |
| | | | **0.40** | **$170.00** |

### B310   Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 27.30 | $11,602.50 |
| C. D. Boldissar | Partner | $500.00 | 0.20 | $100.00 |
| O. F. Kuebel | Partner | $500.00 | 2.80 | $1,400.00 |
| W.S. Bryant | Partner | $500.00 | 10.00 | $5,000.00 |
| A.L. Lohr | Paralegal | $125.00 | 34.80 | $4,350.00 |
| A. Wilson | Litigation Supp | $125.00 | 0.40 | $50.00 |
| | | | **75.50** | **$22,502.50** |

### B320   Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 17.80 | $7,565.00 |
| O. F. Kuebel | Partner | $500.00 | 15.40 | $7,700.00 |
| W.S. Bryant | Partner | $500.00 | 7.60 | $3,800.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.80 | $350.00 |
| | | | **43.60** | **$19,415.00** |

## TIMEKEEPER SUMMARY TOTALS                                211.30        $84,100.00

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Long Distance Calls | 0.16 |
| | PACER Online Research | 3.80 |
| | Subpoena Fees | 1,760.72 |
| 12/08/21 | Outside Copy Costs 47876, Alliance Overnight Document Service LLC, Mail out of the Order Granting Committee's Application to Retain Stegall Benton Doc #984. | 81.60 |
| 12/08/21 | Outside Copy Costs 47876, Alliance Overnight Document Service LLC, taxes applied to subtotal | 4.82 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 19, 2022
Invoice No.: 1700463
Page: 15

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 12/08/21 | Outside Copy Costs 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc #1034) and Notice of Hearing (Doc# 1035) | 320.25 |
| 12/08/21 | Outside legal counsel fees - E&O 48080, Alliance Overnight Document Service LLC, Mailout of Locke Lord's Third Fee Application (Doc #1034) and Notice of Hearing (Doc# 1035) | 19.89 |
| 12/08/21 | Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | 221.96 |
| 12/08/21 | Outside Copy Costs 48242, Alliance Overnight Document Service LLC, Mail out of Notice of Appearance (Dkt # 1075); Zobrio's First Fee App., Committee's Rule 2004 Motion to Catholic Mutual and Notice of Hearing (Dkt# 1079-1081) | 14.36 |
| 12/08/21 | Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | 212.28 |
| 12/08/21 | Outside Copy Costs 48261, Alliance Overnight Document Service LLC, Mail Out of Docket 1099 Committee's Obligation to Romero Settlement; 1101 Committee's Amended Notice of Hearing and 1103 Committee's Objection to Dundon Fee app | 13.55 |
| 12/08/21 | Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | 96.38 |
| 12/08/21 | Outside Copy Costs 48317, Alliance Overnight Document Service LLC, Mail out of Dock No. 1124 Committee's Omnibus Reply to Objections re: Motion to Amend | 6.05 |
| 12/08/21 | Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | 96.38 |
| 12/08/21 | Outside Copy Costs 48336, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1152 and 1153 Joint Motion to Supplement Claims Bard Date Order and Notice of Hearing | 6.05 |
| 12/08/21 | Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | 90.28 |
| 12/08/21 | Outside Copy Costs 48337, Alliance Overnight Document Service LLC, Mail out of Doc Nos. 1136 and 1138 Order Granting Locke Lord's Third Fee App and Order Granting Zobrio's First Fee App | 5.48 |
| 12/20/21 | Certified Copies 2021136687, Capitol Services Inc., Obtain Certified Copy of Articles with Amendments for Villa St. Maurice, Inc. | 115.00 |
| 12/22/21 | Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1165, 1166, and 1168. | 665.26 |
| 12/22/21 | Outside Copy Costs 48444, Alliance Overnight Document Service LLC, Mailout of court fililngs | 52.56 |
| 12/22/21 | Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of Document Nos. 1177, 1179, and 1181. | 459.42 |
| 12/22/21 | Outside Copy Costs 48473, Alliance Overnight Document Service LLC, Mailout of court filings | 28.42 |
| 12/28/21 | Outside Copy Costs 48363, Alliance Overnight Document Service LLC, Mailout of Doc # 1158 Stipulated Order re: Catholic Mutual 2004 Motion | 85.56 |
| 12/28/21 | Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | 86.80 |
| 12/28/21 | Filing Fees 48596, Alliance Overnight Document Service LLC, Mailing of Document no. 1207, Order Withdrawing C. Davin Bolidssar, in the Archdiocese matter | 5.10 |
| 12/28/21 | Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 94.24 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

| DATE | EXPENSES | VALUE |
|---|---|---|
| 12/28/21 | Filing Fees 48597, Alliance Overnight Document Service LLC, Filing of two orders approving fee applications (Doc. Nos. 1200 and 1202) | 5.80 |
| 12/29/21 | Outside Copy Costs 48594, Alliance Overnight Document Service LLC, mass mailing of Consent Motion motion for Continuance of 12-16 | 91.90 |
| | TOTAL EXPENSES | $4,644.07 |

| | |
|---|---|
| TOTAL FEES | $84,100.00 |
| TOTAL EXPENSES | $4,644.07 |
| TOTAL FEES AND EXPENSES | $88,744.07 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

January 19, 2022
Invoice No.: 1700463

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2021

File Number: 0107766.00001
RE: Bankruptcy of the Archdiocese of New Orleans

Total Fees ........................................................................................................................ $84,100.00

Total Expenses ................................................................................................................ $4,644.07

Total Due this Statement................................................................................................. $88,744.07

**PLEASE REMIT PAYMENT:**

<u>**Via US Mail:**</u>
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

<u>**Via ACH:**</u>
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

<u>**Via Wire:**</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

February 24, 2022
Invoice No.: 1707476

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2022 <u>$140,981.48</u>

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/22 | Prepare for and participate in weekly call with Debtor counsel (0.8). | OFK | 0.80 | 400.00 |
| 01/04/22 | Conference with Debtor's counsel regarding pending motions and mediation planning. | BCK | 0.50 | 212.50 |
| 01/04/22 | Attend today's conference call with the Debtor to discuss various outstanding issues, including the discovery of new deficiencies in the Debtor's internal operations. | WSB | 1.60 | 800.00 |
| 01/10/22 | Prepare for and participate in counsel call on recent clergy-abuse issues (0.8) | OFK | 0.80 | 400.00 |
| 01/21/22 | Communications with attorney team re: response deadline to SRBA's Ninth Fee Statement and Dundon Advisers' Fifth Fee Statement. | ALL | 0.20 | 25.00 |
| 01/25/22 | Prepare for and participate in weekly call with Debtor (0.4) | OFK | 0.40 | 200.00 |
| | | | **4.30** | **$2,037.50** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/22 | Correspond regarding NDCE discovery status (0.5) Work on NDCE asset identification (0.8) | OFK | 1.30 | 650.00 |
| 01/04/22 | Continued work on NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 01/05/22 | Continued work on NDCE asset recovery issues (0.9) | OFK | 0.90 | 450.00 |
| 01/06/22 | Continued work on NDCE discovery /asset diligence (1.0) | OFK | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/07/22 | Receipt and review of Draper letter regarding NDCE discovery and forward /respond to the same (0.3) | OFK | 0.30 | 150.00 |
| 01/10/22 | Correspond with counsel for the Commercial Committee on asset discovery issues (0.4); continued work on NDCE discovery issues (0.5) | OFK | 0.90 | 450.00 |
| 01/11/22 | Continued work on NDCE asset discovery (0.8) | OFK | 0.80 | 400.00 |
| 01/12/22 | Correspond with Andrew Caine at Pachulski Stang regarding the pending Motion to Compel production of documents and prepare for hearing (0.5) | OFK | 0.50 | 250.00 |
| 01/14/22 | Correspond regarding NDCE asset discovery with BRG (0.4); prepare for and participate in call with Doug Stewart regarding asset discovery (0.3); prepare for and participate in team call with Pachulski Stang regarding asset discovery and other matters (1.0). | OFK | 1.70 | 850.00 |
| 01/17/22 | Correspond with BRG on NDCE contribution analysis (0.4); correspond regarding real estate transaction/NDCE sale due diligence (0.4); correspond regarding NDCE asset discovery and 2004 motion (0.4) | OFK | 1.20 | 600.00 |
| 01/17/22 | Multiple correspondence with state court counsel and Andrew Caine regarding motion to compel and issues with incomplete document production (0.8) | OFK | 0.80 | 400.00 |
| 01/18/22 | Prepare for and participate in call with BRG regarding NDCE matrix and ANO preference / inside transfer analysis (1.5); continued work / correspondence on NDCE asset discovery (0.5); call and correspond with Andrew Caine on Motion to Compel report / documents (0.8). | OFK | 2.80 | 1,400.00 |
| 01/19/22 | Receipt and review of Debtor's sealed Motion to Compel (0.1) communications with attorney team re: date of hearing and deadline to respond to Motion to Compel (0.2). | ALL | 0.30 | 37.50 |
| 01/20/22 | Communications with B. Knapp and N. White re: assistance with drafting Rule 2004 examination Motion against the Apostolates. | ALL | 0.40 | 50.00 |
| 01/20/22 | Review letter correspondence and document requests and draft rule 2004 motions in preparation for drafting rule 2004 motion relating to documentation being sought (1.3) | NWD | 1.30 | 422.50 |
| 01/21/22 | Report on NDCE contribution analysis work on response to Debtor's PO motion (0.6); receipt and review of numerous asset valuation reports and review the same (0.5) | OFK | 1.10 | 550.00 |
| 01/21/22 | Revise brief regarding motion to compel status (1.8); analysis of potential exhibits for brief (0.5). | BCK | 2.30 | 977.50 |
| 01/21/22 | Call with Andrew Caine regarding status report on the Motion to Compel (0.7); multiple correspondence regarding comments on MTC status report (0.8). | OFK | 1.50 | 750.00 |
| 01/21/22 | Receipt and review of reports from the Committee's Appraiser (0.3). (NO CHARGE) | ALL | 0.00 | 0.00 |
| 01/24/22 | Call with Andrew Caine to assist with documents and evidence for MTC updated filling (0.8) Correspond regarding ANO asset discovery/appraisal (0.3) | OFK | 1.10 | 550.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/25/22 | Communications with B. Knapp re: logistics for under seal filing (.50); assist with drafting Motion for an Order Authorizing Filing the Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel Under Seal (.50); prepare Exhibits to Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel in preparation of filing redacted and sealed versions (2.40). | ALL | 3.40 | 425.00 |
| 01/25/22 | Revise supplemental submission regarding motion to compel (0.9); review proposed exhibits for supplemental brief (0.9); revise motion to seal (0.4). | BCK | 2.20 | 935.00 |
| 01/26/22 | Coordinate mailing/service of Motion for an Order Authorizing Filing the Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel Under Seal and redacted Statement. | ALL | 0.30 | 37.50 |
| 01/26/22 | Review, finalize, and e-file Motion for an Order Authorizing Filing the Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel Under Seal (.50); review, revise, finalize, and e-file redacted Statement Regarding Status of Debtor's Rule 2004 Production Subject to Motion to Compel (2.00); prepare copies of sealed Statement and Exhibits for delivery to the Court (.50). | ALL | 3.00 | 375.00 |
| 01/26/22 | Revise brief regarding motion to compel related to plan discovery (0.4); review final exhibit set (0.3). | BCK | 0.70 | 297.50 |
| 01/27/22 | Prepare for and participate on team call with Pachulski Stang regarding the Motion to Compel documents (1.0) | OFK | 1.00 | 500.00 |
| 01/28/22 | Continued work on NDCE discovery requests (0.7) | OFK | 0.70 | 350.00 |
| 01/31/22 | Receipt and review of multiple appraisals report (0.2), review the same and forward to BRG team (0.5); prepare for and participate in UCC call and provide detailed report on discovery status and chambers conference (1.8) | OFK | 2.50 | 1,250.00 |
| | | | **34.50** | **$13,857.50** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/03/22 | Analyze the Debtor's de minimis sales procedures authorizing the private sale or auction of property on a continuing basis and identify potential issues (1.5); correspond via email with Brad Knapp about these potential concerns (0.2); revise the Debtor's proposed order to address these issues (2.4). | WSB | 4.10 | 2,050.00 |
| 01/04/22 | Further edit and revise the proposed de minimis sale order (1.4); draft reservation of rights in connection with the sale order (1.6). | WSB | 3.00 | 1,500.00 |
| 01/05/22 | Correspondence with Committee appraisers regarding proposed sale procedures motion. | BCK | 0.30 | 127.50 |
| 01/05/22 | Finalize the proposed de minimis sale order (0.1); draft email to the Committee and counsel summarizing the Debtor's de minimis sale order and the proposed revisions (0.5). | WSB | 0.60 | 300.00 |
| 01/06/22 | Review sale procedures and appraisal status with Committee appraisers. | BCK | 0.50 | 212.50 |
| 01/06/22 | Prepare for and participate in call with U.S. Trustee's Office on sale motion and other pending motions (0.8) | OFK | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 4

