# EXHIBIT "10"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF** | § | **Section "A"** |
| **THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

### FEE APPLICATION COVER SHEET
### *SIXTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | December 29, 2020 / $616,628.22<br>May 20, 2021 / $498,601.19<br>October 26, 2021 / $322,428.45<br>December 14, 2021 / $508,624.47<br>May 19, 2022 / $414,907.50 |
| **Period for which compensation and reimbursement is sought:** | March 1, 2022 through June 30, 2022<br>(the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$595,850.00** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$17,977.99** |
| **Fee Application:** | Sixth Interim Fee Application |
| **Total:** | **$613,827.99** |

The Locke Lord LLP professionals who rendered services for The Official Committee of

Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned

debtor and debtor-in-possession (the "Debtor") during the Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 399.00 | $199,500.00 |
| W. Steven Bryant | Partner | $500.00 | 300.60 | $150,300.00 |
| B. C. Knapp | Partner | $425.00 | 323.90 | $137,657.50 |
| V. M. De Isle | Partner | $500.00 | 2.00 | $1,000.00 |
| N. Dickerson | Partner | $500.00 | 16.20 | $8,100.00 |
| P. Eisenberg | Partner | $500.00 | 31.30 | $15,650.00 |
| J. Cerise | Partner | $500.00 | 8.80 | $4,400.00 |
| A. H. Katz | Of Counsel | $450.00 | 44.80 | $20,160.00 |
| C. A. Armstrong | Associate | $350.00 | 6.50 | 2,112.50 |
| N. Dawson | Associate | $325.00 | 20.70 | $6,727.50 |
| L. Albarran | Associate | $325.00 | 11.60 | $3,770.00 |
| C. R. List | Associate | $325.00 | 0.40 | $130.00 |
| E. Boylan | Associate | $325.00 | 74.20 | $24,115.00 |
| E. Hoy | Associate | $325.00 | 10.50 | $3,412.50 |
| S. Humeniuk | Associate | $325.00 | 1.70 | $552.50 |
| Ashley L. Lohr | Paralegal | $125.00 | 128.60 | $16,075.00 |
| A. Wilson | Litigation Support | $125.00 | 1.30 | $162.50 |
| E. Boyd | Litigation Support | $125.00 | 11.50 | $1,437.50 |
| N. Peterson | Litigation Support | $125.00 | 4.70 | $587.50 |
| **Total Professional Hours and Fees Sought** | | | **1,398.30**[1] | **$595,850.00**[2] |

---

[1] In addition to the professional hours of 1,398.30 on the invoices, an additional 38.8 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 1,437.10 hours worked.

[2] These invoice amounts total $595,850.00, but as discussed below, additional voluntary reductions of $15,442.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $611,292.50.

The total hours and fees incurred by Task Code for the Committee during the Application
Period are:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 91.9 | $29,837.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 177.4 | $78,902.50 |
| B130 | ASSET DISPOSITION | 106.7 | $52,727.50 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 1.4 | $595.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 130.8 | $61,447.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 115.7 | $38,462.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 28.5 | $13,717.50 |
| B180 | AVOIDANCE ACTION ANALYSIS | 80.7 | $37,992.50 |
| B190 | OTHER CONTESTED MATTERS | 436.3 | $178,717.50 |
| B195 | NON-WORKING TRAVEL | 6.0 | $2,475.00 |
| B250 | REAL ESTATE | 1.9 | $650.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 51.2 | $21,487.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 169.8 | $78,837.50 |
| | **TOTAL PROFESSIONAL HOURS AND FEES SOUGHT =** | **1,398.30[3]** | **$595,850.00[4]** |

---

[3] In addition to the professional hours of 1,398.30 on the invoices, an additional 38.8 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 1,437.10 hours worked.

[4] These invoice amounts total $595,850.00, but as discussed below, additional voluntary reductions of $15,442.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $611,292.50.

The total amount of expenses by expense type for the Committee during the Application

Period are:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $112.9 |
| Westlaw Research | $5,397.59 |
| Lexis Research | $2,538.10 |
| Postage | $409.90 |
| Long Distance Calls | $0.56 |
| FedEx Shipments | $96.19 |
| Reveal - Hosting Data at $5.00/GB/mth | $140.00 |
| Depositions and Court Reporters 71041, SERPAS COURT REPORTING, In Camera Status Conference on 4/14/2022 | $284.00 |
| Filing Fees 04/15/2022, Filing fee | $350.00 |
| Filing Fees 03/24/2022, Transcript of hearing | $35.70 |
| Filing Fees 06/27/2022, Filing fee for filing of appeal | $5.00 |
| Filing Fees 06/28/2022, Transcript of hearing on 6/13/2022 | $25.20 |
| Trial Transcripts 70512, SERPAS COURT REPORTING, Copy of transcript of in Camera Status Conference - Sealed | $165.75 |
| Meals, Trip to New Orleans for mediation | $7.99 |
| Meals, Trip to New Orleans for mediation | $18.55 |
| Expense of trip of Trip to New Orleans for mediation | $66.00 |
| Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 0822253662 | $35.00 |
| Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 2117694313 | $583.96 |
| Travel, Hotel 06/5/2022 - 06/7/22, New Orleans Trip for mediation | $814.42 |
| Travel, Taxi/Ride Share 06/5/2022, Trip to New Orleans for mediation | $43.20 |

4

| Expense Category | Amount |
|---|---|
| Outside Printing | $1,003.05 |
| Messenger Service 49453, Alliance Overnight Document Service LLC, Print and mailout of Doc #1481 & 1483 | $2,157.18 |
| Messenger Service 49465, Alliance Overnight Document Service LLC, printing and postage | $100.28 |
| Messenger Service 49527, Alliance Overnight Document Service LLC, Print and postage of Docket #1554 and 1555 | $108.55 |
| Messenger Service 49696, Alliance Overnight Document Service LLC, Printing and mailing of Docket#1599 | $133.38 |
| Messenger Service 49735, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1620 | $100.28 |
| Postage (Hard Cost) 49189, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1394, 1397 | $110.90 |
| Postage (Hard Cost) 49265, Alliance Overnight Document Service LLC, Copies and postage for Docket# 1409 | $98.69 |
| Postage (Hard Cost) 49293, Alliance Overnight Document Service LLC, Copies and postage for docket # 1425 | $65.83 |
| Postage (Hard Cost) 49299, Alliance Overnight Document Service LLC, Copies and postage for docket # 1449 & 1450 | $108.55 |
| Postage (Hard Cost) 49300, Alliance Overnight Document Service LLC, Copies and postage for docket # 1459 | $125.10 |
| Services Rendered 49015, Alliance Overnight Document Service LLC, copies and mailout of Docket #1336 | $90.55 |
| Services Rendered 49294, Alliance Overnight Document Service LLC, Copies and postage of docket #1437 & 1438 | $145.98 |
| Services Rendered 49386, Alliance Overnight Document Service LLC, Postage for docket #1479, 1481, 1483 | $318.43 |
| Services Rendered 11274, Sodexo Inc dba Affiliates, $500 cancellation fee of conference room rental contract. | $647.25 |
| Services Rendered 8707, ICT Computer Sales; Service & Networking, Audio/video testing, set-up and monitoring on 6/6 and 6/7/22 for Archdiocese mediation | $829.92 |
| Services Rendered REQ062922 4063, Jefferson Parish Clerk, print charge deducted from escrow balance | $9.75 |
| Arbitrators/Mediators 16962, Cheryl Scripter dba Bittersweet Confections LLC, Breakfast for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams Soren Gisleson Johnny Denenea | $126.73 |

| Expense Category | Amount |
|---|---|
| Arbitrators/Mediators 4828, GRACIOUS LLC, Breakfast for ANO Meeting on 6/6/22: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $108.98 |
| Arbitrators/Mediators 807671, Park Square Restaurant Group LLC dba Cafe Cafe, Lunch for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $245.83 |
| Arbitrators/Mediators 852211, Foodmannola, Lunch for Official Committee of Unsecured Creditors for Archdiocese of New Orleans Mediation Meeting:  Brad Knapp Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $212.77 |
| **Total Out-of-Pocket Expenses** | **$17,977.99** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | Section "A" |
| THE ARCHDIOCESE OF NEW ORLEANS | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| | § | |

***SIXTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 18, AT 1:30 P.M. IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-888-684-8852; ACCESS CODE 9318283. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "Firm") files its *Sixth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through June 30, 2022* (the "Application"). In support of this Application covering March 1, 2022 through June 30, 2022 (the "Application Period"), the Firm respectfully states as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed from March 1, 2022 through June 30, 2022:

|  | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| March 2022 | $245,667.00 | ($113,457.00) | ($8,292.50) | $123,917.50 | $3,272.72 | $127,190.22 |
| April 2022 | $244,156.00 | ($112,476.00) | ($1,600.00) | $130,080.00 | $3,276.17 | $133,356.17 |
| May 2022 | $300,027.50 | ($139,452.50) | ($3,550.00) | $157,025.00 | $3,401.44 | $160,426.44 |
| June 2022 | $341,344.50 | ($154,517.00) | ($2,000.00) | $184,827.50 | $8,027.66 | $192,855.16 |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **TOTAL =** | **$613,827.99** |

## II.     JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.     BACKGROUND FACTS

### A.     Introduction

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese" or the "Debtor") filed a voluntary petition for relief under the Bankruptcy Code.

4.      The Debtor remains in possession of its property and is managing its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code

8

[Docket #94]. On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel.

**B.** **Employment of the Firm**

6.          On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [Docket # 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

7.          On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [Docket # 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

## IV.          WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

8.          The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Firm has attached to this Application copies of the Firm's Invoices (the "Invoices") setting forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.[5]

9.          The Committee and its counsel have undertaken strenuous efforts to move this Bankruptcy Case forward towards a resolution of creditor claims and to achieve the goal of the most favorable resolution to unsecured creditors possible. As mentioned in the Firm's previous fee applications, the most probable outcome and resolution of claims in this Bankruptcy Case remains

---

[5] True and correct copies of the Invoices are attached to the Application as Exhibit "1" and are incorporated by reference herein.

a negotiated Chapter 11 plan of reorganization.[6] The Committee remained focused on that goal during the Application Period, and the Firm has assisted it in these efforts. During the Application Period, the Committee sought to move the plan-negotiation process forward by, among other things, holding its first in-person Committee meeting and mediation session with the Debtor and its representatives in June 2022. The Committee also continued its comprehensive investigation and analysis of the Debtor's and its various affiliates' financial circumstances and organizational structures. The specific tasks performed by the Committee, together with its counsel, included, without limitation, the following:

- In early June 2022, the Committee held its first, in-person Committee meeting to prepare for an initial mediation session with the Debtor and its representatives. The next day the Committee, with its counsel present, held an initial mediation session with the Debtor and the court-appointed mediator. The Committee expects these mediation efforts to continue and believes they will be critical to the success (or failure) of the Bankruptcy Case.

- On June 7, 2022, the Court entered an *Order* [Doc. No. 1574] (the "Reconstitution Order") directing the Office of the United States Trustee (the "UST") to remove four (4) members of the Committee following the conclusion of the UST's investigation of certain alleged protective order violations. The UST subsequently issued a *Notice* [Doc. No. 1575] removing the four (4) identified members. Thereafter, on June 22, 2022, the UST added three (3) new, individual members to the Committee [Doc. No. 1618]. As reconstituted, the Committee now consists of five (5) individual members. The Committee and its professionals spent considerable time during the Application Period addressing the consequences of these developments, which included helping new Committee members become acquainted with their roles and the status of the Bankruptcy Case.

- The Committee continued to investigate the Debtor's financial condition, assets, and operations. This process has involved examining substantial information and documents provided by the Debtor in response to the Committee's still-pending Rule 2004 motion. For more than a year, the Court has held hearings and status conferences in connection with this Rule 2004 motion and addressed both the Committee's document requests to the Debtor and the Debtor's responses and objections to them.

- During the Application Period, the Committee also continued to direct document and information requests to certain affiliates of the Debtor known as the "Apostolates" and addressed the Apostolates' responses to those requests. In addition, the Committee expended considerable time examining documents and information produced by the Apostolates and determining which of these additional documents might assist the Committee in preparing to

---

[6] All rights are reserved in connection with the Court's order denying the Committee's motion to dismiss this Bankruptcy Case.

mediate with the Debtor over a potential, negotiated Chapter 11 plan.

- The Committee cooperated with an investigation of alleged protective order violations conducted by the UST pursuant to an order of the Court. The Court issued this order in response to the Debtor's motion alleging, *inter alia*, a disclosure of confidential information. As part of this cooperation, the Committee and its professionals produced voluminous documents in response to the UST's document-production requests.

- The Committee, working together with the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), negotiated and obtained tolling agreements from the Apostolates and various other third-parties that tolled the applicable statute of limitations for bringing related-party avoidance actions against these parties. These tolling agreements helped ensure that the Committee could remain focused on the mediation process rather than avoidance-action litigation.

- The Committee brought an adversary proceeding against the Debtor and certain Apostolates in order to establish that certain assets constitute property of the Debtor's bankruptcy estate.

10.    In addition to these critical tasks that the Committee performed during the Application Period, the Committee also addressed various additional matters during this same time, such as the following:

- On April 13, 2022, the Debtor filed a *Motion* [Doc. No. 1440] asking the Court to approve, on an expedited basis, bidding and sale procedures for the Debtor's real property located at 1000 Howard Avenue, 1025 Oretha Castle Haley Boulevard, and 1032 and 1042 South Rampart Street in New Orleans, Louisiana (collectively, the "Howard Avenue Property"). The Committee and the Commercial Committee responded to this Motion and requested, among other things, that the proposed bidding and auction deadlines be extended to ensure the highest and best possible price for the property. Although the parties agreed on a consensual schedule and process, the Debtor withdrew the Motion on May 11, 2022 after all potential bidders pulled out of the sale process.

- On April 28, 2022, the Committee filed an *Application* [Doc. No. 1481] to retain the Claro Group, LLC ("Claro"), as its expert consultant on sexual abuse and as a potential expert witness. Claro is providing the Committee with services related to the valuation of sexual abuse claims, which will be critical to any Chapter 11 plan or settlement sought by the Debtor. The Court approved Claro's retention on May 19, 2022 [Doc. No. 1555].

- The Committee, again together with the Commercial Committee, responded to a *Motion* [Doc. No. 1584] filed by the Debtor for authority to approve a lease of certain real property located at 1000 N. Starrett Rd. in Metairie, Louisiana and associated with The Our Lady of Divine Providence Parish [Doc. No. 1584]. Following negotiations among the parties, the Debtor reduced the proposed lease term for this property to one (1) year while preserving its right to request approval of a further extension in the future. Both Committees and all other parties likewise reserved their rights to object to any such further extension.

## V.    PROJECT CATEGORIES

11.    The Invoices break down the legal services rendered into project categories as required by the UST. The thirteen (13) pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Relief from Stay/Adequate Protection Proceedings (B140), (5) Meetings & Communications with Creditors (B150), (6) Fee/Employment Applications (B160), (7) Fee/Employment Objections (B170), (8) Avoidance Action Analysis (B180), (9) Other Contested Matters (B190), (10) Non-Working Travel (B195), (11) Real Estate (B250), (12) Claims Administration and Objections (B310), and (13) Plan and Disclosure Statement (B320).

12.    The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes the services rendered by the Firm to the Committee in each of the twelve (12) project categories during the Application Period:

### A.    Case Administration (Category Code B110)

13.    The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements.

14.    The Firm expended 91.9 hours of professional time on services in this category. The Firm's professional fees in this category total $29,837.50. Therefore, the Firm's blended hourly rate is $324.67/hour.[7]

---

[7] The blended rates as broken out by project categories do not reflect the substantial voluntary discounts and "no charge" entries on the invoices. Therefore the actual blended rates are lower. As noted in Paragraph 53 below, the overall blended rate, when taking into account all voluntary reductions, is $414.62 per hour.

### B.    Asset Analysis and Recovery (Category Code B120)

15.    The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtors' bankruptcy estates.

16.    The Firm expended <u>177.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$78,902.50</u>. Therefore, the Firm's blended hourly rate is <u>$444.77/hour</u>.

### C.    Asset Disposition (Category Code B130)

17.    The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates.

18.    The Firm expended <u>106.7</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$52,727.50</u>. Therefore, the Firm's blended hourly rate is <u>$494.17/hour</u>.

### D.    Relief from Stay/Adequate Protection Proceedings (Category Code B140)

19.    The category of **Relief from Stay/Adequate Protection Proceedings** covers the termination or continuation of the automatic stay in the Bankruptcy Cases under 11 U.S.C. § 362 as well as motions for adequate protection under 11 U.S.C. § 361.

20.    The Firm expended <u>1.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$595.00</u>. Therefore, the Firm's blended hourly rate is <u>$425.00/hour</u>.

### E.    Meetings & Communications with Creditors (Category Code B150)

21.    The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, including

without limitation all consultation with the Committee and its members, including holding regular meetings of the Committee and counsel to the Committee's members.

22.     The Firm expended <u>130.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$61,447.50</u>. Therefore, the Firm's blended hourly rate is <u>$469.78/hour.</u>

## F.      Fee/Employment Applications (Category Code B160)

23.     The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties.

24.     The Firm expended <u>115.7</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$38,462.50</u>. Therefore, the Firm's blended hourly rate is <u>$332.43/hour.</u>

## G.      Fee/Employment Objections (Category Code B170)

25.     The category of **Fee/Employment Objections** involves preparing and filing objections to employment and fee applications.

26.     The Firm expended <u>28.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$13,717.50</u>. Therefore, the Firm's blended hourly rate is <u>$481.32/hour.</u>

## H.      Avoidance Action Analysis (Category Code B180)

27.     The category of **Avoidance Action Analysis** involves the review and analysis of potential avoidance actions that the Debtor's bankruptcy estate may hold under Chapter 5 of the Bankruptcy Code. This category also included the efforts by the Firm on the Committee's behalf to obtain tolling agreements from the Apostolates and other third parties to toll the applicable

14

statute of limitations on potential avoidance actions.

28.     The Firm expended 80.7 hours of professional time on services in this category. The Firm's professional fees in this category total $37,992.50. Therefore, the Firm's blended hourly rate is $470.79/hour.

**I.      Other Contested Matters (Category Code B190)**

29.     The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. Efforts by the Committee and Firm professionals to address the alleged protective order violations and to cooperate with the UST's investigation of these violations are included in this category.

30.     The Firm expended 436.3 hours of professional time on services in this category. The Firm's professional fees in this category total $178,717.50. Therefore, the Firm's blended hourly rate is $409.62/hour.

**J.      Non-Working Travel (Category Code B195)**

31.     This category of **Non-Working Travel** covers time expended by Firm professionals traveling for the purpose of Committee business in which those professionals did not perform any other Committee-related services. The Firm expended 6.0 hours of professional time on services in this category. The Firm's professional fees in this category total $2,475.00. Therefore, the Firm's blended hourly rate is $412.50/hour.

**K.      Real Estate (Category Code B250)**

32.     The category of **Real Estate** covers real estate-related matters.

33.     The Firm expended 1.9 hours of professional time on services in this category. The Firm's professional fees in this category total $650.00. Therefore, the Firm's blended hourly rate is $342.11/hour.

**L.**     **Claims Administration & Objections (Category Code B310)**

34.     The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor.

35.     The Firm expended <u>51.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$21,487.50</u>. Therefore, the Firm's blended hourly rate is <u>$419.68/hour</u>.

**M.**     **Plan and Disclosure Statement (Category Code B320)**

36.     The category of **Plan and Disclosure Statement** encompasses matters related to the formulation and presentation of a Chapter 11 plan and disclosure statement, including, without limitation, mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor and document-discovery necessary to ensure that the Committee is prepared for both mediation and plan confirmation. Professional time expended in connection with the June 2022, in-person mediation session with the Debtor falls under this category.

37.     The Firm expended <u>169.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$78,837.50</u>. Therefore, the Firm's blended hourly rate is <u>$464.30/hour</u>.

**VI.**     **REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

38.     Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has made no request for general overhead expenses.

39.     The Firm's various expenses were necessary and reasonable. For instance, copying

16

and postage charges were incurred serving pleadings and other relevant documents on interested

parties in this Bankruptcy Case—a significant expense given the large number of parties on the

Debtor's service list and the multiple pleadings and other filings made in these cases.

40.     In general, the Firm strived to minimize all expenses. Online and PACER research

was utilized only when an attorney believed that the benefits of computerized research outweighed

the cost of such research and that the costs would be less than those incurred in utilizing traditional

research methods.

41.     The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $112.9 |
| Westlaw Research | $5,397.59 |
| Lexis Research | $2,538.10 |
| Postage | $409.90 |
| Long Distance Calls | $0.56 |
| FedEx Shipments | $96.19 |
| Reveal - Hosting Data at $5.00/GB/mth | $140.00 |
| Depositions and Court Reporters 71041, SERPAS COURT REPORTING, In Camera Status Conference on 4/14/2022 | $284.00 |
| Filing Fees 04/15/2022, Filing fee | $350.00 |
| Filing Fees 03/24/2022, Transcript of hearing | $35.70 |
| Filing Fees 06/27/2022, Filing fee for filing of appeal | $5.00 |
| Filing Fees 06/28/2022, Transcript of hearing on 6/13/2022 | $25.20 |
| Trial Transcripts 70512, SERPAS COURT REPORTING, Copy of transcript of in Camera Status Conference – Sealed | $165.75 |
| Meals, Trip to New Orleans for mediation | $7.99 |

| Expense Category | Amount |
|---|---|
| Meals, Trip to New Orleans for mediation | $18.55 |
| Expense of trip of Trip to New Orleans for mediation | $66.00 |
| Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 0822253662 | $35.00 |
| Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 2117694313 | $583.96 |
| Travel, Hotel 06/5/2022 - 06/7/22, New Orleans Trip for mediation | $814.42 |
| Travel, Taxi/Ride Share 06/5/2022, Trip to New Orleans for mediation | $43.20 |
| Outside Printing | $1,003.05 |
| Messenger Service 49453, Alliance Overnight Document Service LLC, Print and mailout of Doc #1481 & 1483 | $2,157.18 |
| Messenger Service 49465, Alliance Overnight Document Service LLC, printing and postage | $100.28 |
| Messenger Service 49527, Alliance Overnight Document Service LLC, Print and postage of Docket #1554 and 1555 | $108.55 |
| Messenger Service 49696, Alliance Overnight Document Service LLC, Printing and mailing of Docket#1599 | $133.38 |
| Messenger Service 49735, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1620 | $100.28 |
| Postage (Hard Cost) 49189, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1394, 1397 | $110.90 |
| Postage (Hard Cost) 49265, Alliance Overnight Document Service LLC, Copies and postage for Docket# 1409 | $98.69 |
| Postage (Hard Cost) 49293, Alliance Overnight Document Service LLC, Copies and postage for docket # 1425 | $65.83 |
| Postage (Hard Cost) 49299, Alliance Overnight Document Service LLC, Copies and postage for docket # 1449 & 1450 | $108.55 |
| Postage (Hard Cost) 49300, Alliance Overnight Document Service LLC, Copies and postage for docket # 1459 | $125.10 |
| Services Rendered 49015, Alliance Overnight Document Service LLC, copies and mailout of Docket #1336 | $90.55 |
| Services Rendered 49294, Alliance Overnight Document Service LLC, Copies and postage of docket #1437 & 1438 | $145.98 |

| Expense Category | Amount |
|---|---|
| Services Rendered 49386, Alliance Overnight Document Service LLC, Postage for docket #1479, 1481, 1483 | $318.43 |
| Services Rendered 11274, Sodexo Inc dba Affiliates, $500 cancellation fee of conference room rental contract. | $647.25 |
| Services Rendered 8707, ICT Computer Sales; Service & Networking, Audio/video testing, set-up and monitoring on 6/6 and 6/7/22 for Archdiocese mediation | $829.92 |
| Services Rendered REQ062922 4063, Jefferson Parish Clerk, print charge deducted from escrow balance | $9.75 |
| Arbitrators/Mediators 16962, Cheryl Scripter dba Bittersweet Confections LLC, Breakfast for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams Soren Gisleson Johnny Denenea | $126.73 |
| Arbitrators/Mediators 4828, GRACIOUS LLC, Breakfast for ANO Meeting on 6/6/22: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $108.98 |
| Arbitrators/Mediators 807671, Park Square Restaurant Group LLC dba Cafe Cafe, Lunch for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $245.83 |
| Arbitrators/Mediators 852211, Foodmannola, Lunch for Official Committee of Unsecured Creditors for Archdiocese of New Orleans Mediation Meeting:  Brad Knapp Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | $212.77 |
| **Total Out-of-Pocket Expenses** | **$17,977.99** |

42. The Firm requests that the Court grant it reimbursement for $17,977.99 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VII. VOLUNTARY REDUCTIONS

43. For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The invoices reflect reductions of $15,442.50 (38.8 billable hours) for work performed but not charged to the Committee during the Application Period, with such entries being marked as "No Charge."

## VIII. STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

44. As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis in accordance with

the Firm's ordinary and customary rates (discounted as set forth in the Retention Application), plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with these Bankruptcy Cases except as this Court may approve.

45.     As of today's date, the Firm has received $2,387,589.69 as approved by the Court (on December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, and May 19, 2022) on the Firm's first, second, third, fourth, and fifth interim applications, and in addition, the following interim, monthly payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount |
|---|---|---|---|---|
| 1720090 | 4/29/2022 | $127,190.00 | 5/24/2022 | ($102,406.72) |
| 1725502 | 5/27/2022 | $133,356.17 | -- | -- |
| 1731314 | 6/28/2022 | $160,426.44 | -- | -- |
| 1736690 | 7/26/2022 | $192,855.16 | -- | -- |
| | | | | |
| | | **TOTAL =** | | **$102,406.72** |

46.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services

20

rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, <u>except</u> that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     <u>STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

47.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in these Bankruptcy Cases. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
>      (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
>      (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

48.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904

21

(1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

49.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[8] Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

50.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 1,437.10[9] hours during the Application Period for a total fee of $595,850.00. Including the 38.8 hours worked but not charged, the Firm's blended hourly rate is **$414.62/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

---

[8] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[9] This includes the 38.8 hours worked but not charged.

## The Novelty and Difficulty of the Questions Presented

51.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing all these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to address these questions. This factor therefore favors granting the Firm its requested award.

## The Skill Required to Perform the Services

52.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of such skill and expertise to efficiently resolve these issues. The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate attorney or staff person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

## Preclusion of Other Employment Due to Acceptance of the Case

53.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. Nonetheless, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. For this reason, this factor favors granting the award the Firm has sought.

## The Customary Fee

54.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all legal services

for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are comparable to other similar-situated firms. These rates also reflect voluntary reductions of $15,442.50.

55.     Thus, the blended hourly rate on this matter of **$414.62/hour** is reasonable and reflects market rates or below-market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

### Whether the Fee is Fixed or Contingent

56.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates, discounted as set forth in the Retention Application and subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

### Time Limitations Imposed by the Client or Other Circumstances

57.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters often arose throughout the Application Period that required the Firm's immediate attention.  Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

### The Amount Involved and the Results Obtained

58.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees the Firm seeks to approve in this Application are commensurate with the issues in this case.

### The Experience, Reputation, and Ability of the Attorneys

59.     The Firm's attorneys have significant experience in bankruptcy and other areas of

24

the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

## The "Undesirability" of the Bankruptcy Cases

60. Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged are far below the Firm's standard rates. The complex, risky, and complicated nature of this Bankruptcy Case continued throughout the Application Period.

## The Nature and Length of the Professional Relationship with the Client

61. The Firm's engagement by the Committee commenced shortly after the Committee was formed.

## Awards in Similar Cases

62. The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case. In addition, the fees sought by Committee counsel are substantially less than the fees sought by the Debtor's professionals.

63. In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.  CONCLUSION

64. The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. The Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and

expenses to the Firm, as set forth in the Retention Orders, the Fee Procedures Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's procedures.

65.    The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to ***$613,827.99.*** The requested award (the "Award") consists of $595,850.00 in fees and $17,977.99 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtors' estate under Bankruptcy Code § 503; (iii) directing the Archdiocese to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: July 28, 2022                       Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
         rkuebel@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 28, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 29, 2022.

