# EXHIBIT "11"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

### FEE APPLICATION COVER SHEET
*SEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | December 29, 2020 / $616,628.22<br>May 20, 2021 / $498,601.19<br>October 26, 2021 / $322,428.45<br>December 14, 2021 / $508,624.47<br>May 19, 2022 / $414,907.50 |
| **Period for which compensation and reimbursement is sought:** | July 1, 2022 through October 31, 2022 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$381,190.00** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$5,273.91** |
| **Fee Application:** | Seventh Interim Fee Application |
| **Total:** | **$386,463.91** |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

The Locke Lord LLP professionals who rendered services for The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), the above-captioned debtor and debtor-in-possession in this Bankruptcy Case, during the Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 361.40 | $180,700.00 |
| W. Steven Bryant | Partner | $500.00 | 201.40 | $100,700.00 |
| W. Scott Hastings | Partner | $500.00 | 3.0 | $1,500.00 |
| B. C. Knapp | Partner | $425.00 | 183.3 | $77,902.50 |
| P. Lambert | Partner | $500.00 | 10.5 | $5,250.00 |
| P. Eisenberg | Partner | $500.00 | 1.3 | $650.00 |
| A. H. Katz | Of Counsel | $450.00 | 12.90 | $5,805.00 |
| C. A. Armstrong | Associate | $325.00 | 10.60 | $3,445.00 |
| Ashley L. Lohr | Paralegal | $125.00 | 40.10 | $5,012.50 |
| A. Wilson | Litigation Support | $125.00 | 0.10 | $12.50 |
| J. Pollender | Litigation Support | $125.00 | 0.40 | $50.00 |
| N. Peterson | Litigation Support | $125.00 | 1.30 | $162.50 |
| **Total Professional Hours and Fees Sought** | | | **826.30**[2] | **$381,190.00**[3] |

---

[2] In addition to the professional hours of 826.30 on the invoices, an additional 101.5 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 927.80 hours worked.

[3] These invoice amounts total $381,190.00, but as discussed below, additional voluntary reductions of $48,927.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $430,117.50.

The total hours and fees incurred by the Firm on behalf of the Committee during the Application Period and separated by Project Category are:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 17.5 | $7,122.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 85.8 | $39,855.00 |
| B130 | ASSET DISPOSITION | 126.5 | $61,652.50 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 4.5 | $2,152.50 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 137.1 | $64,282.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 91.6 | $38,757.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 29.2 | $14,592.50 |
| B190 | OTHER CONTESTED MATTERS | 74.7 | $33,370.00 |
| B220 | EMPLOYEE BENEFITS/PENSION | 26.9 | $10,902.50 |
| B250 | REAL ESTATE | 0.2 | $100.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 33.9 | $11,002.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 198.4 | $97,400.00 |
| | **TOTAL PROFESSIONAL HOURS AND FEES SOUGHT =** | **826.30[4]** | **$381,190.00[5]** |

[4] In addition to the professional hours of 826.30 on the invoices, an additional 101.50 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 927.8 hours worked.

[5] These invoice amounts total $381,190.00, but as discussed below, additional voluntary reductions of $48,927.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $430,117.50.

The total amount of expenses by expense type incurred by the Firm for the Committee during the Application Period are:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $20.30 |
| Westlaw Research | $2,380.29 |
| Postage | $16.12 |
| Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| Reveal – Hosting Data at $5.00/GB/mth | $77.00 |
| Filing Fees 10/26/2022, Transcript request. | $124.80 |
| Messenger Service 49996, Alliance Overnight Document Service LLC, Print and mail-out of Doc #1682,1683, 1684 and 1685 | $707.20 |
| Messenger Service 50043, Alliance Overnight Document Service LLC, printing and postage Doc 1696 | $614.76 |
| Messenger Service 50169, Alliance Overnight Document Service LLC, Copy and postage for Doc. No. 1755 and 1756 | $222.37 |
| Messenger Service 50245, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1759 | $131.67 |
| Messenger Service 50243, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1767 and 1767-1 | $106.06 |
| Messenger Service 50248, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1770, 1770-1, 1771 and 1771-1 | $114.59 |
| Messenger Service 50288, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1778 | $106.06 |
| Messenger Service 50449, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1849 and 1849-1 | $116.36 |
| Messenger Service 50309, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1789 | $107.69 |
| Services Rendered 2021.12.02.001, HOME BANK, Invoice for subpoena response. | $115.00 |
| Services Rendered 456764, Orleans Parish Clerk of Court, to reimburse state escrow account. | $7.00 |
| Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| Services Rendered 50376, Alliance Overnight Document Service LLC, Scan and pdf/renaming exhibits | $228.14 |
| **Total Out-of-Pocket Expenses** | **$5,273.91** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

*SEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022</u>

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON
<u>DECEMBER 15, AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500
POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE
THROUGH THE DIAL-IN FOR SECTION A 1-504-517-1385;
CONFERENCE CODE 129611.</u> IF YOU OBJECT TO THE RELIEF
REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING.
UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE
YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT
NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE.
YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON
WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY
TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF
REQUESTED.**

LOCKE LORD LLP (the "<u>Firm</u>") files its *Seventh Interim Application of Locke Lord LLP*

*as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and*

*Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* (the

"<u>Application</u>"). In support of this Application covering July 1, 2022 through October 31, 2022 (the

"<u>Application Period</u>"), the Firm respectfully states as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of
business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

# I.  INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the Committee from July 1, 2022 through October 31, 2022:

| | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| July 2022 | $193,965.00 | ($89,800.00) | ($22,222.50) | $81,942.50 | $209.85 | $82,152.35 |
| August 2022 | $227,783.00 | ($104,930.50) | ($26,155.00) | $96,697.50 | $1,331.16 | $98,028.66 |
| September 2022 | $194,687.00 | ($90,129.50) | ($0.00) | $104,557.50 | $668.26 | $105,225.76 |
| October 2022 | $181,841.50 | ($83,299.00) | ($550.00) | $97,992.50 | $3,064.64 | $101,057.14 |
| | | | | | | |
| | | | | | **TOTAL =** | **$386,463.91** |

# II.  JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

# III.  BACKGROUND FACTS

## A.  Introduction

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

4.      The Debtor remains in possession of its property and is managing its business as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code

2

[Docket #94]. The Committee was reconstituted on June 10, 2020,[2] October 8, 2020,[3] June 7, 2022,[4] and June 21, 2022.[5] The Committee currently consists of five (5) committee members.

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel.

## B.    Employment of the Firm

7.      On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [Docket # 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

8.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [Docket # 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

## IV.    WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

9.      The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Firm has included with this Application copies of the Firm's Invoices (the "Invoices") that set forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.[6]

---

[2] Doc. No. 151.
[3] Doc. No. 478.
[4] Doc. No. 1575.
[5] Doc. No. 1618.
[6] True and correct copies of the Firm's Monthly Fee Statements (the "Statements"), which include all the Firm's Invoices issued in the Application Period, are attached to this Application as Exhibit "1". The Statements are incorporated by reference herein.

10. The Committee and its counsel have undertaken strenuous efforts to move this Bankruptcy Case forward in an effort to resolve creditors' claims and achieve the most favorable resolution possible for the Committee's unsecured creditor constituency. With the Firm's assistance, the Committee continued to work diligently during the Application Period to accomplish these tasks.

11. As mentioned in previous fee applications, the most probable outcome and resolution of claims in this Bankruptcy Case remains a negotiated Chapter 11 plan of reorganization.[7] The Committee remained focused on that goal during the Application Period, and the Firm supported it in these efforts. Among other things, the Committee continued to pursue the plan-negotiation and mediation process with the Debtor during the Application Period. The Committee has worked closely with the mediator as part of this process and communicated with the Debtor, its counsel, and certain non-Debtor affiliates in connection with these matters. Additionally, the Committee also conducted extensive due diligence on various sales transactions proposed by the Debtor during the Application Period that affected the Debtor's bankruptcy estate. These transactions included sales of property owned both by the Debtor and by the Debtor's affiliates, Notre Dame Health System (f/k/a Chateau de Notre Dame) ("NDHS") and St. Anthony's Gardens ("SAG"). Finally, the Committee continued its comprehensive investigation and analysis of the financial condition, organizational structure, and business operations of the Debtor and its affiliates.

12. More specifically, the Committee, together with its counsel, performed several different tasks during the Application Period. These included, without limitation, the following:

---

[7] All rights are reserved in connection with the Court's order denying the Committee's motion to dismiss this Bankruptcy Case.

- On September 20, 2022, the Committee held its first, public town-hall meeting for its unsecured creditor constituency. Organized by the Committee and hosted by attorneys from the Firm and PSZJ, this town-hall meeting was conducted via Zoom and open to all creditors and other parties-in-interest in the Bankruptcy Case. The reaction to this event and to the information provided to unsecured creditors during the meeting was uniformly positive.

- The Committee conducted extensive due diligence regarding the Debtor's continuing efforts to sell its immoveable-property assets located at (i) 1000 Howard Avenue and 1025 Oretha Castle Haley Boulevard (the "Howard Avenue Main Site") and (ii) 1032 and 1042 South Rampart Street (the "Excess Property"). The Firm assisted the Committee in these due diligence efforts and reviewed detailed sales documents, motions, and proposed sale amendments. As of today's date, the Debtor has identified purchasers for both the Howard Avenue Main Site and the Excess Property, and the Court has entered orders in the Bankruptcy Case [Doc. Nos. 1924, 1926] approving these sales. These sales are expected to close by December 31, 2022.

- The Committee, in coordination with the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), analyzed at length the proposed sale of substantially all the assets of NDHS (as well as two (2) of NDHS's subsidiaries) and SAG. Together, the Committee and the Commercial Committee (the "Committees") issued document demands regarding this transaction to the Debtor, NDHS, and SAG. The Committees determined, *inter alia*, that this transaction would affect the Debtor's bankruptcy estate. The Committees reserved their respective rights in connection with, *inter alia*, this transaction and the accompanying sales process and continue to coordinate their due diligence and responses to it.

- The Committee continued investigating the Debtor's financial condition, assets, and operations. This process has involved examining substantial information and documents provided by the Debtor in response to the Committee's still-pending Rule 2004 motion. During the Application Period, the Debtor provided the Committee with yet more documents and a privilege log. The Committee continues to examine all these materials.

- The Committee's efforts to obtain documents from the affiliates of the Debtor known as the "Apostolates" continued during the Application Period. Among other things, the Committee addressed the Apostolates' responses to its document requests and expended considerable time examining the documents and information produced by the Apostolates.

- The Committee continued to pursue its adversary proceeding against the Debtor and certain Apostolates in order to establish that certain portfolio accounts maintained by the Debtor constitute property of the Debtor's bankruptcy estate. The Committee defended this proceeding against an effort by the Debtor to dismiss it. Although the Court did dismiss the adversary proceeding without prejudice to re-filing on October 28, 2022, the Committee continues to evaluate the issues raised in the adversary proceeding.

## V.     PROJECT CATEGORIES

13.    The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The thirteen (13) pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130),

(4) Relief from Stay/Adequate Protection Proceedings (B140), (5) Meetings & Communications with Creditors (B150), (6) Fee/Employment Applications (B160), (7) Fee/Employment Objections (B170), (8) Avoidance Action Analysis (B180), (9) Other Contested Matters (B190), (10) Employee Benefits/Pension (B220), (11) Real Estate (B250), (12) Claims Administration and Objections (B310), and (13) Plan and Disclosure Statement (B320).

14.     The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The Firm rendered services to the Committee in twelve (12) of the thirteen (13) different project categories during the Application Period. The following narrative summarizes these services.

## A.     Case Administration (Category Code B110)

15.     The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements.

16.     The Firm expended <u>17.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$7,122.50</u>. Therefore, the Firm's blended hourly rate is <u>$407.00/hour</u>.[8]

## B.     Asset Analysis and Recovery (Category Code B120)

17.     The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtors' bankruptcy estates.

---

[8] The blended rates as broken out by project categories do not reflect the substantial voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is <u>$410.85</u> per hour.

6

18.     The Firm expended <u>85.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$39,855.00</u>. Therefore, the Firm's blended hourly rate is <u>$464.51/hour</u>.

**C.      Asset Disposition (Category Code B130)**

19.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. This category also includes the services the Firm provided in connection with the sale of substantially all the assets of the Debtor's affiliates, NDHS and SAG.

20.     The Firm expended <u>126.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$61,652.50</u>. Therefore, the Firm's blended hourly rate is <u>$487.37/hour</u>.

**D.      Relief from Stay/Adequate Protection Proceedings (Category Code B140)**

21.     The category of **Relief from Stay/Adequate Protection Proceedings** covers the termination or continuation of the automatic stay in the Bankruptcy Case under 11 U.S.C. § 362 as well as motions for adequate protection under 11 U.S.C. § 361.

22.     The Firm expended <u>4.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$2,152.50</u>. Therefore, the Firm's blended hourly rate is <u>$478.33/hour</u>.

**E.      Meetings & Communications with Creditors (Category Code B150)**

23.     The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, including without limitation all consultation with the Committee and its members, regular Committee meetings. This category also includes all services rendered in connection with the public town-hall

7

meeting held on September 20, 2022.

24.     The Firm expended <u>137.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$64,282.50</u>. Therefore, the Firm's blended hourly rate is <u>$468.87/hour.</u>

**F.      Fee/Employment Applications (Category Code B160)**

25.     The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties.

26.     The Firm expended <u>91.6</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$38,757.50</u>. Therefore, the Firm's blended hourly rate is <u>$423.12/hour.</u>

**G.      Fee/Employment Objections (Category Code B170)**

27.     The category of **Fee/Employment Objections** involves preparing and filing objections to employment and fee applications.

28.     The Firm expended <u>29.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$14,592.50</u>. Therefore, the Firm's blended hourly rate is <u>$499.74/hour.</u>

**H.      Other Contested Matters (Category Code B190)**

29.     The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. Efforts by the Committee and Firm professionals to address the alleged protective order violations and to cooperate with the U.S. Trustee's investigation of these violations fall within this category.

30.     The Firm expended <u>74.7</u> hours of professional time on services in this category.

The Firm's professional fees in this category total <u>$33,370.00</u>. Therefore, the Firm's blended hourly rate is <u>$446.72/hour</u>.

**I.**      <u>**Employee Benefits/Pension (Category Code B220)**</u>

     31.      The category of **Employee Benefits/Pensions** consists of employment, benefits, and employee-related matters.

     32.      The Firm expended <u>26.9</u> hours of professional time on services in this category. The Firm's fees in this category total <u>$10,902.50</u>. Therefore, the Firm's blended hourly rate is <u>$405.30/hour</u>.

**J.**      <u>**Real Estate (Category Code B250)**</u>

     33.      The category of **Real Estate** covers real estate-related matters.

     34.      The Firm expended <u>0.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$100.00</u>. Therefore, the Firm's blended hourly rate is <u>$500.00/hour</u>.

**K.**      <u>**Claims Administration & Objections (Category Code B310)**</u>

     35.      The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor.

     36.      The Firm expended <u>33.9</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$11,002.50</u>. Therefore, the Firm's blended hourly rate is <u>$324.56/hour</u>.

**L.**      <u>**Plan and Disclosure Statement (Category Code B320)**</u>

     37.      The category of **Plan and Disclosure Statement** encompasses matters related to the formulation and presentation of a Chapter 11 plan and disclosure statement, including, without

limitation, all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor as well as any document-discovery necessary to prepare the Committee and its members for both mediation and plan confirmation.

38.     The Firm expended <u>198.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$97,400.00</u>. Therefore, the Firm's blended hourly rate is <u>$490.93/hour</u>.

## VI.     REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED

39.     Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has made no request for general overhead expenses.

40.     The Firm's various expenses were necessary and reasonable. For instance, copying and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case—a significant expense given the large number of parties on the Debtor's service list and the multiple pleadings and other filings made in the case.

41.     In general, the Firm strived to minimize all expenses. Online and PACER research was utilized only when an attorney believed that the benefits of computerized research outweighed the cost of such research and that the costs would be less than those incurred in utilizing traditional research methods.

42.     The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $20.30 |
| Westlaw Research | $2,380.29 |
| Postage | $16.12 |
| Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| Filing Fees 10/26/2022, Transcript request | $124.80 |
| Messenger Service 49996, Alliance Overnight Document Service LLC, Print and mail-out of Doc #1682,1683, 1684 and 1685 | $707.20 |
| Messenger Service 50043, Alliance Overnight Document Service LLC, printing and postage Doc 1696 | $614.76 |
| Messenger Service 50169, Alliance Overnight Document Service LLC, Copy and postage for Doc. No. 1755 and 1756 | $222.37 |
| Messenger Service 50245, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1759 | $131.67 |
| Messenger Service 50243, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1767 and 1767-1 | $106.06 |
| Messenger Service 50248, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1770, 1770-1, 1771 and 1771-1 | $114.59 |
| Messenger Service 50288, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1778 | $106.06 |
| Messenger Service 50449, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1849 and 1849-1 | $116.36 |
| Messenger Service 50309, Alliance Overnight Document Service LLC, printing and postage for Doc. No. 1789 | $107.69 |
| Services Rendered 2021.12.02.001, HOME BANK, Invoice for subpoena response. | $115.00 |
| Services Rendered 456764, Orleans Parish Clerk of Court, to reimburse state escrow account. | $7.00 |
| Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| Services Rendered 50376, Alliance Overnight Document Service LLC, Scan and pdf/renaming exhibits | $228.14 |
| **Total Out-of-Pocket Expenses** | **$5,273.91** |

43.     The Firm requests that the Court grant it reimbursement for $5,273.91 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

11

## VII. **VOLUNTARY REDUCTIONS**

44.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of <u>$48,927.50</u> (<u>101.5 billable hours)</u> for work performed but <u>not</u> charged to the Committee during the Application Period, with such entries being marked as "No Charge."

## VIII. **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

45.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at the Firm's ordinary and customary rates (discounted as set forth in the Retention Application), plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "<u>Local Bankruptcy Rules</u>"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with these Bankruptcy Cases except as this Court may approve.

46.     As of today's date, the Firm has received payments totaling **<u>$2,268,936.69</u>** in connection with invoices approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, and May 19, 2022, pursuant to the Firm's first, second, third, fourth, and fifth interim applications. The Firm has also received a total of <u>$594,233.83</u> in interim, monthly payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on

12

account of the following invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1720090 | 4/29/2022 | $127,190.22 | 5/24/2022 | ($102,406.72) | $24,783.50 |
| 1725502 | 5/27/2022 | $133,356.17 | 7/27/2022 | ($107,340.17) | $26,016.00 |
| 1731314 | 6/28/2022 | $160,426.44 | 09/07/2022 | ($129,021.44) | $31,405.00 |
| 1736690 | 7/26/2022 | $192,855.16 | 10/20/2022 | ($111,012.49) | $81,842.67 |
| 1742962 | 8/29/2022 | $82,152.35 | 10/24/2022 | ($65,763.85) | $16,388.50 |
| 1748777 | 9/27/2022 | $98,028.66 | 10/20/2022 | ($78,689.16) | $19,339.50 |
| | | | | | |
| | | **TOTAL =** | | (**$594,233.83**) | **$199,775.17** |

47.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

48.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

49.    This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

50.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[9] Based upon the services described in this Application, the Firm respectfully

---

[9] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

51.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 927.80[10] hours during the Application Period for a total fee of $381,191.00. Including the 101.5 hours worked but not charged, the Firm's blended hourly rate is **$410.85/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

## The Novelty and Difficulty of the Questions Presented

52.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing all these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to address these questions. This factor therefore favors granting the Firm its requested award.

## The Skill Required to Perform the Services

53.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of such skill and expertise to efficiently resolve these issues. The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

---

[10] This includes the 101.5 hours worked but not charged.

15

**Preclusion of Other Employment Due to Acceptance of the Case**

54.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. Nonetheless, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. For this reason, this factor favors granting the award the Firm has sought.

**The Customary Fee**

55.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates, which rates the Firm previously disclosed in the Retention Application. The Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are comparable to other similar-situated firms. These rates also reflect voluntary reductions of $48,927.50.

56.     Thus, the blended hourly rate on this matter of **$410.85/hour** is reasonable and reflects market rates or below-market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

57.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates, discounted as set forth in the Retention Application and subject in all respects to this Court's approval. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

58.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy

Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

59.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

**The Experience, Reputation, and Ability of the Attorneys**

60.     The Firm's attorneys have significant experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession.  In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

**The "Undesirability" of the Bankruptcy Cases**

61.     Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged are far below the Firm's standard rates. The complex, risky, and complicated nature of this Bankruptcy Case continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

62.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

**Awards in Similar Cases**

63.     The fee award the Firm seeks compares favorably to awards granted in other

17

bankruptcy cases with a size and complexity similar to this Bankruptcy Case. In addition, the fees sought by Committee counsel are substantially less than the fees sought by the Debtor's professionals.

64.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     CONCLUSION

65.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. The Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Orders, the Fee Procedures Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's procedures.

66.     The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to ***$386,463.91.*** The requested award (the "Award") consists of $381,190.00 in fees and $5,273.91 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtors' estate under Bankruptcy Code § 503; (iii) directing the Archdiocese to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: November 22, 2022

Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
        rkuebel@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on November 22, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on November 22, 2022.

*/s/ W. Steven Bryant*

W. Steven Bryant

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

## ORDER APPROVING *SEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022
### [Relates to Docket #_____]

CAME ON for consideration the *Seventh Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [**Docket #____**] (the "Application") filed by Locke Lord LLP (the "Firm") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$386,463.91** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $381,190.00 in fees for services rendered and $5,273.91 in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

130514599v.6

New Orleans, Louisiana, this _____ day of _____, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | Objection Deadline: September 12, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR JULY 1, 2022 THROUGH JULY 31, 2022

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2022 through July 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2. A summary of the services rendered by Locke Lord for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3. A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4. A summary of expenses incurred by Locke Lord during the Statement Period for

**EXHIBIT 1**

which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $2,491,653.69.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| July 1, 2022 to July 31, 2022 | |
|---|---|
| Fees (at standard rates): | $193,965.00 |
| (Reduction due to reduced rates) | ($89,800.00) |
| (Further voluntary reductions) | ($22,222.50) |
| Fees (After all reductions): | $81,942.50 |
| Disbursements | $209.85 |
| **Total** | **$82,152.35** |

9.     During the Statement Period, Locke Lord expended approximately 19.80 hours and $9,112.50 in fees on matters related to the alleged protective order violations. Locke Lord incurred $0.00 in expenses during the Statement Period in connection with such protective order violations. The total fees and expenses related to the alleged protective order violations are **$9,112.50**. A spreadsheet identifying the detailed time records associated with such protective-order violations is attached hereto as **Exhibit E**.

