# EXHIBIT "12"

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                      )

                            )

**THE ROMAN CATHOLIC CHURCH OF**    )    **Case No. 20-10846**

**THE ARCHDIOCESE OF NEW**           )

**ORLEANS**                     )    **Section "A"**

                            )

**DEBTOR.** [1]            )    **Chapter 11**

                            )

## FEE APPLICATION COVER SHEET
### *EIGHTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023</u>

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | December 29, 2020 / $616,628.22<br>May 20, 2021 / $498,601.19<br>October 26, 2021 / $322,428.45<br>December 14, 2021 / $508,624.47<br>May 19, 2022 / $414,907.50<br>December 13, 2022 / $386,463.91<br>December 27, 2022 / $575,200.82 |
| **Period for which compensation and reimbursement is sought:** | November 1, 2022 through February 28, 2023 (the "<u>Application Period</u>") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | <u>$552,802.50</u> |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | <u>$4,610.22</u> |
| **Fee Application:** | Eighth Interim Fee Application |
| <u>**Total:**</u> | <u>$557,412.72</u> |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The Locke Lord LLP professionals who rendered services for The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), the above-captioned debtor and debtor-in-possession in this Bankruptcy Case, during the Application Period are:

| November 2022 – December 2022 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| O. F. Kuebel | Partner | $500.00 | 170.4 | $85,200.00 |
| W. Steven Bryant | Partner | $500.00 | 170.3 | $85,150.00 |
| B. C. Knapp | Partner | $425.00 | 75.9 | $32,257.50 |
| P. Lambert | Partner | $500.00 | 24.8 | $12,400.00 |
| P. Eisenberg | Partner | $500.00 | 7.4 | $3,700.00 |
| C. A. Armstrong | Associate | $325.00 | 4.4 | $1,430.00 |
| A. St. Mary | Paralegal | $125.00 | 4.7 | $587.50 |
| **Total Professional Hours and Fees Sought** | | | **457.90** | **$220,725.00**[2] |

---

[2] These invoice amounts total $220,725.00, but as discussed below, additional voluntary reductions of $4,500.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $225,225.00.

| January 2023 | | | | | | |
|---|---|---|---|---|---|---|
| Professional | Title | Hours | Old Hourly Rate | Old Fees | New Hourly Rate | New Fees |
| O. F. Kuebel | Partner | 92.8 | $500.00 | $46, 400.00 | $600.00 | $55,680.00 |
| W. Steven Bryant | Partner | 85.2 | $500.00 | $42,600.00 | $600.00 | $51,120.00 |
| W. Scott Hastings | Partner | 0.5 | $500.00 | $250.00 | $600.00 | $300.00 |
| B. C. Knapp | Partner | 64.7 | $425.00 | $27,497.50 | $600.00 | $38,820.00 |
| P. Lambert | Partner | 35.3 | $500.00 | $17,650.00 | $600.00 | $21.180.00 |
| P. Eisenberg | Partner | 2.5 | $500.00 | $1,250.00 | $600.00 | $1,500.00 |
| J. Cerise | Partner | 5.6 | $500.00 | $2,800.00 | $600.00 | $3,360.00 |
| S. Humeniuk | Senior Counsel | 0.9 | $325.00 | $292.50 | $550.00 | $495.00 |
| A. St. Mary | Paralegal | 4.6 | $125.00 | $575.00 | $225.00 | $1,035.00 |
| **Total Professional Hours and Fees Sought** | | **292.10** | | **$139,315.00**[3] | | **$173,490.00** |

---

[3] This fee total reflects the Firm's previous rates, as indicated in the Statement delivered to the notice parties for that month. However, it does not incorporate the increased rates approved as a result of the March 23, 2023 *Retention Modification Order* [Doc. No. 2178], as discussed further below. The old rates are included here for purposes of convenience.

| February 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| O. F. Kuebel | Partner | $600.00 | 103.9 | $62,340.00 |
| W. Steven Bryant | Partner | $600.00 | 51.70 | $31,020.00 |
| W. Steven Bryant | Partner | $300.00 | 2.0 | $600.00 |
| B. C. Knapp | Partner | $600.00 | 61.0 | $36,600.00 |
| P. Lambert | Partner | $600.00 | 31.50 | $18,900.00 |
| P. Eisenberg | Partner | $600.00 | 2.8 | $1,680.00 |
| J. Cerise | Partner | $600.00 | 3.1 | $1,860.00 |
| S. Humeniuk | Senior Counsel | $550.00 | 5.7 | $3,135.00 |
| N. Peterson | Litigation Support | $225.00 | 0.5 | $112.50 |
| A. St. Mary | Paralegal | $225.00 | 10.4 | $2,340.00 |
| **Total Professional Hours and Fees Sought** | | | **272.6[4]** | **$158,587.50[5]** |

---

[4] In addition to the professional hours of 272.60 on the invoices, an additional 2 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 274.60 hours worked.

[5] These invoice amounts total $158,587.50, but as discussed below, additional voluntary reductions of $1,200.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $159,787.50.

4

The total hours and fees incurred by the Firm on behalf of the Committee during the

Application Period and separated by Project Category are:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 14.1 | $6,457.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 83.2 | $46,595.00 |
| B130 | ASSET DISPOSITION | 126.4 | $64,870.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 56.8 | $30,560.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 164.5 | $88,797.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 37.3 | $18,867.50 |
| B190 | OTHER CONTESTED MATTERS | 4.2 | $2,045.00 |
| B195 | NON-WORKING TRAVEL | 2.0 | $600.00 |
| B220 | EMPLOYEE BENEFITS/PENSION | 14.5 | $6,332.50 |
| B250 | REAL ESTATE | 2.9 | $1,477.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 37.2 | $18,882.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 479.5 | $267,317.50 |
| | **TOTAL PROFESSIONAL HOURS AND FEES SOUGHT =** | **1022.6**[6] | **$552,802.50**[7] |

[6] In addition to the professional hours of 1022.60 on the invoices, an additional 11 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 1033.60 hours worked.

[7] These invoice amounts total $523,237.72, but as discussed below, additional voluntary reductions of $5,700.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $528,937.72.

The total amount of expenses by expense type incurred by the Firm for the Committee during the Application Period are:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $2.70 |
| Reveal - Hosting Data at $5.00/GB/mth | $154.00 |
| Messenger Service 0107766.00001, LEGAL SUPPORT SERVICES OF LOUISIANA LLC, Deliver Under Seal filing to Eastern District Bankruptcy Court. | $46.00 |
| Services Rendered 50581, Alliance Overnight Document Service LLC, Printing and Mailing of Dkt# 1893, 1894 and 1895 | $133.70 |
| PACER Online Research | $37.30 |
| Westlaw Research | $893.84 |
| Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| Messenger Service 50727, Alliance Overnight Document Service LLC, Print and postage of Docket # 1935 | $565.04 |
| Messenger Service 50728, Alliance Overnight Document Service LLC, Print and postage for docket# 1936, 1937, 1938 | $394.67 |
| Messenger Service 50464, Alliance Overnight Document Service LLC, Printing and postage for docket # 1853, 1853-1 | $107.69 |
| Postage | $0.57 |
| Outside Printing | $812.75 |
| Reveal - Hosting Data at $5.00/GB/mth | $154.00 |
| PACER Online Research | $12.70 |
| Outside Printing | $756.42 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant 35.00 William Steven 0844412891 | $35.00 |

| Expense Category | Amount |
|---|---|
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 7863200630 | $287.80 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | $23.97 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | $34.07 |
| Deposition Transcripts 23-32-2, Janice Russell, Copy of transcript of hearing held on 2/7/23 | $81.00 |
| **Total Out-of-Pocket Expenses** | **$4,610.22** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **THE ROMAN CATHOLIC CHURCH OF** | )    **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) |
| **ORLEANS** | )    **Section "A"** |
| | ) |
| **DEBTOR.** [1] | )    **Chapter 11** |
| | ) |

### *EIGHTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>APRIL 18, 2023 AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A 1-504-517-1385; CONFERENCE CODE 129611.</u> IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "<u>Firm</u>") files its *Eighth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2022 through February 28, 2023* (the "<u>Application</u>"). In support of this Application covering November 1, 2022 through February 28, 2023 (the "<u>Application Period</u>"), the Firm respectfully states as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## I.    INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the

Committee from November 1, 2022 through February 28, 2023:

| | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| November 2022 | $179,094.00 | ($78,351.50) | ($700.00) | $100,042.50 | $336.40 | $100,378.90 |
| December 2022 | $226,575.00 | ($102,092.50) | ($3,800.00) | $120,682.50 | $2,075.54 | $122,758.04 |
| January 2023[2] | $258,029.50 | ($84,539.50) | ($0.00) | $173,490.00 | $967.32 | $174,457.32 |
| February 2023 | $244,607.50 | ($84,820.00) | ($1,200.00) | $158,587.50 | $1,230.96 | $159,818.46 |
| | | | | | | |
| | | | | | **TOTAL =** | **$557,412.72** |

## II.    JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§

157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2] True and correct copies of the Firm's Monthly Fee Statements (the "Statements"), which include all the Firm's Invoices issued in the Application Period, are attached to this Application as Exhibit "1". The Statements are incorporated by reference herein. These Statements were previously provided to the requisite notice parties. Additionally, a revised Invoice No. 1782640 (dated February 28, 2023) reflecting time incurred in January 2023 is also included with the Statements. The Court approved the Firm's rate increases *nunc pro tunc* to January 1, 2023 as permitted in the Retention Modification Order (as defined below). The original amounts for the Invoice No. 1777759 (dated February 28, 2023) provided with the original January 2023 Statement were as follows:

| | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| January 2023 | $258,029.50 | ($118,714.50) | ($0.00) | $139,315.00 | $967.32 | $140,282.32 |

.

## III.    **BACKGROUND FACTS**

A.    <u>Introduction</u>

3.     On May 1, 2020 (the "<u>Petition Date</u>"), The Roman Catholic Church of the Archdiocese of New Orleans (the "<u>Debtor</u>") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing the above-styled Chapter 11 case (the "<u>Bankruptcy Case</u>").

4.     The Debtor remains in possession of its property and is managing its business as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.     On May 20, 2020, the Office of the United States Trustee for Region 5 (the "<u>U.S. Trustee</u>") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[3] October 8, 2020,[4] June 7, 2022,[5] June 21, 2022,[6] and February 13, 2023.[7] The Committee currently consists of four (4) committee members.

6.     On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("<u>PSZJ</u>") to serve as co-counsel.

B.    <u>Employment of the Firm</u>

7.     On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [Doc. No. 179] (the "<u>Retention Application</u>"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee

---

[3] Doc. No. 151.
[4] Doc. No. 478.
[5] Doc. No. 1575
[6] Doc. No. 1618
[7] Doc. No. 2081.

in the Bankruptcy Case.

8.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

9.      On March 23, 2023, the Court entered an *Order* [Doc. No. 2178] ("Retention Modification Order") approving in part and denying in part the Committee's *Motion to Amend Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [Doc. No. 2004] (the "Retention Modification Motion"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps currently applicable to the Firm in this Bankruptcy Case *nunc pro tunc* to January 1, 2023. (Retention Mod. Order, Doc. No. 2178, p. 2) and to establish a procedure authorizing the Firm to request additional increases on an annual basis thereafter. The Invoices for Firm time incurred in January 2023 and February 2023 reflect these new rates, as permitted under the Retention Modification Order.

## IV.     WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.     The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Firm has included with this Application copies of the Firm's Invoices (the "Invoices") that set forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

11.     During the Application Period, the Committee and the Firm continued to pursue a mediated settlement and resolution in this Bankruptcy Case. From February 13, 2023 through February 14, 2023, the principal parties-in-interest in this case, including the Debtor, the

4

Committee, the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), the Debtor's insurers, and individual counsel to certain sizable creditor groups, all met in person at the offices of the Debtor's counsel for a two-day mediation session with Judge Gregg W. Zive, the court-appointed mediator in this case. This meeting represented the first time that representatives from all these constituencies gathered in person to address the challenges presented by this Bankruptcy Case. For several months beforehand, the Firm worked with the Committee and its other professionals to prepare for this in-person mediation session. Among other things, Firm attorneys coordinated site visits at Debtor properties, analyzed the Debtor's financial and property information and disclosures, and developed accountability standards and processes intended to protect children and vulnerable adults under the Debtor's care from future sexual abuse—standards and processes that the Committee expects to incorporate into any agreed, Chapter 11 plan with the Debtor. Following the February 2023 in-person meeting, the Committee and the Firm continued to work diligently on these matters in order to maintain the momentum in this Bankruptcy Case generated by this session.

12. Besides expending substantial time in connection with the February mediation, the Committee, together with the Firm and the Committee's other professionals, addressed many other crucial tasks during the Application Period. These matters included, for instance, the following:

- At the beginning of the Application Period, the Committee established a subcommittee to develop modernized sex-abuse prevention standards and processes for the Debtor to implement after confirmation. These standards represent the principal non-monetary component of the consideration the Committee expects the Debtor to provide under any agreed Chapter 11 plan. To begin crafting these standards, this subcommittee's members and Committee counsel met several times during the Application Period with key Debtor personnel. This subcommittee continues to lead negotiations with the Debtor over these non-monetary plan provisions.

- During the Application Period, the Committee and the Debtor reached an accommodation under which the Debtor would begin providing to the Committee, on a consensual basis, regular financial documentation relating to the Debtor's monthly operating reports. This exchange of information has provided the Committee and its professionals with additional visibility into the Debtor's finances and operations.

5

- The Committee, along with the Commercial Committee, continued to monitor the asset sale conducted by two (2) of the Debtor's affiliates, Notre Dame Health System (f/k/a Chateau de Notre Dame) ("NDHS") and St. Anthony's Gardens ("SAG"), in order to evaluate the sale's financial impact on the Debtor and its creditors. During the Application Period, NDHS and SAG finally closed this sale to CommCare Corporation ("CommCare"). Together, the Committees reserved rights in connection with this transaction while also requesting financial information about the sale from the Debtor, NDHS, and SAG. As of today's date, the Committees' information requests remain outstanding.

- In late 2022, the Debtor disclosed to the Committees that it wished to extend its existing lease of property located at 1000 North Starett Road, Metairie, Louisiana. Last year, the Debtor had asked the Court to approve leasing this property to Jefferson Community Action Programs ("JeffCAP") through June 2025. The Debtor reduced the proposed term to one year after the Committees objected, but it reserved its right to seek approval of a longer period. When the Debtor renewed its request to extend the lease through June 2025, the Committee again objected to, *inter alia,* the lengthy, proposed term. Ultimately, the Committees and the Debtor agreed to renew the lease for another one-year term (through June 2024) and reserved all parties' rights with respect to any further extensions.

- The Committee and the Commercial Committee together obtained extended tolling agreements from the affiliates of the Debtor known as the "Apostolates" as well as various other parties with respect to causes of action the Debtor's estate may have against these parties.

- On December 31, 2022, the Debtor closed its sale of certain immoveable-property assets located at 1000 Howard Avenue and 1025 Oretha Castle Haley Boulevard (the "Howard Avenue Main Site"). The Committee reviewed this transaction in detail when the Debtor first proposed it and continued to monitor it through the closing date.

- The Committee investigated the Debtor's financial condition, assets, and operations throughout the Application Period. These investigations were especially critical to helping the Committee and its professionals prepare for the February 2023 in-person mediation session.

- Finally, the Committee continued to try to obtain documents from the Apostolates during the Application Period. These document-collection efforts continue as of today's date.

## V.     PROJECT CATEGORIES

13.     The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in twelve (12) different project categories during the Application Period. The pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Meetings & Communications with Creditors (B150), (5) Fee/Employment Applications

6

(B160), (6) Fee/Employment Objections (B170), (7) Other Contested Matters (B190), (8) Non-Working Travel (B195), (9) Employee Benefits/Pensions (B220), (10) Real Estate (B250), (11) Claims Administration and Objections (B310), and (12) Plan and Disclosure Statement (B320).

14. The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. he following narrative summarizes these services.

## A. **Case Administration (Category Code B110)**

15. The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly meetings between counsel for the Debtor and the Committee.

16. The Firm expended <u>14.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$6,457.50</u>. Therefore, the Firm's blended hourly rate is <u>$457.98/hour</u>.[8]

## B. **Asset Analysis and Recovery (Category Code B120)**

17. The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. This category includes Committee efforts to obtain documents and information from the Debtor's affiliates, such as the Apostolates.

18. The Firm expended <u>83.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$46,595.00</u>. Therefore, the Firm's blended

---

[8] The blended rates as broken out by project categories do not reflect the substantial voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is <u>$534.83</u> per hour.

7

hourly rate is $560.04/hour.

**C.**     **Asset Disposition (Category Code B130)**

19.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. This category also includes the services the Firm provided in connection with the sale of substantially all the assets of the Debtor's affiliates, NDHS and SAG, as well as the lease to JeffCAP.

20.     The Firm expended 126.4 hours of professional time on services in this category. The Firm's professional fees in this category total $64,870.00. Therefore, the Firm's blended hourly rate is $513.21/hour.

**D.**     **Meetings & Communications with Creditors (Category Code B150)**

21.     The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. This category also includes the Firm's communications with individual creditors who are members of the Committee's constituency but not Committee members.

22.     The Firm expended 56.8 hours of professional time on services in this category. The Firm's professional fees in this category total $30,560.00. Therefore, the Firm's blended hourly rate is $538.03/hour.

**E.**     **Fee/Employment Applications (Category Code B160)**

23.     The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties. This category also included the Committee's request during the

8

Application Period to approve the Retention Modification Motion and amend the terms of the Firm's and its co-counsel's retention.

24.     The Firm expended <u>164.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$88,797.50</u>. Therefore, the Firm's blended hourly rate is <u>$539.80/hour</u>.

**F.     <u>Fee/Employment Objections (Category Code B170)</u>**

25.     The category of **Fee/Employment Objections** involves preparing and filing objections to employment and fee applications as well as analysis concerning potential conflicts of interest by certain Debtor professionals.

26.     The Firm expended <u>37.3</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$18,867.50</u>. Therefore, the Firm's blended hourly rate is <u>$505.83/hour</u>.

**G.     <u>Other Contested Matters (Category Code B190)</u>**

27.     The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories.

28.     The Firm expended <u>4.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$2,045.00</u>. Therefore, the Firm's blended hourly rate is <u>$486.90/hour</u>.

**H.     <u>Non-Working Travel (Category Code B195)</u>**

29.     The category of **Non-Working Travel** consists of travel time of attorneys and other professionals in which no other work is performed for the Committee. During the Application Period, one of the attorneys from the Firm's Austin, Texas office traveled to New Orleans for the in-person mediation in February 2023. All time in this category is charged and reimbursed at half

the ordinary hourly rate as required under the U.S. Trustee fee guidelines.

30.     The Firm expended 2 hours of professional time on services in this category. The Firm's professional fees in this category total $600.00. Therefore, the Firm's blended hourly rate is $300.00/hour.

**I.     Employee Benefits/Pensions (Category Code B220)**

31.     The category of **Employee Benefits/Pensions** consists of employment, benefits, and employee-related matters.

32.     The Firm expended 14.5 hours of professional time on services in this category. The Firm's fees in this category total $6,332.50. Therefore, the Firm's blended hourly rate is $436.72/hour.

**J.     Real Estate (Category Code B250)**

33.     The category of **Real Estate** covers real estate-related matters.

34.     The Firm expended 2.9 hours of professional time on services in this category. The Firm's professional fees in this category total $1,477.50. Therefore, the Firm's blended hourly rate is $509.48/hour.

**K.     Claims Administration & Objections (Category Code B310)**

35.     The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor.

36.     The Firm expended 37.2 hours of professional time on services in this category. The Firm's professional fees in this category total $18,882.50. Therefore, the Firm's blended hourly rate is $507.59/hour.

10

**L.**     **Plan and Disclosure Statement (Category Code B320)**

37.     The category of **Plan and Disclosure Statement** encompasses matters related to the formulation and presentation of a Chapter 11 plan and disclosure statement. This category includes, among other things, all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor as well as any document discovery necessary to prepare the Committee and its members for mediation and/or plan confirmation. In particular, this category includes all time Firm professionals spent preparing for and attending the in-person mediation in February 2023 and any Firm involvement in the negotiations with the Debtor and its counsel over possible, non-monetary consideration that could be included in any agreed Chapter 11 plan.

38.     The Firm expended <u>479.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$267,317.50</u>. Therefore, the Firm's blended hourly rate is <u>$557.49/hour</u>.

**VI.     REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

39.     Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has made no request for general overhead expenses.

40.     The Firm's expenses in the Application Period were necessary and reasonable. For instance, copying and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case—a significant expense given the large number of parties on the Debtor's service list and the multiple pleadings and other filings made in the case. Nevertheless, the Firm always strives to minimize such expenses. In particular, online and PACER research was utilized only when an attorney believed that the benefits of computerized

11

research outweighed its costs and that using traditional research methods would cost more.

41.  The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| PACER Online Research | $2.70 |
| Reveal - Hosting Data at $5.00/GB/mth | $154.00 |
| Messenger Service 0107766.00001, LEGAL SUPPORT SERVICES OF LOUISIANA LLC, Deliver Under Seal filing to Eastern District Bankruptcy Court. | $46.00 |
| Services Rendered 50581, Alliance Overnight Document Service LLC, Printing and Mailing of Dkt# 1893, 1894 and 1895 | $133.70 |
| PACER Online Research | $37.30 |
| Westlaw Research | $893.84 |
| Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| Messenger Service 50727, Alliance Overnight Document Service LLC, Print and postage of Docket # 1935 | $565.04 |
| Messenger Service 50728, Alliance Overnight Document Service LLC, Print and postage for docket# 1936, 1937, 1938 | $394.67 |
| Messenger Service 50464, Alliance Overnight Document Service LLC, Printing and postage for docket # 1853, 1853-1 | $107.69 |
| Postage | $0.57 |
| Outside Printing | $812.75 |
| Reveal - Hosting Data at $5.00/GB/mth | $154.00 |
| PACER Online Research | $12.70 |
| Outside Printing | $756.42 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant 35.00 William Steven 0844412891 | $35.00 |

12

| Expense Category | Amount |
|---|---|
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 7863200630 | $287.80 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | $23.97 |
| Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | $34.07 |
| Deposition Transcripts 23-32-2, Janice Russell, Copy of transcript of hearing held on 2/7/23 | $81.00 |
| **Total Out-of-Pocket Expenses** | **$4,610.22** |

42.     The Firm requests that the Court grant it reimbursement for $4,610.22 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VII.     VOLUNTARY REDUCTIONS

43.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of $5,700.00 (11 billable hours) for work performed but not charged to the Committee during the Application Period, with such entries being marked as "No Charge."

## VIII.     STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

44.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at the Firm's ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any

13

services rendered, or reimburse it for expenses incurred, in connection with these Bankruptcy Cases except as this Court may approve.

45.     As of today's date, the Firm has received payments totaling $3,224,456.75 in connection with the first through the seventh interim fee applications of the Firm approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, and December 27, 2022. The Firm has also received a total of $178,991.94 in interim, monthly payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1765597 | 12/15/2022 | $100,378.90 | 1/27/2023 | ($80,370.40) | $20,008.50 |
| 1771891 | 1/26/2023 | $122,758.04 | 3/15/2023 | ($98,621.54) | $24,136.50 |
| 1782640 | 2/28/2023 | $174,457.32 | -- | -- | $174,457.32 |
| 1781618 | 3/17/2023 | $159,818.46 | -- | -- | $159,818.46 |
|  | **TOTALS =** | $557,412.72 |  | ($178,991.94) | **$378,420.78** |

The Firm seeks approval and payment of these Invoices in full under this Application.

46.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

47.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

48.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

49.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the

15

bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[9] Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## **The Time and Labor Required**

50.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 1033.60[10] hours during the Application Period for a total fee of $552,802.50. Including the eleven (11) hours worked but not charged, the Firm's blended hourly rate is **$534.83/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

## **The Novelty and Difficulty of the Questions Presented**

51.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing all these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to address these questions. This factor therefore favors granting the Firm its requested award.

---

[9] The factors enunciated in *Johnson* have been adopted by four other courts of appeals.  *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[10] This includes the 11 hours worked but not charged.

16

**The Skill Required to Perform the Services**

52.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

**Preclusion of Other Employment Due to Acceptance of the Case**

53.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these other cases, the Firm also charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

**The Customary Fee**

54.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least

comparable to other similar-situated firms. These rates also reflect voluntary reductions of $5,700.00.

55.  In light of these circumstances, the blended hourly rate on this matter of **$534.83/hour** is reasonable and reflects either market rates or below-market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

56.  The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

57.  The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

58.  The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

**The Experience, Reputation, and Ability of the Attorneys**

59.  The Firm's attorneys have significant experience in bankruptcy and other areas of

18

the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

**The "Undesirability" of the Bankruptcy Cases**

60.     Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged are far below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

61.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

**Awards in Similar Cases**

62.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

63.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.      CONCLUSION

64.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. The Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the

Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

65.     The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to _**$557,412.72**_. The requested award (the "Award") consists of $552,802.50 in fees and $4,610.22 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: March 28, 2023               Respectfully submitted,

_/s/ W. Steven Bryant_
W. Steven Bryant (_admitted pro hac vice_)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
_Co-Counsel to the Official Committee of Unsecured Creditors_

20

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 28, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 28, 2023.

*/s/ W. Steven Bryant*
W. Steven Bryant

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | Objection Deadline: January 11, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2022 through November 30, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

**EXHIBIT 1-1**

4.     A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $2,946,816.52.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2022 to November 30, 2022 | |
|---|---|
| Fees (at standard rates): | $179,094.00 |
| (Reduction due to reduced rates) | ($78,351.50) |
| (Further voluntary reductions) | ($700.00) |
| Fees (After all reductions): | $100,042.50 |
| Disbursements | $336.40 |
| **Total** | **$100,378.90** |

9.     During the Statement Period, Locke Lord expended 0.0 hours and $0.00 in fees, as well as $0.00 in expenses, on matters related to the alleged protective order violations.

