# EXHIBIT "13"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) |
| **THE ARCHDIOCESE OF NEW** | ) |
| **ORLEANS** | ) **Section "A"** |
| | ) |
| **DEBTOR.** [1] | ) **Chapter 11** |
| | ) |

## FEE APPLICATION COVER SHEET
### *NINTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | December 29, 2020 / $616,628.22<br>May 20, 2021 / $498,601.19<br>October 26, 2021 / $322,428.45<br>December 14, 2021 / $508,624.47<br>May 19, 2022 / $414,907.50<br>December 13, 2022 / $386,463.91<br>December 27, 2022 / $575,200.82<br>April 14, 2023 / $557,412.72 |
| **Period for which compensation and reimbursement is sought:** | March 1, 2023 through June 30, 2023<br>(the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$507,875.00** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$8,194.46** |
| **Fee Application:** | Ninth Interim Fee Application |
| **Total:** | **$516,069.46** |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

The Locke Lord LLP professionals who rendered services for The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), the above-captioned debtor and debtor-in-possession in this Bankruptcy Case, during the Application Period are:

| March 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| O. F. Kuebel | Partner | $600.00 | 69.4 | $41,640.00 |
| W. Steven Bryant | Partner | $600.00 | 59.3 | $35,580.00 |
| B. C. Knapp | Partner | $600.00 | 48.9 | $29,340.00 |
| P. Lambert | Partner | $600.00 | 24.8 | $14,880.00 |
| P. Eisenberg | Partner | $600.00 | 0.5 | $300.00 |
| J. Cerise | Partner | $600.00 | 0.8 | $480.00 |
| A. Katz | Senior Counsel | $550.00 | 0.3 | $165.00 |
| A. St. Mary | Paralegal | $225.00 | 31.8 | $7,155.00 |
| **Total Professional Hours and Fees Sought** | | | **235.8** | **$129,540.00**[2] |

---

[2] These invoice amounts total $129,540.00, but as discussed below, additional voluntary reductions of $3,630.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $133,170.00.

| April 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| O. F. Kuebel | Partner | $600.00 | 59.7 | $35,820.00 |
| W. Steven Bryant | Partner | $600.00 | 9.5 | $5,700.00 |
| B. C. Knapp | Partner | $600.00 | 57.0 | $34,200.00 |
| P. Lambert | Partner | $600.00 | 27.3 | $16,380.00 |
| P. Eisenberg | Partner | $600.00 | 3.9 | $2,340.00 |
| J. Cerise | Partner | $600.00 | 27.1 | $16,260.00 |
| A. Katz | Senior Counsel | $550.00 | 6.5 | $3,575.00 |
| A. St. Mary | Paralegal | $225.00 | 7.2 | $1,620.00 |
| **Total Professional Hours and Fees Sought** | | | **198.20** | **$115,895.00** |

| May 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| O. F. Kuebel | Partner | $600.00 | 67.4 | $40,440.00 |
| W. Steven Bryant | Partner | $600.00 | 71.6 | $42,960.00 |
| B. C. Knapp | Partner | $600.00 | 79.4 | $47,640.00 |
| P. Eisenberg | Partner | $600.00 | 1.0 | $600.00 |
| J. Cerise | Partner | $600.00 | 31.7 | $19,020.00 |
| A. St. Mary | Paralegal | $225.00 | 8.0 | $1,800.00 |
| **Total Professional Hours and Fees Sought** | | | **259.10** | **$152,460.00** |

| June 2023 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| O. F. Kuebel | Partner | $600.00 | 46.7 | $28,020.00 |
| W. Steven Bryant | Partner | $600.00 | 46.6 | $27,960.00 |
| B. C. Knapp | Partner | $600.00 | 53.0 | $31,800.00 |
| P. Lambert | Partner | $600.00 | 7.0 | $4,200.00 |
| P. Eisenberg | Partner | $600.00 | 0.7 | $420.00 |
| J. Cerise | Partner | $600.00 | 19.1 | $11,460.00 |
| A. St. Mary | Paralegal | $225.00 | 27.2 | $6,120.00 |
| **Total Professional Hours and Fees Sought** | | | **200.30** | **$109,980.00**[3] |

---

[3] These invoice amounts total $109,980.00, but as discussed below, additional voluntary reductions of $960.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $110,940.00.

The total hours and fees incurred by the Firm on behalf of the Committee during the Application Period and separated by Project Category are as follows:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|-----------|------------------------|-------------|------------|
| B110 | CASE ADMINISTRATION | 13.3 | $6,817.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 160.5 | $89,582.50 |
| B130 | ASSET DISPOSITION | 51.7 | $30,795.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 59.8 | $35,880.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 119.8 | $58,530.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 1.1 | $660.00 |
| B190 | OTHER CONTESTED MATTERS | 18.4 | $10,795.00 |
| B250 | REAL ESTATE | 41.3 | $23,655.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 34.6 | $15,997.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 392.9 | $235,162.50 |
| | TOTAL PROFESSIONAL HOURS AND FEES SOUGHT = | 893.4[4] | $507,875.00[5] |

---

[4] In addition to the professional hours of 893.4 on the invoices, an additional 10.4 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 903.8 hours worked.

[5] These invoice amounts total $507,875.00, but as discussed below, additional voluntary reductions of $4,590.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $512,465.00.

The total amount of expenses by expense type incurred by the Firm for the Committee during the Application Period are:

| Expense Category | Amount |
| --- | --- |
| Postage | $57.00 |
| Outside Printing | $1,795.90 |
| Reveal - Hosting Data at $5.00/GB/mth | $308.00 |
| PACER Online Research | $28.90 |
| Westlaw Research | $4,761.13 |
| Travel, Taxi/Ride Share related to in-person mediation session on February 13, 2023 (submitted 03/09/2023) | $43.20 |
| Travel/Trip expense related to in-person mediation session on February 13, 2023) (submitted 03/09/2023) | $51.00 |
| Meals/Travel (Meal on February 12, 2023 for trip for in-person mediation) (submitted 03/09/2023) | $28.21 |
| Travel (Hotel lodging on February 12-13, 2023 in New Orleans for in-person mediation session (submitted 03/09/2023) | $420.22 |
| Fees related to in-person mediation session in New Orleans (February 13, 2023) (submitted 03/09/2023) | $30.00 |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | ($34.07) |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | ($23.97) |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 0845073410 | $35.00 |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 7863200958 | $340.30 |

| Expense Category | Amount |
|---|---|
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305211711 | $23.97 |
| Outside Copy Costs 51855, Alliance Overnight Document Service LLC, Mailing for Docket # 2321 | $139.85 |
| Services Rendered REQ062723 4063, Jefferson Parish Clerk, charge for JeffNet image print on 6/5 | $7.50 |
| Outside Copy Costs 51579, Alliance Overnight Document Service LLC, Printing and postage of doc# 2222, 2223 and 2224. | $182.32 |
| **Total Out-of-Pocket Expenses** | **$8,194.46** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) |
| THE ARCHDIOCESE OF NEW | ) |
| ORLEANS | ) Section "A" |
| | ) |
| DEBTOR. [1] | ) Chapter 11 |
| | ) |

### *NINTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 15, 2023 AT 1:30 P.M. (CDT) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE (DIAL-IN: 1-504-517-1385; CONFERENCE CODE 129611) AND VIDEO (https://gotomeet.me/JudgeGrabill).[2] IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "Firm") files its *Ninth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* (the "Application"). In support of this Application covering March 1, 2023 through June 30, 2023 (the "Application Period"), the Firm respectfully states as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Parties in interest are directed to the Court's General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

# I.     INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the Committee from March 1, 2023 through June 30, 2023:

| Month Work Performed | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| March 2023 | $196,649.50 | ($63,479.50) | ($3,630.00) | $129,540.00 | $1,115.18 | $130,655.18 |
| April 2023 | $168,830.50 | ($52,935.50) | ($0.00) | $115,895.00 | $2,243.34 | $118,138.34 |
| May 2023 | $222,987.00 | ($70,527.00) | ($0.00) | $152,460.00 | $4,329.17 | $156,789.17 |
| June 2023 | $160,129.00 | ($49,189.00) | ($960.00) | $109,980.00 | $506.77 | $110,486.77 |
| | | | | | | |
| | | | | | **TOTAL =** | **$516,069.46[3]** |

# II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

# III.     BACKGROUND FACTS

## A.     Introduction

3.     On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

4.     The Debtor remains in possession of its property and is managing its business as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11

---

[3] True and correct copies of the Firm's Monthly Fee Statements (the "Statements"), which include all the Firm's Invoices issued in the Application Period, are attached to this Application as **Exhibit "1".** The Statements are incorporated by reference herein. These Statements were previously provided to the requisite notice parties.

U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[4] October 8, 2020,[5] June 7, 2022,[6] June 21, 2022,[7] and February 13, 2023.[8] The Committee currently consists of four (4) committee members.

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel.

## B.      Employment of the Firm

7.      On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [Doc. No. 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

8.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

9.      On March 23, 2023, the Court entered an *Order* [Doc. No. 2178] ("Retention Modification Order") approving in part and denying in part the Committee's *Motion to Amend*

---

[4] Doc. No. 151.
[5] Doc. No. 478.
[6] Doc. No. 1575
[7] Doc. No. 1618
[8] Doc. No. 2081.

*Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [Doc. No. 2004] (the "Retention Modification Motion"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps then-applicable to the Firm *nunc pro tunc* to January 1, 2023. (Retention Mod. Order, Doc. No. 2178, p. 2) and to establish a procedure authorizing the Firm to request additional increases on an annual basis thereafter. The Invoices for the Firm's time incurred in the Application Period reflect the revised rates authorized by the Retention Modification Order.

### IV. WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10. The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Statements attached to this Application include copies of the Firm's Invoices (the "Invoices") that set forth the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

11. During the Application Period, the Committee continued trying to reach a mediated settlement of this Bankruptcy Case. On May 8, 2023 and May 9, 2023, the principal parties-in-interest in this case, including the Committee, the Debtor, the Apostolates, the Official Committee of Unsecured Commercial Creditors (the "Commercial Committee"), the Debtor's insurers, and individual counsel to certain creditor groups, met at the offices of the Debtor's counsel for another in-person mediation session with the court-appointed mediator, Judge Gregg W. Zive ("Judge Zive"). The Committee approached these negotiations with seriousness. Among other things, the Committee continued to demand Debtor and Apostolate financial data and other documentation so that the Committee could, *inter alia*, assess the parties' respective negotiating positions and thereby focus its settlement efforts. Despite receiving certain documents, the Committee has continued to demand and pursue the remaining documents that the Committee still needs to fulfill

4

its fiduciary responsibilities to its constituency. During the Application Period, the Committee also engaged with the Debtor's insurers. The Committee examined the Debtor's respective insurance policies in detail, presented the insurers with the Committee's position *vis a vis* these policies— both at the in-person, mediation session and thereafter, and sought to involve the insurers at every step of these negotiations. At all times during the Application Period, the Committee remained focused on trying to settle this Bankruptcy Case on agreed terms favorable to its constituency.

12.     The Committee and the Firm also expended considerable time on other important tasks during the Application Period. These matters included the following:

- The subcommittee organized by the Committee to develop modern, sex-abuse prevention standards continued its essential work during the Application Period. This subcommittee, with the Firm's assistance, provided the Debtor with a detailed draft of these improved standards and processes, which the Committee expects to be incorporated as non-monetary provisions in any agreed Chapter 11 plan for the Debtor. This subcommittee and the Firm also met with the Debtor and its counsel on several occasions to further revise and clarify these provisions. In the Committee's view, any agreed Chapter 11 plan must incorporate improved, child-protection and sex-abuse prevention provisions in order to qualify as a success in the long term. The Committee continued to pursue this goal throughout the Application Period.

- The Committee litigated at a final, contested hearing its long-standing Motion to Compel the Debtor to provide financial data and other documents critical to the Committee's efforts to represent its constituency and negotiate an agreed plan. Although the Debtor has provided many documents and other data to the Committee in response to the Motion to Compel since 2021, the parties could not ultimately resolve certain disputes over various privilege claims asserted by the Debtor. The Court considered this matter at a final hearing on June 26, 2023 and took the dispute under advisement at the hearing's conclusion.

- During the Application Period, the Committee and the Firm accelerated their efforts to evaluate the Debtor's real-estate properties in order to identify assets that the Debtor can market and sell either during the Bankruptcy Case or pursuant to a negotiated Chapter 11 Plan. Additionally, the Firm, on the Committee's behalf, also initiated a comprehensive assessment of the Debtor's authority to sell its real estate as well as of the extent of the restrictions, if any, that may circumscribe that authority.

- The Committee, along with the Commercial Committee, evaluated an emergency motion filed by the Debtor during the Application Period to approve a long-running asset sale involving two (2) of the Debtor's affiliates, Notre Dame Health System (f/k/a Chateau de Notre Dame) ("NDHS") and St. Anthony's Gardens ("SAG"). Certain aspects of this sale directly affected the Debtor and its bankruptcy estate. On very short notice, the Committees negotiated and obtained key protections for their respective constituencies in an agreed order approving this sale. This Court approved the agreed order, and the Committee

5

understands that this sale has now substantially closed.

- The Committee investigated the Debtor's financial condition, assets, and operations throughout the Application Period. These investigations were critical to helping the Committee and its professionals prepare for the second, in-person mediation session with the Debtors and other parties-in-interest in May 2023.

- The Firm continued to field unsecured creditor calls and inquiries about the plan process and the status of the Bankruptcy Case during the Application Period. The Firm remained the principal point of contact between the Committee and the individual members of its creditor constituency.

- Finally, the Committee continued its efforts to obtain documents from the Apostolates during the Application Period. This document collection continues as of today's date.

## V. PROJECT CATEGORIES

13. The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in ten (10) different project categories during the Application Period. The pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Meetings & Communications with Creditors (B150), (5) Fee/Employment Applications (B160), (6) Fee/Employment Objections (B170), (7) Other Contested Matters (B190), (8) Real Estate (B250), (9) Claims Administration and Objections (B310), and (10) Plan and Disclosure Statement (B320).

14. The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following, additional information: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes these services.

## A. Case Administration (Category Code B110)

15. The category of **Case Administration** concerns activities arising out of compliance

with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly conference calls between counsel for the Debtor and the Committee.

16.     The Firm expended <u>13.3</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$6,817.50</u>. Therefore, the Firm's blended hourly rate is <u>$512.59/hour</u>.[9]

**B.     <u>Asset Analysis and Recovery (Category Code B120)</u>**

17.     The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. This category includes Committee efforts to obtain documents and information from the Debtor's affiliates, such as the Apostolates. In addition, this category also covers the time the Firm expended litigating the Committee's motion to compel the Debtor to produce certain documents, including the appearance of Firm personnel on the Committee's behalf at the final hearing on June 26, 2023.

18.     The Firm expended <u>160.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$89,582.50</u>. Therefore, the Firm's blended hourly rate is <u>$558.15/hour</u>.

**C.     <u>Asset Disposition (Category Code B130)</u>**

19.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. This category covers the services the Firm provided in connection with the Debtor's motion to approve its participation in the sale of NDHS's and SAG's assets.

---

[9] The blended rates as broken out by project categories do not reflect the voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is <u>$561.93</u> per hour.

20.     The Firm expended <u>51.7</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$30,795.00</u>. Therefore, the Firm's blended hourly rate is <u>$595.65/hour.</u>

**D.     Meetings & Communications with Creditors (Category Code B150)**

21.     The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. This category also includes the Firm's communications with individual creditors who form part of the Committee's constituency but who are not Committee members.

22.     The Firm expended <u>59.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$35,880.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour.</u>

**E.     Fee/Employment Applications (Category Code B160)**

23.     The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties.

24.     The Firm expended <u>119.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$58,530.00</u>. Therefore, the Firm's blended hourly rate is <u>$488.56/hour.</u>

**F.     Fee/Employment Objections (Category Code B170)**

25.     The category of **Fee/Employment Objections** involves preparing and filing objections to employment and fee applications as well as analysis concerning potential conflicts of interest by estate professionals.

26.    The Firm expended 1.1 hours of professional time on services in this category. The Firm's professional fees in this category total $660.00. Therefore, the Firm's blended hourly rate is $600.00/hour.

**G.    Other Contested Matters (Category Code B190)**

27.    The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. This category includes time expended in connection with adversary proceedings and other litigation related to the Bankruptcy Case.

28.    The Firm expended 18.4 hours of professional time on services in this category. The Firm's professional fees in this category total $10,795.00. Therefore, the Firm's blended hourly rate is $586.68/hour.

**H.    Real Estate (Category Code B250)**

29.    The category of **Real Estate** covers real estate-related matters, such as the Committee's investigation of the extent of the Debtor's real-estate properties as well its examination of the Debtor's authority to sell these properties.

30.    The Firm expended 41.3 hours of professional time on services in this category. The Firm's professional fees in this category total $23,655.00. Therefore, the Firm's blended hourly rate is $572.76/hour.

**I.    Claims Administration & Objections (Category Code B310)**

31.    The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor and motions filed by parties requesting the Court's permission to file late-filed claims in the Bankruptcy Case.

32.    The Firm expended 34.6 hours of professional time on services in this category.

9

The Firm's professional fees in this category total $15,997.50. Therefore, the Firm's blended hourly rate is $462.36/hour.

**J.**    **Plan and Disclosure Statement (Category Code B320)**

33.    The category of **Plan and Disclosure Statement** concerns the formulation and presentation of a Chapter 11 plan and disclosure statement and all related activities. This category includes, among other things, all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor (such as the continuing negotiations over the child-protection and sex-abuse prevention provisions) as well as any document discovery necessary to prepare the Committee and its members for mediation and/or plan confirmation. In addition, this category also covers all time Firm professionals spent preparing for and attending the in-person mediation on May 8-9, 2023.

34.    The Firm expended 392.9 hours of professional time on services in this category. The Firm's professional fees in this category total $235,162.50. Therefore, the Firm's blended hourly rate is $598.53/hour.

**VI.**    **REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

35.    Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "Expense Record"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has made no request for general overhead expenses.

36.    The Firm's expenses in the Application Period were necessary and reasonable. For instance, copying and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case—a significant expense given the large number of parties on the Debtor's service list. Nevertheless, the Firm always strives to minimize such expenses. In particular, online and PACER research was utilized only when an attorney

10

believed that the benefits of computerized research outweighed its costs and that using traditional research methods would cost more.

37. The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| Postage | $57.00 |
| Outside Printing | $1,795.90 |
| Reveal - Hosting Data at $5.00/GB/mth | $308.00 |
| PACER Online Research | $28.90 |
| Westlaw Research | $4,761.13 |
| Travel, Taxi/Ride Share related to in-person mediation session on February 13, 2023 (submitted 03/09/2023) | $43.20 |
| Travel/Trip expense related to in-person mediation session on February 13, 2023) (submitted 03/09/2023) | $51.00 |
| Meals/Travel (Meal on February 12, 2023 for trip for in-person mediation) (submitted 03/09/2023) | $28.21 |
| Travel (Hotel lodging on February 12-13, 2023 in New Orleans for in-person mediation session (submitted 03/09/2023) | $420.22 |
| Fees related to in-person mediation session in New Orleans (February 13, 2023) (submitted 03/09/2023) | $30.00 |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | ($34.07) |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | ($23.97) |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 0845073410 | $35.00 |

| Expense Category | Amount |
|---|---|
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 7863200958 | $340.30 |
| Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305211711 | $23.97 |
| Outside Copy Costs 51855, Alliance Overnight Document Service LLC, Mailing for Docket # 2321 | $139.85 |
| Services Rendered REQ062723 4063, Jefferson Parish Clerk, charge for JeffNet image print on 6/5 | $7.50 |
| Outside Copy Costs 51579, Alliance Overnight Document Service LLC, Printing and postage of doc# 2222, 2223 and 2224. | $182.32 |
| **Total Out-of-Pocket Expenses** | **$8,194.46** |

38.     The Firm requests that the Court grant it reimbursement for $8,194.46 in reimbursable expenses it incurred on the Committee's behalf during the Application Period.

## VII.     VOLUNTARY REDUCTIONS

39.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of $4,590.00 (10.4 billable hours) for work performed but not charged to the Committee during the Application Period, with such entries being marked as "No Charge."

## VIII.   STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

40.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at the Firm's ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses that the Firm incurred in connection with the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy

Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in connection with these Bankruptcy Cases except as this Court may approve.

41.    As of today's date, the Firm has received payments totaling $3,776,312.67 in connection with the eight, previous interim fee applications approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, December 27, 2022, and April 14, 2023. Additionally, the Firm has also received a total of $199,706.52 in interim, monthly payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1787886 | 4/21/2023 | $130,655.18 | 6/9/2023 | ($104,747.18) | $25,908.00 |
| 1793239 | 5/18/2023 | $118,138.34 | 7/7/2023 | ($94,959.34) | $23,179.00 |
| 1798629 | 6/21/2023 | $156,789.17 | -- | -- | $156,789.17 |
| 1804191 | 7/18/2023 | $110,486.77 | -- | -- | $110,486.77 |
| | **TOTALS =** | $516,069.46 | | ($199,706.52) | **$316,362.94** |

The Firm seeks approval and payment of these Invoices in full under this Application.

42.    No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection

13

with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.   STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

43.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

44.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with this Court's standards applied to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

45.     The *Johnson* Factors are summarized as follows: (1) the time and labor required;

14

(2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[10] Based upon the services described in this Application, the Firm respectfully represents that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

46.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 903.8[11] hours during the Application Period for a total fee of $507,875.00. Including the 10.4 hours worked but not charged, the Firm's blended hourly rate is **$561.93/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Invoices and on the cover sheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

**The Novelty and Difficulty of the Questions Presented**

47.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to handle these

---

[10] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[11] This includes the 10.4 hours worked but not charged.

questions. This factor therefore favors granting the Firm its requested award.

