# EXHIBIT "15"

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 20-10846** |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ) | **Section "A"** |
| ORLEANS ) | |
| ) | |
| DEBTOR. [1] ) | **Chapter 11** |
| ) | |

### FEE APPLICATION COVER SHEET
*ELEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | (i) December 29, 2020—$616,628.22;<br>(ii) May 20, 2021—$498,601.19;<br>(iii) October 26, 2021—$322,428.45;<br>(iv) December 14, 2021—$508,624.47;<br>(v) May 19, 2022—$414,907.50;<br>(vi) December 13, 2022—$386,463.91;<br>(vii) December 27, 2022—$575,200.82;<br>(viii) April 14, 2023—$557,412.72<br>(ix) August 11, 2023—$516,069.46; and<br>(x) December 19, 2023—$432,223.35 |
| **Period for which compensation and reimbursement is sought:** | November 1, 2023 through February 29, 2024 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$400,957.50** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$1,927.20** |
| **Fee Application:** | Eleventh Interim Fee Application |
| **Total:** | **$402,884.70** |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The following Locke Lord professionals rendered services for The Official Committee of Unsecured Creditors (the "Committee") in the above-styled Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") during the Application Period:

| November 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 57.1 | $34,260.00 |
| Knapp, Brad C. | Partner | $600.00 | 59.30 | $35,580.00 |
| Bryant, W. Steven | Partner | $600.00 | 81.7 | $49,020.00 |
| Steven J. Humeniuk | Senior Counsel | $550.00 | 12.6 | $6,930.00 |
| Peyton C. Lambert | Partner | $600.00 | 9.80 | $5,880.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 35.50 | $7,987.50 |
| **Total Professional Hours and Fees Sought** | | | **256.00** | **$139,657.50[2]** |

---

[2] These invoice amounts total $139,657.50, but as discussed below, additional voluntary reductions of $2,865.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $142,522.50.

2

| December 2023 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 52.4 | $31,440.00 |
| Knapp, Brad C. | Partner | $600.00 | 41.8 | $25,080.00 |
| Bryant, W. Steven | Partner | $600.00 | 45.3 | $27,180.00 |
| Peyton C. Lambert | Partner | $600.00 | 7.7 | $4,620.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 3.6 | $810.00 |
| **Total Professional Hours and Fees Sought** | | | **150.80** | **$89,130.00**[3] |

---

[3] These invoice amounts total $89,130.00, but as discussed below, additional voluntary reductions of $120.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $89,250.00.

3

| January 2024 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 44.3 | $26,580.00 |
| Knapp, Brad C. | Partner | $600.00 | 36.7 | $22,020.00 |
| Bryant, W. Steven | Partner | $600.00 | 62.9 | $37,740.00 |
| Peyton C. Lambert | Partner | $600.00 | 5.0 | $3,000.00 |
| Cerise, Jason M. | Partner | $600.00 | 0.4 | $240.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 1.7 | $382.50 |
| **Total Professional Hours and Fees Sought** | | | **151.00** | **$89,962.50[4]** |

---

[4] These invoice amounts total $89,962.50, but as discussed below, additional voluntary reductions of $1,380.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $91,342.50.

| February 2024 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 39.8 | $23,880.00 |
| Knapp, Brad C. | Partner | $600.00 | 29.9 | $17,940.00 |
| Bryant, W. Steven | Partner | $600.00 | 53.8 | $32,280.00 |
| Peyton C. Lambert | Partner | $600.00 | 10.2 | $6,120.00 |
| Eisenberg, Philip G. | Partner | $600.00 | 0.5 | $300.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 7.5 | $1,687.50 |
| **Total Professional Hours and Fees Sought** | | | **141.70** | **$82,207.50**[5] |

---

[5] These invoice amounts total $82,207.50, but as discussed below, additional voluntary reductions of $180.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $82,387.50.

The total hours and fees incurred by Locke Lord LLP (the "Firm") on behalf of the Committee during the Application Period and separated by Project Category are as follows:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|-----------|-------------------------|-------------|------------|
| B110 | CASE ADMINISTRATION | 9.0 | $4,162.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 26.1 | $15,660.00 |
| B130 | ASSET DISPOSITION | 135.9 | $78,165.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 81.1 | $43,492.50 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 78.6 | $47,160.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 58.4 | $29,377.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 1.2 | $720.00 |
| B190 | OTHER CONTESTED MATTERS | 12.5 | $7,500.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.7 | $420.00 |
| B250 | REAL ESTATE | 58.2 | $33,607.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 7.3 | $2,392.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 230.5 | $138,300.00 |
| | **TOTAL PROFESSIONAL HOURS AND FEES SOUGHT =** | **699.5[6]** | **$400,957.50[7]** |

---

[6] In addition to the professional hours of 699.50 on the invoices, an additional 9.70 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 709.20 hours worked.

[7] These invoice amounts total $400,957.50, but as discussed below, additional voluntary reductions of $4,545.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $405,502.50.

6

The total expenses by expense type incurred by the Firm for the Committee during the Application Period are as follows:

| Expense Category | Amount |
|---|---|
| Online Research | $11.30 |
| PACER Online Research | $8.90 |
| Outside Printing | $1,177.33 |
| Outside Copy Costs 52746, Alliance Overnight Document Service LLC, Printing and mailing of doc # 2620 and 2621 | $214.86 |
| Postage | $0.87 |
| Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-14-2023 | $164.00 |
| Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-15-2023 | $157.00 |
| Arbitrators/Mediators 1326371, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, Archdiocese of New Orleans - Perry Meeting: Attendees: Rick Kuebel, Patricia Moody, Brittany Wolf Freedman, Jerry Meunier, John Perry, Jonathan Perry, Soren Gisleson, Johnny Denenea and Brad Knapp | $192.94 |
| | |
| **Total Out-of-Pocket Expenses** | **$1,927.20** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **THE ROMAN CATHOLIC CHURCH OF** | ) **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) |
| **ORLEANS** | ) **Section "A"** |
| | ) |
| **DEBTOR.** [1] | ) **Chapter 11** |
| | ) |

***ELEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON APRIL 25, 2024 AT 1:30 P.M. (CDT) AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS STREET, COURTROOM B-709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL-IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL, (MEETING CODE: "JUDGEGRABILL".[2] IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "Firm") files its *Eleventh Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through February 29, 2024* (the "Application"). In support of this Application covering November 1, 2023 through February

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

29, 2024 (the "Application Period"), the Firm respectfully states as follows:

## I.      INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the Committee from November 1, 2023 through February 29, 2024:

| Month Work Performed | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| November 2023 | $207,414.50 | ($64,892.00) | ($2,865.00) | $139,657.50 | $380.55 | $140,038.05 |
| December 2023 | $135,357.50 | ($46,107.50) | ($120.00) | $89,130.00 | $327.20 | $89,457.20 |
| January 2024 | $150,880.00 | ($59,537.50) | ($1,380.00) | $89,962.50 | $2.07 | $89,964.57 |
| February 2024 | $134,803.50 | ($52,416.00) | ($180.00) | $82,207.50 | $1,217.38 | $83,424.88 |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **TOTAL =** | **$402,884.70[3]** |

## II.      JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.      BACKGROUND FACTS

### A.      Introduction

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

---

[3] True and correct copies of the Firm's Monthly Fee Statements (the "Statements") for the Application Period are attached to this Application as **Exhibit "1".** The Statements include all the Firm's invoices issued in the Application Period (the "Invoices"). The Statements are incorporated by reference in this Application. These Statements were previously provided to the requisite notice parties.

4.      The Debtor remains in possession of its property and is managing its business and operations as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [ECF Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[4] October 8, 2020,[5] June 7, 2022,[6] June 21, 2022,[7] and February 13, 2023.[8] The Committee currently consists of four (4) committee members.

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel to the Committee.

**B.      Employment of the Firm**

7.      On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

8.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

---

[4] ECF Doc. No. 151.
[5] ECF Doc. No. 478.
[6] ECF Doc. No. 1575
[7] ECF Doc. No. 1618
[8] ECF Doc. No. 2081.

3

9.      On March 23, 2023, the Court entered an *Order* [ECF Doc. No. 2178] ("Retention Modification Order") approving in part and denying in part the Committee's *Motion to Amend Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [ECF Doc. No. 2004] (the "Retention Modification Motion"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps then-applicable to the Firm *nunc pro tunc* to January 1, 2023 and established a procedure authorizing the Firm to request additional increases on an annual basis thereafter. (Retention Mod. Order, ECF Doc. No. 2178, p. 2). The Invoices for the Firm's time incurred in the Application Period reflect the revised rates authorized by the Retention Modification Order.

## IV.      WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10.      The Firm provided, and continues to provide, extensive legal services to the Committee in this Bankruptcy Case. The Statements attached to this Application include copies of the Firm's Invoices. These Invoices include the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

11.      Throughout the Application Period, the Committee and its counsel continued to participate in the collective effort by the Committee, the Debtor, the Apostolates, and other parties-in-interest to mediate the many and varied disputes bedeviling this Bankruptcy Case. The Committee remains committed to mediation, to protecting the interests of all unsecured creditors, and to a fair resolution of this Bankruptcy Case. Assisting the Committee in this continuing mediation process represented one of the most important tasks the Firm and the other Committee professionals undertook during the Application Period. In one important demonstration of its continued commitment to mediation, the Committee agreed with the Debtor to file the *Expedited Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Appoint*

*Additional Mediator* [ECF Doc. No. 2828] (the "Mediator Motion") on February 19, 2024. This Mediator Motion sought the appointment of an additional mediator, John W. Perry, Jr. ("Mr. Perry"), to assist Judge Gregg W. Zive ("Judge Zive") in conducting the mediation. Over the opposition of one of the Debtor's insurers, the Court approved Mr. Perry's appointment as a second mediator on March 11, 2024 [ECF Doc. No. 2892] (after the end of the Application Period). The parties' decision to hire Mr. Perry as a second mediator and the Court's approval of that decision represent positive developments in this Bankruptcy Case.

12. Besides pursuing these mediation efforts, the Committee and the Firm accomplished several, other important tasks during the Application Period. These included the following:

- The Committee, in coordination with the Commercial Committee, filed a limited objection to the Debtor's attempt to sell the St. Jude Community Center at 400 North Rampart Street in New Orleans (the "Rampart Property") to the Start Corp. Both Committees objected to the Debtor's truncated marketing process and to the failure of TMC Realty, LLC d/b/a The McEnery Company ("TMC"), the Debtor's real-estate broker, to publicly list the Rampart Property for sale before agreeing to sell it to the Start Corp. At a November 14, 2023 hearing, the Court did not immediately approve the sale, citing, among other things, the Committees' concerns. After that hearing, the Debtor and TMC began involving both Committees much more often in the Debtor's efforts to market and sell its unwanted real estate properties. After a more robust marketing process, the Court (with the Committees' assent) approved the sale of the Rampart Property to Start Corp. on December 6, 2023 [ECF Doc. No. 2709]. Since then, the Debtor and TMC have kept both Committees and their professionals far more informed about the Debtor's proposed real estate transactions than at any other time in the Bankruptcy Case so far.

- The Committee continued to support certain survivors and members of its creditor constituency who had previously sought limited stay relief to establish a process by which they could protect their legal rights in the face of, *inter alia*, the forthcoming closure of the revival window under Louisiana law for filing sexual-abuse claims. After several hearings on this matter during the Application Period, the Court entered an *Order* [ECF Doc. No. 2847] denying certain of the relief requested but affirming that filing a proof of claim in the Bankruptcy Case interrupts prescription of that claim, pursuant to Bankruptcy Code § 108(c). This relief gave additional legal certainty to the holders of such claims, including members of the Committee's constituency.

- The Committee worked with the Commercial Committee and the Debtor to obtain a second round of extensions of certain lawsuit-tolling agreements that the Debtor affiliates known as the "Apostolates" and other non-affiliated third parties had executed in 2022 along with

the Debtor and the Committees. In particular, on March 1, 2024 [ECF Doc. No. 2883], the Court approved a second extension of the original tolling agreement executed by the Apostolates. By the end of the Application Period, nearly all the parties that had previously executed tolling agreements agreed to extend them again through May 1, 2025.

- The Firm arranged and helped conduct a special Committee meeting for the Committee's members to familiarize them with the Chapter 11 plan-confirmation process and the expected developments in this Bankruptcy Case if the Debtor and the Committee reach an agreement in principle as to a Chapter 11 plan. This special meeting represents a critical component of the longer-term process of attempting to resolve this Bankruptcy Case through a consensual Chapter 11 plan.

- The Firm continued to field unsecured creditor calls and inquiries about the plan process and the status of the Bankruptcy Case during the Application Period. The Firm remained the principal point of contact between the Committee and the individual members of its creditor constituency.

## V.    PROJECT CATEGORIES

13.    The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in twelve (12) different project categories during the Application Period. The pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Relief from Stay/Adequate Protection Proceedings (B140), (5) Meetings & Communications with Creditors (B150), (6) Fee/Employment Applications (B160), (7) Fee/Employment Objections (B170), (8) Other Contested Matters (B190), (9) Employee Benefits/Pensions (B220), (10) Real Estate (B250), (11) Claims Administration and Objections (B310), and (12) Plan and Disclosure Statement (B320).

14.    The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following, additional information: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes these services.

6

### A.    Case Administration (Category Code B110)

15.    The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly conference calls between counsel for the Debtor and the Committee.

16.    The Firm expended <u>9.0</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$4,162.50</u>. Therefore, the Firm's blended hourly rate is <u>$462.50/hour</u>.[9]

### B.    Asset Analysis and Recovery (Category Code B120)

17.    The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. This category includes Committee time spent obtaining documents and information from the Debtor's affiliates, such as the Apostolates. Additionally, this category also encompasses the Firm's efforts to obtain a second round of extensions of the tolling agreements that the Apostolates and certain non-affiliated third parties had executed in 2022. These Committee efforts have largely succeeded. Among other things, on March 1, 2024 [ECF Doc. No. 2883] the Court approved a second extension of the Apostolates' original tolling agreement. And, by the end of the Application Period, nearly all the other non-affiliated signatories to the original tolling agreements had also agreed to extend them again through May 1, 2025.

18.    The Firm expended <u>26.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$15,660.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

---

[9] The blended rates as broken out by project categories do not reflect the voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is <u>$565.37</u> per hour.

## C.   Asset Disposition (Category Code B130)

19.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. For the Application Period, this category covers all proceedings involving the Debtor's proposed sale of the Rampart Property to Start Corp., such as preparing for and appearing at the November 14, 2023 and December 6, 2023 hearings before the Court on this transaction. This category also includes the legal services the Firm performed in connection with the Debtor's efforts during the Application Period to market and sell the Bishop Perry Center at 1941 Dauphine Street and an entire city block at 3200-3222 Canal Street, both of which are located in New Orleans.

20.     The Firm expended <u>135.9</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$78,165.00</u>. Therefore, the Firm's blended hourly rate is <u>$575.2/hour</u>.

## D.   Relief from Stay/Adequate Protection Proceedings (Category Code B140)

21.     The category of **Relief from Stay/Adequate Protection Proceedings** covers the termination or continuation of the automatic stay in the Bankruptcy Cases under 11 U.S.C. § 362 as well as motions for adequate protection under 11 U.S.C. § 361. This category includes all the time spent by the Firm's personnel in connection with the survivor lift-stay motions. The Firm's legal services included appearing at multiple court hearings on this issue, preparing court filings in support of granting stay relief, and helping negotiate a proposed order and resolution of the underlying dispute.

22.     The Firm expended <u>81.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$43,492.50</u>. Therefore, the Firm's blended

hourly rate is <u>$536.28/hour</u>.

### E. <u>Meetings & Communications with Creditors (Category Code B150)</u>

23. The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. During the Application Period, the Firm expended substantial time in this category preparing for a special meeting of the Committee in which the Firm and PSZJ familiarized the Committee's members in detail with the Chapter 11 plan-confirmation process and analyzed the developments likely to occur in this Bankruptcy Case if the Debtor proposes a consensual Chapter 11 plan with the Committee's approval. In addition, this project category also includes all the Firm's communications with individual creditors who belong to the Committee's broader constituency but who are not Committee members. The Firm's attorneys spoke with such creditors regularly throughout the Application Period.

24. The Firm expended <u>78.6</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$47,160.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

### F. <u>Fee/Employment Applications (Category Code B160)</u>

25. The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties. The Firm expended some time in this category preparing monthly professional statements and the previous round of interim fee applications.

26. The Firm expended <u>58.40</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$29,377.50</u>. Therefore, the Firm's blended

hourly rate is <u>$503.04/hour</u>.

**G.    Fee/Employment Objections (Category Code B170)**

27.    The category of **Fee/Employment Objections** involves, *inter alia*, analyzing and objecting to the employment and fee applications of other professionals besides the Firm. In the Application Period, Firm attorneys analyzed the Commercial Committee's request to hire a pension advisor to assist it in this Bankruptcy Case and discussed this proposed retention with the Commercial Committee's counsel.

28.    The Firm expended <u>1.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$720.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

**H.    Other Contested Matters (Category Code B190)**

29.    The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. Specifically, this category includes time expended on adversary proceedings and other litigation related to the Bankruptcy Case. Toward the end of the Application Period, the Firm expended some time in this category responding to the Commercial Committee's disclosure that a former employee of the Commercial Committee's financial advisor, Dundon Advisers, LLC, had improperly disclosed confidential information subject to the Court's protective orders to a third party located in Africa.

30.    The Firm expended <u>12.5</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$7,500.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

**I.    Employee Benefits/Pensions (Category Code B220)**

31.    The category of **Employee Benefits/Pensions** consists of employment, benefits,

10

and employee-related matters. The Firm expended some time in this category addressing pension-related matters with the Commercial Committee

32. The Firm expended <u>0.7</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$420.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

**J.** **Real Estate (Category Code B250)**

33. The category of **Real Estate** covers topics related to real estate, such as the Committee's investigation of the Debtor's real-estate properties as well as its examination of the Debtor's decision to put some properties on the market (or not, as the case may be). Generally speaking, the Firm's services in this category encompass all real-estate issues and topics that arise prior to the Debtor's actively seeking to sell and/or transfer a particular property to an identified buyer or buyers. By contrast, services that relate to the Debtor's efforts to sell particular tract(s) of real estate to specific buyer(s) fall under the category of Asset Disposition rather than Real Estate.

34. The Firm expended <u>58.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$33,607.50</u>. Therefore, the Firm's blended hourly rate is <u>$577.45/hour</u>.

**K.** **Claims Administration & Objections (Category Code B310)**

35. The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor and motions filed by parties requesting the Court's permission to file late-filed claims in the Bankruptcy Case.

36. The Firm expended <u>7.3</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$2,392.50</u>. Therefore, the Firm's blended hourly rate

is $327.74/hour.

**L.      Plan and Disclosure Statement (Category Code B320)**

37.      The category of **Plan and Disclosure Statement** concerns the formulation and presentation of a Chapter 11 plan and disclosure statement and all related activities. This category includes, among other things, all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor as well as any document discovery necessary to prepare the Committee and its members for mediation and/or plan confirmation. During the Application Period, the Committee expended time in this category when it worked with the Debtor to obtain the Court's approval of the Mediator Motion and the appointment of Mr. Perry as an additional mediator in this Bankruptcy Case. The Firm's personnel spent substantial time on this issue in the Application Period. Additionally, Firm attorneys also met with Mr. Perry on several occasions during the Application Period to, among other things, familiarize him with the issues in this Bankruptcy Case and further support the Committee's efforts to mediate all these disputes among the Debtors, the Apostolates, the Committees, the Debtor's insurers, and other parties-in-interest. All these services fall under the category of Plan and Disclosure Statement.

38.      The Firm expended 230.50 hours of professional time on services in this category. The Firm's professional fees in this category total $138,300.00. Therefore, the Firm's blended hourly rate is $600.00/hour.

**VI.      REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

39.      Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "Expense Record"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has not requested general overhead expenses.

12

40. The Firm's expenses in the Application Period were necessary and reasonable. For instance, outside copying, printing, and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case. These amounts were significant given the large number of parties on the Debtor's service list. Nevertheless, the Firm always strives to minimize such expenses. In particular, Firm attorneys conducted online and PACER research only when they believed that the benefits of computerized research outweighed its costs and that using traditional research methods would cost more.

41. The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| Online Research | $11.30 |
| PACER Online Research | $8.90 |
| Outside Printing | $1,177.33 |
| Outside Copy Costs 52746, Alliance Overnight Document Service LLC, Printing and mailing of doc # 2620 and 2621 | $214.86 |
| Postage | $0.87 |
| Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-14-2023 | $164.00 |
| Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-15-2023 | $157.00 |
| Arbitrators/Mediators 1326371, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, Archdiocese of New Orleans - Perry Meeting: Attendees: Rick Kuebel, Patricia Moody, Brittany Wolf Freedman, Jerry Meunier, John Perry, Jonathan Perry, Soren Gisleson, Johnny Denenea and Brad Knapp | $192.94 |
| | |
| **Total Out-of-Pocket Expenses** | **$1,927.20** |

42. The Firm requests that the Court allow the Firm $1,927.20 in reimbursable expenses the Firm incurred on the Committee's behalf during the Application Period.

