# EXHIBIT "16"

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | ) ) ) | **Section "A"** |
| | ) | |
| DEBTOR. [1] | ) | **Chapter 11** |
| | ) | |

### FEE APPLICATION COVER SHEET
*TWELFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2024 THROUGH JUNE 30, 2024

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | (i) December 29, 2020—$616,628.22; <br> (ii) May 20, 2021—$498,601.19; <br> (iii) October 26, 2021—$322,428.45; <br> (iv) December 14, 2021—$508,624.47; <br> (v) May 19, 2022—$414,907.50; <br> (vi) December 13, 2022—$386,463.91; <br> (vii) December 27, 2022—$575,200.82; <br> (viii) April 14, 2023—$557,412.72 <br> (ix) August 11, 2023—$516,069.46; <br> (x) December 19, 2023—$432,223.35; and <br> (xi) April 25, 2024 – $402,884.70 |
| **Period for which compensation and reimbursement is sought:** | March 1, 2024 through June 30, 2024 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$316,535.00** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$3,654.72** |
| **Fee Application:** | Twelfth Interim Fee Application |
| **Total:** | **$320,189.72** |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The following Locke Lord professionals rendered services for The Official Committee of Unsecured Creditors (the "Committee") in the above-styled Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") during the Application Period:

| March 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 50.7 | $30,420.00 |
| Knapp, Brad C. | Partner | $600.00 | 50.6 | $30,360.00 |
| Bryant, W. Steven | Partner | $600.00 | 42.1 | $25,260.00 |
| Eisenberg, Philip G. | Partner | $600.00 | 0.8 | $480.00 |
| Peyton C. Lambert | Partner | $600.00 | 27.9 | $16,740.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 17.2 | $3,870.00 |
| **Total Professional Hours and Fees Sought** | | | **189.30** | **$107,130.00** |

| April 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 45.6 | $27,360.00 |
| Knapp, Brad C. | Partner | $600.00 | 37.6 | $22,560.00 |
| Bryant, W. Steven | Partner | $600.00 | 18.1 | $10,860.00 |
| Peyton C. Lambert | Partner | $600.00 | 7.0 | $4,200.00 |
| St. Mary, Amanda P | Paralegal | $225.00 | 2.8 | $630.00 |
| Peterson, Nicholas | Litigation Support | $225.00 | 0.5 | $112.50 |
| **Total Professional Hours and Fees Sought** | | | **111.60** | **$65,722.50**[2] |

---

[2] These invoice amounts total $65,722.50, but as discussed below, additional voluntary reductions of $1,200.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $66,922.50.

3

| May 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 40.1 | $24,060.00 |
| Knapp, Brad C. | Partner | $600.00 | 27.1 | $16,260.00 |
| Bryant, W. Steven | Partner | $600.00 | 35.8 | $21,480.00 |
| Peyton C. Lambert | Partner | $600.00 | 3.1 | $1,860.00 |
| St. Mary, Amanda P | Paralegal | $225.00 | 7.0 | $1,575.00 |
| Eisenberg, Phillip G. | Partner | $600.00 | 1.2 | $720.00 |
| Culbertson, Katherine | Associate | $425.00 | 19.9 | $8,457.50 |
| **Total Professional Hours and Fees Sought** | | | **134.20** | **$74,412.50**[3] |

---

[3] These invoice amounts total $74,412.50, but as discussed below, additional voluntary reductions of $600.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $75,012.50.

4

| June 2024 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 48.3 | $28,980.00 |
| Knapp, Brad C. | Partner | $600.00 | 26.2 | $15,720.00 |
| Bryant, W. Steven | Partner | $600.00 | 21.1 | $12,660.00 |
| Peyton C. Lambert | Partner | $600.00 | 13.2 | $7,920.00 |
| St. Mary, Amanda P | Paralegal | $225.00 | 1.3 | $292.50 |
| Culbertson, Katherine | Associate | $425.00 | 8.7 | $3,697.50 |
| **Total Professional Hours and Fees Sought** | | | **118.80** | **$69,270.00** |

The total hours and fees incurred by Locke Lord LLP (the "Firm") on behalf of the Committee during the Application Period and separated by Project Category are as follows:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 13.1 | $7,260.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 24.80 | $14,692.50 |
| B130 | ASSET DISPOSITION | 51.0 | $30,600.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 62.60 | $37,350.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 76.20 | $37,200.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 27.90 | $16,440.00 |
| B190 | OTHER CONTESTED MATTERS | 21.80 | $12,307.50 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.2 | $120.00 |
| B250 | REAL ESTATE | 5.90 | $3,540.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 13.70 | $5,895.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 256.70 | $151,130.00 |
| | TOTAL PROFESSIONAL HOURS AND FEES SOUGHT = | 553.90[4] | $316,535.00[5] |

---

[4] In addition to the professional hours of 553.90 on the invoices, an additional 3.00 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 556.90 hours worked.

[5] These invoice amounts total $316,535.00, but as discussed below, additional voluntary reductions of $1,800.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $318,335.00.

The total expenses by expense type incurred by the Firm for the Committee during the

Application Period are as follows:

| Expense Category | Amount |
|---|---|
| Outside Printing | $3,347.28 |
| Trial Transcripts 24-03-03, Janice Russell, transcript of hearing on 12/21/23 | $79.00 |
| Trial Transcripts 24-18-2, Janice Russell, Transcript of hearing held on 1-16-24 | $81.60 |
| Meals 1328745, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, ANO Mediation - Breakfast items for:  Rick Kuebel, Brad Knapp, Jim Stang, Soren Gisleson, Andy Caine, John Perry, Jonathan Perry, Kristi Schubert, Brittany Wolf-Freedman, Patricia Moody and Gerald Meunier | $145.54 |
| PACER Online Research | $1.30 |
| **Total Out-of-Pocket Expenses** | **$3,654.72** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **THE ROMAN CATHOLIC CHURCH OF** | ) **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) |
| **ORLEANS** | ) **Section "A"** |
| | ) |
| **DEBTOR.** [1] | ) **Chapter 11** |
| | ) |

*TWELFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MARCH 1, 2024 THROUGH JUNE 30, 2024

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>AUGUST 15, 2024 AT 1:30 P.M. (CDT)</u> AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS STREET, COURTROOM B-709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL-IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING <u>HTTPS://GOTOMEET.ME/JUDGEGRABILL</u>, (MEETING CODE: "JUDGEGRABILL".[2] IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "<u>Firm</u>") files its *Twelfth Interim Application of Locke Lord LLP*

*as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation*

*and Reimbursement of Expenses for the Period from March 1, 2024 through June 30, 2024* (the

"<u>Application</u>"). In support of this Application covering March 1, 2024 through June 30, 2024 (the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at <u>https://www.laeb.uscourts.gov/</u>.

"Application Period"), the Firm respectfully states as follows:

## I. INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the Committee from March 1, 2024 through June 30, 2024:

| Month Work Performed | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| March 2024 | $170,602.00 | ($63,472.00) | ($0.00) | $107,130.00 | $1,546.10 | $108,676.10 |
| April 2024 | $113,206.00 | ($46,283.50) | ($1,200.00) | $65,722.50 | $1,645.34 | $67,367.84 |
| May 2024 | $125,783.00 | ($50,770.50) | ($600.00) | $74,412.50 | $463.28 | $74,875.78 |
| June 2024 | $116,688.00 | ($47,418.00) | ($0.00) | $69,720.00 | $0.00 | $69,270.00 |
| | | | | | | |
| | | | | | **TOTAL =** | **$320,189.72**[3] |

## II. JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. BACKGROUND FACTS

### A. Introduction

3.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

---

[3] True and correct copies of the Firm's Monthly Fee Statements (the "Statements") for the Application Period are attached to this Application as **Exhibit "1".** The Statements include all the Firm's invoices issued in the Application Period (the "Invoices"). The Statements are incorporated by reference in this Application. These Statements were previously provided to the requisite notice parties.

2

4.      The Debtor remains in possession of its property and is managing its business and operations as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [ECF Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[4] October 8, 2020,[5] June 7, 2022,[6] June 21, 2022,[7] and February 13, 2023.[8] The Committee currently consists of four (4) committee members.

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel to the Committee.

**B.      Employment of the Firm**

7.      On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

8.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

---

[4] ECF Doc. No. 151.
[5] ECF Doc. No. 478.
[6] ECF Doc. No. 1575
[7] ECF Doc. No. 1618
[8] ECF Doc. No. 2081.

9. On March 23, 2023, the Court entered an *Order* [ECF Doc. No. 2178] ("Retention Modification Order") approving in part and denying in part the Committee's *Motion to Amend Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [ECF Doc. No. 2004] (the "Retention Modification Motion"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps then-applicable to the Firm *nunc pro tunc* to January 1, 2023 and established a procedure authorizing the Firm to request additional increases on an annual basis thereafter. (Retention Mod. Order, ECF Doc. No. 2178, p. 2). The Invoices for the Firm's time incurred in the Application Period reflect the revised rates authorized by the Retention Modification Order.

## IV. WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

10. The Firm provided, and continues to provide, comprehensive legal services to the Committee in this Bankruptcy Case. The Statements attached to this Application include copies of the Firm's Invoices. These Invoices include the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

11. The Committee, the Debtor, and other interested parties continued to seek a mediated resolution of this Bankruptcy Case during the Application Period. The new, court-approved co-mediator, John W. Perry, Jr. ("Mr. Perry"), held several mediation sessions over the last four (4) months, and the Committee and Firm personnel attended most of them—including an all-day mediation on June 26, 2024, in which the Debtor and certain of its insurers also participated. These continuing mediation efforts produced, among other things, progress between the Committee and the Debtor on a protocol intended to prevent sexual abuse, increase the Debtor's transparency, and promote survivor welfare. If finally agreed, this protocol will be incorporated into an agreed Chapter 11 plan as separate, non-monetary provisions that will bind the Debtor as

4

well as any Apostolates who benefit from a channeling injunction or other injunctive relief provided by this plan. Hopefully, the progress the parties have made during the Application Period on the non-monetary provisions heralds further progress on the many other issues that still divide the parties-in-interest in this Bankruptcy Case.

12.     Besides pursuing mediation, the Committee and the Firm fulfilled many other important tasks during the Application Period. These included the following:

- The Firm continued communicating with members of its unsecured creditor constituency and other stakeholders during the Application Period. Among other things, Firm personnel spoke regularly with individual survivors, survivors' state-court counsel, and others about recent legal developments affecting the Bankruptcy Case. Key discussion topics during the Application Period included the Louisiana Supreme Court's decision to reverse itself and conclude that the revival statute for sex-abuse tort claims passed by the Louisiana Legislature in 2021 and 2022 was constitutional. In addition, Firm attorneys also spoke with constituents and their counsel about the impact on the Bankruptcy Case of the U.S. Supreme Court's June 2024 decision in *Harrington v. Purdue Pharma, L.P.*, 603 U.S.__, 144 S.Ct. 2071 (2024), which invalidated non-consensual, third-party releases in Chapter 11 plans. Throughout the Application Period, the Firm remained the principal point of contact between the Committee and the members of the Committee's broader creditor constituency.

- Counsel for the Committee and the Commercial Committee met regularly with the Debtor's counsel and its real-estate broker, TMC Realty, LLC d/b/a The McEnery Company (the "McEnery Company"), throughout the Application Period. The Debtor and its real-estate broker standardized the process for sharing information with the Committee and the Commercial Committee about the Debtor's marketing and sale of certain real-estate properties. The Firm then provided this information to the Committee. This new information-flow improved the Committee's decision-making process when considering whether to approve real-estate sales proposed by the Debtor.

- During the Application Period, the Committee and the Commercial Committee worked with the Debtor to obtain a second extension of certain lawsuit-tolling agreements that the Debtor affiliates known as the "Apostolates" and other non-affiliated third parties had first executed in 2022. In the Apostolates' case, this Court approved their tolling agreement at the beginning of the Application Period on March 1, 2024 [ECF Doc. No. 2883]. These tolling extensions preserve potentially valuable estate causes of action against the Apostolates and these third parties through May 1, 2025.

- Firm attorneys also reviewed and provided extensive comments on the Debtor's motions under Bankruptcy Rule 9019 (the "Point Au Fer 9019 Motions") resolving certain litigation claims asserted by the Debtor against Coterra Energy Inc., Cody Energy, LLC, and Chevron U.S.A. Inc. The Debtor's claims arose out of its ownership interest in Point Au Fer, a coastal barrier island located in Terrebonne Parish. Ultimately, the Court approved both settlements, resulting in a substantial recovery for the Debtor's bankruptcy estate.

## V.     PROJECT CATEGORIES

13.     The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in eleven (11) different project categories during the Application Period. The pertinent project categories are: (1) <u>Case Administration (B110)</u>, (2) <u>Asset Analysis and Recovery (B120)</u>, (3) <u>Asset Disposition (B130)</u>, (4) <u>Meetings & Communications with Creditors (B150)</u>, (5) <u>Fee/Employment Applications (B160)</u>, (6) <u>Fee/Employment Objections (B170)</u>, <u>(7) Other Contested Matters (B190)</u>, (8) <u>Real Estate (B250)</u>, (9) <u>Employee Benefits/Pensions (B220)</u>, (10) <u>Claims Administration and Objections (B310)</u>, and (11) <u>Plan and Disclosure Statement (B320)</u>.

14.     The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following, additional information: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes these services.

## A.     Case Administration (Category Code B110)

15.     The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly conference calls between counsel for the Debtor and the Committee.

16.     The Firm expended <u>13.1</u> hours of professional time on services in this category. The Firm's professional fees in this category total **<u>$7,260.00.</u>** Therefore, the Firm's blended hourly rate is <u>$554.20/hour</u>.[9]

---

[9] The blended rates as broken out by project categories do not reflect the voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is $568.39 per hour.

**B.**     <u>**Asset Analysis and Recovery (Category Code B120)**</u>

17.     The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. Among other things, this category encompasses the Firm's evaluation of the Point Au Fer 9019 Motions for the Committee and the Committee's comments on those motions—both of which this Court approved on May 17, 2024 [ECF Doc. Nos. 3038, 3039]. In addition, this category also covers the services the Firm provided to the Committee in connection with its and the Commercial Committee's successful efforts to obtain a second round of extensions of the 2022 tolling agreements executed by the Apostolates and certain third parties.

18.     The Firm expended <u>24.8</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$14,692.50</u>. Therefore, the Firm's blended hourly rate is <u>$592.43/hour</u>.

**C.**     <u>**Asset Disposition (Category Code B130)**</u>

19.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. For the Application Period, this category covers all proceedings involving the Debtor's continuing efforts to market and sell certain real-estate properties and the Committee's assessment and proposed revisions to these sales and potential sales. The majority of the time expended in this category relates to work performed in connection with Debtor properties listed and marketed for sale by The McEnery Company, the Debtor's real-estate broker. In addition, this category also encompasses the preliminary assessments made by Firm personnel of the Debtor's efforts to sell the Hope Haven and Madonna Manor properties.

20.     The Firm expended <u>51.0</u> hours of professional time on services in this category.

The Firm's professional fees in this category total **$30,600.00**. Therefore, the Firm's blended hourly rate is $600/hour.

**D.**      **Meetings & Communications with Creditors (Category Code B150)**

21.      The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. This project category also covers the substantial time Firm personnel took speaking with and responding to questions and concerns raised by those individual creditors/survivors who belong to the Committee's broader constituency but who are not Committee members themselves. Committee communication with constituency members was especially critical during this Application Period because the Louisiana Supreme Court and the United States Supreme Court both rendered decisions during the Application Period that directly affected this Bankruptcy Case.

22.      The Firm expended 62.6 hours of professional time on services in this category. The Firm's professional fees in this category total **$37,350.00**. Therefore, the Firm's blended hourly rate is $596.65/hour.

**E.**      **Fee/Employment Applications (Category Code B160)**

23.      The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties. The Firm expended some time in this category preparing monthly professional statements and the previous round of interim fee applications.

24.      The Firm expended 76.2 hours of professional time on services in this category. The Firm's professional fees in this category total **$37,200.00**. Therefore, the Firm's blended hourly rate is $488.19/hour.

**F.**     **Fee/Employment Objections (Category Code B170)**

25.     The category of **Fee/Employment Objections** involves, *inter alia*, analyzing and objecting to the employment and fee applications of other professionals besides the Firm. The Firm expended some time in this category during the Application Period. Among other things, the Firm evaluated the Debtor's motion to increase the monthly fee-cap applicable to ordinary course professional Denechaud & Denechaud, L.L.C. [ECF Doc. No. 2983]. After the Committee and the Commercial Committee raised certain concerns about this request, the Debtor withdrew the motion on May 17, 2024 [ECF Doc. No. 3041. The Firm also expended some time assessing objections raised by certain sexual abuse survivors [ECF Doc. Nos. 2943, 2960] to a fee application filed by the Debtor's counsel, Jones Walker.

26.     The Firm expended **27.9** hours of professional time on services in this category. The Firm's professional fees in this category total <u>$16,440.00</u>. Therefore, the Firm's blended hourly rate is <u>$589.25/hour.</u>

**G.**     **Other Contested Matters (Category Code B190)**

27.     The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. During the Application Period, the Firm expended some time in this category responding to the Commercial Committee's disclosure that a former employee of the Commercial Committee's financial advisor, Dundon Advisers, LLC, had improperly disclosed confidential case information. In addition, this project category also includes all the time the Firm spent addressing and responding to a Motion for Presentation of Survivor Statements [ECF Doc. No. 2972] ("<u>Survivor Statement Motion</u>") filed by certain sexual abuse survivors on April 25, 2024. The Firm helped prepare the Committee's official *Comment* [ECF Doc. No. 3012] (the "<u>Committee Comment</u>") to this Survivor Statement Motion. The

Committee Comment outlined the Committee's considered position on the Survivor Statement Motion—namely, that the Committee did not oppose the relief requested, but that the Committee did have certain concerns about how survivor statements might be used (or misused) by other parties to the Bankruptcy Case. Firm personnel then appeared at the hearing before the Court on the Survivor Statement Motion.

28. The Firm expended **21.8** hours of professional time on services in this category. The Firm's professional fees in this category total $12,307.50. Therefore, the Firm's blended hourly rate is $564.56/hour.

**H.     Employee Benefits/Pensions (Category Code B250)**

29.      The category of The category of **Employee Benefits/Pensions** consists of employment, benefits, and employee-related matters. The Firm expended some time in this category addressing pension-related matters with the Commercial Committee.

30. The Firm expended **0.2** hours of professional time on services in this category. The Firm's professional fees in this category total $120.00. Therefore, the Firm's blended hourly rate is $600.00/hour.

**I.     Real Estate (Category Code B250)**

31. The category of **Real Estate** covers topics related to real estate, such as the Committee's investigation of the Debtor's real-estate properties as well as its examination of the Debtor's decision to put some properties on the market (or not, as the case may be). Generally speaking, the Firm's services in this category encompass all real-estate issues and topics that arise prior to the Debtor's actively seeking to sell and/or transfer a particular property to an identified buyer or buyers. By contrast, services that relate to the Debtor's efforts to sell particular tract(s) of real estate to specific buyer(s) fall under the category of Asset Disposition rather than Real Estate.

10

During the Application Period, this project category included all time expended by Firm personnel attending the new, standing monthly meeting on real-estate matters hosted by the Debtor and The McEnery Company.

32.     The Firm expended **5.9** hours of professional time on services in this category. The Firm's professional fees in this category total $3,540.00. Therefore, the Firm's blended hourly rate is $600/hour.

**J.      Claims Administration & Objections (Category Code B310)**

33.     The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor and motions filed by parties requesting permission to file late-filed claims in the Bankruptcy Case. In addition, this project category also includes time spent by Firm personnel updating the survivor-claims register and sex-abuse proof-of-claim records maintained by the Committee's professionals.

34.     The Firm expended **13.7** hours of professional time on services in this category. The Firm's professional fees in this category total $5,895.00. Therefore, the Firm's blended hourly rate is $430.29/hour.

**K.      Plan and Disclosure Statement (Category Code B320)**

35.     The category of **Plan and Disclosure Statement** concerns the formulation and presentation of a Chapter 11 plan and disclosure statement and all related activities. This category includes, among other things, all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor as well as any document discovery necessary to prepare the Committee and its members for mediation and/or plan confirmation. Firm attorneys met with Mr. Perry on multiple occasions during the Application Period to mediate the many outstanding disputes in this case

11

among the Debtor, the Apostolates, the Committees, the Debtor's insurers, and various other parties-in-interest. These meetings included an all-day mediation session with the Debtor and its insurers on June 26, 2024. Furthermore, all the time expended by the Firm's attorneys on negotiating, drafting, revising, and re-revising the proposed non-monetary plan provisions falls under this project category of Plan and Disclosure Statement. The services provided by Firm personnel on the non-monetary plan provisions represented a significant proportion of the time recorded by the Firm under this project category.

