# EXHIBIT "17"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | **Section "A"** |
| **ORLEANS** | ) | |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

## FEE APPLICATION COVER SHEET
### *THIRTEENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024

| | |
|---|---|
| **Name of Applicant:** | Locke Lord LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | (i)   December 29, 2020—$616,628.22;<br>(ii)  May 20, 2021—$498,601.19;<br>(iii) October 26, 2021—$322,428.45;<br>(iv) December 14, 2021—$508,624.47;<br>(v)  May 19, 2022—$414,907.50;<br>(vi) December 13, 2022—$386,463.91;<br>(vii) December 27, 2022—$575,200.82;<br>(viii) April 14, 2023—$557,412.72<br>(ix) August 11, 2023—$516,069.46;<br>(x)  December 19, 2023—$432,223.35<br>(xi) April 25, 2024 – $402,884.70; and<br>(xii) August 16, 2024 - $320,189.72 |
| **Period for which compensation and reimbursement is sought:** | July 1, 2024 through October 31, 2024 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$560,777.50** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$2,548.83** |
| **Fee Application:** | Thirteenth Interim Fee Application |
| **Total:** | **$563,326.33** |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The following Locke Lord professionals rendered services for The Official Committee of Unsecured Creditors (the "Committee") in the above-styled Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") during the Application Period:

| July 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 47.7 | $28,620.00 |
| Knapp, Brad C. | Partner | $600.00 | 36.6 | $21,960.00 |
| Bryant, W. Steven | Partner | $600.00 | 38.5 | $23,100.00 |
| Eisenberg, Philip G. | Partner | $600.00 | 2.2 | $1,320.00 |
| Lambert, Peyton C. | Partner | $600.00 | 18.1 | $10,860.00 |
| Culbertson, Katherine | Associate | $425.00 | 9.3 | $3,952.50 |
| St. Mary, Amanda | Paralegal | $225.00 | 7.8 | $1,755.00 |
| Valenciano, Clarissa | Law Clerk | $225.00 | 18.8 | $4,230.00 |
| **Total Professional Hours and Fees Sought** | | | **179.00** | **$95,797.50**[2] |

---

[2] These invoice amounts total $95,797.50, but as discussed below, additional voluntary reductions of $1,447.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $97,245.00.

| August 2024 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 80.2 | $48,120.00 |
| Knapp, Brad C. | Partner | $600.00 | 103.2 | $61,920.00 |
| Bryant, W. Steven | Partner | $600.00 | 84.5 | $50,700.00 |
| Eisenberg, Phillip G. | Partner | $600.00 | 4.5 | $2,700.00 |
| Mouton, W. Robert | Partner | $600.00 | 0.9 | $540.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 19.9 | $4,477.50 |
| Culbertson, Katherine | Associate | $425.00 | 12.4 | $5,270.00 |
| **Total Professional Hours and Fees Sought** | | | **305.60** | **$173,727.50** |

| September 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 70.8 | $42,480.00 |
| Knapp, Brad C. | Partner | $600.00 | 95.7 | $57,420.00 |
| Bryant, W. Steven | Partner | $600.00 | 79.7 | $47,820.00 |
| Eisenberg, Phillip G. | Partner | $600.00 | 0.9 | $540.00 |
| Mouton, W. Robert | Partner | $600.00 | 5.0 | $3,000.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 17.2 | $3,870.00 |
| Culbertson, Katherine | Associate | $425.00 | 9.7 | $4,122.50 |
| Peterson, Nick | Litigation Support | $225.00 | 0.5 | $112.50 |
| Hidalgo, Daralyn | Paralegal | $125.00 | 0.6 | $75.00 |
| Pollender, Joe | Research Analyst | $225.00 | 0.1 | $22.50 |
| **Total Professional Hours and Fees Sought** | | | **280.20** | **$159,462.50** |

| October 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 78.1 | $46,860.00 |
| Knapp, Brad C. | Partner | $600.00 | 76.7 | $46,020.00 |
| Bryant, W. Steven | Partner | $600.00 | 53.1 | $31,860.00 |
| Eisenberg, Phillip G | Partner | $600.00 | 2.0 | $1,200.00 |
| Mouton, W. Robert | Partner | $600.00 | 2.7 | $1,620.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 3.5 | $787.50 |
| Culbertson, Katherine | Associate | $425.00 | 8.1 | $3,442.50 |
| **Total Professional Hours and Fees Sought** | | | **224.20** | **$131,790.00**[3] |

---

[3] These invoice amounts total $133,230.00, but as discussed below, additional voluntary reductions of $1,440.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $131,790.00.

The total hours and fees incurred by Locke Lord LLP (the "Firm") on behalf of the Committee during the Application Period and separated by Project Category are as follows:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 17.3 | $8,355.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 14.0 | $8,400.00 |
| B130 | ASSET DISPOSITION | 22.9 | $13,740.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 2.9 | $1,740.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 85.9 | $49,340.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 68.4 | $35,360.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 8.7 | $5,220.00 |
| B190 | OTHER CONTESTED MATTERS | 105.0 | $60,987.50 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.40 | $240.00 |
| B250 | REAL ESTATE | 18.2 | $10,920.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 15.6 | $6,885.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 629.7 | $359,590.00 |
|  | TOTAL PROFESSIONAL HOURS AND FEES SOUGHT = | 989.04 | $560,777.505 |

---

[4] In addition to the professional hours of 989.00 on the invoices, an additional 5.5 hours were worked but are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 994.5 hours worked.

[5] These invoice amounts total $560,777.50, but as discussed below, additional voluntary reductions of $2,887.50 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $563,665.00.

6

The total expenses by expense type incurred by the Firm for the Committee during the

Application Period are as follows:

| Expense Category | Amount |
|---|---|
| Postage | $362.72 |
| PACER Online Research | $2.10 |
| Westlaw Research | $139.57 |
| Outside Copy Costs 54092, Alliance Overnight Document Service LLC, Copy and mail pleadings to special service list. | $964.01 |
| Outside Copy Costs 54229, Alliance Overnight Document Service LLC, Mailout payment | $163.16 |
| Outside Copy Costs 54230, Alliance Overnight Document Service LLC, Mailout payment | $152.52 |
| Outside Copy Costs 54231, Alliance Overnight Document Service LLC, Mailout payment | $141.88 |
| Trial Transcripts 24-183-2, Janice Russell, Transcript Payment - c/m 0107766.00001 | $116.40 |
| Outside Copy Costs 54232, Alliance Overnight Document Service LLC, Mailout payment | $143.16 |
| Trial Transcripts 24-179-3, Janice Russell, Hearing Transcript | $79.65 |
| Outside Copy Costs 54288, Alliance Overnight Document Service LLC, Mail out copies | $141.88 |
| Outside Copy Costs 54481, Alliance Overnight Document Service LLC, Copy/mailing services | $141.88 |
| **Total Out-of-Pocket Expenses** | **$2,548.83** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF | ) |
| THE ARCHDIOCESE OF NEW | ) |
| ORLEANS | ) Section "A" |
| | ) |
| DEBTOR. [1] | ) Chapter 11 |
| | ) |

***THIRTEENTH INTERIM* APPLICATION OF LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON DECEMBER 19, 2024 AT 1:30 P.M. (CST) AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS STREET, COURTROOM B-709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL-IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL, (MEETING CODE: "JUDGEGRABILL".[2] IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

LOCKE LORD LLP (the "Firm") files its *Thirteenth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through October 31, 2024* (the "Application"). In support of this Application covering July 1, 2024 through October

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

31, 2024 (the "Application Period"), the Firm respectfully states as follows:

## I.     INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the Committee from July 1, 2024 through October 31, 2024:

| Month Work Performed | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions) | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| July 2024 | $156,589.50 | ($59,344.50) | ($1,447.50) | $95,797.50 | $288.82 | $96,086.32 |
| August 2024 | $287,134.50 | ($113,407.00) | ($0.00) | $173,727.50 | $1,760.78 | $175,488.28 |
| September 2024 | $261,517.00 | ($102,054.50) | ($0.00) | $159,462.50 | $75.90 | $159,538.40 |
| October 2024 | $225,653.00 | ($92,423.00) | ($1,440.00) | $131,790.00 | $423.33 | $132,213.33 |
| | | | | | | |
| | | | | | **TOTAL =** | **$563,326.33** [3] |

## II.     JURISDICTION AND VENUE

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.     BACKGROUND FACTS

### A.     Introduction

3.     On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

---

[3] True and correct copies of the Firm's Monthly Fee Statements (the "Statements") for the Application Period are attached to this Application as **Exhibit "1".** The Statements include all the Firm's invoices issued in the Application Period (the "Invoices"). The Statements are incorporated by reference in this Application. These Statements were previously provided to the requisite notice parties.

4.     The Debtor remains in possession of its property and is managing its business and operations as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.     On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [ECF Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[4] October 8, 2020,[5] June 7, 2022,[6] June 21, 2022,[7] and February 13, 2023.[8] The Committee currently consists of four (4) committee members.

6.     On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel to the Committee.

**B.     Employment of the Firm**

7.     On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179] (the "Retention Application"). As more fully described in the Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

8.     On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

---

[4] ECF Doc. No. 151.
[5] ECF Doc. No. 478.
[6] ECF Doc. No. 1575
[7] ECF Doc. No. 1618
[8] ECF Doc. No. 2081.

3

9.     On March 23, 2023, the Court entered an *Order* [ECF Doc. No. 2178] ("<u>Retention Modification Order</u>") approving in part and denying in part the Committee's *Motion to Amend Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [ECF Doc. No. 2004] (the "<u>Retention Modification Motion</u>"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps then-applicable to the Firm *nunc pro tunc* to January 1, 2023 and established a procedure authorizing the Firm to request additional increases on an annual basis thereafter. (Retention Mod. Order, ECF Doc. No. 2178, p. 2). The Invoices for the Firm's time incurred in the Application Period reflect the revised rates authorized by the Retention Modification Order.

## IV.     WORK PERFORMED AND RESULTS OBTAINED / <u>EXTRAORDINARY CIRCUMSTANCES</u>

10.     The Firm provided, and continues to provide, comprehensive legal services to the Committee in this Bankruptcy Case. The Statements attached to this Application include copies of the Firm's Invoices. These Invoices include the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

11.     During the Application Period, both the Committee and the Debtor filed Chapter 11 plans of reorganization for the Debtor—the first plans filed in this long-running Bankruptcy Case. On September 13, 2024, the Committee filed its *Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors* [ECF Doc. No. 3382] (the "<u>Committee Plan</u>") while the Debtor filed its *Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans, dated as of September 13, 2024* [ECF Doc. No. 3384] (the "<u>Debtor Plan</u>"). The filing of the Committee Plan and the Debtor Plan (together, the "<u>Chapter 11 Plans</u>") represents a substantial step forward in this Bankruptcy Case. Professionals from both the Firm and PSZJ provided extensive services to the Committee in

4

connection with the Committee Plan, including drafting and revising the Plan and examining plan provisions with the Committee's members and state-court counsel. At the same time, the Firm's attorneys also examined the Debtor Plan, highlighted both similarities and differences with the Committee Plan, and reviewed the Chapter 11 Plans with the Committee. The Firm's efforts in connection with the Committee Plan, as well as additional work done on plan-solicitation and disclosure statement matters, were considerable throughout the Application Period.

12. In conjunction with the Chapter 11 Plans, the Firm's professionals also continued to work with the Debtor to develop a non-monetary protocol intended to prevent sexual abuse, improve child protection, increase the Debtor's transparency, and promote survivor welfare. Both Chapter 11 Plans contemplate that the Court will approve such a protocol as part of the plan-confirmation process. The parties' tireless efforts on this protocol reached fruition shortly after the Application Period ended when the Debtor and the Committee announced an agreement in principle on the non-monetary protocol and filed a draft of this protocol in the Bankruptcy Case on November 7, 2024 [ECF Doc. No. 3471]. The Firm's efforts during the Application Period contributed to this successful outcome.

13. During the Application Period, the Committee, the Debtor, and other interested parties continued to seek a mediated resolution of this Bankruptcy Case. Both The Hon. Gregg W. Zive ("Judge Zive") and John W. Perry, Jr. ("Mr. Perry") held mediation sessions as they continued to provide co-mediation services in the Bankruptcy Case. The Firm's professionals participated in many of these mediation sessions, which involved not only the Debtor and the Committee, but also the Debtor's insurers and other key parties. Near the end of the Application Period on October 21, 2024, the Court reappointed both mediators [ECF Doc. No. 3430]. Judge Zive and Mr. Perry continue to provide mediation services as of today's date, and the Firm's professionals continue to

provide services to the Committee and its members as they participate in these sessions.

14. On August 21, 2024, this Court appointed Mohsin Meghji of M3 Partners (the "Expert") as its court-appointed expert to examine, among other things, the status of the Bankruptcy Case, the existence and status of a potential plan structure for the Bankruptcy Case, and the Debtor's management and administrative functioning, as more fully described in its *Order Appointing an Expert Witness Under Federal Rule of Evidence 706* [ECF Doc. No. 3308] (the "Expert Witness Order"). Following the Expert's appointment, the Expert and his counsel, Latham & Watkins LLP ("L&W"), requested that the Committee and its professionals provide, in accordance with the Expert Witness Order, substantial information and other documentation related to the Bankruptcy Case and the Committee's work since its appointment at the inception of the case. The Firm's professionals helped the Committee comply with these requests and met with the Expert and L&W multiple times during the Application Period.

15. Besides these key developments, the Committee and the Firm fulfilled many other tasks during the Application Period. These included the following:

- The Firm continued communicating with members of its unsecured creditor constituency and other stakeholders. Firm personnel spoke regularly with individual survivors, survivors' state-court counsel, and others about the Bankruptcy Case and key developments throughout the Application Period.

- Counsel for the Committee and the Commercial Committee met regularly with the Debtor's counsel and its real-estate broker, TMC Realty, LLC d/b/a The McEnery Company (the "McEnery Company"). The Debtor continued to market and sell certain of its real estate during the Application Period. Among other things, the Debtor obtained the Court's approval of the sale of properties located at 3017-3019 S. Carrollton Avenue [ECF Doc. No. 3171] and 3003-3009 S. Carrollton Avenue [ECF Doc. No. 3170]. The Debtor successfully closed both sales shortly after obtaining Court approval.

## V. PROJECT CATEGORIES

16. The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in eleven (11) different

project categories during the Application Period. The pertinent project categories are: (1) <u>Case Administration (B110)</u>, (2) <u>Asset Analysis and Recovery (B120)</u>, (3) <u>Asset Disposition (B130)</u>, (4) <u>Relief From Stay/Adequate Protection Proceedings,</u> (5) <u>Meetings & Communications with Creditors (B150)</u>, (6) <u>Fee/Employment Applications (B160)</u>, (6) <u>Fee/Employment Objections (B170)</u>, <u>(8) Other Contested Matters (B190)</u>, (9) <u>Real Estate (B250)</u>, (10) <u>Employee Benefits/Pensions (B220)</u>, (11) <u>Claims Administration and Objections (B310)</u>, and (12) <u>Plan and Disclosure Statement (B320)</u>.

17.     The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following, additional information: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes these services.

## A.     <u>Case Administration (Category Code B110)</u>

18.     The category of **Case Administration** concerns activities arising out of compliance with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly conference calls between counsel for the Debtor and the Committee. In addition, the time Firm attorneys spent in connection with the mediators' reappointment also falls in this category.

19.     The Firm expended <u>17.3 </u>hours of professional time on services in this category. The Firm's professional fees in this category total <u>$8,355.00</u>. Therefore, the Firm's blended hourly rate is <u>$482.95/hour</u>.[9]

---

[9] The blended rates as broken out by project categories do not reflect the voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is $563.88 per hour.

**B.**     <u>Asset Analysis and Recovery (Category Code B120)</u>

20.     The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. The Firm expended some time in this category in connection with a potential disposition of assets owned by certain Apostolates (such as Christopher Homes, Inc.)

21.     The Firm expended <u>14 </u>hours of professional time on services in this category. The Firm's professional fees in this category total <u>$8,400.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour</u>.

**C.**     <u>Asset Disposition (Category Code B130)</u>

22.     The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. For the Application Period, this category covers all proceedings involving the Debtor's continuing efforts to market and sell certain real-estate properties and the Committee's assessment and proposed revisions to these sales and potential sales. Most of the time expended in this category relates to work performed in connection with Debtor properties listed and marketed for sale by The McEnery Company, the Debtor's real-estate broker, such as the two South Carrollton Avenue properties sold during the Application Period.

23.     The Firm expended <u>22.9 </u>hours of professional time on services in this category. The Firm's professional fees in this category total <u>$13,740.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour</u>.

**D.**     <u>Relief from Stay/Adequate Protection Proceedings (Category Code B140)</u>

24.     The category of Relief from Stay/Adequate Protection Proceedings covers the termination or continuation of the automatic stay in the Bankruptcy Cases under 11 U.S.C. § 362

as well as motions for adequate protection under 11 U.S.C. § 361. The Firm expended some time in this category related to certain litigation involving the Debtor.

25.     The Firm expended <u>2.9</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$1,740.00</u>. Therefore, the Firm's blended hourly rate is $<u>600</u>/hour.

**E.     Meetings & Communications with Creditors (Category Code B150)**

26.     The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. This project category also covers the substantial time Firm personnel took speaking with and responding to questions and concerns raised by those individual creditors/survivors who belong to the Committee's broader constituency but who are not Committee members themselves. Much of the Firm's communications with the Committee, its members, and their state-court counsel during the Application Period concerned plan-related matters and continuing mediation efforts.

27.     The Firm expended <u>85.9</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$49,340.00</u>. Therefore, the Firm's blended hourly rate is <u>$574.39/hour.</u>

**F.     Fee/Employment Applications (Category Code B160)**

28.     The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties. The Firm expended some time in this category preparing monthly professional statements and the previous round of interim fee applications.

29.     The Firm expended <u>68.4</u> hours of professional time on services in this category.

9

The Firm's professional fees in this category total <u>$35,360.00</u>. Therefore, the Firm's blended hourly rate is <u>$516.96/hour</u>.

**G.    Fee/Employment Objections (Category Code B170)**

30.    The category of **Fee/Employment Objections** involves, *inter alia*, analyzing and objecting to the employment and fee applications of estate professionals not retained to represent the Committee. The Firm expended some time in this category during the Application Period examining a motion filed by one of the Debtor's insurers to hold back fees incurred by all estate professionals, including the Firm.

31.    The Firm expended <u>8.7 </u>hours of professional time on services in this category. The Firm's professional fees in this category total <u>$5,220.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour.</u>

**H.    Other Contested Matters (Category Code B190)**

32.    The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. The Firm expended considerable time in this category since it assigned all work performed in connection with the Expert's appointment and investigation to this category. As mentioned above, the Expert conducted a lengthy and detailed examination of, *inter alia*, the status of this Bankruptcy Case in compliance with this Court's Expert Witness Order. All work expended meeting with the Expert and L&W, as well as responding to their informational requests, falls under this category.

33.    The Firm expended <u>105 </u>hours of professional time on services in this category. The Firm's professional fees in this category total **<u>$60,987.50</u>**. Therefore, the Firm's blended hourly rate is <u>$580.83/hour</u>.

10

**I.    Employee Benefits/Pensions (Category Code B250)**

34.    The category of The category of **Employee Benefits/Pensions** consists of employment, benefits, and employee-related matters. The Firm expended some time in this category examining an estate pension issue.

35.    The Firm expended <u>0.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$240.00</u>. Therefore, the Firm's blended hourly rate is <u>$600.00/hour</u>.

**J.    Real Estate (Category Code B250)**

36.    The category of **Real Estate** covers topics related to real estate, such as the Committee's investigation of the Debtor's real-estate properties as well as its examination of the Debtor's decision to put certain properties on the market (or not, as the case may be). The Firm's services in this category generally encompass all real-estate issues and topics that arise prior to the Debtor's actively seeking to sell and/or transfer a particular property to an identified buyer or buyers.

37.    The Firm expended <u>18.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$10,920.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour</u>.

**K.    Claims Administration & Objections (Category Code B310)**

38.    The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor and motions filed by parties requesting permission to file late-filed claims in the Bankruptcy Case. In addition, this project category also includes time spent by Firm personnel updating the survivor-claims register and sex-abuse proof-of-claim records

maintained by the Committee's professionals.

39.    The Firm expended <u>15.6</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$6,885.00</u>. Therefore, the Firm's blended hourly rate is <u>$441.35/hour</u>.

**L.    Plan and Disclosure Statement (Category Code B320)**

40.    The category of **Plan and Disclosure Statement** concerns the formulation and presentation of a Chapter 11 plan and disclosure statement and all activities related to the plan and disclosure process. The Firm expended more time in this category during the Application Period than in any other. Obviously, all time spent drafting, analyzing, and preparing the Committee Plan, as well as reviewing and examining the Debtor Plan, comes within this category. All plan-solicitation and disclosure matters also qualify under the category of Plan and Disclosure Statement. In addition, this category includes all mediation efforts intended to produce a consensual Chapter 11 plan for the Debtor as well as any document discovery necessary to prepare the Committee and its members for mediation and/or plan confirmation. Finally, all the time expended by the Firm's attorneys negotiating, drafting, revising, and re-revising the proposed non-monetary plan provisions comes within this project category of Plan and Disclosure Statement.

41.    The Firm expended <u>629.7</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$359,590.00</u>. Therefore, the Firm's blended hourly rate is <u>$571.05/hour</u>.

**VI.    REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED**

42.    Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses

12

were billed at actual cost. The Firm has not requested general overhead expenses.

43.     The Firm's expenses in the Application Period were necessary and reasonable. For instance, outside copying, printing, and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case. These amounts were significant given the large number of parties on the Debtor's service list. Nevertheless, the Firm always strives to minimize such expenses. In particular, Firm attorneys conducted online and PACER research only when they believed that the benefits of computerized research outweighed its costs and that using traditional research methods would cost more.

44.     The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| Postage | $362.62 |
| PACER Online Research | $2.10 |
| Westlaw Research | $139.57 |
| Outside Copy Costs 54092, Alliance Overnight Document Service LLC, Copy and mail pleadings to special service list. | $964.01 |
| Outside Copy Costs 54229, Alliance Overnight Document Service LLC, Mailout payment | $163.16 |
| Outside Copy Costs 54230, Alliance Overnight Document Service LLC, Mailout payment | $152.52 |
| Outside Copy Costs 54231, Alliance Overnight Document Service LLC, Mailout payment | $141.88 |
| Trial Transcripts 24-183-2, Janice Russell, Transcript Payment - c/m 0107766.00001 | $116.40 |
| Outside Copy Costs 54232, Alliance Overnight Document Service LLC, Mailout payment | $143.16 |
| Trial Transcripts 24-179-3, Janice Russell, Hearing Transcript | $79.65 |
| Outside Copy Costs 54288, Alliance Overnight Document Service LLC, Mail out copies | $141.88 |
| Outside Copy Costs 54481, Alliance Overnight Document Service LLC, Copy/mailing services | $141.88 |
| **Total Out-of-Pocket Expenses** | **$2,548.83** |

45.     The Firm requests that the Court allow the Firm **$2,548.83** in reimbursable expenses the Firm incurred on the Committee's behalf during the Application Period.

## VII.     VOLUNTARY REDUCTIONS

46.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of $2,887.50 (5.5 billable hours) for work performed but not charged during the Application Period, with such entries being marked as "No Charge."

## VIII.     STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

47.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at its ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses the Firm has incurred in the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "Local Bankruptcy Rules"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in the Bankruptcy Case except as this Court may approve.

48.     As of today's date, the Firm has received payments totaling $5,303,610.69 in connection with the twelve (12) previous interim fee applications approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, December 27, 2022, April 14, 2023, August 11, 2023, December 19,

14

2023, April 25, 2024, and August 16, 2024. Additionally, the Firm has also received a total of $345,315.50 in interim payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| 1880745 | August 29, 2024 | $96,086.32 | October 9, 2024 | $76,926.82 | $19,159.50 |
| 1886332 | September 27, 2024 | $175,488.28 | October 17, 2024 | $140,742.78 | $34,745.50 |
| 1891971 | October 29, 2024 | $159,538.40 | November 26, 2024 | $127,645.90 | $31,892.50 |
| 1897461 | November 25, 2024 | $132,213.33 | -- | -- | $132,213.33 |
| | **TOTALS =** | $563,326.33 | | $345,315.50 | **$218,010.83** |

The Firm seeks approval and payment of these Invoices in full under this Application.

49. No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX. STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

50. Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

15

(a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

51.    This Application substantiates the total amount the Firm seeks for fees and expenses in accordance with the standards this Court applies to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

52.    The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards

16

in similar cases.[10] Based upon the services described in this Application, the Firm respectfully states that it has fully satisfied the standards prescribed by the *Johnson* Factors.