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/06/22 | Correspond via email with Brad Knapp regarding the U.S. Trustee's objections to the Debtor's de minimis sales procedures motion (0.3); analyze the U.S. Trustee's objections and related matters (0.5); draft, edit, and revise the Limited Objection to the de minimis sales procedures motion (2.7). | WSB | 3.50 | 1,750.00 |
| 01/07/22 | Continue drafting response to Debtor's sale procedures (0.3); correspond via email with Brad Knapp about the U.S. Trustee's comments to the sales procedures (0.2); review the U.S. Trustee's various comments to the sales procedures (0.2); further edit and revise the response (1.1); review and analyze further proposed revisions to the sales procedures by various other parties and incorporate those revisions into the proposed sale order (0.5). | WSB | 2.30 | 1,150.00 |
| 01/07/22 | Review US Trustee correspondence regarding sale procedures (0.2); analysis of sale procedure revisions and additional proposed changes (0.4). | BCK | 0.60 | 255.00 |
| 01/09/22 | Review and analyze the proposed revisions to the de minimis sale order provided by the Pachulski Stang team (0.5); edit and revise the de minimis sale order to incorporate these revisions (4.2). | WSB | 4.70 | 2,350.00 |
| 01/10/22 | Further edit and revise the proposed de minimis sale order to incorporate additional comments from various parties (1.0); draft email to the Debtor and other parties-in-interest outlining the issues the Committee has identified with the sale order (0.9); forward this explanatory email along with the revised sale order to the Debtor and other parties-in-interest for their review and comment (0.1); draft email to the Committee summarizing all the issues and concerns with the de minimis sale motion and proposed order (1.0); forward this email summary to the Committee for its review and comment (0.1); further correspond via email with state-court counsel and other Committee parties concerning this sale order (0.4). | WSB | 3.50 | 1,750.00 |
| 01/11/22 | Further draft, edit, and revise the Limited Objection to the de minimis sales procedure motion. | WSB | 0.50 | 250.00 |
| 01/12/22 | Further edit and revise the Limited Objection to the De Minimis Sale Procedures Motion (1.4); attend conference call with counsel for the Debtor, the U.S. Trustee, and the Commercial Committee to discuss the status of the De Minimis Sale Procedures Motion (0.6). | WSB | 2.00 | 1,000.00 |
| 01/13/22 | Communications with attorney team re: hearing and response deadline on the Debtor's Motion to Retain TMC Realty, LLC d/b/a The McEnery Company and to Establish Sale Procedures. | ALL | 0.40 | 50.00 |
| 01/13/22 | Review the Court's order resetting the hearing on the De Minimis Sale Motion (0.1); correspond via email with various Committee members regarding this resetting (0.1); correspond via email with Ashley Lohr concerning the reset (0.1); review the Debtor's ex parte motion resetting all matters related to the De Minimis Sale Motion (0.2). | WSB | 0.50 | 250.00 |
| 01/20/22 | Review and analyze the Debtor's motion to retain The McEnery Company to market and sell the Howard Avenue property (1.0); review and analyze the Debtor's amended motion to retain The McEnery Company to conduct a marketing plan and analysis (0.8); correspond via email with Brad Knapp about these revisions (0.2); begin preparing an analysis of both motions (0.5). | WSB | 2.50 | 1,250.00 |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/21/22 | Identify potential issues and concerns in connection with the Debtor's separate motions to retain The McEnery Company (0.7); draft a list of these various issues for transmission to the Committee for their review (0.5). | WSB | 1.20 | 600.00 |
| 01/24/22 | Draft email analysis of the key issues presented by the motion to hire TMC Realty as a real estate consultant to conduct an analysis of the Debtor's properties (0.7); draft email analysis of the motion to hire TMC Realty as a broker to market and sell the 1000 Howard Avenue property (0.8); finalize these emails and forward them to counsel for the Committee for their review and comment (0.5); begin drafting comprehensive analysis of these motions for the Committee (0.4). | WSB | 2.40 | 1,200.00 |
| 01/25/22 | Draft, edit, and revise an email summary of the various issues and concerns with the two TMC Realty retention applications (1.4); forward that email to Brad Knapp, Rick Kuebel and the Pachulski Stang team for their review and further comment (0.2); draft email outlining for the Debtor these various issues and concerns (1.0); telephone conference with Bush Benton, the Committee's real-estate appraiser, about all these matters (1.0); forward via email to Bush Benton a list of these concerns (0.4); draft Limited Objection to the Application to retain TMC Realty as broker for the Howard Avenue property (0.6). | WSB | 4.60 | 2,300.00 |
| 01/26/22 | Summarize the Committee's various issues with the Debtor's motions to retain TMC Realty and forward it via email to the Debtor's counsel for their review and comment (0.5); telephone conference with Mark Mintz, counsel for the Debtor, regarding the Committee's concerns about the motions (0.5); correspond via email with Committee counsel about these matters and the proposed resolution (0.3); review the Debtor's emails regarding the proposed resolution sent to the Committee (0.3); further correspond via email with the Debtor confirming the proposed resolution (0.4); review the Debtor's email to the Court confirming the resolution (0.2). | WSB | 2.20 | 1,100.00 |
| 01/27/22 | Correspond via email with the Debtor's counsel regarding the proposed revisions to the TMC Realty agreements (0.1); review the revised Consulting Agreement, Listing Agreement, and proposed orders submitted by the Debtor's counsel (0.4); review and analyze the documents filed by the Debtor in preparation for tomorrow's hearing (0.2). | WSB | 0.70 | 350.00 |
| 01/28/22 | Review revised Consulting Agreement and Broker Agreement in advance of today's hearing (0.4); attend today's hearing on the Debtor's Motions to approve TMC Realty as both a real estate consultant and broker (0.7); correspond via email with Mark Mintz regarding today's hearing (0.2); review the Court's orders approving the Debtor's Motions (0.1). | WSB | 1.40 | 700.00 |
| 01/31/22 | Review and analyze the appraisal of the Howard Avenue property provided by Bush Benton (1.1). | WSB | 1.10 | 550.00 |
| | | | **43.40** | **$21,445.00** |
| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
| 01/03/22 | Prepare for and participate in UCC conference call (1.6) | OFK | 1.60 | 800.00 |
| 01/03/22 | Prepare agenda for committee meeting (0.2); attend committee meeting via conference call (1.6). | BCK | 1.80 | 765.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 6

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/03/22 | Revise the agenda for today's Committee call (0.2) (NO CHARGE); review with Brad Knapp various developments that occurred during today's Committee call (0.5). | WSB | 0.50 | 250.00 |
| 01/04/22 | Conference with committee counsel and state-court counsel regarding preparations for mediation. | BCK | 1.50 | 637.50 |
| 01/04/22 | Attend this week's counsel-only conference call to address recent developments in the document-review process and the identification of potential new deficiencies in the Debtor's internal operations (1.5); review and analyze with Brad Knapp various issues arising out of today's counsel-only conference call (0.2); further correspond via email with Mr. Knapp about these matters (0.1). | WSB | 1.80 | 900.00 |
| 01/04/22 | Prepare for, participate in and report to counsel-only meeting (1.5) | OFK | 1.50 | 750.00 |
| 01/07/22 | Extended telephone conference with state-court counsel and the Committee chairman regarding recent developments in connection with child-protection and credibly accused clergy. | WSB | 2.00 | 1,000.00 |
| 01/07/22 | Prepare committee meeting agenda (0.1); correspondence with committee regarding pending matters and upcoming meeting (0.3). | BCK | 0.40 | 170.00 |
| 01/07/22 | Multiple correspondence with UCC members on child-protection/credibl y accused clergy concerns and ANO response /allegations (1.0); work on UCC procedures (0.8); prepare for and participate in UCC call regarding child-protection demands (1.3); multiple correspondence with UCC counsel on these issues (0.6) | OFK | 3.70 | 1,850.00 |
| 01/10/22 | Attend today's Committee conference call to address multiple outstanding issues and matters (1.8); follow-up email correspondence with Brad Knapp about today's call and tomorrow's state-court counsel call (0.2). | WSB | 2.00 | 1,000.00 |
| 01/10/22 | Correspond with state court counsel on child-protection and credibly-accused clergy issues (0.3); prepare for and provide multiple reports to UCC members at Committee meeting (1.8). | OFK | 2.10 | 1,050.00 |
| 01/10/22 | Attend committee conference regarding pending motions and additional committee business. | BCK | 1.80 | 765.00 |
| 01/11/22 | Attend committee council meeting regarding pending motions and additional plan process preparation matters. | BCK | 1.10 | 467.50 |
| 01/11/22 | Prepare for and participate in counsel call and provide report on NDCE discovery and child-protection motion (1.1) | OFK | 1.10 | 550.00 |
| 01/11/22 | Draft email to the Committee regarding the Committee's proposed response to the Eleventh Monthly Fee Statements of Carr Riggs, Blank Rome, and Jones Walker (0.5); forward the email to the Committee along with a recommendation regarding these monthly statements (0.1). | WSB | 0.60 | 300.00 |
| 01/12/22 | Draft email correspondence to the Committee summarizing the Debtor's proposed revisions to the De Minimis Sale Procedures Motion and forward it to the Committee for their review and comment. | WSB | 0.50 | 250.00 |
| 01/12/22 | Follow-up correspondence with UCC chair regarding meet and confer (0.7); multiple correspondence with UCC on status (0.8) | OFK | 1.50 | 750.00 |
| 01/13/22 | Call with UCC Chair regarding clergy review board reports and other issues (0.8); work on UCC status report on child-protection motion (0.4). | OFK | 1.20 | 600.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 7

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/13/22 | Correspondence among committee regarding confidential clergy issue (0.1); conference with committee chair regarding strategy for clergy issues (0.8). | BCK | 0.90 | 382.50 |
| 01/14/22 | Forward copy of third-party correspondence to UCC Chair and follow-up call with UCC Chair regarding the same (0.8) | OFK | 0.80 | 400.00 |
| 01/18/22 | Prepare for and participate in counsel call and report on Motion To Compel and child-protection and non-monetary plan issues. (1.3) | OFK | 1.30 | 650.00 |
| 01/18/22 | Conference with committee regarding upcoming hearing setting and strategy items. | BCK | 1.30 | 552.50 |
| 01/19/22 | Call from counsel for creditor regarding state-court rulings on constitutional issues (0.7); correspond with state-court counsel regarding Motion to Compel and current protective order issues (0.5) | OFK | 1.20 | 600.00 |
| 01/21/22 | Draft agenda for upcoming committee meeting. | BCK | 0.30 | 127.50 |
| 01/21/22 | Correspond with Committee Vice-Chair on discovery status (0.4) | OFK | 0.40 | 200.00 |
| 01/24/22 | Attend Committee meeting regarding pending motions and upcoming hearings. | BCK | 1.80 | 765.00 |
| 01/24/22 | Correspond with UCC Chair regarding multiple issues (0.2); comment on UCC agenda (0.2); prepare for and participate/provide report at UCC meeting (1.8) | OFK | 2.20 | 1,100.00 |
| 01/24/22 | Attend today's Committee call to address multiple outstanding issues, including matters related to existing discovery and the alleged protective order violation. | WSB | 1.80 | 900.00 |
| 01/25/22 | Attend today's counsel-only conference call to address the TMC Realty applications (0.5); draft, edit and revise an email to the Committee outlining the various issues with the applications and expressing the Committee professionals' view regarding how best to respond to these matters (1.3). | WSB | 1.80 | 900.00 |
| 01/25/22 | Prepare for and present report to Committee counsel on discovery and Protective Order motion (1.8) | OFK | 1.80 | 900.00 |
| 01/25/22 | Conference with committee counsel regarding protective order issues and remaining items on motion to compel. | BCK | 1.80 | 765.00 |
| 01/26/22 | Draft email to the Committee summarizing the Debtor's proposed resolution to the issues that the Committee identified in the TMC Realty motions and forward that email to the Committee for its review (0.4); further correspond via email with individual Committee members about this matter (0.1). | WSB | 0.50 | 250.00 |
| 01/27/22 | Correspond with UCC members regarding report on status conference (1.5) | OFK | 1.50 | 750.00 |
| 01/27/22 | Conferences with committee members regarding hearing outcomes and next steps with respect to sealed motion. | BCK | 1.20 | 510.00 |
| 01/28/22 | Draft email to the Committee explaining the results of today's hearing on Debtor's Motion to hire TMC Realty as a real estate consultant and broker (0.3); forward the email to the Committee and further correspond with specific Committee members about these developments (0.1). | WSB | 0.40 | 200.00 |
| 01/28/22 | Prepare for and participate in call with Brittany Wolf (1.0) | OFK | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 8