/s/ W. Steven Bryant
W. Steven Bryant

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

April 29, 2022
Invoice No.: 1720090

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2022 — $127,190.22

File Number:    0107766.00001
Re:             Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/22 | Draft, review, finalize, and e-file Certificate of Service re: Order on the Official Committee of Unsecured Creditors' Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order. | ALL | 0.40 | 50.00 |
| 03/07/22 | Communications with B. Knapp and S. Bryant re: filing deadline on March 10th. | ALL | 0.10 | 12.50 |
| 03/21/22 | Communications with B. Knapp and the court reporter re: obtaining copy of transcript from the hearing on March 17th. | ALL | 0.20 | 25.00 |
| 03/22/22 | Conference with Debtor professionals regarding upcoming motions and real estate sale issues. | BCK | 0.50 | 212.50 |
| 03/23/22 | Review exhibits for sealed motion related to priest benefits issues. | BCK | 0.60 | 255.00 |
| 03/24/22 | Review service list in preparation of mailing/service of pleadings (.20); download file stamped pleadings for service/mailing (.40). | ALL | 0.60 | 75.00 |
| 03/25/22 | Coordinate mailing/service of recently filed pleadings. | ALL | 0.40 | 50.00 |
| 03/30/22 | Coordinate mailing of Redacted Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons to individuals named in the Motion per A. Caine's request. | ALL | 0.20 | 25.00 |
| | | | 3.00 | $705.00 |
| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
| 03/01/22 | Receipt and review of BRG analysis of post-petition disbursements and correspond with Mr. Cerise regarding the same (0.5) | OFK | 0.50 | 250.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans ◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

**EXHIBIT 1**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/07/22 | Correspond with BRG regarding NDCE asset discovery and discuss the same with Mr. Draper (0.6) Review and correspond regarding NDCE 2019 revision (0.5) | OFK | 1.10 | 550.00 |
| 03/09/22 | Continued work on NDCE asset discovery / draft 2004 exam topics (1.2) correspond regarding tolling agreement (0.8) | OFK | 2.00 | 1,000.00 |
| 03/09/22 | Revise Rule 2004 motion to address Apostolate production needs. | BCK | 2.20 | 935.00 |
| 03/10/22 | Continue revising Rule 2004 motion for Apostolate discovery for plan mediation process. | BCK | 2.80 | 1,190.00 |
| 03/10/22 | Correspond regarding Apostolate 2019 and 2004 draft (0.4) Work on comments to Apostolate asset discovery (0.8) | OFK | 1.20 | 600.00 |
| 03/11/22 | Correspond regarding Rule 2004 draft to Apostolates (0.2) Correspond regarding discovery MTC status (0.4) | OFK | 0.60 | 300.00 |
| 03/11/22 | Revise motion for Rule 2004 examination regarding Apostolates. | BCK | 2.20 | 935.00 |
| 03/14/22 | Revise Rule 2004 examination motion to address additional comments. | BCK | 1.20 | 510.00 |
| 03/14/22 | Revise Rule 2004 Motion for Subpoena to Apostolates, internal discussion of revisions and contents of motion; legal research into rule 26, rule 107(b) in preparation for draft motion regarding confidentiality designations (5.7) (NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/14/22 | Multiple correspondence regarding Rule 2004 Motion draft to NDCE and comment on draft Motion (0.8) Receipt and review of multiple emails (Kingsmill) regarding discovery status (0.4) Receipt and review of multiple emails on motion regarding state-court deposition and comment on the same (0.5) | OFK | 1.70 | 850.00 |
| 03/15/22 | Continue preparing Apostolate Rule 2004 motion. | BCK | 0.70 | 297.50 |
| 03/15/22 | Analysis of next steps to address protective order issues for plan mediation. | BCK | 0.60 | 255.00 |
| 03/15/22 | Call from C. Dozer regarding client sale offer (0.6) Prepare for and participate in call with Debtor's counsel (1.2) Work on NDCE asset discovery and draft 2004 motion (1.2) | OFK | 3.00 | 1,500.00 |
| 03/16/22 | Continued work on NDCE 2004 motion. | OFK | 0.80 | 400.00 |
| 03/16/22 | Revise Rule 2004 motion to Apostolates to further refine document requests. | BCK | 1.40 | 595.00 |
| 03/17/22 | Work on draft NDCE 2004 Motion draft and asset discovery (0.8) | OFK | 0.80 | 400.00 |
| 03/18/22 | Review, comment and revise 2004 motion draft on Apostolate discovery. | OFK | 0.60 | 300.00 |
| 03/21/22 | Revise Rule 2004 motion. | BCK | 1.20 | 510.00 |
| 03/22/22 | Revise Rule 2004 motion to incorporate additional revisions. | BCK | 1.70 | 722.50 |
| 03/22/22 | Legal research into questions of law pertaining to resulting trusts, how created, effects of same, and whether same exist in LA law, standard of proof of establishing, whether LA applies lowest intermediate balance test in tracing commingled funds, or how such funds traced in LA, and relationships of bank to depositee, whether creditor/debtor relationship or fiduciary relationship in analyzing funds under Portfolios A & B (6.1) (NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/22/22 | Work on 2004 Motion to NDCE's | OFK | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 3

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B120 Asset Analysis and Recovery** | | | | |
| 03/23/22 | Review and revise Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004. | ALL | 0.20 | 25.00 |
| 03/23/22 | Revise Rule 2004 agreement to refine requests and address changes in Apostolate entities. | BCK | 1.60 | 680.00 |
| 03/23/22 | Follow-up review of NDCE 2019 for authority questions and discuss with Steve Bryant. (0.7) Revise draft 2004 motion, order and discovery requests (1.0) Prepare for and participate in call with BRG to review NDCE assets, discovery, suppressed parish assets and 2004 / 2019 questions (1.6) | OFK | 3.30 | 1,650.00 |
| 03/24/22 | Correspond with D. Draper regarding 2004/2019 (0.4) Revise, comment, discuss and finalize Rule 2004 exam/Motion (1.3) Final review /filing of Rule 2004 memo (0.6) Call with D. Draper regarding 2004 (0.3) | OFK | 2.60 | 1,300.00 |
| 03/24/22 | Analysis of Apostolate discovery issues and potential additional requests. | BCK | 1.10 | 467.50 |
| 03/24/22 | Review, finalize, and e-file Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates Pursuant to Federal Rule of Bankruptcy Procedure 2004. | ALL | 0.60 | 75.00 |
| 03/24/22 | Review, finalize, and e-file Notice of Hearing re: recently filed pleadings. | ALL | 0.40 | 50.00 |
| 03/25/22 | Multiple correspondence and spreadsheet review on suppressed parish assets (0.8) Correspond with BRG.Reg the same (0.4) Calls with Mr. Draper regarding same/2004 (0.3) | OFK | 1.50 | 750.00 |
| 03/31/22 | Work on parish services agreement NDCE asset valuation issues (1.0) Correspond regarding research on account ownership (0.5) | OFK | 1.50 | 750.00 |
| 03/31/22 | Legal research re Louisiana Trust Code, edit and revise footnote on trusts in draft letter. | AHK | 3.50 | 1,575.00 |
| 03/31/22 | Legal research re constructive/resulting trust doctrine in Louisiana, email to B Knapp and R Kuebel re same. | AHK | 0.90 | 405.00 |
| 03/31/22 | Additional legal research re constructive/resulting trust doctrine in Louisiana. | AHK | 0.50 | 225.00 |
| | | | **44.50** | **$20,302.50** |
| | | | | |
| **B130 Asset Disposition** | | **ATTY** | **HOURS** | **VALUE** |
| 03/18/22 | Correspond with broker on bid on Howard Ave. | OFK | 0.50 | 250.00 |
| 03/23/22 | Analysis of real estate sale process and potential Howard Ave. sale issues. | BCK | 0.50 | 212.50 |
| 03/30/22 | Multiple correspondence on Howard Ave sale process and discuss the same with Mr. Bryant. (0.8) | OFK | 0.80 | 400.00 |
| | | | **1.80** | **$862.50** |
| | | | | |
| **B150 Meetings & Communications with Creditors** | | **ATTY** | **HOURS** | **VALUE** |
| 03/07/22 | Prepare for, present report to UCC meeting. | OFK | 1.30 | 650.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: April 29, 2022
Invoice No.:  1720090
Page:  4

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/07/22 | Call with state court counsel (Wolf) on multiple pending motions (1.0) | OFK | 1.00 | 500.00 |
| 03/07/22 | Attend today's weekly meeting of the Unsecured Creditors' Committee and address various matters currently before the Committee, including the outstanding avoidance actions. | WSB | 1.10 | 550.00 |
| 03/07/22 | Draft committee meeting agenda (0.3); attend committee meeting regarding pending motions (1.1). | BCK | 1.40 | 595.00 |
| 03/08/22 | Conference with committee state court counsel regarding mediation preparation and upcoming hearings. | BCK | 1.30 | 552.50 |
| 03/08/22 | Draft, edit, and revise an analysis of the Fifth Interim Fee Applications for Jones Walker, Blank Rome, and Carr Riggs and forward it to the Committee for their review and comment (1.0); further correspond via email with individual Committee members about these matters (0.2). | WSB | 1.20 | 600.00 |
| 03/08/22 | Prepare for and participate in today's state-court counsel only call. | OFK | 1.30 | 650.00 |
| 03/09/22 | Correspond with M. Mintz regarding ANO letter to victim and report to victims on case status (0.5) | OFK | 0.50 | 250.00 |
| 03/14/22 | Draft case update for committee members in lieu of formal committee meeting. | BCK | 0.40 | 170.00 |
| 03/15/22 | Conference with state court counsel for committee regarding upcoming hearings. | BCK | 2.20 | 935.00 |
| 03/15/22 | Prepare for and report at UCC counsel meeting (1.5) Call with state court counsel on plan and discovery cases (1.0) | OFK | 2.50 | 1,250.00 |
| 03/16/22 | Conference with committee chair regarding pending motions and Debtor sale process updates. | BCK | 0.50 | 212.50 |
| 03/21/22 | Attend committee meeting regarding upcoming motions and mediation preparation. | BCK | 1.00 | 425.00 |
| 03/21/22 | Prepare for and provide report to committee members at UCC meeting (1.3) Call from non-UCC member abuse counsel regarding case status and certain pending motion and discuss the same (0.8) Call with B. Knapp regarding Debtor call agenda / UCC agenda (0.4) | OFK | 2.50 | 1,250.00 |
| 03/22/22 | Prepare for and provide report at counsel meeting | OFK | 1.20 | 600.00 |
| 03/22/22 | Conference with committee counsel regarding upcoming motions and mediation preparation. | BCK | 1.10 | 467.50 |
| 03/23/22 | Call with UCC members / counsel regarding tolling agreement content / issues (0.8) | OFK | 0.80 | 400.00 |
| 03/24/22 | Correspond with UCC member counsel on BSA motion (0.8) | OFK | 0.80 | 400.00 |
| 03/28/22 | Review the agenda for today's Committee meeting and prepare for the meeting (0.3); host today's Committee meeting and address various outstanding issues (1.1); correspond via email with Rick Kuebel about various issues raised during today's meeting (0.1). | WSB | 1.50 | 750.00 |
| 03/28/22 | Prepare for and participate at weekly UCC meeting and report on BSA/declaration. (1.2) | OFK | 1.20 | 600.00 |
| 03/29/22 | Prepare for and participate in weekly counsel call and provide multiple reports (1.5) | OFK | 1.50 | 750.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 5

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/29/22 | Draft and circulate the agenda for today's counsel-only call (0.2); host today's counsel-only conference call to address various outstanding issues and related matters (1.5); further review with Rick Kuebel various issues raised during today's call and determine strategies for pursuing these matters (0.2). | WSB | 1.90 | 950.00 |
| 03/31/22 | Draft, edit, and revise explanatory email to the Committee outlining the Committee's proposed response to the retention of LCG, LLC and to the monthly fee applications of Dundon Advisors and Stewart Robbins (0.7); further correspond via email with individual Committee members about these and related issues (0.4). | WSB | 1.10 | 550.00 |
| | | | **29.30** | **$14,057.50** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/22 | Correspond via email with Ashley Lohr regarding the preparation of the Fifth Interim Fee Applications of Locke Lord, Zobrio, Inc, and Stegall Benton (0.2); correspond via email with Bush Benton about the Stegall Benton application (0.3); correspond via email with Linda Cantor concerning the forthcoming fee applications and the fee application for Rock Creek (0.2); further correspond via email with Ms. Lohr about these matters (0.1); begin drafting the service description section of the Fifth Interim Application for Locke Lord (1.0). | WSB | 1.80 | 900.00 |
| 03/02/22 | Multiple email correspondences with Ashley Lohr about preparing the various fee applications (0.1); correspond via email with Bush Benton concerning the Stegall Benton fee application (0.1). | WSB | 0.20 | 100.00 |
| 03/02/22 | Communications with S. Bryant re: deadline to file fee applications for Locke Lord, Zobrio, Inc., and Stegall Benton (.20); assist with drafting Third Interim Fee Application for Locke Lord (2.70). | ALL | 2.90 | 362.50 |
| 03/03/22 | Draft Third Interim Fee Application for Zobrio, Inc. (.50); draft First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from July 29, 2021 through January 31, 2022 (2.10). | ALL | 2.60 | 325.00 |
| 03/03/22 | Edit and revise the Stegall Benton first interim fee application. | WSB | 0.20 | 100.00 |
| 03/04/22 | Draft, edit, and revise Zobrio interim fee application (0.2); draft, edit and revise Locke Lord interim fee application (0.8). | WSB | 1.00 | 500.00 |
| 03/04/22 | Assist with drafting First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from July 29, 2021 through January 31, 2022 (.80); review invoices and monthly fee and expense statements and calculate totals in preparation of drafting Locke Lord's Fifth Fee Application (2.50); assist with drafting Fifth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022 (1.00). | ALL | 4.30 | 537.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 6

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/06/22 | Assist with drafting Fifth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 through February 28, 2022. | ALL | 1.30 | 162.50 |
| 03/07/22 | Further draft, edit, and revise the Fifth Interim Fee Application of Locke Lord LLP. | WSB | 1.20 | 600.00 |
| 03/08/22 | Communications with attorney team re: status of drafting Locke Lord's Fifth Fee Application. | ALL | 0.20 | 25.00 |
| 03/09/22 | Draft, edit, and revise the description of the services provided by Locke Lord during the period covered by the Fifth Interim fee application. (1.00--NO CHARGE) | WSB | 0.00 | 0.00 |
| 03/11/22 | Draft, edit, and revise the Locke Lord Fifth Interim fee application. | WSB | 1.00 | 500.00 |
| 03/21/22 | Communications with co-counsel re: date of hearing for the Committee's quarterly fee applications. | ALL | 0.20 | 25.00 |
| 03/22/22 | Review Locke Lord's invoice from February and calculate totals in preparation of drafting Fifth Fee Application (2.00); assist with drafting Fifth Fee Application (2.00). | ALL | 4.00 | 500.00 |
| 03/23/22 | Draft Stegall Benton first interim fee application (0.6); correspond via email with Ashley Lohr regarding tomorrow's filing of the fee applications for Zobrio, Stegall Benton, and Locke Lord (0.1). | WSB | 0.70 | 350.00 |
| 03/23/22 | Assist with drafting Locke Lord's Fifth Fee Application. | ALL | 0.70 | 87.50 |
| 03/23/22 | Draft Notice of Hearing re: Locke Lord and Zobrio's recent Fee Applications. | ALL | 0.20 | 25.00 |
| 03/24/22 | Assist with drafting Locke Lord's Fifth Fee Application (1.00); review, finalize, and e-file Fifth Fee Application (.50). | ALL | 1.50 | 187.50 |
| 03/24/22 | Review, finalize, and e-file Third Interim Application for Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from November 1, 2021 through February 28, 2022. (0.1--NO CHARGE) | ALL | 0.00 | 0.00 |
| 03/24/22 | Review, finalize, and e-file First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from May 17, 2021 through January 31, 2022. | ALL | 0.70 | 87.50 |
| 03/24/22 | Draft, edit, and revise the Stegall Benton first interim fee application (2.4); correspond via email with Bush Benton about the filing of the Stegall Benton application (0.2); draft, edit, and revise the Locke Lord fifth interim fee application (2.9); correspond via email with Ashley Lohr regarding the filing of all these applications (0.2). | WSB | 5.70 | 2,850.00 |
| 03/28/22 | Analysis of next steps for potential Claro retention. | BCK | 0.30 | 127.50 |
| 03/29/22 | Draft, edit, and revise the Monthly Fee Statement of Locke Lord LLP (1.3); edit and revise the Monthly Fee Statement of Zobrio, Inc. (0.1); forward these monthly fee statements to the required service parties with a covering email (0.2); forward LEDES files for Locke Lord to the U.S. Trustee's office for their review (0.1). | WSB | 1.70 | 850.00 |
| | | | **32.40** | **$9,202.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 7

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/07/22 | Review and analyze the Fifth Interim Fee Application of Carr Riggs to determine whether to object to this Application (0.7); review and analyze the Fifth Interim Fee Application of Blank Rome to determine whether to object (1.0). | WSB | 1.70 | 850.00 |
| 03/08/22 | Further review and analyze the Jones Walker Fifth Interim Fee Application (3.0); correspond via email with the Pachulski Stang and Locke Lord teams about the Committee's proposed response to the Debtor regarding the Fifth Interim Fee Applications of Jones Walker, Blank Rome, and Carr Riggs (0.2). | WSB | 3.20 | 1,600.00 |
| 03/11/22 | Draft, edit, and revise analysis of the Fifth Interim fee applications for Jones Walker, Carr Riggs, and Blank Rome (0.7); finalize the analysis and forward it to the Debtor's counsel for their review (0.2). | WSB | 0.90 | 450.00 |
| 03/16/22 | Correspond via email with Paul Shields at BRG regarding the Debtor's comments to the Committee professionals' fee statements (0.3); further correspond via email with Mr. Shields and Brad Knapp about this matter (0.2). | WSB | 0.50 | 250.00 |
| 03/21/22 | Communications with S. Bryant re: objection deadline to the Declaration and Disclosure Statement of Kristian Carlson, on behalf of LCG, LLC (.20); communications with attorney team re: response deadline to SRBA's Tenth Fee Statement and Dundon Advisers' Sixth Fee Statement (.40). | ALL | 0.60 | 75.00 |
| 03/30/22 | Communications with S. Bryant re: objection deadline to the Declaration and Disclosure Statement of William LeCorgne, on behalf of Dupont-LeCorgne Construction Consultants, LLC. | ALL | 0.20 | 25.00 |
| 03/30/22 | Review and analyze the Debtor's proposed ordinary course retention of LCG, LLC (0.6); review and analyze the most recent monthly statement of Dundon Advisors (0.4); review and analyze the most recent monthly statement of Stewart Robbins (0.6); draft email to the other bankruptcy professionals summarizing my position as to the LCG retention and the Commercial Committee professionals' fee statements (0.4). | WSB | 2.00 | 1,000.00 |
| 03/31/22 | Communications with attorney team re: objection deadline to the Seventh Statement Regarding Compensation of Ordinary Course Professionals. | ALL | 0.20 | 25.00 |
| | | | **9.30** | **$4,275.00** |
| | **B180 Avoidance Action Analysis** | ATTY | HOURS | VALUE |
| 03/02/22 | Correspond via email with Doug Stewart and Will Robbins regarding the status of tolling agreements related to the Debtor's avoidance actions (0.2); extended telephone conference with Mr. Robbins and Brooke Altazan regarding these avoidance action issues (0.7); telephone conference with Shelby Chaffos at BRG and discuss preparing a list of non-insider avoidance action claims (0.5); draft, edit, and revise an email to the Committee professional team about the status of the avoidance actions and tolling (0.6); further correspond via email with Brad Knapp and Rick Kuebel about the status of these tolling agreements and related matters (0.2). | WSB | 2.20 | 1,100.00 |
| 03/02/22 | Multiple correspondence on tolling agreement process, content and preserved claims and actions (1.2) Continued correspondence with BRG regarding ANO avoidance actions and NDCE financial records (0.5) | OFK | 1.70 | 850.00 |

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/03/22 | Multiple emails and calls regarding NDCE tolling of actions and claims letter/motion (1.5) | OFK | 1.50 | 750.00 |
| 03/03/22 | Continued analysis of bank record needs for avoidance action analysis (0.6); correspondence with M. Mintz regarding bank record issues (0.1). | BCK | 0.70 | 297.50 |
| 03/03/22 | Correspond via email with Will Robbins and Brooke Altazan regarding the tolling agreement issues and related matters (0.3); correspond via email with BRG concerning the non-affiliate transfer report (0.3); leave telephone message for Mr. Robbins about these issues (0.1); extended telephone conference with Mr. Robbins about the status of these avoidance-action issues (0.5); analyze and review the non-affiliate transfer issues with Brad Knapp and Rick Kuebel (0.5); review the affiliate list provided by Mr. Robbins (0.3); further correspond via email with the Locke Lord and Pachulski Stang teams about these matters (0.4); leave telephone message for Bush Benton to request a report of the real property transfers (0.1); identify additional avoidance-action related issues to further discuss with the Commercial Committee (0.3--No Charge). | WSB | 2.50 | 1,250.00 |
| 03/04/22 | Telephone conference with Bush Benton to discuss his obtaining a list of all real property transfers out of the Archdiocese since May 2016 (0.5); review and analyze data provided by BRG in advance of today's call to discuss avoidance action issues (0.4); extended telephone conference with BRG, Brad Knapp, and Rick Kuebel to identify additional information required to assess avoidance actions and their potential exposure (1.2); further analyze with Mr. Knapp various issues arising out of today's call with BRG (0.3). | WSB | 2.40 | 1,200.00 |
| 03/04/22 | Analysis of next steps for financial analysis and preparing for avoidance action deadlines. | BCK | 1.00 | 425.00 |
| 03/04/22 | Prepare for and participate in BRG call on NDCE asset discovery, claims and tolling of claims (1.5); Correspond with Debtor regarding the same (0.4); Correspond on evaluation of claims regarding investment accounts (0.7) | OFK | 2.60 | 1,300.00 |
| 03/07/22 | Telephone conference with Mark Mintz and Brad Knapp regarding the availability of the Debtor's data underlying the ACH transactions (0.7); draft email to the BRG team summarizing today's call and identifying additional issues and concerns (0.7); correspond via email with Will Robbins of the Commercial Committee about today's Debtor call and related matters (0.3); further correspond via email with Bush Benton about the status of the real property report (0.2); further correspond via email with the BRG team about the status of the report preparation and the incorporation of additional Debtor information (0.3). | WSB | 2.20 | 1,100.00 |
| 03/07/22 | Conference with M. Mintz regarding ACH records for avoidance action analysis. | BCK | 0.40 | 170.00 |
| 03/08/22 | Prepare for and participate in call with BRG to review financial discovery and asset evaluation (1.2) | OFK | 1.20 | 600.00 |
| 03/09/22 | Multiple email correspondences with Will Robbins of the Commercial Committee regarding the tolling agreement and other avoidance action issues (0.2); review the tolling agreement provided by Mr. Stewart (0.2); correspond via email with the Pachulski Stang and Locke Lord teams about this tolling agreement and other avoidance action issues in preparation for tomorrow's call (0.3). | WSB | 0.70 | 350.00 |
| 03/10/22 | Analysis of avoidance actions and potential tolling issues. | BCK | 1.40 | 595.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 9

| | **B180 Avoidance Action Analysis** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/10/22 | Multiple email correspondences with Will Robbins regarding today's conference call between the committees to address tolling and related issues. | WSB | 0.30 | 150.00 |
| 03/10/22 | Draft and revise tolling agreement and discuss with co-counsel (1.2) Prepare for and participate in call with commercial committee on tolling agreement content and process (1.0) | OFK | 2.20 | 1,100.00 |
| 03/11/22 | Correspond on tolling agreement draft and document formalities | OFK | 0.60 | 300.00 |
| 03/11/22 | Follow-up comments on tolling agreements | OFK | 0.30 | 150.00 |
| 03/11/22 | Correspond on tolling agreement draft and document formalities. | OFK | 0.50 | 250.00 |
| 03/11/22 | Follow-up comments on tolling agreements. | OFK | 0.40 | 200.00 |
| 03/11/22 | Review BRG findings regarding potential avoidance actions to address tolling issues. | BCK | 1.20 | 510.00 |
| 03/14/22 | Review additional proposed revisions to tolling agreement proposed by commercial committee. | BCK | 0.50 | 212.50 |
| 03/14/22 | Multiple correspondence on draft tolling agreement and comment on formality. | OFK | 0.70 | 350.00 |
| 03/15/22 | Review revised tolling agreement (0.3); conference with Commercial Committee counsel regarding avoidance action issues (0.7). | BCK | 1.00 | 425.00 |
| 03/16/22 | Revise tolling agreement (0.1); analysis of Apostolate entity issues for avoidance action analysis (0.6). | BCK | 0.70 | 297.50 |
| 03/16/22 | Review and comment on draft tolling agreement (0.7) | OFK | 0.70 | 350.00 |
| 03/16/22 | Prepare for and participate in call with Commercial committee on tolling. | OFK | 1.30 | 650.00 |
| 03/17/22 | Review entity analysis and third party transfers in connection with tolling agreement and avoidance action strategy. | BCK | 1.70 | 722.50 |
| 03/17/22 | Revise tolling agreement to address additional committee comments (0.7); analysis of hearing issues for tolling agreement (0.1); conference with M. Mintz regarding tolling for avoidance action (0.1). | BCK | 0.90 | 382.50 |
| 03/18/22 | Continued analysis of amended Apostolate entities to evaluate tolling agreement structure (0.8); revise draft motion for entry of tolling agreement (1.0); revise proposed tolling agreement (0.6); conference with BRG regarding avoidance strategy and third parties for potential tolling agreements (0.5). | BCK | 2.90 | 1,232.50 |
| 03/18/22 | Review, comment and correspond on tolling agreement draft. | OFK | 0.80 | 400.00 |
| 03/21/22 | Continued work on tolling motion and related issues of coverage, authority and non-debtor consents (1.2) Continued work /correspondence with BRG on NDCE asset valuation /discovery (0.7) | OFK | 1.90 | 950.00 |
| 03/21/22 | Analyze avoidance action and tolling issues along with Brad Knapp and identify additional issues related to tolling (0.8); telephone conference with counsel for the Commercial Committee to address outstanding tolling issues and the Debtor's proposed revisions to the Motion to Approve the tolling agreement (0.7); edit and revise the revised Motion to Approve the tolling agreement and the accompanying proposed order (1.5); forward the finalize Motion to the Locke Lord and Pachulski Stang teams for their review and comment (0.2). | WSB | 3.20 | 1,600.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: April 29, 2022
Invoice No.:  1720090
Page:  10

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/21/22 | Analysis of avoidance action motion and order revisions (0.4); conference with commercial committee regarding next steps for tolling (0.7); analysis of 90 day payment issues for tolling (0.5). | BCK | 1.60 | 680.00 |
| 03/22/22 | Review and revise the draft Affiliate Tolling Agreement Motion prepared by the Commercial Committee as well as the Affiliate Tolling Agreement (0.8); correspond via email with Rick Kuebel regarding potential director and officer liability issues (0.2); forward the revised Tolling Agreement and Motion to Brooke Altazan for her review and comment (0.2); analyze and address potential director-and-officer liability issues (0.3); further correspond via email with Ms. Altazan concerning the timing of the Motion's filing and related issues (0.2); review and analyze the real-property transfer list and data provided by Stegall Benton (0.8); telephone conference with Bush Benton about this data (0.3). | WSB | 2.80 | 1,400.00 |
| 03/22/22 | Continued analysis of tolling considerations for affiliates and third parties. | BCK | 0.50 | 212.50 |
| 03/22/22 | Multiple emails and revisions to draft tolling agreement / motion. | OFK | 0.80 | 400.00 |
| 03/22/22 | Correspond with D. Stewart regarding preservation of certain claims and tolling agreement. | OFK | 0.50 | 250.00 |
| 03/22/22 | Correspond regarding tolling authority issues and authority and correct corporate name of multiple NDCEs | OFK | 0.70 | 350.00 |
| 03/23/22 | Legal research into prescriptive periods for actions against directors/officers of non-profits vs. other Louisiana business associations, review of statutes, case law, secondary sources discussing same, draft summary of findings of law. | NWD | 5.00 | 1,625.00 |
| 03/23/22 | Analyze with Rick Kuebel key director-and-officer liability claims in advance of today's telephone conference with the Commercial Committee regarding these and other related avoidance-action issues (0.3); extended telephone conference with counsel for the Commercial Committee (Brooke Altazan and Doug Stewart) and Mr. Kuebel to address director-and-officer claims as well as all other outstanding issues related to the Affiliate Tolling Agreement and the potential third-party tolling agreement (1.2); correspond via email with Brad Knapp about these matters (0.2); correspond via email with Natalie Dawson to request that she research prescription issues related to non-profit director-and-officer liability (0.1); multiple email correspondences with Ms. Altazan concerning additional issues related to the third-party affiliates and the Nazareth Inn entities (0.3); draft email to Doug Draper asking him to identify whether he represents (i) Nazareth Inn II Apartments, LLC, (ii) Providence Nazareth Inn II Apartments, LLC, (iii) Nazareth Inn I, LLC, or (iv) Providence Nazareth Inn I, LLC (0.6); further correspond via email with Ms. Altazan about these matters (0.2); follow-up telephone conference with Bush Benton about the real-property transfers (0.4); draft email to Ms. Altazan confirming the Committee's approval of the Affiliate Tolling Motion and the Affiliate Tolling Agreement (0.2). | WSB | 3.50 | 1,750.00 |
| 03/24/22 | Draft further email to Brooke Altazan and the Commercial Committee counsel addressing all outstanding issues in connection with the Affiliate Tolling Agreement and the third-party entity issues (0.2); multiple telephone conferences with Ms. Altazan about these issues (0.4); forward the Affiliate Tolling Agreement executed by James Adams on behalf of the Committee to Ms. Altazan (0.1). | WSB | 0.70 | 350.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 11

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/24/22 | Legal research into questions of law relating to use of funds in Portfolio A/B, including whether lowest intermediate balance applies to trace commingled funds, potential relationship of depositor/depositee, address follow-up questions following memo of law. | NWD | 2.00 | 650.00 |
| 03/25/22 | Correspond via email with Paul Shields and Shelby Chaffos at BRG regarding the status of properties associated with suppressed parishes (0.3); further correspond via email with Andrew Caine at Pachulski Stang regarding this matter (0.1). | WSB | 0.40 | 200.00 |
| 03/27/22 | Correspond via email with Rick Kuebel concerning next week's hearing on the Affiliate Tolling Agreement and various issues in connection with the non-affiliate tolling agreements. | WSB | 0.30 | 150.00 |
| 03/28/22 | Correspond via email with Brooke Altazan regarding the non-affiliate, third-party tolling agreement (0.2); meet with Matt Babcock and Shelby Chaffos of BRG to address issues related to the third-party tolling agreement (0.7); review and analyze data provided by BRG related to third-party tolling (0.2); further correspond via email with Ms. Altazan about this matter (0.2). | WSB | 1.30 | 650.00 |
| 03/28/22 | Multiple emails regarding tolling agreement (0.6) | OFK | 0.60 | 300.00 |
| 03/29/22 | Multiple emails on tolling agreement (0.5) Prepare for and participate in call with M. Mintz on real estate process and discovery (0.8) | OFK | 1.30 | 650.00 |
| 03/29/22 | Review the Operating Account transfer records provided by BRG in response to requests from the Commercial Committee related to third-party non-affiliate transfers (0.7); correspond via email with Matt Babcock about these reports (0.3).. | WSB | 1.00 | 500.00 |
| 03/30/22 | Correspond via email with Brook Altazan regarding certain BRG reports regarding transfers out of the Debtor's operating account (0.3); review and analyze BRG's reports (0.5); forward the revised reports to Brooke Altazan for her review and the review of the Commercial Committee generally (0.2); telephone conference with Ms. Altazan about these matters (0.6). | WSB | 1.60 | 800.00 |
| 03/30/22 | Multiple emails regarding tolling agreement /hearing (0.5) | OFK | 0.50 | 250.00 |
| 03/31/22 | Correspond via email with Doug Stewart and Will Robbins about today's hearing on the Motion to Approve affiliate tolling agreement (0.3); prepare for today's hearing on the Motion to Approve (0.4); attend today's hearing on the Motion to Approve (0.5); draft email to the Committee professional team summarizing today's developments (0.2); further correspond via email with Brad Knapp about this matter (0.1). | WSB | 1.50 | 750.00 |
| 03/31/22 | Review correspondence and call with commercial committee regarding real estate procedures/Howard Ave. (0.7) | OFK | 0.70 | 350.00 |
| | | | **69.60** | **$32,487.50** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/02/22 | Receipt and review of multiple correspondence on discovery of abuse records and ESI search terms (0.5) | OFK | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 12

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/02/22 | Review and revise service list (.50); coordinate mailing of Order on the Committee's Motion to Compel Debtor's (1) Production of Documents, and (2) Privilege Log, to the Extent Necessary, Related to Rule 2004 Order (.20). | ALL | 0.70 | 87.50 |
| 03/03/22 | Assist with drafting First Set of Interrogatories and Requests for Production of Documents to Brother Martin High School. | ALL | 1.10 | 137.50 |
| 03/03/22 | Multiple emails / calls on Brother Martin's discovery with ANO counsel and state court counsel (1.5) Correspond regarding ESI terms (0.4) | OFK | 1.90 | 950.00 |
| 03/03/22 | Revise discovery regarding sealed motion (0.8); correspondence among committee regarding discovery (0.4). | BCK | 1.20 | 510.00 |
| 03/03/22 | Conduct further case law/research relating to Section 107 of bankruptcy code (2.5--NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/03/22 | Further analyze strategic issues related to the written discovery regarding sealed motion. | ND | 0.30 | 150.00 |
| 03/04/22 | Edit and update third party discovery requests regarding sealed motion. | ND | 1.30 | 650.00 |
| 03/04/22 | Communications with B. Knapp regarding motion re protective order, additional avenues of research to explore (.3) | NWD | 0.30 | 97.50 |
| 03/04/22 | Correspond with Mr. Wegmann on Brother Martin discovery (0.5) Receipt and review of Wegmann reply and follow-up (0.5) | OFK | 1.00 | 500.00 |
| 03/07/22 | Analysis of strategy options for discovery on sealed motion (1.3); correspondence with D. Wegmann regarding sealed motion discovery (0.1). | BCK | 1.40 | 595.00 |
| 03/07/22 | Correspond with Andy Caine on discovery / Motion to Compel. | OFK | 0.50 | 250.00 |
| 03/08/22 | Prepare for and participate in meet and confer on discovery requests (0.7) Work on revisions/issuance of Brother Martin discovery (1.2) | OFK | 1.90 | 950.00 |
| 03/08/22 | Review proposed revisions to sealed motion discovery from Debtor's counsel (0.4); analysis of next steps for sealed motion discovery (0.2). | BCK | 0.60 | 255.00 |
| 03/08/22 | Telephone call with B. Knapp to discuss case issues, next steps, strategy, research needed in support of various motion prep (.6); legal research into issues relating to confidentiality of document production (1.5) (NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/09/22 | Revise discovery related to sealed motion (0.5); correspondence with D. Wegmann regarding sealed motion discovery (0.1); begin preparing for chambers conference regarding sealed motion (0.2). | BCK | 0.80 | 340.00 |
| 03/09/22 | Edit and revise third party written discovery regarding sealed motion. | ND | 0.10 | 50.00 |
| 03/09/22 | Multiple correspondence on Brother Martin discovery and work with B. Knapp to issue this discovery (0.5) Prepare for status conference on PO violations (0.7--No Charge) | OFK | 0.50 | 250.00 |
| 03/10/22 | Prepare for status conference with court on PO allegations (1.2) | OFK | 1.20 | 600.00 |
| 03/10/22 | Legal research into meaning of scandalous under 107(b), case law discussion of what constitutes "improper purpose" under 107(b) analysis, legal research into modification of protective orders under Rule 26, all in preparation for potential motions relating to discovery, pleadings (4.5) (NO CHARGE) | NWD | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 13