**VOLUNTARY REDUCTIONS**

10.     In this Statement Period, Locke Lord made certain voluntary reductions on its

2

invoice. These reductions total $22,222.50 and 45.60 billable hours not charged for July 2022. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

## NOTICE AND OBJECTION PROCEDURES

11.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on

an interim basis the total amount of **$65,763.85**. This figure consists of (a) $65,554.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $81,942.50 for the Statement Period, and (b) $209.85 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: August 29, 2022.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JULY 1, 2022 THROUGH JULY 31, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 5.10 | $1,762.50 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 23.30 | $11,080.00 |
| **B130** | ASSET DISPOSITION | 14.80 | $6,897.50 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 32.20 | $15,207.50 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 38.90 | $12,700.00 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 2.40 | $1,200.00 |
| **B190** | OTHER CONTESTED MATTERS | 20.30 | $9,347.50 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 23.70 | $7,327.50 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 34.10 | $16,420.00 |
| | **TOTAL FEES SOUGHT =** | **194.80** | **$81,942.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JULY 1, 2022 THROUGH JULY 31, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 80.6 | $500.00 | $ 40,300.00 |
| BCK | Knapp, Brad C. | Partner | 38.1 | $425.00 | $ 16,192.50 |
| PGE | Eisenberg, Phil G. | Partner | 1.1 | $500.00 | $ 550.00 |
| WSB | Bryant, W. Steven | Partner | 41.4 | $500.00 | $ 20,700.00 |
| AW | Alicia Wilson | Litigation Support | 0.1 | $125.00 | $ 12.50 |
| ALL | Lohr, Ashley Linn | Paralegal | 33.10 | $125.00 | $ 4,137.50 |
| JP | Joe Pollender | Litigation Support | 0.4 | $125.00 | $ 50.00 |
| | | | | | |
| | **TOTALS =** | | **194.80** | | **$ 81,942.50** |

**EXHIBIT C**

America:0107766/00001: 128853136v.1

## EXPENSE SUMMARY
## DURING COMPENSATION PERIOD
## <u>JULY 1, 2022 THROUGH JULY 31, 2022</u>

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Postage | 6.95 |
| | PACER Online Research | 10.90 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| 07/11/22 | Services Rendered 2021.12.02.001, Home Bank, Invoice for fees incurred for subpoena response. | 115.00 |
| | **TOTAL EXPENSES** | **$209.85** |

**EXHIBIT D**



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

August 29, 2022
Invoice No.: 1742962

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2022                    $82,152.35

File Number:        0107766.00001
Re:                 Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/22 | Receipt and review of ECF notification /pleadings and review the same (0.3) | OFK | 0.30 | 150.00 |
| 07/05/22 | Analysis of next steps regarding alleged FBI investigation and analysis of effect on restructuring. | BCK | 1.00 | 425.00 |
| 07/06/22 | Review and revise service list in preparation of future mailings on matrix. | ALL | 0.60 | 75.00 |
| 07/12/22 | Prepare for and participate in weekly call with Debtor on various issues (0.8) | OFK | 0.80 | 400.00 |
| 07/15/22 | Locate and retrieve docket information for A. Lohr. | JP | 0.20 | 25.00 |
| 07/15/22 | Communications with attorney team re: deadline to file Motions for Omnibus Hearings on September 15th and October 17th. | ALL | 0.20 | 25.00 |
| 07/18/22 | Research and communications with B. Knapp re: updated address for service list (.40); communications with claims agent re: process for address change to service list (.20). | ALL | 0.60 | 75.00 |
| 07/21/22 | Check docket information for A. Lohr. | JP | 0.20 | 25.00 |
| 07/26/22 | Conference with Debtor's counsel regarding pending motions and upcoming action items. | BCK | 0.50 | 212.50 |
| 07/26/22 | Prepare for weekly Debtor call (0.2); participate in weekly Debtor call (0.5) | OFK | 0.70 | 350.00 |
| | | | **5.10** | **$1,762.50** |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans
♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

128886486v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/01/22 | Work on confirmation of FBI investigation (0.5) Call with Andy Caine regarding document production and Apostolate asset investigation (0.5) | OFK | 1.00 | 500.00 |
| 07/01/22 | Work on document-production and review process (0.4), address key issues related to these matters with Rick Kuebel (0.2). | PGE | 0.60 | 300.00 |
| 07/01/22 | Receive and review various emails with attached details for analysis in discovery process. | PGE | 0.50 | 250.00 |
| 07/05/22 | Multiple emails on NDCE asset investigation (0.6) | OFK | 0.60 | 300.00 |
| 07/08/22 | Multiple emails on NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 07/11/22 | Continued work on NDCE discovery /asset information on requests and correspond with BRG, Mr. Caine and Mr. Knapp regarding the same (1.4) | OFK | 1.40 | 700.00 |
| 07/11/22 | Prepare folder on Box.com and work on adding documents to folder in connection with Apostolate document production. | AW | 0.10 | 12.50 |
| 07/12/22 | Multiple correspondence with BRG on NDCE and debtor financial asset insider claims (1.5) Review and comment on BRG document request (0.4) | OFK | 1.90 | 950.00 |
| 07/13/22 | Correspond regarding NDCE asset discovery (0.4) | OFK | 0.40 | 200.00 |
| 07/14/22 | Analysis of Apostolate production regarding financial information (0.5); correspondence with D. Draper regarding additional information needs (0.2). | BCK | 0.70 | 297.50 |
| 07/14/22 | Multiple correspondence and team discussions on reply / open issues on ANO and NDCE asset discovery (0.8) Correspond with BRG team regarding the same (0.6) | OFK | 1.40 | 700.00 |
| 07/15/22 | Multiple correspondence on discovery responses and new document production (0.5) | OFK | 0.50 | 250.00 |
| 07/15/22 | Continued work on NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 07/15/22 | Analysis of document issues for Apostolates (0.3); conference with D. Draper regarding Apostolate requests (0.3). | BCK | 0.60 | 255.00 |
| 07/18/22 | Multiple correspondence on NDCE asset discovery with BRG /co-counsel (0.7) | OFK | 0.70 | 350.00 |
| 07/19/22 | Correspond regarding NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 07/21/22 | Review correspondence and exhibits from Apostolates regarding additional document and information productions (0.5); conference with D. Draper regarding next steps for information requests (0.2). | BCK | 0.70 | 297.50 |
| 07/21/22 | Multiple emails /correspondence on NDCE asset discovery/Draper letter (0.7) | OFK | 0.70 | 350.00 |
| 07/22/22 | Correspond regarding NDCE asset discovery (0.7) | OFK | 0.70 | 350.00 |
| 07/22/22 | Continued analysis of historical real estate information for asset evaluation. | BCK | 0.80 | 340.00 |
| 07/25/22 | Conference with BRG to address Apostolate document production needs and next steps for document collection. | BCK | 0.50 | 212.50 |
| 07/25/22 | Continued analysis of multiple real estate summaries and valuations to analyze real state assets. | BCK | 1.60 | 680.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 3

**B120 Asset Analysis and Recovery**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/22 | Prepare for and participate in team UCC call on real estate asset valuations / sale plan. (1.3) Prepare for and participate in BRG call on NDCE asset investigation and valuation. (1.3) | OFK | 2.60 | 1,300.00 |
| 07/28/22 | Multiple emails regarding NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 07/28/22 | Revise response correspondence to Apostolates regarding document needs. | BCK | 0.60 | 255.00 |
| 07/29/22 | Revise responsive correspondence to D. Draper regarding Apostolates document issues. | BCK | 1.60 | 680.00 |
| 07/29/22 | Multiple correspondence on NDCE asset discovery and response letter to NDCE counsel (0.8) Correspond regarding latest document production (0.3) | OFK | 1.10 | 550.00 |
| | | | **23.30** | **$11,080.00** |

**B130 Asset Disposition**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/22 | Review electronic files re: McEnery's Property Reports in preparation of attorney review by S. Bryant. | ALL | 0.70 | 87.50 |
| 07/01/22 | Review and analyze the McEnery Property report provided by the Debtor and the potential for sales of Debtor real property. | WSB | 1.00 | 500.00 |
| 07/05/22 | Further review and analyze the McEnery property report and identify potential assets for liquidation by the Debtor. | WSB | 0.70 | 350.00 |
| 07/05/22 | Review proposed information requests from BRG (0.8); analysis of real estate information needs and status (0.4). | BCK | 1.20 | 510.00 |
| 07/18/22 | Review and calendar deadlines in Agreed Order Concerning Debtor's Expedited Motion for Authority to Lease Property. | ALL | 0.40 | 50.00 |
| 07/18/22 | Multiple emails on Howard Ave sale motion and related question (0.5) | OFK | 0.50 | 250.00 |
| 07/19/22 | Receipt and review of Debtor's Motion for Sale of Howard Ave and correspond regarding the same with Mr. Stang and Mr. Bryant. (1.0) | OFK | 1.00 | 500.00 |
| 07/20/22 | Work on real estate asset valuation including review of Howard Ave sale motion and insurance /tax credit question (0.8) | OFK | 0.80 | 400.00 |
| 07/21/22 | Continued work on Howard Ave sale motion (0.6) | OFK | 0.60 | 300.00 |
| 07/22/22 | Work on real estate value/ sale issues (0.6) Receipt and review of case pleadings - filing notices and discuss with B. Knapp (0.4) | OFK | 1.00 | 500.00 |
| 07/25/22 | Correspond via email with Brittany Wolf, state-court counsel to Patricia Moody (the Committee chair), regarding the long-term prospects for the lease between Jefferson Parish and Our Lady of Divine Providence parish. | WSB | 0.20 | 100.00 |
| 07/25/22 | Read Howard Ave sale motion and exhibits and review Howard Ave value info and previous sale record (1.0) | OFK | 1.00 | 500.00 |
| 07/26/22 | Follow-up correspondence on Howard Sale Motion (0.5) | OFK | 0.50 | 250.00 |
| 07/26/22 | Review and analyze the proposed continuance of the final hearing on the JeffCAP lease (0.3); correspond via email with the bankruptcy counsel team about this matter (0.2); correspond via email with Pat Moody and Brittany Wolf about the proposed extension and the status of the JeffCAP lease generally (0.5). | WSB | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/26/22 | Analyze and review the Motion to Approve the sale of Howard Avenue (1.0); review Debtor real property data provided by the Debtor and the McEnery Company and evaluate that data in light of the proposed Howard Avenue sale (0.5). | WSB | 1.50 | 750.00 |
| 07/27/22 | Correspond via email with Brittany Wolf about the proposed continuance of the hearing on the JeffCAP lease (0.2); telephone conference with Pat Moody about the JeffCAP lease and other issues related to the Debtor's real property and potential sales (0.8); draft email to the Committee explaining the continuance on the JeffCAP lease and related matters (0.7). | WSB | 1.70 | 850.00 |
| 07/27/22 | Correspond regarding Howard Avenue sale motion (0.5) | OFK | 0.50 | 250.00 |
| 07/29/22 | Receipt and review of numerous case pleadings (sale motion) and correspond regarding the same (0.5) | OFK | 0.50 | 250.00 |
| | | | **14.80** | **$6,897.50** |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/22 | Correspond with victim counsel (FE) regarding late filed Proof of Claim (0.3) | OFK | 0.30 | 150.00 |
| 07/01/22 | Conference with survivor claimant regarding recently served documents and case status. | BCK | 0.20 | 85.00 |
| 07/05/22 | Correspond via email with Brad Knapp about the agenda for today's call and suggest revisions (0.1); attend today's weekly Committee meeting and address various matters at the meeting (1.4). | WSB | 1.50 | 750.00 |
| 07/05/22 | Draft agenda for Committee meeting (0.1); attend Committee meeting regarding informational needs and next steps in case (1.4); conference with creditor regarding case status (0.2). | BCK | 1.70 | 722.50 |
| 07/05/22 | Prepare for, participate in and provide reports /update to UCC (1.5) multiple correspondence with claimant regarding case status questions (0.5) | OFK | 2.00 | 1,000.00 |
| 07/06/22 | Receipt and review of state court counsel list of requested documents (0.5) Correspond regarding Lamothe claims /documents (0.8) | OFK | 1.30 | 650.00 |
| 07/07/22 | Multiple correspondence with claimant on case information questions (0.5) Update on meeting / information requests from committee counsel regarding additional actions (0.5) Multiple emails regarding documents request from state court counsel (0.5) | OFK | 1.50 | 750.00 |
| 07/07/22 | Conference with counsel for G. Coulon regarding case status and next steps for mediation. | BCK | 1.20 | 510.00 |
| 07/07/22 | Conference with pro se claimant regarding recently served items and case status. | BCK | 0.30 | 127.50 |
| 07/08/22 | Meet with claimant and counsel on asset discovery/case issues. (1.5) | OFK | 1.50 | 750.00 |
| 07/10/22 | Draft, edit, and revise email to the Committee summarizing case developments (1.0); correspond via email with the bankruptcy counsel team concerning the email and potential revisions (0.3); further correspond via email regarding this forthcoming communication with the Committee (0.1). | WSB | 1.40 | 700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 5

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/11/22 | Draft, edit, and finalize the email to the Committee summarizing case developments (0.8); forward that email to the Committee for its review and comment (0.2). | WSB | 1.00 | 500.00 |
| 07/13/22 | Prepare for and participate in call with case claimant regarding status (0.7) Prepare for and participate in call with state court counsel (Ben O) regarding case status and claim questions (0.5) | OFK | 1.20 | 600.00 |
| 07/13/22 | Conference with counsel for claimant regarding case status. | BCK | 0.50 | 212.50 |
| 07/14/22 | Conference with pro se claimant regarding case status (0.2); analysis of return mail on survivor claimant (0.1). | BCK | 0.30 | 127.50 |
| 07/14/22 | Communications with B. Knapp re: returned mailing to claimant (.20); communications with claimant re: recent mailing (.20); review and update address of claimant (.20). | ALL | 0.60 | 75.00 |
| 07/15/22 | Conference with pro se claimant regarding case status. | BCK | 0.30 | 127.50 |
| 07/15/22 | Multiple emails on document request from state court counsel (0.6) | OFK | 0.60 | 300.00 |
| 07/18/22 | Multiple email correspondence with the Committee regarding the District Court's decision on the Committee's motion for leave. | WSB | 0.40 | 200.00 |
| 07/18/22 | Conference with creditor regarding case status and contact information changes (0.2); conference with committee member regarding upcoming meetings (0.2); correspondence with Committee regarding meeting (0.1). | BCK | 0.50 | 212.50 |
| 07/18/22 | Correspond with state court claim counsel regarding information request (0.8) | OFK | 0.80 | 400.00 |
| 07/19/22 | Receipt and review of multiple emails with UCC members on various issues (0.6) | OFK | 0.60 | 300.00 |
| 07/19/22 | Host today's meeting with the Committee to train the new Committee members and their counsel on how to use Everlaw (1.0); correspond via email with Brad Knapp about this matter (0.1). | WSB | 1.10 | 550.00 |
| 07/19/22 | Attend Committee meeting. | BCK | 1.00 | 425.00 |
| 07/20/22 | Correspondence with claimant regarding case status (0.2); conference with pro se claimant regarding next steps in case (0.1). | BCK | 0.30 | 127.50 |
| 07/20/22 | Multiple emails on State court counsel info/claim request (1.0) | OFK | 1.00 | 500.00 |
| 07/21/22 | Correspond with state court counsel on claim questions (0.5) | OFK | 0.50 | 250.00 |
| 07/25/22 | Correspondence with Committee regarding upcoming meetings and next steps in mediation preparation. | BCK | 0.30 | 127.50 |
| 07/26/22 | Correspond with UCC counsel /members regarding meeting (0.4) Review and revise UCC work list (0.5) | OFK | 0.90 | 450.00 |
| 07/27/22 | Draft revised work plan for upcoming Committee meeting. | BCK | 0.40 | 170.00 |
| 07/27/22 | Conference with pro se claimant regarding case status (0.6); conference with additional pro se claimant regarding case status (0.2). | BCK | 0.80 | 340.00 |
| 07/28/22 | Receipt and review of email with state court counsel regarding request for call and reply to the same (0.2) Prepare for and participate in call with claimant state court counsel on information requests and claims valuation (1.3) Correspond with counsel (GEM) regarding case / mediation status, claims valuation and UCC work list (1.4) | OFK | 2.90 | 1,450.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 6

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/22 | Revise committee work plan in advance of committee meetings. | BCK | 1.10 | 467.50 |
| 07/29/22 | Prepare for and participate in plan / mediation call with state court counsel on claim issues (2.2) | OFK | 2.20 | 1,100.00 |
| | | | **32.20** | **$15,207.50** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/22 | Review Monthly Fee and Expense Statement of Zobrio, Inc., for the Period May 1, 2022 through May 31, 2022 in preparation of drafting fee application. | ALL | 0.30 | 37.50 |
| 07/03/22 | Assist with drafting Locke Lord's Sixth Fee Application. | ALL | 1.10 | 137.50 |
| 07/05/22 | Assist with drafting Locke Lord's Sixth Fee Application. | ALL | 0.90 | 112.50 |
| 07/08/22 | Review the status of the Debtor's payment of Locke Lord's outstanding fee invoices (0.4); draft, edit, and revise email to the Debtor's counsel requesting payment of all outstanding bills (0.5); forward that email to the Debtor's counsel for their review and comment (0.1). | WSB | 1.00 | 500.00 |
| 07/12/22 | Correspond via email with Ashley Lohr regarding the preparation of the next round of interim fee applications for Locke Lord, Zobrio, and Stegall Benton (0.2); begin preparing draft of the Zobrio fee application (0.6). | WSB | 0.80 | 400.00 |
| 07/12/22 | Correspond regarding unpaid fee issues (0.3) | OFK | 0.30 | 150.00 |
| 07/13/22 | Review invoices from Zobrio, Inc. and calculate totals in preparation of drafting Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc. (2.00); assist with drafting Fourth Interim Application (1.3). | ALL | 3.30 | 412.50 |
| 07/13/22 | Review Monthly Fee and Expense Statement of Stegall, Benton, Melacon & Associates, LLC for the Period from February 1, 2022 through April 30, 2022 in preparation drafting Second Interim Application (.20); assist with drafting Second Interim Fee Application for Stegall, Benton, Melacon & Associates, LLC (.50). | ALL | 0.70 | 87.50 |
| 07/14/22 | Begin drafting Locke Lord's Sixth Interim Fee Application. | WSB | 1.00 | 500.00 |
| 07/14/22 | Assist with drafting Second Interim Fee Application for Stegall, Benton, Melacon & Associates, LLC. | ALL | 1.80 | 225.00 |
| 07/15/22 | Further draft, edit, and revise the Sixth Interim Fee Application of Locke Lord, LLP. | WSB | 0.80 | 400.00 |
| 07/15/22 | Assist with drafting Fourth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Zobrio, Inc. | ALL | 0.50 | 62.50 |
| 07/19/22 | Communications with S. Bryant re: status of June Fee Statements for Locke Lord and Zobrio in preparation of e-filing Fee Applications. | ALL | 0.20 | 25.00 |
| 07/21/22 | Draft, edit, and revise the Sixth Interim Fee Application for Locke Lord (3.0); correspond via email with Ashley Lohr concerning the Application (0.1); edit and revise Zobrio's next interim fee application (0.5). | WSB | 3.60 | 1,800.00 |
| 07/22/22 | Communications with S. Bryant re: status of June Fee Statement in preparation of drafting Locke Lord's Sixth Fee Application. | ALL | 0.20 | 25.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 7

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/22/22 | Correspond via email with Ashley Lohr about the status of the outstanding fee applications (0.1); continue editing the Locke Lord Sixth Interim Fee Application (0.2)/ | WSB | 0.30 | 150.00 |
| 07/24/22 | Review Fee Applications of Locke Lord, Zobrio, Inc., and Stegall, Benton, Melancon & Associates (.50); draft email to S. Bryant re: status of Fee Applications (.30). | ALL | 0.80 | 100.00 |
| 07/25/22 | Draft, edit, and revise the Sixth Interim Fee Application of Locke Lord (2.4); further edit and revise the Zobrio, Inc. Fee Application (0.3). | WSB | 2.70 | 1,350.00 |
| 07/26/22 | Draft, edit, and revise the June 2022 monthly fee statement for Locke Lord LLP (2.5); correspond via email with Ashley Lohr regarding the fee statement and the Sixth Interim Fee Application (0.3); draft, edit, and revise the Sixth Interim Fee Application (0.7). | WSB | 3.50 | 1,750.00 |
| 07/27/22 | Draft, edit, and revise the Zobrio Fee Application (1.6); correspond via email with Ashley Lohr about the Zobrio application (0.2); correspond via email with Ryan Thessing about the application and related matters (0.3); further edit and revise the Locke Lord application (0.2). | WSB | 2.30 | 1,150.00 |
| 07/27/22 | Assist with drafting Locke Lord's Sixth Fee Application. | ALL | 4.10 | 512.50 |
| 07/28/22 | Draft, edit, and revise Sixth Interim Fee Application of Locke Lord LLP (2.3); arrange with Ashley Lohr for the filing and service of the Locke Lord Application (0.2); draft, edit, and revise the Zobrio Fee Application (1.4); arrange with Ms. Lohr for the filing and service of the Zobrio Application (0.1); edit and finalize the Stegall Benton application (0.3); begin preparing the Notice of Entries related to the alleged protective order violations (0.3). | WSB | 4.60 | 2,300.00 |
| 07/28/22 | Assist with drafting Locke Lord's Sixth Interim Fee Application for Locke Lord. | ALL | 0.40 | 50.00 |
| 07/28/22 | Draft, review, finalize, and e-file Notice of Hearing re: Fee Applications. | ALL | 1.00 | 125.00 |
| 07/28/22 | Communications with S. Bryant re: status of filing Fee Applications for Locke Lord, Zobrio, Inc., and Stegall, Benton, Melancon & Associates, LLC (.20); review, finalize, and e-file Fourth Interim Fee Application for Zobrio, Inc. (1.00); review, finalize, and e-file Locke Lord's Sixth Interim Fee Application (.70); review, finalize, and e-file Stegall, Benton, Melancon & Associates, LLC's Second Interim Fee Application (.60). | ALL | 2.50 | 312.50 |
| 07/28/22 | Coordinate mailing of filed Fee Applications on service list. | ALL | 0.20 | 25.00 |
| | | | **38.90** | **$12,700.00** |
| | | | | |
| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
| 07/11/22 | Review and analyze the monthly fee applications of Jones Walker to determine potential issues for objection (1.2); review the Keegan Linscott application (0.2); review the Carr Riggs application (0.3); review the Blank Rome application (0.2); begin drafting email to Jones Walker concerning its monthly fee application (0.5). | WSB | 2.40 | 1,200.00 |
| | | | **2.40** | **$1,200.00** |

**B190 Other Contested Matters**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/22 | Prepare for and participate in hearing requesting stay (0.7) Follow-up discussion regarding the same (0.5) Call with state court counsel regarding appeal issues (0.5--NO CHARGE) Receipt and review of Amanda George email & review Order and discuss with co-counsel (0.4) | OFK | 1.60 | 800.00 |
| 07/01/22 | Communications with attorney team re: filing of Notice of Submission of Time Entries of Locke Lord as Required by June 13, 2022 Order to Show Cause. | ALL | 0.40 | 50.00 |
| 07/01/22 | Communications with B. Knapp and court reporter re: obtaining transcript from the hearing on July 1st. | ALL | 0.20 | 25.00 |
| 07/01/22 | Correspond via email with Brad Knapp about developments at today's hearing and the adjournment of the Court's requirement that notice of fees and expenses related to the alleged protective order violations be submitted today (0.2); multiple email correspondences with Mark Mintz to confirm that neither Jones Walker nor Locke Lord will submit these notices today in light of the Court's decision at today's hearing (0.3). | WSB | 0.50 | 250.00 |
| 07/01/22 | Attend hearing regarding Trahant sanctions proceeding (0.6); analysis of draft fee submission (0.4). | BCK | 1.00 | 425.00 |
| 07/05/22 | Review and analyze the transcript of the Court hearing regarding the Former Members' request for a stay pending appeal (0.5); review status of the other pending appeals by the Former Members and Richard Trahant (0.4); correspond via email with Brad Knapp about appeal issues and related matters (0.3--NO CHARGE). | WSB | 0.90 | 450.00 |
| 07/05/22 | Review proposed reply briefs in former committee member and Trahant appeals (0.3--NO CHARGE); review Debtor and US Trustee correspondence regarding Trahant protective order issues (0.2). | BCK | 0.20 | 85.00 |
| 07/05/22 | Receipt and review of multiple emails with M. Mintz / UST regarding protective order (0.5) | OFK | 0.50 | 250.00 |
| 07/06/22 | Correspond with UST office regarding document access and PO rulings / possible conflict (0.5) Receipt and review of numerous pleadings regarding pending appeals (0.5) Prepare for and participate in call with UST regarding PO/document access (1.0) | OFK | 2.00 | 1,000.00 |
| 07/06/22 | Correspond with pending Motion to Compel on documents and related issues with A. Caine and B. Knapp (0.7) | OFK | 0.70 | 350.00 |
| 07/06/22 | Analysis of orders in former committee member and Trahant appeals (0.3); conference with US Trustee regarding protective order issues for Trahant and his counsel (0.6); review sur-replies filed by Debtor in former committee member and Trahant appeals (0.3). | BCK | 1.20 | 510.00 |
| 07/06/22 | Review recent district court decisions in the appeals brought by the Former Committee Members and Richard Trahant. | WSB | 0.20 | 100.00 |
| 07/06/22 | Confer with B. Knapp and S. Bryant re: appellate procedural issues and strategy (NO CHARGE) | WSH | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 9

| **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/07/22 | Analyze and review the District Court's orders setting briefing schedules in the pending appeals of the Former Members' and Ricky Trahant (0.3); research and analyze the potential impact of the timing of this briefing schedule on the Committee's appeal (1.2--NO CHARGE); draft email correspondence to Scott Hastings raising these appeal issues (0.5--NO CHARGE); review and analyze with Mr. Hastings and Brad Knapp the procedural issues presented by the timing of these other appeals (1.0--NO CHARGE); correspond via email with Mark Mintz, counsel for the Debtor, about the timing of these appeals and potential consolidation (0.2--NO CHARGE); telephone conference with Mr. Mintz and Mr. Knapp to address these matters (0.6--NO CHARGE); draft email outlining the potential appeal issues presented by the appeals occurring at different schedules and send it to the Pachulski Stang and Locke Lord teams for their review and comment (0.4--NO CHARGE); draft email to Mr. Mintz confirming his extension of his time to respond to the motion for leave to appeal and addressing the consolidation issues (0.2--NO CHARGE); further correspond with Committee bankruptcy counsel about these matters (0.3). | WSB | 0.60 | 300.00 |
| 07/07/22 | Review orders entered by Judge Guidry in related appeals (0.3); analysis of appeal strategy in light of orders (0.7--NO CHARGE); conference with M. Mintz regarding potential appeal consolidation and deadlines (0.4--NO CHARGE). | BCK | 0.30 | 127.50 |
| 07/07/22 | Multiple correspondence and written responses to debtor's request regarding motion for leave and possibility of appeal consolidation (1.0) Discuss the same with B. Knapp and S. Bryant. (0.5) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 07/08/22 | Multiple emails regarding PO appeals/ appeal consolidation and correspond regarding the same (0.9) Receipt and review of CC opposition and correspond regarding the same (1.0) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 07/08/22 | Begin reviewing Commercial Committee opposition to motion for leave to appeal. (0.5) (NO CHARGE) | BCK | 0.00 | 0.00 |
| 07/08/22 | Conduct further legal research on matters related to the potential consolidation of the pending appeals (1.5); telephone conference with Soren Gisleson, counsel for the Former Members, concerning consolidation and other matters (0.7); draft email correspondence to the bankruptcy counsel team to address issues raised in the call with Mr. Gisleson (0.4); review and analyze Mr. Gisleson's email indicating that the Former Members intend to move to consolidate all the appeals together (0.3); correspond via email with Mark Mintz, counsel for the Debtor, confirming that the Debtor may have two extra days to respond to the motion for leave and reviewing the Debtor's proposed ex parte motion confirming that extension (0.3); analyze and review these and other issues with Rick Kuebel (0.6); review email correspondence from the Debtor's counsel regarding consolidated briefing (0.2); review and analyze the Commercial Committee's opposition to the Official Committee's motion for leave (0.3); begin drafting explanatory email to the Committee summarizing these developments in the appeals (0.4) (NO CHARGE) | WSB | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 10

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/11/22 | Telephone conference with Soren Gisleson regarding his intention to consolidate all the appeals (0.5--NO CHARGE); further analyze issues raised by the proposed consolidation with Rick Kuebel (0.4--NO CHARGE); draft, edit, and revise email to Mr. Gisleson explaining the Committee's position on partial consolidation (0.6--NO CHARGE); additional telephone conference with Mr. Gisleson about these matters (0.3--NO CHARGE); forward that email to Mr. Gisleson and the other parties on that email (0.1--NO CHARGE); review and analyze the Commercial Committee's opposition to the Motion for Leave (0.4--NO CHARGE); review and analyze the Debtor's opposition to the Motion for Leave (0.5--NO CHARGE); conduct legal research in support of a potential reply to the Debtor's and the Commercial Committee's opposition (1.0--NO CHARGE). | WSB | 0.00 | 0.00 |
| 07/11/22 | Receipt, review, and organize Rule 2004 Exam Exhibits from Ms. George. | ALL | 0.30 | 37.50 |
| 07/11/22 | Continue reviewing Commercial Committee objection (0.3); analysis of appeal consolidation issues (0.3) (NO CHARGE). | BCK | 0.00 | 0.00 |
| 07/11/22 | Multiple correspondence / pleadings on PO appeal matters and discuss the same with S. Bryant. (0.6--NO CHARGE) Correspond with Mr. Mintz regarding various issues (0.7) | OFK | 0.70 | 350.00 |
| 07/12/22 | Prepare for and participate in call to review appeal status /issues and briefing (0.8) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 07/12/22 | Review Debtor objection to motion for leave to appeal (0.5); review motion to consolidate appeals (0.4); analysis of next steps for appeals and potential reply brief issues (0.4). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 07/12/22 | Assist with drafting Motion for Leave to File Reply in Further Support of Their Motion for Leave to Appeal. (1.0) (NO CHARGE) | ALL | 0.00 | 0.00 |
| 07/12/22 | Correspond via email with Brad Knapp and Rick Kuebel regarding the preparation and filing of a reply in support of the Motion for Leave to appeal (0.2); finalize email summarizing the issues raised by the opposition filed by the Commercial Committee and the Debtor and forward that email, along with a copy of the Debtor's opposition, to the Committee for its review and comment (0.7); analyze these issues with Andy Caine, Mr. Knapp and Mr. Kuebel (0.6); conduct legal research in support of such an opposition (3.0); begin drafting the Reply (0.6). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 07/13/22 | Conduct further research and analysis in support of the proposed Reply (2.5); analyze issues that may be raised in the Reply with Rick Kuebel (0.5); further edit and revise the Reply (4.0). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 07/13/22 | Continued review of oppositions to motion for leave to appeal (0.4); review Trahant motion for stay pending appeal to District Court (0.5); review US Trustee motion regarding provision of report (0.3). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 07/13/22 | Multiple correspondence with UST on emergency UST motion and hearing date (0.5) | OFK | 0.50 | 250.00 |
| 07/14/22 | Draft, edit, and finalize the Reply in support of the Motion for Leave (4.7); edit and revise the Motion requesting leave to file the Reply (0.3); review the District Court's order denying leave to appeal (0.2); analyze consequences of the denial (0.8); edit and revise email update to the Committee about these developments (0.3). (NO CHARGE) | WSB | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 11