## VOLUNTARY REDUCTIONS

10.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $700.00 and 1.40 billable hours not charged for November 2022. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

11.    In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 11, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$80,370.40**. This figure consists of (a) $80,034.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $100,042.50 for the Statement Period, and (b) $336.40 in expenses disbursed, which represents one hundred

percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: December 28, 2022.                Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 2.10 | $1,050.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 3.60 | $1,590.00 |
| B130 | ASSET DISPOSITION | 89.10 | $43,777.50 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 19.10 | $9,145.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 27.80 | $13,705.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 1.10 | $550.00 |
| B190 | OTHER CONTESTED MATTERS | 1.80 | $900.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 9.80 | $4,270.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 51.70 | $25,055.00 |
|  | **TOTAL FEES SOUGHT =** | **206.10** | **$100,042.50** |

**EXHIBIT B**

America:0107766/00001: 131169302v.1

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 67.90 | $500.00 | $33,950.00 |
| BCK | Knapp, Brad C. | Partner | 40.10 | $425.00 | $17,042.50 |
| WSB | Bryant, W. Steven | Partner | 87.80 | $500.00 | $43,900.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.30 | $500.00 | $150.00 |
| PCL | Lambert, Peyton C. | Partner | 10.00 | $500.00 | $5,000.00 |
| | | | | | |
| | **TOTALS =** | | **206.10** | | **$100,042.50** |

# EXHIBIT C

America:0107766/00001: 131169302v.1

## EXPENSE SUMMARY
## DURING COMPENSATION PERIOD
## <u>NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022</u>

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | PACER Online Research | 2.70 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| 11/04/22 | Messenger Service 0107766.00001, LEGAL SUPPORT SERVICES OF LOUISIANA LLC, Deliver Under Seal filing to Eastern District Bankruptcy Court. | 46.00 |
| 11/07/22 | Services Rendered 50581, Alliance Overnight Document Service LLC, Printing and Mailing of Dkt# 1893, 1894 and 1895 | 133.70 |
| | **TOTAL EXPENSES** | **$336.40** |

## EXHIBIT D

America:0107766/00001: 131169302v.1

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 15, 2022
Invoice No.: 1765597

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2022 — <u>$100,378.90</u>

| File Number: | 0107766.00001 |
| Re: | Bankruptcy of the Archdiocese of New Orleans |

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/13/22 | Work on correspondence to debtor (0.5). | OFK | 0.50 | 250.00 |
| 11/01/22 | Prepare for and participate in weekly call with Debtor (0.4). | OFK | 0.40 | 200.00 |
| 11/02/22 | Receipt and review of multiple case pleadings (0.4) | OFK | 0.40 | 200.00 |
| 11/23/22 | Receipt and review of numerous motion/pleading filings in the case (0.7) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 11/29/22 | Attend the weekly telephone conference with the Debtor's counsel and address various outstanding matters. | WSB | 0.80 | 400.00 |
| | | | **2.10** | **$1,050.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/22 | Follow-up discussions with B. Knapp on multiple issues including doc production. | OFK | 0.30 | 150.00 |
| 11/01/22 | Conference with M. Mintz regarding pending sale processes. | BCK | 0.40 | 170.00 |
| 11/02/22 | Correspondence with counsel for Commercial Committee regarding Apostolate Rule 2004 productions. | BCK | 0.20 | 85.00 |
| 11/03/22 | Review additional document requests related to non-debtor affiliate sale process (0.3); review proposed order for Howard Avenue sale (0.2). | BCK | 0.50 | 212.50 |
| 11/03/22 | Analysis of next steps for adversary proceeding and potential litigation demand. | BCK | 1.00 | 425.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans ◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/22 | Analysis of latest information for non-debtor affiliate asset sale. | BCK | 0.70 | 297.50 |
| 11/21/22 | Multiple correspondence on NDHS transaction status and due diligence (0.5) | OFK | 0.50 | 250.00 |
| | | | **3.60** | **$1,590.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/22 | Analysis of additional information provided and further information needs for non-debtor affiliate sales. | BCK | 1.30 | 552.50 |
| 11/01/22 | Review of Howard Ave sale motion / exhibits (0.4). | OFK | 0.40 | 200.00 |
| 11/01/22 | Receipt and review of multiple correspondence on NDHS / SAG transaction due diligence. | OFK | 0.60 | 300.00 |
| 11/01/22 | Prepare for and participate in NDHS/SAG transaction due diligence meeting with BRG to review due diligence meeting with BRG to review D. Draper response. | OFK | 1.40 | 700.00 |
| 11/01/22 | Draft, edit, and revise the proposed Motion to Expedite the Rule 2004 motion related to the NDHS/SAG sale (2.4); review and analyze the two motions related to the Howard Avenue property (1.0); attend conference call with BRG and the bankruptcy counsel team to address the Apostolates' response to the Committees' questions about the NDHS/SAG sale (1.5); correspond via email with Rick Kuebel about various issues posed by the NDHS/SAG sale (0.2); further edit and revise the proposed Rule 2004 motion (0.8). | WSB | 5.90 | 2,950.00 |
| 11/02/22 | Review draft proposed Rule 2004 motion related to non-debtor affiliate sales. | BCK | 0.40 | 170.00 |
| 11/02/22 | Receipt and review of draft discovery pleadings on NDHS/SAG due diligence and discuss with S. Bryant (0.5) Multiple emails on NDHS/SAG transaction due diligence /questions to D. Draper (1.5) Follow-up work on NDHS due diligence (0.7) | OFK | 2.70 | 1,350.00 |
| 11/02/22 | Review and analyze the further questions and issues raised by BRG in response to the Apostolates' most recent communication (1.0); edit and revise the proposed Motion to Expedite the Rule 2004 Motion (0.8); edit and revise the proposed Rule 2004 Motion (0.4); correspond via email with the bankruptcy counsel team about the motions and the NDHS/SAG sale generally (0.2). | WSB | 2.40 | 1,200.00 |
| 11/03/22 | Correspond regarding Howard Ave order/ sale hearing (0.4) | OFK | 0.40 | 200.00 |
| 11/03/22 | Read, revise, comment and expand draft due diligence request letter on NDHS /SAG transaction (2.0) | OFK | 2.00 | 1,000.00 |
| 11/03/22 | Prepare and revise supplemental questions for the Apostolates in connection with the NDHS/SAG sale (1.0); review and analyze the Whitney Bank proof of claim to evaluate the NDO guaranties of the SAG debt (0.5); analyze issues posed by the NDHS/SAG sale with Rick Kuebel (0.3); finalize the supplemental questions and correspond via email with the bankruptcy counsel team and BRG (1.2); forward the finalized list of questions with further analysis to the Commercial Committee for their review (0.4). | WSB | 3.40 | 1,700.00 |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/04/22 | Edit and finalize the proposed Rule 2004 Motion and proposed Motion to Expedite (0.7); forward the motions to the Commercial Committee in connection with a proposed strategy for addressing the outstanding issues with the Debtor and NDHS/SAG (0.5); conduct legal research on various legal issues presented by the proposed NDHS/SAG sale (1.9). | WSB | 3.10 | 1,550.00 |
| 11/04/22 | Correspondence on NDHS/SAG due diligence with Commercial Committee and BRG team. (1.3) Correspond on NDHS obligations/debt to ANO (0.8) | OFK | 2.10 | 1,050.00 |
| 11/07/22 | Work on NDHS / SAG transaction due diligence including correspondence with Mr. Draper, Commercial Committee counsel and financial advisors (1.5) Prepare for and participate in call with Commercial Committee on NDHS/SAG transaction due diligence (1.2.) | OFK | 2.70 | 1,350.00 |
| 11/07/22 | Review additional issues related to the NDHS/SAG sale with Brad Knapp following today's conference call with the Commercial Committee (0.2); correspond via email with Doug Stewart and Brooke Altazan regarding additional issues (0.5); further correspond via email with Mr. Knapp about this matter (0.1). | WSB | 0.80 | 400.00 |
| 11/07/22 | Review diligence correspondence regarding non-debtor affiliate sale (0.3); conference with commercial committee regarding non-debtor affiliate sale process (1.0); analysis of Howard Avenue and excess property sale materials (1.2); conference with Committee appraiser regarding Howard Avenue issues (0.3); begin preparing recommendation to Committee regarding sale (0.2). | BCK | 3.00 | 1,275.00 |
| 11/08/22 | Continued analysis of Howard Avenue sale issues. | BCK | 0.60 | 255.00 |
| 11/08/22 | Correspond via email with the bankruptcy counsel team and the Commercial Committee in advance of today's telephone conference (0.2); extended Zoom meeting with the Commercial Committee advisors to address the status of the NDHS/SAG sale and related matters (1.2); extended Zoom meeting with the Committee's bankruptcy counsel team to address outstanding issues related to the NDHS/SAG sale (1.6); further research and analyze various legal issues posed by the sale (1.3). | WSB | 4.30 | 2,150.00 |
| 11/08/22 | Prepare for and participate in call with both Committees and their financial advisors concerning the NDHS/SAG transaction due diligence and additional information request (1.2) Multiple emails on comments to draft information request letter (supplemental) (0.7) | OFK | 1.90 | 950.00 |
| 11/09/22 | Review draft information requests to D. Draper regarding non-debtor affiliate sale. | BCK | 0.40 | 170.00 |
| 11/09/22 | Multiple correspondence on NDHS / SAG transaction due diligence (0.5) Call with S. Bryant to review and revise transaction due diligence letter (0.5) Receipt and review of emails from Commercial Committee with reports on calls with D. Draper regarding NDHS (0.3) Receipt and review of BRG correspondence regarding the same (0.4) | OFK | 1.70 | 850.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 15, 2022
Invoice No.: 1765597
Page: 4

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/09/22 | Draft, edit, and revise the Committees' position statement to NDHS, SAG, and the Debtor regarding the NDHS/SAG sale (1.3); multiple email correspondences with the bankruptcy counsel team regarding revisions to this letter (0.4); finalize the letter and forward it to Brooke Altazan (1.5); telephone conference with the Debtor and its real estate appraiser to address the modified sale of the Howard Avenue building and the sale of the associated parking lot (0.5); edit and revise an email communication to the Committee about the Howard Avenue sales (0.2); conduct further legal research in connection with the NDHS/SAG sale (0.8). | WSB | 4.70 | 2,350.00 |
| 11/09/22 | Continue reviewing background documentation regarding Howard Avenue sale process (1.2); conference with McEnery and M. Mintz regarding Howard Avenue sale (0.4); draft committee recommendation regarding Howard Avenue (0.5). | BCK | 2.10 | 892.50 |
| 11/10/22 | Revise information request related to non-debtor affiliate sale. | BCK | 0.50 | 212.50 |
| 11/10/22 | Review and revise the proposed letter to the Debtor, NDHS, and SAG (0.8); correspond via email with Brad Knapp concerning the proposed letter and the necessary revisions (0.2); correspond via email with counsel to the Commercial Committee about this matter (0.2); conduct legal research and analysis on issues presented by the NDHS/SAG sale (3.0). | WSB | 4.20 | 2,100.00 |
| 11/10/22 | Work on comments to letter on NDHS/SAG transaction due diligence (0.8) multiple correspondence with Commercial Committee and financial advisors regarding the same (0.7) | OFK | 1.50 | 750.00 |
| 11/11/22 | Analysis of non-debtor affiliate sale asset purchase agreement and sale strategy. | BCK | 1.30 | 552.50 |
| 11/11/22 | Review and analyze the proposed Asset Purchase Agreement as to the first stage of the NDHS sale (3.3); review critical issues raised by the draft APA with Brad Knapp (0.3); correspond via email with the BRG and bankruptcy-counsel team about these issues (0.5); further identify with Jim Stang various issues raised by the APA (0.3); further review and analyze the APA (0.5). | WSB | 4.90 | 2,450.00 |
| 11/13/22 | Review and analyze various issues posed by the draft APA with Jim Stang and the BRG team (1.0); edit and revise list of questions and issues raised by the APA for use at tomorrow's telephone conference with the Commercial Committee (2.0); forward the question list to the BRG team and bankruptcy-counsel group for their review and comment along with certain additional analysis (0.3). | WSB | 3.30 | 1,650.00 |
| 11/14/22 | Prepare for today's conference call with the Commercial Committee about the NDHS/SAG sale (0.3); attend today's conference call with the Commercial Committee about the NDHS/SAG sale (1.1); draft, edit, and revise a further joint letter regarding the Committees' position on the NDHS/SAG sale (2.4); correspond via email with this Committee's bankruptcy counsel team concerning this letter (0.3); further edit and revise the letter (0.5); forward the letter to the Commercial Committee for their review and comment (0.2); further correspond via email with the Commercial Committee about the letter (0.1). | WSB | 4.90 | 2,450.00 |
| 11/14/22 | Multiple correspondence on NDHS/SAG transaction due diligence (0.7) | OFK | 0.70 | 350.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 15, 2022
Invoice No.: 1765597
Page: 5

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/22 | Prepare for today's meeting with the NDHS Chief Restructuring Officer (0.5); attend today's meeting with the Debtor, the two Committees, and the Chief Restructuring Officer of NDHS, Ed LeBreton (1.0); subsequent meeting with the Committee's bankruptcy counsel team and BRG to address the outstanding issues raised in today's meeting (0.7); edit and revise question list for follow-up meeting (0.5); telephone conference with Brooke Altazan about today's meeting and the Committees' respective positions (0.5); prepare for a subsequent follow-up meeting (0.3); attend today's follow-up meeting with Mr. LeBreton (0.7); multiple email correspondences with BRG and the bankruptcy counsel team on these matters (0.3); telephone conference with Jim Stang about these issues (0.3); edit and revise the Committees' position letter regarding the meetings (1.5); forward the revised position letter to Ms. Altazan for her review and comment (0.2). | WSB | 6.50 | 3,250.00 |
| 11/15/22 | Multiple correspondence / discussion with BRG team and Commercial Committee on NDHS/SAG due diligence (1.0) | OFK | 1.00 | 500.00 |
| 11/16/22 | Continued analysis of non-debtor affiliate sale issues. | BCK | 0.70 | 297.50 |
| 11/16/22 | Further edit and revise the proposed Committees' reservation of rights letter (1.0); multiple email correspondences with the UCC bankruptcy counsel team about this letter and the final version (0.4); correspond via email with Brooke Altazan concerning the revised letter and the UCC's approval (0.3); further correspond via email with the UCC bankruptcy counsel team about these matters (0.3). | WSB | 2.00 | 1,000.00 |
| 11/16/22 | Receipt and review of multiple correspondence on draft letter from combined committee on SAG/NDHS due diligence (0.8) Discuss review draft letter with S. Bryant (0.4) | OFK | 1.20 | 600.00 |
| 11/17/22 | Multiple emails on NDHS/SAG transaction status / due diligence (0.6) | OFK | 0.60 | 300.00 |
| 11/18/22 | Analyze with Brad Knapp various follow-up issues in connection with the NDHS/SAG sale. | WSB | 0.60 | 300.00 |
| 11/18/22 | Multiple emails on NDHS / SAG sale transaction due diligence (0.8) | OFK | 0.80 | 400.00 |
| 11/23/22 | Receipt and review of multiple correspondence on status of NDHS closing documents and due diligence (0.4) | OFK | 0.40 | 200.00 |
| 11/28/22 | Correspond via email with the Commercial Committee concerning the outstanding document requests regarding the NDHS/SAG sale (0.3); correspond via email with the UCC's bankruptcy counsel team about the status of these requests (0.4). | WSB | 0.70 | 350.00 |
| 11/28/22 | Receipt and review of multiple emails regarding NDHS closing documents and continued due diligence. | OFK | 0.60 | 300.00 |
| 11/29/22 | Correspond via email with counsel for the Debtor and NDHS/SAG regarding the status of the second stage of the sale transaction (0.3); leave telephone message for Brooke Altazan concerning a potential meeting to address further informational requests (0.3); correspond via email with Ms. Altazan about this meeting (0.2); correspond via email with the BRG team and UCC bankruptcy counsel about this matter (0.5); draft email to the Debtor and NDHS/SAG about the proposed meeting (0.4); review and analyze the closing binder for the home-health/hospice stage of the NDHS sale (0.5). | WSB | 2.20 | 1,100.00 |
| 11/30/22 | Correspond regarding NDHS/SAG due diligence (0.7) | OFK | 0.70 | 350.00 |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/30/22 | Multiple email correspondences with the Debtor's counsel regarding the next stages of the NDHS and SAG sales and the timing of a telephone conference to address outstanding issues (0.5); review and analyze the closing documents for the home-health/hospice stage of the NDHS sale (1.0). | WSB | 1.50 | 750.00 |
| | | | **89.10** | **$43,777.50** |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/22 | Participate in today's Committee meeting and address various outstanding topics, including the recently filed motions to sell the Howard Avenue properties. | WSB | 1.10 | 550.00 |
| 11/01/22 | Prepare for and present to UCC at UCC member meeting. | OFK | 1.10 | 550.00 |
| 11/01/22 | Attend Committee meeting regarding mediation updates and pending motions (1.1); conference with counsel for committee chair regarding mediation status (0.4). | BCK | 1.50 | 637.50 |
| 11/03/22 | Draft, revise and send response email to email directed to Committee counsel by a victim/creditor (0.5) | OFK | 0.50 | 250.00 |
| 11/04/22 | Call with victim/claimant regarding case update (0.8). | OFK | 0.80 | 400.00 |
| 11/07/22 | Correspondence with claimant regarding case status. | BCK | 0.20 | 85.00 |
| 11/08/22 | Correspondence with Committee regarding pending matters in bankruptcy case. | BCK | 0.20 | 85.00 |
| 11/14/22 | Draft agenda for Committee meeting (0.1); correspondence with Committee regarding upcoming hearings and mediation (0.1). | BCK | 0.20 | 85.00 |
| 11/14/22 | Call with state-court counsel on document production and claim value issues (0.8) | OFK | 0.80 | 400.00 |
| 11/15/22 | Attend today's meeting of the Creditors' Committee and address various outstanding matters, such as the NDHS/SAG sale. | WSB | 1.50 | 750.00 |
| 11/15/22 | Attend Committee meeting regarding next steps in plan mediation process. | BCK | 1.50 | 637.50 |
| 11/15/22 | Prepare for and provide reports to UCC at UCC member meeting (1.2) Call with state court counsel on claim status (0.5) | OFK | 1.70 | 850.00 |
| 11/18/22 | Identify issues and topics to include in next Committee meeting. | BCK | 0.40 | 170.00 |
| 11/21/22 | Correspond via email with state-court counsel for creditor constituents (Roger Stetter) and follow up via telephone (0.3); forward email correspondence from this counsel to Jim Stang (0.1); call with state court counsel on plan /value of claim question (0.7) | OFK | 1.10 | 550.00 |
| 11/21/22 | Correspondence with Committee regarding upcoming meetings (0.1); prepare meeting agenda (0.1). | BCK | 0.20 | 85.00 |
| 11/28/22 | Edit and revise Agenda for tomorrow's Committee meeting (0.3); address with Brad Knapp the status of various matters in advance of tomorrow's hearing (0.3); send email to the Committee concerning the rescheduling of the standing Committee meeting (0.2) | WSB | 0.80 | 400.00 |
| 11/28/22 | Correspondence with Committee regarding upcoming action items. | BCK | 0.20 | 85.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/28/22 | Extensive email correspondence with UCC members on the case status and the child-protection meeting, including scheduling of that meeting (1.2) | OFK | 1.20 | 600.00 |
| 11/28/22 | Work on UCC meeting agenda and correspond regarding the same (0.3) | OFK | 0.30 | 150.00 |
| 11/29/22 | Telephone conference with Jim Stang and Brad Knapp to address various outstanding matters in advance of today's weekly Committee call (0.5); attend today's weekly Committee call (1.0). | WSB | 1.50 | 750.00 |
| 11/29/22 | Prepare for today's UCC member meeting (0.3); attend and present report to UCC at UCC meeting (1.0) | OFK | 1.30 | 650.00 |
| 11/29/22 | Attend Committee meeting regarding mediation status and upcoming hearings. | BCK | 1.00 | 425.00 |
| | | | **19.10** | **$9,145.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/03/22 | Begin preparing Seventh Interim Fee Application of Locke Lord. | WSB | 0.60 | 300.00 |
| 11/04/22 | Continue preparing the Seventh Interim Fee Application of Locke Lord LLP (1.8); correspond via email with Yamille Harrison about this Application (0.2). | WSB | 2.00 | 1,000.00 |
| 11/07/22 | Draft, edit, and revise the Seventh Interim Fee Application of Locke Lord (1.0); draft the October monthly fee statement of Locke Lord (2.3); further edit and revise the Seventh Interim Fee Application (0.5). | WSB | 3.80 | 1,900.00 |
| 11/08/22 | Further edit and revise the Seventh Interim Fee Application of Locke Lord (1.7); continue drafting the interim fee application for Zobrio, Inc. (0.3). | WSB | 2.00 | 1,000.00 |
| 11/10/22 | Draft the October monthly fee statement for Locke Lord (0.9); draft the monthly fee statement for Zobrio (0.3); correspond via email with Ryan Thessing at Zobrio about this matter (0.1); draft the monthly fee statement of Stegall Benton (0.3); correspond via email with Bush Benton about this statement (0.1). | WSB | 1.70 | 850.00 |
| 11/11/22 | Further edit and revise the Seventh Interim Fee Application of Locke Lord (0.9); edit and revise the Interim Fee Application of Stegall Benton (0.4); edit and revise the Seventh Interim Application of Locke Lord (0.4). | WSB | 1.70 | 850.00 |
| 11/15/22 | Review key issues related to the various fee applications with Yamille Harrison (0.3); further revise the Seventh Interim Fee Application (0.3). | WSB | 0.60 | 300.00 |
| 11/15/22 | Revise materials for Claro disclosure related to retention. | BCK | 0.40 | 170.00 |
| 11/16/22 | Review Claro / Stout conflicts check and retention materials. | BCK | 0.30 | 127.50 |
| 11/16/22 | Draft, edit, and revise the Stegall Benton fee application (0.5); draft, edit, and revise the Zobrio fee application (0.5). | WSB | 1.00 | 500.00 |
| 11/17/22 | Continue review of Claro / Stout retention materials. | BCK | 0.40 | 170.00 |
| 11/18/22 | Edit and revise the Seventh Interim Fee Application of Locke Lord. | WSB | 0.60 | 300.00 |
| 11/18/22 | Analysis of rate issues under current Locke Lord retention. | BCK | 0.30 | 127.50 |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B160 Fee/Employment Applications** | | | |
| 11/21/22 | Draft, edit, and revise the October monthly fee statement of Locke Lord (2.5); edit and revise the Seventh Interim Fee Application (3.0); correspond via email with Yamille Harrison concerning the Locke Lord application (0.3); finalize the Locke Lord Seventh Interim Fee Application (0.6). | WSB | 6.40 | 3,200.00 |
| 11/22/22 | Draft, edit, and finalize the Stegall Benton fee application (0.8); draft, edit, and finalize the Zobrio, Inc. application (1.0); finalize all the monthly fee statements for Stegall Benton, Zobrio, and Locke Lord (2.5); arrange for the filing and service of all the fee applications (0.3); forward the monthly fee statements to the notice parties (0.2). | WSB | 4.80 | 2,400.00 |
| 11/22/22 | Revise Locke Lord fee application (0.6); revise BRG fee application (0.4); analysis of additional fee application filing issues (0.2). | BCK | 1.20 | 510.00 |
| | | | **27.80** | **$13,705.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B170 Fee/Employment Objections** | | | |
| 11/30/22 | Review and analyze the Jones Walker fee application (0.7); conduct legal research on conflicts issues presented by JW's representation of the Debtor and various non-debtor subsidiaries (0.4) | WSB | 1.10 | 550.00 |
| | | | **1.10** | **$550.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B190 Other Contested Matters** | | | |
| 10/12/22 | Telephone conference regarding sanctions. | PGE | 0.30 | 150.00 |
| 11/02/22 | Multiple correspondence on the Motion to Compel and Debtor privilege log with Andrew Caine and Allison Kingsmill. (0.4) | OFK | 0.40 | 200.00 |
| 11/14/22 | Prepare for and participate in call with Andy Caine on issues related to the Debtor's document production and the Committee's Motion to Compel (0.5) | OFK | 0.50 | 250.00 |
| 11/18/22 | Receipt and review of court pleadings and review service copies of case filings (0.7) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 11/29/22 | Receipt and review of briefing on Lousten appeal (0.6) | OFK | 0.60 | 300.00 |
| | | | **1.80** | **$900.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B220 Employee Benefits/Pensions** | | | |
| 11/02/22 | Review pretrial memorandum filed by Father William O'Donnell for motion to reconsider (0.4); analysis of hearing strategy (0.4). | BCK | 0.80 | 340.00 |
| 11/03/22 | Review authorities in preparation for O'Donnell reconsideration hearing (1.2); analysis of exhibits for hearing (0.6); prepare argument outline for hearing (0.5). | BCK | 2.30 | 977.50 |
| 11/04/22 | Correspond regarding Father William O'Donnell's Motion to Reconsider (0.5) Correspond regarding court ruling (0.4) | OFK | 0.90 | 450.00 |
| 11/04/22 | Continue preparing for O'Donnell reconsideration hearing (1.2); attend O'Donnell reconsideration hearing (1.8); analysis of next steps for O'Donnell motion (0.5); conference with counsel for O'Donnell regarding potential resolution (0.3). | BCK | 3.80 | 1,615.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 15, 2022
Invoice No.: 1765597
Page: 9

| | B220 Employee Benefits/Pensions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/22 | Analysis of next steps for Father O'Donnell motion. | BCK | 0.80 | 340.00 |
| 11/22/22 | Correspondence with counsel for William O'Donnell regarding motion and hearing (0.1); conference with counsel for O'Donnell regarding upcoming hearing (0.3). | BCK | 0.40 | 170.00 |
| 11/30/22 | Work on O'Donnell hearing preparation including witness list review and points for oral argument. (0.5) | OFK | 0.50 | 250.00 |
| 11/30/22 | Review additional exhibit for O'Donnell matter (0.2); analysis of hearing strategy (0.1). | BCK | 0.30 | 127.50 |
| | | | **9.80** | **$4,270.00** |

| | B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/22 | Work on document review/claims valuation information (1.4) Multiple follow-up correspond on mediation offer response/plan issues (0.8) | OFK | 2.20 | 1,100.00 |
| 11/03/22 | Prepare for and participate in team call on plan / mediation strategy (0.8) Work on document/claim value issues (0.7) | OFK | 1.50 | 750.00 |
| 11/07/22 | Work on mediator/plan mediation response /reply with Mr. Stang (0.8) Continued work on claim value issues and discuss with state court counsel (1.0) | OFK | 1.80 | 900.00 |
| 11/07/22 | Analysis of document production and additional document review to evaluate items needed for plan mediation process. | BCK | 0.60 | 255.00 |
| 11/08/22 | Analysis of mediation offer response strategy and next steps to advance plan mediation. | BCK | 1.20 | 510.00 |
| 11/08/22 | Prepare for and participate in professional call on plan and plan-mediation issues (1.2) Correspond on child-protection plan issues (0.5) | OFK | 1.70 | 850.00 |
| 11/10/22 | Prepare for and participate in call with state court counsel on plan mediation issues (1.5) Correspond regarding child protection provisions of plan and related discussions. (0.5) | OFK | 2.00 | 1,000.00 |
| 11/11/22 | Edit and revise proposed email to Judge Zive regarding various mediation issues. | WSB | 0.40 | 200.00 |
| 11/14/22 | Prepare for and participate on call regarding plan mediation /mediation response (1.2) Continued work on claim estimation / valuation strategies/issues (1.0) | OFK | 2.20 | 1,100.00 |
| 11/14/22 | Continued analysis of missing document issues for plan process. | BCK | 1.10 | 467.50 |
| 11/14/22 | Analysis of feedback from Judge Zive and next steps for mediation. | BCK | 0.30 | 127.50 |
| 11/15/22 | Correspond regarding draft reply to mediator and discuss with Jim Stang (0.5) Continued work on claim value/estimation issues (1.2) | OFK | 1.70 | 850.00 |
| 11/15/22 | Continue reviewing documents related to non-monetary plan provision mediation. | BCK | 0.50 | 212.50 |
| 11/16/22 | Conduct legal research concerning the Statute of Limitations and Prescriptive Issues, including how those issues impact claims brought by both adults and children and the implications of contra non valentum. | PCL | 4.80 | 2,400.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/16/22 | Correspond regarding draft reply to mediator with Mr. Stang (0.2); edit and correspond regarding the same (0.5); correspond regarding non-monetary /child protection issues (0.5) | OFK | 1.20 | 600.00 |
| 11/17/22 | Continued work and correspondence with various parties on non-monetary plan provisions for child protection. | OFK | 1.80 | 900.00 |
| 11/17/22 | Continued to conduct legal research related to Statute of Limitations and Prescriptive Issues (2.0); draft memorandum related to these matters and their impact on potential claims (3.2). | PCL | 5.20 | 2,600.00 |
| 11/18/22 | Multiple emails on non-monetary child protection plan provisions. | OFK | 0.60 | 300.00 |
| 11/21/22 | Receipt and review of plan mediation correspondence and discussions with Judge Zive and Mr. Stang. (1.4) | OFK | 1.40 | 700.00 |
| 11/22/22 | Correspond with Ms. Futrell and Ms. Schubert regarding child-protection plan provisions (0.5) | OFK | 0.50 | 250.00 |
| 11/22/22 | Continued work on child protection plan provision and plan confirmation questions including calls with A. Andrews and Mr. Stang (3.8) | OFK | 3.80 | 1,900.00 |
| 11/23/22 | Multiple correspondence on child protection issues (0.6) multiple correspondence regarding mediation ask/responses and communication with Judge Zive (0.5) | OFK | 1.10 | 550.00 |
| 11/28/22 | Analysis of policies and procedures in preparation for meeting regarding ANO practices and safe environment issues for plan mediation process. | BCK | 1.90 | 807.50 |
| 11/28/22 | Receipt and review of Lisa Futrell email on child protection mediation meeting and reply to this email (0.4) follow-up emails with Mintz/ B. Knapp regarding the same (0.2) follow-up emails with ANO and UCC members regarding child protection meeting (0.4) Continued work on child protection plan provisions (1.3) | OFK | 2.30 | 1,150.00 |
| 11/29/22 | Receipt and review of state court counsel correspondence on claim value questions and reply to the same (0.5) multiple correspondence on child protection plan provisions / mediation presentation and work on the same. (1.2) | OFK | 1.70 | 850.00 |
| 11/29/22 | Continue preparing for meeting regarding non-monetary issues. | BCK | 0.60 | 255.00 |
| 11/29/22 | Conference with M. Mintz and L. Futrell regarding next non-monetary meeting and other pending matters. | BCK | 0.50 | 212.50 |
| 11/29/22 | Analysis of document collection and potential missing items needed for plan mediation. | BCK | 1.70 | 722.50 |
| 11/30/22 | Continue reviewing policies in preparation for non-monetary meeting (0.8); correspondence with Committee members regarding non-monetary meeting (0.2). | BCK | 1.00 | 425.00 |
| 11/30/22 | Multiple correspondence and continued work on child protection plan provision and ANO meeting regarding the same (1.2) Continued work on claim estimation /settlement value calculations for plan and mediation (2.0) | OFK | 3.20 | 1,600.00 |
| 11/30/22 | Review additional Fifth Circuit briefing on prescription issues related to claims. | BCK | 1.20 | 510.00 |
| | | | **51.70** | **$25,055.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