**The Skill Required to Perform the Services**

48.     Representing the Committee in this Bankruptcy Case required considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm strived to limit the number of attorneys who worked on this case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award the Firm has requested.

**Preclusion of Other Employment Due to Acceptance of the Case**

49.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these other cases, the Firm also charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

**The Customary Fee**

50.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The

rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least comparable to other similarly-situated firms. These rates also reflect voluntary reductions of $4,590.00.

51.     In light of these circumstances, the blended hourly rate on this matter of **$561.93/hour** is reasonable and reflects below-market rates for legal services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

## Whether the Fee is Fixed or Contingent

52.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

## Time Limitations Imposed by the Client or Other Circumstances

53.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

## The Amount Involved and the Results Obtained

54.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

## The Experience, Reputation, and Ability of the Attorneys

55.    The Firm's attorneys have significant experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

## The "Undesirability" of the Bankruptcy Cases

56.    Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged are far below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case continued throughout the Application Period.

## The Nature and Length of the Professional Relationship with the Client

57.    The Firm's engagement by the Committee commenced shortly after the Committee was formed.

## Awards in Similar Cases

58.    The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

59.    In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.   CONCLUSION

60.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. The Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

61.     The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to **_$516,069.46._** The requested award (the "Award") consists of $507,875.00 in fees and $8,194.46 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: July 25, 2023

Respectfully submitted,

/s/ W. Steven Bryant
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
        rkuebel@lockelord.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby caused a copy of the foregoing *Application* to be served on July 25, 2023 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 25, 2023.

                           */s/ W. Steven Bryant*
                           W. Steven Bryant

21

# EXHIBIT 1-1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | **Objection Deadline: May 12, 2023** |
| | § | |

**MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP**
**FOR MARCH 1, 2023 THROUGH MARCH 31, 2023**

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2023 through March 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.　　A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.　　A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.　　A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,514,900.69.

### **TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| March 1, 2023 to March 31, 2023 | |
| --- | --- |
| Fees (at standard rates): | $196,649.50 |
| (Reduction due to reduced rates) | ($63,479.50) |
| (Further voluntary reductions) | ($3,630.00) |
| Fees (After all reductions): | $129,540.00 |
| Disbursements | $1,115.18 |
| **Total** | **$130,655.18** |

9.      During the Statement Period, Locke Lord expended 0.5 hours and $300.00 in fees, as well as $0.00 in expenses, on matters related to the alleged protective order violations.

### **VOLUNTARY REDUCTIONS**

10.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $3,630.00 and 8.80 billable hours not charged for March 2023. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

11.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

12.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 12, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

13.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$104,747.18**. This figure consists of (a) $103,632.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $129,540.00 for the Statement Period, and (b) $1,115.18 in expenses disbursed, which represents

3

one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

14.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: April 28, 2023.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
         rkuebel@lockelord.com
  -and-

/s/ W. Steven Bryant
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

America:0107766/00001: 132832601v.1

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 3.60 | $1,560.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 18.60 | $11,160.00 |
| B130 | ASSET DISPOSITION | 12.00 | $7,087.50 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 16.80 | $10,080.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 79.10 | $36,360.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 0.20 | $120.00 |
| B190 | OTHER CONTESTED MATTERS | 1.40 | $727.50 |
| B250 | REAL ESTATE | 10.40 | $6,240.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.30 | $780.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 92.40 | $55,425.00 |
| | **TOTAL FEES SOUGHT =** | **235.80** | **$129,540.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**MARCH 1, 2023 THROUGH MARCH 31, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 69.4 | $600.00 | $41,640.00 |
| BCK | Knapp, Brad C. | Partner | 48.9 | $600.00 | $29,340.00 |
| WSB | Bryant, W. Steven | Partner | 59.3 | $600.00 | $35,580.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.5 | $600.00 | $300.00 |
| PCL | Lambert, Peyton C. | Partner | 24.8 | $600.00 | $14,880.00 |
| JMC | Cerise, Jason M. | Partner | 0.8 | $600.00 | $480.00 |
| AHK | Alan H. Katz | Senior Counsel | 0.3 | $550.00 | $165.00 |
| AS | St. Mary, Amanda P | Paralegal | 31.8 | $225.00 | $7,155.00 |
| | | | | | |
| | **TOTALS =** | | **235.8** | | **$129,540.00** |

**EXHIBIT C**

# EXPENSE SUMMARY
## DURING COMPENSATION PERIOD
### MARCH 1, 2023 THROUGH MARCH 31, 2023

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 0.60 |
| | Outside Printing | 123.72 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| 03/09/23 | Travel, Taxi/Ride Share related to in-person mediation session on February 13, 2023 (submitted 03/09/2023) | 43.20 |
| 03/09/23 | Travel/Trip expense related to in-person mediation session on February 13, 2023) (submitted 03/09/2023) | 51.00 |
| 03/09/23 | Meals/Travel (Meal on February 12, 2023 for trip for in-person mediation) (submitted 03/09/2023) | 28.21 |
| 03/09/23 | Travel (Hotel lodging on February 12-13, 2023 in New Orleans for in-person mediation session (submitted 03/09/2023) | 420.22 |
| 03/09/23 | Fees related to in-person mediation session in New Orleans (February 13, 2023) (submitted 03/09/2023) | 30.00 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | (34.07) |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | (23.97) |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 0845073410 | 35.00 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 7863200958 | 340.30 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305211711 | 23.97 |
| | **TOTAL EXPENSES** | **$1,115.18** |

**EXHIBIT D**

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

April 21, 2023
Invoice No.: 1787886

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2023 $130,655.18

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/07/23 | Prepare for and participate in standing weekly call with the Debtor (0.6) | OFK | 0.60 | 360.00 |
| 03/07/23 | Conference with Debtor's counsel regarding pending matters. | BCK | 0.30 | 180.00 |
| 03/15/23 | Review hearing agenda and prepare for omnibus hearings (0.4) | OFK | 0.40 | 240.00 |
| 03/21/23 | Draft and file certificates of service related to orders entered by the Court on the Motion to Compel and the Motion to Increase Rate Caps (Docs 2162 and 2163) | AS | 0.40 | 90.00 |
| 03/21/23 | Prepare for and participate in standing weekly call with Debtor on mediation and other issues (0.5) | OFK | 0.50 | 300.00 |
| 03/24/23 | Conference with S. Oppenheim regarding upcoming monthly operating report. | BCK | 0.20 | 120.00 |
| 03/29/23 | Update Notice List for service of all case pleadings (1.0); draft and file certificates of service for recently filed fee applications (0.2). | AS | 1.20 | 270.00 |
| | | | **3.60** | **$1,560.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/01/23 | Multiple emails on FIMs/financial due diligence document access (0.5) Emails regarding OLDP lease review (0.3) | OFK | 0.50 | 300.00 |
| 03/02/23 | Multiple correspondence on FIMS due diligence. | OFK | 0.40 | 240.00 |
| 03/03/23 | Correspond with BRG regarding FIMs access and financial due diligence / claims on Portfolio B (0.6) | OFK | 0.60 | 360.00 |

Atlanta • Austin • Boston • Chicago • Cincinnati • Dallas • Hartford • Hong Kong • Houston • London • Los Angeles • Miami • Princeton • New Orleans
• New York • Providence • San Francisco • Stamford • Washington DC • West Palm Beach

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/06/23 | Multiple correspondence on BRG document access for financial /asset due diligence (0.6) | OFK | 0.60 | 360.00 |
| 03/07/23 | Correspond via email with the bankruptcy counsel team about the status of planned further discussions among the financial advisors for the Committees and the Debtor. | WSB | 0.30 | 180.00 |
| 03/07/23 | Multiple emails on financial due diligence on Apostolate assets (0.5) | OFK | 0.50 | 300.00 |
| 03/09/23 | Multiple correspondence with BRG team on Apostolate financial due diligence issues (0.6) Prepare for and participate on call with BRG regarding the same (1.0) | OFK | 1.60 | 960.00 |
| 03/09/23 | Meet with the bankruptcy counsel team and BRG to address potential claim issues arising in connection with Portfolio B (1.0); correspond via email with the bankruptcy counsel team about today's meeting (0.3). | WSB | 1.30 | 780.00 |
| 03/09/23 | Review and analyze the executed tolling non-Apostolate extension agreements (0.2); correspond via email with Brooke Altazan about this matter (0.1); forward the executed extension agreements to Pat Moody for her review and execution along with a brief summary of the status (0.3). | WSB | 0.60 | 360.00 |
| 03/09/23 | Analysis of Portfolio B activity and potential bankruptcy claims related to Portfolio B. | BCK | 1.00 | 600.00 |
| 03/10/23 | Receipt and review of BRG emails regarding FIMs/asset due diligence meeting and correspond regarding the same (0.4) | OFK | 0.40 | 240.00 |
| 03/13/23 | Call with BRG on financial /asset due diligence issues (1.4) | OFK | 1.40 | 840.00 |
| 03/13/23 | Call with Andy Caine on Motion to Compel and privilege-log issues (0.5) | OFK | 0.50 | 300.00 |
| 03/13/23 | Review the non-Apostolate tolling agreements executed by the Committee chair (0.1); forward the executed agreements to Brooke Altazan for her review and final execution (0.1); further correspond via email with Ms. Moody about the non-Apostolate tolling agreement for St. Joseph Abbey (0.3). | WSB | 0.50 | 300.00 |
| 03/14/23 | Review certain executed non-Apostolate tolling-agreement extensions and forward them to Pat Moody for her execution (0.2); forward fully-executed extensions to Brooke Altazan (0.1); further correspond via email with Ms. Moody about the additional extensions that need to be executed and the single non-Apostolate party that has not responded (0.2). | WSB | 0.50 | 300.00 |
| 03/14/23 | Correspond regarding Motion to Compel and privilege issues with Allison Kingsmill and Jason Cerise (0.4) | OFK | 0.40 | 240.00 |
| 03/15/23 | Multiple email correspondences with Brooke Altazan concerning the status of various non-Apostolate tolling-agreement extensions (0.3); forward additional agreements to Pat Moody for her execution (0.1); further correspond via email with Ms. Moody about these issues (0.2). | WSB | 0.60 | 360.00 |
| 03/15/23 | Analysis of FIMS information and file-sampling processes related to Portfolio A. | BCK | 0.40 | 240.00 |
| 03/15/23 | Multiple correspondence on asset due diligence (FIMs and real estate) with BRG team, state court counsel and Committee members (1.2) | OFK | 1.20 | 720.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 21, 2023
Invoice No.: 1787886
Page: 3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/16/23 | Prepare for and participate in omnibus hearing docket including Motion to Compel update (0.8) Multiple correspondence on court order/proposed order form (0.7) | OFK | 1.50 | 900.00 |
| 03/16/23 | Multiple correspondence with BRG team on FIMs data access and due diligence. | OFK | 0.40 | 240.00 |
| 03/16/23 | Correspond via email with Pat Moody regarding the additional tolling-agreement extensions (0.2); correspond via email with Brooke Altazan concerning the final tolling agreement extension (0.2). | WSB | 0.40 | 240.00 |
| 03/20/23 | Correspond with BRG on asset due diligence (0.4) | OFK | 0.40 | 240.00 |
| 03/21/23 | Correspond via email with Pat Moody regarding the execution of another tolling-extension agreement (0.2); forward the fully executed extension agreement with FL+WB Architects to Brooke Altazan for her review and comment (0.2). | WSB | 0.40 | 240.00 |
| 03/22/23 | Review additional executed tolling-extension agreement (0.2); forward this agreement to the Commercial Committee's counsel and request additional information about the final, outstanding agreement (0.2). | WSB | 0.40 | 240.00 |
| 03/22/23 | Conference with B. Knapp regarding resolution of discovery disputes. | JMC | 0.10 | 60.00 |
| 03/23/23 | Review remaining tolling extension agreement with the St. Ann entities and previous email exchanges about this matter in 2022. | WSB | 0.50 | 300.00 |
| 03/28/23 | Review and analyze Court's Order pertaining to Motion to Compel and setting briefing deadlines (.1). Communicate with R. Kuebel and B. Knapp regarding discussions with Debtor's counsel relative to disputed documents (.2). Outline argument for production of communications with Debtor's public relations consultant (.2). | JMC | 0.50 | 300.00 |
| 03/31/23 | Multiple correspondence with Claro Group regarding claims and insurance issues (0.7) | OFK | 0.70 | 420.00 |
| | | | **18.60** | **$11,160.00** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/01/23 | Emails regarding OLDP Lease review. | OFK | 0.30 | 180.00 |
| 03/01/23 | Review and analyze Stegall Benton's assessment of the JeffCAP/OLDP lease and the McEnery Group appraisal (0.7); correspond via email with the Committee about this analysis and the lease itself (0.2); further correspond via email with Pat Moody about this lease (0.2). | WSB | 1.10 | 660.00 |
| 03/02/23 | Correspond via email with Brad Knapp about the Committee's opposition to the JeffCAP/OLDP lease (0.2); telephone conference with Mark Mintz about this lease (0.5); correspond via email with the Committee about the issues presented by the lease in a further explanatory email (0.9); extended correspondence with the Committee chair, Pat Moody, about the lease (0.6); correspond via email with Bush Benton about the lease's issues and concerns (0.3); further examine the lease and the McEnery market rent study (1.1); telephone conference with Samantha Oppenheim regarding the timing of any evidentiary hearing on the lease (0.3). | WSB | 3.90 | 2,340.00 |
| 03/02/23 | Correspond via email regarding objection to OLDP lease. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 21, 2023
Invoice No.: 1787886
Page: 4

| **B130 Asset Disposition** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/03/23 | Review and analyze the McEnery market rent study for the OLDP/JeffCAP location (1.8); correspond via email with Bush Benton about the McEnery study and related matters (0.5). | WSB | 2.30 | 1,380.00 |
| 03/06/23 | Correspond via email with Brad Knapp and Rick Kuebel concerning the dates for the reset hearing on the JeffCAP/OLDP lease (0.1); correspond via email with Bush Benton about these matters (0.3); analyze potential sale issues presented by the lease (0.2). | WSB | 0.60 | 360.00 |
| 03/07/23 | Further analyze and review the potential settlement of the dispute over the JeffCAP/OLDP lease presented at today's standing Debtor call (0.4); correspond via email with Bush Benton about this settlement (0.2). | WSB | 0.60 | 360.00 |
| 03/10/23 | Calendar deadlines related to Motion to Continue Hearing and Related Deadlines on Debtor's Expedited Motion for Authority to Lease Property (Doc. 2127). | AS | 0.30 | 67.50 |
| 03/13/23 | Correspond via email with the bankruptcy counsel team concerning the JeffCAP/OLDP lease (0.3); review the recent email from Mark Mintz about the proposed settlement of this matter (0.2). | WSB | 0.50 | 300.00 |
| 03/14/23 | Further correspond via email with Rick Kuebel and Brad Knapp about the potential settlement of the JeffCAP/OLDP lease in advance of today's Committee call. | WSB | 0.30 | 180.00 |
| 03/15/23 | Correspond via email with the bankruptcy counsel team about the approval of the one-year extension on the JeffCAP/OLDP lease (0.1); draft email to the Debtor's counsel explaining that the Committee agrees to the one-year extension (0.3); further correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.50 | 300.00 |
| 03/15/23 | Multiple email /review proposed order on ANO lease approval (0.5) | OFK | 0.50 | 300.00 |
| 03/17/23 | Multiple correspondence on form of order and lease settlement (0.5) | OFK | 0.50 | 300.00 |
| 03/20/23 | Correspond via email with Steven Bryant regarding agreed order on JeffCAP/OLDP lease (0.2) | OFK | 0.20 | 120.00 |
| | | | **12.00** | **$7,087.50** |

| **B150 Meetings & Communications with Creditors** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/06/23 | Conferences with multiple survivor claimants regarding case status (0.4); correspondence with Committee regarding status of pending motions (0.2). | BCK | 0.60 | 360.00 |
| 03/07/23 | Correspond with state court counsel on case status requests (0.5) | OFK | 0.50 | 300.00 |
| 03/08/23 | Prepare for and participate in call with state court counsel regarding mediation status, claim value, and path forward (0.8) | OFK | 0.80 | 480.00 |
| 03/09/23 | Correspond / call with state court counsel on claim value issues and access to confidential ANO personnel files (1.5). | OFK | 1.50 | 900.00 |
| 03/09/23 | Conferences with survivor claimants regarding case status. | BCK | 0.30 | 180.00 |
| 03/13/23 | Extended telephone conferences with multiple survivor claimants regarding case status and next steps. | BCK | 0.80 | 480.00 |
| 03/13/23 | Review the agenda for tomorrow's Committee meeting (0.1); edit and revise the agenda (0.1). | WSB | 0.20 | 120.00 |
| 03/13/23 | Work on UCC meeting agenda (0.2) | OFK | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 21, 2023
Invoice No.: 1787886
Page: 5

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/14/23 | Correspond with Committee members concerning the late-filed claims volume and resolution (0.5) Prepare for and participate in UCC call and report to UCC on multiple issues (1.3) | OFK | 1.80 | 1,080.00 |
| 03/14/23 | Call with UCC member on asset due diligence. (0.8) | OFK | 0.80 | 480.00 |
| 03/14/23 | Attend today's weekly Committee meeting and address various outstanding issues, such as the JeffCAP/OLDP lease and the tolling agreement extensions (1.0); correspond via email with Brad Knapp about developments at today's meeting (0.1). | WSB | 1.20 | 720.00 |
| 03/14/23 | Revise Committee agenda (0.2); attend Committee meeting regarding next steps in mediation process (0.8). | BCK | 1.00 | 600.00 |
| 03/15/23 | Correspondence with counsel for certain claimants regarding late claims. | BCK | 0.20 | 120.00 |
| 03/20/23 | Correspond with state court counsel about various matters (0.5) | OFK | 0.50 | 300.00 |
| 03/21/23 | Prepare for and participate in status call with UCC Chair and state court counsel on mediation status and demand. (1.2) | OFK | 1.20 | 720.00 |
| 03/21/23 | Draft updates for Committee regarding next steps in mediation process (0.1); conference with Committee chair regarding mediation issues (1.2). | BCK | 1.30 | 780.00 |
| 03/22/23 | Conference with survivor claimant regarding case status (0.4); conference with counsel for survivor claimant regarding case status (0.6). | BCK | 1.00 | 600.00 |
| 03/24/23 | Receipt and review of email from counsel to non-Committee abuse claimants and discuss the same (0.3) | OFK | 0.30 | 180.00 |
| 03/27/23 | Conference with survivor claimant regarding case status. | BCK | 0.30 | 180.00 |
| 03/27/23 | Work on UCC status report / update email and revise the same (0.4) | OFK | 0.40 | 240.00 |
| 03/28/23 | Correspondence with Committee regarding next steps in mediation process and upcoming meetings (0.4); conference with counsel for Committee member regarding mediation next steps (0.4). | BCK | 0.80 | 480.00 |
| 03/30/23 | Multiple correspondence with state court counsel on child protection issues (0.4) | OFK | 0.40 | 240.00 |
| 03/31/23 | Call with state court counsel on non-monetary questions (0.4) Further correspond with claimant counsel regarding claim questions (0.3) | OFK | 0.70 | 420.00 |
| | | | **16.80** | **$10,080.00** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/23 | Draft application for retention and employment of InGen (1.4); email correspondence to/from S. Bryant and B. Knapp regarding same (0.2). | AS | 1.60 | 360.00 |
| 03/01/23 | Prepare materials for InGen employment application. | BCK | 1.10 | 660.00 |
| 03/02/23 | Conference with M. Mintz regarding IT vendor engagement (0.2); revise engagement application for vendor (0.9). | BCK | 1.10 | 660.00 |
| 03/03/23 | Revise application materials to employ InGen (1.3); revise motion to expedite InGen retention hearing (0.3); conference with InGen team regarding retention issues and next steps (0.5). | BCK | 2.10 | 1,260.00 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/03/23 | Correspond via email with Brad Knapp regarding the InGen retention application and related matters. | WSB | 0.10 | 60.00 |
| 03/03/23 | Edit application for retention and employment of InGen (0.6); draft motion for expedited hearing (0.2); email correspondence to/from S. Bryant and B. Knapp regarding same (0.1). | AS | 0.90 | 202.50 |
| 03/07/23 | Correspondence with InGen regarding retention materials. | BCK | 0.20 | 120.00 |
| 03/07/23 | Review the proposed InGen retention application and proposed order. | WSB | 0.20 | 120.00 |
| 03/08/23 | Conference with InGen CEO regarding engagement materials and issues (0.5); draft summary of compensation procedures for InGen (0.3). | BCK | 0.80 | 480.00 |
| 03/08/23 | Correspond via email with Yamille Harrison and Amanda St. Mary regarding the preparation and filing of the next round of fee applications (0.5); begin drafting Eighth Interim Fee Application of Locke Lord LLP (1.6). | WSB | 2.10 | 1,260.00 |
| 03/08/23 | Prepare spreadsheet listing Locke Lord's fee application totals in preparation for filing eighth fee application of Locke Lord | AS | 1.90 | 427.50 |
| 03/09/23 | Prepare spreadsheet listing Locke Lord's fee application totals for filing preparation of eighth fee application (TOTAL: 4.4; 2.4 Hours-- NO CHARGE) | AS | 2.00 | 450.00 |
| 03/09/23 | Draft email to the Debtor's counsel requesting interim payment of the December 2022 invoices (0.4); correspond via email with Yamille Harrison about the Locke Lord fee application (0.1); continue drafting the Locke Lord fee application (0.7); draft, edit, and revise the engagement letter with InGen (2.3). | WSB | 3.50 | 2,100.00 |
| 03/09/23 | Correspondence with InGen regarding retention issues (0.3); revise InGen engagement agreement (0.6). | BCK | 0.90 | 540.00 |
| 03/10/23 | Revise InGen engagement letter (0.3); correspondence with InGen about next steps for retention (0.1). | BCK | 0.40 | 240.00 |
| 03/10/23 | Draft, edit, and revise the monthly fee statement for Locke Lord LLP (2.7); correspond via email with Amanda St. Mary regarding the forthcoming fee applications (0.2). | WSB | 2.90 | 1,740.00 |
| 03/10/23 | Prepare spreadsheet listing Zobrio's fee application totals in preparation of sixth fee application | AS | 1.50 | 337.50 |
| 03/13/23 | Further draft, edit, and revise the Locke Lord monthly fee statement (1.2); begin editing the Zobrio fee application (0.7). | WSB | 1.90 | 1,140.00 |
| 03/13/23 | Revise InGen retention application (0.3); conference with Amanda George regarding InGen retention (0.2); correspondence with InGen regarding next steps for retention process (0.1). | BCK | 0.60 | 360.00 |
| 03/13/23 | Further edit Locke Lord's fee application totals in its Eighth Interim fee application | AS | 3.10 | 697.50 |
| 03/14/23 | Further draft, edit, and revise the Locke Lord Eighth Interim Fee Application (2.1); correspond via email with Linda Cantor regarding coordination of the next round of fee applications (0.3). | WSB | 2.40 | 1,440.00 |
| 03/15/23 | Revise InGen retention application. | BCK | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 21, 2023
Invoice No.: 1787886
Page: 7