## VII. **VOLUNTARY REDUCTIONS**

43.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of <u>$4,545.00</u> (<u>9.7 billable hours</u>) for work performed but <u>not</u> charged during the Application Period, with such entries being marked as "No Charge."

## VIII. **STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

44.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at its ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses the Firm has incurred in the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "<u>Local Bankruptcy Rules</u>"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in the Bankruptcy Case except as this Court may approve.

45.     As of today's date, the Firm has received payments totaling <u>$4,715,105.94</u> in connection with the ten (10) previous interim fee applications approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, December 27, 2022, April 14, 2023, August 11, 2023, and December 19, 2023. Additionally, the Firm has also received a total of <u>$183,737.75</u> in interim payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1832781 | 12/8/2023 | $140,038.05 | 2/7/2024 | $112,106.55 | $27,931.50 |
| 1839086 | 1/16/2024 | $89,457.20 | 3/6/2024 | $71,631.20 | $17,826.00 |
| 1846819 | 2/29/2024 | $89,964.57 | -- | -- | $89,964.57 |
| 1850409 | 3/19/2024 | $83,424.88 | -- | -- | $83,424.88 |
| | **TOTALS =** | $402,884.70 | | $183,737.75 | **$219,146.95** |

The Firm seeks approval and payment of these Invoices in full under this Application.

46.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

47.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1)   After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

        (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

        (B)     reimbursement for actual, necessary expenses.

15

11 U.S.C. § 330(a)(1).

48.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with the standards this Court applies to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

49.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[10] Based upon the services described in this Application, the Firm respectfully states that it has fully satisfied the standards prescribed by the *Johnson* Factors.

---

[10] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

**The Time and Labor Required**

50.     Firm attorneys and paraprofessionals, in the performance of legal services, expended 709.20[11] hours during the Application Period for a total fee of $400,957.50. Including the 9.7 hours worked but not charged, the Firm's blended hourly rate is **$562.37/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Statements and on the coversheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

**The Novelty and Difficulty of the Questions Presented**

51.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to handle these questions. This factor therefore favors granting the Firm its requested award.

**The Skill Required to Perform the Services**

52.     Representing the Committee in this Bankruptcy Case requires considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm also strived to limit the number of attorneys who worked on this Bankruptcy Case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. Thus, this factor supports the Firm's requested award.

---

[11] This includes the 9.7 hours worked but not charged.

## Preclusion of Other Employment Due to Acceptance of the Case

53.      The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these other cases, the Firm charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

## The Customary Fee

54.      The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least comparable to those of other similarly situated firms. These rates also reflect voluntary reductions of $4,545.00.

55.      Considering all these circumstances, the Firm's blended hourly rate of **$565.37/hour** is reasonable and reflects below-market rates for legal services in Chapter 11 bankruptcy cases of comparable size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

## Whether the Fee is Fixed or Contingent

56.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

## Time Limitations Imposed by the Client or Other Circumstances

57.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

## The Amount Involved and the Results Obtained

58.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

## The Experience, Reputation, and Ability of the Attorneys

59.     The Firm's attorneys have considerable experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

## The "Undesirability" of the Bankruptcy Cases

60.     Serving as co-counsel to the Committee poses challenges and difficulties for the

Firm. The effective rates charged in this Bankruptcy Case are below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case also continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

61.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

**Awards in Similar Cases**

62.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

63.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     CONCLUSION

64.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. This Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

65.     The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to ***$402,884.70.*** The requested award (the "Award") consists of $400,947.50 in fees and $1,927.20 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: March 28, 2024

Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
        rkuebel@lockelord.com

*Co-Counsel to the Official Committee of
Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Application* to be served on March 28, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on March 28, 2024.

*/s/ W. Steven Bryant*
W. Steven Bryant

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | **Section "A"** |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

## ORDER APPROVING *ELEVENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH FEBRUARY 29, 2024
### [Relates to Docket #_____]

CAME ON for consideration the *Eleventh Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 through February 29, 2024* [**Docket #_____**] (the "Application") filed by Locke Lord LLP (the "Firm") on March 28, 2024 for the period from November 1, 2023 through February 29, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.       The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of _**$402,884.70**_ for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $400,957.50 in fees for services rendered and $1,927.20 in expenses incurred by the Firm during the Application Period.

2.       The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

3.       The Firm is directed to serve this Order on the required parties under this Court's Order Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this _____ day of _____, 2024

_____

**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2

# EXHIBIT 1-1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: January 12, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2023 through November 30, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4. A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5. The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6. In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7. As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $4,715,813.69.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8. The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2023 to November 30, 2023 | |
|---|---|
| Fees (at standard rates): | $207,414.50 |
| (Reduction due to reduced rates) | ($64,892.00) |
| (Further voluntary reductions) | ($2,865.00) |
| Fees (After all reductions): | $139,657.50 |
| Disbursements | $380.55 |
| **Total** | **$140,038.05** |

**VOLUNTARY REDUCTIONS**

9. In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $2,865.00 and 6.90 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$112,106.55**. This figure consists of (a) $111,726.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $139,657.50 for the Statement Period, and (b) $380.55 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: December 29, 2023.    Respectfully submitted,

           Bradley C. Knapp (La #35867)
           Omer F. Kuebel, III (La #21682)
           Locke Lord LLP
           601 Poydras Street, Suite 2660
           New Orleans, Louisiana 70130-6036
           Telephone: (504) 558-5111
           Facsimile: (504) 558-5200
           Email: bknapp@lockelord.com
             rkuebel@lockelord.com
           -and-

           */s/ W. Steven Bryant*
           W. Steven Bryant (*admitted pro hac vice*)
           Texas Bar. No. 24027413
           Federal I.D. No.  32913
           Locke Lord LLP
           600 Congress Avenue, Ste. 2200
           Austin, Texas 78701
           Telephone: (512) 305-4726
           Facsimile: (512) 305-4800
           Email: sbryant@lockelord.com

           *Co-Counsel to the Official Committee of Unsecured Creditors*

AMERICA:0107766/00001: 135811588v.2

## EXHIBIT A

AMERICA:0107766/00001: 135811588v.2

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 0.70 | $420.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 0.60 | $360.00 |
| B130 | ASSET DISPOSITION | 78.10 | $44,122.50 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 55.10 | $27,892.50 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 9.90 | $5,940.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 35.20 | $15,645.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 0.30 | $180.00 |
| B250 | REAL ESTATE | 17.60 | $9,997.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.80 | $480.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 57.70 | $34,620.00 |
| | **TOTAL FEES SOUGHT =** | **256.00** | **$139,657.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 57.1 | $600.00 | $34,260.00 |
| BCK | Knapp, Brad C. | Partner | 59.3 | $600.00 | $35,580.00 |
| WSB | Bryant, W. Steven | Partner | 81.7 | $600.00 | $49,020.00 |
| PCL | Peyton C. Lambert | Partner | 9.8 | $600.00 | $5,880.00 |
| SJH | Steven J. Humeniuk | Senior Counsel | 12.6 | $550.00 | $6,930.00 |
| AS | St. Mary, Amanda P | Paralegal | 35.5 | $225.00 | $7,987.50 |
| | | | | | |
| | **TOTALS =** | | **256.00** | | **$139,657.50** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | PACER Online Research | 11.30 |
| | Outside Printing | 154.39 |
| 11/15/23 | Outside Copy Costs 52746, Alliance Overnight Document Service LLC, Printing and mailing of doc # 2620 and 2621 | 214.86 |
| | **TOTAL EXPENSES** | **$380.55** |

**EXHIBIT D**

AMERICA:0107766/00001: 135811588v.2



**Locke Lord** LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 8, 2023
Invoice No.: 1832781

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2023          $140,038.05

File Number:          0107766.00001
Re:                           Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/23 | Prepare for and participate in call with Debtor. (0.7) | OFK | 0.70 | 420.00 |
| | | | **0.70** | **$420.00** |
| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
| 11/17/23 | Receipt and review of state court email regarding movables value and reply. (0.3) | OFK | 0.30 | 180.00 |
| 11/20/23 | Telephone conference with Brooke Altazan, counsel for the Commercial Committee, regarding the extension of the tolling agreements with the Apostolates and other parties. | WSB | 0.30 | 180.00 |
| | | | **0.60** | **$360.00** |
| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
| 11/01/23 | Correspond regarding the proposed Rampart sale and the potential limited objection of the Commercial Committee (0.4) | OFK | 0.40 | 240.00 |
| 11/01/23 | Draft the Limited Objection to the sale of the St. Jude Community Center. | WSB | 0.60 | 360.00 |
| 11/02/23 | Telephone conference with Will Robbins, counsel for the Commercial Committee, regarding the proposed sale of the St. Jude Community Center. | WSB | 0.20 | 120.00 |

Atlanta ✦ Austin ✦ Boston ✦ Chicago ✦ Cincinnati ✦ Dallas ✦ Hartford ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ Miami ✦ Princeton ✦ New Orleans ✦ New York ✦ Providence ✦ San Francisco ✦ Stamford ✦ Washington DC ✦ West Palm Beach

135627826v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 2

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/23 | Continue drafting the Limited Objection to the Motion for Approval of the St. Jude Community Center sale (2.0); correspond via email with Rick Kuebel about this matter and the proposed objections (0.2); further edit and revise the Limited Objection (0.4). | WSB | 2.60 | 1,560.00 |
| 11/03/23 | Prepare outline of issues to include in the Committee's proposed limited objection to the Rampart sale (0.2); analyze these issues with Steven Bryant (0.2) | OFK | 0.40 | 240.00 |
| 11/05/23 | Further draft, edit, and revise Limited Objection to the Debtor's Motion to Approve the sale of the St. Jude Community Center (2.7); conduct limited legal research in support of the Limited Objection (0.5); further edit and revise the Limited Objection (0.8). | WSB | 4.00 | 2,400.00 |
| 11/06/23 | Draft the Argument section in the Limited Objection to the St. Jude Community Center sale (4.5--1.0 NO CHARGE); correspond via email with the bankruptcy counsel team about the proposed Limited Objection (0.3); edit and further revise the Limited Objection (1.4). | WSB | 5.20 | 3,120.00 |
| 11/06/23 | Correspond via email with Steven Bryant regarding Rampart limited objection marketing concerns (0.5) | OFK | 0.50 | 300.00 |
| 11/07/23 | Follow-up with Steven Bryant on the Rampart sale and revise limited objection to sale (0.8) Correspond with Commercial Committee regarding the same (0.4) Call with Commercial Committee counsel on Rampart sale issues (0.4) Work on Rampart objection points (0.7) | OFK | 2.30 | 1,380.00 |
| 11/07/23 | Incorporate the bankruptcy counsel team's suggested revisions into the Limited Objection to the St. Jude Community Center Sale and further revise the Limited Objection (2.2); draft, edit, and revise the Motion to Seal the Limited Objection (1.7); edit and revise the proposed order on the Motion to Seal (0.3); analyze issues presented by the Limited Objection with Rick Kuebel (0.3); address various issues related to the Motion to Approve the St. Jude Community Center Sale with Will Robbins (counsel for the Commercial Committee) and Mr. Kuebel (0.5); edit and finalize the Limited Objection (1.0); correspond via email with Amanda St. Mary regarding the filing of the Limited Objection and the Motion to Seal (0.2); forward the as-filed and unredacted versions of the Limited Objection to the Committee chair for her review and comment (0.2). | WSB | 6.40 | 3,840.00 |
| 11/07/23 | Drafting Motion to Seal Limited Objection to the Debtor's Motion to Sell 400 North Rampart Street (1.9); preparing placeholder documents for sealed filings (0.4); file review for TMC's appraisal report (0.4); e-filing Limited Objection and Motion to Seal (0.3); email correspondence to the court with proposed order (0.1); email correspondence to Debtor's counsel with unredacted Objection (0.2). | AS | 3.30 | 742.50 |
| 11/08/23 | Drafting certificate of service for motion to seal Limited Objection to the Debtor's Motion to Sell 400 North Rampart Street (1.7); arrange to hand deliver sealed Objection to court (0.2) | AS | 1.90 | 427.50 |
| 11/09/23 | Address with the Commercial Committee counsel multiple issues related to the outstanding objections (0.3); extended settlement conference call with the Debtor's counsel about the proposed resolution of the Objections (0.5); further follow-up conference with the Commercial Committee counsel about these matters (0.2); extended telephone conference with the Buyer's counsel about resolving this dispute (1.0); begin drafting the Witness and Exhibit list (0.3). | WSB | 2.30 | 1,380.00 |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/23 | Prepare for and participate on call with Commercial Committee on Rampart sale (0.3) Call with Debtor regarding the same (0.5) Correspond via email with Buyer's counsel and then speak with Buyer's counsel and the Commercial Committee about the proposed sale (1.0) Work on Rampart hearing preparation (0.2) | OFK | 2.00 | 1,200.00 |
| 11/10/23 | E-filing witness and exhibit list for the St. Jude Community Center sale hearing. | AS | 0.20 | 45.00 |
| 11/10/23 | Receipt and review of Rampart buyer email and forward the same with comment (0.3) Work on exhibit list and preparation for sale hearing (1.2) | OFK | 1.50 | 900.00 |
| 11/10/23 | Edit and finalize the Witness and Exhibit List for use at next week's hearing (1.1); review all the proposed exhibits and correspond via email with Amanda St. Mary about the preparation of the exhibits (0.3); arrange for the filing and service of the Witness and Exhibit List (0.1); multiple email correspondences with Rick Kuebel about next week's hearing (0.3); send email correspondence to the Commercial Committee about the pending hearing and a possible continuance (0.2); draft cross-examination questions for the Debtor's real estate broker (1.4). | WSB | 3.40 | 2,040.00 |
| 11/12/23 | Further draft, edit, and revise cross-examination questions for the Debtor's broker (3.0); analyze the issues presented by the Limited Objection with Rick Kuebel (0.5); further revise the cross-examination questions and prepare the cross-examination (0.8). | WSB | 4.30 | 2,580.00 |
| 11/13/23 | Analysis of exhibit issues and strategy for hearing on St. Jude property sale (0.4); review correspondence related to additional purchase offer (0.1). | BCK | 0.50 | 300.00 |
| 11/13/23 | Draft, edit, and revise proposed cross-examination of Parke McEnery (1.5); telephone conference with Samantha Oppenheim regarding the admission of the parties' respective exhibits (0.4); draft email to Ms. Oppenheim confirming the parties' agreement with respect to the exhibits (0.4); further correspond via email with Rick Kuebel about the proposed testimony and trial strategy (0.2); analyze key issues related to trial strategy and testimony with Mr. Kuebel (0.4); draft, edit, and further revise the cross-examination of Mr. McEnery (2.4); draft cross-examination of the Purchaser's real-estate agent (0.6); prepare closing statement and related matters (2.1); further edit and revise the McEnery cross-examination (0.9); analyze trial-related issues further with Mr. Kuebel (0.6). | WSB | 9.50 | 5,700.00 |
| 11/13/23 | Prepare for contested hearings on Rampart sale with script of witness exam, coordinate exhibits, and outline arguments. (5.0) | OFK | 5.00 | 3,000.00 |
| 11/13/23 | Prepare exhibit books for November 14th hearing on the Motion to Sell 400 North Rampart Street. | AS | 0.50 | 112.50 |
| 11/14/23 | Prepare for and present in Court the Committee's Objection to the Rampart sale (5.0). | OFK | 5.00 | 3,000.00 |
| 11/14/23 | Prepare hearing binders in connection with the Evidentiary Hearing as to Motions for Limited Relief from Stay (1.7); prepare hearing binders in connection with the Motion to Sell 400 North Rampart Street (1.1); Prepare and e-file certificate of service for Amended Witness and Exhibit list re Motion for Authority to Sell 400 North Rampart Street (0.3) | AS | 1.40 | 315.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 4

| **B130 Asset Disposition** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/23 | Prepare exhibits for real estate hearing (1.2); analysis of real estate hearing strategy (0.3); attend real estate hearing regarding St. Jude Community Center Sale (2.5). | BCK | 4.00 | 2,400.00 |
| 11/14/23 | Correspond via email with Brad Knapp and Amanda St. Mary regarding the amendments to the Witness and Exhibit list (0.2); edit and revise the Amended Witness and Exhibit List (0.5); arrange for the filing and service of the Amended Witness and Exhibit List (0.2); review the amended exhibits and prepare them for the trial presentation (0.5); review the Debtor's proposed exhibits and prepare them for trial presentation (0.2); review and analyze trial and presentation strategy with Rick Kuebel (1.2); edit and finalize the proposed cross-examination of Parke McEnery (1.4); further prepare for today's hearing (1.2); attend today's hearing on the motion to approve the St. Jude Community Center sale (2.8); strategize with Mr. Kuebel regarding follow-up issues after today's call (0.4). | WSB | 8.60 | 5,160.00 |
| 11/15/23 | Correspond via email with the Commercial Committee about the Court's ruling on the St. Jude Community Center sale (0.2); multiple email correspondences with the bankruptcy counsel team about these matters (0.2). | WSB | 0.40 | 240.00 |
| 11/15/23 | Work on Rampart sale issues and correspond with Commercial Committee and state court counsel regarding the same (0.8) | OFK | 0.80 | 480.00 |
| 11/17/23 | Correspond via email with on Rampart sale. (0.4) | OFK | 0.40 | 240.00 |
| 11/22/23 | Call from Buyer's counsel concerning the status of the Rampart sale (0.2); correspond regarding the same on Rampart sale. (0.1) | OFK | 0.30 | 180.00 |
| 11/28/23 | Correspond with Rampart buyer counsel regarding sale diligence (0.2) | OFK | 0.20 | 120.00 |
| | | | **78.10** | **$44,122.50** |

| **B140 Relief from Stay/Adequate Protection Proceedings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/23 | Continue to perform legal research concerning procedural devices for including stay of third party actions in connection with potential stay relief stipulation. | SJH | 1.80 | 990.00 |
| 11/03/23 | Conduct further legal research concerning procedural devices for including stay of third-party actions in connection with potential stay-relief stipulation. | SJH | 2.20 | 1,210.00 |
| 11/03/23 | Analyze Debtor's objection to motions for relief from the automatic stay. | SJH | 0.60 | 330.00 |
| 11/03/23 | Begin reviewing oppositions to stay relief motions. | BCK | 1.10 | 660.00 |
| 11/06/23 | Continue reviewing stay relief oppositions (1.4); analysis of stay-relief hearing strategy (0.3). | BCK | 1.70 | 1,020.00 |
| 11/06/23 | Confer with B. Knapp concerning research relating to application of bankruptcy stay litigation against non-debtor affiliated entities. | SJH | 0.60 | 330.00 |
| 11/06/23 | Analyze insurers' objections and responses to various abuse claimants' motion for relief from the automatic stay. | SJH | 0.50 | 275.00 |
| 11/06/23 | Perform legal research concerning application of bankruptcy stay litigation against non-debtor affiliated entities. | SJH | 0.70 | 385.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 5