36. The Firm expended **256.7** hours of professional time on services in this category. The Firm's professional fees in this category total <u>$151,130.00</u>. Therefore, the Firm's blended hourly rate is <u>$588.74/hour</u>.

## VI. <u>REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED</u>

37. Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has not requested general overhead expenses.

38. The Firm's expenses in the Application Period were necessary and reasonable. For instance, outside copying, printing, and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case. These amounts were significant given the large number of parties on the Debtor's service list. Nevertheless, the Firm always strives to minimize such expenses. In particular, Firm attorneys conducted online and PACER research only when they believed that the benefits of computerized research outweighed its costs and that using traditional research methods would cost more.

39. The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| Outside Printing | $3,347.28 |
| Trial Transcripts 24-03-03, Janice Russell, transcript of hearing on 12/21/23 | $79.00 |
| Trial Transcripts 24-18-2, Janice Russell, Transcript of hearing held on 1-16-24 | $81.60 |
| Meals 1328745, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, ANO Mediation - Breakfast items for:  Rick Kuebel, Brad Knapp, Jim Stang, Soren Gisleson, Andy Caine, John Perry, Jonathan Perry, Kristi Schubert, Brittany Wolf-Freedman, Patricia Moody and Gerald Meunier | $145.54 |
| PACER Online Research | $1.30 |
| **Total Out-of-Pocket Expenses** | **$3,654.72** |

40.     The Firm requests that the Court allow the Firm $3,654.72 in reimbursable expenses the Firm incurred on the Committee's behalf during the Application Period.

### VII.     VOLUNTARY REDUCTIONS

41.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of $1,800.00 (3.0 billable hours) for work performed but not charged during the Application Period, with such entries being marked as "No Charge."

### VIII.     STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

42.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at its ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses the Firm has incurred in the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules

of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in the Bankruptcy Case except as this Court may approve.

43.     As of today's date, the Firm has received payments totaling $5,255,053.19 in connection with the eleven (11) previous interim fee applications approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, December 27, 2022, April 14, 2023, August 11, 2023, December 19, 2023, and April 25, 2024. Additionally, the Firm has also received a total of $141,473.44 in interim payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1857217 | April 24, 2024 | $108,676.10 | May 31, 2024 | $87,250.10 | $21,426.00 |
| 1863378 | May 24, 2024 | $67,367.84 | June 24, 2024 | $54,223.34 | $13,144.50 |
| 1869096 | June 25, 2024 | $74,875.78 | -- | -- | $74,875.78 |
| 1873536 | July 19, 2024 | $69,270.00 | -- | -- | $69,270.00 |
|  | **TOTALS =** | $320,189.72 |  | $141,473.44 | **$178,716.28** |

The Firm seeks approval and payment of these Invoices in full under this Application.

44.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as

14

originally disclosed in the Retention Application).

## IX.    STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

45.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
> (A)      reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

46.     This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with the standards this Court applies to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

47.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal

15

services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[10] Based upon the services described in this Application, the Firm respectfully states that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

48.     Firm attorneys and paraprofessionals, in the performance of legal services, expended **556.9**[11] hours during the Application Period for a total fee of **$316,535.00.** Including the 3.0 hours worked but not charged, the Firm's blended hourly rate is **$568.39/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Statements and on the coversheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

**The Novelty and Difficulty of the Questions Presented**

49.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to handle these questions. This factor therefore favors granting the Firm its requested award.

---

[10] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[11] This includes the 3.0 hours worked but not charged.

**The Skill Required to Perform the Services**

50.      Representing the Committee in this Bankruptcy Case requires considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm also strived to limit the number of attorneys who worked on this Bankruptcy Case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. Thus, this factor supports the Firm's requested award.

**Preclusion of Other Employment Due to Acceptance of the Case**

51.      The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these other cases, the Firm charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

**The Customary Fee**

52.      The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The

17

rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least comparable to those of other similarly situated firms. These rates also reflect voluntary reductions of $1,800.00.

53.     Considering all these circumstances, the Firm's blended hourly rate of **$568.39/hour** is reasonable and reflects below-market rates for legal services in Chapter 11 bankruptcy cases of comparable size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

54.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

55.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

56.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

## The Experience, Reputation, and Ability of the Attorneys

57.     The Firm's attorneys have considerable experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

## The "Undesirability" of the Bankruptcy Cases

58.     Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged in this Bankruptcy Case are below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case also continued throughout the Application Period.

## The Nature and Length of the Professional Relationship with the Client

59.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

## Awards in Similar Cases

60.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

61.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

# X.    CONCLUSION

62.    The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. This Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

63.    The Firm therefore requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to **$320,189.72.** The requested award (the "Award") consists of $316,535.00 in fees and $3,654.72 in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: July 25, 2024

Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
          rkuebel@lockelord.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on July 25, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on July 25, 2024.

*/s/ W. Steven Bryant*
W. Steven Bryant

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. [1] | Chapter 11 |
| | Objection Deadline: May 13, 2024 |

**MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
FOR MARCH 1, 2024 THROUGH MARCH 31, 2024**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from March 1, 2024 through March 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4.       A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.       The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.       In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.       As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $4,970,813.69.

### **TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.       The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| March 1, 2024 to March 31, 2024 | |
|---|---|
| Fees (at standard rates): | $170,602.00 |
| (Reduction due to reduced rates) | ($63,472.00) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $107,130.00 |
| Disbursements | $1,546.10 |
| **Total** | **$108,676.10** |

### **VOLUNTARY REDUCTIONS**

9.       No voluntary reductions were made on Locke Lord's invoice during the Statement Period.

### **NOTICE AND OBJECTION PROCEDURES**

10.       In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i)

counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before May 13, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$87,250.10**. This figure consists of (a) $85,704.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $107,130.00 for the Statement Period, and (b) $1,546.10 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: April 29, 2024.                          Respectfully submitted,

                                                Bradley C. Knapp (La #35867)
                                                Omer F. Kuebel, III (La #21682)
                                                Locke Lord LLP
                                                601 Poydras Street, Suite 2660
                                                New Orleans, Louisiana 70130-6036
                                                Telephone: (504) 558-5111
                                                Facsimile: (504) 558-5200
                                                Email: bknapp@lockelord.com
                                                        rkuebel@lockelord.com
                                                 -and-

                                                */s/ W. Steven Bryant*
                                                W. Steven Bryant (*admitted pro hac vice*)
                                                Texas Bar. No. 24027413
                                                Federal I.D. No.  32913
                                                Locke Lord LLP
                                                600 Colorado Street, Ste. 2100
                                                Austin, Texas 78701
                                                Telephone: (512) 305-4726
                                                Facsimile: (512) 305-4800
                                                Email: sbryant@lockelord.com

                                                *Co-Counsel to the Official Committee of Unsecured
                                                Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
MARCH 1, 2024 THROUGH MARCH 31, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 1.50 | $900.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 4.90 | $2,752.50 |
| B130 | ASSET DISPOSITION | 1.60 | $960.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 14.20 | $8,520.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 38.50 | $17,025.00 |
| B190 | OTHER CONTESTED MATTERS | 6.20 | $3,720.00 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.20 | $120.00 |
| B250 | REAL ESTATE | 0.90 | $540.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.00 | $600.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 120.30 | $71,992.50 |
| | **TOTAL FEES SOUGHT =** | **189.30** | **$107,130.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**MARCH 1, 2024 THROUGH MARCH 31, 2024**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 50.7 | $600.00 | $30,420.00 |
| BCK | Knapp, Brad C. | Partner | 50.6 | $600.00 | $30,360.00 |
| WSB | Bryant, W. Steven | Partner | 42.1 | $600.00 | $25,260.00 |
| PCL | Peyton C. Lambert | Partner | 27.9 | $600.00 | $16,740.00 |
| PGE | Eisenberg, Philip G. | Partner | 0.8 | $600.00 | $480.00 |
| AS | St. Mary, Amanda P | Paralegal | 17.2 | $225.00 | $3,870.00 |
| | | | | | |
| | **TOTALS =** | | **189.30** | | **$170,130.00** |

# EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MARCH 1, 2024 THROUGH MARCH 31, 2024**

| <u>DATE</u> | <u>EXPENSES</u> | <u>VALUE</u> |
|---|---|---|
| | Outside Printing | 1,239.96 |
| 03/06/24 | Trial Transcripts 24-03-03, Janice Russell, transcript of hearing on 12/21/23 | 79.00 |
| 03/06/24 | Trial Transcripts 24-18-2, Janice Russell, Transcript of hearing held on 1-16-24 | 81.60 |
| 03/19/24 | Meals 1328745, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, ANO Mediation - Breakfast items for: Rick Kuebel, Brad Knapp, Jim Stang, Soren Gisleson, Andy Caine, John Perry, Jonathan Perry, Kristi Schubert, Brittany Wolf-Freedman, Patricia Moody and Gerald Meunier | 145.54 |
| | **TOTAL EXPENSES** | **$1,546.10** |

# EXHIBIT D

America:0107766/00001: 137211795v.1



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

April 24, 2024
Invoice No.: 1857217

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through March 31, 2024

$108,676.10

| | | | |
|---|---|---|---|
| File Number: | 0107766.00001 | | |
| Re: | Bankruptcy of the Archdiocese of New Orleans | | |

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/05/24 | Prepare for and participate in weekly status call with Debtor's counsel (0.6) | OFK | 0.60 | 360.00 |
| 03/26/24 | Attend standing weekly call with the Debtor's counsel to address various outstanding issues. | WSB | 0.40 | 240.00 |
| 03/26/24 | Prepare for and participate in weekly standing call with Debtor (0.5) | OFK | 0.50 | 300.00 |
| | | | **1.50** | **$900.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/01/24 | Review the Court's order approving the Apostolate tolling extension agreement (0.1); forward the order to Pat Moody for her review and comment (0.1). | WSB | 0.20 | 120.00 |
| 03/01/24 | Multiple emails with state-court counsel on asset value and discovery questions in advance of mediation (0.5) | OFK | 0.50 | 300.00 |
| 03/04/24 | Correspond via email with the Debtor and the Commercial Committee and provide executed copies of the tolling agreement extensions for (i) St. Joseph Abbey and Seminary College and (ii) FL+WB Architects (0.1); correspond via email with Pat Moody about the status of the execution of the tolling agreements (0.2). | WSB | 0.30 | 180.00 |
| 03/04/24 | Organize the tolling agreement extensions in order to facilitate counsel's review (0.1); email correspondence to S. Bryant regarding same (0.1). | AS | 0.20 | 45.00 |

Atlanta • Austin • Boston • Chicago • Cincinnati • Dallas • Hartford • Hong Kong • Houston • London • Los Angeles • Miami • Princeton • New Orleans
• New York • Providence • San Francisco • Stamford • Washington DC • West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 2

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/06/24 | Correspond via email with the BRG team regarding its ability-to-pay analysis, among other issues (0.6) | OFK | 0.60 | 360.00 |
| 03/18/24 | Organize additional executed tolling agreement extensions and include them in database for bankruptcy counsel's access and review. | AS | 0.30 | 67.50 |
| 03/18/24 | Review and analyze the ANO's proposed oil-restoration settlements and draft 9019 motion. | OFK | 0.90 | 540.00 |
| 03/18/24 | Draft email to the bankruptcy counsel team regarding the status of the tolling agreement extensions and the remaining discussions with CommCare's counsel (0.4); correspond via email with the bankruptcy counsel team about this matter (0.2). | WSB | 0.60 | 360.00 |
| 03/26/24 | Correspond regarding the ANO oil settlement and the proposed 9019 motion (0.3) | OFK | 0.30 | 180.00 |
| 03/27/24 | Multiple emails with various parties regarding the 9019 settlement motion. (0.4) | OFK | 0.40 | 240.00 |
| 03/28/24 | Receipt and review of correspondence from UST and the Debtor's counsel regarding the Debtor's proposed 9019 motion and contingent fee issue (0.4) | OFK | 0.40 | 240.00 |
| 03/29/24 | Correspond via email with counsel for the Debtor and the Commercial Committee regarding the 9019 settlement motion (0.2) | OFK | 0.20 | 120.00 |
| | | | 4.90 | $2,752.50 |

| | B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/24 | Correspond via email with Rick Kuebel regarding issues related to the 3200 Canal Street sale and related matters. | WSB | 0.30 | 180.00 |
| 03/05/24 | Multiple email correspondences with Rick Kuebel regarding various issues related to the sale of 3200 Canal Street. | WSB | 0.30 | 180.00 |
| 03/11/24 | Receipt and review of emails and correspond regarding 1941 Dauphine price reduction (0.3) | OFK | 0.30 | 180.00 |
| 03/27/24 | Correspond regarding the proposed motion extending the term of the lease between the Debtor and JeffCAP (0.2) | OFK | 0.20 | 120.00 |
| 03/28/24 | Multiple emails with the Commercial Committee and debtor counsel regarding a proposed real estate transaction motion (0.5) | OFK | 0.50 | 300.00 |
| | | | 1.60 | $960.00 |

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/24 | Report to claimants and state-court counsel on mediation status and path forward (0.6) | OFK | 0.60 | 360.00 |
| 03/01/24 | Correspondence with pro se survivor claimants regarding case status. | BCK | 0.40 | 240.00 |
| 03/04/24 | Conference with pro se claimant regarding case status (0.8); correspondence with pro se claimant regarding case status (0.3). | BCK | 1.10 | 660.00 |
| 03/04/24 | Draft Committee meeting agenda (0.1); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 3

**B150 Meetings & Communications with Creditors**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/24 | Attend today's Committee meeting and raise various outstanding issues, including the status of mediation and the parties' success in obtaining tolling agreement extensions. | WSB | 0.60 | 360.00 |
| 03/05/24 | Participate in UCC counsel call with Mr. Stang regarding mediation (0.4) Prepare for and report to UCC at Committee meeting (1.5) | OFK | 1.90 | 1,140.00 |
| 03/06/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 03/07/24 | Conference with pro se claimant regarding bankruptcy status and next steps in case. | BCK | 0.60 | 360.00 |
| 03/11/24 | Conference with pro se claimant regarding case status. | BCK | 0.40 | 240.00 |
| 03/13/24 | Correspondence with Committee members regarding status of Committee meetings and related matters. | BCK | 0.20 | 120.00 |
| 03/14/24 | Conference with pro se claimant regarding case status and next steps. | BCK | 0.70 | 420.00 |
| 03/18/24 | Conference with pro se claimant regarding case status (0.3); correspondence with Committee regarding meetings (0.1). | BCK | 0.40 | 240.00 |
| 03/20/24 | Multiple correspondence with state court counsel on claims questions and access to records (0.5) Correspond with claimant regarding case issues (0.8) | OFK | 1.30 | 780.00 |
| 03/22/24 | Conferences with multiple pro se claimants regarding case status and next steps. | BCK | 0.50 | 300.00 |
| 03/23/24 | Correspondence with pro se claimant regarding case status and recent Louisiana Supreme Court decision. | BCK | 0.10 | 60.00 |
| 03/24/24 | Correspondence with pro se claimants regarding case status. | BCK | 0.30 | 180.00 |
| 03/25/24 | Call from state court counsel regarding Louisiana Supreme Court opinion and potential impact on the mediation (0.8) Work on UCC agenda and comment regarding the same (0.3) Correspond with survivors regarding claim question (0.3) | OFK | 1.40 | 840.00 |
| 03/26/24 | Prepare for and participate / report to UCC members on multiple issues. | OFK | 1.20 | 720.00 |
| 03/26/24 | Correspond via email with the bankruptcy counsel team regarding the matters on the Agenda for today's Committee meeting (0.1); draft and revise Agenda for today's meeting (0.2); send the finalized Agenda to the Committee in advance of today's meeting (0.1); host today's Committee meeting and address multiple outstanding issues (1.1). | WSB | 1.50 | 900.00 |
| 03/26/24 | Correspondence with Committee member regarding upcoming meeting. | BCK | 0.10 | 60.00 |
| 03/28/24 | Correspond with state court counsel regarding multiple issues (0.3) | OFK | 0.30 | 180.00 |
| 03/29/24 | Correspond with survivor claimant regarding request for meeting (0.3) | OFK | 0.30 | 180.00 |
| | | | **14.20** | **$8,520.00** |

**B160 Fee/Employment Applications**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/04/24 | Multiple email correspondences with Amanda St. Mary about the filing of the next round of fee applications for Locke Lord, Zobrio, Actuarial Value, and Stegall Benton. | WSB | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/24 | Draft the initial version of the Locke Lord fee application (1.5); draft the initial version of the Actuarial Value fee application (1.2); draft the Zobrio fee application (0.2); draft the Stegall Benton fee application (0.2). | AS | 3.10 | 697.50 |
| 03/06/24 | Further draft, edit, and revise the Actuarial Value, LLC fee application. | AS | 1.10 | 247.50 |
| 03/07/24 | Further draft Locke Lord and Actuarial Value fee application. | AS | 2.00 | 450.00 |
| 03/12/24 | Further draft and revise the Zobrio fee application. | AS | 0.30 | 67.50 |
| 03/17/24 | Revise the description of goals achieved outlined in the next interim Locke Lord fee application. | WSB | 2.00 | 1,200.00 |
| 03/18/24 | Draft notice of hearing and certificate of service regarding fee applications. | AS | 0.50 | 112.50 |
| 03/18/24 | Further draft, edit, and revise the Locke Lord interim fee application (0.5); draft, edit, and revise the Locke Lord monthly fee statement (1.7). | WSB | 2.20 | 1,320.00 |
| 03/19/24 | Further draft, edit, and revise the Locke Lord interim fee application (1.1); draft, edit, and revise the Locke Lord monthly fee statement (0.7); draft, edit, and revise the Actuarial Value monthly fee statement (0.5); draft, edit, and revise the Zobrio monthly fee statement (0.1); correspond via email with Robert Campbell at Actuarial Value regarding the upcoming filing of its interim fee application (0.1). | WSB | 2.50 | 1,500.00 |
| 03/20/24 | Draft, edit, and revise the Locke Lord interim fee application (3.5); correspond via email with Amanda St. Mary regarding the filing of the fee applications (0.2); correspond via email with Andy Caine concerning the timing of these interim applications (0.1); further edit and revise the Locke Lord application (0.5). | WSB | 4.30 | 2,580.00 |
| 03/21/24 | Draft, edit, and finalize the Locke Lord monthly fee statement (3.5); further edit and revise the Actuarial Value interim fee application (0.8); correspond via email with Amanda St. Mary regarding the filing of the various fee applications (0.2). | WSB | 4.50 | 2,700.00 |
| 03/21/24 | Review the summaries of work performed and goals accomplished in the Locke Lord fee application. | BCK | 0.30 | 180.00 |
| 03/26/24 | Draft and finalize: (i) the Locke Lord Eleventh Fee Application (3.4), (ii) the Actuarial Value Second Fee Application (2.4), and (iii) the Stegall Benton's Seventh Fee Application (0.2). | AS | 6.00 | 1,350.00 |
| 03/27/24 | Prepare exhibits to Locke Lord Eleventh Fee Application, Actuarial Value Second Fee Application and Stegall Benton's Seventh Fee Application (0.7); update the Notice of Hearing and Certificate of Service for these applications (0.2); email to S. Bryant regarding these documents (0.1). | AS | 1.00 | 225.00 |
| 03/27/24 | Draft, edit, and revise the interim fee application for Actuarial Value (1.7); draft, edit, and revise the interim fee application for Zobrio, Inc. (0.2); draft, edit, and revise the interim fee application for Stegall Benton (0.2); draft, edit, and further revise the monthly fee statement for Locke Lord (1.4). | WSB | 3.50 | 2,100.00 |
| 03/28/24 | Draft, edit, and finalize the Locke Lord interim fee application (2.0); review the prepared Notice of Hearing and Certificate of Service (0.2); multiple email correspondences with Amanda St. Mary regarding the filing of the applications (0.6). | WSB | 2.80 | 1,680.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 5