## The Time and Labor Required

53.     Firm attorneys and paraprofessionals, in the performance of legal services, expended **994.5**[11] hours during the Application Period for a total fee of **$560,777.50.** Including the 5.5 hours worked but not charged, the Firm's blended hourly rate is **$563.88/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Statements and on the coversheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

## The Novelty and Difficulty of the Questions Presented

54.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to handle these questions. This factor therefore favors granting the Firm its requested award.

## The Skill Required to Perform the Services

55.     Representing the Committee in this Bankruptcy Case requires considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm also strived to limit the number of attorneys who worked on this Bankruptcy Case and to use the most appropriate person for any

---

[10] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[11] This includes the 5.5 hours worked but not charged.

given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. Thus, this factor supports the Firm's requested award.

**Preclusion of Other Employment Due to Acceptance of the Case**

56.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these other cases, the Firm charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

**The Customary Fee**

57.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least comparable to those of other similarly situated firms. These rates also reflect voluntary reductions of $2,887.50.

58.     Considering all these circumstances, the Firm's blended hourly rate of **$563.88/hour** is reasonable and reflects below-market rates for legal services in Chapter 11

18

bankruptcy cases of comparable size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

59.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

60.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

61.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

**The Experience, Reputation, and Ability of the Attorneys**

62.     The Firm's attorneys have considerable experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics

19

in Texas, Louisiana, and elsewhere.

**The "Undesirability" of the Bankruptcy Case**

63.     Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged in this Bankruptcy Case are below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case also continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

64.     The Firm's engagement by the Committee commenced shortly after the Committee was formed.

**Awards in Similar Cases**

65.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

66.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     CONCLUSION

67.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. This Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

68.     The Firm requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to **$563,326.33.** The requested award consists of $**560,777.50** in fees and **$2,548.83** in expenses for the Application Period.

WHEREFORE LOCKE LORD LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: November 26, 2024

Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: bknapp@lockelord.com
        rkuebel@lockelord.com

*Co-Counsel to the Official Committee of
Unsecured Creditors*

21

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on November 26, 2024 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid, to be sent on November 27, 2024.

*/s/ W. Steven Bryant*

W. Steven Bryant

# EXHIBIT 1

106748201v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: September 12, 2024** |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR JULY 1, 2024 THROUGH JULY 31, 2024

1. In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from July 1, 2024 through July 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2. A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3. A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.     A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.     The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.     In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.     As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,369,999.19.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.     The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| July 1, 2024 through July 31, 2024 | |
|---|---|
| Fees (at standard rates): | $156,589.50 |
| (Reduction due to reduced rates) | ($59,344.50) |
| (Further voluntary reductions) | ($1,447.50) |
| Fees (After all reductions): | $95,797.50 |
| Disbursements | $288.82 |
| **Total** | **$96,086.32** |

### VOLUNTARY REDUCTIONS

9.     In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $1,447.50 and 3.10 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 12, 2024 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$76,926.82**. This figure consists of (a) $76,638.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $95,797.50 for the Statement Period, and (b) $288.82 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

  Dated: August 29, 2024.              Respectfully submitted,

                            Bradley C. Knapp (La #35867)
                            Omer F. Kuebel, III (La #21682)
                            Locke Lord LLP
                            601 Poydras Street, Suite 2660
                            New Orleans, Louisiana 70130-6036
                            Telephone: (504) 558-5111
                            Facsimile: (504) 558-5200
                            Email: bknapp@lockelord.com
                                    rkuebel@lockelord.com
                           -and-

                            */s/ W. Steven Bryant*
                            W. Steven Bryant (*admitted pro hac vice*)
                            Texas Bar. No. 24027413
                            Federal I.D. No.  32913
                            Locke Lord LLP
                            600 Colorado Street, Ste. 2100
                            Austin, Texas 78701
                            Telephone: (512) 305-4726
                            Facsimile: (512) 305-4800
                            Email: sbryant@lockelord.com

                            *Co-Counsel to the Official Committee of Unsecured*
                            *Creditors*

America:0107766/00001: 138562825v.1

**EXHIBIT A**

America:0107766/00001: 138562825v.1

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**JULY 1, 2024 THROUGH JULY 31, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.80 | $2,617.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 2.40 | $1,440.00 |
| B130 | ASSET DISPOSITION | 6.50 | $3,900.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 1.90 | $1,140.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 16.80 | $9,765.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 31.60 | $15,440.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 6.50 | $3,900.00 |
| B190 | OTHER CONTESTED MATTERS | 4.90 | $2,940.00 |
| B250 | REAL ESTATE | 2.10 | $1,260.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 4.10 | $2,460.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 97.40 | $50,935.00 |
| | **TOTAL FEES SOUGHT =** | **179.00** | **$95,797.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JULY 1, 2024 THROUGH JULY 31, 2024**
------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 47.7 | $600.00 | $28,620.00 |
| BCK | Knapp, Brad C. | Partner | 36.6 | $600.00 | $21,960.00 |
| WSB | Bryant, W. Steven | Partner | 38.5 | $600.00 | $23,100.00 |
| PGE | Eisenberg, Phillip G. | Partner | 2.2 | $600.00 | $1,320.00 |
| PCL | Lambert, Peyton C. | Partner | 18.1 | $600.00 | $10,860.00 |
| AS | St. Mary, Amanda P. | Paralegal | 7.8 | $225.00 | $1,755.00 |
| KC | Culbertson, Katherine | Associate | 9.3 | $425.00 | $3,952.50 |
| CV | Valenciano, Clarissa | Law Clerk | 18.8 | $225.00 | $4,230.00 |
| | **TOTALS =** | | **179.00** | | **$95,797.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JULY 1, 2024 THROUGH JULY 31, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Postage | $286.72 |
| | PACER Online Research | $2.10 |
| | **TOTAL EXPENSES** | **$288.82** |

## **EXHIBIT D**

America:0107766/00001: 138562825v.1



**Locke Lord** LLP
Attorneys & Counselors

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

August 29, 2024
Invoice No.: 1880745

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2024

$96,086.32

File Number:    0107766.00001
Re:             Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/09/24 | Prepare for and participate in weekly call with Debtors (0.5). | OFK | 0.50 | 300.00 |
| 07/11/24 | Update limited case service list for all creditor mailings (0.6); email correspondence with B. Knapp regarding this matter (0.1). | AS | 0.70 | 157.50 |
| 07/16/24 | Prepare for and participate in weekly standing ANO call (0.6); Extended call with state-court counsel regarding mediation issues (0.8). | OFK | 2.40 | 1,440.00 |
| 07/16/24 | Attend weekly conference call with the Debtor regarding multiple pending matters (0.6). | BCK | 0.60 | 360.00 |
| 07/23/24 | Participate in weekly status call of debtor. | OFK | 0.40 | 240.00 |
| 07/31/24 | Correspond with Commercial Committee regarding meeting. | OFK | 0.20 | 120.00 |
| | | | **4.80** | **$2,617.50** |

| | B120 Asset Analysis and Recovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/22/24 | Analysis of ANO document productions to address clergy-related liabilities. | BCK | 2.40 | 1,440.00 |
| | | | **2.40** | **$1,440.00** |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans
♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

138562477v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 2

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/24 | Multiple email correspondences with the bankruptcy counsel team regarding proposed, real-property sales procedures motion (0.2); further edit and revise the proposed motion in advance of sending it to the Commercial Committee for their review (0.3). | WSB | 0.50 | 300.00 |
| 07/09/24 | Correspond via email with Brad Knapp about the Debtor's pending sale motions following today's standing weekly call with the Debtor (0.2); edit and finalize the revised real-property sale procedures motion (0.5); draft summary email to the Commercial Committee counsel regarding the revised sale procedures motion (0.5); forward that summary email to Will Robbins and Brooke Altazan, counsel for the Commercial Committee, for their review and comment (0.2). | WSB | 1.40 | 840.00 |
| 07/11/24 | Prepare for and participate in call with Commercial Committee counsel regarding mediation status and related estate due diligence and pending sales (0.8). | OFK | 0.80 | 480.00 |
| 07/11/24 | Correspond regarding Carrollton sales tax objection (0.5). | OFK | 0.50 | 300.00 |
| 07/16/24 | Analyze with Rick Kuebel various issues related to the draft sales procedures motion (0.4); review the Debtor's certificates of no objection with respect to the pending sale motions for the two Carrollton properties (0.1); correspond via email with Mr. Kuebel about these matters (0.2). | WSB | 0.70 | 420.00 |
| 07/17/24 | Correspondence regarding Hope Haven offer. | OFK | 0.30 | 180.00 |
| 07/17/24 | Correspond via email with Douglas Draper and the Commercial Committee regarding the sale of Apostolate property. | OFK | 0.40 | 240.00 |
| 07/22/24 | Prepare for and participate in Hope Haven real estate update call with ANO. | OFK | 0.70 | 420.00 |
| 07/24/24 | Receipt and review of email regarding closing of Lady of Lourdes sale (.1); Correspond via email with the bankruptcy counsel team regarding this sale (.3). | OFK | 0.40 | 240.00 |
| 07/25/24 | Multiple correspondence regarding status of potential real estate transactions (Hope Haven, Carrollton and Lourdes). | OFK | 0.50 | 300.00 |
| 07/29/24 | Correspond and call with Commercial Committee on real estate sales. | OFK | 0.30 | 180.00 |
| | | | **6.50** | **$3,900.00** |
| | | | | |
| | **B140 Relief from Stay/Adequate Protection Proceedings** | ATTY | HOURS | VALUE |
| 07/05/24 | Call with Mr. Tschirm regarding case dismissal and automatic-stay questions (0.5) Correspond with B. Knapp regarding UCC communications (0.2) | OFK | 0.70 | 420.00 |
| 07/09/24 | Analysis of litigation pending at petition date to evaluate potential for stay relief. | BCK | 0.60 | 360.00 |
| 07/10/24 | Multiple emails and correspondence regarding Tschirm/St. Rita dismissal in light of automatic stay (0.6). | OFK | 0.60 | 360.00 |
| | | | **1.90** | **$1,140.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 3

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/01/24 | Conferences with multiple pro se claimants regarding case status (0.5); correspondence with Committee regarding upcoming meetings (0.2). | BCK | 0.70 | 420.00 |
| 07/01/24 | Telephone conference with abuse-survivor/claimant regarding case status (0.3) | OFK | 0.30 | 180.00 |
| 07/03/24 | Call from state-court counsel on late claim (0.2); Email regarding recent revisions to Louisiana direct-action statute (0.1) | OFK | 0.30 | 180.00 |
| 07/08/24 | Draft Committee agenda. | BCK | 0.20 | 120.00 |
| 07/08/24 | Multiple correspondence on mediation update and communications to UCC members and state-court counsel. | OFK | 0.60 | 360.00 |
| 07/08/24 | Review the agenda for tomorrow's meeting and correspond via email with the bankruptcy counsel team about the agenda and several proposed revisions. | WSB | 0.10 | 60.00 |
| 07/08/24 | Conferences with multiple pro se survivors regarding case status. | BCK | 0.50 | 300.00 |
| 07/08/24 | Correspondence with Committee regarding upcoming meeting. | BCK | 0.10 | 60.00 |
| 07/09/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 07/10/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 07/15/24 | Correspondence regarding UCC meeting/agenda (0.1); revise agenda (0.1). | OFK | 0.20 | 120.00 |
| 07/15/24 | Analysis of upcoming Committee meeting topics (0.1); correspondence with Committee regarding upcoming meetings (0.2). | BCK | 0.30 | 180.00 |
| 07/16/24 | Conference with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 07/17/24 | Correspond with State Court counsel on mediation/plan issues. | OFK | 0.20 | 120.00 |
| 07/18/24 | Mediation status update with State court counsel. | OFK | 0.70 | 420.00 |
| 07/22/24 | Correspond with UCC regarding mediation meeting of Mr. Perry (.3); Call and correspond with state court counsel for UCC member regarding multiple claims and mediation issues as well as Debtor's potential waiver of mediation privilege (1.2). | OFK | 1.50 | 900.00 |
| 07/22/24 | Draft Committee meeting agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.30 | 180.00 |
| 07/22/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 07/23/24 | Conference with state court counsel for multiple claimants regarding case status (0.5); conference with pro se claimant regarding case status (0.1). | BCK | 0.60 | 360.00 |
| 07/23/24 | Prepare for today's Committee meeting (0.2); attend today's Committee meeting to address multiple issues, including plan-related matters (1.7). | WSB | 1.90 | 1,140.00 |
| 07/23/24 | Prepare for and provide reports to UCC members at Committee meeting with mediator. | OFK | 1.80 | 1,080.00 |
| 07/23/24 | Call with state court counsel on mediation status. | OFK | 0.80 | 480.00 |
| 07/23/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including mediation and other pending matters. | KC | 1.80 | 765.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 4

### B150 Meetings & Communications with Creditors

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/24/24 | Extended call with state-court counsel on mediation and plan updates. | OFK | 0.50 | 300.00 |
| 07/24/24 | Correspond via email with abuse survivor regarding the case. | OFK | 0.20 | 120.00 |
| 07/24/24 | Conference with state court counsel for multiple claimants regarding case status. | BCK | 0.60 | 360.00 |
| 07/25/24 | Correspond with state court counsel on document requests and discovery. | OFK | 0.40 | 240.00 |
| 07/26/24 | Prepare for and participate in call of state client counsel and Committee counsel regarding mediation status and plan issues. | OFK | 1.20 | 720.00 |
| 07/29/24 | Correspondence with Committee regarding upcoming meetings (0.1); conference with pro se survivor regarding case status (0.2). | BCK | 0.30 | 180.00 |
| 07/30/24 | Correspondence with survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| | | | **16.80** | **$9,765.00** |

### B160 Fee/Employment Applications

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/10/24 | Correspond via email with the bankruptcy counsel team regarding the next round of Committee professional fee applications (0.2); correspond via email with Katee Culbertson about these matters (0.1). | WSB | 0.30 | 180.00 |
| 07/11/24 | Correspond via email with Katee Culbertson regarding the drafting of the next round of professional fee applications (0.1); correspond via email with Amanda St. Mary regarding the professional fee applications (0.2); begin drafting the summary of developments over the last four months for inclusion in the Locke Lord fee application (1.6); analyze with Ms. Culbertson various matters related to the fee applications (0.3); correspond via email with Bush Benton at Stegall Benton regarding the upcoming Stegall Benton fee application (0.2); correspond via email with Bob Campbell at Actuarial Value regarding its fee application (0.1). | WSB | 2.50 | 1,500.00 |
| 07/11/24 | Telephone conference with Steven Bryant regarding preparing the interim applications for allowance and payment of compensation (.2) | KC | 0.20 | 85.00 |
| 07/11/24 | Prepare invoice tracker charts for monthly fee statements in order to begin drafting required fee applications. | AS | 1.50 | 337.50 |
| 07/12/24 | Draft, edit, and revise the Locke Lord monthly fee statement (2.7); correspond via email with Katee Culbertson regarding the drafting of the next round of interim fee applications (0.1); further edit and revise the monthly fee statement (0.3). | WSB | 3.10 | 1,860.00 |
| 07/12/24 | Edit and revise summary of work performed in connection with Locke Lord fee application. | BCK | 0.40 | 240.00 |
| 07/15/24 | Draft Locke Lord's monthly fee application (0.6); begin drafting summary of case developments for inclusion in Locke Lord's next interim fee application (0.6). | WSB | 1.20 | 720.00 |
| 07/15/24 | Draft Zobrio and Locke Lord fee applications. | AS | 1.90 | 427.50 |
| 07/15/24 | Continue preparing Locke Lord's invoice-tracker chart and its fee application. | AS | 2.20 | 495.00 |

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/24 | Further draft the insert to the Locke Lord interim fee application (1.0); correspond via email with Rick Kuebel regarding Locke Lord's monthly interim fee statement (0.2). | WSB | 1.10 | 660.00 |
| 07/18/24 | Correspond via email with Amanda St. Mary regarding the preparation of the fee applications for Locke Lord, Zobrio, and Stegall Benton (0.2); revise the Locke Lord interim fee application (0.5). | WSB | 0.70 | 420.00 |
| 07/18/24 | Draft Stegall Benton's fee application (0.9); email correspondence with S. Bryant regarding same (0.1) | AS | 1.00 | 225.00 |
| 07/19/24 | Further edit and revise the Locke Lord fee application (0.6); correspond via email with Katee Culbertson regarding the filing of the Stegall Benton and Locke Lord monthly fee statements (0.4); correspond via email with Amanda St. Mary regarding the status of all the fee applications (0.1). | WSB | 1.10 | 660.00 |
| 07/22/24 | Draft, edit, and revise the Locke Lord fee application (4.7--1.0 NO CHARGE); correspond via email with Katee Culbertson regarding the Stegall Benton and Zobrio fee applications (0.2); review the Locke Lord monthly fee statement (0.1); further edit and revise the Locke Lord fee application (0.6). | WSB | 4.60 | 2,760.00 |
| 07/22/24 | Draft, edit, and revise the Locke Lord monthly fee statement for June (.6); draft, edit, and revise the Zobrio monthly fee statement for June (.3); correspond with Steve Bryant via email regarding these matters (0.1). | KC | 1.00 | 425.00 |
| 07/23/24 | Draft, edit, and revise Zobrio's tenth interim fee application (.7); draft and revise Stegall Benton's June fee statement and eighth interim fee application (.8); draft and revise Locke Lord's twelfth interim fee application (1.6) | KC | 3.10 | 1,317.50 |
| 07/23/24 | Revise the Locke Lord fee application to update the statement of services performed during the past quarter. | BCK | 0.40 | 240.00 |
| 07/23/24 | Edit and finalize the Locke Lord monthly fee statement (0.2); edit and finalize the Zobrio fee application (0.1); draft and revise the Locke Lord fee application (1.4); edit the Stegall Benton fee application (0.2) | WSB | 1.90 | 1,140.00 |
| 07/24/24 | Edit and finalize the Locke Lord fee application (0.6); review the Stegall Benton fee application (0.1); correspond via email with Amanda St. Mary about the filing of the applications (0.1). | WSB | 0.80 | 480.00 |
| 07/25/24 | Further correspond with Amanda St. Mary about the filing of the fee applications (0.2); finalize the Stegall Benton application (0.1); finalize the Locke Lord application (0.6); finalize all the monthly fee statements (0.3); correspond via email with Katee Culbertson and Ms. St. Mary about the filing of the fee applications (0.1) | WSB | 1.30 | 780.00 |
| 07/25/24 | Finalize and e-file applications for Locke Lord, Zobrio and Stegall Benton (0.2); finalize and e-file notice of hearing and certificate of service (1.1--NO CHARGE); email correspondence with S. Bryant and K. Culbertson regarding same (0.3). | AS | 0.50 | 112.50 |
| 07/25/24 | Complete June monthly statements of Locke Lord, Zobrio and Stegall (.3); send email to the Fee Notice Parties with the monthly statements of Locke Lord, Zobrio and Stegall (.2); send email to the U.S. Trustee with LEDES file for the Locke Lord monthly fee statement (0.1) | KC | 0.60 | 255.00 |
| 07/31/24 | Conference with B. Altazan regarding draft motion to revise fee procedures. | BCK | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 6

| | B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | **31.60** | **$15,440.00** |

| | B170 Fee/Employment Objections | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/24 | Review motion and order related to dispute over Jones Walker fee application. | BCK | 0.20 | 120.00 |
| 07/17/24 | Receipt and review of US Fire pleading and correspond via email regarding same. | OFK | 0.40 | 240.00 |
| 07/17/24 | Analysis of insurer motion regarding fee application process. | BCK | 1.30 | 780.00 |
| 07/17/24 | Review and analyze the motion filed by U.S. Fire Insurance requesting the holdback of professional fees (1.1); analyze these issues and other case-related matters with the bankruptcy counsel team to determine how best to respond to this motion (0.1); further correspond via email with the bankruptcy counsel team in light of the Court's issuance of a notice of non-compliance with respect to the motion (0.2). | WSB | 1.40 | 840.00 |
| 07/18/24 | Multiple correspondence with Debtor's counsel regarding forthcoming status conference and US Fire's Motion (.4); prepare for and participate in court status conference on the US Fire Motion (.7); review and analyze with Jim Stang and Andy Caine various issues presented by the pending Motion (.6). | OFK | 1.70 | 1,020.00 |
| 07/19/24 | Correspondence on response to US Fire Motion (.6). | OFK | 0.60 | 360.00 |
| 07/25/24 | Review research relative to pending fee-holdback motion. | OFK | 0.50 | 300.00 |
| 07/30/24 | Review US Trustee response regarding fee application process. | BCK | 0.20 | 120.00 |
| 07/31/24 | Review additional joinder to US Fire fee procedures motion (0.2). | BCK | 0.20 | 120.00 |
| | | | **6.50** | **$3,900.00** |

| | B190 Other Contested Matters | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/22/24 | Work on matters related to the existing protective orders and potential waiver of confidentiality. | OFK | 1.40 | 840.00 |
| 07/22/24 | Review and comment on articles and potential confidentiality waivers. | PGE | 1.00 | 600.00 |
| 07/24/24 | Continued review of articles and Debtor statements and applicable confidentiality provisions. | PGE | 1.20 | 720.00 |
| 07/31/24 | Begin reviewing draft motion to appoint trustee prepared by counsel for multiple abuse survivor claimants. | BCK | 0.30 | 180.00 |
| 07/31/24 | Receipt and review of multiple emails of state court counsel regarding draft motion to appoint a trustee prepared by state-court counsel (.5); review draft motion and discuss with counsel (.4). | OFK | 0.80 | 480.00 |
| 07/31/24 | Analyze the draft motion to appoint a trustee prepared by certain sexual abuse survivors. | WSB | 0.20 | 120.00 |
| | | | **4.90** | **$2,940.00** |