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/31/22 | Attend committee meetings regarding discovery issues and pending motions. | BCK | 2.00 | 850.00 |
| 01/31/22 | Attend today's Committee meeting and summarize the Debtor's motions to retain TMC Realty as a real estate consultant and broker. | WSB | 0.30 | 150.00 |
| 01/31/22 | Call with UCC member counsel (Wolf) regarding pending motion issues (0.5) | OFK | 0.50 | 250.00 |
| | | | **51.50** | **$24,557.50** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/13/22 | Begin preparing December 2021 monthly fee statement for Locke Lord (2.0); correspond via email with Rick Kuebel regarding this fee statement (0.1); further edit and revise the fee statement (0.5). | WSB | 2.60 | 1,300.00 |
| 01/14/22 | Draft and revise the December 2021 Locke Lord monthly fee statement (1.8). | WSB | 1.80 | 900.00 |
| 01/18/22 | Review the Court's docket memo indicating that the Court intends to approve the Rock Creek retention application (0.1); conform the order approving the Rock Creek application to the Court's docket memo (0.3); draft email to the Court requesting entry of the order approving the Rock Creek application and including the conformed order (0.2). | WSB | 0.70 | 350.00 |
| 01/19/22 | Review and revise service list in preparation of mailing/service of Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor. | ALL | 0.60 | 75.00 |
| 01/19/22 | Review the Court's order approving the Rock Creek retention application (0.1); forward the order approving the Rock Creek retention application to Rock Creek personnel along with a brief explanation of the issues (0.2). | WSB | 0.30 | 150.00 |
| 01/20/22 | Draft, edit, and finalize the December 2021 Locke Lord Monthly Fee Statement. | WSB | 0.50 | 250.00 |
| 01/20/22 | Review and revise service list in preparation of mailing/service of Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC as Pension Financial Advisor (0.2); coordinate mailing/service of Order (0.2). | ALL | 0.40 | 50.00 |
| 01/21/22 | Draft Certificate of Service re: Order Authorizing the Retention and Employment of Rock Creek Advisors, LLC, as Pension Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of December 20, 2021 (.30); review, finalize, and e-file Certificate of Service (.20). | ALL | 0.50 | 62.50 |
| 01/21/22 | Correspond via email with Brad Knapp and Rick Kuebel about Locke Lord's December 2021 fee statement and related matters. | WSB | 0.20 | 100.00 |
| 01/25/22 | Forward a draft of the next Locke Lord monthly fee statement to James Adams for his review and approval. | WSB | 0.10 | 50.00 |
| 01/26/22 | Communications with attorney team re: response to Debtor's Retention Application of Keegan Linscott & Associates, PC as Financial Advisor. | ALL | 0.20 | 25.00 |
| 01/28/22 | Finalize and circulate the Zobrio fee and expense application (0.1); finalize the Locke Lord monthly fee and expense application and forward it to the service parties via email (0.4). | WSB | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 9

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 8.40 | $3,562.50 |

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/22 | Review and analyze the Eleventh Fee Statement of Carr Riggs to identify any potential billing issues (0.3); review and analyze the Eleventh Fee Statement of Blank Rome to identify any potential billing issues (0.6); review and analyze the Eleventh Fee Statement of Jones Walker to identify any potential billing issues (2.1). | WSB | 3.00 | 1,500.00 |
| 01/13/22 | Finish analyzing the Eleventh Monthly Fee Statements of the Debtors (0.4); draft email to the Debtor's counsel explaining the Committee's position with respect to these fee statements (0.5); finalize the review and analysis of the Commercial Committee's fee applications (0.4); draft email to the Commercial Committee requesting additional information but declining to object to these applications (0.5); further correspond via email with the Committee about these issues and decisions (0.2). | WSB | 2.00 | 1,000.00 |
| 01/14/22 | Review Stewart Robbins' notice of fee increase and their original retention application (0.6); draft, edit, and revise proposed response to the notice of fee increase and forward it to Rick Kuebel for his review and comment (0.7). | WSB | 1.30 | 650.00 |
| 01/28/22 | Communications with attorney team re: objection deadline to Jones Walker, CRI, and Blank Rome's Twelfth Fee Statement. | ALL | 0.20 | 25.00 |
| | | | 6.50 | $3,175.00 |

| | **B180 Avoidance Action Analysis** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/22 | Telephone conference with Will Robbins, counsel for the Commercial Committee, regarding avoidance action issues and the Debtor's upcoming two-year statute of limitations (0.5); correspond via email with Brad Knapp and Rick Kuebel regarding potential coordination and related issues (0.3) | WSB | 0.80 | 400.00 |
| | | | 0.80 | $400.00 |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/22 | Multiple correspondence and document review regarding Debtor internal operational and reporting issue (0.6) | OFK | 0.60 | 300.00 |
| 01/03/22 | Review reports related to Review Board proceedings and credibly accused clergy issues. | BCK | 1.10 | 467.50 |
| 01/03/22 | Review and analyze recently discovered evidence relating to the Debtor's continuing obligations on a post-petition basis to report credible abuse allegations (0.4); review these developments with Brad Knapp and the Committee's response (0.3). | WSB | 0.70 | 350.00 |
| 01/04/22 | Work on correspondence to Debtor regarding credibly accused clergy issues (1.1); confer and revise letter to Debtor and issue same to Mr Mintz (1.7) | OFK | 2.80 | 1,400.00 |
| 01/04/22 | Prepare detailed correspondence regarding confidential credibly accused clergy issue. | BCK | 4.50 | 1,912.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 10

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/05/22 | Multiple correspondence with UCC members and Debtor regarding correspondence addressing credibly-accused clergy issue (1.0) | OFK | 1.00 | 500.00 |
| 01/05/22 | Analysis of protective orders requirements for challenging confidentiality (0.8); draft motion to remove confidential designation for certain documents (4.1). | BCK | 4.90 | 2,082.50 |
| 01/05/22 | Analyze with Brad Knapp critical issues related to the Debtor's internal operations and identify key issues for inclusion in a motion to remove the confidentiality designations of certain key documents (0.4); conduct legal research and analysis in support of this motion (0.5); summarize the legal analysis for inclusion in the motion (0.4); address with Mr. Knapp various concerns raised by Committee members and their counsel regarding this recent, internal operations issue (0.2) | WSB | 1.50 | 750.00 |
| 01/05/22 | Communications with attorney team re: drafting of Motion for an Order Authorizing Filing the Motion to Remove Confidentiality Designation Under Seal. | ALL | 0.20 | 25.00 |
| 01/06/22 | Correspond via email with Brad Knapp and Rick Kuebel concerning the proposed response to the newly-discovered operational deficiencies within the Debtor's organization (0.3); edit and revise the motion to unseal certain confidential discovery documents in connection with this matter (0.5); review email traffic from Committee members further addressing these operational deficiencies (0.3); conduct limited legal research addressing these matters and incorporate that into the motion (0.8--NO CHARGE); further analyze these issues with Mr. Knapp and revise the proposed motion (0.3) | WSB | 1.40 | 700.00 |
| 01/06/22 | Conference with Debtors' counsel regarding background for worker's comp settlement motion (0.1); review motion to approve worker's comp settlements (0.4). | BCK | 0.50 | 212.50 |
| 01/06/22 | Conferences with Debtors' counsel regarding confidentiality issues (0.4); conference with US Trustee regarding confidentiality issues (0.8); review authorities related to confidentiality (2.8); coordinate additional court filings to join motion to de-designate confidential documents (0.3); review correspondence from Debtors' counsel regarding confidential matter and protective order issues (0.2); correspondence with committee regarding update on confidential issue and protective order (0.5); analysis of next steps regarding protective order issues (1.6). | BCK | 6.60 | 2,805.00 |
| 01/06/22 | Assist with drafting Motion for an Order Authorizing Filing the Motion to Remove Confidentiality Designation Under Seal (1.50); assist with drafting Sealed Motion to Remove Confidentiality Designation (0.4); assist with drafting Motion for Expedited Hearing on the Committee's Sealed Motion to Remove Confidentiality Designation (0.9). | ALL | 2.80 | 350.00 |
| 01/06/22 | Prepare for and participate in call with Dirk Wegmann regarding issues related to credibly accused clergy (0.5); draft and send email to Mr. Wegmann (0.6); receipt and review of Mr. Wegmann's reply (0.2); forward and draft reply (0.2) | OFK | 1.50 | 750.00 |
| 01/06/22 | Research into confidentiality issues/issues pertaining to protective order of certain discovery materials (3.9); review relevant documentation/prior correspondence pertaining to confidentiality issue (0.3) communications with B. Knapp regarding confidentiality issues (0.8); revise draft motion to address issues stemming from protective order (0.5) | NWD | 5.50 | 1,787.50 |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/07/22 | Review and comment on draft document motion (0.5) Correspond with Dirk Wegmann on clergy/child-protection issues and the sources of information regarding protective-order allegation (0.7); prepare for and participate in call with Mr. Wegmann regarding child-protection issues and draft-propose protocol for joint interview of representative of affected third party. (1.5) | OFK | 2.70 | 1,350.00 |
| 01/07/22 | Analysis of next steps for confidential investigation regarding clergy issues (1.4); conference among committee professionals regarding confidential clergy issues (0.7); conference with Debtor's counsel regarding clergy issues (0.5); committee meeting regarding confidentiality (1.8); analysis of next step on confidentiality matters (1.3). | BCK | 5.70 | 2,422.50 |
| 01/07/22 | Extended analysis and review with Brad Knapp of various child-protection and credibly accused clergy issues (0.5); review the protective orders and determine extent of confidentiality restrictions and draft explanatory email to other Committee counsel about these issues (0.6); begin drafting potential motion in connection with the protective order and related matters (1.1); further address multiple issues related to confidentiality and the Debtor's operational issues with Mr. Knapp and Rick Kuebel (0.3); edit and revise email correspondence to the Debtor's counsel addressing this matter (0.3); further correspond via email with Mr. Kuebel and Mr. Knapp about these matters (0.2). | WSB | 3.00 | 1,500.00 |
| 01/10/22 | Further analyze with Brad Knapp and Rick Kuebel key issues related to the Debtor's internal operational deficiencies and identify potential solutions and resolutions (1.0--NO CHARGE); further correspond via email with Mr. Knapp and Mr. Kuebel about these matters (0.3); identify potential issues with Mr. Knapp for inclusion in an emergency motion (0.2). | WSB | 0.50 | 250.00 |
| 01/10/22 | Work on comments to draft motion related to time-sensitive child-protection issues (0.5) | OFK | 0.50 | 250.00 |
| 01/11/22 | Address child-protection/credibl y accused clergy issue with Brad Knapp (0.2); evaluate and assess additional discovery documents related to this matter (0.5). | WSB | 0.70 | 350.00 |
| 01/11/22 | Correspond with debtor regarding motion related to child-protection issues and then meet and confer with Debtor's counsel (0.4); re-draft, revise and comment on draft expedited motion (0.7); draft, revise and send note to debtor's counsel on credibly accused clergy issues (0.5) | OFK | 1.60 | 800.00 |
| 01/11/22 | Prepare extensive pleadings and identify/review multiple exhibits regarding confidential clergy and institutional reform matters. | BCK | 5.80 | 2,465.00 |
| 01/11/22 | Teleconference with B. Knapp re: status of filing the Committee's Sealed Expedited Motion to Authorize Limited Disclosure of Certain ANO Documents and preparation of exhibits (0.4); review and prepare exhibits to Sealed Motion (0.6). | ALL | 1.00 | 125.00 |
| 01/12/22 | Revise pleadings related to confidential clergy issue (1.2); review proposed exhibits (1.8); conferences with Debtors' counsel regarding confidential clergy issue (0.3); correspondence among committee members regarding confidential issue (0.4). | BCK | 3.70 | 1,572.50 |
| 01/12/22 | Review additional documents related to review board and clergy issues. | BCK | 2.40 | 1,020.00 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/12/22 | Review draft pleading related to credibly accused clergy matter and address proposed revisions with Mr. Knapp (0.5); correspond and participate in meet and confer with ANO counsel (0.5) | OFK | 1.00 | 500.00 |
| 01/12/22 | Analyze further recently disclosed documents related to the Debtor's child-protection deficiencies and related matters (0.7); further address these issues with Brad Knapp in light of additional recent developments and determine additional, future responses for the Committee in light of them (0.4). | WSB | 1.10 | 550.00 |
| 01/12/22 | Review and revise Ex Parte Motion for an Order Authorizing Expedited Motion to Authorize Limited Disclosure of Certain ANO Documents Under Seal (0.5); review and revise Motion for Expedited Hearing on Motion to Seal (0.5); review and prepare exhibits to Motion to Seal (1.0); communications with B. Knapp, the court runner, and the Court re: logistics for hand delivery of under seal filing (0.6). | ALL | 2.60 | 325.00 |
| 01/13/22 | Prepare for and participate in meet and confer with Dirk Wegmann on child-protection motion (0.7); follow-up work on draft of child-protection motion (0.5); prepare for and participate in call with third-party counsel (0.5); multiple emails with Mr. Wegmann on document release (0.4); issue correspondence and deliver to third-party counsel (0.7) | OFK | 2.80 | 1,400.00 |
| 01/13/22 | Assist with drafting letter regarding the production of documents to be delivered to affected third party (0.5); review, revise, finalize, and coordinate delivery of letter to party (0.6). | ALL | 1.10 | 137.50 |
| 01/13/22 | Conferences with counsel for Archdiocese regarding confidential clergy issue. | BCK | 1.00 | 425.00 |
| 01/13/22 | Review and analyze additional documents provided by the Debtor in connection with certain child-protection and credibly accused clergy issues identified by the Committee (0.8); correspond via email with Brad Knapp about these matters (0.2). | WSB | 1.00 | 500.00 |
| 01/13/22 | Communications with B. Knapp re: status of filing Motion to Authorize Limited Disclosure of Certain ANO Documents Under Seal. | ALL | 0.20 | 25.00 |
| 01/14/22 | Extended telephone conference with Rick Kuebel, Brad Knapp, and the Pachulski Stang team regarding the continuing Debtor operational deficiencies/child-prote ction matters as well as document-discovery problems (1.0); further address document-discovery regarding operational deficiencies with Mr. Knapp (0.5); further correspond via email regarding these matters with Mr. Knapp and Mr. Kuebel (0.3). | WSB | 1.80 | 900.00 |
| 01/14/22 | Receipt and review of multiple emails regarding review of additional child-protection and clergy abuse documents (0.5) | OFK | 0.50 | 250.00 |
| 01/14/22 | Continued review of productions related to clergy issues (1.0); attend extended conference call with Steven Bryant, Rick Kuebel, and Pachulski Stang (1.0). | BCK | 2.20 | 935.00 |
| 01/17/22 | Receipt and review of emails from counsel regarding issues with production of documents related to child-protection and clergy abuse (0.7) | OFK | 0.70 | 350.00 |
| 01/18/22 | Receipt and review of correspondence from BMO Harris Bank enclosing. documents in response to Subpoena (0.1); download documents (0.2); communications with B. Knapp and BRG re: responsive records from BMO Harris Bank (0.20). | ALL | 0.50 | 62.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 13