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/10/22 | Analysis of filings related to state court participation in sealed motion discovery. | BCK | 0.50 | 212.50 |
| 03/11/22 | Prepare for chambers' conference regarding sealed motion (0.5); attend chambers' conference regarding sealed motion (0.6); analysis of next steps to addressed sealed motion issues (0.4). | BCK | 1.50 | 637.50 |
| 03/11/22 | Legal research on issues arising under Rule 26 protective orders and modification of same and Rule 107(b) and public access to pleadings (1.8) (NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/11/22 | Prepare for and participate in status conference on protective order allegations | OFK | 2.50 | 1,250.00 |
| 03/14/22 | Prepare for Motion hearing with state court counsel | OFK | 0.70 | 350.00 |
| 03/15/22 | Legal research into Rule 26, Rule 107(b) law and arguments relating to confidentiality orders, modification of same (1.8) (NO CHARGE) | NWD | 0.00 | 0.00 |
| 03/15/22 | Review court transcripts (0.5) Multiple emails on discovery protocol (0.6) Call with B. Wolf on Motion continuance suggestion (0.6) | OFK | 1.70 | 850.00 |
| 03/15/22 | Analysis of evidentiary issues related to sealed motion. | BCK | 1.40 | 595.00 |
| 03/15/22 | Conference with Debtor's counsel regarding sealed motion issues and discovery. | BCK | 0.80 | 340.00 |
| 03/16/22 | Revise draft submissions related to sealed motion issues (0.7); analysis of hearing issues for March 17 hearing related to sealed motion (0.2). | BCK | 0.90 | 382.50 |
| 03/16/22 | Multiple emails /calls regarding hearing preparation /continuance with state court counsel (1.5) Revise and comment on draft declaration (0.7) | OFK | 2.20 | 1,100.00 |
| 03/16/22 | Initial call with B. Knapp regarding issues concerning confidential documents | CRL | 0.40 | 130.00 |
| 03/17/22 | Prepare for and participate in hearing on counsel motion to participate on discovery (2.0) Call with UST regarding declarations and UCC investigations (0.5) | OFK | 2.50 | 1,250.00 |
| 03/17/22 | Revise potential submission in connection with sealed motion. | BCK | 0.50 | 212.50 |
| 03/17/22 | Attend hearing regarding state court counsel motion related to sealed motion discovery. | BCK | 0.80 | 340.00 |
| 03/17/22 | Conferences with state court counsel regarding next steps for sealed motion discovery issues. | BCK | 0.60 | 255.00 |
| 03/18/22 | Revise draft submission related to sealed motion. | BCK | 0.80 | 340.00 |
| 03/18/22 | Review and marshall multiple documents and correspondence on pending motions (1.2) Receipt and review of multiple emails on benefits motion and review the same (0.7) Multiple emails regarding Mathene records (0.3) | OFK | 2.20 | 1,100.00 |
| 03/19/22 | Revise draft submission related to sealed motion. | BCK | 0.30 | 127.50 |
| 03/21/22 | Revise form of submission to address sealed motion. | BCK | 1.60 | 680.00 |
| 03/22/22 | Revise draft submission for sealed motion. | BCK | 0.70 | 297.50 |
| 03/22/22 | Prepare folder on box.com and work on adding documents to folder. | AW | 0.10 | 12.50 |
| 03/22/22 | Work on draft declaration forms related to PO motion | OFK | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: April 29, 2022
Invoice No.:  1720090
Page:  14

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/23/22 | Assist with preparation of Exhibits to the Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons (2.40); review and finalize Motion and Exhibits in preparation of filing under seal with the Court (1.00). | ALL | 3.40 | 425.00 |
| 03/23/22 | Prepare folder on box.com and work on adding documents to folder. | AW | 0.20 | 25.00 |
| 03/24/22 | Prepare folder on box.com and work on adding documents to folder. | AW | 0.20 | 25.00 |
| 03/24/22 | Review, finalize, and e-file Motion to Seal Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons (.70); review, finalize, and e-file Motion to Compel (.30); coordinate service of sealed Motion to Compel on opposing counsel and delivery to the Court (.50). | ALL | 1.50 | 187.50 |
| 03/25/22 | Review, finalize, and e-file Motion for Order Permitting Production of Transcript of Defendant Lawrence Hecker in District Court. | ALL | 1.30 | 162.50 |
| 03/25/22 | Review, redact per the Court's request, finalize, and e-file Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons. | ALL | 0.80 | 100.00 |
| 03/28/22 | Review and revise Motion for Order Permitting Production of Transcript of Defendant Lawrence Hecker in preparation of re-filing in District Court. | ALL | 0.90 | 112.50 |
| 03/29/22 | Review, revise, finalize, and re--file Motion for Order Permitting Production of Transcript of Defendant Lawrence Hecker in District Court. | ALL | 0.60 | 75.00 |
| 03/29/22 | Prepare folder on box.com and work on adding documents to folder. | AW | 0.20 | 25.00 |
| 03/30/22 | Multiple emails with M. Mintz / Caine on motion timing (0.4) Multiple correspondence on UCC member declarations /drafting/comment on forms (0.7) Correspond regarding BSA authority motion and work on Notice concerns (0.5) | OFK | 1.60 | 800.00 |
| 03/31/22 | Analyze key confidentiality issues in preparation for mediation hearing. | ND | 0.50 | 250.00 |
| 03/31/22 | Review additional draft submissions related to sealed motion. | BCK | 0.60 | 255.00 |
| 03/31/22 | Correspond regarding draft declarations (0.5) | OFK | 0.50 | 250.00 |
| | | | **51.10** | **$20,177.50** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/29/22 | Communications with S. Bryant and B. Knapp re: upload of appraisals to Debtor's counsel (.30); coordinate upload of appraisals in preparation of sending to Debtor's counsel (.30). | ALL | 0.60 | 75.00 |
| 03/29/22 | Correspond via email with Bush Benton requesting his real-estate appraisals (0.2); review Mr. Benton's real estate appraisals (0.1); draft email to Mark Mintz providing him with copies of the appraisals and explaining their confidential status (0.3). | WSB | 0.60 | 300.00 |
| | | | **1.20** | **$375.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 15

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/23/22 | Email from R Kuebel re RCANO draft motion to opt into BSA plan, review same, email to R Kuebel re same | AHK | 0.80 | 360.00 |
| 03/23/22 | Conference with M. Mintz regarding Boy Scout settlement motion and background (0.3); analysis of Boy Scout settlement pleadings (0.4). | BCK | 0.70 | 297.50 |
| 03/23/22 | Call with Mr. Mintz regarding BSA motion | OFK | 0.40 | 200.00 |
| 03/23/22 | Receipt and review of BSA emergency motion, read the same and forward to UCC members (0.5) | OFK | 0.50 | 250.00 |
| 03/24/22 | Receipt and review of BSA motion comments emails (0.5) Work on motion discovery / declarations with UCC members (0.7) | OFK | 1.20 | 600.00 |
| 03/24/22 | Review proposed order on RCANO draft motion to opt into BSA plan | AHK | 0.30 | 135.00 |
| 03/25/22 | Email from R Kuebel re RCANO motion to opt into BSA plan; reply email, review plan definitions and release provision, email to R Kuebel analyzing same, telephone conference w R Kuebel | AHK | 1.40 | 630.00 |
| 03/25/22 | Read and outline questions on BSA motion and review (0.8) Draft and send BSA questions to M. Mintz (0.7) Work with A. Katz on BSA motion/concerns (0.8) Discuss BSA concerns with Mr. Stang (0.7) | OFK | 3.00 | 1,500.00 |
| 03/26/22 | Multiple correspondence and emails with M. Mintz and Mr. Stang on ANO/BSA motion and debtor's responses to questions (0.8) Work on outline of objection factors (1.2) | OFK | 2.00 | 1,000.00 |
| 03/27/22 | Work on points of limited objection to BSA authority motion (1.5); Review BSA plan provisions and work on pleading with Mr. Katz (1.3) | OFK | 2.80 | 1,400.00 |
| 03/27/22 | Review plan and disclosures re deadline for ANO to opt in, email to R Kuebel re same, telephone conference w R Kuebel draft objection to ANO motion for authority to opt into BSA plan | AHK | 7.00 | 3,150.00 |
| 03/27/22 | Revise objection to ANO motion for authority to opt into BSA plan | AHK | 0.40 | 180.00 |
| 03/28/22 | Review, revise and redraft BSA motion limited objection (1.5) Correspond regarding and file the same and service (1.0) Call and correspondence with Mr. Mintz regarding BSA emergency motion (0.6) Correspond with court and Mr. Mintz regarding emergency motion (0.5) Call with UCC Chair regarding BSA motion and authority to file limited opposition (0.5) Discuss the same with state court counsel (0.4) Call into continuance hearing (0.4) | OFK | 4.90 | 2,450.00 |
| 03/28/22 | Review local rules re filing requirements, telephone conference w R Kuebel re objection to ANO motion for authority to opt into BSA plan, revise same, additional telephone conference w R Kuebel, receive email re adjournment of motion, telephone conference w R Kuebel re same. | AHK | 2.10 | 945.00 |
| 03/28/22 | Correspond via email with Rick Kuebel about the proposed objection to the Debtor's motion to opt into the Boy Scouts' plan as a participating chartering organization. | WSB | 0.20 | 100.00 |
| 03/29/22 | Locate, download and review (1) objection to confirmation filed by Guam survivor committee and (2) motion for authority to opt in filed by a NJ church in bankruptcy. | AHK | 1.00 | 450.00 |
| | | | **28.70** | **$13,647.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 16

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/02/22 | Continued analysis of confidentiality order issues to address discovery headed into plan mediation. | BCK | 0.40 | 170.00 |
| 03/03/22 | Analysis of Apostolate financial productions and additional information needed for plan mediation. | BCK | 1.40 | 595.00 |
| 03/04/22 | Continue reviewing authorities related to confidentiality designations leading to plan confirmation process. | BCK | 1.90 | 807.50 |
| 03/04/22 | Multiple correspondence on non-monetary abuse plan issues (0.8) | OFK | 0.80 | 400.00 |
| 03/07/22 | Analysis of amended Rule 2019 statement filed by Apostolates. | BCK | 0.50 | 212.50 |
| 03/07/22 | Analysis of potential arguments related to plan releases. | BCK | 1.20 | 510.00 |
| 03/08/22 | Analysis of Apostolate discovery needs and additional items needed from Debtor for plan mediation process (1.4); begin revising Rule 2004 motion for Apostolates (0.5). | BCK | 1.90 | 807.50 |
| 03/08/22 | Review additional authorities related to confidentiality issues in preparation for plan mediation process. | BCK | 0.60 | 255.00 |
| 03/11/22 | Review correspondence from Debtor regarding production issues related to documents needed for plan mediation. | BCK | 0.30 | 127.50 |
| 03/15/22 | Call with Whitney Bank counsel regarding plan/mediation status (0.4) | OFK | 0.40 | 200.00 |
| 03/22/22 | Analysis of next steps for claims valuation in advance of plan mediation. | BCK | 0.50 | 212.50 |
| 03/22/22 | Call with Debtor and follow-up call with Mr. Stang on plan mediation issues | OFK | 1.00 | 500.00 |
| 03/24/22 | Analysis of Louisiana legal issues related to Debtor assets in advance of plan mediation. | BCK | 0.70 | 297.50 |
| 03/29/22 | Revise motion to obtain access to deposition testimony in preparation for plan mediation. | BCK | 0.60 | 255.00 |
| 03/29/22 | Call with state counsel regarding plan mediation matters and scheduling (1.0) | OFK | 1.00 | 500.00 |
| 03/30/22 | Review draft pleadings related to assets available for plan mediation process. | BCK | 0.50 | 212.50 |
| 03/31/22 | Confer with Mr. Knapp and Mr. Dickerson via phone regarding confidentiality issues in anticipation of confirmation hearing. | EB | 0.50 | 162.50 |
| 03/31/22 | Review confidentiality orders and case law regarding applicability of protective orders in preparation for plan mediation. | EB | 1.00 | 325.00 |
| 03/31/22 | Review research related to Louisiana trust issues to evaluate estate assets for mediation. | BCK | 1.80 | 765.00 |
| 03/31/22 | Continued review of confidentiality issues related to upcoming plan mediation. | BCK | 1.20 | 510.00 |
| | | | 18.20 | $7,825.00 |

**TOTAL FEES** $123,917.50

<u>**TIMEKEEPER SUMMARY:**</u>

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: April 29, 2022
Invoice No.:  1720090
Page:  17

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.10 | $467.50 |
| A.L. Lohr | Paralegal | $125.00 | 1.90 | $237.50 |
| | | | **3.00** | **$705.00** |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 16.70 | $7,097.50 |
| O. F. Kuebel | Partner | $500.00 | 21.70 | $10,850.00 |
| A. H. Katz | Of Counsel | $450.00 | 4.90 | $2,205.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.20 | $150.00 |
| | | | **44.50** | **$20,302.50** |

### B130   Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.50 | $212.50 |
| O. F. Kuebel | Partner | $500.00 | 1.30 | $650.00 |
| | | | **1.80** | **$862.50** |

### B150   Meetings & Communications with Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.90 | $3,357.50 |
| O. F. Kuebel | Partner | $500.00 | 14.60 | $7,300.00 |
| W.S. Bryant | Partner | $500.00 | 6.80 | $3,400.00 |
| | | | **29.30** | **$14,057.50** |

### B160   Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.30 | $127.50 |
| W.S. Bryant | Partner | $500.00 | 13.50 | $6,750.00 |
| A.L. Lohr | Paralegal | $125.00 | 18.60 | $2,325.00 |
| | | | **32.40** | **$9,202.50** |

### B170   Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 8.30 | $4,150.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 29, 2022
Invoice No.: 1720090
Page: 18

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| A.L. Lohr | Paralegal | $125.00 | 1.00 | $125.00 |
| | | | **9.30** | **$4,275.00** |

**B180    Avoidance Action Analysis**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 14.50 | $6,162.50 |
| O. F. Kuebel | Partner | $500.00 | 21.50 | $10,750.00 |
| W.S. Bryant | Partner | $500.00 | 26.60 | $13,300.00 |
| N. Dawson | Associate | $325.00 | 7.00 | $2,275.00 |
| | | | **69.60** | **$32,487.50** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 15.00 | $6,375.00 |
| N. Dickerson | Partner | $500.00 | 2.20 | $1,100.00 |
| O. F. Kuebel | Partner | $500.00 | 22.20 | $11,100.00 |
| C.R. List | Associate | $325.00 | 0.40 | $130.00 |
| N. Dawson | Associate | $325.00 | 0.30 | $97.50 |
| A.L. Lohr | Paralegal | $125.00 | 10.30 | $1,287.50 |
| A. Wilson | Litigation Supp | $125.00 | 0.70 | $87.50 |
| | | | **51.10** | **$20,177.50** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.60 | $300.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.60 | $75.00 |
| | | | **1.20** | **$375.00** |

**B310    Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.70 | $297.50 |
| O. F. Kuebel | Partner | $500.00 | 14.80 | $7,400.00 |
| W.S. Bryant | Partner | $500.00 | 0.20 | $100.00 |
| A. H. Katz | Of Counsel | $450.00 | 13.00 | $5,850.00 |

**B310 Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| | | | **28.70** | **$13,647.50** |

**B320 Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 13.50 | $5,737.50 |
| O. F. Kuebel | Partner | $500.00 | 3.20 | $1,600.00 |
| E. Boylan | Associate | $325.00 | 1.50 | $487.50 |
| | | | **18.20** | **$7,825.00** |

**TIMEKEEPER SUMMARY TOTALS** **289.10**
**$123,917.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 9.90 |
| | PACER Online Research | 60.80 |
| | Lexis Research | 2,528.00 |
| | Westlaw Research | 382.02 |
| 03/04/22 | Services Rendered 49015, Alliance Overnight Document Service LLC, copies and mailout of Docket # 1336 | 90.55 |
| 03/15/22 | Trial Transcripts 70512, SERPAS COURT REPORTING, Copy of transcript of in Camera Status Conference - Sealed | 165.75 |
| 03/24/22 | Filing Fees 03/24/2022, Transcript of hearing | 35.70 |
| | TOTAL EXPENSES | $3,272.72 |

| | |
|---|---|
| TOTAL FEES | $123,917.50 |
| TOTAL EXPENSES | $3,272.72 |
| TOTAL FEES AND EXPENSES | $127,190.22 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

April 29, 2022
Invoice No.:  1720090

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2022

      File Number:   0107766.00001
      RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees ........................................................................................................................... $123,917.50

Total Expenses ................................................................................................................... $3,272.72

Total Due this Statement................................................................................................... $127,190.22

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# Locke Lord LLP
**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

May 27, 2022
Invoice No.: 1725502

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2022                     $133,356.17

File Number:     0107766.00001
Re:              Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/05/22 | Conference with M. Mintz regarding various pending motions and next steps on multiple matters. | BCK | 0.80 | 340.00 |
| 04/06/22 | Review and compile briefing on the Committee's Motion for Order permitting production of third-party transcript filed in the district court and prepare briefing for R. Kuebel's review. | ALL | 0.40 | 50.00 |
| 04/06/22 | Review pleadings and various purpose points in connection with district court conference (0.9) | OFK | 0.90 | 450.00 |
| 04/06/22 | Receipt and review of multiple emails on hearing scheduling and correspond regarding the same (0.5) | OFK | 0.50 | 250.00 |
| 04/07/22 | Draft and revise discovery requests regarding confidentiality designations and the potential disclosure of such documents | EB | 1.40 | 455.00 |
| 04/07/22 | Attend status conference before Magistrate Judge North regarding the Committee's motion to disclose deposition (1.5); | OFK | 1.50 | 750.00 |
| 04/08/22 | Draft and revise discovery requests regarding confidential information issues. | EB | 2.70 | 877.50 |
| 04/08/22 | Review, download, and circulate minute entry for proceedings held before Judge North re: the Committee's Motion for Order Permitting Production of Transcript filed in the U.S. District Court for the Eastern District of Louisiana. | ALL | 0.30 | 37.50 |
| 04/08/22 | Analysis of all pending items set for April 14 hearings in preparation for hearings. | BCK | 0.70 | 297.50 |
| 04/11/22 | Review case law to aid in drafting motion to address confidentiality issues. | EB | 0.80 | 260.00 |
| 04/11/22 | Receipt and review of ruling in other cases and work on motion regarding access to documents (1.0). | OFK | 1.00 | 500.00 |
| 04/12/22 | Conference with counsel for Debtor regarding upcoming mediation, proposed real estate sale, and other pending motions. | BCK | 1.00 | 425.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 2

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/14/22 | Draft motion to address confidentiality issues and designation on certain documents (2.0); further draft argument portion of brief (2.8); incorporate statutory authorities and case law authorities (1.0). | EB | 5.80 | 1,885.00 |
| 04/15/22 | Draft motion to address confidentiality issues and designations as well as the argument section of the brief accompanying the motion (3.8); incorporate citations to authorities (.8); finalize argument portion, introduction and background portions (.4). | EB | 5.00 | 1,625.00 |
| 04/18/22 | Revise draft motion to address confidentiality of discovery documents | BCK | 0.90 | 382.50 |
| 04/18/22 | Research additional case law regarding child protection issues to aid in drafting confidentiality motion (1.4); draft introduction for confidentiality motion (1.6); draft incorporation of child protection case law (1.8). | EB | 4.80 | 1,560.00 |
| 04/18/22 | Revise motion regarding confidential documents and further strategize regarding such motion. | ND | 0.20 | 100.00 |
| 04/19/22 | Review and edit draft motion regarding document confidentiality. | ND | 1.60 | 800.00 |
| 04/19/22 | Continued drafting and revision of confidentiality motion regarding incorporation of child protection case law. | EB | 1.40 | 455.00 |
| 04/19/22 | Revise draft motion to remove certain confidentiality designations on discovery documents. | BCK | 0.40 | 170.00 |
| 04/20/22 | Research case law regarding criminal law issues related to confidentiality motion (1.5); incorporate case law related to criminal issues into confidentiality motion (2.0); revise motion based on comments from Mr. Dickerson (.9). | EB | 4.40 | 1,430.00 |
| 04/20/22 | Edit and update motion regarding confidentiality designations (0.7). Correspondence regarding strategy for same (0.6). | ND | 1.30 | 650.00 |
| 04/20/22 | Further edit and revise draft motion and accompanying brief related to confidentiality issues. | BCK | 1.20 | 510.00 |
| 04/21/22 | Analyze with Eric Boylan certain issues related to the proposed motion regarding document confidentiality. | ND | 0.10 | 50.00 |
| 04/21/22 | Analyze with Nick Dickerson certain issues related to the confidentiality motion (0.1); further edit and revise the motion (0.5). | EB | 0.60 | 195.00 |
| 04/22/22 | Review comments from co-counsel and additional case law regarding confidentiality issues and incorporate case law into motion. | EB | 4.30 | 1,397.50 |
| 04/25/22 | Work on revisions to and documents as evidence for motion to unseal (1.3) | OFK | 1.30 | 650.00 |
| 04/25/22 | Read, revise and comment on draft motion regarding documents (0.8); | OFK | 0.80 | 400.00 |
| 04/25/22 | Revise motion regarding confidentiality designations in discovery documents. | BCK | 1.20 | 510.00 |
| 04/25/22 | Analysis of additional case law in support of confidentiality motion. | EB | 0.30 | 97.50 |
| 04/26/22 | Review and analyze case law regarding privilege issues in anticipation of discovery. | EB | 3.40 | 1,105.00 |
| 04/27/22 | Analysis of exhibits for motion to address confidentiality issues. | BCK | 1.50 | 637.50 |
| 04/27/22 | Review and compile addresses of claimants in preparation for mailings. | ALL | 0.90 | 112.50 |

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/27/22 | Communications with attorney team re: deadline to file Motions for Omnibus Hearings on June 16th and July 21st (.20); review service list in preparation of service/mailing of Claro Employment Application (.20). | ALL | 0.40 | 50.00 |
| 04/28/22 | Review and organize recently filed documents in preparation of mailing on the service list. | ALL | 0.10 | 12.50 |
| 04/28/22 | Draft and revise synopsis of law regarding privilege issues. | EB | 1.30 | 422.50 |
| 04/28/22 | Confer with Ms. Lohr and Mr. Knapp regarding confidentiality issues. | EB | 0.20 | 65.00 |
| 04/28/22 | Review transcript of hearing and briefing in support of hearing to aid in analysis of privilege issues. | EB | 0.60 | 195.00 |
| 04/28/22 | Comment on draft motion to lift confidentiality designations (0.8) correspond via email regarding this motion (0.3) | OFK | 1.10 | 550.00 |
| | | | **57.10** | **$20,710.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/22 | Call to discuss 2004 Motion for NDCE and prep/response (0.4) Receipt and review of Mintz email regarding IDA damages and review the same (0.3) Receipt and review of correspondence regarding discovery (0.3) | OFK | 1.00 | 500.00 |
| 04/01/22 | Correspond with Ken Brown on investment action (0.4). | OFK | 0.40 | 200.00 |
| 04/04/22 | Legal research ownership presumption and burden of proof of exemptions (2.2); revise draft letter to debtor counsel re complaint (3.0) | AHK | 5.20 | 2,340.00 |
| 04/05/22 | Receipt and review of documents produced in connection with the NDCE asset-discovery process (0.8) | OFK | 0.80 | 400.00 |
| 04/06/22 | Work on NDCE asset discovery including call with Mr. Draper on 2004 motion request resolution, investment account ownership/records and real estate holdings (1.5) Correspond with debtor on ANO property list and review prior spreadsheet with Mr. Knapp (0.5) Correspond with Commercial committee regarding NDCE discovery (0.3). | OFK | 2.30 | 1,150.00 |
| 04/07/22 | Correspond regarding NDCE asset/records production (0.5) | OFK | 0.50 | 250.00 |
| 04/07/22 | Correspond and/or meet with state court counsel in connection with insurance contribution issues (0.8). | OFK | 0.80 | 400.00 |
| 04/08/22 | Correspond regarding 2004 response by NDCE (0.5); Correspond regarding NDCE ownership claims of accounts (0.4); Receipt and review of email regarding NDCE 2019 request. (0.2) | OFK | 1.10 | 550.00 |
| 04/10/22 | Review Apostolate objection to Rule 2004 examination. | BCK | 0.70 | 297.50 |
| 04/11/22 | Correspond with BRG regarding NDCE 2004 open issues (0.5) Multiple correspondence regarding NDCE 2004 motion resolution with BRG/Draper/Andy (0.6). | OFK | 1.10 | 550.00 |
| 04/11/22 | Email and telephone conference w/B. Knapp (0.5) edit and revise draft complaint.(2.8). | AHK | 3.30 | 1,485.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 27, 2022
Invoice No.:  1725502
Page:  4

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/11/22 | Continue reviewing Apostolate response to Rule 2004 and discovery status (0.8); analysis of next steps to address Apostolate objections and productions (1.2); correspondence with BRG regarding Apostolate information needs (0.2). | BCK | 2.20 | 935.00 |
| 04/12/22 | Work on Rule 2004 NDCE settlement /resolution (1.0) | OFK | 1.00 | 500.00 |
| 04/12/22 | Review draft pleading regarding potential asset recovery litigation. | BCK | 0.70 | 297.50 |
| 04/12/22 | Continued review of Apostolate prior productions and discovery log in connection with Rule 2004 motion. | BCK | 1.40 | 595.00 |
| 04/13/22 | Conference with counsel for Catholic Mutual regarding document requests. | BCK | 0.20 | 85.00 |
| 04/13/22 | Analysis of additional information needs from Apostolates (0.5); conference with counsel for Apostolates and M. Mintz regarding document needs and Rule 2004 examination motion (1.0); prepare argument points for hearing on Rule 2004 motion (0.5). | BCK | 2.00 | 850.00 |
| 04/13/22 | Prepare for and participate on BRG call regarding NDCE asset discovery (0.8) Prepare for and participate in call with Mr. Draper and BRG on NDCE discovery (1.2) Correspond regarding tolling agreement with Providence (0.4) | OFK | 2.40 | 1,200.00 |
| 04/14/22 | Conference with counsel for Apostolates regarding Rule 2004 and real estate document (0.2); review additional Apostolates production (0.3); attend omnibus hearings to address Apostolate Rule 2004 issues (1.5); draft proposed order regarding Apostolate Rule 2004 (0.2). | BCK | 2.20 | 935.00 |
| 04/14/22 | Review final form of declaratory action complaint regarding classification of Portfolio A and B assets (0.7); review correspondence to Apostolates related to complaint (0.2); analysis of service issues (0.3). | BCK | 1.20 | 510.00 |
| 04/14/22 | Prepare for and participate in NDCE 2004 Motion hearing (0.4) Multiple emails regarding Howard Ave sale / PSA and discuss with commercial committee (0.5). | OFK | 0.90 | 450.00 |
| 04/15/22 | Analysis of next steps for declaratory relief complaint including discovery needs (0.8); correspondence with counsel for Apostolates regarding proposed order on Rule 2004 examination (0.2). | BCK | 1.00 | 425.00 |
| 04/15/22 | Prepare for and participate in team call on adversary filing and NDCE 2004/asset discovery (1.5) | OFK | 1.50 | 750.00 |
| 04/18/22 | Analysis of service issues for adversary complaint related to Portfolio A & B. | BCK | 0.40 | 170.00 |
| 04/18/22 | Correspond regarding issues with adversary defendants names (0.5) Correspond with Mr. Caine on transcripts and status conference (0.6) | OFK | 1.10 | 550.00 |
| 04/18/22 | Multiple emails with Commercial Committee's counsel regarding adversary proceeding regarding ownership of investment accounts and CCC SBE theories (0.8) | OFK | 0.80 | 400.00 |
| 04/19/22 | Prepare for and participate in call with Commercial Committee regarding ANO investment account adversary (1.3) correspond with Doug Stewart regarding the same (0.4) Correspond with Mr. Caine on discovery issues (0.5) | OFK | 2.20 | 1,100.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 27, 2022
Invoice No.:  1725502
Page:  5

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/19/22 | Correspondence with Court staff regarding Apostolate Rule 2004 order (0.1); conference with D. Draper regarding revisions for proposed order (0.1); analysis of remaining document requests (0.2). | BCK | 0.40 | 170.00 |
| 04/19/22 | Receipt and review of Summonses issued in preparation of serving adversary complaint (1.00); research addresses of Defendants in preparation of service of complaint (2.30); communications with B. Knapp re: service of Summonses and Complaint (.40). | ALL | 3.70 | 462.50 |
| 04/19/22 | Conference with commercial regarding Portfolio A & B adversary (1.3); conference with D. Draper regarding entity issues in adversary proceeding (0.3); review summons in adversary (0.2); analysis of entity issues for adversary (0.3). | BCK | 2.10 | 892.50 |
| 04/20/22 | Review proposed language from D. Draper related to Rule 2004 order (0.1); revise proposed order (0.1); conference with D. Draper regarding revisions (0.1). | BCK | 0.30 | 127.50 |
| 04/20/22 | Conference with interested party regarding Portfolio A & B adversary proceeding (0.5); analysis of defendant issues in adversary proceeding (0.4). | BCK | 0.90 | 382.50 |
| 04/20/22 | Communications with B. Knapp and P. Shields re: scheduling call to discuss improperly named parties in the adversary proceeding. | ALL | 0.20 | 25.00 |
| 04/20/22 | Multiple emails on adversary proceeding defendants/remedial descriptions (0.8) | OFK | 0.80 | 400.00 |
| 04/21/22 | Teleconference with B. Knapp and BRG re: parties represented by D. Draper in preparation of service of Complaint filed in adversary proceeding.(70); review and revise list of parties represented by D. Draper (.60). | ALL | 1.30 | 162.50 |
| 04/21/22 | Review revised list of Apostolate defendants for Portfolio A & B litigation from D. Draper. | BCK | 0.20 | 85.00 |
| 04/21/22 | Multiple correspondence on defendant list and NDCE discovery (0.8) | OFK | 0.80 | 400.00 |
| 04/22/22 | Assist with drafting First Amended Complaint in preparation of filing in adversary proceeding. | ALL | 1.50 | 187.50 |
| 04/22/22 | Conference with D. Draper regarding defendants for Portfolio A & B litigation (0.2); analysis of amendments needed for first amended complaint (0.6). | BCK | 0.80 | 340.00 |
| 04/22/22 | Correspond on draft motion regarding production of documents under Rule 2004 demand to the Apostolates (0.2); review and revise the draft motion (1.0) | OFK | 1.20 | 600.00 |
| 04/25/22 | Prepare for and participate in call with BRG on NDCE asset discovery (1.2) Calls with D. Draper on NDCE adversary discovery and defendants (0.4) Discuss same with Ken Brown /Brad revise adversary (0.7). | OFK | 2.30 | 1,150.00 |
| 04/25/22 | Review revised party names on Amended Complaint for circulation to team in preparation of filing (.80); communications with B. Knapp re: revised party names (.20). | ALL | 1.00 | 125.00 |
| 04/26/22 | Prepare for and participate in status call with debtor and discuss NDCE asset discovery (1.0) Work on draft motion regarding documents (1.4) Call with D. Draper regarding NDCE adversary defendants (0.3) Call regarding adversary discovery (0.5) | OFK | 3.20 | 1,600.00 |
| 04/26/22 | Correspondence with D. Draper regarding Rule 2004 order. | BCK | 0.10 | 42.50 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 27, 2022
Invoice No.:  1725502
Page:  6