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/14/22 | Draft motion for leave to submit reply brief for appeal (0.6); review orders entered in related appeals (0.2); review order denying Committee motion for leave to appeal (0.5); analysis of next steps in appeal process (0.4). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 07/14/22 | Multiple emails on appeal rulings/and related correspondence (0.7) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 07/15/22 | Analysis of appeal record access issues. (1.0) (NO CHARGE) | BCK | 0.00 | 0.00 |
| 07/18/22 | Correspondence with D. Draper regarding document requests (0.1); review proposed stipulation to extend response in adversary proceeding (0.1). | BCK | 0.20 | 85.00 |
| 07/18/22 | Conference with S. Gisleson and A. George regarding appeal record and status (0.6); review notice of transmission of appellate record (0.1). | BCK | 0.70 | 297.50 |
| 07/18/22 | Multiple emails on ANO/investment adversary .(0.3) | OFK | 0.30 | 150.00 |
| 07/19/22 | Review opposition to motion to stay and motions to dismiss appeals filed by Archdiocese and prepare analysis for the Committee. | BCK | 1.20 | 510.00 |
| 07/19/22 | Review the Debtor's motions to dismiss filed in the appeals of the Bankruptcy Court's reconstitution order by both Richard Trahant and the Former Members. | WSB | 0.20 | 100.00 |
| 07/19/22 | Correspond with UST counsel regarding pending UST motion (0.4) Receipt and review of case pleading on joint stipulation (0.3) Receipt and review of multiple ANO case filings and correspond regarding the same (0.6) | OFK | 1.30 | 650.00 |
| 07/20/22 | Review various appeal filings in pending appeals of former Committee members and Trahant. | BCK | 0.40 | 170.00 |
| 07/21/22 | Attend hearing regarding motion to compel and protective order issues. | BCK | 0.60 | 255.00 |
| 07/21/22 | Appear/participate in ANO hearings related to the motion to compel and protective order issues (0.6) | OFK | 0.60 | 300.00 |
| 07/26/22 | Analysis of US Trustee motion regarding protective order clarification. | BCK | 0.40 | 170.00 |
| 07/26/22 | Multiple correspondence / notices regarding case filings in connection with protective order issues (0.5) | OFK | 0.50 | 250.00 |
| 07/27/22 | Receipt and review of UST Motion and correspond regarding the same with co-counsel and state court counsel (1.3) Receipt and review/detailed read of multiple case pleadings and correspond with counsel (PS) regarding the same (0.8) | OFK | 2.10 | 1,050.00 |
| | | | **20.30** | **$9,347.50** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/14/22 | Conference with Claro group regarding claims analysis and information needs (0.8); analysis of additional information requests for claims evaluation process (1.0). | BCK | 1.80 | 765.00 |
| 07/15/22 | Communications with B. Knapp re: returned mailing to claimant (.20); coordinate re-mailing of documents to claimant (.20); review and update address of claimant (.20). | ALL | 0.60 | 75.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 12

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/15/22 | Analysis of historic litigation involving ANO for claims analysis (0.6); correspondence with claims agent regarding missing claims (0.1). | BCK | 0.70 | 297.50 |
| 07/15/22 | Communications with B. Knapp and the library re: obtaining records of state court litigation matters in connection with claims analysis. | ALL | 0.60 | 75.00 |
| 07/15/22 | Multiple correspondence and legal review of Claro claim value questions (0.8) Receipt and review of draft responses on claim value questions (0.7) | OFK | 1.50 | 750.00 |
| 07/18/22 | Analysis of window statute constitutionality issues and litigation status for claims analysis. | BCK | 0.70 | 297.50 |
| 07/18/22 | Work on claim valuation issues and related questions from Claro group (1.0) Correspond /read briefing regarding claims value/ window statute appeals (0.8) | OFK | 1.80 | 900.00 |
| 07/19/22 | Analysis of state court litigation matters in connection with claims analysis. | ALL | 2.60 | 325.00 |
| 07/20/22 | Analysis of state court litigation matters in connection with claims analysis. | ALL | 3.10 | 387.50 |
| 07/21/22 | Analysis of state court litigation matters in connection with claims analysis. | ALL | 1.00 | 125.00 |
| 07/22/22 | Analysis of state court litigation matters in connection with claims analysis. | ALL | 2.60 | 325.00 |
| 07/22/22 | Communications with B. Knapp re: updated address for claimant in preparation of future mailings. | ALL | 0.30 | 37.50 |
| 07/22/22 | Draft information requests for claims analysis. | BCK | 0.70 | 297.50 |
| 07/25/22 | Analysis of litigation claims summary for claims valuation. | BCK | 0.40 | 170.00 |
| 07/26/22 | Revise Debtor document request related to claims analysis. | BCK | 0.40 | 170.00 |
| 07/27/22 | Analysis of certain abuse records in connection with claims analysis. | BCK | 1.60 | 680.00 |
| 07/28/22 | Follow-up document review on claim information request and review claim file information pilled from Everlaw (1.5) Multiple emails regarding claim valuation estimates, report, information (0.5) Prepare for and participate in call with state court counsel (KS) on claim valuations legal issues (1.3) | OFK | 3.30 | 1,650.00 |
| | | | **23.70** | **$7,327.50** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/01/22 | Work on non-monetary child protection provision/evidence (0.8) | OFK | 0.80 | 400.00 |
| 07/05/22 | Prepare for and participate in plan /mediation call with co-counsel (1.2) Work with state court counsel on claim valuation analysis (1.0) | OFK | 2.20 | 1,100.00 |
| 07/11/22 | Continued work on non-monetary plan provision. | OFK | 1.30 | 650.00 |
| 07/12/22 | Weekly telephone conference with Mark Mintz, counsel for the Debtor, regarding the Debtor's agreement to provide the Committee with advance notice of filing any plan and disclosure statement (0.5); draft email to Mr. Mintz confirming this agreement and forward it to him for his review and comment (0.5). | WSB | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: August 29, 2022
Invoice No.:  1742962
Page:  13

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/13/22 | Correspond regarding plan/claims value with Claro Group and discuss with co-counsel (0.5) | OFK | 0.50 | 250.00 |
| 07/14/22 | Continued work on claims value / plan settlement ask with Claro group questions / correspondence (1.6) | OFK | 1.60 | 800.00 |
| 07/19/22 | Work on claims valuation questions and related correspondence with Claro and co-counsel. (0.9) | OFK | 0.90 | 450.00 |
| 07/20/22 | Prepare for and participate in call with co-counsel on claims value and plan/mediation ask issues (2.4) Work on claims value info with Claro and co-counsel (0.6) | OFK | 3.00 | 1,500.00 |
| 07/20/22 | Extended analysis with the Locke Lord and Pachulski Stang teams of critical issues and tasks ahead in the Bankruptcy Case and for the Committee to address and develop a strategy for pursuing mediation and plan confirmation (2.3). | WSB | 2.30 | 1,150.00 |
| 07/20/22 | Attend Committee professional planning meeting to outline next steps for mediation preparation. | BCK | 2.40 | 1,020.00 |
| 07/21/22 | Analysis of real estate summaries to continue real estate project for mediation preparation. | BCK | 1.30 | 552.50 |
| 07/21/22 | Review, revise and comment on UCC plan/mediation task/work list and discuss with B. Knapp (0.8) Multiple emails on claims value and other claims information correspondence (1.6) | OFK | 2.40 | 1,200.00 |
| 07/22/22 | Multiple correspondence with state court counsel for UCC regarding claims valuation and plan mediation treatment (1.3) | OFK | 1.30 | 650.00 |
| 07/22/22 | Revise task list for next steps in information gathering for plan mediation. | BCK | 1.20 | 510.00 |
| 07/25/22 | Analyze and review with Brad Knapp and Rick Kuebel the various issues that the Committee needs to address before mediation efforts may resume, including matters related to discovery and Debtor real property (1.0); review and analyze existing real estate lists and related matters in preparation for creating a presentation on these matters for the Committee (0.2). | WSB | 1.20 | 600.00 |
| 07/25/22 | Rewrite, revise, comment and discuss draft of UCC mediation work/task list (1.2) | OFK | 1.20 | 600.00 |
| 07/26/22 | Follow-up call with Mr. Stang on UCC task list and mediation strategy (0.7) Continued work on settlement /claim value report, recommendation and strategy (1.3) | OFK | 2.00 | 1,000.00 |
| 07/27/22 | Continued work on claims valuation / mediation and plan settlement values including review of everlaw claims files/documents (2.0) | OFK | 2.00 | 1,000.00 |
| 07/28/22 | Analysis of constitutionality issues for window statute. | BCK | 0.80 | 340.00 |
| 07/28/22 | Analysis of additional Archdiocese document productions and personnel files. | BCK | 1.20 | 510.00 |
| 07/29/22 | Communications with B. Knapp re: updating memorandum of critical dates in preparation of circulating to the Committee. | ALL | 0.30 | 37.50 |
| 07/29/22 | Work on claim valuation information (0.7) Revise, discuss draft UCC work plan (0.5) Prepare for and meet with counsel regarding pending matters and case status /mediation (2.0) | OFK | 3.20 | 1,600.00 |
| | | | **34.10** | **$16,420.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 14

**TOTAL FEES**             **$81,942.50**

**TIMEKEEPER SUMMARY:**

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.50 | $637.50 |
| O. F. Kuebel | Partner | $500.00 | 1.80 | $900.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.40 | $175.00 |
| J Pollender | Research Assist | $125.00 | 0.40 | $50.00 |
| | | | **5.10** | **$1,762.50** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 7.10 | $3,017.50 |
| O. F. Kuebel | Partner | $500.00 | 15.00 | $7,500.00 |
| P. G. Eisenberg | Partner | $500.00 | 1.10 | $550.00 |
| A. Wilson | Litigation Supp | $125.00 | 0.10 | $12.50 |
| | | | **23.30** | **$11,080.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.20 | $510.00 |
| O. F. Kuebel | Partner | $500.00 | 6.40 | $3,200.00 |
| W.S. Bryant | Partner | $500.00 | 6.10 | $3,050.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.10 | $137.50 |
| | | | **14.80** | **$6,897.50** |

**B150    Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 8.90 | $3,782.50 |
| O. F. Kuebel | Partner | $500.00 | 17.30 | $8,650.00 |
| W.S. Bryant | Partner | $500.00 | 5.40 | $2,700.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.60 | $75.00 |
| | | | **32.20** | **$15,207.50** |

128886486v.1

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: August 29, 2022
Invoice No.:  1742962
Page:  15

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.30 | $150.00 |
| W.S. Bryant | Partner | $500.00 | 20.60 | $10,300.00 |
| A.L. Lohr | Paralegal | $125.00 | 18.00 | $2,250.00 |
| | | | **38.90** | **$12,700.00** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 2.40 | $1,200.00 |
| | | | **2.40** | **$1,200.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 6.20 | $2,635.00 |
| O. F. Kuebel | Partner | $500.00 | 10.80 | $5,400.00 |
| W.S. Bryant | Partner | $500.00 | 2.40 | $1,200.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.90 | $112.50 |
| | | | **20.30** | **$9,347.50** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 6.30 | $2,677.50 |
| O. F. Kuebel | Partner | $500.00 | 6.60 | $3,300.00 |
| A.L. Lohr | Paralegal | $125.00 | 10.80 | $1,350.00 |
| | | | **23.70** | **$7,327.50** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 6.90 | $2,932.50 |
| O. F. Kuebel | Partner | $500.00 | 22.40 | $11,200.00 |
| W.S. Bryant | Partner | $500.00 | 4.50 | $2,250.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.30 | $37.50 |
| | | | **34.10** | **$16,420.00** |

**TIMEKEEPER SUMMARY TOTALS** — **194.80** — **$81,942.50**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2022
Invoice No.: 1742962
Page: 16

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 6.95 |
| | PACER Online Research | 10.90 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| 07/11/22 | Services Rendered 2021.12.02.001, Home Bank, Invoice for fees incurred for subpoena response. | 115.00 |
| | TOTAL EXPENSES | $209.85 |

**TOTAL FEES** — $81,942.50

**TOTAL EXPENSES** — $209.85

**TOTAL FEES AND EXPENSES** — $82,152.35

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

128886486v.1



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

August 29, 2022
Invoice No.: 1742962

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through July 31, 2022

      File Number:  0107766.00001
      RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................. $81,942.50

Total Expenses ............................................................................................................................. $209.85

Total Due this Statement.......................................................................................................... $82,152.35

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

128886486v.1

## EXHIBIT E

### Time Entries Related to Alleged Protective Order Violations

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| | | | | | |
| | **B190 Other Contested Matters** | | | | |
| 7/1/2022 | Prepare for and participate in hearing requesting stay (0.7) Follow-up discussion regarding the same (0.5) Call with state court counsel regarding appeal issues (0.5--NO CHARGE) Receipt and review of Amanda George email & review Order and discuss with co-counsel (0.4) | OFK | 1.60 | $800.00 | $500.00 |
| 7/1/2022 | Communications with attorney team re: filing of Notice of Submission of Time Entries of Locke Lord as Required by June 13, 2022 Order to Show Cause. | ALL | 0.40 | $50.00 | $425.00 |
| 7/1/2022 | Communications with B. Knapp and court reporter re: obtaining transcript from the hearing on July 1st. | ALL | 0.20 | $25.00 | $125.00 |
| 7/1/2022 | Correspond via email with Brad Knapp about developments at today's hearing and the adjournment of the Court's requirement that notice of fees and expenses related to the alleged protective order violations be submitted today (0.2); multiple email correspondences with Mark Mintz to confirm that neither Jones Walker nor Locke Lord will submit these notices today in light of the Court's decision at today's hearing (0.3). | WSB | 0.50 | $250.00 | $500.00 |
| 7/1/2022 | Attend hearing regarding Trahant sanctions proceeding (0.6); analysis of draft fee submission (0.4). | BCK | 1.00 | $425.00 | $425.00 |
| 7/5/2022 | Review and analyze the transcript of the Court hearing regarding the Former Members' request for a stay pending appeal (0.5); review status of the other pending appeals by the Former Members and Richard Trahant (0.4); correspond via email with Brad Knapp about appeal issues and related matters (0.3--NO CHARGE). | WSB | 0.90 | $450.00 | $500.00 |
| 7/5/2022 | Review proposed reply briefs in former committee member and Trahant appeals (0.3--NO CHARGE); review Debtor and US Trustee correspondence regarding Trahant protective order issues (0.2). | BCK | 0.20 | $85.00 | $425.00 |
| 7/5/2022 | Receipt and review of multiple emails with M. Mintz / UST regarding protective order (0.5) | OFK | 0.50 | $250.00 | $500.00 |
| 7/6/2022 | Correspond with UST office regarding document access and PO rulings / possible conflict (0.5) Receipt and review of numerous pleadings regarding pending appeals (0.5) Prepare for and participate in call with UST regarding PO/document access (1.0) | OFK | 2.00 | $1,000.00 | $500.00 |
| 7/6/2022 | Correspond with pending Motion to Compel on documents and related issues with A. Caine and B. Knapp (0.7) | OFK | 0.70 | $350.00 | $500.00 |

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| 7/6/2022 | Analysis of orders in former committee member and Trahant appeals (0.3); conference with US Trustee regarding protective order issues for Trahant and his counsel (0.6); review sur-replies filed by Debtor in former committee member and Trahant appeals (0.3). | BCK | 1.20 | $510.00 | $425.00 |
| 7/6/2022 | Review recent district court decisions in the appeals brought by the Former Committee Members and Richard Trahant. | WSB | 0.20 | $100.00 | $500.00 |
| 7/6/2022 | Confer with B. Knapp and S. Bryant re: appellate procedural issues and strategy (NO CHARGE) | WSH | 0.00 | $0.00 | $500.00 |
| 7/7/2022 | Analyze and review the District Court's orders setting briefing schedules in the pending appeals of the Former Members' and Ricky Trahant (0.3); research and analyze the potential impact of the timing of this briefing schedule on the Committee's appeal (1.2--NO CHARGE); draft email correspondence to Scott Hastings raising these appeal issues (0.5--NO CHARGE); review and analyze with Mr. Hastings and Brad Knapp the procedural issues presented by the timing of these other appeals (1.0--NO CHARGE); correspond via email with Mark Mintz, counsel for the Debtor, about the timing of these appeals and potential consolidation (0.2--NO CHARGE); telephone conference with Mr. Mintz and Mr. Knapp to address these matters (0.6--NO CHARGE); draft email outlining the potential appeal issues presented by the appeals occurring at different schedules and send it to the Pachulski Stang and Locke Lord teams for their review and comment (0.4--NO CHARGE); draft email to Mr. Mintz confirming his extension of his time to respond to the motion for leave to appeal and addressing the consolidation issues (0.2--NO CHARGE); further correspond with Committee bankruptcy counsel about these matters (0.3). | WSB | 0.60 | $300.00 | $500.00 |
| 7/7/2022 | Review orders entered by Judge Guidry in related appeals (0.3): analysis of appeal strategy in light of orders (0.7--NO CHARGE); conference with M. Mintz regarding potential appeal consolidation and deadlines (0.4--NO CHARGE). | BCK | 0.30 | $127.50 | $425.00 |
| 7/7/2022 | Multiple correspondence and written responses to debtor's request regarding motion for leave and possibility of appeal consolidation (1.0) Discuss the same with B. Knapp and S. Bryant. (0.5) (NO CHARGE) | OFK | 0.00 | $0.00 | $500.00 |
| 7/8/2022 | Multiple emails regarding PO appeals/ appeal consolidation and correspond regarding the same (0.9) Receipt and review of CC opposition and correspond regarding the same (1.0) (NO CHARGE) | OFK | 0.00 | $0.00 | $500.00 |
| 7/8/2022 | Begin reviewing Commercial Committee opposition to motion for leave to appeal. (0.5) (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| 7/8/2022 | Conduct further legal research on matters related to the potential consolidation of the pending appeals (1.5); telephone conference with Soren Gisleson, counsel for the Former Members, concerning consolidation and other matters (0.7); draft email correspondence to the bankruptcy counsel team to address issues raised in the call with Mr. Gisleson (0.4); review and analyze Mr. Gisleson's email indicating that the Former Members intend to move to consolidate all the appeals together (0.3); correspond via email with Mark Mintz, counsel for the Debtor, confirming that the Debtor may have two extra days to respond to the motion for leave and reviewing the Debtor's proposed ex parte motion confirming that extension (0.3); analyze and review these and other issues with Rick Kuebel (0.6); review email correspondence from the Debtor's counsel regarding consolidated briefing (0.2); review and analyze the Commercial Committee's opposition to the Official Committee's motion for leave (0.3); begin drafting explanatory email to the Committee summarizing these developments in the appeals (0.4) (NO CHARGE) | WSB | 0.00 | $0.00 | $500.00 |
| 7/11/2022 | Telephone conference with Soren Gisleson regarding his intention to consolidate all the appeals (0.5--NO CHARGE); further analyze issues raised by the proposed consolidation with Rick Kuebel (0.4--NO CHARGE); draft, edit, and revise email to Mr. Gisleson explaining the Committee's position on partial consolidation (0.6--NO CHARGE); additional telephone conference with Mr. Gisleson about these matters (0.3--NO CHARGE); forward that email to Mr. Gisleson and the other parties on that email (0.1--NO CHARGE); review and analyze the Commercial Committee's opposition to the Motion for Leave (0.4--NO CHARGE); review and analyze the Debtor's opposition to the Motion for Leave (0.5--NO CHARGE); conduct legal research in support of a potential reply to the Debtor's and the Commercial Committee's opposition (1.0--NO CHARGE). | WSB | 0.00 | $0.00 | $500.00 |
| 7/11/2022 | Receipt, review, and organize Rule 2004 Exam Exhibits from Ms. George. | ALL | 0.30 | $37.50 | $125.00 |
| 7/11/2022 | Continue reviewing Commercial Committee objection (0.3); analysis of appeal consolidation issues (0.3) (NO CHARGE). | BCK | 0.00 | $0.00 | $425.00 |
| 7/11/2022 | Multiple correspondence / pleadings on PO appeal matters and discuss the same with S. Bryant. (0.6--NO CHARGE) Correspond with Mr. Mintz regarding various issues (0.7) | OFK | 0.70 | $350.00 | $500.00 |
| 7/12/2022 | Prepare for and participate in call to review appeal status /issues and briefing (0.8) (NO CHARGE) | OFK | 0.00 | $0.00 | $500.00 |
| 7/12/2022 | Review Debtor objection to motion for leave to appeal (0.5); review motion to consolidate appeals (0.4); analysis of next steps for appeals and potential reply brief issues (0.4). (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |
| 7/12/2022 | Assist with drafting Motion for Leave to File Reply in Further Support of Their Motion for Leave to Appeal. (1.0) (NO CHARGE) | ALL | 0.00 | $0.00 | $125.00 |

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|------|------------------|------|-------|-------|-------------|
| 7/12/2022 | Correspond via email with Brad Knapp and Rick Kuebel regarding the preparation and filing of a reply in support of the Motion for Leave to appeal (0.2); finalize email summarizing the issues raised by the opposition filed by the Commercial Committee and the Debtor and forward that email, along with a copy of the Debtor's opposition, to the Committee for its review and comment (0.7); analyze these issues with Andy Caine, Mr. Knapp and Mr. Kuebel (0.6); conduct legal research in support of such an opposition (3.0); begin drafting the Reply (0.6). (NO CHARGE) | WSB | 0.00 | $0.00 | $500.00 |
| 7/13/2022 | Conduct further research and analysis in support of the proposed Reply (2.5); analyze issues that may be raised in the Reply with Rick Kuebel (0.5); further edit and revise the Reply (4.0). (NO CHARGE) | WSB | 0.00 | $0.00 | $500.00 |
| 7/13/2022 | Continued review of oppositions to motion for leave to appeal (0.4); review Trahant motion for stay pending appeal to District Court (0.5); review US Trustee motion regarding provision of report (0.3). (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |
| 7/13/2022 | Multiple correspondence with UST on emergency UST motion and hearing date (0.5) | OFK | 0.50 | $250.00 | $500.00 |
| 7/14/2022 | Draft, edit, and finalize the Reply in support of the Motion for Leave (4.7); edit and revise the Motion requesting leave to file the Reply (0.3); review the District Court's order denying leave to appeal (0.2); analyze consequences of the denial (0.8); edit and revise email update to the Committee about these developments (0.3). (NO CHARGE) | WSB | 0.00 | $0.00 | $500.00 |
| 7/14/2022 | Draft motion for leave to submit reply brief for appeal (0.6); review orders entered in related appeals (0.2); review order denying Committee motion for leave to appeal (0.5); analysis of next steps in appeal process (0.4). (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |
| 7/14/2022 | Multiple emails on appeal rulings/and related correspondence (0.7) (NO CHARGE) | OFK | 0.00 | $0.00 | $500.00 |
| 7/15/2022 | Analysis of appeal record access issues. (1.0) (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |
| 7/18/2022 | Conference with S. Gisleson and A. George regarding appeal record and status (0.6); review notice of transmission of appellate record (0.1). | BCK | 0.70 | $297.50 | $425.00 |
| 7/19/2022 | Review opposition to motion to stay and motions to dismiss appeals filed by Archdiocese and prepare analysis for the Committee. | BCK | 1.20 | $510.00 | $425.00 |
| 7/19/2022 | Review the Debtor's motions to dismiss filed in the appeals of the Bankruptcy Court's reconstitution order by both Richard Trahant and the Former Members. | WSB | 0.20 | $100.00 | $500.00 |

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|------|-----------------|------|-------|-------|-------------|
| 7/19/2022 | Correspond with UST counsel regarding pending UST motion (0.4) Receipt and review of case pleading on joint stipulation (0.3) Receipt and review of multiple ANO case filings and correspond regarding the same (0.6) | OFK | 1.30 | $650.00 | $500.00 |
| 7/20/2022 | Review various appeal filings in pending appeals of former Committee members and Trahant. | BCK | 0.40 | $170.00 | $425.00 |
| 7/21/2022 | Attend hearing regarding motion to compel and protective order issues. | BCK | 0.60 | $255.00 | $425.00 |
| 7/21/2022 | Appear/participate in ANO hearings related to the motion to compel and protective order issues (0.6) | OFK | 0.60 | $300.00 | $500.00 |
| 7/26/2022 | Analysis of US Trustee motion regarding protective order clarification. | BCK | 0.40 | $170.00 | $425.00 |
| 7/26/2022 | Multiple correspondence / notices regarding case filings in connection with protective order issues (0.5) | OFK | 0.50 | $250.00 | $500.00 |
| 7/27/2022 | Receipt and review of UST Motion and correspond regarding the same with co-counsel and state court counsel (1.3) Receipt and review/detailed read of multiple case pleadings and correspond with counsel (PS) regarding the same (0.8) | OFK | 2.10 | $1,050.00 | $500.00 |
| | | | | | |
| | FEE TOTAL | | 19.80 | $9,112.50 | |
| | | | | | |
| | GRAND TOTAL = | | | $9,112.50 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | Objection Deadline: October 13, 2022 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR AUGUST 1, 2022 THROUGH AUGUST 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2022 through August 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

5.  The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.  In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.  As of the date hereof, Locke Lord has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $2,617,273.69.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.  The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| August 1, 2022 to August 31, 2022 | |
| --- | --- |
| Fees (at standard rates): | $227,783.00 |
| (Reduction due to reduced rates) | ($104,930.50) |
| (Further voluntary reductions) | ($26,155.00) |
| Fees (After all reductions): | $96,697.50 |
| Disbursements | $1,331.16 |
| **Total** | **$98,028.66** |

9.  During the Statement Period, Locke Lord expended approximately 8.50 hours and $3,275.00 in fees on matters related to the alleged protective order violations. Locke Lord incurred $614.76 in expenses during the Statement Period in connection with such protective order violations. The total fees and expenses related to the alleged protective order violations are **$3,889.76.** A spreadsheet identifying the detailed time records associated with such protective-order violations is attached hereto as **Exhibit E**.