## TOTAL FEES                                                      $100,042.50

### TIMEKEEPER SUMMARY:

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 1.30 | $650.00 |
| W.S. Bryant | Partner | $500.00 | 0.80 | $400.00 |
| | | | **2.10** | **$1,050.00** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 2.80 | $1,190.00 |
| O. F. Kuebel | Partner | $500.00 | 0.80 | $400.00 |
| | | | **3.60** | **$1,590.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 10.30 | $4,377.50 |
| O. F. Kuebel | Partner | $500.00 | 23.40 | $11,700.00 |
| W.S. Bryant | Partner | $500.00 | 55.40 | $27,700.00 |
| | | | **89.10** | **$43,777.50** |

**B150    Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.40 | $2,295.00 |
| O. F. Kuebel | Partner | $500.00 | 8.80 | $4,400.00 |
| W.S. Bryant | Partner | $500.00 | 4.90 | $2,450.00 |
| | | | **19.10** | **$9,145.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 2.60 | $1,105.00 |
| W.S. Bryant | Partner | $500.00 | 25.20 | $12,600.00 |
| | | | **27.80** | **$13,705.00** |

**B170    Fee/Employment Objections**

131095144v.1

| | | | | | |
|---|---|---|---|---|---|
| **B170** | **Fee/Employment Objections** | | | | |
| W.S. Bryant | | Partner | $500.00 | 1.10 | $550.00 |
| | | | | **1.10** | **$550.00** |
| **B190** | **Other Contested Matters** | | | | |
| O. F. Kuebel | | Partner | $500.00 | 1.50 | $750.00 |
| P. G. Eisenberg | | Partner | $500.00 | 0.30 | $150.00 |
| | | | | **1.80** | **$900.00** |
| **B220** | **Employee Benefits/Pensions** | | | | |
| B. C. Knapp | | Partner | $425.00 | 8.40 | $3,570.00 |
| O. F. Kuebel | | Partner | $500.00 | 1.40 | $700.00 |
| | | | | **9.80** | **$4,270.00** |
| **B320** | **Plan and Disclosure Statement** | | | | |
| B. C. Knapp | | Partner | $425.00 | 10.60 | $4,505.00 |
| O. F. Kuebel | | Partner | $500.00 | 30.70 | $15,350.00 |
| P.C. Lambert | | Partner | $500.00 | 10.00 | $5,000.00 |
| W.S. Bryant | | Partner | $500.00 | 0.40 | $200.00 |
| | | | | **51.70** | **$25,055.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **206.10**    **$100,042.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 2.70 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| 11/04/22 | Messenger Service 0107766.00001, LEGAL SUPPORT SERVICES OF LOUISIANA LLC, Deliver Under Seal filing to Eastern District Bankruptcy Court. | 46.00 |
| 11/07/22 | Services Rendered 50581, Alliance Overnight Document Service LLC, Printing and Mailing of Dkt# 1893, 1894 and 1895 | 133.70 |
| | TOTAL EXPENSES | $336.40 |

**TOTAL FEES**                                                                                    $100,042.50

131095144v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 15, 2022
Invoice No.: 1765597
Page: 13

**TOTAL EXPENSES**                                                                 $336.40

**TOTAL FEES AND EXPENSES**                                                   $100,378.90

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

131095144v.1



## Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 15, 2022
Invoice No.: 1765597

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2022

File Number: 0107766.00001
RE: Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................... $100,042.50

Total Expenses ................................................................................................................................... $336.40

Total Due this Statement................................................................................................................................... $100,378.90

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

131095144v.1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | Objection Deadline: February 10, 2023 |
| | § | |

---

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2022 through December 31, 2022 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

## EXHIBIT 1-2

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,226,868.69.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2022 to December 31, 2022 | |
|---|---|
| Fees (at standard rates): | $226,575.00 |
| (Reduction due to reduced rates) | ($102,092.50) |
| (Further voluntary reductions) | ($3,800.00) |
| Fees (After all reductions): | $120,682.50 |
| Disbursements | $2,075.54 |
| **Total** | **$122,758.04** |

9.      During the Statement Period, Locke Lord expended 0.0 hours and $0.00 in fees, as well as $0.00 in expenses, on matters related to the alleged protective order violations.

## VOLUNTARY REDUCTIONS

10.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $3,800.00 and 7.60 billable hours not charged for December 2022. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

11.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 10, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$98,621.54**. This figure consists of (a) $96,546.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $120,682.50 for the Statement Period, and (b) $2,075.54 in expenses disbursed, which represents one hundred

3

percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 27, 2023.                              Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|-----------|------------------------|----------------------------------------|----------------------------------------|
| B110 | CASE ADMINISTRATION | 3.30 | $1,425.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 16.30 | $7,400.00 |
| B130 | ASSET DISPOSITION | 12.80 | $6,392.50 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 10.10 | $4,855.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 32.90 | $16,225.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 29.00 | $13,997.50 |
| B190 | OTHER CONTESTED MATTERS | 0.70 | $350.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 4.50 | $1,942.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 27.70 | $13,655.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 114.50 | $54,440.00 |
| | **TOTAL FEES SOUGHT =** | **251.80** | **$120,682.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 102.5 | $500.00 | $51,250.00 |
| BCK | Knapp, Brad C. | Partner | 35.8 | $425.00 | $15,215.00 |
| WSB | Bryant, W. Steven | Partner | 82.5 | $500.00 | $41,250.00 |
| PGE | Eisenberg, Philip G. | Partner | 7.1 | $500.00 | $3,550.00 |
| PCL | Lambert, Peyton C. | Partner | 14.8 | $500.00 | $7,400.00 |
| CAA | Armstrong, Claire A. | Associate | 4.4 | $325.00 | $1,430.00 |
| AS | St. Mary, Amanda P | Paralegal | 4.7 | $125.00 | $587.50 |
| | | | | | |
| | **TOTALS =** | | **251.80** | | **$120,682.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| <u>DATE</u> | <u>EXPENSES</u> | <u>VALUE</u> |
|---|---|---|
|  | PACER Online Research | $37.30 |
|  | Westlaw Research | $893.84 |
|  | Reveal - Hosting Data at $5.00/GB/mth | $77.00 |
| 12/02/22 | Messenger Service 50727, Alliance Overnight Document Service LLC, Print and postage of Docket # 1935 | $565.04 |
| 12/02/22 | Messenger Service 50728, Alliance Overnight Document Service LLC, Print and postage for docket# 1936, 1937, 1938 | $394.67 |
| 12/06/22 | Messenger Service 50464, Alliance Overnight Document Service LLC, Printing and postage for docket # 1853, 1853-1 | $107.69 |
|  | **TOTAL EXPENSES** | **$2,075.54** |

Case 20-10846 Doc 1492-1 Filed 06/28/23 Entered 06/28/23 15:34:17 Exhibit 1 of December 2022 Fee Statement Page 65 of 154

# EXHIBIT D

America:0107766/00001: 131611196v.2

# Locke
# Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

January 26, 2023
Invoice No.: 1771891

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2022                    $122,758.04

File Number:     0107766.00001
Re:              Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/06/22 | Meet with Brad Knapp and Rick Kuebel to review case and case strategy and determine extent of paraprofessional support required. | AS | 0.40 | 50.00 |
| 12/06/22 | Prepare for and participate in weekly call with Debtor. | OFK | 0.40 | 200.00 |
| 12/08/22 | Review documents filed in the bankruptcy case and forward them to counsel for review | AS | 0.20 | 25.00 |
| 12/13/22 | Prepare for and participate on weekly call with Debtor (0.7) | OFK | 0.70 | 350.00 |
| 12/27/22 | Prepare for and participate in weekly status call with Debtor (0.8) | OFK | 0.80 | 400.00 |
| 12/27/22 | Participate in today's standing conference call with the Debtor and address various outstanding issues and concerns. | WSB | 0.80 | 400.00 |
| | | | 3.30 | **$1,425.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/22 | Correspond with various parties, including Phil Eisenberg, on document issues regarding the Motion to Compel and problems with the Debtor's production (1.0) | OFK | 1.00 | 500.00 |
| 12/02/22 | Correspond with various parties regarding pending document requests to the Debtor (0.5) | OFK | 0.50 | 250.00 |
| 12/02/22 | Continued analysis of document production to evaluate missing items. | BCK | 0.60 | 255.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans ◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

131608364v.1

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/05/22 | Correspond via email with Paul Shields and Matt Babcock in advance of today's call with the Debtor about the status of information requests related to the monthly operating reports (0.3); extended telephone conference with the Debtor and its financial advisors about these informational requests (1.1); analyze and review requested information and status with Brad Knapp (0.5); further telephone meeting with Mr. Shields and Mr. Babcock about today's call and the status of the information requests (0.6). | WSB | 2.50 | 1,250.00 |
| 12/05/22 | Correspond with BRG regarding call with Carr Riggs and account access (0.4). | OFK | 0.40 | 200.00 |
| 12/06/22 | Multiple email correspondences with Matt Babcock and Paul Shields about the continuing data requests related to the monthly operating reports (0.5); edit and revise their proposed email to the Debtor's financial advisor following up on these issues (0.4). | WSB | 0.90 | 450.00 |
| 12/06/22 | Continued analysis of document productions and potential missing document issues. | BCK | 2.20 | 935.00 |
| 12/06/22 | Prepare for and participate in call regarding Debtor document review/production searches. (1.3) Correspond regarding asset due diligence. (0.5) | OFK | 1.80 | 900.00 |
| 12/07/22 | Correspond via email with Paul Shields and Matt Babcock of BRG about the requested additional information (0.3); attend today's conference call with the Commercial Committee, the Debtor, and the Debtor's financial professionals to address outstanding document requests (0.5); further correspond via email with Mr. Shields and Mr. Babcock after today's call with the Debtor and its financial advisor (0.1). | WSB | 0.90 | 450.00 |
| 12/09/22 | Receipt and review of multiple correspondence with BRG on ANO asset due diligence (0.5) detail review of ANO summary of financial challenges. (0.7) | OFK | 1.20 | 600.00 |
| 12/12/22 | Analysis of document production status for motion to compel (0.4); review document searches to address additional document needs (0.3). | BCK | 0.70 | 297.50 |
| 12/14/22 | Revise motion to continue status conference for motion to compel (0.3); continue reviewing document productions to analyze missing document issues (1.2). | BCK | 1.50 | 637.50 |
| 12/14/22 | Correspond regarding court on Motion to Continue and email B. Knapp regarding the same (0.3) | OFK | 0.30 | 150.00 |
| 12/15/22 | Drafting/filing certificate of service for Motion to Continue Hearing on Motion to Compel production of documents by the Debtor. | AS | 1.00 | 125.00 |
| 12/22/22 | Receipt and review of Debtor email concerning document production and reply to the same (0.3) Correspond regarding privilege log with Andy Caine and review related emails. (0.5) | OFK | 0.80 | 400.00 |
| | | | **16.30** | **$7,400.00** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/01/22 | Multiple email correspondences with Brooke Altazan concerning the Committees' request for further information about the next stages of the NDHS and SAG sale (0.3); correspond via email with Mark Mintz about next week's meeting with the Committees' financial advisors (0.1). | WSB | 0.40 | 200.00 |
| 12/01/22 | Multiple emails on NDHS / SAG due diligence questions (0.4) | OFK | 0.40 | 200.00 |
| 12/02/22 | Correspond on NDHS due diligence and correspondence with financial advisory regarding the same (0.7) | OFK | 0.70 | 350.00 |
| 12/02/22 | Multiple email correspondence with Paul Shields and Matt Babcock about the meeting to address additional document issues with the Debtor (0.5); further review and analyze the closing documents on the home-health/hospice stage of the NDHS sale (1.0); correspond via email with Brooke Altazan about Monday's meeting with the Debtor (0.2); correspond via email with Rick Kuebel about this matter (0.1). | WSB | 1.80 | 900.00 |
| 12/12/22 | Analyze various follow-up issues in connection with the NDHS/SAG sale (0.4); correspond via email with Brooke Altazan about the status of information requests related to the sale (0.3); further correspond via email with the bankruptcy counsel team about this matter (0.3). | WSB | 1.00 | 500.00 |
| 12/12/22 | Multiple emails on NDHS/SAG transaction due diligence issues (0.8) Receipt and review of correspondence regarding the same (0.3) | OFK | 1.10 | 550.00 |
| 12/13/22 | Telephone conference with Brooke Altazan and Doug Stewart concerning the status of the NDHS/SAG sale and potential further information exchanges between the Committees (0.8); send email to the bankruptcy counsel team summarizing today's conference call and describing the proposed areas for further cooperation with the Commercial Committee (0.5); review and analyze the communication from NDHS's and SAG's counsel in response to the Committees' informational requests (0.5); analyze and review these various issues with Rick Kuebel (0.6). | WSB | 2.40 | 1,200.00 |
| 12/13/22 | Continued work on NDHS/SAG asset-sale due diligence and correspond with BRG and Steven Bryant regarding the same (0.5). | OFK | 0.50 | 250.00 |
| 12/14/22 | Correspond with Steve Bryant regarding NDHS due diligence (0.5). | OFK | 0.50 | 250.00 |
| 12/14/22 | Review and analyze the communication from NDHS's counsel concerning the status of the second stage of the NDHS transaction and the SAG transaction (0.4); correspond via email with the bankruptcy counsel team about this matter and the various issues presented by these follow-up transactions (0.6). | WSB | 1.00 | 500.00 |
| 12/15/22 | Correspond with S. Bryant regarding NDHS due diligence and Draper closing update. (0.7) | OFK | 0.70 | 350.00 |
| 12/16/22 | Call with S. Bryant on NDHS due diligence open issues and correspondence with Debtor and Commercial Committee (1.2) | OFK | 1.20 | 600.00 |
| 12/21/22 | Review the Debtor's correspondence regarding the segregated account for the Howard Avenue proceeds (0.2); correspond via email with the bankruptcy team about this development and the status of the sale (0.3). | WSB | 0.50 | 250.00 |
| 12/27/22 | Correspond via email with the UCC's bankruptcy counsel team concerning the status of the Howard Avenue sale (0.3); correspond via email with counsel for NDHS regarding the proposed closing of the skilled-nursing stage of that transaction (0.2). | WSB | 0.50 | 250.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 4

| **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/30/22 Review notice of sale closing related to Howard Avenue sale. | BCK | 0.10 | 42.50 |
| | | **12.80** | **$6,392.50** |

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/01/22 Correspond with state-court counsel regarding claims and claim-value issues (0.5) | OFK | 0.50 | 250.00 |
| 12/07/22 Receipt and review of email from state court counsel (0.3); forward the same and discuss with B. Knapp (0.3--NO CHARGE) | OFK | 0.30 | 150.00 |
| 12/12/22 Draft Committee meeting agenda (0.4); correspondence with Committee regarding upcoming meeting (0.2). | BCK | 0.60 | 255.00 |
| 12/13/22 Attend Committee meeting regarding mediation status and next steps. | BCK | 1.60 | 680.00 |
| 12/13/22 Attend today's Committee meeting and address various outstanding issues and concerns. | WSB | 1.60 | 800.00 |
| 12/13/22 Prepare for and participate/provide reports to Creditor committee at UCC meeting (1.5) | OFK | 1.50 | 750.00 |
| 12/20/22 Call with Soren Gisleson regarding plan-mediation issues (0.5) Call with Pat Moody (UCC chair) regarding follow-up meeting after the child-protection meeting with the Debtor (0.5) Revise/circulate follow-up questions list (0.7) | OFK | 1.70 | 850.00 |
| 12/21/22 Multiple correspondence with Gerry Muniere (counsel to UCC chair) and other parties regarding ANO meeting (0.7) | OFK | 0.70 | 350.00 |
| 12/22/22 Correspond with Pat Moody (UCC Chair) regarding various outstanding issues (0.3) | OFK | 0.30 | 150.00 |
| 12/28/22 Update call with victim regarding case status and open issues (0.9) | OFK | 0.90 | 450.00 |
| 12/30/22 Draft Committee agenda for upcoming Committee meeting. | BCK | 0.40 | 170.00 |
| | | **10.10** | **$4,855.00** |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/08/22 Draft the monthly fee application for Locke Lord covering November 2022 time. | WSB | 0.60 | 300.00 |
| 12/09/22 Review the Court's minute entry approving the fee applications and forward it to Yamille Harrison so that she can submit the proposed orders to the Court (0.2); further draft the next interim monthly fee application for Locke Lord (0.7). | WSB | 0.90 | 450.00 |
| 12/12/22 Draft Locke Lord's monthly fee statement reflecting the November 2022 time. | WSB | 2.50 | 1,250.00 |
| 12/12/22 Draft and finalize proposed orders approving fee applications for Locke Lord, Zobrio and Stegall Benton. | AS | 0.60 | 75.00 |
| 12/13/22 Further draft, edit, and revise the Locke Lord monthly fee statement. | WSB | 2.50 | 1,250.00 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/14/22 | Identify all overdue fee amounts in light of the Court's approval of the Seventh Interim fee application of Locke Lord (0.3); correspond via email with Linda Cantor about the amounts due to the Committee professionals (0.3); edit and revise motion to approve fee increases for Locke Lord and Pachulski Stang (1.8). | WSB | 2.40 | 1,200.00 |
| 12/15/22 | Draft motion to amend Locke Lord's retention terms to approve an increase in the rate caps. | WSB | 0.80 | 400.00 |
| 12/16/22 | Further draft, edit, and revise the motion to approve Committee counsel fee increases (4.0); correspond via email with Linda Cantor about these issues (0.2); correspond via email with Ryan Thessing at Zobrio concerning the status of payment of his invoices (0.2); further edit and revise the motion to approve Committee counsel fee increases (1.2). | WSB | 5.60 | 2,800.00 |
| 12/19/22 | Draft, edit, and revise the Locke Lord monthly fee statement (0.3); draft, edit, and revise the motion to approve fee increases for Committee counsel (2.1); correspond via email with the Committee chair about the approval of the monthly fee statement (0.1). | WSB | 2.50 | 1,250.00 |
| 12/20/22 | Draft, edit, and revise the motion to amend the bankruptcy counsel's retention orders to authorize rate increases and a streamlined rate-increase procedure (3.0--2.0 NO CHARGE); draft, edit, and revise the proposed order (1.0); correspond via email with Pachulski Stang concerning the proposed motion (0.3); revise monthly fee statement for Locke Lord (0.2). | WSB | 2.50 | 1,250.00 |
| 12/21/22 | Correspond via email with Andy Caine regarding the motion to approve rate increases and the streamlined rate-increase procedure. | WSB | 0.10 | 50.00 |
| 12/22/22 | Correspond regarding draft motion to approve rate increases for Committee counsel (0.3) | OFK | 0.30 | 150.00 |
| 12/22/22 | Draft, edit and revise the monthly fee statement for Locke Lord (0.5); edit and revise the Motion to Approve rate increases (0.3); correspond via email with Andy Caine and Gillian Brown concerning additional revisions to the Motion to Approve (0.3); forward the Motion to Approve to Pat Moody for her review and comment (0.2). | WSB | 1.30 | 650.00 |
| 12/27/22 | Draft, edit, and revise the Locke Lord monthly fee statement (3.0); correspond via email with Ryan Thessing of Zobrio regarding Zobrio' monthly fee statement (0.2); draft, edit, and revise Zobrio's monthly statement (0.7); correspond via email with Bush Benton concerning the Stegall Benton monthly fee statement (0.1); draft, edit, and revise the Stegall Benton monthly statement (0.1); review the Court's order partially denying Locke Lord's Sixth Interim Fee Application (0.5); analyze issues presented by the order with Rick Kuebel (0.2); prepare correspondence to the Debtor regarding the entry of this order (0.4). | WSB | 5.20 | 2,600.00 |
| 12/28/22 | Finalize the November monthly fee statements for Locke Lord, Zobrio, and Stegall Benton and circulate them to the Notice Parties (0.7); draft explanatory email to the Debtor's counsel outlining amounts owed in connection with the various Committee professionals (0.5); edit and finalize the Motion to Authorize rate-cap increases and the accompanying declarations (2.6); forward the Motion, declarations, and proposed order to the Debtor's counsel for their review (0.3). | WSB | 4.10 | 2,050.00 |
| 12/29/22 | Edit and finalize the Motion to Authorize rate-cap increases (0.4); correspond via email with Gillian Brown and Andy Caine concerning the motion (0.2); arrange for the filing and service of the motion (0.2). | WSB | 1.00 | 500.00 |

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 6

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 32.90 | $16,225.00 |

| | B170 Fee/Employment Objections | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/22 | Conduct research and analysis on potential conflicts issues in connection with the review of the Jones Walker fee application. | WSB | 0.50 | 250.00 |
| 12/02/22 | Further analyze the Jones Walker fee application (0.8); address the legal consequences for Jones Walker's representation of the Debtor arising out of JW's representation of NDHS in the NDHS asset sale (0.8). | WSB | 1.60 | 800.00 |
| 12/05/22 | Further review and analyze the Jones Walker fee application (1.0); begin drafting reservation of rights letter in connection with the fee application (1.0). | WSB | 2.00 | 1,000.00 |
| 12/06/22 | Draft, edit, and revise reservation-of-rights letter to Jones Walker in connection with its fee application (3.0) analyze these issues with the bankruptcy counsel team (0.5); further edit and revise the letter (0.5). | WSB | 4.00 | 2,000.00 |
| 12/07/22 | Draft, edit, and revise a letter to Jones Walker addressing the Seventh Interim Fee Application (3.3); correspond via email with the bankruptcy team about this letter and the potential objection to the Seventh Interim Fee Application (0.3); draft, edit, and revise the Objection to the Seventh Interim Fee Application (3.8). | WSB | 7.40 | 3,700.00 |
| 12/07/22 | Analysis of potential objections to Jones Walker fee application (0.4); draft motion to seal fee objection related to Jones Walker fee application (0.8). | BCK | 1.20 | 510.00 |
| 12/08/22 | Calls with S. Bryant on fee app question / revise draft letter to debtor's counsel regarding the same (0.7) | OFK | 0.70 | 350.00 |
| 12/08/22 | Forward the finalized letter regarding the Jones Walker Seventh Interim Fee Application to Jones Walker for their review and comment (0.1); draft, edit, and revise Objection to the Jones Walker Seventh Interim Fee Application (3.0); address issues raised by the potential Objection with Rick Kuebel and Jim Stang (0.5); telephone conference with Laura Ashley about the contents of the letter (0.2); correspond via email with the bankruptcy counsel team about Ms. Ashley's request to extend the objection deadline (0.2); draft, edit, and revise Reservation of Rights with respect to the Seventh Interim Fee Application (0.5). | WSB | 4.50 | 2,250.00 |
| 12/09/22 | Review updates regarding fee issues related to Jones Walker fee application. | BCK | 0.20 | 85.00 |
| 12/09/22 | Call with S. Bryant regarding the omnibus hearing and the potential filing of an objection to the Jones Walker fee application (0.5) | OFK | 0.50 | 250.00 |
| 12/12/22 | Analysis of O'Donnell issues in connection with Jones Walker fee application. | BCK | 0.30 | 127.50 |
| 12/12/22 | Review and analyze Jones Walker's response to the Committee's letter regarding its fee application (0.5); correspond via email with the bankruptcy counsel team concerning the reply to this response (0.4); edit and finalize the Reservation of Rights in light of today's letter (0.3); analyze issues presented by the letter and begin drafting a follow-up letter (0.4). | WSB | 1.60 | 800.00 |
| 12/14/22 | Draft and file certificate of service for Reservation of Rights in connection with the Jones Walker fee application. | AS | 1.00 | 125.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 7

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B170 Fee/Employment Objections** | | **ATTY** | **HOURS** | **VALUE** |
| 12/14/22 | Evaluate potential conflicts issues presented by Jones Walker's representation of NDHS in its transaction with CommCare (0.4); conduct legal research on these conflicts-related matters in preparation for drafting the follow-up email and document request (0.6). | WSB | 1.00 | 500.00 |
| 12/16/22 | Identify with Rick Kuebel additional documents to request from Jones Walker regarding the potential conflicts issues. | WSB | 0.50 | 250.00 |
| 12/30/22 | Review the Second Amended Disclosure filed by Jones Walker disclosing the representation of Notre Dame Health System and St. Anthony's Gardens (0.2); correspond via email with the UCC bankruptcy counsel team concerning this Disclosure (0.2); review and analyze the Jones Walker monthly fee statement in light of the filing of this Disclosure (1.6). | WSB | 2.00 | 1,000.00 |
| | | | **29.00** | **$13,997.50** |
| **B190 Other Contested Matters** | | **ATTY** | **HOURS** | **VALUE** |
| 12/05/22 | Correspond regarding missing documents review. | OFK | 0.30 | 150.00 |
| 12/27/22 | Correspond via email with bankruptcy counsel team on court notices of magistrate re-assignment. (0.4) | OFK | 0.40 | 200.00 |
| | | | **0.70** | **$350.00** |
| **B220 Employee Benefits/Pensions** | | **ATTY** | **HOURS** | **VALUE** |
| 12/02/22 | Prepare for hearing regarding O'Donnell benefits issues. | BCK | 1.20 | 510.00 |
| 12/05/22 | Prepare for hearing regarding O'Donnell benefits issues (2.2); attend hearing on O'Donnell's motion to reconsider (0.5); analysis of evidentiary proffer issues (0.2). | BCK | 2.90 | 1,232.50 |
| 12/05/22 | Receipt and review of update on O'Donnell hearing and correspond regarding the same. | OFK | 0.40 | 200.00 |
| | | | **4.50** | **$1,942.50** |
| **B310 Claims Administration and Objections** | | **ATTY** | **HOURS** | **VALUE** |
| 12/01/22 | Analysis of draft proof of claim supplement prepared by certain claimants. | BCK | 1.60 | 680.00 |
| 12/01/22 | Review and analyze the proposed additional evidentiary submission to multiple abuse proofs of claim (1.9); correspond via email with Brad Knapp about the issues raised in the proposed submission (0.2). | WSB | 2.10 | 1,050.00 |
| 12/01/22 | Correspond with various parties regarding proposed supplemental evidentiary submission to proofs of claim (0.2); analyze various issues regarding this referral and request to supplement (0.8). | PGE | 1.00 | 500.00 |
| 12/02/22 | Receive and review articles contained in proposed supplement to proofs of claim (0.5); follow-up correspondence regarding the same (0.2). | PGE | 0.70 | 350.00 |
| 12/02/22 | Coordinate next steps regarding the proposed proof of claim supplement, including contacting various constituencies. | PGE | 0.50 | 250.00 |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/05/22 | Review and analyze the proposed evidentiary amendment to certain of the abuse-related proofs of claim filed in this bankruptcy case. | WSB | 0.60 | 300.00 |
| 12/05/22 | Correspond with the U.S. Trustee about tomorrow's meeting regarding the protective-order violation and pending correspondence. | PGE | 0.40 | 200.00 |
| 12/05/22 | Further review articles in connection with the protective-order violation and statements by various parties related to the proposed claim supplement. | PGE | 0.40 | 200.00 |
| 12/05/22 | Address inquiries from various claimants regarding POC Amendment consent. | PGE | 0.60 | 300.00 |
| 12/05/22 | Receipt and review of Mintz letter on memo and potential protective order violation in connection with claim supplement and review record references and discuss with co-counsel (0.8) | OFK | 0.80 | 400.00 |
| 12/06/22 | Correspondence and telephone conference with M. Langston, United States Trustee regarding S. Gisleson correspondence. | PGE | 0.50 | 250.00 |
| 12/06/22 | Conduct additional follow-up analysis after telephone conference with U.S. Trustee, including transcript review. | PGE | 0.60 | 300.00 |
| 12/06/22 | Receive and review letter to S. Gisleson from Mark Mintz, counsel to the Debtor. | PGE | 0.20 | 100.00 |
| 12/06/22 | Review bar date order entered in the Bankruptcy Case in connection with analysis of the Mintz letter to S. Gisleson. | PGE | 0.40 | 200.00 |
| 12/06/22 | Review and analyze with the bankruptcy counsel team the Committee response to certain claimants' proposed evidentiary amendment to their proofs of claim (0.7); edit and revise an email to the claimants' counsel on this matter (0.3); further correspond via email with Rick Kuebel and Brad Knapp concerning this issue (0.2). | WSB | 1.20 | 600.00 |
| 12/06/22 | Prepare for and participate in call with the United States Trustee (0.4) Work on response to points raised in letter by Mark Mintz to Soren Gisleson concerning protective order (0.6) | OFK | 1.00 | 500.00 |
| 12/06/22 | Analysis of evidentiary memorandum prepared by certain creditors (0.6); correspondence with S. Gisleson regarding claimant information issues (0.2). | BCK | 0.80 | 340.00 |
| 12/07/22 | Prepare for and participate in call with Soren Gisleson regarding use of confidential claims information in proposed claim supplement (0.5) | OFK | 0.50 | 250.00 |
| 12/08/22 | Work on response to Mintz letter (0.5) | OFK | 0.50 | 250.00 |
| 12/12/22 | Receive and review further Debtor correspondence and responses in connection with certain claimants' proposed proof of claim supplement (0.3); formulate responses to these documents (0.5). | PGE | 0.80 | 400.00 |
| 12/12/22 | Receipt and review of Soren Gisleson's email correspondence and reply to the same (0.4) Follow-up call to Mr. Gisleson regarding reply /motion to amend proofs of claim (0.8) | OFK | 1.20 | 600.00 |
| 12/16/22 | Review pleadings related to request to late file a survivor claim. | BCK | 0.20 | 85.00 |
| 12/22/22 | Conference with Committee team related to prescription issues in connection with claim valuations (0.5) conduct extensive legal research related to these prescription issues and the impact on potential claims (6.0). | PCL | 6.50 | 3,250.00 |
| 12/27/22 | Research and analyze state-law claim-prescription issues in connection with valuing claims. | PCL | 4.60 | 2,300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 9