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/15/23 | Further draft, edit, and revise monthly fee statement of Locke Lord (0.2); draft monthly fee statement of Zobrio (0.1); correspond via email with Amanda St. Mary about the status of the fee applications (0.2); further revise Eighth Interim Fee application for Locke Lord (2.2). | WSB | 2.70 | 1,620.00 |
| 03/15/23 | Prepare spreadsheet listing Locke Lord's fee application totals in preparation of eighth fee application | AS | 1.50 | 337.50 |
| 03/16/23 | Further edit and revise the Locke Lord monthly fee statement (1.1); draft, edit, and revise orders on the Motion to Increase rate caps in light of the Court's ruling today on the Motion (1.0); correspond via email with the PSZJ team about the proposed order (0.3); analyze further issues posed by Court's ruling and revise the orders (0.3); analyze issues presented by the Court's ruling with Rick Kuebel (0.2). | WSB | 2.90 | 1,740.00 |
| 03/16/23 | Analysis of InGen statement of work and retention issues (0.4); attend hearing regarding fee adjustment for Committee professionals (0.3); review order regarding hearing (0.2); revise proposed order regarding fee adjustments (0.3). | BCK | 1.20 | 720.00 |
| 03/17/23 | Analysis of InGen retention issues and possible alternative vendors. | BCK | 0.50 | 300.00 |
| 03/17/23 | Correspond via email with Amanda St. Mary regarding the entry of the proposed orders amending the PSZJ and Locke Lord retention orders (0.2); review and finalize the Locke Lord monthly fee statement (2.0); correspond via email with Ms. St. Mary and Yamille Harrison about finalizing the Locke Lord fee application (0.2). | WSB | 2.40 | 1,440.00 |
| 03/17/23 | Email to Court with proposed orders regarding Motion of the Official Committee of Unsecured Creditors to Amend Retention Orders of its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure (Doc. No. 2004) | AS | 0.30 | 67.50 |
| 03/20/23 | Prepare spreadsheet listing Locke Lord's fee application totals in preparation of eighth fee application (0.3); further edit and revise Locke Lord's eighth fee application (5.3) | AS | 5.90 | 1,327.50 |
| 03/21/23 | Prepare spreadsheet listing Locke Lord's fee application totals in preparation of eighth fee application | AS | 1.50 | 337.50 |
| 03/21/23 | Correspond via email with Bush Benton about the next Stegall Benton fee application (0.2); correspond via email with Ryan Thessing concerning the next Zobrio fee application (0.1); edit and revise the Locke Lord fee application (1.0). | WSB | 1.40 | 840.00 |
| 03/22/23 | Further draft, edit, and revise the Eighth Interim Application of Locke Lord (2.1); correspond via email with Amanda St. Mary regarding the Zobrio fee application (0.2); further edit and revise the Locke Lord Application (0.5). | WSB | 2.80 | 1,680.00 |
| 03/22/23 | Prepare spreadsheet listing Zobrio's fee application totals in preparation of sixth fee application (1.5); draft sixth fee application (0.5) (NO CHARGE) | AS | 0.00 | 0.00 |
| 03/23/23 | Prepare spreadsheet listing Stegall's fee application totals in preparation of fourth fee application (0.2); draft fourth fee application (0.7). | AS | 0.90 | 202.50 |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/23/23 | Further draft, edit, and revise the Locke Lord Eighth Interim Fee Application (2.4); correspond via email with Amanda St. Mary about the Application (0.2); correspond via email with Pat Moody regarding the Application (0.2); review the Court's orders approving the Motion to Increase rate caps (0.1). | WSB | 2.90 | 1,740.00 |
| 03/24/23 | Further draft, edit, and finalize Locke Lord's Eighth Interim Fee Application (4.3); draft, edit, and revise the Locke Lord fee statement for the February 2023 time entries (1.0); correspond via email with Brad Knapp and Rick Kuebel about proposed revisions to Locke Lord's Fee Application (0.2). | WSB | 5.50 | 3,300.00 |
| 03/27/23 | Draft, edit, and finalize the Sixth Interim Fee Application of Zobrio (1.0--NO CHARGE); draft, edit, and finalize the Fourth Interim Fee Application of Stegall Benton (1.0); correspond via email with Pat Moody about the various applications, including the Locke Lord Eighth Interim Fee Application (0.3); correspond via email with Amanda St. Mary concerning the proposed exhibits to the fee applications (0.3); further edit and revise the Locke Lord fee application (0.5); edit and finalize the February 2023 fee statements for Locke Lord (0.8); edit and finalize the February 2023 fee statement for Zobrio (0.4); edit and revise the February 2023 fee statement for Stegall Benton (0.3). | WSB | 3.60 | 2,160.00 |
| 03/27/23 | Revise Locke Lord fee application. | BCK | 0.60 | 360.00 |
| 03/27/23 | Update spreadsheet listing Locke Lord's fee application totals in preparation of eighth fee application (0.4); edit Locke Lord's eighth fee application (3.1). | AS | 3.50 | 787.50 |
| 03/27/23 | Update spreadsheet listing Stegall's fee application totals in preparation of fourth fee application (0.2); edit fourth fee application (0.9). | AS | 1.10 | 247.50 |
| 03/28/23 | Finalize and file the Sixth Interim Fee Application for Zobrio, Inc., (Doc. 2190) (1.1); finalize and file the Fourth Interim Fee Application for Stegall, Benton (Doc. 2191) (1.1); finalize and file the Eighth Interim Fee Application for Locke Lord LLP (1.4); arrange for the service of all applications (0.3). | AS | 3.90 | 877.50 |
| 03/28/23 | Draft, edit, and finalize Locke Lord's Eighth Interim Fee Application (TOTAL: 2.8; 1.8--NO CHARGE); correspond via email with Amanda St. Mary regarding the filing of the applications (0.3); forward the monthly fee statements for Locke Lord, Zobrio, and Stegall Benton to the notice parties (0.2); review the finalized Zobrio application (0.1); review the finalized Stegall Benton application (0.1); arrange for the filing and service of all the applications (0.3). | WSB | 2.00 | 1,200.00 |
| 03/29/23 | Correspond via email with Amanda St. Mary regarding the service of the Locke Lord, Stegall Benton, and Zobrio fee applications. | WSB | 0.10 | 60.00 |
| | | | 79.10 | $36,360.00 |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/15/23 | Receipt and review of correspondence containing Debtor's explanation of retention of public relations consultant and attached engagement letter. | JMC | 0.20 | 120.00 |
| | | | 0.20 | $120.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: April 21, 2023
Invoice No.:  1787886
Page: 9

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/03/23 | Correspond regarding the privilege-log reply and the outstanding Motion to Compel (0.3) | OFK | 0.30 | 180.00 |
| 03/06/23 | Receipt and review of emails regarding the Debtor's response to the Motion to Compel and the status of the privilege log (0.3) | OFK | 0.30 | 180.00 |
| 03/30/23 | Finalize FOIA request for the Air Force investigative report regarding Father Brian Highfill (0.2); email correspondence to FOIA Officer with request (0.1). | AS | 0.30 | 67.50 |
| 03/31/23 | Review District Court order and opinion on sanctions appeal. | PGE | 0.50 | 300.00 |
| | | | **1.40** | **$727.50** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/23 | Continued analysis of real estate leases related to potential asset sales. | BCK | 0.60 | 360.00 |
| 03/08/23 | Receipt and review of debtor report on real estate values and correspond regarding the same (0.5) | OFK | 0.50 | 300.00 |
| 03/09/23 | Continue reviewing updated Debtor real estate information. | BCK | 0.60 | 360.00 |
| 03/13/23 | Continue reviewing real estate information. | BCK | 0.60 | 360.00 |
| 03/14/23 | Continued analysis of real estate information for plan mediation. | BCK | 0.70 | 420.00 |
| 03/15/23 | Continued analysis of real estate issues for plan mediation process. | BCK | 0.60 | 360.00 |
| 03/16/23 | Correspond regarding real estate due diligence. | OFK | 0.50 | 300.00 |
| 03/17/23 | Correspond with appraiser on real estate due diligence / sale / value issues (0.5) Correspond with commercial committee counsel regarding the same (0.2) Work on review of real estate sale / value spread sheets. (0.7) | OFK | 1.40 | 840.00 |
| 03/20/23 | Continue reviewing real estate materials related to plan mediation process. | BCK | 1.30 | 780.00 |
| 03/21/23 | Call with BRG on real estate due diligence issues (0.7) | OFK | 0.70 | 420.00 |
| 03/21/23 | Conference with BRG regarding real estate issues for mediation process. | BCK | 0.50 | 300.00 |
| 03/22/23 | Correspond via email with the bankruptcy counsel team and BRG concerning deferred maintenance issues. | WSB | 0.20 | 120.00 |
| 03/23/23 | Correspond with appraiser and multiple emails on real estate due diligence issues (0.6) | OFK | 0.60 | 360.00 |
| 03/29/23 | Prepare for and participate in call with BRG team on defined maintenance and repair estimates (1.6) | OFK | 1.60 | 960.00 |
| | | | **10.40** | **$6,240.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/03/23 | Review additional motions requesting approval to file late-filed survivor claims. | BCK | 0.20 | 120.00 |
| 03/09/23 | Review/correspond regarding late claims (0.4) | OFK | 0.40 | 240.00 |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/13/23 | Review additional late claim motion (0.2); review docket notices related to pending late claim stipulations (0.1). | BCK | 0.30 | 180.00 |
| 03/17/23 | Review additional motion for leave to late file survivor claim. | BCK | 0.20 | 120.00 |
| 03/24/23 | Review additional late filed claim motions. | BCK | 0.20 | 120.00 |
| | | | **1.30** | **$780.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/23 | Receipt and review of correspondence and documents regarding claim valuation (0.8) Work on claim value /mediation insurance demand based on claim values (0.7) Correspond regarding non-monetary child protection plan provisions and work on the same (2.0) | OFK | 3.50 | 2,100.00 |
| 03/01/23 | Revise document requests for financial information following plan mediation (0.5); revise non-monetary document requests (0.2). | BCK | 0.70 | 420.00 |
| 03/02/23 | Review Diocese of Norwich competing plans to analyze plan provisions for this matter (0.8); analysis of claims information for plan mediation process (0.4). | BCK | 1.20 | 720.00 |
| 03/02/23 | Multiple emails / correspond on OLDP lease objection (0.4) Multiple correspondence on FIMS due diligence (0.4) Correspond regarding debtor's production from mediation (0.4) | OFK | 0.40 | 240.00 |
| 03/02/23 | Multiple correspondence on claim value / insurance ask and work on the same (1.2) Continued work on non-monetary plan provisions (1.0) | OFK | 2.20 | 1,320.00 |
| 03/03/23 | Continued work on claim value / insurance demand (0.8) Correspond with state court counsel on additional document requests related to child protection plan provisions (0.6) Correspond regarding the same and discuss with B. Knapp (0.5) | OFK | 1.90 | 1,140.00 |
| 03/03/23 | Revise document requests related to non-monetary plan issues (0.3); analysis of document production privilege claims related to plan discovery (0.2). | BCK | 0.50 | 300.00 |
| 03/06/23 | Review historical settlement information in connection with plan mediation (0.6); analysis of privilege issues related to document productions for plan process (0.4); analysis of real estate issues for plan mediation process (0.3). | BCK | 1.30 | 780.00 |
| 03/06/23 | Work on non-monetary, child protection plan provisions (1.2) Receipt and review of email transmitting claim settlement information (0.4) | OFK | 1.60 | 960.00 |
| 03/07/23 | Review correspondence regarding informational meetings in furtherance of plan mediation (0.1); continue reviewing settlement information (0.5); analysis of FIMS information exchange issues and options (0.4). | BCK | 1.00 | 600.00 |
| 03/07/23 | Work on non-monetary child protection plan provision issues/addition information requests (1.5) | OFK | 1.50 | 900.00 |
| 03/08/23 | Work on claims valuation issues in preparation for transmitting mediation demand to the Debtor's insurers (0.7) Draft and send correspondence on non-monetary plan issues/victim support (1.3) | OFK | 2.00 | 1,200.00 |
| 03/08/23 | Analyze additional real estate materials related to plan mediation process. | BCK | 0.60 | 360.00 |
| 03/09/23 | Review / correspond on child protection plan provisions (1.2) | OFK | 1.20 | 720.00 |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/10/23 | Revise letter regarding non-monetary issues for plan mediation process. | BCK | 0.30 | 180.00 |
| 03/10/23 | Analysis of confidentiality issues for mediation information exchanges. | BCK | 0.70 | 420.00 |
| 03/10/23 | Continued work on child protection plan provisions and revise supplemental VAC mediation information request (1.6--NO CHARGE) Work on claim valuation /expert report issues and correspond regarding the same (1.2) | OFK | 1.20 | 720.00 |
| 03/10/23 | Conduct legal research related to Louisiana law surrounding Joint Defense Agreements and Common Interest of claimants. | PCL | 5.00 | 3,000.00 |
| 03/13/23 | Conference with BRG regarding status of financial diligence for mediation process (1.0); analysis of strategy for motion to compel discovery related to plan items (0.3). | BCK | 1.30 | 780.00 |
| 03/13/23 | Detailed work on claim value, the updated Claro report, and the potential insurance demand (1.5) Work on child protection plan provisions (1.5) Revise child protection correspondence (0.7) Continued work on insurance demand /coverage question (0.6) | OFK | 4.30 | 2,580.00 |
| 03/14/23 | Work on non-monetary plan provisions (1.1) Evaluate insurance demand and claim value issues and correspond regarding the same(0.7) | OFK | 1.80 | 1,080.00 |
| 03/14/23 | Conference with M. Babcock regarding next steps for financial diligence for mediation (0.3); analysis of additional pending information requests (0.4); continue reviewing plans and disclosure statements from other diocese matters for mediation process (2.2). | BCK | 2.90 | 1,740.00 |
| 03/15/23 | Analysis of next steps for motion to compel process for plan discovery. | BCK | 0.30 | 180.00 |
| 03/15/23 | Continued work on regarding drafting non-monetary plan provisions (1.3) | OFK | 1.30 | 780.00 |
| 03/16/23 | Revise non-monetary policy proposals for plan mediation (1.8); analysis of counseling issues for plan mediation process (0.7); continued analysis of real estate for plan process (0.8). | BCK | 3.30 | 1,980.00 |
| 03/16/23 | Revise non-monetary plan inserts (0.8) Meet with state court counsel to review / revise non-monetary plan provisions (1.2) | OFK | 2.00 | 1,200.00 |
| 03/17/23 | Continued legal research related to Louisiana law surrounding Joint Defense Agreements and Common Interest of claimants. | PCL | 3.20 | 1,920.00 |
| 03/20/23 | Finalize legal research related to Louisiana law surrounding Joint Defense Agreements and Common Interest of claimants (1.0); draft and revise Joint Defense Agreement based on research findings (5.0). | PCL | 6.00 | 3,600.00 |
| 03/21/23 | Conference with Debtor's counsel regarding pending matters and mediation information exchange (0.4); analysis of financial diligence information exchange status (1.0); analysis of mediation strategy (0.4). | BCK | 1.80 | 1,080.00 |
| 03/21/23 | Correspond via email with Brad Knapp regarding common interest agreement and other matters related to the mediation. | WSB | 0.30 | 180.00 |
| 03/21/23 | Call with Jim Stang on claim value/mediation issues (0.8) | OFK | 0.80 | 480.00 |
| 03/22/23 | Receipt and review of correspondence on claim value estimations and call with state court counsel regarding the same (1.1) | OFK | 1.10 | 660.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/23/23 | Review updates regarding insurance issues for plan mediation (0.3); analysis of property value issues (0.6). | BCK | 0.90 | 540.00 |
| 03/24/23 | Receipt and review of Oppenheim/Mintz email regarding mediation and forward to UCC with comment (0.5) Call to Mr. Mintz regarding mediation (0.4) Call with Mr. Stang regarding the same (1.2) Multiple correspondence on insurance ask (1.0) | OFK | 3.10 | 1,860.00 |
| 03/24/23 | Correspond via email with Brad Knapp regarding recent developments in connection with the mediation and the participation of various parties in the mediation sessions (0.3); edit and revise proposed email communication with the mediator about the new scheduled in-person sessions (0.3). | WSB | 0.60 | 360.00 |
| 03/27/23 | Coordinate multiple meetings for mediation diligence items (0.4); review mediator communications regarding next steps in process (0.2); analysis of information needs for insurance demand (0.3). | BCK | 0.90 | 540.00 |
| 03/27/23 | Prepare for and participate in mediation call with Judge Zive (1.5) Multiple emails on mediation /insurance demand and Claro claim valuation by carrier (0.6) | OFK | 2.10 | 1,260.00 |
| 03/28/23 | Review status of other Archdiocese cases related to plan and disclosure statement issues (1.6). | BCK | 1.60 | 960.00 |
| 03/28/23 | Prepare for and participate in team call on follow-up of mediation call (0.7) Correspond with Soren Gisleson and Jim Stang regarding the same (0.3) Call with Mr. Gisleson and Mr. Stang (0.5) Correspond regarding Claro claim value update (0.5) | OFK | 2.00 | 1,200.00 |
| 03/28/23 | Conduct legal research related to contra non valentem as a defense to prescription and whether the same is available to tried to the jury as a question of fact. | PCL | 5.40 | 3,240.00 |
| 03/28/23 | Review additional email correspondence from Soren Gisleson regarding mediation-privilege issues (0.2); correspond via email with Brad Knapp about these issues (0.3). | WSB | 0.50 | 300.00 |
| 03/28/23 | Emails from and to Brad Knapp regarding transcript of Rockville Center archdiocese hearing in connection with proposed Debtor plan and disclosure statement | AHK | 0.30 | 165.00 |
| 03/29/23 | Follow-up correspondence with Soren Gisleson and Jim Stang (0.7) Correspond regarding claim value issues /analysis and correspond regarding Claro. (0.6) | OFK | 1.50 | 900.00 |
| 03/29/23 | Conference with BRG construction team regarding deferred maintenance due diligence and next steps (1.6); review status of cases on appeal on constitutionality issues (0.2); analysis of plan materials from other diocese cases (1.1). | BCK | 2.90 | 1,740.00 |
| 03/29/23 | Meet with BRG personnel via videoconference to review and address BRG's analysis of the Debtor's anticipated deferred maintenance expenses and its proposed reserve for these amounts. | WSB | 1.60 | 960.00 |
| 03/30/23 | Prepare for and participate in call with bankruptcy counsel team and the Claro Group regarding insurance and mediation issues (0.8) Prepare for and participate in call with UCC members /state court counsel on child protection plan provisions (1.5) Work on non-monetary plan provision revisions / policy best practices (1.2) follow-up emails with Claro Group (0.5) | OFK | 4.00 | 2,400.00 |

| B320 Plan and Disclosure Statement | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/30/23 | Analysis of claims pool and coverages for plan mediation (1.0); analysis of non-monetary plan provision revisions and next steps (1.3). | BCK | 2.30 | 1,380.00 |
| 03/31/23 | Analysis of privilege issues for document production related to plan process. | BCK | 0.30 | 180.00 |
| 03/31/23 | Continued legal research related to bankruptcy court's authority under 28 U.S.C. 157(b)(5) to determine whether a defense of contra non valentem may be applicable in a personal injury claim. | PCL | 5.20 | 3,120.00 |
| | | | 92.40 | $55,425.00 |

**TOTAL FEES**                                                   **$129,540.00**

## TIMEKEEPER SUMMARY:

### B110     Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.50 | $300.00 |
| O. F. Kuebel | Partner | $600.00 | 1.50 | $900.00 |
| A. St. Mary | Paralegal | $225.00 | 1.60 | $360.00 |
| | | | **3.60** | **$1,560.00** |

### B120     Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.40 | $840.00 |
| J. M. Cerise | Partner | $600.00 | 0.60 | $360.00 |
| O. F. Kuebel | Partner | $600.00 | 11.10 | $6,660.00 |
| W.S. Bryant | Partner | $600.00 | 5.50 | $3,300.00 |
| | | | **18.60** | **$11,160.00** |