| | **B140 Relief from Stay/Adequate Protection Proceedings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/23 | Continue to perform legal research concerning application of bankruptcy stay litigation against non-debtor affiliated entities. | SJH | 0.70 | 385.00 |
| 11/07/23 | Continued analysis of stay relief objections and reply strategy (1.2); conference with state court counsel regarding stay relief hearing (1.0). | BCK | 2.20 | 1,320.00 |
| 11/08/23 | Review authority related to stay relief stipulation. | BCK | 0.20 | 120.00 |
| 11/08/23 | Continue to perform legal research concerning application of bankruptcy stay litigation against non-debtor affiliated entities and related jurisdictional and procedural considerations. | SJH | 2.10 | 1,155.00 |
| 11/08/23 | Draft detailed email memorandum containing legal research findings, conclusions, and analysis concerning application of bankruptcy stay litigation against non-debtor affiliated entities and related jurisdictional and procedural considerations. | SJH | 1.70 | 935.00 |
| 11/08/23 | Call with state court counsel on lift stay (0.5) Coordinate and correspond with Mr. Stetter and Mr. Caine on lift stay (0.3) | OFK | 0.80 | 480.00 |
| 11/09/23 | Exchange multiple correspondence with A. Caine analyzing issues related to research concerning third-party automatic stay considerations. | SJH | 0.70 | 385.00 |
| 11/09/23 | Revise reply brief for stay relief motions (1.2); review transcript exhibit for stay relief (0.4). | BCK | 1.60 | 960.00 |
| 11/09/23 | Drafting and e-filing witness and exhibit list related to Joinder in Motions for Limited Relief from the Automatic Stay (Doc. 2605) (0.3); email correspondence to counsel regarding same (0.5) | AS | 0.80 | 180.00 |
| 11/10/23 | Revise reply brief for stay relief motion (1.2); begin reviewing exhibits and witness lists for stay relief hearing (1.0); analysis of hearing strategy issues (0.7). | BCK | 2.90 | 1,740.00 |
| 11/10/23 | Drafting/e-filing witness and exhibit list for the evidentiary hearing on Motions to Lift Stay. | AS | 2.40 | 540.00 |
| 11/13/23 | Conference with state court counsel regarding stay relief issues (0.3); conference with M. Mintz regarding stay relief hearing (0.1); continue preparing for stay relief hearing (1.6); review motion in limine related to stay relief hearing (0.2). | BCK | 2.20 | 1,320.00 |
| 11/13/23 | Prepare and e-file certificate of service for (i) Witness and Exhibit list re Motion for Relief, and (ii) Reply re Motion for Relief, (3.0) prepare sealed pleadings to be delivered to Court (2.2); prepare exhibit books for November 14th hearing in connection with the Evidentiary Hearing as to Motions for Limited Relief from Stay (1.4). | AS | 6.60 | 1,485.00 |
| 11/14/23 | Work on lift stay motion hearing prep. (0.8) | OFK | 0.80 | 480.00 |
| 11/14/23 | Confer with B. Knapp concerning immediate research and action items to address following first day of stay relief hearings. | SJH | 0.30 | 165.00 |
| 11/14/23 | Perform additional legal research requested by B. Knapp following relief from stay hearings. | SJH | 0.70 | 385.00 |
| 11/14/23 | Prepare for stay relief hearing (2.8); attend stay relief hearing (0.5); conferences with state court counsel regarding stay relief hearing issues (0.3); analysis of section 108(c) issues (0.7). | BCK | 4.30 | 2,580.00 |
| 11/14/23 | Prepare hearing binders in connection with the Evidentiary Hearing as to Motions for Limited Relief from Stay. | AS | 1.70 | 382.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 6

| | **B140 Relief from Stay/Adequate Protection Proceedings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/15/23 | Continued analysis of section 108 issues (0.7); continued preparation for stay relief hearing (0.4); analysis of offer of proof materials from stay relief hearing (0.5); attend stay relief hearing (3.2). | BCK | 4.80 | 2,880.00 |
| 11/15/23 | Multiple correspondence regarding the lift-stay hearing and further prepare for hearing. (1.0) | OFK | 1.00 | 600.00 |
| 11/15/23 | Organize exhibits for counsel in preparation for the hearing on the Motions for Limited Relief from Stay (0.5); email correspondence to/from B. Knapp regarding same (0.1). | AS | 0.60 | 135.00 |
| 11/16/23 | Multiple emails on lift stay hearing and follow-up correspondence with Mr. Stang. (0.7) | OFK | 0.70 | 420.00 |
| 11/16/23 | Multiple correspondence with state court counsel on lift stay continuance and path forward. (1.0) | OFK | 1.00 | 600.00 |
| 11/16/23 | Analysis of lift stay hearing outcome and next steps (1.4); draft hearing update for Committee (0.3). | BCK | 1.70 | 1,020.00 |
| 11/17/23 | Conference with state court counsel regarding stay relief outcomes and next steps. | BCK | 1.10 | 660.00 |
| 11/17/23 | Call with state court counsel on lift stay status (1.0) | OFK | 1.00 | 600.00 |
| 11/17/23 | Correspond regarding lift stay issues with A. Caine (0.4) | OFK | 0.40 | 240.00 |
| 11/20/23 | Receipt and review of call with state court counsel of lift stay (0.2) | OFK | 0.20 | 120.00 |
| 11/21/23 | Analysis of potential resolution options for lift stay process. | BCK | 0.30 | 180.00 |
| 11/21/23 | Call with state court counsel on lift stay status questions (0.4) | OFK | 0.40 | 240.00 |
| | | | **55.10** | **$27,892.50** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/23 | Conference with state court counsel for claimant regarding case status (0.5); conference with pro se claimant regarding case status (0.4); prepare Committee presentation regarding next steps in case (1.4). | BCK | 2.30 | 1,380.00 |
| 11/02/23 | Conference with Committee chair regarding upcoming mediations. | BCK | 0.30 | 180.00 |
| 11/06/23 | Correspondence with Committee regarding case updates. | BCK | 0.20 | 120.00 |
| 11/06/23 | Correspond with UCC members regarding meeting (0.3) | OFK | 0.30 | 180.00 |
| 11/13/23 | Conferences with multiple pro se survivor claimants regarding case status. | BCK | 0.90 | 540.00 |
| 11/14/23 | Conference with pro se survivor claimant regarding case status. | BCK | 0.20 | 120.00 |
| 11/14/23 | Follow-up correspondence with Committee member counsel regarding multiple outstanding issues, including the lift-stay hearing and the Rampart sale (0.7) | OFK | 0.70 | 420.00 |
| 11/15/23 | Correspond with UCC regarding Rampart hearing (0.5) correspond with state court counsel on lift stay hearing (0.7) | OFK | 1.20 | 720.00 |
| 11/20/23 | Conference with pro se claimant regarding case status. | BCK | 0.40 | 240.00 |
| 11/27/23 | Conference with survivor claimant regarding case status. | BCK | 0.40 | 240.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/28/23 | Conference with pro se survivor claimant regarding case status (0.4); correspondence with survivor regarding address change (0.1). | BCK | 0.50 | 300.00 |
| 11/28/23 | Prepare for and present multiple status reports to UCC members at Committee meeting (1.8) | OFK | 1.80 | 1,080.00 |
| 11/29/23 | Multiple email with state court counsel / survivors on case status (0.4) | OFK | 0.40 | 240.00 |
| 11/30/23 | Correspondence with multiple survivor claimants regarding case status. | BCK | 0.30 | 180.00 |
| | | | **9.90** | **$5,940.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/08/23 | Draft, edit, and revise the monthly Locke Lord fee statement (1.0); correspond via email with Amanda St. Mary regarding the next round of fee applications (0.1). | WSB | 1.10 | 660.00 |
| 11/08/23 | Preparing charts and drafts for upcoming fee applications, including the Locke Lord application. | AS | 2.40 | 540.00 |
| 11/09/23 | Finalize charts and drafts for upcoming fee applications, including the Locke Lord application. | AS | 3.00 | 675.00 |
| 11/09/23 | Draft, edit, and revise the Locke Lord monthly fee statement for October 2023 (2.4); revise the Locke Lord fee application (0.6). | WSB | 3.00 | 1,800.00 |
| 11/10/23 | Preparing charts and drafts for Actuarial Value, LLC Fee Application. | AS | 1.10 | 247.50 |
| 11/14/23 | Draft and update the Locke Lord Tenth Fee Application (2.0), draft the Actuarial Value First Fee Application (1.5), draft Stegall Benton's Sixth Fee Application (0.3);draft Zobrio's Eighth Fee Application (0.2). | AS | 4.00 | 900.00 |
| 11/15/23 | Draft and update the Locke Lord Tenth Fee Application (3.4--NO CHARGE); draft and update the Actuarial Value First Fee Application (2.5). | AS | 2.50 | 562.50 |
| 11/15/23 | Revise the Locke Lord interim fee application (1.0); further edit and revise the Locke Lord monthly fee statement (1.2); correspond via email with Bob Campbell at Actuarial Value regarding its fee application (0.1); correspond via email with Amanda St. Mary regarding the preparation of the fee applications (0.2). | WSB | 2.50 | 1,500.00 |
| 11/16/23 | Drafting/updating Locke Lord Tenth Fee Application and Actuarial Value First Fee Application (1.0); drafting notice of hearing and certificate of service regarding Actuarial Value, Locke Lord, Zobrio and Stegall Benton's fee applications (0.6) | AS | 1.60 | 360.00 |
| 11/27/23 | Draft and revise the Locke Lord interim fee application. | WSB | 0.30 | 180.00 |
| 11/28/23 | Draft, edit, and revise Locke Lord's monthly fee statement. | WSB | 0.50 | 300.00 |
| 11/29/23 | Draft, edit, and revise the monthly fee statement for Locke Lord (2.1 (TOTAL); 1.1 NO CHARGE); draft, edit, and revise the monthly fee statement for Zobrio (0.1); draft, edit, and revise the monthly fee statement for Actuarial Value (1.0); draft, edit, and revise the monthly fee statement for Stegall Benton (0.2); finalize all the monthly fee statements and forward them to the notice parties for their review and comment (0.2); draft the first interim fee application for Actuarial Value (2.2); draft, edit, and revise the first interim fee application for Stegall Benton (0.5). | WSB | 5.20 | 3,120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 8

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/30/23 | Draft, edit, and finalize the Actuarial Value fee application (1.1); finalize the Stegall Benton and Zobrio fee applications (0.1); arrange for the filing and service of the fee applications of Actuarial Value, Zobrio, and Stegall Benton (0.2); draft, edit, and revise the Locke Lord fee application (6.2); arrange for the filing and service of the Locke Lord fee application (0.2); draft and file the Notice of Hearing (0.2). | WSB | 8.00 | 4,800.00 |
| | | | **35.20** | **$15,645.00** |

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/23 | Review Commercial Committee motion to retain professionals to address pension issues. | BCK | 0.30 | 180.00 |
| | | | **0.30** | **$180.00** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/23 | Prepare for and participate in call with M. Mintz and L. Egan regarding HH/MM real estate plan (0.8) | OFK | 0.80 | 480.00 |
| 11/09/23 | Correspond/work on real estate asset identification, valuation and sale - CH Haven). | OFK | 0.70 | 420.00 |
| 11/16/23 | Receipt and review of McEnery emails/text and reply to the same (0.4) Discuss McEnery update with Commercial Committee (0.5) Review, revise and comment on draft joint reply to McEnery (0.4) | OFK | 1.30 | 780.00 |
| 11/16/23 | Review updates regarding real estate sales (0.4); analysis of next steps on real estate issues (0.2); review available valuation information for real estate update (0.5). | BCK | 1.10 | 660.00 |
| 11/16/23 | Multiple email correspondences regarding Parke McEnery's invitation to the Committees to discuss multiple outstanding real estate transactions (0.3); correspond via email with the Commercial Committee counsel about this new proposal (0.1); further correspond via email about this proposal (0.1). | WSB | 0.50 | 300.00 |
| 11/20/23 | Conference with McEnery regarding real estate sale status and going forward process. | BCK | 2.00 | 1,200.00 |
| 11/20/23 | Participate in extended conference with representatives of the Debtor, the Committee, and the Commercial Committee to address real estate transactions and proposed sale processes (2.0); review various issues raised during the call and determine appropriate Committee responses (0.7). | WSB | 2.70 | 1,620.00 |
| 11/20/23 | Review updated deferred maintenance analysis. | BCK | 0.40 | 240.00 |
| 11/21/23 | Correspond via email with the McEnery team about the scheduling of regular meetings regarding property transactions (0.1); analyze property-sale issues and yesterday's meeting with Rick Kuebel (0.5); further correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.70 | 420.00 |
| 11/21/23 | Multiple correspondence on pending real estate transactions and offer status (0.5) Call regarding transaction-sale process. (0.3) | OFK | 0.80 | 480.00 |
| 11/21/23 | Review real-estate appraisal files and update database of real estate appraisals. | AS | 1.50 | 337.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 9

| **B250 Real Estate** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/23 | Analyze real estate assets in preparation for plan counteroffer. | BCK | 3.10 | 1,860.00 |
| 11/29/23 | Receipt and review of correspondence on property sale status and work on list of property for sale (0.6) | OFK | 0.60 | 360.00 |
| 11/30/23 | Review, revise and correspond regarding real estate spreadsheet. (0.7) | OFK | 0.70 | 420.00 |
| 11/30/23 | Continued analysis of real estate for plan mediation process. | BCK | 0.70 | 420.00 |
| | | | **17.60** | **$9,997.50** |

| **B310 Claims Administration and Objections** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/23 | Review additional motions to submit late-filed survivor claims. | BCK | 0.40 | 240.00 |
| 11/30/23 | Correspond with co-counsel regarding motions for late claims issues (0.4) | OFK | 0.40 | 240.00 |
| | | | **0.80** | **$480.00** |

| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/23 | Prepare for session with BRG regarding Parish ability-to-pay analysis (0.5) participate in BRG work session on Parish ability-to-pay and deferred mainstream projections (1.0) | OFK | 1.50 | 900.00 |
| 11/01/23 | Conference with BRG team regarding parish information for mediation process (1.0); correspondence regarding mediation setting (0.2); continued analysis of non-monetary plan provisions (0.3). | BCK | 1.50 | 900.00 |
| 11/01/23 | Attend today's meeting with the BRG team to review BRG's ability-to-pay analysis as it pertains to the parishes (1.0); correspond via email with the Locke Lord team about this matter (0.2); analyze non-monetary plan provision issues (0.7) | WSB | 1.90 | 1,140.00 |
| 11/03/23 | Correspond via email with Andrew Caine regarding the preparation of the revised non-monetary provisions (0.3); further correspond via email with the bankruptcy counsel team about the proposed revisions and the additional information to include in the next turn (0.3); analyze these issues in depth with Rick Kuebel (0.4). | WSB | 1.00 | 600.00 |
| 11/03/23 | Revise non-monetary plan provisions and correspond via email regarding these revisions (1.0) | OFK | 1.00 | 600.00 |
| 11/06/23 | Analysis of revision needs for non-monetary plan provisions. | BCK | 0.50 | 300.00 |
| 11/06/23 | Re-write and revise non-monetary plan provisions (3.5) | OFK | 3.50 | 2,100.00 |
| 11/07/23 | Work on re-write of non-monetary plan provisions (2.5) | OFK | 2.50 | 1,500.00 |
| 11/07/23 | Conference with Debtor team regarding next steps in information exchange and plan mediation process. | BCK | 0.60 | 360.00 |
| 11/07/23 | Conduct legal research related to Article 3505 and tolling of prescription under Louisiana law, including ability of one obligor to bind others (3.0); participate in meeting with state-court lawyers for Committee members to address research findings (1.5); further analyze the results of this research with J. Cerise (0.3). | PCL | 4.80 | 2,880.00 |
| 11/08/23 | Continued work on non-monetary plan provisions. | OFK | 0.70 | 420.00 |
| 11/09/23 | Continued work on non-monetary plan revisions. | OFK | 0.80 | 480.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 10

| **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/09/23 | Conduct legal research related to defenses of Contra Non Valentum specifically related to ability to waive Prescription and Methods of satisfying lack of knowledge requirement. | PCL | 2.60 | 1,560.00 |
| 11/10/23 | Multiple calls /emails on non-monetary plan provision edits and mediation session regarding the same with A. Caine and staff. (0.5) Call with A. Caine on mediation strategy (0.4) | OFK | 0.90 | 540.00 |
| 11/14/23 | Conference with BRG team regarding status of financial diligence and steps toward a mediation counter offer. | BCK | 0.70 | 420.00 |
| 11/14/23 | Prepare for and participate in BRG call on ability to pay / asset analysis. (1.0) | OFK | 1.00 | 600.00 |
| 11/15/23 | Correspond with state court counsel on non-monetary issues. (0.7) Work on non-monetary plan inserts. (0.8) | OFK | 1.50 | 900.00 |
| 11/15/23 | Review and analyze the various protective orders in the ANO case to evaluate the extent to which the Commercial Committee counsel and its members may receive information based on survivor proofs of claim and confidential priest files (0.4); correspond via email with Brad Knapp about this matter and the proposed response to Soren Gisleson regarding memorandum (0.2). | WSB | 0.60 | 360.00 |
| 11/17/23 | Conduct legal research related to defenses of Contra Non Valentum specifically related to ability to waive Prescription and facts typically plead to satisfy lack of knowledge requirement. | PCL | 2.40 | 1,440.00 |
| 11/20/23 | Correspond /work on non-monetary plan provisions. (0.3) | OFK | 0.30 | 180.00 |
| 11/20/23 | Analysis of recent revisions to non-monetary provisions and next steps to advance draft. | BCK | 1.20 | 720.00 |
| 11/20/23 | Address with Brad Knapp various matters pertaining to the status of the non-monetary plan provisions (0.4); review proposed revisions prepared by Rick Kuebel (0.2). | WSB | 0.60 | 360.00 |
| 11/21/23 | Attend today's meeting with BRG to address deferred maintenance and ability-to-pay issues (1.1); correspond via email with Rick Kuebel about this meeting (0.1). | WSB | 1.20 | 720.00 |
| 11/21/23 | Conference with BRG team regarding updated financial analysis for plan mediation (1.1); conference with state court counsel regarding mediation information access (0.5). | BCK | 1.60 | 960.00 |
| 11/21/23 | Prepare for and participate in session with BRG team in ANO asset analysis / ability to pay and DM calculations (1.1) Correspond with A. Caine / Mr. Bryant regarding asset analysis. (0.5) | OFK | 1.60 | 960.00 |
| 11/21/23 | Revise/redraft non-monetary plan provisions (1.3) | OFK | 1.30 | 780.00 |
| 11/22/23 | Continued revision with non-monetary plan provision (0.8) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 11/22/23 | Receipt and review of BRG updated asset spreadsheets (0.3) | OFK | 0.30 | 180.00 |
| 11/27/23 | Prepare for and participate on BRG asset/financial analysis discussion regarding ANO counter (1.9) | OFK | 1.90 | 1,140.00 |
| 11/27/23 | Work on non-monetary plan provisions (0.6) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 11/27/23 | Multiple emails with M. Mintz / A. Caine on mediation information. (0.5) | OFK | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 11

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/23 | Address with Brad Knapp the pending revisions to the non-monetary plan provisions (0.3); attend today's ability-to-pay meeting with BRG and the bankruptcy counsel team (1.9); review the further proposed non-monetary plan revisions (0.1). | WSB | 2.30 | 1,380.00 |
| 11/27/23 | Conference with BRG regarding monetary considerations for settlement negotiations (1.9); revise non-monetary plan provisions (1.8). | BCK | 3.70 | 2,220.00 |
| 11/28/23 | Conference with BRG team regarding financial analysis for plan mediation (1.5); conference with state court counsel regarding mediation counteroffer issues (1.2); attend Committee meeting regarding mediation counteroffer (1.6); review updated BRG analysis (0.4); revise non-monetary plan provisions (1.3). | BCK | 6.00 | 3,600.00 |
| 11/28/23 | Attend today's Committee meeting to address mediation counter-offer status and analysis. | WSB | 1.60 | 960.00 |
| 11/28/23 | Continued review/revisions on non-monetary plan provisions (0.4) | OFK | 0.40 | 240.00 |
| 11/29/23 | Work on ANO counter / mediation offer (0.7) | OFK | 0.70 | 420.00 |
| 11/29/23 | Analyze non-monetary plan provisions and correspond via email with Brad Knapp about this matter. | WSB | 0.20 | 120.00 |
| 11/30/23 | Revise draft counter offer and discuss with A. Caine (0.6) Work on non-monetary plan provisions revisions. (0.3) | OFK | 0.90 | 540.00 |
| 11/30/23 | Conference with Debtor's counsel regarding mediation next steps (1.0); analysis of revised counteroffer (0.4). | BCK | 1.40 | 840.00 |
| | | | **57.70** | **$34,620.00** |

**TOTAL FEES**                 **$139,657.50**

**TIMEKEEPER SUMMARY:**

**B110    Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.70 | $420.00 |
| | | | **0.70** | **$420.00** |

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.30 | $180.00 |
| W.S. Bryant | Partner | $600.00 | 0.30 | $180.00 |
| | | | **0.60** | **$360.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.50 | $2,700.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 8, 2023
Invoice No.: 1832781
Page: 12

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 18.80 | $11,280.00 |
| W.S. Bryant | Partner | $600.00 | 47.50 | $28,500.00 |
| A. St. Mary | Paralegal | $225.00 | 7.30 | $1,642.50 |
| | | | **78.10** | **$44,122.50** |

### B140    Relief from Stay/Adequate Protection Proceedings

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 24.10 | $14,460.00 |
| O. F. Kuebel | Partner | $600.00 | 6.30 | $3,780.00 |
| S. J. Humeniuk | Senior Counsel | $550.00 | 12.60 | $6,930.00 |
| A. St. Mary | Paralegal | $225.00 | 12.10 | $2,722.50 |
| | | | **55.10** | **$27,892.50** |

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.50 | $3,300.00 |
| O. F. Kuebel | Partner | $600.00 | 4.40 | $2,640.00 |
| | | | **9.90** | **$5,940.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 20.60 | $12,360.00 |
| A. St. Mary | Paralegal | $225.00 | 14.60 | $3,285.00 |
| | | | **35.20** | **$15,645.00** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
| | | | **0.30** | **$180.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 7.30 | $4,380.00 |
| O. F. Kuebel | Partner | $600.00 | 4.90 | $2,940.00 |
| W.S. Bryant | Partner | $600.00 | 3.90 | $2,340.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: December 8, 2023
Invoice No.:  1832781
Page: 13

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $225.00 | 1.50 | $337.50 |
| | | | **17.60** | **$9,997.50** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.40 | $240.00 |
| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |
| | | | **0.80** | **$480.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 17.20 | $10,320.00 |
| O. F. Kuebel | Partner | $600.00 | 21.30 | $12,780.00 |
| P.C. Lambert | Partner | $600.00 | 9.80 | $5,880.00 |
| W.S. Bryant | Partner | $600.00 | 9.40 | $5,640.00 |
| | | | **57.70** | **$34,620.00** |

**TIMEKEEPER SUMMARY TOTALS**  **256.00**  **$139,657.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 11.30 |
| | Outside Printing | 154.39 |
| 11/15/23 | Outside Copy Costs 52746, Alliance Overnight Document Service LLC, Printing and mailing of doc # 2620 and 2621 | 214.86 |
| | TOTAL EXPENSES | $380.55 |

**TOTAL FEES**                                                                          **$139,657.50**

**TOTAL EXPENSES**                                                                   **$380.55**

**TOTAL FEES AND EXPENSES**                                                 **$140,038.05**

135627826v.1

**PLEASE REMIT PAYMENT:**

<u>**Via US Mail:**</u>
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

<u>**Via ACH:**</u>
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

<u>**Via Wire:**</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

135627826v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 8, 2023
Invoice No.: 1832781

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2023

File Number:  0107766.00001
RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees  .................................................................................................................................... $139,657.50

Total Expenses .............................................................................................................................. $380.55

Total Due this Statement............................................................................................................... $140,038.05

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

135627826v.1

# EXHIBIT 1-2

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: February 12, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2023 through December 31, 2023 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.       A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.       A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: <u>$4,715,813.69</u>.