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 03/28/24 Finalize and file applications for Locke Lord, Actuarial, Zobrio and Stegall Benton, notice of hearing and certificate of service (1.7); update special notice list (0.4); email correspondence to copy service regarding mailing same (0.1). | AS | 2.20 | 495.00 |
| | | **38.50** | **$17,025.00** |

| **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 03/01/24 Multiple correspondence to state court counsel regarding Dundon and Dundon's counsel (0.4) draft further correspondence to Dundon's counsel (0.2) | OFK | 0.60 | 360.00 |
| 03/01/24 Review correspondence from S. Gisleson regarding Dundon issues and inquiry (0.1); correspondence with counsel for Commercial Committee and Dundon Advisors regarding information requests (0.1). | BCK | 0.20 | 120.00 |
| 03/06/24 Analysis of next steps for Dundon Advisors issues and discovery needs. | BCK | 0.50 | 300.00 |
| 03/06/24 Correspond regarding discovery related to the Dundon matter as well as the status of a potential 2004 motion (0.4) | OFK | 0.40 | 240.00 |
| 03/07/24 Correspond with Brad Knapp regarding the discovery request to Dundon's counsel (0.4) | OFK | 0.40 | 240.00 |
| 03/07/24 Correspondence with counsel for Dundon Advisors and state-court counsel regarding Dundon protective-order issues. | BCK | 0.20 | 120.00 |
| 03/11/24 Correspond via email with Dundon's counsel and others regarding Dundon's disclosures (0.4) | OFK | 0.40 | 240.00 |
| 03/13/24 Review correspondence from D. Stewart regarding investigation into Dundon protective order issue (0.1); conference with counsel for Dundon and Commercial Committee regarding Dundon issues (0.2). | BCK | 0.30 | 180.00 |
| 03/13/24 Work on settlement analysis and approach with respect to the resolution of the Dundon disclosure matter. | PGE | 0.80 | 480.00 |
| 03/13/24 Prepare for and participate in call with Dundon's counsel regarding the investigation into Dundon's unauthorized disclosures (0.4) Correspond regarding list of follow-up questions (0.3) | OFK | 0.70 | 420.00 |
| 03/18/24 Further review and analyze key facts relevant to the Dundon disclosure matter (0.3). | OFK | 0.30 | 180.00 |
| 03/19/24 Correspond regarding Dundon questions and information requests (0.4); further revise the requests (0.1) | OFK | 0.50 | 300.00 |
| 03/20/24 Revise information requests related to Dundon protective order issue. | BCK | 0.20 | 120.00 |
| 03/21/24 Correspondence with M. Mintz regarding Dundon document issues (0.1); correspondence with counsel for Dundon regarding information needs (0.1); attend status hearing regarding Dundon issues (0.5). | BCK | 0.70 | 420.00 |
| | | **6.20** | **$3,720.00** |

| **B220 Employee Benefits/Pensions** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 03/11/24 Correspondence with Commercial Committee counsel regarding pension issues. | BCK | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 6

| | **B220 Employee Benefits/Pensions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | **0.20** | **$120.00** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/11/24 | Analyze status of potential, updated real-estate transactions. | BCK | 0.30 | 180.00 |
| 03/13/24 | Correspondence with state court counsel regarding real estate questions. | BCK | 0.30 | 180.00 |
| 03/18/24 | Receipt and review of emails regarding real estate transactions (0.3) | OFK | 0.30 | 180.00 |
| | | | **0.90** | **$540.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/24 | Review additional late-filed claim stipulations. | BCK | 0.20 | 120.00 |
| 03/13/24 | Review multiple additional late-filed claims (0.3); correspondence with claims agent regarding claims (0.1). | BCK | 0.40 | 240.00 |
| 03/19/24 | Correspond with Jim Stang regarding questions related to survivor claims and the valuation of those claims. | OFK | 0.40 | 240.00 |
| | | | **1.00** | **$600.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/01/24 | Prepare for and participate in mediation preparation session (1.0) | OFK | 1.00 | 600.00 |
| 03/01/24 | Prepare for upcoming mediation session and Committee meetings related to mediation session. | BCK | 1.30 | 780.00 |
| 03/01/24 | Attend meeting with the bankruptcy counsel team to address issues related to next week's mediation session (0.9); further assess these mediation-related matters with Brad Knapp (0.2). | WSB | 1.10 | 660.00 |
| 03/04/24 | Multiple email correspondences with Brad Knapp about the forthcoming mediation session (0.2); correspond via email with the bankruptcy counsel team regarding this mediation session (0.1). | WSB | 0.30 | 180.00 |
| 03/04/24 | Review revised plan and disclosure statement materials in various diocese bankruptcies in preparation for further plan mediation (3.6); analysis of financial advisor mediation session outcome (1.0); correspondence with state court counsel regarding mediation next steps (0.1). | BCK | 4.70 | 2,820.00 |
| 03/04/24 | Call from Mr. Stang regarding mediation issues (0.4) Participate in BRG meeting to prepare for the further mediation session/preparation (0.6) Correspond with state-court counsel on mediation session. (0.5) | OFK | 1.50 | 900.00 |
| 03/05/24 | Conference with Debtor counsel regarding mediation next steps (0.4); conference with mediator regarding upcoming mediation (0.4); conferences with state court counsel regarding mediation sessions (1.1); attend Committee meeting regarding mediation (0.6); analysis of additional internal comments to non-monetary plan provisions (0.5); continue reviewing plan materials from other diocese cases (0.6). | BCK | 3.60 | 2,160.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 7

| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/05/24 | Correspond via email with Mr. Perry regarding mediation status and scheduling (0.3) Prepare for and participate in call with Soren Gisleson regarding mediation and mediation status (0.7) Prepare for and participate in team call with Mr. Perry (0.5) | OFK | 1.50 | 900.00 |
| 03/06/24 | Call with Soren Gisleson and John Denenea regarding pending mediation issues (0.5) Multiple emails about the preparations for the next mediation session/meeting with John Perry. (0.4) | OFK | 0.90 | 540.00 |
| 03/06/24 | Review updated plan materials filed in Syracuse bankruptcy to evaluate plan mediation next steps (1.4); correspondence with state court counsel regarding upcoming mediation session (0.2); coordinate upcoming mediation session (0.3). | BCK | 1.90 | 1,140.00 |
| 03/07/24 | Continue preparing materials and background information for mediation session. | BCK | 0.60 | 360.00 |
| 03/08/24 | Continue preparing for plan mediation session. | BCK | 0.40 | 240.00 |
| 03/11/24 | Review with Brad Knapp various issues likely to arise during tomorrow's mediation session with John Perry. | WSB | 0.50 | 300.00 |
| 03/11/24 | Correspondence with state court counsel regarding upcoming mediation session (0.2); continue preparing for plan mediation session (2.2). | BCK | 2.40 | 1,440.00 |
| 03/11/24 | Prepare for ANO mediation session with Mr. Perry. (1.8) | OFK | 1.80 | 1,080.00 |
| 03/12/24 | Prepare for and participate in a portion of today's ANO mediation session with John Perry (5.5) | OFK | 5.50 | 3,300.00 |
| 03/12/24 | Attend lengthy plan-mediation sessions with mediator, Committee professionals, and certain state court counsel (7.6); attend the last half of the Committee meeting/session held after the conclusion of today's mediation session (0.5). | BCK | 8.10 | 4,860.00 |
| 03/12/24 | Attend the last half of today's Committee meeting to review the results of today's mediation session with John Perry. | WSB | 0.50 | 300.00 |
| 03/12/24 | Extended follow-up session with the UCC members and the bankruptcy counsel team after today's mediation session with John Perry (1.0) | OFK | 1.00 | 600.00 |
| 03/13/24 | Correspond via email with members of the non-monetary subcommittee regarding the revised non-monetary plan provisions (0.5) | OFK | 0.50 | 300.00 |
| 03/13/24 | Begin reviewing ANO revisions to non-monetary provisions (0.6); coordinate next steps in mediation process (0.2); review plan provisions from other diocese cases for plan mediation process (0.4). | BCK | 1.20 | 720.00 |
| 03/13/24 | Review and revise the further proposed revisions to the non-monetary plan provisions (0.7); analyze these proposed changes with Rick Kuebel and Brad Knapp (0.3). | WSB | 1.00 | 600.00 |
| 03/14/24 | Analysis of non-monetary plan provisions from other diocese cases related to plan negotiations. | BCK | 1.90 | 1,140.00 |
| 03/14/24 | Analyze the non-monetary plan provisions filed in the Chapter 11 case of the Syracuse diocese to compare those provisions to the non-monetary provisions for the ANO. | WSB | 0.10 | 60.00 |
| 03/14/24 | Multiple emails regarding non-monetary provisions (0.3) Review ANO mark-up on the same (0.4) Review other court approved non-monetary provisions. (0.3) | OFK | 1.00 | 600.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 03/15/24 | Continued analysis and revision of non-monetary plan provisions for mediation process. | BCK | 3.60 | 2,160.00 |
| 03/15/24 | Review the non-monetary provisions in the bankruptcy case of the Camden diocese and compare the Camden provisions to the ANO's proposed changes. | WSB | 0.40 | 240.00 |
| 03/15/24 | Revise the latest round of non-monetary plan provisions and further prepare for mediation session (1.3) Correspond with A. Caine and state court counsel regarding the same (0.4) | OFK | 1.70 | 1,020.00 |
| 03/15/24 | Analyze Diocese of Camden docket for counsel's review of the confirmation order and child protection policies. | AS | 0.50 | 112.50 |
| 03/18/24 | Further review and analyze the Debtor's proposed revisions to the non-monetary plan provisions (1.7); attend today's conference with the Committee chair to discuss the proposed plan revisions (1.5); correspond via email with the bankruptcy counsel team about these matters and follow-up issues (0.3). | WSB | 3.50 | 2,100.00 |
| 03/18/24 | Continued analysis of non-monetary plan provisions and necessary revisions (1.8); review plan structures from recently confirmed diocese case (1.2); analysis of monetary mediation next steps (0.3). | BCK | 3.30 | 1,980.00 |
| 03/18/24 | Extended session with state-court counsel on the mediation status and proposed settlement (1.5) | OFK | 1.50 | 900.00 |
| 03/18/24 | Prepare for and participate in mediation preparation session with state court counsel (1.3) | OFK | 1.30 | 780.00 |
| 03/19/24 | Prepare for non-monetary mediation session by participating in a bankruptcy-counsel preparation session. | OFK | 1.00 | 600.00 |
| 03/19/24 | Correspond with state court counsel regarding claim-related mediation questions (0.3) Multiple emails with state court counsel on claims questions / mediation prep. (0.8) | OFK | 1.10 | 660.00 |
| 03/19/24 | Correspondence with state court counsel regarding plan negotiations (0.3); analysis of insurer status report related to plan mediation (0.2); continued preparations for non-monetary mediation session (0.3). | BCK | 0.80 | 480.00 |
| 03/20/24 | Review with Brad Knapp various matters related to today's mediation session on the non-monetary plan provisions. | WSB | 0.30 | 180.00 |
| 03/20/24 | Conferences with state court counsel in preparation for mediation sessions (0.7); continued analysis of non-monetary issues (1.6); attend mediation session regarding non-monetaries (2.2). | BCK | 4.50 | 2,700.00 |
| 03/20/24 | Prepare for and participate in non-monetary plan provision settlement session with ANO & mediator. (3.0) Call with state court counsel on mediation authority. (0.6) | OFK | 3.60 | 2,160.00 |
| 03/21/24 | Further revise non-monetary plan provisions. | BCK | 2.30 | 1,380.00 |
| 03/21/24 | Correspond and call with mediator regarding plan issues (0.6) Correspond with state court counsel on non-monetary and plan offer (1.3) | OFK | 1.90 | 1,140.00 |
| 03/21/24 | Correspond via email with the bankruptcy counsel team regarding recent insurer filings and arguments (0.3) | OFK | 0.30 | 180.00 |
| 03/21/24 | Conference with R. Kuebel related to Contra Non Valentum issues (.7); review of all 5th Circuit briefing in Taxotere case as it related to Contra Non Valentum (1.8); review of Breland v. Shilling and cited cases as they relate to Contra Non Valentum (1.0). | PCL | 3.50 | 2,100.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 9

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/21/24 | Correspond via email with Brad Knapp regarding the proposed revisions to the non-monetary plan provisions (0.1); review and analyze Andy Caine's further, proposed revisions (0.7). | WSB | 0.80 | 480.00 |
| 03/22/24 | Review of Louisiana Supreme Court decision in Bienvenue and all cases cited therein in connection with claim-prescription issues. | PCL | 3.20 | 1,920.00 |
| 03/22/24 | Analysis of Louisiana Supreme Court constitutionality decision and impact on plan mediation (0.7); review additional revisions to non-monetaries (0.4). | BCK | 1.10 | 660.00 |
| 03/22/24 | Work on redline of non-monetary plan provisions (0.5) Correspond with A. Caine and S. Bryant regarding the same (0.3) Receipt and review of Brittany Wolf email and read exhibits and discuss with Jim Stang (1.2) | OFK | 2.00 | 1,200.00 |
| 03/25/24 | Review the Louisiana Supreme Court decision regarding the window statute (0.3); edit and revise the non-monetary plan provisions (1.1). | WSB | 1.40 | 840.00 |
| 03/25/24 | Call with Mr. Stang to analyze Louisiana Supreme Court opinion and claim value / mediation issues (0.7) Correspond with Apostolate counsel regarding ruling and mediation path (0.4) | OFK | 1.10 | 660.00 |
| 03/25/24 | Conduct legal research and begin drafting memorandum in connection with defense of Contra Non Valentum in light of recent ruling of Louisiana Supreme Court. | PCL | 1.70 | 1,020.00 |
| 03/26/24 | Continue drafting memorandum in connection with defense of Contra Non Valentum in light of recent ruling of Louisiana Supreme Court. | PCL | 3.90 | 2,340.00 |
| 03/26/24 | Prepare for and participate in Teams call regarding the UCC agenda, the La. Supreme Court ruling, and the mediation path forward. | OFK | 1.10 | 660.00 |
| 03/26/24 | Analyze with the other members of the bankruptcy counsel team multiple plan-related issues, including the impact of the Louisiana Supreme Court decision, the status of the mediation, and the revisions to the non-monetary plan provisions (1.0); further draft, edit, and revise the non-monetary plan provisions (3.7); forward the revised provisions to Andy Caine for his comments and further review and identify key issues for him to address (0.3) | WSB | 5.00 | 3,000.00 |
| 03/27/24 | Correspond via email with Andy Caine about the further revisions to the non-monetary plan provisions (0.1); further edit and revise the non-monetary plan provisions (0.4). | WSB | 0.50 | 300.00 |
| 03/27/24 | Work on non-monetary plan provision edits and correspond regarding the same (0.9) | OFK | 0.90 | 540.00 |
| 03/27/24 | Continue drafting legal memorandum and analysis examining the defense of Contra Non Valentum in light of recent ruling of Louisiana Supreme Court. | PCL | 4.20 | 2,520.00 |
| 03/28/24 | Conduct additional legal research and incorporate into draft memorandum on Contra Non Valentum. | PCL | 5.60 | 3,360.00 |
| 03/28/24 | Review and revise non-monetary plan provisions (0.8) Call with A. Caine to discuss revisions to non-monetary plan provisions (0.4) | OFK | 1.20 | 720.00 |
| 03/28/24 | Correspond via email with Andy Caine regarding the status of the non-monetary provisions (0.2); correspond via email with Rick Kuebel concerning these provisions (0.1); review the further revised provisions (0.2). | WSB | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 10

| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/29/24 | Continue drafting legal memorandum addressing the Contra Non Valentum in light of the Louisiana Supreme Court's recent ruling | PCL | 5.80 | 3,480.00 |
| 03/29/24 | Multiple emails regarding the revisions to the draft non-monetary plan provisions (0.5) Work on mediation issues and matters related to claim values (0.4) | OFK | 0.90 | 540.00 |
| | | | **120.30** | **$71,992.50** |

**TOTAL FEES**                                                                      **$107,130.00**

## TIMEKEEPER SUMMARY:

### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.10 | $660.00 |
| W.S. Bryant | Partner | $600.00 | 0.40 | $240.00 |
| | | | **1.50** | **$900.00** |

### B120   Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 3.30 | $1,980.00 |
| W.S. Bryant | Partner | $600.00 | 1.10 | $660.00 |
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | **4.90** | **$2,752.50** |

### B130   Asset Disposition

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.00 | $600.00 |
| W.S. Bryant | Partner | $600.00 | 0.60 | $360.00 |
| | | | **1.60** | **$960.00** |

### B150   Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.10 | $3,060.00 |
| O. F. Kuebel | Partner | $600.00 | 7.00 | $4,200.00 |
| W.S. Bryant | Partner | $600.00 | 2.10 | $1,260.00 |
| | | | **14.20** | **$8,520.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 11

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
| W.S. Bryant | Partner | $600.00 | 22.00 | $13,200.00 |
| A. St. Mary | Paralegal | $225.00 | 16.20 | $3,645.00 |
| | | | **38.50** | **$17,025.00** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 2.10 | $1,260.00 |
| O. F. Kuebel | Partner | $600.00 | 3.30 | $1,980.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.80 | $480.00 |
| | | | **6.20** | **$3,720.00** |

### B220    Employee Benefits/Pensions

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.20 | $120.00 |
| | | | **0.20** | **$120.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| O. F. Kuebel | Partner | $600.00 | 0.30 | $180.00 |
| | | | **0.90** | **$540.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |
| | | | **1.00** | **$600.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 41.70 | $25,020.00 |
| O. F. Kuebel | Partner | $600.00 | 34.30 | $20,580.00 |
| P.C. Lambert | Partner | $600.00 | 27.90 | $16,740.00 |
| W.S. Bryant | Partner | $600.00 | 15.90 | $9,540.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: April 24, 2024
Invoice No.: 1857217
Page: 12

**B320**    **Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | 120.30 | $71,992.50 |

**TIMEKEEPER SUMMARY TOTALS**        189.30     **$107,130.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Outside Printing | 1,239.96 |
| 03/06/24 | Trial Transcripts 24-03-03, Janice Russell, transcript of hearing on 12/21/23 | 79.00 |
| 03/06/24 | Trial Transcripts 24-18-2, Janice Russell, Transcript of hearing held on 1-16-24 | 81.60 |
| 03/19/24 | Meals 1328745, PARK SQUARE RESTAURANT GROUP LLC DBA CAFE AT THE SQUARE, ANO Mediation - Breakfast items for:  Rick Kuebel, Brad Knapp, Jim Stang, Soren Gisleson, Andy Caine, John Perry, Jonathan Perry, Kristi Schubert, Brittany Wolf-Freedman, Patricia Moody and Gerald Meunier | 145.54 |
| | TOTAL EXPENSES | $1,546.10 |

**TOTAL FEES**                           **$107,130.00**

**TOTAL EXPENSES**                   **$1,546.10**

**<u>TOTAL FEES AND EXPENSES</u>**         **<u>$108,676.10</u>**

**PLEASE REMIT PAYMENT:**

| <u>Via US Mail:</u> | <u>Via ACH:</u> | <u>Via Wire:</u> |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137211941v.1



**Locke Lord** LLP

Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

April 24, 2024
Invoice No.: 1857217

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through March 31, 2024

    File Number:  0107766.00001
    RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ........................................................................................................................... $107,130.00

Total Expenses ..................................................................................................................... $1,546.10

Total Due this Statement....................................................................................................... $108,676.10

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137211941v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: June 12, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR APRIL 1, 2024 THROUGH APRIL 30, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from April 1, 2024 through April 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

is attached hereto as **Exhibit B**.

4.  A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.  The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.  In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.  As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,116,771.19.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.  The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| April 1, 2024 through April 30, 2024 | |
|---|---|
| Fees (at standard rates): | $113,206.00 |
| (Reduction due to reduced rates) | ($46,283.50) |
| (Further voluntary reductions) | ($1,200.00) |
| Fees (After all reductions): | $65,722.50 |
| Disbursements | $1,645.34 |
| **Total** | **$67,367.84** |

**VOLUNTARY REDUCTIONS**

9.  In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $1,200.00 and 2.00 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

## NOTICE AND OBJECTION PROCEDURES

10.    In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before June 12, 2024  (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$54,223.34**. This figure consists of (a) $52,578.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $65,722.50 for the Statement Period, and (b) $1,645.34 in expenses disbursed, which represents one hundred percent (100%) of Locke Lord's total expenses incurred during the Statement Period.