138562477v.1

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 7

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B250 Real Estate** | | | | |
| 07/08/24 | Analysis of revisions to real estate sales process (0.5); review update regarding recent Apostolate real estate sale (0.1). | BCK | 0.60 | 360.00 |
| 07/15/24 | Participate in a portion of the real-estate sale status call with the Debtor, McEnery, and the Commercial Committee. | OFK | 0.50 | 300.00 |
| 07/15/24 | Prepare for today's monthly real estate meeting by reviewing the McEnery property listings (0.2); participate in today's monthly real-estate meeting with the Debtor, the McEnery Company, and the Commercial Committee (0.7); correspond via email with the bankruptcy counsel team about today's developments (0.1). | WSB | 1.00 | 600.00 |
| | | | **2.10** | **$1,260.00** |
| **B310 Claims Administration and Objections** | | ATTY | HOURS | VALUE |
| 07/26/24 | Review multiple additional motions to file late claims. | BCK | 0.60 | 360.00 |
| 07/29/24 | Work on and review of new released ANO personnel documents related to proofs of claim. | OFK | 0.60 | 360.00 |
| 07/29/24 | Review additional abuse documents produced by ANO related to certain proofs of claim. | BCK | 2.90 | 1,740.00 |
| | | | **4.10** | **$2,460.00** |
| **B320 Plan and Disclosure Statement** | | ATTY | HOURS | VALUE |
| 07/01/24 | Multiple correspondence with UCC chair, state-court counsel, and Andy Caine regarding plan non-monetary provisions (0.6) Follow-up revisions on non-monetary provisions. (0.4) | OFK | 1.00 | 600.00 |
| 07/02/24 | Prepare for and participate in update call with state-court counsel and Committee members regarding mediation. (1.5) | OFK | 1.50 | 900.00 |
| 07/02/24 | Meet with Committee chair regarding mediation outcome and next steps (1.2); conference with state-court counsel regarding mediation outcome and next steps (1.5). | BCK | 2.70 | 1,620.00 |
| 07/03/24 | Multiple emails and correspondence with Iain Nasatir and Claro representatives regarding potential case values, insurance demands, and other mediation follow-up issues (0.5) | OFK | 0.50 | 300.00 |
| 07/03/24 | Conduct legal research related to recent amendments to Louisiana's Direct Action Statute and the effects on insurers of debtors. | PCL | 6.00 | 3,600.00 |
| 07/05/24 | Correspond via email with counsel team related to recent amendments to Louisiana's Direct Action Statute and the effects on insurers of debtors. | PCL | 0.20 | 120.00 |
| 07/05/24 | Correspond with Iain Nasatir regarding insurance strategies and claim values (0.4) Review updated Claro claim value report. (0.3) | OFK | 0.70 | 420.00 |
| 07/05/24 | Analysis of research status for plan mediation next steps. | BCK | 0.20 | 120.00 |
| 07/08/24 | Review and revise plan structure in light of updated claim values. | OFK | 0.80 | 480.00 |
| 07/09/24 | Attend part of Committee meeting regarding mediation and next steps | KC | 1.50 | 637.50 |
| 07/09/24 | Attend today's mediation-focused Committee meeting and address mediation report and other outstanding issues in the case. | WSB | 2.00 | 1,200.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/09/24 | Conference with Debtor's counsel regarding plan mediation and next steps (0.5); prepare for Committee meeting regarding plan mediation status and recommendations (0.5); attend Committee meeting regarding plan mediation (2.0). | BCK | 3.00 | 1,800.00 |
| 07/09/24 | Prepare for and provide mediation report to UCC regarding discussions with mediator on insurance status and issues (2.0). | OFK | 2.00 | 1,200.00 |
| 07/09/24 | Follow-up call with Mr. Stamos on mediation issues (0.7). | OFK | 0.70 | 420.00 |
| 07/10/24 | Multiple correspondence on insurance mediator strategy with Debtor and co-counsel (0.6). | OFK | 0.60 | 360.00 |
| 07/10/24 | Analysis of mediation outcome and next steps toward plan resolution. | BCK | 0.90 | 540.00 |
| 07/10/24 | Prepare for and participate on call with state-court counsel regarding mediation/settlement status and strategy (0.8). | OFK | 0.80 | 480.00 |
| 07/10/24 | Analyze and review with B. Knapp various issues related to plan-confirmation process (0.5); conduct legal research and analysis on these plan confirmation issues (3.3) | CV | 3.80 | 855.00 |
| 07/11/24 | Conduct legal research and analysis on plan-confirmation issues (0.9); continue drafting memorandum outlining the results of this legal research (3.4). | CV | 4.30 | 967.50 |
| 07/11/24 | Analysis of next steps for plan mediation and mediator conferences. | BCK | 0.50 | 300.00 |
| 07/11/24 | Work on insurance claim and mediation matters (0.4). | OFK | 0.40 | 240.00 |
| 07/11/24 | Multiple correspondence between John Perry and the bankruptcy counsel team regarding mediation and related matters (0.6). | OFK | 0.60 | 360.00 |
| 07/12/24 | Continue drafting memorandum summarizing the results of legal research (5.1). | CV | 5.10 | 1,147.50 |
| 07/12/24 | Correspond via email with Andy Caine and Iain Nasatir regarding mediation and insurance-related issues | OFK | 0.50 | 300.00 |
| 07/15/24 | Continue drafting legal memorandum summarizing legal research results (5.6). | CV | 5.60 | 1,260.00 |
| 07/15/24 | Multiple email correspondence regarding mediator meeting with state-court counsel | OFK | 0.50 | 300.00 |
| 07/15/24 | Correspondence with Mr. Caine regarding mediation/call. | OFK | 0.30 | 180.00 |
| 07/15/24 | Further correspond via email with Iain Nasatir and Andy Caine regarding mediation and insurance matters. | OFK | 0.70 | 420.00 |
| 07/16/24 | Review and analyze memorandum regarding certain plan-confirmation issues prepared by Clarissa Valenciano (0.4); correspond via email with Brad Knapp regarding the memo (0.1). | WSB | 0.50 | 300.00 |
| 07/16/24 | Review memorandum regarding legal authorities related to plan negotiations (0.6). | BCK | 0.60 | 360.00 |
| 07/16/24 | Analysis of additional Odiong information in connection with non-monetary plan provisions (0.7). | BCK | 0.70 | 420.00 |
| 07/17/24 | Prepare for and participate in team call on mediation/plan issues | OFK | 0.60 | 360.00 |
| 07/17/24 | Multiple emails with Mr. Perry and UCC team regarding mediation and insurance issues. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 9

| B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/17/24 Conference with R. Kuebel related to recent amendments to Louisiana's Direct Action Statute (.4). Conduct legal research related to recent amendments to Louisiana's Direct Action Statute and the effects on insurers of debtors and preliminary drafting of Memorandum related to the same (5.0). | PCL | 5.40 | 3,240.00 |
| 07/18/24 Draft correspondence to counsel related to research findings (.1). Conduct legal research related to recent amendments to Louisiana's Direct Action Statute and the effects on insurers of debtors and preliminary drafting of Memorandum related to the same (6.4). | PCL | 6.50 | 3,900.00 |
| 07/19/24 Prepare for and participate in Non-Monetary Plan provision mediation session with ANO (1.2). | OFK | 1.20 | 720.00 |
| 07/22/24 Prepare and participate in call with Mr. Perry on multiple mediation issues (.9); call with state court counsel on mediation and insurance issues (.8). | OFK | 1.70 | 1,020.00 |
| 07/22/24 Analysis of Archbishop comments regarding plan process to evaluate next steps in mediation. | BCK | 0.40 | 240.00 |
| 07/23/24 Conference with Debtor's counsel regarding case updates and next steps in plan mediation (0.3); analysis of strategy options to advance mediation process (0.5); attend Committee meeting regarding mediation status and strategy options (1.8). | BCK | 2.60 | 1,560.00 |
| 07/23/24 Follow-up call with the bankruptcy counsel team after today's Debtor call to address outstanding plan-related matters. | OFK | 0.30 | 180.00 |
| 07/23/24 Call with Mr. Knapp on mediation issues and preparation for mediator call. | OFK | 0.20 | 120.00 |
| 07/23/24 Follow up email and correspondence regarding mediator report. | OFK | 0.30 | 180.00 |
| 07/23/24 Analyze with Brad Knapp multiple issues related to the plan-mediation process and the status of John Perry's mediation efforts. | WSB | 0.40 | 240.00 |
| 07/24/24 Prepare for and participate in call on mediation and insurance issues with ANO team. | OFK | 1.20 | 720.00 |
| 07/24/24 Follow up discussion with Jim Stang regarding mediation and insurance issues after today's Debtor call. | OFK | 0.40 | 240.00 |
| 07/24/24 Correspond via email with the bankruptcy counsel team regarding plan and case status. | OFK | 0.50 | 300.00 |
| 07/24/24 Work on plan mediation and strategy and address these issues with Committee co-counsel (1.0) (NO CHARGE) | OFK | 0.00 | 0.00 |
| 07/24/24 Analyze with Jim Stang multiple issues related to the mediation and plan process (0.5); further analyze plan-related issues with Brad Knapp and Rick Kuebel (0.4); begin reviewing potential creditor-plan matters (0.2) | WSB | 1.10 | 660.00 |
| 07/24/24 Analysis of next steps for mediation and plan process (1.0); analysis of solicitation and voting issues for plan process (0.6); review ANO financials related to plan structure (1.2). | BCK | 2.80 | 1,680.00 |
| 07/24/24 Research and analyze various legal issues related to plan confirmation, mediation, and case strategy (1.1) | KC | 1.10 | 467.50 |
| 07/25/24 Begin reviewing proposed creditor plan and allocation procedures. | WSB | 0.30 | 180.00 |
| 07/25/24 Work on mediation and plan strategy in light of recent developments. | OFK | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/25/24 | Multiple correspondence on plan/claim/mediation issues with counsel for the Apostolates and Committee co-counsel. | OFK | 0.70 | 420.00 |
| 07/26/24 | Review and analyze the draft Committee Chapter 11 plan. | WSB | 0.50 | 300.00 |
| 07/26/24 | Receipt and review of emails between Ms. Futrell and Mr. Caine on non-monetary plan provisions (.2); Work on strategy for mediation and plan (.7) | OFK | 0.90 | 540.00 |
| 07/29/24 | Review and analyze the draft Committee plan and allocation protocols (3.6); correspond via email with Brad Knapp about the draft plan (0.1); begin revising the draft Committee plan to incorporate additional issues and revisions (1.4). | WSB | 5.10 | 3,060.00 |
| 07/29/24 | Prepare for and participate in ANO call with Commercial Committee regarding Insurance motion and mediation issues. | OFK | 1.00 | 600.00 |
| 07/30/24 | Work on UCC plan and mediation issues (.8); Correspond with UCC counsel regarding same (.4). | OFK | 1.20 | 720.00 |
| 07/30/24 | Further review the draft Committee plan (0.5); identify with Brad Knapp various key issues and concerns in the underlying Committee plan (1.4). | WSB | 1.90 | 1,140.00 |
| 07/30/24 | Revise draft plan materials (4.8); revise draft claim allocation protocol (0.8). | BCK | 5.60 | 3,360.00 |
| 07/31/24 | Prepare for and participate in team call on plan issues and plan drafting. | OFK | 1.00 | 600.00 |
| 07/31/24 | Continued analysis of draft plan of reorganization and next steps for revision. | BCK | 1.40 | 840.00 |
| 07/31/24 | Review with the bankruptcy counsel team various issues presented by the proposed Committee plan proposal. | WSB | 0.90 | 540.00 |
| | | | **97.40** | **$50,935.00** |

**TOTAL FEES** $95,797.50

**TIMEKEEPER SUMMARY:**

**B110 Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| O. F. Kuebel | Partner | $600.00 | 3.50 | $2,100.00 |
| A. St. Mary | Paralegal | $225.00 | 0.70 | $157.50 |
| | | | **4.80** | **$2,617.50** |

**B120 Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 2.40 | $1,440.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: August 29, 2024
Invoice No.:  1880745
Page:  11

**B120    Asset Analysis and Recovery**

|  |  |  | 2.40 | $1,440.00 |
|---|---|---|---|---|

**B130    Asset Disposition**

| O. F. Kuebel | Partner | $600.00 | 3.90 | $2,340.00 |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 2.60 | $1,560.00 |
|  |  |  | 6.50 | $3,900.00 |

**B140    Relief from Stay/Adequate Protection Proceedings**

| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.30 | $780.00 |
|  |  |  | 1.90 | $1,140.00 |

**B150    Meetings & Communications With Creditors**

| B. C. Knapp | Partner | $600.00 | 4.30 | $2,580.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 8.70 | $5,220.00 |
| W.S. Bryant | Partner | $600.00 | 2.00 | $1,200.00 |
| K. Culbertson | Associate | $425.00 | 1.80 | $765.00 |
|  |  |  | 16.80 | $9,765.00 |

**B160    Fee/Employment Applications**

| B. C. Knapp | Partner | $600.00 | 1.00 | $600.00 |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 18.60 | $11,160.00 |
| K. Culbertson | Associate | $425.00 | 4.90 | $2,082.50 |
| A. St. Mary | Paralegal | $225.00 | 7.10 | $1,597.50 |
|  |  |  | 31.60 | $15,440.00 |

**B170    Fee/Employment Objections**

| B. C. Knapp | Partner | $600.00 | 1.90 | $1,140.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 3.20 | $1,920.00 |
| W.S. Bryant | Partner | $600.00 | 1.40 | $840.00 |

138562477v.1

**B170    Fee/Employment Objections**

|  |  |  | 6.50 | $3,900.00 |
|---|---|---|---|---|

**B190    Other Contested Matters**

| B. C. Knapp | Partner | $600.00 | 0.30 | $180.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.20 | $1,320.00 |
| P. G. Eisenberg | Partner | $600.00 | 2.20 | $1,320.00 |
| W.S. Bryant | Partner | $600.00 | 0.20 | $120.00 |
|  |  |  | **4.90** | **$2,940.00** |

**B250    Real Estate**

| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.50 | $300.00 |
| W.S. Bryant | Partner | $600.00 | 1.00 | $600.00 |
|  |  |  | **2.10** | **$1,260.00** |

**B310    Claims Administration and Objections**

| B. C. Knapp | Partner | $600.00 | 3.50 | $2,100.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.60 | $360.00 |
|  |  |  | **4.10** | **$2,460.00** |

**B320    Plan and Disclosure Statement**

| B. C. Knapp | Partner | $600.00 | 21.40 | $12,840.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 23.80 | $14,280.00 |
| P.C. Lambert | Partner | $600.00 | 18.10 | $10,860.00 |
| W.S. Bryant | Partner | $600.00 | 12.70 | $7,620.00 |
| K. Culbertson | Associate | $425.00 | 2.60 | $1,105.00 |
| Clarissa Valenciano | Law Clerk | $225.00 | 18.80 | $4,230.00 |
|  |  |  | **97.40** | **$50,935.00** |

**TIMEKEEPER SUMMARY TOTALS**                    179.00      $95,797.50

138562477v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: August 29, 2024
Invoice No.: 1880745
Page: 13

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 286.72 |
| | PACER Online Research | 2.10 |
| | TOTAL EXPENSES | $288.82 |

**TOTAL FEES**        **$95,797.50**

**TOTAL EXPENSES**        **$288.82**

**TOTAL FEES AND EXPENSES**        **$96,086.32**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

138562477v.1



# Locke Lord LLP

**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

August 29, 2024
Invoice No.: 1880745

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through July 31, 2024

File Number: 0107766.00001
RE: Bankruptcy of the Archdiocese of New Orleans

Total Fees ............................................................................................................... $95,797.50

Total Expenses ........................................................................................................ $288.82

Total Due this Statement............................................................................................ $96,086.32

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

138562477v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: October 14, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR AUGUST 1, 2024 THROUGH AUGUST 31, 2024

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from August 1, 2024 through August 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.       A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.       A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper,
is attached hereto as **Exhibit B**.

4.    A summary of expenses incurred by Locke Lord during the Statement Period for
which reimbursement is sought is attached hereto as **Exhibit C**.

5.    The detailed time records of Locke Lord for the Statement Period are attached
hereto as **Exhibit D**.

6.    In addition, under separate cover, the detailed time records under Exhibit D are
being sent to the Office of the United States Trustee in the LEDES format.

7.    As of the date hereof, Locke Lord has received the following payments from the
Debtor's estate for fees and expenses incurred post-petition: $5,369,999.19.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.    The total amounts sought for fees for professional services rendered and
reimbursement of expenses incurred for the Statement Period are as follows:

| August 1, 2024 through August 31, 2024 | |
|---|---|
| Fees (at standard rates): | $287,134.50 |
| (Reduction due to reduced rates) | ($113,407.00) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $173,727.50 |
| Disbursements | $1,760.78 |
| **Total** | **$175,488.28** |

**VOLUNTARY REDUCTIONS**

9.    In this Statement Period, Locke Lord made certain voluntary reductions on its
invoice. These reductions total $0.00 and 0 billable hours not charged during the Statement Period.
These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed
— although the time expended for this uncharged amount does appear.

2

America:0107766/00001: 138945108v.2

## NOTICE AND OBJECTION PROCEDURES

10. In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("<u>Notice Parties</u>") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before <u>October 14, 2024</u> (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$140,742.78**. This figure consists of (a) $138,982.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $173,727.50 for the Statement Period, and (b) $1,760.78 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: September 30, 2024.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
            rkuebel@lockelord.com
-and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured
Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 4.40 | $1,815.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 1.60 | $960.00 |
| B130 | ASSET DISPOSITION | 1.80 | $1,080.00 |
| B140 | RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS | 1.00 | $600.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 26.60 | $15,207.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 17.80 | $9,097.50 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 2.20 | $1,320.00 |
| B190 | OTHER CONTESTED MATTERS | 51.30 | $28,942.50 |
| B220 | EMPLOYEE BENEFITS/PENSIONS | 0.40 | $240.00 |
| B250 | REAL ESTATE | 4.10 | $2,460.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 9.80 | $3,780.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 184.60 | $108,225.00 |
| | **TOTAL FEES SOUGHT =** | **305.60** | **$173,727.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**AUGUST 1, 2024 THROUGH AUGUST 31, 2024**
**------------------------------  BILLING PROFESSIONALS  ------------------------------**

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 80.2 | $600.00 | $48,120.00 |
| BCK | Knapp, Brad C. | Partner | 103.2 | $600.00 | $61,920.00 |
| WSB | Bryant, W. Steven | Partner | 84.5 | $600.00 | $50,700.00 |
| PGE | Eisenberg, Phillip G. | Partner | 4.5 | $600.00 | $2,700.00 |
| RWM | Mouton, W. Robert | Partner | 0.9 | $600.00 | $540.00 |
| AS | St. Mary, Amanda P. | Paralegal | 19.9 | $225.00 | $4,477.50 |
| KC | Culbertson, Katherine | Associate | 12.4 | $425.00 | $5,270.00 |
|  | **TOTALS =** |  | **305.60** |  | **$173,727.50** |

**EXHIBIT C**

America:0107766/00001: 138945108v.2

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/06/24 | Outside Copy Costs 54092, Alliance Overnight Document Service LLC, Copy and mail pleadings to special service list. | $964.01 |
| 08/28/24 | Outside Copy Costs 54229, Alliance Overnight Document Service LLC, Mailout payment | $163.16 |
| 08/28/24 | Outside Copy Costs 54230, Alliance Overnight Document Service LLC, Mailout payment | $152.52 |
| 08/28/24 | Outside Copy Costs 54231, Alliance Overnight Document Service LLC, Mailout payment | $141.88 |
| 08/28/24 | Trial Transcripts 24-183-2, Janice Russell, Transcript Payment - c/m 0107766.00001 | $116.40 |
| 08/30/24 | Outside Copy Costs 54232, Alliance Overnight Document Service LLC, Mailout payment | $143.16 |
| 08/30/24 | Trial Transcripts 24-179-3, Janice Russell, Hearing Transcript | $79.65 |
|  | **TOTAL EXPENSES** | **$1,760.78** |

## EXHIBIT D



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

September 27, 2024
Invoice No.: 1886332

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2024                          $175,488.28

File Number:      0107766.00001
Re:               Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/06/24 | Attend weekly conference call with the Debtor and its counsel regarding open/pending motions and multiple issues related to the continuing mediation and plan. | OFK | 0.50 | 300.00 |
| 08/13/24 | Update deposition and exhibit files and prepare multiple exhibits for use in connection with the plan process. | AS | 2.00 | 450.00 |
| 08/13/24 | Prepare for and participate in standing, weekly call with ANO. | OFK | 0.50 | 300.00 |
| 08/20/24 | Prepare for and participate in standing weekly call with the Debtor's counsel. | OFK | 0.60 | 360.00 |
| 08/27/24 | Prepare for and participate in weekly standing ANO call. | OFK | 0.60 | 360.00 |
| 08/30/24 | Email correspondence with the court and court reporter requesting copies of August 15th and 20th hearing transcripts. | AS | 0.20 | 45.00 |
| | | | **4.40** | **$1,815.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/13/24 | Prepare for and participate in meetings with the BRG team regarding its ANO ability-to-pay analysis and Debtor asset values. | OFK | 1.20 | 720.00 |
| 08/19/24 | Analysis of ANO personal property assets. | BCK | 0.40 | 240.00 |
| | | | **1.60** | **$960.00** |

Atlanta ♦ Austin ♦ Boston ♦ Chicago ♦ Cincinnati ♦ Dallas ♦ Hartford ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ Miami ♦ Princeton ♦ New Orleans ♦ New York ♦ Providence ♦ San Francisco ♦ Stamford ♦ Washington DC ♦ West Palm Beach

138941520v.1

**B130 Asset Disposition**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/24 | Receipt and review of Hope Haven email from Mr. Eagan; forward same. | OFK | 0.10 | 60.00 |
| 08/26/24 | Correspondence regarding UCC approval of revisions to the Debtor's retention of McEnery (.2). | OFK | 0.20 | 120.00 |
| 08/26/24 | Call from Mr. Connick regarding Hope Haven counter request (.4). | OFK | 0.40 | 240.00 |
| 08/26/24 | Receipt and review of McEnery motion and forward same (.2). | OFK | 0.20 | 120.00 |
| 08/27/24 | Review and analyze the motion to modify the McEnery retention and pending property listings. | OFK | 0.20 | 120.00 |
| 08/28/24 | Call with Lee Eagan and Mark Mintz regarding the potential Hope Haven sale. | OFK | 0.40 | 240.00 |
| 08/30/24 | Receipt and review of Hope Haven emails with counteroffer and forward same to Mr. Connick. | OFK | 0.30 | 180.00 |
| | | | **1.80** | **$1,080.00** |

**B140 Relief from Stay/Adequate Protection Proceedings**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/24 | Review the Fifth Circuit's opinion regarding the impact of the automatic stay on the pending Minor Child litigation and forward that opinion to state-court counsel with cover letter. | OFK | 0.50 | 300.00 |
| 08/13/24 | Receipt and review of the Fifth Circuit's opinion regarding the impact of the automatic stay on a post-petition, declaratory judgment action brought by certain child plaintiffs. | OFK | 0.30 | 180.00 |
| 08/22/24 | Conference with Mark Mintz regarding status of settlement in Minor Children litigation. | BCK | 0.20 | 120.00 |
| | | | **1.00** | **$600.00** |

**B150 Meetings & Communications with Creditors**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/02/24 | Conference with pro se claimant regarding case status. | BCK | 0.30 | 180.00 |
| 08/02/24 | Correspondence with the bankruptcy counsel team regarding scheduled call with the Committee chair concerning various matters. | OFK | 0.40 | 240.00 |
| 08/05/24 | Draft Committee agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.30 | 180.00 |
| 08/06/24 | Prepare for today's Committee meeting to discuss multiple issues (0.2); attend today's Committee meeting on various matters (1.3). | WSB | 1.50 | 900.00 |
| 08/06/24 | Prepare for and participate in call with UCC to review multiple matters, including the proposed Committee Plan, the Chapter 11 trustee motion prepared by certain abuse-claim survivors, and discovery issues. | OFK | 1.30 | 780.00 |
| 08/06/24 | Prepare for Committee meeting (0.2); attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including mediation and other pending matters (1.3) | KC | 1.50 | 637.50 |
| 08/06/24 | Attend Committee meeting regarding next steps to advance case to resolution. | BCK | 1.30 | 780.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 3

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/07/24 | Correspondence with multiple pro se claimants regarding case status. | BCK | 0.20 | 120.00 |
| 08/08/24 | Conference with pro se claimant regarding case status. | BCK | 0.30 | 180.00 |
| 08/09/24 | Draft case updates and forward them to the Committee for their review. | BCK | 0.20 | 120.00 |
| 08/12/24 | Correspondence with Committee regarding case status. | BCK | 0.10 | 60.00 |
| 08/13/24 | Conferences with multiple pro se claimants regarding case status. | BCK | 0.40 | 240.00 |
| 08/13/24 | Correspond via email with Committee members and their counsel to update them on various outstanding matters and pending issues. | OFK | 0.40 | 240.00 |
| 08/16/24 | Call from survivor representative regarding show cause order and issues related to the case generally (.8). | OFK | 0.80 | 480.00 |
| 08/19/24 | Draft Committee meeting agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1); conference with pro se claimant regarding case status (0.2). | BCK | 0.50 | 300.00 |
| 08/20/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including mediation and other pending matters (1.5) | KC | 1.50 | 637.50 |
| 08/20/24 | Call and correspond with state-court counsel regarding multiple, pending issues and plan meetings (.5); prepare for and participate in UCC meeting to address plan-confirmation process (1.6). | OFK | 2.10 | 1,260.00 |
| 08/20/24 | Attend today's Committee meeting to address multiple issues, including recent court filings and decisions. | WSB | 1.60 | 960.00 |
| 08/26/24 | Conference with pro se survivor regarding case status (0.3); draft Committee agenda for upcoming meeting (0.2); correspondence with Committee regarding meetings (0.1). | BCK | 0.60 | 360.00 |
| 08/26/24 | Correspond with state court counsel regarding the expert reply. | OFK | 0.40 | 240.00 |
| 08/27/24 | Attend Committee meeting regarding creditor plan (1.3). | BCK | 1.30 | 780.00 |
| 08/27/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.3) | KC | 1.30 | 552.50 |
| 08/27/24 | Follow-up discussion with co-counsel regarding various matters (.2); Work on UCC agenda inserts (.3); Prepare for and participate in ANO committee meeting and report on real estate update/plan issues (1.3); Correspond with state court counsel on submissions to court-appointed expert (.4). | OFK | 2.20 | 1,320.00 |
| 08/27/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 08/27/24 | Attend today's Committee meeting to address various pending issues, including real estate and pending plan matters (1.3). | WSB | 1.30 | 780.00 |
| 08/28/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 08/28/24 | Prepare for and participate in meeting with state court counsel regarding the proposed outline of the plan as well as the Debtor ability-to-pay analysis prepared by BRG. | OFK | 3.50 | 2,100.00 |
| 08/29/24 | Conferences with pro se claimants regarding case status. | BCK | 0.20 | 120.00 |
| 08/29/24 | Correspond with State Court counsel on claim/plan issues. | OFK | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 4

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/30/24 | Correspondence regarding US Fire's document requests in connection with their fee holdback motion. | OFK | 0.20 | 120.00 |
| 08/30/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| | | | **26.60** | **$15,207.50** |