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/18/22 | Continued review of supplemental clergy productions. | BCK | 1.60 | 680.00 |
| 01/18/22 | Review and analyze documents related to child-protection and clergy-abuse issues (0.5); identify additional issues to address in connection with further document discovery and information about these operational deficiencies obtained from the Debtor during discovery (0.8). | WSB | 1.30 | 650.00 |
| 01/19/22 | Conference with Debtor's counsel regarding sealed motion (0.2); review sealed motion (0.5); correspondence with Court and opposing counsel regarding hearing settings (0.3); address sealed motion response strategy during call with Pachulski Stang and Locke Lord (1.2); further analysis of the sealed motion (0.7). | BCK | 2.90 | 1,232.50 |
| 01/19/22 | Review and analyze the recent New Orleans Picayune article and the Debtor's allegations in connection with that article (0.5); correspond via email with Brad Knapp about this matter (0.2); review and analyze the Debtor's sealed motion to compel (0.4); extended telephone conference with Mr. Knapp, Rick Kuebel, and the Pachulski Stang team about this matter, the motion to compel, and the alleged leak (1.2); conduct legal research and analysis on this issue and prepare for any hearing on the motion to compel (2.3). | WSB | 4.60 | 2,300.00 |
| 01/19/22 | Multiple correspondence regarding child-protection and clergy-abuse issues and ANO motion filing / setting (0.2); prepare for and participate in team call with Stang/Caine on Motion to Compel report and ANO motion scheduling /response (1.2). | OFK | 1.40 | 700.00 |
| 01/20/22 | Correspond via email with Brad Knapp regarding the Debtor's Sealed Motion to Compel (0.2); review the sealed Motion (0.5). | WSB | 0.70 | 350.00 |
| 01/20/22 | Review hearing agenda (0.3); conference with M. Mintz regarding worker's comp settlement and hearing settings (0.3); attend court hearing regarding worker's comp settlement (0.4); attend chambers conference (0.2). | BCK | 1.20 | 510.00 |
| 01/20/22 | Continued analysis of sealed motion response strategy. | BCK | 1.30 | 552.50 |
| 01/21/22 | Analysis of sealed motion response and investigation strategy. | BCK | 1.20 | 510.00 |
| 01/21/22 | Analyze and review critical issues addressing the Debtor's sealed Motion to Compel (2.4--1.0 NO CHARGE); conduct legal research and draft multiple questions for inclusion in any status report in advance of next week's status conference (1.5); further correspond via email with Mr. Knapp about these various matters (0.4). | WSB | 3.30 | 1,650.00 |
| 01/24/22 | Analysis of sealed motion and response strategy. | BCK | 1.80 | 765.00 |
| 01/24/22 | Internal discussion of potential research issues relating to questions of discovery pertaining to third party (0.1) | NWD | 0.10 | 32.50 |
| 01/24/22 | Extended analysis of various issues related to discovery and the prevailing protective order (0.8); further address certain of these matters with Brad Knapp following today's Committee conference call (0.2). . | WSB | 1.00 | 500.00 |
| 01/24/22 | Review and revise draft pleadings and discuss content with Andy Caine and B. Knapp (0.8); correspond on email, document review and timeline for Motion response and forward operative documents / emails (1.1); follow-up with Andy Caine on Protective Order motion (0.4--NO CHARGE). | OFK | 1.90 | 950.00 |
| 01/25/22 | Legal research into questions under first amendment and Louisiana law regarding reporters' privilege for discovery considerations (2.6) | NWD | 2.60 | 845.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 14

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/25/22 | Work on preparation for court status conference / hearings on 1/27 (1.3) | OFK | 1.30 | 650.00 |
| 01/26/22 | Review, organize, and print documents for attorney review in preparation of conference with Judge Grabill re: violation of Protective Order. | ALL | 1.20 | 150.00 |
| 01/26/22 | Correspond via email with Brad Knapp regarding the Debtor's sealed motion for contempt (0.2); address with Rick Kuebel various matters related to tomorrow's status conference (0.3). | WSB | 0.50 | 250.00 |
| 01/26/22 | Prepare materials for chambers conference regarding sealed motion. | BCK | 1.10 | 467.50 |
| 01/26/22 | Work on opposition to Motion for Sanctions (0.8); prepare for court status conference with outline of points and documents if needed (2.0) | OFK | 2.80 | 1,400.00 |
| 01/27/22 | Review and print documents for attorney review by B. Knapp and R. Kuebel in preparation of conference with Judge Grabill re: violation of Protective Order. | ALL | 0.60 | 75.00 |
| 01/27/22 | Legal research into questions under first amendment and Louisiana law regarding reporters' privilege for discovery considerations (2.0); draft summary of findings of law (1.0) | NWD | 3.00 | 975.00 |
| 01/27/22 | Draft, edit, and revise presentation for use at today's status conference (1.2); forward the revised presentation to Brad Knapp for his review and comment along with a brief explanation of the proposed changes (0.1); participate in extended preparation session for today's hearing with Mr. Knapp, Rick Kuebel, and the Pachulski Stang team (1.0); correspond via email with Mr. Knapp about today's hearing (0.1); participate in extended review and analysis of today's developments with James Adams, Mr. Knapp, Mr. Kuebel, and the Pachulski Stang team (1.2). | WSB | 3.60 | 1,800.00 |
| 01/27/22 | Continue preparing materials and arguments for status conference regarding sealed motion. | BCK | 2.20 | 935.00 |
| 01/27/22 | Attend hearing regarding motion to compel and chambers conference regarding sealed motion. | BCK | 2.00 | 850.00 |
| 01/27/22 | Prepare for and participate in status conference on Motion for Sanctions (2.5); prepare for/assist with gathering documents for court presentation (1.0--NO CHARGE) | OFK | 2.50 | 1,250.00 |
| 01/28/22 | Multiple email correspondences about the Debtor's Motion to Compel and yesterday's status conference (0.4); correspond via email with Rick Kuebel and Brad Knapp about these issues and about adding additional resources to address ESI and discovery issues (0.3); correspond via email with Nick Dickerson about these matters (0.1). | WSB | 0.80 | 400.00 |
| 01/28/22 | Call with Mr. Mintz on hearing scheduling and other issues and correspond regarding the same (0.4); work on discovery plan for Motion practice (0.8) | OFK | 1.20 | 600.00 |
| 01/31/22 | Receipt and review of M. Mintz emails and reply to the same (0.4); work on ANO discovery request and review / revise (0.8); prepare for and participate in ESI discovery call (0.5) | OFK | 1.70 | 850.00 |
| 01/31/22 | Analysis of response strategy and discovery process for sealed motion (2.0); analysis of responsive information to information request related to sealed motion (0.8); draft response to information request for sealed motion (0.6). | BCK | 3.40 | 1,445.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 15

| **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/31/22 | Review the Debtor's sealed Motion for Contempt and accompanying background documents and data (1.9); further analyze case documents regarding these matters (0.8). | ND | 2.70 | 1,350.00 |
| 01/31/22 | Correspond via email with Nick Dickerson regarding various issues related to the Debtor's sealed motion and related matters (0.4); extended analysis of all issues related to the sealed motion with Mr. Dickerson, Brad Knapp, and Rick Kuebel (2.1--NO CHARGE); edit and revise the proposed answer to the Debtor's counsel about document-access issues (0.2); further correspond via email with Mr. Knapp about these issues in advance of today's conference call with the Committee (0.3); further correspond via email with Mr. Dickerson about the ESI protocols and related matters (0.2) (3.20 Hours Total; 2.1 NO CHARGE) | WSB | 1.10 | 550.00 |
| | | | **138.30** | **$59,082.50** |

| **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/03/22 | Work on mediation/plan prep (0.7) | OFK | 0.70 | 350.00 |
| 01/04/22 | Continued work on plan mediation prep (1.0) | OFK | 1.00 | 500.00 |
| 01/05/22 | Continued work on plan mediation preparation of documents/presentation outline (1.0) | OFK | 1.00 | 500.00 |
| 01/06/22 | Continued work on plan mediation prep/document compilation. (1.7) | OFK | 1.70 | 850.00 |
| 01/10/22 | Review additional documents related to certain clergy issues in preparation for plan process. | BCK | 4.20 | 1,785.00 |
| 01/11/22 | Analysis of documents related to review board processes in preparation for mediation and plan process. | BCK | 2.30 | 977.50 |
| 01/13/22 | Continue to review clergy review board records to evaluate potential non-monetary plan terms. | BCK | 3.80 | 1,615.00 |
| 01/17/22 | Review of additional clergy file productions. | BCK | 0.70 | 297.50 |
| 01/17/22 | Review and analyze with Brad Knapp various plan-confirmation issues related to child-protection and non-monetary plan provisions that will arise at mediation and confirmation following additional document disclosures identified during continuing discovery. | WSB | 0.50 | 250.00 |
| 01/18/22 | Analysis of next steps for Apostolate asset review and claims analysis for mediation. | BCK | 1.50 | 637.50 |
| 01/18/22 | Analyze with legal team and BRG (Committee financial advisor) various issues likely to arise during the upcoming mediation, pending real property sales, and other matters (1.1); correspond via email with the BRG team concerning real-property sales and related issues (0.3); correspond via email with Mr. Knapp about these matters (0.3). | WSB | 1.70 | 850.00 |
| 01/18/22 | Conference with Dirk Wegmann regarding upcoming discovery hearing (0.2); conference with committee regarding discovery hearing for plan discovery (0.2). | BCK | 0.40 | 170.00 |
| 01/21/22 | Analysis of claims for plan mediation and to address location information in proofs of claim. | BCK | 1.50 | 637.50 |
| 01/27/22 | Conference with B. Benton regarding additional appraisals (0.1); review appraisals received from committee appraisers in connection with plan process (1.8). | BCK | 1.90 | 807.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 16

| **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 01/28/22 | Review additional appraisals from committee appraisers in advance of mediation and Debtor sale processes. | BCK | 1.40 | 595.00 |
| 01/31/22 | Continued analysis of appraisal issues and next steps to prepare asset analysis for plan mediation (0.4); analysis of next steps for Rock Creek retention and analysis in connection with plan mediation (0.2). | BCK | 0.60 | 255.00 |
| 01/31/22 | Call with Jim Stang on plan mediation planning / claim analysis / contribution (0.7) | OFK | 0.70 | 350.00 |
| | | | **25.60** | **$11,427.50** |