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/27/22 | Review list of parties from D. Draper in preparation of filing First Amended Complaint (.70); review, finalize, and e-file First Amended Complaint for Declaratory Relief (1.20). | ALL | 1.90 | 237.50 |
| 04/27/22 | Prepare for and participate in document review call to prepare for motion filing (1.5) Review, revise, draft motion in documents (0.4) | OFK | 1.90 | 950.00 |
| 04/28/22 | Correspond regarding NDCE asset discovery / list of properties / revenue for senior housing facilities on suppressed parishes (0.6) Continued work on plan protections prep for meeting with future rep. (0.5) Multiple emails on claims estimation (0.7) | OFK | 1.80 | 900.00 |
| 04/28/22 | Communications with the Court re: issuance of Summonses for the Amended Complaint. | ALL | 0.30 | 37.50 |
| 04/29/22 | Multiple correspondence on Apostolate document production regarding assets (0.9) | OFK | 0.90 | 450.00 |
| 04/29/22 | Coordinate mailing of recently filed pleadings (.20); draft, finalize, and e-file Certificate of Service re: Order granting Motion for Order for Issuance of Subpoenas for Discovery from the Apostolates pursuant to Federal Rule of Bankruptcy Procedure 2004 (.30). | ALL | 0.50 | 62.50 |
| | | | **66.50** | **$27,665.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/22 | Correspond / call with commercial committee regarding Howard Ave sale process (0.4). | OFK | 0.40 | 200.00 |
| 04/05/22 | Prepare for and participate in call with ANO regarding pending motion with respect to Howard Avenue property (0.8). | OFK | 0.80 | 400.00 |
| 04/05/22 | Participate in call with ANO regarding motion to compel production of documents under Rule 2004 (0.4). | OFK | 0.40 | 200.00 |
| 04/05/22 | Review and analyze the proposed motion to approve auction and bidding procedures for the Howard Avenue property (0.7); correspond via email with Rick Kuebel concerning certain issues related to the motion (0.1); | WSB | 0.80 | 400.00 |
| 04/06/22 | Further review and analyze the Howard Avenue bidding procedures (0.4); correspond via email with Brad Knapp about these procedures and various proposed revisions (0.1); edit and revise the procedures (0.7); further correspond via email with the Committee professional team about this matter and confirm that the Committee needs the stalking horse agreement to properly examine the motion and procedures (0.2). | WSB | 1.40 | 700.00 |
| 04/06/22 | Correspondence with Debtor's counsel regarding information needed to evaluate proposed sale of Howard Avenue property (0.2); initial review of bid motion and bid materials (0.4). | BCK | 0.60 | 255.00 |
| 04/06/22 | Multiple correspondence on Howard Ave offer/process (0.8). | OFK | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 7

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/12/22 | Review and analyze the Stalking Horse Purchase Agreement provided by the Debtor this morning (0.2); attend today's conference call with the Debtor to raise certain issues related to this call (0.1); further review the Stalking Horse Agreement and the accompanying Motion and Bid Procedures (0.2); correspond via email with Victoria de Lisle and request that she review the Stalking Horse Agreement for Louisiana law issues (0.3); send email to the Committee professional team concerning this review (0.1); further analyze the Motion and Bid Procedures (0.2). | WSB | 1.10 | 550.00 |
| 04/13/22 | Correspond via email with Victoria de Lisle regarding potential revisions and issues raised by the Stalking Horse Agreement (0.3); telephone conference with Will Robbins, counsel for the Commercial Committee, regarding the motion to approve the Howard Sale Property and related matters (0.3); begin reviewing the Stalking Horse agreement (0.1). | WSB | 0.70 | 350.00 |
| 04/13/22 | Review proposed stalking horse purchase agreement for analysis to evaluate its compliance with Louisiana law and local custom and market terms (1.5); draft email to Steve Bryant regarding same (0.5). | VMD | 2.00 | 1,000.00 |
| 04/13/22 | Analysis of sale motion and potential related deadlines for Howard Avenue sale. | BCK | 0.40 | 170.00 |
| 04/15/22 | Review Howard Ave sale motion and revise proposed bidding procedures order (0.4); further identify potential objections (0.1) | OFK | 0.50 | 250.00 |
| 04/15/22 | Analysis of potential objection points to Howard Ave. sale motion. | BCK | 0.40 | 170.00 |
| 04/15/22 | Review and analyze the Debtor's Motion to Approve Bidding Procedures for the sale of the Howard Avenue property (0.5); further review and analyze the various additional documents filed in support of the Motion (0.5). | WSB | 1.00 | 500.00 |
| 04/17/22 | Draft, edit, and revise the Objection to the Debtor's Motion to Approve Bid Procedures in connection with the Howard Avenue property (3.4); conduct legal research and analysis in support of the Objection (1.0); further edit and revise the Objection (1.5); review and analyze all the documents, including the supplemental and amended documents, provided by the Debtor (0.8); forward the finalized Objection to the Committee professional team for their review and comment along with an analysis of key issues (0.3). | WSB | 7.00 | 3,500.00 |
| 04/18/22 | Review amended purchase agreement related to Howard Avenue sale (0.4); review sale objection in advance of filing (0.5); review commercial committee objection (0.3); begin preparing for potential examination of ANO witness regarding sale process (0.5); correspondence regarding continuance of hearing regarding Howard Avenue sale (0.2); analysis of potential revisions to sale procedures to address concerns (0.5). | BCK | 2.40 | 1,020.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 8

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/18/22 | Further draft, edit, and revise the Objection to the Howard Avenue Bid Procedures Motion (1.2); review and analyze proposed revisions with Rick Kuebel (0.2); finalize the Objection and incorporate comments from various parties (1.1); arrange for the filing and service of the Objection (0.1); extended analysis call with Mr. Kuebel and Brad Knapp in preparation for today's hearing (0.5); telephone conference with Doug Stewart of the Commercial Committee and Rick Kuebel about a proposed continuance (0.5); correspond via email with Mark Mintz, counsel for the Debtor, about the proposed continuance and related matters (0.2); further correspond via email with Mr. Mintz about these matters and confirm the extension (0.2); confirm with the Court's case clerk that the reset hearing date is appropriate (0.1); edit and revise the Stalking Horse Agreement and the Bid Procedures to address key issues and concerns raised in the Motion (1.9); further correspond via email with the Committee professional team about the reset hearing (0.2). | WSB | 6.20 | 3,100.00 |
| 04/18/22 | Multiple correspondence with counsel on debtor's pending sale motion with Howard Ave and UCC objection points (1.6) Revise and comment on draft sale objection and review with Mr. Bryant (0.7) Correspond regarding sale hearing objection/continuance (0.7) Multiple emails on sale hearing continuance (0.5) | OFK | 3.50 | 1,750.00 |
| 04/19/22 | Multiple correspondence on Howard Ave sale motion (0.3) Prepare for and participate in call regarding Howard Ave sale motion with Debtor and commercial committee (1.2) follow-up call with Doug Stewart and Brooke Altazan of the Commercial Committee (0.4) | OFK | 1.90 | 950.00 |
| 04/19/22 | Draft, edit, and revise the Stalking Horse Agreement to address multiple, outstanding issues in advance of today's conference call (4.0); correspond via email with the Committee professional team regarding the revised Stalking Horse Agreement and identify multiple issues to raise in today's call with the Debtor (0.4); telephone conference with attorneys for the Debtor and the Commercial Committee to cover various issues posed by the Howard Avenue sale (1.2); correspond via email with Brad Knapp following today's conference (0.1); telephone conference with Doug Stewart and Brooke Altazan, counsel for the Commercial Committee, regarding the Howard Avenue sale and today's conference (0.4); edit and revise the Bid Procedures (0.7). | WSB | 6.80 | 3,400.00 |
| 04/20/22 | Draft, edit, and revise the proposed Howard Avenue bid procedures (2.5); draft, edit, and revise the proposed bid procedures order (1.6); correspond via email with the Debtor's counsel regarding a potential meeting tomorrow with The McEnery Company (0.2); correspond via email with the Committee professional team about the meeting with The McEnery Company (0.2); edit and finalize the Bid Procedures and Bid Procedures Order and forward it to the professional team for their review and comment (0.8). | WSB | 5.30 | 2,650.00 |
| 04/20/22 | Multiple emails on Howard Ave bid procedures with sale process (1.0) | OFK | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 9

| **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 04/21/22 | Further edit and revise the Howard Avenue Bid Procedures Order, Bid Procedures, and Stalking Horse Agreement (1.2); forward all the revised documents to the Debtor and other interested parties in advance of today's conference call with the Debtor and The McEnery Company (0.2); extended conference call with the Debtor and The McEnery Company to review the marketing process and address issues related to the bid procedures (1.2); analyze issues that arose during today's conference with Jim Stang (0.2); correspond via email with the Committee professional team about these matters (0.1); review and analyze the Commercial Committee's revisions to the Bid Procedures Order, Bid Procedures, and Stalking Horse Agreement (0.3). | WSB | 3.20 | 1,600.00 |
| 04/21/22 | Multiple correspondence on sale process (0.7) | OFK | 0.70 | 350.00 |
| 04/22/22 | Multiple emails on sale motion /sale procedures on Howard Ave and call to Steve Bryant regarding the same (0.8) | OFK | 0.80 | 400.00 |
| 04/22/22 | Review and analyze the Debtor's further revisions to the Bid Procedures, Bid Procedures Order, and Stalking Horse Agreement (0.7); multiple email correspondences with the Debtor's counsel about these revisions and the timing of the auction and sale hearing (0.3); further correspond via email with Jim Stang about the proposed time-line and other matters (0.1); further correspond via email with the Debtor's counsel about the revisions and the hearing (0.2). | WSB | 1.30 | 650.00 |
| 04/24/22 | Correspond via email with the Debtor's counsel regarding the further revisions to the Bid Procedures, Bid Procedures Order, and Stalking Horse Agreement. | WSB | 0.20 | 100.00 |
| 04/25/22 | Correspond via email with the Debtor's counsel regarding the revisions to the Stalking Horse Agreement and Bid Procedures Order (0.2); prepare for today's telephonic conference on the Howard Avenue Bid Procedures Motion (0.3); participate in today's telephonic conference call regarding the Motion to Approve Bid Procedures for the Howard Avenue property (0.3); multiple email correspondences with Brad Knapp and Rick Kuebel regarding today's agreements (0.1); review the revised documents filed by the Debtor after the hearing to determine that they are accurate and reflect the agreed-upon revisions (0.4). | WSB | 1.30 | 650.00 |
| 04/25/22 | Correspond with Steven Bryant regarding ANO Howard Ave sale procedures (0.4) | OFK | 0.40 | 200.00 |
| | | **53.30** | **$26,365.00** |

| **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 04/04/22 | Prepare for and participate in weekly UCC Committee meeting and report on pending motions, sale and NDCE discovery (1.2) | OFK | 1.20 | 600.00 |
| 04/04/22 | Conference with committee regarding upcoming hearing settings and mediation preparation. | BCK | 1.50 | 637.50 |
| 04/04/22 | Prepare committee meeting materials, including committee agenda. | BCK | 0.40 | 170.00 |
| 04/05/22 | Conference with committee counsel regarding pending motions and mediation preparation. | BCK | 0.90 | 382.50 |
| 04/05/22 | Prepare for and report to weekly counsel meeting on NDCE discovery, sale of Howard Avenue property, and other issues. (1.5) | OFK | 1.50 | 750.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 10

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/07/22 | Correspond via email regarding mineral broker retention app (0.7) | OFK | 0.70 | 350.00 |
| 04/11/22 | Extended conference call with state-court counsel regarding document review (0.8) | OFK | 0.80 | 400.00 |
| 04/12/22 | Prepare for and present report at state court counsel meeting (1.5) | OFK | 1.50 | 750.00 |
| 04/12/22 | Committee conference regarding upcoming hearing settings and contested motions. | BCK | 1.50 | 637.50 |
| 04/14/22 | Draft case update for committee in lieu of next meeting. | BCK | 0.50 | 212.50 |
| 04/14/22 | Meet with UCC co-chair on plan/mediation and other pending issues (1.3) Meet with committee and counsel on document requests / discovery (1.0) | OFK | 2.30 | 1,150.00 |
| 04/15/22 | Correspond with UCC members regarding hearing updates (0.6) | OFK | 0.60 | 300.00 |
| 04/18/22 | Conference with committee member regarding upcoming meetings. | BCK | 0.30 | 127.50 |
| 04/19/22 | Conference with committee state court counsel and committee chair regarding upcoming motions and pending sale process. | BCK | 1.00 | 425.00 |
| 04/19/22 | Prepare for and provide report on OUCC counsel call (1.2); provide case update to counsel for abuse claimants who are not Committee members (0.4) | OFK | 1.60 | 800.00 |
| 04/22/22 | Draft, edit, and revise extended analysis and summary of the status of the Howard Avenue sale and the proposed resolution of the matter (0.6); forward the summary to the Committee for their review and comment and further correspond via email with individual Committee members about the matter (0.1). | WSB | 0.70 | 350.00 |
| 04/26/22 | Conference with state court counsel to committee members regarding pending motions and mediation preparation. | BCK | 1.10 | 467.50 |
| 04/26/22 | Conference for non-committee member survivor counsel regarding case status and upcoming mediation. | BCK | 1.10 | 467.50 |
| 04/26/22 | Prepare for and provide report to OUCC committee and counsel (1.1) provide extended update on the mediation process with counsel for claimants who are not Committee members (1.1) | OFK | 2.20 | 1,100.00 |
| | | | **21.40** | **$10,077.50** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/01/22 | Receipt and review of Claro group information packet (0.4). | OFK | 0.40 | 200.00 |
| 04/01/22 | Review materials related to potential Claro retention. | BCK | 0.50 | 212.50 |
| 04/04/22 | Correspond regarding background and qualifications of claim-estimations expert and discuss these matters with co-counsel (0.4) | OFK | 0.40 | 200.00 |
| 04/11/22 | Assist with drafting Amended Notice of Hearing re: Locke Lord's Fifth Fee Application (.30); review, finalize, and e-file Amended Notice of Hearing (.30); coordinate service/mailing of Amended Notice of Hearing (.20). | ALL | 0.80 | 100.00 |
| 04/11/22 | Prepare for and participate in call to discuss BCT retention concerns/questions (0.5) | OFK | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 11

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/11/22 | Correspond via email with Laura Ashley regarding certain concerns raised by the Debtor regarding the Fifth Interim Fee Application of Locke Lord (0.2); review and analyze Ms. Ashley's email and evaluate the issues raised (0.6); draft email analysis of the Debtor's concerns and forward it to Brad Knapp and Rick Kuebel (0.3); correspond via email with the Debtor's counsel agreeing to continue the hearing on the Locke Lord application (0.3); begin preparing a more complete response to Ms. Ashley's issues (0.7). | WSB | 2.10 | 1,050.00 |
| 04/12/22 | Correspond via email with Samantha Oppenheim regarding the Debtor's request to continue the hearing on the Fifth Interim Fee Application of Locke Lord (0.1); follow up with an email to the Court clerk regarding the extension (0.2); review the proposed motion to continue the hearing date and confirm with Ms. Oppenheim that the motion is acceptable (0.3) | WSB | 0.60 | 300.00 |
| 04/12/22 | Communications with S. Bryant re: filing of Motion to Continue Hearing on Locke Lord's Fifth Fee Application. | ALL | 0.20 | 25.00 |
| 04/13/22 | Review, finalize, and submit Orders to the Court re: Fee Applications of Stegall Benton and Zobrio. | ALL | 0.40 | 50.00 |
| 04/19/22 | Draft, finalize, and e-file Certificate of Service re: Order Approving Third Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc., as Computer Consultant to the Official Committee of Unsecured Creditors for the Period from November 1, 2021 through February 28, 2022 and Order Approving First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Stegall, Benton, Melancon & Associates, LLC as Real Estate Appraiser/Valuation Expert to the Official Committee of Unsecured Creditors for the Period from May 17, 2021 through January 31, 2022. | ALL | 0.70 | 87.50 |
| 04/19/22 | Review draft Claro engagement letter. | BCK | 0.70 | 297.50 |
| 04/20/22 | Assist with drafting Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness. | ALL | 3.50 | 437.50 |
| 04/21/22 | Continue revising Claro retention application (2.1); correspondence with Claro regarding information needed for application (0.2). | BCK | 2.30 | 977.50 |
| 04/25/22 | Revise Claro retention application (1.4); review bar date order and protective orders related to access needs for Claro retention (0.4). | BCK | 1.80 | 765.00 |
| 04/26/22 | Review service records to address additional service of process needs for Claro Retention. | BCK | 0.40 | 170.00 |
| 04/26/22 | Communications with B. Knapp re: service/mailing of Claro Employment Application on the claimants. | ALL | 0.50 | 62.50 |
| 04/26/22 | Review and compile addresses of claimants in preparation for mailing Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness. | ALL | 2.60 | 325.00 |
| 04/26/22 | Conference with M. Mintz regarding Claro retention and other pending motions. | BCK | 0.60 | 255.00 |
| 04/27/22 | Draft, edit, and revise the March 2022 monthly fee statement of Locke Lord (1.4); finalize initial draft of the fee statement (0.3). | WSB | 1.70 | 850.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 27, 2022
Invoice No.:  1725502
Page: 12

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/27/22 | Revise Claro retention application to address claims access issues (0.4); correspondence with Claro regarding declaration (0.1); revise proposed order (0.3). | BCK | 0.80 | 340.00 |
| 04/28/22 | Communications with attorney team re: finalizing Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness (.40); review, finalize, and e-file Employment Application of the Claro Group, LLC (1.00); draft, review, finalize, and file Notice of Hearing re Claro Employment Application (.30). | ALL | 1.70 | 212.50 |
| 04/28/22 | Review exhibits for Claro retention application. | BCK | 0.30 | 127.50 |
| 04/28/22 | Draft, edit, and revise monthly fee application for Locke Lord (1.1); correspond via email with Ashley Lohr regarding the revised fee statement (0.1); edit and revise the monthly Zobrio fee statement (0.1); further edit and revise the Locke Lord fee statement (0.2). | WSB | 1.50 | 750.00 |
| 04/29/22 | Review and compile addresses of claimants in preparation of mailing Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness. | ALL | 1.10 | 137.50 |
| 04/29/22 | Further edit and revise the Locke Lord fee application (1.4--NO CHARGE); edit and revise the accompanying chart and other materials supporting the application (0.5); send email correspondence to the Notice Parties providing the Locke Lord and Zobrio invoices (0.5); further edit and revise the fee statement (0.2). | WSB | 1.20 | 600.00 |
| | | | **27.30** | **$8,782.50** |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/05/22 | Work on mineral leasing expert retention application and due diligence (0.7) | OFK | 0.70 | 350.00 |
| 04/06/22 | Review BCT Energy retention letter and declaration (0.8); conduct diligence regarding BCT Energy (0.4). | BCK | 1.20 | 510.00 |
| 04/11/22 | Correspondence with M. Mintz regarding additional language for BRT Energy retention order. | BCK | 0.20 | 85.00 |
| 04/11/22 | Review Debtor correspondence regarding fee applications. | BCK | 0.20 | 85.00 |
| 04/29/22 | Review calendar re: objection deadline to fee applications filed by the Commercial Committee. | ALL | 0.10 | 12.50 |
| | | | **2.40** | **$1,042.50** |

| | **B180 Avoidance Action Analysis** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/04/22 | Analysis of next steps in avoidance action tolling involving third parties. | BCK | 0.60 | 255.00 |
| 04/04/22 | Review outstanding issues related to the third-party tolling agreements (0.6); correspond via email with Rick Kuebel regarding certain Providence entities (0.2). | WSB | 0.80 | 400.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 13

**B180 Avoidance Action Analysis**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/06/22 | Review and analyze various documents and other materials related to potential transactions involving the Nazareth Inn entities (1.8); extended telephone conference with Evan Schmidt, counsel for the Nazareth entities and Providence Community Housing, Inc., about these potential avoidance issues (0.8); further correspond via email with Mr. Schmidt about this matter (0.1); further analyze and review the documents in light of my discussions with Mr. Schmidt (0.3). | WSB | 3.00 | 1,500.00 |
| 04/07/22 | Further review and analyze transactions between St. Ann New Orleans Louisiana, Inc., a tolling Apostolate, and Providence Community Housing in light of yesterday's conversation with Evans Schmidt (1.0); draft, edit, and revise a proposed communication to Mr. Schmidt and forward it to the litigation team for their review and comment (0.9). | WSB | 1.90 | 950.00 |
| 04/08/22 | Further review and revise the email message to Evans Schmidt, counsel for Providence Community Housing, Inc. (0.5); forward the finalized email message to Mr. Schmidt (0.1); correspond via email with Brad Knapp identifying additional issues related to Providence and the proposed tolling agreement (0.3). | WSB | 0.90 | 450.00 |
| 04/11/22 | Correspond via email with Brooke Altazan regarding the proposed revisions to the third-party tolling agreements with certain parties (0.2); review the proposed revisions (0.1); multiple email correspondences with Ms. Altazan regarding the status of discussions with Providence Community Housing, Inc. (0.2); draft further email to Evans Schmidt and forward it to him for his review and comment (0.4); correspond via email with the Committee professional team regarding the status of efforts to obtain tolling agreements from various third parties (0.3). | WSB | 1.20 | 600.00 |
| 04/11/22 | Review email correspondence regarding avoidance-action tolling by third-party affiliate (0.3). | OFK | 0.30 | 150.00 |
| 04/13/22 | Correspond via email with Evans Schmidt about the tolling agreement with Providence Community Housing (0.1); correspond via email with James Adams requesting execution of the various tolling agreements (0.2). | WSB | 0.30 | 150.00 |
| 04/14/22 | Review the executed Tolling Agreements and forward them to Brooke Altazan for final execution by the Commercial Committee (0.2); correspond via email with Evans Schmidt concerning both Willwoods Community and the Nazareth Inn entities (0.4); further correspond via email with the Committee's professional team about these causes of action and related matters (0.3). | WSB | 0.90 | 450.00 |
| 04/14/22 | Correspond regarding tolling agreement and status with Providence. | OFK | 0.40 | 200.00 |
| 04/15/22 | Multiple email correspondences with the Commercial Committee and various other parties related to the Tolling Agreements. | WSB | 0.30 | 150.00 |
| 04/28/22 | Multiple email correspondences with James Adams regarding the execution of further tolling agreements. | WSB | 0.20 | 100.00 |
| 04/29/22 | Further correspond via email with James Adams about the executed tolling agreements (0.2); forward additional executed tolling agreements to Brook Altazan, counsel for the Commercial Committee (0.1). | WSB | 0.30 | 150.00 |
| | | | **11.10** | **$5,505.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 14

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/01/22 | Work on UCC declarations status and discuss with B. Knapp (0.4) Receipt and review of case notifications and call to prepare for status conference request from district court / magistrate (0.3). | OFK | 0.70 | 350.00 |
| 04/04/22 | Receipt and review of third-party discovery responses in connection with alleged protective-order violations and review same (0.2); correspond with third-party's counsel (0.3) | OFK | 0.50 | 250.00 |
| 04/04/22 | Review and analyze third-party production and discovery responses in connection with alleged protective-order violations. | WSB | 0.50 | 250.00 |
| 04/04/22 | Review discovery responses related to sealed motion. | BCK | 1.00 | 425.00 |
| 04/04/22 | Coordinate mailing of redacted Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons to individuals named in the Motion per A. Caine's request (.10) communications with B. Knapp and A. Caine re: service of redacted Motion (.20). | ALL | 0.30 | 37.50 |
| 04/05/22 | Continue reviewing discovery responses and exhibits regarding sealed motion (1.1); correspondence among counsel and chambers regarding setting for next chambers conference (0.2); review additional potential evidentiary submissions related to sealed motion (0.4); analysis of additional discovery needs for sealed motion (0.3). | BCK | 2.00 | 850.00 |
| 04/05/22 | Review information related to upcoming hearing on access to deposition transcript in district court case | BCK | 0.30 | 127.50 |
| 04/05/22 | Review statutory law regarding privileges to aid in drafting discovery requests. | EB | 0.50 | 162.50 |
| 04/05/22 | Draft Amended Notice of Hearing re: Motion of the Official Committee of Unsecured Creditors to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons (.30); review, finalize, e-file, and coordinate service of Amended Notice of Hearing (.50). | ALL | 0.80 | 100.00 |
| 04/05/22 | Review claims re: contact information per B. Knapp's request. | ALL | 0.50 | 62.50 |
| 04/05/22 | Multiple correspondences regarding motion to disclose deposition transcript and pending status conference in district court case (0.6) | OFK | 0.60 | 300.00 |
| 04/05/22 | Further draft and revise additional discovery requests regarding confidential information in sealed motion. | ND | 0.30 | 150.00 |
| 04/05/22 | Correspond regarding UCC member declarations (0.4) | OFK | 0.40 | 200.00 |
| 04/06/22 | Per B. Knapp's request, coordinate mailing of Redacted Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons to individuals named in the Motion. | ALL | 0.20 | 25.00 |
| 04/06/22 | Evaluate whether to propound supplemental discovery requests regarding sealed motion (0.7); review and analyze prior discovery responses regarding same (0.6). | ND | 1.30 | 650.00 |
| 04/06/22 | Review and compile copies of certain abuse claims in preparation for review by co-counsel. | ALL | 0.60 | 75.00 |
| 04/06/22 | Review various cases in District Court for the Eastern District of Louisiana re: Motion to Recuse per S. Bryant's request. | ALL | 0.60 | 75.00 |
| 04/06/22 | Confer with Mr. Dickerson regarding discovery requests (.3); review case file materials to prepare for drafting of discovery requests (.9); draft discovery requests regarding confidential information in preparation for plan mediation (1.0). | EB | 2.20 | 715.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 15

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/06/22 | Review additional potential submissions related to sealed motion (0.5); correspondence with court regarding status conference (0.2); continued analysis of next steps for discovery and fact investigation (0.3). | BCK | 1.00 | 425.00 |
| 04/06/22 | Prepare folder on box.com and work on adding documents to folder. | AW | 0.10 | 12.50 |
| 04/07/22 | Review additional potential submission regarding sealed motion (0.3); correspondence with committee member regarding sealed motion (0.1); review correspondence from Debtor's counsel regarding upcoming hearing on sealed motion (0.1). | BCK | 0.50 | 212.50 |
| 04/07/22 | Correspond via email regarding ANO request on continuance (0.5) | OFK | 0.50 | 250.00 |
| 04/08/22 | Further analyze and review the preferred discovery strategy in connection with the sealed motion. | ND | 0.10 | 50.00 |
| 04/08/22 | Receipt and review of Brittany Wolf email regarding hearing and ANO request and reply to the same (0.5) Multiple emails on ANO continuance request (0.5) Correspond regarding declaration pages. (0.2) | OFK | 1.20 | 600.00 |
| 04/11/22 | Continue reviewing proposed submissions related to sealed motion (0.7); review draft additional discovery related to sealed motion (0.3); conference with M. Mintz regarding next steps on sealed motion issues (0.3); review motion regarding state court counsel participation (0.2). | BCK | 1.50 | 637.50 |
| 04/11/22 | Continued work on review / execution and preparation to the declarations regarding protective order (1.2); Multiple correspondence and calls with B. Wolf regarding ANO requested continuance of motion and call regarding the same (0.8); Receipt and review of Lamothe BSA opt-in objection and correspond regarding the same (0.4). | OFK | 2.40 | 1,200.00 |
| 04/11/22 | Review and edit third party discovery regarding sealed motion. | ND | 1.20 | 600.00 |
| 04/12/22 | Review updated third party discovery regarding sealed motion. | ND | 0.20 | 100.00 |
| 04/12/22 | Revise written discovery requests regarding confidentiality issues to conform to subpoena format. | EB | 2.20 | 715.00 |
| 04/12/22 | Assist with drafting Notice of the Official Committee of Unsecured Creditors' Submission Regarding the Debtor's Sealed Motion. | ALL | 0.50 | 62.50 |
| 04/12/22 | Assist with drafting Motion to Seal re: the Notice of the Committee's Submission Regarding the Debtor's Sealed Motion. | ALL | 1.00 | 125.00 |
| 04/13/22 | Assist with preparation of public and sealed exhibits to Notice of the Official Committee of Unsecured Creditors' Submission Regarding the Debtor's Sealed Motion (1.00); review, finalize, e-file, and coordinate mailing of Notice of Submission (.90); assist with service of sealed exhibits to Notice of Submission (.10). | ALL | 2.00 | 250.00 |
| 04/13/22 | Review and revise service list in preparation of mailing Notice of the Official Committee of Unsecured Creditors' Submission Regarding the Debtor's Sealed Motion. | ALL | 0.70 | 87.50 |
| 04/13/22 | Review, finalize, and e-file Motion Authorizing Filing the Sealed Notice of the Committee's Submission Regarding Debtor's Sealed Motion Under Seal. | ALL | 0.70 | 87.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 16

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/13/22 | Revise motion to seal related to evidentiary submission on sealed motion (0.3); revise notice of submission (0.2); analysis of next steps for sealed motion process (0.4). | BCK | 0.90 | 382.50 |
| 04/13/22 | Draft motion to address confidentiality issues in preparation for plan mediation, including review of case law authorities (1.0); develop outline for argument portion of motion (.7). | EB | 1.70 | 552.50 |
| 04/14/22 | Further strategize regarding response to protective-order motion and other issues. | ND | 0.40 | 200.00 |
| 04/14/22 | Prepare for chambers conference regarding sealed motion and discovery outcome (0.4); attend chambers conference on sealed motion (1.0); conference with US Trustee's counsel regarding next steps with protective order issues (0.5); conference with committee members and counsel regarding protective order next steps (0.5); conference with committee members regarding evidentiary submissions related to protective order (0.4). | BCK | 2.80 | 1,190.00 |
| 04/14/22 | Prepare for and participate in court status conference (1.5) Work on adversary proceeding filing and call from Mr Stewart regarding the same (0.5) Attend status conference on participation (0.4) | OFK | 2.40 | 1,200.00 |
| 04/15/22 | Correspondence with committee member regarding declaration in connection with protective order issues. | BCK | 0.20 | 85.00 |
| 04/21/22 | Prepare for status conference in connection with protective order violations. | OFK | 0.90 | 450.00 |
| 04/22/22 | Attend telephonic status conference regarding protective order issues (0.5); analysis of next steps to address discovery process with US Trustee (0.4). | BCK | 0.90 | 382.50 |
| 04/22/22 | Prepare for court status conference regarding protective order issues (0.2) participate in status conference (0.5); receipt and review of multiple emails regarding today's status conference (0.4) | OFK | 1.10 | 550.00 |
| 04/25/22 | Review order regarding US Trustee investigation of protective order issues (0.2); analysis of next steps for investigation and discovery process (0.4). | BCK | 0.60 | 255.00 |
| 04/26/22 | Correspondence with US Trustee regarding discovery responses related to protective order issues. | BCK | 0.20 | 85.00 |
| 04/26/22 | Develop strategy for responding to the U.S. Trustee's investigation regarding protective order issues. | ND | 0.50 | 250.00 |
| 04/27/22 | Evaluate U.S. Trustee document demands and coordinate with Brad Knapp on responses. | ND | 0.20 | 100.00 |
| 04/27/22 | Continued analysis of case law in regards to privilege issues in anticipation of discovery requests from the U.S. Trustee. | EB | 2.00 | 650.00 |
| 04/27/22 | Draft synopsis of case law in regards to privilege issues in anticipation of discovery requests. | EB | 2.20 | 715.00 |
| 04/27/22 | Correspond with counsel for the U.S. Trustee concerning documents (0.3) Review and compile documents related to such matters (0.8) | OFK | 1.10 | 550.00 |
| 04/27/22 | Review correspondence from US Trustee regarding discovery issues (0.1); begin coordinating document collection and review (0.5). | BCK | 0.60 | 255.00 |
| 04/27/22 | Internal communication regarding execution of declarations pertaining to US Trustee for Rule 2004 examination (.1) | NWD | 0.10 | 32.50 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 27, 2022
Invoice No.:  1725502
Page:  17