### VOLUNTARY REDUCTIONS

10. In this Statement Period, Locke Lord made certain voluntary reductions on its

2

invoice. These reductions total $\underline{26,155.00}$ and $\underline{54.80}$ billable hours not charged for August 2022. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

11.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before October 13, 2022 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on

3

an interim basis the total amount of **$78,689.16**. This figure consists of (a) $77,358.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $96,697.50 for the Statement Period, and (b) $1,331.16 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: September 29, 2022.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.90 | $1,895.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 26.30 | $12,137.50 |
| B130 | ASSET DISPOSITION | 30.40 | $14,840.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 34.90 | $16,347.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 21.40 | $10,467.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 1.40 | $700.00 |
| B190 | OTHER CONTESTED MATTERS | 17.60 | $7,532.50 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.90 | $420.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 9.30 | $3,292.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 58.70 | $29,065.00 |
| | **TOTAL FEES SOUGHT =** | **205.80** | **$96,697.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 105.40 | $500.00 | $ 52,700.00 |
| BCK | Knapp, Brad C. | Partner | 47.70 | $425.00 | $ 20,272.50 |
| WSB | Bryant, W. Steven | Partner | 45.70 | $500.00 | $ 22,850.00 |
| ALL | Lohr, Ashley Linn | Paralegal | 7.00 | $125.00 | $ 875.00 |
| | | | | | |
| | **TOTALS =** | | **205.80** | | **$ 96,697.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | $0.70 |
| 08/08/22 | Messenger Service 49996, Alliance Overnight Document Service LLC, This is for the printing and mailing of Doc. Nos. 1682, 1683, 1684, and 1685. | $707.20 |
| 08/18/22 | Messenger Service 50043, Alliance Overnight Document Service LLC, Printing and postage for document number 1696 | $614.76 |
| 08/26/22 | Services Rendered 456764, Orleans Parish Clerk of Court, to reimburse state escrow account | $7.00 |
| 08/30/22 | Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| 08/30/22 | Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | $0.75 |
| | **TOTAL EXPENSES** | **$1,331.16** |

**EXHIBIT D**



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

September 27, 2022
Invoice No.: 1748777

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2022

$98,028.66

| File Number: | 0107766.00001 |
| --- | --- |
| Re: | Bankruptcy of the Archdiocese of New Orleans |

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
| --- | --- | --- | --- | --- |
| 08/05/22 | Call with ANO counsel on various case status issues (0.8) | OFK | 0.80 | 400.00 |
| 08/10/22 | Receipt and review of Debtor's response to the United States Trustee's motion to clarify its referral obligations (0.5) | OFK | 0.50 | 250.00 |
| 08/10/22 | Review proposed order regarding US Trustee motion for clarification of protective order (0.2); conference with US Trustee counsel regarding motion for clarification (0.6). | BCK | 0.80 | 340.00 |
| 08/11/22 | Correspondence with various committee members and counsel regarding US Trustee motion for clarification (0.2); correspondence with US Trustee regarding proposed order (0.1). | BCK | 0.30 | 127.50 |
| 08/11/22 | Review and update mailing matrix of claimant addresses. | ALL | 0.80 | 100.00 |
| 08/11/22 | Correspond with UST on consent order request and work on the same (0.4) | OFK | 0.40 | 200.00 |
| 08/12/22 | Communications with the claims agent re: change of address on master service list. | ALL | 0.20 | 25.00 |
| 08/15/22 | Analysis of latest survivor claimant service matrix and next steps for updates. | BCK | 0.30 | 127.50 |
| 08/16/22 | Prepare for and participate in call with Debtor. (0.6) | OFK | 0.60 | 300.00 |
| 08/17/22 | Communications with attorney team re: deadline to file Motions for Omnibus Hearings on November 17th and December 15th. | ALL | 0.20 | 25.00 |
| | | | **4.90** | **$1,895.00** |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: September 27, 2022
Invoice No.:  1748777
Page:  2

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/22 | Correspondence with D. Draper regarding adversary proceeding (0.1); continue preparing response to Apostolates regarding document requests (0.3). | BCK | 0.40 | 170.00 |
| 08/01/22 | Correspond regarding NDCE asset discovery (0.4) Work on ANO valuation (real estate) issues (1.0) | OFK | 1.40 | 700.00 |
| 08/02/22 | Review additional information requests to Apostolates. | BCK | 1.30 | 552.50 |
| 08/03/22 | Multiple correspondence on NDCE asset discovery (0.7) | OFK | 0.70 | 350.00 |
| 08/04/22 | Correspond and call regarding NDCE asset discovery and discuss response letter with B. Knapp (0.7) | OFK | 0.70 | 350.00 |
| 08/04/22 | Conference with BRG regarding Apostolate document issues (0.5); revise Apostolate document requests (0.4). | BCK | 0.90 | 382.50 |
| 08/05/22 | Review additional exhibits to Apostolate requests (0.8); revise Apostolate document request (0.4). | BCK | 1.20 | 510.00 |
| 08/05/22 | Review, revise and comment on draft letter regarding NDCE asset discovery requests (0.7) Receipt and review of multiple emails from BRG and co-counsel regarding the same (0.4) Review final draft with B. Knapp and review redacted transmittal email. (0.3) | OFK | 1.40 | 700.00 |
| 08/08/22 | Multiple correspondence regarding ANO asset due diligence with UCC counsel (0.8) | OFK | 0.80 | 400.00 |
| 09/09/22 | Analysis of personal property issues. | BCK | 0.30 | 127.50 |
| 09/09/22 | Continue reviewing document production related to abuse records. | BCK | 1.20 | 510.00 |
| 09/09/22 | Correspond with BRG regarding NDCE asset investigation (0.4) | OFK | 0.40 | 200.00 |
| 08/10/22 | Continued correspondence on NDCE asset investigation (0.7) | OFK | 0.70 | 350.00 |
| 08/10/22 | Draft additional document requests to Archdiocese related to financial information (0.8); review prior subpoenas related to financial records (0.3). | BCK | 1.10 | 467.50 |
| 08/11/22 | Continue review of multiple real estate summaries to evaluate existing data sources (1.0); conference with BRG regarding additional real estate information needs related to Apostolate real estate and suppressed parishes (0.9). | BCK | 1.90 | 807.50 |
| 08/12/22 | Correspond regarding NDCE asset investigation (0.3) Receipt and review of multiple emails on document production by ANO and related work on access to production (0.5) | OFK | 0.80 | 400.00 |
| 08/15/22 | Revise document requests correspondence to M. Mintz related to financial information. | BCK | 0.50 | 212.50 |
| 08/16/22 | Receipt and review of report regarding priest subpoena request and forward to Mr. Mintz with document request (0.4) Receipt and review of updated insurance coverage matrix and review related correspondence (0.5) | OFK | 0.90 | 450.00 |
| 08/19/22 | Correspond regarding asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 08/22/22 | Prepare for and participate in team call on NDCE asset diligence and litigation (1.2) | OFK | 1.20 | 600.00 |
| 08/25/22 | Revise correspondence to Apostolates' counsel regarding real estate questions. | BCK | 0.60 | 255.00 |
| 08/26/22 | Analysis of issues related to potential Parish stay stipulation. | BCK | 0.30 | 127.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/26/22 | Correspond via email with Jim Stang concerning potential stipulation addressing a stay of parish litigation (0.5) Continued work on due diligence for apostolate transaction and correspond with BRG team regarding the same (1.3) | OFK | 1.80 | 900.00 |
| 08/29/22 | Analysis of document needs related to proposed affiliate sale process (0.4); review document production to identify documents related to affiliates associated with potential sale (1.4); conference with BRG team regarding background information on affiliate entities involved with proposed sale (1.0); conference with counsel for Commercial Committee regarding affiliate sale process issues (1.0). | BCK | 3.80 | 1,615.00 |
| 08/29/22 | Continued work on NDCE asset discovery due diligence (0.7) | OFK | 0.70 | 350.00 |
| 08/31/22 | Review, comment, and discuss draft due diligence letter to D. Draper (0.5) Call with D. Draper on ND due diligence questions (0.3) | OFK | 0.80 | 400.00 |
| | | | **26.30** | **$12,137.50** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/01/22 | Correspond via email with Steve Bryant regarding Howard Ave sale motion (0.6) | OFK | 0.60 | 300.00 |
| 08/01/22 | Identify with Rick Kuebel various issues and concerns related to the motion to sell the Howard Avenue property. | WSB | 0.30 | 150.00 |
| 08/02/22 | Analyze and review with Rick Kuebel various issues posed by the motion to sell the Howard Avenue property (0.5); begin drafting a response to the motion (0.2). | WSB | 0.70 | 350.00 |
| 08/02/22 | Work on Howard Ave sale motion diligence, pricing and limited questions (0.6) Send email to Debtor's counsel regarding Howard Ave. (0.3) | OFK | 0.90 | 450.00 |
| 08/03/22 | Receipt and review of appraiser comments on Howard Ave sale (0.3) | OFK | 0.30 | 150.00 |
| 08/04/22 | Receipt and review of ANO email regarding Howard Ave sale revisions and review and forward the same (0.6) | OFK | 0.60 | 300.00 |
| 08/08/22 | Read amended Howard Ave sale filings and analyze related insurance questions (0.5); further prepare for call with Debtor/ sale hearing negotiations (0.5) | OFK | 1.00 | 500.00 |
| 08/08/22 | Analysis of Debtor real estate values and potential dispositions. | BCK | 0.40 | 170.00 |
| 08/08/22 | Draft, edit, and revise the Limited Response to the Debtor's Motion to Sell the Howard Avenue Property. | WSB | 0.70 | 350.00 |
| 08/09/22 | Conference with M. Mintz regarding Howard Avenue sale and document production issues. | BCK | 0.60 | 255.00 |
| 08/09/22 | Draft, edit, and revise the Limited Objection to the Howard Avenue Sale Motion (3.1); edit and revise the proposed order granting the Howard Avenue Sale Motion (0.6); correspond via email with the bankruptcy-counsel team concerning the objection and the proposed order (0.2); finalize both the Limited Objection and the proposed order (0.5). | WSB | 4.40 | 2,200.00 |
| 08/09/22 | Review revisions to Howard Avenue sale order. | BCK | 0.40 | 170.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: September 27, 2022
Invoice No.:  1748777
Page:  4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/09/22 | Prepare for and participate in call with Debtor on Howard Ave (0.7) Follow-up emails on Howard Ave sale order mark-up (0.8) Correspond regarding Howard sale order (0.5) Follow-up correspondence on Howard Ave sale order mark-up (0.4) | OFK | 2.40 | 1,200.00 |
| 08/10/22 | Edit and review the proposed order on the Howard Avenue Sale Motion (0.3); correspond via email with the Debtor's counsel, provide them with a draft of the proposed order, and summarize the issues in the order (0.5); correspond via email with the bankruptcy-counsel team about this resolution (0.3); send a draft copy of the proposed order and an explanation of its contents to counsel for the Commercial Committee (0.3). | WSB | 1.40 | 700.00 |
| 08/11/22 | Further draft, edit, and finalize the Limited Objection to the Howard Avenue sale motion (1.2); correspond via email with the Debtor's counsel requesting that the Committee's deadline be extended to object to the motion (0.2); further correspond via email with counsel for the Commercial Committee about this matter (0.2); confirm with the Debtor that it has accepted all the proposed changes to the order approving the motion (0.3); draft email to the Committee summarizing today's developments and explaining why the Committee will not need to file an objection (0.6). | WSB | 2.50 | 1,250.00 |
| 08/11/22 | Review and correspond regarding Howard Ave sale order (0.4) | OFK | 0.40 | 200.00 |
| 08/23/22 | Receipt and review of Draper letter regarding NDHS /SAG sale and discuss with UCC co-counsel (0.5) Call /correspond with commercial committee regarding sale of NDHS/SAG (1.0) | OFK | 1.50 | 750.00 |
| 08/23/22 | Analysis of sale proposal related to certain non-debtor affiliate assets. | BCK | 0.60 | 255.00 |
| 08/24/22 | Detailed read/correspond regarding NDHS/SAG sale letter from D. Draper (0.5) Initial due diligence conversation regarding same and additional correspondence regarding sale due diligence (0.4) | OFK | 0.90 | 450.00 |
| 08/25/22 | Multiple correspondence with BRG and commercial committee regarding NDH/SAG transaction due diligence (0.8) Multiple correspondence regarding title to and trust implicates of portfolio A assets (0.7) Correspond regarding Stegall Benton retention (0.4) | OFK | 1.90 | 950.00 |
| 08/26/22 | Analysis of potential transaction involving non-debtor affiliates. | BCK | 0.40 | 170.00 |
| 08/29/22 | Prepare for and participate on call with BRG team to discuss pending sales of NDHS and SAG (1.3) Prepare an initial due diligence request list on proposed sale (0.5) Prepare for and meet with commercial committee to discuss NDHS and SAG sales (1.0) multiple correspondence on draft letter to Draper and work on draft insert to due diligence request letter (0.7). | OFK | 3.50 | 1,750.00 |
| 08/30/22 | Work on draft due diligence request list for NDHS transaction and correspond with BRG regarding the same (1.0) | OFK | 1.00 | 500.00 |
| 08/30/22 | Draft information requests related to proposed asset sale of certain non-debtor affiliate interests. | BCK | 2.40 | 1,020.00 |
| 08/30/22 | Edit and revise the proposed letter to Douglas Draper and Mark Mintz about the proposed sale of certain real property by non-debtor Apostolates (0.4); correspond via email with Brad Knapp about this matter (0.2) | WSB | 0.60 | 300.00 |
| | | | **30.40** | **$14,840.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 5

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/22 | Prepare for conference with state court counsel regarding next steps in mediation (0.4); participate in and present report to state court counsel on estimated claim value and other plan/mediation issues (1.4) | OFK | 1.80 | 900.00 |
| 08/01/22 | Conference with state court counsel regarding next steps in mediation preparation. | BCK | 1.40 | 595.00 |
| 08/01/22 | Participate in today's conference call with the state-court counsel to address forthcoming tasks for the Committee and prepare for tomorrow's Committee meeting. | WSB | 0.70 | 350.00 |
| 08/02/22 | Attend committee meeting regarding next steps for mediation preparation. | BCK | 1.00 | 425.00 |
| 08/02/22 | Attend today's meeting of the Committee to address forthcoming task list and other matters facing the Committee. | WSB | 1.00 | 500.00 |
| 08/02/22 | Prepare for and provide multiple reports to UCC at UCC meeting (1.0) Multiple follow-up UCC document requests from counsel (AA) (1.0) | OFK | 2.00 | 1,000.00 |
| 08/05/22 | Conference with committee chair regarding upcoming items and mediation. | BCK | 2.40 | 1,020.00 |
| 08/05/22 | Multiple emails with claimant counsel on claims value issues (0.5) Call with UCC member counsel regarding claim valuations / mediation issues (0.5) Prepare for and meet with UCC Chair and counsel on claims value, mediation and other issues (2.4) Correspond with state court counsel and UCC member on document discovery and access. (0.5) | OFK | 3.90 | 1,950.00 |
| 08/08/22 | Correspondence with committee member regarding document access (0.4); draft agenda for committee meeting (0.2). | BCK | 0.60 | 255.00 |
| 08/08/22 | Multiple emails with UCC member counsel regarding info/document request / access and reply to the same (0.7) | OFK | 0.70 | 350.00 |
| 08/09/22 | Prepare for today's Committee meeting (0.3); attend today's meeting of the Committee and address various matters, such as the Howard Avenue Sale Motion (0.8). | WSB | 1.10 | 550.00 |
| 08/09/22 | Attend committee meeting regarding Howard Avenue issues and pending motions. | BCK | 0.80 | 340.00 |
| 08/09/22 | Prepare for and provide report to UCC at UCC meeting (1.2) | OFK | 1.20 | 600.00 |
| 08/10/22 | Call with State court counsel regarding the Debtor's response to the UST's motion to clarify (0.7); Follow-up discussion with UCC and state court counsel (0.5); Correspond with state court counsel on claims value (0.5) | OFK | 1.70 | 850.00 |
| 08/11/22 | Assist with preparation of committee contact list per B. Knapp's request. | ALL | 0.70 | 87.50 |
| 08/11/22 | Call from state court counsel regarding claim questions (1.0) | OFK | 1.00 | 500.00 |
| 08/12/22 | Correspondence with state court counsel regarding upcoming mediation preparations. | BCK | 0.20 | 85.00 |
| 08/15/22 | Conference with pro se survivor claimant regarding case status and next steps. | BCK | 0.20 | 85.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 6

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/15/22 | Draft agenda for committee counsel meeting (0.2); correspondence with counsel to committee members regarding upcoming meeting (0.1). | BCK | 0.30 | 127.50 |
| 08/15/22 | Correspond with UCC /counsel regarding meeting /agenda (0.4) | OFK | 0.40 | 200.00 |
| 08/16/22 | Review and respond to multiple requests from counsel to UCC members regarding various documents and depositions (0.7) Correspond with state court counsel on claim-value issues (0.4) | OFK | 1.10 | 550.00 |
| 08/17/22 | Prepare for and provide reports to UCC on claim value at UCC meeting (1.4) Correspond with UCC members regarding document access and other matters (0.5) | OFK | 1.90 | 950.00 |
| 08/17/22 | Conference with committee chair and counsel to committee members regarding status and next steps in mediation preparation. | BCK | 1.80 | 765.00 |
| 08/19/22 | Multiple calls / correspondence with UCC member counsel regarding claims valuation issues (1.5) | OFK | 1.50 | 750.00 |
| 08/22/22 | Conference with pro se claimant regarding case status (0.2); correspondence with pro se claimant regarding case status (0.1). | BCK | 0.30 | 127.50 |
| 08/22/22 | Revise agenda for committee meeting regarding upcoming mediation preparations. | BCK | 0.20 | 85.00 |
| 08/22/22 | Correspond with state court counsel regarding information requests (0.7) | OFK | 0.70 | 350.00 |
| 08/23/22 | Prepare for and participate in and provide multiple reports to UCC at committee meeting (1.2) | OFK | 1.20 | 600.00 |
| 08/23/22 | Prepare for today's Committee meeting (0.4); attend Committee meeting regarding information gathered for next phase of mediation (1.2). | BCK | 1.60 | 680.00 |
| 08/29/22 | Conferences with multiple pro se claimants regarding case status. | BCK | 0.40 | 170.00 |
| 08/29/22 | Analyze with Brad Knapp and Rick Kuebel various issues related to tomorrow's meeting with members' state-court counsel regarding non-monetary provisions subcommittee and related issues. | WSB | 0.50 | 250.00 |
| 08/30/22 | Call with pro se abuse victim addressing questions relating to the status of the case and claims (0.6) | OFK | 0.60 | 300.00 |
| | | | **34.90** | **$16,347.50** |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/16/22 | Review and submit Orders on Fee Applications of Zobrio, Inc. and Stegall, Benton, Melancon & Associates, LLC. | ALL | 0.40 | 50.00 |
| 08/17/22 | Correspond via email with Matthew Kreutzer at Zobrio Inc. regarding the Court's approval of Zobrio's latest fee application. | WSB | 0.20 | 100.00 |
| 08/18/22 | Begin drafting the motion requesting modification of the terms of Zobrio's retention to accommodate the increased fee amounts. | WSB | 1.30 | 650.00 |
| 08/19/22 | Draft application modifying the scope of Stegall Benton's retention so that they may be retained as the Committee's official appraiser and real-estate expert. | WSB | 0.70 | 350.00 |
| 08/23/22 | Analyze with Brad Knapp various issues related to the motion seeking to modify the Zobrio retention. | WSB | 0.10 | 50.00 |

129437082v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 7

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/24/22 | Revise Zobrio and Stegall Benton motions to adjust retention terms. | BCK | 0.50 | 212.50 |
| 08/24/22 | Draft, edit, and revise Motion to Modify the terms of the Zobrio, Inc. retention (3.3); correspond via email with Ryan Thessing and Matthew Kreutzer at Zobrio regarding the form of the Motion (0.2); forward the Motion to Pat Moody, chair of the Committee, for her review and comment (0.1); draft, edit, and revise the Motion to Clarify the terms of the Stegall Benton retention (3.8); forward the Motion to Clarify to Bush Benton for his review and comment (0.2); forward the Motion to Clarify and a brief summary to Ms. Moody (0.2). | WSB | 7.80 | 3,900.00 |
| 08/25/22 | Correspond via email with Brad Knapp about the filing of the Motion to Clarify Stegall Benton's retention and the Motion to Modify the Zobrio, Inc. retention (0.2); further correspond via email with Mr. Benton about the filing of the Motion (0.2); begin drafting the Locke Lord monthly fee statement (0.1). | WSB | 0.50 | 250.00 |
| 08/25/22 | Correspondence with Committee regarding professional retention issues (0.3); conference with M. Mintz regarding motions related to Committee professionals (0.2); revise notice of hearing (0.1). | BCK | 0.60 | 255.00 |
| 08/26/22 | Edit and revise the Locke Lord monthly fee statement (2.0); begin preparing analysis of the entries related to the protective order (0.3); further edit and revise the monthly fee statement (1.0). | WSB | 3.30 | 1,650.00 |
| 08/29/22 | Draft, edit, and revise the monthly fee statement of Zobrio, Inc. (2.0); correspond via email with Bush Benton regarding any amounts that may be owed to Stegall Benton for July 2022 (0.2); correspond via email with Ryan Thessing, Zobrio's controller, about the amount owed to Zobrio (0.1); draft, edit, and finalize the Locke Lord monthly fee statement (3.5); forward the Locke Lord and Zobrio monthly fee statements to the required notice parties (0.2). | WSB | 6.00 | 3,000.00 |
| 08/29/22 | Revise July fee statement to address oral ruling related to appeal. (0.5) (NO CHARGE) | BCK | 0.00 | 0.00 |
| | | | **21.40** | **$10,467.50** |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/10/22 | Telephone conference with Laura Ashley regarding the Debtor's potential objections to the Locke Lord fee application (0.5); analyze these issues presented by the Debtor's objection and its letter with Brad Knapp and Rick Kuebel (0.4); analyze and review Jones Walker's monthly fee statement for June 2022 time (0.5). | WSB | 1.40 | 700.00 |
| 08/11/22 | Review and analyze the Debtor's letter outlining various issues with the Locke Lord Sixth Interim Fee Application (0.4); analyze the Debtor's Limited Objection to the Sixth Interim Application (0.4); draft response to the Debtor's letter (0.6); analyze with Rick Kuebel various issues posed by the Debtor's objections to the Locke Lord fees (0.3); correspond via email with Brad Knapp and Mr. Kuebel about these matters (0.2). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 08/11/22 | Analysis of ANO objections to Locke Lord fees and response strategy (0.5) (NO CHARGE) | BCK | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 8

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/12/22 | Analyze and review with Brad Knapp and Rick Kuebel various issues raised by the Debtor in its Limited Objection and prior letter (1.3); draft, edit, and revise analysis letter to address the expense issue and the entries related to the protective order (4.0); forward the letter to Mr. Kuebel and Mr. Knapp for their review and comment (0.1); draft response to the Debtor's Limited Objection to the Sixth Interim Fee Application (1.1). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 08/12/22 | Analysis of Debtor fee objection and response strategy (0.8). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 08/15/22 | Review supplemental objection to Locke Lord fee application (0.4); analysis of hearing strategy to address objections (0.3). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 08/15/22 | Draft, edit, and revise the response letter to the Debtor's counsel concerning certain challenged expenses (1.0); correspond via email with Laura Ashley regarding the response letter (0.1); analyze with Rick Kuebel various issues referenced in the response letter and incorporate them into the final draft (0.3); forward the finalized responses letter to the Debtor's counsel via email (0.1); draft, edit, and revise the Reply in support of Locke Lord's Sixth Interim Fee Application (4.5); review the Supplemental Objection filed by the Debtor to the Sixth Interim Fee Application (0.4); analyze issues presented by the Supplemental Objection with Brad Knapp and Mr. Kuebel (0.4); further edit and revise the Reply (2.3). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 08/16/22 | Conduct legal research and analysis in conjunction with the Reply in support of the Sixth Interim Fee Application (2.0); draft, edit, and revise the Reply (8.5); conduct additional research in support of the Reply (0.4); edit and finalize the Reply (2.2); forward the Reply to Rick Kuebel and Brad Knapp for their review and comment (0.1). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 08/16/22 | Prepare for hearing on Debtor objection to Locke Lord fees (1.2). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 08/17/22 | Draft, edit, and revise the Reply in Support of the Sixth Interim Fee Application (3.2); analyze with Brad Knapp various issues presented in the Reply and the Debtor's objection and incorporate into the Reply (0.3); further address these Reply issues with Rick Kuebel (0.4); draft declaration of Pat Moody in support of the Reply (0.3); finalize the Reply (2.2); correspond via email with Ashley Lohr and arrange for the filing and service of the Reply (0.2) (NO CHARGE) | WSB | 0.00 | 0.00 |
| 08/17/22 | Review authorities and pleadings in preparation for hearing on objection to Locke Lord fee application (2.8); revise reply brief for fee objection (1.4). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 08/17/22 | Review, finalize, and e-file Reply in Support of the Sixth Interim Application of Locke Lord for Allowance of Compensation and Reimbursement of Expenses (0.6). (NO CHARGE) | ALL | 0.00 | 0.00 |
| 08/18/22 | Continue reviewing authorities and fee application materials to prepare for contested fee hearing (3.4); attend contested fee hearing in person (1.8); address with Steve Bryant various issues following the conclusion of today's hearing (0.5). (NO CHARGE) | BCK | 0.00 | 0.00 |
| 08/18/22 | Prepare for today's hearing by reviewing key issues with Brad Knapp (0.6); attend today's omnibus hearing via telephone (1.4); correspond via email with Mr. Knapp after today's hearing about various matters (0.5). (NO CHARGE) | WSB | 0.00 | 0.00 |

| | B170 Fee/Employment Objections | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 1.40 | $700.00 |