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/29/22 | Further analyze prescription issue as it pertains to specific claims valuation (3.8--NO CHARGE). (NO CHARGE) | PCL | 0.00 | 0.00 |
| | | | **27.70** | **$13,655.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/22 | Correspond regarding and work on preparation for mediation session on non-monetary/child protection plan provisions (2.8) Correspond and continued work on plan / claim valuation and estimation procedures (1.3) | OFK | 4.10 | 2,050.00 |
| 12/01/22 | Analysis of non-monetary issues for plan mediation. | CAA | 0.70 | 227.50 |
| 12/01/22 | Continue reviewing briefing in Lousteau appeal related to prescription issues for claims in connection with plan negotiations. | BCK | 1.50 | 637.50 |
| 12/02/22 | Conferences with Committee members to prepare for Archdiocese meeting regarding non-monetary issues. | BCK | 2.40 | 1,020.00 |
| 12/02/22 | Conduct further research and analysis on various non-monetary issues in preparation for plan mediation. | CAA | 1.60 | 520.00 |
| 12/02/22 | Multiple correspondence / work on mediation settlement correspondence (0.8) Prepare for and participate in prep for child protection plan / provision mediation (3.0) | OFK | 3.80 | 1,900.00 |
| 12/05/22 | Analyze Debtor's response to further mediation correspondence. | BCK | 0.40 | 170.00 |
| 12/05/22 | Analysis of additional legal authorities related to potential plan provisions. | BCK | 0.40 | 170.00 |
| 12/05/22 | Conduct further legal research and analysis in connection with various non-monetary/child-protection issues in preparation for further plan mediation. | CAA | 2.10 | 682.50 |
| 12/05/22 | Correspond regarding plan provision/child safety meeting with the bankruptcy counsel team and Committee members' state-court counsel (0.7) Receipt and review of Mintz letter regarding mediation offer and reply to the same (0.5) Receipt and review of Stang email with Zive correspondence (0.3) | OFK | 1.50 | 750.00 |
| 12/06/22 | Correspond on child-protection plan meeting (0.4) | OFK | 0.40 | 200.00 |
| 12/06/22 | Analysis of ANO counteroffer and next steps for plan mediation (0.6); correspondence with L. Futrell regarding non-monetary meeting (0.1). | BCK | 0.70 | 297.50 |
| 12/06/22 | Follow-up call with co-counsel on Debtor mediation response (0.5) Draft and revise outline of mediation response letter (1.8) Draft plan/mediation related correspondence (1.2) | OFK | 3.50 | 1,750.00 |
| 12/07/22 | Work on plan/confirmation claim value process issues (1.0) Outline, draft and revise response to mediator on plan/offer/response issues. (2.5) Continued work on claims estimation/plan issues. (1.3) | OFK | 4.80 | 2,400.00 |
| 12/07/22 | Correspondence among committee members regarding non-monetary meeting (0.4); continue preparing materials for non-monetary meeting (0.2). | BCK | 0.60 | 255.00 |
| 12/08/22 | Call with Kristi Schubert, counsel for Committee member, on claim-valuation and child-protection plan issues (1.0) | OFK | 1.00 | 500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/08/22 | Call with Doug Stewart on plan/mediator status and tolling extension issues (0.8) Follow-up correspondence on claim valuation / estimations issues. (0.6) Continued work on letter response to mediator on plan/settlement issues (1.2) | OFK | 2.60 | 1,300.00 |
| 12/09/22 | Revise and circulate draft reply letter to mediator to co-counsel (1.3) Receipt and review of co-counsel comments and revise mediator letter (0.8) Continued work on claims valuation / estimation issues. (1.2) | OFK | 3.30 | 1,650.00 |
| 12/09/22 | Draft, edit, and revise letter responding to the Debtor's mediation counteroffer (3.0); review issues raised in the letter with Rick Kuebel (0.2); finalize the letter and circulate it to Rick Kuebel for final comments (1.1). | WSB | 4.30 | 2,150.00 |
| 12/12/22 | Revise response letter to mediation offer (0.6); draft correspondence to mediator regarding protective order issue (0.5). | BCK | 1.10 | 467.50 |
| 12/12/22 | Revise, comment and circulate draft mediation reply letter (0.8) Correspond with co-counsel regarding draft reply letter (0.7) Work on draft reply letter on mediation document (0.6) Revise and circulate the same (0.3) Revise, edit and circulate mediation response letter and analyze related issues with B. Knapp (0.7) | OFK | 3.10 | 1,550.00 |
| 12/13/22 | Review and analyze Everlaw database of documents produced by the Debtor to assist attorneys in connection with mediation preparation | AS | 1.50 | 187.50 |
| 12/13/22 | Follow-up correspondence regarding mediation participation negotiations and certain creditors' Motion to Amend their proofs of claim (1.6) Call with Soren Gisleson regarding the Motion to Amend and mediation discussions (0.8) Follow-up with Jim Stang regarding the same (0.4) Continued work on claims valuation /mediation response letters (0.8) | OFK | 3.60 | 1,800.00 |
| 12/13/22 | Continue to address and revise presentation to mediator. | PGE | 0.40 | 200.00 |
| 12/13/22 | Review documents and prepare for mediation meeting on child protection plan provision (1.2) | OFK | 1.20 | 600.00 |
| 12/13/22 | Review document productions related to non-monetary provisions and plan mediation. | BCK | 3.40 | 1,445.00 |
| 12/13/22 | Conference with M. Mintz regarding mediation status and next steps. | BCK | 0.70 | 297.50 |
| 12/14/22 | Evaluate various process issues and other matters necessary to advance mediation negotiations. | PGE | 0.30 | 150.00 |
| 12/14/22 | Prepare for and participate in extended call with Soren Gisleson regarding plan-mediation issues and documents access (1.2) Follow-up discussion with Jim Stang regarding same (1.0) Correspond with Mr. Mintz regarding call (0.3) Review and revise correspondence to Judge Zive (0.5) Correspond regarding non-monetary plan child protection provisions (0.5) Work on outline of points addressing mediation /discovery/assets (0.6) Receipt and review of PSZJ comments on letter to Judge Zive (0.4) | OFK | 4.50 | 2,250.00 |
| 12/15/22 | Continue reviewing ANO productions in preparation for non-monetary meeting (2.8); draft questions for non-monetary meeting (0.3). | BCK | 3.10 | 1,317.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/15/22 | Prepare for and participate in call with Mr. Mintz and Mr. Vance regarding call with Soren Gisleson and discussion to delay filing of memo (1.3) Follow-up discussion with Mr. Stang (0.4) Follow-up call with Mr. Gisleson (0.4) Receipt and review of multiple emails regarding comments on letter to Judge Zive and reply to the same (0.8) Work on preparation for non-monetary plan provisions meeting and discuss questions list with B. Knapp (1.0) | OFK | 3.90 | 1,950.00 |
| 12/15/22 | Edit and revise letter to Judge Zive in response to the Debtor's counter (0.8); correspond via email with the bankruptcy team concerning this letter (0.2); further edit and revise the letter (0.4). | WSB | 1.40 | 700.00 |
| 12/16/22 | Revise list of questions and prepare for mediation session on non-monetary plan provisions (2.5) Correspond regarding mediation participation negotiations and work on outline of key terms (1.2) | OFK | 3.70 | 1,850.00 |
| 12/19/22 | Analyze with Rick Kuebel status of discussions regarding plan-mediation issues. | PGE | 0.30 | 150.00 |
| 12/19/22 | Revise questions for non-monetary plan term meeting (0.4); correspondence with Committee regarding ANO meeting (0.2); continue preparations for non-monetary meeting (1.1); revise letter regarding plan mediation next steps (0.3). | BCK | 2.00 | 850.00 |
| 12/19/22 | Prepare for and participate in pre-call with UCC team before child protection meeting with ANO (1.5) Revise and circulate agenda and list of questions (1.7) Multiple emails regarding the same (0.8) Correspond on mediation /settlement issues with Mr. Mintz and Soren Gisleson (0.5) Work on child protection plan provisions update and review. (1.0) | OFK | 5.50 | 2,750.00 |
| 12/20/22 | Prepare for and participate in non-monetary plan/child protection presentation from ANO at Jones Walker (3.5) Follow-up meeting with Pat Moody, Kristi Schubert and Jim Stang (1.5) Re-draft /revise list of follow-up questions for calculation (0.8) | OFK | 5.80 | 2,900.00 |
| 12/20/22 | Attend ANO presentation regarding child protection policies. | BCK | 2.00 | 850.00 |
| 12/21/22 | Receipt and review of correspondence and documentation regarding the Debtor's financial status and ability to pay and correspond via email with BRG regarding such data (1.0) further correspond via email with BRG regarding the form of a reply to Judge Zive in connection with the Debtor's financial due diligence (1.2) | OFK | 2.20 | 1,100.00 |
| 12/21/22 | Work on follow-up letter to Judge Zive (0.5) Revise list of questions/draft agenda for non-monetary /child protection plan provisions (0.8) Continued work on claim valuation /estimation issues, and correspond regarding the same (1.5--NO CHARGE) | OFK | 1.30 | 650.00 |
| 12/22/22 | Revise list of questions and draft agenda for the child protection meeting with the Debtor and circulate the same to UCC (1.6) Work on claim estimate/valuation issues and correspond regarding the same (1.2) Multiple emails on draft reply to Judge Zive and BRG content (0.6) | OFK | 3.40 | 1,700.00 |
| 12/22/22 | Analysis of information needs for plan mediation. | BCK | 0.20 | 85.00 |
| 12/27/22 | Review child protection presentation materials. | BCK | 0.20 | 85.00 |

131608364v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 12

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/27/22 | Follow-up discussions with Jim Stang regarding mediation /plan issues (1.2) Draft, revise and send correspondence to Soren Gisleson (0.3) Prepare for and participate in conference with Mr. Gisleson and Mr. Stang (0.8) Work on questions for follow-up from child protection meeting (1.3) | OFK | 3.60 | 1,800.00 |
| 12/28/22 | Receipt and review of Gerry Muniere letter (0.2); Reply to letter from Mr. Muniere (0.2) Integrate key points from GEM letter into ANO child-protection questions (1.2) Prepare for and participate in call with Judge Zive and Jim Stang regarding mediation participation (1.0) Correspond regarding response letter to Judge Zive (0.6) Call with Soren Gisleson concerning potential participation in mediation by key creditor-groups, including his clients (0.5). | OFK | 3.70 | 1,850.00 |
| 12/28/22 | Correspond via email with the bankruptcy counsel team about further mediation negotiations and responses (0.3); review the list of additional documents requested to support the Debtor's financial assertions (0.2). | WSB | 0.50 | 250.00 |
| 12/28/22 | Analysis of next steps to advance mediation process. | BCK | 0.40 | 170.00 |
| 12/28/22 | Conduct additional research regarding prescription issue and the status of legal proceedings regarding prescription in order to prepare the bankruptcy counsel team for further mediation negotiations. | PCL | 3.70 | 1,850.00 |
| 12/29/22 | Revise and comment on letter to Judge Zive (0.4) Discuss the same with Jim Stang (0.3) Correspond with Soren Gisleson and Mr. Stang (0.5) Work on claim estimation/valuation issues and correspond regarding the same with state court counsel (KS/GEM) (1.5) Revise and consolidate list of questions from child-protection meeting (1.2) Correspond with Anne Andrews and Kristi Schubert concerning child-protection provisions and status of negotiations with the Debtor over this topic (0.4). | OFK | 4.20 | 2,100.00 |
| 12/29/22 | Review and revise draft correspondence with mediator regarding plan mediation issues. | BCK | 0.40 | 170.00 |
| 12/29/22 | Multiple email correspondences about the response letter to the mediator (0.4); edit and revise the response letter (0.2); further correspond via email about this letter with the bankruptcy counsel team (0.4). | WSB | 1.00 | 500.00 |
| 12/30/22 | Review correspondence related to plan mediation. | BCK | 0.20 | 85.00 |
| 12/30/22 | Continued work on questions / non-monetary child protection provisions and correspond regarding the same (1.2) Correspond on claim valuation / case mediation plan issues (1.1) | OFK | 2.30 | 1,150.00 |
| | | | **114.50** | **$54,440.00** |

**TOTAL FEES**          **$120,682.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 1.90 | $950.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 13

### B110     Case Administration

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 0.80 | $400.00 |
| A. St. Mary | Paralegal | $125.00 | 0.60 | $75.00 |
| | | | **3.30** | **$1,425.00** |

### B120     Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 5.00 | $2,125.00 |
| O. F. Kuebel | Partner | $500.00 | 6.00 | $3,000.00 |
| W.S. Bryant | Partner | $500.00 | 4.30 | $2,150.00 |
| A. St. Mary | Paralegal | $125.00 | 1.00 | $125.00 |
| | | | **16.30** | **$7,400.00** |

### B130     Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.10 | $42.50 |
| O. F. Kuebel | Partner | $500.00 | 5.10 | $2,550.00 |
| W.S. Bryant | Partner | $500.00 | 7.60 | $3,800.00 |
| | | | **12.80** | **$6,392.50** |

### B150     Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 2.60 | $1,105.00 |
| O. F. Kuebel | Partner | $500.00 | 5.90 | $2,950.00 |
| W.S. Bryant | Partner | $500.00 | 1.60 | $800.00 |
| | | | **10.10** | **$4,855.00** |

### B160     Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.30 | $150.00 |
| W.S. Bryant | Partner | $500.00 | 32.00 | $16,000.00 |
| A. St. Mary | Paralegal | $125.00 | 0.60 | $75.00 |
| | | | **32.90** | **$16,225.00** |

### B170     Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 1.70 | $722.50 |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 1.20 | $600.00 |
| W.S. Bryant | Partner | $500.00 | 25.10 | $12,550.00 |
| A. St. Mary | Paralegal | $125.00 | 1.00 | $125.00 |
| | | | **29.00** | **$13,997.50** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.70 | $350.00 |
| | | | **0.70** | **$350.00** |

### B220    Employee Benefits/Pensions

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 4.10 | $1,742.50 |
| O. F. Kuebel | Partner | $500.00 | 0.40 | $200.00 |
| | | | **4.50** | **$1,942.50** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 2.60 | $1,105.00 |
| O. F. Kuebel | Partner | $500.00 | 4.00 | $2,000.00 |
| P.C. Lambert | Partner | $500.00 | 11.10 | $5,550.00 |
| P. G. Eisenberg | Partner | $500.00 | 6.10 | $3,050.00 |
| W.S. Bryant | Partner | $500.00 | 3.90 | $1,950.00 |
| | | | **27.70** | **$13,655.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 19.70 | $8,372.50 |
| O. F. Kuebel | Partner | $500.00 | 77.00 | $38,500.00 |
| P.C. Lambert | Partner | $500.00 | 3.70 | $1,850.00 |
| P. G. Eisenberg | Partner | $500.00 | 1.00 | $500.00 |
| W.S. Bryant | Partner | $500.00 | 7.20 | $3,600.00 |
| C.A. Armstrong | Associate | $325.00 | 4.40 | $1,430.00 |
| A. St. Mary | Paralegal | $125.00 | 1.50 | $187.50 |
| | | | **114.50** | **$54,440.00** |

131608364v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 26, 2023
Invoice No.: 1771891
Page: 15

## TIMEKEEPER SUMMARY TOTALS

|  |  | 251.80 | $120,682.50 |
|---|---|---|---|

| DATE | EXPENSES | VALUE |
|---|---|---|
|  | PACER Online Research | 37.30 |
|  | Westlaw Research | 893.84 |
|  | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| 12/02/22 | Messenger Service 50727, Alliance Overnight Document Service LLC, Print and postage of Docket # 1935 | 565.04 |
| 12/02/22 | Messenger Service 50728, Alliance Overnight Document Service LLC, Print and postage for docket# 1936, 1937, 1938 | 394.67 |
| 12/06/22 | Messenger Service 50464, Alliance Overnight Document Service LLC, Printing and postage for docket # 1853, 1853-1 | 107.69 |
|  | TOTAL EXPENSES | $2,075.54 |

| TOTAL FEES | $120,682.50 |
|---|---|
| TOTAL EXPENSES | $2,075.54 |
| TOTAL FEES AND EXPENSES | $122,758.04 |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

January 26, 2023
Invoice No.: 1771891

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2022

      File Number: 0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ............................................................................................................................................ $120,682.50

Total Expenses ................................................................................................................................... $2,075.54

Total Due this Statement.................................................................................................................. $122,758.04

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

131608364v.1

<center>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

</center>

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | Objection Deadline: March 14, 2023 |
| | § | |

---

<center>

**MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP**
**FOR JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

</center>

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2023 through January 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

<center>

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

</center>

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

**EXHIBIT 1-3**

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,306,902.69.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2023 to January 31, 2023 | |
| --- | --- |
| Fees (at standard rates): | $258,029.50 |
| (Reduction due to reduced rates) | ($118,714.50) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $139,315.00 |
| Disbursements | $967.32 |
| **Total** | **$140,282.32** |

9.      During the Statement Period, Locke Lord expended 0.0 hours and $0.00 in fees, as well as $0.00 in expenses, on matters related to the alleged protective order violations.

### VOLUNTARY REDUCTIONS

10.      Locke Lord did not make any voluntary reductions on its invoice during the Statement Period.

### NOTICE AND OBJECTION PROCEDURES

11.      In accordance with the Interim Compensation Order, notice of the Statement has

2

been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2023 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **<u>$112,419.32</u>**. This figure consists of (a) <u>$111,452.00</u> in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of <u>$139,315.00</u> for the Statement Period, and (b) <u>$967.32</u> in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

3

14. To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 28, 2023.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
　　　rkuebel@lockelord.com
　-and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

America:0107766/00001: 132051778v.1

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 5.10 | $2,100.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 32.70 | $15,397.50 |
| B130 | ASSET DISPOSITION | 13.40 | $6,700.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 15.40 | $7,437.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 60.60 | $29,370.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 7.20 | $3,600.00 |
| B190 | OTHER CONTESTED MATTERS | 1.70 | $625.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.20 | $85.00 |
| B250 | REAL ESTATE | 2.20 | $1,047.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.60 | $255.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 153.00 | $72,697.50 |
|  | **TOTAL FEES SOUGHT =** | **292.10** | **$139,315.00** |

## EXHIBIT B

America:0107766/00001: 132051778v.1

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 92.8 | $500.00 | $46,400.00 |
| BCK | Knapp, Brad C. | Partner | 64.7 | $425.00 | $27,497.50 |
| WSB | Bryant, W. Steven | Partner | 85.2 | $500.00 | $42,600.00 |
| PGE | Eisenberg, Philip G. | Partner | 2.5 | $500.00 | $1,250.00 |
| PCL | Lambert, Peyton C. | Partner | 35.3 | $500.00 | $17,650.00 |
| WSH | Hastings, W. Scott | Partner | 0.50 | $500.00 | $250.00 |
| JMC | Cerise, Jason M. | Partner | 5.6 | $500.00 | $2,800.00 |
| SJH | Stephen J. Humeniuk | Senior Counsel | 0.90 | $325.00 | $292.50 |
| AS | St. Mary, Amanda P | Paralegal | 4.6 | $125.00 | $575.00 |
| | | | | | |
| | **TOTALS =** | | **292.10** | | **$139,315.00** |

Case 20-10846 Doc 2402-3 Filed 03/28/22 Entered 03/28/22 15:43:11 Exhibit 1-32 (Eighth Fee Statement) Page 90 of 154

Case 20-10846 Doc 2402-3 Filed 03/28/22 Entered 03/28/22 15:43:11 Exhibit 1-32 (Eighth 2023 Interim Application) Page 90 of 28

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Postage | 0.57 |
| | Outside Printing | 812.75 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| | **TOTAL EXPENSES** | **$967.32** |

**EXHIBIT D**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

c/o Patricia Moody, Chair

February 28, 2023
Invoice No.: 1777759

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2023                    $140,282.32

File Number:      0107766.00001
Re:               Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Prepare for and participate in weekly call with Debtor's counsel. (0.6) | OFK | 0.60 | 300.00 |
| 01/04/23 | Review and update master service list in the ANO case. | AS | 1.00 | 125.00 |
| 01/17/23 | Participate in weekly telephone meeting with the Debtor's counsel to address outstanding issues between the Committee and the Debtor. | WSB | 1.00 | 500.00 |
| 01/17/23 | Review and update master service list in the bankruptcy case. | AS | 0.20 | 25.00 |
| 01/17/23 | Prepare for and participate in debtor call (1.0) | OFK | 1.00 | 500.00 |
| 01/24/23 | Prepare for and participate in weekly call with ANO (0.8) | OFK | 0.80 | 400.00 |
| 01/31/23 | Prepare for and participate in weekly call with ANO counsel (0.5) | OFK | 0.50 | 250.00 |
| | | | **5.10** | **$2,100.00** |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Correspond via email with Brooke Altazan concerning the status of the tolling agreements and the extension of the tolling period (0.3); correspond via email with the bankruptcy counsel team about this matter (0.2). | WSB | 0.50 | 250.00 |
| 01/04/23 | Correspond via email with the bankruptcy counsel team concerning the advantages and disadvantages of extending the tolling agreements (0.3); begin drafting email analysis to the Committee concerning this matter in light of yesterday's Committee meeting (0.4). | WSB | 0.70 | 350.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans
♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1777759
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/04/23 | Correspond with Andy Caine on Motion to Compel issues. (0.4) | OFK | 0.40 | 200.00 |
| 01/05/23 | Continue reviewing document productions from the Debtor (1.3); analysis of next steps for document collection needs (0.5). | BCK | 1.80 | 765.00 |
| 01/05/23 | Prepare for call with Andy Caine on Motion to Compel and path forward on additional, open discovery items. | OFK | 0.70 | 350.00 |
| 01/05/23 | Multiple emails with Matt Babcock and Paul Shields regarding the Debtor data sets requested by the Commercial Committee (0.3); review the information provided by Mr. Babcock and Mr. Shields about this request (0.2). | WSB | 0.50 | 250.00 |
| 01/09/23 | Leave telephone message for Brooke Altazan regarding the extension of tolling agreements and data sharing (0.2); correspond via email with the Committee bankruptcy counsel team regarding this matter (0.1). | WSB | 0.30 | 150.00 |
| 01/10/23 | Telephone conference with Brooke Altazan concerning the extensions of the Apostolate tolling agreements and the Committees' coordination in this matter. | WSB | 0.40 | 200.00 |
| 01/11/23 | Continued analysis of document productions from the Debtor. | BCK | 1.20 | 510.00 |
| 01/12/23 | Correspond with Doug Stewart on Tolling Agreement and mediation (0.8) | OFK | 0.80 | 400.00 |
| 01/13/23 | Correspond with S. Bryant on tolling agreement and claim value issues (0.8) | OFK | 0.80 | 400.00 |
| 01/13/23 | Analysis of document production issues for upcoming hearing. | BCK | 0.50 | 212.50 |
| 01/17/23 | Analysis of next steps for pending motion to compel and information needs for plan mediation. | BCK | 0.60 | 255.00 |
| 01/17/23 | Call with PSZJ regarding Motion to Compel (0.5) Continued work on financial due diligence with BRG (0.7) | OFK | 1.20 | 600.00 |
| 01/18/23 | Correspond via email with various parties regarding financial due diligence (0.5); review of new financial exhibits (1.2) | OFK | 1.70 | 850.00 |
| 01/18/23 | Multiple correspondence and telephone calls regarding tomorrow's status conference and motion day agenda (0.8) | OFK | 0.80 | 400.00 |
| 01/19/23 | Draft and file certificate of service for Court's order resetting the hearing on the Motion to Compel (0.6); correspond via email with counsel regarding the certificate of service (0.20. | AS | 0.80 | 100.00 |
| 01/19/23 | Analysis of privilege claims on additional documents produced by the Debtor (2.1); review order re-setting motion to compel (0.1). | BCK | 2.20 | 935.00 |
| 01/20/23 | Review supplemental ANO production following withdrawal of certain privilege claims. | BCK | 2.40 | 1,020.00 |
| 01/20/23 | Multiple emails / correspondence on ANO financial due diligence /asset issues with BRG team (0.8) Review of open financial due diligence document requests (0.4) Receipt and review of forwarded ANO documents for review from Mr. Caine. (0.5) | OFK | 1.70 | 850.00 |
| 01/23/23 | Telephone conference with Mr. Knapp regarding discovery disputes and background facts pertaining to same. | JMC | 0.20 | 100.00 |
| 01/24/23 | Multiple correspondence on ANO financial discovery with BRG team in advance of ANO financial meeting (1.2) | OFK | 1.20 | 600.00 |

### B120 Asset Analysis and Recovery

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/24/23 | Review and analyze authorities regarding applicability of attorney-client privilege to third-party communications (2.6). Confer with Mr. Knapp regarding initial conclusions and further information requirements (.2). Evaluate Debtor's assertion of privilege in light of authorities (.7). Develop recommended strategy and action items in connection with discovery disputes (.7). | JMC | 4.20 | 2,100.00 |
| 01/25/23 | Review and analyze 5th Circuit case law on privilege issues (1.1). Communicate with Mr. Knapp regarding same (.1). | JMC | 1.20 | 600.00 |
| 01/25/23 | Multiple correspondence and attention to financial due diligence requests and meeting preparation (0.8) | OFK | 0.80 | 400.00 |
| 01/27/23 | Multiple correspondence with BRG team on asset due diligence (0.8) Correspond with S. Bryant on asset due diligence open items and SAG report (0.7) | OFK | 1.50 | 750.00 |
| 01/31/23 | Follow-up call with Mr. Stang on mediation preparation and asset discovery (0.8) Prepare for and participate in call with BRG team regarding financial /asset investigations and presentation from ANO (1.4) Correspond regarding NDHS closing and missing information requests (0.5) correspond regarding tolling agreement with Commercial committee counsel and co-counsel (0.5) | OFK | 3.20 | 1,600.00 |
| 01/31/23 | Correspond via email with Stegall Benton regarding Debtor's renewed lease approval motion. | OFK | 0.40 | 200.00 |
| | | | **32.70** | **$15,397.50** |