### B130     Asset Disposition

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.90 | $1,140.00 |
| W.S. Bryant | Partner | $600.00 | 9.80 | $5,880.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | **12.00** | **$7,087.50** |

### B150     Meetings & Communications With Creditors

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.30 | $3,780.00 |
| O. F. Kuebel | Partner | $600.00 | 9.10 | $5,460.00 |
| W.S. Bryant | Partner | $600.00 | 1.40 | $840.00 |
| | | | **16.80** | **$10,080.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 10.10 | $6,060.00 |
| W.S. Bryant | Partner | $600.00 | 39.40 | $23,640.00 |
| A. St. Mary | Paralegal | $225.00 | 29.60 | $6,660.00 |
| | | | **79.10** | **$36,360.00** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| J. M. Cerise | Partner | $600.00 | 0.20 | $120.00 |
| | | | **0.20** | **$120.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.60 | $360.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.50 | $300.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | **1.40** | **$727.50** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.90 | $2,940.00 |
| O. F. Kuebel | Partner | $600.00 | 5.30 | $3,180.00 |
| W.S. Bryant | Partner | $600.00 | 0.20 | $120.00 |
| | | | **10.40** | **$6,240.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.90 | $540.00 |
| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |

**B310    Claims Administration and Objections**

| | | | 1.30 | $780.00 |
|---|---|---|---|---|

**B320    Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 24.80 | $14,880.00 |
| O. F. Kuebel | Partner | $600.00 | 39.50 | $23,700.00 |
| P.C. Lambert | Partner | $600.00 | 24.80 | $14,880.00 |
| W.S. Bryant | Partner | $600.00 | 3.00 | $1,800.00 |
| A. H. Katz | Of Counsel | $550.00 | 0.30 | $165.00 |
| | | | 92.40 | $55,425.00 |

**TIMEKEEPER SUMMARY TOTALS**           235.80      $129,540.00

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 0.60 |
| | Outside Printing | 123.72 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| 03/09/23 | Travel, Taxi/Ride Share related to in-person mediation session on February 13, 2023 (submitted 03/09/2023) | 43.20 |
| 03/09/23 | Travel/Trip expense related to in-person mediation session on February 13, 2023) (submitted 03/09/2023) | 51.00 |
| 03/09/23 | Meals/Travel (Meal on February 12, 2023 for trip for in-person mediation) (submitted 03/09/2023) | 28.21 |
| 03/09/23 | Travel (Hotel lodging on February 12-13, 2023 in New Orleans for in-person mediation session (submitted 03/09/2023) | 420.22 |
| 03/09/23 | Fees related to in-person mediation session in New Orleans (February 13, 2023) (submitted 03/09/2023) | 30.00 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159856 | (34.07) |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305159855 | (23.97) |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 0845073410 | 35.00 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 7863200958 | 340.30 |
| 03/17/23 | Transportation Charges Frosch Firm Paid Tvl C/M Feb 2023, Frosch International Travel, Inc., Bryant William Steven 8305211711 | 23.97 |
| | TOTAL EXPENSES | $1,115.18 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

| | |
|---|---|
| TOTAL FEES | $129,540.00 |
| TOTAL EXPENSES | $1,115.18 |
| **TOTAL FEES AND EXPENSES** | **$130,655.18** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

April 21, 2023
Invoice No.: 1787886

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2023

    File Number:  0107766.00001
    RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees .............................................................................................................. $129,540.00

Total Expenses ........................................................................................................ $1,115.18

Total Due this Statement.......................................................................................... $130,655.18

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# EXHIBIT 1-2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | Objection Deadline: June 13, 2023 |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR APRIL 1, 2023 THROUGH APRIL 30, 2023

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2023 through April 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2. A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3. A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4. A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

5. The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6. In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7. As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,779,671.19.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| April 1, 2023 to April 30, 2023 | |
| --- | --- |
| Fees (at standard rates): | $168,830.50 |
| (Reduction due to reduced rates) | ($52,935.50) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $115,895.00 |
| Disbursements | $2,243.34 |
| **Total** | **$118,138.34** |

## VOLUNTARY REDUCTIONS

9. Locke Lord did not make any voluntary reductions on its invoice in this Statement Period.

## NOTICE AND OBJECTION PROCEDURES

10. In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney

2

Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$94,959.34**. This figure consists of (a) $92,716.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $115,895.00 for the Statement Period, and (b) $2,243.34 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved

3

and scheduled for consideration at the next interim fee application hearing.

Dated: May 30, 2023.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
APRIL 1, 2023 THROUGH APRIL 30, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 3.90 | $1,777.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 66.90 | $38,072.50 |
| B130 | ASSET DISPOSITION | 1.60 | $960.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 11.40 | $6,840.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 9.40 | $5,377.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 0.90 | $540.00 |
| B190 | OTHER CONTESTED MATTERS | 8.80 | $5,147.50 |
| B250 | REAL ESTATE | 1.60 | $960.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 17.60 | $10,560.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 76.10 | $45,660.00 |
| | **TOTAL FEES SOUGHT =** | **198.20** | **$115,895.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 59.7 | $600.00 | $35,820.00 |
| BCK | Knapp, Brad C. | Partner | 57.0 | $600.00 | $34,200.00 |
| WSB | Bryant, W. Steven | Partner | 9.5 | $600.00 | $5,700.00 |
| PGE | Eisenberg, Philip G. | Partner | 3.9 | $600.00 | $2,340.00 |
| PCL | Lambert, Peyton C. | Partner | 27.3 | $600.00 | $16,380.00 |
| JMC | Cerise, Jason M. | Partner | 27.1 | $600.00 | $16,260.00 |
| AHK | Alan H. Katz | Senior Counsel | 6.5 | $550.00 | $3,575.00 |
| AS | St. Mary, Amanda P | Paralegal | 7.2 | $225.00 | $1,620.00 |
| | | | | | |
| | **TOTALS =** | | **198.20** | | **$115,895.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Westlaw Research | 2,036.73 |
| | Outside Printing | 129.61 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| | **TOTAL EXPENSES** | **$2,243.34** |

**EXHIBIT D**



# Locke Lord LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

May 18, 2023
Invoice No.: 1793239

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2023                                    $118,138.34

File Number:      0107766.00001
Re:               Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/04/23 | Participate in weekly standing conference call with the Debtor's counsel. | OFK | 0.40 | 240.00 |
| 04/17/23 | Analysis of returned service and address updates needed for service of process. | BCK | 0.30 | 180.00 |
| 04/17/23 | Update Notice List for service and correspond via email to/from B. Knapp and S. Bryant regarding same. | AS | 0.30 | 67.50 |
| 04/18/23 | Prepare for and participate in standing call with Debtor (0.9) | OFK | 0.90 | 540.00 |
| 04/25/23 | Review the docket in the ANO case in order to update the Notice List by removing undeliverable addresses | AS | 1.20 | 270.00 |
| 04/25/23 | Prepare for and participate in call with Debtor on case agenda (0.8) | OFK | 0.80 | 480.00 |
| | | | **3.90** | **$1,777.50** |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/03/23 | Outline brief regarding disputed privilege issues (.8). Review and analyze case law in support of same (.8). | JMC | 1.60 | 960.00 |
| 04/03/23 | Call with BRG regarding restricted asset / FIMS data (0.5). | OFK | 0.50 | 300.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

133140938v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/04/23 | Review docket information, pleadings, and memoranda regarding history of discovery disputes (.8). Review and analyze cases regarding privilege (.7). Review and analyze cases regarding work product (1.1). Review and analyze Debtor's privilege log and correspondence regarding same (.6). Draft brief regarding disputed issues of privilege and work product (3.6). | JMC | 6.80 | 4,080.00 |
| 04/04/23 | Draft Motion to Seal the Committee's Brief in Support of Motion to Compel (0.6); email correspondence to B. Knapp regarding same (0.1). | AS | 0.70 | 157.50 |
| 04/04/23 | Analyze and research multiple legal issues related to the production of privilege logs in federal court, the requirements for such logs, and the potential for waiving privilege when privilege logs are deficient. | PCL | 6.20 | 3,720.00 |
| 04/04/23 | Continued analysis of privilege issues related to document productions. | BCK | 0.40 | 240.00 |
| 04/05/23 | Continued analysis of privilege issues for motion to compel process. | BCK | 0.20 | 120.00 |
| 04/05/23 | Finalize legal research related to privilege logs in Federal Court, requirements for the same, and potential waiver of privilege if log deficient (3.0); review research findings with J. Cerise (0.5). | PCL | 3.50 | 2,100.00 |
| 04/05/23 | Analyze legal memorandum prepared by Peyton Lambert regarding waiver of privilege (.3). Review and analyze cases collected by Mr. Lambert and address these issues with Mr. Lambert (.5). Draft brief regarding discovery disputes per court order (6.2). Further research and analyze cases pertaining to privilege and work product (1.1). Review and analyze Debtor's privilege log (.6). | JMC | 8.70 | 5,220.00 |
| 04/05/23 | Correspond with BRG regarding its analysis of purported donation restrictions (0.3); further analyze with BRG's personnel their process for reviewing these restricted donations (1.3) | OFK | 1.60 | 960.00 |
| 04/05/23 | Analysis of FIMS information and restricted donor information for mediation (1.4); continued analysis of privilege issues for motion to compel process (0.2). | BCK | 1.40 | 840.00 |
| 04/06/23 | Revise brief regarding privilege issues for motion to compel (1.1); review amended privilege log (0.4); correspondence among counsel regarding next steps on privilege issues (0.2); draft motion to continue briefing and hearing on privilege (0.5); draft order for continuance on privilege hearing (0.2); analysis of communications with mediator regarding mediation demands (0.2). | BCK | 2.60 | 1,560.00 |
| 04/06/23 | Review and analyze cases cited by Debtor in connection with discovery disputes (.7). Review and analyze cases regarding privilege between litigant and public relations consultant (1.4). Draft brief of disputed discovery issues per court order (4.8). Communicate with Mr. Knapp regarding brief and privilege log (.3). | JMC | 7.20 | 4,320.00 |
| 04/06/23 | Multiple correspondence on Motion to Compel briefing (0.4) | OFK | 0.40 | 240.00 |
| 04/06/23 | Drafting Rule 1006 Summary of Archdiocese Privilege Log Delivered March 31, 2023 re Supplemental Brief in Support of Motion to Compel; email correspondence to/from J. Cerise and B. Knapp regarding same. | AS | 3.10 | 697.50 |
| 04/07/23 | Draft certificate of service for Consent Motion to Continue Briefing Schedule and Hearing Regarding Committee Motion to Compel (Doc 2211) (0.2); email correspondence to/from B. Knapp regarding same (0.1) | AS | 0.30 | 67.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 3

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/10/23 | Review and analyze Debtor's updated privilege log (.6). Communicate with team regarding Consent Motion to Continue (.2). Communicate with Debtor's Counsel regarding Consent Motion to Continue (.1). Telephone conference with Debtor's Counsel and Chambers regarding Consent Motion to Continue (.2). Receipt and review of revisions to draft briefing regarding discovery issues (.3). | JMC | 1.40 | 840.00 |
| 04/10/23 | Receipt and review of PS correspondence on review of donation for proper restrictions (0.5) review and revise the same to address Louisiana forum requirements (0.3) | OFK | 0.80 | 480.00 |
| 04/11/23 | Multiple emails / correspondence regarding review of alleged restrictive donations (0.6) Work on report on Louisiana law formal requirements (0.7) Prepare for and participate on team call regarding the same (1.2) Correspond with state court counsel on asset sales / plan (0.8). | OFK | 3.30 | 1,980.00 |
| 04/11/23 | Conduct legal research re conditional donations under Louisiana law. | AHK | 1.50 | 825.00 |
| 04/11/23 | Analyze with R. Orgel and R. Kuebel various issues regarding restricted donations and the form requirements for donations under Louisiana law, among other things. | AHK | 1.00 | 550.00 |
| 04/11/23 | Draft and file certificate of service regarding Order granting Consent Motion to Continue Briefing Schedule and Hearing Regarding Committee Motion to Compel (Doc 2212). | AS | 0.40 | 90.00 |
| 04/12/23 | Calendaring briefing deadlines related to Order on Consent Motion to Continue Briefing Schedule (Doc 2212) | AS | 0.20 | 45.00 |
| 04/12/23 | Analysis of restricted gift issues and next steps for mediation. | BCK | 1.10 | 660.00 |
| 04/13/23 | Examine case posture, strategy, and action items with R. Kuebel and P. Lambert (.4). Further analyze procedural issues and strategy with P. Lambert (.6). | JMC | 1.00 | 600.00 |
| 04/15/23 | Continued analysis of restricted gift issues for mediation process. | BCK | 0.20 | 120.00 |
| 04/17/23 | Review documents related to donor restrictions. | BCK | 0.80 | 480.00 |
| 04/17/23 | Multiple emails with BRG team on asset analysis. (0.5) | OFK | 0.50 | 300.00 |
| 04/18/23 | Continue reviewing donor restriction issues. | BCK | 0.80 | 480.00 |
| 04/19/23 | Further legal analysis of donor restriction issues | BCK | 1.70 | 1,020.00 |
| 04/20/23 | Continued analysis of gift restriction issues for plan mediation. | BCK | 0.80 | 480.00 |
| 04/21/23 | Review analysis of gift restrictions. | BCK | 0.60 | 360.00 |
| 04/21/23 | Continue reviewing Louisiana authorities related to restricted gifts. | BCK | 1.10 | 660.00 |
| 04/21/23 | Conduct extensive legal research on trust and donation formalities, conditional donations, related failure of conditions, creditors' rights, the nature of donors' remedies, standard of proof of conditions and statute of limitations. | AHK | 3.60 | 1,980.00 |
| 04/25/23 | Draft Brief in Support of Motion to Compel. | JMC | 0.40 | 240.00 |
| 04/27/23 | Receipt and review of article from R. Kuebel related to papal secrecy surrounding abuse reports (0.5). | PCL | 0.50 | 300.00 |
| | | | **66.90** | **$38,072.50** |

133140938v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 4

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/12/23 | Call with state-court counsel regarding Hope Haven questions (0.5) Correspond on NDHS/SAG transaction due diligence open items (0.3) | OFK | 0.80 | 480.00 |
| 04/13/23 | Receipt and review of BRG email regarding NDHS / SAG transaction due diligence (0.3) | OFK | 0.30 | 180.00 |
| 04/14/23 | Correspond via email with various parties regarding NDHS/SAG issues (0.4) | OFK | 0.40 | 240.00 |
| 04/14/23 | Analysis of next steps in NDHS sale diligence. | BCK | 0.10 | 60.00 |
| | | | **1.60** | **$960.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/04/23 | Prepare for and participate in UCC meeting and provide report on non-monetary and claim value issues (1.6) | OFK | 1.60 | 960.00 |
| 04/05/23 | Correspond via email with state-court counsel regarding claims values and related matters (0.4) | OFK | 0.40 | 240.00 |
| 04/11/23 | Conference with survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| 04/12/23 | Prepare for and participate in call with state-court counsel regarding mediation strategy, claim-value and defense issues, and outstanding insurance demands. (1.5) | OFK | 1.50 | 900.00 |
| 04/13/23 | Draft and forward email to UCC member and counsel regarding Hope Haven issues and correspond regarding the same. (0.4) | OFK | 0.40 | 240.00 |
| 04/17/23 | Answer inquiries by multiple pro se claimants regarding case status (0.5); examine the next steps in mediation with Committee member (0.2). | BCK | 0.70 | 420.00 |
| 04/21/23 | Conferences with multiple pro se claimants regarding case status and next steps. | BCK | 0.90 | 540.00 |
| 04/21/23 | Multiple correspondence with state-court counsel and committee member regarding Judge Guidry conference report (0.7) Multiple correspondence with state-court counsel on receipt of documents and claim summary. (0.5) | OFK | 1.20 | 720.00 |
| 04/24/23 | Draft agenda for Committee meeting regarding upcoming mediation (0.2); correspondence with Committee regarding mediation (0.1). | BCK | 0.30 | 180.00 |
| 04/25/23 | Prepare for and present report to UCC at weekly UCC call (1.2) | OFK | 1.40 | 840.00 |
| 04/25/23 | Attend Committee meeting regarding mediation preparation and upcoming matters. | BCK | 1.20 | 720.00 |
| 04/27/23 | Forward various articles and other documents related to the ANO to UCC member counsel with cover letter. (0.7) | OFK | 0.70 | 420.00 |
| 04/28/23 | Call with Ms. Wolf on claim value issues (0.4) Correspond with state-court counsel (0.6) | OFK | 1.00 | 600.00 |
| | | | **11.40** | **$6,840.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/13/23 | Email correspondence to the Court with proposed fee application orders, Doc Nos. 2190-5, 2191-5, and 2192-6 | AS | 0.30 | 67.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 5

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/13/23 | Review minute entry regarding fee applications. | BCK | 0.10 | 60.00 |
| 04/17/23 | Draft certificate of service regarding Order granting fee applications (Docs 2222-2224). | AS | 0.40 | 90.00 |
| 04/19/23 | Begin drafting the March 2023 monthly fee statement for Locke Lord. | WSB | 0.30 | 180.00 |
| 04/20/23 | Draft email correspondence to the Debtor's counsel identifying the amounts currently due to Zobrio and Locke Lord on invoices recently approved by the Court under their respective fee applications (0.3); forward that information to the Debtor's counsel for their review and comment (0.1); draft, edit, and revise the March 2023 fee statement of Locke Lord (3.9). | WSB | 4.30 | 2,580.00 |
| 04/21/23 | Further draft, edit, and revise the March 2023 monthly fee statement for Locke Lord (0.5); correspond via email with Bush Benton regarding Stegall Benton's monthly fee statement (0.1). | WSB | 0.60 | 360.00 |
| 04/26/23 | Further draft, edit, and revise the March 2023 monthly fee statement for Locke Lord (1.8); correspond via email with Pat Moody about various fee issues (0.2); correspond via email with Bush Benton of Stegall Benton about his outstanding fees (0.1); draft, edit, and finalize the March 2023 monthly fee statement for Zobrio (0.1); finalize the Locke Lord monthly fee statement (0.2). | WSB | 2.40 | 1,440.00 |
| 04/28/23 | Draft, edit, and finalize the Locke Lord monthly fee statement for March 2023 (0.6); draft, edit, and finalize the Stegall Benton monthly fee statement for March 2023 (0.1); correspond via email with the Debtor's counsel about the approved fee applications (0.1); forward the monthly fee statements for Locke Lord, Stegall Benton, and Zobrio to the notice parties via email (0.1); forward the LEDES files for Locke Lord's invoice for the March 2023 time to the U.S. Trustee's counsel for their review and comment (0.1). | WSB | 1.00 | 600.00 |
| | | | **9.40** | **$5,377.50** |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/04/23 | Review Debtor professional fee applications. | BCK | 0.90 | 540.00 |
| | | | **0.90** | **$540.00** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/13/23 | Preparation for and participation in status conference with Judge Guidry. | PGE | 0.80 | 480.00 |
| 04/13/23 | Follow up with Rick Kuebel regarding today's status conference before Judge Guidry | PGE | 0.40 | 240.00 |
| 04/13/23 | Receipt and review of email from Judge Guidry's clerk and reply to the same. (0.2) conference call regarding the same (0.2) Prepare for and participate in Judge Guidry status conference (0.3) | OFK | 0.70 | 420.00 |
| 04/14/23 | Review multiple district-court notices regarding the pending motion docket and email S. Bryant regarding the same. | OFK | 0.50 | 300.00 |
| 04/20/23 | Correspond on court status conference request. (0.4) | OFK | 0.40 | 240.00 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/20/23 | Correspondence with chambers for Judge Guidry regarding status conference in Trahant appeal (0.1); prepare for status conference (0.3). | BCK | 0.40 | 240.00 |
| 04/21/23 | Prepare for and participate in court emergency status conference (0.8) | OFK | 0.80 | 480.00 |
| 04/21/23 | Address district court status conference (0.3); determine potential next steps in connection with the appeals (1.1). | PGE | 1.40 | 840.00 |
| 04/21/23 | Conduct legal research re recusal. | AHK | 0.40 | 220.00 |
| 04/21/23 | Continue preparing for conference in Trahant appeal (0.4); attend conference in Trahant appeal (0.3); analysis of next steps in appeal and background materials regarding status conference (0.5). | BCK | 1.20 | 720.00 |
| 04/24/23 | Review correspondence in Trahant appeal regarding recusal issues. | BCK | 0.20 | 120.00 |
| 04/24/23 | Email correspondence to/from court reporter regarding obtaining transcript of April 13th and 21st status conferences | AS | 0.30 | 67.50 |
| 04/28/23 | Review and analyze Judge Guidry's entered order of recusal (.2). | PGE | 0.20 | 120.00 |
| 04/28/23 | Review of new judicial agreement (.5). | PGE | 0.50 | 300.00 |
| 04/28/23 | Receipt and review of case pleadings related to the Trahant appeal and related matters (0.5) | OFK | 0.50 | 300.00 |
| 04/29/23 | Review Guidry recusal order. | BCK | 0.10 | 60.00 |
| | | | **8.80** | **$5,147.50** |

| | **B250 Real Estate** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/28/23 | Work on real estate due diligence and asset review with detailed review of debtor spreadsheet (1.2) Call with Mr. Connick regarding real estate maintenance concerns (0.4) | OFK | 1.60 | 960.00 |
| | | | **1.60** | **$960.00** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/03/23 | Review additional motions to permit late-filed proofs of claim. | BCK | 0.30 | 180.00 |
| 04/05/23 | Finalize legal research related to contra non valentum defense being tried to the jury and relationship to bankruptcy provision that prohibits bankruptcy judges from trying personal-injury claims. | PCL | 1.70 | 1,020.00 |
| 04/12/23 | Prepare for meeting with Creditor Committee regarding issues related to Contra Non Valentum defenses (0.3); attend meeting with R. Kuebel and state court attorneys related to Contra Non Valentum defenses (1.5); conduct legal research related to application of Contra Non Valentum Doctrine in bankruptcy proceeding as defense to prescription (3.4). | PCL | 5.20 | 3,120.00 |
| 04/13/23 | Further examine with J. Cerise and R. Kuebel the Contra Non Valentum defense and its application to certain claims, including discussion of issues surrounding privilege log disputes (0.4); continue researching the application of Contra Non Valentum Doctrine in Bankruptcy proceeding as defense to prescription (4.6). | PCL | 5.00 | 3,000.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 7