### **TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2023 to December 31, 2023 | |
|---|---|
| Fees (at standard rates): | $135,357.50 |
| (Reduction due to reduced rates) | ($46,107.50) |
| (Further voluntary reductions) | ($120.00) |
| Fees (After all reductions): | $89,130.00 |
| Disbursements | $327.20 |
| **Total** | **$89,457.20** |

### **VOLUNTARY REDUCTIONS**

9.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total <u>$120.00</u> and <u>0.20</u> billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$71,631.20**. This figure consists of (a) $71,304.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $89,130.00 for the Statement Period, and (b) $327.20 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: January 29, 2024.                 Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
-and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

## EXHIBIT A

AMERICA:0107766/00001: 136034927v.3

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 1.50 | $487.50 |
| **B130** | ASSET DISPOSITION | 6.20 | $3,720.00 |
| **B140** | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 7.80 | $4,680.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 16.90 | $10,140.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 12.10 | $7,072.50 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 0.90 | $540.00 |
| **B250** | REAL ESTATE | 36.90 | $21,390.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 68.50 | $41,100.00 |
| | **TOTAL FEES SOUGHT =** | **150.80** | **$89,130.00** |

# EXHIBIT B

AMERICA:0107766/00001: 136034927v.3

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

------------------------------- **BILLING PROFESSIONALS** -------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 52.4 | $600.00 | $31,440.00 |
| BCK | Knapp, Brad C. | Partner | 41.8 | $600.00 | $25,080.00 |
| WSB | Bryant, W. Steven | Partner | 45.3 | $600.00 | $27,180.00 |
| PCL | Peyton C. Lambert | Partner | 7.7 | $600.00 | $4,620.00 |
| AS | St. Mary, Amanda P | Paralegal | 3.6 | $225.00 | $810.00 |
| | | | | | |
| | **TOTALS =** | | **150.80** | | **$89,130.00** |

**EXHIBIT C**

AMERICA:0107766/00001: 136034927v.3

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | PACER Online Research | 6.20 |
| 12/06/23 | Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-14-2023 | 164.00 |
| 12/06/23 | Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-15-2023 | 157.00 |
|  | **TOTAL EXPENSES** | **$327.20** |

**EXHIBIT D**



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

January 16, 2024
Invoice No.: 1839086

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2023                     $89,457.20

File Number:        0107766.00001
Re:                 Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/23 | Update and revise the limited court service list and the complete survivor-claimant list. | AS | 0.50 | 112.50 |
| 12/19/23 | Update the limited notice list with new addresses and remove duplicative recipients. | AS | 0.60 | 135.00 |
| 12/19/23 | Prepare for and participate in standing, weekly call with the Debtor's counsel (0.4) | OFK | 0.40 | 240.00 |
| | | | 1.50 | $487.50 |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/23 | Analyze multiple matters related to the status of the St. Jude Community Center sale (0.5); begin drafting brief email to the Debtor's counsel about this transaction and Start Corp.'s decision to close on the sale of the property (0.2). | WSB | 0.70 | 420.00 |
| 12/04/23 | Draft email summarizing the status of the St. Jude Community Center sale and send it to the bankruptcy counsel team for their review and comment (0.5); further review matters related to the Start Corp.'s potential purchase of the property with Rick Kuebel (0.4); telephone conference with Will Robbins of the Commercial Committee and Mr. Kuebel about the status of the proposed purchase and other, related matters (0.6); further correspond via email with the bankruptcy counsel team about this matter (0.3). | WSB | 1.80 | 1,080.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans
♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

136093866v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 2

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/23 | Review and analyze the proposed draft order approving the sale of the St. Jude Community Center (0.2); correspond via email with Rick Kuebel about these proposed changes (0.1); review Parke McEnery's email describing the further sales and marketing process in response to the Commercial Committee's questions (0.1); address this matter with Will Robbins of the Commercial Committee via telephone (0.3); brief discussion with Mark Mintz and Samantha Oppenheim about the proposed sale terms and order (0.2); extended analysis with Rick Kuebel and Fernand Laudumiey (counsel for Start Corp.) of the sale and various final issues (0.5); review the finalized and further revised order and confirm that the Committee has no objections (0.2). | WSB | 1.60 | 960.00 |
| 12/05/23 | Review the proposed sale order approving the Rampart sale (0.1); correspond via email with the Buyer's counsel and the UCC chair regarding the transaction. (0.2) Discuss issues related to the Rampart sale with Steven Bryant and Fernand Laudumiey (counsel for the Buyer) (0.5) Correspond via email with the Committee members and their counsel regarding the sale's approval (0.2) | OFK | 1.00 | 600.00 |
| 12/06/23 | Attend today's hearing on the Motion to Approve the St. Jude Community Center sale to Start Corp. via telephone (0.8); correspond via email with the bankruptcy counsel team about today's developments (0.3). | WSB | 1.10 | 660.00 |
| | | | **6.20** | **$3,720.00** |

| | B140 Relief from Stay/Adequate Protection Proceedings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/14/23 | Analysis of proposed stay relief stipulation. | BCK | 0.30 | 180.00 |
| 12/15/23 | Review revised draft stipulation for stay relief motions. | BCK | 0.20 | 120.00 |
| 12/18/23 | Analysis of next steps to address stay relief hearing and potential stipulation. | BCK | 0.30 | 180.00 |
| 12/19/23 | Review insurer brief and proposed order related to stay relief (0.5); conference with M. Mintz regarding stay relief hearing issues and potential resolution (0.2); analysis of hearing strategy and next steps for stay relief process (1.4). | BCK | 2.10 | 1,260.00 |
| 12/19/23 | Response email to A. Harrell (0.4) Multiple emails on lift stay hearing with state court counsel (0.4) | OFK | 0.80 | 480.00 |
| 12/20/23 | Multiple correspondence with bankruptcy co-counsel regarding preparations for the adjourned lift stay hearing (0.4) | OFK | 0.40 | 240.00 |
| 12/20/23 | Conference with Debtor's counsel regarding stay relief hearing strategy (0.4); correspondence with Court regarding stay relief issues (0.1); review insurer correspondence regarding stay relief (0.2). | BCK | 0.70 | 420.00 |
| 12/21/23 | Prepare for hearing regarding stay relief (1.0); attend hearing regarding stay relief (2.0). | BCK | 3.00 | 1,800.00 |
| | | | **7.80** | **$4,680.00** |

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/23 | Correspondence with pro se survivor claimants regarding case updates (0.2); correspondence with Committee regarding case updates (0.1). | BCK | 0.30 | 180.00 |

| B150 Meetings & Communications with Creditors | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/23 | Correspondence with pro se survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| 12/05/23 | Draft brief summary of the developments in connection with the sale of the St. Jude Community Center and forward it to the Committee for their review and comment. | WSB | 0.40 | 240.00 |
| 12/05/23 | Correspond with state court counsel on asset identification and the Debtor's ability to pay. | OFK | 0.40 | 240.00 |
| 12/06/23 | Conferences with multiple pro se claimants regarding case status. | BCK | 1.20 | 720.00 |
| 12/06/23 | Draft short email memorandum to the Committee summarizing today's hearing approving the sale of the St. Jude Community Center. | WSB | 0.50 | 300.00 |
| 12/07/23 | Correspondence with pro se survivor regarding case status. | BCK | 0.20 | 120.00 |
| 12/07/23 | Receipt and review of state court counsel correspondence (0.5) | OFK | 0.50 | 300.00 |
| 12/08/23 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 12/11/23 | Draft Committee meeting agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.30 | 180.00 |
| 12/12/23 | Correspondence with pro se survivor claimant regarding case status. | BCK | 0.20 | 120.00 |
| 12/12/23 | Attend the first portion of today's Committee meeting to review with the Committee various issues related to the proposed sale of real estate presented by The McEnery Company. | WSB | 1.30 | 780.00 |
| 12/12/23 | Correspond with state court counsel on asset / financial due diligence. | OFK | 0.50 | 300.00 |
| 12/12/23 | Prepare for and participate in UCC meeting (2.0) | OFK | 2.00 | 1,200.00 |
| 12/12/23 | Attend Committee meeting regarding plan-mediation next steps. | BCK | 2.00 | 1,200.00 |
| 12/13/23 | Conference with pro se survivor claimant regarding case status (0.5); conference with state court counsel for certain claimants regarding case status (1.0); correspondence with pro se survivor regarding case status (0.2). | BCK | 1.70 | 1,020.00 |
| 12/14/23 | Correspondence with pro se claimant regarding case status. | BCK | 0.30 | 180.00 |
| 12/15/23 | Correspondence with pro se claimant regarding case status (0.2); conference with Committee member regarding case status (0.2). | BCK | 0.40 | 240.00 |
| 12/18/23 | Conference with Committee chair and pro se survivor regarding case status (0.7); conference with Committee chair regarding case status (0.4); correspondence with Committee regarding upcoming meetings (0.1). | BCK | 1.20 | 720.00 |
| 12/18/23 | Correspond via email with the bankruptcy counsel team regarding the scheduling of Committee meetings during 2024 and related matters (0.5); correspond via email with the Committee regarding 2024 meeting subject matter and scheduling (0.8); | WSB | 1.30 | 780.00 |
| 12/18/23 | Receipt and review of call regarding survivor claims (0.4) Correspond regarding call (0.2) Receipt and review of correspondence on UCC meeting (0.2) | OFK | 0.80 | 480.00 |
| 12/19/23 | Correspondence with pro se survivor regarding case status. | BCK | 0.10 | 60.00 |
| 12/20/23 | Correspondence with pro se survivor regarding case status. | BCK | 0.10 | 60.00 |
| 12/21/23 | Draft case update for Committee. | BCK | 0.40 | 240.00 |

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/26/23 | Conference with pro se survivor claimant regarding case status. | BCK | 0.40 | 240.00 |
| 12/27/23 | Correspondence with Committee member regarding plan mediation next steps. | BCK | 0.10 | 60.00 |
| | | | **16.90** | **$10,140.00** |

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/23 | Review and analyze with the Locke Lord bankruptcy counsel team various issues related to the recently filed Committee fee applications. | WSB | 0.40 | 240.00 |
| 12/07/23 | Begin drafting the November 2023 monthly fee statement for Locke Lord. | WSB | 2.80 | 1,680.00 |
| 12/08/23 | Draft, edit, and revise the Locke Lord monthly fee statement (2.0); correspond via email with Robert Campbell regarding the Actuarial Value fee statement (0.1); further edit and revise the Locke Lord monthly fee statement (0.5). | WSB | 2.60 | 1,560.00 |
| 12/19/23 | Review the Court's docket memo regarding the approval of the Committee fee applications (0.1); finalize the proposed orders on the Locke Lord, Actuarial Value, Zobrio, and Stegall Benton fee applications and forward them to Amanda St. Mary for her to send them to the Court (0.2); correspond via email with Bob Campbell at Actuarial Value regarding the forthcoming entry of the orders (0.1); correspond via email with Samantha Schroeder at Zobrio regarding this matter (0.1); correspond via email with Bush Benton at Stegall Benton concerning this matter (0.1); prepare schedule of outstanding amounts owed in connection with the fee applications (0.3);continue drafting the November 2023 Locke Lord monthly fee statement (0.6). | WSB | 1.50 | 900.00 |
| 12/19/23 | Email Court with proposed Orders related to Zobrio's Eighth Interim Fee Application, Actuarial Value's First Interim Fee Application, Stegall Benton's Sixth Interim Fee Application, and Locke Lord's Tenth Interim Fee Application (0.2); draft certificate of service related to these orders (0.3). | AS | 0.50 | 112.50 |
| 12/27/23 | Draft, edit, and revise the Locke Lord monthly fee statement (0.9); draft, edit, and revise the Actuarial Value monthly fee statement (1.7); draft the Zobrio monthly fee statement (0.1). | WSB | 2.70 | 1,620.00 |
| 12/28/23 | Draft, edit, and finalize the Locke Lord monthly fee statement (0.5); draft, edit, and finalize the Actuarial Value monthly fee statement (0.3); correspond via email with Rick Kuebel regarding various issues related to the status of the monthly fee statements (0.1). | WSB | 0.90 | 540.00 |
| 12/29/23 | Finalize the monthly fee statement for Locke Lord (0.4); finalize the monthly fee statement for Actuarial Value (0.2); forward the monthly fee statements for Locke Lord, Actuarial Value, and Zobrio to the fee notice parties for their review and comment (0.1). | WSB | 0.70 | 420.00 |
| 12/29/23 | Correspond regarding multiple statement emails with Steve Bryant regarding the monthly statements of Committee professionals (0.2) (NO CHARGE) | OFK | 0.00 | 0.00 |
| | | | **12.10** | **$7,072.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 5

| **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/08/23 | Correspond via email with the bankruptcy counsel team regarding the terms of the Commercial Committee's retention of a pension expert. | WSB | 0.30 | 180.00 |
| 12/08/23 | Analysis of Commercial Committee application to retain Kroll (0.4); draft summary of recommendation related to Kroll application (0.2). | BCK | 0.60 | 360.00 |
| | | | **0.90** | **$540.00** |

| **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/01/23 | Continued analysis of suppressed parishes and real estate issues for plan settlement. | BCK | 1.90 | 1,140.00 |
| 12/01/23 | Revise and correspond on real estate sale process and sale asset list. (0.8) | OFK | 0.80 | 480.00 |
| 12/04/23 | Continued analysis of suppressed parish real estate for plan negotiations. | BCK | 0.60 | 360.00 |
| 12/06/23 | Review Debtor appraisals of real properties and prepare them for use in connection with the Debtor's property-sale process. | AS | 2.00 | 450.00 |
| 12/06/23 | Examine various real estate sale issues (0.2); Receipt and review of the most-recent real estate report prepared by The McEnery Company. (0.6) | OFK | 0.80 | 480.00 |
| 12/07/23 | Multiple email correspondences with Bush Benton regarding the status of the various real estate sales described by The McEnery Company in their latest communication to the Committees. | WSB | 0.30 | 180.00 |
| 12/08/23 | Further correspond via email with Bush Benton regarding the proposed real estate transactions described by The McEnery Company. | WSB | 0.30 | 180.00 |
| 12/08/23 | Multiple correspondence with various parties regarding proposed real-estate transactions (0.6) | OFK | 0.60 | 360.00 |
| 12/11/23 | Continued analysis of real estate for settlement negotiations. | BCK | 0.40 | 240.00 |
| 12/11/23 | Prepare for and participate in real estate status call with McEnery (1.0) Preview proposed real estate sales with Bush Benton of Stegall Benton (1.0). | OFK | 2.00 | 1,200.00 |
| 12/11/23 | Review and analyze the email memorandum from The McEnery Company identifying the three Debtor properties that may become subject to further transactions (0.3); multiple email correspondences with Bush Benton about these properties (0.2); correspond via email with Rick Kuebel about the properties and related matters (0.1); extended analysis with Mr. Benton of these properties, their relative attractiveness for sale, and other matters (1.0); correspond via email with the Debtor's counsel about today's call regarding the properties (0.2); attend today's extended Zoom call with McEnery and the Debtor on the real estate properties (1.0); draft email memorandum to Pat Moody, the chair of the Committee, about these proposed property transactions and the Committee's decision points regarding them (1.0); review and analyze the proposed purchase agreements on the various transactions (0.4). | WSB | 4.20 | 2,520.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 6

| **B250 Real Estate** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/12/23 | Further review and analyze the listings for the real estate that the Debtor wishes to put under contract (0.4); correspond via email with Rick Kuebel in advance of today's call with the Committee chair about these matters (0.4); attend today's conference call with Pat Moody, the Committee chair, to review the proposed real estate transactions (1.2). | WSB | 2.00 | 1,200.00 |
| 12/12/23 | Prepare for and participate in call with Debtor on pending motions and real estate sales (0.3) Call with UCC Chair to further review these pending real estate sale transactions. (1.2) | OFK | 1.50 | 900.00 |
| 12/13/23 | Review and analyze real-estate documentation related to Hope Haven/Madonna Manor and the Debtor's proposed real-estate sales (0.6); forward real-estate plats to Mark Mintz. (0.1) Correspond regarding and prepare for McEnery meeting (0.4) Call with Will Robbins regarding the proposed meeting with McEnery (0.4) further review lot sale data related to the proposed Dauphine and Loyola transactions (0.6) | OFK | 2.10 | 1,260.00 |
| 12/13/23 | Draft email to the Debtor and its real estate team explaining the Committee's position on the Dauphine Street transaction (0.5); correspond via email with the Commercial Committee counsel about these proposed transactions and related matters (0.2); correspond via email with Rick Kuebel about this matter (0.1); review and analyze the various proposed Purchase Agreements and identify any additional issues (0.3); attend telephone meeting with the Debtor, its real estate team, and the Commercial Committee to review all these matters (0.6); further correspond via email with Mr. Kuebel about today's call (0.1). | WSB | 1.80 | 1,080.00 |
| 12/14/23 | Conference with Debtor team and Commercial Committee regarding Hope Haven and Madonna Manor. | BCK | 1.00 | 600.00 |
| 12/14/23 | Review and analyze the revised Purchase and Sale Agreement on the 1941 Dauphine Street property (0.4); correspond via email with the bankruptcy counsel team regarding the Debtor's revisions to the PSA (0.3). | WSB | 0.70 | 420.00 |
| 12/14/23 | Prepare for and participate in call on the Hope Haven/Madonna Manor real estate with the Debtor and the Commercial Committee (1.0) Follow-up with Will Robbins, counsel to the Commercial Committee, regarding the Hope Haven lease and other real-estate value issues (0.5) Correspond regarding the sale of the Loyola and Dauphine Street properties (0.1). | OFK | 1.60 | 960.00 |
| 12/15/23 | Receipt and review of updated Loyola Avenue lot proposal. | OFK | 0.60 | 360.00 |
| 12/18/23 | Receipt and review of correspondence regarding the potential Loyola Avenue sale (0.2) | OFK | 0.20 | 120.00 |
| 12/18/23 | Review further updates regarding the Loyola parking lot and the Bishop Perry Center (0.4); correspond via email with Commercial Committee's counsel about this matter (0.2); correspond via email with Rick Kuebel about these issues (0.2) | WSB | 0.80 | 480.00 |
| 12/19/23 | Correspond via email with the bankruptcy counsel team regarding the additional revisions to the proposed Loyola parking lot transaction (0.4); review the proposed purchase agreement (0.3); extended discussion with counsel for the Commercial Committee about this proposed transaction (1.1); correspond via email with Bush Benton about this proposed sale (0.2). | WSB | 2.00 | 1,200.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 7