3

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: May 29, 2024.                              Respectfully submitted,

                                                  Bradley C. Knapp (La #35867)
                                                  Omer F. Kuebel, III (La #21682)
                                                  Locke Lord LLP
                                                  601 Poydras Street, Suite 2660
                                                  New Orleans, Louisiana 70130-6036
                                                  Telephone: (504) 558-5111
                                                  Facsimile: (504) 558-5200
                                                  Email: bknapp@lockelord.com
                                                          rkuebel@lockelord.com
                                                   -and-

                                                  */s/ W. Steven Bryant*
                                                  W. Steven Bryant (*admitted pro hac vice*)
                                                  Texas Bar. No. 24027413
                                                  Federal I.D. No.  32913
                                                  Locke Lord LLP
                                                  600 Colorado Street, Ste. 2100
                                                  Austin, Texas 78701
                                                  Telephone: (512) 305-4726
                                                  Facsimile: (512) 305-4800
                                                  Email: sbryant@lockelord.com

                                                  *Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**APRIL 1, 2024 THROUGH APRIL 30, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 3.40 | $2,002.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 16.80 | $10,080.00 |
| B130 | ASSET DISPOSITION | 6.50 | $3,900.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 17.60 | $10,560.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 7.90 | $4,290.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 0.80 | $480.00 |
| B190 | OTHER CONTESTED MATTERS | 3.30 | $1,980.00 |
| B250 | REAL ESTATE | 2.10 | $1,260.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 3.90 | $1,702.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 49.30 | $29,467.50 |
| | **TOTAL FEES SOUGHT =** | **111.60** | **$65,722.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**APRIL 1, 2024 THROUGH APRIL 30, 2024**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 45.6 | $600.00 | $27,360.00 |
| BCK | Knapp, Brad C. | Partner | 37.6 | $600.00 | $22,560.00 |
| WSB | Bryant, W. Steven | Partner | 18.1 | $600.00 | $10,860.00 |
| PCL | Peyton C. Lambert | Partner | 7.0 | $600.00 | $4,200.00 |
| AS | St. Mary, Amanda P | Paralegal | 2.8 | $225.00 | $630.00 |
| NP | Peterson, Nicholas | Litigation Support | 0.5 | $225.00 | $112.50 |
| | **TOTALS =** | | **111.60** | | **$65,722.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**APRIL 1, 2024 THROUGH APRIL 30, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | PACER Online Research | $1.30 |
| | Outside Printing | $1,644.04 |
| | **TOTAL EXPENSES** | **$1,645.34** |

**EXHIBIT D**



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

May 24, 2024
Invoice No.: 1863378

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2024 $67,367.84

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/24 | Attend the standing weekly call with the Debtor's counsel to address various outstanding issues. | WSB | 0.50 | 300.00 |
| 04/02/24 | Participate in standing weekly call with M. Mintz and ANO team regarding multiple issues. | OFK | 0.50 | 300.00 |
| 04/08/24 | Receipt and review of M. Mintz email regarding multiple outstanding issues and correspond regarding the same (0.3) | OFK | 0.30 | 180.00 |
| 04/23/24 | Prepare for and participate in call with M. Mintz and the ANO on multiple case issues. | OFK | 1.00 | 600.00 |
| 04/23/24 | Conference with Debtor regarding general updates and mediation status. | BCK | 1.00 | 600.00 |
| 04/24/24 | Update calendar to reflect new omnibus hearing and associated deadlines. | AS | 0.10 | 22.50 |
| | | | 3.40 | $2,002.50 |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/24 | Prepare for and participate in call with ANO team and Commercial Committee counsel regarding 9019 settlement motions with Coterra and Chevron as well as the application to pay fee to Talbot, Carmouche & Marcello (0.8) Follow-up call and emails with the U.S. Trustee's office and Commercial Committee counsel regarding these motions (0.7) Correspond regarding settlement-motion information request. (0.2) | OFK | 1.70 | 1,020.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans
◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

137536975v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 2

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/02/24 | Review settlement agreements related to 9019 motions involving oil and lease assets. | BCK | 0.70 | 420.00 |
| 04/02/24 | Follow-up emails and calls with the Debtor regarding 9019 settlement diligence. | OFK | 0.60 | 360.00 |
| 04/03/24 | Continued review of 9019 settlement documents related to the resolution of disputes over certain Debtor oil-and-gas leases (0.4) | OFK | 0.40 | 240.00 |
| 04/03/24 | Continue reviewing background information related to proposed settlements involving oil and gas leases. | BCK | 1.20 | 720.00 |
| 04/04/24 | Correspond via email with the bankruptcy counsel team regarding oil-and-gas settlement motions (0.2); review and analyze the initial complaint (0.2) | OFK | 0.40 | 240.00 |
| 04/09/24 | Receipt and review of multiple emails regarding tolling agreement issue with NDHS successor and correspond with S. Bryant regarding the same (0.3) | OFK | 0.30 | 180.00 |
| 04/10/24 | Correspond via email with the bankruptcy counsel team regarding the final tolling agreement extensions (0.1); correspond via email with Pat Moody in her capacity as Committee chair regarding these issues and provide a recommendation about whether to pursue the last two entities that have not signed further extensions (0.3). | WSB | 0.40 | 240.00 |
| 04/10/24 | Analysis of tolling agreement issues. | BCK | 0.40 | 240.00 |
| 04/15/24 | Correspond via email with Pat Moody regarding the last two extensions of the tolling agreements requested of the former NDHS property-owning entities (0.2); further correspond via email with the bankruptcy counsel team about this matter (0.2). | WSB | 0.40 | 240.00 |
| 04/16/24 | Finalize analysis of the issues related to the refusal of the CommCare PropCo entities to execute the tolling agreement extension (0.3); correspond via email with the Committee about this matter (0.1). | WSB | 0.40 | 240.00 |
| 04/16/24 | Continued analysis of settlement motions related to ANO oil and gas assets. | BCK | 0.50 | 300.00 |
| 04/16/24 | Correspond regarding pending 90109 motion and Castex conflict issue/ Castex-state settlement (0.5) Correspond with BRG on missing financial information requests. (0.7) | OFK | 1.20 | 720.00 |
| 04/17/24 | Correspond with the bankruptcy counsel team regarding the oil-and-gas lease settlements. | OFK | 0.50 | 300.00 |
| 04/17/24 | Correspond via email with the bankruptcy counsel team regarding the Committee's decision with respect to the last two tolling-extension agreements (0.2); correspond via email with Brooke Altazan concerning these last two tolling extension agreements (0.2). | WSB | 0.40 | 240.00 |
| 04/18/24 | Continue evaluating the terms of the settlement motions involving oil and gas assets. | BCK | 0.70 | 420.00 |
| 04/18/24 | Correspond with UCC and team regarding various contribution questions raised by the oil-and-gas settlements (0.5) | OFK | 0.50 | 300.00 |
| 04/18/24 | Receipt and review of D. Draper document download and correspond regarding the same (0.4) | OFK | 0.40 | 240.00 |
| 04/23/24 | Continued analysis of oil and gas settlement issues. | BCK | 0.50 | 300.00 |
| 04/24/24 | Correspond on pending oil-and-gas settlement motion and potential response. (0.4) | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 3

**B120 Asset Analysis and Recovery**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/24/24 | Correspond with M. Mintz on document request. (0.3) | OFK | 0.30 | 180.00 |
| 04/26/24 | Receipt and review of correspondence from Apostolates (0.3) Correspond with bankruptcy counsel team regarding the oil-and-gas settlement motions (0.4) | OFK | 0.70 | 420.00 |
| 04/26/24 | Call with D. Draper regarding status of Apostolate discovery and related matters. (0.3) | OFK | 0.30 | 180.00 |
| 04/29/24 | Prepare for and participate in call with Carmourche firm in 9019 settlement and follow-up Castex research regarding the same (1.2) | OFK | 1.20 | 720.00 |
| 04/29/24 | Continue reviewing Rule 9019 motions related to oil and gas leases (0.8); conference with counsel for ANO regarding oil and gas settlements and implications for future environmental clean up (0.7). | BCK | 1.50 | 900.00 |
| 04/30/24 | Follow-up work on 9019 settlement motion and discuss with Soren Gisleson. (0.5) | OFK | 0.50 | 300.00 |
| 04/30/24 | Receipt and review of asset value information and correspond with/BRG regarding the same (0.3) | OFK | 0.30 | 180.00 |
| | | | **16.80** | **$10,080.00** |

**B130 Asset Disposition**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/24 | Correspond with Debtor's counsel and Steven Bryant regarding ANO sale-status questions. (0.3) | OFK | 0.30 | 180.00 |
| 04/01/24 | Review and analyze the Debtors' proposed motion extending the term on the lease between Our Lady of Divine Providence and JeffCAP (0.3); draft email to the bankruptcy counsel team summarizing this proposal and evaluating the Committee's position on the proposal (0.3). | WSB | 0.60 | 360.00 |
| 04/02/24 | Draft, edit, and revise a detailed explanation of the Debtor's request to extend the OLDP/JeffCAP lease (0.6); forward that explanation to Pat Moody for her review and comment (0.2); further correspond via email with Ms. Moody about this transaction (0.1). | WSB | 0.90 | 540.00 |
| 04/05/24 | Receipt and review of email from survivor regarding pending motion to approve the JeffCAP/OLDP lease and forward the motion to the survivor (0.2) Further follow-up emails regarding real estate motions and sale status (0.4) | OFK | 0.60 | 360.00 |
| 04/12/24 | Receipt and review of email from Samantha Oppenheim regarding real-estate lease study in connection with the JeffCAP/OLDP lease (0.2) | OFK | 0.20 | 120.00 |
| 04/15/24 | Correspond via email with the Debtor's counsel regarding various questions related to the JeffCAP/OLDP real estate lease. | OFK | 0.30 | 180.00 |
| 04/15/24 | Correspond via email with the bankruptcy counsel team about the extended JeffCAP lease (0.1); review the Debtor's market rent study (0.2). | WSB | 0.30 | 180.00 |
| 04/16/24 | Complete review of the OLDP/JeffCAP lease extension and market-rent study (0.4); analyze the further, revised proposed order approving the one-year lease extension (0.1). | WSB | 0.50 | 300.00 |
| 04/16/24 | Correspond on real estate sale issues (0.4) Call with S. Bryant on real estate sales/lease. (0.3) | OFK | 0.70 | 420.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/17/24 | Correspond via email with the Committee about the extension of the JeffCAP/OLDP lease (0.2); send email to the Debtor's counsel stating that the Committee does not oppose the extension (0.1). | WSB | 0.30 | 180.00 |
| 04/19/24 | Correspond via email with Steven Bryant regarding the JeffCAP/OLDP lease motion. (0.3) | OFK | 0.30 | 180.00 |
| 04/22/24 | Review and analyze the Debtor's executed contract to sell the Catholic Bookstore property. | WSB | 0.30 | 180.00 |
| 04/23/24 | Review the various proposed real-estate transactions (including the Catholic bookstore) to determine the status of these transactions and prepare for today's Committee meeting. | WSB | 0.40 | 240.00 |
| 04/24/24 | Correspond with Debtor on real estate sale discussions/sale process (0.5) | OFK | 0.50 | 300.00 |
| 04/26/24 | Further draft, edit, and revise the draft Motion to Approve property sales. | WSB | 0.30 | 180.00 |
| | | | **6.50** | **$3,900.00** |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/24 | Correspond via email and call with ANO claimant on case status and claim questions (0.4) | OFK | 0.40 | 240.00 |
| 04/01/24 | Correspondence with Committee regarding meetings. | BCK | 0.10 | 60.00 |
| 04/02/24 | Correspond via email with Brad Knapp regarding today's potential Committee call; correspond via email with the Committee canceling today's call. | WSB | 0.10 | 60.00 |
| 04/02/24 | Correspondence with pro se claimant regarding case status (0.1); correspondence with state court counsel for certain claimants regarding case status (0.2). | BCK | 0.30 | 180.00 |
| 04/02/24 | Call with ANO claimant (H. Doe) regarding case status questions (0.5) Correspond regarding UCC member update (0.3) | OFK | 0.80 | 480.00 |
| 04/03/24 | Correspond with ANO claimant on case status (0.5) | OFK | 0.50 | 300.00 |
| 04/03/24 | Conferences with multiple pro se claimants regarding case status and mediation next steps. | BCK | 1.60 | 960.00 |
| 04/04/24 | Conference with pro se survivor claimant regarding case status. | BCK | 0.20 | 120.00 |
| 04/05/24 | Correspondence with survivor claimant regarding case status (0.2); correspondence with additional survivor claimant regarding case status (0.1). | BCK | 0.30 | 180.00 |
| 04/08/24 | Draft update for Committee members (0.4): correspondence with pro se claimant regarding case status (0.1). | BCK | 0.50 | 300.00 |
| 04/08/24 | Correspond regarding the Committee meeting / agenda and counsel update. (0.4) | OFK | 0.40 | 240.00 |
| 04/09/24 | Correspond via email with the bankruptcy counsel team regarding this week's Committee meeting and the status of various updates. (0.3) | OFK | 0.30 | 180.00 |
| 04/09/24 | Conferences with multiple pro se claimants regarding case status (0.6); conference with state court counsel for claimants regarding case status (0.3). | BCK | 0.90 | 540.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 5

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 04/12/24 | Correspondence with state-court counsel for claimant regarding case status. | BCK | 0.10 | 60.00 |
| 04/12/24 | Receipt and review of state-court counsel request regarding Odoing and correspond regarding the same (0.4) | OFK | 0.40 | 240.00 |
| 04/15/24 | Correspond via email with the Committee members regarding the Committee's agenda and updates on case developments. (0.4) | OFK | 0.40 | 240.00 |
| 04/15/24 | Analysis of upcoming Committee meetings (0.2); correspondence with Committee regarding meetings (0.1); correspondence with state-court counsel regarding Committee meetings (0.1). | BCK | 0.40 | 240.00 |
| 04/16/24 | Draft email to the Committee requesting action on multiple, pending matters in lieu of holding a formal meeting (0.5); forward the email to the Committee members and their counsel for their review and action (0.1). | WSB | 0.60 | 360.00 |
| 04/16/24 | Correspondence with pro se survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| 04/18/24 | Correspond with state court counsel on mediation updates and insurance claim status (0.8) | OFK | 0.80 | 480.00 |
| 04/19/24 | Multiple correspondence with state court counsel regarding hearing docket (0.5) | OFK | 0.50 | 300.00 |
| 04/19/24 | Analysis of bankruptcy filings to address creditor questions (0.5); conference with pro se survivor claimant regarding case status (0.2). | BCK | 0.70 | 420.00 |
| 04/22/24 | Correspondence with pro se survivor regarding case status (0.1); conference with pro se survivor regarding case status (0.4); conference with state court counsel regarding upcoming hearings (0.3); draft Committee meeting agenda (0.1); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 1.00 | 600.00 |
| 04/22/24 | Edit and revise Agenda for tomorrow's Committee meeting (0.1); correspond via email with Brad Knapp about the Agenda and rescheduling the standing Committee meeting (0.1). | WSB | 0.20 | 120.00 |
| 04/22/24 | Correspond via email with the Committee regarding the Committee meeting and agenda, as well as recent newspaper reports (0.5) | OFK | 0.50 | 300.00 |
| 04/23/24 | Attend Committee meeting regarding mediation and next steps. | BCK | 1.00 | 600.00 |
| 04/23/24 | Attend today's Committee meeting to address multiple issues facing the Committee. | WSB | 1.00 | 600.00 |
| 04/23/24 | Correspondence with pro se claimant regarding case status (0.1); conference with Committee member regarding case status (0.3). | BCK | 0.40 | 240.00 |
| 04/23/24 | Prepare for today's Committee meeting (0.2); attend today's Committee meeting regarding mediation and related matters (1.0) | OFK | 1.20 | 720.00 |
| 04/24/24 | Conference with pro se survivor regarding case status (0.2); conference with state court counsel for claimant regarding case status (0.2); correspondence with pro se survivor regarding case status (0.1). | BCK | 0.50 | 300.00 |
| 04/25/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 04/30/24 | Correspond via email with non-Committee, state-court counsel (0.4) extended correspondence with non-Committee state-court counsel and address multiple outstanding matters. (1.0—NO CHARGE) | OFK | 0.40 | 240.00 |
| 04/30/24 | Conference with pro se claimant regarding case status. | BCK | 0.30 | 180.00 |

| **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/30/24 Conference with state court counsel for multiple claimants regarding case status and next steps. | BCK | 0.50 | 300.00 |
| | | **17.60** | **$10,560.00** |

| **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/21/24 Draft, edit, and revise the monthly fee statement for Locke Lord (1.9); draft monthly fee statement for Zobrio (0.1). | WSB | 2.00 | 1,200.00 |
| 04/23/24 Further draft, edit, and revise the monthly fee statement of Locke Lord (1.0); draft monthly fee statement for Zobrio (0.1). | WSB | 1.10 | 660.00 |
| 04/23/24 Update proposed Fee Application Orders in preparation for sending these orders to the Court (0.2); email correspondence with S. Bryant regarding same (0.1). | AS | 0.30 | 67.50 |
| 04/24/24 Email correspondence to the Court with Word versions of proposed Fee Application Orders. | AS | 0.20 | 45.00 |
| 04/24/24 Draft, edit, and revise the Locke Lord monthly fee statement (0.5). | WSB | 0.50 | 300.00 |
| 04/25/24 Draft Certificate of Service for Fee Application Orders (0.2); email correspondence with S. Bryant regarding same (0.1). | AS | 0.30 | 67.50 |
| 04/26/24 Finalize and e-file Certificate of Service for Fee Application Orders (0.2); email correspondence to Alliance Overnight Document Service, Inc. regarding mailing same (0.2). | AS | 0.40 | 90.00 |
| 04/29/24 Draft, edit, and finalize the monthly fee statement for Locke Lord (2.5- -1.0 Hours NO CHARGE); review key issues related to the fee-application process with Katee Culbertson (0.4); send email to the Fee Notice Parties with the monthly statements for Locke Lord and Zobrio (0.2); send email to the U.S. Trustee with the LEDES file for the Locke Lord monthly fee statement (0.1); draft email to the Debtor's counsel outlining the amounts owed in connection with the fee orders entered by the Court last week for Locke Lord, Actuarial Value, Stegall Benton, and Zobrio (0.6). | WSB | 2.80 | 1,680.00 |
| 04/30/24 Telephone conference with Caroline McCaffrey, counsel to the Debtor, about the status of the professional fee payments and related matters. | WSB | 0.30 | 180.00 |
| | | **7.90** | **$4,290.00** |

| **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/19/24 Review the Commercial Committee's proposed motion to retain conflicts counsel (0.3); correspond via email with the bankruptcy counsel team about this matter (0.1); correspond via email with the Commercial Committee's counsel regarding the request to expedite the motion (0.1). | WSB | 0.50 | 300.00 |
| 04/25/24 Attend hearing regarding Jones Walker fee application. | BCK | 0.30 | 180.00 |
| | | **0.80** | **$480.00** |

137536975v.1

**B190 Other Contested Matters**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/25/24 | Analysis of survivor statement materials from Baltimore bankruptcy (0.5); prepare Committee position on survivor statements (0.2); review motion to allow survivor statements (0.6); analysis of implications of survivor statements (0.4). | BCK | 1.70 | 1,020.00 |
| 04/25/24 | Multiple correspondence on document subpoena related to the Dundon matter and request for document access with the bankruptcy counsel team and state court counsel (0.8) | OFK | 0.80 | 480.00 |
| 04/25/24 | Multiple correspondence on possible state court motion on survivor testimony and related evidentiary concerns. | OFK | 0.70 | 420.00 |
| 04/30/24 | Correspondence with L. Phillips regarding status of Dundon responses related to protective order breach. | BCK | 0.10 | 60.00 |
| | | | **3.30** | **$1,980.00** |

**B250 Real Estate**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/24 | Review the Debtors' update email on the status of the real-estate transactions (0.2); correspond via email with Rick Kuebel about this email summary (0.1). | WSB | 0.30 | 180.00 |
| 04/11/24 | Attend today's videoconference meeting with the Debtor's counsel and The McEnery Company to review the status of the real-estate transactions and related matters (0.7); review the TMC document database and identify recent offers and other transactions (0.4). | WSB | 1.10 | 660.00 |
| 04/11/24 | Prepare for and participate in real estate call with the Debtor and the Debtor's real-estate broker, The McEnery Group (0.7) | OFK | 0.70 | 420.00 |
| | | | **2.10** | **$1,260.00** |