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/01/24 | Draft Committee response to insurer motion to revise fee procedures. | BCK | 1.20 | 720.00 |
| 08/02/24 | Revise Committee response to insurer motion regarding fee hold back procedure. | BCK | 0.40 | 240.00 |
| 08/05/24 | Conference with M. Mintz regarding fee application modification proposed by insurer. | BCK | 0.10 | 60.00 |
| 08/06/24 | Conference with state court counsel for Committee regarding fee application issues (0.2); revise draft response to insurer motion regarding fee applications (0.4); conference with Debtor's counsel regarding fee application issues (0.5). | BCK | 1.10 | 660.00 |
| 08/07/24 | Revise response to motion regarding fee holdback. | BCK | 0.40 | 240.00 |
| 08/12/24 | Review Archdiocese response to motion regarding adjustment of fee procedures. | BCK | 0.20 | 120.00 |
| 08/12/24 | Draft, edit and revise proposed Committee motion to appoint fee examiner (2.0) | KC | 2.00 | 850.00 |
| 08/14/24 | Finalize proposed orders for fee applications (0.2); email the proposed order to the bankruptcy court clerk as required by the court (0.1). | AS | 0.30 | 67.50 |
| 08/16/24 | Begin drafting Locke Lord monthly fee statement (1.3); correspond via email with Samantha Schroeder at Zobrio regarding this month's Zobrio statement (0.1); correspond via email with Robert Campbell regarding this month's statement for Actuarial Value (0.1); correspond via email with Bush Benton regarding Stegall Benton's monthly statement (0.1); further edit and revise the Locke Lord monthly statement (0.3). | WSB | 1.90 | 1,140.00 |
| 08/19/24 | Draft certificate of service for fee application orders (0.2); email correspondence with mail service regarding mailing of same (0.1); email correspondence with S. Bryant regarding same (0.1). | AS | 0.40 | 90.00 |
| 08/19/24 | Draft, edit and revise proposed Committee motion to appoint fee examiner (2.9) | KC | 2.90 | 1,232.50 |
| 08/20/24 | Draft, edit and revise draft Committee motion to appoint fee examiner (1.4) | KC | 1.40 | 595.00 |
| 08/20/24 | Finalize and e-file certificate of service for fee application orders (0.2); email correspondence with S. Bryant regarding same (0.1). | AS | 0.30 | 67.50 |
| 08/27/24 | Draft, edit, and revise the Locke Lord monthly fee statement (2.9); correspond via email with Amanda St. Mary regarding the finalization of the fee statement (0.1). | WSB | 3.00 | 1,800.00 |
| 08/29/24 | Draft, edit, and finalize the Locke Lord monthly fee statement (1.3); correspond via email with the Committee chair, Pat Moody, regarding the monthly fee statements (0.2); correspond via email with Katee Culbertson about the service of the fee statements (0.1). | WSB | 1.60 | 960.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 5

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/29/24 | Draft, edit, and revise Zobrio's fee application (.2), and Locke Lord's fee application (.4) | KC | 0.60 | 255.00 |
| | | | **17.80** | **$9,097.50** |

| | **B170 Fee/Employment Objections** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/05/24 | Correspondence with bankruptcy counsel team regarding potential Committee response to Chubb response to fee-holdback motion prepared by insurer. | OFK | 0.50 | 300.00 |
| 08/07/24 | Follow-up call with the bankruptcy counsel team regarding call with state court counsel regarding the Committee's response to the U.S. Fire Insurance motion to impose professional fee holdbacks (.3); final review of Committee Response to U.S. Fire's motion prior to filing (.2). | OFK | 0.50 | 300.00 |
| 08/12/24 | Receipt and review of ANO response on US Fire Insurance motion. | OFK | 1.20 | 720.00 |
| | | | **2.20** | **$1,320.00** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/01/24 | Review and analyze the draft motion prepared by certain sexual abuse survivors to appoint a Chapter 11 trustee for the Debtor's bankruptcy estate (1.0); provide comments on the Committee's draft Response (1.0). | WSB | 2.00 | 1,200.00 |
| 08/01/24 | Continued review of draft motion to appoint trustee prepared by survivor claimants (0.8); correspondence with state court counsel for Committee regarding trustee motion (0.1). | BCK | 0.90 | 540.00 |
| 08/01/24 | Review draft pleadings requesting the appointment of a Chapter 11 trustee and related document exhibits prepared by state-court counsel for certain abuse survivors. | OFK | 3.50 | 2,100.00 |
| 08/03/24 | Continue analyzing various legal authorities related to certain abuse claimants' potential Chapter 11 trustee motion. | BCK | 0.50 | 300.00 |
| 08/05/24 | Conference with Committee chair regarding Chapter 11 trustee issues (1.2); continue reviewing authorities related to Chapter 11 trustee issues (0.2). | BCK | 1.40 | 840.00 |
| 08/05/24 | Prepare for and participate in call with UCC chair and state court counsel on Chapter 11 trustee matters and the draft state-court motion. | OFK | 1.20 | 720.00 |
| 08/06/24 | Continued analysis of Chapter 11 trustee issues. | BCK | 0.70 | 420.00 |
| 08/07/24 | Conference with counsel for certain survivors regarding Chapter 11 trustee issues. | BCK | 0.70 | 420.00 |
| 08/07/24 | Prepare for and participate in call with state court counsel regarding the motion to appoint a Chapter 11 trustee of certain abuse-claim survivors. | OFK | 0.70 | 420.00 |
| 08/08/24 | Receipt and review of Trustee motion and correspondence of UCC member counsel regarding same. | OFK | 0.70 | 420.00 |
| 08/08/24 | Review filed motion to appoint trustee and supporting exhibits. | BCK | 0.70 | 420.00 |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 6

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/08/24 | Briefly review the motion for appointment of a Chapter 11 trustee filed by various sexual-assault survivors. | WSB | 0.10 | 60.00 |
| 08/08/24 | Call from Commercial Committee counsel regarding certain abuse survivors' Trustee motion. | OFK | 0.50 | 300.00 |
| 08/09/24 | Multiple correspondence on filed motion to appoint a Chapter 11 trustee and to seal related filings (.5); review evidence, exhibits, and other documents related to the Trustee motion (.4). | OFK | 0.90 | 540.00 |
| 08/12/24 | Review certain abuse survivors' motion to appoint a Chapter 11 Trustee for the Debtor (as well as related exhibits and depositions) in connection with formulation of response. | PGE | 1.50 | 900.00 |
| 08/12/24 | Detailed analysis and review of exhibits related to the Motion to appoint a Chapter 11 trustee. | OFK | 1.50 | 900.00 |
| 08/12/24 | Continued work on response to Trustee motion. | OFK | 0.80 | 480.00 |
| 08/14/24 | Further review and analysis of certain abuse survivors' motion to appoint a Chapter 11 Trustee. | PGE | 1.00 | 600.00 |
| 08/15/24 | Telephone conference regarding pending motion to appoint a Chapter 11 trustee and the Court's separate show-cause order. | PGE | 0.50 | 300.00 |
| 08/15/24 | Analyze outcome of the hearing on the Court's show-cause order and potential expert issues for case resolution. | BCK | 0.60 | 360.00 |
| 08/15/24 | Call with Andy Caine following the hearing on the Court's show-cause order regarding the status of the case (.3); multiple correspondence regarding show cause order and expert request (.6); review and comment on show cause order (.5); discuss same with the bankruptcy counsel team and state-court counsel for Committee members (.5). | OFK | 1.90 | 1,140.00 |
| 08/15/24 | Review the Court's order to show cause issued in connection with the motion to appoint a trustee and related matters. | WSB | 0.10 | 60.00 |
| 08/16/24 | Draft, edit, and revise the Committee's response to the Court's Order to Show Cause (1.4); correspond via email with the bankruptcy counsel team regarding the revisions to the response to the OSC (0.2); further edit and revise the Response (0.3). | WSB | 1.90 | 1,140.00 |
| 08/16/24 | Review the Committee's draft response to order to show cause related to potential case resolution expert. | BCK | 0.10 | 60.00 |
| 08/16/24 | Prepare and participate in Teams call on the Committee's proposed response to the Court's show-cause order (.9); review, revise, and comment on draft response (.5); work on show cause compliance and correspond via email with counsel for the Debtor, the Apostolates, and various abuse survivors (1.5); correspond with state court counsel on show-cause order (.5). | OFK | 3.40 | 2,040.00 |
| 08/19/24 | Finalize and e-file the committee's comments to the Order to Show Cause (0.3); email correspondence with B. Knapp, and mailing service regarding same (0.1). | AS | 0.40 | 90.00 |
| 08/19/24 | Work on response to court show cause order. | PGE | 0.30 | 180.00 |
| 08/19/24 | Revise and correspond on show cause order response (.6); correspond and call with Mr. Caine and B. Knapp regarding show cause filing (.5); Review ANO draft and comment on same (.4); call with state court counsel regarding same (.5); call and correspond with Apostolate counsel regarding show cause order (.4). | OFK | 2.40 | 1,440.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 7

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/19/24 | Revise response to order to show cause regarding the appointment of a potential expert in connection with the plan process | BCK | 0.20 | 120.00 |
| 08/20/24 | Attend hearing regarding court order to show cause to appoint expert witness for plan analysis. | BCK | 2.00 | 1,200.00 |
| 08/21/24 | Review expert witness appointment order (0.3); | BCK | 0.30 | 180.00 |
| 08/21/24 | Begin coordinating service of process for expert order (0.1); | BCK | 0.10 | 60.00 |
| 08/21/24 | Call with Jim Stang regarding Court's show-cause order and related issues regarding experts and possible conflicts. | OFK | 0.40 | 240.00 |
| 08/22/24 | Receipt and review of court orders and pleadings regarding court-appointed expert (.3); receipt and review of expert's report request and email regarding same (.4). | OFK | 0.70 | 420.00 |
| 08/22/24 | Draft motion to seal and certificate of service related to Order Appointing an Expert Witness (Doc. No. 3308) (.6); Update survivor service list in preparation of mailing order to survivors (.8); email correspondence with B. Knapp regarding same (.2); email correspondence with copy service regarding same (.2). | AS | 1.80 | 405.00 |
| 08/22/24 | Review court order appointing expert and request for submissions (0.6); suggest revisions to proposed Committee report to expert (0.6). | PGE | 1.20 | 720.00 |
| 08/22/24 | Analysis of response strategy to expert request for submissions (0.3). | BCK | 0.30 | 180.00 |
| 08/23/24 | Review, revise, and comment on draft report to expert (.6); multiple emails and correspondence with team regarding same (.5). | OFK | 1.10 | 660.00 |
| 08/23/24 | Draft Committee submission for expert witness appointed related to plan process (1.1); revise certificate of service for service of expert witness appointment order to survivors (0.1); revise motion to seal certificate of service for expert witness appointment order (0.1). | BCK | 1.30 | 780.00 |
| 08/23/24 | Revise, finalize and e-file motion to seal and certificate of service and exhibit related to Order Appointing an Expert Witness (Doc. No. 3308) (.8); Update and finalize survivor service list regarding same (1.0); email correspondence with B. Knapp regarding same (.2); email correspondence with the Court regarding proposed order (.1); email correspondence with mailing service regarding same (.1). | AS | 2.20 | 495.00 |
| 08/26/24 | Revise expert witness submission based on feedback from Committee co-counsel (2.1); conference with state court counsel regarding expert submissions (0.2); correspondence with state court counsel regarding expert submissions (0.1); correspondence with Latham and Watkins regarding expert meeting (0.1). | BCK | 2.50 | 1,500.00 |
| 08/26/24 | Draft and file certificate of service for Order granting motion to seal document (0.4); email correspondence to print and mail service regarding same (0.1). | AS | 0.50 | 112.50 |
| 08/26/24 | Work on expert submission comments/revision and possible exhibits (.5); Correspond with Latham Watkins, counsel for the court-appointed expert, regarding expert reply (.1). | OFK | 0.60 | 360.00 |
| 08/27/24 | Prepare for and participate in ANO call regarding the court-appointed expert witness and the parties' submissions to the expert and his counsel. | OFK | 0.60 | 360.00 |
| 08/27/24 | Revise Committee expert submission. | BCK | 0.80 | 480.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 8

| | **B190 Other Contested Matters** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/29/24 | Prepare for conference with expert witness (0.4); attend conference with expert witness and Latham and Watkins team (1.3); correspondence with BRG regarding next steps in expert witness meetings (0.1). | BCK | 1.80 | 1,080.00 |
| 08/29/24 | Prepare for conference with court-appointed expert and its counsel Latham & Watkins (0.4) participate in interview with court-appointed expert and its counsel (1.3); correspond via email with BRG about today's meeting with the expert (0.3). | OFK | 2.00 | 1,200.00 |
| | | | **51.30** | **$28,942.50** |

| | **B220 Employee Benefits/Pensions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/19/24 | Review multiple emails regarding ANO pension plan updates and forward those emails to the BRB team (0.3); correspond via email with BRG regarding these emails (0.1). | OFK | 0.40 | 240.00 |
| | | | **0.40** | **$240.00** |

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/24 | Analysis of various real estate lists related to ANO available real estate assets. | BCK | 0.90 | 540.00 |
| 08/13/24 | Continued real estate analysis to evaluate assets for plan process. | BCK | 0.60 | 360.00 |
| 08/26/24 | Participate in today's monthly real-estate call with the Debtor, McEnery, and the Commercial Committee. | WSB | 0.50 | 300.00 |
| 08/26/24 | Prepare for and participate in real estate update with the Debtor and the McEnery team (.5). | OFK | 0.50 | 300.00 |
| 08/27/24 | Continued analysis of ANO real estate assets. | BCK | 1.60 | 960.00 |
| | | | **4.10** | **$2,460.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/24 | Review and update claims docket in anticipation of filing a Committee plan (0.7); email correspondence with B. Knapp regarding same (0.1) | AS | 1.00 | 225.00 |
| 08/06/24 | Analysis of personal injury claims. | BCK | 0.50 | 300.00 |
| 08/06/24 | Continue updating claims docket to incorporate additional late-filed claims in preparation of creditor plan (0.9); email correspondence with B. Knapp regarding same (0.1). | AS | 1.00 | 225.00 |
| 08/07/24 | Further update and revise claims tracker in preparation of creditor plan (0.1); upload requested claims files to the ANO database (0.1); email correspondence with B. Knapp regarding same (0.1). | AS | 0.30 | 67.50 |
| 08/08/24 | Continue updating non-abuse claims tracker in preparation for filing the proposed Committee plan. | AS | 0.50 | 112.50 |
| 08/08/24 | Continued analysis of non-abuse injury claims for plan development. | BCK | 1.10 | 660.00 |
| 08/09/24 | Continued analysis of non-abuse claims for plan development. | BCK | 0.70 | 420.00 |
| 08/13/24 | Continued analysis of claims for plan structuring. | BCK | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 9

| B310 Claims Administration and Objections | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/26/24 | Review multiple motions to submit late filed proofs of claim (0.4); analysis of claims information for plan structuring (0.8). | BCK | 1.20 | 720.00 |
| 08/27/24 | Prepare tracking chart listing motions for leave to file survivor proof of claim from April 2024 to current date (0.7); email correspondence with B. Knapp regarding same (0.1). | AS | 0.80 | 180.00 |
| 08/27/24 | Review, update and organize survivor claims list (1.8); email correspondence with B. Knapp regarding same (.2). | AS | 2.00 | 450.00 |
| 08/27/24 | Analysis of late claims filings. | BCK | 0.40 | 240.00 |
| | | | **9.80** | **$3,780.00** |

| B320 Plan and Disclosure Statement | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/24 | Begin drafting Committee plan of reorganization (5.3); conference with Commercial Committee counsel regarding next steps for plan process (1.0). | BCK | 6.30 | 3,780.00 |
| 08/01/24 | Analyze the initial draft of the proposed Committee plan (0.5); provide initial comments and responses to draft Committee Plan (0.3); correspond via email with Brad Knapp about these revisions (0.1). | WSB | 0.90 | 540.00 |
| 08/01/24 | Prepare for and participate in call with Commercial Committee team regarding plan-related issues. | OFK | 1.00 | 600.00 |
| 08/01/24 | Research and analyze various legal issues related to plan confirmation, mediation, and case strategy (1.2) | KC | 1.20 | 510.00 |
| 08/02/24 | Receipt and review of mark-up of non-monetary plan provisions (0.4); correspondence via email regarding the same (0.1). | OFK | 0.50 | 300.00 |
| 08/02/24 | Continue revising plan of reorganization (5.1); begin drafting abuse-claims trust allocation protocol (0.4); review revised non-monetary plan provisions (0.4). | BCK | 5.90 | 3,540.00 |
| 08/05/24 | Analysis of next steps for plan revisions. | BCK | 0.40 | 240.00 |
| 08/05/24 | Draft, edit, and revise the Committee plan to address, among other issues, the treatment of the 2017 Debtor Bonds and the 2020 settlement between the bondholders and the Debtor (3.1); correspond via email with Brad Knapp about various matters related to the Plan (0.1); further edit and revise the Plan (0.9). | WSB | 4.10 | 2,460.00 |
| 08/05/24 | Evaluate general plan terms for Committee plan and discuss incorporation of those terms into the Committee plan with B. Knapp. | OFK | 0.80 | 480.00 |
| 08/05/24 | Call with Commercial Committee counsel regarding general Committee plan concepts. | OFK | 0.20 | 120.00 |
| 08/06/24 | Analysis of next steps for plan revisions. | BCK | 0.50 | 300.00 |
| 08/06/24 | Continue revising the draft Committee plan and incorporate additional revisions to the treatment of various, proposed claims classes. | WSB | 0.40 | 240.00 |
| 08/06/24 | Correspond via email with bankruptcy counsel team regarding Debtor real estate matters that relate to the Plan. | OFK | 0.50 | 300.00 |
| 08/06/24 | UCC Teams call regarding plan and mediation issues. | OFK | 0.60 | 360.00 |
| 08/07/24 | Review and analyze the draft Debtor's plan and identify plan issues to address in the draft Committee plan. | OFK | 0.80 | 480.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 10

**B320 Plan and Disclosure Statement**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/24 | Review and comment on ANO real estate list and evaluate plan real-estate divestiture issues. | OFK | 1.00 | 600.00 |
| 08/08/24 | Revise plan of reorganization and trust allocation protocol to address additional trust assets and claims handling. | BCK | 1.80 | 1,080.00 |
| 08/09/24 | Prepare for and participate in UCC team call to review and discuss further redline of non-monetary plan provisions (1.2); work on ANO Plan issues (.4); receipt and review of draft trust agreement and correspond with Jim Stang regarding the same (.4). | OFK | 2.00 | 1,200.00 |
| 08/09/24 | Analysis of revised non-monetary plan provisions for continued negotiations (1.2); draft proposed trust agreement to accompany Committee plan of reorganization (0.5). | BCK | 1.70 | 1,020.00 |
| 08/12/24 | Further draft, edit, and revise the Committee plan to address, among other things, the treatment of the Bond claims. | WSB | 1.50 | 900.00 |
| 08/12/24 | Revise non-monetary plan provisions (0.4); revise trust agreement for plan of reorganization (3.6); review claim litigation procedures from other diocese cases (0.5). | BCK | 4.50 | 2,700.00 |
| 08/12/24 | Correspond with Mr. Knapp and Mr. Caine regarding the Debtor's latest redline to the non-monetary plan provisions (.2); prepare further Committee response to non-monetary plan provisions (0.6); Call with Mr. Draper on plan issue (.3) | OFK | 1.10 | 660.00 |
| 08/13/24 | Conference with M. Mintz and S. Oppenheim regarding plan process and next steps in case (0.7); conference with BRG regarding financial analysis for plan of reorganization (1.2); continued analysis of plan revisions and potential claim litigation protocol for plan (0.2). | BCK | 2.10 | 1,260.00 |
| 08/13/24 | Meet with Matt Babcock and Paul Shields at BRG and the bankruptcy counsel team to address Debtor ability-to-pay issues and related matters (1.2). | WSB | 1.20 | 720.00 |
| 08/13/24 | Further draft, edit, and revise the draft Committee Plan (3.6); edit and revise claim treatment issues and related matters in the Plan (2.4); incorporate provisions from other diocesan plans into the draft Plan (0.7). | WSB | 6.70 | 4,020.00 |
| 08/14/24 | Continue drafting the proposed Committee plan (3.5); correspond via email with Brad Knapp regarding the further revised Committee plan (0.1); review the further revised Committee plan circulated to the bankruptcy counsel team (0.3). | WSB | 3.90 | 2,340.00 |
| 08/14/24 | Continue revising draft Committee plan of reorganization (0.6); review revisions to non-monetaries (0.3). | BCK | 0.90 | 540.00 |
| 08/14/24 | Multiple correspondence with team and counsel regarding the overall format of the Committee plan as well as issues related to potential Apostolate settlement concepts and issues (1.2); review with Brad Knapp multiple issues related to document production and the proposed Committee plan (0.2). | OFK | 1.40 | 840.00 |
| 08/14/24 | Review proposed lists of Debtor real estate that may be subject to sale either in connection with or independent of a filed Plan. | OFK | 0.40 | 240.00 |
| 08/15/24 | Further analyze and review plan-structure issues and provide additional suggestions for incorporation into the plan. | OFK | 0.60 | 360.00 |
| 08/15/24 | Correspond via email with the bankruptcy counsel team regarding multiple issues related to the draft Committee plan. | WSB | 0.20 | 120.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/16/24 | Prepare for and participate in call with ANO team on non-monetary plan provisions (.9); Follow-up correspondence regarding today's Debtor call with Andy Caine and Pat Moody, the Committee chair (.3). | OFK | 1.10 | 660.00 |
| 08/16/24 | Meet with the bankruptcy counsel team to address multiple revisions to the draft Committee plan (0.9); further edit and revise the Committee plan (0.4). | WSB | 1.30 | 780.00 |
| 08/19/24 | Further edit and revise the Committee Chapter 11 plan (3.2); incorporate additional revisions and issues identified by Jim Stang into the revised plan (1.4); extended meeting with the bankruptcy counsel team to identify critical issues to address in the plan and the Abuse Claims Trust allocation protocol (2.2); further edit and revise the plan (0.6). | WSB | 7.40 | 4,440.00 |
| 08/19/24 | Review amended draft plan. | BCK | 0.50 | 300.00 |
| 08/19/24 | Prepare for and participate in plan drafting and review session with the bankruptcy counsel team. | OFK | 2.20 | 1,320.00 |
| 08/19/24 | Review Debtor, Apostolate, Certain Survivor, Argent, and US Fire responses to order to show cause regarding expert witness. | BCK | 0.30 | 180.00 |
| 08/19/24 | Review revised trust allocation protocol. | BCK | 1.20 | 720.00 |
| 08/19/24 | Conference with Committee team regarding revisions to draft plan and trust allocation protocol (2.2). | BCK | 2.20 | 1,320.00 |
| 08/20/24 | Conference with Debtors' counsel regarding plan process and court order regarding potential plan expert. | BCK | 0.40 | 240.00 |
| 08/20/24 | Conference with Debtor's counsel following hearing regarding plan expert and plan-drafting next steps . | BCK | 0.60 | 360.00 |
| 08/20/24 | Attend Committee meeting to discuss plan process and next steps (partial attendance). | BCK | 1.10 | 660.00 |
| 08/20/24 | Analysis of plan draft next steps and claims analysis for plan structuring. | BCK | 0.40 | 240.00 |
| 08/20/24 | Follow-up analysis with Jim Stang of multiple, plan-related issues raised during this week's standing call with the Debtor (.5); further Teams call regarding the plan, the Debtor's ability to pay, and issues related to the structure of the abuse-claims trust (1.0). | OFK | 1.50 | 900.00 |
| 08/20/24 | Review and comment on plan and trust allocation protocol and plan draft. | OFK | 2.00 | 1,200.00 |
| 08/20/24 | Draft, edit, and revise the Plan to incorporate additional revisions and changes (1.3); analyze with the bankruptcy counsel team key issues presented by the Plan (0.6); further draft, edit, and revise the Plan (2.1). | WSB | 4.00 | 2,400.00 |
| 08/20/24 | Revise trust allocation protocol for committee plan. | BCK | 3.20 | 1,920.00 |
| 08/21/24 | Further draft, edit, and revise the Committee Plan (3.5); review and analyze the Trust Allocation Protocol (0.5); edit and revise the Plan to incorporate additional issues and concerns (2.4); forward the revised Plan to the bankruptcy counsel team for their further review and comment (0.2) | WSB | 6.60 | 3,960.00 |
| 08/21/24 | Revise trust allocation protocol based on feedback from J. Stang (3.8); | BCK | 3.80 | 2,280.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/21/24 | Correspond with BRG team on a Debtor ability-to-pay presentation for the Committee members and state court counsel (.6); work on various edits to the Committee Plan (.7); review and comment on Plan and trust procedures (1.3). | OFK | 2.60 | 1,560.00 |
| 08/21/24 | Review and work on real estate trust plan provisions and issues. | OFK | 0.80 | 480.00 |
| 08/21/24 | Analysis of parish claims and parish release issues (1.4); | BCK | 1.40 | 840.00 |
| 08/21/24 | Review revisions to draft plan (0.9); | BCK | 0.90 | 540.00 |
| 08/22/24 | Revise plan to address revised trust allocation protocol (0.4); | BCK | 0.40 | 240.00 |
| 08/22/24 | Receipt and review of emails regarding non-monetary plan provisions (.3); multiple emails with BRG and state court counsel on plan issues and plan meeting (.5); work on plan and plan trust revisions (1.5); call with Commercial Committee counsel regarding expert and plan support (.4); Call with Mr. Stang on plan issues (.5). | OFK | 3.20 | 1,920.00 |
| 08/22/24 | Revise trust agreement for plan (1.8). | BCK | 1.80 | 1,080.00 |
| 08/22/24 | Draft, edit, and revise the channeling and injunction provisions in the proposed Committee plan (4.3); correspond via email with Brad Knapp regarding certain additional proposed revisions to the Plan (0.2); incorporate additional suggestions from Jim Stang into the revised Plan (0.9); further edit and revise the Plan (0.9) | WSB | 6.30 | 3,780.00 |
| 08/23/24 | Further draft, edit, and revise the proposed Committee plan (3.7); review and analyze with the bankruptcy counsel team key issues and revisions in the proposed plan (2.2); further edit and revise the Plan (0.5). | WSB | 6.40 | 3,840.00 |
| 08/23/24 | Review and comment on Plan draft (.8); prepare for and participate in plan drafting meeting with co-counsel (2.2). | OFK | 3.00 | 1,800.00 |
| 08/23/24 | Revise trust agreement (2.2); analysis of revised Committee Plan and further revision needs with bankruptcy counsel team (2.2); analysis of additional revision needs for trust allocation protocol (1.2). | BCK | 5.60 | 3,360.00 |
| 08/25/24 | Revise the latest draft of the Committee Plan to incorporate additional issues and matters raised at Friday's meeting (3.6); further edit and finalize the plan (1.6). | WSB | 5.20 | 3,120.00 |
| 08/26/24 | Further draft, edit, and revise the Plan (2.2); forward the revised Plan to the bankruptcy counsel team for their review and further comment (0.2); meet with Jim Stang to address various issues related to the Plan and certain Plan provisions (0.2); participate in meeting with BRG on the Debtor's ability to pay (1.5). | WSB | 4.10 | 2,460.00 |
| 08/26/24 | Analysis of ability to pay issues for plan structuring (1.5); continued analysis of real estate and personal property issues for plan structure (2.1); analysis of release and injunction issues for plan (0.5). | BCK | 4.10 | 2,460.00 |
| 08/26/24 | Prepare for and participate in meeting with BRG and the bankruptcy counsel team regarding plan feasibility and the Debtor's ability to pay (1.5); Review and revise ability to pay analysis (.8); Prepare for and participate in non-mandatory plan call with ANO (.5). | OFK | 2.80 | 1,680.00 |
| 08/27/24 | Review and respond to email from B. Knapp re: Draft Trust Agreement. | RWM | 0.50 | 300.00 |
| 08/27/24 | Preliminary review of Draft Trust Agreement. | RWM | 0.40 | 240.00 |
| 08/27/24 | Edit and revise various plan provisions and inserts. | OFK | 1.50 | 900.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 13