**TOTAL FEES**        **$139,545.00**

## TIMEKEEPER SUMMARY:

### B110    Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.50 | $212.50 |
| O. F. Kuebel | Partner | $500.00 | 2.00 | $1,000.00 |
| W.S. Bryant | Partner | $500.00 | 1.60 | $800.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.20 | $25.00 |
| | | | **4.30** | **$2,037.50** |

### B120    Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.20 | $2,210.00 |
| O. F. Kuebel | Partner | $500.00 | 20.60 | $10,300.00 |
| N. Dawson | Associate | $325.00 | 1.30 | $422.50 |
| A.L. Lohr | Paralegal | $125.00 | 7.40 | $925.00 |
| | | | **34.50** | **$13,857.50** |

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.40 | $595.00 |
| O. F. Kuebel | Partner | $500.00 | 0.80 | $400.00 |
| W.S. Bryant | Partner | $500.00 | 40.80 | $20,400.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.40 | $50.00 |
| | | | **43.40** | **$21,445.00** |

**B150    Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 15.90 | $6,757.50 |
| O. F. Kuebel | Partner | $500.00 | 23.40 | $11,700.00 |
| W.S. Bryant | Partner | $500.00 | 12.20 | $6,100.00 |
| | | | **51.50** | **$24,557.50** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 6.70 | $3,350.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.70 | $212.50 |
| | | | **8.40** | **$3,562.50** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 6.30 | $3,150.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.20 | $25.00 |
| | | | **6.50** | **$3,175.00** |

**B180    Avoidance Action Analysis**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.80 | $400.00 |
| | | | **0.80** | **$400.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 57.10 | $24,267.50 |
| N. Dickerson | Partner | $500.00 | 2.70 | $1,350.00 |
| O. F. Kuebel | Partner | $500.00 | 28.50 | $14,250.00 |
| W.S. Bryant | Partner | $500.00 | 28.60 | $14,300.00 |
| N. Dawson | Associate | $325.00 | 11.20 | $3,640.00 |
| A.L. Lohr | Paralegal | $125.00 | 10.20 | $1,275.00 |
| | | | **138.30** | **$59,082.50** |

**B320    Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 18.30 | $7,777.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 24, 2022
Invoice No.: 1707476
Page: 18

**B320  Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 5.10 | $2,550.00 |
| W.S. Bryant | Partner | $500.00 | 2.20 | $1,100.00 |
| | | | **25.60** | **$11,427.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **313.30  $139,545.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Long Distance Calls | 0.56 |
| | PACER Online Research | 73.30 |
| | Lexis Research | 658.35 |
| 01/06/22 | Messenger Service 80467, Blaze Logistics LLC, Pick up package from Locke Lord and delivery to Newman Mathis | 21.25 |
| 01/06/22 | Messenger Service 80467, Blaze Logistics LLC, Return package from Newman Mathis to Locke Lord | 21.25 |
| 01/18/22 | Outside Copy Costs 48622, Alliance Overnight Document Service LLC, Printing and mailing costs for service on docket #1221 and 1222 | 242.62 |
| 01/19/22 | Outside Copy Costs INV122321 52314, FIRST AMERICAN BANK AND TRUST, Subpoena response from First American Bank & Trust | 317.25 |
| 01/21/22 | Messenger Service 80602, Blaze Logistics LLC, By hand delivery to Baldwin Haspel law firm | 10.00 |
| 01/27/22 | Outside Copy Costs 48746, Alliance Overnight Document Service LLC, Fees for printing and mailing Docket #1249 | 91.90 |
| | TOTAL EXPENSES | $1,436.48 |

| | |
|---|---|
| TOTAL FEES | $139,545.00 |
| TOTAL EXPENSES | $1,436.48 |
| TOTAL FEES AND EXPENSES | $140,981.48 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.
Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



## Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

February 24, 2022
Invoice No.:  1707476

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through January 31, 2022

    File Number:  0107766.00001
    RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................ $139,545.00

Total Expenses ........................................................................................................................ $1,436.48

Total Due this Statement.......................................................................................................... $140,981.48

REMITTANCE

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

March 22, 2022
Invoice No.: 1712668

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2022 — **$103,727.85**

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/22 | Per B. Knapp's request, download docket sheet and assist with forwarding a copy of the docket sheet to victim housed in federal prison. | ALL | 0.70 | 87.50 |
| 02/11/22 | Communications with the Court re: delivery of under seal filing. | ALL | 0.20 | 25.00 |
| 02/15/22 | Communications with attorney team re: response deadline to the Supplemental Declaration and Disclosure Statement of Cat Kenagy, on behalf of Willis Towers Watson US LLC. | ALL | 0.20 | 25.00 |
| 02/21/22 | Communications with attorney team re: deadline to file Motions for Omnibus Hearings on April 21st and May 19th. | ALL | 0.30 | 37.50 |
| 02/21/22 | Communications with attorney team re: transcript from May 20th hearing | ALL | 0.30 | 37.50 |
| 02/22/22 | Communications with A. Caine re: review of transcript of first day motions. | ALL | 0.20 | 25.00 |
| 02/22/22 | Prepare for and participate in weekly ANO call (0.4) | OFK | 0.40 | 200.00 |
| 02/23/22 | Communications with the court reporter and attorney team re: obtaining copy of transcript from the hearing on February 18th. | ALL | 0.30 | 37.50 |
| 02/24/22 | Communications with court reporter and attorney team re: obtaining copy of transcript from the February 18th hearing. | ALL | 0.40 | 50.00 |
| | | | **3.00** | **$525.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/22 | Legal research on Rule 2004 Motions, requirements, local rules relating to same (2.0), draft Rule 2004 Motion for document production from Apostolates (2.5) | NWD | 4.50 | 1,462.50 |
| 02/01/22 | Correspond with BRG regarding asset discovery and UCC report (0.5) | OFK | 0.50 | 250.00 |
| 02/01/22 | Prepare folder on box.com in connection with apostolate discovery and work on adding documents to folder. (NO CHARGE) | AW | 0.00 | 0.00 |
| 02/02/22 | Draft, revise and send nine point list on topics / documents for supplemental MTC briefing (1.3) Receipt and review of documents from NDCE counsel and forward to BRG (0.4) Prepare for and participate in call with BRG on valuation and NDCE discovery issues. (1.2) | OFK | 2.90 | 1,450.00 |
| 02/03/22 | Multiple correspondence with state court counsel on MTC briefing document list (0.7); Receipt and review of correspondence regarding NDCE discovery responses (0.4) | OFK | 1.10 | 550.00 |
| 02/04/22 | Correspond with counsel to the Commercial Committee regarding joint expert meeting on common concerns and diligence items (0.5) | OFK | 0.50 | 250.00 |
| 02/07/22 | Draft and revise documents for MTC briefing and discuss these matters with Andrew Caine and state-court counsel (1.0) | OFK | 1.00 | 500.00 |
| 02/08/22 | Draft/revise Rule 2004 Motion re Documents sought from Apostolates (5.3) | NWD | 5.30 | 1,722.50 |
| 02/08/22 | Conference with D. Wegmann and A. Kingsmill regarding pending discovery items. | BCK | 0.70 | 297.50 |
| 02/08/22 | Review correspondence from Apostolates' counsel regarding discovery issues (0.5); begin reviewing additional productions from Apostolates in preparation for plan mediation process (0.8). | BCK | 1.30 | 552.50 |
| 02/08/22 | Receipt and review of email from R. Kuebel (.10); review and download documents from counsel to the Apostolates in preparation of attorney review (.40). | ALL | 0.50 | 62.50 |
| 02/09/22 | Revise brief regarding motion to compel for plan discovery items (1.1); revise motion to seal (0.2); analysis of exhibit issues for motion to compel (0.9). | BCK | 2.20 | 935.00 |
| 02/09/22 | Correspond on NDCE discovery / abuse records (0.6) | OFK | 0.60 | 300.00 |
| 02/09/22 | Draft/revise Rule 2004 Motion for documents sought from Apostolates (3.2), edit and revise the proposed Order granting Rule 2004 Motion (0.8) | NWD | 4.00 | 1,300.00 |
| 02/10/22 | Multiple correspondence on MTC briefing (0.8) | OFK | 0.80 | 400.00 |
| 02/10/22 | Review additional documents related to gaps in document productions (2.7); review revised brief regarding motion to compel (0.4); continue coordinating exhibit preparation for brief (0.3); analysis of revised privilege log (1.0). | BCK | 4.40 | 1,870.00 |
| 02/11/22 | Review redacted motion to compel brief. | BCK | 0.20 | 85.00 |
| 02/11/22 | Assist with MTC brief filings (0.4) Correspond regarding NDCE discovery / document production (1.0) | OFK | 1.40 | 700.00 |
| 02/14/22 | Correspond with appraiser on real estate asset valuation question and comparisons (0.7) Correspond regarding NDCE discovery with BRG and counsel (0.5) | OFK | 1.20 | 600.00 |