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/28/22 | Teleconference with B. Knapp re: collection of emails in response to the Trustee's potential discovery requests. | ALL | 0.30 | 37.50 |
| 04/28/22 | Analysis of privilege issues and next steps in document production related to US Trustee discovery. | BCK | 1.40 | 595.00 |
| 04/28/22 | Coordinate document collection in response to the U.S. Trustee's document-production requests. | ND | 0.20 | 100.00 |
| 04/29/22 | Review requests for declarations from US Trustee and associated documents. | EB | 0.20 | 65.00 |
| 04/29/22 | Receipt and review of email from B. Knapp re: investigation by the Trustee. | ALL | 0.10 | 12.50 |
| 04/29/22 | Review US Trustee information request correspondence (0.2); analysis of next steps regarding declarations (0.4); continued analysis of discovery response strategy and next steps (0.4). | BCK | 1.00 | 425.00 |
| 04/29/22 | Receipt and review of document-production requests from the U.S. Trustee and coordinate response to requests with B. Knapp (0.6) | OFK | 0.60 | 300.00 |
| 04/30/22 | Continued analysis of discovery needs (0.3); correspondence with committee member regarding declaration (0.1). | BCK | 0.40 | 170.00 |
| | | | **52.10** | **$19,810.00** |
| | | | | |
| | **B250 Real Estate** | **ATTY** | **HOURS** | **VALUE** |
| 04/01/22 | Correspond via email with Mark Mintz, counsel for the Debtor, regarding payment to Stegall Benton (0.1); correspond via email with Bush Benton concerning payment to Stegall Benton (0.1); further correspond via email with Mr. Mintz about this matter (0.1); continue reviewing the real property information provided by Stegall Benton (0.2). | WSB | 0.50 | 250.00 |
| 04/04/22 | Receipt and review of real estate documents from Stegall Benton. | ALL | 0.20 | 25.00 |
| | | | **0.70** | **$275.00** |
| | | | | |
| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
| 04/05/22 | Continued analysis of joint ANO - Boy Scouts claim issues and opt in rights. | BCK | 0.40 | 170.00 |
| 04/05/22 | Review results of legal research with B. Knapp (0.5), further assess with R. Kuebel and B. Knapp the process by which pro-se claimants were notified of the BSA motion (0.6), draft and send notice letters (1.3). | AHK | 2.40 | 1,080.00 |
| 04/07/22 | Communications with B. Knapp and A. Katz re: address for claimant (.30); research re: address for claimant (.20). | ALL | 0.50 | 62.50 |
| 04/12/22 | Correspond regarding BSA opt-in motion (0.3) | OFK | 0.30 | 150.00 |
| 04/13/22 | Telephone conference with R. Kuebel re BSA opt-in motion, potential application of UCC art. 8 to trust issues (0.3); review UCC articles 8 and 9 (0.8) | AHK | 1.30 | 585.00 |
| 04/13/22 | Call with Christy Schubert regarding BSA opt-in objection (0.5) Prepare comments for BSA opt-in and correspond with Christy S. regarding the same (0.4) Prepare for court status conferences (2.0) | OFK | 2.90 | 1,450.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 18

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/14/22 | Prepare for and present due process discussion in court on BSA "opt-in motion" (0.8) | OFK | 0.80 | 400.00 |
| 04/27/22 | Correspond with and work on Schubert request/claims file (1.0--NO CHARGE) | OFK | 0.00 | 0.00 |
| | | | **8.60** | **$3,897.50** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/01/22 | Review authorities related to Louisiana trust issues for plan mediation preparation. | BCK | 1.60 | 680.00 |
| 04/04/22 | Review case law regarding confidentiality standards to aid in analysis in preparation for mediation prior to plan confirmation. | EB | 1.60 | 520.00 |
| 04/05/22 | Correspond regarding meeting with future claim rep (0.4). | OFK | 0.40 | 200.00 |
| 04/07/22 | Correspond regarding future claims rep meeting. (0.3) | OFK | 0.30 | 150.00 |
| 04/07/22 | Follow-up correspondence to address motion to disclose deposition transcript and exhibits (0.7). | OFK | 0.70 | 350.00 |
| 04/08/22 | Receipt and review of report on insurance contributions and defenses and correspond with state court counsel regarding the same (0.8) Correspond with co-counsel on D&O Policy (0.3) Correspond with Lisa Futrell regarding future claims representative (0.3). | OFK | 1.40 | 700.00 |
| 04/11/22 | Correspond with Debtor regarding meetings with potential future claims representatives (0.3) Call with Mr. Stang on plan-mediation issues (0.9) | OFK | 1.20 | 600.00 |
| 04/12/22 | Prepare for and participate in weekly issues call with Debtor (1.2) Correspond regarding mediation dates/authority (0.4) | OFK | 1.60 | 800.00 |
| 04/20/22 | Prepare for and participate in plan mediation call with Judge Zive (1.5) Follow-up discussion with Mr. Stang and Mr. Caine (0.5) | OFK | 2.00 | 1,000.00 |
| 04/25/22 | Work on plan provisions addressing the future claims representative and non-monetary relief (1.4) | OFK | 1.40 | 700.00 |
| 04/26/22 | Work on role of the future claims representative and the scope of his or her duties (0.5) Multiple emails on plan/claim questions (0.8--NO CHARGE) | OFK | 0.50 | 250.00 |
| | | | **12.70** | **$5,950.00** |

**TOTAL FEES** $130,080.00

<u>**TIMEKEEPER SUMMARY:**</u>

**B110 Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.70 | $3,272.50 |
| N. Dickerson | Partner | $500.00 | 3.20 | $1,600.00 |
| O. F. Kuebel | Partner | $500.00 | 7.10 | $3,550.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 19

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| E. Boylan | Associate | $325.00 | 37.00 | $12,025.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.10 | $262.50 |
| | | | **57.10** | **$20,710.00** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 16.80 | $7,140.00 |
| O. F. Kuebel | Partner | $500.00 | 30.80 | $15,400.00 |
| A. H. Katz | Of Counsel | $450.00 | 8.50 | $3,825.00 |
| A.L. Lohr | Paralegal | $125.00 | 10.40 | $1,300.00 |
| | | | **66.50** | **$27,665.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 3.80 | $1,615.00 |
| O. F. Kuebel | Partner | $500.00 | 11.20 | $5,600.00 |
| V. M. De Lisle | Partner | $500.00 | 2.00 | $1,000.00 |
| W.S. Bryant | Partner | $500.00 | 36.30 | $18,150.00 |
| | | | **53.30** | **$26,365.00** |

**B150    Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 8.30 | $3,527.50 |
| O. F. Kuebel | Partner | $500.00 | 12.40 | $6,200.00 |
| W.S. Bryant | Partner | $500.00 | 0.70 | $350.00 |
| | | | **21.40** | **$10,077.50** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.40 | $3,145.00 |
| O. F. Kuebel | Partner | $500.00 | 1.30 | $650.00 |
| W.S. Bryant | Partner | $500.00 | 7.10 | $3,550.00 |
| A.L. Lohr | Paralegal | $125.00 | 11.50 | $1,437.50 |
| | | | **27.30** | **$8,782.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

### B170 Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.60 | $680.00 |
| O. F. Kuebel | Partner | $500.00 | 0.70 | $350.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.10 | $12.50 |
| | | | **2.40** | **$1,042.50** |

### B180 Avoidance Action Analysis

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.60 | $255.00 |
| O. F. Kuebel | Partner | $500.00 | 0.70 | $350.00 |
| W.S. Bryant | Partner | $500.00 | 9.80 | $4,900.00 |
| | | | **11.10** | **$5,505.00** |

### B190 Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 15.30 | $6,502.50 |
| N. Dickerson | Partner | $500.00 | 4.40 | $2,200.00 |
| O. F. Kuebel | Partner | $500.00 | 12.40 | $6,200.00 |
| W.S. Bryant | Partner | $500.00 | 0.50 | $250.00 |
| E. Boylan | Associate | $325.00 | 11.00 | $3,575.00 |
| N. Dawson | Associate | $325.00 | 0.10 | $32.50 |
| A.L. Lohr | Paralegal | $125.00 | 8.30 | $1,037.50 |
| A. Wilson | Litigation Supp | $125.00 | 0.10 | $12.50 |
| | | | **52.10** | **$19,810.00** |

### B250 Real Estate

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.50 | $250.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.20 | $25.00 |
| | | | **0.70** | **$275.00** |

### B310 Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.40 | $170.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 27, 2022
Invoice No.: 1725502
Page: 21

### B310   Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 4.00 | $2,000.00 |
| A. H. Katz | Of Counsel | $450.00 | 3.70 | $1,665.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.50 | $62.50 |
| | | | **8.60** | **$3,897.50** |

### B320   Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.60 | $680.00 |
| O. F. Kuebel | Partner | $500.00 | 9.50 | $4,750.00 |
| E. Boylan | Associate | $325.00 | 1.60 | $520.00 |
| | | | **12.70** | **$5,950.00** |

**TIMEKEEPER SUMMARY TOTALS**                **313.20**
**$130,080.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | FedEx Shipments | 96.19 |
| | Postage | 6.24 |
| | Lexis Research | 10.10 |
| | Westlaw Research | 1,511.40 |
| | Outside Printing | 647.19 |
| 04/12/22 | Postage (Hard Cost) 49189, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1394, 1397 | 110.90 |
| 04/15/22 | Filing Fees 04/15/2022, Filing fee | 350.00 |
| 04/21/22 | Postage (Hard Cost) 49265, Alliance Overnight Document Service LLC, Copies and postage for Docket# 1409 | 98.69 |
| 04/22/22 | Postage (Hard Cost) 49293, Alliance Overnight Document Service LLC, Copies and postage for docket # 1425 | 65.83 |
| 04/22/22 | Postage (Hard Cost) 49299, Alliance Overnight Document Service LLC, Copies and postage for docket # 1449 & 1450 | 108.55 |
| 04/22/22 | Postage (Hard Cost) 49300, Alliance Overnight Document Service LLC, Copies and postage for docket # 1459 | 125.10 |
| 04/26/22 | Services Rendered 49294, Alliance Overnight Document Service LLC, Copies and postage of docket #1437  & 1438 | 145.98 |
| | TOTAL EXPENSES | $3,276.17 |

**TOTAL FEES**                                                                              **$130,080.00**

**TOTAL EXPENSES**                                                                     **$3,276.17**

**TOTAL FEES AND EXPENSES**                                                 **$133,356.17**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o James Adams, Chairman

May 27, 2022
Invoice No.: 1725502

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through April 30, 2022

      File Number:  0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ...................................................................................................................... $130,080.00

Total Expenses ................................................................................................................... $3,276.17

Total Due this Statement................................................................................................... $133,356.17

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chairman

June 28, 2022
Invoice No.: 1731314

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2022                     $160,426.44

File Number:        0107766.00001
Re:                 Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/22 | Review service list in preparation of mailing the Committee's Motion for an Order Pursuant to Bankruptcy Rule Code Sections 105(A) and 107 and Bankruptcy Rule 9018 Authorizing Filing Exhibit 1 to Supplemental Certificate of Service Under Seal. | ALL | 0.10 | 12.50 |
| 05/11/22 | Coordinate mailing/service of Order granting Motion Authorizing Filing Exhibit 1 to Supplemental Certificate of Service Under Seal. | ALL | 0.20 | 25.00 |
| 05/17/22 | Analyze with Brad Knapp various outstanding issues raised in today's call with the Debtor and strategize on how best to address them (0.2); review and analyze motion regarding confidentiality designations (0.2). | WSB | 0.40 | 200.00 |
| 05/17/22 | Conference with M. Mintz and P. Vance regarding pending Debtor motions. | BCK | 0.90 | 382.50 |
| 05/17/22 | Communications with attorney team re: deadline to file Motions for Omnibus Hearing on August 18th. | ALL | 0.20 | 25.00 |
| 05/18/22 | Analysis of potential committee reconstitution issues and associated legal authorities. | BCK | 0.80 | 340.00 |
| 05/18/22 | Conduct legal research and analysis on finality of court orders restructuring the Committee (0.6); correspond via email with committee bankruptcy counsel regarding the results of this analysis and related matters (0.2); conduct legal research on the standard of review of the court's decision to restructure the Committee (0.4). | WSB | 1.20 | 600.00 |

127741681v.2

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 2

| B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/19/22 Analysis of strategy for hearings on priest benefit issues (0.5); attend hearings regarding pending motion to compel, priest benefits, and other administrative matters (2.1). | BCK | 2.60 | 1,105.00 |
| 05/19/22 Communications with B. Knapp, J. Stang, and A. Caine re: service of redacted version of Motion to Compel the Debtor to Terminate Pension Benefits to Credibly Accused Persons. | ALL | 0.30 | 37.50 |
| 05/20/22 Communications with B. Knapp re: returned mailing to claimant of the Claro Employment Application (.40) | ALL | 0.40 | 50.00 |
| 05/25/22 Analyze with Brad Knapp various issues related to the motion to remove confidentiality designations. | WSB | 0.30 | 150.00 |
| | | **7.40** | **$2,927.50** |

| B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/02/22 Communications with B. Knapp re: status of re-issuance of summonses in adversary proceeding. | ALL | 0.30 | 37.50 |
| 05/02/22 Correspondence on real estate asset issues and status of McEnry report (0.4) Work on asset discovery (0.6) | OFK | 1.00 | 500.00 |
| 05/03/22 Communications with the Court and B. Knapp re: re-issuance of summonses in adversary proceeding (.20); review and organize summonses in preparation of service of Amended Complaint on Defendants (.90); assist B. Knapp with drafting emails in preparation of service of Amended Complaint and summonses (.20). | ALL | 1.30 | 162.50 |
| 05/09/22 Work on NDCE Discovery and FIMS financial database access (0.7) Work on NDCE asset valuation (0.8) | OFK | 1.50 | 750.00 |
| 05/12/22 Continued work on NDCE document access/asset analysis and correspond with multiple parties regarding the same (0.8) | OFK | 0.80 | 400.00 |
| 05/13/22 Correspond regarding NDCE asset discovery responses. (0.4) | OFK | 0.40 | 200.00 |
| 05/16/22 Draft response to Apostolates' offer regarding limited database access to prepare for mediation. | BCK | 1.00 | 425.00 |
| 05/17/22 Conference with BRG regarding Apostolate document needs and real estate issues. | BCK | 1.00 | 425.00 |
| 05/18/22 Revise correspondence to Apostolates regarding document needs (0.6); review BRG additions to Apostolate requests (0.3). | BCK | 0.90 | 382.50 |
| 05/18/22 Correspond regarding NDCE asset/financial discovery (0.5) Correspond regarding hearing prep. (0.4) | OFK | 0.90 | 450.00 |
| 05/19/22 Analysis of adjustments to discovery requests for Apostolate discovery. | BCK | 0.40 | 170.00 |
| 05/19/22 Call with Commercial counsel regarding access to NDCE financial info (0.7) Multiple emails with BRG team regarding access to NDCE - hms accounting info (0.5) Multiple emails regarding discovery /production (0.4) | OFK | 1.60 | 800.00 |
| 05/20/22 Correspond regarding NDCE asset discovery (0.4) Discuss the same with Mr. Draper (0.3) | OFK | 0.70 | 350.00 |
| 05/23/22 Revise response letter to Apostolates regarding FIMS information (0.3); conference with counsel for Apostolates regarding information sharing with Commercial Committee (0.2). | BCK | 0.50 | 212.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/23/22 | Analyze with Brad Knapp various concerns raised by the Apostolates' response to the Commercial Committee's request that the Apostolates share information provided to the Committee with the Commercial Committee (0.5); edit and revise the proposed order provided by counsel to the Apostolates (1.5); forward that revised order to Mr. Knapp for his review and comment (0.1). | WSB | 2.10 | 1,050.00 |
| 05/24/22 | Researching Louisiana law governing potential property-use restrictions on donations to charitable enterprises. | AHK | 1.90 | 855.00 |
| 05/25/22 | Further research Louisiana law governing use restrictions on property donations and related issues. | AHK | 5.50 | 2,475.00 |
| 05/26/22 | Researching Louisiana law governing property use restrictions and restricted donations (5.9) correspond via email with the Pachulski Stang team regarding these matters (0.4) | AHK | 6.30 | 2,835.00 |
| 05/26/22 | Review revisions to Apostolate / Commercial Committee order from D. Draper (0.4); correspondence with Commercial Committee counsel regarding next steps (0.1). | BCK | 0.50 | 212.50 |
| 05/26/22 | Review and analyze the spreadsheets provided by BRG relating to the Debtor's restricted assets and other matters. | WSB | 2.00 | 1,000.00 |
| 05/26/22 | Multiple correspondence regarding NDCE restricted donation investigation and correspond regarding the same (1.2) | OFK | 1.20 | 600.00 |
| 05/27/22 | Multiple emails with BRG regarding restricted donations and ANO's NDCE assets / balance sheet and correspond regarding the same (0.9) Receipt and review of BRG email with restricted donation documentation (0.4) | OFK | 1.30 | 650.00 |
| 05/27/22 | Telephone conference with the Pachulski Stang and BRG teams regarding the Louisiana law governing the validity of use restrictions on property donations. | AHK | 1.00 | 450.00 |
| 05/27/22 | Review and analyze asset spreadsheets and analyses provided by BRG (0.5); correspond via email with Brad Knapp about these matters (0.1). | WSB | 0.60 | 300.00 |
| 05/31/22 | Correspond with appraiser and correspond on real estate asset valuation issues (0.4) | OFK | 0.40 | 200.00 |
| | | | **35.10** | **$15,892.50** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/04/22 | Correspond via email with Mark Mintz concerning issues related to the Howard Avenue sale (0.1); briefly review the status of deadlines and other matters on the Howard Avenue sale in advance of a call with the Debtor's counsel tomorrow (0.1). | WSB | 0.20 | 100.00 |
| 05/05/22 | Telephone conference with Mark Mintz and Will Robbins to discuss the reduction in the sale price offered by Kachina Properties (0.6); send brief email update to the bankruptcy professional team summarizing the results of this conversion (0.2). | WSB | 0.80 | 400.00 |
| 05/06/22 | Further correspond via email with Committee professional team about Kachina Properties' revisions to the Stalking Horse Agreements for the purchase of the Howard Avenue property. | WSB | 0.30 | 150.00 |

127741681v.2

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 4

| **B130 Asset Disposition** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/22 | Extended telephone conference with the Debtor and The McEnery Company regarding the Stalking Horse Purchaser's decision to withdraw from the bidding process (1.0); extended analysis and review of these matters with Jim Stang and Rick Kuebel and determine strategy for responding (0.8); correspond via email with Bush Benton about the status of the sale process for the Howard Avenue location (0.2). | WSB | 2.00 | 1,000.00 |
| 05/11/22 | Review the Debtor's motion withdrawing the Howard Avenue bid procedures motion (0.3); correspond via email with the Committee professional team about this withdrawal (0.1). | WSB | 0.40 | 200.00 |
| 05/11/22 | Follow-up on Howard Avenue sale issues/process with co-counsel and expert (1.2) | OFK | 1.20 | 600.00 |
| 05/12/22 | Work on Howard Ave sale issues and discuss same with real estate expert and Mr. Stang. (1.0) | OFK | 1.00 | 500.00 |
| 05/18/22 | Correspond via email with Steven Bryant regarding Howard sale (0.3) | OFK | 0.30 | 150.00 |
| | | | 6.20 | $3,100.00 |

| **B150 Meetings & Communications with Creditors** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/22 | Conference with Anne Andrews regarding case status and next steps toward mediation. | BCK | 1.30 | 552.50 |
| 05/02/22 | Correspond via email with Rick Kuebel and Brad Knapp regarding today's telephone conference with Anne Andrews regarding the case status and the response to the U.S. Trustee's document demands (0.3). | WSB | 0.30 | 150.00 |
| 05/02/22 | Extended telephone conference with Anne Andrews, counsel to a Committee member, regarding the status of the case, the U.S. Trustee's investigation, and related matters (1.3); further correspond via email with Brad Knapp and Rick Kuebel about today's conference call with Ms. Andrews (0.2). | WSB | 1.50 | 750.00 |
| 05/02/22 | Prepare for and participate in call with Anne Andrews on non-monetary plan provisions and claims valuation (1.5) | OFK | 1.50 | 750.00 |
| 05/03/22 | Attend today's counsel-only call to address multiple outstanding issues related to the U.S. Trustee investigation (1.2); correspond via email with Brad Knapp about the various issues raised in today's call (0.1). | WSB | 1.30 | 650.00 |
| 05/03/22 | Conference with committee members and counsel regarding pending motions and mediation preparation. | BCK | 1.20 | 510.00 |
| 05/03/22 | Prepare for and participate in UCC counsel call and provide report on multiple asset/plan issues (1.2) | OFK | 1.20 | 600.00 |
| 05/10/22 | Prepare for and participate in and provide mediation and motion reports to UCC counsel (1.5) Call regarding Claro retention (0.5) | OFK | 2.00 | 1,000.00 |
| 05/11/22 | Draft email to the Committee explaining the Debtor's decision to terminate the Howard Avenue sale after Kachina Properties withdrew its stalking horse bid (0.6); further correspond via email with individual Committee members about this matter (0.1). | WSB | 0.70 | 350.00 |
| 05/12/22 | Conference with Anne Andrews regarding upcoming mediation and case status. | BCK | 0.50 | 212.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 5

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/22 | Conference with counsel for multiple claimants regarding case status and upcoming mediation. | BCK | 0.70 | 297.50 |
| 05/13/22 | Receipt and review of ANO motion response and discuss with Mr. Stang (0.7) Receipt and review of multiple related emails from UCC (0.5) | OFK | 1.20 | 600.00 |
| 05/13/22 | Discuss plan mediation issues with Mr.Stang and Mr. Knapp (0.5) Call with state court counsel on plan mediation issues (0.8) | OFK | 1.30 | 650.00 |
| 05/16/22 | Prepare for today's UCC meeting and participate in the meeting. | OFK | 1.40 | 700.00 |
| 05/16/22 | Attend today's Committee meeting to address various outstanding matters, such as the status of the Howard Avenue sale and the Debtor's informal objection to Locke Lord's Fifth Interim Fee Application. | WSB | 1.40 | 700.00 |
| 05/16/22 | Conference with committee regarding pending motions, Howard Avenue sale process, and upcoming mediation preparations. | BCK | 1.40 | 595.00 |
| 05/17/22 | Conference with committee chair and state court counsel regarding pending motions and upcoming hearings. | BCK | 1.20 | 510.00 |
| 05/18/22 | Call with Mr. Tchirn regarding process question (0.3) | OFK | 0.30 | 150.00 |
| 05/20/22 | Correspond via email with Brad Knapp about the forthcoming in-person Committee meeting and related matters. | WSB | 0.10 | 50.00 |
| 05/31/22 | Conference with state court counsel group and committee chair regarding mediation. | BCK | 1.20 | 510.00 |
| 05/31/22 | Review proposed agenda for state court counsel call (0.1); multiple email correspondences with Brad Knapp concerning next week's in-person Committee meeting and mediation session (0.2). | WSB | 0.30 | 150.00 |
| 05/31/22 | Prepare for and participate / provide report at UCC counsel meeting (1.2) | OFK | 1.20 | 600.00 |
| | | | **23.20** | **$11,037.50** |
| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
| 05/03/22 | Conference with Debtor regarding Claro retention and other pending motions. | BCK | 0.50 | 212.50 |
| 05/03/22 | Edit and revise the Locke Lord monthly fee statement for April 2022. | WSB | 0.20 | 100.00 |
| 05/03/22 | Review and compile addresses of claimants in order to arrange for the mailing of the Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness (1.00); communications with B. Knapp re: addresses and logistics for mailing (.30). | ALL | 1.30 | 162.50 |
| 05/04/22 | Communications with B. Knapp re: mailing of Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness to claimants (.50); download and review new claims filed and update labels for mailing (4.40); coordinate printing of Claro Application in preparation of mailing (.20). | ALL | 5.10 | 637.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 6

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/05/22 | Assist with drafting Supplemental Certificate of Service and Motion to Seal Exhibit 1 to the Supplemental Certificate of Service re: the Committee's Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness. | ALL | 1.10 | 137.50 |
| 05/05/22 | Communications with the vendor re: status of printing copies of the Committee's Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness in preparation of mailing to the claimants. | ALL | 0.40 | 50.00 |
| 05/06/22 | Assist with mailing/service of Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness on the claimants. | ALL | 1.00 | 125.00 |
| 05/06/22 | Review and revise Motion to Seal Exhibit 1 to the Supplemental Certificate of Service re: the Committee's Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness (.20); communications with B. Knapp re: finalizing drafts of Motion to Seal and Supplemental Certificate of Service in preparation of e-filing (.40). | ALL | 0.60 | 75.00 |
| 05/09/22 | Review, finalize, and e-file Motion to Seal Exhibit 1 to the Supplemental Certificate of Service re: the Committee's Application for Entry of an Order Authorizing the Retention and Employment of the Claro Group, LLC as Expert Consultant on Sexual Abuse and Expert Witness (.50); review, finalize, and e-file Supplemental Certificate of Service (.30); coordinate mailing/service of Motion to Seal and delivery of sealed Exhibit 1 to the Court (.30). | ALL | 1.10 | 137.50 |
| 05/12/22 | Conferences with multiple claimants regarding Claro retention issues. | BCK | 1.30 | 552.50 |
| 05/12/22 | Communications with co-counsel re: service list for quarterly fee applications. | ALL | 0.20 | 25.00 |
| 05/12/22 | Draft, finalize, and e-file Certificate of Service for Order re: Motion Authorizing Filing Exhibit 1 to Supplemental Certificate of Service for the Claro Application under seal. | ALL | 0.50 | 62.50 |
| 05/13/22 | Review with Brad Knapp various issues that may be raised at next week's omnibus hearing and prepare for that hearing (0.5) review and analyze old invoices to determine which time entries relate to protective-order issues in order to provide this information to the Debtor (2.7); begin drafting the April 2022 monthly fee statement of Locke Lord LLP (0.6). | WSB | 3.80 | 1,900.00 |
| 05/13/22 | Review March's invoice and monthly fee and expense statement and calculate totals in preparation of drafting Locke Lord's Sixth Fee Application. | ALL | 0.70 | 87.50 |
| 05/16/22 | Review additional service options for returned mail on Claro application. | BCK | 0.20 | 85.00 |
| 05/16/22 | Review returned envelopes from mailing of the Claro Employment Application on the claimants (.30); review claims re: potential email addresses for sending the Claro Application (.30); communications with B. Knapp re: returned mailing to claimants of the Claro Employment Application (.20); communications with claimants re: the Claro Employment Application (.30); review and update addresses of claimants (.30). | ALL | 1.40 | 175.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 7

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/16/22 | Further draft, edit, and revise the April 2022 Fee Application of Locke Lord (1.5); begin drafting the monthly fee application of Stegall Benton (0.2). | WSB | 1.70 | 850.00 |
| 05/17/22 | Correspond via email with Brad Knapp regarding proposed revisions to the April 2022 Locke Lord fee application (0.3--NO CHARGE). | WSB | 0.00 | 0.00 |
| 05/18/22 | Review and submit orders re: the retention of The Claro Group, LLC and Locke Lord's Fifth Interim Fee Application. | ALL | 0.30 | 37.50 |
| 05/18/22 | Further edit and revise the April 2022 monthly interim fee statement for Locke Lord LLP. | WSB | 0.60 | 300.00 |
| 05/19/22 | Prepare protective order materials and acknowledgment forms for Claro related to retention. | BCK | 2.40 | 1,020.00 |
| 05/19/22 | Review returned mail from mailing of the Claro Employment Application on the claimants (.20); coordinate mailing with claimant's new address (.30). | ALL | 0.50 | 62.50 |
| 05/20/22 | Coordinate mailing of Orders re: the Claro Employment Application and Locke Lord's Fifth Interim Fee Application (.20); draft, review, finalize, and e-file Certificate of Service re: Orders (.50). | ALL | 0.70 | 87.50 |
| 05/23/22 | Further edit and revise the April 2022 monthly fee statement for Locke Lord (0.9). | WSB | 0.90 | 450.00 |
| 05/24/22 | Draft monthly fee statement for Stegall Benton (0.8); further edit and revise the fee statement for Locke Lord (0.8). | WSB | 1.60 | 800.00 |
| 05/25/22 | Edit and revise the April monthly fee statement of Locke Lord (0.6). | WSB | 0.60 | 300.00 |
| 05/26/22 | Draft, edit, and revise Zobrio monthly fee statement (0.9); draft, edit, and revise Stegall Benton monthly fee statement (1.0); further edit and revise Locke Lord monthly fee statement (0.5). | WSB | 2.40 | 1,200.00 |
| 05/27/22 | Send email to the Notice Parties with monthly statements for Locke Lord, Zobrio, Inc. and Stegall Benton (0.4). | WSB | 0.40 | 200.00 |
| | | | **31.50** | **$9,832.50** |
| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
| 05/06/22 | Review and analyze the Debtor's further responsive letter to Locke Lord's Fifth Interim Fee Application (0.4); draft, edit, and revise a responsive letter (3.0) (NO CHARGE); correspond via email with Rick Kuebel about this matter (0.2); further edit and revise the responsive letter (0.9). | WSB | 1.50 | 750.00 |
| 05/06/22 | Prepare for and participate in call with Steve Bryant regarding Debtor response to Locke Lord Fifth Interim Fee Application and related email request from ANO (0.8) | OFK | 0.80 | 400.00 |
| 05/09/22 | Draft email to Mark Mintz initially responding to the Debtor's demand regarding Locke Lord's Fifth Interim Fee Application (0.5); forward this initial response to Mr. Mintz for his review and comment (0.1); further draft, edit, and revise the formal, written response to Mr. Mintz's letter (5.3); forward the draft, written response to Brad Knapp and Rick Kuebel for their review and comment (0.1). | WSB | 6.00 | 3,000.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 8

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/10/22 | Review and analyze the interim fee applications of Dundon Advisors and Stewart Robbins, professionals to the Commercial Committee (0.7); edit and revise Locke Lord's response to the Debtor's objection to Locke Lord's Fifth Interim Fee Application (2.0); forward the response to Mark Mintz for his review and comment (0.2); further correspond via email with Brad Knapp and Rick Kuebel about the matters raised in the Debtor's letters (0.2) | WSB | 3.10 | 1,550.00 |
| 05/11/22 | Telephone conference with Laura Ashley and Mark Mintz about resolving the Debtor's informal objection to the Locke Lord Fifth Interim Fee Application (0.3); correspond via email with Brad Knapp and Rick Kuebel regarding the proposed resolution (0.1); correspond via email with Caroline McCaffrey regarding the overdue payment to Stegall Benton (0.1); correspond via email with Bush Benton about the payment on his previously approved invoice (0.2); draft email to the Debtor's counsel summarizing the proposed resolution of the dispute over the Fifth Interim Fee Application (0.2). | WSB | 0.90 | 450.00 |
| 05/12/22 | Review and analyze the Third Interim Fee Application of Stewart Robbins to determine whether any issues merit further objection (0.5); review and analyze the Third Interim Application of Dundon Advisors to determine whether any issues merit objection (0.2). | WSB | 0.70 | 350.00 |
| 05/31/22 | Leave telephone message for Mark Mintz regarding Debtor concerns about Zobrio and Stegall Benton monthly fee statements (0.1); correspond via email with Mr. Mintz about this matter (0.1). | WSB | 0.20 | 100.00 |
| | | | **13.20** | **$6,600.00** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/01/22 | Review initial draft discovery requests from US Trustee. | BCK | 0.50 | 212.50 |
| 05/02/22 | Conference with US Trustee counsel regarding document requests and depositions (1.8); conference with Locke Lord GC office and litigation support team regarding deposition and document production issues (1.0); coordinate additional declarations related to protective order issues (1.2); review additional deposition notices and document requests served by US Trustee (1.4); begin analyzing document collection and review process (1.5). | BCK | 6.90 | 2,932.50 |
| 05/02/22 | Review discovery requests and associated documents received from U.S. Trustee. | EB | 0.30 | 97.50 |
| 05/02/22 | Review U.S. Trustee discovery requests with Locke Lord co-counsel and determine appropriate response. | EB | 1.30 | 422.50 |
| 05/02/22 | Analysis of case law regarding ability to quash Rule 2004 requests. | EB | 0.90 | 292.50 |
| 05/02/22 | Communications with B. Knapp re: various versions of the protective order. | ALL | 0.30 | 37.50 |
| 05/02/22 | Analysis of draft declaration regarding discovery issues. | SJH | 0.20 | 65.00 |
| 05/02/22 | Review and analyze draft U.S. Trustee discovery (0.8); evaluate potential response to U.S. Trustee discovery and begin preparing response (1.2). | ND | 2.00 | 1,000.00 |