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/22 | Review, finalize, and e-file Notice of Submission of Time Entries of Locke Lord LLP (.50); coordinate printing and delivery of unredacted invoices to the Court (1.0). | ALL | 1.50 | 187.50 |
| 08/01/22 | Draft, edit, and finalize the Notice of Submission of fees related to the alleged protective order violations (0.4); forward the finalized notice and exhibits to Ashley Lohr for her review and filing(0.1). | WSB | 0.50 | 250.00 |
| 08/03/22 | Receipt and review of correspondence /pleadings on appeal (0.4) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 08/04/22 | Correspond with ANO counsel regarding call (0.2); Receipt and review of correspondence regarding pending appeals (0.2) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 08/05/22 | Receipt and review of multiple case pleadings/notice of filings (0.4) | OFK | 0.40 | 200.00 |
| 08/10/22 | Multiple emails with UST on consent order and discuss with UCC chair counsel (0.4) Prepare for and participate in call with Amanda George regarding the same (0.5) | OFK | 0.90 | 450.00 |
| 08/15/22 | Review Debtor correspondence regarding status conference for Trahant sanctions hearing (0.1); review status conference order (0.1); analysis of preparations for status conference and sanctions hearing (0.2). | BCK | 0.40 | 170.00 |
| 08/16/22 | Draft, edit, and revise Supplemental Notice of fees and expenses related to the protective-order violations (1.0); review and revise the exhibit accompanying the Notice (0.3); finalize the Notice and arrange for its filing and service (0.4). | WSB | 1.70 | 850.00 |
| 08/16/22 | Attend status conference related to the Trahant sanctions proceeding and correspond regarding the same (0.4) | OFK | 0.40 | 200.00 |
| 08/16/22 | Review, finalize, and e-file Supplemental Notice of Submission of Time Entries of Locke Lord as Required. | ALL | 0.30 | 37.50 |
| 08/16/22 | Coordinate mailing/service of Supplemental Notice of Submission of Time Entries of Locke Lord LLP as Required by Order to Show Cause. | ALL | 0.20 | 25.00 |
| 08/17/22 | Work on abuse document records/production (0.5) | OFK | 0.50 | 250.00 |
| 08/18/22 | Correspond on document production and missing /incomplete doc production with Mr. Caine. (0.5) | OFK | 0.50 | 250.00 |
| 08/18/22 | Begin reviewing motions to dismiss in adversary proceeding. | BCK | 0.60 | 255.00 |
| 08/19/22 | Analysis of response strategy for motion to dismiss adversary proceeding. | BCK | 0.30 | 127.50 |
| 08/19/22 | Multiple correspondence regarding debtor's MTD adversary (0.4) | OFK | 0.40 | 200.00 |
| 08/22/22 | Analyze various issues presented by the Debtor's Motion to Dismiss the Committee's adversary proceeding seeking a declaratory judgment regarding Portfolio A and Portfolio B (1.1); conduct legal research and analysis on these issues and the Committee's authority to bring this suit in the first instance (2.3). | WSB | 3.40 | 1,700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 10

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/22/22 | Review US Trustee report and related materials for Trahant sanctions hearing (0.6); attend Trahant sanctions hearing (2.0). | BCK | 2.60 | 1,105.00 |
| 08/22/22 | Continue reviewing motions to dismiss adversary complaint (1.2); analysis of response strategy (1.4); review authority related to Louisiana law issues implicated by motions to dismiss (0.4). | BCK | 3.00 | 1,275.00 |
| | | | **17.60** | **$7,532.50** |

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/31/22 | Review and analyze the Court's opinion granting the motion to terminate retiree benefits for credibly accused persons (0.4); correspond via email with Andy Caine and Brad Knapp about these developments (0.1). | WSB | 0.50 | 250.00 |
| 08/31/22 | Analysis of ruling related to priest benefits. | BCK | 0.40 | 170.00 |
| | | | **0.90** | **$420.00** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/02/22 | Receipt and review of claims from Donlin Recano. | ALL | 0.30 | 37.50 |
| 08/04/22 | Conference with Claro Group regarding next steps in claims analysis (1.3); analysis of additional information needed for claims analysis (0.6). | BCK | 1.90 | 807.50 |
| 08/04/22 | Communications with B. Knapp and Donlin Recano re: downloading of claims for attorney review. | ALL | 0.30 | 37.50 |
| 08/05/22 | Work on ANO claim value and correspond regarding dismissed and/or withdrawn claims. (1.3) Multiple emails/call with B. Wolf regarding case issues/UCC (0.7) | OFK | 2.00 | 1,000.00 |
| 08/05/22 | Communications with Donlin Recano re: downloading of claim withdrawal (.50); communications with B. Knapp re: claims and withdrawal from Donlin Recano (.30); review names on mailing matrix (.20). | ALL | 1.00 | 125.00 |
| 08/05/22 | Review additional claims forms and withdrawals for claims analysis. | BCK | 0.90 | 382.50 |
| 08/08/22 | Continue reviewing additional claims for claims valuation issues. | BCK | 0.40 | 170.00 |
| 08/08/22 | Review and download various claims-related documents per B. Knapp's request. | ALL | 0.70 | 87.50 |
| 08/09/22 | Communications with B. Knapp re: copy of claim requested by Brittany Wolf (.20); organize and upload claims from Donlin Recano to The Claro Group per B. Knapp's request (.20). | ALL | 0.40 | 50.00 |
| 08/29/22 | Correspondence with Mark Mintz regarding information needs for claims valuation. | BCK | 0.10 | 42.50 |
| 08/30/22 | Conference with Mark Mintz regarding information needs for claims valuation. | BCK | 0.20 | 85.00 |
| 08/31/22 | Conferences with Mark Mintz regarding claims information (0.2); begin reviewing supplemental materials related to claims valuation (0.9). | BCK | 1.10 | 467.50 |
| | | | **9.30** | **$3,292.50** |

129437082v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/01/22 | Meet and confer with co-counsel on claim value issues (0.4) Correspond regarding the same with state court counsel (0.3) | OFK | 0.70 | 350.00 |
| 08/02/22 | Call with counsel (BW) on claim value issues (0.5) Continued work on claims valuation /plan mediation claim value and correspond (RS) regarding the same (1.2) | OFK | 1.70 | 850.00 |
| 08/02/22 | Analyze with Brad Knapp various issues related to plan mediation and the Debtor's likely proposed plan. | WSB | 0.30 | 150.00 |
| 08/03/22 | Work on revisions to non-monetary plan provisions (2.0) Multiple emails on claim value/estimation /mediation proposal (1.2) | OFK | 3.20 | 1,600.00 |
| 08/04/22 | Correspond and call with state court counsel on claim valuation legal analysis (2.1) Work on and correspond regarding claims valuation and status with Claro report (1.0) | OFK | 3.10 | 1,550.00 |
| 08/05/22 | Continued work on non-monetary plan provisions (0.7) | OFK | 0.70 | 350.00 |
| 08/08/22 | Analyze and review plan-confirmation and negotiation issues with Brad Knapp and Rick Kuebel. | WSB | 0.70 | 350.00 |
| 08/08/22 | Prepare for and call with UCC Chair's counsel regarding asset, case status and mediation questions (1.0) Prepare for and participate in call regarding legal issues related to claim value and work on "mediation ask" on claim value (2.2) Correspond with Mr. Stang on claim value issues (0.5) | OFK | 3.70 | 1,850.00 |
| 08/09/22 | Correspond with State court counsel on claim value questions /legal issues (1.0) | OFK | 1.00 | 500.00 |
| 08/09/22 | Correspondence with Claro Group regarding document needs for claims analysis. | BCK | 0.10 | 42.50 |
| 08/10/22 | Continued work on claim value estimate (0.8) | OFK | 0.80 | 400.00 |
| 08/11/22 | Call with counsel regarding claim value issues and work on the same (1.3) | OFK | 1.30 | 650.00 |
| 08/11/22 | Continued work on non-monetary /child protection plan provision revision (1.0) | OFK | 1.00 | 500.00 |
| 08/12/22 | Receipt and review of correspondence on non-monetary, child-protection plan provisions and reply to the same (0.3) Continued work on non-monetary plan provision (1.4) | OFK | 1.70 | 850.00 |
| 08/15/22 | Review Claro claims analysis. | BCK | 0.60 | 255.00 |
| 08/15/22 | Receipt and review of Claro correspondence and review additional claim document requests. (0.8) Receipt and review of Mr. Mintz email to court and forward same (0.3) Multiple correspondence with state court counsel on claims valuation /estimates and related legal issues (1.5) Continued work on non-monetary, child protection plan provisions (1.2) | OFK | 3.80 | 1,900.00 |
| 08/16/22 | Prepare for and participate in call with Claro group regarding claim value and estimations (2.0) Continued work on plan issues and claim value legal issues (1.0) Call with state counsel regarding claim value (1.0) | OFK | 4.00 | 2,000.00 |
| 08/16/22 | Conference with Debtor's counsel regarding upcoming status conference and next steps toward mediation. | BCK | 0.60 | 255.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 12

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/16/22 | Conference with Claro Group regarding claims valuation status and next steps (1.6); analysis of claims valuation information for mediation preparation (0.5). | BCK | 2.10 | 892.50 |
| 08/17/22 | Further analyze with Claro various claims valuation issues that related to the plan and mediation purposes (1.5) | OFK | 1.50 | 750.00 |
| 08/18/22 | Continued work on re-draft of proposed non-monetary, child protection plan provisions and review related or similar provisions of similar plans (2.0) Dialog with UCC counsel member regarding plan /claim valuation issues (0.7) Multiple correspondence on claim-valuation issues and potential theories that the Debtor may employee to reduce the value of claims (1.0) | OFK | 3.70 | 1,850.00 |
| 08/19/22 | Revise non-monetary plan drafts (0.5) Correspond regarding non-monetary plan drafts (0.3) Correspond with UCC member counsel regarding claims-valuation issues (0.7) Correspond regarding NDCE plan release jurisprudence (0.5) | OFK | 2.00 | 1,000.00 |
| 08/22/22 | Continued work on claims valuation/estimation and correspond regarding the same (0.8) Correspond regarding non-monetary plan draft and further revise non-monetary provisions (1.0) | OFK | 1.80 | 900.00 |
| 08/23/22 | Prepare for and participate in call with UCC member counsel regarding critical claim-valuation estimates and issues (0.8) Continue working on non-monetary plan provisions and child protection issues and correspond via email regarding this matter (1.3) Work on diligence issues (0.5) | OFK | 2.60 | 1,300.00 |
| 08/24/22 | Revise, research and circulate non-monetary / child-protection plan provisions (2.3) Correspond via email with the bankruptcy counsel team and state court counsel concerning the subcommittee's review of the proposed non-monetary plan provisions and the potential next steps as to the Debtor and its professionals (0.8) | OFK | 3.10 | 1,550.00 |
| 08/25/22 | Continued work on and revision/circulation of draft non-monetary/child-protection plan provision (1.0) | OFK | 1.00 | 500.00 |
| 08/26/22 | Draft, revise and send email to Ms. Futrell regarding non-monetary plan provisions (0.4) Correspond to Mr. Stang regarding the same (0.3) Review and discuss draft correspondence on plan provisions to Ms. Futrell (0.3) Work on non-monetary plan provisions with UCC member counsel (0.5) Call with state court counsel on claim-value and mediation issues (1.2). | OFK | 2.70 | 1,350.00 |
| 08/29/22 | Correspond regarding non-monetary, child-protection plan provision (0.8) | OFK | 0.80 | 400.00 |
| 08/30/22 | Call with state court counsel regarding claims valuation issues (0.5) Prepare for and present draft to UCC members' counsel of non-monetary, child protection draft (1.4) Multiple emails with debtor and Mr. Stang regarding the same (0.5) | OFK | 2.40 | 1,200.00 |
| 08/30/22 | Revise proposal for non-monetary relief for plan of reorganization. | BCK | 0.40 | 170.00 |
| 08/30/22 | Prepare for today's meeting of the subcommittee addressing non-monetary plan provisions (0.6); attend today's meeting of state-court counsel addressing the non-monetary plan provisions (2.1); edit and revise communication with Lisa Futrell regarding the non-monetary provisions and related matters (0.4); correspond via email with Brad Knapp about these matters (0.3). | WSB | 3.40 | 1,700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 13

| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/31/22 | Work on claim value issues and correspond with Mr. Stang and B. Knapp regarding the same (1.0) correspond regarding claim review / claim value issues (0.5) Correspond with state counsel on non-monetary /child protection provisions and discuss with Mr. Stang. (0.7) | OFK | 2.20 | 1,100.00 |
| | | | 58.70 | $29,065.00 |

**TOTAL FEES** — **$96,697.50**

## TIMEKEEPER SUMMARY:

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.40 | $595.00 |
| O. F. Kuebel | Partner | $500.00 | 2.30 | $1,150.00 |
| A.L. Lohr | Paralegal | $125.00 | 1.20 | $150.00 |
| | | | 4.90 | $1,895.00 |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 13.50 | $5,737.50 |
| O. F. Kuebel | Partner | $500.00 | 12.80 | $6,400.00 |
| | | | 26.30 | $12,137.50 |

### B130   Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.80 | $2,040.00 |
| O. F. Kuebel | Partner | $500.00 | 15.00 | $7,500.00 |
| W.S. Bryant | Partner | $500.00 | 10.60 | $5,300.00 |
| | | | 30.40 | $14,840.00 |

### B150   Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 11.20 | $4,760.00 |
| O. F. Kuebel | Partner | $500.00 | 19.70 | $9,850.00 |
| W.S. Bryant | Partner | $500.00 | 3.30 | $1,650.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.70 | $87.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2022
Invoice No.: 1748777
Page: 14

### B150    Meetings & Communications With Creditors

|  |  |  | 34.90 | $16,347.50 |
|---|---|---|---|---|

### B160    Fee/Employment Applications

| B. C. Knapp | Partner | $425.00 | 1.10 | $467.50 |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 19.90 | $9,950.00 |
| A.L. Lohr | Paralegal | $125.00 | 0.40 | $50.00 |
|  |  |  | **21.40** | **$10,467.50** |

### B170    Fee/Employment Objections

| W.S. Bryant | Partner | $500.00 | 1.40 | $700.00 |
|---|---|---|---|---|
|  |  |  | **1.40** | **$700.00** |

### B190    Other Contested Matters

| B. C. Knapp | Partner | $425.00 | 6.90 | $2,932.50 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 3.10 | $1,550.00 |
| W.S. Bryant | Partner | $500.00 | 5.60 | $2,800.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.00 | $250.00 |
|  |  |  | **17.60** | **$7,532.50** |

### B220    Employee Benefits/Pensions

| B. C. Knapp | Partner | $425.00 | 0.40 | $170.00 |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.50 | $250.00 |
|  |  |  | **0.90** | **$420.00** |

### B310    Claims Administration and Objections

| B. C. Knapp | Partner | $425.00 | 4.60 | $1,955.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.00 | $1,000.00 |
| A.L. Lohr | Paralegal | $125.00 | 2.70 | $337.50 |
|  |  |  | **9.30** | **$3,292.50** |

### B320    Plan and Disclosure Statement

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: September 27, 2022
Invoice No.:  1748777
Page:  15

### B320   Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 3.80 | $1,615.00 |
| O. F. Kuebel | Partner | $500.00 | 50.50 | $25,250.00 |
| W.S. Bryant | Partner | $500.00 | 4.40 | $2,200.00 |
| | | | 58.70 | $29,065.00 |

**TIMEKEEPER SUMMARY TOTALS**                                   205.80       $96,697.50

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 0.70 |
| 08/08/22 | Messenger Service 49996, Alliance Overnight Document Service LLC, This is for the printing and mailing of Doc. Nos. 1682, 1683, 1684, and 1685. | 707.20 |
| 08/18/22 | Messenger Service 50043, Alliance Overnight Document Service LLC, Printing and postage for document number 1696 | 614.76 |
| 08/26/22 | Services Rendered 456764, Orleans Parish Clerk of Court, to reimburse state escrow account | 7.00 |
| 08/30/22 | Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | 0.75 |
| 08/30/22 | Services Rendered REQ082922 4063, Jefferson Parish Clerk, image print charge on 8/16 | 0.75 |
| | TOTAL EXPENSES | $1,331.16 |

TOTAL FEES                                                                               $96,697.50

TOTAL EXPENSES                                                                       $1,331.16

TOTAL FEES AND EXPENSES                                                      $98,028.66

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

129437082v.1



## Locke Lord LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

September 27, 2022
Invoice No.: 1748777

---

**REMITTANCE ADVICE**

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through August 31, 2022

     File Number: 0107766.00001
     RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................. $96,697.50

Total Expenses ......................................................................................................................... $1,331.16

Total Due this Statement........................................................................................................... $98,028.66

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

129437082v.1

REMITTANCE

**EXHIBIT E**

**Time Entries Related to Alleged Protective Order Violations**

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| | | | | | |
| | **B160 Fee Employment Applications** | | | | |
| 8/29/2022 | Revise July fee statement to address oral ruling related to appeal. (0.5) (NO CHARGE) | BCK | 0.00 | $0.00 | $425.00 |
| | | | | | |
| | **B190 Other Contested Matters** | | | | |
| 8/1/2022 | Review, finalize, and e-file Notice of Submission of Time Entries of Locke Lord LLP (.50); coordinate printing and delivery of unredacted invoices to the Court (1.0). | ALL | 1.50 | $187.50 | $125.00 |
| 8/1/2022 | Draft, edit, and finalize the Notice of Submission of fees related to the alleged protective order violations (0.4); forward the finalized notice and exhibits to Ashley Lohr for her review and filing(0.1). | WSB | 0.50 | $250.00 | $500.00 |
| 8/3/2022 | Receipt and review of correspondence /pleadings on appeal (0.4) (NO CHARGE) | OFK | 0.00 | $0.00 | $500.00 |
| 8/4/2022 | Correspond with ANO counsel regarding call (0.2); Receipt and review of correspondence regarding pending appeals (0.2) (NO CHARGE) | OFK | 0.00 | $0.00 | $600.00 |
| 8/10/2022 | Multiple emails with UST on consent order and discuss with UCC chair counsel (0.4) Prepare for and participate in call with Amanda George regarding the same (0.5) | OFK | 0.90 | $450.00 | $500.00 |
| 8/15/2022 | Review Debtor correspondence regarding status conference for Trahant sanctions hearing (0.1); review status conference order (0.1); analysis of preparations for status conference and sanctions hearing (0.2). | BCK | 0.40 | $170.00 | $425.00 |
| 8/16/2022 | Draft, edit, and revise Supplemental Notice of fees and expenses related to the protective-order violations (1.0); review and revise the exhibit accompanying the Notice (0.3); finalize the Notice and arrange for its filing and service (0.4). | WSB | 1.70 | $850.00 | $500.00 |
| 8/16/2022 | Attend status conference related to the Trahant sanctions proceeding and correspond regarding the same (0.4) | OFK | 0.40 | $200.00 | $500.00 |
| 8/16/2022 | Review, finalize, and e-file Supplemental Notice of Submission of Time Entries of Locke Lord as Required. | ALL | 0.30 | $37.50 | $125.00 |

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| 8/16/2022 | Coordinate mailing/service of Supplemental Notice of Submission of Time Entries of Locke Lord LLP as Required by Order to Show Cause. | ALL | 0.20 | $25.00 | $125.00 |
| 8/22/2022 | Review US Trustee report and related materials for Trahant sanctions hearing (0.6); attend Trahant sanctions hearing (2.0). | BCK | 2.60 | $1,105.00 | $425.00 |
| | | | | | |
| | **FEE TOTAL** | | **8.50** | **$3,275.00** | |
| | | | | | |
| DATE | EXPENSES | | | AMOUNT | |
| 8/18/2022 | Messenger Service 50043, Alliance Overnight Document Service LLC, Printing and postage for document number 1696 | | | $614.76 | |
| | | | | | |
| | **EXPENSE TOTAL** | | | **$614.76** | |
| | | | | | |
| | **GRAND TOTAL =** | | | **$3,889.76** | |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | Objection Deadline: November 11, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2022 through September 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.　　A summary of the services rendered by Locke Lord for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.　　A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

America:0107766/00001: 130108223v.2

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $2,797,616.52.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| September 1, 2022 to September 30, 2022 | |
|---|---|
| Fees (at standard rates): | $194,687.00 |
| (Reduction due to reduced rates) | ($90,129.50) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $104,557.50 |
| Disbursements | $668.26 |
| **Total** | **$105,225.76** |

9.      During the Statement Period, Locke Lord expended approximately 1.90 hours and $950.00 in fees on matters related to the alleged protective order violations. Locke Lord incurred $0.00 in expenses during the Statement Period in connection with such protective order violations. The total fees and expenses related to the alleged protective order violations are **$950.00.** A spreadsheet identifying the detailed time records associated with such protective-order violations is attached hereto as **Exhibit E**.

2

## VOLUNTARY REDUCTIONS

10. Locke Lord did not make any voluntary reductions on its invoice during the Statement Period.

## NOTICE AND OBJECTION PROCEDURES

11. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 11, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$84,314.26**. This figure consists of (a) $83,646.00 in fees for

3

time incurred, which represents eighty percent (80%) of Locke Lord's total fees of <u>$104,557.50</u>

for the Statement Period, and (b) <u>$668.26</u> in expenses disbursed, which represents one hundred

percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the

objection is directed and will promptly pay the remainder of the fees and disbursements in the

percentages set forth above. To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: October 28, 2022.                          Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.60 | $2,067.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 21.90 | $9,885.00 |
| B130 | ASSET DISPOSITION | 7.00 | $3,395.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 2.20 | $1,040.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 57.10 | $26,637.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 17.10 | $8,490.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 13.30 | $6,642.50 |
| B190 | OTHER CONTESTED MATTERS | 14.70 | $6,790.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 5.80 | $2,465.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.90 | $382.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 75.10 | $36,762.50 |
|  | **TOTAL FEES SOUGHT =** | **219.70** | **$104,557.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 92.30 | $500.00 | $46,150.00 |
| BCK | Knapp, Brad C. | Partner | 58.40 | $425.00 | $24,820.00 |
| WSB | Bryant, W. Steven | Partner | 50.70 | $500.00 | $25,350.00 |
| WSH | Hastings, W. Scott | Partner | 3.00 | $500.00 | $1,500.00 |
| AHK | Katz, Alan H. | Of Counsel | 8.50 | $450.00 | $3,825.00 |
| PCL | Lambert, Peyton C. | Partner | 5.50 | $500.00 | $2,750.00 |
| NP | Peterson, Nick | Litigation Support | 1.30 | $125.00 | $162.50 |
| | | | | | |
| | **TOTALS =** | | **219.70** | | **$104,557.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Postage | 9.17 |
| | PACER Online Research | 7.40 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| | | |
| 09/14/22 | Messenger Service 50169, Alliance Overnight Document Service LLC, Copy and postage for Doc # 1755 and #1756 | 222.37 |
| 09/21/22 | Messenger Service 50243, Alliance Overnight Document Service LLC, Copy and postage for Doc # 1767 and #1767-1 | 106.06 |
| 09/21/22 | Messenger Service 50245, Alliance Overnight Document Service LLC, Printing and postage for doc# 1759 | 131.67 |
| 09/21/22 | Messenger Service 50248, Alliance Overnight Document Service LLC, Printing and postage for doc# 1770,1770-1, 1771, 1771-1 | 114.59 |
| | TOTAL EXPENSES | $668.26 |

## **EXHIBIT D**



# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

October 25, 2022
Invoice No.: 1755091

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2022                      $105,225.76

File Number:       0107766.00001
Re:                Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/22 | Receipt and review of case pleading on disbursements (0.3) | OFK | 0.30 | 150.00 |
| 09/09/22 | Review Archdiocese responsive correspondence to address certain financial information. | BCK | 0.40 | 170.00 |
| 09/12/22 | Continue reviewing responsive correspondence and document productions related to financial assets from ANO. | BCK | 0.80 | 340.00 |
| 09/13/22 | Continue reviewing responses from ANO to Committee information requests. | BCK | 0.50 | 212.50 |
| 09/13/22 | Review correspondence from ANO regarding bank account issues (0.1); correspondence with L. Futrell regarding questions related to bank accounts (0.1). | BCK | 0.20 | 85.00 |
| 09/13/22 | Prepare for and participate in debtor call (0.7) | OFK | 0.70 | 350.00 |
| 09/16/22 | Review correspondence regarding supplemental production from Debtor (0.2); correspondence with BRG regarding Debtor productions (0.1). | BCK | 0.30 | 127.50 |
| 09/27/22 | Conference with M. Mintz regarding upcoming hearings and action items. | BCK | 0.50 | 212.50 |
| 09/27/22 | Prepare for and participate in weekly debtor call (0.5) | OFK | 0.50 | 250.00 |
| 09/30/22 | Review proposed order regarding information access for Commercial Committee. | BCK | 0.40 | 170.00 |
| | | | **4.60** | **$2,067.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/06/22 | Follow-up with BRG on asset / NDCE asset due diligence and valuation (1.0) | OFK | 1.00 | 500.00 |
| 09/09/22 | Receipt and review of ANO / NDCE letter on portfolio A&B information requests and correspond regarding the same (0.5) | OFK | 0.50 | 250.00 |
| 09/12/22 | Correspond with BRG on ANO /Investment account asset investigation (0.6) Review of certain produced documents and discussion on status of production and child protection issues (1.5) | OFK | 2.10 | 1,050.00 |
| 09/13/22 | Continued work on document review and analysis of records produced by the Debtor (0.5) | OFK | 0.50 | 250.00 |
| 09/13/22 | Correspondence with D. Draper regarding status of document productions. | BCK | 0.20 | 85.00 |
| 09/14/22 | Review response from Apostolates regarding financial records request (0.4); begin reviewing supplemental Apostolate materials (0.3); analysis of additional information needs (0.4). | BCK | 1.10 | 467.50 |
| 09/14/22 | Receipt and review of correspondence on ANO & NDCE asset discovery (0.4) Correspond regarding NDCE asset discovery with BRG (0.5) | OFK | 0.90 | 450.00 |
| 09/15/22 | Multiple emails with Commercial Committee regarding request for Leave and discuss the same with co-counsel. (0.8) | OFK | 0.80 | 400.00 |
| 09/15/22 | Review proposed amicus brief in adversary proceeding regarding Portfolio A. | BCK | 0.60 | 255.00 |
| 09/16/22 | Receipt and review of correspondence regarding document production and response by NDCE (0.4) Correspond with BRG team regarding the same (0.4) | OFK | 0.80 | 400.00 |
| 09/19/22 | Continued work on NDCE asset discovery. | OFK | 0.80 | 400.00 |
| 09/20/22 | Review Apostolate productions to identify documents requested by Commercial Committee. | BCK | 0.50 | 212.50 |
| 09/22/22 | Analysis of Apostolate financial record production and additional needs. | BCK | 0.70 | 297.50 |
| 09/27/22 | Multiple correspondence with BRG /co-counsel on NDCE asset discovery (1.6) | OFK | 1.60 | 800.00 |
| 09/27/22 | Begin reviewing hard copy document production from Apostolates (2.0); further analyze and review key documents contained in the Apostolate discovery (1.1). | BCK | 3.10 | 1,317.50 |
| 09/28/22 | Continue reviewing supplemental production from Apostolates. | BCK | 1.80 | 765.00 |
| 09/28/22 | Download scanned documents related to the Apostolate production and import these documents into DeskSite for review and storage | NP | 1.00 | 125.00 |
| 09/28/22 | Multiple correspondence, documents review and questions regarding NDCE asset information discovery responses (1.5) | OFK | 1.50 | 750.00 |
| 09/29/22 | Multiple correspondence / work on NDCE asset due diligence (1.2) | OFK | 1.20 | 600.00 |
| 09/29/22 | Continue reviewing Apostolate productions. | BCK | 1.20 | 510.00 |
| | | | **21.90** | **$9,885.00** |