### B130 Asset Disposition

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Correspond via email with Brooke Altazan and Doug Stewart regarding the status of the NDHS/SAG sale (0.3); correspond via email with the bankruptcy counsel team concerning this matter (0.1). | WSB | 0.40 | 200.00 |
| 01/05/23 | Correspond via email with Doug Draper, counsel for the Apostolates, regarding the closing of the NDHS and SAG sales (0.1); forward the finalized agreements to the bankruptcy counsel team for their review and comment (0.3); review and analyze the agreements (1.1). | WSB | 1.50 | 750.00 |
| 01/06/23 | Continue to review and analyze the NDHS skilled-nursing APA and the SAG APA. | WSB | 0.70 | 350.00 |
| 01/13/23 | Review and analyze the Purchase and Sale Agreements for the NDHS and SAG sales (0.6); correspond via email with the Commercial Committee counsel about these agreements (0.1); correspond via email with BRG about a potential meeting with the Commercial Committee counsel related to these sales (0.1). | WSB | 0.80 | 400.00 |
| 01/17/23 | Multiple email correspondences with Brooke Altazan concerning the status of the NDHS and SAG sales (0.2); correspond via email with Paul Shields and Matt Babcock concerning these sales and the coordination of responses with the Commercial Committee (0.2). | WSB | 0.40 | 200.00 |
| 01/19/23 | Review and analyze the CommCare/SAG Purchase and Sale Agreement in preparation for tomorrow's meeting with the Commercial Committee (1.1); review and analyze the second-stage CommCare/NDHS Purchase and Sale Agreement in preparation for the same meeting (1.2); further prepare for tomorrow's meeting (0.5). | WSB | 2.80 | 1,400.00 |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/20/23 | Attend today's meeting with the Commercial Committee to address issues arising out of the SAG/CommCare sale and the second-stage NDHS/CommCare sale (0.8); correspond via email with Matt Babcock and Paul Shields about this matter after today's call (0.2). | WSB | 1.00 | 500.00 |
| 01/25/23 | Further review and analyze the APA for the second-stage of the NDHS sale and the APA for the SAG sale (0.9); correspond via email with Matt Babcock about BRG's financial analysis of the NDHS/SAG transactions (0.1); meet with Mr. Babcock to review the financial analysis of the sales (0.9). | WSB | 1.90 | 950.00 |
| 01/26/23 | Review Debtor correspondence regarding the termination of the purchase agreement for the Excess Land near Howard Avenue (0.1); correspond via email with Brad Knapp about this issue (0.1). | WSB | 0.20 | 100.00 |
| 01/26/23 | Further analyze and review issues presented by the NDHS/SAG sales (0.2); correspond via email with the Commercial Committee regarding these matters (0.3). | WSB | 0.50 | 250.00 |
| 01/30/23 | Multiple email correspondences with Paul Shields and Matt Babcock concerning BRG's financial analysis of the NDHS/SAG transactions (0.6); review the spreadsheet analysis of the transaction (1.0); correspond via email with the bankruptcy counsel team about the analysis and further cooperation with the Commercial Committee in connection with it (0.6). | WSB | 2.20 | 1,100.00 |
| 01/31/23 | Correspond via email with the Commercial Committee team concerning the additional documents needed in connection with the NDHS/SAG sale (0.3); determine with Matt Babcock and Paul Shields key documents that should be requested (0.1); begin drafting joint letter to the Apostolates' counsel about this matter (0.6). | WSB | 1.00 | 500.00 |
| | | | **13.40** | **$6,700.00** |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Prepare for and provide reports to UCC at UCC meeting. | OFK | 1.20 | 600.00 |
| 01/03/23 | Revise Committee agenda (0.2); attend committee meeting regarding next steps in mediation process (0.8). | BCK | 1.00 | 425.00 |
| 01/03/23 | Correspond via email with Brad Knapp about the agenda for today's Committee meeting (0.2); prepare for and attend today's Committee meeting to address various outstanding issues (1.0). | WSB | 1.20 | 600.00 |
| 01/05/23 | Edit and revise communication with creditor regarding the Committee's motion to increase its fee rates (0.3); correspond via email with Brad Knapp about these changes (0.1). | WSB | 0.40 | 200.00 |
| 01/05/23 | Draft, edit, and revise email to the Committee summarizing various issues related to extending the tolling agreements with the Apostolates and non-Apostolate parties (0.6); forward the email to the Committee for their review and comment (0.2); further correspond via email with the bankruptcy counsel team about this and related Committee communications (0.2). | WSB | 1.00 | 500.00 |
| 01/09/23 | Correspond via email with the Committee members regarding the proposed extension of the tolling agreements with the Apostolates and non-Apostolate third parties. | WSB | 0.20 | 100.00 |
| 01/09/23 | Correspond with state court counsel on mediation date / plan (0.5) | OFK | 0.50 | 250.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/10/23 | Conference with Committee members regarding non-monetary plan provisions (1.0); correspondence with Committee regarding mediation setting and strategy items (0.2). | BCK | 1.20 | 510.00 |
| 01/11/23 | Conference with creditor regarding the status of the ANO case. | BCK | 0.30 | 127.50 |
| 01/11/23 | Correspond with state court counsel on child-protection plan provisions (0.7) | OFK | 0.70 | 350.00 |
| 01/12/23 | Correspond with state court counsel and victims on claim issues. (0.5) | OFK | 0.50 | 250.00 |
| 01/17/23 | Draft Committee meeting agenda (0.2); correspondence with Committee members regarding upcoming mediation (0.1); attend Committee meeting regarding upcoming mediation (0.7). | BCK | 1.00 | 425.00 |
| 01/17/23 | Review the proposed agenda for today's Committee meeting (0.1); attend today's Committee meeting covering various matters (0.7). | WSB | 0.80 | 400.00 |
| 01/17/23 | Prepare for and report at UCC meeting (1.0) | OFK | 1.00 | 500.00 |
| 01/18/23 | Correspond with state court counsel on mediation issues (0.5) | OFK | 0.50 | 250.00 |
| 01/20/23 | Correspond with state court counsel and Mr. Stang regarding mediation issues (0.5) | OFK | 0.50 | 250.00 |
| 01/24/23 | Correspond with state court counsel on mediation prep. (0.6) | OFK | 0.60 | 300.00 |
| 01/26/23 | Correspond with victim on information request (1.0); correspond via email with bankruptcy co-counsel about the case status. (0.5) Correspond with UCC chair about these matters (0.4) | OFK | 1.90 | 950.00 |
| 01/27/23 | Multiple emails with state court counsel / claimants regarding mediation topics. (0.5) | OFK | 0.50 | 250.00 |
| 01/31/23 | Correspond / call with state court counsel regarding Motion for late Proof of Claim (0.4) | OFK | 0.40 | 200.00 |
| | | | **15.40** | **$7,437.50** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/05/23 | Draft correspondence related to professional fee adjustments. | BCK | 0.30 | 127.50 |
| 01/10/23 | Address pending rate increase application and other related matters (.6). | PGE | 0.50 | 250.00 |
| 01/10/23 | Analyze with Rick Kuebel various evidentiary issues related to the Debtor's impending objection to the rate increase motion (0.5); begin preparing evidence and comparable information to support the motion (0.3). | WSB | 0.80 | 400.00 |
| 01/12/23 | Review and analyze the Debtor's objection to the Motion to Increase fee caps (0.2); analyze issues raised by the motion with Rick Kuebel (0.1). | WSB | 0.30 | 150.00 |
| 01/13/23 | Telephone conference with Rick Kuebel and correspondence regarding motion for rate increase and objection. | PGE | 0.50 | 250.00 |
| 01/13/23 | Review and analyze the Debtor's Objection to the Motion to Approve Rate Increases (0.5); analyze issues presented by the Objection with Rick Kuebel (0.7); identify key issues to raise in opposition to the Objection (0.8); correspond via email with BRG about this issue (0.2). | WSB | 2.20 | 1,100.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1777759
Page: 6

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/16/23 | Analyze and review with the BRG team the Debtor's financial status and claimed financial problems (1.4); draft, edit, and revise an email to the bankruptcy counsel team summarizing the results of BRG's financial analysis (0.5); draft, edit, and revise the Reply to the Debtor's Objection to the Motion to Raise Rate Caps (4.0); further correspond via email with the bankruptcy counsel team (0.3); prepare for the hearing on the Objection (1.0); edit and revise the Reply (1.0). | WSB | 8.20 | 4,100.00 |
| 01/17/23 | Draft motion to continue January 19, 2023 hearing on Motion to Approve Rate Cap Increase (0.5); correspond via email with bankruptcy counsel concerning this motion to continue (0.2). | AS | 0.70 | 87.50 |
| 01/17/23 | Draft, edit, and revise the Reply in support of the Motion for a Rate Increase (4.1); correspond via email with the bankruptcy counsel team about this matter (0.2); further edit and revise the Reply (0.4). | WSB | 4.70 | 2,350.00 |
| 01/17/23 | Correspondence with Court staff regarding upcoming hearing regarding professional retention terms (0.2); revise draft motion to continue hearing (0.2). | BCK | 0.40 | 170.00 |
| 01/17/23 | Review and address fee increase objection (.4). | PGE | 0.40 | 200.00 |
| 01/18/23 | Further draft, edit, and revise the Reply in support of the Motion to Increase Rate Caps (2.0); analyze issues presented by the Motion and prepare with Rick Kuebel and Brad Knapp for tomorrow's hearing (0.7). | WSB | 2.70 | 1,350.00 |
| 01/18/23 | Review Debtor hearing agenda regarding upcoming hearings (0.1); correspondence with Court and Debtor's counsel regarding hearings (0.1); review draft reply brief related to motion to modify professional retention (0.3); analysis of hearing strategy for upcoming hearings (0.2). | BCK | 0.70 | 297.50 |
| 01/19/23 | Prepare for today's omnibus hearing on the Motion to Approve Rate Caps (0.5); attend today's omnibus hearing (0.7); further edit and revise the Reply in light of today's hearing and additional suggested revisions from Pachulski Stang (0.3); correspond via email with the bankruptcy counsel team about today's hearing (0.5). | WSB | 2.00 | 1,000.00 |
| 01/19/23 | Analysis of hearing strategy regarding change to professional retention terms (0.4); analysis of next steps for evidentiary hearing (0.3). | BCK | 0.70 | 297.50 |
| 01/19/23 | Telephone conference with Rick Kuebel to address today's hearing on the Motion to Approve rate cap increases as well as further issues in connection with the Reply brief. | PGE | 0.50 | 250.00 |
| 01/19/23 | Prepare for and attend initial hearing on the Committee's motion to approve rate cap increases. | OFK | 0.80 | 400.00 |
| 01/20/23 | Begin drafting the monthly fee statement for Locke Lord (1.3); draft the monthly fee statement for Zobrio (0.2). | WSB | 1.50 | 750.00 |
| 01/20/23 | Analyze and review issues raised in connection with the Reply with Rick Kuebel (0.4); conduct further research and analysis to support an additional argument in the Reply (0.8). | WSB | 1.20 | 600.00 |
| 01/23/23 | Further draft, edit, and revise the monthly fee application of Locke Lord (2.1); finalize the monthly fee application of Zobrio, Inc. (0.4). | WSB | 2.50 | 1,250.00 |
| 01/23/23 | Begin preparing for the hearing on the motion to increase rate caps by identifying key exhibits and other issues (1.0); further edit and revise the Reply (0.6). | WSB | 1.60 | 800.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1777759
Page: 7

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/24/23 | Further draft, edit, and revise the Reply in support of the Motion to Approve a rate increase (4.0); correspond via email with Amanda St. Mary regarding the Debtor's agreement to extend the hearing date (0.1); further edit and revise the Reply (2.5); analyze issues presented in the Reply with Rick Kuebel (0.2). | WSB | 6.80 | 3,400.00 |
| 01/24/23 | Further edit and revise the Locke Lord monthly fee statement. | WSB | 1.10 | 550.00 |
| 01/24/23 | Email correspondence to the Court regarding evidentiary hearing on UCC's Motion to Amend Retention Orders of Its Co-Counsel and to Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure (Doc. No. 2004). | AS | 0.30 | 37.50 |
| 01/25/23 | Calendaring hearing deadlines related to Evidentiary Hearing on Motion to Amend Retention Orders (Doc 2004) and Objection (Doc 2015). | AS | 0.30 | 37.50 |
| 01/25/23 | Further edit and revise the Locke Lord monthly fee statement (1.3); review issues related to the preparation of the monthly statements and the formal applications with Amanda St. Mary (0.5); further edit and revise the monthly statements (1.5). | WSB | 3.30 | 1,650.00 |
| 01/26/23 | Edit and finalize the Locke Lord monthly fee statement (0.8); correspond via email with Zobrio concerning the amounts due for December 2022 (0.2); correspond via email with Bush Benton concerning the amounts due (0.1); draft Zobrio monthly fee statement (0.3). | WSB | 1.30 | 650.00 |
| 01/26/23 | Further edit and revise the Reply in support of the Motion to Increase Rate Caps (1.0); analyze and review these issues with Rick Kuebel (0.5). | WSB | 1.50 | 750.00 |
| 01/27/23 | Further identify key issues for Motion to Increase Rate Caps with Rick Kuebel and prepare for evidentiary hearing (0.6); begin finalizing the Reply (0.2). | WSB | 0.80 | 400.00 |
| 01/27/23 | Finalize the Zobrio monthly fee statement (0.3); draft, edit, and finalize the Stegall Benton monthly fee application (0.1); finalize the Locke Lord monthly fee application (0.3); send the monthly fee statements to the notice parties (0.1); send the LEDES files to the U.S. Trustee's office (0.1). | WSB | 0.90 | 450.00 |
| 01/27/23 | Correspondence with Court regarding remote participation at professional retention hearing (0.2): correspondence among counsel regarding virtual participation (0.1). | BCK | 0.30 | 127.50 |
| 01/29/23 | Further draft, edit, and revise the Reply in support of the Motion to Approve Rate Increases (2.5); review and analyze documents and other materials to identify the exhibits for use at the hearing on the Motion (2.3). | WSB | 4.80 | 2,400.00 |
| 01/30/23 | Identify additional exhibits for use at next week's hearing and determine how best to present those issues (0.5); telephone conference with Mark Mintz about the exhibits and hearing status (0.4); further edit and revise the Reply (1.5); analyze additional changes to the Reply with Rick Kuebel (0.5); begin preparing the exhibit list (0.3). | WSB | 3.20 | 1,600.00 |
| 01/31/23 | Prepare and finalize all exhibits accompanying the Reply in support of the Rate Cap Motion (0.6); correspond via email with Steven Bryant about these exhibits (0.1). | AS | 0.70 | 87.50 |

### B160 Fee/Employment Applications

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/23 | Analyze further issues related to the Reply with Rick Kuebel (0.4); edit and finalize the Reply (1.1); review issues related to the exhibits and the filing of the Reply with Amanda St. Mary (0.4); forward the Reply and all related documents to Ms. St. Mary for filing and service (0.2). | WSB | 2.10 | 1,050.00 |
| | | | **60.60** | **$29,370.00** |

### B170 Fee/Employment Objections

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Review the Jones Walker Second Amended Disclosure Statement (0.1); correspond via email with the bankruptcy counsel team about Jones Walker's status (0.3); begin drafting follow-up letter to Jones Walker asking for additional information about its representation of NDHS and SAG (1.1). | WSB | 1.50 | 750.00 |
| 01/04/23 | Analyze legal authorities regarding potential conflicts and disclosure issues presented by counsel for a Chapter 11 debtor representing insiders (3.5); begin drafting summary analysis of these findings (1.1). | WSB | 4.60 | 2,300.00 |
| 01/05/23 | Further draft list of potential questions to raise with Jones Walker about its retention by NDHS and SAG (0.5); conduct additional limited research on this matter (0.2). | WSB | 0.70 | 350.00 |
| 01/06/23 | Conduct additional legal research on Jones Walker's retention by NDHS and SAG and the conflict of interest posed by that retention. | WSB | 0.40 | 200.00 |
| | | | **7.20** | **$3,600.00** |

### B190 Other Contested Matters

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/19/23 | Receipt and review of multiple court ECF notices in connection with the status conference (0.3) Correspond regarding hearing re-set dates (0.4) | OFK | 0.70 | 350.00 |
| 01/19/23 | Prepare for and attend status conference on document production. | OFK | 0.40 | 200.00 |
| 01/26/23 | Drafting FOIA request for the Air Force investigative report regarding Father Brian Highfill | AS | 0.60 | 75.00 |
| | | | **1.70** | **$625.00** |

### B220 Employee Benefits/Pensions

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Review sealed filings submitted by Father O'Donnell. | BCK | 0.20 | 85.00 |
| | | | **0.20** | **$85.00** |

### B250 Real Estate

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/23 | Review and analyze Stegall Benton's analysis of The McEnery Group's property report (0.5); correspond via email with Bush Benton about this matter (0.1). | WSB | 0.60 | 300.00 |
| 01/11/23 | Forward the Stegall Benton report to the bankruptcy counsel team for their review and comment (0.1); further analyze and evaluate the report and its conclusions (0.5). | WSB | 0.60 | 300.00 |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B250 Real Estate** | | | | |
| 01/11/23 | Review updated real estate analysis from Stegall Benton. | BCK | 0.70 | 297.50 |
| 01/12/23 | Further review and analyze the Stegall Benton analysis of The McEnery real property report. | WSB | 0.30 | 150.00 |
| | | | **2.20** | **$1,047.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B310 Claims Administration and Objections** | | | | |
| 01/30/23 | Review motions for late-filed claim and supporting declarations. | BCK | 0.30 | 127.50 |
| 01/31/23 | Continue reviewing late filed claim motions and proposed stipulations. | BCK | 0.30 | 127.50 |
| | | | **0.60** | **$255.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B320 Plan and Disclosure Statement** | | | | |
| 01/03/23 | Follow-up correspondence with B. Knapp and Mr. Stang. | OFK | 0.50 | 250.00 |
| 01/03/23 | Multiple correspondence on non-monetary child protection issues. | OFK | 0.80 | 400.00 |
| 01/03/23 | Work on plan / claims value /estimation issues. | OFK | 1.00 | 500.00 |
| 01/03/23 | Follow-up correspondence on non-monetary child protection meeting and questions. | OFK | 0.60 | 300.00 |
| 01/03/23 | Conference with Debtor's counsel regarding next steps in mediation (0.6); revise set of questions for non-monetary plan mediation meeting (1.3). | BCK | 1.90 | 807.50 |
| 01/03/23 | Review strategy questions per request of R. Kuebel. | WSH | 0.50 | 250.00 |
| 01/04/23 | Revise questions for non-monetary plan mediation session based on additional Committee feedback (1.2); correspondence with L. Futrell regarding topics for plan mediation session (0.2); review ANO policies and presentation materials (2.1); begin revising non-monetary plan provisions based on ANO presentation (3.0). | BCK | 6.50 | 2,762.50 |
| 01/04/23 | Call with state court counsel regarding claim estimation / value issues and child protection plan provisions (0.7) Revise non-monetary child protection questions and circulate to UCC (1.6) Receipt and review of multiple emails regarding child protection meeting and question sand reply to the same (0.8) Work on coordination of child protection meeting materials and questions with draft on non-monetary, child protection plan provisions (2.3) | OFK | 5.40 | 2,700.00 |
| 01/05/23 | Correspond with Lisa Futrell and counsel on non-monetary meeting (0.4) Receipt and review of report on mediation status / claim value issues (0.8) Continued work on revisions to non-monetary plan provisions (1.2) Work on claim objection /valuation issues for mediation purposes (0.8) | OFK | 3.20 | 1,600.00 |
| 01/05/23 | Continue revising non-monetary plan provisions (1.4); correspondence with Committee regarding plan mediation issues and non-monetary status (0.3). | BCK | 1.70 | 722.50 |
| 01/06/23 | Continue revising non-monetary plan terms. | BCK | 0.70 | 297.50 |
| 01/09/23 | Review the Debtor's communication regarding the proposed in-person mediation dates (0.3); address the issues posed by this new schedule with the bankruptcy mediation team (0.2). | WSB | 0.50 | 250.00 |

Case 20-10846 Doc 2492-31 Filed 03/28/26 Entered 03/28/26 15:43:11 Exhibit 32 (January 2023 Fee Statement) Page 102 of 184

Case 20-10846 Doc 2492-31 Filed 03/28/26 Entered 03/28/26 15:43:11 Exhibit 32 (January 2023 Fee Statement) Page 102 of 28

Official Committee of Unsecured Creditors
File No.: 0107766.00001

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/09/23 | Analysis of next steps for mediation preparation following correspondence from Judge Zive setting plan mediation. | BCK | 1.20 | 510.00 |
| 01/09/23 | Continue developing document needs related to the Debtor in order to further plan mediation process. | BCK | 1.40 | 595.00 |
| 01/09/23 | Multiple emails and continued work on non-monetary /child protection plan provision (1.4) Draft, revise and send correspondence on child protection provisions and mediation preparation (2.0) | OFK | 3.40 | 1,700.00 |
| 01/10/23 | Prepare for and participate in call with Debtor's counsel on mediation related issues (1.2) Follow-up call with Mr. Stang on mediation / plan / claim value issues (1.0) Prepare for and conduct sub-committee meeting on non-monetary, child-protection plan provisions (1.6) Review Santa Fe child-protection plan provisions (0.4) Receipt and review of New York ruling on clergy file access (0.4) Multiple emails with state court counsel on mediation participation (0.6) | OFK | 5.20 | 2,600.00 |
| 01/10/23 | Review non-monetary plan provision draft (0.4); analysis of non-monetary plan terms from other bankruptcy cases in preparation for plan mediation (1.1). | BCK | 1.50 | 637.50 |
| 01/10/23 | Conference with Debtor's counsel regarding mediation next steps (0.5); analysis of strategy items and potential agenda items for upcoming mediation (1.1). | BCK | 1.60 | 680.00 |
| 01/11/23 | Work on mediation presentation on non-monetary, child-protection plan provisions (2.5) | OFK | 2.50 | 1,250.00 |
| 01/12/23 | Work on mediation presentation preparation for non-monetary plan provisions and claim value issues (2.5) | OFK | 2.50 | 1,250.00 |
| 01/12/23 | Continue reviewing draft non-monetary proposals for potential revision (1.2); begin preparing presentation regarding non-monetaries (1.8). | BCK | 3.00 | 1,275.00 |
| 01/12/23 | Analysis of claims issues for mediation preparation. | BCK | 0.40 | 170.00 |
| 01/12/23 | Analysis of Prescription issues for claims evaluation in connection with potential mediation. | PCL | 5.00 | 2,500.00 |
| 01/13/23 | Analysis of Prescription issues for claims evaluation in connection with potential mediation and conference with R. Kuebel related to the same. | PCL | 5.20 | 2,600.00 |
| 01/13/23 | Continue preparing for plan mediation session. | BCK | 0.40 | 170.00 |
| 01/13/23 | Continued work on mediation preparation in connection with claim value issues (1.4) Correspond with Claro group (0.4) Work on mediation prep for non-monetary, child-protection plan provisions (1.5) | OFK | 3.30 | 1,650.00 |
| 01/17/23 | Conference with Debtor's counsel regarding upcoming omnibus hearing and plan mediation (0.5); analysis of additional Apostolate information needs for plan mediation (0.6); review status of claims analysis for plan mediation process (1.0); begin reviewing financial diligence materials produced by ANO (1.1). | BCK | 3.20 | 1,360.00 |
| 01/17/23 | Analyze issues related to the forthcoming mediation session with Brad Knapp, Jim Stang, and Rick Kuebel. | WSB | 0.80 | 400.00 |

| | B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/17/23 | Prepare for and participate in call with Claro group on claims valuation/estimation (1.1) Continued work on claim review, valuation and estimation in preparation for mediation (1.0) Work on non-monetary plan provisions (0.9) | OFK | 3.00 | 1,500.00 |
| 01/17/23 | Continue preparing non-monetary plan materials and documents for mediation. | BCK | 1.20 | 510.00 |
| 01/17/23 | Review of Prescription issues related to claims of adults and children in connection with upcoming mediation, | PCL | 2.40 | 1,200.00 |
| 01/18/23 | Conduct further legal research and analysis on prescription issues potentially affecting the valuation of survivor claims in connection with upcoming mediation, | PCL | 2.50 | 1,250.00 |
| 01/18/23 | Analysis of cost materials produced by Debtor in connection with mediation. | BCK | 1.70 | 722.50 |
| 01/18/23 | Work on mediation preparation on claim value issues (2.6) | OFK | 2.60 | 1,300.00 |
| 01/19/23 | Analysis of additional revisions to presentation materials for plan mediation. | BCK | 0.50 | 212.50 |
| 01/19/23 | Prepare for and participate in call with state court victim counsel regarding mediation participation /claim value (0.8) Follow-up correspondence regarding mediation part (0.4) Work on financial liability to pay due diligence with BRG team and review financial exhibits (2.2) Work on mediation preparation regarding child protection plan provisions (1.6) | OFK | 5.00 | 2,500.00 |
| 01/19/23 | Further legal research and analysis on the impact of prescription on the potential value of survivor claims in order to prepare for upcoming mediation, | PCL | 3.00 | 1,500.00 |
| 01/20/23 | Continued work on meditation preparation regarding non-monetary plan provisions (1.5) Multiple emails/documents on claim value issues with Claro and state court counsel (0.8) Work on asset valuation /financial analysis preparation for mediation (1.0) | OFK | 3.30 | 1,650.00 |
| 01/23/23 | Continue reviewing documents related to non-monetary and child protection issues related to plan mediation (1.8); continue reviewing supplemental document productions from ANO (0.4); analysis of next steps for mediation related to financial issues (1.0). | BCK | 3.20 | 1,360.00 |
| 01/23/23 | Analysis of claims for mediation preparation (0.6); correspondence with Claro regarding claims (0.2). | BCK | 0.80 | 340.00 |
| 01/23/23 | Continued work on claim valuation for mediation (1.5) Prepare for and participate in call with BRG regarding asset due diligence (1.3) | OFK | 2.80 | 1,400.00 |
| 01/23/23 | Work on mediation prep regarding non-monetary plan provisions (1.4) | OFK | 1.40 | 700.00 |
| 01/23/23 | Analysis of prescription Issues in connection with claims evaluation for upcoming mediation. | PCL | 2.70 | 1,350.00 |
| 01/24/23 | Analysis of prescription Issues in connection with claims evaluation for upcoming mediation. | PCL | 2.30 | 1,150.00 |
| 01/24/23 | Participate in mediation prep call with Mr. Stang (0.7) Work on claim valuation details for plan mediation and work on mediation presentation (1.3) | OFK | 2.00 | 1,000.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/24/23 | Conference with M. Mintz regarding upcoming mediation (0.5); correspondence with D. Draper regarding document needs for mediation (0.2); analysis of supplemental Debtor production related to financial issues (1.2); begin preparing proposed mediation agenda (0.4); continued analysis of document and information needs (0.6). | BCK | 2.90 | 1,232.50 |
| 01/25/23 | Continue reviewing supplemental document productions related to non-monetary plan provisions. | BCK | 1.90 | 807.50 |
| 01/25/23 | Address potential plan structure and other plan-related matters with Rick Kuebel. | PGE | 0.60 | 300.00 |
| 01/25/23 | Work on mediation prep for non-monetary plan / child protection provisions (1.5) Work on claims value issues and related mediation preparation (1.4) | OFK | 2.90 | 1,450.00 |
| 01/25/23 | Provide detailed analysis of issues concerning the valuation of survivor claims to Rick Kuebel in preparation for the upcoming mediation. | PCL | 2.80 | 1,400.00 |
| 01/26/23 | Continued work and correspondence on claim value issues with Claro Group and state court counsel (1.0) Continued work on mediation prep/non-monetary plan provisions (0.9) | OFK | 1.90 | 950.00 |
| 01/26/23 | Analysis of claims for plan mediation. | BCK | 1.10 | 467.50 |
| 01/26/23 | Analysis of agenda items for plan mediation. | BCK | 0.50 | 212.50 |
| 01/27/23 | Multiple correspondence on mediation issues including draft agenda and claim value presentation (1.1) Continued work on non-monetary plan provisions and related mediation preparation (2.0) | OFK | 3.10 | 1,550.00 |
| 01/27/23 | Conference with M. Mintz regarding deferred maintenance issues (0.4); conference with B. Altazan regarding deferred maintenance issues (0.3); correspondence with BRG regarding next steps for property inspections in preparation for plan mediation (0.2); analysis of mediation agenda items (0.2); continue preparing for non-monetary plan mediation discussions (1.1); review updated claims analysis for mediation (0.4). | BCK | 2.60 | 1,105.00 |
| 01/29/23 | Analysis of agenda items for plan mediation. | BCK | 0.20 | 85.00 |
| 01/30/23 | Review proposed site visit list in preparation for mediation (0.2); correspondence with Commercial Committee regarding site visits (0.1); correspondence with counsel for TMI regarding site visits (0.1); revise mediation agenda (0.3); review correspondence with mediator regarding upcoming sessions (0.3); continued analysis of claims related to mediation preparation (1.1); correspondence with Committee regarding mediation preparation and upcoming meetings (0.3); analysis of latest updates from Judge Zive discussions (0.4). | BCK | 2.80 | 1,190.00 |
| 01/30/23 | Call with Mr. Stang to review/revise draft mediation agenda and prep for call with Judge Zive (0.8) Work on claims value/estimation issues in preparation for mediation with detail review of instructive cases (1.7) Follow-up review and comment on draft mediation agenda (0.4) Follow-up review on claims valuation discussion / report and related correspondence (1.0) Work on mediation prep/ non-monetary plan provision (1.2) | OFK | 5.10 | 2,550.00 |
| 01/30/23 | Further analysis of Prescription issues for claims evaluation. | PCL | 4.40 | 2,200.00 |
| 01/31/23 | Analysis of Prescription issues for claims evaluation. | PCL | 5.00 | 2,500.00 |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/23 | Call regarding mediation preparation with B. Knapp (0.3) Call with state court counsel on mediation issues (0.7) Work on mediation prep regarding claims and non-monetary plan provisions (2.0) | OFK | 3.00 | 1,500.00 |
| 01/31/23 | Perform legal research concerning claim estimation issues in preparation for forthcoming mediation. | SJH | 0.90 | 292.50 |
| 01/31/23 | Analyze multiple issues related to the upcoming mediation with BRG and the bankruptcy counsel team and prepare for the mediation. | WSB | 1.30 | 650.00 |
| 01/31/23 | Conference with M. Mintz regarding plan mediation issues and preparations (0.5); revise mediation agenda (0.4); continued analysis of claims and claims issues for mediation preparation (2.4); correspondence with Debtor and Commercial Committee regarding property inspections in preparation for mediation (0.3); conference with BRG team regarding status of financial diligence for mediation preparation (1.4); continued analysis of non-monetary provisions (0.7). | BCK | 5.70 | 2,422.50 |
| | | | **153.00** | **$72,697.50** |