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/18/23 | Conduct legal research related to contra non valentum and claimant's awareness of claim against responsible party as opposed to the actual perpetrator. | PCL | 5.20 | 3,120.00 |
| 04/26/23 | Review additional motions to late file proofs of claim. | BCK | 0.20 | 120.00 |
| | | | **17.60** | **$10,560.00** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/01/23 | Review updated insurance analysis for plan mediation. | BCK | 0.30 | 180.00 |
| 04/03/23 | Continued analysis of claims valuation and insurance issues for plan mediation (0.8); conference with counsel for Committee members regarding demand issues for mediation process (1.4); review additional document productions related to plan mediation process (1.0). | BCK | 3.20 | 1,920.00 |
| 04/03/23 | Multiple correspondence with Claro Group on claims value (0.8) Prepare for and participate in meeting with Claro Group and state-court counsel on insurance demand (1.6) Follow-up correspondence regarding the same (0.4) Call with state-court counsel regarding the same (0.5) | OFK | 3.30 | 1,980.00 |
| 04/04/23 | Conference with Committee regarding next items for plan mediation (1.0); continue reviewing productions related to non-monetary policy issues (1.2); conference with Debtor's counsel regarding plan mediation process and next steps (0.4); analysis of confidentiality requirements for mediation (0.5). | BCK | 3.10 | 1,860.00 |
| 04/04/23 | Analyze with Brad Knapp various issues related to the insurance analysis and today's Committee meeting regarding the insurance demand. | WSB | 0.30 | 180.00 |
| 04/04/23 | Work on non-monetary plan provisions and mediation preparation (0.8) Correspond with Mr. Stang on insurance demand (0.7) | OFK | 1.50 | 900.00 |
| 04/05/23 | Correspond regarding work on insurance mediation demand / claim value issues (0.5) Multiple correspondence on claim valuation issues and reply to the same (0.8) Work on non-monetary child protection plan provisions and mediation preparation (0.8) | OFK | 2.10 | 1,260.00 |
| 04/06/23 | Multiple emails regarding insurance demand (0.4) Continued work on claim valuation / mediation preparation (1.0) | OFK | 1.40 | 840.00 |
| 04/07/23 | Review additional documentation related to assets for plan mediation. | BCK | 0.30 | 180.00 |
| 04/07/23 | Call with Mr. Stang on Stetter communications and claim value issues (0.8) Work on child protection plan provisions (0.7) | OFK | 1.50 | 900.00 |
| 04/10/23 | Correspond on claim value / insurance demand mediation correspondence. (0.7) | OFK | 0.70 | 420.00 |
| 04/11/23 | Call with Jim Stang regarding discussion with Judge Zive mediation prep and insurance demand (1.4) Correspond with state court counsel on mediation preparation. (0.5) | OFK | 1.90 | 1,140.00 |
| 04/12/23 | Work on non-monetary plan provisions (0.7) | OFK | 0.70 | 420.00 |
| 04/13/23 | Call with UCC member regarding claim value and claim information (0.5) Correspond on insurance demand issues with co-counsel and state-court counsel (0.5) Correspond with Iain Nasatir at PSZJ regarding insurance demand issues. (0.5) | OFK | 1.50 | 900.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/14/23 | Continued work on claim value analysis. | OFK | 0.60 | 360.00 |
| 04/17/23 | Multiple correspondence with Commercial Committee regarding insurance demand issues (0.6) Continued work on non-monetary plan provisions and related document requests. (0.8) Review and revise letter to Ms. Futrell regarding the same (0.3) Receipt and review of Ms. Futrell reply. (0.1) multiple correspondence with Mr. Stang on insurance demand issues (0.3) Work on mediation / claim value strategy issues (0.5) | OFK | 2.60 | 1,560.00 |
| 04/17/23 | Analysis of document production status for mediation process (0.6); correspondence with L. Futrell regarding documents related to non-monetary issues (0.1); analysis of next steps for mediation preparation (0.4); correspondence with Committee regarding mediation (0.2); review background materials for non-monetary policies (1.3). | BCK | 2.20 | 1,320.00 |
| 04/18/23 | Conference with Debtor's counsel regarding next steps in plan mediation (0.8); analysis of mediation related productions and next steps to prepare for mediation (0.4); correspondence with D. Draper regarding productions for mediation (0.1); review documents related to non-monetary issues for plan mediation (1.1). | BCK | 2.40 | 1,440.00 |
| 04/18/23 | Work on mediation and insurer participation concerns, other pending items. | PGE | 0.60 | 360.00 |
| 04/18/23 | Correspond with Mr. Stang and Judge Zive on insurance demand status (0.6) Multiple correspondence regarding insurance demand status and authorizations to send insurance demands (0.8) Receipt and review of Mr. Mintz correspondence regarding mediation and forward the same (0.3) Call with Mr. Stang on insurance demand letter. (0.4) | OFK | 2.10 | 1,260.00 |
| 04/19/23 | Correspond with Brooke Altazan regarding insurance demand request (0.3) Prepare for and participate in call with Commercial Committee on insurance demand. (0.6) Call with Mr. Stang regarding insurance demand and other mediation issues (0.5) Receipt and review of multiple correspondence on insurance demands letters (0.6) | OFK | 2.00 | 1,200.00 |
| 04/19/23 | Analyze insurance-related issues in preparation for the forthcoming mediation session. | WSB | 0.30 | 180.00 |
| 04/20/23 | Review with Brad Knapp various analyses related to the insurance demands and other matters related to the mediation. | WSB | 0.30 | 180.00 |
| 04/20/23 | Multiple correspondence on insurance carrier demand and reply correspondence (0.7) | OFK | 0.70 | 420.00 |
| 04/21/23 | Receipt and review of documents on non-monetary requests and further analyze with B. Knapp the potential impact of these documents (0.4) Receipt and review of Debtor's claim summary information (0.4) | OFK | 0.80 | 480.00 |
| 04/21/23 | Analysis of next steps in non-monetary plan negotiations (0.4); analysis of pending appeals related to constitutionality issues (0.4). | BCK | 0.80 | 480.00 |
| 04/24/23 | Review supplemental document production related to non-monetary policies (6.1); correspondence with D. Draper regarding document issues (0.1). | BCK | 6.20 | 3,720.00 |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/24/23 | Review the Debtor's transmittal of its summary claim review spreadsheet with B. Knapp (0.8) Analyze non-monetary production and cover correspondence with Brad Knapp (1.1) Work on mediation preparation / claim value issues (1.5) | OFK | 3.40 | 2,040.00 |
| 04/25/23 | Follow-up call with Jim Stang on mediation prep (0.7) Prepare for and participate in call with state-court counsel on claims issues (0.5) Work on non-monetary / document review (0.8) | OFK | 2.00 | 1,200.00 |
| 04/25/23 | Conference with Debtor's counsel regarding plan mediation preparations (0.7); conference with mediator and Commercial Committee counsel regarding plan mediation issues (1.1). | BCK | 1.80 | 1,080.00 |
| 04/25/23 | Review of Vatican and USCCB materials related to non-monetary plan provisions (3.4); continue analyzing non-monetary supplemental production (0.7). | BCK | 4.10 | 2,460.00 |
| 04/26/23 | Continue reviewing Vatican materials regarding non-monetary issues (2.3); continue reviewing supplemental non-monetary production (1.1). | BCK | 3.40 | 2,040.00 |
| 04/26/23 | Email Mark Mintz about the forthcoming mediation session and further correspond regarding the same (0.4) Continued work on mediation/ claim value issues (0.8) | OFK | 1.20 | 720.00 |
| 04/26/23 | Detailed review of documents provided by ANO on child protection requests (2.0) Continued mediation prep-real estate review (0.7) | OFK | 2.70 | 1,620.00 |
| 04/27/23 | Review ANO documents on non-monetary / child protection production from Ms. Futrell (2.0) Correspond regarding mediation prep (0.6) | OFK | 2.60 | 1,560.00 |
| 04/27/23 | Review multiple Holy See and USCCB materials regarding non-monetary plan issues (4.4); continued analysis of ANO productions related to non-monetary issues (3.2). | BCK | 7.60 | 4,560.00 |
| 04/28/23 | Continue reviewing USCCB and Holy See materials regarding non-monetary plan provisions. | BCK | 2.40 | 1,440.00 |
| 04/28/23 | Call with Mr. Stang on mediation issues and prep and correspond with Judge Zive regarding the same (1.0) | OFK | 1.00 | 600.00 |
| 04/29/23 | Analysis of non-monetary issues for upcoming mediation session. | BCK | 0.50 | 300.00 |
| | | | 76.10 | **$45,660.00** |

**TOTAL FEES**          **$115,895.00**

**TIMEKEEPER SUMMARY:**

    **B110**    **Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
| O. F. Kuebel | Partner | $600.00 | 2.10 | $1,260.00 |
| A. St. Mary | Paralegal | $225.00 | 1.50 | $337.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 10

**B110   Case Administration**

|  |  |  | 3.90 | $1,777.50 |

**B120   Asset Analysis and Recovery**

| B. C. Knapp | Partner | $600.00 | 11.70 | $7,020.00 |
| J. M. Cerise | Partner | $600.00 | 27.10 | $16,260.00 |
| O. F. Kuebel | Partner | $600.00 | 7.10 | $4,260.00 |
| P.C. Lambert | Partner | $600.00 | 10.20 | $6,120.00 |
| A. H. Katz | Of Counsel | $550.00 | 6.10 | $3,355.00 |
| A. St. Mary | Paralegal | $225.00 | 4.70 | $1,057.50 |
|  |  |  | **66.90** | **$38,072.50** |

**B130   Asset Disposition**

| B. C. Knapp | Partner | $600.00 | 0.10 | $60.00 |
| O. F. Kuebel | Partner | $600.00 | 1.50 | $900.00 |
|  |  |  | **1.60** | **$960.00** |

**B150   Meetings & Communications with Creditors**

| B. C. Knapp | Partner | $600.00 | 3.20 | $1,920.00 |
| O. F. Kuebel | Partner | $600.00 | 8.20 | $4,920.00 |
|  |  |  | **11.40** | **$6,840.00** |

**B160   Fee/Employment Applications**

| B. C. Knapp | Partner | $600.00 | 0.10 | $60.00 |
| W.S. Bryant | Partner | $600.00 | 8.60 | $5,160.00 |
| A. St. Mary | Paralegal | $225.00 | 0.70 | $157.50 |
|  |  |  | **9.40** | **$5,377.50** |

**B170   Fee/Employment Objections**

| B. C. Knapp | Partner | $600.00 | 0.90 | $540.00 |
|  |  |  | **0.90** | **$540.00** |

133140938v.1

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.90 | $1,140.00 |
| O. F. Kuebel | Partner | $600.00 | 2.90 | $1,740.00 |
| P. G. Eisenberg | Partner | $600.00 | 3.30 | $1,980.00 |
| A. H. Katz | Of Counsel | $550.00 | 0.40 | $220.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | **8.80** | **$5,147.50** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.60 | $960.00 |
| | | | **1.60** | **$960.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.50 | $300.00 |
| P.C. Lambert | Partner | $600.00 | 17.10 | $10,260.00 |
| | | | **17.60** | **$10,560.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 38.30 | $22,980.00 |
| O. F. Kuebel | Partner | $600.00 | 36.30 | $21,780.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.60 | $360.00 |
| W.S. Bryant | Partner | $600.00 | 0.90 | $540.00 |
| | | | **76.10** | **$45,660.00** |

**TIMEKEEPER SUMMARY TOTALS**      **198.20**      **$115,895.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Westlaw Research | 2,036.73 |
| | Outside Printing | 129.61 |
| | Reveal - Hosting Data at $5.00/GB/mth | 77.00 |
| | **TOTAL EXPENSES** | **$2,243.34** |

133140938v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 18, 2023
Invoice No.: 1793239
Page: 12

**TOTAL FEES**      **$115,895.00**

**TOTAL EXPENSES**      **$2,243.34**

**TOTAL FEES AND EXPENSES**      **$118,138.34**

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

133140938v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

May 18, 2023
Invoice No.: 1793239

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through April 30, 2023

      File Number: 0107766.00001
      RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees ............................................................................................................................... $115,895.00

Total Expenses ........................................................................................................................ $2,243.34

Total Due this Statement............................................................................................................ $118,138.34

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

133140938v.1

# EXHIBIT 1-3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | **Objection Deadline: July 13, 2023** |
| | § | |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR MAY 1, 2023 THROUGH MAY 31, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2023 through May 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,883,303.19.

## **TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| May 1, 2023 to May 31, 2023 | |
|---|---|
| Fees (at standard rates): | $222,987.00 |
| (Reduction due to reduced rates) | ($70,527.00) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $152,460.00 |
| Disbursements | $4,329.17 |
| **Total** | **$156,789.17** |

## **VOLUNTARY REDUCTIONS**

9.     Locke Lord did not make any voluntary reductions on its invoice in this Statement Period.

## **NOTICE AND OBJECTION PROCEDURES**

10.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney

2

Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 13, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$126,297.17**. This figure consists of (a) $121,968.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $152,460.00 for the Statement Period, and (b) $4,329.17 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the

3

percentages set forth above. To the extent such objection is not resolved, it shall be preserved

and scheduled for consideration at the next interim fee application hearing.

Dated: June 29, 2023.                                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
           rkuebel@lockelord.com
   -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

America:0107766/00001: 133547080v.1

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## MAY 1, 2023 THROUGH MAY 31, 2023

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 3.20 | $1,920.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 47.70 | $25,807.50 |
| B130 | ASSET DISPOSITION | 12.00 | $7,200.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 14.90 | $8,940.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 7.20 | $4,320.00 |
| B190 | OTHER CONTESTED MATTERS | 1.40 | $840.00 |
| B250 | REAL ESTATE | 1.40 | $840.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 2.70 | $1,432.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 168.60 | $101,160.00 |
|  | **TOTAL FEES SOUGHT =** | **259.10** | **$152,460.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**MAY 1, 2023 THROUGH MAY 31, 2023**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 67.4 | $600.00 | $40,440.00 |
| BCK | Knapp, Brad C. | Partner | 79.4 | $600.00 | $47,640.00 |
| WSB | Bryant, W. Steven | Partner | 71.6 | $600.00 | $42,960.00 |
| PGE | Eisenberg, Philip G. | Partner | 1.0 | $600.00 | $600.00 |
| JMC | Cerise, Jason M. | Partner | 31.7 | $600.00 | $19,020.00 |
| AS | St. Mary, Amanda P | Paralegal | 8.0 | $225.00 | $1,800.00 |
| | | | | | |
| | **TOTALS =** | | **259.10** | | **$152,460.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MAY 1, 2023 THROUGH MAY 31, 2023**

| DATE | EXPENSES | VALUE |
|------|----------|------:|
|  | Postage | 54.60 |
|  | PACER Online Research | 7.60 |
|  | Westlaw Research | 2,724.40 |
|  | Outside Printing | 1,542.57 |
|  | **TOTAL EXPENSES** | **$4,329.17** |

# EXHIBIT D



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

June 21, 2023
Invoice No.: 1798629

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2023                    $156,789.17

File Number:      0107766.00001
Re:               Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/16/23 | Host standing weekly conference call with the Debtor's counsel to discuss multiple outstanding issues. | WSB | 1.20 | 720.00 |
| 05/16/23 | Prepare for and participate in weekly debtor call (0.7) | OFK | 0.70 | 420.00 |
| 05/23/23 | Prepare for and participate in standing weekly call with Debtors (0.4) | OFK | 0.40 | 240.00 |
| 05/26/23 | Conference with M. Mintz and S. Oppenheim regarding 2019 statements. | BCK | 0.40 | 240.00 |
| 05/30/23 | Prepare for and participate in standing weekly debtor call (0.5) | OFK | 0.50 | 300.00 |
| | | | **3.20** | **$1,920.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/03/23 | Review and analyze case law regarding work product (1.3). Draft Supplemental Brief in support of Motion to Compel (.9). Review and analyze Debtor's updated privilege log (1.2). Communicate with Mr. Knapp regarding briefing and strategy (.1). | JMC | 3.50 | 2,100.00 |
| 05/03/23 | Work with J. Cerise on brief regarding document access and Debtor's privilege log (0.5) | OFK | 0.50 | 300.00 |
| 05/04/23 | Review and analyze Debtor's updated Privilege Log (.8). Review and analyze Federal Rules governing work product and associated cases (2.1). Draft Supplemental Briefing in Support of Motion to Compel (3.8). | JMC | 6.70 | 4,020.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/05/23 | Review and analyze case law governing work-product protection (2.1). Draft Supplemental Briefing in support of Motion to Compel re privilege and work product (1.4). | JMC | 3.50 | 2,100.00 |
| 05/08/23 | Review and analyze case law regarding privilege, work product, and waiver of same (1.3). Draft Supplemental Briefing regarding discovery issues (4.5). | JMC | 5.80 | 3,480.00 |
| 05/09/23 | Conference with Mr. Knapp regarding Supplemental Briefing (.2). Review case law regarding application of work product to public relations materials (.9). Draft Supplemental Briefing regarding outstanding discovery disputes (2.9). Receipt and review of A. Caine's edits to brief (.3). | JMC | 4.30 | 2,580.00 |
| 05/09/23 | Analyze key donor files provided by the Debtor that relate to Debtor assets and asset restrictions (1.1) upload categorized donor files to DeskSite for counsel's further review (0.2). | AS | 1.30 | 292.50 |
| 05/10/23 | Edit and finalize Supplemental Brief to Motion to Compel (1.5); review and finalize all exhibits (0.4); edit and finalize the accompanying Motion to Seal (1.0); file all documents with the court's e-filing system and arrange for the services of these documents (0.3). | AS | 3.20 | 720.00 |
| 05/10/23 | Conference with Mr. Knapp regarding Supplemental Brief, mediation, and strategy (.2). Revise Supplemental Brief (1.5). Review additional authorities regarding discovery issues (.8). | JMC | 2.50 | 1,500.00 |
| 05/10/23 | Review proposed exhibits for privilege brief related to plan discovery (0.4); revise privilege brief (0.6); revise motion to seal for privilege brief (0.3); analysis of hearing strategy for privilege hearing (0.2). | BCK | 1.50 | 900.00 |
| 05/10/23 | Correspond via email with Jason Cerise regarding follow-up briefing on the Committee's motion to compel (0.3) | OFK | 0.30 | 180.00 |
| 05/11/23 | Correspond via email with Jason Cerise regarding the timing of the motion to compel and related issues (0.3) | OFK | 0.30 | 180.00 |
| 05/11/23 | Receipt and review of Debtor's Supplemental Briefing regarding discovery disputes and exhibits in support of same (.6). Conference with Mr. Kuebel regarding mediation, discovery motions, and strategy (.2). | JMC | 0.80 | 480.00 |
| 05/11/23 | Finalize Supplemental Brief on Motion to Compel (0.4); e-filing same with the Court (not under seal Doc. 2260) | AS | 0.60 | 135.00 |
| 05/11/23 | Revise brief on privilege issue to allow for public filing. | BCK | 0.20 | 120.00 |
| 05/11/23 | Correspondence with Court chambers regarding privilege brief. | BCK | 0.10 | 60.00 |
| 05/12/23 | Draft order withdrawing Motion to Compel. | AS | 0.40 | 90.00 |
| 05/12/23 | Begin preparing order regarding resolution of motion to compel. | BCK | 0.10 | 60.00 |
| 05/12/23 | Receipt and review of Mintz reply and related emails (0.3) Receipt and review of BRG emails on asset due diligence (0.4) | OFK | 0.70 | 420.00 |
| 05/15/23 | Receipt and review of Mintz correspondence regarding the motion to compel and forward the same to Jason Cerise (0.4) | OFK | 0.40 | 240.00 |
| 05/15/23 | Further update draft order withdrawing Motion to Compel (Doc. 804). | AS | 0.30 | 67.50 |
| 05/16/23 | Draft and file certificate of service of Order Denying Motion to file under seal the supplemental brief on the Motion to Compel (Doc 2268) | AS | 0.40 | 90.00 |