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/23 | Conference with S. Oppenheim regarding pending real estate issues and upcoming hearings. | BCK | 0.40 | 240.00 |
| 12/19/23 | Prepare for and participate in meeting with the Commercial Committee's counsel regarding potential Debtor real estate sales, such as Loyola Avenue (0.8) Correspond and call regarding real estate offer on Apostolate assets and forward draft offer to co-counsel (0.5) | OFK | 1.30 | 780.00 |
| 12/20/23 | Correspond on sale process with Loyola and Carrolton sites. (0.5) | OFK | 0.50 | 300.00 |
| 12/20/23 | Further analyze the proposed Loyola parking lot sale and the proposed Purchase Agreement (0.4); address multiple issues related to the sale with Bush Benton (0.7); correspond via email with the Debtor's counsel and broker regarding the proposed transaction (0.2); further correspond regarding the legal team meeting on Friday (0.1) | WSB | 1.40 | 840.00 |
| 12/21/23 | Correspond via email with Brad Knapp about today's real estate call with the Debtors, The McEnery Company, and the Commercial Committee (0.1); attend today's real estate call (1.0); draft email summarizing the status of the various real estate transactions for transmittal to the Committee (0.4). | WSB | 1.50 | 900.00 |
| 12/21/23 | Multiple correspondence on Loyola sale (0.1); participate in McEnery update on sale processes. (1.0) Forward real estate correspondence to BRG team (0.1) | OFK | 1.20 | 720.00 |
| 12/22/23 | Correspond regarding Loyola sale with commercial committee and debtor (0.5) Work on real estate transaction structure communication. (0.6) | OFK | 1.10 | 660.00 |
| 12/26/23 | Correspond regarding real estate sales including Loyola parking lot. (0.5) | OFK | 0.50 | 300.00 |
| 12/27/23 | Multiple correspondence with UCC appraiser regarding Loyola Ave sale negotiations / value. (0.8) | OFK | 0.80 | 480.00 |
| | | | **36.90** | **$21,390.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/23 | Receipt and review BRG draft ability-to-pay analysis in preparation for next week's mediation session. | OFK | 0.50 | 300.00 |
| 12/01/23 | Prepare for next week's mediation by reviewing ability-to-pay data and related information (0.7); correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.80 | 480.00 |
| 12/01/23 | Review and revise draft of non-monetary plan provisions (0.7) Revise mediation counter and review edits with Mr. Stang and Mr. Caine. (1.0) | OFK | 1.70 | 1,020.00 |
| 12/04/23 | Conference with BRG team regarding updates to ability-to-pay analysis (1.1); conference with state-court counsel regarding plan mediation updates (0.8); review bond covenant analysis for plan mediation preparation (0.3); continued work on non-monetary plan provisions (0.5). | BCK | 2.70 | 1,620.00 |
| 12/04/23 | Participate in further ability-to-pay analysis session with BRG in advance of tomorrow's professionals-only mediation meeting with the Debtor. | WSB | 1.10 | 660.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 8

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/23 | Multiple correspondence, document review, revision, and comment on BRG ability-to-pay analysis (0.4) attend BRG team presentation on the ability-to-pay analysis (1.1) | OFK | 1.50 | 900.00 |
| 12/04/23 | Multiple correspondence / conference call with state court counsel on mediation and plan-settlement issues including asset review and non-monetary plan provisions (1.3) Correspond with other Committee counsel regarding the Committee's counter-offer letter (0.6) | OFK | 1.90 | 1,140.00 |
| 12/05/23 | Attend and participate in a portion of today's professionals' mediation session with the Debtors via Zoom. | WSB | 4.30 | 2,580.00 |
| 12/05/23 | Prepare for mediation with BRG team and co-counsel (0.7); attend mediation regarding plan of reorganization (8.0). | BCK | 8.70 | 5,220.00 |
| 12/05/23 | Prepare for and participate in a portion of the mediation session with the Debtor focused on the value of the Debtor's assets and its ability to fund a plan-settlement trust. (5.5) | OFK | 5.50 | 3,300.00 |
| 12/06/23 | Multiple correspondence with state-court counsel regarding the Debtor's asset analysis and the proposed settlement mediation counteroffer 0.8) Correspond with state-court counsel on non-monetary plan provision draft (0.6) Call with A. Caine on mediation counter. (0.4) Correspond with A. Caine and BRG regarding settlement counter / asset analysis. (0.7) | OFK | 2.50 | 1,500.00 |
| 12/06/23 | Correspond with BRG on plan analysis and the ANO's ability to pay (0.5) | OFK | 0.50 | 300.00 |
| 12/06/23 | Draft, edit, and revise the letter outlining the proposed Committee counteroffer (1.5); review Soren Gisleson's responses to the non-monetary plan provisions and draft a responsive analysis of the issues raised (1.2). | WSB | 2.70 | 1,620.00 |
| 12/06/23 | Continued review of non-monetary policy issues for plan mediation (0.5); review revised plan settlement offer (0.3); review updated plan filings from similar diocese cases (0.5). | BCK | 1.30 | 780.00 |
| 12/06/23 | Conduct legal research related pleadings requirements related to contra non valentum defense to prescription and ability of parties to waive prescription. | PCL | 2.90 | 1,740.00 |
| 12/07/23 | Multiple correspondence and continued review of BRG's asset valuation and ability-to-pay analysis (0.6) Review email correspondence from Mark Mintz regarding Madonna Manor (0.2); further examine Debtor records related to Madonna Manor and Hope Haven (0.2) | OFK | 1.00 | 600.00 |
| 12/07/23 | Further edit and revise the proposed settlement counteroffer. (0.5) | OFK | 0.50 | 300.00 |
| 12/08/23 | Multiple correspondence regarding the revised settlement term sheet and the proposed settlement structure (0.8) | OFK | 0.80 | 480.00 |
| 12/08/23 | Multiple emails with Committee professional team regarding the BRG ability-to-pay analysis. (0.5) | OFK | 0.50 | 300.00 |
| 12/08/23 | Review revised settlement counter for plan mediation. | BCK | 0.20 | 120.00 |
| 12/08/23 | Review and analyze with Brad Knapp multiple issues related to the plan-mediation status and the forthcoming counteroffer to the ANO. | WSB | 0.40 | 240.00 |
| 12/11/23 | Conference with state court counsel regarding mediation next steps (2.0); review updated BRG financial materials (0.5). | BCK | 2.50 | 1,500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 9

| **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/11/23 Prepare for and participate in financial /asset presentation and plan settlement discussion with state court counsel (2.0) | OFK | 2.00 | 1,200.00 |
| 12/12/23 Review insurance company motion and supporting declaration regarding plan mediation (0.6); meet with the Debtor team regarding mediation next steps (0.7). | BCK | 1.30 | 780.00 |
| 12/12/23 Correspond via email with bankruptcy co-counsel regarding the draft settlement counteroffer (0.1); further revise the settlement counteroffer. (0.4) | OFK | 0.50 | 300.00 |
| 12/13/23 Correspond via email with bankruptcy co-counsel regarding the motion for a Rule 2004 examination filed by various insurers. | OFK | 0.20 | 120.00 |
| 12/13/23 Review the insurer Rule 2004 motion regarding plan process (0.2); review additional joinder in insurer motion (0.1); review order setting hearing and objection deadline on insurer motion (0.1). | BCK | 0.40 | 240.00 |
| 12/14/23 Correspond via email with the bankruptcy counsel team about further issues related to the counteroffer. | WSB | 0.20 | 120.00 |
| 12/14/23 Multiple emails on plan /mediation counteroffer. | OFK | 0.40 | 240.00 |
| 12/15/23 Prepare for and participate in call with UCC chair regarding the mediation counteroffer. | OFK | 1.40 | 840.00 |
| 12/15/23 Conference with M. Mintz regarding plan mediation next steps in light of insurer motion (0.5); conference with Committee chair regarding next steps in plan process and mediation (1.4); continued analysis of personal property issues for plan mediation (0.2). | BCK | 2.10 | 1,260.00 |
| 12/18/23 Review personal property appraisal information for plan mediation next steps (0.5); revise mediation demand letter and exhibits (0.4). | BCK | 0.90 | 540.00 |
| 12/21/23 Revise counteroffer for plan mediation process. | BCK | 0.30 | 180.00 |
| 12/21/23 Monitor hearing on the insurers' Rule 2004 motion and correspond with A. Caine regarding these proceedings (0.7) | OFK | 0.70 | 420.00 |
| 12/21/23 Revise and circulate amended plan and mediation counteroffer (0.4); cross-check the counteroffer against the attached property list. (0.4) Correspond regarding mediator questions with A. Caine. (0.3) | OFK | 1.10 | 660.00 |
| 12/22/23 Receipt and review of BRG updated spreadsheet on ability to pay (0.4) | OFK | 0.40 | 240.00 |
| 12/22/23 Revise settlement demand for plan mediation. | BCK | 0.40 | 240.00 |
| 12/26/23 Work on real estate schedule and related sale assets as scheduled to settlement counteroffer. (1.5) | OFK | 1.50 | 900.00 |
| 12/27/23 Multiple emails with BRG on updated financial projections and review updated model (0.7) | OFK | 0.70 | 420.00 |
| 12/27/23 Further correspond on revised counteroffer and continued reviews and comment on schedules (1.5) | OFK | 1.50 | 900.00 |
| 12/28/23 Prepare for and participate in call with BRG team on asset / ability to pay analysis (1.1) Correspond with BRG regarding the same (0.4) | OFK | 1.50 | 900.00 |
| 12/28/23 Multiple correspondence and comment regarding the plan settlement counteroffer (0.2); complete detailed final review of schedules to counteroffer. (0.6) | OFK | 0.80 | 480.00 |
| 12/28/23 Correspondence with Committee member regarding plan mediation (0.1); analysis of next steps for settlement demand (0.1). | BCK | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/28/23 | Conference with R. Kuebel related to issues surrounding pleadings in state court cases (.5). Conduct legal research related to waiver of Prescription defenses, tolling agreements, and factual requirements to satisfy contra non valentum requirements for abuse cases (4.3) | PCL | 4.80 | 2,880.00 |
| 12/29/23 | Correspondence regarding plan settlement proposal. | BCK | 0.10 | 60.00 |
| 12/29/23 | Further review the Committee's proposed counter-offer letter (0.1); correspond via email with the bankruptcy counsel team about this counteroffer (0.1). | WSB | 0.20 | 120.00 |
| 12/29/23 | Extended email correspondence regarding the Committee counteroffer on plan settlement (0.4) | OFK | 0.40 | 240.00 |
| | | | **68.50** | **$41,100.00** |

**TOTAL FEES** $89,130.00

**TIMEKEEPER SUMMARY:**

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |
| A. St. Mary | Paralegal | $225.00 | 1.10 | $247.50 |
| | | | **1.50** | **$487.50** |

**B130   Asset Disposition**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.00 | $600.00 |
| W.S. Bryant | Partner | $600.00 | 5.20 | $3,120.00 |
| | | | **6.20** | **$3,720.00** |

**B140   Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.60 | $3,960.00 |
| O. F. Kuebel | Partner | $600.00 | 1.20 | $720.00 |
| | | | **7.80** | **$4,680.00** |

**B150   Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 9.20 | $5,520.00 |
| O. F. Kuebel | Partner | $600.00 | 4.20 | $2,520.00 |

136093866v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 11

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 3.50 | $2,100.00 |
| | | | **16.90** | **$10,140.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 11.60 | $6,960.00 |
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | **12.10** | **$7,072.50** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| W.S. Bryant | Partner | $600.00 | 0.30 | $180.00 |
| | | | **0.90** | **$540.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.30 | $2,580.00 |
| O. F. Kuebel | Partner | $600.00 | 15.60 | $9,360.00 |
| W.S. Bryant | Partner | $600.00 | 15.00 | $9,000.00 |
| A. St. Mary | Paralegal | $225.00 | 2.00 | $450.00 |
| | | | **36.90** | **$21,390.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 21.10 | $12,660.00 |
| O. F. Kuebel | Partner | $600.00 | 30.00 | $18,000.00 |
| P.C. Lambert | Partner | $600.00 | 7.70 | $4,620.00 |
| W.S. Bryant | Partner | $600.00 | 9.70 | $5,820.00 |
| | | | **68.50** | **$41,100.00** |

## TIMEKEEPER SUMMARY TOTALS                    150.80    $89,130.00

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 6.20 |
| 12/06/23 | Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-14-2023 | 164.00 |

136093866v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: January 16, 2024
Invoice No.: 1839086
Page: 12

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 12/06/23 | Trial Transcripts 23-221-2, Janice Russell, Transcript for Hearing on 11-15-2023 | 157.00 |
| | TOTAL EXPENSES | $327.20 |

**TOTAL FEES**      **$89,130.00**

**TOTAL EXPENSES**      **$327.20**

**<u>TOTAL FEES AND EXPENSES</u>**      **<u>$89,457.20</u>**

**PLEASE REMIT PAYMENT:**

| **<u>Via US Mail:</u>** | **<u>Via ACH:</u>** | **<u>Via Wire:</u>** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

136093866v.1



# Locke
# Lord LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

January 16, 2024
Invoice No.: 1839086

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through December 31, 2023

      File Number:   0107766.00001
      RE:    Bankruptcy of the Archdiocese of New Orleans

Total Fees .................................................................................................................................... $89,130.00

Total Expenses $327.20

Total Due this Statement................................................................................................................ $89,457.20

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

136093866v.1

# EXHIBIT 1-3

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
|  | **Chapter 11** |
| Debtor. [1] | **Objection Deadline: March 14, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR JANUARY 1, 2024 THROUGH JANUARY 31, 2024

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2024 through January 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2. A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3. A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4.     A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $4,827,539.69.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2024 to January 31, 2024 | |
|---|---|
| Fees (at standard rates): | $150,880.00 |
| (Reduction due to reduced rates) | ($59,537.50) |
| (Further voluntary reductions) | ($1,380.00) |
| Fees (After all reductions): | $89,962.50 |
| Disbursements | $2.07 |
| **Total** | **$89,964.57** |

## VOLUNTARY REDUCTIONS

9.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $1,380.00 and 2.30 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$71,972.07**. This figure consists of (a) $71,970.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $89,962.50 for the Statement Period, and (b) $2.07 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 29, 2024.                          Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.90 | $2,302.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 14.40 | $8,640.00 |
| B130 | ASSET DISPOSITION | 24.20 | $14,520.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 14.00 | $8,400.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 36.60 | $21,960.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 7.80 | $4,680.00 |
| B250 | REAL ESTATE | 3.70 | $2,220.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.10 | $60.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 45.30 | $27,180.00 |
| | **TOTAL FEES SOUGHT =** | **151.00** | **$89,962.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 44.3 | $600.00 | $26,580.00 |
| BCK | Knapp, Brad C. | Partner | 36.7 | $600.00 | $22,020.00 |
| WSB | Bryant, W. Steven | Partner | 62.9 | $600.00 | $37,740.00 |
| PCL | Peyton C. Lambert | Partner | 5.0 | $600.00 | $3,000.00 |
| JMC | Cerise, Jason M. | Partner | 0.4 | $600.00 | $240.00 |
| AS | St. Mary, Amanda P | Paralegal | 1.7 | $225.00 | $382.50 |
| | | | | | |
| | **TOTALS =** | | **151.00** | | **$89,962.50** |

# EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Postage | 0.87 |
| | PACER Online Research | 1.20 |
| | **TOTAL EXPENSES** | **$2.07** |

## EXHIBIT D



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

February 29, 2024
Invoice No.: 1846819

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through January 31, 2024          $89,964.57

File Number:      0107766.00001
Re:               Bankruptcy of the Archdiocese of New Orleans

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B110 Case Administration** | | | | |
| 01/05/24 | Prepare for and participate in the standing weekly call with the Debtor's counsel. (0.5) | OFK | 0.50 | 300.00 |
| 01/09/24 | Revise pro hac vice materials for admission of I. Nasatir. | BCK | 0.10 | 60.00 |
| 01/09/24 | Draft motion for Pro Hac and declaration for Iain Nasatir (0.8); email correspondence to/from B. Knapp regarding same (0.1). | AS | 0.90 | 202.50 |
| 01/09/24 | Participate in standing weekly call with Debtor counsel on multiple open issues (0.6) | OFK | 0.60 | 360.00 |
| 01/10/24 | Update motion for Pro Hac and declaration (0.3); email correspondence to/from B. Knapp regarding same (0.1) | AS | 0.40 | 90.00 |
| 01/10/24 | Review revised pro hac vice motion for I. Nasatir. | BCK | 0.10 | 60.00 |
| 01/16/24 | Revise proposed pro hac order for I. Nasatir (0.1); review order admitting I. Nasatir pro hac vice (0.1). | BCK | 0.20 | 120.00 |
| 01/16/24 | Draft certificate of service re motion for pro hac vice (D.I. 2787) and Order granting motion for pro hac vice (0.3); Email correspondence to the Court with Order to motion for pro hac vice (0.1). | AS | 0.40 | 90.00 |
| 01/17/24 | Conference with Orleans Parish district attorney's office regarding pending investigations. | BCK | 0.40 | 240.00 |
| 01/23/24 | Prepare for and participate in weekly standing call with ANO counsel (0.8) | OFK | 0.80 | 480.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans
◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

136609176v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 2

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/24 | Participate in today's standing weekly call with the Debtor's counsel to address multiple outstanding issues, including the status of various pending real estate transactions and the tolling agreement extensions. | WSB | 0.50 | 300.00 |
| | | | 4.90 | $2,302.50 |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/24 | Correspond regarding extended tolling agreement and review related draft docs/correspondence. (0.5) | OFK | 0.50 | 300.00 |
| 01/03/24 | Correspond via email with Brooke Altazan regarding the further extension of the tolling agreements with the Apostolates and other non-Apostolate parties (0.3); review and revise the proposed tolling extension agreements (3.8); analyze issues presented by these agreements with Brad Knapp (0.3); draft email to the bankruptcy counsel team analyzing various issues related to the extension of the tolling agreements (0.5). | WSB | 4.90 | 2,940.00 |
| 01/05/24 | Receipt and review of Court's decision granting Motion to Compel and analysis pertaining to application of privilege / work product to materials withheld by Debtor. | JMC | 0.40 | 240.00 |
| 01/05/24 | Receipt and review of court ruling on the Motion to Compel document discovery and forward the order to the Committee chair (0.4) | OFK | 0.40 | 240.00 |
| 01/08/24 | Correspond on asset due diligence with BRG (0.5) Correspond on extension of tolling agreement. (0.5) | OFK | 1.00 | 600.00 |
| 01/10/24 | Finalize the Motion to Approve the Apostolate tolling agreement (0.3); correspond via email with Brooke Altazan regarding the Committee's decision to support an extension of the tolling agreements and forward to her a revised version of the Motion along with a summary of the Committee's position (0.3). | WSB | 0.60 | 360.00 |
| 01/19/24 | Correspond regarding tolling agreement (0.4) | OFK | 0.40 | 240.00 |
| 01/23/24 | Telephone meeting with counsel for the Commercial Committee, Will Robbins and Brooke Altazan, to discuss the extension of the Apostolate tolling agreements and related matters. | WSB | 0.50 | 300.00 |
| 01/24/24 | Review and analyze the proposed Tolling Agreement for Our Lady of Wisdom Facility Corporation and Château de Notre Dame Facilities Corporation (0.5); correspond via email with Brooke Altazan regarding this proposed Tolling Agreement (0.1). | WSB | 0.60 | 360.00 |
| 01/25/24 | Draft, edit, and revise the Tolling Agreement Extension for the NDHS PropCo entities (0.2); correspond via email with the Commercial Committee counsel about the issues raised by this extension and related matters (0.5); forward the revised agreement to the Committee's bankruptcy counsel team for their review and comment (0.1). | WSB | 0.80 | 480.00 |
| 01/26/24 | Further edit and revise the Tolling Agreement extending tolling on the former NDHS entities now owned by CommCare (0.4); correspond via email with the Debtor's counsel about this matter (0.1); correspond via email with the Commercial Committee regarding these revisions (0.1). | WSB | 0.60 | 360.00 |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/29/24 | Review and analyze the Apostolate Tolling Extension Motion and the proposed order prepared by Lisa Futrell (0.7); review and analyze the Tolling Extension Agreement (0.2); correspond via email with Brooke Altazan regarding her proposed revisions to the Motion, proposed order, and Agreement (0.2); telephone conference with Ms. Altazan about these matters (0.6); further correspond via email about these proposed documents with Rick Kuebel (0.2); draft email to the bankruptcy counsel team about all these agreements (0.5). | WSB | 2.40 | 1,440.00 |
| 01/29/24 | Correspond regarding tolling agreement. | OFK | 0.30 | 180.00 |
| 01/30/24 | Correspond via email with Brooke Altazan regarding the response of the Debtor and the Apostolates to the proposed Motion to Approve the tolling extension agreement and related matters (0.2); further review the proposed revisions (0.2); telephone conference with Ms. Altazan about this matter (0.4); correspond via email with the bankruptcy counsel team regarding the status of these negotiations (0.2). | WSB | 1.00 | 600.00 |
| | | | **14.40** | **$8,640.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/24 | Correspond with S. Bryant on ANO real estate sale email responses (Loyola) (0.3) | OFK | 0.30 | 180.00 |
| 01/02/24 | Correspond via email with the bankruptcy counsel team about the proposed, revised terms for the sale of the Loyola parking lot (0.2); further correspond with Rick Kuebel about this matter (0.1); draft email to the Debtor's counsel explaining the status of the Committee's response to these revised terms (0.5); prepare further analysis of these revised terms for the Committee's review at next week's meeting (0.4) | WSB | 1.20 | 720.00 |
| 01/03/24 | Correspond via email with the Debtor's counsel about the Committee's position on the sale of the Loyola parking lot (0.4); further correspond via email with counsel for the Commercial Committee regarding these matters (0.2). | WSB | 0.60 | 360.00 |
| 01/03/24 | Correspond regarding real estate transactions status (0.4) | OFK | 0.40 | 240.00 |
| 01/04/24 | Multiple correspondence on real-estate sale questions regarding the Loyola parking lot (0.3) | OFK | 0.30 | 180.00 |
| 01/05/24 | Multiple correspondences regarding real estate issues, including the status of the Loyola parking lot sale and McEnery's related request to the Committees. (0.4) | OFK | 0.40 | 240.00 |
| 01/05/24 | Correspond via email with the bankruptcy counsel team regarding the status of the ANO's proposed real estate transactions. | WSB | 0.10 | 60.00 |
| 01/08/24 | Prepare for today's meeting with The McEnery Company and the Debtor to discuss the status of various real estate transactions (0.4); attend today's meeting with the Debtor and The McEnery Company (1.1); analyze these key issues related to the transactions with Rick Kuebel (0.3); correspond via email with the Committee chair about today's meeting (0.2); send email to the bankruptcy counsel team about this matter (0.2). | WSB | 2.20 | 1,320.00 |
| 01/08/24 | Multiple correspondence with ANO and the McEnery Company in advance of the scheduled call (0.4) Prepare for and participate in TMC call regarding pending marketing process (1.1) | OFK | 1.50 | 900.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 4