**B310 Claims Administration and Objections**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/01/24 | Review additional filed proof of claim (0.1): correspondence with counsel for new claimant regarding claim issues (0.1). | BCK | 0.20 | 120.00 |
| 04/01/24 | Correspond via email with Brad Knapp regarding the proof-of-claim amendment process (0.1); correspond via email with counsel for a claimant regarding the status of his client's proof of claim (0.1). | WSB | 0.20 | 120.00 |
| 04/04/24 | Analysis of claims information and updated claims valuation issues. | BCK | 0.30 | 180.00 |
| 04/05/24 | Review confirmation of retention of counsel by survivor claimant to address request for claim. | BCK | 0.10 | 60.00 |
| 04/08/24 | Review pro se claim to address inquiry regarding claim (0.2); correspondence with state court counsel regarding claims (0.1). | BCK | 0.30 | 180.00 |
| 04/10/24 | Multiple emails regarding claim objection / claim value issues and availability of insurance to pay for claims of state court counsel (0.8) | OFK | 0.80 | 480.00 |
| 04/18/24 | Prepare and organize claims documents incorporating additional late-filed claims into the survivor claims database. | NP | 0.50 | 112.50 |
| 04/18/24 | Analysis of additional late-filed survivor claims. | BCK | 0.30 | 180.00 |
| 04/30/24 | Review survivor proof of claims and update claims summary. | AS | 1.20 | 270.00 |
| | | | **3.90** | **$1,702.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 8

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 01/29/24 | Prepare for upcoming plan mediation session with J. Perry (2.2); analysis of revised materials for upcoming plan presentation to the Committee (0.5). | BCK | 2.70 | 1,620.00 |
| 04/01/24 | Review with Brad Knapp the status of the mediation, the revisions to the non-monetary provisions, and related matters (0.5); correspond via email with the bankruptcy counsel team about the status of the revisions to the non-monetary provisions (0.1). | WSB | 0.60 | 360.00 |
| 04/01/24 | Analysis of next steps in mediation following the Louisiana Supreme Court's constitutionality ruling. | BCK | 0.40 | 240.00 |
| 04/01/24 | Prepare for and participate in mediation status call with John Perry and Jim Stang (1.2) Correspond via email regarding the same (0.3) | OFK | 1.50 | 900.00 |
| 04/02/24 | Review revised non-monetary policies (0.8); conference with Debtor regarding next steps in mediation (0.4). | BCK | 1.20 | 720.00 |
| 04/02/24 | Review joint exhibit to motion to dismiss in order to use it in connection with the mediation (0.2); email correspondence to B. Knapp regarding same (0.1). | AS | 0.30 | 67.50 |
| 04/02/24 | Call with Soren Gisleson regarding non-monetary provisions, claims values, and mediation status (0.6) | OFK | 0.60 | 360.00 |
| 04/03/24 | Work on non-monetary plan comments and status email (0.4) Work on mediation/plan/claim strategy (0.7) | OFK | 1.10 | 660.00 |
| 04/04/24 | Prepare for and participate in call with state court counsel to address mediation, claims, and case strategy issues. (1.2) Multiple correspondence on non-monetary plan provisions. (0.4) | OFK | 1.60 | 960.00 |
| 04/04/24 | Analysis of mediation strategy following constitutionality ruling (1.0); review proposed revisions to non-monetary policies (0.4); review plan provisions from additional diocese bankruptcies (0.7). | BCK | 2.10 | 1,260.00 |
| 04/05/24 | Correspond with J. Stang on Rockville Center plan vote and implications for the ANO plan-confirmation process and mediation (0.5) Correspond with John Perry and the Committee's insurance counsel regarding insurance-mediation meetings (0.4) Multiple emails on ANO non-monetary plan provisions including state-court counsel comments. (0.5) | OFK | 1.40 | 840.00 |
| 04/05/24 | Receipt and review of court filing regarding reconsideration of the Louisiana Supreme Court decision (0.3) | OFK | 0.30 | 180.00 |
| 04/05/24 | Review final revisions to non-monetary plan provisions. | BCK | 0.30 | 180.00 |
| 04/05/24 | Review the proposed final revisions to the non-monetary plan provisions (0.1); correspond via email with Andy Caine regarding these finalized non-monetary plan provisions (0.1). | WSB | 0.20 | 120.00 |
| 04/08/24 | Follow-up emails on mediation status with Mr. Perry. (0.3) Work on claim value / insurance coverage / Claro updates for mediation. (1.0) | OFK | 1.30 | 780.00 |
| 04/09/24 | Work on claims value and insurance table for mediation (0.5) | OFK | 0.50 | 300.00 |
| 04/09/24 | Review recent filings in additional diocese cases to evaluate plan terms and process updates. | BCK | 0.70 | 420.00 |
| 04/11/24 | Analyze in detail with Iain Nasatir insurance-related matters pertinent to the plan mediation (1.0). | OFK | 1.00 | 600.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 9

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/12/24 | Receipt and review of Perry mediation update and correspond regarding the same with co-counsel (0.5) Call from Jim Stang regarding Rockville Center MTD filing and review pleading. (0.4) | OFK | 0.90 | 540.00 |
| 04/15/24 | Correspond with UCC team and work on update Claro / insurance analysis for mediation purposes (0.6) Correspond regarding Rockville center Motion To Dismiss (0.3) | OFK | 0.90 | 540.00 |
| 04/15/24 | Analysis of claims to address settlement value for plan negotiation (0.8); correspondence with claims agent regarding updated claims file for plan negotiations (0.1). | BCK | 0.90 | 540.00 |
| 04/16/24 | Review with Rick Kuebel various matters related to the documents that BRG still needs in order to evaluate potential plan proposals and the ANO's ability to pay (0.4); correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.50 | 300.00 |
| 04/16/24 | Review mediation update from John Perry (0.2); analysis of developments in additional diocese cases to evaluate plan strategy (0.7). | BCK | 0.90 | 540.00 |
| 04/17/24 | Analysis of Brooklyn Diocese AG settlement to evaluate terms in connection with non-monetary plan negotiations (1.4); review additional information needs for plan mediation (0.2). | BCK | 1.60 | 960.00 |
| 04/17/24 | Call with J. Stang regarding non-monetary issues and New York AG settlements (0.4) Receipt and review of team emails on non-monetary plan provision (0.5) Receipt and review of mediation update from Mr. Perry and discuss with J. Stang (0.3) | OFK | 1.20 | 720.00 |
| 04/18/24 | Correspond on non-monetary plan provisions. (0.3) | OFK | 0.30 | 180.00 |
| 04/18/24 | Conduct legal research related to circumstances giving rise to contra non valentum argument against prescription. | PCL | 2.30 | 1,380.00 |
| 04/19/24 | Correspond on non-monetary plan provisions (0.4) Receipt and review of mediation update and correspond on insurance claim issues. (0.8) | OFK | 1.20 | 720.00 |
| 04/19/24 | Correspond via email with the bankruptcy counsel team about the status of the mediation and recent mediation sessions. | WSB | 0.20 | 120.00 |
| 04/22/24 | Continued review of additional non-monetary policies related to non-monetary negotiations. | BCK | 2.40 | 1,440.00 |
| 04/22/24 | Call from Mr. Perry regarding mediation issues. (0.6) Work on Claro claims update info / values (0.7) | OFK | 1.30 | 780.00 |
| 04/23/24 | Follow-up calls/correspondence with Mr. Stang and state court counsel on mediator re-appointment and mediation issues (0.8) Work on mediator motion issues (0.7) Correspond with J. Stang regarding mediator call. (0.3) | OFK | 1.80 | 1,080.00 |
| 04/23/24 | Review motion to extend mediator appointment. | BCK | 0.30 | 180.00 |
| 04/24/24 | Conference with counsel for certain abuse survivors regarding plan mediation and next steps in case. | BCK | 1.10 | 660.00 |
| 04/24/24 | Prepare for and participate in mediation and case status discussion with Soren Gisleson. (1.5) Follow-up call with J. Stang (0.5) | OFK | 2.00 | 1,200.00 |
| 04/25/24 | Conference with M. Mintz regarding mediation status and issues regarding criminal search warrant (0.3); correspondence with J. Perry regarding mediation updates (0.1). | BCK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 10

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/25/24 | Conduct legal research related to Contra Non Valentum defense in light of Louisiana Supreme Court's ruling relating to prescription statute. | PCL | 2.30 | 1,380.00 |
| 04/25/24 | Multiple correspondence regarding mediator call and mediation update. | OFK | 0.50 | 300.00 |
| 04/26/24 | Analysis of next steps in mediation negotiations. | BCK | 0.40 | 240.00 |
| 04/26/24 | Multiple correspondence on mediation communication with Mr. Perry (0.4) Work on claim-settlement issues and how they impact mediation and the plan. (0.7) | OFK | 1.10 | 660.00 |
| 04/29/24 | Correspondence with Committee regarding mediation updates (0.2); conference with J. Perry regarding mediation status and next steps (0.9); analysis of pleadings from additional diocese bankruptcies related to plan process and mediation (1.1). | BCK | 2.20 | 1,320.00 |
| 04/29/24 | Prepare for and participate in call with John Perry regarding mediation status (0.8) | OFK | 0.80 | 480.00 |
| 04/30/24 | Review criminal search warrant to evaluate impact on plan and mediation process (0.3); correspondence with Committee chair regarding mediation status and non-monetaries (0.2); correspondence with M. Mintz regarding non-monetaries (0.1); analysis of briefing related to rehearing of window statute constitutionality issues (0.5). | BCK | 1.10 | 660.00 |
| 04/30/24 | Correspond regarding status of non-monetaries. (0.3) | OFK | 0.30 | 180.00 |
| 04/30/24 | Conduct legal research related to Contra Non Valentum defense in light of Supreme Court ruling relating to prescription statute. | PCL | 2.40 | 1,440.00 |
| 04/30/24 | Review with Brad Knapp the status of the mediation in light of yesterday's general call with John Perry as well as the current Debtor position on the non-monetary plan provisions. | WSB | 0.20 | 120.00 |
| | | | **49.30** | **$29,467.50** |

**TOTAL FEES** $65,722.50

## TIMEKEEPER SUMMARY:

### B110 Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.00 | $600.00 |
| O. F. Kuebel | Partner | $600.00 | 1.80 | $1,080.00 |
| W.S. Bryant | Partner | $600.00 | 0.50 | $300.00 |
| A. St. Mary | Paralegal | $225.00 | 0.10 | $22.50 |
| | | | **3.40** | **$2,002.50** |

### B120 Asset Analysis and Recovery

137536975v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 11

**B120    Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.50 | $3,300.00 |
| O. F. Kuebel | Partner | $600.00 | 9.70 | $5,820.00 |
| W.S. Bryant | Partner | $600.00 | 1.60 | $960.00 |
| | | | **16.80** | **$10,080.00** |

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.90 | $1,740.00 |
| W.S. Bryant | Partner | $600.00 | 3.60 | $2,160.00 |
| | | | **6.50** | **$3,900.00** |

**B150    Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 9.10 | $5,460.00 |
| O. F. Kuebel | Partner | $600.00 | 6.60 | $3,960.00 |
| W.S. Bryant | Partner | $600.00 | 1.90 | $1,140.00 |
| | | | **17.60** | **$10,560.00** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 6.70 | $4,020.00 |
| A. St. Mary | Paralegal | $225.00 | 1.20 | $270.00 |
| | | | **7.90** | **$4,290.00** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
| W.S. Bryant | Partner | $600.00 | 0.50 | $300.00 |
| | | | **0.80** | **$480.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.80 | $1,080.00 |
| O. F. Kuebel | Partner | $600.00 | 1.50 | $900.00 |
| | | | **3.30** | **$1,980.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: May 24, 2024
Invoice No.: 1863378
Page: 12

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.70 | $420.00 |
| W.S. Bryant | Partner | $600.00 | 1.40 | $840.00 |
| | | | **2.10** | **$1,260.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.20 | $720.00 |
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| W.S. Bryant | Partner | $600.00 | 0.20 | $120.00 |
| A. St. Mary | Paralegal | $225.00 | 1.20 | $270.00 |
| N. Peterson | Litigation Supp | $225.00 | 0.50 | $112.50 |
| | | | **3.90** | **$1,702.50** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 18.70 | $11,220.00 |
| O. F. Kuebel | Partner | $600.00 | 21.60 | $12,960.00 |
| P.C. Lambert | Partner | $600.00 | 7.00 | $4,200.00 |
| W.S. Bryant | Partner | $600.00 | 1.70 | $1,020.00 |
| A. St. Mary | Paralegal | $225.00 | 0.30 | $67.50 |
| | | | **49.30** | **$29,467.50** |

**TIMEKEEPER SUMMARY TOTALS**  **111.60**  **$65,722.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | PACER Online Research | 1.30 |
| | Outside Printing | 1,644.04 |
| | **TOTAL EXPENSES** | **$1,645.34** |

137536975v.1

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: May 24, 2024
Invoice No.:  1863378
Page:  13

TOTAL FEES                                                        $65,722.50

TOTAL EXPENSES                                                     $1,645.34

**TOTAL FEES AND EXPENSES**                               **$67,367.84**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137536975v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

May 24, 2024
Invoice No.:  1863378

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through April 30, 2024

     File Number:   0107766.00001
     RE:        Bankruptcy of the Archdiocese of New Orleans

Total Fees  ..................................................................................................................................... $65,722.50

Total Expenses ................................................................................................................................... $1,645.34

Total Due this Statement................................................................................................................... $67,367.84

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137536975v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline:  July 12, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR MAY 1, 2024 THROUGH MAY 31, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from May 1, 2024 through May 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,255,053.19.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| May 1, 2024 through May 31, 2024 | |
| --- | --- |
| Fees (at standard rates): | $125,783.00 |
| (Reduction due to reduced rates) | ($50,770.50) |
| (Further voluntary reductions) | ($600.00) |
| Fees (After all reductions): | $74,412.50 |
| Disbursements | $463.28 |
| **Total** | **$74,875.78** |

## VOLUNTARY REDUCTIONS

9.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $600.00 and 1.00 billable hour not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before July 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$59,993.28**. This figure consists of (a) $59,530.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $74,412.50 for the Statement Period, and (b) $463.28 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.    To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: June 28, 2024.                              Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT A

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## MAY 1, 2024 THROUGH MAY 31, 2024

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 7.20 | $3,757.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 2.60 | $1,560.00 |
| B130 | ASSET DISPOSITION | 25.20 | $15,120.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 17.90 | $10,530.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 8.40 | $4,567.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 19.40 | $11,640.00 |
| B190 | OTHER CONTESTED MATTERS | 12.00 | $6,427.50 |
| B250 | REAL ESTATE | 1.80 | $1,080.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 6.10 | $2,160.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 33.60 | $17,570.00 |
| | **TOTAL FEES SOUGHT =** | **134.20** | **$74,412.50** |

**EXHIBIT B**

America:0107766/00001: 137823064v.2

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**MAY 1, 2024 THROUGH MAY 31, 2024**
------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 40.1 | $600.00 | $24,060.00 |
| BCK | Knapp, Brad C. | Partner | 27.1 | $600.00 | $16,260.00 |
| WSB | Bryant, W. Steven | Partner | 35.8 | $600.00 | $21,480.00 |
| PCL | Peyton C. Lambert | Partner | 3.1 | $600.00 | $1,860.00 |
| AS | St. Mary, Amanda P | Paralegal | 7.0 | $225.00 | $1,575.00 |
| PGE | Eisenberg, Phillip G. | Partner | 1.2 | $600.00 | $720.00 |
| KC | Culbertson, Katherine | Associate | 19.9 | $425.00 | $8,457.50 |
| | **TOTALS =** | | **134.20** | | **$74,412.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**MAY 1, 2024 THROUGH MAY 31, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Outside Printing | $463.28 |
| | **TOTAL EXPENSES** | **$1,645.34** |

**EXHIBIT D**

America:0107766/00001: 137823064v.2



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

June 25, 2024
Invoice No.: 1869096

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2024 — $74,875.78

File Number: 0107766.00001
Re: Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/24 | Review updates regarding criminal search warrant directed to the ANO. | BCK | 0.10 | 60.00 |
| 05/02/24 | Analyze criminal search warrant served on the ANO | PGE | 0.30 | 180.00 |
| 05/02/24 | Address potential legal implications for the bankruptcy case of the Louisiana state police search warrant. | PGE | 0.90 | 540.00 |
| 05/07/24 | Participate in part of today's standing Debtor call to address sales-related matters and other outstanding issues. | WSB | 1.00 | 600.00 |
| 05/07/24 | Prepare for and participate in the weekly standing call with Debtor and address multiple, outstanding issues, including the status of the pending Coterra and Chevron settlement motions (1.2) | OFK | 1.20 | 720.00 |
| 05/13/24 | Update survivor service matrix to include additional late-filed survivor claims (1.3) mail out letter to claimants regarding criminal search warrant (0.2). | AS | 1.50 | 337.50 |
| 05/14/24 | Prepare for and participate in weekly standing call with Debtor on pending motion practice and multiple mediation issues (1.0) | OFK | 1.00 | 600.00 |
| 05/14/24 | Attend a portion of today's weekly standing call with the Debtor's counsel to address multiple, outstanding issues. | WSB | 0.80 | 480.00 |
| 05/21/24 | Prepare for and participate in weekly standing call with the Debtor's counsel. | OFK | 0.40 | 240.00 |
| | | | **7.20** | **$3,757.50** |

137810749v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 2

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/24 | Receipt and review of Christopher Holmes production and correspond regarding the same with BRG team (0.4) Prepare for and participate in call with BRG team on Apostalate value issues (0.6) | OFK | 1.00 | 600.00 |
| 05/01/24 | Correspond via email with multiple parties regarding 9019 Motions to approve settlements with Coterra and Chevron as well as the application to approve compensation for the Debtor's special litigation counsel, Talbot, Carmouche & Marcello (0.4) | OFK | 0.40 | 240.00 |
| 05/02/24 | Receipt and review of correspondence from Debtor's counsel on pending 9019 settlement motions (0.2) | OFK | 0.20 | 120.00 |
| 05/03/24 | Correspond via email with the UCC members regarding the pending 9019 settlement motions. | OFK | 0.30 | 180.00 |
| 05/10/24 | Receipt and review of multiple correspondence from BRG on asset value documents (0.2) | OFK | 0.20 | 120.00 |
| 05/16/24 | Work on asset analysis/ ability to pay issues regarding certain Apostolates (0.5) | OFK | 0.50 | 300.00 |
| | | | **2.60** | **$1,560.00** |

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/24 | Prepare for and participate in call with ANO regarding sale prospects for the Hope Haven and Madonna Manor properties (1.4) | OFK | 1.40 | 840.00 |
| 05/16/24 | Correspond via email with the Debtor's counsel regarding new real-estate purchase and sale agreement and various issues related to the format of sale motions (0.5) | OFK | 0.50 | 300.00 |
| 05/21/24 | Prepare to participate in a marketing session regarding the Hope Haven and Madonna Manor properties (0.5) | OFK | 0.50 | 300.00 |
| 05/22/24 | Prepare for real-estate session on Hope Haven and Madonna Manor (0.2) review data provided by Lee Egan and correspond regarding value questions. (0.4) | OFK | 0.60 | 360.00 |
| 05/23/24 | Prepare for and participate in call with ANO team regarding Hope Haven / Madonna Manor marketing strategies (0.7) follow-up call and correspondence with Mr. Mintz (0.2) Correspond with UCC regarding sale / marketing update (0.3) Work on / review resolution of value/ lease questions (0.5) | OFK | 1.70 | 1,020.00 |
| 05/24/24 | Receipt and review of Egan emails and Pat Connick email regarding Hope Haven meeting (0.3) Continued work / review of HH lease arrangement with Parish (1.0) Call with UCC appraiser regarding the same (0.3); Correspond with co-counsel regarding the evaluation of the HH lease and the Cooperative Endeavor Agreement (0.6) | OFK | 2.20 | 1,320.00 |
| 05/28/24 | Review documents from database/production on Hope Haven lease and the Cooperative Endeavor Agreement (CEA) (0.8) Analyze Hope Haven lease and Cooperative Endeavor Agreement (0.7) Correspond with Bush Benton at Stegall Benton regarding HH appraisals. (0.4) | OFK | 1.90 | 1,140.00 |
| 05/29/24 | Continued work on review of Hope Haven lease and Cooperative Endeavor Agreement as well as key valuation issues. (1.4) | OFK | 1.40 | 840.00 |
| 05/29/24 | Analyze with Rick Kuebel various issues related to the 99-year lease for the Hope Haven and Madonna Manor property (0.4); review real-estate database regarding these properties and the 99-year lease (0.1). | WSB | 0.50 | 300.00 |