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 08/27/24 | Conference with Debtor counsel regarding plan status and next steps (0.5). | BCK | 0.50 | 300.00 |
| 08/27/24 | Review revised plan analysis from BRG (0.7). | BCK | 0.70 | 420.00 |
| 08/27/24 | Further edit and revise the Plan in advance of call with the bankruptcy counsel team (0.5). | WSB | 0.50 | 300.00 |
| 08/27/24 | Analyze with the bankruptcy counsel team multiple issues related to further amended Chapter 11 plan (0.4); further draft, edit, and revise the plan (0.7). | WSB | 1.10 | 660.00 |
| 08/27/24 | Continue reviewing revised creditor plan materials (2.4). | BCK | 2.40 | 1,440.00 |
| 08/28/24 | Review revisions to committee plan (0.4); begin reviewing Debtor draft plan materials (3.1); revise Trust Allocation Protocol based on revisions to committee plan (0.2); continued analysis of ANO asset information for Committee plan schedules (1.8). | BCK | 5.50 | 3,300.00 |
| 08/28/24 | Meet with Brittany Michael of PSZJ to review plan-option diagrams (0.3); further draft, edit, and revise the Plan (3.0); forward the revised Plan with additional analysis to the bankruptcy counsel team for their review and comment (0.1); include additional revisions in the Plan related to the Committee's and the Abuse Claims Trust's standing (1.4). | WSB | 4.80 | 2,880.00 |
| 08/28/24 | Follow-up plan discussion with Jim Stang regarding the components of the Committee and Debtor plans and related issues. | OFK | 0.80 | 480.00 |
| 08/29/24 | Prepare spreadsheets listing  ANO and Apostolate properties to sell for preparation of exhibits to plan of reorganization (5.1); email correspondence with B. Knapp and S. Bryant regarding same (0.1) | AS | 5.20 | 1,170.00 |
| 08/29/24 | Continue reviewing draft debtor plan of reorganization and related materials (2.6); review revised committee plan (0.5); coordinate preparation of exhibits for Committee plan (1.1). | BCK | 4.20 | 2,520.00 |
| 08/29/24 | Further draft, edit, and revise the Cause of Action provisions in the draft Plan (1.6); finalize the draft Plan and forward it to the bankruptcy counsel team for their review and comment (0.1). | WSB | 1.70 | 1,020.00 |
| 08/29/24 | Continued review, comment, and revision of Committee Plan (1.2); Review the Debtor plan, the varying plan classes, and the opt-out versus opt-in elections for Apostolate releases (.7); correspond on the Committee Plan's overall treatment of the Apostolate and Apostolate releases (.8). | OFK | 2.70 | 1,620.00 |
| 08/30/24 | Receipt and review of draft disclosure statement and review plan (.8); work on ANO plan and issues (.7). | OFK | 1.50 | 900.00 |
| 08/30/24 | Update spreadsheets listing ANO and Apostolate properties to sell for preparation of exhibits to plan of reorganization (0.9); email correspondence with B. Knapp and S. Bryant regarding same (0.1). | AS | 1.00 | 225.00 |
| 08/30/24 | Review revised Committee plan (0.6); revise trust allocation protocol (1.1); continue preparing plan exhibits (1.5); continue reviewing draft Debtor plan and disclosure statement (2.2). | BCK | 5.40 | 3,240.00 |
| 08/30/24 | Further revise the Committee plan to incorporate additional issues into the plan (0.3); multiple email correspondences with the bankruptcy team regarding the plan (0.1); begin reviewing the Debtor plan (0.3). | WSB | 0.70 | 420.00 |
| | | | **184.60** | **$108,225.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 14

**TOTAL FEES**          **$173,727.50**

### TIMEKEEPER SUMMARY:

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.20 | $1,320.00 |
| A. St. Mary | Paralegal | $225.00 | 2.20 | $495.00 |
| | | | **4.40** | **$1,815.00** |

**B120   Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.40 | $240.00 |
| O. F. Kuebel | Partner | $600.00 | 1.20 | $720.00 |
| | | | **1.60** | **$960.00** |

**B130   Asset Disposition**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.80 | $1,080.00 |
| | | | **1.80** | **$1,080.00** |

**B140   Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.20 | $120.00 |
| O. F. Kuebel | Partner | $600.00 | 0.80 | $480.00 |
| | | | **1.00** | **$600.00** |

**B150   Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.30 | $3,780.00 |
| O. F. Kuebel | Partner | $600.00 | 11.60 | $6,960.00 |
| W.S. Bryant | Partner | $600.00 | 4.40 | $2,640.00 |
| K. Culbertson | Associate | $425.00 | 4.30 | $1,827.50 |
| | | | **26.60** | **$15,207.50** |

**B160   Fee/Employment Applications**

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 15

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.40 | $2,040.00 |
| W.S. Bryant | Partner | $600.00 | 6.50 | $3,900.00 |
| K. Culbertson | Associate | $425.00 | 6.90 | $2,932.50 |
| A. St. Mary | Paralegal | $225.00 | 1.00 | $225.00 |
| | | | **17.80** | **$9,097.50** |

**B170    Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.20 | $1,320.00 |
| | | | **2.20** | **$1,320.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 14.90 | $8,940.00 |
| O. F. Kuebel | Partner | $600.00 | 22.90 | $13,740.00 |
| P. G. Eisenberg | Partner | $600.00 | 4.50 | $2,700.00 |
| W.S. Bryant | Partner | $600.00 | 4.10 | $2,460.00 |
| A. St. Mary | Paralegal | $225.00 | 4.90 | $1,102.50 |
| | | | **51.30** | **$28,942.50** |

**B220    Employee Benefits/Pensions**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 0.40 | $240.00 |
| | | | **0.40** | **$240.00** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 3.10 | $1,860.00 |
| O. F. Kuebel | Partner | $600.00 | 0.50 | $300.00 |
| W.S. Bryant | Partner | $600.00 | 0.50 | $300.00 |
| | | | **4.10** | **$2,460.00** |

**B310    Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 4.20 | $2,520.00 |
| A. St. Mary | Paralegal | $225.00 | 5.60 | $1,260.00 |

138941520v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 16

**B310 Claims Administration and Objections**

|  | 9.80 | $3,780.00 |

**B320 Plan and Disclosure Statement**

| Name | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 70.70 | $42,420.00 |
| O. F. Kuebel | Partner | $600.00 | 36.60 | $21,960.00 |
| R. W. Mouton | Partner | $600.00 | 0.90 | $540.00 |
| W.S. Bryant | Partner | $600.00 | 69.00 | $41,400.00 |
| K. Culbertson | Associate | $425.00 | 1.20 | $510.00 |
| A. St. Mary | Paralegal | $225.00 | 6.20 | $1,395.00 |
|  |  |  | 184.60 | $108,225.00 |

**TIMEKEEPER SUMMARY TOTALS**                                    305.60    $173,727.50

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/06/24 | Outside Copy Costs 54092, Alliance Overnight Document Service LLC, Copy and mail pleadings to special service list. | 964.01 |
| 08/28/24 | Outside Copy Costs 54229, Alliance Overnight Document Service LLC, Mailout payment | 163.16 |
| 08/28/24 | Outside Copy Costs 54230, Alliance Overnight Document Service LLC, Mailout payment | 152.52 |
| 08/28/24 | Outside Copy Costs 54231, Alliance Overnight Document Service LLC, Mailout payment | 141.88 |
| 08/28/24 | Trial Transcripts 24-183-2, Janice Russell, Transcript Payment - c/m 0107766.00001 | 116.40 |
| 08/30/24 | Outside Copy Costs 54232, Alliance Overnight Document Service LLC, Mailout payment | 143.16 |
| 08/30/24 | Trial Transcripts 24-179-3, Janice Russell, Hearing Transcript | 79.65 |
|  | TOTAL EXPENSES | $1,760.78 |

**TOTAL FEES**                                                                          **$173,727.50**

**TOTAL EXPENSES**                                                                 **$1,760.78**

**TOTAL FEES AND EXPENSES**                                             **$175,488.28**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

Redaction
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

138941520v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: September 27, 2024
Invoice No.: 1886332
Page: 17

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

September 27, 2024
Invoice No.: 1886332

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through August 31, 2024

      File Number:  0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ...................................................................................................................................... $173,727.50

Total Expenses ................................................................................................................................. $1,760.78

Total Due this Statement.................................................................................................................. $175,488.28

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via ACH: | Via Wire: |
|---|---|---|
| Locke Lord LLP | RedactionRedaction | RedactionRedaction |
| P.O. Box 911541 | Redaction | RedactionRedactionRedaction |
| Dallas, Texas 75391-1541 | RedactionRedaction | Redaction |
| | RedactionRedactionRedaction. | RedactionRedaction |
| | | RedactionRedactionRedaction |
| | | RedactionRedactionRedaction |

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

138941520v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| **Debtor.** [1] | **Chapter 11** |
| | **Objection Deadline: November 13, 2024** |

### MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP
### FOR SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from September 1, 2024 through September 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

    4.       A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

    5.       The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

    6.       In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

    7.       As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,648,926.19.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

    8.       The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| September 1, 2024 through September 30, 2024 | |
|---|---|
| Fees (at standard rates): | $261,517.00 |
| (Reduction due to reduced rates) | ($102,054.50) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $159,462.50 |
| Disbursements | $75.90 |
| **Total** | **$159,538.40** |

### VOLUNTARY REDUCTIONS

    9.       In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $0.00 and 0 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.     In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.     Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before November 13, 2024  (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.     If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$127,645.90**. This figure consists of (a) $127,570.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $159,462.50 for the Statement Period, and (b) $75.90 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: October 30, 2024.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured
Creditors*

4

**<u>EXHIBIT A</u>**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 2.40 | $1,365.00 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 5.00 | $3,000.00 |
| **B130** | ASSET DISPOSITION | 1.60 | $960.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 16.10 | $9,000.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 12.80 | $7,417.50 |
| **B190** | OTHER CONTESTED MATTERS | 23.10 | $13,860.00 |
| **B250** | REAL ESTATE | 3.20 | $1,920.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.20 | $120.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 215.80 | $121,820.00 |
| | **TOTAL FEES SOUGHT =** | **280.20** | **$159,462.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024**
------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 70.8 | $600.00 | $42,480.00 |
| BCK | Knapp, Brad C. | Partner | 95.7 | $600.00 | $57,420.00 |
| WSB | Bryant, W. Steven | Partner | 79.7 | $600.00 | $47,820.00 |
| PGE | Eisenberg, Phillip G. | Partner | 0.9 | $600.00 | $540.00 |
| RWM | Mouton, W. Robert | Partner | 5.0 | $600.00 | $3,000.00 |
| AS | St. Mary, Amanda P. | Paralegal | 17.2 | $225.00 | $3,870.00 |
| KC | Culbertson, Katherine | Associate | 9.7 | $425.00 | $4,122.50 |
| NP | Peterson, Nick | Litigation Support | 0.5 | $225.00 | $112.50 |
| DH | Hidalgo, Daralyn | Paralegal | 0.6 | $125.00 | $75.00 |
| JP | Pollender, Joe | Research Analyst | 0.1 | $225.00 | $22.50 |
| | **TOTALS =** | | **280.20** | | **$159,462.50** |

**EXHIBIT C**

## EXPENSE SUMMARY
## DURING COMPENSATION PERIOD
## SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|      | Postage | $75.90 |
|      | **TOTAL EXPENSES** | **$75.90** |

**EXHIBIT D**



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

October 29, 2024
Invoice No.: 1891971

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2024                    $159,538.40

File Number:     0107766.00001
Re:              Bankruptcy of the Archdiocese of New Orleans

| | **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/24 | Receipt and review of email correspondence from Court Reporter regarding hearing transcript (0.2). | AS | 0.20 | 45.00 |
| 09/17/24 | Meet with Debtor's counsel in standing weekly call to discuss plan structures and next steps in plan mediation (0.5); | BCK | 0.50 | 300.00 |
| 09/17/24 | Prepare for and participate in standing, weekly call with Debtor's counsel to address various outstanding issues. | OFK | 0.50 | 300.00 |
| 09/24/24 | Follow-up correspondence with Mr. Mintz on Mediator re-appointment (.2); draft and send confidential email to Mr. Perry (.2); follow-up call with Mr. Stang regarding same (.3) | OFK | 0.70 | 420.00 |
| 09/24/24 | Prepare for and participate in weekly standing call with Debtor team (.5); | OFK | 0.50 | 300.00 |
| | | | **2.40** | **$1,365.00** |

| | **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/18/24 | Discuss via telephone with Bill Arata the access-request for the Wattigny file (.4); correspond with ANO counsel regarding Wattigny file-access request (.3); correspond via email regarding various points related to the M3 and Latham interview (.4). | OFK | 1.10 | 660.00 |

Atlanta • Austin • Boston • Chicago • Cincinnati • Dallas • Hartford • Hong Kong • Houston • London • Los Angeles • Miami • Princeton • New Orleans
• New York • Providence • San Francisco • Stamford • Washington DC • West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/19/24 | Correspond with Mr. Arata about the ANO email concerning the Wattigny file (.3); draft reply on Committee's behalf to the ANO email (.5); correspond with Mr. Arata regarding these matters (.4); draft, revise and send email to ANO counsel (.4); Receipt and review of correspondence and documents regarding file/protective order (.5). | OFK | 2.10 | 1,260.00 |
| 09/20/24 | Correspond with Mr. Arata regarding ANO protective order request with respect to the Wattigny file. | OFK | 0.30 | 180.00 |
| 09/23/24 | Follow-up calls regarding same with Mr. Stang and Mr. Arata (0.5); | OFK | 0.50 | 300.00 |
| 09/23/24 | Prepare for and participate in meeting with ANO team (and Bill Arata) regarding the Wattigny file and state-court counsel access (.6); | OFK | 0.60 | 360.00 |
| 09/24/24 | Call with state court counsel on mediator motion issues (.4); | OFK | 0.40 | 240.00 |
| | | | **5.00** | **$3,000.00** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/20/24 | Correspond via email with Senator Pat Connick regarding potential sale of the Hope Haven property (0.1); discuss these issues with Sen. Connick via phone (0.2). | OFK | 0.30 | 180.00 |
| 09/27/24 | Correspond via email with various parties regarding Carrolton Ave Purchase and Sale Agreement and forward the PSA to the UCC chair. | OFK | 0.40 | 240.00 |
| 09/30/24 | Receipt and review of Hope Haven counter offer (.3); forward to the UCC chair and reply to ANO team (.1); prepare for and participate in call with ANO team regarding Hope Haven (.5) | OFK | 0.90 | 540.00 |
| | | | **1.60** | **$960.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/02/24 | Correspond with Kristi Schubert on claims questions and review related pleadings. | OFK | 0.50 | 300.00 |
| 09/02/24 | Correspondence with Committee chair regarding upcoming meetings. | BCK | 0.10 | 60.00 |
| 09/03/24 | Conference with Committee chair regarding upcoming meetings (0.3); correspondence with Committee regarding meetings (0.1); conference with pro se claimant regarding case status (0.1). | BCK | 0.50 | 300.00 |
| 09/04/24 | Correspond with state court counsel on access to documents and records and plan issues (.8); Correspond with Soren Gisleson regarding plan requests and meeting (.2); Follow-up call with state court counsel on document questions (.3). | OFK | 1.30 | 780.00 |
| 09/05/24 | Call with state court counsel on document access/case ruling. | OFK | 0.50 | 300.00 |
| 09/09/24 | Meet with George Coulon, Committee member, to answer questions about the pending Committee plan process and address various issues related to upcoming Committee meetings. | WSB | 1.00 | 600.00 |
| 09/10/24 | Conference with state court counsel regarding survivor claim. | BCK | 0.20 | 120.00 |
| 09/13/24 | Draft contact list of survivor attorneys for B. Knapp in preparation of town hall meeting email (0.9). | AS | 0.90 | 202.50 |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/16/24 | Edit and revise presentation for use at Committee meeting and forthcoming town hall for state-court counsel that identifies key differences between the Debtor's plan and the Committee's. | WSB | 0.50 | 300.00 |
| 09/16/24 | Begin drafting materials for state court counsel meeting regarding plan structures. | BCK | 2.80 | 1,680.00 |
| 09/16/24 | Conferences with multiple pro se claimants regarding case updates (0.4); conference with state court counsel for a claimant regarding case status (0.3); draft agenda for Committee meeting (0.2); correspondence with Committee (0.1). | BCK | 1.00 | 600.00 |
| 09/16/24 | Prepare link containing Committee Plan, Debtor Plan and Debtor Disclosure Statement for use at state-court counsel town-hall (0.2); email correspondence with B. Knapp regarding same (0.1) | AS | 0.30 | 67.50 |
| 09/16/24 | Correspond with state court counsel on UCC plan questions (.4); call with Voohries firm to address their questions regarding the Chapter 11 case and survivor claims (.3). | OFK | 0.70 | 420.00 |
| 09/17/24 | Conference with state court counsel for claimant regarding information requests. | BCK | 0.20 | 120.00 |
| 09/17/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.2) | KC | 1.20 | 510.00 |
| 09/17/24 | Prepare for and participate in UCC meeting to address pending matters, such as the competing plans and real-estate sales. | OFK | 1.30 | 780.00 |
| 09/19/24 | Analysis of records to address request from state court counsel (0.4); correspondence with pro se claimant representative regarding case status (0.1). | BCK | 0.50 | 300.00 |
| 09/23/24 | Correspondence with pro se claimant regarding case status (0.1); correspondence with Committee regarding case status (0.1). | BCK | 0.20 | 120.00 |
| 09/23/24 | Correspond via email with the bankruptcy counsel team regarding the cancellation of this week's Committee meeting. | WSB | 0.10 | 60.00 |
| 09/29/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 09/30/24 | Prepare for and participate in non-monetary records issue meeting with state court counsel. | OFK | 1.50 | 900.00 |
| 09/30/24 | Correspond via email with Brad Knapp regarding proposed revisions to the agenda for tomorrow's Committee meeting. | WSB | 0.10 | 60.00 |
| 09/30/24 | Conference with pro se survivor regarding case status (0.2); draft Committee agenda for upcoming meeting (0.2); correspondence with committee regarding meeting (0.1). | BCK | 0.50 | 300.00 |
| | | | **16.10** | **$9,000.00** |
| | | | | |
| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
| 09/16/24 | Draft, edit, and revise monthly fee statement for Locke Lord for August 2024 time (4.0) | WSB | 4.00 | 2,400.00 |
| 09/17/24 | Further draft edit and revise the Locke Lord monthly fee statement. | WSB | 3.10 | 1,860.00 |
| 09/26/24 | Draft, edit, and revise this month's Locke Lord fee statement. | WSB | 1.20 | 720.00 |

| **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 09/27/24   Further draft, edit, and revise the monthly fee statement for Locke Lord. | WSB | 1.20 | 720.00 |
| 09/29/24   Draft, edit, and revise the Locke Lord monthly fee statement (0.8); correspond via email with Robert Campbell about the Actuarial Value monthly fee statement (0.1); correspond via email with Bush Benton regarding the Stegall Benton monthly fee statement (0.1); correspond via email with Katee Culbertson concerning the preparation and service of the next round of monthly fee statements (0.2). | WSB | 1.20 | 720.00 |
| 09/30/24   Correspond via email with Bob Campbell regarding the Actuarial Value fee statement (0.1); correspond via email with Bush Benton and ask whether Stegall Benton had any time in August 2024 (0.1); correspond via email with Katee Culbertson regarding the monthly fee statements (0.1); review and revise all finalized monthly fee statements and forward finalized statements to Ms. Culbertson for service (0.3). | WSB | 0.60 | 360.00 |
| 09/30/24   Draft and revise monthly fee statements for Locke Lord' Zobrio Inc., and Actuarial Value LLC for August 1, 2024 through August 31, 2024 (1.2); email correspondence to notice parties regarding same (.3) | KC | 1.50 | 637.50 |
| | | **12.80** | **$7,417.50** |

| **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 09/02/24   Correspondence to coordinate next meetings with Court appointed expert witness. | BCK | 0.10 | 60.00 |
| 09/03/24   Coordinate meeting with M3 and Latham teams to address expert questions. | BCK | 0.20 | 120.00 |
| 09/04/24   Participate in two conferences with M3 and the Latham team regarding expert witness questions (2.2). | BCK | 2.20 | 1,320.00 |
| 09/04/24   Prepare for and participate in BRG call with M3 team and Latham Watkins (1.2); Prepare for and participate in UCC counsel call with M3 and Latham Watkins (1.0). | OFK | 2.20 | 1,320.00 |
| 09/05/24   Prepare for and participate in BRG call with M3 and LW team (2.0); Follow-up emails with M3 regarding plan provisions (.5). | OFK | 2.50 | 1,500.00 |
| 09/05/24   Attend meeting with M3 Partners related to expert engagement (partial). | BCK | 0.40 | 240.00 |
| 09/06/24   Participate in BRG call with M3 and LW on asset value/ability to pay (1.0); correspond with LW attorneys regarding document access and production (.7). | OFK | 1.70 | 1,020.00 |
| 09/06/24   Attend meeting with M3 Partners related to expert engagement. | BCK | 1.00 | 600.00 |
| 09/06/24   Address with Rick Kuebel various issues regarding the retention of the Court's expert. | PGE | 0.60 | 360.00 |
| 09/09/24   Address multiple inquiries regarding expert activities and next steps. | PGE | 0.30 | 180.00 |
| 09/09/24   Conference with state court counsel regarding issues related to the court-appointed expert. | BCK | 0.40 | 240.00 |
| 09/11/24   Correspondence with M3 and Latham regarding competing ANO and Committee plans. | BCK | 0.10 | 60.00 |
| 09/16/24   Correspond and prepare with BRG team for M3 call (.8). | OFK | 0.80 | 480.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

**B190 Other Contested Matters**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/17/24 | Attend meeting with BRG and M3 Advisors regarding financial diligence for expert witness analysis. | BCK | 1.80 | 1,080.00 |
| 09/19/24 | Meet with M3 team regarding debtor financials and plan structures (1.5); meet with Latham & Watkins regarding plan structures (1.2). | BCK | 2.70 | 1,620.00 |
| 09/19/24 | Prepare for and participate in BRG call with M3. | OFK | 1.50 | 900.00 |
| 09/19/24 | Prepare for and participate in call with Latham on Plan questions. | OFK | 1.20 | 720.00 |
| 09/23/24 | Work on Plan issues and correspond with Latham Watkins, BRG, and M3 regarding the same (.4); | OFK | 0.40 | 240.00 |
| 09/25/24 | Participate in call with M3 and BRG regarding the Debtor's financial status and asset values. | OFK | 1.50 | 900.00 |
| 09/25/24 | Conference with M3 team regarding financial analysis. | BCK | 1.50 | 900.00 |
| | | | **23.10** | **$13,860.00** |