Official Committee of Unsecured Creditors
File No.:   0107766.00001

Invoice Date: March 22, 2022
Invoice No.:  1712668
Page:  3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/15/22 | Prepare for and participate in call with Debtor regarding pending matters (0.5) follow-up correspondence on NDCE abuse document discovery (0.4); Multiple emails on abuse document production (0.3) | OFK | 1.20 | 600.00 |
| 02/16/22 | Correspond with Mr. Draper regarding NDCE real estate chart (0.3) Correspond with Mr. Benton regarding real estate searches and values (0.4) Receipt and review of email regarding Commercial Committee questions on real estate history (0.3) | OFK | 1.00 | 500.00 |
| 02/17/22 | Prepare for and participate in team call on NDCE asset and abuse file discovery and MTC hearing points (1.3) | OFK | 1.30 | 650.00 |
| 02/17/22 | Correspondence with Apostolates' counsel regarding document requests (0.2); analysis of additional document needs from Apostolates for plan mediation (0.6). | BCK | 0.80 | 340.00 |
| 02/18/22 | Review briefing in preparation for motion to compel hearing (0.4); attend hearing on motion to compel (1.5); analysis of next steps for document productions and protective order issues (0.2). | BCK | 2.10 | 892.50 |
| 02/18/22 | Correspond regarding NDCE asset discovery (0.4) Correspond regarding UCC meeting (0.3) | OFK | 0.70 | 350.00 |
| 02/21/22 | Correspond with Mr. Draper and work on NDCE asset discovery and abuse records (0.9). | OFK | 0.90 | 450.00 |
| 02/22/22 | Continued work on NDCE asset and record discovery (1.2) | OFK | 1.20 | 600.00 |
| 02/23/22 | Prepare for and participate in call with BRG on NDCE asset discovery and underwriting (1.3) | OFK | 1.30 | 650.00 |
| 02/23/22 | Continued review of additional Apostolate productions (0.3): analysis of financial records needed from Apostolates (1.0). | BCK | 1.30 | 552.50 |
| 02/23/22 | Draft form of order regarding motion to compel (0.4); correspondence with Court regarding proposed order (0.1). | BCK | 0.50 | 212.50 |
| 02/24/22 | Continue analysis and review of NDCE asset discovery | OFK | 1.00 | 500.00 |
| 02/25/22 | Continued correspondence on NDCE asset discovery (0.8) | OFK | 0.80 | 400.00 |
| 02/25/22 | Review final proposed form of order for motion to compel. | BCK | 0.20 | 85.00 |
| 02/28/22 | Correspond regarding ESI protocol/requests (0.6) Correspond /work on NDCE asset discovery (0.8) Work on non-monetary plan provisions for abuse prevention /education (1.2) | OFK | 2.60 | 1,300.00 |
| | | | **50.00** | **$21,370.00** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/22 | Coordinate upload of appraisals to BRG (.50); review appraisals and prepare chart re: comparison of values between appraisals from the Debtor and Committee per B. Knapp's request (1.10). | ALL | 1.60 | 200.00 |
| 02/01/22 | Correspond via email with Mark Mintz regarding the additional information that the Debtor intends to provide with respect to TMC Realty's retention as a broker (0.2); correspond via email with Brad Knapp about this matter (0.2). | WSB | 0.40 | 200.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/22 | Correspond via email with Mark Mintz regarding the additional information the Debtor intends to provide about TMC Realty's retention as the Howard Avenue broker (0.2); telephone conference with Mr. Mintz about this matter (0.6); send email correspondence to the Locke Lord and Pachulski Stang teams about my conference call with Mr. Mintz (0.2). | WSB | 1.00 | 500.00 |
| 02/02/22 | Review appraisals and prepare chart re: comparison of values between appraisals from the Debtor and Committee per B. Knapp's request. | ALL | 1.50 | 187.50 |
| 02/03/22 | Further correspond via email with Mark Mintz about the additional information related to the TMC broker retention and the Howard Avenue listing (0.4); further correspond via email with Brad Knapp about this matter (0.3). | WSB | 0.70 | 350.00 |
| 02/04/22 | Further correspond via email with Mark Mintz regarding the additional information requested in connection with the TMC Realty broker retention (0.2); review and analyze the documents provided by Mr. Mintz (1.3); correspond via email with the Committee professionals about this information and related matters (0.3); correspond via email with Bush Benton about this information and forward it to him for his review and comment (0.2). | WSB | 2.00 | 1,000.00 |
| 02/07/22 | Further analyze the information provided by the Debtor in connection with the TMC Realty retention (0.2); identify and review critical issues presented by these materials with Bush Benton (0.6). | WSB | 0.80 | 400.00 |
| 02/08/22 | Begin drafting a Limited Response to the application to retain TMC Realty as a broker (0.6); further review materials provided by the Debtor in preparation for today's counsel-only call (0.5); draft email to Bush Benton concerning additional follow-up issues (0.3); conduct limited legal research on disinterestedness and potential conflicts in connection with TMC Realty's dual representation of the Debtor as both appraiser and real-estate broker (0.4). | WSB | 1.80 | 900.00 |
| 02/09/22 | Review with Brad Knapp various matters discussed with Mark Mintz in connection with the Application to retain TMC Realty (0.1); draft email to Mark Mintz outlining the Committee's position on the TMC Realty Application and explaining that the Committee intends to draft a short Reservation of Rights in connection with the Application (0.7); draft, edit, and revise the Reservation of Rights (0.9). | WSB | 1.70 | 850.00 |
| 02/10/22 | Draft and edit Reservation of Rights in connection with the TMC Realty retention application (1.0); forward the Reservation to the bankruptcy professional team for their review and comment along with a brief explanation (0.3); finalize the Reservation (0.5); forward the Reservation to the whole Committee for their review and comment along with a further brief explanation (0.3); arrange for the filing and service of the Reservation (0.1). | WSB | 2.20 | 1,100.00 |
| 02/10/22 | Communications with S. Bryant re: filing of Reservation of Rights to the Debtor's Expedited Application for Entry of an Order Authorizing the Retention of TMC Realty, LLC d/b/a The McEnery Company as Real Estate Broker to the Debtor and Debtor-in-Possession for the Marketing and Sale of the Howard Avenue Property (.20); review, finalize, and e-file Reservation of Rights (.30). | ALL | 0.50 | 62.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 5

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/11/22 | Coordinate mailing/service of Reservation of Rights to the Debtor's Expedited Application for Entry of an Order Authorizing the Retention of TMC Realty, LLC d/b/a The McEnery Company as Real Estate Broker to the Debtor and Debtor-in-Possession for the Marketing and Sale of the Howard Avenue Property. | ALL | 0.20 | 25.00 |
| 02/13/22 | Review email from Mark Mintz regarding the TMC Realty application and the Committee's statement in response to that Application (0.2); draft responsive email to Mr. Mintz noting that the Committee does not oppose the TMC retention becoming final (0.4). | WSB | 0.60 | 300.00 |
| 02/18/22 | Briefly review Howard Avenue listing and forward it to Bush Benton for his review and comment. | WSB | 0.10 | 50.00 |
| 02/21/22 | Extended telephone conference with Bush Benton regarding the Debtor's proposed listing on the Howard Avenue property (0.5); further correspond via email with Mr. Benton about the listing and various related issues (0.2). | WSB | 0.70 | 350.00 |
| | | | **15.80** | **$6,475.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/22 | Conference with state court counsel regarding pending motions. | BCK | 1.00 | 425.00 |
| 02/01/22 | Prepare for and report to counsel at weekly counsel meeting on pending ANO motion MTC briefing and status conference (1.0) | OFK | 1.00 | 500.00 |
| 02/02/22 | Multiple correspondence with Committee members on discovery/response to ANO motion (0.5) | OFK | 0.50 | 250.00 |
| 02/03/22 | Draft email correspondence to the Committee members regarding the Commercial Committee monthly fee applications and related matters (0.5); correspond via email with Brad Knapp and Rick Kuebel regarding information request from alleged abuse claimant (0.2). | WSB | 0.70 | 350.00 |
| 02/08/22 | Conference with counsel for committee members regarding motion to compel issues and pending motions. | BCK | 1.50 | 637.50 |
| 02/08/22 | Correspond via email with Brad Knapp about the proposed agenda for today's counsel-only call (0.1); attend today's Committee counsel-only call to address various outstanding matters, including the TMC Realty broker retention application and the application to retain Keegan Linscott (0.7). | WSB | 0.80 | 400.00 |
| 02/08/22 | Prepare for and participate in State court counsel call and report on ANO motion regarding PO/Plan issues (1.5) Call with Brittany Wolf regarding MTC & PO issues (0.8) | OFK | 2.30 | 1,150.00 |
| 02/08/22 | Continued work on motion to compel document production. | OFK | 0.50 | 250.00 |
| 02/09/22 | Draft email to the Committee summarizing the issues raised in the Application to retain Keegan Linscott (0.4); draft email to the Committee summarizing the status of the Committee professionals' review of the Application to retain TMC Realty and the Committee's proposed response to the Application (0.4); forward both emails to the Committee and further correspond via email with the Committee members about these matters (0.2). | WSB | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 6

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 02/11/22 | Draft email to the Committee summarizing the issues identified in the Twelfth Fee Statements of Carr Riggs, Blank Rome and Jones Walker (0.4); forward that email to the Committee for their review and comment (0.1). | WSB | 0.50 | 250.00 |
| 02/11/22 | Call with State court counsel and Andrew Caine regarding ESI/text protocol and questions on missing documents (1.2) Work on summary/report for UCC (0.6) | OFK | 1.80 | 900.00 |
| 02/14/22 | Draft agenda for committee meeting (0.2); attend committee meeting regarding pending motions and upcoming mediation preparation (1.6). | BCK | 1.80 | 765.00 |
| 02/14/22 | Propose revisions to today's Committee agenda. | WSB | 0.20 | 100.00 |
| 02/14/22 | Prepare for and provide report to UCC on protection issues (1.3) | OFK | 1.30 | 650.00 |
| 02/15/22 | Prepare for and provide reports to counsel on multiple pending matters. (1.3) | OFK | 1.30 | 650.00 |
| 02/15/22 | Conference with committee counsel regarding mediation preparation and discovery needs. | BCK | 2.00 | 850.00 |
| 02/21/22 | Correspondence with committee regarding upcoming meetings. | BCK | 0.20 | 85.00 |
| 02/21/22 | Correspond with Brittany Wolfe on case status question (0.4) | OFK | 0.40 | 200.00 |
| 02/22/22 | Prepare for and report in weekly counsel call (1.3) | OFK | 1.30 | 650.00 |
| 02/22/22 | Attend today's counsel-only call to address the Willis Towers Watson retention and various other matters. | WSB | 0.50 | 250.00 |
| 02/22/22 | Conference with committee counsel regarding status of discovery and mediation preparation. | BCK | 1.00 | 425.00 |
| 02/23/22 | Draft explanation of the issues related to the retention of Willis Towers Watson and forward it to Brad Knapp for distribution to the entire Committee. | WSB | 0.50 | 250.00 |
| 02/24/22 | Correspondence with committee chair regarding pending matters and upcoming action items. | BCK | 0.30 | 127.50 |
| 02/25/22 | Prepare for and participate in call with counsel on document access issues (1.3) | OFK | 1.30 | 650.00 |
| | | | **23.70** | **$11,265.00** |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 02/02/22 | Briefly review the revised invoice provided by Bush Benton and begin preparing the Benton monthly fee statement. | WSB | 0.10 | 50.00 |
| 02/11/22 | Begin drafting the January 2022 monthly fee statement of Locke Lord LLP. | WSB | 0.50 | 250.00 |
| 02/14/22 | Correspond via email with Mark Mintz and Laura Ashley informing them that no party has objected to the December 2021 Locke Lord monthly fee statements (0.3); edit and revise the January 2022 monthly fee statement of Locke Lord LLP (0.7). | WSB | 1.00 | 500.00 |
| 02/15/22 | Draft, edit, and revise the January 2022 monthly fee statement of Locke Lord LLP (2.0); correspond via email with Ashley Lohr regarding the fee statement (0.1); further edit and revise the fee statement (1.5). | WSB | 3.60 | 1,800.00 |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/21/22 | Draft, edit, and revise monthly employment application for Stegall Benton (0.6); further edit and revise the monthly application for Locke Lord (0.6); draft monthly application for Zobrio (0.3). | WSB | 1.50 | 750.00 |
| 02/22/22 | Further edit and revise the initial monthly fee application for Stegall Benton (0.7); edit and revise the Locke Lord monthly fee application (0.5). | WSB | 1.20 | 600.00 |
| 02/23/22 | Further edit and revise the Locke Lord monthly fee application. | WSB | 0.40 | 200.00 |
| 02/24/22 | Further edit and revise the Locke Lord monthly fee statement. (NO CHARGE) | WSB | 0.00 | 0.00 |
| 02/25/22 | Draft, edit and revise monthly application for Stegall Benton (0.7); further edit and revise monthly application for Locke Lord (0.2). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 02/28/22 | Draft, edit, and finalize the Stegall Benton monthly application (0.6); complete the applications for Zobrio, Locke Lord, and Stegall Benton and forward them to the various notice parties for their review and comment (0.3). | WSB | 0.90 | 450.00 |
| | | | **9.20** | **$4,600.00** |

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/22 | Review and analyze the monthly fee statement of Dundon Advisors (0.4); review and analyze the monthly fee statement of Stewart Robbins (0.4). | WSB | 0.80 | 400.00 |
| 02/03/22 | Review and analyze the Dundon Advisors monthly fee statement and identify specific concerns and issues (0.4); review and analyze the Stewart Robbins monthly fee application and identify potential issues (0.6); correspond via email with the Committee professionals regarding the proposed response to the Commercial Committee fee applications (0.2); review and analyze the Debtor's Application to retain Keegan Linscott (0.4); correspond via email with the Committee professionals about this application (0.3).. | WSB | 1.90 | 950.00 |
| 02/04/22 | Review and analyze the monthly fee statement of Carr Riggs to identify any potential issues and concerns (0.3); review and analyze the monthly fee statement of Blank Rome to identify any potential issues and concerns (0.4); review and analyze the monthly fee statement of Jones Walker to identify potential issues and concerns (0.5). | WSB | 1.20 | 600.00 |
| 02/10/22 | Further review and analyze the most recent monthly fee statement of Jones Walker. | WSB | 0.70 | 350.00 |
| 02/11/22 | Review and analyze the Twelfth Fee Statement of Jones Walker and identify potential issues and concerns. | WSB | 1.60 | 800.00 |
| 02/13/22 | Draft, edit, and revise email to Laura Ashley, counsel for the Debtor's, regarding the Committee's comments to the Twelfth Fee Statements of Carr Riggs, Blank Rome, and Jones Walker (0.5); forward that email analysis to Ms. Ashley for her review and comment (0.1). | WSB | 0.60 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 8