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 9

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/02/22 | Receipt and review of UST draft 2004 exam motion and comment on the same (1.0) Correspond via email and multiple calls with counsel for UST (Ms. George) regarding document and declaration request and work on gathering requested documents (2.5) Call with state court counsel on document review (1.0) Correspond on document production (0.4) | OFK | 4.90 | 2,450.00 |
| 05/02/22 | Review and analyze email correspondence and other materials potentially responsive to the U.S. Trustee's demands (1.7); draft, edit, and revise a Declaration regarding my knowledge of the alleged leaks and other matters (0.5); further review and analyze email documentation in preparation for production (0.7). | WSB | 2.90 | 1,450.00 |
| 05/03/22 | Conference with attorneys B. Knapp and E. Boylan regarding litigation hold for subpoena for multiple custodians and import data for indexing and searching for review for production. | EB | 1.30 | 162.50 |
| 05/03/22 | Prepare for and participate in call with UST counsel regarding declarations and Rule 2004 / documents (1.3) Work on document production (1.0) | OFK | 2.30 | 1,150.00 |
| 05/03/22 | Identify strategy for responding to U.S. Trustee discovery requests (0.2). Draft reservation of rights language for same (0.6). | ND | 0.80 | 400.00 |
| 05/03/22 | Email to B. Knapp concerning discovery declaration. | SJH | 0.10 | 32.50 |
| 05/03/22 | Continued analysis of case law regarding ability to quash Rule 2004 requests and proper response thereto. | EB | 1.40 | 455.00 |
| 05/03/22 | Draft objections and responses to Rule 2004 notices. | EB | 3.30 | 1,072.50 |
| 05/03/22 | Continue preparing document collection for Rule 2004 process (1.2); analysis of key documents to include in production (0.4); draft responses and objections for Rule 2004 request (1.1); conference with US Trustee counsel regarding examinations (0.5). | BCK | 3.20 | 1,360.00 |
| 05/03/22 | Review and analyze of potential responsive documents and email in connection with U.S. Trustee investigation (1.0); finalize review and correspond via email with Mr. Knapp about this matter (0.1); forward executed declaration to Mr. Knapp for delivery to the U.S. Trustee's office (0.1). | WSB | 1.20 | 600.00 |
| 05/04/22 | Multiple email correspondences with the Committee professional team regarding document-production issues and related matters (0.4); further review various electronic documents and forward produced documents to the Firm's IT department for further review (0.8); analyze production issues with Brad Knapp (0.2). | WSB | 1.40 | 700.00 |
| 05/04/22 | Revise responses and objections to U.S. Trustee discovery requests. | EB | 2.10 | 682.50 |
| 05/04/22 | Prepare search terms for document productions (0.5); continue gathering responsive documents for Rule 2004 examination (1.2); conference with G. Coulon regarding declaration (0.4); additional correspondence to collect remaining declarations (0.5); review Rule 2004 orders (0.4); correspondence with US Trustee regarding Rule 2004 examination process (0.1); revise responses to Rule 2004 requests to Redaction and to Redaction (1.3). | BCK | 4.40 | 1,870.00 |
| 05/04/22 | Revise and edit declaration concerning use of discovery materials (.4); email to B. Knapp and S. Bryant concerning the same (.2); analysis of Locke Lord records in connection with the declaration (.3). | SJH | 0.90 | 292.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 10

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/04/22 | Prepare for and meet with counsel on Rule 2004 document responses (2.0) Continued work on document production (0.9) Multiple correspondence on UST 2004 motion to UST rep and related document production requests/document searches (1.5) | OFK | 4.40 | 2,200.00 |
| 05/04/22 | Draft/revise my declaration in response to the US Trustee's Rule 2004 request for production (0.7), internal communications pertaining to Committee declarations (0.4) | NWD | 1.10 | 357.50 |
| 05/04/22 | Further revise and edit discovery responses. | ND | 0.20 | 100.00 |
| 05/05/22 | Edit and revise Trustee discovery responses (0.3). | ND | 0.30 | 150.00 |
| 05/05/22 | Facilitate execution of Declaration of George Coulon, including telephone calls to Mr. Coulon (0.4); revise and execute declaration of Natalie Dawson in response to U.S. Trustee's Rule 2004 examination (0.4). | NWD | 0.80 | 260.00 |
| 05/05/22 | Review, revise, and execute Declaration in connection with the Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and / or its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of the Protective Order. | ALL | 1.40 | 175.00 |
| 05/05/22 | Revise and edit declaration concerning use of discovery materials (.2); email to B. Knapp and S. Bryant concerning the same (.1). | SJH | 0.30 | 97.50 |
| 05/05/22 | Continued revisions to responses to Rule 2004 requests. | EB | 0.80 | 260.00 |
| 05/05/22 | Begin review of documents for production to US Trustee. | EB | 0.20 | 65.00 |
| 05/05/22 | Correspond via email with Brad Knapp about document production issues (0.2); correspond via email with Steve Humeniuk concerning his declaration (0.1). | WSB | 0.30 | 150.00 |
| 05/05/22 | Draft, review and revise discovery responses. | PGE | 0.50 | 250.00 |
| 05/05/22 | Revise responses to Rule 2004 examination requests (0.5); begin reviewing documents to identify refinement of search terms (2.1); analysis of privilege review next steps (0.4); review domain list related to document collection (0.4); review additional Rule 2004 motions and orders (0.5). | BCK | 3.90 | 1,657.50 |
| 05/05/22 | Multiple correspondence /prep on document production requests (0.8) Review, revise and comment on draft responses to multiple UST 2004 motions (1.0) Call with B. Knapp to review /discuss responses/production (0.6) | OFK | 2.40 | 1,200.00 |
| 05/06/22 | Data analysis and review- finalize processing email communications and file data and run-terms (0.6); cull data and export to database for review (0.5); meet with document reviewers regarding final review set and review protocol (1.0). | EB | 2.10 | 262.50 |
| 05/06/22 | Confer with review team regarding review of documents in response to US Trustee. | EB | 1.00 | 325.00 |
| 05/06/22 | Review documents for production to US Trustee for Rule 2004 examination. | EB | 1.00 | 325.00 |
| 05/06/22 | Conference with Eric Boyd and document-review team to discuss review protocol for locating responsive materials to Trustee's subpoena | NP | 1.00 | 125.00 |
| 05/06/22 | Perform data analysis and review and further stage materials for review (1.4), create batches for review (0.6) | NP | 2.00 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 11

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/06/22 | Prepare document review guidelines (0.6); continue reviewing documents for production (1.2); analysis of revisions to written discovery (0.4); train document review attorneys for Rule 2004 document review (1.0); continue reviewing Rule 2004 orders (0.3); conference with committee members and counsel regarding next steps for Rule 2004 process (1.1); continue coordinating declarations regarding protective order issues (1.2). | BCK | 5.80 | 2,465.00 |
| 05/06/22 | Confer with Brad Knapp and the document-review team regarding document review for production to US Trustee for Rule 2004 examination | EH | 1.00 | 325.00 |
| 05/06/22 | Internal training in preparation for document review and production to US Trustee in connection with the US Trustee's Rule 2004 examination (1.0); Review documents for production to US Trustee in connection with its Rule 2004 examination (3.3) | NWD | 4.30 | 1,397.50 |
| 05/06/22 | Finalize declaration concerning use of discovery materials (.1); email to B. Knapp concerning the same (.1). | SJH | 0.20 | 65.00 |
| 05/06/22 | Prepare for team call on document production / privilege issues (1.0) Multiple correspondence with UST regarding Rule 2004 documents requests and work on the same (0.7) | OFK | 1.70 | 850.00 |
| 05/06/22 | Confer with Brad Knapp and the document-review team regarding document review for production to U.S. Trustee for Rule 2004 examination. | LA | 1.00 | 325.00 |
| 05/06/22 | Determine strategy for responding to discovery responses, objections, and document collection and review (1.3). Call with review team regarding same (0.9). | ND | 2.20 | 1,100.00 |
| 05/06/22 | Confer with Brad Knapp and the document-review team concerning document review in response to U.S. Trustee's Rule 2004 examination. | CAA | 1.00 | 325.00 |
| 05/06/22 | Assist with document collection in connection with Rule 2004 examination. | ALL | 0.60 | 75.00 |
| 05/06/22 | Review documents for upcoming production to the U.S. Trustee in reply to the U.S. Trustee's document demands in its Rule 2004 examination. | CAA | 3.20 | 1,040.00 |
| 05/06/22 | Conduct document review for production to U.S. Trustee for Rule 2004 examination. | LA | 1.00 | 325.00 |
| 05/07/22 | Continue preparing document production for Rule 2004 examination. | BCK | 0.30 | 127.50 |
| 05/07/22 | Conduct document review for production to U.S. Trustee for Rule 2004 examination. | LA | 3.50 | 1,137.50 |
| 05/07/22 | Review documents for production to US Trustee for Rule 2004 examination | EH | 4.90 | 1,592.50 |
| 05/07/22 | Review documents for production to US Trustee for Rule 2004 examination. | EB | 2.00 | 650.00 |
| 05/08/22 | Conduct document review for production to U.S. Trustee for Rule 2004 examination. | LA | 4.60 | 1,495.00 |
| 05/08/22 | Review documents for production to US Trustee for Rule 2004 examination (2.0) | NWD | 2.00 | 650.00 |
| 05/08/22 | Review documents for production to US Trustee for Rule 2004 examination | EH | 4.60 | 1,495.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 12

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/22 | Review documents for upcoming production to the US Trustee in connection with Rule 2004 examination. | CAA | 1.80 | 585.00 |
| 05/09/22 | Assist with document collection in connection with Rule 2004 examination. | ALL | 1.20 | 150.00 |
| 05/09/22 | Conduct document review for production to U.S. Trustee for Rule 2004 examination. | LA | 1.50 | 487.50 |
| 05/09/22 | Review documents for production to US Trustee for Rule 2004 examination (1.8) | NWD | 1.80 | 585.00 |
| 05/09/22 | Further analyze document production and prepare reply to UST 2004 request (1.5) | OFK | 1.50 | 750.00 |
| 05/09/22 | Review documents for upcoming production to the U.S. Trustee in connection with Rule 2004 examination. | CAA | 0.50 | 162.50 |
| 05/09/22 | Create QC searches for responsive & privilege reviews | NP | 1.50 | 187.50 |
| 05/09/22 | Continue coordinating document review and production for Rule 2004 examination (1.2); revise responses to Rule 2004 examination requests (0.5). | BCK | 1.70 | 722.50 |
| 05/09/22 | Address preparation of discovery responses and various telephone conferences regarding same. | PGE | 0.30 | 150.00 |
| 05/09/22 | Review and edit revised responses to U.S. Trustee production requests. | PGE | 0.40 | 200.00 |
| 05/09/22 | Review documents for production to US Trustee for Rule 2004 examination. | EB | 1.90 | 617.50 |
| 05/09/22 | Develop strategy for responding to Trustee Rule 2004 requests and revise responses. | EB | 0.50 | 162.50 |
| 05/09/22 | Conference with attorneys B. Knapp and R. Kuebel regarding first-level review in response to U.S. Trustee subpoena (0.3); run searches to identify next-level review, isolate documents and create work folder for review for B. Knapp (1.1). | EB | 1.40 | 175.00 |
| 05/10/22 | Import additional documents to database for review for production (0.4); run terms to cull specified items from review and prepare query for review of all documents marked for production for B. Knapp review (0.9) | EB | 1.30 | 162.50 |
| 05/10/22 | Continued work on document production (0.6) | OFK | 0.60 | 300.00 |
| 05/10/22 | Address document regarding document review process with Nick Dickerson. | EB | 0.20 | 65.00 |
| 05/10/22 | Further review and analysis of 2004 notice responses. | PGE | 0.40 | 200.00 |
| 05/10/22 | Search for documents in connection with Rule 2004 production process and provide link to attorney | NP | 0.20 | 25.00 |
| 05/10/22 | Continue preparing document production for Rule 2004 examination (1.2); revise discovery responses to Rule 2004 (0.3). | BCK | 1.50 | 637.50 |
| 05/10/22 | Supervise document review process and further strategize in connection with the responses to the U.S. Trustee Rule 2004 examination. | ND | 0.10 | 50.00 |
| 05/11/22 | Supervise and conduct further document production in connection with U.S. Trustee Rule 2004 examination. | ND | 0.10 | 50.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 13

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/11/22 | Assist with document collection in connection with Rule 2004 examination. | ALL | 0.60 | 75.00 |
| 05/11/22 | Continued work on document production and 2004 reply (2.0). | OFK | 2.00 | 1,000.00 |
| 05/11/22 | Continue reviewing documents to prepare for production in Rule 2004 examination (3.2); analysis of privilege log issues (0.4). | BCK | 3.60 | 1,530.00 |
| 05/11/22 | Continued revisions to Rule 2004 responses. | EB | 0.40 | 130.00 |
| 05/11/22 | Review edits to document-production response and correspondence regarding same. | PGE | 0.40 | 200.00 |
| 05/11/22 | Preparation for 2004 examination. | PGE | 0.60 | 300.00 |
| 05/11/22 | Review and correspond regarding documents / prepare for 2004 examination (1.2) | OFK | 1.20 | 600.00 |
| 05/11/22 | Download materials from Pachulski Stang's share site and post to database for review for production (0.1); run queries to isolate missing materials from production set and send to B. Knapp for correction (1.0); run through QC list from B. Knapp of corrective measures and redactions and prepare electronic document production (0.9); export to PDF format for B. Knapp review (0.1). | EB | 2.10 | 262.50 |
| 05/12/22 | Add additional materials to database for production and prepare final document production in response to subpoena (0.5); prepare detailed privilege log with privilege reasons and export for attorney review (1.0) | EB | 1.50 | 187.50 |
| 05/12/22 | Continue preparing document production (2.0); revise discovery responses to provide additional information regarding production (1.0); analyze privilege log issues (0.4); review additional Rule 2004 responses from other committee members (0.5); assemble additional materials for deposition preparation efforts for Rule 2004 examination (0.8). | BCK | 4.70 | 1,997.50 |
| 05/12/22 | Revise privilege log for production of documents in response to Rule 2004 requests from US Trustee. | EB | 1.10 | 357.50 |
| 05/12/22 | Correspond with Litigation Support regarding database for review and production. | PGE | 0.60 | 300.00 |
| 05/12/22 | Receive and review various correspondence and attachments regarding 2004 examination. | PGE | 0.80 | 400.00 |
| 05/12/22 | Preparation for Redaction 2004 examination. | PGE | 1.90 | 950.00 |
| 05/12/22 | Continued work on document productions/2004 response (1.2) Call with Mr. Caine regarding UCC reply. (0.5) | OFK | 1.70 | 850.00 |
| 05/12/22 | Edit and revise responses to Trustee discovery production and privilege log. | ND | 0.20 | 100.00 |
| 05/13/22 | Review and analyze email correspondence and related transcripts | PGE | 1.50 | 750.00 |
| 05/13/22 | Prepare to defend Redaction 2004 examination. | PGE | 2.50 | 1,250.00 |
| 05/13/22 | Review draft privilege log in connection with Rule 2004 examination (0.5); analysis of additional document review and production needs (0.5); analysis of next steps to prepare witnesses for examination (0.4). | BCK | 1.40 | 595.00 |
| 05/13/22 | Communications with B. Knapp re: procedure for filing reply brief. | ALL | 0.30 | 37.50 |

127741681v.2

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 14

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/22 | Continued revisions to privilege log for production of documents in response to Rule 2004 requests form US Trustee. | EB | 1.60 | 520.00 |
| 05/13/22 | Data analysis and review- edit privilege log to include privilege reasons and export for E. Boylan. | EB | 0.40 | 50.00 |
| 05/13/22 | Receipt and review of numerous correspondence regarding production of documents/privilege log (1.0) Receipt and review of multiple emails from UST and work with B. Knapp on responses (0.4) | OFK | 1.40 | 700.00 |
| 05/15/22 | Review documents marked privilege in connection with Rule 2004 examination. | BCK | 3.20 | 1,360.00 |
| 05/16/22 | Analysis of Everlaw record issues for supplemental document production in Rule 2004 examination process (0.8); coordinate supplemental document production (0.4); begin reviewing revised privilege log (0.6); analysis of deposition preparation issues ███ ████████ n (0.5); review supplemental production (0.5). | BCK | 2.80 | 1,190.00 |
| 05/16/22 | Prepare electronic document production and post to encrypted share site (0.7); prepare privilege log with privilege reasons for B. Knapp and E. Boylan (0.7) | EB | 1.40 | 175.00 |
| 05/16/22 | Meet with ████████ to prepare for deposition by the U.S. Trustee. | PGE | 1.70 | 850.00 |
| 05/16/22 | Preparation and follow up telephone conferences regarding ████████ deposition. | PGE | 2.70 | 1,350.00 |
| 05/16/22 | Review produced documents, correspondence and UST subpoena ███ ████████████ (1.5) Meet with counsel ████████ ████████ (1.7) Multiple emails with UST/Amanda on documents /additional requests (0.5) | OFK | 3.70 | 1,850.00 |
| 05/17/22 | Redaction ████████████████████████████████████████ | OFK | 5.70 | 2,850.00 |
| 05/17/22 | Review additional Rule 2004 notice. | BCK | 0.20 | 85.00 |
| 05/17/22 | Prepare for ████████ 2004 examination. | PGE | 2.80 | 1,400.00 |
| 05/17/22 | Telephone conference regarding next steps following deposition and follow up in connection with this same matter | PGE | 1.20 | 600.00 |
| 05/18/22 | Various follow up telephone conferences regarding 2004 examination and next steps. | PGE | 0.90 | 450.00 |
| 05/20/22 | Review additional Rule 2004 notices (0.3); prepare for defense of Rule 2004 examination (0.3). | BCK | 0.60 | 255.00 |
| 05/20/22 | Multiple emails on discovery/production (0.4); review multiple court notices on UST discovery and correspond regarding the same (0.5) | OFK | 0.90 | 450.00 |
| 05/21/22 | Correspondence with S. Gisleson regarding Rule 2004 examinations. | BCK | 0.10 | 42.50 |
| 05/23/22 | Review invoices since January 2022 and determine the fee amounts allocated to protective-order issues (1.0). | WSB | 1.00 | 500.00 |
| 05/23/22 | Review documents produced related to upcoming Rule 2004 examination (0.6); prepare for Rule 2004 examination (0.4); correspondence with US Trustee regarding upcoming examination (0.1). | BCK | 1.10 | 467.50 |
| 05/24/22 | Attend US Trustee Rule 2004 examination to defend ████████ privilege (2.2): review revised privilege log for production (0.4). | BCK | 2.60 | 1,105.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 15

**B190 Other Contested Matters**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/24/22 | Review and analyze previous entries to determine which entries relate to the alleged protective order violations (2.0). | WSB | 2.00 | 1,000.00 |
| 05/24/22 | Draft privilege log for Rule 2004 disclosures. | EB | 0.50 | 162.50 |
| 05/25/22 | Revise Rule 2004 privilege log. | EB | 0.70 | 227.50 |
| 05/25/22 | Revise fee application addendum related to Rule 2004 examination and protective order investigation. | BCK | 0.50 | 212.50 |
| 05/25/22 | Further review existing invoices and identify time entries related to the alleged protective order violations (0.8). | WSB | 0.80 | 400.00 |
| 05/27/22 | Complete review and analysis of all previous invoices to determine which entries relate to protective order violations (2.5); correspond via email with Brad Knapp concerning these entries (0.1). | WSB | 2.60 | 1,300.00 |
| 05/31/22 | Finalize the analysis of time entries related to protective order violations (0.2); correspond via email with Rick Kuebel about these matters (0.1). | WSB | 0.30 | 150.00 |
| 05/31/22 | Correspond on UST investigation questions from Amanda George (0.3). | OFK | 0.30 | 150.00 |
| | | | **203.40** | **$79,537.50** |

**B195 Non-Working Travel**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/05/22 | Travel time to and from George Coulon's residence to obtain executed declaration in response to U.S. Trustee Rule 2004 examination (3.0). | NWD | 3.00 | 975.00 |
| | | | **3.00** | **$975.00** |

**B310 Claims Administration and Objections**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/05/22 | Review and update list of claimants with names and addresses of newly filed claims. | ALL | 0.50 | 62.50 |
| 05/09/22 | Call with victim counsel regarding claim information and documents (0.6); review documents provided (0.9). | OFK | 1.50 | 750.00 |
| 05/09/22 | Conferences with multiple claimants regarding Claro retention application. | BCK | 0.60 | 255.00 |
| 05/10/22 | Conferences with claimants regarding Claro retention. | BCK | 0.40 | 170.00 |
| 05/10/22 | Communications with B. Knapp re: correct address for claimant. | ALL | 0.30 | 37.50 |
| 05/10/22 | Follow-up calls with Claro Group personnel regarding claims questions (0.7) | OFK | 0.70 | 350.00 |
| 05/11/22 | Conferences with multiple claimants regarding Claro retention application. | BCK | 1.40 | 595.00 |
| 05/13/22 | Conferences with claimants regarding Claro retention issues. | BCK | 0.50 | 212.50 |
| 05/17/22 | Review and update list of claimants with names and addresses of newly filed claims. | ALL | 1.60 | 200.00 |
| 05/18/22 | Conference with claimant regarding Claro retention issues (0.3); review minute order regarding Claro retention (0.1); coordinate submission of Claro order (0.1). | BCK | 0.50 | 212.50 |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/20/22 | Conference with claimant regarding Claro retention (0.2); correspondence with Claro regarding protective order acknowledgements and guidelines (0.3). | BCK | 0.50 | 212.50 |
| 05/23/22 | Review returned envelopes from mailing of the Claro Employment Application on the claimants (.10); review claims re: potential email addresses for sending the Claro Application (.20). | ALL | 0.30 | 37.50 |
| 05/24/22 | Communications with B. Knapp re: returned mailing to claimants of the Claro Employment Application (.20); communications with claimant re: the Claro Employment Application (.10); review and update addresses of claimants (.30). | ALL | 0.60 | 75.00 |
| | | | **9.40** | **$3,170.00** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/03/22 | Prepare for and participate in call with ANO counsel on multiple asset /plan issues (1.2) Follow-up call with co-counsel regarding assets/mediation (0.5) | OFK | 1.70 | 850.00 |
| 05/03/22 | Correspond regarding meeting with future rep and hold scheduling call Redaction n (0.4) | OFK | 0.40 | 200.00 |
| 05/04/22 | Draft and revise non-monetary and child-protection provisions for inclusion in Debtor's forthcoming Chapter 11 plan (1.4) | OFK | 1.40 | 700.00 |
| 05/05/22 | Multiple correspondence /document review to prepare for meeting with future rep on future rep requests (0.7) | OFK | 0.70 | 350.00 |
| 05/06/22 | Prepare for and participate in call with Redaction future rep (1.2) | OFK | 1.20 | 600.00 |
| 05/09/22 | Prepare for and participate in call to prepare for plan mediation and work agenda of mediation issues (2.0). | OFK | 2.00 | 1,000.00 |
| 05/09/22 | Correspond via email with Brad Knapp about the forthcoming mediation session and potential topics to address in that session (0.2); meet with the Committee professional team to identify and address key issues to address in next month's in-person Committee meeting and mediation session (1.6). | WSB | 1.80 | 900.00 |
| 05/09/22 | Analysis of next steps for committee meetings for mediation preparation. | BCK | 1.60 | 680.00 |
| 05/10/22 | Conference with Debtors' counsel regarding plan mediation next steps. | BCK | 1.10 | 467.50 |
| 05/10/22 | Conference with committee counsel, state court counsel, and committee chair regarding upcoming plan mediation session and strategy. | BCK | 1.40 | 595.00 |
| 05/10/22 | Prepare for and participate in weekly call with Debtor with focus on plan mediation discussion (1.3) Continued work on plan mediation agenda and non-monetary child protection provisions (NO CHARGE--1.3) | OFK | 1.30 | 650.00 |
| 05/11/22 | Work on mediation outline and plan (0.7); further edit child-protection plan provisions (0.7) | OFK | 1.40 | 700.00 |
| 05/11/22 | Conference with committee chair regarding preparations for plan mediation. | BCK | 0.50 | 212.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 17

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/11/22 | Analyze with Brad Knapp various issues and other matters to address during the forthcoming mediation session (0.4); prepare for the mediation session and in-person Committee meeting by further identifying issues to raise during the mediation session and the in-person meeting (0.2). | WSB | 0.60 | 300.00 |
| 05/13/22 | Review of multiple emails regarding plan mediation issues and reply to the same (0.6) | OFK | 0.60 | 300.00 |
| 05/16/22 | Correspond and work on child protection/plan inserts (0.9) Work on plan mediation agenda (0.5) | OFK | 1.40 | 700.00 |
| 05/16/22 | Correspond via email with Brad Knapp regarding various issues related to the removal of certain confidentiality designations on key documents. | WSB | 0.20 | 100.00 |
| 05/17/22 | Review initial draft of non-monetary plan provisions. | BCK | 1.40 | 595.00 |
| 05/17/22 | Work on non-monetary / child protection plan provisions and correspond regarding the same (0.8--NO CHARGE) | OFK | 0.00 | 0.00 |
| 05/17/22 | Conference with Debtors' counsel regarding pending motions and planning for initial mediation session (0.9); analysis of potential facility issues and structure for mediation (0.4). | BCK | 1.30 | 552.50 |
| 05/18/22 | Work on non-monetary / child protection plan inserts (1.3) Discuss plan mediation with Mr. Stang and correspond regarding mediation prep (1.6) | OFK | 2.90 | 1,450.00 |
| 05/19/22 | Call with Mr. Stang regarding court ruling and mediation strategy (0.6) Continued work on drafting non-monetary /child protection plan provisions. (2.0) | OFK | 2.60 | 1,300.00 |
| 05/20/22 | Review proposal regarding mediation schedule (0.4); analysis of potential revisions and additions (0.1). | BCK | 0.50 | 212.50 |
| 05/20/22 | Revise non-monetary plan provisions. | BCK | 2.90 | 1,232.50 |
| 05/20/22 | Revise, review and discuss working draft of non-monetary /child protection plan protections (2.0) Correspond via email with bankruptcy-counsel team concerning non-monetary plan provisions (0.5) | OFK | 2.50 | 1,250.00 |
| 05/22/22 | Begin reviewing proposed schedule for committee meetings in preparation for mediation. | BCK | 0.30 | 127.50 |
| 05/23/22 | Correspondence with Committee regarding in person meetings and mediation schedule (0.4); analysis of draft agenda for Committee meetings (0.5); analysis of proposed Archdiocese mediation agenda (0.4). | BCK | 1.30 | 552.50 |
| 05/24/22 | Revise non-monetary plan provisions to incorporate additional protections. | BCK | 1.90 | 807.50 |
| 05/25/22 | Review revisions to non-monetary plan terms. | BCK | 1.60 | 680.00 |
| 05/25/22 | Multiple correspondence on draft of non-monetary /child protection plan provisions and review/revise same (1.2) | OFK | 1.20 | 600.00 |
| 05/26/22 | Analysis of ANO asset summaries in preparation for mediation (1.1); correspondence with committee regarding mediation (0.1). | BCK | 1.20 | 510.00 |
| 05/27/22 | Analysis of asset summary materials and claims summary materials in preparation for in person committee meetings and mediation. | BCK | 2.10 | 892.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 18

| B320 Plan and Disclosure Statement | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/27/22 | Begin reviewing information related to restricted assets in preparation for mediation. | BCK | 0.80 | 340.00 |
| 05/27/22 | Receipt and review of multiple correspondence with UCC members regarding plan mediation preparation (1.2) | OFK | 1.20 | 600.00 |
| 05/30/22 | Correspond regarding non-monetary /child protection plan provisions (0.6) Correspond regarding mediation preparation (0.8) | OFK | 1.40 | 700.00 |
| 05/30/22 | Correspondence with M. Mintz regarding mediation preparations and scheduling issues. | BCK | 0.10 | 42.50 |
| 05/31/22 | Review and revise current draft with non-monetary /child protection plan inserts and comment on the same (1.7--NO CHARGE) Work on mediation prep and correspond with UCC co-chair regarding the same (1.6) | OFK | 1.60 | 800.00 |
| 05/31/22 | Conference with M. Mintz regarding mediation preparations. | BCK | 0.50 | 212.50 |
| 05/31/22 | Review real estate summaries to prepare presentation for committee meeting (1.2); continued analysis of for committee meeting regarding mediation preparation (1.1); prepare logistics for committee meeting and mediation sessions (0.5). | BCK | 2.80 | 1,190.00 |
| | | | 51.40 | $23,952.50 |

**TOTAL FEES** $157,025.00

**TIMEKEEPER SUMMARY:**

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.30 | $1,827.50 |
| W.S. Bryant | Partner | $500.00 | 1.90 | $950.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.20 | $150.00 |
| | | | 7.40 | $2,927.50 |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.30 | $1,827.50 |
| O. F. Kuebel | Partner | $500.00 | 9.80 | $4,900.00 |
| W.S. Bryant | Partner | $500.00 | 4.70 | $2,350.00 |
| A. H. Katz | Of Counsel | $450.00 | 14.70 | $6,615.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.60 | $200.00 |
| | | | 35.10 | $15,892.50 |

127741681v.2

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 19

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.50 | $1,250.00 |
| W.S. Bryant | Partner | $500.00 | 3.70 | $1,850.00 |
| | | | **6.20** | **$3,100.00** |

### B150    Meetings & Communications with Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.50 | $3,187.50 |
| O. F. Kuebel | Partner | $500.00 | 10.10 | $5,050.00 |
| W.S. Bryant | Partner | $500.00 | 5.60 | $2,800.00 |
| | | | **23.20** | **$11,037.50** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.40 | $1,870.00 |
| W.S. Bryant | Partner | $500.00 | 12.20 | $6,100.00 |
| A.L. Lohr | Paralegal | $125.00 | 14.90 | $1,862.50 |
| | | | **31.50** | **$9,832.50** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.80 | $400.00 |
| W.S. Bryant | Partner | $500.00 | 12.40 | $6,200.00 |
| | | | **13.20** | **$6,600.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 49.00 | $20,825.00 |
| N. Dickerson | Partner | $500.00 | 5.90 | $2,950.00 |
| O. F. Kuebel | Partner | $500.00 | 34.70 | $17,350.00 |
| P. G. Eisenberg | Partner | $500.00 | 19.20 | $9,600.00 |
| W.S. Bryant | Partner | $500.00 | 12.50 | $6,250.00 |
| C.A. Armstrong | Associate | $325.00 | 6.50 | $2,112.50 |
| E. Boylan | Associate | $325.00 | 21.20 | $6,890.00 |
| E. Hoy | Associate | $325.00 | 10.50 | $3,412.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 20