**B130 Asset Disposition**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/22 | Continued analysis of information needs for proposed non-debtor affiliate sale process. | BCK | 0.40 | 170.00 |
| 09/01/22 | Work on NDHS/SAG due diligence items and correspond with commercial committee and co-counsel (0.8) | OFK | 0.80 | 400.00 |
| 09/02/22 | Multiple correspondence on SAG/NDHS due diligence (0.8) | OFK | 0.80 | 400.00 |
| 09/07/22 | Continued work on due diligence request for NDHS/SAG transaction / asset discovery (1.0) | OFK | 1.00 | 500.00 |
| 09/08/22 | Multiple emails on draft comments to NDHS/SAG diligence to request with BRG and Commercial Committee counsel (0.8) Revise and issue due diligence request letter with cover to Mr. Draper (0.7) | OFK | 1.50 | 750.00 |
| 09/08/22 | Review revised correspondence regarding proposed non-debtor affiliate asset sale. | BCK | 0.40 | 170.00 |
| 09/13/22 | Conference with Debtor's counsel regarding various sale processes and status of information requests. | BCK | 0.60 | 255.00 |
| 09/21/22 | Telephone conference with Bush Benton regarding the McEnery property book and Stegall Benton's proposed analysis and review of its contents (0.6); review the property book and forward it to Mr. Benton with some additional analysis (0.4); correspond via email with Brad Knapp about Stegall Benton's proposed analysis and review (0.1). | WSB | 1.10 | 550.00 |
| 09/29/22 | Multiple emails regarding open document requests on ND/SAG sale (0.4). | OFK | 0.40 | 200.00 |
| | | | **7.00** | **$3,395.00** |

**B140 Relief from Stay/Adequate Protection Proceedings**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/14/22 | Review stay relief motion related to ADA lawsuit. | BCK | 0.30 | 127.50 |
| 09/15/22 | Review and analyze the motion to expedite the motion for relief from stay filed to permit post-petition class-action litigation to proceed (0.2); correspond via email with Brad Knapp about the motion and its procedural infirmities (0.1); review and analyze the objections and replies filed by both the Debtor and the Commercial Committee in response to this motion (0.4); analyze the movants' response and consider the Committee's position (0.2); further correspond via email with Mr. Knapp about the Committee's position (0.1). | WSB | 1.00 | 500.00 |
| 09/15/22 | Review additional briefing related to stay relief motion for ADA putative class action. | BCK | 0.50 | 212.50 |
| 09/19/22 | Receipt and review of pleadings and related emails on lift-stay motion (0.4) | OFK | 0.40 | 200.00 |
| | | | **2.20** | **$1,040.00** |

**B150 Meetings & Communications with Creditors**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/02/22 | Conferences with pro se claimants regarding case status. | BCK | 0.30 | 127.50 |
| 09/06/22 | Attend Committee meeting regarding next steps for mediation preparation. | BCK | 1.00 | 425.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 4

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/06/22 | Prepare for and participate in weekly call with ANO counsel and discuss valuation /real estate and other issues (0.8) Follow-up call with Mr. Stang (0.4) Correspond on Town Hall, creditor meeting and notice /creditor communication (0.5) Prepare for and provide report to UCC member meeting (1.2) | OFK | 2.90 | 1,450.00 |
| 09/07/22 | Preparation for virtual town hall meeting open to all unsecured creditors. | BCK | 0.50 | 212.50 |
| 09/08/22 | Revise notice of virtual town hall meeting (0.8); conference with Debtor's counsel regarding virtual town hall (0.2); conference with counsel for commercial committee regarding virtual town hall (0.2); draft motion to seal service list for town hall meeting (0.5); coordinate filing and service of notices (0.3); prepare counsel notice list for virtual town halls (1.8). | BCK | 3.80 | 1,615.00 |
| 09/08/22 | Work on Town Hall /creditor communication update, notice, motion and service. (1.2) | OFK | 1.20 | 600.00 |
| 09/09/22 | Call with state court victim counsel regarding claim value / case questions (0.5) | OFK | 0.50 | 250.00 |
| 09/09/22 | Correspondence with claimants regarding upcoming town hall meeting. | BCK | 0.50 | 212.50 |
| 09/09/22 | Conference with state court counsel regarding next steps in mediation (2.0); prepare for committee meeting regarding mediation (0.4). | BCK | 2.40 | 1,020.00 |
| 09/10/22 | Correspondence with claimants regarding town hall meeting. | BCK | 0.10 | 42.50 |
| 09/12/22 | Conference with pro se claimants regarding virtual town hall and case status. | BCK | 0.70 | 297.50 |
| 09/12/22 | Analysis of topics to cover for virtual town hall with creditors. | BCK | 0.40 | 170.00 |
| 09/13/22 | Conference with Committee regarding next steps in mediation process (1.5); conference with multiple claimants regarding upcoming town hall meeting and case status (0.8). | BCK | 2.30 | 977.50 |
| 09/13/22 | Attend today's meeting of the Creditors' Committee to address key mediation issues and negotiations (1.5); follow up telephone conference with the bankruptcy team about the issues raised in today's call (0.5). | WSB | 2.00 | 1,000.00 |
| 09/13/22 | Prepare for and participate in UCC meeting on claim value/mediation issues (1.5) | OFK | 1.50 | 750.00 |
| 09/14/22 | Review, revise and comment on Town Hall power point agenda (0.5) Prepare for and participate in call on Town Hall agenda (0.6) Call with state court counsel on Town Hall plan / Q&Q (0.8) | OFK | 1.90 | 950.00 |
| 09/14/22 | Review draft outline regarding town hall meeting (0.7); conference with claimants and counsel for certain claimants regarding town hall meeting (0.4); review committee correspondence regarding mediation next steps (0.2). | BCK | 1.30 | 552.50 |
| 09/15/22 | Revise presentation materials for creditor town hall meeting. | BCK | 1.20 | 510.00 |
| 09/15/22 | Review and analyze the proposed presentation for next week's town hall meeting (0.7); provide comments on the proposed presentation to Steve Golden at Pachulski Stang (0.3); analyze with Brad Knapp various issues likely to arise in connection with this matter (0.3); further prepare for the town hall meeting (0.2). | WSB | 1.50 | 750.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 5

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/15/22 | Prepare for and participate in town hall power point review and prep session (0.8) Correspond with state court counsel regarding issues related to claims value and potential estimation motion brought by the Debtor (0.5) | OFK | 1.30 | 650.00 |
| 09/16/22 | Prepare for and participate in test session prior to the first Committee town hall meeting (1.2); further edit and revise the proposed agenda for the meeting and correspond via email with Steve Golden at Pachulski Stang about these revisions (0.1). | WSB | 1.30 | 650.00 |
| 09/16/22 | Preparatory meeting for virtual town hall (1.2); conferences with multiple claimants regarding town hall meeting (0.2). | BCK | 1.40 | 595.00 |
| 09/16/22 | Prepare for and participate in zoom call for town hall prep (1.2) Correspond regarding counsel town hall draft agenda (0.6) | OFK | 1.80 | 900.00 |
| 09/19/22 | Review and revise agenda in connection with tomorrow's creditor town hall meeting. (1.5) | OFK | 1.50 | 750.00 |
| 09/19/22 | Review with Brad Knapp various issues related to tomorrow's town hall meeting. | WSB | 0.30 | 150.00 |
| 09/19/22 | Analysis of town hall topics (0.4); correspondence with committee regarding virtual town hall (0.2); conference with pro se claimants regarding virtual town hall (0.3); prepare for virtual town hall meeting (1.0). | BCK | 1.90 | 807.50 |
| 09/20/22 | Attend today's meeting of state-court counsel (1.0); prepare for today's public town hall meeting of all creditors (0.3); attend today's public town hall meeting of creditors (1.2). | WSB | 2.50 | 1,250.00 |
| 09/20/22 | Attend conference with claimant counsel regarding case status (1.0); prepare for virtual town all with claimants (1.4); attend virtual town hall meeting (1.2). | BCK | 3.60 | 1,530.00 |
| 09/20/22 | Prepare for today's claimant counsel town hall meeting (0.9); attend today's claimant counsel town hall meeting, present discussion topics, and answer questions (1.0) Prepare for and participate in victim town hall meeting held by UCC (2.4) | OFK | 4.30 | 2,150.00 |
| 09/21/22 | Multiple follow-up calls / emails from claimants/state court counsel on town hall issues (1.2) | OFK | 1.20 | 600.00 |
| 09/21/22 | Correspondence with pro se claimant regarding town hall and case status (0.3); conference with claimant regarding town hall meeting (0.2). | BCK | 0.50 | 212.50 |
| 09/22/22 | Correspondence with claimant regarding case status. | BCK | 0.20 | 85.00 |
| 09/22/22 | Calls with state court counsel on Town Hall follow-up questions (1.0) | OFK | 1.00 | 500.00 |
| 09/23/22 | Multiple correspondence with state court counsel regarding proof of claim questions (0.8) | OFK | 0.80 | 400.00 |
| 09/23/22 | Conferences with multiple claimants regarding case status and next steps in bankruptcy case. | BCK | 0.50 | 212.50 |
| 09/26/22 | Conference with claimant regarding case status (0.5); correspondence with counsel for multiple claimants regarding case status (0.2); prepare agenda for Committee meeting (0.2). | BCK | 0.90 | 382.50 |
| 09/26/22 | Correspond via email with regarding document request (1.2) Correspond regarding UCC meeting agenda (0.3) | OFK | 1.20 | 600.00 |
| 09/26/22 | Correspond regarding UCC meeting agenda. | OFK | 0.30 | 150.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 6

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/27/22 | Prepare for today's UCC conference call (0.7); participate in UCC meeting and provide reports on Town hall, claim value and child protection issues (0.8) | OFK | 1.50 | 750.00 |
| 09/27/22 | Conference with Committee regarding upcoming hearings and mediation status (0.8); conference with claimant regarding case status (0.2); conference with counsel for creditor regarding case status (0.4); review correspondence from pro se claimant regarding claim background (0.1). | BCK | 1.50 | 637.50 |
| 09/28/22 | Conference with pro se claimant regarding case status. | BCK | 0.30 | 127.50 |
| 09/28/22 | Multiple emails / calls with state court counsel regarding various plan-related issues posed by the unsecured claims and their valuations (0.8) | OFK | 0.80 | 400.00 |
| 09/29/22 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 85.00 |
| 09/30/22 | Receipt and review of multiple emails with state court counsel regarding mediation timing (0.3) | OFK | 0.30 | 150.00 |
| | | | **57.10** | **$26,637.50** |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/07/22 | Telephone conference with Doug Stewart, counsel to the Commercial Committee, about the Zobrio retention and the potential for sharing Zobrio services between the two Committees (0.5); correspond via email with John Varadian, CEO of Zobrio, about the services it provides to the Committee (0.4). | WSB | 0.90 | 450.00 |
| 09/08/22 | Analysis of Zobrio retention issues and going forward work plan. | BCK | 0.40 | 170.00 |
| 09/09/22 | Correspond via email with John Varadian concerning Zobrio's retention by the Commercial Committee (0.2); correspond via email with Doug Stewart about this retention and other potential issues (0.4); further correspond via email with Mr. Varadian (0.1). | WSB | 0.70 | 350.00 |
| 09/14/22 | Extended telephone conference with Chuck Hayes and John Varadian at Zobrio regarding the mechanics of arranging for Zobrio to provide services to both committees (0.9); review the Court's orders approving the clarification of Stegall Benton's retention (0.1); correspond via email with Bush Benton about the entry of the order and related matters (0.2); review the Court's order removing the cap on Zobrio's fees (0.1); correspond via email with Mr. Varadian about the entry of this order and additional matters related to Zobrio's retention by the Commercial Committee (0.3). | WSB | 1.60 | 800.00 |
| 09/16/22 | Begin drafting the Locke Lord monthly fee statement. | WSB | 1.00 | 500.00 |
| 09/19/22 | Further edit and revise the Locke Lord monthly fee statement (0.4); analyze issues presented by the statement with Rick Kuebel (0.3). | WSB | 0.70 | 350.00 |
| 09/19/22 | Multiple email correspondences with John Varadian regarding the specific terms of the Zobrio dual retention (0.4); leave telephone message for Doug Stewart about the terms of the proposed retention (0.1); further correspond via email with Matt Babcock and Mr. Varadian about these matters (0.4); correspond via email with the bankruptcy counsel team about these issues (0.2). | WSB | 1.10 | 550.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 7

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/20/22 | Multiple email correspondences with Doug Stewart regarding the proposed Zobrio retention by the Commercial Committee (0.4); correspond via email with John Varadian concerning this proposed retention (0.3); further correspond via email with the bankruptcy team about these developments (0.2). | WSB | 0.90 | 450.00 |
| 09/21/22 | Draft, edit, and revise the August 2022 monthly fee statement for Locke Lord. | WSB | 0.40 | 200.00 |
| 09/22/22 | Further draft, edit, and revise the monthly fee statement for Locke Lord (1.4); draft monthly fee statement for Zobrio, Inc. (0.8); further edit and revise the Locke Lord fee statement (1.3). | WSB | 3.50 | 1,750.00 |
| 09/26/22 | Correspond via email with Yamille Harrison regarding Locke Lord's August 2022 monthly fee statement. | WSB | 0.10 | 50.00 |
| 09/27/22 | Draft, edit, and revise monthly fee statement of Zobrio, Inc. (0.8); edit and revise monthly fee statement of Locke Lord (0.6); analyze with Rick Kuebel various issues related to the Locke Lord monthly fee statement (0.2). | WSB | 1.60 | 800.00 |
| 09/29/22 | Draft, edit, and finalize the Locke Lord monthly fee statement and initial draft of Locke Lord's Seventh Interim Fee Application (3.5); finalize the Zobrio monthly fee statement (0.1); forward the finalized fee statements to the Notice Parties as required by the complex case procedures (0.1); forward the LEDES files to the U.S. Trustee's office (0.1). | WSB | 3.80 | 1,900.00 |
| 09/29/22 | Review Donlin Recano declaration regarding Xclaim issues. | BCK | 0.40 | 170.00 |
| | | | **17.10** | **$8,490.00** |

| **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/06/22 | Review order related to Locke Lord's fee application. | BCK | 0.10 | 42.50 |
| 09/07/22 | Review and analyze Jones Walker's monthly fee application (0.9); review and analyze Laura Ashley's letter regarding the motion to remove Zobrio's fee cap (0.2). | WSB | 1.10 | 550.00 |
| 09/08/22 | Telephone conference with John Varadian regarding the Debtor's informal objection to Zobrio's retention and related issues (0.8); draft, edit, and revise email analysis of the issues presented in the Debtor's objection letter and forward it to Committee bankruptcy counsel (1.1); correspond via email with Mr. Varadian regarding this matter (0.3); extended telephone conference with Matt Babcock at BRG about these issues (0.5); finalize email and forward it to bankruptcy counsel (0.3); analyze these and related issues with Brad Knapp and Rick Kuebel (0.2); further telephone conference with Mr. Varadian (0.3); telephone conference with Doug Stewart about potential sharing of Zobrio services and the Debtor's misguided objection to Zobrio's retention (0.6); further correspond via email with Mr. Varadian (0.3). | WSB | 4.40 | 2,200.00 |
| 09/12/22 | Correspond via email with Gillian Brown at Pachulski Stang regarding the Debtor's slow-payment practices and putative objections to Committee professional claims (0.2); correspond via email with the Debtor's counsel concerning the Debtor's response to Locke Lord's monthly fee statement (0.2); further correspond via email with Ms. Brown (0.1). | WSB | 0.50 | 250.00 |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/13/22 | Correspond via email with Brad Knapp about the proposed joint Zobrio retention so that he can mention it during today's meeting with the Debtor (0.2); begin drafting response letter to Laura Ashley (0.3). | WSB | 0.50 | 250.00 |
| 09/14/22 | Correspond via email with John Varadian concerning the Debtor's previous objections to the Zobrio retention (0.2); draft, edit, and revise response to the Debtor's September 7, 2022 letter regarding Zobrio (1.4). | WSB | 1.60 | 800.00 |
| 09/15/22 | Multiple email correspondences with the Pachulski Stang and Locke Lord teams about the proposed dual retention of Zobrio, Inc. and the potential confidentiality concerns (0.3); further correspond via email with Matt Babcock at BRG about these issues (0.3); draft, edit, and revise a letter responding to the Debtor's letter of September 7, 2022 (1.4). | WSB | 2.00 | 1,000.00 |
| 09/16/22 | Address with Matt Babcock at BRG additional issues related to the Zobrio retention (0.5); edit and revise the letter responding to the Debtor's letter attacking the Zobrio retention (1.3). | WSB | 1.80 | 900.00 |
| 09/19/22 | Edit and finalize the letter responding to the Debtor's objection to the Zobrio retention and the lifting of the fee cap. | WSB | 0.50 | 250.00 |
| 09/19/22 | Revise and comment on Zobrio response letter. | OFK | 0.30 | 150.00 |
| 09/20/22 | Finalize the Committee response to the Debtor's Zobrio letter (0.3); forward the response to the Debtor's counsel via email (0.1). | WSB | 0.40 | 200.00 |
| 09/30/22 | Review and analyze the monthly fee statements of Jones Walker. | WSB | 0.10 | 50.00 |
| | | | **13.30** | **$6,642.50** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/07/22 | Receipt and review of multiple case notice pleadings (0.4) | OFK | 0.40 | 200.00 |
| 09/12/22 | Compress, post, and distribute production to Box site link in connection with documents produced by the Debtor. | NP | 0.30 | 37.50 |
| 09/14/22 | Draft, edit, and revise the Second Supplemental Notice of Submission of Fees for Locke Lord related to the protective order violations (0.5); correspond via email with the Locke Lord team about this Notice and its contents (0.3); arrange for the filing and service of the Notice (0.2). | WSB | 1.00 | 500.00 |
| 09/15/22 | Review and analyze the Commercial Committee's draft ex parte motion to file an amicus brief in this Committee's adversary proceeding (0.4); multiple email correspondences with the Pachulski Stang and Locke Lord teams about the Commercial Committee's request that it file the motion with this Committee's consent (0.5); send email to Brooke Altazan confirming that this Committee does not oppose the motion (0.1). | WSB | 1.00 | 500.00 |
| 09/15/22 | Attend status hearing regarding Committee motion to compel. | BCK | 0.30 | 127.50 |
| 09/20/22 | Identify with R Kuebel and B Knapp various legal issues under Louisiana law that may impact potential claims (0.4); analyze these same issues with Judy Elkin (0.5); conduct legal research on Louisiana law (2.0). | AHK | 2.90 | 1,305.00 |
| 09/21/22 | Conduct Louisiana legal research regarding indispensable parties in connection with Portfolio A & B litigation (3.0); draft research memorandum (2.0). | AHK | 5.00 | 2,250.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: October 25, 2022
Invoice No.:  1755091
Page:  9

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/21/22 | Correspond via email with counsel at Pachulski Stang concerning Louisiana law analysis relevant to Portfolio A & B litigation (0.2); review memorandum and further correspond via email with Pachulski Stang about these matters (0.4). | AHK | 0.60 | 270.00 |
| 09/23/22 | Multiple emails regarding re-hearing requests and related evidentiary records.(0.9) Multiple emails regarding Louisiana law questions applicable to adversary on investment portfolio ownership (0.7) | OFK | 1.60 | 800.00 |
| 09/29/22 | Review and analyze the Locke Lord invoice to identify the August time entries related to the potential protective order violations (0.7); draft Notice of Submission of these entries for filing in the Bankruptcy Case (0.2). | WSB | 0.90 | 450.00 |
| 09/30/22 | Receipt and review of ANO request to continue Howard Ave - due diligence and correspond regarding the same. | OFK | 0.40 | 200.00 |
| 09/30/22 | Receipt and review of draft motion for clarification on production from commercial committee. | OFK | 0.30 | 150.00 |
| | | | **14.70** | **$6,790.00** |

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/01/22 | Revise certificate of service for priest benefit order. | BCK | 0.10 | 42.50 |
| 09/15/22 | Review sealed filing related to O'Donnell motion to reconsider. | BCK | 0.40 | 170.00 |
| 09/16/22 | Continue reviewing sealed O'Donnell motion to reconsider (0.3); correspondence with counsel for O'Donnell (0.1). | BCK | 0.40 | 170.00 |
| 09/19/22 | Conference with counsel for O'Donnell regarding priest benefits motion (0.4); review hearing notice related to benefits (0.1); analysis of background documents on O'Donnell (0.3). | BCK | 0.80 | 340.00 |
| 09/22/22 | Review exhibit materials related to O'Donnell motion to reconsider. | BCK | 1.90 | 807.50 |
| 09/23/22 | Continue reviewing background materials regarding O'Donnell for benefits motion. | BCK | 0.80 | 340.00 |
| 09/26/22 | Continued analysis of O'Donnell materials. | BCK | 0.60 | 255.00 |
| 09/28/22 | Analysis of background information and documents for O'Donnell motion to reconsider. | BCK | 0.80 | 340.00 |
| | | | **5.80** | **$2,465.00** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/01/22 | Continue reviewing additional information produced by Archdiocese related to claims analysis. | BCK | 0.90 | 382.50 |
| | | | **0.90** | **$382.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 10