**TOTAL FEES** $139,315.00

**TIMEKEEPER SUMMARY:**

    **B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 2.90 | $1,450.00 |
| W.S. Bryant | Partner | $500.00 | 1.00 | $500.00 |
| A. St. Mary | Paralegal | $125.00 | 1.20 | $150.00 |
| | | | **5.10** | **$2,100.00** |

    **B120   Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 8.70 | $3,697.50 |
| J. M. Cerise | Partner | $500.00 | 5.60 | $2,800.00 |
| O. F. Kuebel | Partner | $500.00 | 15.20 | $7,600.00 |
| W.S. Bryant | Partner | $500.00 | 2.40 | $1,200.00 |
| A. St. Mary | Paralegal | $125.00 | 0.80 | $100.00 |
| | | | **32.70** | **$15,397.50** |

    **B130   Asset Disposition**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 13.40 | $6,700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1777759
Page: 14

**B130    Asset Disposition**

|  |  |  | 13.40 | $6,700.00 |
|---|---|---|---|---|

**B150    Meetings & Communications With Creditors**

| B. C. Knapp | Partner | $425.00 | 3.50 | $1,487.50 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 8.30 | $4,150.00 |
| W.S. Bryant | Partner | $500.00 | 3.60 | $1,800.00 |
|  |  |  | **15.40** | **$7,437.50** |

**B160    Fee/Employment Applications**

| B. C. Knapp | Partner | $425.00 | 2.40 | $1,020.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $500.00 | 0.80 | $400.00 |
| P. G. Eisenberg | Partner | $500.00 | 1.90 | $950.00 |
| W.S. Bryant | Partner | $500.00 | 53.50 | $26,750.00 |
| A. St. Mary | Paralegal | $125.00 | 2.00 | $250.00 |
|  |  |  | **60.60** | **$29,370.00** |

**B170    Fee/Employment Objections**

| W.S. Bryant | Partner | $500.00 | 7.20 | $3,600.00 |
|---|---|---|---|---|
|  |  |  | **7.20** | **$3,600.00** |

**B190    Other Contested Matters**

| O. F. Kuebel | Partner | $500.00 | 1.10 | $550.00 |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $125.00 | 0.60 | $75.00 |
|  |  |  | **1.70** | **$625.00** |

**B220    Employee Benefits/Pensions**

| B. C. Knapp | Partner | $425.00 | 0.20 | $85.00 |
|---|---|---|---|---|
|  |  |  | **0.20** | **$85.00** |

**B250    Real Estate**

| B. C. Knapp | Partner | $425.00 | 0.70 | $297.50 |
|---|---|---|---|---|

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: February 28, 2023
Invoice No.:  1777759
Page:  15

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $500.00 | 1.50 | $750.00 |
| | | | **2.20** | **$1,047.50** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 0.60 | $255.00 |
| | | | **0.60** | **$255.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $425.00 | 48.60 | $20,655.00 |
| O. F. Kuebel | Partner | $500.00 | 64.50 | $32,250.00 |
| P.C. Lambert | Partner | $500.00 | 35.30 | $17,650.00 |
| P. G. Eisenberg | Partner | $500.00 | 0.60 | $300.00 |
| W.S. Bryant | Partner | $500.00 | 2.60 | $1,300.00 |
| W. S. Hastings | Partner | $500.00 | 0.50 | $250.00 |
| S. J. Humeniuk | Senior Counsel | $325.00 | 0.90 | $292.50 |
| | | | **153.00** | **$72,697.50** |

## TIMEKEEPER SUMMARY TOTALS

| | | |
|---|---|---|
| | **292.10** | **$139,315.00** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 0.57 |
| | Outside Printing | 812.75 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| | TOTAL EXPENSES | $967.32 |

## TOTAL FEES                                                                           $139,315.00

## TOTAL EXPENSES                                                                      $967.32

## TOTAL FEES AND EXPENSES                                                  $140,282.32

**PLEASE REMIT PAYMENT:**

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: February 28, 2023
Invoice No.:  1777759
Page:  16

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132071520v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

February 28, 2023
Invoice No.: 1777759

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through January 31, 2023

      File Number: 0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................... $139,315.00

Total Expenses ................................................................................................................................... $967.32

Total Due this Statement................................................................................................................. $140,282.32

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132071520v.1



# Locke Lord LLP

**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

February 28, 2023
Invoice No.: 1782640

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2023                    <u>$174,457.32</u>

| | |
|---|---|
| File Number: | 0107766.00001 |
| Re: | Bankruptcy of the Archdiocese of New Orleans |

| **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 01/03/23 Prepare for and participate in weekly call with Debtor's counsel. (0.6) | OFK | 0.60 | 360.00 |
| 01/04/23 Review and update master service list in the ANO case. | AS | 1.00 | 225.00 |
| 01/17/23 Participate in weekly telephone meeting with the Debtor's counsel to address outstanding issues between the Committee and the Debtor. | WSB | 1.00 | 600.00 |
| 01/17/23 Review and update master service list in the bankruptcy case. | AS | 0.20 | 45.00 |
| 01/17/23 Prepare for and participate in debtor call (1.0) | OFK | 1.00 | 600.00 |
| 01/24/23 Prepare for and participate in weekly call with ANO (0.8) | OFK | 0.80 | 480.00 |
| 01/31/23 Prepare for and participate in weekly call with ANO counsel (0.5) | OFK | 0.50 | 300.00 |
| | | **5.10** | **$2,610.00** |

| **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 01/03/23 Correspond via email with Brooke Altazan concerning the status of the tolling agreements and the extension of the tolling period (0.3); correspond via email with the bankruptcy counsel team about this matter (0.2). | WSB | 0.50 | 300.00 |
| 01/04/23 Correspond via email with the bankruptcy counsel team concerning the advantages and disadvantages of extending the tolling agreements (0.3); begin drafting email analysis to the Committee concerning this matter in light of yesterday's Committee meeting (0.4). | WSB | 0.70 | 420.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

# EXHIBIT 1-4

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: February 28, 2023
Invoice No.:  1782640
Page:  2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/04/23 | Correspond with Andy Caine on Motion to Compel issues. (0.4) | OFK | 0.40 | 240.00 |
| 01/05/23 | Continue reviewing document productions from the Debtor (1.3); analysis of next steps for document collection needs (0.5). | BCK | 1.80 | 1,080.00 |
| 01/05/23 | Prepare for call with Andy Caine on Motion to Compel and path forward on additional, open discovery items. | OFK | 0.70 | 420.00 |
| 01/05/23 | Multiple emails with Matt Babcock and Paul Shields regarding the Debtor data sets requested by the Commercial Committee (0.3); review the information provided by Mr. Babcock and Mr. Shields about this request (0.2). | WSB | 0.50 | 300.00 |
| 01/09/23 | Leave telephone message for Brooke Altazan regarding the extension of tolling agreements and data sharing (0.2); correspond via email with the Committee bankruptcy counsel team regarding this matter (0.1). | WSB | 0.30 | 180.00 |
| 01/10/23 | Telephone conference with Brooke Altazan concerning the extensions of the Apostolate tolling agreements and the Committees' coordination in this matter. | WSB | 0.40 | 240.00 |
| 01/11/23 | Continued analysis of document productions from the Debtor. | BCK | 1.20 | 720.00 |
| 01/12/23 | Correspond with Doug Stewart on Tolling Agreement and mediation (0.8) | OFK | 0.80 | 480.00 |
| 01/13/23 | Correspond with S. Bryant on tolling agreement and claim value issues (0.8) | OFK | 0.80 | 480.00 |
| 01/13/23 | Analysis of document production issues for upcoming hearing. | BCK | 0.50 | 300.00 |
| 01/17/23 | Analysis of next steps for pending motion to compel and information needs for plan mediation. | BCK | 0.60 | 360.00 |
| 01/17/23 | Call with PSZJ regarding Motion to Compel (0.5) Continued work on financial due diligence with BRG (0.7) | OFK | 1.20 | 720.00 |
| 01/18/23 | Correspond via email with various parties regarding financial due diligence (0.5); review of new financial exhibits (1.2) | OFK | 1.70 | 1,020.00 |
| 01/18/23 | Multiple correspondence and telephone calls regarding tomorrow's status conference and motion day agenda (0.8) | OFK | 0.80 | 480.00 |
| 01/19/23 | Draft and file certificate of service for Court's order resetting the hearing on the Motion to Compel (0.6); correspond via email with counsel regarding the certificate of service (0.20. | AS | 0.80 | 180.00 |
| 01/19/23 | Analysis of privilege claims on additional documents produced by the Debtor (2.1); review order re-setting motion to compel (0.1). | BCK | 2.20 | 1,320.00 |
| 01/20/23 | Review supplemental ANO production following withdrawal of certain privilege claims. | BCK | 2.40 | 1,440.00 |
| 01/20/23 | Multiple emails / correspondence on ANO financial due diligence /asset issues with BRG team (0.8) Review of open financial due diligence document requests (0.4) Receipt and review of forwarded ANO documents for review from Mr. Caine. (0.5) | OFK | 1.70 | 1,020.00 |
| 01/23/23 | Telephone conference with Mr. Knapp regarding discovery disputes and background facts pertaining to same. | JMC | 0.20 | 120.00 |
| 01/24/23 | Multiple correspondence on ANO financial discovery with BRG team in advance of ANO financial meeting (1.2) | OFK | 1.20 | 720.00 |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/24/23 | Review and analyze authorities regarding applicability of attorney-client privilege to third-party communications (2.6). Confer with Mr. Knapp regarding initial conclusions and further information requirements (.2). Evaluate Debtor's assertion of privilege in light of authorities (.7). Develop recommended strategy and action items in connection with discovery disputes (.7). | JMC | 4.20 | 2,520.00 |
| 01/25/23 | Review and analyze 5th Circuit case law on privilege issues (1.1). Communicate with Mr. Knapp regarding same (.1). | JMC | 1.20 | 720.00 |
| 01/25/23 | Multiple correspondence and attention to financial due diligence requests and meeting preparation (0.8) | OFK | 0.80 | 480.00 |
| 01/27/23 | Multiple correspondence with BRG team on asset due diligence (0.8) Correspond with S. Bryant on asset due diligence open items and SAG report (0.7) | OFK | 1.50 | 900.00 |
| 01/31/23 | Follow-up call with Mr. Stang on mediation preparation and asset discovery (0.8) Prepare for and participate in call with BRG team regarding financial /asset investigations and presentation from ANO (1.4) Correspond regarding NDHS closing and missing information requests (0.5) correspond regarding tolling agreement with Commercial committee counsel and co-counsel (0.5) | OFK | 3.20 | 1,920.00 |
| 01/31/23 | Correspond via email with Stegall Benton regarding Debtor's renewed lease approval motion. | OFK | 0.40 | 240.00 |
| | | | **32.70** | **$19,320.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Correspond via email with Brooke Altazan and Doug Stewart regarding the status of the NDHS/SAG sale (0.3); correspond via email with the bankruptcy counsel team concerning this matter (0.1). | WSB | 0.40 | 240.00 |
| 01/05/23 | Correspond via email with Doug Draper, counsel for the Apostolates, regarding the closing of the NDHS and SAG sales (0.1); forward the finalized agreements to the bankruptcy counsel team for their review and comment (0.3); review and analyze the agreements (1.1). | WSB | 1.50 | 900.00 |
| 01/06/23 | Continue to review and analyze the NDHS skilled-nursing APA and the SAG APA. | WSB | 0.70 | 420.00 |
| 01/13/23 | Review and analyze the Purchase and Sale Agreements for the NDHS and SAG sales (0.6); correspond via email with the Commercial Committee counsel about these agreements (0.1); correspond via email with BRG about a potential meeting with the Commercial Committee counsel related to these sales (0.1). | WSB | 0.80 | 480.00 |
| 01/17/23 | Multiple email correspondences with Brooke Altazan concerning the status of the NDHS and SAG sales (0.2); correspond via email with Paul Shields and Matt Babcock concerning these sales and the coordination of responses with the Commercial Committee (0.2). | WSB | 0.40 | 240.00 |
| 01/19/23 | Review and analyze the CommCare/SAG Purchase and Sale Agreement in preparation for tomorrow's meeting with the Commercial Committee (1.1); review and analyze the second-stage CommCare/NDHS Purchase and Sale Agreement in preparation for the same meeting (1.2); further prepare for tomorrow's meeting (0.5). | WSB | 2.80 | 1,680.00 |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/20/23 | Attend today's meeting with the Commercial Committee to address issues arising out of the SAG/CommCare sale and the second-stage NDHS/CommCare sale (0.8); correspond via email with Matt Babcock and Paul Shields about this matter after today's call (0.2). | WSB | 1.00 | 600.00 |
| 01/25/23 | Further review and analyze the APA for the second-stage of the NDHS sale and the APA for the SAG sale (0.9); correspond via email with Matt Babcock about BRG's financial analysis of the NDHS/SAG transactions (0.1); meet with Mr. Babcock to review the financial analysis of the sales (0.9). | WSB | 1.90 | 1,140.00 |
| 01/26/23 | Review Debtor correspondence regarding the termination of the purchase agreement for the Excess Land near Howard Avenue (0.1); correspond via email with Brad Knapp about this issue (0.1). | WSB | 0.20 | 120.00 |
| 01/26/23 | Further analyze and review issues presented by the NDHS/SAG sales (0.2); correspond via email with the Commercial Committee regarding these matters (0.3). | WSB | 0.50 | 300.00 |
| 01/30/23 | Multiple email correspondences with Paul Shields and Matt Babcock concerning BRG's financial analysis of the NDHS/SAG transactions (0.6); review the spreadsheet analysis of the transaction (1.0); correspond via email with the bankruptcy counsel team about the analysis and further cooperation with the Commercial Committee in connection with it (0.6). | WSB | 2.20 | 1,320.00 |
| 01/31/23 | Correspond via email with the Commercial Committee team concerning the additional documents needed in connection with the NDHS/SAG sale (0.3); determine with Matt Babcock and Paul Shields key documents that should be requested (0.1); begin drafting joint letter to the Apostolates' counsel about this matter (0.6). | WSB | 1.00 | 600.00 |
| | | | **13.40** | **$8,040.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/03/23 | Prepare for and provide reports to UCC at UCC meeting. | OFK | 1.20 | 720.00 |
| 01/03/23 | Revise Committee agenda (0.2); attend committee meeting regarding next steps in mediation process (0.8). | BCK | 1.00 | 600.00 |
| 01/03/23 | Correspond via email with Brad Knapp about the agenda for today's Committee meeting (0.2); prepare for and attend today's Committee meeting to address various outstanding issues (1.0). | WSB | 1.20 | 720.00 |
| 01/05/23 | Edit and revise communication with creditor regarding the Committee's motion to increase its fee rates (0.3); correspond via email with Brad Knapp about these changes (0.1). | WSB | 0.40 | 240.00 |
| 01/05/23 | Draft, edit, and revise email to the Committee summarizing various issues related to extending the tolling agreements with the Apostolates and non-Apostolate parties (0.6); forward the email to the Committee for their review and comment (0.2); further correspond via email with the bankruptcy counsel team about this and related Committee communications (0.2). | WSB | 1.00 | 600.00 |
| 01/09/23 | Correspond via email with the Committee members regarding the proposed extension of the tolling agreements with the Apostolates and non-Apostolate third parties. | WSB | 0.20 | 120.00 |
| 01/09/23 | Correspond with state court counsel on mediation date / plan (0.5) | OFK | 0.50 | 300.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/10/23 | Conference with Committee members regarding non-monetary plan provisions (1.0); correspondence with Committee regarding mediation setting and strategy items (0.2). | BCK | 1.20 | 720.00 |
| 01/11/23 | Conference with creditor regarding the status of the ANO case. | BCK | 0.30 | 180.00 |
| 01/11/23 | Correspond with state court counsel on child-protection plan provisions (0.7) | OFK | 0.70 | 420.00 |
| 01/12/23 | Correspond with state court counsel and victims on claim issues. (0.5) | OFK | 0.50 | 300.00 |
| 01/17/23 | Draft Committee meeting agenda (0.2); correspondence with Committee members regarding upcoming mediation (0.1); attend Committee meeting regarding upcoming mediation (0.7). | BCK | 1.00 | 600.00 |
| 01/17/23 | Review the proposed agenda for today's Committee meeting (0.1); attend today's Committee meeting covering various matters (0.7). | WSB | 0.80 | 480.00 |
| 01/17/23 | Prepare for and report at UCC meeting (1.0) | OFK | 1.00 | 600.00 |
| 01/18/23 | Correspond with state court counsel on mediation issues (0.5) | OFK | 0.50 | 300.00 |
| 01/20/23 | Correspond with state court counsel and Mr. Stang regarding mediation issues (0.5) | OFK | 0.50 | 300.00 |
| 01/24/23 | Correspond with state court counsel on mediation prep. (0.6) | OFK | 0.60 | 360.00 |
| 01/26/23 | Correspond with victim on information request (1.0); correspond via email with bankruptcy co-counsel about the case status. (0.5) Correspond with UCC chair about these matters (0.4) | OFK | 1.90 | 1,140.00 |
| 01/27/23 | Multiple emails with state court counsel / claimants regarding mediation topics. (0.5) | OFK | 0.50 | 300.00 |
| 01/31/23 | Correspond / call with state court counsel regarding Motion for late Proof of Claim (0.4) | OFK | 0.40 | 240.00 |
| | | | **15.40** | **$9,240.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/05/23 | Draft correspondence related to professional fee adjustments. | BCK | 0.30 | 180.00 |
| 01/10/23 | Address pending rate increase application and other related matters (.6). | PGE | 0.50 | 300.00 |
| 01/10/23 | Analyze with Rick Kuebel various evidentiary issues related to the Debtor's impending objection to the rate increase motion (0.5); begin preparing evidence and comparable information to support the motion (0.3). | WSB | 0.80 | 480.00 |
| 01/12/23 | Review and analyze the Debtor's objection to the Motion to Increase fee caps (0.2); analyze issues raised by the motion with Rick Kuebel (0.1). | WSB | 0.30 | 180.00 |
| 01/13/23 | Telephone conference with Rick Kuebel and correspondence regarding motion for rate increase and objection. | PGE | 0.50 | 300.00 |
| 01/13/23 | Review and analyze the Debtor's Objection to the Motion to Approve Rate Increases (0.5); analyze issues presented by the Objection with Rick Kuebel (0.7); identify key issues to raise in opposition to the Objection (0.8); correspond via email with BRG about this issue (0.2). | WSB | 2.20 | 1,320.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 6

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/16/23 | Analyze and review with the BRG team the Debtor's financial status and claimed financial problems (1.4); draft, edit, and revise an email to the bankruptcy counsel team summarizing the results of BRG's financial analysis (0.5); draft, edit, and revise the Reply to the Debtor's Objection to the Motion to Raise Rate Caps (4.0); further correspond via email with the bankruptcy counsel team (0.3); prepare for the hearing on the Objection (1.0); edit and revise the Reply (1.0). | WSB | 8.20 | 4,920.00 |
| 01/17/23 | Draft motion to continue January 19, 2023 hearing on Motion to Approve Rate Cap Increase (0.5); correspond via email with bankruptcy counsel concerning this motion to continue (0.2). | AS | 0.70 | 157.50 |
| 01/17/23 | Draft, edit, and revise the Reply in support of the Motion for a Rate Increase (4.1); correspond via email with the bankruptcy counsel team about this matter (0.2); further edit and revise the Reply (0.4). | WSB | 4.70 | 2,820.00 |
| 01/17/23 | Correspondence with Court staff regarding upcoming hearing regarding professional retention terms (0.2); revise draft motion to continue hearing (0.2). | BCK | 0.40 | 240.00 |
| 01/17/23 | Review and address fee increase objection (.4). | PGE | 0.40 | 240.00 |
| 01/18/23 | Further draft, edit, and revise the Reply in support of the Motion to Increase Rate Caps (2.0); analyze issues presented by the Motion and prepare with Rick Kuebel and Brad Knapp for tomorrow's hearing (0.7). | WSB | 2.70 | 1,620.00 |
| 01/18/23 | Review Debtor hearing agenda regarding upcoming hearings (0.1); correspondence with Court and Debtor's counsel regarding hearings (0.1); review draft reply brief related to motion to modify professional retention (0.3); analysis of hearing strategy for upcoming hearings (0.2). | BCK | 0.70 | 420.00 |
| 01/19/23 | Prepare for today's omnibus hearing on the Motion to Approve Rate Caps (0.5); attend today's omnibus hearing (0.7); further edit and revise the Reply in light of today's hearing and additional suggested revisions from Pachulski Stang (0.3); correspond via email with the bankruptcy counsel team about today's hearing (0.5). | WSB | 2.00 | 1,200.00 |
| 01/19/23 | Analysis of hearing strategy regarding change to professional retention terms (0.4); analysis of next steps for evidentiary hearing (0.3). | BCK | 0.70 | 420.00 |
| 01/19/23 | Telephone conference with Rick Kuebel to address today's hearing on the Motion to Approve rate cap increases as well as further issues in connection with the Reply brief. | PGE | 0.50 | 300.00 |
| 01/19/23 | Prepare for and attend initial hearing on the Committee's motion to approve rate cap increases. | OFK | 0.80 | 480.00 |
| 01/20/23 | Begin drafting the monthly fee statement for Locke Lord (1.3); draft the monthly fee statement for Zobrio (0.2). | WSB | 1.50 | 900.00 |
| 01/20/23 | Analyze and review issues raised in connection with the Reply with Rick Kuebel (0.4); conduct further research and analysis to support an additional argument in the Reply (0.8). | WSB | 1.20 | 720.00 |
| 01/23/23 | Further draft, edit, and revise the monthly fee application of Locke Lord (2.1); finalize the monthly fee application of Zobrio, Inc. (0.4). | WSB | 2.50 | 1,500.00 |
| 01/23/23 | Begin preparing for the hearing on the motion to increase rate caps by identifying key exhibits and other issues (1.0); further edit and revise the Reply (0.6). | WSB | 1.60 | 960.00 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/24/23 | Further draft, edit, and revise the Reply in support of the Motion to Approve a rate increase (4.0); correspond via email with Amanda St. Mary regarding the Debtor's agreement to extend the hearing date (0.1); further edit and revise the Reply (2.5); analyze issues presented in the Reply with Rick Kuebel (0.2). | WSB | 6.80 | 4,080.00 |
| 01/24/23 | Further edit and revise the Locke Lord monthly fee statement. | WSB | 1.10 | 660.00 |
| 01/24/23 | Email correspondence to the Court regarding evidentiary hearing on UCC's Motion to Amend Retention Orders of Its Co-Counsel and to Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure (Doc. No. 2004). | AS | 0.30 | 67.50 |
| 01/25/23 | Calendaring hearing deadlines related to Evidentiary Hearing on Motion to Amend Retention Orders (Doc 2004) and Objection (Doc 2015). | AS | 0.30 | 67.50 |
| 01/25/23 | Further edit and revise the Locke Lord monthly fee statement (1.3); review issues related to the preparation of the monthly statements and the formal applications with Amanda St. Mary (0.5); further edit and revise the monthly statements (1.5). | WSB | 3.30 | 1,980.00 |
| 01/26/23 | Edit and finalize the Locke Lord monthly fee statement (0.8); correspond via email with Zobrio concerning the amounts due for December 2022 (0.2); correspond via email with Bush Benton concerning the amounts due (0.1); draft Zobrio monthly fee statement (0.3). | WSB | 1.30 | 780.00 |
| 01/26/23 | Further edit and revise the Reply in support of the Motion to Increase Rate Caps (1.0); analyze and review these issues with Rick Kuebel (0.5). | WSB | 1.50 | 900.00 |
| 01/27/23 | Further identify key issues for Motion to Increase Rate Caps with Rick Kuebel and prepare for evidentiary hearing (0.6); begin finalizing the Reply (0.2). | WSB | 0.80 | 480.00 |
| 01/27/23 | Finalize the Zobrio monthly fee statement (0.3); draft, edit, and finalize the Stegall Benton monthly fee application (0.1); finalize the Locke Lord monthly fee application (0.3); send the monthly fee statements to the notice parties (0.1); send the LEDES files to the U.S. Trustee's office (0.1). | WSB | 0.90 | 540.00 |
| 01/27/23 | Correspondence with Court regarding remote participation at professional retention hearing (0.2): correspondence among counsel regarding virtual participation (0.1). | BCK | 0.30 | 180.00 |
| 01/29/23 | Further draft, edit, and revise the Reply in support of the Motion to Approve Rate Increases (2.5); review and analyze documents and other materials to identify the exhibits for use at the hearing on the Motion (2.3). | WSB | 4.80 | 2,880.00 |
| 01/30/23 | Identify additional exhibits for use at next week's hearing and determine how best to present those issues (0.5); telephone conference with Mark Mintz about the exhibits and hearing status (0.4); further edit and revise the Reply (1.5); analyze additional changes to the Reply with Rick Kuebel (0.5); begin preparing the exhibit list (0.3). | WSB | 3.20 | 1,920.00 |
| 01/31/23 | Prepare and finalize all exhibits accompanying the Reply in support of the Rate Cap Motion (0.6); correspond via email with Steven Bryant about these exhibits (0.1). | AS | 0.70 | 157.50 |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/31/23 | Analyze further issues related to the Reply with Rick Kuebel (0.4); edit and finalize the Reply (1.1); review issues related to the exhibits and the filing of the Reply with Amanda St. Mary (0.4); forward the Reply and all related documents to Ms. St. Mary for filing and service (0.2). | WSB | 2.10 | 1,260.00 |
| | | | 60.60 | $35,610.00 |