### B120 Asset Analysis and Recovery

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/16/23 | Conference with Mr. Knapp regarding Debtor's production of redacted documents (.2). Receipt and review of redacted production in connection with Motion to Compel (.6). Receipt and review of proposed Order on Motion to Compel (.1). | JMC | 0.90 | 540.00 |
| 05/17/23 | Communicate with Mr. Knapp regarding Hearing (.1). Review cases cited by Debtor in briefing on Motion to Compel (.7). Prepare for Hearing on Motion to Compel (.6). | JMC | 1.40 | 840.00 |
| 05/17/23 | Correspond with Jason Cerise regarding the forthcoming hearing on the Motion to Compel (0.3) Receipt and review of case pleading filing (0.2) Receipt and review of email on ANO filing (0.3) | OFK | 0.80 | 480.00 |
| 05/18/23 | Call with J. Cerise regarding ANO hearing rulings and prep/issues for evidentiary hearing. (0.3) | OFK | 0.30 | 180.00 |
| 05/18/23 | Conference with Mr. Knapp regarding Hearing on Motion to Compel (.2). Prepare for Hearing on Motion to Compel and privilege issues (.7). Attend Hearing regarding Motion to Compel and privilege issues (1.0). | JMC | 1.90 | 1,140.00 |
| 05/18/23 | Analysis of privilege hearing outcome and next steps. | BCK | 0.40 | 240.00 |
| 05/24/23 | Analysis of strategy issues for hearing on privilege. | BCK | 0.20 | 120.00 |
| 05/25/23 | Prepare for and participate in call with BRG regarding financial due diligence open issues (1.6) Correspond regarding asset review / TMI RSA sale covenants (0.5) | OFK | 2.10 | 1,260.00 |
| 05/25/23 | Multiple correspondence on court/hearing dates related to the Motion to Compel (0.4). | OFK | 0.40 | 240.00 |
| 05/25/23 | Communicate with Andrew Caine regarding Hearing on privilege issues (.1). Communicate with Debtor's counsel regarding same (.1). | JMC | 0.20 | 120.00 |
| 05/26/23 | Communicate with Ms. Kingsmill regarding Hearing on Motion to Compel. | JMC | 0.20 | 120.00 |
| 05/30/23 | Update calendars to reflect evidentiary hearing deadlines in connection with the privilege litigation (0.2); correspond via email to Brad Knapp and Jason Cerise regarding witness and exhibit list (0.1). | AS | 0.30 | 67.50 |
| 05/30/23 | Draft witness and exhibit list for hearing re documents (804) Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors | AS | 0.70 | 157.50 |
| 05/30/23 | Revise Exhibit and Witness List for hearing on privilege issues related to plan discovery. | BCK | 0.20 | 120.00 |
| 05/31/23 | Edit witness and exhibit list for hearing re documents (804) Motion to Compel filed by Creditor Committee Official Committee of Unsecured Creditors | AS | 0.30 | 67.50 |
| | | | **47.70** | **$25,807.50** |

### B130 Asset Disposition

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/22/23 | Correspond with BRG regarding asset valuation open issues and NDHS closing (0.4) | OFK | 0.40 | 240.00 |
| 05/25/23 | Analyze the final, executed documents memorializing the second-stage NDHS/CommCare sale and compare these documents to the previous versions provided by the Apostolates. | WSB | 0.90 | 540.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/26/23 | Draft, edit, and revise letter regarding additional questions related to the NDHS/SAG sales (1.0); correspond via email with the bankruptcy counsel team about the proposed letter (0.2); further edit and revise the letter (0.7). | WSB | 1.90 | 1,140.00 |
| 05/26/23 | Receipt and review of BRG emails regarding NDHS/SAG closing projection (0.4) Correspond regarding the same with the UCC's bankruptcy counsel team. (0.3) | OFK | 0.70 | 420.00 |
| 05/30/23 | Multiple emails regarding NDHS waterfall analysis and closing issues (0.7) Call from Doug Stewart regarding the same (0.3) Correspond with BRG regarding the same (0.3) Receipt and review of BRG email regarding Apostolate loan and waterfall from NDHS sale (0.4) | OFK | 1.70 | 1,020.00 |
| 05/30/23 | Review additional financial information provided by BRG regarding the NDHS/SAG sale (0.4); meet with Matt Babcock and Paul Shields about this additional information, the closing of the second-stage of the NDHS/SAG, and the further documentation needed (0.5); continue drafting correspondence to the Debtor's counsel about this matter (0.7). | WSB | 1.60 | 960.00 |
| 05/30/23 | Analysis of NDHS/SAG sale issues. | BCK | 0.40 | 240.00 |
| 05/31/23 | Analysis of updates related to NDHS and SAG sales. | BCK | 0.30 | 180.00 |
| 05/31/23 | Further review and analyze the NDHS/SAG closing documents provided by the Debtor and identify critical follow-up issues (1.3); draft, edit, and revise email communication to the Debtor's counsel requesting additional documentation and information about the closing (0.8); forward the draft email to the bankruptcy counsel team for their review and comment (0.1); finalize the email requesting additional information and forward it to the Debtor's counsel (0.3); telephone conference with Mark Mintz, counsel for the Debtor, concerning the timing of the closing and related matters (0.5); further correspond via email with the bankruptcy counsel team about this conversation and other, related matters (0.3). | WSB | 3.30 | 1,980.00 |
| 05/31/23 | Multiple correspondence on NDHS closing and additional information demand (0.5) Review NDHS information letter with Steve Bryant (0.3) | OFK | 0.80 | 480.00 |
| | | | **12.00** | **$7,200.00** |
| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
| 05/01/23 | Multiple correspondence with state court counsel on claim value issues (0.7) | OFK | 0.70 | 420.00 |
| 05/02/23 | Correspond via email with Brad Knapp about today's Committee meeting (0.1); briefly attend today's Committee meeting to address certain, limited issues (0.2). | WSB | 0.30 | 180.00 |
| 05/02/23 | Conference with survivor claimant regarding case status. | BCK | 0.20 | 120.00 |
| 05/02/23 | Prepare for and provide reports at UCC meeting (1.4) Multiple emails with state-court counsel on case status, window statute, and related matters (0.7) | OFK | 2.10 | 1,260.00 |
| 05/03/23 | Correspond with state court counsel on mediation issues (0.8) | OFK | 0.80 | 480.00 |
| 05/10/23 | Conferences with pro se claimants regarding case status. | BCK | 0.40 | 240.00 |
| 05/12/23 | Conferences with multiple pro se claimants regarding case status (0.6); review claims related to claimant outreach (0.3). | BCK | 0.90 | 540.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 5

| B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/12/23 Receipt and review of victim letter and discuss with B. Knapp (0.4) | OFK | 0.40 | 240.00 |
| 05/15/23 Correspondence with Committee regarding next steps in case. | BCK | 0.20 | 120.00 |
| 05/17/23 Correspond with state-court counsel on non-monetary presentation (0.5) Call with state-court counsel regarding the same (0.3) | OFK | 0.80 | 480.00 |
| 05/18/23 Correspond with UCC Chair regarding non-monetary issues. (0.4) Work on agenda for non-monetary meeting. (0.4) | OFK | 0.80 | 480.00 |
| 05/22/23 Correspond with state court counsel on multiple questions related to the plan (0.9) | OFK | 0.90 | 540.00 |
| 05/23/23 Multiple correspondence with state court counsel on settlement issues (0.6) | OFK | 0.60 | 360.00 |
| 05/24/23 Correspondence with claimant regarding case status. | BCK | 0.20 | 120.00 |
| 05/26/23 Conference with claimant regarding case status. | BCK | 0.30 | 180.00 |
| 05/30/23 Prepare for and provide report to Committee at Committee meeting (1.2) | OFK | 1.20 | 720.00 |
| 05/30/23 Draft Committee agenda for Committee meeting (0.1); attend Committee meeting regarding next steps in mediation process (1.1); conference with Committee member (0.1). | BCK | 1.30 | 780.00 |
| 05/30/23 Prepare for and attend today's Committee meeting and address multiple outstanding issues. | WSB | 1.10 | 660.00 |
| 05/31/23 Multiple calls and correspondence with state court counsel regarding claims questions (0.8) Call with Bill Arata regarding claims issues/value (0.5) Correspond with Soren Gisleson regarding state-court counsel request for additional information related to filed claims (0.4) | OFK | 1.70 | 1,020.00 |
| | | **14.90** | **$8,940.00** |

| B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/03/23 Begin drafting the April 2023 Locke Lord monthly fee statement. | WSB | 0.40 | 240.00 |
| 05/08/23 Continue drafting Locke Lord's monthly fee statement for the April 2023 time. | WSB | 0.50 | 300.00 |
| 05/09/23 Correspond via email with Rick Kuebel and Brad Knapp regarding this month's Locke Lord fee application and the status of the Debtor's payment on the invoices covered by the Eighth Interim Fee Application (0.1); correspond via email with Caroline McCaffrey regarding the payment issues (0.2). | WSB | 0.30 | 180.00 |
| 05/15/23 Draft, edit, and revise the Locke Lord monthly fee statement for April 2023. | WSB | 1.10 | 660.00 |
| 05/17/23 Further draft, edit, and revise the Locke Lord monthly fee statement for April 2023 (2.2); draft the monthly fee statement for Zobrio for April 2023 (0.1). | WSB | 2.30 | 1,380.00 |
| 05/18/23 Draft, edit, and revise the Locke Lord monthly fee statement for April 2023 (2.0); correspond via email with Rick Kuebel about the fee statement and the Debtor's fee-payment practices (0.2); further edit and revise the fee statement (0.4). | WSB | 2.60 | 1,560.00 |
| | | **7.20** | **$4,320.00** |

### B190 Other Contested Matters

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/23 | Receipt and review of multiple court notices/ pleadings related to sex-abuse litigation claims pending outside of bankruptcy (0.4) | OFK | 0.40 | 240.00 |
| 05/01/23 | Review order of recusal for Judge Ivan Lemelle in district-court litigation | PGE | 0.20 | 120.00 |
| 05/01/23 | Analyze proposed Committee follow-up actions related to district court judge's recusal and correspond via email with Rick Kuebel. | PGE | 0.80 | 480.00 |
| | | | **1.40** | **$840.00** |

### B250 Real Estate

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/23 | Meet with BRG team on real estate issues including deferred maintenance / repairs budget (0.5) | OFK | 0.50 | 300.00 |
| 05/11/23 | Correspond via email with Mark Mintz on real-estate issue (0.4) | OFK | 0.40 | 240.00 |
| 05/16/23 | Correspond via email with various parties regarding real estate due diligence (0.5) | OFK | 0.50 | 300.00 |
| | | | **1.40** | **$840.00** |

### B310 Claims Administration and Objections

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/23 | Email correspondence to/from B. Knapp and N. Peterson regarding new, late-filed survivor claims and related matters | AS | 0.50 | 112.50 |
| 05/11/23 | Review additional late filed claims (0.2); analyze document productions to evaluate late-filed claims (0.3). | BCK | 0.50 | 300.00 |
| 05/11/23 | Receipt and review of case pleadings on multiple late-filed claims (0.3) | OFK | 0.30 | 180.00 |
| 05/19/23 | Receipt and review of further motions related to late-filed claims (0.3) | OFK | 0.30 | 180.00 |
| 05/23/23 | Review motions to allow late filed claims. | BCK | 0.30 | 180.00 |
| 05/24/23 | Review multiple motions for late-filed claims. | BCK | 0.50 | 300.00 |
| 05/25/23 | Review additional motions to allow late-filed proofs of claim (0.2); analysis of proof of claim access request (0.1). | BCK | 0.30 | 180.00 |
| | | | **2.70** | **$1,432.50** |

### B320 Plan and Disclosure Statement

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/23 | Conference with BRG regarding financial analysis for mediation preparation (0.8); attend Supreme Court argument regarding constitutionality of window statute in preparation for mediation (1.0); continued analysis of Holy See and USCCB materials to prepare for plan mediation (3.3). | BCK | 5.10 | 3,060.00 |
| 05/01/23 | Correspond with co-counsel on non-monetary document review and response to Mr. Mintz (0.4) Work on mediation preparation and draft outline. (0.5) | OFK | 0.90 | 540.00 |
| 05/02/23 | Continue reviewing productions and materials related to non-monetary policies (1.8); attend Committee meeting in preparation for mediation (1.6). | BCK | 3.40 | 2,040.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 7

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/02/23 | Review and analyze BRG's updated ability-to-pay analysis prepared in anticipation of next week's in-person mediation session (0.9). | WSB | 0.90 | 540.00 |
| 05/02/23 | Call with Mr. Stang to work on mediation prep/insurance/claim issues (0.8) Work on non-monetary child protection plan provisions (0.9) | OFK | 1.70 | 1,020.00 |
| 05/03/23 | Continued review of documents provided by debtor on child protection /victim assistance issues (1.5); begin revising various sections of non-monetary plan provisions and correspond via email regarding the same (1.2) Re-work non-monetary provisions with B. Knapp (1.0) | OFK | 3.70 | 2,220.00 |
| 05/03/23 | Continue reviewing policy materials in preparation for mediation (3.4); revise non-monetary policies for mediation (2.3); analysis of response issues to insurer questions for mediation process (0.4). | BCK | 6.10 | 3,660.00 |
| 05/03/23 | Review with Brad Knapp various critical, mediation issues that may arise during next week's in-person mediation session and further prepare for that session (0.6); review and edit the proposed non-monetary plan provisions (1.3). | WSB | 1.90 | 1,140.00 |
| 05/04/23 | Draft, edit, and revise the proposed non-monetary plan provisions (3.3); analyze with Brad Knapp certain portions of the provisions criticized by the Debtor (0.3); further edit and revise the provisions (2.5). | WSB | 6.10 | 3,660.00 |
| 05/04/23 | Continue revising non-monetary plan provisions ahead of mediation. | BCK | 1.90 | 1,140.00 |
| 05/04/23 | Conference with Committee chair in preparation for mediation. | BCK | 1.00 | 600.00 |
| 05/04/23 | Multiple emails regarding draft non-monetary provisions and correspond regarding the same (0.8) Receipt and review of Judge Zive email regarding mediation and correspond regarding the same (0.2) Prepare for and participate in review with UCC of non-monetary child protection plan provisions draft (1.0) Correspond with Mr. Stang regarding insurer responses and claim value assessment/ mediation preparation. (0.6) | OFK | 2.60 | 1,560.00 |
| 05/05/23 | Continued work and correspondence on non-monetary plan provisions with B. Knapp (1.2) Revise plan inserts and prepare to send to Debtor (1.0) Work on transmittal points with B. Knapp (0.4) Receipt and review of multiple emails on the same (0.3) Correspond with state court counsel on mediation issues. (0.5) | OFK | 3.40 | 2,040.00 |
| 05/05/23 | Further draft, edit, and revise the non-monetary provisions (1.9); review with Brad Knapp additional issues regarding the non-monetary provisions in advance of next week's meeting (0.4); further edit and revise the non-monetary provisions (0.5); correspond via email regarding additional revisions to the non-monetary provisions (0.2). | WSB | 3.00 | 1,800.00 |
| 05/05/23 | Revise non-monetary policies based on definitional revisions to address ANO feedback (2.1); review revised non-monetary provisions with Steve Bryant (0.4); conference with L. Futrell regarding non-monetary issues for mediation (0.2). | BCK | 2.70 | 1,620.00 |
| 05/06/23 | Continue reviewing Canon law authorities in connection with non-monetary plan proposals. | BCK | 1.60 | 960.00 |
| 05/08/23 | Prepare additional materials for mediation sessions (0.5); attend plan mediation sessions on behalf of Committee (9.4). | BCK | 9.90 | 5,940.00 |
| 05/08/23 | Further draft, edit, and revise the non-monetary provisions (4.5); correspond via email with Brad Knapp regarding the non-monetary provisions and today's in-person mediation session (0.1). | WSB | 4.60 | 2,760.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/08/23 | Prepare for and participate in mediation on plan issues at Jones Walker. | OFK | 7.70 | 4,620.00 |
| 05/09/23 | Prepare for and participate in day two of case mediation session. (6.5) | OFK | 6.50 | 3,900.00 |
| 05/09/23 | Attend all-day plan mediation sessions. | BCK | 7.90 | 4,740.00 |
| 05/09/23 | Further draft, edit, and revise the non-monetary provisions (4.0); analyze with Brad Knapp various developments at today's in-person mediation (0.3); incorporate certain issues raised at today's meeting in the non-monetary Plan provisions (2.7). | WSB | 7.00 | 4,200.00 |
| 05/10/23 | Review various issues raised during the in-person mediation session (0.7); further draft, edit, and revise the non-monetary provisions (4.8); correspond via email with Mr. Knapp concerning the non-monetary provisions (0.3); further edit and revise the non-monetary provisions (1.0). | WSB | 6.80 | 4,080.00 |
| 05/10/23 | Correspond with UCC Chair and her counsel regarding mediation follow-up and proposed revisions to the non-monetary plan provisions (0.8) | OFK | 0.80 | 480.00 |
| 05/11/23 | Correspond on plan non-monetary issues and timing (0.5) | OFK | 0.50 | 300.00 |
| 05/11/23 | Conference with Debtor's counsel regarding next steps following mediation to advance plan process (0.6); begin preparing for next set of non-monetary plan meetings (1.0). | BCK | 1.60 | 960.00 |
| 05/12/23 | Further draft, edit, and revise the non-monetary plan provisions (2.6); correspond via email with bankruptcy counsel team about forthcoming meetings on these issues (0.1); further edit and revise the provisions (0.4). | WSB | 3.10 | 1,860.00 |
| 05/15/23 | Further draft, edit, and revise the non-monetary plan provisions (5.2); finalize the non-monetary plan provisions (0.5). | WSB | 5.70 | 3,420.00 |
| 05/15/23 | Analysis of parish release issues for plan process (0.8); begin reviewing non-monetary revisions (1.0). | BCK | 1.80 | 1,080.00 |
| 05/15/23 | Correspond/work on non-monetary mediation session prep (0.8) | OFK | 0.80 | 480.00 |
| 05/16/23 | Analyze with Jim Stang various issues related to proposed plan language addressing future claims representative (0.8) | OFK | 0.80 | 480.00 |
| 05/16/23 | Review proposed future claims revisions (0.2); analysis of authorities related to releases of parish claims (0.9); analysis of real estate issues for plan mediation process (0.6); review revised non-monetary provisions (0.9). | BCK | 2.60 | 1,560.00 |
| 05/16/23 | Review outstanding plan issues (including proposed non-monetary provisions) with Jim Stang after today's standing call with the Debtor (0.4); follow-up revisions to non-monetary provisions (0.3). | WSB | 0.70 | 420.00 |
| 05/17/23 | Continued analysis of revisions to non-monetary plan provisions. | BCK | 1.20 | 720.00 |
| 05/17/23 | Receipt and review of state-court counsel email to Judge Zive (0.2) | OFK | 0.20 | 120.00 |
| 05/18/23 | Call with state-court counsel regarding non-monetary issue. (0.4) | OFK | 0.40 | 240.00 |
| 05/18/23 | Further analyze various issues related to the non-monetary provisions (0.3); edit the proposed non-monetary provisions (0.2). | WSB | 0.50 | 300.00 |
| 05/19/23 | Continued detailed analysis and review of canon law issues for non-monetary discussion. | BCK | 2.30 | 1,380.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 9

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/19/23 | Analyze with Rick Kuebel various issues that may arise during Monday's meeting with the Debtor on the non-monetary provisions (0.6); prepare for next week's meeting on the non-monetary provisions (0.2). | WSB | 0.80 | 480.00 |
| 05/19/23 | Prepare for and participate in mediation preparation call with state court counsel (1.0) Draft, revise and circulate proposed agenda for mediation session and correspond regarding the same (0.8) Correspond with UCC Chair on mediation session. (0.4) | OFK | 2.20 | 1,320.00 |
| 05/22/23 | Prepare for today's conference call with the Debtor regarding the non-monetary plan provisions (1.2); attend today's conference call with the Debtor regarding the non-monetary plan provisions (2.5); follow-up analysis of today's conference call with the Locke Lord counsel team (0.5); correspond via email with BRG regarding deferred maintenance and other issues (0.1). | WSB | 4.30 | 2,580.00 |
| 05/22/23 | Prepare for meeting with ANO regarding non-monetary plan provisions (1.3); attend meeting with ANO regarding non-monetary plan provisions (2.5); follow-up conference call with Locke Lord counsel team to address issues raised during today's meeting with the Debtor (0.5); review USCCB requirements regarding non-monetary provisions and independent review board issues (0.8). analysis of child protection consultant options (0.8). | BCK | 4.90 | 2,940.00 |
| 05/22/23 | Prepare for mediation follow-up session with the Debtor to address non-monetary plan provisions (1.0) participate in mediation follow-up session to discuss ANO comments on non-monetary plan provisions (2.5) Mediation follow-up call with Locke Lord counsel team to work on plan provision revision (0.5) Correspond with Pachulski team regarding mediation and claim-value issues (0.6) | OFK | 4.60 | 2,760.00 |
| 05/23/23 | Follow-up call with Mr. Stang on mediation / settlement issues (0.5) Continued work on non-monetary plan provisions (1.6) | OFK | 2.10 | 1,260.00 |
| 05/23/23 | Review recent Illinois AG report related to policies and procedures for child protection (1.2); review materials from other plans related to non-monetary provisions (0.8); conference with counsel for Committee member regarding non-monetaries (0.5); review updates regarding document productions related to plan process (0.3). | BCK | 2.80 | 1,680.00 |
| 05/24/23 | Review issues related to the non-monetary provisions with Brad Knapp in advance of today's further call with Lisa Futrell on this matter (0.2); attend today's conference call with Ms. Futrell on this issue (0.7); further review and analyze the provisions in light of today's additional call (0.3). | WSB | 1.20 | 720.00 |
| 05/24/23 | Conferences with L. Futrell regarding additional ANO comments to draft non-monetary policies (0.7); analysis of USCCB materials and Canon law materials related to proposed revisions (0.5); begin revising non-monetary provisions based on ANO feedback (0.8). | BCK | 2.00 | 1,200.00 |
| 05/25/23 | Conference with BRG team regarding current status of financial productions and next steps for mediation information gathering (1.6); continue reviewing non-monetary procedures from prior diocese bankruptcy cases (1.2); revise non-monetary procedures based on ANO feedback (1.6). | BCK | 4.40 | 2,640.00 |
| 05/25/23 | Participate in videoconference meeting with BRG team regarding the continuing status of information exchanges with the Debtor on multiple, plan-related topics such as Debtor deferred maintenance reserves and related matters. | WSB | 1.60 | 960.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/25/23 | Correspond regarding non-monetary plan provision and revisions (0.5) | OFK | 0.50 | 300.00 |
| 05/26/23 | Revise non-monetary plan provisions to address ANO feedback. | BCK | 3.30 | 1,980.00 |
| 05/26/23 | Extended call with state court counsel regarding general mediation strategy and case issues (2.3) | OFK | 2.30 | 1,380.00 |
| 05/30/23 | Work on non-monetary/child protection revisions and discuss with B. Knapp (0.8) Outline of creditor plan call with Jim Stang (0.4) | OFK | 1.20 | 720.00 |
| 05/30/23 | Draft, edit, and revise email correspondence to the Debtor's counsel regarding the outstanding document requests and other issues (2.0); correspond via email with Brad Knapp about the non-monetary provisions (0.2); review the revised non-monetary provisions (0.2); meet with the bankruptcy counsel team to address mediation-related issues and strategy (0.6). | WSB | 3.00 | 1,800.00 |
| 05/30/23 | Conference with Debtor's counsel regarding next steps in mediation process (0.4); continue revising non-monetary plan provisions (2.1); analysis of potential counteroffer to ANO for plan mediation (0.7). | BCK | 3.20 | 1,920.00 |
| 05/31/23 | Further draft, edit, and revise the non-monetary plan provisions (2.8); correspond via email with Brad Knapp about these further revisions (0.1). | WSB | 2.90 | 1,740.00 |
| 05/31/23 | Continued analysis of revisions to non-monetary plan provisions. | BCK | 0.80 | 480.00 |
| 05/31/23 | Correspond with Brittany Wolf on claim issues (0.4) Correspond with B. Knapp on revisions to non-monetary plan provision. (0.7) | OFK | 1.10 | 660.00 |
| | | | **168.60** | **$101,160.00** |