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/09/24 | Call with UCC committee chair regarding real estate sales (0.5) Follow-up correspondence on pending real estate sales issues. (0.4) | OFK | 0.90 | 540.00 |
| 01/09/24 | Prepare for today's meeting with the Committee chair to evaluate the pending real-estate transactions and other matters (0.3); attend today's meeting with the Committee chair on all the real-estate transactions and assess these transactions in advance of today's Committee meeting (1.0). | WSB | 1.30 | 780.00 |
| 01/10/24 | Extended meeting with the Commercial Committee counsel regarding the Loyola Avenue transaction and related matters (1.2); draft email to the Debtor's counsel requesting a brief meeting about the transaction and related issues (0.3); further correspond via email with Rick Kuebel about this matter (0.1). | WSB | 1.60 | 960.00 |
| 01/10/24 | Call with Commercial Committee regarding the pending Loyola sale (0.5) | OFK | 0.50 | 300.00 |
| 01/11/24 | Calls/correspondence on sale process/ Loyola sale. (0.5) | OFK | 0.50 | 300.00 |
| 01/11/24 | Correspond via email with the bankruptcy counsel team about the Committee's position on the Loyola Avenue sale (0.1); correspond via email with counsel for the Commercial Committee about this matter (0.3); send email to the Debtor's counsel team about the Committees' respective positions and related matters (0.2). | WSB | 0.60 | 360.00 |
| 01/12/24 | Extended telephone meeting with the Debtor's counsel regarding the status of the Loyola Avenue transaction and related issues. | WSB | 1.00 | 600.00 |
| 01/12/24 | Participate in a portion of the conference call with the Debtor's counsel regarding the Loyola Avenue sale. | OFK | 0.40 | 240.00 |
| 01/16/24 | Review and analyze the additional proposals for the 3200 Canal Street and 1941 Dauphine Street locations. | WSB | 0.20 | 120.00 |
| 01/18/24 | Review and analyze the revision requested to the Purchase and Sale Agreement on the 1941 Dauphine Street property (0.3); review and analyze the additional offer on the 3200 Canal Street property (0.4); analyze property-related matters with Brad Knapp and assess potential Committee responses (0.2) | WSB | 0.90 | 540.00 |
| 01/23/24 | Prepare for and participate in real estate call with the Debtor and The McEnery Company (1.3) Follow-up correspondence with the Commercial Committee regarding the real estate call (0.2) Correspond on pending real estate sales (0.2) | OFK | 1.70 | 1,020.00 |
| 01/26/24 | Correspond regarding real-estate transaction (0.3) | OFK | 0.30 | 180.00 |
| 01/26/24 | Conference call with Will Robbins of the Commercial Committee about the pending real-estate transactions (0.2) | OFK | 0.20 | 120.00 |
| 01/26/24 | Review and analyze the status of the various real estate transactions in advance of today's call with the Commercial Committee (0.5); telephone conference with the Commercial Committee about the pending real estate transactions and related issues (0.6); correspond via email with the bankruptcy counsel team about this matter (0.2). | WSB | 1.30 | 780.00 |
| 01/29/24 | Attend this week's Zoom conference with The McEnery Company and the Debtor to address the outstanding real estate transactions (0.7); correspond via email with Rick Kuebel about the status of these transactions (0.3); telephone conference with Will Robbins about these transactions and related matters (0.4); correspond via email with the bankruptcy counsel team about this matter (0.3). | WSB | 1.70 | 1,020.00 |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/30/24 | Review and analyze the Motion and proposed order provided by the Debtor to approve the sale of the Bishop Perry Center at 1941 Dauphine Street to F3 Management (0.4); telephone conference with Will Robbins, counsel to the Commercial Committee, about this motion (0.3); draft email to the Debtor's counsel explaining the Committee's concerns with the proposed structure (0.4). | WSB | 1.10 | 660.00 |
| 01/30/24 | Participate in weekly debtor call and discuss real estate and meditation issues (0.7) Follow-up call with Mr. Bryant on real estate issues (0.3) Correspond on Dauphine Street sales status and PSA/DD timing (0.4) | OFK | 1.40 | 840.00 |
| 01/31/24 | Multiple emails and calls with Will Robbins on Dauphine sale (0.5) Follow-up on real estate sale questions (0.3) | OFK | 0.80 | 480.00 |
| 01/31/24 | Correspond via email with the bankruptcy counsel team about F3 Management's termination of the Purchase Agreement for 1941 Dauphine Street (0.3); correspond via email with the Commercial Committee counsel concerning the revised, proposed motion to sell with bidding procedures (0.3); analyze issues presented by F3 Management's termination with Rick Kuebel (0.2). | WSB | 0.80 | 480.00 |
| | | | **24.20** | **$14,520.00** |

| | **B140 Relief from Stay/Adequate Protection Proceedings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/24 | Correspond regarding lift stay issues, settlement position and preparation for 1/16/24 hearings (0.5) | OFK | 0.50 | 300.00 |
| 01/09/24 | Correspond on pending lift stay matter (0.5) | OFK | 0.50 | 300.00 |
| 01/10/24 | Multiple correspondence and comments with state court counsel on pending lift-stay request (0.7) | OFK | 0.70 | 420.00 |
| 01/11/24 | Correspond with the bankruptcy counsel team on lift stay orders (0.5) | OFK | 0.50 | 300.00 |
| 01/11/24 | Conference with state court counsel regarding stay relief issues (0.3); correspondence with insurance counsel regarding stay relief (0.1); review proposed stay relief order (0.2). | BCK | 0.60 | 360.00 |
| 01/11/24 | Correspond via email with Brad Knapp about the Debtor's proposed order on the relief from stay proceedings (0.2); determine next steps in connection with next week's hearing in light of the absence of both Mr. Knapp and Andrew Caine at next week's hearing (0.2). | WSB | 0.40 | 240.00 |
| 01/12/24 | Correspond via email with Brad Knapp concerning the lift-stay proceedings and the competing orders for resolving the matter (0.2). (NO CHARGE) | WSB | 0.00 | 0.00 |
| 01/12/24 | Review various stay relief proposed order drafts (0.5); prepare for stay relief hearing (0.1). | BCK | 0.60 | 360.00 |
| 01/12/24 | Work on lift stay motion order and confer with state court counsel regarding the same (0.7) | OFK | 0.70 | 420.00 |
| 01/15/24 | Multiple emails regarding lift stay order form and prepare for lift stay hearing (0.9) Correspond with state court counsel regarding the same. (0.6) | OFK | 1.50 | 900.00 |
| 01/15/24 | Correspondence with state court counsel regarding stay relief hearing. | BCK | 0.10 | 60.00 |

| **B140 Relief from Stay/Adequate Protection Proceedings** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/16/24 | Conference with Debtor's counsel regarding stay relief issues (0.5); conferences with state court counsel regarding stay relief matters (0.8); review various revised stay relief orders (0.5); attend hearing regarding stay relief (1.6). | BCK | 3.40 | 2,040.00 |
| 01/16/24 | Call from SG/BW regarding lift stay order (0.3) Host state court counsel to discuss lift stay competing orders with state court counsel (1.0) | OFK | 1.30 | 780.00 |
| 01/16/24 | Correspond regarding the same with state court counsel and prepare for lift stay hearing. | OFK | 0.60 | 360.00 |
| 01/17/24 | Analysis of stay relief order revisions following hearing. | BCK | 0.40 | 240.00 |
| 01/22/24 | Conference with state court counsel regarding stay relief status. | BCK | 0.40 | 240.00 |
| 01/22/24 | Correspond with state court counsel on UCC agenda and lift stay order (0.5) Set up and participate in call on form of order with state court team (0.7) | OFK | 1.20 | 720.00 |
| 01/24/24 | Revise proposed order for stay relief (0.2); review additional revisions to stay relief order (0.4). | BCK | 0.60 | 360.00 |
| | | | **14.00** | **$8,400.00** |

| **B150 Meetings & Communications with Creditors** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/02/24 | Correspond regarding UCC meeting/agenda. (0.2) | OFK | 0.20 | 120.00 |
| 01/02/24 | Conferences with multiple pro se claimants regarding case status and next steps (0.7); correspondence with Committee regarding case status (0.1); correspondence with pro se claimant regarding case status (0.1). | BCK | 0.90 | 540.00 |
| 01/02/24 | Multiple email correspondences with the bankruptcy counsel team regarding this month's Committee meeting and related matters. | WSB | 0.20 | 120.00 |
| 01/03/24 | Review with Brad Knapp various issues related to the proposed agenda for next week's Committee meeting. | WSB | 0.30 | 180.00 |
| 01/04/24 | Correspondence with pro se survivor regarding case status. | BCK | 0.20 | 120.00 |
| 01/09/24 | Conference with pro se survivor claimant regarding case status (0.4); correspondence with pro se survivor claimant regarding case status (0.1). | BCK | 0.50 | 300.00 |
| 01/09/24 | Prepare for today's Committee meeting by reviewing the pending real estate transactions and other matters (0.1); attend a portion of today's Committee meeting to address multiple issues, including the pending real estate transactions and the mediation status (1.3). | WSB | 1.40 | 840.00 |
| 01/09/24 | Prepare for and participate in UCC committee call and present updates to Committee on real estate and asset search info (1.7) | OFK | 1.70 | 1,020.00 |
| 01/16/24 | Conference with pro se survivor regarding case status (0.4); correspondence with different pro se survivor regarding case status (0.1); correspondence with Committee regarding meeting (0.1). | BCK | 0.60 | 360.00 |
| 01/17/24 | Conferences with pro se claimant regarding case status. | BCK | 0.70 | 420.00 |
| 01/17/24 | Correspond with ANO claimant regarding case status questions / claim value (0.7) | OFK | 0.70 | 420.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 7

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/18/24 | Correspond with state court counsel on claims issues / plan provisions (0.5) | OFK | 0.50 | 300.00 |
| 01/18/24 | Analysis of upcoming Committee meetings and action items for Committee consideration. | BCK | 0.50 | 300.00 |
| 01/18/24 | Evaluate the draft presentation for the Committee regarding Chapter 11 plan-process issues (0.6); begin reviewing the proposed plan-process presentation (0.2). | WSB | 0.80 | 480.00 |
| 01/19/24 | Draft, edit, and revise the proposed presentation for the Committee regarding the Chapter 11 plan process. | WSB | 2.00 | 1,200.00 |
| 01/19/24 | Conference with state court counsel for claimant regarding case status. | BCK | 0.20 | 120.00 |
| 01/19/24 | Participate in state court counsel status call (0.5) | OFK | 0.50 | 300.00 |
| 01/22/24 | Further draft, edit, and revise the Plan process presentation for the Committee (4.5); correspond via email with Brad Knapp about these matters (0.2); further edit and revise the presentation (1.1). | WSB | 5.80 | 3,480.00 |
| 01/22/24 | Draft substantive case update for Committee (0.5); review revised Committee presentation for upcoming meetings (0.3); conference with pro se claimant regarding case status (0.3); correspondence with pro se claimant regarding case status (0.2). | BCK | 1.30 | 780.00 |
| 01/23/24 | Further draft, edit, and revise the written presentation to the Committee regarding the pending plan process (3.8--1.0 NO CHARGE); begin preparing for the presentation (0.8); further edit and revise the written presentation (0.3). | WSB | 3.90 | 2,340.00 |
| 01/23/24 | Correspondence with multiple pro se survivors regarding case status. | BCK | 0.30 | 180.00 |
| 01/24/24 | Conference with pro se claimant regarding case background (0.3); correspondence with multiple pro se claimants regarding case status (0.3). | BCK | 0.60 | 360.00 |
| 01/24/24 | Further draft, edit, and revise the presentation for the Committee on the Chapter 11 plan process (6.5); analyze with Brad Knapp various issues related to this proposed presentation, including the format of the presentation (0.4). | WSB | 6.90 | 4,140.00 |
| 01/25/24 | Revise presentation for upcoming Committee meeting regarding plan process (0.4); correspond via email with Steven Bryant regarding the presentation (0.1). | BCK | 0.50 | 300.00 |
| 01/26/24 | Revise Committee presentation materials related to plan process. | BCK | 0.90 | 540.00 |
| 01/26/24 | Conference with pro se survivor regarding case status. | BCK | 0.40 | 240.00 |
| 01/26/24 | Multiple email correspondences with the bankruptcy counsel team regarding the proposed revisions to the Committee presentation. | WSB | 0.30 | 180.00 |
| 01/29/24 | Conference with pro se claimant regarding case status (0.3); draft agenda for Committee (0.2). | BCK | 0.50 | 300.00 |
| 01/29/24 | Review issues related to the Chapter 11 plan presentation with Brad Knapp (0.5); correspond via email with the bankruptcy counsel team about the format of the proposed presentation (0.2). | WSB | 0.70 | 420.00 |
| 01/30/24 | Attend this week's Committee meeting and address various outstanding issues (1.0); correspond via email with Andy Caine and Brad Knapp regarding next week's Chapter 11 presentation (0.2). | WSB | 1.20 | 720.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 8

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/30/24 | Work on UCC meeting agenda (0.1) Prepare for and report to UCC members on mediation, real estate and lift stay issues (1.2) | OFK | 1.30 | 780.00 |
| 01/31/24 | Correspondence with pro se survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| | | | **36.60** | **$21,960.00** |

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/04/24 | Draft, edit, and revise the Locke Lord monthly fee statement. | WSB | 4.00 | 2,400.00 |
| 01/12/24 | Draft, edit, and revise the Locke Lord monthly fee statement (1.6); begin drafting the Actuarial Value monthly fee statement (0.3). | WSB | 1.90 | 1,140.00 |
| 01/15/24 | Draft, edit, and revise the monthly fee statement for Actuarial Value (0.7); draft, edit, and revise the monthly fee statement for Stegall Benton (0.1); correspond via email with Robert Campbell at Actuarial Value regarding this month's fee statement (0.1); further edit and revise Locke Lord's monthly fee statement (0.2). | WSB | 1.10 | 660.00 |
| 01/16/24 | Further draft, edit, and revise the Locke Lord monthly fee statement (1.1 NO CHARGE); edit and revise the Actuarial Value monthly fee statement (0.3); send email correspondence to Pat Moody (the Committee chair) regarding these monthly fee statements (0.2); edit and revise the Zobrio monthly fee statement (0.1); further edit and revise the Locke Lord monthly fee statement (0.2). | WSB | 0.80 | 480.00 |
| | | | **7.80** | **$4,680.00** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/23/24 | Prepare for today's conference call with the Debtor and McEnery group to address various outstanding real estate transactions (0.5); correspond via email with Rick Kuebel in advance of this call (0.2); attend today's conference call with the Debtor and McEnery (1.3). | WSB | 2.00 | 1,200.00 |
| 01/25/24 | Correspond via email with Rick Kuebel and counsel for the Commercial Committee regarding developments related to the proposed real estate transactions. | WSB | 0.30 | 180.00 |
| 01/29/24 | Correspond and send email to Lee Egan on Hope Haven real estate. (0.4) Work on real estate transaction review (0.3) Prepare for and participate in real estate transition review / update to TMC. (0.7) | OFK | 1.40 | 840.00 |
| | | | **3.70** | **$2,220.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/26/24 | Review additional motion for leave to file late-filed claim. | BCK | 0.10 | 60.00 |
| | | | **0.10** | **$60.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/24 | Receipt and review of state court counsel email on mediation issues and reply to the same (0.6) | OFK | 0.60 | 360.00 |
| 01/03/24 | Analysis of upcoming agenda items for Committee meetings related to plan mediation. | BCK | 0.30 | 180.00 |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/05/24 | Conference with counsel for Debtor regarding next steps in plan mediation process (0.6); analysis of potential additional mediator options (0.3). | BCK | 0.90 | 540.00 |
| 01/05/24 | Correspond on plan mediation issues with Debtor and co-counsel (0.6) | OFK | 0.60 | 360.00 |
| 01/08/24 | Conference with R. Kuebel related to Contra Non Valentum issues (.5). Review recent case law related to application of contra non valentum to abuse claims (2.0). | PCL | 2.50 | 1,500.00 |
| 01/08/24 | Conference with Committee team regarding mediator selection options for plan mediation (0.6); analysis of additional asset analysis issues for plan mediation (0.2). | BCK | 0.80 | 480.00 |
| 01/08/24 | Team call on plan/mediation issues. (0.9) | OFK | 0.90 | 540.00 |
| 01/09/24 | Analysis of next steps for plan mediation and additional mediator selection. | BCK | 0.60 | 360.00 |
| 01/09/24 | Meet with the bankruptcy counsel team to address various issues related to the plan-mediation process and other matters. | WSB | 0.70 | 420.00 |
| 01/11/24 | Correspond via email with the Committee's bankruptcy counsel team about the mediation status and the new proposed mediators as well as various other issues. | WSB | 0.40 | 240.00 |
| 01/12/24 | Correspond via email with the bankruptcy counsel team regarding the status of the insurer Rule 2004 motion and related matters. | WSB | 0.20 | 120.00 |
| 01/16/24 | Multiple calls with state court counsel on mediation issues. | OFK | 1.10 | 660.00 |
| 01/17/24 | Correspond /call with state court counsel regarding mediation call / process (0.5) | OFK | 0.50 | 300.00 |
| 01/17/24 | Analysis of mediator issues for plan mediation. | BCK | 0.30 | 180.00 |
| 01/18/24 | Conference with potential additional mediator regarding next steps in mediation process (0.5); analysis of mediation strategy with additional mediator (0.3). | BCK | 0.80 | 480.00 |
| 01/18/24 | Prepare for and participate in mediation call (0.7) | OFK | 0.70 | 420.00 |
| 01/19/24 | Prepare Committee meeting materials for upcoming plan mediation preparation session. | BCK | 1.20 | 720.00 |
| 01/22/24 | Conference with state court counsel regarding mediator issues (0.2); analysis of constitutionality issues related to plan mediation and claims analysis (1.1). | BCK | 1.30 | 780.00 |
| 01/22/24 | Correspond with state court counsel team regarding the selection of John Perry as a joint mediator (0.4) | OFK | 0.40 | 240.00 |
| 01/23/24 | Call with Mr. Stang on mediation issues (0.5) Call with John Perry on mediation process / meeting (0.6) Correspond on co-mediation meeting. (0.4) | OFK | 1.50 | 900.00 |
| 01/23/24 | Conference with Debtor's counsel regarding next steps in mediation process and mediator selection (0.4); review draft motion to appoint additional mediator (0.3); conferences with state court counsel regarding mediation issues (0.3); analysis of constitutionality argument for plan mediation (1.4). | BCK | 2.40 | 1,440.00 |
| 01/24/24 | Call with Mr. Stang on mediation issues (0.7) Correspond with state court counsel on mediation issues. (0.4) | OFK | 1.10 | 660.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/24/24 | Correspond with mediation on scheduling (0.4) | OFK | 0.40 | 240.00 |
| 01/24/24 | Begin assembling materials for upcoming information meeting with J. Perry for plan mediation. | BCK | 1.20 | 720.00 |
| 01/26/24 | Conference with R. Kuebel related to prescription issues prior to upcoming mediation (.5). Conduct additional research related to prescription issues and potential tolling and waiving of the same. (2.0) | PCL | 2.50 | 1,500.00 |
| 01/29/24 | Review mediation motion and discuss with S. Bryant (0.3) Correspond on mediator retention and intro meeting with UCC (0.8) Prepare for presentation to mediator and correspond with BRG regarding the same (1.0) | OFK | 2.10 | 1,260.00 |
| 01/30/24 | Prepare for initial mediation session with John Perry (1.3) Call with Mr. Stang regarding the same (0.4) | OFK | 1.70 | 1,020.00 |
| 01/30/24 | Conference with Debtor's counsel regarding next steps in mediation process (0.5); review draft materials for J. Perry mediation session (1.2); coordinate J. Perry mediation session (0.3); attend Committee meeting regarding upcoming mediation process (1.0); review additional document production related to plan process (1.4); continue preparing for mediation session (1.7). | BCK | 6.10 | 3,660.00 |
| 01/31/24 | Review with Rick Kuebel various issues presented by the draft Motion to Approve William Perry as mediator (0.4); edit and revise the Motion (0.5); forward the revised Motion to the bankruptcy counsel team for their review and comment (0.2). | WSB | 1.10 | 660.00 |
| 01/31/24 | Prepare for and participate initial UCC meeting with John Perry and provide case overview based on case filings (4.2) follow-up work on mediation motion and order (0.2) Correspond on joint mediation order (0.4) | OFK | 4.80 | 2,880.00 |
| 01/31/24 | Continue reviewing materials for J. Perry mediation session (1.4); attend meetings with J. Perry to provide case background for mediation process (4.2). | BCK | 5.60 | 3,360.00 |
| | | | 45.30 | $27,180.00 |