137810749v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 3

| B130 Asset Disposition | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/29/24 | Analysis of records related to Hope Haven / Jefferson Parish Cooperative Endeavor Agreement. | BCK | 1.40 | 840.00 |
| 05/30/24 | Draft, edit, and revise a proposed Sale Motion for use by the Debtor in connection with its pending asset sales (2.1); correspond via email with Rick Kuebel about this draft Motion (0.1); further edit and revise the Motion (2.3). | WSB | 4.50 | 2,700.00 |
| 05/31/24 | Draft, edit, and revise alternative proposed order to accompany the draft Motion to Sell assets (3.4); edit and revise the standard proposed order (1.2); revise and finalize the Motion, standard proposed order, and alternative proposed order (0.5); correspond via email with Rick Kuebel about the revised Motion to Sell (0.1). | WSB | 5.20 | 3,120.00 |
| 05/31/24 | Further analyze the Hope Haven lease and Cooperative Endeavor Agreement as well as key questions related to the property's value (1.0) | OFK | 1.00 | 600.00 |
| 05/31/24 | Review Everlaw document collection to analyze documents related to Hope Haven. | BCK | 2.40 | 1,440.00 |
| | | | **25.20** | **$15,120.00** |

| B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/03/24 | Conference with state court counsel for certain claimants regarding case status and next steps. | BCK | 0.60 | 360.00 |
| 05/06/24 | Conference with pro se claimant regarding case status (0.3); draft agenda for Committee meeting (0.2); correspondence with Committee regarding meeting (0.1). | BCK | 0.60 | 360.00 |
| 05/07/24 | Attend Committee meeting regarding plan mediation status and pending matters (1.2); correspond via email with Rick Kuebel and prepare response to survivor statement motion (0.2). | BCK | 1.20 | 720.00 |
| 05/07/24 | Correspond via email with the bankruptcy counsel team regarding today's Committee agenda (0.3); edit and revise the Agenda (0.2); circulate the revised Agenda to the Committee in advance of today's Committee meeting (0.1); attend today's Committee meeting to address multiple, outstanding issues (1.2). | WSB | 1.80 | 1,080.00 |
| 05/07/24 | Attend today's standing Committee meeting. | KC | 1.20 | 510.00 |
| 05/07/24 | Correspond with Committee members regarding today's UCC meeting. | OFK | 0.50 | 300.00 |
| 05/07/24 | Correspond via email with the Committee regarding today's weekly Debtor call (0.4) | OFK | 0.40 | 240.00 |
| 05/08/24 | Conference with pro se claimant regarding case status and next steps. | BCK | 0.20 | 120.00 |
| 05/08/24 | Conference with pro se claimant regarding case status and next steps (0.2); revise correspondence to claimants regarding search warrant issues (0.2). | BCK | 0.40 | 240.00 |
| 05/09/24 | Finalize correspondence to survivor claimants regarding search warrant issues (0.2); analysis of survivor service list for letter regarding search warrant (0.3); coordinate service of letter to survivors (0.1); correspondence with multiple survivor claimants regarding search warrant letter (0.4); conference with pro se survivor regarding case status (0.2). | BCK | 1.20 | 720.00 |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/24 | Conferences with multiple pro se claimants regarding case status and search warrant correspondence (0.4); draft case update for Committee (0.2); conference with state court counsel for claimants regarding case status (0.3); correspondence with counsel for certain claimants regarding search warrant letter (0.1). | BCK | 1.00 | 600.00 |
| 05/13/24 | Correspond via email with Brad Knapp regarding the cancellation of tomorrow's Committee meeting (0.1); follow up Mr. Knapp's cancellation of tomorrow's hearing via email to the Committee members with certain additional issues for the Committee to consider (0.1). | WSB | 0.20 | 120.00 |
| 05/14/24 | Conferences with multiple pro se claimants to address questions regarding search warrant letter (1.2); conference with various state court counsel regarding letter regarding search warrant letter (0.9). | BCK | 2.10 | 1,260.00 |
| 05/14/24 | Receipt and review of UCC team correspondence on pending motions. (0.4) Receipt and review of UCC correspondence on pending motions with UCC members and counsel. (0.2) | OFK | 0.60 | 360.00 |
| 05/16/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 05/20/24 | Draft Committee agenda (0.3); correspondence with Committee regarding upcoming meeting (0.2). | BCK | 0.50 | 300.00 |
| 05/20/24 | Call with Soren Gisleson on multiple pending mediation and motion issues (0.6) Correspond with Brad Knapp and Andy Caine regarding UCC member meeting / agenda (0.4) | OFK | 1.00 | 600.00 |
| 05/21/24 | Prepare for today's Committee meeting (0.2); attend today's weekly Committee meeting (0.9) | OFK | 1.10 | 660.00 |
| 05/21/24 | Conference with multiple pro se claimants regarding case status and search warrant issues (0.2); attend Committee meeting (0.9). | BCK | 1.10 | 660.00 |
| 05/21/24 | Prepare for today's Committee meeting (0.2); participate in today's Committee meeting and address multiple outstanding issues (0.9). | WSB | 1.10 | 660.00 |
| 05/22/24 | Conference with pro se claimant regarding case status (0.2); analysis of updates needed to survivor service list (0.1). | BCK | 0.30 | 180.00 |
| 05/28/24 | Conference with pro se claimant regarding case status (0.2); correspondence with Committee regarding meetings (0.1). | BCK | 0.30 | 180.00 |
| 05/29/24 | Correspondence with pro se survivor regarding search warrant issue (0.1); analysis of updates to service list for survivor (0.2). | BCK | 0.30 | 180.00 |
| | | | **17.90** | **$10,530.00** |
| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
| 05/01/24 | Correspond via email with Zobrio and Stegall Benton about the status of payment on fee amounts approved under the latest interim fee orders (0.2); correspond via email with Caroline McCaffrey about the status of payments on both professionals (0.1). | WSB | 0.30 | 180.00 |
| 05/21/24 | Correspond via email with Katee Culbertson regarding the Locke Lord monthly fee statement (0.1); begin preparing the Locke Lord monthly fee statement (0.2); correspond via email with Caroline McCaffrey concerning overdue amounts owed to Zobrio (0.3). | WSB | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 5

| | **B160 Fee/Employment Applications** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/22/24 | Draft, edit, and revise the Locke Lord monthly fee statement (2.0); analyze with Katee Culbertson various issues related to the preparation of the monthly fee statements for Actuarial Value, Stegall Benton, Locke Lord, and Zobrio, Inc. (0.5); correspond via email with Robert Campbell at Actuarial Value regarding any time incurred in April 2024 (0.1); correspond via email with Bush Benton regarding time incurred in April 2024 (0.1); further edit and revise the Locke Lord monthly fee statement (0.4). | WSB | 3.10 | 1,860.00 |
| 05/22/24 | Review key issues related to the fee-application process with Steven Bryant (0.5) | KC | 0.50 | 212.50 |
| 05/23/24 | Draft and edit the monthly fee statement for Zobrio (0.3) | KC | 0.30 | 127.50 |
| 05/23/24 | Correspond via email with Katee Culbertson regarding the current draft of the Locke Lord monthly fee statement. | WSB | 0.10 | 60.00 |
| 05/24/24 | Draft, edit, and revise the Locke Lord monthly fee statement (1.0); correspond via email with Pat Moody regarding the Locke Lord monthly fee statement (0.2). | WSB | 1.20 | 720.00 |
| 05/28/24 | Further draft the Locke Lord monthly fee statement (0.6--NO CHARGE); correspond via email with Katee Culbertson regarding the fee statements (0.2). | WSB | 0.20 | 120.00 |
| 05/28/24 | Draft and edit the monthly fee statement for Locke Lord (1.4) | KC | 1.40 | 595.00 |
| 05/29/24 | Draft, edit, and finalize the monthly fee statement for Locke Lord (.3) | KC | 0.30 | 127.50 |
| 05/29/24 | Send email to the Fee Notice Parties with the monthly statements for Locke Lord and Zobrio (.1); send email to the U.S. Trustee with the LEDES file for the Locke Lord monthly fee statement (0.1) | KC | 0.20 | 85.00 |
| 05/29/24 | Review the final drafts of the Locke Lord and Zobrio monthly fee statements (0.1); correspond via email with Katee Culbertson regarding her circulation of the fee statements (0.1). | WSB | 0.20 | 120.00 |
| | | | **8.40** | **$4,567.50** |
| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
| 05/07/24 | Review with the bankruptcy counsel team issues related to the Motion to increase the ordinary course fee caps for Denechaud & Denechaud (0.2); leave telephone message with Mark Mintz about this matter and the Committee's request to see Denechaud and Denechaud's invoices (0.2). | WSB | 0.40 | 240.00 |
| 05/08/24 | Telephone conference with Mark Mintz regarding the Committee's response to the Motion to increase the fee cap for Denechaud & Denechaud as an ordinary course professional (0.3); draft email correspondence to the bankruptcy counsel team about this conversation (0.3); correspond via email with Mr. Mintz about this matter (0.1); further correspond via email with the bankruptcy counsel team about this (0.3) | WSB | 1.00 | 600.00 |
| 05/08/24 | Correspond via email with the bankruptcy counsel team regarding pending motion to increase the OCP fee cap applicable to Denechaud & Denechaud (0.3) | OFK | 0.30 | 180.00 |
| 05/09/24 | Review and analyze the creditor objection to the Denechaud & Denechaud fee cap motion. | WSB | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 6

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/09/24 | Receipt and review of objection filed by Soren Gisleson's clients to the motion to increase the Denechaud & Denechaud fee cap and forward this objection to the bankruptcy counsel team (0.4) Correspond regarding OCP motion with UCC team (0.3) Correspond regarding notice to survivors of warrant. (0.3) | OFK | 1.00 | 600.00 |
| 05/10/24 | Correspond via email regarding Motion to approve increase in fee cap applicable to Denechaud & Denechaud (0.4) | OFK | 0.40 | 240.00 |
| 05/10/24 | Prepare for today's Zoom meeting with counsel for the Debtor and the Commercial Committee to discuss the Denechaud & Denechaud fee cap motion (0.2); attend today's Zoom meeting on the Denechaud & Denechaud motion (0.7); draft email summarizing today's developments on the Zoom conference and forward it to the bankruptcy counsel team for their review and comment (0.4). | WSB | 1.30 | 780.00 |
| 05/10/24 | Review objection to Denechaud ordinary course fee increase motion. | BCK | 0.40 | 240.00 |
| 05/13/24 | Review and analyze the redacted invoices provided by Denechaud & Denechaud (0.4); telephone conference with Brooke Altazan, counsel to the Commercial Committee, about the invoices and other issues presented by the Denechaud & Denechaud fee cap motion (0.3); meet with the Committee's bankruptcy counsel team to further consider and evaluate these issues (0.7); further telephone conference with Ms. Altazan about these matters (0.4). | WSB | 1.80 | 1,080.00 |
| 05/13/24 | Analysis of supporting documentation and strategy issues regarding motion to increase Denechaud and Denechaud fee cap. | BCK | 0.80 | 480.00 |
| 05/13/24 | Prepare for court hearing on the Debtor's motion to increase the fee cap for Denechaud & Denechaud (0.6); correspond via email with Andy Cain and Committee members' counsel regarding this motion (0.4) extended videoconference meeting with Mr. Caine and state-court counsel regarding these issues (1.0) | OFK | 2.00 | 1,200.00 |
| 05/14/24 | Conference with Debtor regarding upcoming hearing on the ordinary course fee issue (0.4); revise limited objection to the Denechaud & Denechaud fee cap motion (0.2). | BCK | 0.60 | 360.00 |
| 05/14/24 | Draft, edit, and revise the Limited Response of both Committees to the Debtor's request to increase the monthly fee cap applicable to Denechaud & Denechaud (2.4); forward the initial version of the Limited Response to the bankruptcy counsel team for their review and comment (0.2); correspond via email with Brooke Altazan, counsel to the Commercial Committee, about the Limited Response and additional matters (0.2); further edit and revise the Limited Response (0.6); review additional issues related to the Limited Response with Rick Kuebel (0.1); forward the finalized Limited Response to Ms. Altazan for her review and comment (0.1). | WSB | 3.60 | 2,160.00 |
| 05/14/24 | Prepare for this week's hearing on the Motion to increase the fee cap applicable to Denechaud & Denechaud. | OFK | 0.40 | 240.00 |
| 05/15/24 | Correspondence with T. Schiavoni regarding upcoming hearings (0.1); review Debtor reply related to Denechaud fee increase motion (0.3); review revised Committee objection to Denechaud fee increase (0.1). | BCK | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 7

| | **B170 Fee/Employment Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/24 | Review the Commercial Committee's revisions to the draft Joint Response to the Denechaud fee cap motion (0.2); telephone conference with Ms. Altazan regarding those proposed revisions (0.3); correspond via email with the bankruptcy counsel team concerning the Commercial Committee's revisions (0.2); edit and finalize the Joint Response (0.3); further telephone conference with Ms. Altazan regarding the finalized Joint Response (0.1). | WSB | 1.10 | 660.00 |
| 05/15/24 | Review and comment on draft objection to the Denechaud & Denechaud fee-cap motion and discuss these issues with Steve Bryant (0.3) | OFK | 0.30 | 180.00 |
| 05/16/24 | Prepare for today's hearing on the Denechaud & Denechaud fee cap motion (0.4) Monitor hearing (0.4 - NO CHARGE) | OFK | 0.40 | 240.00 |
| 05/16/24 | Prepare for hearing on Denechaud fee increase motion (0.4); attend hearing on Denechaud fee increase motion (1.8); | BCK | 2.20 | 1,320.00 |
| 05/16/24 | Review various issues with Brad Knapp related to the Denechaud & Denechaud motion in advance of today's hearing (0.5); correspond via email with Mr. Knapp after today's hearing on the motion's withdrawal (0.2). | WSB | 0.70 | 420.00 |
| | | | **19.40** | **$11,640.00** |

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/24 | Work on state-court counsel's motion regarding survivor statements (0.5) | OFK | 0.50 | 300.00 |
| 05/02/24 | Correspond regarding state-court counsel's pending motion practice in connection with the survivor-statement motion (0.5) | OFK | 0.50 | 300.00 |
| 05/03/24 | Analyze cases regarding state-court counsel motion practice and correspond regarding the same. | OFK | 0.70 | 420.00 |
| 05/03/24 | Correspond via email with Brad Knapp regarding the Motion for Survivor Statements and the potential legal implications. | WSB | 0.20 | 120.00 |
| 05/03/24 | Continued analysis of survivor statement motion and legal issues implicated by the motion. | BCK | 0.30 | 180.00 |
| 05/07/24 | Begin drafting Committee's response to the Motion for presentation of survivor statements (0.4); email correspondence to B. Knapp regarding same (0.1). | AS | 0.50 | 112.50 |
| 05/07/24 | Draft Committee Comment in response to the survivor-statement Motion (0.8) | OFK | 0.80 | 480.00 |
| 05/07/24 | Correspond with state court counsel regarding pending motion (0.3); extended call with state-court counsel regarding the same (0.7). | OFK | 1.00 | 600.00 |
| 05/07/24 | Correspond via email with Rick Kuebel and prepare response to survivor statement motion. | BCK | 0.20 | 120.00 |
| 05/08/24 | Draft response to survivor statement motion (0.5); revise response based on feedback from J. Stang and A. Caine (0.1). | BCK | 0.60 | 360.00 |
| 05/08/24 | Review Dundon responses to Committee inquiries regarding protective order breach. | BCK | 0.40 | 240.00 |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/08/24 | Draft, edit, and revise the Committee's Comment to the Motion to Authorize Creditor Statements (0.8); correspond via email with the bankruptcy counsel team regarding the Comment (0.2); further edit and revise the Comment (0.3); review additional revisions to the Comment (0.2) | WSB | 1.50 | 900.00 |
| 05/09/24 | Further edit and revise the Comment to the Motion to Submit creditor statements (0.1); review the Debtor's response to the motion (0.2); correspond via email with the bankruptcy counsel team about this matter (0.1). | WSB | 0.40 | 240.00 |
| 05/09/24 | Finalize and e-file the Committee's Comment regarding Motion for Presentation of Survivor Statements (0.7); draft and e-file certificate of service regarding same (0.2); email correspondence to docket printing service regarding service of pleading on the special service list (0.1). | AS | 1.00 | 225.00 |
| 05/09/24 | Revise Committee Comment regarding survivor statements. | BCK | 0.20 | 120.00 |
| 05/10/24 | Receipt and review of correspondence regarding the Debtor's objection to survivor-statement motion (0.4) | OFK | 0.40 | 240.00 |
| 05/10/24 | Review Debtor objection to motion to allow survivor statements. | BCK | 0.30 | 180.00 |
| 05/14/24 | Correspond via email regarding survivor-statement motion, including evidence protections. | OFK | 0.50 | 300.00 |
| 05/15/24 | Draft and revise order on motion for presentation of survivor statements | KC | 1.20 | 510.00 |
| 05/15/24 | Revise proposed order related to survivor statement motion. | BCK | 0.30 | 180.00 |
| 05/17/24 | Call with state court counsel regarding motion regarding survivor statements (0.3) Receipt and review of discovery requests issued by survivor group represented by Soren Gisleson (0.2) | OFK | 0.50 | 300.00 |
| | | | **12.00** | **$6,427.50** |

| | **B250 Real Estate** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/15/24 | Prepare for today's standing real estate call with the Debtor and The McEnery Group (0.1); attend today's standing real estate call with the Debtor, The McEnery Group, and the Commercial Committee (0.6). | WSB | 0.70 | 420.00 |
| 05/15/24 | Prepare for and participate in ANO real estate status call with the Debtor and The McEnery Company (0.6) | OFK | 0.60 | 360.00 |
| 05/30/24 | Attend the monthly real estate call with The McEnery Group, the Debtor, and the Commercial Committee to discuss the status of outstanding real-estate transactions. | WSB | 0.50 | 300.00 |
| | | | **1.80** | **$1,080.00** |

| | **B310 Claims Administration and Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/06/24 | Review administrative claims filed by Donlin Recano. | BCK | 0.40 | 240.00 |
| 05/09/24 | Review survivor matrix and court docket (0.4); update matrix with new late-filed claims (1.6). | AS | 2.00 | 450.00 |
| 05/10/24 | Review survivor matrix and court docket (0.5); update claims matrix with additional late-filed claims (1.5). | AS | 2.00 | 450.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 9

### B310 Claims Administration and Objections

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/24 | Receipt and review of correspondence from Claro regarding issues related to the claims and claim values (0.3) | OFK | 0.30 | 180.00 |
| 05/13/24 | Review updates to survivor matrix to prepare for future service. | BCK | 0.30 | 180.00 |
| 05/20/24 | Correspond via email with Brooke Altazan regarding the Donlin Recano administrative-claim request (0.2); correspond via email with Brad Knapp about this matter (0.1). | WSB | 0.30 | 180.00 |
| 05/20/24 | Analysis of Donlin Recano application for administrative expenses. | BCK | 0.50 | 300.00 |
| 05/24/24 | Telephone conference with Brook Altazan, counsel for the Commercial Committee, regarding the Donlin Recano administrative-expense request. | WSB | 0.30 | 180.00 |
| | | | **6.10** | **$2,160.00** |