**B250 Real Estate**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/17/24 | Correspond via email on real-estate issues presented by the plans and review the ANO's disclosures regarding real-estate (.6); Participate in BRG call and follow-up regarding same (1.0). | OFK | 1.60 | 960.00 |
| 09/17/24 | Analysis of real estate data to evaluate Debtor real-estate sale proposals. | BCK | 1.10 | 660.00 |
| 09/23/24 | Prepare for and participate in real estate meeting with ANO team and McEnery. | OFK | 0.50 | 300.00 |
| | | | **3.20** | **$1,920.00** |

**B310 Claims Administration and Objections**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/26/24 | Review multiple motions to file late claims. | BCK | 0.20 | 120.00 |
| | | | **0.20** | **$120.00** |

**B320 Plan and Disclosure Statement**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/02/24 | Continue review of Trust Agreement (0.5); review Louisiana Trust Code re: amendment of Trusts by Trustees, Trustee eligibility, and spendthrift provisions (1.0); research and review various Trust and Trust Settlement Agreements (0.5); draft email to J. Pollender re: amendments by Trustee (0.2); review and respond to emails from same; draft email to B. Knapp re: revisions and comments to Trust Agreement (0.3). | RWM | 2.50 | 1,500.00 |
| 09/02/24 | Detailed analysis and review of the ANO Disclosure Statement, Plan, and Plan definitions to prepare for ANO mediation call. | OFK | 1.50 | 900.00 |
| 09/03/24 | Prepare and participate in call with Debtor and Apostolate counsel on Plan (opt-out issues) (.9); Work on Disclosure Statement review and inserts to Committee Plan (.6); Work on Apostolate settlement offer issues (1.0); Correspond regarding Plan and Trust document drafts (.3). | OFK | 2.80 | 1,680.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 6

| | B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/24 | Prepare binder containing draft ANO plan, disclosure statement, allocation protocol for R. Kuebel's review (0.4); email correspondence with R. Kuebel regarding same (0.1) | AS | 0.50 | 112.50 |
| 09/03/24 | Update spreadsheets listing ANO and Apostolate properties to sell and begin formatting these lists as an exhibit to the Committee Plan (0.2); meet with B. Knapp regarding additional review and edits of spreadsheets (0.4) | AS | 0.60 | 135.00 |
| 09/03/24 | Conference with Debtor and Apostolate counsel regarding plan issues (0.9); continued revision of real estate exhibits for Committee plan (0.7); review documentation related to Debtor personal property for plan exhibit revisions (2.4); continued review of Debtor plan materials (2.0); meet with Amanda St. Mary regarding Debtor and Apostolate property lists (0.4). | BCK | 6.40 | 3,840.00 |
| 09/03/24 | Survey secondary source material for relevant documents for review by attorney R. Mouton. | JP | 0.10 | 22.50 |
| 09/03/24 | Analyze issues related to the Debtor's plan and disclosure statement (0.2); begin reviewing the Debtor's plan (0.3). | WSB | 0.50 | 300.00 |
| 09/03/24 | Review and respond to emails from B. Knapp re: class trust language (0.1); review various class trust forms re: same (0.5); review and respond to email from Amanda St. Mary (0.1); review Escrow and Trust Agreement form obtained by same (0.3). | RWM | 1.00 | 600.00 |
| 09/04/24 | Continue review of various Trust Agreement forms (0.2); review and revise draft Trust (0.7); draft email to B. Knapp re: same (0.1). | RWM | 1.00 | 600.00 |
| 09/04/24 | Edit and revise Trust Agreement. | DH | 0.30 | 37.50 |
| 09/04/24 | Review and analyze the Debtor's draft plan of reorganization. | WSB | 0.90 | 540.00 |
| 09/04/24 | Analysis of real estate and personal property issues to revise schedules for draft plan (2.1); continued analysis of Debtor disclosure statement (0.6). | BCK | 2.70 | 1,620.00 |
| 09/04/24 | Review and analyze ANO and Apostolate property lists and confirm property addresses with Orleans Parish Assessor's Office website. | AS | 2.10 | 472.50 |
| 09/04/24 | Work on UCC plan structure issues regarding opt-out/opt-in concerns. | OFK | 0.70 | 420.00 |
| 09/05/24 | Participate during a portion of the meeting with UCC members to discuss the UCC Plan (1.5); Prepare for and participate in call with Soren Gisleson and Johnny Denenea regarding UCC Plan presentation, provisions, and status (1.0). | OFK | 2.50 | 1,500.00 |
| 09/05/24 | Prepare materials for Committee meeting regarding plan process (0.4); attend Committee meeting regarding plan process and debtor and committee plans (2.5); continue preparing real estate schedules for committee plan (1.8); revise personal property list for committee plan (1.3); conference with certain state court counsel regarding plan process (1.0); review revised trust agreement (0.4); revise trust allocation protocol (0.4). | BCK | 7.80 | 4,680.00 |
| 09/05/24 | Continue reviewing the ANO and Apostolate lists of properties they intend to sell and confirm addresses with Orleans Parish Assessor's Office website. | AS | 3.00 | 675.00 |
| 09/05/24 | Attend today's meeting of the Committee to address the Committee plan and the pending plan process. | WSB | 2.50 | 1,500.00 |

139381543v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 7

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/05/24 | Continuing reviewing the Debtor's plan (1.8); begin revising the Committee's plan in light of additional issues (1.1). | WSB | 2.90 | 1,740.00 |
| 09/05/24 | Edit and revise the Trust Agreement accompanying the Committee Plan to include additional changes suggested by Mr. Mouton | DH | 0.30 | 37.50 |
| 09/06/24 | Review and revise the Plan Trust Agreement (0.3); draft email to B. Knapp re: same (0.1); review and respond to email from B. Knapp (0.1). | RWM | 0.50 | 300.00 |
| 09/06/24 | Prepare and organize plan-related documents for case team review. | NP | 0.50 | 112.50 |
| 09/06/24 | Continue reviewing debtor plan and disclosure statement (2.8); analysis of revision needs for Debtor plan with the bankruptcy counsel team (2.6); revise real estate and personal property schedules for committee plan (2.4). | BCK | 7.80 | 4,680.00 |
| 09/06/24 | Continue analyzing the to-be-sold property lists prepared by the ANO and the Apostolates and compare it to the UCC list (2.0); begin reviewing the ANO's personal property list (0.3); email correspondence with B. Knapp regarding these matters (0.2). | AS | 2.50 | 562.50 |
| 09/06/24 | Follow-up work on edits to UCC plan provisions (.5); correspond with Andy Caine regarding same (.4); multiple calls regarding plan edits, plan contents, and UCC approvals required to file the UCC plan (1.5); correspond regarding real estate sale plan provisions (.5). | OFK | 2.90 | 1,740.00 |
| 09/06/24 | Analyze in detail the Debtor's proposed plan with the bankruptcy counsel team and identify key issues to address with the Debtor (2.6); draft, edit, and revise the Committee plan in light of additional issues raised by the Debtor plan (1.7). | WSB | 4.30 | 2,580.00 |
| 09/07/24 | Further draft, edit, and revise the Committee plan (2.1); incorporate key concepts identified by Iain Nasatir into the revised plan (1.5); further edit and revise the Plan (0.9). | WSB | 4.50 | 2,700.00 |
| 09/08/24 | Further draft, edit, and revise the Committee plan to incorporate new sections addressed to Apostolate portfolio claims (2.5); continue drafting plan to resolve various insurance-related issues (3.2); forward the further revised version of the Plan to the bankruptcy counsel team for their review and comment (0.2). | WSB | 5.90 | 3,540.00 |
| 09/09/24 | Analyze provisions of ANO disclosure statement, Plan and Plan definitions (1.2); multiple correspondence with Iain Nasatir regarding proposed inserts to the UCC Plan to address insurance-related matters (.5); work on plan real estate Exhibit L of properties to be sold per UCC (0.5); prepare for and participate in calls with state-court counsel on UCC Plan comments (1.0). | OFK | 3.20 | 1,920.00 |
| 09/09/24 | Further draft, edit, and revise the Committee Plan (3.7); analyze with Brad Knapp insurance-neutrality issues regarding the Plan (0.3); continue revising the Plan (2.5); forward the latest version of the Plan to the bankruptcy counsel team for their review and comment along with key analyses of the most recent round of revisions (0.3). | WSB | 6.80 | 4,080.00 |
| 09/09/24 | Review revised Committee Plan of reorganization (2.2); revise Trust Agreement (0.6); draft summary of Committee Plan for Committee members (0.4); conference with Committee member regarding plan status (0.2); revise Committee Plan and plan exhibits (1.2); analyze issues presented by the preparation of a Committee disclosure statement (0.5); speak with counsel for Committee member regarding plan status (0.3). | BCK | 5.40 | 3,240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 8

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/10/24 | Further draft, edit, and revise the Plan (2.0); correspond via email with Brad Knapp regarding revisions to the Plan and the trust allocation protocol (0.2); multiple email correspondences with the bankruptcy counsel team concerning Plan revisions and related matters (0.3); further edit and revise the Plan (2.4). | WSB | 4.90 | 2,940.00 |
| 09/10/24 | Briefly prepare for today's Committee meeting (0.1); attend today's Committee meeting to address the proposed Committee Plan (1.6). | WSB | 1.70 | 1,020.00 |
| 09/10/24 | Review additional creditor plan revisions (1.2); attend Committee meeting regarding plan issues (1.6); analysis of service issues for plan filing (0.2); revise trust allocation protocol based on Committee feedback (0.3); analysis of claims issues for plan settlement demands (0.6). | BCK | 3.90 | 2,340.00 |
| 09/10/24 | Prepare for and provide a report to UCC on Plan issues and participate in UCC meeting related to the UCC Plan (1.6); multiple correspondences with Committee members and state-court counsel regarding the UCC Plan approval and transmittal process (0.6). | OFK | 2.20 | 1,320.00 |
| 09/11/24 | Prepare for and participate in call with ANO to review and discuss the UCC's comments to the ANO Plan (2.0); work with UCC team on UCC plan drafting and the preparation of a Committee disclosure statement outline (1.5). | OFK | 3.50 | 2,100.00 |
| 09/11/24 | Prepare for today's call with the Debtor to discuss the Debtor's Chapter 11 plan (0.3); attend today's conference call with the Debtor to address issues and concerns in the Debtor's plan as well as the plan-confirmation process more generally (2.0). | WSB | 2.30 | 1,380.00 |
| 09/11/24 | Draft, edit, and further revise the Committee Plan to further incorporate key insurance-related matters (2.2); conduct a top-to-bottom review and editing of the Committee Plan to prepare it for filing (2.3). | WSB | 4.50 | 2,700.00 |
| 09/11/24 | Review revised Committee plan (0.4); continued analysis of Debtor disclosure statement (0.5); conference with Debtor and Apostolate counsel regarding Debtor plan (2.0); analysis of next steps to prepare plan for filing (0.2); correspondence with Committee regarding plan revisions (0.1). | BCK | 3.20 | 1,920.00 |
| 09/12/24 | Multiple email correspondences with UCC team and state-court counsel regarding UCC Plan provisions and filings (1.4); participate in a portion of the meeting with state-court counsel regarding UCC Plan provisions (.5). | OFK | 1.90 | 1,140.00 |
| 09/12/24 | Prepare for today's meeting with state-court counsel for certain abuse survivors to address issues related to the Committee plan (0.3); extended analysis and review of the Committee plan with state-court counsel for certain abuse survivors (2.5); draft, edit, and finalize the Committee plan in light of comments from state-court counsel (1.3); forward the finalized Committee plan to the Committee chair for her further review and comment (0.2). | WSB | 4.30 | 2,580.00 |
| 09/12/24 | Review further revised Committee Plan (1.3); conference with certain state court counsel regarding plan structure (2.5); revise trust allocation protocol (0.3); continued analysis of plan exhibits (0.4). | BCK | 4.50 | 2,700.00 |
| 09/12/24 | Update and organize all plan exhibits (0.9); email correspondence with B. Knapp and S. Bryant regarding same (0.1). | AS | 1.00 | 225.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 9

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/13/24 | Review final revisions to Committee plan (1.1); revise Trust Agreement (0.4); revise trust allocation protocol (0.5); review Committee plan exhibits (0.9); meet with Committee chair regarding plan (0.6); meet with M. Mintz regarding debtor and committee plans (0.3); begin reviewing filed Debtor plan (1.3); correspondence with state court counsel regarding plan filings (0.6). | BCK | 5.70 | 3,420.00 |
| 09/13/24 | Review all exhibits included with the draft Committee plan to ensure their accuracy prior to filing (0.4); correspond via email with Brad Knapp and Amanda St. Mary before filing the Committee Plan (0.3); review and finalize the Plan to prepare it for filing (1.3); final correspondence with Amanda St. Mary regarding filing of the Plan (0.2); review and analyze the Debtor's Disclosure Statement (2.2). | WSB | 4.40 | 2,640.00 |
| 09/13/24 | Correspond further via email with Soren Gisleson regarding non-monetary Plan provisions (.6); correspond with Mr. Knapp and Mr. Caine regarding same and ANO request regarding non-monetary provisions (.4); forward edits of UCC plan provisions to Mr. Knapp for his review and incorporation into the Plan (1.0); correspond with Jim Stang on Plan settlement issues (.5); emails from state-court counsel regarding revise plan (.5) further correspond with state-court counsel regarding the filing of the ANO and UCC Plans (.4). | OFK | 3.40 | 2,040.00 |
| 09/13/24 | Email correspondence with B. Knapp and S. Bryant regarding same (0.2). | AS | 0.20 | 45.00 |
| 09/13/24 | Update and organize plan exhibits (4.6). | AS | 4.60 | 1,035.00 |
| 09/14/24 | Correspond via email with the bankruptcy counsel team regarding the filing of the competing Chapter 11 plans. | WSB | 0.30 | 180.00 |
| 09/14/24 | Continue reviewing filed debtor plan and disclosure statement. | BCK | 0.70 | 420.00 |
| 09/16/24 | Analyze the Debtor's Disclosure Statement and identify key issues separating the Debtor and Committee plans (1.0). | WSB | 1.00 | 600.00 |
| 09/16/24 | Multiple emails with Mr. Stang on Plan issues (.2). | OFK | 0.20 | 120.00 |
| 09/16/24 | Further correspond via email with the bankruptcy counsel team concerning various Plan issues (.8). | OFK | 0.80 | 480.00 |
| 09/16/24 | Work on Plan and plan-mediation issues (1.3). | OFK | 1.30 | 780.00 |
| 09/17/24 | Attend Committee meeting regarding filed plans and next steps in case (1.3); | BCK | 1.30 | 780.00 |
| 09/17/24 | Revise materials for state court counsel plan meeting (0.6); | BCK | 0.60 | 360.00 |
| 09/17/24 | Analysis of balloting and solicitation material issues (0.8); | BCK | 0.80 | 480.00 |
| 09/17/24 | Analysis of plan-related discovery needs and status (0.6). | BCK | 0.60 | 360.00 |
| 09/17/24 | Review Debtor Disclosure exhibits regarding property sales and compare them to the Committee property-sale exhibits (0.9); email correspondence with B. Knapp and S. Bryant regarding same (0.1). | AS | 1.00 | 225.00 |
| 09/17/24 | Address with Jim Stang outstanding plan and disclosure statement issues. | OFK | 0.60 | 360.00 |
| 09/17/24 | Multiple email correspondences with the bankruptcy counsel team regarding issues related to the Committee plan (0.2); correspond via email with Katee Culbertson and Brad Knapp regarding the drafting of the Class 4 Abuse Claims ballots (0.4) | WSB | 0.60 | 360.00 |

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 10

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/17/24 | Email correspondence to/from S. Bryant and B. Knapp regarding drafting Class 4 abuse claimants voting ballot (.2) | KC | 0.20 | 85.00 |
| 09/18/24 | Further review and analyze Debtor plan and disclosure statement (3.4); identify additional key issues dividing the Debtor plan from the Committee plan (1.1); further analyze and review the Debtor plan (0.3). | WSB | 4.80 | 2,880.00 |
| 09/18/24 | Analysis of debtor disclosure statement and strategy for Committee disclosure (1.2); continued analysis of solicitation strategy (0.7). | BCK | 1.90 | 1,140.00 |
| 09/18/24 | Work on reconciliation of non-monetary plan provisions with state court counsel comments. | OFK | 0.80 | 480.00 |
| 09/19/24 | Continued review and preparation of Committee disclosure materials (1.8); continued analysis of release and balloting issues (0.4). | BCK | 2.20 | 1,320.00 |
| 09/19/24 | Correspond via email with Brad Knapp regarding the allowance of the Bond Trustee's fees and expenses under the 2020 Settlement Agreement and the proposed Chapter 11 plans (0.2); review correspondence from insurers regarding the Committee plan and related matters (0.2). | WSB | 0.40 | 240.00 |
| 09/19/24 | Review and compare Debtor's draft disclosure statement and Debtor's filed disclosure statement (0.2); email correspondence with B. Knapp regarding same (0.1) | AS | 0.30 | 67.50 |
| 09/20/24 | Continued analysis of debtor disclosure statement materials (0.8); draft Committee disclosure statement (4.8). | BCK | 5.60 | 3,360.00 |
| 09/20/24 | Work on non-monetary reconciliation with state-court counsel comments. | OFK | 0.80 | 480.00 |
| 09/20/24 | Multiple correspondence with Douglas Draper and Jim Stang regarding the Apostolate settlement option in the Committee Plan and other issues related to potential Apostolate releases. | OFK | 0.50 | 300.00 |
| 09/23/24 | Continue preparing disclosure statement. | BCK | 1.80 | 1,080.00 |
| 09/23/24 | Analyze and review Committee's chapter 11 plan in connection with drafting the Class 4 abuse claimants voting ballot (1.5) | KC | 1.50 | 637.50 |
| 09/23/24 | Draft, edit and revise Class 4 abuse claimants voting ballot | KC | 2.80 | 1,190.00 |
| 09/23/24 | Review non-monetary plan provision issues and review third party filing agreement from Jim Stang (.3). | OFK | 0.30 | 180.00 |
| 09/23/24 | Review and analyze various real-estate issues related to the competing plans (.5); Call with Douglas Draper on Apostolate plan issues (.3). | OFK | 0.80 | 480.00 |
| 09/23/24 | Further analyze real-estate issues raised by the competing Debtor and Committee plans (.5). | OFK | 0.50 | 300.00 |
| 09/24/24 | Work with state court counsel on protective order issues with Wattigny file request (.6). | OFK | 0.60 | 360.00 |
| 09/24/24 | Receipt and review of US Fire Insurance discovery correspondence and email with Mr. Caine regarding same (.3). | OFK | 0.30 | 180.00 |
| 09/24/24 | Call with Mr. Stang on mediation/plan issues (.3); correspond with state court counsel regarding mediation participation request and draft reply regarding same (.4); work on mediator re-appointment issues (.5). | OFK | 1.20 | 720.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 11

**B320 Plan and Disclosure Statement**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/24/24 | Draft, edit and revise Class 4 abuse claimants voting ballot (2.5) | KC | 2.50 | 1,062.50 |
| 09/24/24 | Conference with Debtor counsel regarding plan and mediation issues (0.6); review draft survivor ballot materials (0.7); correspondence with state court counsel regarding plan mediation (0.1); continue preparing disclosure materials (2.1). | BCK | 3.50 | 2,100.00 |
| 09/24/24 | Further review and analyze the Debtor's filed Plan of Reorganization and Disclosure Statement (2.0); identify key issues for review and discussion in comparison to the Committee's Chapter 11 plan (1.0); multiple email correspondences with the bankruptcy counsel team about these issues (0.4). | WSB | 3.40 | 2,040.00 |
| 09/25/24 | Further review and analyze the Debtor's Plan, Disclosure Statement, Trust Agreement and Trust Allocation Protocol and identify key issues and differences with the Committee versions (1.0); begin preparing a list of critical differences for use by the Committee members (1.0). | WSB | 2.00 | 1,200.00 |
| 09/25/24 | Revise Committee disclosure statement (0.6); continued review of debtor disclosure materials (0.9); analysis of release issues for plan preparation (0.8); analysis of mediator appointment strategy (0.5); correspondence with Committee chair regarding mediation (0.2). | BCK | 3.00 | 1,800.00 |
| 09/25/24 | Work on UCC (.6); work on plan summary deliverable (.6). | OFK | 1.20 | 720.00 |
| 09/25/24 | Correspond with state court counsel on plan mediation/real estate sale issues. | OFK | 0.50 | 300.00 |
| 09/26/24 | Prepare for and participate in call with the Debtor and the Apostolates regarding their issues with the Committee plan (1.5); multiple emails with BRG team on the M3 requests for financial information and analysis (.7). | OFK | 2.20 | 1,320.00 |
| 09/26/24 | Prepare for and participate in discovery conference regarding US Fire discovery issued in connection with the competing Chapter 11 plans. | OFK | 0.50 | 300.00 |
| 09/26/24 | Correspond with state court counsel on various competing plan and property-sale issues. | OFK | 0.50 | 300.00 |
| 09/26/24 | Continue preparing draft disclosure statement (1.1); begin revising debtor disclosure statement (0.9); conference with Debtor and Apostolate counsel regarding plans and next steps for plan mediation (1.5); conference with Committee Chair regarding mediation (0.1). | BCK | 3.60 | 2,160.00 |
| 09/26/24 | Prepare for today's call with the Debtor and the Apostolates regarding the Committee plan (0.3); participate in the first half of the conference call with counsel for the Debtor and the Apostolates to review their issues and concerns with the Committee Plan (0.7). | WSB | 1.00 | 600.00 |
| 09/27/24 | Draft confidential mediation letter to Judge Zive related to plan mediation (1.8); revise mediation letter based on comments from other bankruptcy-counsel team members (0.4). | BCK | 2.20 | 1,320.00 |
| 09/27/24 | Review and revise plan mediation letter to Judge Zive (.8); call with Jim Stang regarding the mediation letter and various plan and Apostolate-settlement issues (.5); follow-up call and email correspondence with Mr. Stang (.3); continue revising the mediation letter to Judge Zive (.5). | OFK | 2.10 | 1,260.00 |
| 09/29/24 | Revise confidential mediation letter to Judge Zive regarding plans in light of further revisions from Steven Bryant. | BCK | 0.40 | 240.00 |

139381543v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 12

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/29/24 | Revise the Judge Zive mediation letter (drafted by Brad Knapp) outlining key elements of the Debtor's and the Committee's competing plans (1.4); forward the revised letter to Mr. Knapp for his further review and comment along with a summary of the principal changes to the letter (0.8). | WSB | 2.20 | 1,320.00 |
| 09/30/24 | Revise mediation correspondence to Judge Zive based on comments from A. Caine (0.3); continue preparing materials for meetings regarding plans of reorganization (0.4); continue preparing disclosure statement (0.7); correspondence with Committee chair regarding mediation updates (0.1); prepare for tomorrow's mediation session (0.2). | BCK | 1.70 | 1,020.00 |
| 09/30/24 | Correspond via email with Brad Knapp regarding the final version of the mediation statement for delivery to Judge Zive (0.2); prepare for tomorrow's mediation session (0.4). | WSB | 0.60 | 360.00 |
| 09/30/24 | Draft, revise and send email to state court counsel on plan mediation session (.5); prepare for plan mediation session (1.6); further revise plan-mediation letter to Judge Zive (.4). | OFK | 2.50 | 1,500.00 |
| | | | **215.80** | **$121,820.00** |

**TOTAL FEES** $159,462.50

**TIMEKEEPER SUMMARY:**

| | **B110 Case Administration** | | | | |
|---|---|---|---|---|---|
| | B. C. Knapp | Partner | $600.00 | 0.50 | $300.00 |
| | O. F. Kuebel | Partner | $600.00 | 1.70 | $1,020.00 |
| | A. St. Mary | Paralegal | $225.00 | 0.20 | $45.00 |
| | | | | **2.40** | **$1,365.00** |
| | **B120 Asset Analysis and Recovery** | | | | |
| | O. F. Kuebel | Partner | $600.00 | 5.00 | $3,000.00 |
| | | | | **5.00** | **$3,000.00** |
| | **B130 Asset Disposition** | | | | |
| | O. F. Kuebel | Partner | $600.00 | 1.60 | $960.00 |
| | | | | **1.60** | **$960.00** |
| | **B150 Meetings & Communications With Creditors** | | | | |

139381543v.1

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: October 29, 2024
Invoice No.:  1891971
Page:  13

### B150    Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.20 | $3,720.00 |
| O. F. Kuebel | Partner | $600.00 | 5.80 | $3,480.00 |
| W.S. Bryant | Partner | $600.00 | 1.70 | $1,020.00 |
| K. Culbertson | Associate | $425.00 | 1.20 | $510.00 |
| A. St. Mary | Paralegal | $225.00 | 1.20 | $270.00 |
| | | | **16.10** | **$9,000.00** |

### B160    Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 11.30 | $6,780.00 |
| K. Culbertson | Associate | $425.00 | 1.50 | $637.50 |
| | | | **12.80** | **$7,417.50** |

### B190    Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 10.40 | $6,240.00 |
| O. F. Kuebel | Partner | $600.00 | 11.80 | $7,080.00 |
| P. G. Eisenberg | Partner | $600.00 | 0.90 | $540.00 |
| | | | **23.10** | **$13,860.00** |

### B250    Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.10 | $660.00 |
| O. F. Kuebel | Partner | $600.00 | 2.10 | $1,260.00 |
| | | | **3.20** | **$1,920.00** |

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.20 | $120.00 |
| | | | **0.20** | **$120.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 77.30 | $46,380.00 |
| O. F. Kuebel | Partner | $600.00 | 42.80 | $25,680.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: October 29, 2024
Invoice No.: 1891971
Page: 14

**B320   Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| R. W. Mouton | Partner | $600.00 | 5.00 | $3,000.00 |
| W.S. Bryant | Partner | $600.00 | 66.70 | $40,020.00 |
| K. Culbertson | Associate | $425.00 | 7.00 | $2,975.00 |
| A. St. Mary | Paralegal | $225.00 | 15.80 | $3,555.00 |
| D. Hidalgo | Paralegal | $125.00 | 0.60 | $75.00 |
| J Pollender | Research Assist | $225.00 | 0.10 | $22.50 |
| N. Peterson | Litigation Supp | $225.00 | 0.50 | $112.50 |
| | | | **215.80** | **$121,820.00** |

**TIMEKEEPER SUMMARY TOTALS**                                      **280.20**   **$159,462.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Postage | 75.90 |
| | TOTAL EXPENSES | $75.90 |

**TOTAL FEES**                                                          $159,462.50

**TOTAL EXPENSES**                                                       $75.90

**TOTAL FEES AND EXPENSES**                                         **$159,538.40**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

October 29, 2024
Invoice No.: 1891971

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through September 30, 2024

      File Number: 0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees ................................................................................................................................. $159,462.50

Total Expenses ............................................................................................................................... $75.90

Total Due this Statement................................................................................................................. $159,538.40

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

139381543v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>                              **Debtor.** [1] | **Case No. 20-10846**<br><br>**Section "A"**<br><br>**Chapter 11**<br><br>**Objection Deadline:  December 10, 2024** |

## MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP FOR OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024

1.       In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from October 1, 2024 through October 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.       A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.       A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,648,926.19.

### TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| October 1, 2024 through October 31, 2024 | |
|---|---:|
| Fees (at standard rates): | $225,653.00 |
| (Reduction due to reduced rates) | ($92,423.00) |
| (Further voluntary reductions) | ($1,440.00) |
| Fees (After all reductions): | $131,790.00 |
| Disbursements | $423.33 |
| **Total** | **$132,213.33** |

### VOLUNTARY REDUCTIONS

9.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $ 1,440.00 and 2.4 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10. In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before December 10, 2024, (the "Objection Deadline") setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$105,855.33**. This figure consists of (a) $105,432.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $131,790.00 for the Statement Period, and (b) $423.33 in expenses disbursed, which represents one hundred percent

AMERICA:0107766/00001: 140867420v.2

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: November 26, 2024.                    Respectfully submitted,

                                             Bradley C. Knapp (La #35867)
                                             Omer F. Kuebel, III (La #21682)
                                             Locke Lord LLP
                                             601 Poydras Street, Suite 2660
                                             New Orleans, Louisiana 70130-6036
                                             Telephone: (504) 558-5111
                                             Facsimile: (504) 558-5200
                                             Email: bknapp@lockelord.com
                                                    rkuebel@lockelord.com
                                              -and-

                                             */s/ W. Steven Bryant*
                                             W. Steven Bryant (*admitted pro hac vice*)
                                             Texas Bar. No. 24027413
                                             Federal I.D. No.  32913
                                             Locke Lord LLP
                                             600 Colorado Street, Ste. 2100
                                             Austin, Texas 78701
                                             Telephone: (512) 305-4726
                                             Facsimile: (512) 305-4800
                                             Email: sbryant@lockelord.com

                                             *Co-Counsel to the Official Committee of Unsecured Creditors*

4

# EXHIBIT A

AMERICA:0107766/00001: 140867420v.2

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 5.70 | $2,557.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 5.00 | $3,000.00 |
| B130 | ASSET DISPOSITION | 13.00 | $7,800.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 26.40 | $15,367.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 6.20 | $3,405.00 |
| B190 | OTHER CONTESTED MATTERS | 25.70 | $15,245.00 |
| B250 | REAL ESTATE | 8.80 | $5,280.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.50 | $525.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 131.90 | $78,610.00 |
| | **TOTAL FEES SOUGHT =** | **224.20** | **$131,790.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**
------------------------------- **BILLING PROFESSIONALS** -------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 78.1 | $600.00 | $46,860.00 |
| BCK | Knapp, Brad C. | Partner | 76.7 | $600.00 | $46,020.00 |
| WSB | Bryant, W. Steven | Partner | 53.1 | $600.00 | $31,860.00 |
| PGE | Eisenberg, Phillip G. | Partner | 2.0 | $600.00 | $1,200.00 |
| RWM | Mouton, W. Robert | Partner | 2.7 | $600.00 | $1,620.00 |
| AS | St. Mary, Amanda P. | Paralegal | 3.5 | $225.00 | $787.50 |
| KC | Culbertson, Katherine | Associate | 8.1 | $425.00 | $3,442.50 |
| | **TOTALS =** | | **224.20** | | **$131,790.00** |

## EXHIBIT C

AMERICA:0107766/00001: 140867420v.2

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | Westlaw Research | $139.57 |
| 10/08/24 | Outside Copy Costs 54288, Alliance Overnight Document Service LLC, Mail out copies | $141.88 |
| 10/23/24 | Outside Copy Costs 54481, Alliance Overnight Document Service LLC, Copy/mailing services | $141.88 |
|  | **TOTAL EXPENSES** | **$423.33** |

**EXHIBIT D**



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

November 25, 2024
Invoice No.: 1897461

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through October 31, 2024                    $132,213.33

File Number:        0107766.00001
Re:                 Bankruptcy of the Archdiocese of New Orleans

| | B110 Case Administration | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/24 | Prepare for and participate in the weekly standing call with the ANO team. | OFK | 0.60 | 360.00 |
| 10/08/24 | Attend today's standing weekly call with Debtor's counsel to address next steps in mediation and other issues (0.6) | BCK | 0.60 | 360.00 |
| 10/10/24 | Finalize and file the Committee's comment on the Debtor's motion to extend appointments of mediators (0.2); email correspondence with mailing team regarding mail delivery (0.1); email correspondence with B. Knapp regarding same (0.1). | AS | 0.40 | 90.00 |
| 10/14/24 | Revise motion to seal service list for order re-appointing Judge Zive as mediator (0.1); continue preparing disclosure statement for Committee plan (5.2). | BCK | 0.10 | 60.00 |
| 10/14/24 | Draft motion to seal service list and certificate of service related to Order extending appointment of mediator (.8); | AS | 0.80 | 180.00 |
| 10/15/24 | Finalize and e-file motion to seal service list and certificate of service related to Order extending appointment of mediator (.5); hand-deliver to court the sealed exhibit to the certificate of service (.4); email correspondence to copy service regarding service of same (.1); email correspondence with B. Knapp regarding same (.1). | AS | 1.10 | 247.50 |
| 10/15/24 | Prepare for and participate in standing weekly ANO call. | OFK | 0.60 | 360.00 |
| 10/16/24 | Review court memo regarding mediator appointment hearing (0.1); | BCK | 0.10 | 60.00 |
| 10/16/24 | Correspondence with court regarding plan mediator hearing (0.1); | BCK | 0.10 | 60.00 |

Atlanta ◆ Austin ◆ Boston ◆ Chicago ◆ Cincinnati ◆ Dallas ◆ Hartford ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ Miami ◆ Princeton ◆ New Orleans ◆ New York ◆ Providence ◆ San Francisco ◆ Stamford ◆ Washington DC ◆ West Palm Beach

140856023v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 2

| **B110 Case Administration** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/18/24 Receipt and review of court filings submitted by independent turnaround "expert" and correspond via email with him (.3). (NO CHARGE) | OFK | 0.00 | 0.00 |
| 10/22/24 Prepare for and participate in weekly standing ANO call. | OFK | 0.50 | 300.00 |
| 10/23/24 Receipt and review of proposed "expert" report submitted by non-party (0.3); correspond via email with state court counsel regarding this matter (0.1). (NO CHARGE) | OFK | 0.00 | 0.00 |
| 10/29/24 Prepare for and participate in standing weekly ANO call (.7); follow-up call with Mr. Stang (.1). | OFK | 0.80 | 480.00 |
| | | **5.70** | **$2,557.50** |

| **B120 Asset Analysis and Recovery** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/14/24 Correspond with state court counsel regarding the Christopher Homes (.3); | OFK | 0.30 | 180.00 |
| 10/14/24 Prepare for and participate in call regarding Christopher Homes assets and asset values (.5) | OFK | 0.50 | 300.00 |
| 10/14/24 Analyze issues related to Second Harvest assets (0.3). | OFK | 0.30 | 180.00 |
| 10/15/24 Draft, revise, and send document demand email regarding Christopher Homes to Douglas Draper, counsel for the Apostolates. | OFK | 0.50 | 300.00 |
| 10/25/24 Call with Mr. Draper regarding Christopher Homes (.2). | OFK | 0.20 | 120.00 |
| 10/25/24 Correspond on Christopher Homes value issues with Mr. Draper, Elliot White and BRG (.5); | OFK | 0.50 | 300.00 |
| 10/28/24 Prepare for and participate in call with ANO, Lee Egan, and Douglas Draper regarding Christopher Homes. | OFK | 0.40 | 240.00 |
| 10/29/24 Correspond via email with the bankruptcy counsel team regarding various valuation and sale issues presented by a potential Christopher Homes transaction. | OFK | 0.50 | 300.00 |
| 10/30/24 Meet with Douglas Draper regarding Christoper Homes issues (.3); correspond with Elliot White and follow-up due diligence on Christopher Homes valuation issues (.4). | OFK | 0.70 | 420.00 |
| 10/31/24 Analyze data provided by the Debtor regarding Christopher Homes and send that information to BRG (.2); | OFK | 0.20 | 120.00 |
| 10/31/24 Correspond with Mr. Draper and Mr. White regarding Christopher Homes issues (.4); further email correspondence regarding this matter (.2). | OFK | 0.60 | 360.00 |
| 10/31/24 Correspond via email with the BRG team about this information.(.3). | OFK | 0.30 | 180.00 |
| | | **5.00** | **$3,000.00** |

| **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/01/24 Analyze issues related to the Hope Haven sale (0.2); communicate with the bankruptcy counsel team and state-court counsel regarding these sale issues (0.4). | OFK | 0.60 | 360.00 |
| 10/02/24 Further review and analyze proposed Hope Haven sale terms. | OFK | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 3

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/03/24 | Multiple emails regarding draft documents relevant to pending real estate sales (.4); draft and send email on Hope Haven sale (.1); further address these issues with Sen. Pat Connick (.3). | OFK | 0.80 | 480.00 |
| 10/04/24 | Review and analyze email correspondence regarding potential real-estate sale offers (0.3); review and analyze Commercial Committee correspondence related to such sales (0.1). | OFK | 0.40 | 240.00 |
| 10/07/24 | Further draft and revise sale report to the Committee on the Hope Haven sale process. | OFK | 0.40 | 240.00 |
| 10/09/24 | Multiple correspondence regarding real estate sales including Dauphine, Hope Haven, and others. | OFK | 0.50 | 300.00 |
| 10/10/24 | Correspond with state court counsel on real estate questions and the Debtor's potential counter on the Hope Haven offer. | OFK | 0.50 | 300.00 |
| 10/10/24 | Correspond via email with Committee and state-court counsel regarding the various offers on the Dauphine property. | OFK | 0.20 | 120.00 |
| 10/11/24 | Multiple correspondence on pending real estate transactions with state court counsel, debtor counsel and commercial committee. | OFK | 0.60 | 360.00 |
| 10/14/24 | Correspond via email with bankruptcy counsel team regarding Hope Haven sale offer. | OFK | 0.50 | 300.00 |
| 10/15/24 | Further analyze issues related to the Hope Haven sale and correspond regarding same (0.5). (NO CHARGE) | OFK | 0.00 | 0.00 |
| 10/17/24 | Further analyze various issues related to the Debtor's potential real-estate sales. | OFK | 0.50 | 300.00 |
| 10/18/24 | Call regarding Hope Haven sale status (.1); edit and revise inserts to the proposed Purchase Agreement regarding the sale timing and deed covenant (.8); analyze these issues with Rob Mouton (0.2). | OFK | 1.10 | 660.00 |
| 10/18/24 | Call with R. Kuebel regarding the Hope Haven Purchase Agreement and Deed Covenant. | RWM | 0.20 | 120.00 |
| 10/21/24 | Correspond regarding real estate sales for the Hope Haven and Dauphine properties. | OFK | 0.30 | 180.00 |
| 10/22/24 | Edit and revise insert to the Hope Haven PSA regarding the survivor memorial. | OFK | 0.70 | 420.00 |
| 10/22/24 | Correspondence with Committee regarding potential Hope Haven transaction. | BCK | 0.10 | 60.00 |
| 10/23/24 | Multiple correspondence/calls with state court counsel on sale of Hope Haven email and approval vote. | OFK | 0.70 | 420.00 |
| 10/23/24 | Correspond via email from R. Kuebel regarding the Hope Haven property (0.1); review counteroffer letter from Jefferson Parish (D. Bonano) regarding the potential purchase (0.1); draft email to R. Kuebel regarding this matter (0.1); analyze key issues related to the potential purchase with R. Kuebel (0.1); analyze Google Maps re: property and building location (0.1); evaluate building restrictions and other options, as well as the Louisiana Code, to ensure the enforceability of applicable title covenant (0.2) | RWM | 0.70 | 420.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 4

| | **B130 Asset Disposition** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/24 | Review Civil Code Article 1978 re: Stipulations Pour Autrui and cases thereunder addressing the enforceability of same as title covenants in connection with the Hope Haven Purchase and Sale Agreement (0.5); analyze cases relevant to this analysis with M. Richardson (0.2); draft proposed insert to Purchase Agreement (0.6); correspond via email with Rick Kuebel and M. Richardson re: this research (0.2); further analyze revised draft language forwarded by Mr. Kuebel (0.2); correspond via email with Mr. Kuebel about this matter (0.1). | RWM | 1.80 | 1,080.00 |
| 10/24/24 | Draft and forward to Mark Mintz an email providing him with an insert to the Hope Haven Purchase Agreement that addresses the proposed survivor memorial (.7); further correspondence regarding the Hope Haven sale (.2); receipt and review of email correspondence from Samantha Oppenheim regarding sale of priest retreat and reply to Ms. Oppenheim about this matter (.3). | OFK | 1.20 | 720.00 |
| 10/25/24 | Correspond via email with Jefferson Parish personnel regarding Hope Haven sale offer. | OFK | 0.20 | 120.00 |
| 10/28/24 | Correspond regarding real estate sales (Dauphine/Hope Haven) and discuss with ANO team. | OFK | 0.40 | 240.00 |
| | | | **13.00** | **$7,800.00** |

| | **B150 Meetings & Communications with Creditors** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/24 | Attend Committee meeting regarding plan and mediation processes (1.5); | BCK | 1.50 | 900.00 |
| 10/01/24 | Participate in plan-focused Committee call. | OFK | 1.50 | 900.00 |
| 10/01/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.5) | KC | 1.50 | 637.50 |
| 10/01/24 | Prepare for today's Committee meeting (0.1); attend and participate in today's plan-focused Committee meeting addressing multiple, outstanding issues (1.5). | WSB | 1.60 | 960.00 |
| 10/02/24 | Correspond via email with the bankruptcy counsel team regarding today's state-court counsel town hall (0.2) | WSB | 0.20 | 120.00 |
| 10/02/24 | Conferences with multiple pro se survivors regarding case status (0.3); prepare for state court counsel conference regarding case status (0.5); attend state-court counsel town hall regarding case status (1.0); conference with additional state court counsel regarding service issues (0.1). | BCK | 1.90 | 1,140.00 |
| 10/02/24 | Prepare for state-court counsel town hall (0.2); participate in state court counsel town hall on plan (1.0); review/edit town hall PowerPoint (.3); call with state court counsel on multiple plan and mediation issues (.5). | OFK | 2.00 | 1,200.00 |
| 10/02/24 | Attend and participate in today's state-court counsel town hall meeting (1.0); | WSB | 1.00 | 600.00 |
| 10/07/24 | Draft Committee agenda for upcoming meeting (0.2); conference with Committee member regarding upcoming meeting (0.1); correspondence with pro se claimant regarding case status (0.1). | BCK | 0.40 | 240.00 |
| 10/07/24 | Correspond with survivor regarding questions on status/reports and ANO press coverage. | OFK | 0.30 | 180.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 5

| | B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/24 | Prepare for and report to Committee and state-court counsel at today's Committee meeting (1.2); follow-up emails with state-court counsel on real estate and plan-mediation issue (.5); call with Soren Gisleson regarding these issues (.4). | OFK | 2.10 | 1,260.00 |
| 10/08/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.2) | KC | 1.20 | 510.00 |
| 10/08/24 | Conference with pro se claimant regarding case status (0.1); attend Committee meeting (1.2); analysis of pro se survivor claimant information requests and response strategy (0.4). | BCK | 1.70 | 1,020.00 |
| 10/08/24 | Host Committee meeting and address multiple issues raised during the meeting (1.2); correspond via email with Pat Moody regarding matters addressed during today's meeting (0.1) | WSB | 1.30 | 780.00 |
| 10/09/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 10/10/24 | Correspondence with pro se claimant regarding case status (0.3); conference with pro se claimant regarding case status (0.3). | BCK | 0.60 | 360.00 |
| 10/14/24 | Correspond with Soren Gisleson regarding multiple, case-related matters. | OFK | 0.30 | 180.00 |
| 10/14/24 | Correspondence with Committee regarding case status. | BCK | 0.10 | 60.00 |
| 10/15/24 | Correspondence with pro se survivors regarding mediator reappointment (0.2). | BCK | 0.20 | 120.00 |
| 10/16/24 | Correspondence with pro se claimant regarding case status (0.3); conference with counsel to multiple survivors regarding case status (0.2). | BCK | 0.50 | 300.00 |
| 10/16/24 | Multiple emails with state court counsel regarding UCC plan issues. | OFK | 0.70 | 420.00 |
| 10/17/24 | Conference with pro se survivor claimant regarding plans of reorganization and case status. | BCK | 0.70 | 420.00 |
| 10/18/24 | Correspondence with state court counsel for claimants regarding case status. | BCK | 0.10 | 60.00 |
| 10/21/24 | Conference with state court counsel for a claimant regarding case status (0.7); conference with Committee chair regarding case status (0.2). | BCK | 0.90 | 540.00 |
| 10/21/24 | Correspond via email with proposed revisions to the forthcoming Committee meeting agenda. | OFK | 0.20 | 120.00 |
| 10/22/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 10/23/24 | Conference with pro se claimant regarding updated contact information and case status. | BCK | 0.30 | 180.00 |
| 10/24/24 | Meet with multiple pro se survivors regarding case status and next steps. | BCK | 0.70 | 420.00 |
| 10/25/24 | Address issues related to records access with state court counsel. | OFK | 0.30 | 180.00 |
| 10/25/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 10/28/24 | Edit and revise the agenda for tomorrow's Committee meeting (0.1); correspond via email with Brad Knapp regarding tomorrow's Committee meeting and related matters (0.3). | WSB | 0.40 | 240.00 |

**B150 Meetings & Communications with Creditors**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/28/24 | Conferences with multiple pro se claimants regarding case status and next steps in plan process (0.5); draft Committee meeting agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.80 | 480.00 |
| 10/28/24 | Edit and revise agenda for tomorrow's Committee meeting. | OFK | 0.20 | 120.00 |
| 10/29/24 | Correspondence with pro se survivor regarding case status. | BCK | 0.10 | 60.00 |
| 10/30/24 | Conference with pro se claimant regarding address updates (0.1); conference with pro se claimant regarding case status (0.4). | BCK | 0.50 | 300.00 |
| 10/31/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| | | | **26.40** | **$15,367.50** |

**B160 Fee/Employment Applications**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/24 | Draft email to the Debtor's counsel regarding certain fee amounts and related matters (0.2); draft, edit, and revise Locke Lord's monthly interim fee statement for September 2024 (1.4). | WSB | 1.60 | 960.00 |
| 10/24/24 | Continue drafting the Locke Lord monthly fee statement. | WSB | 1.60 | 960.00 |
| 10/29/24 | Further draft, edit, and revise the Locke Lord monthly fee statement (0.8); correspond via email with Katee Culbertson regarding the service of the fee statements (0.1). | WSB | 0.90 | 540.00 |
| 10/29/24 | Draft and revise monthly fee statements for September 1, 2024 through September 30, 2024. | KC | 0.30 | 127.50 |
| 10/30/24 | Finalize Locke Lord's monthly fee statements for September 1, 2024 through September 30, 2024 (1.2); draft email to notice parties containing the monthly fee statements (.2); forward the monthly fee statements to the notice parties (0.1). | KC | 1.50 | 637.50 |
| 10/30/24 | Draft, edit, and revise the Locke Lord monthly fee statement (1.2--NO CHARGE); correspond via email with the Committee Chair regarding the Locke Lord monthly fee statement (0.2); correspond via email with Katee Culbertson concerning both the Locke Lord monthly fee statement and the Zobrio fee statement (0.1). | WSB | 0.30 | 180.00 |
| | | | **6.20** | **$3,405.00** |

**B190 Other Contested Matters**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/24 | Multiple email correspondence with M3 team on these issues (0.7); | OFK | 0.70 | 420.00 |
| 10/02/24 | Meet with BRG and M3 team regarding financial analysis (0.7); | OFK | 0.70 | 420.00 |
| 10/02/24 | Work with BRG on financial analysis in preparation for M3 meeting (0.6); | OFK | 0.60 | 360.00 |
| 10/02/24 | Meet with BRG team regarding additional economic analysis for M3 expert work (0.6); analysis of Apostolate inquiry regarding M3 expert work (0.1). | BCK | 0.70 | 420.00 |
| 10/03/24 | Correspond with BRG and the bankruptcy counsel team regarding further financial analysis requests from M3 and its counsel (.5); continue analyzing these financial requests and prepare responses (1.2). | OFK | 1.70 | 1,020.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 7