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/21/22 | Review and analyze the supplemental disclosure and proposed expansion of the services provided by Willis Towers Watson (1.0); draft explanatory email to the bankruptcy professional team summarizing the proposed expansion and identifying potential issues the Committee may wish to raise (0.6); further correspond via email with Rock Creek regarding the expanded WTW services (0.3); further correspond via email with the bankruptcy team about these issues and the Committee's proposed response (0.6). | WSB | 2.50 | 1,250.00 |
| 02/22/22 | Draft, edit, and revise email to the bankruptcy professional team regarding the WTW retention and its expansion (0.3); draft, edit, and revise an email to Mark Mintz raising certain questions about the retention (0.6); telephone conference with Mark Mintz about the proposed retention (0.4); draft summary of my conversation with Mr. Mintz and send it to the bankruptcy professional team for their review and comment (0.5). | WSB | 1.80 | 900.00 |
| 02/23/22 | Correspond via email with John Spencer at Rock Creek regarding the Debtor's explanation of the Willis Towers Watson Correction of Error analysis (0.4); further correspond via email with Brad Knapp, Rick Kuebel, and the Pachulski Stang team about these issues (0.2); review and analyze the May 20, 2020 transcript and other materials provided by Mark Mintz (0.8); draft, edit, and revise an email to Mr. Mintz requesting that Willis Towers Watson file a corrected supplemental declaration to address an error in the payment description and informing him that the Committee does not intend to oppose WTW's expanded engagement (0.5); further correspond via email with Mr. Spencer about these matters and arrange an all-hands call about the Debtor's retirement plan issues (0.2). | WSB | 2.10 | 1,050.00 |
| 02/24/22 | Review and analyze the interim fee applications of Carr Riggs, Blank Rome, and Jones Walker (0.8); correspond via email with Linda Cantor concerning certain issues raised by these applications (0.1). | WSB | 0.90 | 450.00 |
| 02/24/22 | Communications with attorney team re: response deadline to Blank Rome's Fifth Interim Application for Allowance of Compensation and Reimbursement of Expenses. | ALL | 0.20 | 25.00 |
| 02/25/22 | Further review and analyze the Fifth Interim Fee Application of Jones Walker (0.8); review and analyze the Fifth Interim Fee Application of Blank Rome (0.2). | WSB | 1.00 | 500.00 |
| | | | **15.30** | **$7,575.00** |

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/15/22 | Conduct legal research and analysis on potential avoidance action liability and the fraudulent-transfer lookback period under Louisiana law (2.0); correspond via email with Brad Knapp about this analysis (0.1); conduct additional research and analysis on these issues (0.8). | WSB | 2.90 | 1,450.00 |
| 02/15/22 | Call regarding 546/108 actions with Committee co-counsel | OFK | 0.50 | 250.00 |
| 02/21/22 | Correspond with Commercial Committee regarding 546/108 issues, claims, and tolling agreement. | OFK | 0.80 | 400.00 |
| 02/23/22 | Multiple email correspondences with Doug Stewart and Will Robbins regarding avoidance action issues and arrange for committee professional conference call. | WSB | 0.30 | 150.00 |

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/24/22 | Prepare for and participate in call with Commercial Committee on 546/108 claims and tolling of actions (1.0); follow up correspondence on tolling agreement / potential standing demand (0.5). | OFK | 1.50 | 750.00 |
| 02/24/22 | Extended conference call with Doug Stewart and Will Robbins of the Commercial Committee regarding potential affiliate avoidance-action issues and related matters (1.6); further correspond via email with Rick Kuebel and Jim Stang about the issues raised during this conference call (0.1); assess avoidance-action issues raised during the conference call and begin reviewing potential tolling agreements in anticipation of preparing such an agreement (0.3). | WSB | 2.00 | 1,000.00 |
| 02/25/22 | Correspond via email with Rick Kuebel regarding issues related to the Commercial Committee's draft tolling agreement and related issues. | WSB | 0.30 | 150.00 |
| | | | 8.30 | $4,150.00 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/22 | Work on outline of response to ANO Motion (0.5) Prepare for and participate in discovery meet and confer with ANO on ANO motion (1.1) Receipt and review of multiple correspondence enclosing documents for review / briefing (0.4) | OFK | 2.00 | 1,000.00 |
| 02/01/22 | Correspond via email with Brad Knapp regarding today's meet-and-confer with the Debtor (0.2); review state-court counsel's position on the document-discovery issues (0.3). | WSB | 0.50 | 250.00 |
| 02/01/22 | Conference with counsel for Debtor regarding sealed motion (0.5); analysis of next steps for discovery related to sealed motion (0.5). | BCK | 1.00 | 425.00 |
| 02/01/22 | Analyze discovery protocols in connection with sealed motion (0.2). | ND | 0.20 | 100.00 |
| 02/02/22 | Evaluate specific strategic litigation issues presented by various third-party subpoenas (0.8). Review case documents and background regarding sealed motion (2.5). | ND | 3.30 | 1,650.00 |
| 02/02/22 | Begin preparing responsive pleading for sealed motion. | BCK | 1.20 | 510.00 |
| 02/02/22 | Work on outline points of ANO motion response and discuss with B. Knapp (0.6) | OFK | 0.60 | 300.00 |
| 02/03/22 | Conference with Debtor's counsel regarding sealed motion and upcoming discovery conferences. | BCK | 0.40 | 170.00 |
| 02/03/22 | Draft and edit deposition on written questions to third party regarding sealed motion (0.9). | ND | 0.90 | 450.00 |
| 02/03/22 | Receipt and review of multiple emails on discovery pleadings and response to motion (0.8); correspond with Andrew Caine on discovery and reply to the same (0.3); evaluate these issues with B. Knapp (0.3) | OFK | 1.40 | 700.00 |
| 02/04/22 | Multiple emails with counsel on requested meet & confer and discovery responses and continuance of motion (0.9) Multiple emails with co-counsel regarding the same (0.6) | OFK | 1.50 | 750.00 |
| 02/04/22 | Draft and edit third party deposition on written questions regarding sealed motion (0.7). | ND | 0.70 | 350.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 10

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/04/22 | Communications with B. Knapp and S. Bryant re: service of Order continuing hearing on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order. | ALL | 0.20 | 25.00 |
| 02/07/22 | Analyze and address with Brad Knapp further issues and concerns posed by the Debtor's sealed motion to compel and related matters. | WSB | 0.30 | 150.00 |
| 02/07/22 | Revise discovery related to sealed motion (0.6); conference with M. Mintz regarding sealed motion and hearing settings (0.3); draft stipulation continuing setting on sealed motion (0.4); correspondence with counsel for ANO regarding discovery related to sealed motion (0.2); analysis of next steps for sealed motion litigation (1.0). | BCK | 2.50 | 1,062.50 |
| 02/07/22 | Conference with counsel to creditors regarding status of sealed motion and next steps. | BCK | 1.00 | 425.00 |
| 02/07/22 | Draft and edit third-party discovery requests regarding sealed motion (1.6). Further analyze and review potential strategic issues regarding the service of this discovery (0.5). | ND | 2.10 | 1,050.00 |
| 02/07/22 | Review and revise service list in preparation of mailing Order (.40); coordinate mailing Order on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order (.10); draft, finalize, and e-file Certificate of Service re: Order (.30). | ALL | 0.80 | 100.00 |
| 02/07/22 | Draft Stipulated Order regarding the Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order. | ALL | 1.10 | 137.50 |
| 02/07/22 | Review and comment on draft discovery to interested third party and correspond regarding the same (0.9); meet & confer with Debtor counsel about these matters (0.3); multiple emails on meet & confer with ANO (0.4) | OFK | 1.60 | 800.00 |
| 02/08/22 | Correspond regarding ANO meet & confer on discovery (0.4) | OFK | 0.40 | 200.00 |
| 02/08/22 | Review, finalize, and e-file Stipulated Order regarding the Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order. | ALL | 0.50 | 62.50 |
| 02/08/22 | Correspondence with M. Mintz regarding final stipulation regarding sealed motion (0.1); coordinate filing of stipulation (0.1). | BCK | 0.20 | 85.00 |
| 02/09/22 | Analyze the Court's order regarding the Debtor's sealed Motion to Compel (0.1); correspond via email with Brad Knapp about these matters (0.2). | WSB | 0.30 | 150.00 |
| 02/09/22 | Conference with M. Mintz regarding sealed motion and discovery issues (0.3); review signed stipulation regarding sealed motion (0.4); correspondence with D. Wegmann and M. Mintz regarding next steps for sealed motion discovery (0.1); review order regarding status conference (0.2); analysis of status conference strategy (0.5). | BCK | 1.50 | 637.50 |
| 02/09/22 | Review separate correspondence with the Court regarding the status conference. | ND | 0.10 | 50.00 |
| 02/09/22 | Call with counsel to third party regarding pending meeting with client (0.4) Continued preparation for status conference with court on ANO motion (1.1) Assist on documents for MTC briefing (0.7) | OFK | 2.20 | 1,100.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 11

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/09/22 | Communications with B. Knapp and Y. Harrison re: filing sealed Supplemental Brief in response to Debtor's Rule 2004 Production (.30); draft Motion to Seal Supplemental Brief (.40). | ALL | 0.70 | 87.50 |
| 02/10/22 | Assist with preparation of sealed and public Exhibits to the Committee's Supplemental Brief in response to Debtor's Rule 2004 Production (2.00); review, revise, and finalize sealed and public versions of the Supplemental Brief in preparation of filing with the Court (1.00); review and finalize Motion to Seal Supplemental Brief in preparation of filing with the Court (.60), | ALL | 3.60 | 450.00 |
| 02/10/22 | Prepare for and participate in call with counsel for the Debtor and third party regarding discovery (0.5) Call with state court counsel regarding discovery of electronically-stored information and the process of obtaining access to the Debtor's files (1.5) Receipt and review of multiple emails regarding court's order/response (0.6) | OFK | 2.60 | 1,300.00 |
| 02/10/22 | Draft outline of argument points for status conference on sealed motion. | BCK | 1.60 | 680.00 |
| 02/10/22 | Multiple email correspondences with Brad Knapp regarding tomorrow's status conference and various related matters. | WSB | 0.20 | 100.00 |
| 02/11/22 | Prepare for and participate in status conference with court on Debtor's motion regarding protective order (1.7) | OFK | 1.70 | 850.00 |
| 02/14/22 | Correspond via email with Brad Knapp regarding recent developments in connection with the sealed motion for contempt (0.2); further evaluate these matters in light of various other pending issues (such as asset sales and avoidance-action analysis) and determine how the parties intend to address all these issues (0.4). | WSB | 0.60 | 300.00 |
| 02/16/22 | Receipt and review of documents from L. Futrell to R. Kuebel re: public documents. | ALL | 0.20 | 25.00 |
| 02/16/22 | Analysis of protective order revisions proposed by Debtors in connection with sealed motion (1.1); review proposed discovery to third party (0.5); coordinate additional revisions to committee discovery (0.2). | BCK | 1.80 | 765.00 |
| 02/16/22 | Review proposed amended protective order and deposition notice regarding sealed motion. | ND | 0.40 | 200.00 |
| 02/16/22 | Receipt and review of Mr. Mintz correspondence on Protective Order and analyze the issues presented by this correspondence with Andre Caine. | OFK | 1.20 | 600.00 |
| 02/17/22 | Detailed read of proposed protective order and discuss the same with Mr. Caine (0.8) Correspond regarding proposed discovery to third party (0.4) | OFK | 1.20 | 600.00 |
| 02/17/22 | Analysis of proposed protective order revisions from Debtor (0.6); analysis of Brother Martin discovery requests (0.7). | BCK | 1.30 | 552.50 |
| 02/21/22 | Analysis of motion for committee members regarding sealed motion (0.3); conference with state court counsel regarding sealed motion (0.4); review revised proposed discovery regarding sealed motion (0.5). | BCK | 1.20 | 510.00 |
| 02/21/22 | Draft and edit topics for cross-notice of deposition and subpoena duces tecum regarding sealed motion (2.0); review Debtor's draft notice regarding same (0.3). | ND | 2.30 | 1,150.00 |
| 02/21/22 | Correspond with Andy Caine on discovery issues (0.3) | OFK | 0.30 | 150.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 12