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| L. Albarran | Associate | $325.00 | 11.60 | $3,770.00 |
| N. Dawson | Associate | $325.00 | 10.00 | $3,250.00 |
| S. J. Humeniuk | Associate | $325.00 | 1.70 | $552.50 |
| A.L. Lohr | Paralegal | $125.00 | 4.40 | $550.00 |
| E. Boyd | Litigation Supp | $125.00 | 11.50 | $1,437.50 |
| N. Peterson | Litigation Supp | $125.00 | 4.70 | $587.50 |
| | | | **203.40** | **$79,537.50** |

### B195    Non-Working Travel

| | | | | |
|---|---|---|---|---|
| N. Dawson | Associate | $325.00 | 3.00 | $975.00 |
| | | | **3.00** | **$975.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 3.90 | $1,657.50 |
| O. F. Kuebel | Partner | $500.00 | 2.20 | $1,100.00 |
| A.L. Lohr | Paralegal | $125.00 | 3.30 | $412.50 |
| | | | **9.40** | **$3,170.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 23.30 | $9,902.50 |
| O. F. Kuebel | Partner | $500.00 | 25.50 | $12,750.00 |
| W.S. Bryant | Partner | $500.00 | 2.60 | $1,300.00 |
| | | | **51.40** | **$23,952.50** |

## TIMEKEEPER SUMMARY TOTALS

| | | |
|---|---|---|
| | **383.80** | **$157,025.00** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 46.30 |
| | Westlaw Research | 779.25 |
| 05/06/22 | Services Rendered 49386, Alliance Overnight Document Service LLC, Postage for docket #1479, 1481, 1483 | 318.43 |

127741681v.2

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 28, 2022
Invoice No.: 1731314
Page: 21

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/12/22 | Messenger Service 49453, Alliance Overnight Document Service LLC, Print and mailout of Doc #1481 & 1483 | 2,157.18 |
| 05/19/22 | Messenger Service 49465, Alliance Overnight Document Service LLC, printing and postage | 100.28 |
| | TOTAL EXPENSES | $3,401.44 |

| | |
|---|---|
| TOTAL FEES | $157,025.00 |
| TOTAL EXPENSES | $3,401.44 |
| TOTAL FEES AND EXPENSES | $160,426.44 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

127741681v.2



**Locke Lord** LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chairman

June 28, 2022
Invoice No.: 1731314

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through May 31, 2022

      File Number: 0107766.00001
      RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................... $157,025.00

Total Expenses ................................................................................................................ $3,401.44

Total Due this Statement................................................................................................. $160,426.44

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

127741681v.2

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chairman

July 26, 2022
Invoice No.: 1736690

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2022                                      $192,855.16

| File Number: | 0107766.00001 |
| Re: | Bankruptcy of the Archdiocese of New Orleans |

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/22 | Communications with B. Knapp re: returned mailing to claimants of the Claro Employment Application (.20); review and update addresses of claimants (.10). | ALL | 0.30 | 37.50 |
| 06/13/22 | Conference with mailroom re: preparation of envelopes for mass mailing to claimants. | ALL | 0.20 | 25.00 |
| 06/13/22 | Teleconference with the Louisiana Division of Adult Probation and Parole, Jefferson District Office re: obtaining current address for claimant. | ALL | 0.10 | 12.50 |
| 06/14/22 | Teleconference with the Louisiana Division of Adult Probation and Parole, Jefferson District Office re: obtaining current address for claimant (.10); draft letter to parole officer requesting current address of claimant (.60). | ALL | 0.70 | 87.50 |
| 06/14/22 | Conference with M. Mintz and additional debtor counsel regarding mediation follow up and information needs. | BCK | 1.30 | 552.50 |
| 06/14/22 | Teleconference with B. Knapp re: addresses for claimants (.50); email correspondence with B. Knapp re: cover letter for mailing (.20); review certain claims re: method of service (.10); receipt and review email from claims agent re: method of service to claimants (.10). | ALL | 0.90 | 112.50 |
| 06/14/22 | Prepare for and participate in ANO counsel call on multiple issues (1.3) | OFK | 1.30 | 650.00 |
| 06/14/22 | Analysis of service issues for claimants related to recent orders regarding committee constitution. | BCK | 0.60 | 255.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

128308945v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 2

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/14/22 | Communications with the Court and B. Knapp re: status of service for the Show Cause Order (.20); communications with attorney team re: deadline to file redacted invoices identifying attorney and paralegal time spent on services related to the Debtor's Motion for Entry of an Order: (A) Compelling the Tort Committee and/or Its Counsel to Answer Identified Questions, and (B) Setting an Evidentiary Hearing on Sanctions for Violation of Protective Order (.10). | ALL | 0.30 | 37.50 |
| 06/15/22 | Review list of claimants from claims agent (1.00); communications with B. Knapp re: revisions to list of claimants (.50); communication with claims agent re: withdrawn claim (.20); communications with B. Knapp re: mailing of the Claro Employment Application to new claimant (.20); coordinate mailing to claimant re: the Claro Employment Application (.20); compile list of claimants requesting service of documents via email or cell phone (1.10); draft email to B. Knapp re: list claimants (.20). | ALL | 3.40 | 425.00 |
| 06/15/22 | Review, finalize, and send letter to the Louisiana Division of Adult Probation and Parole Jefferson District Office re: obtaining current address for claimant. | ALL | 0.20 | 25.00 |
| 06/15/22 | Continue preparing service list for survivor claimants following return mail and updated Donlin information. | BCK | 0.80 | 340.00 |
| 06/15/22 | Review stipulation extending response deadline in adversary proceeding. | BCK | 0.20 | 85.00 |
| 06/16/22 | Communications with claimants re: method of service for mailings. | ALL | 0.30 | 37.50 |
| 06/16/22 | Teleconference with the mailroom re: assistance with mailing to the claimants. | ALL | 0.20 | 25.00 |
| 06/16/22 | Attend hearings regarding lease and discovery status. | BCK | 1.00 | 425.00 |
| 06/16/22 | Review and revise list of addresses of claimants in preparation of mailing (.40); communications with B. Knapp re: method of service for certain claimants and logistics for mailing to claimants (1.0); review and revise mailing matrix of claimants in preparation of mailing/emailing redacted Doc No. 1574 and Doc. No. 1575 (1.90). | ALL | 3.30 | 412.50 |
| 06/16/22 | Review additional Donlin Recano records regarding survivor claimant service methods (1.0); analysis of contact records for telephone contact claimants (0.2); contact additional claimants regarding service methods (0.3). | BCK | 1.50 | 637.50 |
| 06/17/22 | Review and revise mailing matrix of claimants in preparation of mailing/emailing redacted Doc No. 1574 and Doc. No. 1575. | ALL | 0.90 | 112.50 |
| 06/20/22 | Review email addresses in preparation of email service of redacted Doc. No. 1574 and Doc. No. 1575 to claimants. | ALL | 0.10 | 12.50 |
| 06/20/22 | Draft Certificate of Service re: mailing of redacted Doc. No. 1574 and Doc. No. 1575 to claimants (.50); draft Motion to Seal Exhibits 1 and 2 to Certificate of Service (.60). | ALL | 1.10 | 137.50 |
| 06/20/22 | Communications with B. Knapp re: status of mailing redacted Doc. No. 1574 and Doc. No. 1575 to claimants. | ALL | 0.30 | 37.50 |
| 06/21/22 | Draft Certificate of Service re: mailing of redacted Doc. No. 1574 and Doc. No. 1575 to claimants (.10); draft Motion to Seal Exhibits 1 and 2 to the Certificate of Service (.30). | ALL | 0.40 | 50.00 |

128308945v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 3

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B110 Case Administration** | | | |
| 06/21/22 | Communications with B. Knapp re: status of mailing to claimants (.20); prepare email to claimants re: service of redacted Doc. No. 1574 and Doc. No. 1575 (.50); receipt and review of responses from claimants and relay responses to B. Knapp (.50); review returned emails, review claims re: email addresses, compile list of corrected email addresses in preparation of sending second email service, prepare second email to claimants (1.30). | ALL | 2.50 | 312.50 |
| 06/22/22 | Review, finalize, and e-file Motion to Seal Exhibits to Certificate of Service re: mailing of redacted Doc. No. 1574 and Doc. No. 1575 to claimants (.40); review, finalize, and e-file Certificate of Service (.40); coordinate delivery of sealed filing to the Court (.30). | ALL | 1.10 | 137.50 |
| 06/23/22 | Communications with B. Knapp re: exhibits cited in claims chart. | ALL | 0.20 | 25.00 |
| 06/27/22 | Communications with B. Knapp and court reporter re: obtaining transcript from the status conference on June 13th. | ALL | 0.30 | 37.50 |
| 06/28/22 | Prepare for and participate in weekly call with Debtor's counsel (0.9) | OFK | 0.90 | 450.00 |
| | | | **24.40** | **$5,495.00** |
| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
| 06/03/22 | Receipt and review of draft reports from BRG and Rock Creek on ANO consent values (1.3) Correspond regarding the same (0.4) | OFK | 1.70 | 850.00 |
| 06/05/22 | Revise real estate presentation for committee meeting (0.4); meeting with co-counsel to prepare for mediation (0.8). | BCK | 1.20 | 510.00 |
| 06/07/22 | Mediation follow-up on ANO asset in formation requests on real estate and affiliate/insider assets and liabilities (1.1) | OFK | 1.10 | 550.00 |
| 06/08/22 | Analyze additional documents related to asset valuation discovery and related matters  (0.7) | OFK | 0.70 | 350.00 |
| 06/08/22 | Work on ANO/NDCE asset valuation discovery and work on open asset request list and form (2.5) Multiple correspondence with BRG and B. Knapp on ANO asset discovery (0.9) | OFK | 3.40 | 1,700.00 |
| 06/09/22 | Receipt and review of multiple emails regarding mediation /asset discovery requests (0.5) Prepare for and correspond regarding BRG meeting on NDCE asset discovery (0.7) | OFK | 1.20 | 600.00 |
| 06/10/22 | Prepare for and participate in call with BRG to Work on mediator requested info list / asset discovery (1.5) Correspond regarding NDCE assets/2019 (0.4) Read case pleadings /examine filings on NDCE "liability" work by ANO (1.2) Receipt and review of emails regarding recent document production (0.4) | OFK | 3.50 | 1,750.00 |
| 06/10/22 | Correspondence with D. Draper regarding meeting for information exchange. | BCK | 0.10 | 42.50 |
| 06/13/22 | Multiple emails regarding NDCE 2019 statement (0.5) Multiple emails regarding Apostolates' production status (0.4) | OFK | 0.90 | 450.00 |
| 06/15/22 | Review correspondence related to Apostolate information sharing (0.4); analysis of information requests to Debtor following mediation (0.3); review correspondence regarding Apostolate meeting (0.2). | BCK | 0.90 | 382.50 |
| 06/15/22 | Multiple emails / correspondence on NDCE asset discovery with BRG /co-counsel (0.5) | OFK | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 4

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/16/22 | Multiple emails on NDCE asset discovery /FIMS access (0.7) | OFK | 0.70 | 350.00 |
| 06/16/22 | Begin reviewing McEnery real estate report. | BCK | 0.60 | 255.00 |
| 06/16/22 | Receipt and review of Property Reports prepared by The McEnery Company from B. Knapp. | ALL | 0.10 | 12.50 |
| 06/17/22 | Review McEnery real estate report and correspond regarding the same (0.6) Multiple emails/correspondence on NDCE asset discovery /FIMS access meeting (0.5) Emails regarding CFO retirement. (0.3) Correspond regarding additional NDCE document reports and discuss the same with Andy Caine (0.7) | OFK | 2.10 | 1,050.00 |
| 06/20/22 | Continue reviewing Debtor real estate report. | BCK | 1.20 | 510.00 |
| 06/20/22 | Prepare for and participate in call regarding NDCE FIMS database access with Mr. Draper. (1.2) | OFK | 1.20 | 600.00 |
| 06/20/22 | Attend Apostolate meeting regarding FIMS database and available documents (1.0); analysis of prior CCF productions and disclosures (0.6). | BCK | 1.60 | 680.00 |
| 06/21/22 | Call with BRG on ANO /Apostolate asset discovery/FIMS access (1.5) | OFK | 1.50 | 750.00 |
| 06/22/22 | Prepare for and participate in call with Debtor's team and McEnery to review real estate report (1.5) follow-up correspondence with Commercial Committee counsel regarding the same (0.7) Follow-up correspondence with UCC team regarding the same (0.8) | OFK | 3.00 | 1,500.00 |
| 06/22/22 | Conference with Debtor and McEnery team regarding property report and potential sales process. | BCK | 1.50 | 637.50 |
| 06/24/22 | Correspond regarding NDCE asset / contribution value (0.5) | OFK | 0.50 | 250.00 |
| 06/27/22 | Continued work on real estate value / divestitures. (0.5) Continued correspondence on NDCE assets / FIMS report data (0.6) | OFK | 1.10 | 550.00 |
| 06/29/22 | Correspond with BRG regarding NDCE asset discovery / FIMs question (0.5) | OFK | 0.50 | 250.00 |
| 06/29/22 | Analysis of materials to produce to Commercial Committee following order approving information sharing. | BCK | 0.50 | 212.50 |
| | | | **31.30** | **$15,042.50** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/09/22 | Multiple correspondence /calls regarding JP school lease on expedited motion. (0.8) | OFK | 0.80 | 400.00 |
| 06/09/22 | Review the Debtor's proposed lease of property to Jefferson Parish (0.2); correspond via email with the Locke Lord and Pachulski Stang teams about this matter (0.1). | WSB | 0.30 | 150.00 |
| 06/10/22 | Correspond via email with the bankruptcy counsel team regarding the Debtor's proposed lease of real property (0.2); draft email to the Debtor explaining the Committee's opposition to expedited consideration of this matter (0.4); forward the email to the Debtor's counsel (0.1); telephone conference with Brooke Altazan of the Commercial Committee about these issues (0.4); telephone conference with Mark Mintz about these matters (0.5). | WSB | 1.60 | 800.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 5

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/10/22 | Work on response to expedited motion request/school lease and discuss objection points with Mr. Bryant (1.1) Forward related emails to Doug Stewart (0.2) | OFK | 1.30 | 650.00 |
| 06/13/22 | Draft, edit, and revise summary of information provided by Mark Mintz concerning the Jefferson Parish lease (1.6); forward the summary to the bankruptcy-counsel team for their review (0.1); analyze issues related to the lease with Rick Kuebel (0.3); begin drafting potential Reservation of Rights/Objection to the Motion (0.4). | WSB | 2.40 | 1,200.00 |
| 06/14/22 | Correspond via email with Steven Bryant regarding the Objection/Reservation of Rights the Debtor's proposed lease of property to JeffCap (0.5); identify additional issues for inclusion in the Reservation of Rights and edit the Reservation (1.0) | OFK | 1.50 | 750.00 |
| 06/14/22 | Follow-up call with Mr. Stang on lease transaction and asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 06/14/22 | Analyze and review with Rick Kuebel various concerns presented by the Debtor's Motion to Approve Lease (0.6); draft, edit, and revise the Objection to the Motion (3.4). | WSB | 4.00 | 2,000.00 |
| 06/15/22 | Review, finalize, and e-file Objection to the Debtor's Expedited Motion for Authority to Lease Property (.50); coordinate service/mailing of Motion (.10). | ALL | 0.60 | 75.00 |
| 06/15/22 | Review service list in preparation for mailing Objection to the Debtor's Expedited Motion for Authority to Lease Property. | ALL | 0.20 | 25.00 |
| 06/15/22 | Draft, edit, and revise the Objection to the Debtor's Motion to Approve the lease at the Lady of Divine Providence parish (3.4); analyze with Rick Kuebel various issues to incorporate into the Objection (0.5); correspond via email with Ashley Lohr regarding the filing of the Objection (0.1); send the draft Objection to the Locke Lord and Pachulski Stang teams for their review and comment (0.3); incorporate further additional revisions into the Objection (1.6); send the Objection to the Committee for their review and comment (0.2); finalize the Objection (0.5); arrange for the filing and service of the Objection (0.2). | WSB | 6.80 | 3,400.00 |
| 06/15/22 | Work on/revise draft objection to emergency lease motion and discuss with Steven Bryant (1.5) Multiple correspondence regarding the same with Commercial Committee counsel (0.8) Call with UCC appraiser on rental value comparables / rent discussion (0.7) | OFK | 3.00 | 1,500.00 |
| 06/16/22 | Extended telephone conference with Brooke Altazan of the Commercial Creditors' Committee and Rick Kuebel to prepare for today's hearing on the Motion to Approve the Our Lady of Divine Providence lease (0.8); further analyze these issues with Rick Kuebel and prepare for today's hearing (0.8); prepare summary of issues and analysis for today's hearing and forward it to Mr. Kuebel (1.1); attend today's hearing on the Motion to Approve (1.0); analyze results of today's hearing with Mr. Kuebel and begin preparing a list of information requested of the Debtor (1.0); forward brief summary of today's events to the Committee for their review (0.4). | WSB | 5.10 | 2,550.00 |
| 06/16/22 | Prepare for, outline arguments/authorities in opposition of emergency motion (1.5) Correspond / call with commercial committee regarding same (0.4) Correspond with UCC member /counsel regarding authority / position on motion to lease (0.8) Prepare for and argue opposition on lease motion (1.5) Follow-up correspondence with UCC and commercial committee regarding the same. (0.5) | OFK | 4.70 | 2,350.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 6

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/17/22 | Draft, edit, and revise email summarizing documents and other information that the Debtor should provide to enable the Committee to review the Our Lady of Divine Providence lease (1.5); forward the email to the bankruptcy counsel team for their review along with key comments regarding the request (0.5); edit and finalize the document request and forward it to Mark Mintz for his review and comment (0.7). | WSB | 2.70 | 1,350.00 |
| 06/17/22 | Correspond regarding preparation of specific information requests on proposed lease between Our Lady of Divine Providence and Jeff Cap (8) | OFK | 0.80 | 400.00 |
| 06/20/22 | Multiple calls and correspondence with debtor, commercial committee counsel and Steve Bryant regarding ANO emergency school lease motion settlement and draft declaration (2.0) | OFK | 2.00 | 1,000.00 |
| 06/20/22 | Review and analyze the additional documents and draft declaration circulated by the Debtor in support of the Our Lady of Divine Providence lease (0.7); telephone conference with Samantha Oppenheim and Todd Gennardo about the lease and related issues (0.6); telephone conference with Brooke Altazan about this matter (0.3); review and analyze the proposed resolution provided by Ms. Oppenheim (0.3); further correspond via email with Ms. Oppenheim about this matter (0.3); review the additional documents and supporting materials provided by the Debtor (0.4). | WSB | 2.60 | 1,300.00 |
| 06/21/22 | Correspond via email with Brooke Altazan regarding the proposed revisions to the OLDP lease (0.3); correspond via email with Brad Knapp about the lease and today's hearing (0.2); review and analyze the proposed agreed order resolving the matter (0.3); correspond via email with Rick Kuebel about this matter (0.1). | WSB | 0.90 | 450.00 |
| 06/21/22 | Prepare for and report to court on real estate /school/lease motion status (0.6) Correspond with Commercial Committee and state court counsel regarding leasing motion (0.7) | OFK | 1.30 | 650.00 |
| 06/22/22 | Review the proposed agreed order resolving the lease of the Our Lady of Divine Providence property (0.2); correspond via email with Samantha Oppenheim informing her that this Committee does not oppose entry of that order (0.1). | WSB | 0.30 | 150.00 |
| 06/22/22 | Correspond regarding school lease resolution (0.5) | OFK | 0.50 | 250.00 |
| 06/24/22 | Receipt and review of leasing order and email regarding the same (0.3) Continued dialog on real estate report with UCC team and counsel for Commercial committee (1.2) | OFK | 1.50 | 750.00 |
| | | | **45.40** | **$22,400.00** |
| | | | | |
| | **B140 Relief from Stay/Adequate Protection Proceedings** | ATTY | HOURS | VALUE |
| 06/08/22 | Attend lift stay hearing. | BCK | 0.20 | 85.00 |
| 06/16/22 | Analysis of prior lift stay rulings and hearing transcripts. | BCK | 1.20 | 510.00 |
| | | | **1.40** | **$595.00** |
| | | | | |
| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
| 06/07/22 | Call / correspondence with UCC members regarding mediation process (0.4) | OFK | 0.40 | 200.00 |

128308945v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 7

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/08/22 | Call from Roger Stetter, counsel for abuse claimant, regarding case status claim valuation and ruling (0.8) | OFK | 0.80 | 400.00 |
| 06/09/22 | Correspondence with counsel for committee members regarding case updates and next steps. | BCK | 0.40 | 170.00 |
| 06/09/22 | Receipt and review of multiple correspondence with Ms. Brittany Wolf (0.9) Receipt and review of Stetter email and reply (0.4) Receipt and review of ANO letter sender, victim email and correspond regarding the same with co-counsel (0.5) | OFK | 1.80 | 900.00 |
| 06/09/22 | Communications with Y. Harrison re: statement received by claimant. | ALL | 0.20 | 25.00 |
| 06/10/22 | Communications with attorney team re: statement received by claimant. | ALL | 0.50 | 62.50 |
| 06/10/22 | Conferences with committee member regarding upcoming committee meetings (0.4); correspondence with counsel for additional committee member regarding meetings and case status (0.2). | BCK | 0.60 | 255.00 |
| 06/10/22 | Receipt and review of Mr. Stetter email and review content. (0.4) | OFK | 0.40 | 200.00 |
| 06/13/22 | Conference among Committee counsel regarding hearing to expand information access and address service issues (0.5); attend hearing on information access issues for Committee (0.5); conference with Donlin Recano regarding claimant service (0.3); analysis of return service from prior claimant service (0.2). | BCK | 1.50 | 637.50 |
| 06/13/22 | Follow-up correspondence with Brittany Wolf regarding UST report / UCC issues (0.9) Multiple emails with Anne Andrews and her team regarding UCC info request (0.8) | OFK | 1.70 | 850.00 |
| 06/13/22 | Correspondence with counsel for committee member regarding information access and document productions (0.5); draft committee agenda for committee meeting (0.2). | BCK | 0.70 | 297.50 |
| 06/14/22 | Meeting with committee and committee counsel regarding case status, pending lease motion, and next steps following mediation. | BCK | 2.00 | 850.00 |
| 06/14/22 | Prepare for weekly UCC meeting, participate in meeting, and provide a detailed report of various matters (1.2) | OFK | 1.20 | 600.00 |
| 06/14/22 | Attend today's meeting of the Committee and address multiple issues during the meeting. | WSB | 2.00 | 1,000.00 |
| 06/15/22 | Prepare for and participate in call with Anne Andrews and team on case status/plan mediation points and issues (1.5) | OFK | 1.50 | 750.00 |
| 06/15/22 | Conference with counsel for committee member regarding prescription issues and next steps in case. | BCK | 1.40 | 595.00 |
| 06/15/22 | Draft correspondence to survivor claimant in response to inquiry (0.4); conference with claimant representative regarding case status (0.2). | BCK | 0.60 | 255.00 |
| 06/16/22 | Conference with survivor claimant regarding case status and plan process. | BCK | 0.40 | 170.00 |
| 06/17/22 | Multiple correspondence with Frank D'Amico's office regarding information requests (0.4) Correspond with victim/state court counsel regarding information requests (0.5) | OFK | 0.90 | 450.00 |
| 06/20/22 | Multiple correspondence /call with state court counsel on plan/plan mediation issues/claims value (1.5) Call with state court counsel on plan mediation issues / claims value (1.3) | OFK | 2.80 | 1,400.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/20/22 | Conference with counsel for multiple claimants regarding case status and next steps in case process (0.5); conference with pro se claimant regarding case status (0.3). | BCK | 0.80 | 340.00 |
| 06/21/22 | Attend today's meeting of the Official Committee of Unsecured Creditors and address multiple issues facing the Committee. | WSB | 2.00 | 1,000.00 |
| 06/21/22 | Attend meeting with committee regarding pending motions and next steps in mediation process. | BCK | 1.80 | 765.00 |
| 06/21/22 | Prepare for and participate in UCC meeting and provide reports to the Committee on multiple issues (2.0) Work on new UCC appointment issues and correspondence (0.5) | OFK | 2.50 | 1,250.00 |
| 06/21/22 | Conference with counsel for committee member regarding mediation status and next steps in plan process. | BCK | 0.50 | 212.50 |
| 06/22/22 | Prepare for and participate in call with new state court counsel on asset and claims discovery (1.5) | OFK | 1.50 | 750.00 |
| 06/22/22 | Conference with counsel for new committee member regarding case status (0.5); conference with multiple pro se claimants regarding case status (0.4). | BCK | 0.90 | 382.50 |
| 06/23/22 | Extended meeting with the new and existing members of the Committee to address multiple issues currently before the Committee. | WSB | 1.70 | 850.00 |
| 06/23/22 | Prepare for and report to re-constituted UCC at new member meeting (1.7) | OFK | 1.70 | 850.00 |
| 06/23/22 | Attend committee meeting to provide overview of committee obligations and case background to newly reconstituted committee (2.0); conference with counsel for committee member regarding case status and next steps in mediation process (1.0); correspondence with committee members regarding upcoming action items (0.3). | BCK | 3.30 | 1,402.50 |
| 06/24/22 | Conferences with claimant regarding recent service items (0.2); conference with counsel for claimant regarding case status (0.5). | BCK | 0.70 | 297.50 |
| 06/27/22 | Correspond via email with Brad Knapp regarding the cancellation of tomorrow's Committee meeting (0.1); schedule next, regular Committee meeting for two weeks away (0.1); further analyze potential issues related to the next Committee meeting (0.2). | WSB | 0.40 | 200.00 |
| 06/27/22 | Multiple correspondence with state court counsel on discovery questions / service concerns (0.7) | OFK | 0.70 | 350.00 |
| 06/27/22 | Conferences with multiple survivor claimants regarding recently served orders and notices. | BCK | 1.30 | 552.50 |
| 06/28/22 | Conference with committee chair regarding recent order service and upcoming committee meetings and mediation preparation. | BCK | 0.80 | 340.00 |
| 06/28/22 | Receipt and review of correspondence from abuse claimant and participate in informational call with claimant (2.5); Receipt and review of victim counsel call regarding late filed claim questions (0.2) Correspond with victim counsel regarding case information question (0.7) | OFK | 3.40 | 1,700.00 |
| 06/29/22 | Work on discussions issues, process and next steps in light of pending federal investigations of the ANO. | PGE | 0.90 | 450.00 |
| 06/29/22 | Review recent news reporting regarding federal investigation of the ANO regarding abuse claims. | ND | 0.20 | 100.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 9

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/29/22 | Analysis of recent news reporting relating to investigations of ANO (0.8); correspondence with Committee regarding investigation and upcoming meetings (0.2). | BCK | 1.00 | 425.00 |
| 06/29/22 | Multiple correspondence with UCC member, state court counsel and co-counsel on breaking case developments (1.5) Multiple UCC inquiries on discovery/evidence and call with Anne Andrews and others regarding the same (1.0) Call with creditor counsel from Lake Charles regarding questions on late claims (0.8) | OFK | 3.30 | 1,650.00 |
| 06/29/22 | Communications with B. Knapp re: confidentiality agreement for committee member claims access. | ALL | 0.30 | 37.50 |
| 06/30/22 | Communications with B. Knapp re: uploading of hearing transcripts to Ms. Andrews at Andrews & Thornton (.30); coordinate upload of transcripts (.30). | ALL | 0.60 | 75.00 |
| 06/30/22 | Prepare folder on Box.com and upload hearing transcripts so that they may be shared with state-court counsel for Committee members. | AW | 0.30 | 37.50 |
| 06/30/22 | Receipt and review of state counsel note and follow-up regarding the same regarding documents (1.0--NO CHARGE) Call from victim lawyer (BA) regarding documents access / case status (1.5) Call regarding victim/lawyer regarding late filed claims process /issues (0.7) Call with victim lawyer (KS) regarding discovery /abuse filed and case / claim value issues (1.5) | OFK | 3.70 | 1,850.00 |
| 06/30/22 | Correspondence with counsel for committee member regarding background information for case (0.4); correspondence with claimant regarding recent service items (0.2); conference with claimant regarding case status (0.2). | BCK | 0.80 | 340.00 |
| | | | **56.90** | **$26,275.00** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/22 | Telephone conference with Mark Mintz regarding the Debtor's potential objections to the Zobrio and Stegall Benton monthly fee statements (0.4); telephone conference with Matt Babcock of BRG regarding the Zobrio retention and related matters (0.5); further correspond via email with Mr. Babcock following today's call (0.3). | WSB | 1.20 | 600.00 |
| 06/02/22 | Communications with claimant re: electronic copy of the Claro Employment Application (.20); review and update addresses of claimants (.20). | ALL | 0.40 | 50.00 |
| 06/02/22 | Conferences with multiple claimants regarding Claro retention materials. | BCK | 0.40 | 170.00 |
| 06/08/22 | Communications with B. Knapp re: returned mailing to claimants of the Claro Employment Application (.10); coordinate mailing to claimant re: the Claro Employment Application (.10); review and update addresses of claimants (.10); research re: current address for claimant in the Louisiana prison system (.60), | ALL | 0.90 | 112.50 |
| 06/13/22 | Communications with B. Knapp re: returned mailing to claimant of the Claro Employment Application (.10); review claim re: alternate address for mailing (.20). | ALL | 0.30 | 37.50 |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/16/22 Communications with B. Knapp re: mailing of additional copy of the Claro Employment Application to claimant (.10); coordinate mailing to claimant (.10). | ALL | 0.20 | 25.00 |
| 06/27/22 Draft, edit, and revise the next Locke Lord monthly fee statement for May 2022 (3.0); correspond via email with Committee bankruptcy counsel regarding the Court's requirement to provide redacted invoices related to the alleged protective-order violations (0.3); further edit and revise the Locke Lord monthly fee statement (3.2). | WSB | 6.50 | 3,250.00 |
| 06/28/22 Draft, edit, and revise the May 2022 monthly fee statement of Locke Lord LLP (4.0); forward the finalized fee statement to Pat Moody for her review and comment along with a brief explanation of the pending fee issues (0.4); redact from the May 2022 invoice information subject to seal (0.5); draft, edit, and revise Zobrio monthly fee statement (0.1); identify time entries that relate to the alleged protective order violations (0.8); correspond via email with Brad Knapp about the entries related to the protective order violations and the compliance with the Court's directive on this matter (0.3). | WSB | 6.10 | 3,050.00 |
| 06/29/22 Correspond via email with Korteney Gunn at Zobrio, Inc. regarding the Zobrio invoices payable under the May 2022 monthly fee statement (0.3); draft, edit and revise the Zobrio monthly fee statement (1.0); identify all Locke Lord time entries associated with the alleged protective order violations and begin preparing the schedule and notice required by the Court (0.8); edit and finalize the monthly fee statements of Locke Lord and Zobrio (1.4); forward the monthly statements of Locke Lord and Zobrio to the notice parties for their review (0.2); forward the LEDES files of the May 2022 Locke Lord time to counsel for the U.S. Trustee (0.1). | WSB | 3.80 | 1,900.00 |
| 06/29/22 Review April's invoice and monthly fee and expense statement and calculate totals in preparation of drafting Locke Lord's Sixth Fee Application (1.00); assist with drafting Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc. (1.4). | ALL | 2.40 | 300.00 |
| 06/30/22 Draft Notice of Submission of time entries related to the protective order violations (0.7); review all time entries from January 1, 2022 through May 31, 2022 to confirm the entries that relate to the protective order violations (0.5); finalize the summary of these time entries (0.8); correspond via email with Ashley Lohr about these matters and arrange for the filing and service of the Notice of Submission and its accompanying exhibits (0.3). | WSB | 2.30 | 1,150.00 |
| | | **24.50** | **$10,645.00** |

| **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/02/22 Begin drafting explanation of the Zobrio retention in order to respond to the Debtor's concerns about that retention. | WSB | 0.30 | 150.00 |
| 06/03/22 Draft, edit, and revise detailed explanation of Zobrio, Inc.'s services (2.2); edit and finalize the explanation (0.3); forward the explanation to Matt Babcock and Paul Shields at BRG for their review and comment (0.2). | WSB | 2.70 | 1,350.00 |
| 06/10/22 Edit and finalize the explanation and summary of Zobrio's role and purpose (0.1); forward the summary to the Committee and state-court counsel for their review and comment (0.2). | WSB | 0.30 | 150.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 11