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/22 | Review the proposed response to Mark Mintz regarding the draft stipulation governing the filing of claims against non-debtor entities (0.2); review and analyze the Bar Date Order and accompanying notices to assess Mr. Mintz's position regarding the impact of the Bar Date Order on claims asserted against non-debtor entities (0.4); edit and revise the proposed response (0.2); further correspond via email with the bankruptcy team about these and other matters raised in connection with the continuing mediation (0.3). | WSB | 1.10 | 550.00 |
| 09/01/22 | Correspond regarding work on non-monetary plan / child protection provisions (0.7) correspond with state court counsel on claim valuation /estimation issues (1.3) | OFK | 2.00 | 1,000.00 |
| 09/02/22 | Analyze and review with Brad Knapp various issues related to the Debtor's real estate holdings and the potential for the sale and/or liquidation of such holdings in connection with a confirmed plan of reorganization (0.9); review and analyze the real estate list prepared by BRG (0.8); telephone conference with BRG, Mr. Knapp, and Jim Stang to address Debtor's capacity to financially support a plan (1.0); correspond via email with the bankruptcy team about today's call and other related matters (0.2). | WSB | 2.90 | 1,450.00 |
| 09/02/22 | Analysis of real estate materials in connection with plan mediation preparation (1.2); analysis of ability to pay issues for mediation demand (1.0). | BCK | 2.20 | 935.00 |
| 09/02/22 | Receipt and review of call from state court counsel on claim issues / value (0.4) Correspond regarding session to discuss /revise non-monetary /child protection plan provision (0.7) | OFK | 1.10 | 550.00 |
| 09/06/22 | Analysis and review with BRG of critical plan-mediation issues and the Debtor's financial status (1.0); correspond via email with Brad Knapp about certain of these matters (0.2). | WSB | 1.20 | 600.00 |
| 09/06/22 | Conference with Debtor's counsel regarding potential parish stay stipulation and other pending matters. | BCK | 0.90 | 382.50 |
| 09/06/22 | Prepare for and participate in call with UCC member's counsel to review and revise non-monetary/child protection provisions (1.0) | OFK | 1.00 | 500.00 |
| 09/07/22 | Continued work on child safety plan provisions / process protections and related discovery (2.0) correspond with state court counsel on claim value /document issues (0.8) Work on claim valuation / mediation ask analysis (1.0) | OFK | 3.80 | 1,900.00 |
| 09/07/22 | Further review BRG financial data and information in light of yesterday's conference call (0.8). | WSB | 0.80 | 400.00 |
| 09/07/22 | Analysis of ANO child protection policies (1.1); review document productions related to victim-assistance coordinator and child-protection measures (1.0). | BCK | 2.10 | 892.50 |
| 09/08/22 | Work on claim value estimate/ issues (1.0) Review / comment on BRG analysis (0.6) correspond with state-court counsel on claim analysis (0.7) | OFK | 2.50 | 1,250.00 |
| 09/09/22 | Prepare for and participate on Zoom meeting with UCC member legal counsel and BRG to review claim and asset due diligence reports (1.8) Follow-up report revision and discussion with BRG (0.7) Continued work on claim valuation legal issues (1.5) Work on mediation strategy / timing and "ask" (1.0) | OFK | 5.00 | 2,500.00 |
| 09/09/22 | Work on claim analysis per request of R. Kuebel. | WSH | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/09/22 | Attend today's meeting with state court counsel and the Committee bankruptcy team to address critical mediation and plan issues. | WSB | 2.40 | 1,200.00 |
| 09/11/22 | Work on claim analysis and impact on plan and potential plan settlement/mediation offer. | WSH | 1.00 | 500.00 |
| 09/12/22 | Continued review of policies and document productions related to non-monetary relief issues. | BCK | 2.60 | 1,105.00 |
| 09/12/22 | Continued work /detailed analysis on claims valuation / preparation for plan mediation offer. (1.9) | OFK | 1.90 | 950.00 |
| 09/13/22 | Follow-up call with Mr. Stang regarding mediation / claim value presentation (0.8) Correspond /work on non-monetary plan provisions (0.5) Continued work on claim estimations/valuation (1.0) | OFK | 2.30 | 1,150.00 |
| 09/14/22 | Work on claim valuation in preparation for mediation /plan issues including draft demand to mediator (3.0) | OFK | 3.00 | 1,500.00 |
| 09/14/22 | Continue working on claims analysis related to plan and potential plan settlement negotiations. | WSH | 0.70 | 350.00 |
| 09/15/22 | Work on claim value estimation/ask and UCC authority and transmittal to debtor/mediators (1.6) Discuss the same with Mr. Stang (0.7) | OFK | 2.30 | 1,150.00 |
| 09/16/22 | Continue working on claim analysis in connection with plan mediation. | WSH | 0.80 | 400.00 |
| 09/16/22 | Call with state court counsel on claim value estimation issues and UCC authorization on mediation ask (0.8) Correspond with UCC counsel regarding authority / claim value issues (0.5) | OFK | 1.30 | 650.00 |
| 09/16/22 | Conduct legal research related to prescriptive issues in connection with sexual abuse claims brought by both minors and adults (5.0); conference with B. Knapp related to research issues surrounding prescription (0.5). | PCL | 5.50 | 2,750.00 |
| 09/19/22 | Continued work on claim estimation / valuation issues (1.5) | OFK | 1.50 | 750.00 |
| 09/19/22 | Analysis of correspondence related to mediation process. | BCK | 0.30 | 127.50 |
| 09/20/22 | Analysis of prescription questions related to certain claims in connection with plan mediation process. | BCK | 0.30 | 127.50 |
| 09/20/22 | Multiple correspondence on claim estimation / claim valuation issues (1.5) Correspond on non-monetary plan provision and work on the same (0.9) | OFK | 2.40 | 1,200.00 |
| 09/21/22 | Work on and multiple emails on non-monetary, child protection plan provisions (2.5) Continued work on claim value estimates/analysis and correspond regarding the same (1.4) | OFK | 3.90 | 1,950.00 |
| 09/21/22 | Analysis of next steps in mediation process to develop plan (0.3); analysis of non-monetary issues for plan process (0.5). | BCK | 0.80 | 340.00 |
| 09/21/22 | Analyze issues related to the elimination of the statute of limitations for certain sex-abuse related causes of action under federal law (0.4); correspond via email with Brad Knapp and Rick Kuebel about the potential impact, if any, of these developments on the ANO Chapter 11 case (0.1). | WSB | 0.50 | 250.00 |
| 09/22/22 | Multiple correspondence/call with state court counsel for UCC members on claim value and plan mediation issues (1.5) | OFK | 1.50 | 750.00 |

| | B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/22 | Call with state court counsel regarding claims value (0.7) | OFK | 0.70 | 350.00 |
| 09/26/22 | Multiple emails with state court counsel on claim value /estimation issues (1.4) Continued work on mediation issues regarding child protection plan provision and correspond regarding the same with state court counsel (1.2) | OFK | 2.60 | 1,300.00 |
| 09/27/22 | Multiple correspondence /work on child protection plan provisions (1.3) | OFK | 1.30 | 650.00 |
| 09/28/22 | Continued correspondence (multiple) and work on child protection plan provisions and related document investigation (2.3) | OFK | 2.30 | 1,150.00 |
| 09/28/22 | Continue reviewing ANO documents and policy materials for non-monetary plan terms. | BCK | 0.80 | 340.00 |
| 09/29/22 | Correspondence among counsel regarding non-monetary relief meeting and preparations. | BCK | 0.50 | 212.50 |
| 09/29/22 | Correspond with Mr. Mintz on NM meetings (0.3) follow-up with UCC state court counsel regarding the same (0.4) follow-up emails with state court counsel on draft of plan provisions regarding child protection (0.4) Continued work on document production /claims value evidence (1.3) correspond regarding non-monetary plan meeting and doc drafts. (0.5) | OFK | 2.90 | 1,450.00 |
| 09/30/22 | Receipt and review of CLARO email and charts regarding claims coverage and related correspondence (0.4) Receipt and review of multiple emails on child protection plan considerations (0.5) Receipt and review of multiple emails / documents on claim value/settlement issues (0.6) Receipt and review of additional claim documents from state court counsel (0.4) | OFK | 1.90 | 950.00 |
| | | | **75.10** | **$36,762.50** |

**TOTAL FEES** $104,557.50

## TIMEKEEPER SUMMARY:

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 3.10 | $1,317.50 |
| O. F. Kuebel | Partner | $500.00 | 1.50 | $750.00 |
| | | | **4.60** | **$2,067.50** |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 9.20 | $3,910.00 |
| O. F. Kuebel | Partner | $500.00 | 11.70 | $5,850.00 |
| N. Peterson | Litigation Supp | $125.00 | 1.00 | $125.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 25, 2022
Invoice No.: 1755091
Page: 13

### B120    Asset Analysis and Recovery

|  |  |  | 21.90 | $9,885.00 |
|---|---|---|---|---|

### B130    Asset Disposition

|  |  |  |  |  |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.40 | $595.00 |
| O. F. Kuebel | Partner | $500.00 | 4.50 | $2,250.00 |
| W.S. Bryant | Partner | $500.00 | 1.10 | $550.00 |
|  |  |  | **7.00** | **$3,395.00** |

### B140    Relief from Stay/Adequate Protection Proceedings

|  |  |  |  |  |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.80 | $340.00 |
| O. F. Kuebel | Partner | $500.00 | 0.40 | $200.00 |
| W.S. Bryant | Partner | $500.00 | 1.00 | $500.00 |
|  |  |  | **2.20** | **$1,040.00** |

### B150    Meetings & Communications with Creditors

|  |  |  |  |  |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 25.50 | $10,837.50 |
| O. F. Kuebel | Partner | $500.00 | 24.00 | $12,000.00 |
| W.S. Bryant | Partner | $500.00 | 7.60 | $3,800.00 |
|  |  |  | **57.10** | **$26,637.50** |

### B160    Fee/Employment Applications

|  |  |  |  |  |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.80 | $340.00 |
| W.S. Bryant | Partner | $500.00 | 16.30 | $8,150.00 |
|  |  |  | **17.10** | **$8,490.00** |

### B170    Fee/Employment Objections

|  |  |  |  |  |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.10 | $42.50 |
| O. F. Kuebel | Partner | $500.00 | 0.30 | $150.00 |
| W.S. Bryant | Partner | $500.00 | 12.90 | $6,450.00 |
|  |  |  | **13.30** | **$6,642.50** |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: October 25, 2022
Invoice No.:  1755091
Page:  14

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.30 | $127.50 |
| O. F. Kuebel | Partner | $500.00 | 2.70 | $1,350.00 |
| W.S. Bryant | Partner | $500.00 | 2.90 | $1,450.00 |
| A. H. Katz | Of Counsel | $450.00 | 8.50 | $3,825.00 |
| N. Peterson | Litigation Supp | $125.00 | 0.30 | $37.50 |
| | | | **14.70** | **$6,790.00** |

### B220    Employee Benefits/Pensions

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.80 | $2,465.00 |
| | | | **5.80** | **$2,465.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.90 | $382.50 |
| | | | **0.90** | **$382.50** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 10.50 | $4,462.50 |
| O. F. Kuebel | Partner | $500.00 | 47.20 | $23,600.00 |
| P.C. Lambert | Partner | $500.00 | 5.50 | $2,750.00 |
| W.S. Bryant | Partner | $500.00 | 8.90 | $4,450.00 |
| W. S. Hastings | Partner | $500.00 | 3.00 | $1,500.00 |
| | | | **75.10** | **$36,762.50** |

## TIMEKEEPER SUMMARY TOTALS

| | | | | |
|---|---|---|---|---|
| | | | **219.70** | **$104,557.50** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 9.17 |
| | PACER Online Research | 7.40 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: October 25, 2022
Invoice No.:  1755091
Page:  15

| DATE | EXPENSES | VALUE |
|---|---|---|
| 09/14/22 | Messenger Service 50169, Alliance Overnight Document Service LLC, Copy and postage for Doc # 1755 and #1756 | 222.37 |
| 09/21/22 | Messenger Service 50243, Alliance Overnight Document Service LLC, Copy and postage for Doc # 1767 and #1767-1 | 106.06 |
| 09/21/22 | Messenger Service 50245, Alliance Overnight Document Service LLC, Printing and postage for doc# 1759 | 131.67 |
| 09/21/22 | Messenger Service 50248, Alliance Overnight Document Service LLC, Printing and postage for doc# 1770,1770-1, 1771, 1771-1 | 114.59 |
| | TOTAL EXPENSES | $668.26 |

| | |
|---|---|
| TOTAL FEES | $104,557.50 |
| TOTAL EXPENSES | $668.26 |
| TOTAL FEES AND EXPENSES | $105,225.76 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

October 25, 2022
Invoice No.: 1755091

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through September 30, 2022

      File Number:  0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ........................................................................................................................................... $104,557.50

Total Expenses ........................................................................................................................................... $668.26

Total Due this Statement........................................................................................................................... $105,225.76

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# **EXHIBIT E**

### **Time Entries Related to Alleged Protective Order Violations**

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|------|-----------------|------|-------|-------|-------------|
| | | | | | |
| | **B190 Other Contested Matters** | | | | |
| 9/14/2022 | Draft, edit, and revise the Second Supplemental Notice of Submission of Fees for Locke Lord related to the protective order violations (0.5); correspond via email with the Locke Lord team about this Notice and its contents (0.3); arrange for the filing and service of the Notice (0.2). | WSB | 1.00 | $500.00 | $500.00 |
| 9/29/2022 | Review and analyze the Locke Lord invoice to identify the August time entries related to the potential protective order violations (0.7); draft Notice of Submission of these entries for filing in the Bankruptcy Case (0.2). | WSB | 0.90 | $450.00 | $500.00 |
| | **TOTAL =** | | **1.90** | **$950.00** | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | Objection Deadline: December 6, 2022 |
| | § | |

---

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2022 through October 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Debtor in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

     5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

     6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

     7.     As of the date hereof, Locke Lord has received the following payments for fees and expenses incurred from the Debtor's estate post-petition: $2,863,170.52.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

     8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| October 1, 2022 to October 31, 2022 | |
|---|---|
| Fees (at standard rates): | $181,841.50 |
| (Reduction due to reduced rates) | ($83,299.00) |
| (Further voluntary reductions) | ($550.00) |
| Fees (After all reductions): | $97,992.50 |
| Disbursements | $3,064.64 |
| **Total** | **$101,057.14** |

     9.     During the Statement Period, Locke Lord expended approximately 1.10 hours and $550.00 in fees on matters related to the alleged protective order violations. Locke Lord incurred $0.00 in expenses during the Statement Period in connection with such protective order violations. A spreadsheet identifying the detailed time records associated with such protective-order violations is attached hereto as **Exhibit E**.

**VOLUNTARY REDUCTIONS**

     10.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $550.00 and 1.10 billable hours not charged for October 2022.

2

These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear..

## NOTICE AND OBJECTION PROCEDURES

11.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 6, 2022 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$81,458.64**. This figure consists of (a) $78,394.00 in fees for

3

time incurred, which represents eighty percent (80%) of Locke Lord's total fees of <u>$97,992.50</u> for the Statement Period, and (b) <u>$3,064.64</u> in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 22, 2022.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
 -and-

/s/ W. Steven Bryant
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

America:0107766/00001: 130394760v.3

**EXHIBIT A**

America:0107766/00001: 130394760v.3

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|-----------|-------------------------|------------------------------------------|-----------------------------------------|
| **B110** | CASE ADMINISTRATION | 2.90 | $1,397.50 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 14.30 | $6,752.50 |
| **B130** | ASSET DISPOSITION | 74.30 | $36,520.00 |
| **B140** | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 2.30 | $1,112.50 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 12.90 | $6,090.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 14.20 | $7,100.00 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 12.10 | $6,050.00 |
| **B190** | OTHER CONTESTED MATTERS | 22.10 | $9,700.00 |
| **B220** | EMPLOYEE BENEFITS/PENSIONS | 20.20 | $8,017.50 |
| **B250** | REAL ESTATE | 0.20 | $100.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 30.50 | $15,152.50 |
| | **TOTAL FEES SOUGHT =** | **206.00** | **$97,992.50** |

## EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 83.10 | $500.00 | $41,550.00 |
| BCK | Knapp, Brad C. | Partner | 39.10 | $425.00 | $16,617.50 |
| WSB | Bryant, W. Steven | Partner | 63.60 | $500.00 | $31,800.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.20 | $500.00 | $100.00 |
| AHK | Katz, Alan H. | Of Counsel | 4.40 | $450.00 | $1,980.00 |
| PCL | Lambert, Peyton C. | Partner | 5.00 | $500.00 | $2,500.00 |
| CAA | Armstrong, Claire A. | Associate | 10.60 | $325.00 | $3,445.00 |
| | | | | | |
| | **TOTALS =** | | **206.0** | | **$97,992.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | PACER Online Research | 1.30 |
| | Westlaw Research | 2,380.29 |
| 10/14/22 | Messenger Service 50288, Alliance Overnight Document Service LLC, Print and mail doc # 1778 | 106.06 |
| 10/14/22 | Messenger Service 50449, Alliance Overnight Document Service LLC, Printing and mailing for Doc #1849 and 1849-1 | 116.36 |
| 10/14/22 | Messenger Service 50309, Alliance Overnight Document Service LLC, Print and mail out doc #1789 | 107.69 |
| 10/14/22 | Services Rendered 50376, Alliance Overnight Document Service LLC, Scan and pfd/renaming exhibits | 228.14 |
| 10/26/22 | Filing Fees 10/26/2022, transcript request | 124.80 |
| | **TOTAL EXPENSES** | **$3,064.64** |

# EXHIBIT D



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

November 9, 2022
Invoice No.: 1758144

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2022                    $101,057.14

File Number:        0107766.00001
Re:                 Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/22 | Review draft order regarding clarification of Commercial Committee information access. | BCK | 0.20 | 85.00 |
| 10/06/22 | Multiple emails and correspondence on comments to case pleadings (0.7) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 10/11/22 | Conference with Debtor's counsel regarding upcoming hearings and mediation process. | BCK | 0.50 | 212.50 |
| 10/11/22 | Prepare for and participate in debtor call and follow-up with counsel (0.8) | OFK | 0.80 | 400.00 |
| 10/18/22 | Attend today's weekly conference call with the Debtor's counsel to address various outstanding issues. | WSB | 0.70 | 350.00 |
| 10/18/22 | Prepare for and participate in weekly debtor call (0.7) | OFK | 0.70 | 350.00 |
| | | | **2.90** | **$1,397.50** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/22 | Review prior Rule 2004 productions to evaluate documents to provide to Commercial Committee (1.1); conference with D. Draper regarding Apostolate productions (0.1). | BCK | 1.20 | 510.00 |
| 10/03/22 | Correspond on NDCE asset discovery (0.5) | OFK | 0.50 | 250.00 |
| 10/04/22 | Multiple correspondence on NDCE asset discovery and due diligence. (0.7) | OFK | 0.70 | 350.00 |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/04/22 | Review additional document productions regarding financial issues (0.7); revise correspondence to Apostolates regarding financial information (0.5). | BCK | 1.20 | 510.00 |
| 10/05/22 | Multiple correspondence on NDCE asset discovery (0.8) | OFK | 0.80 | 400.00 |
| 10/06/22 | Multiple emails on document production responses on NDHS due diligence (0.5) Correspond with D. Draper regarding the same (0.3) | OFK | 0.80 | 400.00 |
| 10/07/22 | Multiple correspondence with BRG regarding NDCE documents and asset analysis. | OFK | 0.50 | 250.00 |
| 10/10/22 | Receipt and review of multiple emails on Motion to Compel related production with Mr. Caine and debtor. | OFK | 0.40 | 200.00 |
| 10/10/22 | Correspond with Mr. Caine on document production issues/possible production questions. | OFK | 0.50 | 250.00 |
| 10/11/22 | Continued work on NDCE asset investigation (0.7) | OFK | 0.70 | 350.00 |
| 10/11/22 | Analysis of additional document collection needs for financial information. | BCK | 0.60 | 255.00 |
| 10/13/22 | Continue reviewing prior Apostolate productions (0.6); correspondence with D. Draper regarding documents to produce to Commercial Committee regarding Apostolate assets (0.2); correspondence with Commercial Committee regarding productions (0.1); coordinate additional production to Commercial Committee (0.2). | BCK | 1.10 | 467.50 |
| 10/13/22 | Continued work on NDCE asset investigation and discovery. | OFK | 0.80 | 400.00 |
| 10/13/22 | Work on NDHS/SAG sale due diligence (1.0) | OFK | 1.00 | 500.00 |
| 10/14/22 | Continue conducting NDCE asset investigation and discovery. | OFK | 0.80 | 400.00 |
| 10/14/22 | Prepare for and participate in call with co-counsel regarding NDCE asset due diligence. | OFK | 0.50 | 250.00 |
| 10/17/22 | Continue reviewing prior Apostolate production materials related to Apostolate assets for production to Commercial Committee. | BCK | 1.00 | 425.00 |
| 10/17/22 | Participate in hearing related to Motion to Compel Debtor production | OFK | 0.20 | 100.00 |
| 10/18/22 | Correspondence with Commercial Committee regarding Apostolate productions. | BCK | 0.20 | 85.00 |
| 10/19/22 | Continued work /correspondence on NDCE asset due diligence and discuss with Mr. Stang (0.8) | OFK | 0.80 | 400.00 |
| | | | **14.30** | **$6,752.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 3

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/22 | Review and analyze the proposed motion and proposed order amending the order approving the Howard Avenue sale (0.7); correspond via email with Rick Kuebel about this matter (0.2); multiple email correspondences with Samantha Oppenheim, counsel for the Debtor, about this motion and a potential conference call with the Debtor and its broker to review the issues presented by it (0.3); telephone conference with Ms. Oppenheim, the Debtor's broker, Brooke Altazan, and Rick Kuebel to discuss the necessity for this amendment (0.6); further analysis and revise of these issues with Rick Kuebel (0.4); send an email to the Committee's bankruptcy team about this matter (0.3); draft, edit, and revise an email to the Committee explaining the proposal and requesting a Committee response (0.7). | WSB | 3.20 | 1,600.00 |
| 10/03/22 | Correspond regarding document request and Howard Avenue. (0.5) Prepare for and participate on call regarding Howard Avenue sale / due diligence extension and correspond with UCC team regarding the same (1.0) | OFK | 1.50 | 750.00 |
| 10/04/22 | Multiple correspondence with Commercial committee on Howard Avenue motion and NDHS sale diligence (0.8) | OFK | 0.80 | 400.00 |
| 10/04/22 | Further correspond via email with the Committee regarding the proposed extension of the due diligence period on the Howard Avenue sale (0.2); review and analyze the Commercial Committee's revisions to the proposed order granting the extension (0.2); further correspond via email with the bankruptcy counsel team about this matter (0.1); send email to Samantha Oppenheim at the Debtor confirming that the Committee does not oppose the extension (0.3). | WSB | 0.80 | 400.00 |
| 10/05/22 | Review the Court's order setting an expedited hearing on the Howard Avenue motion (0.3); correspond via email with Brad Knapp about this matter and tomorrow's hearing (0.2); prepare for tomorrow's hearing (0.2). | WSB | 0.70 | 350.00 |
| 10/05/22 | Multiple correspondence on Howard Ave sale emergency motion (0.5) | OFK | 0.50 | 250.00 |
| 10/06/22 | Multiple correspondence on emergency hearing and court grant of Howard Ave motion (0.4) | OFK | 0.40 | 200.00 |
| 10/06/22 | Correspond via email with Rick Kuebel regarding today's potential hearing on the Motion to Extend the due diligence period (0.3); review the Court's docket memorandum stating that the Court will approve the order (0.1); analyze further issues related to the granting of the motion and the proposed sale (0.2). | WSB | 0.60 | 300.00 |
| 10/07/22 | Review and analyze the letter from Douglas Draper answering the Committee's informational demands about the proposed transactions by Notre Dame Health Systems and St. Anthony's Gardens (1.0); correspond via email with Brad Knapp about these answers (0.1). | WSB | 1.10 | 550.00 |
| 10/07/22 | Review information and document productions related to non-debtor asset sale. | BCK | 0.80 | 340.00 |
| 10/07/22 | Receipt and review of email from NDCE counsel regarding SAG/NDHS sale questions and document production and forward the same. | OFK | 0.40 | 200.00 |
| 10/10/22 | Analysis of document production related to affiliate asset sale. | BCK | 0.80 | 340.00 |
| 10/10/22 | Continued due diligence on NDCE assets /NDHS/SAG transaction (1.5) | OFK | 1.50 | 750.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 4

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/11/22 | Continued work on NDHS sale due diligence (1.5) | OFK | 1.50 | 750.00 |
| 10/12/22 | Prepare for and participate in call with BRG on NDHS/SAG due diligence/document review (1.6) | OFK | 1.60 | 800.00 |
| 10/12/22 | Call with Doug Stewart regarding NDHS sale and MTD request (0.7) Correspond with Ken Brown regarding the same (0.2) | OFK | 0.90 | 450.00 |
| 10/12/22 | Analysis of non-debtor sale transaction information needs and strategy (1.5); continue reviewing production and correspondence related to non-debtor sale transaction (0.4). | BCK | 1.90 | 807.50 |
| 10/13/22 | Correspond via email with the Commercial Committee regarding the same. | OFK | 0.40 | 200.00 |
| 10/13/22 | Conduct NDHS/SAG sale due diligence. | OFK | 0.40 | 200.00 |
| 10/14/22 | Work on NDHS sale due diligence (1.0) | OFK | 1.00 | 500.00 |
| 10/17/22 | Multiple email correspondences with Rick Kuebel concerning the status of the NDHS/SAG sale and related issues (0.2); review documents produced by the Apostolates and the Debtor related to this proposed sale (0.5). | WSB | 0.70 | 350.00 |
| 10/17/22 | Multiple correspondence /continue work on NDHS/SAG transaction due diligence (1.5) | OFK | 1.50 | 750.00 |
| 10/18/22 | Follow-up discussions with .Sb on NDHS / SAG transaction due diligence (0.6) Correspond with Mr. Draper regarding the same (0.2) Prepare for and participate in BRG call regarding NDHS / SAG transaction due diligence (1.4) Review, revise and comment on list of open transaction diligence items (1.8) | OFK | 4.00 | 2,000.00 |
| 10/18/22 | Analyze various issues related to the NDHS/SAG sale with Rick Kuebel (0.3); further review and analyze the documents provided by the Apostolates and the Debtor in connection with these sales (0.7); extended analysis of various issues posed by the sale with the BRG team and Mr. Kuebel (1.4); further correspond via email with Mr. Kuebel about this matter (0.2). | WSB | 2.60 | 1,300.00 |
| 10/19/22 | Correspond via email with Rick Kuebel concerning various issues posed by the NDHS/SAG transaction. | WSB | 0.20 | 100.00 |
| 10/19/22 | Analysis of non-debtor affiliate sale transaction issues and production. | BCK | 0.80 | 340.00 |
| 10/19/22 | Continued work /due diligence on NDHS and SAG transaction including drafting list of questions request by D. Draper (1.5) Discuss SAG/NDHS with D. Draper (0.3) Call with Mr. Stang regarding approval rights/governance questions (0.5) | OFK | 2.30 | 1,150.00 |
| 10/20/22 | Continued work on NDHS/NDCE due diligence with multiple emails regarding transaction authority regarding the same (1.5) | OFK | 1.50 | 750.00 |
| 10/20/22 | Continued analysis of non-debtor affiliate sale issues and documents (0.6); begin preparing correspondence with additional issues for non-debtor affiliate asset sale (0.8). | BCK | 1.40 | 595.00 |
| 10/20/22 | Analyze and review legal research concerning the potential impact on the Debtor's bankruptcy estate of the NDHS/SAG transaction. | WSB | 0.20 | 100.00 |
| 10/21/22 | Analysis of diligence materials needed for non-debtor affiliate asset sale. | BCK | 1.60 | 680.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 5