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Review the Jones Walker Second Amended Disclosure Statement (0.1); correspond via email with the bankruptcy counsel team about Jones Walker's status (0.3); begin drafting follow-up letter to Jones Walker asking for additional information about its representation of NDHS and SAG (1.1). | WSB | 1.50 | 900.00 |
| 01/04/23 | Analyze legal authorities regarding potential conflicts and disclosure issues presented by counsel for a Chapter 11 debtor representing insiders (3.5); begin drafting summary analysis of these findings (1.1). | WSB | 4.60 | 2,760.00 |
| 01/05/23 | Further draft list of potential questions to raise with Jones Walker about its retention by NDHS and SAG (0.5); conduct additional limited research on this matter (0.2). | WSB | 0.70 | 420.00 |
| 01/06/23 | Conduct additional legal research on Jones Walker's retention by NDHS and SAG and the conflict of interest posed by that retention. | WSB | 0.40 | 240.00 |
| | | | 7.20 | $4,320.00 |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/19/23 | Receipt and review of multiple court ECF notices in connection with the status conference (0.3) Correspond regarding hearing re-set dates (0.4) | OFK | 0.70 | 420.00 |
| 01/19/23 | Prepare for and attend status conference on document production. | OFK | 0.40 | 240.00 |
| 01/26/23 | Drafting FOIA request for the Air Force investigative report regarding Father Brian Highfill | AS | 0.60 | 135.00 |
| | | | 1.70 | $795.00 |

| | **B220 Employee Benefits/Pensions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Review sealed filings submitted by Father O'Donnell. | BCK | 0.20 | 120.00 |
| | | | 0.20 | $120.00 |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/23 | Review and analyze Stegall Benton's analysis of The McEnery Group's property report (0.5); correspond via email with Bush Benton about this matter (0.1). | WSB | 0.60 | 360.00 |
| 01/11/23 | Forward the Stegall Benton report to the bankruptcy counsel team for their review and comment (0.1); further analyze and evaluate the report and its conclusions (0.5). | WSB | 0.60 | 360.00 |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/11/23 | Review updated real estate analysis from Stegall Benton. | BCK | 0.70 | 420.00 |
| 01/12/23 | Further review and analyze the Stegall Benton analysis of The McEnery real property report. | WSB | 0.30 | 180.00 |
| | | | **2.20** | **$1,320.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/30/23 | Review motions for late-filed claim and supporting declarations. | BCK | 0.30 | 180.00 |
| 01/31/23 | Continue reviewing late filed claim motions and proposed stipulations. | BCK | 0.30 | 180.00 |
| | | | **0.60** | **$360.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/23 | Follow-up correspondence with B. Knapp and Mr. Stang. | OFK | 0.50 | 300.00 |
| 01/03/23 | Multiple correspondence on non-monetary child protection issues. | OFK | 0.80 | 480.00 |
| 01/03/23 | Work on plan / claims value /estimation issues. | OFK | 1.00 | 600.00 |
| 01/03/23 | Follow-up correspondence on non-monetary child protection meeting and questions. | OFK | 0.60 | 360.00 |
| 01/03/23 | Conference with Debtor's counsel regarding next steps in mediation (0.6); revise set of questions for non-monetary plan mediation meeting (1.3). | BCK | 1.90 | 1,140.00 |
| 01/03/23 | Review strategy questions per request of R. Kuebel. | WSH | 0.50 | 300.00 |
| 01/04/23 | Revise questions for non-monetary plan mediation session based on additional Committee feedback (1.2); correspondence with L. Futrell regarding topics for plan mediation session (0.2); review ANO policies and presentation materials (2.1); begin revising non-monetary plan provisions based on ANO presentation (3.0). | BCK | 6.50 | 3,900.00 |
| 01/04/23 | Call with state court counsel regarding claim estimation / value issues and child protection plan provisions (0.7) Revise non-monetary child protection questions and circulate to UCC (1.6) Receipt and review of multiple emails regarding child protection meeting and question sand reply to the same (0.8) Work on coordination of child protection meeting materials and questions with draft on non-monetary, child protection plan provisions (2.3) | OFK | 5.40 | 3,240.00 |
| 01/05/23 | Correspond with Lisa Futrell and counsel on non-monetary meeting (0.4) Receipt and review of report on mediation status / claim value issues (0.8) Continued work on revisions to non-monetary plan provisions (1.2) Work on claim objection /valuation issues for mediation purposes (0.8) | OFK | 3.20 | 1,920.00 |
| 01/05/23 | Continue revising non-monetary plan provisions (1.4); correspondence with Committee regarding plan mediation issues and non-monetary status (0.3). | BCK | 1.70 | 1,020.00 |
| 01/06/23 | Continue revising non-monetary plan terms. | BCK | 0.70 | 420.00 |
| 01/09/23 | Review the Debtor's communication regarding the proposed in-person mediation dates (0.3); address the issues posed by this new schedule with the bankruptcy mediation team (0.2). | WSB | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 10

| | | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|---|
| 01/09/23 | | Analysis of next steps for mediation preparation following correspondence from Judge Zive setting plan mediation. | BCK | 1.20 | 720.00 |
| 01/09/23 | | Continue developing document needs related to the Debtor in order to further plan mediation process. | BCK | 1.40 | 840.00 |
| 01/09/23 | | Multiple emails and continued work on non-monetary /child protection plan provision (1.4) Draft, revise and send correspondence on child protection provisions and mediation preparation (2.0) | OFK | 3.40 | 2,040.00 |
| 01/10/23 | | Prepare for and participate in call with Debtor's counsel on mediation related issues (1.2) Follow-up call with Mr. Stang on mediation / plan / claim value issues (1.0) Prepare for and conduct sub-committee meeting on non-monetary, child-protection plan provisions (1.6) Review Santa Fe child-protection plan provisions (0.4) Receipt and review of New York ruling on clergy file access (0.4) Multiple emails with state court counsel on mediation participation (0.6) | OFK | 5.20 | 3,120.00 |
| 01/10/23 | | Review non-monetary plan provision draft (0.4); analysis of non-monetary plan terms from other bankruptcy cases in preparation for plan mediation (1.1). | BCK | 1.50 | 900.00 |
| 01/10/23 | | Conference with Debtor's counsel regarding mediation next steps (0.5); analysis of strategy items and potential agenda items for upcoming mediation (1.1). | BCK | 1.60 | 960.00 |
| 01/11/23 | | Work on mediation presentation on non-monetary, child-protection plan provisions (2.5) | OFK | 2.50 | 1,500.00 |
| 01/12/23 | | Work on mediation presentation preparation for non-monetary plan provisions and claim value issues (2.5) | OFK | 2.50 | 1,500.00 |
| 01/12/23 | | Continue reviewing draft non-monetary proposals for potential revision (1.2); begin preparing presentation regarding non-monetaries (1.8). | BCK | 3.00 | 1,800.00 |
| 01/12/23 | | Analysis of claims issues for mediation preparation. | BCK | 0.40 | 240.00 |
| 01/12/23 | | Analysis of Prescription issues for claims evaluation in connection with potential mediation. | PCL | 5.00 | 3,000.00 |
| 01/13/23 | | Analysis of Prescription issues for claims evaluation in connection with potential mediation and conference with R. Kuebel related to the same. | PCL | 5.20 | 3,120.00 |
| 01/13/23 | | Continue preparing for plan mediation session. | BCK | 0.40 | 240.00 |
| 01/13/23 | | Continued work on mediation preparation in connection with claim value issues (1.4) Correspond with Claro group (0.4) Work on mediation prep for non-monetary, child-protection plan provisions (1.5) | OFK | 3.30 | 1,980.00 |
| 01/17/23 | | Conference with Debtor's counsel regarding upcoming omnibus hearing and plan mediation (0.5); analysis of additional Apostolate information needs for plan mediation (0.6); review status of claims analysis for plan mediation process (1.0); begin reviewing financial diligence materials produced by ANO (1.1). | BCK | 3.20 | 1,920.00 |
| 01/17/23 | | Analyze issues related to the forthcoming mediation session with Brad Knapp, Jim Stang, and Rick Kuebel. | WSB | 0.80 | 480.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/17/23 | Prepare for and participate in call with Claro group on claims valuation/estimation (1.1) Continued work on claim review, valuation and estimation in preparation for mediation (1.0) Work on non-monetary plan provisions (0.9) | OFK | 3.00 | 1,800.00 |
| 01/17/23 | Continue preparing non-monetary plan materials and documents for mediation. | BCK | 1.20 | 720.00 |
| 01/17/23 | Review of Prescription issues related to claims of adults and children in connection with upcoming mediation, | PCL | 2.40 | 1,440.00 |
| 01/18/23 | Conduct further legal research and analysis on prescription issues potentially affecting the valuation of survivor claims in connection with upcoming mediation, | PCL | 2.50 | 1,500.00 |
| 01/18/23 | Analysis of cost materials produced by Debtor in connection with mediation. | BCK | 1.70 | 1,020.00 |
| 01/18/23 | Work on mediation preparation on claim value issues (2.6) | OFK | 2.60 | 1,560.00 |
| 01/19/23 | Analysis of additional revisions to presentation materials for plan mediation. | BCK | 0.50 | 300.00 |
| 01/19/23 | Prepare for and participate in call with state court victim counsel regarding mediation participation /claim value (0.8) Follow-up correspondence regarding mediation part (0.4) Work on financial liability to pay due diligence with BRG team and review financial exhibits (2.2) Work on mediation preparation regarding child protection plan provisions (1.6) | OFK | 5.00 | 3,000.00 |
| 01/19/23 | Further legal research and analysis on the impact of prescription on the potential value of survivor claims in order to prepare for upcoming mediation, | PCL | 3.00 | 1,800.00 |
| 01/20/23 | Continued work on meditation preparation regarding non-monetary plan provisions (1.5) Multiple emails/documents on claim value issues with Claro and state court counsel (0.8) Work on asset valuation /financial analysis preparation for mediation (1.0) | OFK | 3.30 | 1,980.00 |
| 01/23/23 | Continue reviewing documents related to non-monetary and child protection issues related to plan mediation (1.8); continue reviewing supplemental document productions from ANO (0.4); analysis of next steps for mediation related to financial issues (1.0). | BCK | 3.20 | 1,920.00 |
| 01/23/23 | Analysis of claims for mediation preparation (0.6); correspondence with Claro regarding claims (0.2). | BCK | 0.80 | 480.00 |
| 01/23/23 | Continued work on claim valuation for mediation (1.5) Prepare for and participate in call with BRG regarding asset due diligence (1.3) | OFK | 2.80 | 1,680.00 |
| 01/23/23 | Work on mediation prep regarding non-monetary plan provisions (1.4) | OFK | 1.40 | 840.00 |
| 01/23/23 | Analysis of prescription Issues in connection with claims evaluation for upcoming mediation. | PCL | 2.70 | 1,620.00 |
| 01/24/23 | Analysis of prescription Issues in connection with claims evaluation for upcoming mediation. | PCL | 2.30 | 1,380.00 |
| 01/24/23 | Participate in mediation prep call with Mr. Stang (0.7) Work on claim valuation details for plan mediation and work on mediation presentation (1.3) | OFK | 2.00 | 1,200.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/24/23 | Conference with M. Mintz regarding upcoming mediation (0.5); correspondence with D. Draper regarding document needs for mediation (0.2); analysis of supplemental Debtor production related to financial issues (1.2); begin preparing proposed mediation agenda (0.4); continued analysis of document and information needs (0.6). | BCK | 2.90 | 1,740.00 |
| 01/25/23 | Continue reviewing supplemental document productions related to non-monetary plan provisions. | BCK | 1.90 | 1,140.00 |
| 01/25/23 | Address potential plan structure and other plan-related matters with Rick Kuebel. | PGE | 0.60 | 360.00 |
| 01/25/23 | Work on mediation prep for non-monetary plan / child protection provisions (1.5) Work on claims value issues and related mediation preparation (1.4) | OFK | 2.90 | 1,740.00 |
| 01/25/23 | Provide detailed analysis of issues concerning the valuation of survivor claims to Rick Kuebel in preparation for the upcoming mediation. | PCL | 2.80 | 1,680.00 |
| 01/26/23 | Continued work and correspondence on claim value issues with Claro Group and state court counsel (1.0) Continued work on mediation prep/non-monetary plan provisions (0.9) | OFK | 1.90 | 1,140.00 |
| 01/26/23 | Analysis of claims for plan mediation. | BCK | 1.10 | 660.00 |
| 01/26/23 | Analysis of agenda items for plan mediation. | BCK | 0.50 | 300.00 |
| 01/27/23 | Multiple correspondence on mediation issues including draft agenda and claim value presentation (1.1) Continued work on non-monetary plan provisions and related mediation preparation (2.0) | OFK | 3.10 | 1,860.00 |
| 01/27/23 | Conference with M. Mintz regarding deferred maintenance issues (0.4); conference with B. Altazan regarding deferred maintenance issues (0.3); correspondence with BRG regarding next steps for property inspections in preparation for plan mediation (0.2); analysis of mediation agenda items (0.2); continue preparing for non-monetary plan mediation discussions (1.1); review updated claims analysis for mediation (0.4). | BCK | 2.60 | 1,560.00 |
| 01/29/23 | Analysis of agenda items for plan mediation. | BCK | 0.20 | 120.00 |
| 01/30/23 | Review proposed site visit list in preparation for mediation (0.2); correspondence with Commercial Committee regarding site visits (0.1); correspondence with counsel for TMI regarding site visits (0.1); revise mediation agenda (0.3); review correspondence with mediator regarding upcoming sessions (0.3); continued analysis of claims related to mediation preparation (1.1); correspondence with Committee regarding mediation preparation and upcoming meetings (0.3); analysis of latest updates from Judge Zive discussions (0.4). | BCK | 2.80 | 1,680.00 |
| 01/30/23 | Call with Mr. Stang to review/revise draft mediation agenda and prep for call with Judge Zive (0.8) Work on claims value/estimation issues in preparation for mediation with detail review of instructive cases (1.7) Follow-up review and comment on draft mediation agenda (0.4) Follow-up review on claims valuation discussion / report and related correspondence (1.0) Work on mediation prep/ non-monetary plan provision (1.2) | OFK | 5.10 | 3,060.00 |
| 01/30/23 | Further analysis of Prescription issues for claims evaluation. | PCL | 4.40 | 2,640.00 |
| 01/31/23 | Analysis of Prescription issues for claims evaluation. | PCL | 5.00 | 3,000.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 13

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/31/23 | Call regarding mediation preparation with B. Knapp (0.3) Call with state court counsel on mediation issues (0.7) Work on mediation prep regarding claims and non-monetary plan provisions (2.0) | OFK | 3.00 | 1,800.00 |
| 01/31/23 | Perform legal research concerning claim estimation issues in preparation for forthcoming mediation. | SJH | 0.90 | 495.00 |
| 01/31/23 | Analyze multiple issues related to the upcoming mediation with BRG and the bankruptcy counsel team and prepare for the mediation. | WSB | 1.30 | 780.00 |
| 01/31/23 | Conference with M. Mintz regarding plan mediation issues and preparations (0.5); revise mediation agenda (0.4); continued analysis of claims and claims issues for mediation preparation (2.4); correspondence with Debtor and Commercial Committee regarding property inspections in preparation for mediation (0.3); conference with BRG team regarding status of financial diligence for mediation preparation (1.4); continued analysis of non-monetary provisions (0.7). | BCK | 5.70 | 3,420.00 |
| | | | **153.00** | **$91,755.00** |

**TOTAL FEES**                                                                 **$173,490.00**

## TIMEKEEPER SUMMARY:

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.90 | $1,740.00 |
| W.S. Bryant | Partner | $600.00 | 1.00 | $600.00 |
| A. St. Mary | Paralegal | $225.00 | 1.20 | $270.00 |
| | | | **5.10** | **$2,610.00** |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 8.70 | $5,220.00 |
| J. M. Cerise | Partner | $600.00 | 5.60 | $3,360.00 |
| O. F. Kuebel | Partner | $600.00 | 15.20 | $9,120.00 |
| W.S. Bryant | Partner | $600.00 | 2.40 | $1,440.00 |
| A. St. Mary | Paralegal | $225.00 | 0.80 | $180.00 |
| | | | **32.70** | **$19,320.00** |

### B130   Asset Disposition

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 13.40 | $8,040.00 |

**B130    Asset Disposition**

|  |  |  | 13.40 | $8,040.00 |
|---|---|---|---|---|

**B150    Meetings & Communications With Creditors**

| B. C. Knapp | Partner | $600.00 | 3.50 | $2,100.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 8.30 | $4,980.00 |
| W.S. Bryant | Partner | $600.00 | 3.60 | $2,160.00 |
|  |  |  | **15.40** | **$9,240.00** |

**B160    Fee/Employment Applications**

| B. C. Knapp | Partner | $600.00 | 2.40 | $1,440.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| P. G. Eisenberg | Partner | $600.00 | 1.90 | $1,140.00 |
| W.S. Bryant | Partner | $600.00 | 53.50 | $32,100.00 |
| A. St. Mary | Paralegal | $225.00 | 2.00 | $450.00 |
|  |  |  | **60.60** | **$35,610.00** |

**B170    Fee/Employment Objections**

| W.S. Bryant | Partner | $600.00 | 7.20 | $4,320.00 |
|---|---|---|---|---|
|  |  |  | **7.20** | **$4,320.00** |

**B190    Other Contested Matters**

| O. F. Kuebel | Partner | $600.00 | 1.10 | $660.00 |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $225.00 | 0.60 | $135.00 |
|  |  |  | **1.70** | **$795.00** |

**B220    Employee Benefits/Pensions**

| B. C. Knapp | Partner | $600.00 | 0.20 | $120.00 |
|---|---|---|---|---|
|  |  |  | **0.20** | **$120.00** |

**B250    Real Estate**

| B. C. Knapp | Partner | $600.00 | 0.70 | $420.00 |
|---|---|---|---|---|

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 15

**B250   Real Estate**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 1.50 | $900.00 |
| | | | **2.20** | **$1,320.00** |

**B310   Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| | | | **0.60** | **$360.00** |

**B320   Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 48.60 | $29,160.00 |
| O. F. Kuebel | Partner | $600.00 | 64.50 | $38,700.00 |
| P.C. Lambert | Partner | $600.00 | 35.30 | $21,180.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.60 | $360.00 |
| W.S. Bryant | Partner | $600.00 | 2.60 | $1,560.00 |
| W. S. Hastings | Partner | $600.00 | 0.50 | $300.00 |
| S. J. Humeniuk | Senior Counsel | $550.00 | 0.90 | $495.00 |
| | | | **153.00** | **$91,755.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **292.10**    **$173,490.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 0.57 |
| | Outside Printing | 812.75 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| | TOTAL EXPENSES | $967.32 |

**TOTAL FEES**                                                          **$173,490.00**

**TOTAL EXPENSES**                                                          **$967.32**

**TOTAL FEES AND EXPENSES**                                          **$174,457.32**

**PLEASE REMIT PAYMENT:**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 28, 2023
Invoice No.: 1782640
Page: 16

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132431531v.1



**Locke**
**Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

February 28, 2023
Invoice No.: 1782640

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through January 31, 2023

　　　　File Number:   0107766.00001
　　　　RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees    ...................................................................................................................................... $173,490.00

Total Expenses ................................................................................................................................... $967.32

Total Due this Statement................................................................................................................... $174,457.32

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132431531v.1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | Objection Deadline: April 11, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2023 through February 28, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

**EXHIBIT 1-5**

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,403,448.69.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2023 to February 28, 2023 | |
|---|---|
| Fees (at standard rates): | $244,607.50 |
| (Reduction due to reduced rates) | ($84,820.00) |
| (Further voluntary reductions) | ($1,200.00) |
| Fees (After all reductions): | $158,587.50 |
| Disbursements | $1,230.96 |
| **Total** | **$159,818.46** |

9.      During the Statement Period, Locke Lord expended 0.0 hours and $0.00 in fees, as well as $0.00 in expenses, on matters related to the alleged protective order violations.

## VOLUNTARY REDUCTIONS

10.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $1,200.00 and 2.00 billable hours not charged for February 2023. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

11. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 11, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$128,100.96**. This figure consists of (a) $126,870.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $158,587.50 for the Statement Period, and (b) $1,230.96 in expenses disbursed, which represents

one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 28, 2023.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

America:0107766/00001: 132321066v.1

## EXHIBIT A

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|-----------|------------------------|------------------------------------------|-----------------------------------------|
| B110 | CASE ADMINISTRATION | 3.60 | $1,372.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 30.60 | $18,285.00 |
| B130 | ASSET DISPOSITION | 11.10 | $6,660.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 12.20 | $7,320.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 43.20 | $23,257.50 |
| B195 | NON-WORKING TRAVEL | 2.00 | $600.00 |
| B250 | REAL ESTATE | 0.70 | $157.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 8.90 | $4,867.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 160.30 | $96,067.50 |
| | **TOTAL FEES SOUGHT =** | **272.60** | **$158,587.50** |

Case 20-10846 Doc 2992-1 Filed 03/28/23 Entered 03/28/23 15:43:01 Exhibit D (Eighth 2023 Fee Statement) Page 133 of 26

# EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 103.9 | $600.00 | $62,340.00 |
| BCK | Knapp, Brad C. | Partner | 61.0 | $600.00 | $36,600.00 |
| WSB | Bryant, W. Steven | Partner | 51.7 | $600.00 | $31,020.00 |
| WSB | Bryant, W. Steven | Partner | 2.0 | $300.00 | $600.00 |
| PGE | Eisenberg, Philip G. | Partner | 2.8 | $600.00 | $1,680.00 |
| PCL | Lambert, Peyton C. | Partner | 31.5 | $600.00 | $18,900.00 |
| JMC | Cerise, Jason M. | Partner | 3.1 | $600.00 | $1,860.00 |
| SJH | Stephen J. Humeniuk | Senior Counsel | 5.7 | $550.00 | $3,135.00 |
| NP | Nick Peterson | Litigation Support | 0.5 | $225.00 | $112.50 |
| AS | St. Mary, Amanda P | Paralegal | 10.4 | $225.00 | $2,340.00 |
| | | | | | |
| | **TOTALS =** | | **272.6** | | **$158,587.50** |

Case 20-10846 Doc 2992-1 Filed 03/28/23 Entered 03/28/23 15:43:01 Exhibit 1 Page 54 of 26

# EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 12.70 |
| | Outside Printing | 756.42 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 0844412891 | 35.00 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 7863200630 | 287.80 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | 23.97 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | 34.07 |
| 02/28/23 | Deposition Transcripts 23-32-2, Janice Russell, Copy of transcript of hearing held on 2/7/23 | 81.00 |
| | **TOTAL EXPENSES** | **$1,230.96** |

Case 20-10846 Doc 2992-5 Filed 03/28/23 Entered 03/28/23 15:45:01 Exhibit D (Eighth Interim Fee Statement) Page 137 of 154

Case 20-10846 Doc 2992-1 Filed 03/28/23 Entered 03/28/23 15:45:01 Exhibit 1 (eighth 2023 Fee Statement) Page 37 of 26

# EXHIBIT D

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

March 17, 2023
Invoice No.: 1781618

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through February 28, 2023 $159,818.46

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/07/23 | Update calendar to reflect Omnibus Hearing dates and motion deadlines for the remainder of the year (0.5); email correspondence to/from S. Bryant and B. Knapp regarding same (0.1). | AS | 0.60 | 135.00 |
| 02/09/23 | Receive and review email correspondence from B. Knapp regarding abuse reports; downloading files via secure link | AS | 1.00 | 225.00 |
| 02/24/23 | Updating survivors contact list with new survivor addresses. | AS | 0.20 | 45.00 |
| 02/27/23 | Update bankruptcy-counsel team's calendar to reflect motion and opposition deadlines related to Omnibus Hearing dates. | AS | 0.30 | 67.50 |
| 02/28/23 | Conference with Debtor's counsel regarding pending matters from mediation process and upcoming hearings. | BCK | 0.70 | 420.00 |
| 02/28/23 | Prepare for and participate in weekly call with Debtor on pending Motion /discovery requests (0.8) | OFK | 0.80 | 480.00 |
| | | | 3.60 | $1,372.50 |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/23 | Multiple correspondences and calls with BRG team on financial due diligence open issues, scheduled property inspection, and cap/ex-repair estimates (2.5) | OFK | 2.50 | 1,500.00 |
| 02/01/23 | Analysis of property lists for site visits. | BCK | 0.40 | 240.00 |
| 02/01/23 | Conference with BRG regarding site visit issues. | BCK | 0.30 | 180.00 |

132321992v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 2

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/23 | Prepare for and participate in call with BRG team on asset due diligence /building inspection (1.2) Multiple follow-up correspondence on these issues and compile list of properties where the Committee has incomplete or missing documents and financial due diligence (1.5) | OFK | 2.70 | 1,620.00 |
| 02/02/23 | Analysis of deferred maintenance documentation and other financial diligence items (2.1). | BCK | 2.10 | 1,260.00 |
| 02/02/23 | Analysis of BRG retention issues for site visits. | BCK | 0.30 | 180.00 |
| 02/02/23 | Evaluate debtor's assertion of privilege with respect to communications sought in discovery and review pertinent case law regarding same. | JMC | 1.10 | 660.00 |
| 02/03/23 | Draft memorandum to Mr. Kuebel and Mr. Knapp regarding analysis of privilege issues and case authorities regarding same. | JMC | 1.80 | 1,080.00 |
| 02/03/23 | Conferences with BRG Team regarding site visits (0.4); conference with J. Stang regarding site visit issues (0.2); conference with M. Mintz regarding site visits (0.2); review correspondence regarding site visits (0.1). | BCK | 0.90 | 540.00 |
| 02/03/23 | Multiple correspondence regarding BRG site visit issues/concerns and correspondence with Lee Egan and Dundon (0.4) Follow-up emails regarding same (0.3) Discuss with B. Knapp (0.2) Correspond regarding BRG asset due diligence info request (0.5) | OFK | 1.40 | 840.00 |
| 02/03/23 | Conference with J. Stang regarding site visit issues. | BCK | 0.20 | 120.00 |
| 02/03/23 | Conference with M. Mintz regarding site visits. | BCK | 0.20 | 120.00 |
| 02/03/23 | Review correspondence regarding site visits. | BCK | 0.10 | 60.00 |
| 02/07/23 | Draft and file certificate of service related to the order continuing the hearing on the Motion to Compel. | AS | 0.20 | 45.00 |
| 02/07/23 | Prepare for and participate in call with BRG regarding ANO asset due diligence /financial review (1.6) Follow-up correspondence regarding the same and review of financial reports (1.4) | OFK | 3.00 | 1,800.00 |
| 02/07/23 | Communicate with Mr. Knapp regarding discovery issues. | JMC | 0.20 | 120.00 |
| 02/08/23 | Continued mediation preparation and correspondence on financial due diligence requests from BRG (1.5) | OFK | 1.50 | 900.00 |
| 02/08/23 | Edit and revise the proposed motion extending the tolling period for claims against the Apostolates (1.5); edit and revise the proposed order granting the motion (0.7); forward the revised motion and order to the Committee's bankruptcy counsel team for their review and comment (0.2). | WSB | 2.40 | 1,440.00 |
| 02/10/23 | Telephone conference with Brooke Altazan regarding the motion to extend the tolling period (0.3); review the proposed revisions to the motion and proposed order (0.1); correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.50 | 300.00 |
| 02/15/23 | Multiple correspondence regarding real-estate inspections and capital budgets / maintenance budget (1.3) Multiple emails regarding compilation of documents and request for financial due diligence (1.2) | OFK | 2.50 | 1,500.00 |
| 02/16/23 | Work on information demands post mediation (0.8) | OFK | 0.80 | 480.00 |
| 02/20/23 | Multiple correspondence with BRG team on financial /FIMS document / asset due diligence (0.6) | OFK | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 3