**TOTAL FEES**                                              **$152,460.00**

**TIMEKEEPER SUMMARY:**

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.40 | $240.00 |
| O. F. Kuebel | Partner | $600.00 | 1.60 | $960.00 |
| W.S. Bryant | Partner | $600.00 | 1.20 | $720.00 |
| | | | **3.20** | **$1,920.00** |

**B120   Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 2.70 | $1,620.00 |
| J. M. Cerise | Partner | $600.00 | 31.70 | $19,020.00 |
| O. F. Kuebel | Partner | $600.00 | 5.80 | $3,480.00 |
| A. St. Mary | Paralegal | $225.00 | 7.50 | $1,687.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 11

**B120     Asset Analysis and Recovery**

|  |  |  | 47.70 | $25,807.50 |
|---|---|---|---|---|

**B130     Asset Disposition**

| B. C. Knapp | Partner | $600.00 | 0.70 | $420.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 3.60 | $2,160.00 |
| W.S. Bryant | Partner | $600.00 | 7.70 | $4,620.00 |
|  |  |  | 12.00 | $7,200.00 |

**B150     Meetings & Communications with Creditors**

| B. C. Knapp | Partner | $600.00 | 3.50 | $2,100.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 10.00 | $6,000.00 |
| W.S. Bryant | Partner | $600.00 | 1.40 | $840.00 |
|  |  |  | 14.90 | $8,940.00 |

**B160     Fee/Employment Applications**

| W.S. Bryant | Partner | $600.00 | 7.20 | $4,320.00 |
|---|---|---|---|---|
|  |  |  | 7.20 | $4,320.00 |

**B190     Other Contested Matters**

| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |
|---|---|---|---|---|
| P. G. Eisenberg | Partner | $600.00 | 1.00 | $600.00 |
|  |  |  | 1.40 | $840.00 |

**B250     Real Estate**

| O. F. Kuebel | Partner | $600.00 | 1.40 | $840.00 |
|---|---|---|---|---|
|  |  |  | 1.40 | $840.00 |

**B310     Claims Administration and Objections**

| B. C. Knapp | Partner | $600.00 | 1.60 | $960.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.60 | $360.00 |

### B310 Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | **2.70** | **$1,432.50** |

### B320 Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 70.50 | $42,300.00 |
| O. F. Kuebel | Partner | $600.00 | 44.00 | $26,400.00 |
| W.S. Bryant | Partner | $600.00 | 54.10 | $32,460.00 |
| | | | **168.60** | **$101,160.00** |

## TIMEKEEPER SUMMARY TOTALS

| | | |
|---|---|---|
| | **259.10** | **$152,460.00** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 54.60 |
| | PACER Online Research | 7.60 |
| | Westlaw Research | 2,724.40 |
| | Outside Printing | 1,542.57 |
| | TOTAL EXPENSES | $4,329.17 |

| | |
|---|---|
| TOTAL FEES | $152,460.00 |
| TOTAL EXPENSES | $4,329.17 |
| **TOTAL FEES AND EXPENSES** | **$156,789.17** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 21, 2023
Invoice No.: 1798629
Page: 13

712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

133572960v.1



## Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

June 21, 2023
Invoice No.: 1798629

---

### REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through May 31, 2023

      File Number:  0107766.00001
      RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees ...................................................................................................................................... $152,460.00

Total Expenses ................................................................................................................................. $4,329.17

Total Due this Statement................................................................................................................ $156,789.17

REMITTANCE

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

133572960v.1

# **<u>EXHIBIT 1-4</u>**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor. | § | **Objection Deadline: August 7, 2023** |
| | § | |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
## FOR JUNE 1, 2023 THROUGH JUNE 30, 2023

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2023 through June 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.     A summary of expenses incurred by Locke Lord during the Statement Period for

which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $3,976,019.19.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| June 1, 2023 to June 30, 2023 | |
|---|---|
| Fees (at standard rates): | $160,129.00 |
| (Reduction due to reduced rates) | ($49,189.00) |
| (Further voluntary reductions) | ($960.00) |
| Fees (After all reductions): | $109,980.00 |
| Disbursements | $506.77 |
| **Total** | **$110,486.77** |

**VOLUNTARY REDUCTIONS**

9.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $960.00 and 1.60 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

**NOTICE AND OBJECTION PROCEDURES**

10.     In accordance with the Interim Compensation Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case

2

Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before August 7, 2023 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$88,490.77**. This figure consists of (a) $87,984.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $109,980.00 for the Statement Period, and (b) $506.77 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the

objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 24, 2023.

Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
           rkuebel@lockelord.com
  -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|-----------|-------------------------|------------------------------------------|-----------------------------------------|
| B110 | CASE ADMINISTRATION | 2.60 | $1,560.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 27.30 | $14,542.50 |
| B130 | ASSET DISPOSITION | 26.10 | $15,547.50 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 16.70 | $10,020.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 24.10 | $12,472.50 |
| B190 | OTHER CONTESTED MATTERS | 6.80 | $4,080.00 |
| B250 | REAL ESTATE | 27.90 | $15,615.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 13.00 | $3,225.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 55.80 | $32,917.50 |
| | **TOTAL FEES SOUGHT =** | **200.30** | **$109,980.00** |

# EXHIBIT B

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JUNE 1, 2023 THROUGH JUNE 30, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 46.7 | $600.00 | $28,020.00 |
| BCK | Knapp, Brad C. | Partner | 53.0 | $600.00 | $31,800.00 |
| WSB | Bryant, W. Steven | Partner | 46.6 | $600.00 | $27,960.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.7 | $600.00 | $420.00 |
| JMC | Cerise, Jason M. | Partner | 19.1 | $600.00 | $11,460.00 |
| PCL | Peyton C. Lambert | Partner | 7.0 | $600.00 | $4,200.00 |
| AS | St. Mary, Amanda P | Paralegal | 27.2 | $225.00 | $6,120.00 |
| | | | | | |
| | **TOTALS =** | | **200.3** | | **$109,980.00** |

# **EXHIBIT C**

# EXPENSE SUMMARY
## DURING COMPENSATION PERIOD
### JUNE 1, 2023 THROUGH JUNE 30, 2023

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 1.80 |
| | PACER Online Research | 21.30 |
| | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| 06/16/23 | Outside Copy Costs 51855, Alliance Overnight Document Service LLC, Mailing for Docket # 2321 | 139.85 |
| 06/27/23 | Services Rendered REQ062723 4063, Jefferson Parish Clerk, charge for JeffNet image print on 6/5 | 7.50 |
| 06/30/23 | Outside Copy Costs 51579, Alliance Overnight Document Service LLC, Printing and postage of doc# 2222, 2223 and 2224. | 182.32 |
| | **TOTAL EXPENSES** | **$506.77** |

**EXHIBIT D**

America:0107766/00001: 133909964v.1

# Locke Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

July 18, 2023
Invoice No.: 1804191

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2023     <u>$110,486.77</u>

File Number:     0107766.00001
Re:     Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Draft letter regarding Bankruptcy Rule 2019 for counsel for claimants with multiple claims (0.5); revise letter based on comments from co-counsel (0.2). | BCK | 0.70 | 420.00 |
| 06/20/23 | Prepare for and participate in call with Debtor. (0.8) | OFK | 0.80 | 480.00 |
| 06/20/23 | Revise draft letter regarding Bankruptcy Rule 2019 (0.2); correspondence with M. Mintz regarding Rule 2019 letter (0.1). | BCK | 0.30 | 180.00 |
| 06/30/23 | Prepare for and participate in debtor call. (0.8) | OFK | 0.80 | 480.00 |
| | | | **2.60** | **$1,560.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Call with BRG team on asset investigation. | OFK | 0.50 | 300.00 |
| 06/01/23 | Review Witness and Exhibit List for Hearing on Motion to Compel. | JMC | 0.20 | 120.00 |
| 06/08/23 | Correspond regarding BRG asset analysis. | OFK | 0.40 | 240.00 |
| 06/09/23 | Receipt and review BRG asset analysis (0.3) | OFK | 0.30 | 180.00 |
| 06/15/23 | Correspond regarding BRG asset due diligence. | OFK | 0.30 | 180.00 |
| 06/16/23 | Communicate with Ms. Kingsmill and Mr. Caine regarding Joint Witness and Exhibit List. | JMC | 0.20 | 120.00 |
| 06/20/23 | Receipt and review of draft Joint Exhibit List (.2). Communicate with A. Kingsmill regarding same (.1). | JMC | 0.30 | 180.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans
♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

133933584v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 18, 2023
Invoice No.: 1804191
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/21/23 | Edit and revise joint witness and exhibit list (0.3); identify and prepare for filing all exhibits for use at the June 26, 2023 hearing (3.3); correspond via email with J. Cerise regarding same/phone call to the Debtor's regarding same (0.4). | AS | 4.00 | 900.00 |
| 06/21/23 | Communicate with Committee Counsel regarding Joint Exhibit List (.2). Communicate with A. Caine and B. Knapp regarding proposed joint exhibits and objections to same (.3). Revise Draft Joint Exhibit List (.8). Review Court procedures regarding submission of exhibit lists and exhibits (.2). Telephone conference with A. Kingsmill regarding exhibits and Debtor's reservation of objections to same (.2). Receipt and review of filed Joint Exhibit List (.1). | JMC | 1.80 | 1,080.00 |
| 06/21/23 | Analysis of exhibit and witness list revisions for privilege hearing (0.2). | BCK | 0.20 | 120.00 |
| 06/22/23 | Review and analyze Privilege Log (.8). Review and analyze redacted emails (.7). Prepare for Hearing on Motion to Compel (1.1). | JMC | 2.60 | 1,560.00 |
| 06/23/23 | Review and analyze Hearing Exhibits (1.2). Prepare for cross-examination of S. McDonald (3.7). Prepare for cross-examination of W. Kearney (1.4). Review and analyze TEG Ordinary Course Declaration (.3). Communicate with A. Caine and B. Knapp regarding impeachment exhibits (.2). Communicate with A. St. Mary regarding impeachment exhibits (.1). | JMC | 6.90 | 4,140.00 |
| 06/23/23 | Correspond with J. Cerise regarding questions on the Motion to Compel hearing. | OFK | 0.10 | 60.00 |
| 06/23/23 | Prepare impeachment exhibits and submit them to the court per the Court's Order (Doc. 2300) (0.9). | AS | 0.90 | 202.50 |
| 06/25/23 | Prepare for cross examination of W. Kearney (1.1). Review and analyze case law regarding privilege and work product (.9). Prepare closing argument (.8). | JMC | 2.80 | 1,680.00 |
| 06/26/23 | Prepare for Hearing on Motion to Compel (1.9). Attend evidentiary Hearing on Motion to Compel (1.8). Conference with Mr. Kuebel regarding Hearing (.2). Telephone conference with Mr. Knapp regarding Hearing (.2). | JMC | 4.10 | 2,460.00 |
| 06/26/23 | Monitor/report on ANO hearing on Motion to Compel (0.6) | OFK | 0.60 | 360.00 |
| 06/28/23 | Review advisement order regarding privilege ruling for plan discovery (0.1); coordinate service in accordance with the order putting the matter under advisement (0.1); review additional Debtor document production (0.4). | BCK | 0.60 | 360.00 |
| 06/30/23 | Telephone conference with A. Kingsmill regarding order following hearing (.1). Draft email to A. Kingsmill, B. Knapp, and A. Caine regarding same (.1). | JMC | 0.20 | 120.00 |
| 06/30/23 | Receipt and review of court status conference notice and participate in the same (0.3) | OFK | 0.30 | 180.00 |
| | | | **27.30** | **$14,542.50** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Review and analyze the proposed Motion, proposed order, and related documents requesting that the Court approve the Debtor's participation in the NDHS/SAG transaction (1.5); draft email identifying key issues and forward it to the Committee's bankruptcy counsel team for their review and comment (0.6); draft, edit, and revise email to the Debtor's counsel summarizing the Committee's concerns about the Motion and the related documents (1.0); telephone conference with Mark Mintz about these issues (0.5); further correspond via email with the Committee's bankruptcy counsel team about the Debtor's responses (0.3); further review additional, revised documents (0.2). | WSB | 4.10 | 2,460.00 |
| 06/01/23 | Multiple correspondence and calls regarding NDHS/SAG closing questions/issues and the Debtor's proposed expedited motion. | OFK | 1.00 | 600.00 |
| 06/02/23 | Review and analyze the Debtor's emergency motion to approve the NDHS/SAG sale and accompanying documents (1.1); extended videoconference with BRG about the proposed $6 million loan from Catholic Charities to facilitate the NDHS/SAG transaction (0.6); analyze the various issues raised by the transaction with Rick Kuebel (0.5); further correspond via email with the Debtor's counsel about the transaction (0.3); review the Court's order expediting the hearing on the Motion (0.2); begin preparing presentation on next Tuesday's hearing (0.8); telephone conference with Brooke Altazan, counsel for the Commercial Committee, about the NDHS/SAG transaction and its related issues (0.5). | WSB | 4.00 | 2,400.00 |
| 06/02/23 | Analyze with Steve Bryant various issues related to the Debtor's Emergency Motion filed in connection with the NDHS/SAG transaction (0.8) | OFK | 0.80 | 480.00 |
| 06/04/23 | Draft follow-up email correspondence to the Debtor's counsel raising additional questions about the $6 million loan used to facilitate the NDHS/SAG transaction. | WSB | 0.50 | 300.00 |
| 06/05/23 | Multiple email correspondences with the bankruptcy counsel team regarding the further revisions to the proposed order approving the NDHS/SAG transaction (0.2); draft, edit, and revise a Reservation of Rights with respect to the Debtor's Motion to approve the NDHS/SAG transaction (3.2--1.0 NO CHARGE); forward the draft Reservation to the bankruptcy counsel team for their review and comment (0.1). | WSB | 2.50 | 1,500.00 |
| 06/05/23 | Review NDHS / SAG sale motion and exhibits (1.7); review correspondence from D. Draper regarding funding source for transaction (0.1); revise proposed order to address Committee concerns (0.4); conference with counsel for Commercial Committee regarding NDHS sale (0.3); conferences with BRG regarding NDHS sale issues (0.3); conferences with M. Mintz regarding NDHS / SAG sale (0.3); draft updates regarding sale process for Committee (0.3). | BCK | 3.40 | 2,040.00 |
| 06/05/23 | Correspond regarding NDHS/SAG order insert (0.4) Receipt and review of B. Knapp email on pleadings filed and reply to the same (0.3) | OFK | 0.70 | 420.00 |
| 06/05/23 | Multiple emails regarding the various NDHS/SAG closing issues and projections and address Committee appearance at emergency hearing (0.8) | OFK | 0.80 | 480.00 |
| 06/06/23 | Review reservations of rights related to NDHS/SAG sale (0.4); review amended sale order (0.2); conference with Debtor's counsel regarding transaction and next steps in case (0.6); analysis of purchase and sale agreement (0.6). | BCK | 1.80 | 1,080.00 |

| **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/06/23   Multiple email correspondences with the bankruptcy counsel team regarding additional revisions to the proposed order on the NDHS/SAG sale (0.4); edit and finalize the Reservation of Rights (1.6); arrange for the filing and service of the Reservation of Rights (0.1); further email correspondence with the Debtor's counsel about the revisions to the proposed order (0.3); review the proposed revisions from the Apostolates' counsel (0.1); correspond via email with the bankruptcy counsel team about the revision (0.3); propose additional revised language to address issues raised by the Apostolates' further revisions (0.4); prepare for today's hearing (0.3); appear via telephone conference at today's hearing (0.7); provide a brief summary of today's developments for the bankruptcy counsel team (0.3); draft, edit, and revise a summary of developments at today's hearing and forward it to the Committee (0.8); telephone conference with Brooke Altazan about today's hearing and related matters (0.4); further correspond via email with the bankruptcy counsel team (0.1); review the Court's entered order (0.2). | WSB | 6.00 | 3,600.00 |
| 06/06/23   Finalize and file the Reservation of Rights in connection with the Debtor's emergency motion to approve the NDHS/SAG transaction. | AS | 0.30 | 67.50 |
| 06/15/23   Correspond regarding NDHS / SAG closing. | OFK | 0.20 | 120.00 |
| | | **26.10** | **$15,547.50** |

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/01/23   Multiple correspondence with M. Mintz/ B. Knapp / S. Gisleson regarding claim information (0.4) | OFK | 0.40 | 240.00 |
| 06/07/23   Conference with pro se claimant regarding case status (0.4); conference with counsel for Committee member regarding case status (0.3). | BCK | 0.70 | 420.00 |
| 06/09/23   Correspond with state court counsel on mediation issues (0.2) | OFK | 0.20 | 120.00 |
| 06/12/23   Draft case update for Committee. | BCK | 0.30 | 180.00 |
| 06/13/23   Conference with claimant regarding case status. | BCK | 0.40 | 240.00 |
| 06/15/23   Correspond regarding UCC meeting schedule. | OFK | 0.10 | 60.00 |
| 06/16/23   Call with Committee members' counsel regarding claim value and settlement issues (1.0) | OFK | 1.00 | 600.00 |
| 06/19/23   Multiple emails with state court counsel on case status /claim value issues. (0.6) | OFK | 0.60 | 360.00 |
| 06/20/23   Email to state court counsel and follow-up call (0.3) Prepare for and participate in UCC meeting on mediation counter and other issues (1.8) Call with state court counsel on claim issues (0.5) | OFK | 2.60 | 1,560.00 |
| 06/20/23   Conference with claimant regarding case status. | BCK | 0.30 | 180.00 |
| 06/20/23   Attend this week's Committee meeting to address plan-related matters and negotiations. | WSB | 1.40 | 840.00 |
| 06/20/23   Conference with Committee regarding next steps in plan mediation. | BCK | 1.80 | 1,080.00 |
| 06/21/23   Multiple emails with state court counsel on claims question and correspondence with victims on late claims questions (1.4) Receipt and review of state court counsel email with questions and reply to the same on non-monetary provision (0.4) | OFK | 1.80 | 1,080.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 18, 2023
Invoice No.: 1804191
Page: 5

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/22/23 | Call with victim /claimant on claim/status questions and follow-up with victim counsel (0.9) | OFK | 0.90 | 540.00 |
| 06/22/23 | Conference with pro se claimant regarding case status (0.2); correspondence with claimant regarding case status (0.1). | BCK | 0.30 | 180.00 |
| 06/26/23 | Correspondence with claimant regarding case status (0.1); correspondence with Committee regarding case status (0.1). | BCK | 0.20 | 120.00 |
| 06/26/23 | Work on UCC meeting agenda (0.2) Correspond with state court counsel regarding BRG analysis (0.5) | OFK | 0.70 | 420.00 |
| 06/27/23 | Correspond with state court counsel on claim value / mediation counter (0.5) Prepare for and participate in UCC meeting. (1.4) | OFK | 1.90 | 1,140.00 |
| 06/28/23 | Correspond with state court counsel on claims issues (0.4) | OFK | 0.40 | 240.00 |
| 06/29/23 | Multiple correspondence with state court counsel on window statute opinion (0.7) | OFK | 0.70 | 420.00 |
| | | | **16.70** | **$10,020.00** |