**TOTAL FEES**          **$89,962.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.80 | $480.00 |
| O. F. Kuebel | Partner | $600.00 | 1.90 | $1,140.00 |
| W.S. Bryant | Partner | $600.00 | 0.50 | $300.00 |
| A. St. Mary | Paralegal | $225.00 | 1.70 | $382.50 |
| | | | 4.90 | $2,302.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: February 29, 2024
Invoice No.: 1846819
Page: 11

### B120    Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| J. M. Cerise | Partner | $600.00 | 0.40 | $240.00 |
| O. F. Kuebel | Partner | $600.00 | 2.60 | $1,560.00 |
| W.S. Bryant | Partner | $600.00 | 11.40 | $6,840.00 |
| | | | **14.40** | **$8,640.00** |

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 9.60 | $5,760.00 |
| W.S. Bryant | Partner | $600.00 | 14.60 | $8,760.00 |
| | | | **24.20** | **$14,520.00** |

### B140    Relief from Stay/Adequate Protection Proceedings

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.10 | $3,660.00 |
| O. F. Kuebel | Partner | $600.00 | 7.50 | $4,500.00 |
| W.S. Bryant | Partner | $600.00 | 0.40 | $240.00 |
| | | | **14.00** | **$8,400.00** |

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 8.20 | $4,920.00 |
| O. F. Kuebel | Partner | $600.00 | 4.90 | $2,940.00 |
| W.S. Bryant | Partner | $600.00 | 23.50 | $14,100.00 |
| | | | **36.60** | **$21,960.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 7.80 | $4,680.00 |
| | | | **7.80** | **$4,680.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.40 | $840.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: February 29, 2024
Invoice No.:  1846819
Page:  12

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 2.30 | $1,380.00 |
| | | | **3.70** | **$2,220.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.10 | $60.00 |
| | | | **0.10** | **$60.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 21.50 | $12,900.00 |
| O. F. Kuebel | Partner | $600.00 | 16.40 | $9,840.00 |
| P.C. Lambert | Partner | $600.00 | 5.00 | $3,000.00 |
| W.S. Bryant | Partner | $600.00 | 2.40 | $1,440.00 |
| | | | **45.30** | **$27,180.00** |

## TIMEKEEPER SUMMARY TOTALS                    151.00    $89,962.50

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 0.87 |
| | PACER Online Research | 1.20 |
| | TOTAL EXPENSES | $2.07 |

TOTAL FEES                                                                         $89,962.50

TOTAL EXPENSES                                                                  $2.07

**TOTAL FEES AND EXPENSES**                                        **$89,964.57**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

136609176v.1

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: February 29, 2024
Invoice No.:  1846819
Page:  13

Dallas, Texas 75391-1541

Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

136609176v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

February 29, 2024
Invoice No.:  1846819

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through January 31, 2024

      File Number:  0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees  ...................................................................................................................................... $89,962.50

Total Expenses ................................................................................................................................ $2.07

Total Due this Statement.................................................................................................................. $89,964.57

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

# EXHIBIT 1-4

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. [1] | Chapter 11 |
| | Objection Deadline: April 11, 2024 |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2024 through February 29, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4.     A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $4,898,843.69.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2024 to February 29, 2024 | |
|---|---|
| Fees (at standard rates): | $134,803.50 |
| (Reduction due to reduced rates) | ($52,416.00) |
| (Further voluntary reductions) | ($180.00) |
| Fees (After all reductions): | $82,207.50 |
| Disbursements | $1,217.38 |
| **Total** | **$83,424.88** |

## VOLUNTARY REDUCTIONS

9.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $180.00 and 0.30 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.    In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 11, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$66,983.38**. This figure consists of (a) $65,766.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $82,207.50 for the Statement Period, and (b) $1,217.38 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: March 28, 2024.                              Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

# EXHIBIT A

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 1.90 | $952.50 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 11.10 | $6,660.00 |
| **B130** | ASSET DISPOSITION | 27.40 | $15,802.50 |
| **B140** | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 4.20 | $2,520.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 15.20 | $9,120.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 3.30 | $1,980.00 |
| **B190** | OTHER CONTESTED MATTERS | 12.50 | $7,500.00 |
| **B220** | EMPLOYEE BENEFITS/PENSIONS | 0.70 | $420.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 6.40 | $1,852.50 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 59.00 | $35,400.00 |
| | **TOTAL FEES SOUGHT =** | **141.70** | **$82,207.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 39.8 | $600.00 | $23,880.00 |
| BCK | Knapp, Brad C. | Partner | 29.9 | $600.00 | $17,940.00 |
| WSB | Bryant, W. Steven | Partner | 53.8 | $600.00 | $32,280.00 |
| PCL | Peyton C. Lambert | Partner | 10.2 | $600.00 | $6,120.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.5 | $600.00 | $300.00 |
| AS | St. Mary, Amanda P | Paralegal | 7.5 | $225.00 | $1,687.50 |
| | | | | | |
| | **TOTALS =** | | **141.70** | | **$82,207.50** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | PACER Online Research | 1.50 |
| | Outside Printing | 1,022.94 |
| 02/06/24 | Arbitrators/Mediators 1326371, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, Archdiocese of New Orleans - Perry Meeting: Attendees: Rick Kuebel, Patricia Moody, Brittany Wolf Freedman, Jerry Meunier, John Perry, Jonathan Perry, Soren Gisleson, Johnny Denenea and Brad Knapp | 192.94 |
| | **TOTAL EXPENSES** | **$1,217.38** |

## EXHIBIT D



# Locke Lord LLP
### Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

March 19, 2024
Invoice No.: 1850409

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 29, 2024 —— $83,424.88

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/24 | Update calendar to reflect omnibus hearing dates and related deadlines. | AS | 0.50 | 112.50 |
| 02/06/24 | Prepare for and participate in weekly standing call with the Debtor's counsel (0.5). | OFK | 0.50 | 300.00 |
| 02/27/24 | Prepare for and participate in weekly standing ANO call. | OFK | 0.90 | 540.00 |
| | | | **1.90** | **$952.50** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/24 | Further correspond via email with counsel for the Debtor and the Commercial Committee about the proposed tolling agreement documents (0.4); review the motion to expedite prepared by the Commercial Committee (0.1). | WSB | 0.50 | 300.00 |
| 02/02/24 | Correspond via email with the Commercial Committee counsel about the tolling agreement extension for Our Lady of Wisdom Facility Corporation and Château de Notre Dame Facilities Corporation (0.1); review the proposed motion to expedite the motion to approve the Apostolate extension agreement (0.5). | WSB | 0.60 | 360.00 |
| 02/05/24 | Prepare brief analysis of the potential avoidance liability of Château de Notre Dame Facilities Corporation and Our Lady of Wisdom Facility Corporation based on BRG's analysis (0.5); forward that brief analysis to the Commercial Committee counsel with an explanatory email (0.6); further correspond via email with the Commercial Committee about this matter (0.2). | WSB | 1.30 | 780.00 |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

136828020v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 2

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/06/24 | Correspond via email with the Commercial Committee regarding the Tolling Agreement extensions (0.2); attend conference call with Brooke Altazan and Will Robbins, counsel for the Commercial Committee, to address the outstanding Tolling Agreements and related matters (0.6); correspond via email with the bankruptcy counsel team regarding this matter (0.2) | WSB | 1.00 | 600.00 |
| 02/07/24 | Review the underlying Debtor transaction records to determine the scope of prepetition avoidance action claims against Château de Notre Dame Facilities Corporation and Our Lady of Wisdom Facility Corporation (0.5); examine the same records and documentation in connection with Second Harvest Food Bank (0.5); draft email summarizing the scope of these claims and forward to the Commercial Committee counsel for their analysis (0.6); correspond via email with Paul Shields at BRG about these issues (0.2). | WSB | 1.80 | 1,080.00 |
| 02/08/24 | Multiple email correspondences with Pat Moody regarding the execution of certain third-party tolling agreement extensions (0.4); forward the executed signature pages on these tolling agreement extensions to the Commercial Committee for their review (0.3); review the proposed changes to another third-party tolling agreement and correspond via email with Brooke Altazan regarding this matter (0.2); further correspond via email about the status of the Apostolate tolling extension (0.3). | WSB | 1.20 | 720.00 |
| 02/15/24 | Correspond via email with Rick Kuebel regarding the Second Harvest tolling extension. | WSB | 0.20 | 120.00 |
| 02/19/24 | Telephone meeting with Brooke Altazan to discuss the status of the third-party tolling agreements and the Apostolate tolling agreement. | WSB | 0.40 | 240.00 |
| 02/20/24 | Draft email to the bankruptcy counsel team summarizing the status of the tolling agreement extensions, including the Apostolate extension (0.3); further review the revised motion and proposed order to approve the Apostolate tolling extension (0.2); correspond via email with the Debtor and the Commercial Committee about the status of Second Harvest and the Apostolate extension (0.4); further correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 1.00 | 600.00 |
| 02/21/24 | Review the further revised Apostolate extension motion, proposed order, and motion to expedite (0.3); correspond via email with the bankruptcy counsel team regarding the status of these matters (0.1); multiple email correspondences with the Commercial Committee and the Debtor regarding these motions (0.2); provide a copy of the Apostolate tolling agreement to the Committee chair for her execution along with a further explanation (0.2); forward two additional third-party extension agreements to the Committee chair (0.1); review additional revisions and changes to the motions (0.2); further correspond with the Debtor and the Commercial Committee regarding these changes (0.1). | WSB | 1.20 | 720.00 |
| 02/22/24 | Multiple email correspondences with Pat Moody, Committee chair, regarding the execution of the second Apostolate tolling extension (0.4); correspond via email with the Debtor and the Commercial Committee regarding the filing of the motion to approve the extension (0.2); review the executed Apostolate tolling extension and provide it to the Debtor and the Commercial Committee for filing to accompany the filed motion (0.1); review the filed motion and the Court's order setting a hearing on it (0.2). | WSB | 0.90 | 540.00 |
| 02/26/24 | Correspond on tolling agreement. (0.2) | OFK | 0.20 | 120.00 |

**B120 Asset Analysis and Recovery**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/26/24 | Multiple email correspondences with the Debtor and the Commercial Committee regarding the execution of further third-party tolling agreements (0.4); provide executed copies of the tolling-agreement extensions for Guillory Sheet Metal Works and the Louisiana Conference of Catholic Bishops to the Debtor and the Commercial Committee (0.2); correspond via email with Pat Moody regarding the tolling-agreement extensions for FL + WB Architects and St. Joseph Abbey and Seminary College (0.2). | WSB | 0.80 | 480.00 |
| | | | **11.10** | **$6,660.00** |

**B130 Asset Disposition**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/24 | Multiple emails on real estate sales issues - Dauphine, Canal Street and Hope Haven, among others (0.8) | OFK | 0.80 | 480.00 |
| 02/01/24 | Multiple email correspondences with the bankruptcy counsel team about the status of the real estate transactions (0.2); correspond via email with Will Robbins, counsel for the Commercial Committee, about the optimal procedures for the sale of real estate (0.3). | WSB | 0.50 | 300.00 |
| 02/02/24 | Correspond via email with the bankruptcy counsel team regarding the status of the proposed real property transactions (0.3); begin drafting brief summary to the Committee regarding these developments (0.3). | WSB | 0.60 | 360.00 |
| 02/02/24 | Multiple correspondence on real estate sale issues including Dauphine PSA termination, Canal Street sale and Hope Haven site. (0.6) | OFK | 0.60 | 360.00 |
| 02/05/24 | Begin reviewing the proposed revisions to the Debtor's sale motion provided by the Commercial Committee (0.6); correspond via email with the Commercial Committee's counsel about these revisions (0.2). | WSB | 0.80 | 480.00 |
| 02/06/24 | Correspond via email with the bankruptcy counsel team regarding the status of the real-estate transactions (0.2); correspond via email with the Commercial Committee counsel regarding these matters (0.3); review and revise the draft motion to sell prepared by the Debtor and revised by the Commercial Committee (1.5). | WSB | 2.00 | 1,200.00 |
| 02/06/24 | Correspond via email with the Committee regarding various real estate issues and pending offers. (0.5) | OFK | 0.50 | 300.00 |
| 02/07/24 | Draft, edit, and revise the Debtor's proposed motion to sell real estate properties (2.3); correspond via email with the bankruptcy counsel team about the status of these sales and proposed sale procedures (0.3); further edit and revise the Motion (0.6). | WSB | 3.20 | 1,920.00 |
| 02/08/24 | Further edit and revise the proposed sale motion and procedures (0.5); correspond via email with the bankruptcy counsel team about the proposed procedures and revised sale motion (0.5); begin drafting email to the Commercial Committee about this matter (0.1). | WSB | 1.10 | 660.00 |
| 02/08/24 | Analysis of revised sale procedures. | BCK | 0.40 | 240.00 |
| 02/09/24 | Correspond via email with the bankruptcy counsel team regarding the proposed revisions to the Debtor's proposed sale motion. | WSB | 0.30 | 180.00 |
| 02/14/24 | Work on comments to real estate sale motion and revise the same. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 4

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/15/24 | Correspond regarding real estate sale motion inserts with UCC (0.3) Prepare for and participate in call with Commercial Committee on real estate sale process motion (0.7) | OFK | 1.00 | 600.00 |
| 02/15/24 | Extended conference with the Commercial Committee's counsel regarding the Debtor's proposed sale motion and related issues (1.0); draft, edit, and revise the proposed sale motion (1.7). | WSB | 2.70 | 1,620.00 |
| 02/19/24 | Draft, edit, and revise the Motion to Sell the real estate at 1941 Dauphine Street (3.8); draft, edit, and revise the proposed order on the Motion to Sell (0.6); further edit and revise the Motion (0.6). | WSB | 5.00 | 3,000.00 |
| 02/20/24 | Draft, edit, and revise the Motion to Sell real property to incorporate additional, limited bid procedures (1.7); draft the proposed order to incorporate bid procedures (0.4). | WSB | 2.10 | 1,260.00 |
| 02/21/24 | Multiple email correspondences with the Commercial Committee regarding the Debtor's proposed Canal street transaction (0.3); correspond via email with Rick Kuebel regarding this transaction and related issues (0.2). | WSB | 0.50 | 300.00 |
| 02/22/24 | Telephone meeting with Will Robbins and Brooke Altazan, counsel for the Commercial Committee, regarding the proposed purchase of the Canal Street property (0.5); multiple email correspondences with Rick Kuebel regarding the advantages and disadvantages of this transaction and related matters (0.3). | WSB | 0.80 | 480.00 |
| 02/22/24 | Review documents related to NDHS sale to address inquiry from state court counsel. | BCK | 0.30 | 180.00 |
| 02/22/24 | Upload NDHS/SAG Transactions documents to database for counsel's review. | AS | 1.70 | 382.50 |
| 02/22/24 | Emails regarding real estate PSA/Motion Canal street (0.4) | OFK | 0.40 | 240.00 |
| 02/23/24 | Correspond on real estate purchase and sale agreement and the proposed sale of the Canal Street property (0.5) | OFK | 0.50 | 300.00 |
| 02/27/24 | Multiple email correspondences with the Commercial Committee regarding the 3200 Canal Street sale (0.3); correspond via email with the Debtor's counsel scheduling a meeting for Thursday to discuss this transaction (0.1). | WSB | 0.40 | 240.00 |
| 02/29/24 | Prepare for and participate in call regarding Canal Street sale. (0.8) | OFK | 0.80 | 480.00 |
| | | | **27.40** | **$15,802.50** |

| | **B140 Relief from Stay/Adequate Protection Proceedings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/19/24 | Conference with state court counsel regarding stay relief issues. | BCK | 0.20 | 120.00 |
| 02/20/24 | Conference with state court counsel regarding stay relief issues (0.6); review revised stay relief order (0.2). | BCK | 0.80 | 480.00 |
| 02/21/24 | Conferences with state court counsel regarding stipulation for stay relief (1.1); review revised stipulation (0.1). | BCK | 1.20 | 720.00 |
| 02/21/24 | Multiple correspondence with state court counsel on lift-stay hearing and the language of the proposed consent order. | OFK | 0.40 | 240.00 |
| 02/22/24 | Multiple correspondence regarding lift stay hearing and consent order with Brittany Wolf and co-counsel. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 5

| | **B140 Relief from Stay/Adequate Protection Proceedings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/22/24 | Review revisions to stay relief order (0.1); review correspondence among state court counsel and insurers regarding stay relief status (0.1). | BCK | 0.20 | 120.00 |
| 02/23/24 | Correspondence with state court counsel regarding stay relief issues. | BCK | 0.40 | 240.00 |
| 02/26/24 | Conference with state court counsel regarding stay relief order and next steps in addressing window statute rights. | BCK | 0.60 | 360.00 |
| | | | 4.20 | $2,520.00 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/24 | Continue preparing for Committee meeting regarding plan mediation issues (0.2); meet with Steve Bryant and Andy Caine to prepare for the Committee meeting regarding plan confirmation issues (0.6). | BCK | 0.80 | 480.00 |
| 02/01/24 | Work on mediation / post meeting correspondence with clients. (0.4) Discuss same with Gerry M. (0.3) | OFK | 0.70 | 420.00 |
| 02/01/24 | Conference with pro se claimant regarding contact information update and case status. | BCK | 0.30 | 180.00 |
| 02/01/24 | Meet with Andy Caine and Brad Knapp to prepare for next week's Chapter 11 plan presentation to the Committee (0.6); address issues arising during the meeting and further revise the presentation (0.3). | WSB | 0.90 | 540.00 |
| 02/02/24 | Multiple email correspondences with the bankruptcy counsel team about the format and pacing of the Chapter 11 plan presentation (0.4); continue preparing for the presentation (0.3). | WSB | 0.70 | 420.00 |
| 02/02/24 | Revise materials for Committee meeting regarding plan confirmation (0.5); correspondence with Committee regarding upcoming meeting (0.1); | BCK | 0.60 | 360.00 |
| 02/05/24 | Prepare for tomorrow's Chapter 11 plan presentation and address various outstanding matters (0.5); correspond via email with Brad Knapp and Jim Stang about the format of the presentation and other matters (0.4); further correspond via email with Mr. Knapp and Mr. Stang about the presentation (0.2). | WSB | 1.10 | 660.00 |
| 02/05/24 | Continue preparing for upcoming Committee meeting regarding plan process (0.4); continued analysis of recent document productions (0.5). | BCK | 0.90 | 540.00 |
| 02/06/24 | Draft brief update to the Committee regarding the status of the real-estate transactions (0.3); prepare for today's presentation to the Committee regarding the Chapter 11 plan-confirmation process (0.5); attend today's meeting with the Committee to describe the Chapter 11 plan process in detail (1.2). | WSB | 2.00 | 1,200.00 |
| 02/06/24 | Attend Committee meeting related to plan-confirmation issues. | BCK | 1.20 | 720.00 |
| 02/06/24 | Prepare for and present report to UCC at UCC meeting. (1.2) | OFK | 1.20 | 720.00 |
| 02/12/24 | Conferences with multiple pro se survivor claimants regarding case status (0.6); correspondence with pro se claimant regarding case status (0.2). | BCK | 0.80 | 480.00 |
| 02/19/24 | Prepare agenda for Committee meeting (0.2); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 6