### B320 Plan and Disclosure Statement

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/24 | Research and analyze various legal issues related to plan confirmation, mediation, survivor statements, and case strategy | KC | 3.00 | 1,275.00 |
| 05/01/24 | Correspond via email with Brad Knapp about various potential legal research issues related to the mediation and plan confirmation (0.2); correspond via email with Katee Culbertson about this matter (0.1). | WSB | 0.30 | 180.00 |
| 05/01/24 | Analysis of religious freedom issues related to property sales for plan process. | BCK | 0.60 | 360.00 |
| 05/02/24 | Continued research related to potential defenses to prescription arguments in light of recent Supreme Court ruling and conference with R. Kuebel related to same. | PCL | 3.10 | 1,860.00 |
| 05/03/24 | Correspond regarding mediation with Mr. Perry and Mr. Caine (0.4) | OFK | 0.40 | 240.00 |
| 05/03/24 | Review mediation update from J. Perry (0.2); analysis of religious rights issues related to bankruptcy plan provisions (0.9). | BCK | 1.10 | 660.00 |
| 05/06/24 | Review supplemental Apostolate document production for plan mediation process. | BCK | 0.30 | 180.00 |
| 05/06/24 | Continue research on religious-freedom issues related to plan confirmation, the pending mediation, and case strategy | KC | 4.00 | 1,700.00 |
| 05/07/24 | Begin drafting memorandum summarizing results of legal research on religious freedom issues in connection with plan confirmation, mediation, and case strategy | KC | 2.30 | 977.50 |
| 05/07/24 | Correspond via email with Brad Knapp and Katee Culbertson regarding religious-freedom issues and other matters related to the plan confirmation process and the continuing mediation. | WSB | 0.20 | 120.00 |
| 05/08/24 | Prepare for and participate in settlement / mediation conference and pending motion discussion with Soren Gisleson (1.0) | OFK | 1.00 | 600.00 |
| 05/08/24 | Multiple emails with the bankruptcy counsel team regarding mediation sessions. (0.3) | OFK | 0.30 | 180.00 |
| 05/13/24 | Analyze and review with the bankruptcy counsel team multiple issues related to the status and timing of the continued mediation sessions and related issues. | WSB | 0.50 | 300.00 |
| 05/13/24 | Analysis of rehearing issues related to window statute constitutionality to evaluate effect on plan negotiations. | BCK | 0.50 | 300.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 10

| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/24 | Correspond via email with Mr. Stang and Andy Caine regarding mediation issues. (.5) | OFK | 0.50 | 300.00 |
| 05/14/24 | Continue drafting memorandum regarding religious-freedom and other issues related to plan confirmation, mediation, and case strategy | KC | 5.50 | 2,337.50 |
| 05/15/24 | Multiple emails with John Perry and Andy Cain regarding various mediation issues, including the pending non-monetary plan provisions (.5) | OFK | 0.50 | 300.00 |
| 05/16/24 | Call from Mr. Stang on mediation question (.2) Correspond via email with state-court counsel regarding the pending non-monetary plan provisions and potential improvements (.4) multiple correspondence with John Perry and the UCC team concerning the next mediation session and the mediation agenda (.5) | OFK | 1.10 | 660.00 |
| 05/16/24 | Analysis of next steps for mediation process and non-monetary plan revisions promised by the Debtor. | BCK | 0.30 | 180.00 |
| 05/17/24 | Analysis of mediation next steps and negotiation strategy. | BCK | 0.80 | 480.00 |
| 05/17/24 | Prepare for and participate in team call regarding the next pending mediation session (.4). Call with Mr. Stang on mediation counter and preparation (.8) Correspond with Brad Knapp and Andy Caine regarding non-monetary issues (.3) | OFK | 1.50 | 900.00 |
| 05/18/24 | Prepare for and participate in call with John Perry on mediation issues (1.0) Correspond via email with Iain Nasatir regarding insurance correspondence (.3) Call with Jim Stang regarding mediation call with Mr. Perry (.4) | OFK | 1.70 | 1,020.00 |
| 05/20/24 | Work on mediation prep and Claro's updated claims values (.8). | OFK | 0.80 | 480.00 |
| 05/21/24 | Conference with Debtor regarding next steps in case (.4); analysis of draft plan in preparation for upcoming mediation sessions (1.2). | BCK | 1.60 | 960.00 |
| 05/21/24 | Follow-up mediation strategy call with Mr. Stang (.6) | OFK | 0.60 | 360.00 |
| 05/23/24 | Correspond with Jim Stang on mediation prep. (.3) | OFK | 0.30 | 180.00 |
| 05/31/24 | Multiple correspondence with John Perry and Iain Nasatir regarding various mediation issues, including claims value and the agenda for the forthcoming mediation session (.8) | OFK | 0.80 | 480.00 |
| | | | **33.60** | **$17,570.00** |

**TOTAL FEES**          **$74,412.50**

### TIMEKEEPER SUMMARY:

#### B110   Case Administration

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.10 | $60.00 |
| O. F. Kuebel | Partner | $600.00 | 2.60 | $1,560.00 |
| P. G. Eisenberg | Partner | $600.00 | 1.20 | $720.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 11

### B110    Case Administration

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 1.80 | $1,080.00 |
| A. St. Mary | Paralegal | $225.00 | 1.50 | $337.50 |
| | | | **7.20** | **$3,757.50** |

### B120    Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.60 | $1,560.00 |
| | | | **2.60** | **$1,560.00** |

### B130    Asset Disposition

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.80 | $2,280.00 |
| O. F. Kuebel | Partner | $600.00 | 11.20 | $6,720.00 |
| W.S. Bryant | Partner | $600.00 | 10.20 | $6,120.00 |
| | | | **25.20** | **$15,120.00** |

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 10.00 | $6,000.00 |
| O. F. Kuebel | Partner | $600.00 | 3.60 | $2,160.00 |
| W.S. Bryant | Partner | $600.00 | 3.10 | $1,860.00 |
| K. Culbertson | Associate | $425.00 | 1.20 | $510.00 |
| | | | **17.90** | **$10,530.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 5.70 | $3,420.00 |
| K. Culbertson | Associate | $425.00 | 2.70 | $1,147.50 |
| | | | **8.40** | **$4,567.50** |

### B170    Fee/Employment Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.50 | $2,700.00 |
| O. F. Kuebel | Partner | $600.00 | 4.80 | $2,880.00 |
| W.S. Bryant | Partner | $600.00 | 10.10 | $6,060.00 |
| | | | **19.40** | **$11,640.00** |

137810749v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: June 25, 2024
Invoice No.: 1869096
Page: 12

### B190   Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 2.30 | $1,380.00 |
| O. F. Kuebel | Partner | $600.00 | 4.90 | $2,940.00 |
| W.S. Bryant | Partner | $600.00 | 2.10 | $1,260.00 |
| K. Culbertson | Associate | $425.00 | 1.20 | $510.00 |
| A. St. Mary | Paralegal | $225.00 | 1.50 | $337.50 |
| | | | **12.00** | **$6,427.50** |

### B250   Real Estate

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.60 | $360.00 |
| W.S. Bryant | Partner | $600.00 | 1.20 | $720.00 |
| | | | **1.80** | **$1,080.00** |

### B310   Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.20 | $720.00 |
| O. F. Kuebel | Partner | $600.00 | 0.30 | $180.00 |
| W.S. Bryant | Partner | $600.00 | 0.60 | $360.00 |
| A. St. Mary | Paralegal | $225.00 | 4.00 | $900.00 |
| | | | **6.10** | **$2,160.00** |

### B320   Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.20 | $3,120.00 |
| O. F. Kuebel | Partner | $600.00 | 9.50 | $5,700.00 |
| P.C. Lambert | Partner | $600.00 | 3.10 | $1,860.00 |
| W.S. Bryant | Partner | $600.00 | 1.00 | $600.00 |
| K. Culbertson | Associate | $425.00 | 14.80 | $6,290.00 |
| | | | **33.60** | **$17,570.00** |

## TIMEKEEPER SUMMARY TOTALS                                    134.20      $74,412.50

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: June 25, 2024
Invoice No.:  1869096
Page:  13

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Outside Printing | 463.28 |
| | TOTAL EXPENSES | $463.28 |

**TOTAL FEES**                                                                            **$74,412.50**

**TOTAL EXPENSES**                                                                    **$463.28**

**TOTAL FEES AND EXPENSES**                                                **$74,875.78**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137810749v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

June 25, 2024
Invoice No.:  1869096

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through May 31, 2024

    File Number:   0107766.00001
    RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees ..................................................................................................................................... $74,412.50

Total Expenses ................................................................................................................................. $463.28

Total Due this Statement.................................................................................................................. $74,875.78

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

137810749v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | Chapter 11 |
| | Objection Deadline: August 8, 2024 |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR JUNE 1, 2024 THROUGH JUNE 30, 2024

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from June 1, 2024 through June 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.     A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.     A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.    A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.    The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.    In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.    As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,255,053.19.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.    The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| June 1, 2024 through June 30, 2024 | |
|---|---|
| Fees (at standard rates): | $116,688.00 |
| (Reduction due to reduced rates) | ($47,418.00) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $69,270.00 |
| Disbursements | $0.00 |
| **Total** | **$69,270.00** |

### VOLUNTARY REDUCTIONS

9.    In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $0.00 and 0 billable hour not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## <u>NOTICE AND OBJECTION PROCEDURES</u>

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before <u>August 8, 2024</u>  (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **<u>$55,416.00</u>**. This figure consists of (a) <u>$55,416.00</u> in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of <u>$69,270.00</u> for the Statement Period, and (b) <u>$0.00</u> in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: July 25, 2024.                                Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
        rkuebel@lockelord.com
-and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

America:0107766/00001: 138125639v.2

**EXHIBIT A**

America:0107766/00001: 138125639v.2

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
JUNE 1, 2024 THROUGH JUNE 30, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 1.0 | $600.00 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 0.50 | $300.00 |
| **B130** | ASSET DISPOSITION | 17.70 | $10,620.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 12.90 | $7,740.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 21.40 | $11,317.50 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 7.70 | $4,320.00 |
| **B190** | OTHER CONTESTED MATTERS | 0.30 | $180.00 |
| **B250** | REAL ESTATE | 1.10 | $660.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 2.70 | $1,432.50 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 53.50 | $32,100.00 |
| | **TOTAL FEES SOUGHT =** | **118.80** | **$69,270.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JUNE 1, 2024 THROUGH JUNE 30, 2024**
------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 48.3 | $600.00 | $28,980.00 |
| BCK | Knapp, Brad C. | Partner | 26.2 | $600.00 | $15,720.00 |
| WSB | Bryant, W. Steven | Partner | 21.1 | $600.00 | $12,660.00 |
| PCL | Peyton C. Lambert | Partner | 13.2 | $600.00 | $7,920.00 |
| AS | St. Mary, Amanda P | Paralegal | 1.3 | $225.00 | $292.50 |
| KC | Culbertson, Katherine | Associate | 8.7 | $425.00 | $3,697.50 |
| | **TOTALS =** | | **118.80** | | **$69,270.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JUNE 1, 2024 THROUGH JUNE 30, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | N/A | $0.00 |
|  | **TOTAL EXPENSES** | **$0.00** |

**EXHIBIT D**



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

July 19, 2024
Invoice No.: 1873536

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2024                                    $69,270.00

File Number:          0107766.00001
Re:                   Bankruptcy of the Archdiocese of New Orleans

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
| 06/10/24 | Receipt and review of A. Caine emails regarding search warrant production. | OFK | 0.10 | 60.00 |
| 06/11/24 | Prepare for and participate in standing weekly call with the Debtor's counsel. | OFK | 0.40 | 240.00 |
| 06/18/24 | Prepare for and participate in standing, weekly call with Debtor on multiple issues. (0.5) | OFK | 0.50 | 300.00 |
| | | | **1.00** | **$600.00** |
| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
| 06/14/24 | Multiple emails with the BRG team regarding the ANO's document production and various missing documents in connection with the Apostolates' financial data (0.5) | OFK | 0.50 | 300.00 |
| | | | **0.50** | **$300.00** |
| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
| 06/03/24 | Continued analysis of Hope Haven real estate information. | BCK | 0.60 | 360.00 |
| 06/03/24 | Analyze Hope Haven lease and evaluate issues related to the property's value (1.0) Review 2015 Hope Haven appraisals and related records (0.5). | OFK | 1.50 | 900.00 |

Atlanta • Austin • Boston • Chicago • Cincinnati • Dallas • Hartford • Hong Kong • Houston • London • Los Angeles • Miami • Princeton • New Orleans • New York • Providence • San Francisco • Stamford • Washington DC • West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 2

| B130 Asset Disposition | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/24 | Prepare for and participate in correspondence and call with Bush Benton of Stegall Benton regarding the Hope Haven evaluations and lease (0.8) Further review and analyze lease and related records (0.7) | OFK | 1.50 | 900.00 |
| 06/04/24 | Continued analysis of documents related to Hope Haven in connection with potential transaction. | BCK | 0.80 | 480.00 |
| 06/05/24 | Follow up with Bush Benton regarding the Hope Haven appraisals and the underlying appraisal methodology (0.6) Continued review of the Hope Haven lease, the Cooperative Endeavor Agreement (CEA), and related documents (0.5) Receipt and review of an email from Soren Gisleson on real-estate issues and reply to the same. (0.4) | OFK | 1.50 | 900.00 |
| 06/06/24 | Call regarding pending real estate transactions and disposition of sale proceeds. (0.3) | OFK | 0.30 | 180.00 |
| 06/07/24 | Correspond via email with Rick Kuebel about the Debtor's pending sale of the former Bishop Perry Center at 1941 Dauphine Street (0.2); further correspond via email with Brad Knapp about this matter (0.1). | WSB | 0.30 | 180.00 |
| 06/07/24 | Prepare for and participate in joint call with state-court counsel regarding the ANO's ability to pay and the value of potential real-estate sales (1.5) Work on real estate sale, review, value, and diligence issues (1.0) | OFK | 2.50 | 1,500.00 |
| 06/11/24 | Correspond via email with the bankruptcy counsel team regarding the status of the sale of the Bishop Perry Center (0.1); prepare for today's Committee call by reviewing the status of the Debtor's property sales (0.2). | WSB | 0.30 | 180.00 |
| 06/12/24 | Review various issues related to the value of the Hope Haven real estate and to its potential sale (0.4) | OFK | 0.40 | 240.00 |
| 06/13/24 | Correspond via email with Steven Bryant regarding the pending offer to purchase the vacant lot at 3017-3019 Carrollton Avenue (0.1) | OFK | 0.10 | 60.00 |
| 06/14/24 | Meet via videoconference with the Debtor, the Commercial Committee, and McEnery regarding the offer for the vacant lot at 3017-3019 Carrollton Avenue (0.6); draft email to the bankruptcy counsel team about this forthcoming matter (0.3); draft, edit, and revise an email summarizing the transaction and related matters (0.3); forward that email summary to Pat Moody for her review and comment (0.1). | WSB | 1.30 | 780.00 |
| 06/17/24 | Prepare for and participate in call with Pat Connick and the ANO team regarding the Hope Haven sale and values (1.0) | OFK | 1.00 | 600.00 |
| 06/19/24 | Multiple correspondence and call with Lee Egan and Todd Gennardo regarding Hope Haven sale discussions (0.6) Review Mr. Connick's email regarding the Hope Haven sale and forward that email to Committee's real-estate advisor for an analysis of the proposed cost estimates (0.4) | OFK | 1.00 | 600.00 |
| 06/20/24 | Prepare for and participate in conference call with Lee Egan and Todd Gennardo regarding the pending Hope Haven sale (0.6) | OFK | 0.60 | 360.00 |
| 06/24/24 | Correspond on pending real estate sales with Steve Bryant and counsel for the Commercial Committee (0.4) | OFK | 0.40 | 240.00 |
| 06/25/24 | Correspond via email regarding the Debtor's proposed motion to approve the sales of the Carrollton properties. | OFK | 0.30 | 180.00 |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/25/24 | Review the Debtor's draft motions to approve the sale of the old Catholic bookstore property on Carrollton Avenue and the vacant lot next door. | WSB | 0.20 | 120.00 |
| 06/26/24 | Review and analyze the proposed motions to approve the sale of the old Catholic bookstore building and the vacant lot on Carrollton Street (1.0); draft email to the bankruptcy counsel team identifying any remaining issues with respect to these motions (0.2); edit and finalize the proposed sale-procedures motion (0.1); forward that draft motion along with key comments to the bankruptcy counsel team for their review and comment (0.3). | WSB | 1.60 | 960.00 |
| 06/27/24 | Further review and analyze the motions to sell the Catholic Bookstore and vacant lot on Carrollton Street (0.3); multiple email correspondences with the Commercial Committee regarding this matter (0.2); correspond via email with the bankruptcy counsel team about this matter (0.1); correspond via email with the Debtor's counsel to confirm that the Committee does not oppose filing of the motions (0.1). | WSB | 0.70 | 420.00 |
| 06/27/24 | Multiple emails on the two motions to sell the old Catholic Bookstore and vacant lot on Carrollton (0.4) | OFK | 0.40 | 240.00 |
| 06/28/24 | Review the draft, proposed motion to sell Debtor property that incorporates bid protections (0.4) | OFK | 0.40 | 240.00 |
| | | | **17.70** | **$10,620.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/02/24 | Conference with Committee member regarding case status. | BCK | 0.10 | 60.00 |
| 06/03/24 | Correspond via email with the bankruptcy counsel team regarding the cancellation of today's committee meeting. | WSB | 0.10 | 60.00 |
| 06/03/24 | Conference with state court counsel for multiple creditors regarding case status. | BCK | 0.40 | 240.00 |
| 06/05/24 | Conference with pro se survivor claimant regarding case status. | BCK | 0.20 | 120.00 |
| 06/06/24 | Receipt and review of correspondence from state-court counsel related to various matters and reply to the same. (0.5) | OFK | 0.50 | 300.00 |
| 06/07/24 | Call with survivor regarding the status of the case as well as the pending claims (0.8) | OFK | 0.80 | 480.00 |
| 06/10/24 | Conference with pro se claimant regarding case status (0.1); draft agenda for upcoming Committee meeting (0.2); correspondence with pro se claimant regarding case status (0.1). | BCK | 0.40 | 240.00 |
| 06/10/24 | Correspond with Brad Knapp and Andy Caine on UCC agenda. (0.4) | OFK | 0.40 | 240.00 |
| 06/11/24 | Meet with state-court counsel for UCC members regarding forthcoming meetings and Committee agenda (0.4); address these matters with Brad Knapp (0.1). | OFK | 0.50 | 300.00 |
| 06/11/24 | Participate in today's Committee meeting regarding mediation next steps and pending matters. | BCK | 0.60 | 360.00 |
| 06/11/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including mediation and other pending matters. | WSB | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 4

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/11/24 | Conference with state court counsel for multiple claimants regarding case status (0.4); conference with Committee member regarding meetings (0.1); correspondence with Committee and Rick Kuebel regarding meetings (0.2). | BCK | 0.70 | 420.00 |
| 06/12/24 | Calls with state court counsel on status of window statute and other issues. (0.5) Review voice mail from individual claimant (0.2). Correspond via email with Brad Knapp regarding this communication (0.1) | OFK | 0.80 | 480.00 |
| 06/13/24 | Call with Soren Gisleson on multiple case issues, including mediation matters and the value of filed survivor claims (0.2) Call with survivor-claimant regarding outstanding claims (0.3) Call from Peter Salone regarding claim status and related issues (0.3) | OFK | 0.80 | 480.00 |
| 06/17/24 | Correspond with state court counsel regarding multiple, pending issues in the case, including mediation and discovery-related matters (1.0) | OFK | 1.00 | 600.00 |
| 06/17/24 | Correspondence with Committee regarding plan mediation and upcoming meetings. | BCK | 0.20 | 120.00 |
| 06/18/24 | Correspond with state court counsel on pending motions in the case. (0.5) Correspond with state-court counsel for Committee members regarding the agenda for this month's mediation session (0.4) | OFK | 0.90 | 540.00 |
| 06/19/24 | Conference with counsel for certain claimants regarding case status. | BCK | 0.50 | 300.00 |
| 06/20/24 | Prepare for and participate in call with Soren Gisleson on mediation and other issues. (0.7) | OFK | 0.70 | 420.00 |
| 06/21/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 06/24/24 | Correspondence with state court counsel for Committee member regarding voting items. | BCK | 0.10 | 60.00 |
| 06/25/24 | Conference with state court counsel for multiple claimants regarding window statute issues and case status. | BCK | 0.40 | 240.00 |
| 06/27/24 | Call with state court counsel on mediation session and summarize the results of this session (0.9) | OFK | 0.90 | 540.00 |
| 06/27/24 | Conference with pro se survivor regarding case status (0.2); correspondence with pro se survivor regarding case status (0.1); conference with Committee member regarding upcoming meetings (0.2). | BCK | 0.50 | 300.00 |
| 06/28/24 | Multiple email correspondence with members of the Committee and their state-court counsel in the wake of this month's mediation session (0.7) | OFK | 0.70 | 420.00 |
| | | | **12.90** | **$7,740.00** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/03/24 | Multiple email correspondences with the bankruptcy counsel team regarding the Committee-retained professionals and potential avenues for improving the efficiency of the fee-application process (0.4); review the Complex Chapter 11 Case procedures applicable to interim professional compensation (0.2). | WSB | 0.60 | 360.00 |
| 06/11/24 | Analysis of complex case procedures to evaluate potential fee application process amendments. | BCK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 5