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/04/24 | Multiple correspondence from BRG and UCC team on M3 analysis requests and draft report (.5); | OFK | 0.50 | 300.00 |
| 10/07/24 | Review additional BRG financial analysis to address M3 inquiry (0.4); attend meeting with M3 regarding financial issues and plan structures (1.5). | BCK | 1.90 | 1,140.00 |
| 10/07/24 | Call with Douglas Draper and Jim Stang regarding Apostolate asset questions in connection with the M3 investigation (.5); Prepare for and participate in BRG/M3 call regarding asset valuation/ability to pay (1.5); work on apostolate asset analysis and draft/revise and send email to BRG regarding same (1.0). | OFK | 3.00 | 1,800.00 |
| 10/08/24 | Correspond with ANO team on multiple issues related to the M3 investigation and forthcoming report. | OFK | 0.30 | 180.00 |
| 10/08/24 | Correspond with BRG team and prepare responses to the M3 requests regarding the Apostolates (including ability to pay) (1.4); call with Mr. Draper regarding same (.2). | OFK | 1.60 | 960.00 |
| 10/10/24 | Review updated BRG materials for M3 analysis (0.3); participate in a portion of the conference with M3 team regarding financial diligence for expert report (0.6). | BCK | 0.90 | 540.00 |
| 10/10/24 | Prepare for and participate in call addressing Debtor assets and ability to pay with BRG and M3 teams (1.2) | OFK | 1.20 | 720.00 |
| 10/11/24 | Call from state court counsel on report regarding M3 (.4); analyze related correspondence and discuss with Jim Stang (.7). | OFK | 1.10 | 660.00 |
| 10/14/24 | Correspond with M3 and Douglas Draper (counsel for the Apostolates) regarding asset identification and valuation issues (.5) | OFK | 0.50 | 300.00 |
| 10/24/24 | Review and analyze M3 expert report. | BCK | 1.40 | 840.00 |
| 10/24/24 | Review and analyze the report filed by the Court's retained expert (1.3); analyze with the bankruptcy counsel team various issues presented by the expert report (0.3). | WSB | 1.60 | 960.00 |
| 10/24/24 | Analyze issues presented by the court-appointed expert report with Jim Stang (.5); further correspond via email regarding M-3 report and discuss with state court counsel (.4). | OFK | 0.90 | 540.00 |
| 10/25/24 | Review order setting hearing regarding M3 expert report. | BCK | 0.10 | 60.00 |
| 10/25/24 | Review and analyze the M3 expert report. | WSB | 2.00 | 1,200.00 |
| 10/28/24 | Analysis of examiner issues related to M3 expert recommendation. | BCK | 0.60 | 360.00 |
| 10/28/24 | Correspond regarding M3 report and assess potential response with Committee co-counsel (.5); work on outline of response points on M3 report (.6); continued work on outline of M3 response (.5). | OFK | 1.60 | 960.00 |
| 10/28/24 | Research and analyze precedent for (i) appointment of bankruptcy examiner in a religious-entity case, (ii) religious freedom implications, and (iii) examiner powers (.8); prepare email correspondence to B. Knapp, S. Bryant and R. Kubel relating to same (.2) | KC | 1.00 | 425.00 |
| 10/29/24 | Analysis of response strategy for M3 recommendations. | BCK | 0.60 | 360.00 |
| 10/31/24 | Receipt and review of email correspondence from Mark Mintz regarding the proposed Protective Order in connection with informational demands from Bill Arata. | OFK | 0.50 | 300.00 |
| | | | **25.70** | **$15,245.00** |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 8

| | **B250 Real Estate** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/24 | Participate in today's real-estate meeting with the Debtor, the Commercial Committee, and McEnery and address multiple outstanding topics. | WSB | 0.60 | 360.00 |
| 10/10/24 | Analysis of revised Debtor real estate chart (1.3); correspondence with S. Oppenheim regarding real estate chart (0.1). | BCK | 1.40 | 840.00 |
| 10/11/24 | Continued analysis of revised real estate information from Debtor and Apostolates. | BCK | 1.20 | 720.00 |
| 10/16/24 | Correspond with state court counsel on real estate issues, various pending sales, and the ANO's real property list | OFK | 0.50 | 300.00 |
| 10/17/24 | Continued analysis of updated ANO real estate data. | BCK | 0.60 | 360.00 |
| 10/18/24 | Continued analysis of Debtor and Apostolate real estate information. | BCK | 1.70 | 1,020.00 |
| 10/24/24 | Continued analysis of Debtor and Apostolate real estate values. | BCK | 0.30 | 180.00 |
| 10/28/24 | Continue to review records related to Debtor and Apostolate real estate (0.6); conference with B. Benton regarding Debtor and Apostolate real estate value (0.3). | BCK | 0.90 | 540.00 |
| 10/29/24 | Continued analysis of ANO real estate assets (1.0); prepare schedule of assets (0.6). | BCK | 1.60 | 960.00 |
| | | | **8.80** | **$5,280.00** |

| | **B310 Claims Administration and Objections** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/24 | Correspondence with claims agent regarding information requests related to claims. | BCK | 0.10 | 60.00 |
| 10/10/24 | Conference with M. Mintz regarding claim issues related to certain survivor claimant. | BCK | 0.20 | 120.00 |
| 10/14/24 | Email correspondence to copy service regarding service of same (.1); | AS | 0.10 | 22.50 |
| 10/14/24 | Updating service list to reflect up-to-date survivor mailing addresses (.5); | AS | 0.50 | 112.50 |
| 10/14/24 | Email correspondence with B. Knapp regarding same (.1). | AS | 0.10 | 22.50 |
| 10/21/24 | Conference with counsel for deceased survivor regarding potential claim transfer. | BCK | 0.10 | 60.00 |
| 10/28/24 | Review motion to file late-filed claim. | BCK | 0.10 | 60.00 |
| 10/30/24 | Update survivor-claimant addresses on claims list. | AS | 0.30 | 67.50 |
| | | | **1.50** | **$525.00** |

| | **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/24 | Continue preparing materials for state court counsel meeting (0.9). | BCK | 0.90 | 540.00 |
| 10/01/24 | Conference with Debtor and counsel for US Fire regarding discovery and plan issues (0.5); | BCK | 0.50 | 300.00 |
| 10/01/24 | Prepare for and participate in a portion of the plan mediation session with Judge Zive and ANO. | OFK | 2.20 | 1,320.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/01/24 | Participate in today's mediation session with Judge Zive involving the Committee, the Apostolates, and the Debtor to evaluate the differences between the two competing plans and related matters (3.4); correspond via email with Brad Knapp regarding today's session and issues related to the pending disclosure statement (0.1). | WSB | 3.50 | 2,100.00 |
| 10/01/24 | Attend plan mediation session with Judge Zive (3.4) | BCK | 3.40 | 2,040.00 |
| 10/02/24 | Conference with state court counsel regarding mediator issues. | BCK | 0.20 | 120.00 |
| 10/02/24 | Draft and revise the Committee disclosure statement (.9); email correspondence to B. Knapp and S. Bryant regarding same (.2) | KC | 1.10 | 467.50 |
| 10/02/24 | Attend meeting with BRG regarding the competing economics of the Debtor's and the Committee's plans (1.1); | WSB | 1.10 | 660.00 |
| 10/02/24 | Begin reviewing the draft disclosure statement (0.5). | WSB | 0.50 | 300.00 |
| 10/02/24 | Continue reviewing the Committee's draft disclosure statement (0.5); | WSB | 0.50 | 300.00 |
| 10/02/24 | Correspond on Apostolate and plan opt-in/opt-out issues (.5). | OFK | 0.50 | 300.00 |
| 10/03/24 | Review updates regarding the status of insurance discussions in connection with the continuing mediation. | BCK | 0.20 | 120.00 |
| 10/03/24 | Multiple correspondence with Iain Nasatir regarding insurance/plan issues and mediator update. | OFK | 0.70 | 420.00 |
| 10/04/24 | Correspond with Mr. Draper and Mr. Stang on plan treatment issues (.5); | OFK | 0.50 | 300.00 |
| 10/04/24 | Correspond via email with the bankruptcy counsel team regarding real-estate valuation updates in connection with the plan process. | OFK | 0.40 | 240.00 |
| 10/04/24 | Draft, edit, and revise the Survivor Summary of the Committee's Chapter 11 Plan to accompany the Committee's Disclosure Statement (4.0); correspond via email with Brad Knapp regarding the Survivor Summary (0.1); further edit and revise the Survivor Summary (0.5). | WSB | 4.60 | 2,760.00 |
| 10/04/24 | Analysis of next steps for disclosure statement revisions. | BCK | 0.20 | 120.00 |
| 10/04/24 | Work on plan and potential settlement issues (.7); | OFK | 0.70 | 420.00 |
| 10/04/24 | Multiple correspondence on insurance mediation updates and retention (.5) | OFK | 0.50 | 300.00 |
| 10/04/24 | Call with Commercial Committee regarding plan question (.2). | OFK | 0.20 | 120.00 |
| 10/07/24 | Further draft, edit, and revise the Survivor Summary to accompany the Committee Disclosure Statement (3.5); attend today's meeting with BRG to address Committee plan-related issues, including the bequest-donation provision (1.0); further edit and revise the Survivor Summary (2.0). | WSB | 6.50 | 3,900.00 |
| 10/07/24 | Attend a portion of the meeting with BRG to address the financial structure for plan to and plan-donation provision issues (0.5); analysis of Apostolate contribution issues (0.4); continued analysis of disclosure statement structure (1.2). | BCK | 2.10 | 1,260.00 |
| 10/07/24 | Call with the BRG team regarding potential settlement responses and plan reformulation (1.0); correspond with Andy Caine regarding status of revisions to the non-monetary plan provisions (.2). | OFK | 1.20 | 720.00 |
| 10/08/24 | Meet with Jim Stang after today's standing ANO call to evaluate various plan-mediation issues. | OFK | 0.40 | 240.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/08/24 | Continued analysis of disclosure statement and solicitation strategy (0.3). | BCK | 0.30 | 180.00 |
| 10/08/24 | Meet with the bankruptcy counsel team after today's Committee meeting to address the various plan-related issues raised during the meeting (0.3); draft, edit, and revise the Survivor Summary to the Disclosure Statement (3.0); begin drafting the Solicitation Motion (0.6). | WSB | 3.90 | 2,340.00 |
| 10/09/24 | Draft Committee response regarding mediator appointments (0.3); continue preparing disclosure statement (1.8). | BCK | 2.10 | 1,260.00 |
| 10/09/24 | Edit and revise the proposed communication with the Debtor's counsel regarding Traveler's demand for further document production (0.3); analyze plan-related issues with Rick Kuebel (0.4); draft, edit, and revise the Survivor Summary of the proposed Chapter 11 Committee plan (3.1). | WSB | 3.80 | 2,280.00 |
| 10/09/24 | Continued work on Apostolate ability to pay and related due diligence with BRG. | OFK | 0.70 | 420.00 |
| 10/09/24 | Multiple correspondence with Jim Stang and state court counsel regarding Plan mediation issues. | OFK | 0.80 | 480.00 |
| 10/10/24 | Call with Mr. Draper regarding Apostolate ability to pay questions (.3); | OFK | 0.30 | 180.00 |
| 10/10/24 | Revise Survivor Summary for plan disclosure materials (0.5); continue preparing disclosure statement materials (0.9). | BCK | 1.40 | 840.00 |
| 10/10/24 | Continue editing and revising the Survivor Summary to accompany the Committee Plan and Disclosure Statement (1.8); correspond via email with Brad Knapp regarding the preparation of the Disclosure Statement (0.1). | WSB | 1.90 | 1,140.00 |
| 10/10/24 | Follow-up work on potential Apostolate contribution and email BRG regarding this issue (.8); . | OFK | 0.80 | 480.00 |
| 10/10/24 | Further due diligence on Apostolate ability to pay issues (.5). | OFK | 0.50 | 300.00 |
| 10/11/24 | Correspond via email with the bankruptcy counsel team regarding the Survivor Summary and related matters (0.1); continue drafting the Solicitation Motion (0.4). | WSB | 0.50 | 300.00 |
| 10/11/24 | Continue drafting disclosure statement for Committee plan. | BCK | 3.30 | 1,980.00 |
| 10/11/24 | Follow-up call with Jim Stang regarding plan votes and participation from certain affiliated survivor groups. | OFK | 0.50 | 300.00 |
| 10/11/24 | Correspond on Apostolate ability to pay analysis and due diligence. | OFK | 0.80 | 480.00 |
| 10/14/24 | Correspond via email with the bankruptcy counsel team regarding analysis of non-monetary plan provisions. | OFK | 0.40 | 240.00 |
| 10/14/24 | Revise motion to seal service list for order re-appointing Judge Zive as mediator (0.1); continue preparing disclosure statement for Committee plan (5.2). | BCK | 5.20 | 3,120.00 |
| 10/15/24 | Continue preparing disclosure statement (2.6); | BCK | 2.60 | 1,560.00 |
| 10/15/24 | Conference with Debtor team regarding plan mediation next steps (1.0); | BCK | 1.00 | 600.00 |
| 10/15/24 | Analyze with Jim Stang additional plan-related issues. | OFK | 0.60 | 360.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 11

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/15/24 | Further draft, edit, and revise the Survivor Summary (3.6); continue drafting the Solicitation Motion (0.3); analyze issues related to the Survivor Summary with Brad Knapp (0.2); forward the finalized Survivor Summary to the bankruptcy counsel team for their review and comment (0.1). | WSB | 4.20 | 2,520.00 |
| 10/16/24 | Correspond via email with the bankruptcy counsel team regarding further revisions to the Survivor Summary (0.1); continue drafting the Solicitation Motion (0.5). | WSB | 0.60 | 360.00 |
| 10/16/24 | Multiple emails with state court counsel regarding insurance treatment issues (.8); work with Mr. Stang on plan confirmation claim treatment issues (.5). | OFK | 1.30 | 780.00 |
| 10/16/24 | Continue preparing disclosure statement materials (1.2). | BCK | 1.20 | 720.00 |
| 10/16/24 | Analysis of revised survivor summary for disclosure statement (0.4); | BCK | 0.40 | 240.00 |
| 10/16/24 | Analysis of revised proposed trust allocation protocol (0.4); | BCK | 0.40 | 240.00 |
| 10/17/24 | Correspond/work on Apostolate ability to pay issues (.4); address issues related to the proposed plan structure and the potential Apostolate settlement (.5); correspond with state court counsel and participate in call on UCC plan and pertinent claim-value matrix (.8). | OFK | 1.70 | 1,020.00 |
| 10/17/24 | Continued analysis of trust allocation protocol options. | BCK | 1.20 | 720.00 |
| 10/17/24 | Further edit and revise the Survivor Statement in preparation for transmitting it to the Committee Chair for her review (0.8). | WSB | 0.80 | 480.00 |
| 10/18/24 | Finalize and serve the Committee's Responses and Objections to U.S. Fire's Request for Production from the Committee in connection with the Committee's Chapter 11 Plan of Reorganization. | AS | 0.20 | 45.00 |
| 10/18/24 | Correspond via email with the bankruptcy counsel team regarding the Survivor Summary and the Solicitation Procedures Motion. | WSB | 0.20 | 120.00 |
| 10/18/24 | Meet with Committee Chair regarding plan of reorganization issues (0.5); continue revising disclosure statement materials (0.7). | BCK | 1.20 | 720.00 |
| 10/18/24 | Call with Commercial Committee counsel regarding plan issues (.3); call with Mr. Stang on plan mediation and voting issues (.5); correspond via email regarding the further revisions to the non-monetary provisions (.3); address multiple plan and insurance-related issues with the bankruptcy counsel team (.5). | OFK | 1.60 | 960.00 |
| 10/21/24 | Continue preparing disclosure statement for Committee plan. | BCK | 2.60 | 1,560.00 |
| 10/21/24 | Correspond via email with Jim Stang regarding the U.S. Trustee's objection to opt-out provisions in the plan filed by the Diocese of Syracuse (.4); correspond regarding non-monetary plan provisions (.3); call with Commercial Committee counsel regarding tort (non-abuse) plan treatment (.4); follow-up on various issues related to the tort (non-abuse) claims. (.2). | OFK | 1.30 | 780.00 |
| 10/22/24 | Further analyze Apostolate ability to pay and asset issues in connection with plan mediation. | OFK | 0.60 | 360.00 |
| 10/22/24 | Draft edits to the plan and disclosure statement and forward them to B. Knapp for his review and comment (.5); multiple emails with UCC members and state-court counsel regarding non-monetary plan protections (.5); correspond via email with state court counsel regarding further revised non-monetary provisions (.8), Call with claimant regarding non-monetary provisions (.4). | OFK | 2.20 | 1,320.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 12

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/22/24 | Continue drafting disclosure statement (3.1); conference with Debtor counsel regarding plan negotiations (0.8). | BCK | 3.90 | 2,340.00 |
| 10/23/24 | Continue preparing disclosure statement materials (3.9); analysis of non-monetary plan provision revisions from Debtor counsel (0.5). | BCK | 4.40 | 2,640.00 |
| 10/23/24 | Analyze plan-and-disclosure statement process with Rick Kuebel, including analysis of various next-step scenarios. | PGE | 2.00 | 1,200.00 |
| 10/23/24 | Multiple correspondence on non-monetaries with Andy Caine and Jim Stang (.5); correspond via email with state court counsel on non-monetary redline and remaining open issues (.5); correspond on Apostolate asset valuation and potential plan opt-in/opt-out issues (.8); prepare for and participate in UCC call regarding non-monetary plan provisions with Committee member counsel and Mr. Caine (.6); draft plan and disclosure statement inserts (.3). | OFK | 2.70 | 1,620.00 |
| 10/24/24 | Call with Mr. Draper on multiple Apostolate value and plan issues (.4); analyze disclosure statement objection raised by lender in the Rockville Diocese case and address issues raised in that objection in the draft Committee disclosure statement (.7); correspond via email with state court counsel regarding further revisions to the non-monetary plan provisions (.8). | OFK | 1.90 | 1,140.00 |
| 10/24/24 | Work on Apostolate values and ability-to-pay issues (0.2); identify key missing data and forward to BRG for their further review and analysis (0.4) | OFK | 0.60 | 360.00 |
| 10/24/24 | Revise Survivor Summary of plan for disclosure process (0.6); continue preparing disclosure materials (1.8). | BCK | 2.40 | 1,440.00 |
| 10/25/24 | Continue drafting the Solicitation Motion (1.3); participate in meeting with BRG regarding the competing plans and related matters (0.9); edit and finalize the Survivor Statement (2.2) | WSB | 4.40 | 2,640.00 |
| 10/25/24 | Analysis of non-monetary plan provisions and next steps to address prevention of child abuse (0.7); examine additional economic analysis needed for plan negotiations (1.0); continue preparing disclosure materials (0.9). | BCK | 2.60 | 1,560.00 |
| 10/25/24 | Prepare for and participate in call with state court counsel regarding non-monetary plan provisions. | OFK | 1.00 | 600.00 |
| 10/25/24 | Prepare for and participate in call with BRG team regarding outstanding financial information requests related to the plan process (1.0); | OFK | 1.00 | 600.00 |
| 10/28/24 | Draft edits and revisions to the Committee disclosure statement (.8); multiple emails on ANO compromise on non-monetary plan provisions (.3); prepare for and participate in call with BRG on ANO ability-to-pay analysis (1.2). | OFK | 2.30 | 1,380.00 |
| 10/28/24 | Meet with the BRG team regarding the Committee Plan and evaluate potential alternatives to the Archdiocese bequest provision contained in the Committee Plan. | WSB | 0.50 | 300.00 |
| 10/29/24 | Conference with Debtor and Apostolate counsel regarding next steps for plan mediation and non-monetary provisions (0.9); attend Committee meeting regarding plan process and next steps (1.5). | BCK | 2.40 | 1,440.00 |
| 10/29/24 | Attend today's Committee meeting to address various outstanding plan and plan-confirmation issues facing the Committee and its constituency (1.5) | KC | 1.50 | 637.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 13

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/29/24 | Extended telephone meeting with Commercial Committee counsel regarding plan issues (0.2); correspond with the Committee members regarding non-monetary plan provisions (.2); prepare for and participate and report to UCC on real estate/plan issues (1.5). | OFK | 1.90 | 1,140.00 |
| 10/29/24 | Correspond with Mr. Caine on non-monetary plan issues (.3); work on ability-to-pay and plan structure issues (.8). | OFK | 1.10 | 660.00 |
| 10/30/24 | Meet with Committee member's state-court counsel in preparation for the next mediation session. | OFK | 0.40 | 240.00 |
| 10/30/24 | Correspond regarding non-monetary plan issues (.4); prepare for and participate in call with BRG regarding ANO and Apostolate ability-to-pay analysis (1.5). | OFK | 1.90 | 1,140.00 |
| 10/30/24 | Analyze proposed revisions to the Committee plan to address likely Debtor objections. | WSB | 0.50 | 300.00 |
| 10/31/24 | Meet with BRG to review plan-related issues concerning, among other things, the Debtor's disclosure-statement projections, BRG's ability-to-pay analysis for the ANO, next week's mediation session, and the ANO bequest provision (1.6); analyze the Second Harvest documentation provided by the Debtor (0.4). | WSB | 2.00 | 1,200.00 |
| 10/31/24 | Continued analysis of available assets in preparation for upcoming mediation session (1.5); review supplemental productions related to certain Apostolates in preparation for mediation session (2.1). | BCK | 3.60 | 2,160.00 |
| 10/31/24 | Attend a portion of a scheduled meeting with BRG to analyze ability-to-pay issues and prepare for the forthcoming mediation session (1.2); | OFK | 1.20 | 720.00 |
| | | | **131.90** | **$78,610.00** |

**TOTAL FEES** $131,790.00

**TIMEKEEPER SUMMARY:**

**B110   Case Administration**

| B. C. Knapp | Partner | $600.00 | 0.90 | $540.00 |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 2.50 | $1,500.00 |
| A. St. Mary | Paralegal | $225.00 | 2.30 | $517.50 |
| | | | **5.70** | **$2,557.50** |

**B120   Asset Analysis and Recovery**

| O. F. Kuebel | Partner | $600.00 | 5.00 | $3,000.00 |
|---|---|---|---|---|
| | | | **5.00** | **$3,000.00** |

Official Committee of Unsecured Creditors
File No.:  0107766.00001

Invoice Date: November 25, 2024
Invoice No.:  1897461
Page:  14

**B130    Asset Disposition**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.10 | $60.00 |
| O. F. Kuebel | Partner | $600.00 | 10.20 | $6,120.00 |
| R. W. Mouton | Partner | $600.00 | 2.70 | $1,620.00 |
| | | | **13.00** | **$7,800.00** |

**B150    Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 11.60 | $6,960.00 |
| O. F. Kuebel | Partner | $600.00 | 7.60 | $4,560.00 |
| W.S. Bryant | Partner | $600.00 | 4.50 | $2,700.00 |
| K. Culbertson | Associate | $425.00 | 2.70 | $1,147.50 |
| | | | **26.40** | **$15,367.50** |

**B160    Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 4.40 | $2,640.00 |
| K. Culbertson | Associate | $425.00 | 1.80 | $765.00 |
| | | | **6.20** | **$3,405.00** |

**B190    Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 6.20 | $3,720.00 |
| O. F. Kuebel | Partner | $600.00 | 14.90 | $8,940.00 |
| W.S. Bryant | Partner | $600.00 | 3.60 | $2,160.00 |
| K. Culbertson | Associate | $425.00 | 1.00 | $425.00 |
| | | | **25.70** | **$15,245.00** |

**B250    Real Estate**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 7.70 | $4,620.00 |
| O. F. Kuebel | Partner | $600.00 | 0.50 | $300.00 |
| W.S. Bryant | Partner | $600.00 | 0.60 | $360.00 |
| | | | **8.80** | **$5,280.00** |

140856023v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 15

### B310    Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.50 | $300.00 |
| A. St. Mary | Paralegal | $225.00 | 1.00 | $225.00 |
| | | | **1.50** | **$525.00** |

### B320    Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 49.70 | $29,820.00 |
| O. F. Kuebel | Partner | $600.00 | 37.40 | $22,440.00 |
| P. G. Eisenberg | Partner | $600.00 | 2.00 | $1,200.00 |
| W.S. Bryant | Partner | $600.00 | 40.00 | $24,000.00 |
| K. Culbertson | Associate | $425.00 | 2.60 | $1,105.00 |
| A. St. Mary | Paralegal | $225.00 | 0.20 | $45.00 |
| | | | **131.90** | **$78,610.00** |

**TIMEKEEPER SUMMARY TOTALS**                    **224.20**        **$131,790.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Westlaw Research | 139.57 |
| 10/08/24 | Outside Copy Costs 54288, Alliance Overnight Document Service LLC, Mail out copies | 141.88 |
| 10/23/24 | Outside Copy Costs 54481, Alliance Overnight Document Service LLC, Copy/mailing services | 141.88 |
| | TOTAL EXPENSES | $423.33 |

**TOTAL FEES**                                                                        **$131,790.00**

**TOTAL EXPENSES**                                                              **$423.33**

**TOTAL FEES AND EXPENSES**                                          **$132,213.33**

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

Via ACH:
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

Via Wire:
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

140856023v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: November 25, 2024
Invoice No.: 1897461
Page: 16

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone:  (504) 558-5100
Fax:  (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

November 25, 2024
Invoice No.:  1897461

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through
October 31, 2024

      File Number:  0107766.00001
      RE:     Bankruptcy of the Archdiocese of New Orleans

Total Fees  .................................................................................................................................... $131,790.00

Total Expenses .................................................................................................................................. $423.33

Total Due this Statement.............................................................................................................. $132,213.33

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
RedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction

**Via Wire:**
RedactionRedaction
RedactionRedactionRedaction
Redaction
RedactionRedaction
RedactionRedactionRedaction
RedactionRedactionRedaction

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury
department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt.  Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if
you dispute the amount of the statement.  Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

140856023v.1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | **Section "A"** |
| **ORLEANS** | ) | |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING *THIRTEENTH INTERIM* APPLICATION OF LOCKE LORD LLP
AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JULY 1, 2024 THROUGH OCTOBER 31, 2024**
**[Relates to Docket # _____]**

CAME ON for consideration the *Thirteenth Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2024 through October 31, 2024* [**Docket # _____**] (the "Application") filed by Locke Lord LLP (the "Firm") on November ___, 2024 for the period from July 1, 2024 through October 31, 2024 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$563,326.33** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $560,777.50 in fees for services rendered and $2,548.83 in expenses incurred by the Firm during the Application Period.

2. The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

3. The Firm is directed to serve this Order on the required parties under this Court's Order Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this _____ day of _____, 2024

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2