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/22/22 | Conference with Debtor's counsel regarding pending motions and discovery issues. | BCK | 0.40 | 170.00 |
| 02/23/22 | Conference with Debtor's counsel regarding form of initial discovery regarding sealed motion. | BCK | 0.80 | 340.00 |
| 02/23/22 | Assist with drafting proposed order on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order. | ALL | 1.10 | 137.50 |
| 02/23/22 | Prepare for and participate in call with Debtor regarding open issues on third-party discovery and protective order reformation (1.2) | OFK | 1.20 | 600.00 |
| 02/24/22 | Analysis of confidentiality designation issues and associated legal authorities. | BCK | 0.90 | 382.50 |
| 02/25/22 | Legal research and draft summary of findings of law for potential motion on confidentiality designations for documentation produced by Archdiocese in discovery (4.7) | NWD | 4.70 | 1,527.50 |
| 02/25/22 | Communications with B. Knapp, A. Caine, and the Court re: submitting proposed order on the Committee's Motion to Compel. | ALL | 0.40 | 50.00 |
| 02/28/22 | Assemble case law discussing 107(b)(2) for review by B. Knapp (1.0) | NWD | 1.00 | 325.00 |
| | | | **59.90** | **$24,542.50** |

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/28/22 | Prepare for today's conference call with Rock Creek by reviewing various documents related to the Debtor's Priest Retiree Medical Benefit Plan and Priest Pension Plan (0.3); attend today's conference call with Rock Creek regarding both plans and the Debtor's pension- and benefit-related issues (1.1) | WSB | 1.40 | 700.00 |
| | | | **1.40** | **$700.00** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/22 | Correspond regarding UCC presentation on plan meditation | OFK | 0.70 | 350.00 |
| 02/01/22 | Continued review of appraisals in preparation for plan mediation. | BCK | 0.60 | 255.00 |
| 02/02/22 | Meet via televideo with BRG and Pachulski Stang personnel to analyze and address multiple issues related to the forthcoming mediation (2.0); further correspond with Paul Shields at BRG regarding the lists of real and personal property owned by the Debtor (0.5); draft, edit, and revise an email to Will Robbins, counsel for the Commercial Committee, regarding coordination on avoidance action issues and other plan- and mediation-related matters (0.6); further correspond via email with Brad Knapp and Jim Stang about these issues (0.1) | WSB | 3.20 | 1,600.00 |
| 02/02/22 | Analysis of hurricane damage data from Debtor in preparation for mediation (0.8); analysis of additional diligence and research needs related to real estate and avoidance actions (1.2). | BCK | 2.00 | 850.00 |
| 02/04/22 | Continued analysis of appraisal needs and additional real estate research needed. (NO CHARGE) | BCK | 0.00 | 0.00 |
| 02/07/22 | Continue reviewing real estate records and analysis of claims in preparation for plan mediation. | BCK | 1.40 | 595.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 13

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/07/22 | Prepare for and participate in team call regarding preparation for plan mediation, asset discovery matters, and claims valuation (2.0) | OFK | 2.00 | 1,000.00 |
| 02/08/22 | Correspond with Lisa Futrell regarding potential plan provisions (0.3) Correspond with Jim Stang on multiple issues (0.4). | OFK | 0.70 | 350.00 |
| 02/09/22 | Prepare for and participate in call with Lisa Futrell regarding non-monetary plan provisions and child protection (0.5) Review documents on child protection and forward to counsel team and UCC chair (0.5) Pull and review prior drafts on plan provisions (0.8) | OFK | 1.80 | 900.00 |
| 02/14/22 | Review materials related to potential non-monetary plan provisions in preparation for plan mediation. | BCK | 2.20 | 935.00 |
| 02/14/22 | Continued work on non-monetary provisions with plan and forward ANO policies to UCC members and counsel and cover (1.2) Review Child USA correspondence on ANO protection policies (0.7) | OFK | 1.90 | 950.00 |
| 02/15/22 | Continued analysis of real estate assets to prepare summaries for mediation. | BCK | 1.20 | 510.00 |
| 02/15/22 | Correspond regarding child protection non-monetary plan provisions and child USA articles (0.5) | OFK | 0.50 | 250.00 |
| 02/16/22 | Continued correspondence with work on child protection - non-monetary plan provisions (1.3). | OFK | 1.30 | 650.00 |
| 02/16/22 | Review email communications between Andrew Caine and Mark Mintz regarding clergy-abuse issues and potential non-monetary provisions in a proposed Chapter 11 plan. | WSB | 0.20 | 100.00 |
| 02/16/22 | Continued preparation of real estate analysis for plan mediation. | BCK | 0.70 | 297.50 |
| 02/17/22 | Continued analysis of real estate documentation for plan mediation process. | BCK | 1.00 | 425.00 |
| 02/17/22 | Continued work on non-monetary plan provisions on abuse prevention /review BSA summary (1.4) | OFK | 1.40 | 700.00 |
| 02/18/22 | Continued work on non-monetary plan provisions for child protection (1.5) Correspond with Ms. Futrell regarding the same (0.3) | OFK | 1.80 | 900.00 |
| 02/21/22 | Continued work on non-monetary plan provisions / best abuse prevention policies (1.0) | OFK | 1.00 | 500.00 |
| 02/21/22 | Continue preparing real estate summary for plan mediation. | BCK | 0.60 | 255.00 |
| 02/22/22 | Continue reviewing Apostolate productions related to plan mediation preparation and discovery needs. | BCK | 0.80 | 340.00 |
| 02/22/22 | Analysis of claims quantification summary for mediation preparation (0.8); begin reviewing claims involving missing information (0.4). | BCK | 1.20 | 510.00 |
| 02/22/22 | Review ANO child protection policies and work on plan provisions for child protection (1.1) | OFK | 1.10 | 550.00 |
| 02/23/22 | Prepare for and participate in call with Ms. Futrell on non-monetary plan provision and abuse policies (0.7) Continued work on draft plan inserts for abuse preventions (1.0) Call with state court counsel on plan/abuse prevention (0.8). | OFK | 2.50 | 1,250.00 |
| 02/23/22 | Continue reviewing quantification of claims analysis for plan mediation. | BCK | 1.50 | 637.50 |
| 02/24/22 | Review revised forms of order related to motion to compel regarding discovery for plan mediation process. | BCK | 0.20 | 85.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 14

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/24/22 | Continued correspondence regarding plan provisions on abuse prevention. (1.2) | OFK | 1.20 | 600.00 |
| 02/25/22 | Correspond regarding non-monetary plan provisions and ANO child protection audit documents (1.2) | OFK | 1.20 | 600.00 |
| 02/25/22 | Conference regarding document issues in advance of plan mediation and confirmation. | BCK | 1.00 | 425.00 |
| 02/25/22 | Analysis of plan release and injunction issues in preparation for mediation. | BCK | 0.40 | 170.00 |
| 02/28/22 | Continue preparing claims analysis for mediation. | BCK | 0.30 | 127.50 |
| 02/28/22 | Analysis of legal authorities related to confidentiality designations. | BCK | 0.40 | 170.00 |
| | | | **38.00** | **$17,837.50** |

**TOTAL FEES**                  **$99,040.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**B110    Case Administratio**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.40 | $200.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.60 | $325.00 |
| | | | **3.00** | **$525.00** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 13.70 | $5,822.50 |
| O. F. Kuebel | Partner | $500.00 | 22.00 | $11,000.00 |
| N. Dawson | Associate | $325.00 | 13.80 | $4,485.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.50 | $62.50 |
| | | | **50.00** | **$21,370.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 12.00 | $6,000.00 |
| A.L. Lohr | Paralegal | $125.00 | 3.80 | $475.00 |
| | | | **15.80** | **$6,475.00** |

**B150    Meetings & Communications with Creditors**

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: March 22, 2022
Invoice No.:  1712668
Page:  15

**B150    Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.80 | $3,315.00 |
| O. F. Kuebel | Partner | $500.00 | 11.70 | $5,850.00 |
| W.S. Bryant | Partner | $500.00 | 4.20 | $2,100.00 |
| | | | **23.70** | **$11,265.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 9.20 | $4,600.00 |
| | | | **9.20** | **$4,600.00** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 15.10 | $7,550.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.20 | $25.00 |
| | | | **15.30** | **$7,575.00** |

**B180    Avoidance Action Analysis**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.80 | $1,400.00 |
| W.S. Bryant | Partner | $500.00 | 5.50 | $2,750.00 |
| | | | **8.30** | **$4,150.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 15.80 | $6,715.00 |
| N. Dickerson | Partner | $500.00 | 10.00 | $5,000.00 |
| O. F. Kuebel | Partner | $500.00 | 17.90 | $8,950.00 |
| W.S. Bryant | Partner | $500.00 | 1.90 | $950.00 |
| N. Dawson | Associate | $325.00 | 5.70 | $1,852.50 |
| A.L. Lohr | Paralegal | $125.00 | 8.60 | $1,075.00 |
| | | | **59.90** | **$24,542.50** |

**B220    Employee Benefits/Pensions**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 1.40 | $700.00 |
| | | | **1.40** | **$700.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 16

### B320    Plan and Disclosure Statement

| | | | | | |
|---|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 15.50 | $6,587.50 |
| O. F. Kuebel | Partner | $500.00 | 19.10 | $9,550.00 |
| W.S. Bryant | Partner | $500.00 | 3.40 | $1,700.00 |
| | | | **38.00** | **$17,837.50** |

**TIMEKEEPER SUMMARY TOTALS** **224.60**
**$99,040.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Long Distance Calls | 0.40 |
| | Lexis Research | 94.05 |
| | Subpoena Fees | 60.00 |
| 02/08/22 | Depositions and Court Reporters 83745, Kim Tindall & Associates LLC, Court reporter hired for verbatim record of evidentiary hearing taken on December 17, 2020 | 2,690.58 |
| 02/16/22 | Outside Copy Costs 48859, Alliance Overnight Document Service LLC, Copies and postage for service of docket #1289 | 92.00 |
| 02/22/22 | Outside Copy Costs 48858, Alliance Overnight Document Service LLC, Service copies and postage for docket #1270 and 1271 (Committee's Statement regarding Status of Rule 2004 Production. | 434.73 |
| 02/22/22 | Depositions and Court Reporters 82245, Kim Tindall & Associates LLC, Patricia Moody on 12-09-2020 - Job #81064 | 880.08 |
| 02/24/22 | Trial Transcripts 70146, SERPAS COURT REPORTING, Transcript of in camera status conference - 1 E-tran copy | 220.75 |
| 02/24/22 | Outside Copy Costs 48928, Alliance Overnight Document Service LLC, Copies and postage for mailout for docket # 1297, 1298, 1299 | 179.26 |
| 02/24/22 | Filing Fees 02/24/2022, Copy of transcript of hearing held on 2/18/22. | 36.00 |
| | TOTAL EXPENSES | $4,687.85 |

TOTAL FEES                                                                                        $99,040.00

TOTAL EXPENSES                                                                                $4,687.85

TOTAL FEES AND EXPENSES                                                              $103,727.85

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 22, 2022
Invoice No.: 1712668
Page: 17

Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

March 22, 2022
Invoice No.: 1712668

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 28, 2022

File Number: 0107766.00001
RE: Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................ $99,040.00

Total Expenses ........................................................................................................................ $4,687.85

Total Due this Statement......................................................................................................... $103,727.85

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:                                    )
                                          )    Case No. 20-10846
THE ROMAN CATHOLIC CHURCH OF THE )
ARCHDIOCESE OF NEW ORLEANS                )    Section "A"
                                          )
          Debtor.                         )    Chapter 11

---

### ORDER APPROVING *FIFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH FEBRUARY 28, 2022
### [Relates to Docket # _____]

CAME ON for consideration the *Fifth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022* [**Docket # _____**] (the "Application") filed by Locke Lord LLP (the "Firm") for the period from November 1, 2021 through February 28, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$425,927.64** for the Application Period as an administrative expense claim under Bankruptcy

Code § 503 (the "<u>Award</u>") against the estate of the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>"). This Award consists of <u>$414,907.50</u> in fees for services rendered and <u>$11,020.14</u> in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of April, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**