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/15/22 | Draft and finalize the explanation of Zobrio's services and forward it to counsel for the Debtor as requested. | WSB | 0.30 | 150.00 |
| | | | **3.60** | **$1,800.00** |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/22 | Edit and finalize the spreadsheet of entries related to the protective order violations (0.4); review and confirm with Brad Knapp and Rick Kuebel the form of the communication to the Debtor and the entries that should be identified (0.3); draft, edit, and revise an email to the Debtor's counsel transmitting this information and reserving all rights (0.3); correspond via email with Linda Cantor about this issue (0.2). | WSB | 1.20 | 600.00 |
| 06/01/22 | Continued analysis of potential committee reconstitution issues (0.7); review orders related to sealed Rule 2004 process (0.2). | BCK | 0.90 | 382.50 |
| 06/01/22 | Review with Brad Knapp and Rick Kuebel various issues that may arise in the event of the Committee's reconstitution and the parties' options in the event of such a reconstitution (0.3); conduct legal research and analysis on these matters (0.6). | WSB | 0.90 | 450.00 |
| 06/02/22 | Correspondence with Bankruptcy Court's chambers regarding US Trustee statement of position. | BCK | 0.20 | 85.00 |
| 06/03/22 | Correspond regarding UST report /request to unseal (0.5) | OFK | 0.50 | 250.00 |
| 06/06/22 | Review US Trustee report and certain exhibits regarding sealed investigation. | BCK | 0.60 | 255.00 |
| 06/06/22 | Receipt and review of UST report and discuss with co-counsel (0.5) | OFK | 0.50 | 250.00 |
| 06/07/22 | Review order regarding committee constitution (0.2); conference with US Trustee regarding committee member issues (0.2); review notice of reconstitution of committee (0.1); conferences with current and former committee regarding next steps in light of orders (2.4). | BCK | 2.90 | 1,232.50 |
| 06/07/22 | Work on response to UST report/question on read/revise 2004 quote (0.8) Receipt and review of court order on UCC (0.3); review issues presented by the order with Phil Eisenberg (0.1). | OFK | 1.20 | 600.00 |
| 06/07/22 | Address potential next steps in response to the bankruptcy court's reconstitution order (0.3); review with Rick Kuebel various issues posed by the order (0.1). | PGE | 0.40 | 200.00 |
| 06/07/22 | Review and analyze Court order regarding sealed motion. | ND | 0.30 | 150.00 |
| 06/07/22 | Review report of the United States trustee and accompanying materials. | PGE | 3.00 | 1,500.00 |
| 06/07/22 | Receive and review bankruptcy court's order reconstituting the Committee and removing four Committee members. | PGE | 0.30 | 150.00 |
| 06/07/22 | Review Order issued in response to UST report (.3) | NWD | 0.30 | 97.50 |
| 06/08/22 | Correspondence with US Trustee regarding additional committee appointments. | BCK | 0.20 | 85.00 |
| 06/08/22 | Conduct legal research and analysis to evaluate the Committee's options in response to the Court's order removing Committee members (1.4); further research and analyze these matters (0.5). | WSB | 1.50 | 750.00 |

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 12

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/08/22 | Correspond via email with Brad Knapp about developments related to the termination of Committee members (0.2); further review and analyze the Court's order on the matter (0.2). | WSB | 0.40 | 200.00 |
| 06/08/22 | Address with Committee bankruptcy counsel team potential next steps based on bankruptcy court's committee reconstitution order and the UST report. | PGE | 1.60 | 800.00 |
| 06/08/22 | Conference with M. Mintz regarding notice issues for order requiring committee reconstitution (0.4); analysis of noticing issues and next steps (0.8); conference with counsel to committee member regarding noticing issues (0.3). | BCK | 1.50 | 637.50 |
| 06/08/22 | Correspond with the Committee bankruptcy counsel team regarding UST report (0.5) | OFK | 0.50 | 250.00 |
| 06/08/22 | Further analyze appellate issues presented by the bankruptcy court's committee reconstitution order. | PGE | 0.70 | 350.00 |
| 06/09/22 | Receipt and review of multiple court notifications on pending motion docket (0.3) Correspond with Ms. George on information requests (0.3) Receipt and review of court order and multiple emails regarding service of order (0.4) Multiple emails on service question (0.5) | OFK | 1.50 | 750.00 |
| 06/09/22 | Conduct further research on potential Committee responses to the Court's order terminating potential Committee members (0.5); correspond via email with Rick Kuebel about these matters (0.1). | WSB | 0.60 | 300.00 |
| 06/09/22 | Review correspondence regarding service issues for reconstitution order (0.3); conference with committee chair regarding service issues (0.5). | BCK | 0.80 | 340.00 |
| 06/09/22 | Work on potential next steps after court ruling. | PGE | 0.80 | 400.00 |
| 06/09/22 | Further analyze appellate issues related to the bankruptcy court's reconstitution ruling. | PGE | 0.40 | 200.00 |
| 06/10/22 | Receive and review multiple notices to appeal, address same. | PGE | 0.90 | 450.00 |
| 06/10/22 | Review and analyze with Rick Kuebel various issues related to the Court's order reconstituting the Creditors' Committee (0.6); conduct legal research and analysis on potential issues related to the Order (2.8); review the notices of appeal filed by various parties (0.3); conduct further research and analysis on these matters (0.3). | WSB | 4.00 | 2,000.00 |
| 06/10/22 | Preparation for status conference before the bankruptcy court. | PGE | 0.60 | 300.00 |
| 06/10/22 | Analyze with Mr. Kuebel potential Louisiana law issues presented by the bankruptcy court's reconstitution order (.3); evaluate and analyze these issues under Louisiana law as well as the Bankruptcy Code and Bankruptcy Rules (.8). | JMC | 1.10 | 550.00 |
| 06/10/22 | Review examination transcripts (2.0) | OFK | 2.00 | 1,000.00 |
| 06/10/22 | Review appeal filings related to US Trustee report and order following US Trustee report. | BCK | 0.20 | 85.00 |
| 06/13/22 | Analyze next steps following bankruptcy court's show cause order against Richard Trahant. | PGE | 0.50 | 250.00 |
| 06/13/22 | Prepare for and participate in ANO status conference (1.2) Receipt and review of court order on Rule to Show Cause and correspond regarding the same (0.5) Email from UST regarding release of report and review Wegmann reply (0.4) | OFK | 2.10 | 1,050.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 13

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/13/22 | Conduct legal research and analysis on potential appeal issues in connection with the Court's order terminating Committee members (3.0); analyze issues related to this analysis with Jason Cerise and Rick Kuebel (0.4); further research and analyze these issues (1.1). | WSB | 4.50 | 2,250.00 |
| 06/13/22 | Research issues related to the bankruptcy court's reconstitution order that impact potential relief under Bankruptcy Code and Federal Rules. | JMC | 4.80 | 2,400.00 |
| 06/13/22 | Review show cause order related to alleged protective order violations (0.3); analysis of appeal issues related to appeal brought by former committee members (0.2); analysis of next steps to produce documents requested by show cause order (0.2). | BCK | 0.70 | 297.50 |
| 06/14/22 | Analysis of strategy considerations with respect to committee constitution. | BCK | 0.40 | 170.00 |
| 06/14/22 | Continue research and analysis on potential appeal issues related to the Court's order reconstituting the Committee (0.3); begin drafting memorandum examining these issues (0.3). | WSB | 0.60 | 300.00 |
| 06/15/22 | Review pleadings to aid in determination of requirements to inform debtor of additional signers to protective order. | EB | 1.30 | 422.50 |
| 06/15/22 | Receipt and review of multiple emails on adversary extension (0.4). | OFK | 0.40 | 200.00 |
| 06/15/22 | Review latest correspondence regarding discovery from Archdiocese (0.2); prepare for hearings on discovery status and lease motion (0.4); review hearing agenda (0.1). | BCK | 0.70 | 297.50 |
| 06/17/22 | Conference with S. Oppenheim regarding service issues for order requiring removal of certain committee members. | BCK | 0.30 | 127.50 |
| 06/17/22 | Complete research and analysis related to the Court's decision to reconstitute the Committee (1.0); draft memorandum outlining the results of this analysis (1.3). | WSB | 2.30 | 1,150.00 |
| 06/20/22 | Further draft, edit and revise detailed memorandum regarding the Court's June 7, 2022 order reconstituting the Committee (4.0); conduct further analysis based on additional developments in the pending appeals of the order (0.8); further edit and revise the memorandum (1.0). | WSB | 5.80 | 2,900.00 |
| 06/21/22 | Telephone conference with Mr. Kuebel regarding follow up analysis needed. | JMC | 0.20 | 100.00 |
| 06/21/22 | Analysis of Committee reconstitution issues (0.5); begin preparing materials for committee member on-boarding and initial meeting (0.9). | BCK | 1.40 | 595.00 |
| 06/21/22 | Draft motion for leave to appeal related to potential appeal of committee reconstitution order. | BCK | 2.40 | 1,020.00 |
| 06/21/22 | Further draft, edit, and revise the memorandum (3.0); send a draft memorandum to the bankruptcy counsel in advance of today's Committee call and highlight various comments and other issues (0.2); edit and finalize the memorandum (2.5); forward the finalized memorandum to bankruptcy counsel for their review and comment (0.2); begin drafting a memorandum for leave to appeal the Court's June 7, 2022 order (1.4). | WSB | 7.30 | 3,650.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 14

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/22/22 | Draft, edit, and finalize the Memorandum (4.0); analyze issues presented in the Memorandum with Brad Knapp and address how to further incorporate them into the Motion for Leave (0.5); review Local District Rules applicable to the Motion for Leave (0.3); correspond via email with Mr. Knapp about these local rule requirements as well as redaction issues (0.4); further edit and revise the Memorandum in support of the Motion for Leave (3.9). | WSB | 9.10 | 4,550.00 |
| 06/22/22 | Research agency issues and imputation of counsel's conduct to client (2.2); analyze results of this analysis with Mr. Kuebel and Mr. Bryant (0.5). | JMC | 2.70 | 1,350.00 |
| 06/22/22 | Draft notice of appeal for order reconstituting committee (0.5); draft motion for memorandum for leave to appeal (0.4); revise memorandum of law for motion for leave to appeal (3.2); revise motion to seal portions of memorandum in support of motion for leave to appeal (0.3). | BCK | 4.40 | 1,870.00 |
| 06/22/22 | Work on Appeal issues. (0.5) | OFK | 0.50 | 250.00 |
| 06/22/22 | Assist with drafting Motion for Leave to Appeal (1.30); assist with drafting Motion for Leave to File Memorandum in Support of Its Motion for Leave to Appeal Under Seal (1.30). | ALL | 2.60 | 325.00 |
| 06/23/22 | Assist with drafting Motion to Seal Memorandum in Support of Its Motion for Leave to Appeal. | ALL | 0.80 | 100.00 |
| 06/23/22 | Revise motion to submit motion for leave to appeal under seal (0.6); revise additional appellate motions (0.3); revise memorandum in support of motion for leave to appeal reconstitution order (2.1). | BCK | 3.00 | 1,275.00 |
| 06/23/22 | Correspond regarding appeal of protective order (0.3); identify key issues to address in Memorandum on Motion for leave to appeal (0.9) | OFK | 1.20 | 600.00 |
| 06/23/22 | Further draft, edit, and revise the Memorandum of Law in support of the Motion for Leave to Appeal (4.6); edit and revise the Motion for Leave to appeal (0.5); edit and revise the Memorandum in support of the Motion to Seal (0.4); edit and revise the Motion to Seal (0.2); forward a draft of the Memorandum of Law in support of the Motion for Leave to the Committee along with an explanation of its details and issues (0.8); further edit and revise the Memorandum (0.3). | WSB | 6.80 | 3,400.00 |
| 06/23/22 | Prepare folder on Box.com and work on adding documents to folder that relate to the Motion for Leave to appeal the order reconstituting the Committee. | AW | 0.10 | 12.50 |
| 06/23/22 | Communications with B. Knapp re: status of filing Notice of Appeal. | ALL | 0.20 | 25.00 |
| 06/23/22 | Identify with Rick Kuebel issues to include in the memorandum on the motion for leave to appeal. | PGE | 0.50 | 250.00 |
| 06/23/22 | Address order review procedure. | PGE | 0.50 | 250.00 |
| 06/24/22 | Revise multiple appeal filings (1.4); analysis of service issues for appeal (0.2). | BCK | 1.60 | 680.00 |
| 06/24/22 | Edit and finalize the Memorandum of Law in support of the Motion for Leave (3.0); edit and finalize the Memorandum of Law in support of the Motion to Seal (0.4); edit and finalize both motions (0.5); correspond via email with Brad Knapp regarding these final documents and the timing of their filing (0.3); arrange for the filing and service of the documents by corresponding via email with Ashley Lohr concerning them (0.2); further correspond via email with Brad Knapp following the filing of these documents (0.2). | WSB | 4.60 | 2,300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 15

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/24/22 | Review, finalize, and e-file Notice of Appeal (.60); review, finalize, and e-file Motion for Leave to Appeal (1.00); review, finalize, and e-file Motion for Leave to Seal Memorandum in Support of Motion for Leave to Appeal (.50); coordinate delivery of sealed filing to the Court (.50). | ALL | 2.60 | 325.00 |
| 06/24/22 | Work on purchase order limited appeal / revise comment on the same (1.3) Multiple emails on service question with state court counsel (0.5) | OFK | 1.80 | 900.00 |
| 06/27/22 | Multiple email correspondences with Brittany Wolf regarding the filing of the Motion for Leave to Appeal and the assignment of the appeal (0.3); analyze and review issues related to the Motion for Leave with Brad Knapp (0.3). | WSB | 0.60 | 300.00 |
| 06/27/22 | Analysis of service issues related to reconstitution order (0.9); analysis of attorneys' fee submission materials as required by committee reconstitution order (0.4). | BCK | 1.30 | 552.50 |
| 06/28/22 | Correspondence from UST regarding document exhibits (0.3) Prepare for and participate in call with UST regarding pending actions (0.8) Correspond regarding UCC member service concerns (0.6) | OFK | 1.70 | 850.00 |
| 06/28/22 | Conference with Debtor's counsel regarding pending appeals and upcoming hearings related to protective order (0.5); conference with US Trustee regarding pending appeals and sealed filings (1.0); analysis of pending motions in appeals brought by Trahant and Former Committee Members (0.5). | BCK | 2.00 | 850.00 |
| 06/28/22 | Receipt, review, and organize Rule 2004 Exam Exhibits from Ms. George. | ALL | 1.00 | 125.00 |
| 06/29/22 | Multiple correspondence and calls regarding abuse claim discovery (1.5); Work on hearing preparation (0.7) | OFK | 2.20 | 1,100.00 |
| 06/29/22 | Review and analyze the responses filed by the Debtor to the motions to supplement the record and for a stay pending appeal (0.5); correspond via email with Brad Knapp about these matters and the deadline for designating the record (0.2); review the status of the various pending appeals and related matters (0.3) | WSB | 1.00 | 500.00 |
| 06/29/22 | Receipt, review, and organize Rule 2004 Exam Exhibits from Ms. George. | ALL | 1.30 | 162.50 |
| 06/29/22 | Prepare folder on Box.com and work on adding documents to folder that relate to Rule 2004 examination exhibits. | AW | 0.10 | 12.50 |
| 06/29/22 | Receive, review and analyze article regarding Archdiocese conduct and documents. | PGE | 1.00 | 500.00 |
| 06/29/22 | Continue drafting designation of record for appeal of Committee reconstitution motion. | BCK | 1.30 | 552.50 |
| 06/30/22 | Prepare for and participate in team call regarding open asset and abuse file discovery (1.3) Call regarding hearing preparation. (0.5) | OFK | 1.80 | 900.00 |
| 06/30/22 | Analysis of Committee position and strategy for hearing on Trahant Motion for Stay Pending Appeal (1.1); review docketing notices related to Committee appeal (0.1); analysis of next steps for motion for leave to appeal (0.2). | BCK | 1.40 | 595.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 16

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
| 06/30/22 | Review and analyze the Debtor's responses to the motion for stay pending appeal and motion to supplement the record filed by Richard Trahant and the Removed Committee members (0.6); correspond via email with Brad Knapp about these matters and potential jurisdictional issues in advance of tomorrow's hearing (0.3); telephone conference with the Locke Lord and Pachulski Stang teams about tomorrow's hearing and the Committee's position on these matters (0.5); conduct limited legal research in connection with tomorrow's hearing and provide it to Rick Kuebel and Mr. Knapp (0.4). | WSB | 1.80 | 900.00 |
| | | | **129.70** | **$59,192.50** |
| | **B195 Non-Working Travel** | ATTY | HOURS | VALUE |
| 06/05/22 | Travel time from Austin, Texas to New Orleans, Louisiana for the in-person Committee meeting and the mediation session (3.0 Total; 1.5 Hours Not Billed). | WSB | 1.50 | 750.00 |
| 06/08/22 | Travel time from mediation and in-person Committee meeting in New Orleans, Louisiana back to Austin, Texas (3.0 Hours Total; 1.5 hours billed). | WSB | 1.50 | 750.00 |
| | | | **3.00** | **$1,500.00** |
| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
| 06/01/22 | Review list of claims re: duplicates per B. Knapp's request in preparation of mediation (2.00); prepare box link of claims for upload to the Claro Group (.70). | ALL | 2.70 | 337.50 |
| 06/02/22 | Review list of claims re: duplicates per B. Knapp's request in preparation of mediation. | ALL | 1.10 | 137.50 |
| 06/13/22 | Review Claro Group update regarding claims analysis. | BCK | 0.20 | 85.00 |
| 06/30/22 | Review updated claims analysis. | BCK | 0.50 | 212.50 |
| | | | **4.50** | **$772.50** |
| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
| 06/01/22 | Draft multiple presentations for committee meetings in preparation for mediation (3.2); conference with J. Spencer in preparation for mediation and committee meetings (0.3); continue coordinating facilities and technology details for mediation (0.4). | BCK | 3.90 | 1,657.50 |
| 06/01/22 | Multiple correspondence on plan/mediation preparation and work on asset identification, prescription defense and non-monetary plan provisions (3.8) | OFK | 3.80 | 1,900.00 |
| 06/02/22 | Multiple draft report review /preparation for plan mediation session (2.5) Correspond regarding non-monetary plan provisions and review /comment on the same (1.2) | OFK | 3.70 | 1,850.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 17

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/02/22 | Edit and revise the proposed real-estate presentations for use at next week's in-person meeting (1.3); correspond via email with Brad Knapp about the revised presentation and meeting (0.3); determine whether Committee members may be compensated for their time for next week and/or reimbursed for expenses they may incur (0.4); further edit and revise the presentations (0.3) | WSB | 2.30 | 1,150.00 |
| 06/02/22 | Draft real estate presentation in preparation for mediation and committee meetings (1.8); continue preparing claims analysis for mediation preparations (1.0); review BRG analysis of assets in preparation for mediation (1.2); conference with M. Mintz regarding technology issues for mediation (0.1); revise mediation agenda (0.3); coordinate logistics for committee meeting and mediation sessions (0.5). | BCK | 4.90 | 2,082.50 |
| 06/02/22 | Communications with B. Knapp re: confidentiality designation on appraisals in preparation of real estate presentation to the Committee. | ALL | 0.20 | 25.00 |
| 06/03/22 | Coordinate multiple issues and other matters in advance of mediation sessions (0.3); continue preparing materials for committee mediation preparation meeting regarding real estate issues and claims (1.5). | BCK | 1.80 | 765.00 |
| 06/03/22 | Draft, edit, and revise presentation for Monday's in-person Committee meeting regarding real estate and the real estate sales process (1.4); correspond via email with Brad Knapp concerning these revisions (0.2); review the remainder of the presentation and prepare for Monday's meeting (0.5). | WSB | 2.10 | 1,050.00 |
| 06/03/22 | Review/prepare for plan mediation on values (1.2) multiple correspondence with co-counsel on plan mediation prep and draft of non-monetary / child protection plan inserts (1.4) | OFK | 2.60 | 1,300.00 |
| 06/05/22 | Meet with Brad Knapp, Rick Kuebel and the Pachulski Stang team to prepare for tomorrow's Committee meeting and for Tuesday's mediation session (0.8); further prepare for the Committee meeting and mediation session by editing and revising preparation materials (0.9) | WSB | 1.70 | 850.00 |
| 06/05/22 | Meeting with co-counsel to prepare for mediation (0.8) Work on mediation presentation to OUCC (0.9) | OFK | 1.70 | 850.00 |
| 06/05/22 | Communications with B. Knapp re: review of appraisals. | ALL | 0.20 | 25.00 |
| 06/06/22 | Attend extensive committee meetings regarding case status and asset analysis in preparation for initial mediation sessions. | BCK | 9.00 | 3,825.00 |
| 06/06/22 | Conference with mediator regarding logistics for initial mediation session. | BCK | 0.40 | 170.00 |
| 06/06/22 | Meet with OUCC, financial professionals and co-counsel to prepare for ANO plan mediation (9.5) Preparation for mediation discussion on non-monetary plan provisions (0.7) | OFK | 10.20 | 5,100.00 |
| 06/06/22 | Attend today's morning session of the in-person meeting of the Committee in preparation for tomorrow's mediation (4.0); attend the afternoon session and give presentation regarding real estate sales and status (4.5) | WSB | 8.50 | 4,250.00 |
| 06/07/22 | Prepare for ANO plan mediation including multiple calls with Judge Zive on structure /agenda (1.5) Participate in first session of ANO mediation (5.0) Work on preparation/remarks for non-monetary /child protection plan provisions (0.7) | OFK | 7.20 | 3,600.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 18

| **B320 Plan and Disclosure Statement** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/07/22 | Prepare for mediation sessions (1.0); conference with M. Mintz regarding mediation approach following court order on committee issues (0.1); attend mediation sessions (5.0); conferences with remaining committee members regarding next steps in mediation process (0.5). | BCK | 6.60 | 2,805.00 |
| 06/07/22 | Participate in mediation meeting with the plan mediator, Hon. Greg Zive (0.7); attend today's mediation session with the mediator and representatives of the Debtor and the Apostolates (3.3) | WSB | 4.00 | 2,000.00 |
| 06/07/22 | Extended meeting with members of the Committee in light of today's court order removing four members of the Committee (1.2); further review issues related to the removal with the remaining Committee members (2.0). | WSB | 3.20 | 1,600.00 |
| 06/08/22 | Analysis of additional document needs following mediation session. | BCK | 1.80 | 765.00 |
| 06/08/22 | Review information request for Claro analysis. | BCK | 0.40 | 170.00 |
| 06/09/22 | Conference with BRG and Pachulski team regarding document needs following mediation (1.0); conference with BRG regarding real estate issues (0.5). | BCK | 1.50 | 637.50 |
| 06/14/22 | Review and circulate appraisal in preparation of attorney review. | ALL | 0.30 | 37.50 |
| 06/20/22 | Review mediation documents to determine appropriate course for consultant to attend mediation. | EB | 0.60 | 195.00 |
| 06/23/22 | Follow-up call/correspondence Christi S. on plan mediation / plan claim value issues (0.8) Prepare for and participate in call with Ann Andrews on plan /mediation issues/questions (1.3) | OFK | 2.10 | 1,050.00 |
| 06/24/22 | Work on plan/claims valuation and correspond regarding the same (2.0) | OFK | 2.00 | 1,000.00 |
| 06/27/22 | Receipt and review of multiple correspondence regarding Claro claims analysis drafts / spreadsheet (0.8) | OFK | 0.80 | 400.00 |
| | | | **87.50** | **$41,110.00** |

**TOTAL FEES** $184,827.50

**TIMEKEEPER SUMMARY:**

**B110   Case Administration**

| B. C. Knapp | Partner | $425.00 | 5.40 | $2,295.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.20 | $1,100.00 |
| A.L. Lohr | Paralegal | $125.00 | 16.80 | $2,100.00 |
| | | | **24.40** | **$5,495.00** |

**B120   Asset Analysis and Recovery**

128308945v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 19

**B120  Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.60 | $3,230.00 |
| O. F. Kuebel | Partner | $500.00 | 23.60 | $11,800.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.10 | $12.50 |
| | | | **31.30** | **$15,042.50** |

**B130  Asset Disposition**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 17.90 | $8,950.00 |
| W.S. Bryant | Partner | $500.00 | 26.70 | $13,350.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.80 | $100.00 |
| | | | **45.40** | **$22,400.00** |

**B140  Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.40 | $595.00 |
| | | | **1.40** | **$595.00** |

**B150  Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 19.50 | $8,287.50 |
| N. Dickerson | Partner | $500.00 | 0.20 | $100.00 |
| O. F. Kuebel | Partner | $500.00 | 28.30 | $14,150.00 |
| P. G. Eisenberg | Partner | $500.00 | 0.90 | $450.00 |
| W.S. Bryant | Partner | $500.00 | 6.10 | $3,050.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.60 | $200.00 |
| A. Wilson | Litigation Supp | $125.00 | 0.30 | $37.50 |
| | | | **56.90** | **$26,275.00** |

**B160  Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.40 | $170.00 |
| W.S. Bryant | Partner | $500.00 | 19.90 | $9,950.00 |
| A.L. Lohr | Paralegal | $125.00 | 4.20 | $525.00 |
| | | | **24.50** | **$10,645.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 20

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 3.60 | $1,800.00 |
| | | | **3.60** | **$1,800.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 28.20 | $11,985.00 |
| J. M. Cerise | Partner | $500.00 | 8.80 | $4,400.00 |
| N. Dickerson | Partner | $500.00 | 0.30 | $150.00 |
| O. F. Kuebel | Partner | $500.00 | 17.90 | $8,950.00 |
| P. G. Eisenberg | Partner | $500.00 | 11.20 | $5,600.00 |
| W.S. Bryant | Partner | $500.00 | 53.00 | $26,500.00 |
| E. Boylan | Associate | $325.00 | 1.30 | $422.50 |
| N. Dawson | Associate | $325.00 | 0.30 | $97.50 |
| A.L. Lohr | Paralegal | $125.00 | 8.50 | $1,062.50 |
| A. Wilson | Litigation Supp | $125.00 | 0.20 | $25.00 |
| | | | **129.70** | **$59,192.50** |

### B195    Non-Working Travel

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 3.00 | $1,500.00 |
| | | | **3.00** | **$1,500.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.70 | $297.50 |
| A.L. Lohr | Paralegal | $125.00 | 3.80 | $475.00 |
| | | | **4.50** | **$772.50** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 30.30 | $12,877.50 |
| O. F. Kuebel | Partner | $500.00 | 34.10 | $17,050.00 |
| W.S. Bryant | Partner | $500.00 | 21.80 | $10,900.00 |

**B320    Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| E. Boylan | Associate | $325.00 | 0.60 | $195.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.70 | $87.50 |
| | | | 87.50 | $41,110.00 |

**TIMEKEEPER SUMMARY TOTALS**                                    412.20        $184,827.50

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Long Distance Calls | 0.56 |
| | Postage | 393.76 |
| | PACER Online Research | 5.80 |
| | Westlaw Research | 2,724.92 |
| | Outside Printing | 355.86 |
| | Reveal - Hosting Data at $5.00/GB/mth | 140.00 |
| 06/02/22 | Messenger Service 49527, Alliance Overnight Document Service LLC, Print and postage of Docket #1554 and 1555 | 108.55 |
| 06/09/22 | Arbitrators/Mediators 16962, Cheryl Scripter dba Bittersweet Confections LLC, Breakfast for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams Soren Gisleson Johnny Denenea | 126.73 |
| 06/13/22 | Arbitrators/Mediators 852211, Foodmannola, Lunch for Official Committee of Unsecured Creditors for Archdiocese of New Orleans Mediation Meeting:  Brad Knapp Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | 212.77 |
| 06/13/22 | Arbitrators/Mediators 807671, Park Square Restaurant Group LLC dba Cafe Cafe, Lunch for Mediation Meeting: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | 245.83 |
| 06/16/22 | Travel, Hotel 06/5/2022 - 06/7/22, New Orleans Trip for mediation | 814.42 |
| 06/16/22 | Travel, Taxi/Ride Share 06/5/2022, Trip to New Orleans for mediation | 43.20 |
| 06/16/22 | Expense of trip of Trip to New Orleans for mediation | 66.00 |
| 06/16/22 | Meals, Trip to New Orleans for mediation | 7.99 |
| 06/16/22 | Meals, Trip to New Orleans for mediation | 18.55 |
| 06/17/22 | Arbitrators/Mediators 4828, GRACIOUS LLC, Breakfast for ANO Meeting on 6/6/22: Brad Knapp  Rick Kuebel Steve Bryant Jim Stang Andy Caine Patricia Moody Richard Trahant George Coulon Brittany Wolf-Freedman Jerry Muenier  Jackie Berthelot James Adams  Soren Gisleson Johnny Denenea | 108.98 |
| 06/20/22 | Services Rendered 8707, ICT Computer Sales; Service & Networking, Audio/video testing, set-up and monitoring on 6/6 and 6/7/22 for Archdiocese mediation | 829.92 |
| 06/24/22 | Depositions and Court Reporters 71041, SERPAS COURT REPORTING, In Camera Status Conference on 4/14/2022 | 284.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 26, 2022
Invoice No.: 1736690
Page: 22

| DATE | EXPENSES | VALUE |
|---|---|---|
| 06/24/22 | Messenger Service 49696, Alliance Overnight Document Service LLC, Printing and mailing of Docket#1599 | 133.38 |
| 06/24/22 | Services Rendered 11274, Sodexo Inc dba Affiliates, $500 cancellation fee of conference room rental contract. | 647.25 |
| 06/27/22 | Filing Fees 06/27/2022, Filing fee for filing of appeal | 5.00 |
| 06/28/22 | Filing Fees 06/28/2022, Transcript of hearing on 6/13/2022 | 25.20 |
| 06/29/22 | Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 0822253662 | 35.00 |
| 06/29/22 | Transportation Charges Frosch Firm Paid Trvl C/M May 2022, Frosch International Travel, Inc., Bryant William Steven 2117694313 | 583.96 |
| 06/30/22 | Services Rendered REQ062922 4063, Jefferson Parish Clerk, print charge deducted from escrow balance | 9.75 |
| 06/30/22 | Messenger Service 49735, Alliance Overnight Document Service LLC, Printing and mailing for docket # 1620 | 100.28 |
| | TOTAL EXPENSES | $8,027.66 |

TOTAL FEES $184,827.50

TOTAL EXPENSES $8,027.66

TOTAL FEES AND EXPENSES $192,855.16

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

128308945v.1



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chairman

July 26, 2022
Invoice No.: 1736690

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2022

     File Number: 0107766.00001
     RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................. $184,827.50

Total Expenses ......................................................................................................................... $8,027.66

Total Due this Statement............................................................................................................ $192,855.16

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

128308945v.1

Case 20-10846 Doc 1649-2 Filed 07/28/22 Entered 07/28/22 13:54:34 Exhibit Order (SP at Interim) Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF TH | ) | |
| ARCHDIOCESE OF NEW ORLEANS | ) | Section "A" |
| | ) | |
| Debtor. | ) | Chapter 11 |

---

**ORDER APPROVING *SIXTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2022 THROUGH JUNE 30, 2022**
**[Relates to Docket # _____]**

CAME ON for consideration the *Sixth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2022 through June 30, 2022* [**Docket # _____**] (the "Application") filed by Locke Lord LLP (the "Firm") for the period from March 1, 2022 through June 30, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$613,827.99** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the

"Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $595,850.00 in fees for services rendered and $17,977.99 in expenses incurred by the Firm during the Application Period.

2.       The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this ____ day of August, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**