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/21/22 | Analyze issues posed by the NDHS/SAG sale with Brad Knapp (0.3); analyze information provided by BRG in advance of today's call with the Commercial Committee (0.4); attend today's conference call with the Commercial Committee to assess the issues posed by the planned NDHS/SAG sale (1.3). | WSB | 2.00 | 1,000.00 |
| 10/21/22 | Continued work on NDCE /SAG/ NDHS due diligence with multiple correspondence/ Q&A revisions (1.0) Prepare for and participate in call with Commercial Committee on NDHS / SAG transaction due diligence (1.2) | OFK | 2.20 | 1,100.00 |
| 10/23/22 | Review revised information request to Apostolates regarding non-debtor affiliate asset sale. | BCK | 0.20 | 85.00 |
| 10/24/22 | Multiple email correspondences with the Committee's bankruptcy counsel team and counsel for the Commercial Committee regarding the NDHS/SAG sale and related issues. | WSB | 0.50 | 250.00 |
| 10/24/22 | Revise information request for non-debtor affiliate sale process. | BCK | 0.30 | 127.50 |
| 10/24/22 | Revise, comment and send draft transaction due diligence letter on NDHS/SAG sale to team and commercial committee. (1.5) Follow-up call with Mr. Stang regarding transaction due diligence (0.7) | OFK | 2.20 | 1,100.00 |
| 10/25/22 | Participate in video meeting with the professionals for both the Official Committee and the Commercial Committee to discuss the NDHS/SAG sale and the Committees' outstanding informational requests (1.0); address additional issues related to a potential motion for a Rule 2004 examination with Brook Altazan (0.3); correspond via email with the Committee's professional team about the preparation of the motion (0.3); begin drafting the Rule 2004 motion (1.2). | WSB | 2.80 | 1,400.00 |
| 10/25/22 | Multiple correspondence, emails and team call with Commercial committee and experts on NDHS/SAG Transaction due diligence (3.5) | OFK | 3.50 | 1,750.00 |
| 10/26/22 | Multiple emails and calls on final list of questions on transaction due diligence for NDHS/SAG transaction including review /multiple emails regarding valuation of assets (3.5) | OFK | 3.50 | 1,750.00 |
| 10/26/22 | Draft, edit, and revise the Motion for a Rule 2004 exam of the NDHS and SAG entities (2.4); correspond via email with Brad Knapp about the various issues presented by the Motion (0.2); draft, edit, and revise the Motion to Expedite the Rule 2004 Motion (0.7); further draft the Rule 2004 Motion (0.3). | WSB | 3.60 | 1,800.00 |
| 10/27/22 | Further draft, edit, and revise the Motion for Rule 2004 examination (3.0); draft, edit, and revise discovery requests and examination topics to accompany the Motion (1.3); draft the order approving the Motion (0.2); further edit and revise the discovery requests (1.1). | WSB | 5.60 | 2,800.00 |
| 10/27/22 | Correspond with D. Draper NDHS transaction issues (0.3) correspond/multiple calls/emails with commercial committee regarding NDHS /SAG transaction due diligence (1.0) Call with Doug Stewart regarding the same (0.5) Correspond on valuation issues/appraisals for NDHS transactions (0.5) | OFK | 2.30 | 1,150.00 |
| 10/28/22 | Multiple correspondence on NDHS transactions due diligence (0.6) Receipt and review of draft discovery regarding the same (0.4) | OFK | 1.00 | 500.00 |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/28/22 | Draft, edit, and revise the expedited Rule 2004 motion (3.4); forward the revised motion to the bankruptcy counsel team for their review and comment (0.3); correspond via email with Brooke Altazan concerning the motion (0.1). | WSB | 3.80 | 1,900.00 |
| 10/28/22 | Review amended sale filings related to Howard Avenue sale process. | BCK | 0.60 | 255.00 |
| 10/31/22 | Review and analyze Douglas Draper's response to the list of questions delivered by the Committees (0.8); analyze these issues with Rick Kuebel and determine where we may need to further follow up on the answers (0.3). | WSB | 1.10 | 550.00 |
| 10/31/22 | Review Draper responses to NDHS transaction due diligence and correspond regarding the same with BRG team and S. Bryant (1.5) | OFK | 1.50 | 750.00 |
| | | | **74.30** | **$36,520.00** |

| | **B140 Relief from Stay/Adequate Protection Proceedings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/12/22 | Review and analyze the Reply in support of the motion for relief from stay filed in connection with the putative, post-petition class action (0.5); review the District Court's subject matter jurisdiction argument and evaluate its impact on the Chapter 11 case (0.3). | WSB | 0.80 | 400.00 |
| 10/14/22 | Review supplemental objection to the motion for relief from stay in connection with the post-petition class action (0.5); correspond via email with Brad Knapp about this matter and the district court's jurisdiction decision (0.3) | WSB | 0.80 | 400.00 |
| 10/14/22 | Review additional briefing related to stay relief motion from ADA claimants. | BCK | 0.30 | 127.50 |
| 10/17/22 | Participate in hearing related to motion for relief from stay | OFK | 0.20 | 100.00 |
| 10/25/22 | Attend hearing regarding stay relief motion from ADA claimants. | BCK | 0.20 | 85.00 |
| | | | **2.30** | **$1,112.50** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/03/22 | Conference with pro se claimant regarding case status (0.4); conference with counsel for multiple claimants regarding town hall meeting and updates (0.5); correspondence with pro set claimant regarding case (0.2). | BCK | 1.10 | 467.50 |
| 10/04/22 | Conference with counsel for various claimants regarding case status (0.8); review claimant correspondence regarding service issues (0.1). | BCK | 0.90 | 382.50 |
| 10/06/22 | Correspondence with pro se claimants regarding case status. | BCK | 0.40 | 170.00 |
| 10/07/22 | Receipt and review of multiple emails with state court counsel on document questions (0.5) | OFK | 0.50 | 250.00 |
| 10/10/22 | Prepare materials for Committee meeting. | BCK | 0.40 | 170.00 |
| 10/10/22 | Determine with Brad Knapp the agenda for tomorrow's Committee meeting (0.5); correspond via email with the bankruptcy-counsel team about potential issues at tomorrow's Committee meeting (0.2). | WSB | 0.70 | 350.00 |
| 10/11/22 | Prepare for today's meeting of the Committee (0.2); attend today's Committee meeting and address various outstanding issues (0.8). | WSB | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 7

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/11/22 | Attend Committee meeting regarding latest case developments. | BCK | 1.00 | 425.00 |
| 10/11/22 | Prepare for and provide report at UCC call (1.5) | OFK | 1.50 | 750.00 |
| 10/12/22 | Call from victim regarding claim issues/status (0.5) | OFK | 0.50 | 250.00 |
| 10/18/22 | Multiple email correspondences with Pat Moody, the Committee chair, about the scheduling of forthcoming Committee calls. | WSB | 0.20 | 100.00 |
| 10/19/22 | Prepare for and participate in case status discussion from state court counsel (1.2) | OFK | 1.20 | 600.00 |
| 10/20/22 | Correspond on claim question with state court counsel (0.4) | OFK | 0.40 | 200.00 |
| 10/24/22 | Correspond via email with Brad Knapp about the necessity for a Committee meeting tomorrow (0.2); identify key outstanding issues for the Committee and state-court counsel to address over the next week and communicate those issues to Mr. Knapp to incorporate into a status update for the Committee (0.5). | WSB | 0.70 | 350.00 |
| 10/24/22 | Correspondence with Committee regarding case status and mediation updates. | BCK | 0.20 | 85.00 |
| 10/25/22 | Conference with Committee chair regarding upcoming mediation issues. | BCK | 0.50 | 212.50 |
| 10/26/22 | Correspond with UCC counsel regarding non-monetary issues (0.6) | OFK | 0.60 | 300.00 |
| 10/31/22 | Draft committee meeting agenda. | BCK | 0.30 | 127.50 |
| 10/31/22 | Correspond regarding UCC meeting agenda/issues (0.3) Multiple case pleadings review/provide updates to state court counsel (0.5) | OFK | 0.80 | 400.00 |
| | | | **12.90** | **$6,090.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/06/22 | Correspond via email with Brooke Altazan regarding the Commercial Committee's application to retain Zobrio, Inc. (0.2); review and revise the proposed application (1.0); forward the revised application to the bankruptcy counsel team for their review and comment (0.1). | WSB | 1.30 | 650.00 |
| 10/07/22 | Further correspond via email with John Varadian and Brooke Altazan regarding the Commercial Committee's application to retain Zobrio as its computer consultant. | WSB | 0.40 | 200.00 |
| 10/10/22 | Draft the Seventh Interim Fee Application of Locke Lord LLP (0.7); correspond via email with Brooke Altazan regarding additional revisions to the Commercial Committee's Application to retain Zobrio, Inc. and various implications of those revisions (0.3); review and analyze the additional revisions to the Application (0.2). | WSB | 1.20 | 600.00 |
| 10/11/22 | Draft, edit, and revise the September monthly fee statement of Locke Lord (3.0). | WSB | 3.00 | 1,500.00 |
| 10/13/22 | Determine status of payment on outstanding approved invoices (0.3); correspond via email with Rick Kuebel about this matter (0.1). | WSB | 0.40 | 200.00 |
| 10/17/22 | Draft, edit, and revise email to the Debtor's counsel concerning the Locke Lord monthly fee statements (0.6); correspond via email with the Debtor's counsel about the status (0.2); further edit and revise the next monthly fee statement (0.3). | WSB | 1.10 | 550.00 |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/21/22 | Correspond via email with Yamille Harrison concerning the September 2022 monthly fee statement for Locke Lord and Zobrio (0.1); begin preparing Zobrio statement (0.2). | WSB | 0.30 | 150.00 |
| 10/24/22 | Draft, edit, and revise Locke Lord's monthly fee statement (1.4); correspond via email with Yamille Harrison concerning the status of this month's fee statements (0.3); further edit and revise Locke Lord's statement (0.5). | WSB | 2.20 | 1,100.00 |
| 10/25/22 | Further draft, edit, and revise the Locke Lord monthly fee statement (1.2); correspond via email with Ryan Thessing at Zobrio regarding Zobrio's fee statement (0.2); draft, edit, and finalize Zobrio's monthly fee statement (0.8); draft, edit, and finalize Locke Lord's monthly fee statement (1.4); correspond via email with Pat Moody, Committee chair, regarding the Locke Lord statement (0.2) | WSB | 3.80 | 1,900.00 |
| 10/28/22 | Edit and finalize the Locke Lord monthly fee application (0.3); forward the fee application to the Notice Parties for their review and comment (0.1); review the LEDES files and forward those to the U.S. Trustee's counsel (0.1). | WSB | 0.50 | 250.00 |
| | | | **14.20** | **$7,100.00** |

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/22 | Review and analyze the Jones Walker monthly fee statement and identify key issues to address with Jones Walker (2.9); correspond via email with Rick Kuebel and Brad Knapp about this issue (0.1); begin drafting explanatory letter to Jones Walker about this matter (0.7). | WSB | 3.70 | 1,850.00 |
| 10/05/22 | Draft, edit, and revise a letter responding to Jones Walker's Twentieth fee statement for the August 2022 period (3.4); correspond via email with Brad Knapp and Rick Kuebel about this matter and its contents (0.2); further edit and revise the letter (0.2). | WSB | 3.80 | 1,900.00 |
| 10/06/22 | Draft, edit, and revise the letter responding to the Jones Walker August 2022 fee statement (2.4); correspond via email with the bankruptcy counsel team regarding the issues raised in the letter (0.2); further edit and revise the letter (0.5). | WSB | 3.10 | 1,550.00 |
| 10/10/22 | Correspond via email with the bankruptcy counsel team about the draft letter to Jones Walker about its latest monthly fee statement (0.3); further revise the letter (0.2). | WSB | 0.50 | 250.00 |
| 10/13/22 | Analyze with Rick Kuebel further developments in connection with the response to Jones Walker's fee statement (0.2); edit and revise the response based on subsequent developments (0.3). | WSB | 0.50 | 250.00 |
| 10/14/22 | Finalize the response to the Jones Walker monthly fee statement (0.3); correspond via email with the bankruptcy team about the final response (0.1); circulate the response to Jones Walker (0.1). | WSB | 0.50 | 250.00 |
| | | | **12.10** | **$6,050.00** |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/22 | Correspond regarding draft opposition to ANO-MTD (0.4) | OFK | 0.40 | 200.00 |
| 10/03/22 | Begin reviewing response brief regarding litigation over Portfolio A assets. | BCK | 0.50 | 212.50 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/03/22 | Legal research re Louisiana trust law | AHK | 2.90 | 1,305.00 |
| 10/03/22 | Edit and revise opposition to motion to dismiss adversary proceeding | AHK | 1.50 | 675.00 |
| 10/04/22 | Revise and re-write parts of opposition brief to Motion to Dismiss adversary (1.3) | OFK | 1.30 | 650.00 |
| 10/04/22 | Research single enterprise theory under Louisiana law; draft amicus brief. | CAA | 1.50 | 487.50 |
| 10/04/22 | Review draft response to motion to dismiss (0.6); analysis of additional Louisiana law issues for response (0.3). | BCK | 0.90 | 382.50 |
| 10/05/22 | Research alter ego theory under Louisiana law; research substantive consolidation under Louisiana law; revise amicus brief. | CAA | 3.20 | 1,040.00 |
| 10/05/22 | Revise response to motion to dismiss adversary proceeding. | BCK | 0.50 | 212.50 |
| 10/07/22 | Correspond regarding comments to objection to motion to dismiss adversary (0.7) | OFK | 0.70 | 350.00 |
| 10/10/22 | Correspond regarding opposition to Motion To Dismiss. | OFK | 0.30 | 150.00 |
| 10/10/22 | Review final opposition brief for Portfolio A litigation. | BCK | 0.70 | 297.50 |
| 10/11/22 | Review and analyze the Court's order sanctioning Richard Trahant for alleged violations of the Court's protective order (0.8); correspond via email with Brad Knapp about the implications of the sanctions order (0.1). | WSB | 0.90 | 450.00 |
| 10/12/22 | Review order on sanctions. | PGE | 0.20 | 100.00 |
| 10/13/22 | Further correspond via email with Ken Brown and Doug Stewart regarding the Motion to Dismiss. | OFK | 0.60 | 300.00 |
| 10/13/22 | Correspond via email with the Commercial Committee regarding the Motion to Dismiss the Committee adversary proceeding | OFK | 0.40 | 200.00 |
| 10/14/22 | Prepare for and participate in call with co-counsel at Pachulski Stang in preparation for hearing on Motion to Dismiss adversary proceeding. | OFK | 1.00 | 500.00 |
| 10/14/22 | Analysis of strategy considerations for hearing on motion to dismiss adversary proceeding. | BCK | 1.50 | 637.50 |
| 10/17/22 | Prepare for and participate in court hearing on motion to dismiss adversary proceeding | OFK | 2.60 | 1,300.00 |
| 10/27/22 | Multiple emails on adverse order form (0.4) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 10/28/22 | Multiple correspondence regarding form of order on adversary proceeding with Ken B, Andy C and JM (0.5) | OFK | 0.50 | 250.00 |
| | | | **22.10** | **$9,700.00** |

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/04/22 | Continued review of O'Donnell materials for motion to reconsider (0.8); analysis of strategy for upcoming O'Donnell hearing (0.3). | BCK | 1.10 | 467.50 |
| 10/06/22 | Conference with counsel for O'Donnell regarding motion for reconsideration (0.4); continued analysis of O'Donnell background materials (0.9). | BCK | 1.30 | 552.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 10

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/07/22 | Conference with M. Mintz regarding O'Donnell motion procedural issues (0.4); correspondence with counsel for O'Donnell regarding motion setting (0.2); prepare protective order materials for O'Donnell's counsel (0.3). | BCK | 0.90 | 382.50 |
| 10/10/22 | Correspondence with court regarding O'Donnell motion. | BCK | 0.20 | 85.00 |
| 10/11/22 | Begin preparing motion to continue O'Donnell hearing. | BCK | 0.30 | 127.50 |
| 10/12/22 | Revise motion to continue O'Donnell hearing (0.5): correspondence with counsel for O'Donnell regarding motion (0.1). | BCK | 0.60 | 255.00 |
| 10/23/22 | Correspondence with counsel for William O'Donnell regarding confidentiality issues for motion to reconsider. | BCK | 0.20 | 85.00 |
| 10/25/22 | Analysis of response and hearing strategy for priest benefits reconsideration motion. | BCK | 1.10 | 467.50 |
| 10/26/22 | Draft objection to motion to reconsider (2.4); prepare exhibits for hearing on motion to reconsider (0.7); correspondence with Debtor regarding exhibits for motion to reconsider (0.2); revise witness and exhibit list for motion to reconsider hearing (0.3). | BCK | 3.60 | 1,530.00 |
| 10/26/22 | Review O'Donnell's Motion for Reconsideration; review draft Response from Committee; research Rule 59 Standard under 5th Circuit law; gather relevant cases and analyze. | CAA | 3.00 | 975.00 |
| 10/27/22 | Draft and revise Committee's Response objecting to O'Donnell's Motion for Reconsideration; research 5th Circuit law on Rule 60 standard; gather relevant cases and analyze. | CAA | 2.90 | 942.50 |
| 10/27/22 | Revise objection to motion to reconsider regarding priest benefits (1.6); review exhibits for hearing (0.4); conference with counsel for O'Donnell regarding upcoming hearing (0.3); conference with M. Mintz regarding hearing (0.2). | BCK | 2.50 | 1,062.50 |
| 10/28/22 | Review final objection and exhibits for filing (0.4); revise motion to seal (0.2); correspondence with Court clerk regarding exhibits (0.1); review witness and exhibit list filed by O'Donnell (0.2); analysis of hearing strategy (0.4). | BCK | 1.30 | 552.50 |
| 10/28/22 | Receipt and review of correspondence on O'Donnell reconsideration (0.3) | OFK | 0.30 | 150.00 |
| 10/31/22 | Review O'Donnell exhibits for motion to reconsider hearing. | BCK | 0.90 | 382.50 |
| | | | **20.20** | **$8,017.50** |
| | | | | |
| | **B250 Real Estate** | **ATTY** | **HOURS** | **VALUE** |
| 10/07/22 | Correspond via email with Bush Benton concerning his recommendations regarding the McEnery property book. | WSB | 0.20 | 100.00 |
| | | | **0.20** | **$100.00** |
| | | | | |
| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
| 10/03/22 | Work on non-monetary plan provisions (1.5) Revision and related correspondence. Correspond with state court counsel on claim value issues (1.2) | OFK | 1.70 | 850.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/03/22 | Continue reviewing ANO policies in preparation for meeting regarding child protection measures for plan process. | BCK | 0.80 | 340.00 |
| 10/04/22 | Continued work on child protection plan provisions (1.2) | OFK | 1.20 | 600.00 |
| 10/05/22 | Correspond with state court counsel on child protection plan edits and debtor meeting (1.0) Multiple emails of UCC member counsel regarding the same (0.4) Receipt and review of Mintz email regarding the same and meeting scheduling and reply (0.4) Work child protection drafting and plan issues (1.3) | OFK | 3.10 | 1,550.00 |
| 10/05/22 | Conduct legal research related to prescriptive period as it related to abuse claims for adults. | PCL | 2.50 | 1,250.00 |
| 10/06/22 | Continued legal research related to prescriptive period as it related to abuse claims for adults and children. | PCL | 2.50 | 1,250.00 |
| 10/06/22 | Analyze key issues presented by the Debtor's potential forthcoming Chapter 11 plan and assess their impact with Rick Kuebel (1.0); further correspond via email with Mr. Kuebel about these plan-related issues (0.5). | WSB | 1.50 | 750.00 |
| 10/06/22 | Work with Steve Bryant on debtor correspondence (0.5) Multiple emails on child protection plan provisions (0.8) | OFK | 1.30 | 650.00 |
| 10/07/22 | Multiple correspondence on child protection plan provisions and meeting with Debtor regarding the same (0.4) | OFK | 0.40 | 200.00 |
| 10/10/22 | Multiple correspondence on non-monetary plan provision (0.8) | OFK | 0.80 | 400.00 |
| 10/12/22 | Receipt and review of multiple emails with Mr. Mintz and counsel on child protection issues (0.4) Continued work on child protection plan provisions and plan issues (1.5) | OFK | 1.90 | 950.00 |
| 10/12/22 | Analyze with Brad Knapp various outstanding issues related to claims that may impact plan issues. | WSB | 0.30 | 150.00 |
| 10/13/22 | Continued work and multiple emails on child protection provisions (1.6) Call with Mr. Stang regarding the same (0.4) | OFK | 2.00 | 1,000.00 |
| 10/14/22 | Correspond with ANO regarding plan issues/non-monetary meeting/child protection (0.3) Follow-up emails with UCC on non-monetary plan provision and review emails (0.4) | OFK | 0.70 | 350.00 |
| 10/17/22 | Follow-up correspondence with Mr. Stang regarding plan issue/claim valuation (0.6) | OFK | 0.60 | 300.00 |
| 10/18/22 | Work with Mr. Stang on claim value/plan issues. (0.7) | OFK | 0.70 | 350.00 |
| 10/19/22 | Continued work on claim value/estimation issues for plan purposes (1.0) Correspond regarding non-monetary plan provisions (0.7) | OFK | 1.70 | 850.00 |
| 10/19/22 | Continued analysis of productions from Debtor related to potential plan provisions related to non-monetary relief. | BCK | 0.50 | 212.50 |
| 10/20/22 | Multiple emails on claim estimation / plan issues (1.2) | OFK | 1.20 | 600.00 |
| 10/21/22 | Continued work /correspondence on plan provisions / non-monetary issues (1.0) | OFK | 1.00 | 500.00 |
| 10/24/22 | Correspond with Mr. Stang on plan mediation issues/status (0.5) Correspond regarding non-monetary plan provision progress (0.6) | OFK | 1.10 | 550.00 |
| 10/25/22 | Correspond with co-counsel on plan /plan mediation issues and correspondence with Judge (0.8) | OFK | 0.80 | 400.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/26/22 | Work on non-monetary plan provisions and correspond regarding the same with Mrs. Futrell (0.5) Receipt and review of Debtor plan mediation reply and correspond regarding the same (0.5) | OFK | 1.00 | 500.00 |
| 10/31/22 | Work on mediation /plan value issues (1.2) | OFK | 1.20 | 600.00 |
| | | | 30.50 | **$15,152.50** |

**TOTAL FEES**                          **$97,992.50**

## TIMEKEEPER SUMMARY:

**B110     Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.70 | $297.50 |
| O. F. Kuebel | Partner | $500.00 | 1.50 | $750.00 |
| W.S. Bryant | Partner | $500.00 | 0.70 | $350.00 |
| | | | **2.90** | **$1,397.50** |

**B120     Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.30 | $2,252.50 |
| O. F. Kuebel | Partner | $500.00 | 9.00 | $4,500.00 |
| | | | **14.30** | **$6,752.50** |

**B130     Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 8.40 | $3,570.00 |
| O. F. Kuebel | Partner | $500.00 | 36.40 | $18,200.00 |
| W.S. Bryant | Partner | $500.00 | 29.50 | $14,750.00 |
| | | | **74.30** | **$36,520.00** |

**B140     Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.50 | $212.50 |
| O. F. Kuebel | Partner | $500.00 | 0.20 | $100.00 |
| W.S. Bryant | Partner | $500.00 | 1.60 | $800.00 |
| | | | **2.30** | **$1,112.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 13

**B150    Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.80 | $2,040.00 |
| O. F. Kuebel | Partner | $500.00 | 5.50 | $2,750.00 |
| W.S. Bryant | Partner | $500.00 | 2.60 | $1,300.00 |
| | | | **12.90** | **$6,090.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 14.20 | $7,100.00 |
| | | | **14.20** | **$7,100.00** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 12.10 | $6,050.00 |
| | | | **12.10** | **$6,050.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.10 | $1,742.50 |
| O. F. Kuebel | Partner | $500.00 | 7.80 | $3,900.00 |
| P. G. Eisenberg | Partner | $500.00 | 0.20 | $100.00 |
| W.S. Bryant | Partner | $500.00 | 0.90 | $450.00 |
| A. H. Katz | Of Counsel | $450.00 | 4.40 | $1,980.00 |
| C.A. Armstrong | Associate | $325.00 | 4.70 | $1,527.50 |
| | | | **22.10** | **$9,700.00** |

**B220    Employee Benefits/Pensions**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 14.00 | $5,950.00 |
| O. F. Kuebel | Partner | $500.00 | 0.30 | $150.00 |
| C.A. Armstrong | Associate | $325.00 | 5.90 | $1,917.50 |
| | | | **20.20** | **$8,017.50** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.20 | $100.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: November 9, 2022
Invoice No.:  1758144
Page:  14

| | | | | | |
|---|---|---|---|---|---|
| **B250** | **Real Estate** | | | | |
| | | | | 0.20 | $100.00 |
| **B320** | **Plan and Disclosure Statement** | | | | |
| | B. C. Knapp | Partner | $425.00 | 1.30 | $552.50 |
| | O. F. Kuebel | Partner | $500.00 | 22.40 | $11,200.00 |
| | P.C. Lambert | Partner | $500.00 | 5.00 | $2,500.00 |
| | W.S. Bryant | Partner | $500.00 | 1.80 | $900.00 |
| | | | | 30.50 | $15,152.50 |

**TIMEKEEPER SUMMARY TOTALS**  206.00  $97,992.50

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 1.30 |
| | Westlaw Research | 2,380.29 |
| 10/14/22 | Messenger Service 50288, Alliance Overnight Document Service LLC, Print and mail doc # 1778 | 106.06 |
| 10/14/22 | Messenger Service 50449, Alliance Overnight Document Service LLC, Printing and mailing for Doc #1849 and 1849-1 | 116.36 |
| 10/14/22 | Messenger Service 50309, Alliance Overnight Document Service LLC, Print and mail out doc #1789 | 107.69 |
| 10/14/22 | Services Rendered 50376, Alliance Overnight Document Service LLC, Scan and pfd/renaming exhibits | 228.14 |
| 10/26/22 | Filing Fees 10/26/2022, transcript request | 124.80 |
| | TOTAL EXPENSES | $3,064.64 |

TOTAL FEES  $97,992.50

TOTAL EXPENSES  $3,064.64

TOTAL FEES AND EXPENSES  $101,057.14

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 9, 2022
Invoice No.: 1758144
Page: 15

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

November 9, 2022
Invoice No.:  1758144

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through October 31, 2022

File Number:   0107766.00001
RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees   ........................................................................................................................... $97,992.50

Total Expenses ...................................................................................................................... $3,064.64

Total Due this Statement.......................................................................................................... $101,057.14

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# EXHIBIT E

## Time Entries Related to Alleged Protective Order Violations

| DATE | PROJECT CATEGORY | ATTY | HOURS | VALUE | HOURLY RATE |
|---|---|---|---|---|---|
| | | | | | |
| | **B190 Other Contested Matters** | | | | |
| 10/11/2022 | Review and analyze the Court's order sanctioning Richard Trahant for alleged violations of the Court's protective order (0.8); correspond via email with Brad Knapp about the implications of the sanctions order (0.1). | WSB | 0.90 | $450.00 | $500.00 |
| 10/12/2022 | Review order on sanctions. | PGE | 0.20 | $100.00 | $500.00 |
| | **TOTAL =** | | **1.10** | **$550.00** | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: )
)
**THE ROMAN CATHOLIC CHURCH OF** )
**THE ARCHDIOCESE OF NEW** )
**ORLEANS** )
)
**DEBTOR.** [1] )
)

Case No. 20-10846

Section "A"

Chapter 11

## ORDER APPROVING *SEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2022 THROUGH OCTOBER 31, 2022
### [Relates to Docket # ____]

CAME ON for consideration the *Seventh Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2022 through October 31, 2022* [**Docket # ____**] (the "Application") filed by Locke Lord LLP (the "Firm") for the period from July 1, 2022 through October 31, 2022 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.       The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$386,463.91** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $381,190.00 in fees for services rendered and $5,273.91 in expenses incurred by the Firm during the Application Period.

2.       The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2022

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**