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/22/23 | Correspondence with M. Mintz regarding ANO loan to non-debtor affiliate. | BCK | 0.20 | 120.00 |
| 02/22/23 | Telephone conference with Brooke Altazan regarding the status of the Apostolates' tolling agreement and motion (0.4); correspond via email with Patricia Moody regarding this agreement and request her execution on behalf of the Committee (0.2). | WSB | 0.60 | 360.00 |
| 02/22/23 | Correspond with BRG and co-counsel on FIMS access and other financial due diligence (0.7) | OFK | 0.70 | 420.00 |
| 02/23/23 | Multiple email correspondences with Pat Moody regarding the executed Apostolates' tolling agreement (0.2); forward the tolling agreement executed by the Committee to Brooke Altazan for filing with the motion (0.1); review the filed motion to extend the Apostolates' tolling period to ensure that key requirements have been included (0.1). | WSB | 0.40 | 240.00 |
| 02/23/23 | Multiple correspondence on FIMS / financial records access (0.7) | OFK | 0.70 | 420.00 |
| 02/24/23 | Receipt and review of multiple emails on financial / FIMS document request and correspond with BRG regarding the same (0.5) Work on financial due diligence (0.8) Follow-up email with Mr. Caine regarding BRG financial request (0.3) | OFK | 1.60 | 960.00 |
| 02/28/23 | Receipt and review of multiple emails regarding due diligence on FIMS database and request for info on NDHC/SAG closing due diligence (0.7) | OFK | 0.70 | 420.00 |
| | | | **30.60** | **$18,285.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/23 | Correspond via email with Brooke Altazan concerning the additional information requirements in connection with the NDHS/SAG sale (0.3); continue drafting letter regarding these requirements (0.5). | WSB | 0.80 | 480.00 |
| 02/02/23 | Further edit and revise letter regarding additional document demands related to the NDHS/SAG sale (0.8); correspond via email with Matt Babcock at BRG regarding this matter (0.3). | WSB | 1.10 | 660.00 |
| 02/09/23 | Draft, edit, and revise the proposed letter to the Apostolates' counsel regarding the second stage of the NDHS/SAG sale. | WSB | 2.20 | 1,320.00 |
| 02/15/23 | Draft, edit, and revise letter requesting additional information from NDHS and SAG regarding their sale to CommCare Corporation (0.9); correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 1.00 | 600.00 |
| 02/16/23 | Multiple emails on lease-rate value with Bush Benton, the Committee real estate consultant. | OFK | 0.50 | 300.00 |
| 02/17/23 | Correspond via email with counsel for the Commercial Committee concerning the request for additional information regarding the NDHS/SAG sale. | WSB | 0.20 | 120.00 |
| 02/20/23 | Correspond via email regarding the Debtor's intention to extend the JeffCAP/Our Lady of Divine Providence lease by another year (0.4) | OFK | 0.40 | 240.00 |
| 02/23/23 | Multiple emails and reply correspondence on Debtor's motion for authority to extend the JeffCAP/OLDP school lease (0.4) | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 4

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/23/23 | Review order setting deadlines for JeffCAP lease motion (0.1); correspondence with M. Mintz regarding lease issues (0.2); analysis of information needs for lease motion (0.2). | BCK | 0.50 | 300.00 |
| 02/23/23 | Further correspond via email with Brooke Altazan concerning the informational letter on the NDHS/SAG lease (0.3); edit and revise the proposed letter (0.4); forward the letter to the Committee bankruptcy counsel team for their review and comment (0.2). | WSB | 0.90 | 540.00 |
| 02/24/23 | Correspond via email with Matt Babcock and Paul Shields regarding the NDHS/SAG document-request letter (0.2); correspond via email with Brooke Altazan concerning further revisions to the letter (0.2). | WSB | 0.40 | 240.00 |
| 02/24/23 | Receipt and review of case pleadings on motion for authority to extend JeffCAP/OLDP lease (0.4) | OFK | 0.40 | 240.00 |
| 02/27/23 | Correspond regarding SAG /NDHS due diligence (0.5) | OFK | 0.50 | 300.00 |
| 02/27/23 | Edit and finalize the Committees' joint letter requesting documents related to the NDHS/SAG sale (0.2); forward the letter to counsel for the Debtor and the Apostolates (0.1). | WSB | 0.30 | 180.00 |
| 02/27/23 | Telephone conference with Bush Benton about the JeffCap lease with Our Lady of Divine Providence. | WSB | 0.60 | 360.00 |
| 02/28/23 | Correspond via email with Bush Benton about his conclusions regarding the JeffCAP lease (0.3); review the lease and the Debtor's market survey in preparation for today's Committee meeting (0.6). | WSB | 0.90 | 540.00 |
| | | | **11.10** | **$6,660.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/07/23 | Attend full Committee meeting and BRG financial report in preparation for next week's in-person mediation session. | WSB | 2.10 | 1,260.00 |
| 02/08/23 | Conference with pro se claimant regarding case status (0.3); correspondence with claimant regarding case (0.1). | BCK | 0.40 | 240.00 |
| 02/08/23 | Call with state court counsel on mediation prep. (0.7) | OFK | 0.70 | 420.00 |
| 02/10/23 | Multiple emails/calls with UST /Debtor/D'Amico regarding mediation issues UCC member death (0.8) Call with victim /claimant regarding case status (0.7). | OFK | 1.50 | 900.00 |
| 02/16/23 | Conference with survivor claimant regarding case status. | BCK | 0.30 | 180.00 |
| 02/22/23 | Conferences with survivor claimants regarding case status. | BCK | 0.20 | 120.00 |
| 02/23/23 | Conferences with multiple claimants regarding case status (0.6); correspondence with claimant regarding address update (0.1); draft proposed agenda for next Committee meeting (0.2). | BCK | 0.90 | 540.00 |
| 02/24/23 | Revise Committee meeting agenda (0.2); conference with claimant regarding case status (0.2). | BCK | 0.40 | 240.00 |
| 02/24/23 | Correspond regarding UCC meeting agenda (0.3) | OFK | 0.30 | 180.00 |
| 02/27/23 | Correspondence with Committee regarding next meeting (0.2); conference with claimant regarding case status (0.1). | BCK | 0.30 | 180.00 |
| 02/28/23 | Attend this week's Committee meeting and address various pending matters with the Committee members. | WSB | 1.20 | 720.00 |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/28/23 | Conference with Committee regarding next steps in mediation process (1.5); correspondence with Committee regarding non-monetary policy issues (0.4). | BCK | 1.90 | 1,140.00 |
| 02/28/23 | Prepare for and participate in UCC call and report on mediation issues (1.5) Discuss same with State court counsel (0.5) | OFK | 2.00 | 1,200.00 |
| | | | **12.20** | **$7,320.00** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/23 | Draft and file certificate of service related to Reply in support of the Motion to Increase rate caps (Doc 2038) | AS | 0.50 | 112.50 |
| 02/01/23 | Multiple email correspondences with the Debtor's counsel concerning the proposed joint exhibit list in connection with the hearing on the Motion to Increase rate caps (0.5); correspond via email with the bankruptcy counsel team about the proposed exhibits and witnesses (0.2); analyze with Rick Kuebel various issues related to the hearing and hearing preparation (0.6); begin preparing for next week's hearing (0.7); review and analyze the Debtor's proposed additional exhibit (0.2); forward the exhibit to BRG for their review and comment (0.3). | WSB | 2.50 | 1,500.00 |
| 02/02/23 | Correspond via email with the Debtor's counsel concerning the exhibit list and the hearing format on the Motion to Increase rate caps (0.4); draft, edit, and revise the Witness and Exhibit list (1.3); analyze with Amanda St. Mary various issues related to the preparation of the exhibit pdf (0.4); review and analyze the combined exhibit pdf (0.4); correspond via email with Ms. St. Mary about this matter (0.2); analyze key issues related to the hearing format and admission of exhibits with Brad Knapp (0.2); further prepare for hearing on these matters (0.7). | WSB | 3.60 | 2,160.00 |
| 02/02/23 | Organize and label exhibits related to the evidentiary hearing on the UCC's Motion to Increase rate caps (2.6). Emails to/from S. Bryant and B. Knapp regarding the combined exhibit pdf (0.4) | AS | 3.00 | 675.00 |
| 02/02/23 | Correspond on joint stipulations for hearing on Motion to Increase rate caps (0.5) Continued work/review of late-filed claims motion (0.8) | OFK | 0.50 | 300.00 |
| 02/02/23 | Correspondence with court law clerk regarding professional retention modification hearing. | BCK | 0.20 | 120.00 |
| 02/02/23 | Review proposed exhibits and declarations for hearing. | BCK | 0.20 | 120.00 |
| 02/03/23 | Correspond regarding witness/exhibits on Motion to Increase rate caps (0.4) | OFK | 0.40 | 240.00 |
| 02/03/23 | Email correspondence to the Court regarding exhibits for evidentiary hearing on UCC's Motion to Increase rate caps. | AS | 0.20 | 45.00 |
| 02/03/23 | Office conference with Joseph Bain at Jones Walker regarding case status and the pending motion to increase professional retention rates (.70). | PGE | 0.70 | 420.00 |
| 02/03/23 | Prepare exhibit binder and index for evidentiary hearing on the UCC's Motion to Increase rate caps (1.8); Emails to/from S. Bryant and B. Knapp regarding same (0.2). | AS | 2.00 | 450.00 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/03/23 | Coordinate exhibit issues with Court staff for professional retention modification hearing (0.2); correspondence with US Trustee counsel regarding professional retention modification hearing (0.1). | BCK | 0.30 | 180.00 |
| 02/03/23 | Multiple email correspondences with the Debtor's counsel concerning the form of the Joint Witness and Exhibit list (0.4); edit and finalize the Joint Witness and Exhibit list (0.4); further correspond via email with the bankruptcy counsel team about this matter (0.2); arrange for the filing and service of the Joint Witness and Exhibit List (0.2). | WSB | 1.20 | 720.00 |
| 02/05/23 | Assist Rick Kuebel in preparing for hearing on motion to approve rate cap increase. | PGE | 0.60 | 360.00 |
| 02/06/23 | Prepare for tomorrow's contested hearing by conducting extensive legal research on the Fifth Circuit law governing the reasonableness of professional rates (2.4); incorporate this legal analysis into a preparation plan for tomorrow's hearing and forward that to Rick Kuebel for his review (0.6); draft, edit, and revise an index of all citations to the admitted exhibits that appear in all the pleadings associated with the Motion to Increase rate caps (1.9); forward this index to Mr. Kuebel for his further use at tomorrow's hearing (0.1). | WSB | 5.00 | 3,000.00 |
| 02/06/23 | Phone call to the Court regarding confirmation of receipt of joint exhibits for evidentiary hearing on UCC's Motion to Increase rate caps. | AS | 0.20 | 45.00 |
| 02/06/23 | Organizing documents for counsel to review/use in evidentiary hearing on UCC's Motion to Increase rate caps. | AS | 0.50 | 112.50 |
| 02/06/23 | Prepare for and present evidentiary hearing on Committee Motion for Fee cap increase (4.0) Prepare for and participate /report to Committee at UCC meeting. (1.5) | OFK | 5.50 | 3,300.00 |
| 02/07/23 | Prepare for hearing on UCC Motion to Increase rate caps with review/highlight of exhibits/document references and notes (1.7) | OFK | 1.70 | 1,020.00 |
| 02/07/23 | Email correspondence to court regarding ordering transcript of the evidentiary hearing on UCC's Motion to Increase rate caps. | AS | 0.10 | 22.50 |
| 02/07/23 | Draft and file certificate of service related to order placing the Motion to Increase Rate Caps under advisement (0.2). | AS | 0.20 | 45.00 |
| 02/07/23 | Prepare hearing materials for motion to modify professional retention. | BCK | 0.60 | 360.00 |
| 02/07/23 | Finalize additional research and preparation materials and forward them to Rick Kuebel (0.5); attend via videoconference today's hearing on the Motion to Increase rate caps (2.3); correspond via email with Rick Kuebel after today's hearing (0.1). | WSB | 2.90 | 1,740.00 |
| 02/10/23 | Analyze with Rick Kuebel the outcome of the court hearing on the Motion to approve rate increases and address next steps (.60). | PGE | 0.60 | 360.00 |
| 02/22/23 | Email correspondence to/from court reporter regarding invoice and transcript of the Court's hearing on the Motion to Increase rate caps (0.1); draft letter to court reporter with check regarding same (0.3). | AS | 0.40 | 90.00 |
| 02/24/23 | Draft Locke Lord's monthly fee statement for January 2023 time. | WSB | 0.90 | 540.00 |
| 02/27/23 | Analysis of software vendor retention issues. | BCK | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 7

| **B160 Fee/Employment Applications** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/27/23 | Draft, edit, and revise the Locke Lord monthly fee statement (2.8); correspond via email with Zobrio about its monthly fee statement (0.1); correspond via email with Bush Benton of Stegall Benton about its monthly fee statement (0.1); further edit and revise the Locke Lord monthly fee statement (0.9). | WSB | 3.90 | 2,340.00 |
| 02/28/23 | Draft, edit, and finalize the Locke Lord monthly fee statement (3.3); draft, edit, and finalize the Zobrio monthly fee statement (0.1); draft, edit, and finalize the Stegall Benton monthly fee statement (0.2); prepare email with all fee statements and forward to the notice parties (0.2); prepare email with LEDES files and forward it to the U.S. Trustee's office (0.1). | WSB | 3.90 | 2,340.00 |
| 02/28/23 | Begin preparing employment application materials for software vendor. | BCK | 0.60 | 360.00 |
| | | | **43.20** | **$23,257.50** |

| **B195 Non-Working Travel** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/12/23 | Travel time from Austin, Texas to New Orleans for the in-person mediation. | WSB | 2.00 | 600.00 |
| | | | **2.00** | **$600.00** |

| **B250 Real Estate** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/10/23 | Identify appraisal reports prepared by McEnery for property address 5500 St. Mary St., Metairie (0.5); forward report analysis to bankruptcy counsel team (0.2). | AS | 0.70 | 157.50 |
| | | | **0.70** | **$157.50** |

| **B310 Claims Administration and Objections** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/23 | Continue performing legal research concerning claim estimation issues. | SJH | 0.60 | 330.00 |
| 02/02/23 | Continued work/review of late filed claims motion. | OFK | 0.80 | 480.00 |
| 02/03/23 | Review additional motions and declarations related to late filed proofs of claim. | BCK | 0.40 | 240.00 |
| 02/03/23 | Continue performing legal research concerning claim estimation issues. | SJH | 0.80 | 440.00 |
| 02/06/23 | Review additional late filed claim motions. | BCK | 0.40 | 240.00 |
| 02/07/23 | Multiple email /pleading review on late filed claims. (0.4) | OFK | 0.40 | 240.00 |
| 02/07/23 | Review additional motion for leave to file late claims. | BCK | 0.20 | 120.00 |
| 02/09/23 | Perform legal research concerning issues related to claim estimation procedures. | SJH | 0.30 | 165.00 |
| 02/10/23 | Perform further legal research concerning claim estimation related issues (1.0); draft analysis of these claim-estimation issues (2.3). | SJH | 3.30 | 1,815.00 |
| 02/10/23 | Finalize detailed email memorandum to B. Knapp with analysis of research findings and conclusions concerning claim-estimation issues and recommendations concerning the same. | SJH | 0.70 | 385.00 |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/10/23 | Download, extract, and organize creditor claims records received from the Debtor's claims agent, Donlin Recano. | NP | 0.50 | 112.50 |
| 02/15/23 | Review additional motion for late proof of claim. | BCK | 0.20 | 120.00 |
| 02/23/23 | Review claim stipulations. | BCK | 0.30 | 180.00 |
| | | | 8.90 | $4,867.50 |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/23 | Mediation preparation on claim-value issues and presentation (1.5) Continued mediation prep on non-monetary plan provisions (1.5) Multiple pleadings and correspondence on court order regarding late claims and discuss of Mr. Knapp (0.6) | OFK | 3.60 | 2,160.00 |
| 02/01/23 | Continue reviewing non-monetary materials for plan mediation. | BCK | 1.00 | 600.00 |
| 02/02/23 | Continued mediation preparation on claim value presentation. (2.0) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 02/03/23 | Review and analyze financial information provided by BRG in preparation for the in-person mediation. | WSB | 0.70 | 420.00 |
| 02/03/23 | Continue preparing materials related to non-monetary plan terms. | BCK | 1.20 | 720.00 |
| 02/03/23 | Conferences with BRG Team regarding site visits for mediation preparation. | BCK | 0.40 | 240.00 |
| 02/06/23 | Further draft and revise legal analysis of Prescription Issues regarding the valuation of claims and the potential impact on mediation. | PCL | 2.40 | 1,440.00 |
| 02/06/23 | Draft agenda for Committee meeting regarding plan mediation (0.2); analysis of updated financial information in preparation for plan mediation (1.6); analysis of remaining document needs for plan mediation (0.5). | BCK | 2.30 | 1,380.00 |
| 02/06/23 | Review and analyze financial data provided by BRG in advance of tomorrow's preparatory Committee meeting for the in-person mediation (0.9); further prepare for the meeting (0.6). | WSB | 1.50 | 900.00 |
| 02/07/23 | Review BRG analysis of financial issues in preparation for mediation (0.4); attend Committee meeting in preparation for plan mediation (2.6); review revised proposed mediation agenda (0.2); analysis of claims details for plan mediation (1.2). | BCK | 4.40 | 2,640.00 |
| 02/07/23 | Continued work on mediation preparation plan provisions/non-monetary. (2.5) | OFK | 2.50 | 1,500.00 |
| 02/07/23 | Conduct additional legal research on particular prescription issues in connection with claim evaluations for upcoming mediation (2.0); incorporate analysis into the draft (0.8). | PCL | 2.80 | 1,680.00 |
| 02/08/23 | Further draft detailed analysis of Prescription Issues in connection with claims valuation (3.0); conduct additional legal research on the Prescription Issues (2.0); assist Rick Kuebel in preparing for upcoming mediation (0.6). | PCL | 5.60 | 3,360.00 |
| 02/08/23 | Continued mediation prep for non-monetary plan provisions (2.8) | OFK | 2.80 | 1,680.00 |
| 02/08/23 | Review additional materials produced by Archdiocese related to non-monetary plan mediation (1.8); analysis of supplemental Apostolate productions for mediation and additional document needs (1.2). | BCK | 3.00 | 1,800.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 9

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/09/23 | Continue reviewing additional ANO productions related to non-monetary meeting (1.8); revise materials for non-monetary meeting (0.5); draft update to Committee regarding plans for mediation (0.5); analysis of real estate materials for mediation preparation (1.1); correspondence with D. Draper regarding document needs (0.2); analysis of additional claims for mediation preparation (0.4). | BCK | 4.50 | 2,700.00 |
| 02/09/23 | Work on mediation prep/non-monetary plan provisions (2.8) | OFK | 2.80 | 1,680.00 |
| 02/09/23 | Prepare for mediation with work on open financial due diligence document requests (1.8); multiple emails with BRG team regarding the same (0.5) | OFK | 2.30 | 1,380.00 |
| 02/09/23 | Call with state court counsel regarding mediation preparation (0.8) Work on mediation preparation /documents /reports to Committee members (0.9) | OFK | 1.70 | 1,020.00 |
| 02/09/23 | Conduct additional research on prescription-related Issues in connection with the draft legal analysis (4.2); further assist Rick Kuebel in preparing for upcoming mediation (0.8) | PCL | 5.00 | 3,000.00 |
| 02/10/23 | Further draft, edit, and revise the Legal Analysis section of the Memorandum analyzing Prescription Issues in connection with claim evaluations for upcoming mediation. | PCL | 5.70 | 3,420.00 |
| 02/10/23 | Work on mediation preparation for non-monetary /child-protection plan provisions (2.5) | OFK | 2.50 | 1,500.00 |
| 02/10/23 | Multiple correspondence, document review, and preparation for financial due diligence/discovery issues for mediation (2.0) Work on real estate asset due diligence for mediation (1.4) | OFK | 3.40 | 2,040.00 |
| 02/10/23 | Draft real estate summary for mediation (1.3); conference with M. Mintz regarding mediation logistics (0.7); continue preparing for non-monetary meeting (0.4); review additional Apostolate productions (0.4); correspondence with D. Draper regarding information needs and mediation meeting (0.2); analysis of Committee reconstitution issues for mediation attendance (0.3). | BCK | 3.30 | 1,980.00 |
| 02/12/23 | Further legal research and analysis of Prescription Issues in connection with claim evaluations for upcoming mediation (2.7); further draft, edit, and revise Legal Analysis of memorandum related to the same (3.8). | PCL | 6.50 | 3,900.00 |
| 02/13/23 | Further draft memorandum on prescription issues related to triggering period. | PCL | 3.50 | 2,100.00 |
| 02/13/23 | Organize key documents for B. Knapp's review and use during in-person mediation | AS | 0.30 | 67.50 |
| 02/13/23 | Meet with the Committee members in advance of the mediation (1.0); attend today's mediation session with the Debtor and various other parties (8.5); post-mediation meeting with the Committee (0.5). | WSB | 10.00 | 6,000.00 |
| 02/13/23 | Extensive preparation for today's mediation (0.8); meet with Committee members in advance of in-person mediation session (1.0); attend in-person mediation session with all parties in interest (8.5); participate in post-mediation meeting with the Committee members (0.5). | OFK | 10.80 | 6,480.00 |
| 02/13/23 | Meet with Committee members in preparation for mediation session (1.0); attend extensive mediation session with all parties in interest (8.5); attend post-mediation meeting with Committee members (0.6). | BCK | 10.10 | 6,060.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/14/23 | Prepare for and participate in day 2 of ANO mediation. | OFK | 10.00 | 6,000.00 |
| 02/14/23 | Revise child-protection questions in preparation for mediation sessions (1.4); attend plan-mediation sessions (6.5); conference with Committee regarding mediation and next steps (1.8). | BCK | 9.70 | 5,820.00 |
| 02/15/23 | Meet with Rick Kuebel following in-person mediation to address next steps in the mediation process. | PGE | 0.90 | 540.00 |
| 02/15/23 | Analysis of confidentiality issues related to claims analysis for plan mediation (0.3); analysis of non-monetary materials for plan process in light of mediation sessions (0.8). | BCK | 1.10 | 660.00 |
| 02/15/23 | Receipt and review of state counsel mediation comments and reply to the same (0.5) | OFK | 0.50 | 300.00 |
| 02/16/23 | Continue revising non-monetary policies for plan process (0.8); draft document requests in follow up to plan mediation (0.4); analysis of additional financial diligence needs for mediation process (0.5). | BCK | 1.70 | 1,020.00 |
| 02/16/23 | Prepare for and participate in multiple calls with state court counsel on plan /mediation issues and insurance demand (2.2) Follow-up correspondence regarding the same with state court counsel and PSZJ team (0.5) | OFK | 2.70 | 1,620.00 |
| 02/17/23 | Analyze and review with Mr. Caine, Mr. Knapp and BRG team various documents and data requests arising in connection with the in-person mediation (1.2) | OFK | 1.20 | 720.00 |
| 02/20/23 | Continued review of non-monetary policy materials. | BCK | 0.90 | 540.00 |
| 02/20/23 | Continued multiple correspondence and work on mediation follow-up for insurance demand (1.2) multiple correspondence with state court counsel regarding the same (0.6) Work on document requests on non-monetary child protection plan provisions and correspond regarding the same (1.7) | OFK | 3.50 | 2,100.00 |
| 02/22/23 | Correspond regarding mediation and follow-up on insurance with demand (0.8) Work on non-monetary plan provisions and additional document requests (2.5) | OFK | 3.30 | 1,980.00 |
| 02/23/23 | Call with Doug Stewart on mediation follow-up points (0.5) Work on non-monetary child protection plan provisions and related information requests. (2.2) | OFK | 2.70 | 1,620.00 |
| 02/23/23 | Analysis of FIMS data access issues for plan mediation. | BCK | 0.20 | 120.00 |
| 02/24/23 | Revise document requests in connection with plan mediation (0.6); review policy materials (0.3); revise non-monetary policies (0.7). | BCK | 1.60 | 960.00 |
| 02/24/23 | Edit and revise draft non-monetary plan protection and supplemental document request from VAC/SEC (4.0) | OFK | 4.00 | 2,400.00 |
| 02/27/23 | Revise document requests related to plan mediation process (0.6); analysis of FIMS access and next steps in Apostolate document collections (0.5). | BCK | 1.10 | 660.00 |
| 02/27/23 | Review document productions to address certain lease issues related to financial analysis of Debtor for plan mediation. | BCK | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/27/23 | Prepare for and participate in meeting with insurance counsel and state court counsel to work on mediation demand to ANO / insurers (1.6) Multiple correspondence on claims issues with state court counsel/insurance counsel regarding the same (1.3) Review claims valuation documents and correspond on claim value (1.5) Work on child protection plan provisions (1.2) | OFK | 5.60 | 3,360.00 |
| 02/28/23 | Revise child protection document request and correspond regarding the same with Mr. Caine. (1.0) Continued work on child protection / non-monetary plan provisions (1.5) | OFK | 2.50 | 1,500.00 |
| | | | **160.30** | **$96,067.50** |

**TOTAL FEES**                                                                                      **$158,587.50**

**TIMEKEEPER SUMMARY:**

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.70 | $420.00 |
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| A. St. Mary | Paralegal | $225.00 | 2.10 | $472.50 |
| | | | **3.60** | **$1,372.50** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.70 | $2,820.00 |
| J. M. Cerise | Partner | $600.00 | 3.10 | $1,860.00 |
| O. F. Kuebel | Partner | $600.00 | 18.70 | $11,220.00 |
| W.S. Bryant | Partner | $600.00 | 3.90 | $2,340.00 |
| A. St. Mary | Paralegal | $225.00 | 0.20 | $45.00 |
| | | | **30.60** | **$18,285.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.50 | $300.00 |
| O. F. Kuebel | Partner | $600.00 | 2.20 | $1,320.00 |
| W.S. Bryant | Partner | $600.00 | 8.40 | $5,040.00 |
| | | | **11.10** | **$6,660.00** |

132321992v.1

**B150    Meetings & Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.40 | $2,640.00 |
| O. F. Kuebel | Partner | $600.00 | 4.50 | $2,700.00 |
| W.S. Bryant | Partner | $600.00 | 3.30 | $1,980.00 |
| | | | **12.20** | **$7,320.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 2.20 | $1,320.00 |
| O. F. Kuebel | Partner | $600.00 | 8.10 | $4,860.00 |
| P. G. Eisenberg | Partner | $600.00 | 1.90 | $1,140.00 |
| W.S. Bryant | Partner | $600.00 | 23.90 | $14,340.00 |
| A. St. Mary | Paralegal | $225.00 | 7.10 | $1,597.50 |
| | | | **43.20** | **$23,257.50** |

**B195    Non-Working Travel**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $300.00 | 2.00 | $600.00 |
| | | | **2.00** | **$600.00** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $225.00 | 0.70 | $157.50 |
| | | | **0.70** | **$157.50** |

**B310    Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.50 | $900.00 |
| O. F. Kuebel | Partner | $600.00 | 1.20 | $720.00 |
| S. J. Humeniuk | Senior Counsel | $550.00 | 5.70 | $3,135.00 |
| N. Peterson | Litigation Supp | $225.00 | 0.50 | $112.50 |
| | | | **8.90** | **$4,867.50** |

**B320    Plan and Disclosure Statement**

**B320   Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 47.00 | $28,200.00 |
| O. F. Kuebel | Partner | $600.00 | 68.40 | $41,040.00 |
| P.C. Lambert | Partner | $600.00 | 31.50 | $18,900.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.90 | $540.00 |
| W.S. Bryant | Partner | $600.00 | 12.20 | $7,320.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | 160.30 | $96,067.50 |

**TIMEKEEPER SUMMARY TOTALS**                                             **272.60**        **$158,587.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 12.70 |
| | Outside Printing | 756.42 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 0844412891 | 35.00 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 7863200630 | 287.80 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | 23.97 |
| 02/13/23 | Transportation Charges Frosch Firm Paid Tvl C/M Jan 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | 34.07 |
| 02/28/23 | Deposition Transcripts 23-32-2, Janice Russell, Copy of transcript of hearing held on 2/7/23 | 81.00 |
| | TOTAL EXPENSES | $1,230.96 |

**TOTAL FEES**                                                                                          **$158,587.50**

**TOTAL EXPENSES**                                                                               **$1,230.96**

**TOTAL FEES AND EXPENSES**                                                             **$159,818.46**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 17, 2023
Invoice No.: 1781618
Page: 14

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132321992v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

March 17, 2023
Invoice No.: 1781618

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 28, 2023

     File Number:  0107766.00001
     RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees  .............................................................................................................................. $158,587.50

Total Expenses ......................................................................................................................... $1,230.96

Total Due this Statement........................................................................................................... $159,818.46

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

132321992v.1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING *EIGHTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**
**[Relates to Docket #_____]**

CAME ON for consideration the *Eighth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2022 through February 28, 2023* [**Docket #_____**] (the "Application") filed by Locke Lord LLP (the "Firm") on March 28, 2023 for the period from November 1, 2022 through February 28, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **<u>$557,412.72</u>** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "<u>Award</u>") against the estate of the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>"). This Award consists of <u>$552,802.50</u> in fees for services rendered and <u>$4,610.22</u> in expenses incurred by the Firm during the Application Period.

2. The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtors, within ten (10) calendar days after the entry of this Order.

3. The Firm is directed to serve this Order on the required parties under this Court's Order Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this ____ day of ___________, 2023

________________________________________
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**