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/08/23 | Analysis of potential amendment needs for Rock Creek retention. | BCK | 0.20 | 120.00 |
| 06/12/23 | Review Rock Creek application to evaluate independent contractor issues (0.3); begin preparing documents for Rock Creek contractor retention (0.4); correspondence with J. Spencer with Rock Creek about next steps (0.1). | BCK | 0.80 | 480.00 |
| 06/13/23 | Revise retention materials for R. Campbell as subcontractor for Rock Creek (0.7); draft protective order acknowledgment for R. Campbell retention (0.1). | BCK | 0.80 | 480.00 |
| 06/15/23 | Review with Amanda St. Mary multiple issues related to the preparation of the next round of fee applications (0.3); begin drafting the Locke Lord monthly fee statement for May 2023 (0.4). | WSB | 0.70 | 420.00 |
| 06/15/23 | Review with Steven Bryant various issues related to the next round of fee applications (0.3); begin drafting the Locke Lord fee application (0.4). | AS | 0.70 | 157.50 |
| 06/16/23 | Revise engagement agreement for R. Campbell and Rock Creek (0.8); conference with J. Spencer regarding Campbell retention (0.2); conference with R. Campbell regarding engagement and protective order considerations (0.4); review revised engagement application (0.3). | BCK | 1.70 | 1,020.00 |
| 06/19/23 | Draft, edit, and revise the Locke Lord fee statement for May 2023 (3.0); correspond via email with Samantha Schroeder at Zobrio regarding its fees for May 2023 (0.1); correspond via email with Bush Benton concerning Stegall Benton's fees in May 2023 (0.1). | WSB | 3.20 | 1,920.00 |
| 06/20/23 | Draft, edit, and revise the May 2023 Locke Lord monthly fee statement (0.6); draft and finalize the Zobrio fee statement for May 2023 (0.1). | WSB | 0.70 | 420.00 |
| 06/21/23 | Draft, edit and finalize Locke Lord's monthly fee statement for May 2023 (1.9); correspond via email with Amanda St. Mary and Brad Knapp about the service of the monthly fee statements for Locke Lord and Zobrio (0.1). | WSB | 2.00 | 1,200.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 18, 2023
Invoice No.: 1804191
Page: 6

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/21/23 | Analysis of revisions needed for Rock Creek retention of Robert T. Campbell. | BCK | 0.20 | 120.00 |
| 06/22/23 | Conference with J. Spencer of Rock Creek regarding Robert Campbell retention issues (0.3); continue drafting employment application for Robert Campbell (1.4). | BCK | 1.70 | 1,020.00 |
| 06/23/23 | Draft motion to hire Robert T. Campbell of Actuarial Value along with notice of hearing to accompany the motion (1.0) | AS | 1.00 | 225.00 |
| 06/26/23 | Draft employment application and supporting documentation for Actuarial Value retention (3.4); correspondence with R. Campbell of Actuarial Value regarding open issues (0.1). | BCK | 3.50 | 2,100.00 |
| 06/26/23 | Edit and revise Application to Employ Robert Campbell | AS | 0.40 | 90.00 |
| 06/27/23 | Revise Actuarial Value employment application (1.0); correspondence with Committee chair regarding Actuarial Value retention (0.2). | BCK | 1.20 | 720.00 |
| 06/28/23 | Review proposed engagement letter for Actuarial Value (0.3); conference with J. Spencer regarding Actuarial Value engagement (0.1); revise engagement materials for Actuarial Value (1.1); correspondence with Committee chair regarding Actuarial Value engagement (0.1). | BCK | 1.60 | 960.00 |
| 06/28/23 | Revise Application to employ Actuarial Value, LLC (1.7); correspond via email with B. Knapp regarding the draft application (0.1). | AS | 1.80 | 405.00 |
| 06/29/23 | Submitting monthly fee statements for May 2023 (0.2); finalize and file the Application to Employ (Doc. 2351), Notice of Hearing (Doc. 2352), and Order (Doc 2354) (1.0); email correspondence to/from service team regarding mailing service copies to limited service lists (0.2) | AS | 1.40 | 315.00 |
| 06/29/23 | Conference with Committee chair regarding Actuarial Value employment application (0.2); coordinate final revisions and filing for Actuarial Value employment application (0.3). | BCK | 0.50 | 300.00 |
| | | | **24.10** | **$12,472.50** |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/05/23 | Review pleadings in Trahant litigation against Jones Walker and Donlin Recano (0.2); conference with M. Mintz regarding Trahant litigation (0.2); review pleadings in JW Doe litigation (0.3). | BCK | 0.70 | 420.00 |
| 06/14/23 | Receipt and review of correspondence from counsel regarding hearings on release of deposition transcript of Lawrence Hecker. | PCL | 0.20 | 120.00 |
| 06/15/23 | Appear for and attend hearing on unsealing deposition transcript of Lawrence Hecker (1.0); review and analyze pleadings related to the same (1.8). | PCL | 2.80 | 1,680.00 |
| 06/15/23 | Correspond regarding Doe hearing. (0.3) | OFK | 0.30 | 180.00 |
| 06/20/23 | Review and analyze Guardian article regarding Lawrence Hecker (0.4); identify issues presented by the article and evaluate potential Committee responses (0.3). | PGE | 0.70 | 420.00 |
| 06/27/23 | Review and analyze the ruling by the Louisiana Supreme Court on the Louisiana window statute (0.7); correspond via email with the bankruptcy counsel team about this ruling (0.1). | OFK | 0.80 | 480.00 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/27/23 | Analysis of Louisiana Supreme Court opinion regarding the window statute (0.5). | BCK | 0.50 | 300.00 |
| 06/28/23 | Multiple correspondence on window statute litigation opinions (0.8) | OFK | 0.80 | 480.00 |
| | | | **6.80** | **$4,080.00** |

| | **B250 Real Estate** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/14/23 | Begin preparing chart of ANO real-estate properties that could be sold. | BCK | 2.80 | 1,680.00 |
| 06/15/23 | Continued analysis of real estate issues (1.2); analysis of bond issues related to real estate (0.6). | BCK | 1.80 | 1,080.00 |
| 06/15/23 | Further review and analyze the Official Statement released in connection with the 2017 Bonds to determine the extent of the restrictions on the Debtor's ability to sell real property (4.5); draft letter to the Debtor regarding its ability to sell property to accompany a revised list of real properties for sale (1.5). | WSB | 6.00 | 3,600.00 |
| 06/16/23 | Draft, edit, and revise analysis of the Debtor's restrictive covenants to accompany real-property sales demand (2.4); incorporate additional legal research into analysis (0.8); further edit and revise the analysis (0.9). | WSB | 4.10 | 2,460.00 |
| 06/16/23 | Review and analyze materials related to potential real-estate sales and provide to Brad Knapp (2.5); correspond via email to S. Bryant and B. Knapp regarding same (0.5). | AS | 3.00 | 675.00 |
| 06/16/23 | Continued analysis of real estate issues. | BCK | 0.90 | 540.00 |
| 06/20/23 | Continued analysis of real estate issues. | BCK | 0.40 | 240.00 |
| 06/21/23 | Further draft, edit, and revise letter analyzing the Debtor's authority to sell real property under the Bond Indenture and Loan Agreement (1.0); conduct additional research and analysis on this matter (0.4). | WSB | 1.40 | 840.00 |
| 06/21/23 | Review, revise, and discuss ANO real estate divestiture spreadsheet (1.2); Call to revise the same with B. Knapp (0.4). | OFK | 1.60 | 960.00 |
| 06/21/23 | Continued analysis of real estate issues (0.7). | BCK | 0.70 | 420.00 |
| 06/22/23 | Correspond on real estate analysis/valuation and sale availability (1.2). | OFK | 1.20 | 720.00 |
| 06/26/23 | Draft updated real estate analysis for plan mediation (1.6). | BCK | 1.60 | 960.00 |
| 06/27/23 | Continue preparing real estate information regarding potential ANO sales (0.8); review suppressed parish information for real-estate analysis (0.6); conference with BRG team regarding suppressed parishes (0.5). | BCK | 1.90 | 1,140.00 |
| 06/28/23 | Correspond on real estate due diligence spreadsheet and revisions /priorities (0.5) | OFK | 0.50 | 300.00 |
| | | | **27.90** | **$15,615.00** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Review and edit claims summary spreadsheet | AS | 0.80 | 180.00 |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Draft updates for claims summary spreadsheet to include late-filed claims. | AS | 2.90 | 652.50 |
| 06/01/23 | Coordinate updates to claims summary spreadsheet for late-filed claims. | BCK | 0.30 | 180.00 |
| 06/02/23 | Analysis of updates needed for claims summary chart. | BCK | 0.20 | 120.00 |
| 06/02/23 | Draft updates for claims summary spreadsheet to include late-filed claims. | AS | 1.50 | 337.50 |
| 06/05/23 | Draft updates for claims summary spreadsheet to include late-filed claims. | AS | 2.00 | 450.00 |
| 06/09/23 | Draft updates for claims summary spreadsheet to include late-filed claims. | AS | 3.00 | 675.00 |
| 06/12/23 | Correspondence with S. Oppenheim regarding claim stipulations and status of upcoming omnibus hearing. | BCK | 0.10 | 60.00 |
| 06/13/23 | Review additional late-filed claim motion. | BCK | 0.20 | 120.00 |
| 06/13/23 | Draft updates for claims summary spreadsheet to include late-filed claims. | AS | 2.00 | 450.00 |
| | | | **13.00** | **$3,225.00** |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/01/23 | Correspond regarding draft non-monetary plan (0.5) | OFK | 0.50 | 300.00 |
| 06/01/23 | Review additional revisions to non-monetary plan provisions (0.5); correspondence with Committee regarding non-monetaries (0.2); review ANO policies related to non-monetaries (0.4); analysis of next steps for preparing counteroffer to ANO (0.5); review plan provisions from additional diocese bankruptcies to evaluate potential structure of ANO plan (0.6). | BCK | 2.20 | 1,320.00 |
| 06/01/23 | Further edit and revise the non-monetary plan provisions (2.0); correspond via email with Brad Knapp about the proposed revisions and the outstanding issues presented in them (0.3). | WSB | 2.30 | 1,380.00 |
| 06/02/23 | Prepare for today's meeting on the revisions to the non-monetary provisions (0.3); attend videoconference with the subcommittee on the non-monetary provisions (1.0); correspond via email about today's meeting with Brad Knapp (0.3). | WSB | 1.60 | 960.00 |
| 06/02/23 | Review further revised non-monetary plan provisions (0.5); conference with Committee regarding non-monetary plan provisions (1.0); correspondence with ANO's counsel regarding non-monetary plan provisions (0.1); review USCCB and Holy See materials related to certain definitions (0.3). | BCK | 1.90 | 1,140.00 |
| 06/02/23 | Prepare for and participate in team call to review child-protection plan provisions and correspond regarding the same (0.7) Correspond regarding rulings by Judge Glenn and review opinion (0.5) | OFK | 1.20 | 720.00 |
| 06/05/23 | Conference with L. Futrell regarding non-monetary next steps (0.2); analysis of next steps for offer process in mediation (0.4). | BCK | 0.60 | 360.00 |
| 06/05/23 | Research on non-monetary plan provision issues (1.0) | OFK | 1.00 | 600.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 18, 2023
Invoice No.: 1804191
Page: 9

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/05/23 | Read and forward press report to B. Knapp (0.4) Forward information request to B. Knapp / S. Bryant and correspond regarding the same (0.2) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 06/06/23 | Conference with Committee chair regarding plan mediation next steps. | BCK | 0.50 | 300.00 |
| 06/08/23 | Analysis of strategy for addressing additional mediation parties. | BCK | 0.30 | 180.00 |
| 06/08/23 | Correspond via email with BRG and the bankruptcy counsel team about ability-to-pay issues and other outstanding document requests. | WSB | 0.20 | 120.00 |
| 06/08/23 | Review Soren Gisleson email in connection with plan mediation and reply to the same (0.3) Receipt and review of related emails with Judge Zive (0.2) Discuss mediation issues with Mr. Stang (1.1) | OFK | 1.60 | 960.00 |
| 06/09/23 | Receipt and review of Judge Zive's email response in connection with mediation. (0.1) | OFK | 0.10 | 60.00 |
| 06/09/23 | Correspond via email with the bankruptcy counsel team and BRG regarding additional information related to the Debtor's ability to fund a settlement. | WSB | 0.20 | 120.00 |
| 06/12/23 | Attend videoconference meeting of bankruptcy counsel team and analyze ability-to-pay issues for plan mediation process (1.4); continue reviewing real estate information for plan mediation (0.3). | BCK | 1.70 | 1,020.00 |
| 06/12/23 | Correspond via email with Brad Knapp regarding various pending plan-related issues (0.3); attend videoconference meeting with the bankruptcy counsel team and BRG to review BRG's updated ability-to-pay analysis (1.4). | WSB | 1.70 | 1,020.00 |
| 06/13/23 | Extended meeting and analysis with the bankruptcy counsel team to address mediation strategy in light of further BRG financial analysis of the Debtor and its operations. | WSB | 1.50 | 900.00 |
| 06/13/23 | Further analysis of mediation strategy (1.5); review financial analysis materials from BRG (0.3); analysis of property issues for mediation (0.6); conference with L. Futrell regarding non-monetary provisions (0.2); draft update for Committee regarding non-monetary issues (0.1). | BCK | 2.70 | 1,620.00 |
| 06/14/23 | Review and analyze the Loan Agreement governing the TMI Bonds, the Bond Indenture, and the TMI Settlement Agreement to determine the scope of any covenants potentially restricting real-property sales (2.1); correspond via email with Brad Knapp regarding these conclusions (0.1); review Mr. Knapp's proposed, initial list of potential real property that could be sold (0.2); further correspond via email with Mr. Knapp about these sale-related issues (0.1). | WSB | 2.50 | 1,500.00 |
| 06/15/23 | Correspond regarding meeting with Debtor on non-monetary plan provisions (0.2) | OFK | 0.20 | 120.00 |
| 06/16/23 | Work on mediation settlement and document review to prepare for recommended mediation settlement counter to UCC (1.6) Correspond with BRG and bankruptcy counsel team regarding the same (0.6) | OFK | 2.20 | 1,320.00 |
| 06/16/23 | Review revised BRG analysis for plan mediation next steps (0.5); correspondence with L. Futrell regarding non-monetaries (0.1). | BCK | 0.60 | 360.00 |
| 06/19/23 | Analysis of next steps in mediation counter demand. | BCK | 1.40 | 840.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 18, 2023
Invoice No.: 1804191
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/19/23 | Receipt and review of Mr. Stang brief on claim value / mediation offer and reply to the same. (0.4) Call with Mr. Stang to review mediation offer recommendations/ranges with UCC (0.8) Correspond regarding coverage /other mediation issues (0.4) Work on non-monetary / child-protection mediation issues (1.7) | OFK | 3.30 | 1,980.00 |
| 06/20/23 | Follow-up call / correspondence with Mr. Stang (0.4) Call with counsel regarding claim value/offer (0.5) Prepare for and participate in call with mediator and Mr. Stang (1.0) Receipt and review of BRG analysis /UCC slides and comment on the same (0.5) Correspond with state court counsel on claims and mediation issues (0.7) | OFK | 3.10 | 1,860.00 |
| 06/20/23 | Review and organize Debtor data files and other key documents in order to assist the bankruptcy counsel team in connection with the continuing mediation negotiations and Debtor ability-to-pay analysis. | AS | 1.50 | 337.50 |
| 06/20/23 | Conference with M. Mintz and S. Oppenheim regarding pending matters and mediation next steps (0.8); review updated financial analysis for plan mediation (0.9). | BCK | 1.70 | 1,020.00 |
| 06/21/23 | Analysis of non-monetary issues (0.2). | BCK | 0.20 | 120.00 |
| 06/21/23 | Correspond on mediation counter and claim value with Committee state court counsel (0.5). | OFK | 0.50 | 300.00 |
| 06/22/23 | Correspond on non-monetary plan protections (0.5) Correspond on UCC mediation ask (0.7) | OFK | 1.20 | 720.00 |
| 06/22/23 | Analysis of claims summaries for refinement of mediation proposals. | BCK | 0.40 | 240.00 |
| 06/23/23 | Multiple emails with Mr. Stang and team on state-court claim / stay-lift discussion to address insurers' issues (0.8) Correspond on mediation/claims with UCC member counsel (0.6) | OFK | 1.40 | 840.00 |
| 06/26/23 | Analysis of mediation offer strategy (1.1). | BCK | 1.10 | 660.00 |
| 06/26/23 | Work on non-monetary / status redline request (0.3) Work on stay lift / insurance demand leverage strategies with Mr. Stang (1.2) Multiple emails with UCC member counsel regarding mediation counter (0.6) | OFK | 2.10 | 1,260.00 |
| 06/27/23 | Prepare for and participate in call with state court counsel on settlement counter, claims value, and ability to pay (1.1) Call with Mr. Stang on mediation counter recommendations (0.7) | OFK | 1.80 | 1,080.00 |
| 06/27/23 | Attend Committee meeting regarding next steps in mediation process (1.2). | BCK | 1.20 | 720.00 |
| 06/28/23 | Prepare for and participate in call with Mr. Stang regarding UCC authority, claims-value issues, and mediation counteroffer to Judge Zive (0.7) | OFK | 0.70 | 420.00 |
| 06/28/23 | Conference with R. Kuebel related to issues surrounding contra non valentum defense (0.2); conduct legal research related to contra non valentum and availability of doctrine against third party under theory of respondeat superior (1.1). | PCL | 1.30 | 780.00 |
| 06/29/23 | Work on mediation counter and revise draft letter to Judge Zive (0.4) | OFK | 0.40 | 240.00 |
| 06/30/23 | Participate in counsel call on mediation counter (0.5) Call with Mr. Stang to review draft counter offer to Judge Zive. (0.8) | OFK | 1.30 | 780.00 |
| 06/30/23 | Conduct further legal research related to the contra non valentum doctrine and the doctrine's potential availability against possible third parties, including under theories of respondeat superior. | PCL | 2.70 | 1,620.00 |

133933584v.1

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/30/23 | Conference with Debtor professional team regarding next steps to advance plan process and mediation. | BCK | 1.20 | 720.00 |
| | | | **55.80** | **$32,917.50** |

**TOTAL FEES**      **$109,980.00**

## TIMEKEEPER SUMMARY:

### B110    Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.00 | $600.00 |
| O. F. Kuebel | Partner | $600.00 | 1.60 | $960.00 |
| | | | **2.60** | **$1,560.00** |

### B120    Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.80 | $480.00 |
| J. M. Cerise | Partner | $600.00 | 19.10 | $11,460.00 |
| O. F. Kuebel | Partner | $600.00 | 2.50 | $1,500.00 |
| A. St. Mary | Paralegal | $225.00 | 4.90 | $1,102.50 |
| | | | **27.30** | **$14,542.50** |

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.20 | $3,120.00 |
| O. F. Kuebel | Partner | $600.00 | 3.50 | $2,100.00 |
| W.S. Bryant | Partner | $600.00 | 17.10 | $10,260.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | **26.10** | **$15,547.50** |

### B150    Meetings & Communications with Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.00 | $2,400.00 |
| O. F. Kuebel | Partner | $600.00 | 11.30 | $6,780.00 |
| W.S. Bryant | Partner | $600.00 | 1.40 | $840.00 |
| | | | **16.70** | **$10,020.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 12.20 | $7,320.00 |
| W.S. Bryant | Partner | $600.00 | 6.60 | $3,960.00 |
| A. St. Mary | Paralegal | $225.00 | 5.30 | $1,192.50 |
| | | | **24.10** | **$12,472.50** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.20 | $720.00 |
| O. F. Kuebel | Partner | $600.00 | 1.90 | $1,140.00 |
| P.C. Lambert | Partner | $600.00 | 3.00 | $1,800.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.70 | $420.00 |
| | | | **6.80** | **$4,080.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 10.10 | $6,060.00 |
| O. F. Kuebel | Partner | $600.00 | 3.30 | $1,980.00 |
| W.S. Bryant | Partner | $600.00 | 11.50 | $6,900.00 |
| A. St. Mary | Paralegal | $225.00 | 3.00 | $675.00 |
| | | | **27.90** | **$15,615.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.80 | $480.00 |
| A. St. Mary | Paralegal | $225.00 | 12.20 | $2,745.00 |
| | | | **13.00** | **$3,225.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 17.70 | $10,620.00 |
| O. F. Kuebel | Partner | $600.00 | 22.60 | $13,560.00 |
| P.C. Lambert | Partner | $600.00 | 4.00 | $2,400.00 |
| W.S. Bryant | Partner | $600.00 | 10.00 | $6,000.00 |
| A. St. Mary | Paralegal | $225.00 | 1.50 | $337.50 |

**B320 Plan and Disclosure Statement**

|  |  |  | 55.80 | $32,917.50 |
|---|---|---|---|---|

**TIMEKEEPER SUMMARY TOTALS** | | | 200.30 | $109,980.00

| DATE | EXPENSES | VALUE |
|---|---|---|
|  | Postage | 1.80 |
|  | PACER Online Research | 21.30 |
|  | Reveal - Hosting Data at $5.00/GB/mth | 154.00 |
| 06/16/23 | Outside Copy Costs 51855, Alliance Overnight Document Service LLC, Mailing for Docket # 2321 | 139.85 |
| 06/27/23 | Services Rendered REQ062723 4063, Jefferson Parish Clerk, charge for JeffNet image print on 6/5 | 7.50 |
| 06/30/23 | Outside Copy Costs 51579, Alliance Overnight Document Service LLC, Printing and postage of doc# 2222, 2223 and 2224. | 182.32 |
|  | TOTAL EXPENSES | $506.77 |

**TOTAL FEES** | | **$109,980.00**

**TOTAL EXPENSES** | | **$506.77**

**TOTAL FEES AND EXPENSES** | | **$110,486.77**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

July 18, 2023
Invoice No.: 1804191

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2023

      File Number: 0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................ $109,980.00

Total Expenses ................................................................................................................................ $506.77

Total Due this Statement................................................................................................................ $110,486.77

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

133933584v.1

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | **Section "A"** |
| **ORLEANS** | ) | |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING *NINTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**
**[Relates to Docket #_____]**

CAME ON for consideration the *Ninth Interim Application of Locke Lord LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through June 30, 2023* [**Docket #____**] (the "Application") filed by Locke Lord LLP (the "Firm") on July 25, 2023 for the period from March 1, 2023 through June 30, 2023 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of ***$516,069.46*** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $507,875.00 in fees for services rendered and $8,194.46 in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

3.      The Firm is directed to serve this Order on the required parties under this Court's Order Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this _____ day of _____, 2023

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

133992459v.4