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/20/24 | Prepare for today's Committee meeting by reviewing and commenting on the agenda (0.1); attend today's standing Committee meeting (1.2). | WSB | 1.30 | 780.00 |
| 02/20/24 | Prepare for and report to UCC members at Committee meeting (1.1) Call to Mr. Arata regarding case status and claim access request by insurer. (0.4) | OFK | 1.50 | 900.00 |
| 02/26/24 | Conference with pro se survivor regarding case status (0.2); correspondence with Committee regarding case status (0.1); correspondence with pro se survivor regarding case status (0.1). | BCK | 0.40 | 240.00 |
| 02/27/24 | Conference with pro se survivor regarding case status (0.2); correspondence with pro se survivor regarding case status (0.1). | BCK | 0.30 | 180.00 |
| 02/29/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| | | | **15.20** | **$9,120.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/28/24 | Draft, edit, and revise the monthly fee statement of Locke Lord. | WSB | 1.50 | 900.00 |
| 02/29/24 | Further draft, edit, and revise the Locke Lord monthly fee statement (1.6); draft, edit, and revise the Zobrio monthly fee statement (0.1); forward both monthly fee statements to the fee notice parties for their review and comment (0.1). | WSB | 1.80 | 1,080.00 |
| | | | **3.30** | **$1,980.00** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/15/24 | Call with Commercial Committee regarding Dundon protective-order issues (0.4) Receipt and review of Commercial Committee email regarding Dundon issues and forward to bankruptcy counsel team (0.3) Correspond with UCC co-counsel regarding Dundon issues (0.5) Correspond with BRG regarding Dundon issues (0.3) | OFK | 1.50 | 900.00 |
| 02/15/24 | Review correspondence regarding Commercial Committee protective order issue. | BCK | 0.20 | 120.00 |
| 02/16/24 | Correspond regarding Commercial Committee breach letter. | OFK | 0.40 | 240.00 |
| 02/19/24 | Continued review of correspondence and related documents associated with Dundon Advisors issue. | BCK | 0.60 | 360.00 |
| 02/19/24 | Multiple correspondence with Committee and counsel team regarding the Dundon protective-order violation. | OFK | 0.40 | 240.00 |
| 02/20/24 | Multiple correspondence regarding Commercial Committee's notice letter regarding the Dundon protective-order issue (0.6) | OFK | 0.60 | 360.00 |
| 02/21/24 | Multiple emails regarding the Commercial Committee disclosure about the Dundon protective-order breach. | OFK | 0.70 | 420.00 |
| 02/21/24 | Review updated information regarding Dundon Advisors protective order issue. | BCK | 0.20 | 120.00 |
| 02/22/24 | Correspondence and office conference regarding emergency request regarding confidentiality violation by Dundon Advisors. | PGE | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 7

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/22/24 | Review notice related to Dundon Advisors protective order issue (0.1); review order setting status conference (0.1); conference with certain state court counsel regarding Dundon issues (0.2); attend status conference (0.5); draft initial set of document and information requests related to protective order issue (0.2). | BCK | 1.10 | 660.00 |
| 02/22/24 | Multiple correspondence on Dundon Protective Order violation and work on additional information requests of Commercial Committee (Dundon). | OFK | 0.70 | 420.00 |
| 02/23/24 | (Dundon) Multiple correspondence, calls / emails regarding Dundon Protective Order breach and related information requests (0.8) Call with co-counsel regarding the same (0.4) | OFK | 1.20 | 720.00 |
| 02/23/24 | Correspond with state court counsel regarding Dundon protective-order questions (0.4) | OFK | 0.40 | 240.00 |
| 02/23/24 | Revise document and information requests to Dundon Advisors (0.2); correspondence with counsel for Commercial Committee and Dundon regarding information requests related to protective order issues (0.1). | BCK | 0.30 | 180.00 |
| 02/23/24 | Multiple email correspondences with the bankruptcy counsel team about the proposed questions to present to the Commercial Committee regarding the Dundon breach of the protective order. | WSB | 0.50 | 300.00 |
| 02/26/24 | (Dundon) Work on email to CC (0.3) (Dundon) Correspond with UST regarding call / process (0.2) | OFK | 0.50 | 300.00 |
| 02/26/24 | Correspond via email with the U.S. Trustee's office regarding the Dundon protective order violation (0.2) | OFK | 0.20 | 120.00 |
| 02/26/24 | Conference with W. Robbins regarding Dundon protective order issues (0.1); continued analysis of Dundon issues and next steps in inquiry (0.2). | BCK | 0.30 | 180.00 |
| 02/28/24 | Correspondence among counsel and Office of the United States Trustee regarding Dundon issues. | BCK | 0.10 | 60.00 |
| 02/28/24 | Multiple correspondence and call regarding Dundon PO issues. | OFK | 0.50 | 300.00 |
| 02/29/24 | Prepare for call with UST regarding Dundon (0.3);Follow-up correspondence and calls with Mr. Stewart and co-counsel (0.4); Emails from Mr. Giselson regarding the same (0.3) | OFK | 1.00 | 600.00 |
| 02/29/24 | Conference with US Trustee counsel regarding Dundon issues and next steps (0.3); analysis of Committee information needs and next steps for addressing concerns (0.3). | BCK | 0.60 | 360.00 |
| | | | **12.50** | **$7,500.00** |

| | **B220 Employee Benefits/Pensions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/26/24 | Review most recent information regarding ANO pension issues (0.2); conference with W. Robbins regarding pensions (0.2); correspondence with pension advisors regarding latest analysis (0.1). | BCK | 0.50 | 300.00 |
| 02/27/24 | Correspondence with pension advisors regarding pension analysis status. | BCK | 0.20 | 120.00 |
| | | | **0.70** | **$420.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 8

| **B310 Claims Administration and Objections** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/24 | Review additional motion for late filed claim (0.2); correspondence with counsel for additional claimant (0.1). | BCK | 0.30 | 180.00 |
| 02/19/24 | Review additional late filed claim motions. | BCK | 0.20 | 120.00 |
| 02/19/24 | Review motion to approve late-filed claims filed by Arata law firm (0.2); forwarding same to B. Knapp for review (0.1). | AS | 0.30 | 67.50 |
| 02/20/24 | Review and analyze multiple late-filed claims motions (2.0); revise and update the claims summary (0.5). | AS | 2.50 | 562.50 |
| 02/21/24 | Continue reviewing additional late-filed claims (1.8); further edit and update the claims summary. | AS | 2.50 | 562.50 |
| 02/26/24 | Review additional motion to submit late filed claim. | BCK | 0.10 | 60.00 |
| 02/27/24 | Review additional motion to submit late filed claim. | BCK | 0.10 | 60.00 |
| 02/28/24 | Review multiple additional motions to submit late claims. | BCK | 0.30 | 180.00 |
| 02/29/24 | Review amended motion to submit late filed proof of claim. | BCK | 0.10 | 60.00 |
| | | | **6.40** | **$1,852.50** |

| **B320 Plan and Disclosure Statement** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/01/24 | Multiple email correspondences with the bankruptcy counsel team about the revised mediator motion (0.5); further edit and revise the mediator motion (0.4); further correspond via email with Andy Caine about the mediator motion (0.1). | WSB | 1.00 | 600.00 |
| 02/01/24 | Review mediator retention motion and order (0.2); analysis of potential revisions to mediator motion (0.2). | BCK | 0.40 | 240.00 |
| 02/05/24 | Review and analyze decision regarding solicitation and voting in the Boy Scouts' Chapter 11 cases that may impact the processes in the ANO case. | WSB | 0.50 | 300.00 |
| 02/06/24 | Conference with Debtor's counsel about next steps in plan mediation process (0.6); correspondence with state court counsel regarding plan mediation (0.2). | BCK | 0.80 | 480.00 |
| 02/06/24 | Follow-up UCC call on mediation motion and related issues. (0.4) Multiple emails with John Perry and work on revisions to mediation motion (0.8) | OFK | 1.20 | 720.00 |
| 02/07/24 | Multiple correspondence / emails on mediation motion, Mr. Perry email and questions regarding scope of mediation including Travelers (0.7) | OFK | 0.70 | 420.00 |
| 02/08/24 | Call with D. Draper on mediation issues (0.1) Multiple correspondence / review and comment on mediation motion form (0.4) | OFK | 0.50 | 300.00 |
| 02/09/24 | Receipt and review of ANO mediation counter and correspond regarding the same with UCC co-counsel. | OFK | 0.60 | 360.00 |
| 02/09/24 | Analysis of Debtor settlement offer for plan process (0.2); correspondence with Committee chair regarding settlement offer (0.1). | BCK | 0.30 | 180.00 |
| 02/09/24 | Review the Debtor's mediation counter-offer (0.1); correspond via email with the bankruptcy counsel team regarding this matter (0.2). (NO CHARGE) | WSB | 0.00 | 0.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page:  9

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/12/24 | Analysis of next steps for settlement negotiations following Debtor counteroffer. | BCK | 0.90 | 540.00 |
| 02/12/24 | Correspond via email with the bankruptcy counsel team regarding the status of John Perry's retention motion and related matters (0.3); review with the bankruptcy counsel team the Debtor's response/counter to the Committee's offer and considering various matters in response (0.6). | WSB | 0.90 | 540.00 |
| 02/12/24 | Correspond regarding ANO mediation counter (0.4) Prepare for and participate in call with UCC counsel regarding mediation issue and correspond with Mr. Perez and co-counsel regarding the same (0.8) | OFK | 1.20 | 720.00 |
| 02/13/24 | Prepare for and participate in call with John Perry (1.1) Follow-up correspondence on mediator retention motion and John Perry call. (0.4) | OFK | 1.50 | 900.00 |
| 02/13/24 | Attend today's follow-up mediation session with John Perry to discuss the Debtor's counter-offer and related matters (1.1); meet with the bankruptcy counsel team to address various issues following the mediation session with Mr. Perry (0.4); edit and revise the proposed mediation order and mediation motion (0.3); forward the revised motion and order to the Debtor's counsel with comments regarding the proposed revisions (0.2). | WSB | 2.00 | 1,200.00 |
| 02/14/24 | Correspond via email with the Debtor's counsel regarding U.S. Fire Insurance's response to the Motion to Appoint a new mediator (0.2); correspond via email with the bankruptcy counsel team about these matters and the forthcoming mediation session with John Perry (0.3); correspond via email with Mr. Perry about the timing of the meeting (0.2); further correspond via email with the Debtor's counsel about these matters (0.3); review U.S. Fire Insurance's letter and correspond via email with the bankruptcy counsel team regarding potential responses (0.3). | WSB | 1.30 | 780.00 |
| 02/14/24 | Multiple correspondence regarding communications from insurers on mediation motion and objections to Perry retention. | OFK | 0.60 | 360.00 |
| 02/15/24 | Prepare for and participate in call with state court counsel on mediation issues and mediator motion. (0.8) | OFK | 0.80 | 480.00 |
| 02/15/24 | Multiple email correspondence with the bankruptcy counsel team about U.S. Fire Insurance Company's response to the Mediator Motion (0.3); further correspond via email regarding this matter (0.2). | WSB | 0.50 | 300.00 |
| 02/15/24 | Analysis of mediator retention issues. | BCK | 0.30 | 180.00 |
| 02/16/24 | Multiple correspondence regarding mediation motion and certain insurers' objections (0.3) Prepare for and participate in mediation status call with John Perry (1.1) Call with Mr. Stang on mediation offer / process issues (0.7) | OFK | 2.10 | 1,260.00 |
| 02/16/24 | Prepare for today's follow-up mediation session with John Perry (0.3); attend today's mediation session with Mr. Perry to address multiple outstanding issues (1.1); review critical matters with the bankruptcy counsel team following the mediation session (0.4); conduct limited research to determine potential responses to U.S. Fire Insurance's position regarding Mr. Perry's appointment (1.3); summarize the results of this research for the bankruptcy counsel team (0.6). | WSB | 3.70 | 2,220.00 |
| 02/16/24 | Call with Mark Mintz regarding mediation motion. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: March 19, 2024
Invoice No.:  1850409
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 02/19/24 | Multiple correspondence regarding insurer request to review Arata victim claims file with Lain Nasatir (0.7) Multiple correspondence on mediator retention motion. (0.5) | OFK | 1.20 | 720.00 |
| 02/19/24 | Review and analyze with Brad Knapp various issues related to the current mediation efforts with John Perry on key issues. | WSB | 0.50 | 300.00 |
| 02/19/24 | Analysis of mediator appointment and mediation next steps. | BCK | 1.10 | 660.00 |
| 02/20/24 | Review revised mediator retention motion (0.3); review mediator resume and CV materials (0.2); conference with Debtor regarding next steps in mediation process (0.8); attend Committee meeting regarding plan mediation status and next steps (1.0); analysis of claims information related to insurer information request (0.7). | BCK | 3.00 | 1,800.00 |
| 02/20/24 | Confer with the bankruptcy counsel team regarding the insurer objection to the motion to approve the new mediator and the motion to expedite (0.2); review the Court's order denying in part and granting the motion to expedite (0.2); analyze the Debtor's supplement to the motion to approve the mediator (0.2); correspond via email with the bankruptcy counsel team about the additional mediator information requested by the Court (0.3); further correspond via email with the Debtor's counsel about this matter (0.1). | WSB | 1.00 | 600.00 |
| 02/20/24 | Multiple emails regarding mediation motion and insurers' objections (0.4) | OFK | 0.40 | 240.00 |
| 02/21/24 | Correspond with state-court counsel and counsel for the Debtor regarding the proposed mediator motion, the insurer's objection, and John Perry's subsequent disclosure. | OFK | 0.40 | 240.00 |
| 02/21/24 | Conference with state court counsel regarding insurer information request for mediation process. | BCK | 0.40 | 240.00 |
| 02/21/24 | Multiple email correspondences with the Debtor's counsel regarding the proposed motion to appoint the mediator (0.3); correspond via email with Iain Nasatir regarding his proposed additional informational supplement (0.2); further correspond via email with the bankruptcy counsel team about this issue (0.2); follow-up email correspondence with the Debtor's counsel about these issues and the filing of the motion (0.2). | WSB | 0.90 | 540.00 |
| 02/22/24 | Multiple email correspondences with the bankruptcy counsel team about the status of the motion to approve John Perry as a mediator (0.3); review the filed Supplement and related information (0.2). | WSB | 0.50 | 300.00 |
| 02/26/24 | Call with state court counsel on mediation prep and mediation motion (1.3) Call with Roger Stetter / state court counsel regarding mediation /mediator motion. (0.3) | OFK | 1.60 | 960.00 |
| 02/27/24 | Receipt and review of US Fire objection (0.4) Multiple correspondence / calls regarding US Fire mediator objection (0.7) Review US Fire authorities (0.5) Prepare for hearing and outline argument on mediator motion (1.0) | OFK | 2.60 | 1,560.00 |
| 02/27/24 | Review and analyze the insurer objection to the Motion to Appoint a new mediator. | WSB | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 11

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/27/24 | Conference with Debtor counsel regarding mediation status and upcoming mediator retention hearing (0.6); review insurer objection to mediator retention for plan mediation (0.4); review revised proposed order from insurers related to mediator retention (0.2); review key cases cited by insurer objection (0.3); analysis of mediator retention hearing strategy in light of insurer objection (0.6); correspondence with state court counsel regarding mediator retention hearing (0.1); review updated documents related to Apostolate ability to pay (0.2). | BCK | 2.40 | 1,440.00 |
| 02/28/24 | Correspondence with state court counsel regarding plan mediation next steps (0.3); continued analysis of insurer objection and supporting authorities in preparation for mediator retention hearing (1.4); review and analyze potential exhibits for mediation retention hearing (0.5); attend mediator retention hearing (1.5); correspondence with Committee regarding mediator retention hearing (0.1). | BCK | 3.80 | 2,280.00 |
| 02/28/24 | Correspond on plan/mediation scope and timing with UCC/ state court counsel (0.7) | OFK | 0.70 | 420.00 |
| 02/28/24 | Prepare for and argue in favor of mediation motion at court hearing. | OFK | 1.80 | 1,080.00 |
| 02/28/24 | Conduct legal research related to Contra Non Valentum issues and facts please related to the same outside the context of abuse cases (4.0); review the results of this analysis with R. Kuebel (1.2). | PCL | 5.20 | 3,120.00 |
| 02/29/24 | Conduct further legal research and analysis related to Contra Non Valentum issues and facts related to the same arising outside the context of abuse cases (2.5); draft research analysis and memorandum (2.5) | PCL | 5.00 | 3,000.00 |
| 02/29/24 | Correspond regarding mediator and appointment (0.4); multiple telephone calls with claimants regarding mediator status (0.5); Work on mediator strategy and scheduling (0.7); further analyze issues related to the mediation strategy (1.0). | OFK | 2.60 | 1,560.00 |
| 02/29/24 | Prepare for next plan mediation sessions. | BCK | 1.40 | 840.00 |
| | | | **59.00** | **$35,400.00** |

**TOTAL FEES** $82,207.50

**TIMEKEEPER SUMMARY:**

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.40 | $840.00 |
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | **1.90** | **$952.50** |

**B120   Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.20 | $120.00 |

136828020v.1

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 10.90 | $6,540.00 |
| | | | **11.10** | **$6,660.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.70 | $420.00 |
| O. F. Kuebel | Partner | $600.00 | 5.00 | $3,000.00 |
| W.S. Bryant | Partner | $600.00 | 20.00 | $12,000.00 |
| A. St. Mary | Paralegal | $225.00 | 1.70 | $382.50 |
| | | | **27.40** | **$15,802.50** |

**B140    Relief from Stay/Adequation
Protection Proceedings**

dings

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.40 | $2,040.00 |
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| | | | **4.20** | **$2,520.00** |

**B150    Meetings & Communications With
Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.80 | $3,480.00 |
| O. F. Kuebel | Partner | $600.00 | 3.40 | $2,040.00 |
| W.S. Bryant | Partner | $600.00 | 6.00 | $3,600.00 |
| | | | **15.20** | **$9,120.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 3.30 | $1,980.00 |
| | | | **3.30** | **$1,980.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.40 | $2,040.00 |
| O. F. Kuebel | Partner | $600.00 | 8.10 | $4,860.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.50 | $300.00 |
| W.S. Bryant | Partner | $600.00 | 0.50 | $300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: March 19, 2024
Invoice No.: 1850409
Page: 13

| | | | | | |
|---|---|---|---|---|---|
| **B190** | **Other Contested Matters** | | | | |
| | | | | 12.50 | **$7,500.00** |
| **B220** | **Employee Benefits/Pensions** | | | | |
| | B. C. Knapp | Partner | $600.00 | 0.70 | $420.00 |
| | | | | 0.70 | **$420.00** |
| **B310** | **Claims Administration & Objections** | | | | |
| | B. C. Knapp | Partner | $600.00 | 1.10 | $660.00 |
| | A. St. Mary | Paralegal | $225.00 | 5.30 | $1,192.50 |
| | | | | 6.40 | **$1,852.50** |
| **B320** | **Plan and Disclosure Statement** | | | | |
| | B. C. Knapp | Partner | $600.00 | 14.80 | $8,880.00 |
| | O. F. Kuebel | Partner | $600.00 | 20.90 | $12,540.00 |
| | P.C. Lambert | Partner | $600.00 | 10.20 | $6,120.00 |
| | W.S. Bryant | Partner | $600.00 | 13.10 | $7,860.00 |
| | | | | 59.00 | **$35,400.00** |

**TIMEKEEPER SUMMARY TOTALS**      141.70      **$82,207.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 1.50 |
| | Outside Printing | 1,022.94 |
| 02/06/24 | Arbitrators/Mediators 1326371, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, Archdiocese of New Orleans - Perry Meeting: Attendees: Rick Kuebel, Patricia Moody, Brittany Wolf Freedman, Jerry Meunier, John Perry, Jonathan Perry, Soren Gisleson, Johnny Denenea and Brad Knapp | 192.94 |
| | TOTAL EXPENSES | $1,217.38 |

**TOTAL FEES**      **$82,207.50**

**TOTAL EXPENSES**      **$1,217.38**

**TOTAL FEES AND EXPENSES**      **$83,424.88**

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: March 19, 2024
Invoice No.:  1850409
Page:  14

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via ACH:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

136828020v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

March 19, 2024
Invoice No.: 1850409

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through February 29, 2024

      File Number: 0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ....................................................................................................................................... $82,207.50

Total Expenses ................................................................................................................................ $1,217.38

Total Due this Statement................................................................................................................. $83,424.88

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.