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/12/24 | Conference with Commercial Committee counsel regarding potential revisions to fee application procedures (0.4); continued analysis of complex case procedures for potential fee procedure revisions (0.3). | BCK | 0.70 | 420.00 |
| 06/17/24 | Review with Brad Knapp and Katee Culbertson various issues related to the proposed motion for a de minimis fee procedure for Committee professionals. | WSB | 0.20 | 120.00 |
| 06/17/24 | Analysis of potential structure to address fee procedures and reduce fee application costs. | BCK | 0.50 | 300.00 |
| 06/17/24 | Conference with Steve Bryant and Brad Knapp regarding drafting committee motion to modify fee application procedures for de minimis professionals (.4) | KC | 0.40 | 170.00 |
| 06/20/24 | Draft and revise Committee motion to modify fee application procedures for de minimis professionals (4.0); draft and revise proposed order regarding same (.7) | KC | 4.70 | 1,997.50 |
| 06/20/24 | Conference with Amanda George for US Trustee regarding fee procedures issues (0.4); analysis of potential additional options regarding reviews of fee applications (0.3). | BCK | 0.70 | 420.00 |
| 06/21/24 | Revise motion to amend fee procedures for de minimis professionals (0.2); multiple correspondence with counsel for Commercial Committee regarding motion (0.6). | BCK | 0.80 | 480.00 |
| 06/21/24 | Edit and revise the Motion excusing de minimis Committee professionals from filing interim fee applications (1.9); correspond via email with Brad Knapp and Katee Culbertson regarding this matter (0.2); finalize the motion and proposed order (0.3) | WSB | 2.40 | 1,440.00 |
| 06/21/24 | Correspond via email with Stegall Benton regarding May 2024 time (0.1); correspond via email with Robert Campbell regarding May 2024 time (0.1); begin drafting Locke Lord monthly fee statement (0.2). | WSB | 0.40 | 240.00 |
| 06/24/24 | Draft, edit, and revise the Locke Lord monthly fee statement (3.6); correspond via email with Katee Culbertson regarding the drafting of the Locke Lord monthly fee statement (0.2). | WSB | 3.80 | 2,280.00 |
| 06/24/24 | Conference with B. Altazan regarding fee application procedures motion. | BCK | 0.30 | 180.00 |
| 06/24/24 | Receipt and review multiple correspondences from Brad Knapp and Steven Bryant related to revising the proposed motion to modify fee application procedures for de minimis professionals (.3); further revise the motion to modify fee application procedure for de minimis professionals (1.0) | KC | 1.30 | 552.50 |
| 06/24/24 | Review and analyze prior committee professional fee applications in the case related to revising the motion to modify fee application procedures for de minimis professionals (.7) | KC | 0.70 | 297.50 |
| 06/24/24 | Correspond via email with Brad Knapp and Steven Bryant related to historical study of committee professional fees awarded in the case (.3) | KC | 0.30 | 127.50 |
| 06/24/24 | Receipt and review correspondence from Steven Bryant regarding Zobrio monthly fee statement (.1) | KC | 0.10 | 42.50 |
| 06/24/24 | Draft, edit and revise the Zobrio and Locke Lord monthly fee statements (.2) | KC | 0.20 | 85.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 6

**B160 Fee/Employment Applications**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/25/24 | Receipt and review correspondence from Steven Bryant regarding Locke Lord monthly fee statement (.1) | KC | 0.10 | 42.50 |
| 06/25/24 | Draft, edit, and revise the Locke Lord monthly fee statement (1.5); correspond via email with Katee Culbertson about the drafting of the Zobrio and Locke Lord fee statements this month (0.1); correspond with Pat Moody via email regarding these matters (0.1). | WSB | 1.70 | 1,020.00 |
| 06/26/24 | Draft, edit and revise Locke Lord monthly fee statement (.6) | KC | 0.60 | 255.00 |
| 06/26/24 | Email correspondence to Steven Bryant regarding Locke Lord monthly fee statement (.1) | KC | 0.10 | 42.50 |
| 06/26/24 | Correspond via email with Katee Culbertson regarding the preparation of the monthly fee statements. | WSB | 0.10 | 60.00 |
| 06/27/24 | Correspond via email with Katee Culbertson regarding the service of the monthly fee statements for Locke Lord and Zobrio. | WSB | 0.10 | 60.00 |
| 06/28/24 | Send email to the Fee Notice Parties with the monthly statements Locke Lord and Zobrio (.1); send email to the U.S. Trustee with LEDES file for the Locke Lord monthly fee statement (0.1) | KC | 0.20 | 85.00 |
| | | | **21.40** | **$11,317.50** |

**B170 Fee/Employment Objections**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/06/24 | Review motion for summary judgment filed by Jones Walker in connection with the pending objection to JW's latest fee application (0.4) | OFK | 0.40 | 240.00 |
| 06/07/24 | Further review and analyze the summary-judgment motion in connection with the Jones Walker fee application (0.2); correspond via email regarding the same with Andy Caine and Jim Stang (0.4) | OFK | 0.40 | 240.00 |
| 06/07/24 | Correspond via email with the bankruptcy counsel team regarding the pending objection to the Jones Walker fee application. | WSB | 0.10 | 60.00 |
| 06/10/24 | Analysis of Jones Walker summary judgment motion for fees and response strategy. | BCK | 0.90 | 540.00 |
| 06/12/24 | Review authorities related to fee examiner appointment (0.5); draft response to Jones Walker motion for summary judgment regarding Jones Walker fee applications (1.8). | BCK | 2.30 | 1,380.00 |
| 06/12/24 | Correspond via email with Soren Gisleson regarding discovery requests in connection with survivor-claimants' objection to Jones Walker's fee application. (0.3) Review and analyze related declaration (0.4) Review and revise the Committee's draft response to the Jones Walker summary judgment (0.4). Forward the revised response back to Andy Caine for his review and further comment (0.5). | OFK | 1.60 | 960.00 |
| 06/13/24 | Correspond via email with Andy Caine regarding the Committee's response to Jones Walker's motion for summary judgment in connection with the certain survivor-claimants' objection to Jones Walker's interim fee application. (0.2) | OFK | 0.20 | 120.00 |
| 06/13/24 | Review revised response to Jones Walker motion for summary judgment regarding eleventh fee application. | BCK | 0.20 | 120.00 |

Case 20-10846 Doc 1980-1 Filed 07/23/24 Entered 07/23/24 16:30:31 Exhibit Page 130 of 199

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 7

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B170 Fee/Employment Objections** | | | | |
| 06/18/24 | Finalize and e-file the Response to Motion for Summary Judgment on Eleventh Fee Application of Jones Walker (.3); update special service list with updated contact information (.4); email correspondence to Alliance regarding serving same (.1) | AS | 0.80 | 180.00 |
| 06/18/24 | Revise response to Jones Walker motion for summary judgment related to Eleventh Fee Application (0.5); review order denying Jones Walker motion for summary judgment (0.1); conference with state court counsel regarding fee objection (0.2). | BCK | 0.80 | 480.00 |
| | | | **7.70** | **$4,320.00** |
| **B190 Other Contested Matters** | | **ATTY** | **HOURS** | **VALUE** |
| 06/20/24 | Conference with M. Mintz, S. Oppenheim, D. Draper, and A. Caine regarding recent state court lawsuit filing. | BCK | 0.30 | 180.00 |
| | | | **0.30** | **$180.00** |
| **B250 Real Estate** | | **ATTY** | **HOURS** | **VALUE** |
| 06/24/24 | Prepare for today's monthly real-estate meeting with the Debtor, The McEnery Company, and the Commercial Committee (0.2); attend today's monthly meeting (0.8); correspond via email with Rick Kuebel about today's developments (0.1). | WSB | 1.10 | 660.00 |
| | | | **1.10** | **$660.00** |
| **B310 Claims Administration and Objections** | | **ATTY** | **HOURS** | **VALUE** |
| 06/05/24 | Review additional motions to allow late filed claims. | BCK | 0.20 | 120.00 |
| 06/05/24 | Receipt and review of various motions to allow late-filed survivor claims. (0.1) | OFK | 0.10 | 60.00 |
| 06/12/24 | Review additional motions for leave to submit late filed claims. | BCK | 0.30 | 180.00 |
| 06/12/24 | Update claimant mailing list and special service list with new addresses (0.4); email correspondence to B. Knapp regarding same (0.1). | AS | 0.50 | 112.50 |
| 06/13/24 | Review claim-related matters with Brad Knapp. | OFK | 0.30 | 180.00 |
| 06/18/24 | Review additional motions requesting approve to file late claims. | BCK | 0.20 | 120.00 |
| 06/24/24 | Review docket notices related to Donlin Recano administrative-expense application. | BCK | 0.10 | 60.00 |
| 06/24/24 | Correspond via email with Donlin Recano's counsel regarding Donlin's administrative-claim application (0.4) | OFK | 0.40 | 240.00 |
| 06/25/24 | Review additional motions to submit late filed claims. | BCK | 0.20 | 120.00 |
| 06/27/24 | Review multiple motions seeking leave to file late claims. | BCK | 0.40 | 240.00 |
| | | | **2.70** | **$1,432.50** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 8

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/03/24 | Receipt and review of Claro correspondence and documentation related to claim value / mediation support (0.4) Correspond with Jim Stang regarding the same (0.2) Correspond regarding mediation agenda and related points with Iain Nasatir (0.3). | OFK | 0.90 | 540.00 |
| 06/04/24 | Correspond with John Perry and the UCC bankruptcy counsel team regarding the forthcoming mediation session (0.3). | OFK | 0.30 | 180.00 |
| 06/06/24 | Correspond with John Perry regarding the status of mediation and mediation efforts (0.3). | OFK | 0.30 | 180.00 |
| 06/07/24 | Call with Andy Caine regarding the status of the discussions with the Debtor regarding the non-monetary plan provisions (0.3) Call with Jim Stang on mediation issues. (0.4) | OFK | 0.70 | 420.00 |
| 06/10/24 | Review with the bankruptcy counsel team the status of the plan mediation and the impact of the Debtor's disclosures of matters subject to the mediation privilege in recent court filings. | WSB | 0.60 | 360.00 |
| 06/10/24 | Analysis of pleadings in other diocese cases related to mediation processes and plan settlement approaches. | BCK | 0.60 | 360.00 |
| 06/10/24 | Continued research and drafting of memorandum related to contra non valentum defenses to prescription in light of Supreme Court Ruling. | PCL | 3.00 | 1,800.00 |
| 06/10/24 | Correspond with Iain Nasatir regarding insurance-related matters. (0.2) | OFK | 0.20 | 120.00 |
| 06/10/24 | Analyze U.S. Supreme Court decision regarding insurer standing. | OFK | 0.30 | 180.00 |
| 06/11/24 | Correspond via email with the Debtor regarding John Perry's most-recent invoice. | OFK | 0.30 | 180.00 |
| 06/11/24 | Conference with Debtor's counsel regarding upcoming mediation and pending matters (0.4); conference with Committee chair regarding upcoming mediation strategy (0.7). | BCK | 1.10 | 660.00 |
| 06/12/24 | Analysis of constitutionality decision regarding window statute to evaluate effect on plan negotiations. | BCK | 0.50 | 300.00 |
| 06/13/24 | Analysis of mediation agenda and mediation preparations. | BCK | 0.30 | 180.00 |
| 06/13/24 | Prepare outline of multiple issues to address at next mediation session. | OFK | 0.50 | 300.00 |
| 06/14/24 | Conference with Committee member regarding upcoming mediation. | BCK | 0.10 | 60.00 |
| 06/18/24 | Conference with Debtor's counsel regarding upcoming plan mediation and non-monetaries (0.3); correspondence with Committee chair regarding plan mediation (0.1). | BCK | 0.40 | 240.00 |
| 06/19/24 | Edit and revise non-monetary plan provisions (0.8) Correspond regarding mediation session covering non-monetary plan provisions. (0.2) | OFK | 1.00 | 600.00 |
| 06/19/24 | Begin reviewing ANO revisions to non-monetary policies. | BCK | 0.60 | 360.00 |
| 06/20/24 | Correspond via email with the bankruptcy counsel team regarding the Debtor's proposed revisions to the non-monetary plan provisions. | WSB | 0.10 | 60.00 |
| 06/20/24 | Prepare for and participate in call with John Perry on mediation issues (0.6) Correspond with UCC Chair and her counsel regarding mediation (0.7) Multiple emails on mediation prep issues (0.4) | OFK | 1.70 | 1,020.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 9

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/20/24 | Conferences with Committee member regarding upcoming mediation (0.3); review revised non-monetary policies (1.4). | BCK | 1.70 | 1,020.00 |
| 06/21/24 | Review and analyze the revised non-monetary plan provisions to identify key issues and concerns (1.9); review these matters with the bankruptcy counsel team (0.8). | WSB | 2.70 | 1,620.00 |
| 06/21/24 | Continue reviewing non-monetary policy revisions (0.4); conference with A. Caine, S. Bryant, and R. Kuebel regarding non-monetary policies and additional revision needs (1.0); review further revised non-monetary policies (0.5). | BCK | 1.90 | 1,140.00 |
| 06/21/24 | Revise and comment on ANO non-monetary plan provisions (0.5) Prepare for and participate in call to review non-monetary plan provisions (1.2) Correspond on mediation issues with state-court counsel for the UCC's chairperson (0.7) | OFK | 2.40 | 1,440.00 |
| 06/21/24 | Discuss non-monetary plan provisions with state court counsel (0.6) | OFK | 0.60 | 360.00 |
| 06/24/24 | Participate in call with Committee members and state-court counsel in preparation for this month's mediation session (0.8) Prepare with Andy Caine for the upcoming mediation session related to the non-monetary plan provisions (0.7) Further prepare for the mediation session (1.0) | OFK | 2.50 | 1,500.00 |
| 06/24/24 | Further call with state-court counsel regarding insurance issues in connection with the forthcoming mediation (0.6) | OFK | 0.60 | 360.00 |
| 06/24/24 | Correspondence with Committee regarding upcoming mediation session (0.2); continued analysis of revisions to non-monetary plan provisions (0.4). | BCK | 0.60 | 360.00 |
| 06/25/24 | Conference with M. Mintz and S. Oppenheim regarding mediation plans and next steps (0.3); draft points related to non-monetary provisions in preparation for mediation sessions (0.6); review additional non-monetary revisions (0.2). | BCK | 1.10 | 660.00 |
| 06/25/24 | Multiple correspondence with state court counsel to coordinate comments to draft non-monetary plan provisions (0.8) | OFK | 0.80 | 480.00 |
| 06/25/24 | Revise and comment on non-monetary plan provisions to prepare for mediation session (0.7) | OFK | 0.70 | 420.00 |
| 06/26/24 | Correspondence with state court counsel regarding non-monetary provisions (0.2); analysis of mediation status and outcomes (0.3). | BCK | 0.50 | 300.00 |
| 06/26/24 | Prepare for and participate in ANO mediation sessions with Mr. Perry, the ANO, and insurers, including the separate session on the non-monetary plan provisions (7.5) Hold follow-up session with Andy Caine and Iain Nasatir following the conclusion of the mediation sessions. (0.5) | OFK | 8.00 | 4,800.00 |
| 06/27/24 | Analysis of settlement strategy following recent mediation session (1.3); analysis of recent Louisiana legislation in connection with mediation negotiations (0.6). | BCK | 1.90 | 1,140.00 |
| 06/27/24 | Prepare for and participate in call with the bankruptcy counsel team to discuss various insurance and insurance-related claim issues (1.3) | OFK | 1.30 | 780.00 |
| 06/27/24 | Conduct legal research on ACT 275 propounded by Louisiana Legislature to amend the Louisiana direct action statue in connection with claims against insurers (2.1); analyze the results of this analysis with Brad Knapp (0.4). | PCL | 2.50 | 1,500.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: July 19, 2024
Invoice No.: 1873536
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/27/24 | Review and analyze Supreme Court Purdue Pharma opinion and evaluate the impact on plan mediation (0.4); meet with the bankruptcy counsel team in the wake of yesterday's mediation session to address multiple issues (1.3); further analyze mediation-related issues and additional Supreme Court opinions (0.4). | WSB | 2.10 | 1,260.00 |
| 06/28/24 | Conduct further legal research on ACT 275 and its likely impact on the Louisiana direct action statute (2.5); draft memorandum relating to these matters (5.2). | PCL | 7.70 | 4,620.00 |
| 06/28/24 | Identify key issues related to insurance claims following the recent mediation session. | OFK | 0.40 | 240.00 |
| | | | **53.50** | **$32,100.00** |

**TOTAL FEES**                                          **$69,270.00**

**TIMEKEEPER SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| | O. F. Kuebel | Partner | $600.00 | 1.00 | $600.00 |
| | | | | **1.00** | **$600.00** |
| **B120** | **Asset Analysis and Recovery** | | | | |
| | O. F. Kuebel | Partner | $600.00 | 0.50 | $300.00 |
| | | | | **0.50** | **$300.00** |
| **B130** | **Asset Disposition** | | | | |
| | B. C. Knapp | Partner | $600.00 | 1.40 | $840.00 |
| | O. F. Kuebel | Partner | $600.00 | 11.90 | $7,140.00 |
| | W.S. Bryant | Partner | $600.00 | 4.40 | $2,640.00 |
| | | | | **17.70** | **$10,620.00** |
| **B150** | **Meetings & Communications With Creditors** | | | | |
| | B. C. Knapp | Partner | $600.00 | 4.20 | $2,520.00 |
| | O. F. Kuebel | Partner | $600.00 | 8.00 | $4,800.00 |
| | W.S. Bryant | Partner | $600.00 | 0.70 | $420.00 |
| | | | | **12.90** | **$7,740.00** |

138124783v.1

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: July 19, 2024
Invoice No.:  1873536
Page:  11

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.40 | $2,040.00 |
| W.S. Bryant | Partner | $600.00 | 9.30 | $5,580.00 |
| K. Culbertson | Associate | $425.00 | 8.70 | $3,697.50 |
| | | | **21.40** | **$11,317.50** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.20 | $2,520.00 |
| O. F. Kuebel | Partner | $600.00 | 2.60 | $1,560.00 |
| W.S. Bryant | Partner | $600.00 | 0.10 | $60.00 |
| A. St. Mary | Paralegal | $225.00 | 0.80 | $180.00 |
| | | | **7.70** | **$4,320.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
| | | | **0.30** | **$180.00** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 1.10 | $660.00 |
| | | | **1.10** | **$660.00** |

**B310    Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.40 | $840.00 |
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| A. St. Mary | Paralegal | $225.00 | 0.50 | $112.50 |
| | | | **2.70** | **$1,432.50** |

**B320    Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 11.30 | $6,780.00 |
| O. F. Kuebel | Partner | $600.00 | 23.50 | $14,100.00 |
| P.C. Lambert | Partner | $600.00 | 13.20 | $7,920.00 |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 5.50 | $3,300.00 |
| | | | **53.50** | **$32,100.00** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **118.80** | **$69,270.00** |

**<u>TOTAL FEES</u>**                                                                          **<u>$69,270.00</u>**

**PLEASE REMIT PAYMENT:**

| **<u>Via US Mail:</u>** | **<u>Via ACH:</u>** | **<u>Via Wire:</u>** |
|---|---|---|
| Locke Lord LLP | ABA Routing: 111000614 | ABA Routing: 021000021 |
| P.O. Box 911541 | Account: 101203546 | Swift Code (International): CHASUS33 |
| Dallas, Texas 75391-1541 | Account Name: Locke Lord LLP | Account: 00101203546 |
| | Bank Name: JPMorgan Chase Bank, N.A. | Bank: JPMorgan Chase Bank, N.A. |
| | | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

138124783v.1



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

July 19, 2024
Invoice No.: 1873536

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through June 30, 2024

File Number: 0107766.00001
RE: Bankruptcy of the Archdiocese of New Orleans

Total Fees .................................................................................................................................... $69,270.00

Total Due this Statement................................................................................................................. $69,270.00

**PLEASE REMIT PAYMENT:**

<u>**Via US Mail:**</u>
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

<u>**Via ACH:**</u>
ABA Routing: 111000614
Account: 101203546
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

<u>**Via Wire:**</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

138124783v.1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | Section "A" |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

## ORDER APPROVING *TWELFTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2024 THROUGH JUNE 30, 2024
### [Relates to Docket # _____]

CAME ON for consideration the *Twelfth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2024 through June 30, 2024* [**Docket # _____**] (the "Application") filed by Locke Lord LLP (the "Firm") on July 25, 2024 for the period from March 1, 2024 through June 30, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

## IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded,

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

on an interim basis, fees for services rendered and expenses incurred in the amount of **$320,189.72**

for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the

"Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor").

This Award consists of $316,535.00 in fees for services rendered and $3,654.72 in expenses

incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the

Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the

estate of the Debtor within ten (10) calendar days after the entry of this Order.

3.      The Firm is directed to serve this Order on the required parties under this Court's Order

Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this _____ day of _____, 2024

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2