# EXHIBIT "18"

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE ROMAN CATHOLIC CHURCH OF | ) | **Case No. 20-10846** |
| THE ARCHDIOCESE OF NEW | ) | |
| ORLEANS | ) | **Section "A"** |
| | ) | |
| DEBTOR. [1] | ) | **Chapter 11** |
| | ) | |

**FEE APPLICATION COVER SHEET *FOURTEENTH INTERIM* APPLICATION OF TROUTMAN PEPPER LOCKE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| **Name of Applicant:** | Troutman Pepper Locke LLP |
| **Authorized to Provide Professional Services to:** | The Official Committee of Unsecured Creditors |
| **Petition Date:** | May 1, 2020 |
| **Date of Retention:** | Effective *nunc pro tunc* to May 22, 2020 |
| **Date Order Signed Authorizing Employment:** | July 17, 2020 [Docket #256] |
| **Dates and Amounts of Compensation Approved in Previous Requests:** | (i) December 29, 2020—$616,628.22; (ii) May 20, 2021—$498,601.19; (iii) October 26, 2021—$322,428.45; (iv) December 14, 2021—$508,624.47; (v) May 19, 2022—$414,907.50; (vi) December 13, 2022—$386,463.91; (vii) December 27, 2022—$575,200.82; (viii) April 14, 2023—$557,412.72 (ix) August 11, 2023—$516,069.46; (x) December 19, 2023—$432,223.35 (xi) April 25, 2024 – $402,884.70; and (xii) August 16, 2024 - $320,189.72 |
| **Period for which compensation and reimbursement is sought:** | November 1, 2024 through February 28, 2025 (the "Application Period") |
| **Total Amount of Compensation sought as actual, reasonable, and necessary:** | **$469,545.00** |
| **Total Amount of Expense Reimbursement sought as actual, reasonable, and necessary:** | **$5,085.67** |
| **Fee Application:** | Fourteenth Interim Fee Application |
| **Total:** | **$474,630.67** |

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

The following professionals of Troutman Pepper Locke LLP ("Troutman" or the "Firm") rendered services for The Official Committee of Unsecured Creditors (the "Committee") in the above-styled Chapter 11 case (the "Bankruptcy Case") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") during the Application Period:

| November 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 68.3 | $40,980.00 |
| Knapp, Brad C. | Partner | $600.00 | 82.9 | $49,740.00 |
| Bryant, W. Steven | Partner | $600.00 | 60.6 | $36,360.00 |
| Eisenberg, Phillip G. | Partner | $600.00 | 2.5 | $1,500.00 |
| Peterson, Nicholas | Litigation Support | $225.00 | 0.5 | $112.50 |
| St. Mary, Amanda | Paralegal | $225.00 | 15.0 | $3,375.00 |
| Culbertson, Katherine | Associate | $425.00 | 35.6 | $15,130.00 |
| **Total Professional Hours and Fees Sought** | | | **265.40** | **$147,197.50**[2] |

---

[2] These invoice amounts total $147,197.50, but as discussed below, additional voluntary reductions of $180.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $147,377.50.

| December 2024 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 54.5 | $32,700.00 |
| Knapp, Brad C. | Partner | $600.00 | 54.7 | $32,820.00 |
| Bryant, W. Steven | Partner | $600.00 | 73.2 | $43,920.00 |
| Eisenberg, Phillip G. | Partner | $600.00 | 0.5 | $300.00 |
| Mouton, Robert | Partner | $225.00 | 2.6 | $1,560.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 6.6 | $1,485.00 |
| Culbertson, Katherine | Associate | $425.00 | 16.9 | $7,182.50 |
| **Total Professional Hours and Fees Sought** | | | **209.0** | **$119,967.50** |

| January 2025 | | | | |
|---|---|---|---|---|
| Professional | Title | Hourly Rate | Hours | Fees |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 64.0 | $38,400.00 |
| Knapp, Brad C. | Partner | $600.00 | 63.7 | $38,220.00 |
| Bryant, W. Steven | Partner | $600.00 | 33.4 | $20,040.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 10.6 | $2,385.00 |
| Culbertson, Katherine | Associate | $425.00 | 11.6 | $4,930.00 |
| **Total Professional Hours and Fees Sought** | | | **183.3** | **$103,975.00** |

| February 2025 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hourly Rate** | **Hours** | **Fees** |
| Kuebel, Omer F. (Rick) | Partner | $600.00 | 59.3 | $35,580.00 |
| Knapp, Brad C. | Partner | $600.00 | 52.3 | $31,380.00 |
| Bryant, W. Steven | Partner | $600.00 | 38.9 | $23,340.00 |
| St. Mary, Amanda | Paralegal | $225.00 | 4.1 | $922.50 |
| Culbertson, Katherine | Associate | $425.00 | 16.9 | $7,182.50 |
| **Total Professional Hours and Fees Sought** | | | **171.5** | **$98,405.00**[3] |

---

[3] These invoice amounts total $98,405.00, but as discussed below, additional voluntary reductions of $420.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $98,825.00.

5

The total hours and fees incurred by the Firm on behalf of the Committee during the Application Period and separated by Project Category are as follows:

| Task Code | Subject Matter Category | Total Hours | Total Fees |
|-----------|------------------------|-------------|------------|
| B110 | CASE ADMINISTRATION | 11.3 | $5,505.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 46.4 | $26,040.00 |
| B130 | ASSET DISPOSITION | 24.0 | $14,400.00 |
| B150 | MEETINGS & COMMUNICATIONS WITH CREDITORS | 58.4 | $33,320.00 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 72.0 | $37,805.00 |
| B170 | FEE/EMPLOYMENT OBJECTIONS | 0.2 | $120.00 |
| B190 | OTHER CONTESTED MATTERS[4] | 37.0 | $20,482.50 |
| B195 | NON-WORKING TRAVEL[5] | 1.3 | $780.00 |
| B250 | REAL ESTATE | 5.2 | $3,120.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 84.4 | $48,080.00 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 489.0 | $279,892.50 |
| | **TOTAL PROFESSIONAL HOURS AND FEES SOUGHT =** | **829.2[6]** | **$469,545.00[7]** |

---

[4] The fee statement for Firm time incurred in December 2024 shows, in its Exhibit A, that 35.90 hours of time was incurred in the Project Category of Contested Matters (B190). This Exhibit A was in error. As reflected in the invoice attached at Exhibit D, the Firm did not incur any time in December 2024 on Contested Matters (B190) in December 2024.

[5] As reflected in the invoices, Non-Working Travel is billed at half-cost. Therefore, total hours spent on Non-Working Travel were 2.6 hours. Only 1.3 of these hours are billable.

[6] In addition to the professional hours of 829.2 on the invoices, an additional 1 hour was worked but is marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of 830.2 hours worked.

[7] These invoice amounts total $469,545.00, but as discussed below, additional voluntary reductions of $600.00 are marked as "no charge" and are voluntary reductions already reflected in the invoices, for a total of $470,145.00.

6

The total expenses by expense type incurred by the Firm for the Committee during the Application Period are as follows:

| Expense Category | Amount |
|---|---|
| Westlaw Research | $2,141.09 |
| Outside Copy Costs 54543, Alliance Overnight Document Service LLC, Outside Copy Cost | $183.93 |
| Outside Copy Costs 54545, Alliance Overnight Document Service LLC, Outside Copy Services | $141.88 |
| Airfare Costs | $334.96 |
| Copy Charges | $1,950.11 |
| Transcript Cost | $131.30 |
| Court Reporter/Deposition Costs | $96.80 |
| Miscellaneous Expenses | $105.60 |
| **Total Out-of-Pocket Expenses** | **$5,085.67** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | |
| **THE ARCHDIOCESE OF NEW** | ) | **Section "A"** |
| **ORLEANS** | ) | |
| | ) | |
| **DEBTOR.** [1] | ) | **Chapter 11** |
| | ) | |

### *FOURTEENTH INTERIM* APPLICATION OF TROUTMAN PEPPER LOCKE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>APRIL 17, 2025 AT 1:30 P.M. (CST)</u> AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS STREET, COURTROOM B-709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL-IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING <u>HTTPS://GOTOMEET.ME/JUDGEGRABILL</u>, (MEETING CODE: "JUDGEGRABILL".[2] IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TROUTMAN PEPPER LOCKE LLP (the "<u>Firm</u>" or "<u>Troutman</u>") files its *Fourteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the*

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

1

*Period from November 1, 2024 through February 28, 2025* (the "Application"). In support of this

Application covering November 1, 2024 through February 28, 2025 (the "Application Period"),

the Firm respectfully states as follows:

## I.   INTRODUCTION

In this Application, the Firm seeks the amounts set forth below for work performed for the

Committee from November 1, 2024 through February 28, 2025:

| Month Work Performed | Fees (at Standard Rates) | (Reductions due to Standard Rates) | (Further Voluntary Reductions on Invoices) | Fees (After All Reductions) | Expenses | Final Amounts Sought |
|---|---|---|---|---|---|---|
| November 2024 | $243,723.50 | ($96,346.00) | ($180.00) | $147,197.50 | $2,466.90 | $149,664.40 |
| December 2024 | $198,431.50 | ($78,464.00) | ($0.00) | $119,967.50 | $2,416.37 | $122,383.87 |
| January 2025 | $175,241.50 | ($71,266.50) | ($0.00) | $103,975.00 | $96.80 | $104,071.80 |
| February 2025 | $167,226.00 | ($68,401.00) | ($420.00) | $98,405.00 | $105.60 | $98,510.60 |
| | | | | | | |
| | | | | | **TOTAL =** | **$474,630.67** [3] |

## II.   JURISDICTION AND VENUE

1.    The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§

157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.   BACKGROUND FACTS

### A.   Introduction

3.    On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the

Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11

---

[3] True and correct copies of the Firm's Monthly Fee Statements (the "Statements") for the Application Period are attached to this Application as **Exhibit "1".** The Statements include all the Firm's invoices issued in the Application Period (the "Invoices"). The Statements are incorporated by reference in this Application. These Statements were previously provided to the requisite notice parties.

2

of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-styled Chapter 11 case (the "Bankruptcy Case").

4.      The Debtor remains in possession of its property and is managing its business and operations as a debtor and debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. §101 et. seq.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [ECF Doc. No. 94]. The Committee was reconstituted on June 10, 2020,[4] October 8, 2020,[5] June 7, 2022,[6] June 21, 2022,[7] and February 13, 2023.[8] The Committee currently consists of four (4) committee members.

6.      On May 22, 2020, the Committee conducted its first meeting and at that meeting unanimously selected Locke Lord and Pachulski Stang Ziehl & Jones ("PSZJ") to serve as co-counsel to the Committee.

7.      Effective January 1, 2025, Locke Lord LLP combined with Troutman Pepper Hamilton Sanders LLP, thereby creating a new, combined firm with the name "Troutman Pepper Locke LLP." For purposes of this Application, the new, combined firm shall be referred to as the "Firm" or "Troutman".

**B.      Employment of the Firm**

8.      On June 22, 2020, the Committee filed an *Application to Employ Locke Lord LLP as Co-Counsel* [ECF Doc. No. 179] (the "Retention Application"). As more fully described in the

---

[4] ECF Doc. No. 151.
[5] ECF Doc. No. 478.
[6] ECF Doc. No. 1575
[7] ECF Doc. No. 1618
[8] ECF Doc. No. 2081.

3

Retention Application, the Committee retained the Firm to render legal services to the Committee in the Bankruptcy Case.

9.      On July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 256] (the "Retention Order"). The Retention Order approved the Firm's retention as the Committee's co-counsel in the Bankruptcy Case.

10.     On March 23, 2023, the Court entered an *Order* [ECF Doc. No. 2178] ("Retention Modification Order") approving in part and denying in part the Committee's *Motion to Amend Retention Orders of Its Co-Counsel and Authorize Increased Hourly Rate Caps and Annual Rate-Increase Procedure* [ECF Doc. No. 2004] (the "Retention Modification Motion"). The Retention Modification Order amended the Retention Order to permit the Firm to increase the hourly rate caps then-applicable to the Firm *nunc pro tunc* to January 1, 2023 and established a procedure authorizing the Firm to request additional increases on an annual basis thereafter. (Retention Mod. Order, ECF Doc. No. 2178, p. 2). The Invoices for the Firm's time incurred in the Application Period reflect the revised rates authorized by the Retention Modification Order.

## IV.     WORK PERFORMED AND RESULTS OBTAINED / EXTRAORDINARY CIRCUMSTANCES

11.     The Firm provided, and continues to provide, comprehensive legal services to the Committee in this Bankruptcy Case. The Statements attached to this Application include copies of the Firm's Invoices. These Invoices include the time-keeping entries generated by those Firm personnel who worked on this matter during the Application Period.

12.     During the Application Period, both the Committee and the Debtor continued to work toward a mediated resolution of this Bankruptcy Case. Among other things, the Committee responded to plan-related formal and informal discovery requests from multiple parties and

4

engaged in significant, additional information exchanges within the context of the mediation process. The mediation parties (including the Committee) also continued to work with The Hon. Gregg W. Zive ("Judge Zive") and John W. Perry, Jr. ("Mr. Perry"), the previously appointed mediators, in connection with these matters. Additionally, after the Court appointed the Hon. Christopher Sontchi ("Judge Sontchi") as a third mediator in this Bankruptcy Case on January 24, 2025. (ECF Doc. No. 3694), the Committee met with Judge Sontchi and prepared additional materials at his request. The Committee also continued conducting financial analysis and reviewing key documents to prepare for upcoming mediation sessions involving all three mediators. And, the Committee analyzed various, alternative plan-release structures following the June 2024 decision in *Harrington v. Purdue Pharma, L.P.* by the United States Supreme Court. The Firm and its personnel assisted the Committee in all these endeavors.

13.    In addition to these plan and mediation efforts, the Firm's professionals also continued to work with the Debtor to develop a non-monetary protocol intended to prevent sexual abuse, improve child protection, increase the Debtor's transparency, and promote survivor welfare. Both the Debtor's and Committee's Chapter 11 Plans contemplate that the Court will approve such a protocol as part of the plan-confirmation process. This protocol remains subject to negotiations between the Debtor and the Committee. In particular, both sides continue to incorporate feedback that the Court has provided on the protocol and to appear at status conferences held by the Court to address the protocol.

14.    Besides these key developments, the Committee and the Firm fulfilled other tasks during the Application Period. These included the following:

- The Firm continued communicating with members of its unsecured creditor constituency and other stakeholders. Firm personnel spoke regularly with individual survivors, survivors' state-court counsel, and others about the Bankruptcy Case and key developments throughout the Application Period.

- The Firm, in coordination with counsel for the Commercial Committee, the Debtor, and the Apostolates, helped obtain a further extension of the current Apostolate tolling agreement, which the Court approved on February 25, 2025. (ECF Doc. No. 3774). In addition, the Committee, the Commercial Committee, and the Debtor also obtained further tolling extensions from various, non-Apostolate third parties. These tolling extensions enabled the parties to continue focusing on the mediation rather than litigation.

- Counsel for the Committee and the Commercial Committee met regularly with the Debtor's counsel and continued to monitor on-going real estate sale processes and other potential asset divestitures. These processes resulted in multiple real estate sale closings in December 2024. As of today's date, the Committee also continues to work with the Debtor and Jefferson Parish regarding a proposed sale of the Debtor's Hope Haven property.

- Counsel for the Committee continues to monitor the filing of late proofs of claim, to review such claims, and to communicate with counsel for late-filed claimants.

## V.     **PROJECT CATEGORIES**

15.     The Invoices break down the legal services rendered into project categories as required by the U.S. Trustee. The Firm rendered services to the Committee in eleven (11) different project categories during the Application Period. The pertinent project categories are: (1) Case Administration (B110), (2) Asset Analysis and Recovery (B120), (3) Asset Disposition (B130), (4) Meetings & Communications with Creditors (B150), (5) Fee/Employment Applications (B160), (6) Fee/Employment Objections (B170), (7) Other Contested Matters (B190), (8) Non-Working Travel (B195), (9) Real Estate (B250), (10) Claims Administration and Objections (B310), and (11) Plan and Disclosure Statement (B320).

16.     The Invoices identify each Firm attorney, paraprofessional, or staff person who provided services during the Application Period. The Invoices reflect the name of the person as well as the following, additional information: (1) his or her billing rate, (2) the total number of hours expended by that person, and (3) the total fees incurred. The Invoices also provide this information by project category. The following narrative summarizes these services.

## A.     **Case Administration (Category Code B110)**

17.     The category of **Case Administration** concerns activities arising out of compliance

with Chapter 11 requirements, including the participation of Firm attorneys in the standing weekly conference calls between counsel for the Debtor and the Committee. In addition, the time Firm attorneys spent in connection with the mediators' reappointment also falls in this category.

18. The Firm expended <u>11.3</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$5,505.00</u>. Therefore, the Firm's blended hourly rate is <u>$487.17/hour</u>.[9]

### B. Asset Analysis and Recovery (Category Code B120)

19. The category of **Asset Analysis and Recovery** concerns the identification and review of potential assets of the Debtor's bankruptcy estate. The Firm expended some time in this category in connection with a potential disposition of assets owned by certain Apostolates (such as Christopher Homes, Inc.) This category also covers the time the Firm expended working with the Commercial Committee to obtain the extension of the Apostolate and third-party tolling agreements.

20. The Firm expended <u>46.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$26,040.00</u>. Therefore, the Firm's blended hourly rate is <u>$561.21/hour</u>.

### C. Asset Disposition (Category Code B130)

21. The category of **Asset Disposition** concerns sales of estate assets under Bankruptcy Code § 363, abandonment of estate assets, and other matters related to transactions involving Chapter 11 debtors and their estates. For the Application Period, this category covers all proceedings involving the Debtor's continuing efforts to market and sell certain, specific real-

---

[9] The blended rates as broken out by project categories do not reflect the voluntary discounts and "no charge" entries on the Invoices. Therefore, the actual blended rates are lower. As noted below, the overall blended rate, when taking into account all voluntary reductions, is $565.58 per hour.

estate properties and the Committee's assessment and proposed revisions to these sales and potential sales, including those property sales that closed during the Application Period.

22. The Firm expended <u>24.0</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$14,400.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour</u>.

**D.      Meetings & Communications with Creditors (Category Code B150)**

23. The category of **Meetings & Communications with Creditors** encompasses all services related to communicating with the Debtor's creditors and the Committee, such as consulting with Committee members and attending regular Committee meetings. This project category also covers the substantial time Firm personnel took speaking with and responding to questions and concerns raised by those individual creditors/survivors who belong to the Committee's broader constituency but who are not Committee members themselves. Much of the Firm's communications with the Committee, its members, and their state-court counsel during the Application Period concerned plan-related matters and continuing mediation efforts.

24. The Firm expended <u>58.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$33,320.00</u>. Therefore, the Firm's blended hourly rate is <u>$570.55/hour.</u>

**E.      Fee/Employment Applications (Category Code B160)**

25. The category of **Fee/Employment Applications** involves, *inter alia*, preparing and filing employment and fee applications as well as circulating monthly fee statements to the requisite notice parties. The Firm expended some time in this category preparing monthly professional statements and the previous round of interim fee applications. The Firm spent additional time analyzing conflict system results to prepare updated disclosures following the

8

combination of Locke Lord and Troutman Pepper.

26.     The Firm expended <u>72.0</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$37,805.00</u>. Therefore, the Firm's blended hourly rate is <u>$525.07/hour.</u>

**F.      Fee/Employment Objections (Category Code B170)**

27.     The category of **Fee/Employment Objections** involves, *inter alia*, analyzing and objecting to the employment and fee applications of estate professionals not retained to represent the Committee. The Firm expended some time in this category during the Application Period reviewing fee objections filed by certain state court counsel.

28.     The Firm expended <u>0.2</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$120.00</u>. Therefore, the Firm's blended hourly rate is <u>$600/hour.</u>

**G.      Other Contested Matters (Category Code B190)**

29.     The category of **Other Contested Matters** covers litigation and contested matters that do not properly fall within any other project categories. The Firm expended substantial time in this category at the beginning of the Application Period preparing the Committee's response to the expert report prepared by the Court's appointed expert, M3 Partners. Firm personnel also attending status conferences in the Court regarding the M3 report and various parties' respective responses to it.

30.     The Firm expended <u>37.0</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>**$20,482.50**</u>. Therefore, the Firm's blended hourly rate is <u>$553.58/hour.</u>

9

### H.    Non-Working Travel (Category Code B195)

31.    The category of **Non-Working Travel** consists of time spent by Firm professionals traveling for hearings, mediation sessions, and other matters. In accordance with U.S. Trustee rules, all such time is billed at half the standard cost. During the Application Period, one Firm employee incurred some time traveling to appear at a hearing before the Court in New Orleans on a *Motion* [ECF Do. No. 3528] that sought to approve payment of fees and expenses to Argent Institutional Trust Company, as indenture trustee on the Debtor's outstanding bonds. The Court denied the motion on December 20, 2024 [ECF Doc. No. 3600].

32.    The Firm expended 1.3 hours of billable professional time on services in this category.[10] The Firm's professional fees in this category total $780.00. Therefore, the Firm's blended hourly rate is $600.00/hour.

### I.    Real Estate (Category Code B250)

33.    The category of **Real Estate** covers general topics related to real estate, such as the Committee's investigation of the Debtor's real-estate properties as well as its examination of the Debtor's decision to put certain properties on the market (or not, as the case may be). The Firm's services in this category generally encompass all real-estate issues and topics that arise before the Debtor begins actively seeking to sell and/or transfer a particular property to an identified buyer or buyers.

34.    The Firm expended 5.2 hours of professional time on services in this category. The Firm's professional fees in this category total $3,120.00. Therefore, the Firm's blended hourly rate is $600/hour.

---

[10] As noted above, Non-Working Travel is billed at half-cost. Therefore, the total hours spent on Non-Working Travel were 2.6 hours. Only 1.3 of these hours are billable, as noted.

10

**J.**    **Claims Administration & Objections (Category Code B310)**

35.     The category of **Claims Administration and Objections** includes all legal services that relate to claims against the Debtor, including analysis and examination of both abuse and non-abuse claims filed against the Debtor and motions filed by parties requesting permission to file late-filed claims in the Bankruptcy Case. In addition, this project category also includes time spent by Firm personnel updating the survivor-claims register and sex-abuse proof-of-claim records maintained by the Committee's professionals. The Firm continued to incur time in this project category during the Application Period on these matters.

36.     The Firm expended <u>84.4</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$48,080.00</u>. Therefore, the Firm's blended hourly rate is <u>$569.67/hour</u>.

**K.**    **Plan and Disclosure Statement (Category Code B320)**

37.     The category of **Plan and Disclosure Statement** concerns the formulation and presentation of a Chapter 11 plan and disclosure statement and all activities related to the plan and disclosure process. The Firm expended substantial time in this category during the Application Period. For instance, this category covers all time that Firm professionals spent propounding and responding to formal and informal discovery requests from multiple parties related to the proposed Committee Plan and Disclosure Statement. Additionally, all time expended in connection with the parties' mediation efforts intended to produce a consensual Chapter 11 plan also falls under this category. During the Application Period, the Firm's professionals attended meetings with mediators, prepared materials for mediators (such as the new mediation report requested by Judge Sontchi after his appointment in January 2025), and analyzed Debtor and Apostolate document productions to prepare for mediation sessions. Finally, this project category also encompasses all

11

the time the Firm's professionals spent negotiating, drafting, revising, and re-revising the proposed non-monetary plan provisions as well as preparing for, and attending, hearings and status conferences on these provisions.

38.     The Firm expended <u>489.0</u> hours of professional time on services in this category. The Firm's professional fees in this category total <u>$279,892.50</u>. Therefore, the Firm's blended hourly rate is <u>$572.38/hour</u>.

## VI.     REQUEST FOR REIMBURSEMENT OF EXPENSES INCURRED

39.     Besides providing legal services, the Firm also incurred out-of-pocket expenses while representing the Committee. A detailed record of these expenses appears in the Invoices (the "<u>Expense Record</u>"). Expenses for computerized research and miscellaneous business expenses were billed at actual cost. The Firm has not requested general overhead expenses.

40.     The Firm's expenses in the Application Period were necessary and reasonable. For instance, outside copying, printing, and postage charges were incurred serving pleadings and other relevant documents on interested parties in this Bankruptcy Case. These amounts were significant given the large number of parties on the Debtor's service list. Nevertheless, the Firm always strives to minimize such expenses. Among other things, Firm attorneys conducted online and PACER research only when they believed that the benefits of computerized research outweighed its costs and that using traditional research methods would cost more.

41.     The Firm's specific expenses are as outlined below:

| Expense Category | Amount |
|---|---|
| Westlaw Research | $2,141.09 |
| Outside Copy Costs 54543, Alliance Overnight Document Service LLC, Outside Copy Cost | $183.93 |
| Outside Copy Costs 54545, Alliance Overnight Document Service LLC, Outside Copy Services | $141.88 |
| Airfare Costs | $334.96 |
| Copy Charges | $1,950.11 |
| Transcript Cost | $131.30 |
| Court Reporter/Deposition Costs | $96.80 |
| Miscellaneous Expenses | $105.60 |
| **Total Out-of-Pocket Expenses** | **$5,085.67** |

42.     The Firm requests that the Court allow the Firm **$5,085.67** in reimbursable expenses the Firm incurred on the Committee's behalf during the Application Period.

### VII.     VOLUNTARY REDUCTIONS

43.     For purposes of this Application, the Firm made certain voluntary reductions from the award sought. The Invoices reflect reductions of $600.00 (1 billable hour) for work performed but not charged during the Application Period, with such entries being marked as "No Charge."

### VIII.     STATEMENT IN COMPLIANCE WITH RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

44.     As more fully described in the Retention Application, the Committee agreed to retain the Firm as its co-counsel and to compensate the Firm on an hourly basis at its ordinary and customary rates (but subject to the rate caps applicable in this Bankruptcy Case), plus reimbursement of the actual and necessary expenses the Firm has incurred in the Bankruptcy Case. All compensation for services rendered, and reimbursement for expenses incurred, are subject to this Court's approval in accordance with the Retention Order, Bankruptcy Code §§ 330 and 331,

13

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Bankruptcy Rules of the Eastern District of Louisiana (the "<u>Local Bankruptcy Rules</u>"), and other procedures that this Court may fix. No entity has promised to compensate the Firm for any services rendered, or reimburse it for expenses incurred, in the Bankruptcy Case except as this Court may approve.

45.     As of today's date, the Firm has received payments totaling $\underline{\$5,551,634.51}$ in connection with the twelve (12) previous interim fee applications approved by the Court on, respectively, December 29, 2020, May 20, 2021, October 26, 2021, December 14, 2021, May 19, 2022, December 13, 2022, December 27, 2022, April 14, 2023, August 11, 2023, December 19, 2023, April 25, 2024, and August 16, 2024. Additionally, the Firm has also received a total of $\underline{\$669,786.10}$ in interim payments from the Debtor under Section XIII(B) of the Court's December 4, 2019 *General Order Regarding Procedures for Complex Chapter 11 Cases*, on account of the following outstanding Invoices:

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount | Amount Still Owed |
|---|---|---|---|---|---|
| | **13th Interim Fee Application:** | | | | |
| 34880745 | August 29, 2024 | $96,086.32 | October 9, 2024 | $76,926.82 | $19,159.50 |
| 34886332 | September 27, 2024 | $175,488.28 | October 17, 2024 | $140,742.78 | $34,745.50 |
| 34891971 | October 29, 2024 | $159,538.40 | November 26, 2024 | $127,645.90 | $31,892.50 |
| 34897461 | November 25, 2024 | $132,213.33 | January 14, 2025 | $105,855.33 | $26,358.00 |
| | <u>Subtotal =</u> | <u>$563,326.33</u> | | <u>$451,170.83</u> | <u>$112,155.50</u> |
| | **14th Interim Fee Application:** | | | | |
| 34902671 | December 23, 2024 | $149,664.40 | February 13, 2025 | $120,224.90 | $29,439.50 |
| 131893254 | January 29, 2025 | $122,383.87 | March 14, 2025 | $98,390.37 | $23,993.50 |
| 131912726 | February 21, 2025 | $104,071.80 | -- | $0.00 | $104,071.80 |
| 131933920 | March 27, 2025 | $98,510.60 | -- | $0.00 | $98,510.60 |
| | <u>Subtotal =</u> | <u>$474,630.67</u> | | <u>$218,615.27</u> | <u>$256,015.40</u> |
| | <u>**GRAND TOTAL =**</u> | <u>**$1,037,957.00**</u> | | <u>**$669,786.10**</u> | <u>**$368,170.90**</u> |

14

The Firm seeks approval and payment of the total amount of $474,630.67 reflected on the outstanding Invoices whose approval the Firm is seeking under this Application.[11]

46.     No agreement or understanding exists between the Firm and any other entity for the sharing of any compensation or reimbursement (i) that the Firm may receive for services rendered in, or in connection with, this Bankruptcy Case or (ii) that such other entity has already received or may receive for services that entity rendered in, or in connection with this Bankruptcy Case, except that the Firm will share any compensation or reimbursement it receives in connection with this Bankruptcy Case with its members, partners, associates, and other Firm employees (as originally disclosed in the Retention Application).

## IX.     STANDARDS RELEVANT TO AWARDING REASONABLE COMPENSATION AND REIMBURSEMENT OF EXPENSES

47.     Section 330 of the Bankruptcy Code authorizes the Court to award the Firm reasonable compensation for its actual and necessary legal services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those legal services as counsel to the Committee in this Bankruptcy Case. Bankruptcy Code § 330(a)(1) provides as follows:

> (a)(1)    After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—
>
>     (A)      reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
>     (B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

48.     This Application substantiates the total amount the Firm seeks for fees and

---

[11] The Court has not yet ruled on the Firm's *Thirteenth Interim Fee Application* [ECF Doc. No. 3506] as of today's date. Approval of the Invoices (which total $563,326.33) sought under that Application, as well as payment of the outstanding balance of $112,155.50 still owed on those Invoices, remains pending.

expenses in accordance with the standards this Court applies to fee applications. The factors that courts in this jurisdiction consider when making a discretionary award of reasonable attorneys' fees and reimbursable expenses were originally described in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974) (the "*Johnson* Factors"). The Fifth Circuit has applied the *Johnson* Factors to the determination of awards of attorneys' fees and expenses in bankruptcy cases. *In re First Colonial Corp. of Am.*, 544 F.2d 1291 (5th Cir. 1977), *cert. denied* 431 U.S. 904 (1977). Many of these *Johnson* Factors have now been codified at Bankruptcy Code § 330(a)(3). 11 U.S.C. § 330(a)(3).

49.     The *Johnson* Factors are summarized as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services; (4) the preclusion of other employment by the attorneys due to acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or circumstances; (8) the amounts involved and the results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.[12] Based upon the services described in this Application, the Firm respectfully states that it has fully satisfied the standards prescribed by the *Johnson* Factors.

**The Time and Labor Required**

50.     Firm attorneys and paraprofessionals, in the performance of legal services, expended **830.2**[13] hours during the Application Period for a total fee of **$469,545.00.** Including the

---

[12] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Maine Corp. v. Sheehan, Phinney, Bass & Green*, 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levin*, 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs*, 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons*, 718 F.2d 1465, 1471 (9th Cir. 1983).

[13] This includes the additional 1 hour worked but not charged.

1 hour worked but not charged, the Firm's blended hourly rate is **$565.58/hour**. The names of the professionals who worked on the Bankruptcy Case during the Application Period appear in the Statements and on the coversheet attached to this Application. The Firm submits that the time and labor these professionals expended in the Bankruptcy Case are appropriate and reasonable and that this *Johnson* Factor supports the Firm's requested award.

**The Novelty and Difficulty of the Questions Presented**

51.     This Bankruptcy Case presents many novel and difficult questions as described above. Addressing these issues necessitated considerable legal expertise. During the Application Period, the Firm and its professionals demonstrated the requisite expertise to handle these questions. This factor therefore favors granting the Firm its requested award.

**The Skill Required to Perform the Services**

52.     Representing the Committee in this Bankruptcy Case requires considerable skill and expertise in bankruptcy. The Firm employed attorneys and staff persons of varying levels of skill and expertise to efficiently resolve these issues. The Firm also strived to limit the number of attorneys who worked on this Bankruptcy Case and to use the most appropriate person for any given task. For this reason, the compensation the Firm is requesting for the services rendered by its attorneys and staff persons compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. Thus, this factor supports the Firm's requested award.

**Preclusion of Other Employment Due to Acceptance of the Case**

53.     The Firm has not declined any representation solely because it served as counsel for the Committee in this Bankruptcy Case. However, the Firm did shift certain resources from matters involving other clients to address issues arising in the Bankruptcy Case. In many of these

other cases, the Firm charges its regular hourly rates and is not subject to the rate caps applicable in this Bankruptcy Case. The Firm nevertheless staffed this matter appropriately notwithstanding the differential between its regular hourly rates and the capped rates applicable in this Bankruptcy Case. For these reasons, this factor favors granting the award the Firm has sought.

**The Customary Fee**

54.     The Firm computed the amount of compensation it seeks in this Application according to its customary rates and then applied the currently prevailing rate cap applicable to the Firm in this Bankruptcy Case. The Statements disclose the difference between the hourly compensation at the Firm's regular rates and the capped rates. In addition, the Firm also maintained detailed time and disbursement records for all legal services for which it seeks compensation. The rates charged for the Firm's legal services in this Bankruptcy Case are lower than or at least comparable to those of other similarly situated firms. These rates also reflect voluntary reductions of $600.00.

55.     Considering all these circumstances, the Firm's blended hourly rate of **$565.58/hour** is reasonable and reflects below-market rates for legal services in Chapter 11 bankruptcy cases of comparable size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for expense reimbursement by law firms similar in size and reputation to the Firm.

**Whether the Fee is Fixed or Contingent**

56.     The Firm's fees for services rendered in this Bankruptcy Case are based on its regular hourly rates and are subject to both the rate caps applicable to the Firm in this case and to this Court's approval in all respects. The Firm has not requested any contingent fee in this Bankruptcy Case.

**Time Limitations Imposed by the Client or Other Circumstances**

57.     The Firm has had to respond to tight time-constraints arising in this Bankruptcy Case. Matters arose throughout the Application Period that required the Firm's immediate attention. Again, the emergency nature of these matters demanded that the Firm's professionals respond on very short notice to complicated and developing events as they unfolded.

**The Amount Involved and the Results Obtained**

58.     The Invoices summarize the individual tasks that Firm personnel performed during the Application Period as well as the amounts charged for those tasks. The total fees that the Firm seeks to approve in this Application are commensurate with the issues in this case.

**The Experience, Reputation, and Ability of the Attorneys**

59.     The Firm's attorneys have considerable experience in bankruptcy and other areas of the law, possess a high level of expertise, and have excellent reputations in their communities. In particular, the Firm's bankruptcy attorneys have appeared in cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. In addition, the Firm's attorneys also speak and write on various legal topics in Texas, Louisiana, and elsewhere.

**The "Undesirability" of the Bankruptcy Case**

60.     Serving as co-counsel to the Committee poses challenges and difficulties for the Firm. The effective rates charged in this Bankruptcy Case are below the Firm's standard hourly rates. The complex, risky, and complicated nature of this Bankruptcy Case also continued throughout the Application Period.

**The Nature and Length of the Professional Relationship with the Client**

61.     The Firm's engagement by the Committee commenced shortly after the Committee

19

was formed.

**Awards in Similar Cases**

62.     The fee award the Firm seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Bankruptcy Case.

63.     In conclusion, the *Johnson* Factors favor granting the Firm the fee and expense award it seeks.

## X.     CONCLUSION

64.     The fee and expense award the Firm seeks in this Application is justifiable and appropriate. This Application demonstrates that the Firm is entitled to this award. This Application and the Firm's request for payment meet all the criteria for granting an interim award of fees and expenses to the Firm, as set forth in the Retention Order, Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and this Court's Complex Case Procedures.

65.     The Firm requests that this Court allow to the Firm, on an interim basis, an award for fees and expenses incurred during the Application Period equal to **$474,630.67.** The requested award consists of **$469,545.00** in fees and **$5,085.67** in expenses for the Application Period.

WHEREFORE TROUTMAN PEPPER LOCKE LLP respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing, on an interim basis, the reasonable and necessary attorneys' fees and expenses claimed herein as allowed administrative expenses of the Debtor's estate under Bankruptcy Code § 503; (iii) directing the Debtor to pay these amounts on an interim basis; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

Dated: March 27, 2025     Respectfully submitted,

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

-and-

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: brad.knapp@troutman.com
   rick.kuebel@troutman.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *Application* to be served on March 27, 2025 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ W. Steven Bryant*
W. Steven Bryant

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. [1] | Chapter 11 |
| | Objection Deadline: January 13, 2025 |

**MONTHLY FEE AND EXPENSE STATEMENT OF LOCKE LORD LLP**
**FOR NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

1.　　In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Locke Lord LLP ("Locke Lord"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from November 1, 2024 through November 30, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.　　A summary of the services rendered by Locke Lord to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.　　A listing of Locke Lord attorneys and paraprofessionals (collectively, the "Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Locke Lord during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Locke Lord for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Locke Lord has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,776,496.19.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| November 1, 2024 through November 30, 2024 | |
| --- | --- |
| Fees (at standard rates): | $243,723.50 |
| (Reduction due to reduced rates) | ($96,346.00) |
| (Further voluntary reductions) | ($180.00) |
| Fees (After all reductions): | $147,197.50 |
| Disbursements | $2,466.90 |
| **Total** | **$149,664.40** |

## VOLUNTARY REDUCTIONS

9.      In this Statement Period, Locke Lord made certain voluntary reductions on its invoice. These reductions total $180.00 and 0.3 billable hours not charged during the Statement Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

2

## NOTICE AND OBJECTION PROCEDURES

10.    In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before January 13, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Locke Lord on an interim basis the total amount of **$120,224.90**. This figure consists of (a) $117,758.00 in fees for time incurred, which represents eighty percent (80%) of Locke Lord's total fees of $147,197.50 for the Statement Period, and (b) $2,466.90 in expenses disbursed, which represents one hundred percent

3

(100%) of Locke Lord's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: December 30, 2024.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@lockelord.com
          rkuebel@lockelord.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Locke Lord LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@lockelord.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 3.70 | $2,220.00 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 8.30 | $3,442.50 |
| **B130** | ASSET DISPOSITION | 1.10 | $660.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 12.50 | $7,185.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 27.60 | $12,907.50 |
| **B190** | OTHER CONTESTED MATTERS | 35.90 | $19,822.50 |
| **B250** | REAL ESTATE | 3.70 | $2,220.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.10 | $660.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 171.50 | $98,080.00 |
| | **TOTAL FEES SOUGHT =** | **265.40** | **$147,197.50** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**
------------------------------- **BILLING PROFESSIONALS** -------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|:---:|:---:|:---:|:---:|:---:|:---:|
| OFK | Kuebel, Omer F. (Rick) | Partner | 68.3 | $600.00 | $40,980.00 |
| BCK | Knapp, Brad C. | Partner | 82.9 | $600.00 | $49,740.00 |
| WSB | Bryant, W. Steven | Partner | 60.6 | $600.00 | $36,360.00 |
| PGE | Eisenberg, Phillip G. | Partner | 2.5 | $600.00 | $1,500.00 |
| NP | Peterson, Nicholas | Litigation Support | 0.5 | $225.00 | $112.50 |
| AS | St. Mary, Amanda P. | Paralegal | 15.0 | $225.00 | $3,375.00 |
| KC | Culbertson, Katherine | Associate | 35.6 | $425.00 | $15,130.00 |
| | **TOTALS =** | | **265.40** | | **$147,197.50** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Westlaw Research | $2,141.09 |
| 11/06/24 | Outside Copy Costs 54543, Alliance Overnight Document Service LLC, Outside Copy Cost | $183.93 |
| 11/06/24 | Outside Copy Costs 54545, Alliance Overnight Document Service LLC, Outside Copy Services | $141.88 |
| | **TOTAL EXPENSES** | **$2,466.90** |

## EXHIBIT D



# Locke Lord LLP
**Attorneys & Counselors**

601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 23, 2024
Invoice No.: 1902671

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2024                    $149,664.40

| | File Number: | 0107766.00001 |
|---|---|---|
| | Re: | Bankruptcy of the Archdiocese of New Orleans |

| | **B110 Case Administration** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/06/24 | Call from Vincent Liuzza regarding his filing and request to meet (0.3). (NO CHARGE) | OFK | 0.00 | 0.00 |
| 11/12/24 | Prepare for and participate in standing weekly call with ANO team. | OFK | 0.50 | 300.00 |
| 11/19/24 | Participate in standing weekly call with ANO team and Douglas Draper (the Apostolates' counsel). | OFK | 0.60 | 360.00 |
| 11/25/24 | Participate in the standing weekly call with counsel for the Debtor and Apostolate counsel regarding next steps for plan process. | BCK | 1.60 | 960.00 |
| 11/25/24 | Participate in a portion of the standing weekly call with counsel for the ANO and the Apostolates and address the recent court filing and potential mediation dates | OFK | 1.00 | 600.00 |
| | | | **3.70** | **$2,220.00** |

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/05/24 | Analyze various valuation and sale-process issues presented by the proposed Christopher Homes sale. | OFK | 0.50 | 300.00 |
| 11/05/24 | Analyze and review extensive documentation related to purported Portfolio A assets. | AS | 1.20 | 270.00 |
| 11/06/24 | Further analyze and categorize documents related to purported Portfolio A assets. | AS | 2.90 | 652.50 |
| 11/06/24 | Call with Mr. Draper regarding Christopher Homes due diligence and the continuing sale process. | OFK | 0.30 | 180.00 |

Atlanta ⬩ Austin ⬩ Boston ⬩ Chicago ⬩ Cincinnati ⬩ Dallas ⬩ Hartford ⬩ Hong Kong ⬩ Houston ⬩ London ⬩ Los Angeles ⬩ Miami ⬩ Princeton ⬩ New Orleans
⬩ New York ⬩ Providence ⬩ San Francisco ⬩ Stamford ⬩ Washington DC ⬩ West Palm Beach

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 2

| | **B120 Asset Analysis and Recovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/06/24 | Draft letter to Doug Draper and Elliot White regarding Christopher Homes and the pending sale process (0.5); forward email to Mr. Draper and Mr. White regarding this matter (0.1). | OFK | 0.60 | 360.00 |
| 11/07/24 | Prepare for and participate in call regarding the valuation of the Christopher Homes enterprise and related due-diligence matters (.7); receipt and review Christopher Homes reports and related HUD agreements (.5); correspond via email with Douglas Draper and others regarding the proposed Christopher Homes transaction (.4). | OFK | 1.60 | 960.00 |
| 11/08/24 | Correspond via email with the bankruptcy counsel team regarding the Christopher Homes, Inc. sale. | OFK | 0.30 | 180.00 |
| 11/15/24 | Receipt and review of emails from counsel for the Apostolates regarding the Christopher Homes transaction (.2). | OFK | 0.20 | 120.00 |
| 11/20/24 | Continue examining Christopher Homes valuation plan and review related correspondence from Douglas Draper (counsel for the Apostolates). | OFK | 0.70 | 420.00 |
| | | | **8.30** | **$3,442.50** |

| | **B130 Asset Disposition** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/07/24 | Review and analyze various motions regarding pending real-estate sales in preparation for Committee call on this matter. | OFK | 0.40 | 240.00 |
| 11/25/24 | Correspond via email with the Debtor's counsel regarding the sale of the property at 1941 Dauphine Street (0.1); review and analyze the draft Sale Motion and Purchase and Sale Agreement (0.3). | OFK | 0.40 | 240.00 |
| 11/27/24 | Receipt and review of multiple motions to sell real estate and forward those motions to the Committee's bankruptcy counsel team for their further review and analysis. | OFK | 0.30 | 180.00 |
| | | | **1.10** | **$660.00** |

| | **B150 Meetings & Communications with Creditors** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/03/24 | Correspondence with pro se survivor claimant regarding case status. | BCK | 0.10 | 60.00 |
| 11/04/24 | Conference with pro se claimant regarding case status (0.2); correspondence with pro se claimant regarding case status (0.1); correspondence with Committee regarding next steps in case (0.1). | BCK | 0.40 | 240.00 |
| 11/06/24 | Meet with Committee Chair to address case status. | BCK | 0.20 | 120.00 |
| 11/07/24 | Correspond via email with state-court counsel regarding revisions to the non-monetary provisions and the UCC statement regarding latest developments. | OFK | 0.50 | 300.00 |
| 11/10/24 | Correspondence with pro se claimant regarding non-monetary plan provisions. | BCK | 0.10 | 60.00 |
| 11/11/24 | Correspondence with pro se claimant regarding case status (0.1); prepare Committee meeting agenda (0.2). | BCK | 0.30 | 180.00 |
| 11/11/24 | Prepare for and participate in call with state-court counsel on protective order amendment. | OFK | 0.80 | 480.00 |
| 11/12/24 | Prepare for today's UCC Committee meeting (0.2); meet with the UCC to address multiple issues (1.0). | OFK | 1.20 | 720.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 3

| B150 Meetings & Communications with Creditors | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/12/24 | Attend a portion of today's Committee meeting to address multiple outstanding issues facing the Committee, including plan mediation matters. | WSB | 0.70 | 420.00 |
| 11/12/24 | Conference with pro se survivor regarding case status. | BCK | 0.20 | 120.00 |
| 11/12/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.0). | KC | 1.00 | 425.00 |
| 11/12/24 | Meet with Committee to address plan-mediation next steps and other matters (1.0). | BCK | 1.00 | 600.00 |
| 11/15/24 | Conferences with multiple pro se claimants regarding case status. | BCK | 0.60 | 360.00 |
| 11/18/24 | Draft agenda for Committee meeting (0.1); correspondence with Committee regarding upcoming meeting (0.1). | BCK | 0.20 | 120.00 |
| 11/19/24 | Correspondence with pro se claimant regarding case status. | BCK | 0.10 | 60.00 |
| 11/19/24 | Prepare for today's UCC meeting (0.4); participate in UCC meeting and provide reports to Committee on multiple matters, including upcoming developments in the plan process (0.8). | OFK | 1.20 | 720.00 |
| 11/19/24 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including Committee Plan, M3 Report and other pending matters (.8) | KC | 0.80 | 340.00 |
| 11/19/24 | Attend Committee meeting regarding next steps in plan process (0.8). | BCK | 0.80 | 480.00 |
| 11/20/24 | Conference with pro se claimant regarding case status. | BCK | 0.20 | 120.00 |
| 11/22/24 | Conference with Committee chair regarding hearing on the M3 expert report and the next steps in case (0.5); draft update for Committee regarding hearing and case status (0.2); correspondence with pro se survivor regarding case status (0.1). | BCK | 0.80 | 480.00 |
| 11/26/24 | Correspond with the Committee members' state court counsel on 12/2/24 agenda. | OFK | 0.50 | 300.00 |
| 11/27/24 | Extended conference call with state-court counsel regarding the opt-in/opt-out issue and other plan-related matters. | OFK | 0.80 | 480.00 |
| | | | **12.50** | **$7,185.00** |

| B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/24 | Draft fee applications for Actuarial Value (1.8); draft fee application for Zobrio (0.2); draft Locke Lord fee application totals chart (1.5). | AS | 3.50 | 787.50 |
| 11/08/24 | Draft Locke Lord fee application. | AS | 1.00 | 225.00 |
| 11/12/24 | Further draft Locke Lord fee application (1.9); draft Zobrio fee application (0.4). | AS | 2.50 | 562.50 |
| 11/13/24 | Draft and revise Actuarial Value's fee application (0.4); correspond via email S. Bryant and K. Culbertson regarding same (0.1). | AS | 0.50 | 112.50 |
| 11/20/24 | Draft, edit, and revise the next interim Locke Lord fee application. | WSB | 2.60 | 1,560.00 |
| 11/21/24 | Review and revise Lord Lord's 13th Interim Fee Application, Zobrio Inc's 11th Interim Fee Application, and Actuarial Value's 3rd Interim Fee Application (1.7); prepare email correspondence to S. Bryant related to same (.2) | KC | 1.90 | 807.50 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 4

| | **B160 Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/22/24 | Draft, edit and revise Zobrio Inc's monthly fee statement (.3) and prepare email correspondence to S. Bryant related to same (.1) | KC | 0.40 | 170.00 |
| 11/22/24 | Draft summary of recent case developments for inclusion in the fee applications of Locke Lord and Zobrio (3.1). | WSB | 3.10 | 1,860.00 |
| 11/25/24 | Draft and revise the monthly Locke Lord fee statement (0.3); further draft the recent developments section of the Locke Lord fee application (2.1). | WSB | 2.40 | 1,440.00 |
| 11/25/24 | Draft, edit and revise Locke Lord's October monthly fee statement (0.3); finalize the Locke Lord interim fee application (.6) | KC | 0.90 | 382.50 |
| 11/26/24 | Review the finalized Locke Lord fee application received from Steven Bryant (0.2); conduct final review and edit of the Locke Lord fee application (0.8); forward the application to Steven Bryant for final review and filing (0.2). | KC | 1.20 | 510.00 |
| 11/26/24 | Finalize Locke Lord's and Zobrio's October monthly fee statements (.2) and prepare email correspondence to notice parties regarding same (.2) | KC | 0.40 | 170.00 |
| 11/26/24 | Draft, edit, and finalize the entire Locke Lord fee application (5.5); forward the Locke Lord fee application to Katee Culbertson via email for a final review (0.2); edit and finalize the Actuarial Value fee application (0.5); edit and revise the Zobrio fee application (0.1); draft the Notice of Hearing to accompany the fee applications (0.3); arrange for the filing of the Locke Lord, Actuarial Value, and Zobrio fee applications (0.1); correspond via email with Brad Knapp regarding arrangements for service of all these documents (0.1). | WSB | 6.80 | 4,080.00 |
| 11/27/24 | Coordinate fee application service (0.2); file certificate of service for fee applications (0.2). | BCK | 0.40 | 240.00 |
| | | | **27.60** | **$12,907.50** |

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/24 | Work on M3 report response outline (1.2). | OFK | 1.20 | 720.00 |
| 11/06/24 | Correspond via email with the bankruptcy counsel team regarding response to M3's abatement proposal. | OFK | 1.00 | 600.00 |
| 11/07/24 | Revise outline of response to the M3 report. | OFK | 0.50 | 300.00 |
| 11/11/24 | Review the response of certain abuse survivors to the M3 expert report. | BCK | 0.20 | 120.00 |
| 11/11/24 | Edit and revise response to the M3 expert report. | OFK | 0.40 | 240.00 |
| 11/12/24 | Analyze abuse-survivor response to the M3 expert report and continue drafting the Committee response. | OFK | 0.80 | 480.00 |
| 11/13/24 | Review ANO email regarding M3 report and address Committee response with bankruptcy co-counsel (.4); revise and re-draft the Committee's response to the M3 expert report (1.0); review certain attorney filings on M3 (.3); call regarding examiner scope with Douglas Draper and Jim Stang (.3); examine legal authorities regarding the expanded powers of a Chapter 11 examiner (.5); correspond with Brad Knapp regarding the further revisions to the M3 expert report (.4). | OFK | 2.90 | 1,740.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 5

| | **B190 Other Contested Matters** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/13/24 | Research and analyze the appointment of an examiner over religious organization and scope of examiner's powers under section 1104 (2.5); email correspondence to B. Knapp summarizing research conclusions (1.0) | KC | 3.50 | 1,487.50 |
| 11/13/24 | Further draft and revise Committee response to M3 report (1.1); revise draft response based on feedback from co-counsel, including Rick Kuebel and Jim Stang (0.7). | BCK | 1.80 | 1,080.00 |
| 11/14/24 | Revise Committee response to M3 expert report (0.3); analyze examiner authorities related to M3 report recommendations (1.1). | BCK | 1.40 | 840.00 |
| 11/14/24 | Review with R. Kubel the legal analysis regarding the scope of an examiner's powers under section 1104 (.3) | KC | 0.30 | 127.50 |
| 11/14/24 | Research and analyze the mandatory appointment of examiner under § 1104(c)(2), the scope of examiner's powers related to insurance matters, and an examiner's ability to prosecute estate causes of action (3.0); summarize research conclusions and forward summary to R. Kuebel and the rest of the bankruptcy counsel team (1.3) | KC | 4.30 | 1,827.50 |
| 11/14/24 | Further revise UCC comment to the M3 expert report and discuss the Committee's position with counsel for the Apostolates (.7); analyze research regarding examiner powers (.6); further correspond via email with the bankruptcy counsel team regarding the Committee's response to the M3 expert report (.6). | OFK | 1.90 | 1,140.00 |
| 11/15/24 | Further edit and revise the Committee's response (.4); | OFK | 0.40 | 240.00 |
| 11/15/24 | Revise response to M3 report. | BCK | 0.40 | 240.00 |
| 11/15/24 | Further correspond via email with Douglas Draper (counsel for the Apostolates) regarding the parties' replies to the M3 expert report (.3). | OFK | 0.30 | 180.00 |
| 11/18/24 | Further edit and revise the Committee's response to the M3 expert report (.6); correspond via email with attorneys for both the Debtor and the Apostolates regarding the report (.3). | OFK | 0.90 | 540.00 |
| 11/19/24 | Review proposed responses to M3 expert report from Debtor and Apostolates (0.3); revise Committee response regarding M3 report (0.2). | BCK | 0.50 | 300.00 |
| 11/19/24 | Finalize and e-file Committee response to the M3 expert report (0.3); email correspondence with B. Knapp regarding the filing and service of the response (0.1). | AS | 0.40 | 90.00 |
| 11/19/24 | Follow-up call with UCC team on the Committee's response to the M3 expert report (.5); further edit and revise the response to the M3 report (.8); correspond via email with the bankruptcy counsel team regarding additional edits to the Committee response and incorporate comments from the Committee members and state-court counsel (.5). | OFK | 1.80 | 1,080.00 |
| 11/20/24 | Review the Committee's filed response to the M3 expert report in preparation for the Court hearing on the report (0.5); prepare presentation for use at the hearing on the report (0.8). | OFK | 1.30 | 780.00 |
| 11/20/24 | Draft, finalize, and e-file certificate of service related to the Committee's response to the M3 expert report (.3); email correspondence with outside copy service regarding same (.1). | AS | 0.40 | 90.00 |
| 11/20/24 | Analyze response by U.S. Fire Insurance to the M3 expert report. | BCK | 0.20 | 120.00 |

**B190 Other Contested Matters**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/24 | Analysis of strategy following hearing (0.6). | BCK | 0.60 | 360.00 |
| 11/21/24 | Prepare for court status conference on the M3 expert report (1.4) attend court status conference on M3 expert report (2.1); receipt and review of US Fire comments to M3 expert report (.4). | OFK | 3.90 | 2,340.00 |
| 11/21/24 | Correspond with survivors and survivor counsel regarding the Court's conclusions at the hearing on the M3 expert report. | OFK | 0.40 | 240.00 |
| 11/21/24 | Attend hearing on the M3 expert report and the plan process (2.1); | BCK | 2.10 | 1,260.00 |
| 11/22/24 | Examine document requests with state court counsel for Committee members (0.4); correspond via email regarding this request (0.2). | OFK | 0.60 | 360.00 |
| 11/25/24 | Correspond via email with Mr. Mintz regarding the M3 expert report and the Debtor's comments (0.4); examine the Debtor's position on the expert report in detail (0.6); forward the Debtor's position with additional comments to the UCC team (0.5). | OFK | 1.50 | 900.00 |
| | | | **35.90** | **$19,822.50** |

**B250 Real Estate**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/24 | Analysis of additional productions related to Apostolate real estate assets. | BCK | 1.60 | 960.00 |
| 11/08/24 | Meet with Will Robbins, Brooke Altazan, and Rick Kuebel to address the Debtor's intention to prepare global sales procedures for Debtor real estate properties (0.7); further correspond via email with Mr. Robbins and Ms. Altazan about these matters (0.2). | WSB | 0.90 | 540.00 |
| 11/08/24 | Participate in a portion of a videoconference with Commercial Committee counsel regarding real-estate sale issues and the Debtor's proposed bidding and sale procedures (.5); correspond with UCC counsel regarding the same issues (.2). | OFK | 0.70 | 420.00 |
| 11/11/24 | Further analyze and revise real-estate sale and bidding procedures. | OFK | 0.50 | 300.00 |
| | | | **3.70** | **$2,220.00** |

**B310 Claims Administration and Objections**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/24 | Conference with non-abuse personal injury claimant counsel regarding personal injury claims. | BCK | 0.20 | 120.00 |
| 11/18/24 | Analysis of updated abuse survivor claim file from Donlin Recano. | BCK | 0.40 | 240.00 |
| 11/27/24 | Speak with Colleen Murphy regarding the Bond Trustee's motion for payment of fees (0.3); follow up with email correspondence to Ms. Murphy regarding this matter (0.2). | OFK | 0.50 | 300.00 |
| | | | **1.10** | **$660.00** |

**B320 Plan and Disclosure Statement**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/24 | Correspond via email with the Committee chair regarding the proposed Survivor Statement that will accompany the Disclosure Statement. | WSB | 0.10 | 60.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 7

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/24 | Revise summary of Committee plan (0.5); correspondence with Committee regarding plan summary (0.2); analysis of preparations and strategy for upcoming mediation session (0.5). | BCK | 1.20 | 720.00 |
| 11/01/24 | Draft letter regarding summary of Committee's plan (0.1); email correspondence to B. Knapp regarding same (0.1). | AS | 0.20 | 45.00 |
| 11/01/24 | Receipt and review of email from Lisa Futrell regarding non-monetary provisions and forward to UCC state court counsel with cover (.3). | OFK | 0.30 | 180.00 |
| 11/01/24 | Correspond via email with Soren Gisleson (counsel for certain abuse victims) regarding mediation scheduling and related issues (0.2); extended follow-up call with Mr. Gisleson about mediation issues (0.7). | OFK | 0.90 | 540.00 |
| 11/01/24 | Correspond regarding letter submitted to the Court by U.S. Fire Insurance Company and its related demands. | OFK | 0.50 | 300.00 |
| 11/01/24 | Receipt and review of multiple state court counsel replies regarding non-monetaries and discuss with Andy Caine (.4). | OFK | 0.40 | 240.00 |
| 11/01/24 | Prepare for and participate in call with state court counsel on mediation and plan issues (.8). | OFK | 0.80 | 480.00 |
| 11/04/24 | Analyze disclosure and release issues related to tomorrow's mediation session (0.3); continue drafting the Solicitation Motion (0.4). | WSB | 0.70 | 420.00 |
| 11/04/24 | Correspondence with D. Draper regarding Apostolate productions (0.1); review Apostolate production to evaluate issues for plan mediation (0.4); conference with Committee Chair regarding mediation preparation (0.3); conference with state court counsel regarding non-monetary plan provisions (0.5); analysis of mediation strategy for upcoming Zive mediation (1.0); continue preparing disclosure statement (0.8). | BCK | 3.10 | 1,860.00 |
| 11/04/24 | Receipt and review of multiple correspondence with U.S. Fire Insurance Co. on mediation participation and purported plan issues. | OFK | 0.40 | 240.00 |
| 11/04/24 | Prepare for and participate in call with state court counsel on non-monetary plan provisions and correspond regarding same (1.3); call with Committee team to prepare for plan mediation session with Judge Zive (1.0); revise plan releases and analyze Apostolate settlement issues (.3) discuss developments in the Rockville Centre case with state court counsel (.2). | OFK | 2.80 | 1,680.00 |
| 11/04/24 | Correspond via email with the bankruptcy counsel team and certain state-court counsel regarding non-monetary provisions. | OFK | 0.80 | 480.00 |
| 11/05/24 | Participate in a portion of the ANO Plan mediation session with Judge Zive (2.5); follow-up Committee discussions with Mr. Stang and B. Knapp and UCC Chair (.5); correspond via email with state-court counsel regarding the Plan's proposed non-monetary provisions (.6); follow-up call with Mr. Stang on valuation issues pertinent to the Plan (.4). | OFK | 4.00 | 2,400.00 |
| 11/05/24 | Draft, edit, and revise the Solicitation Motion in connection with the Committee's Plan (3.5); correspond via email with Brad Knapp regarding various issues that arose during today's mediation and that might affect the Solicitation Motion (0.3); further edit and revise the Solicitation Motion (0.5). | WSB | 4.30 | 2,580.00 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/05/24 | Attend all-day mediation with Judge Zive regarding competing plans of reorganization and other plan-related matters (6.3); meet with Jim Stang, Rick Kuebel, and Committee Chair after today's mediation to review multiple follow-up issues (0.5). | BCK | 6.80 | 4,080.00 |
| 11/06/24 | Continue preparing Committee disclosure statement (2.7); analysis of next steps in mediation process and plan negotiations (0.4). | BCK | 3.10 | 1,860.00 |
| 11/06/24 | Continue drafting the Solicitation Motion (2.1); begin drafting ballots for non-abuse claims and notices of non-voting status (0.9). | WSB | 3.00 | 1,800.00 |
| 11/06/24 | Call with Commercial Committee counsel regarding mediation and plan questions (.4); further correspond via email regarding non-monetaries and related statements (.5). | OFK | 0.90 | 540.00 |
| 11/06/24 | Revise potential plan provisions and disclosure-statement descriptions, including format of releases. | PGE | 1.30 | 780.00 |
| 11/07/24 | Communicate with UCC team on disclosure statement revisions (.4); communicate with Jim Stang on mediation correspondence (.5). | OFK | 0.90 | 540.00 |
| 11/07/24 | Continue drafting the Solicitation Motion and notices of non-voting status. | WSB | 1.20 | 720.00 |
| 11/07/24 | Continue drafting Committee disclosure statement (5.6); review financial documentation in connection with disclosure statement revisions (1.4). | BCK | 7.00 | 4,200.00 |
| 11/08/24 | Continue drafting Committee disclosure statement (4.1); analyze comments provided by Phil Eisenberg and Rick Kuebel (0.3). | BCK | 4.40 | 2,640.00 |
| 11/08/24 | Analyze issues related to the disclosure statement (.4); provide additional comments and proposed revisions to Brad Knapp (.2). | PGE | 0.60 | 360.00 |
| 11/08/24 | Further draft, and revise the Solicitation Motion (1.5); draft various ballots for delivery to the non-voting classes (1.3). | WSB | 2.80 | 1,680.00 |
| 11/08/24 | Correspond with multiple state court counsel regarding the non-monetary provisions and related statements by the parties. | OFK | 0.60 | 360.00 |
| 11/08/24 | Receipt and review of one section of the draft disclosure statement (0.3); edit and revise draft disclosure statement (0.2). | OFK | 0.50 | 300.00 |
| 11/08/24 | Email correspondence with state-court counsel regarding plan-related documents and other matters. | OFK | 0.40 | 240.00 |
| 11/10/24 | Further draft, edit, and revise the Solicitation Motion (2.1); continue drafting the ballots (0.9); draft the notice of non-voting status (0.5); continue drafting the Solicitation Motion (0.5). | WSB | 4.00 | 2,400.00 |
| 11/11/24 | Continue drafting the Solicitation Motion (3.8); draft, edit, and revise the proposed Confirmation Hearing Notice (1.3); draft, edit, and revise the proposed Notice of Non-Voting Status (1.1); draft, edit, and revise the proposed Solicitation Procedures Order (4.3); further edit and revise the Motion (0.7). | WSB | 11.20 | 6,720.00 |
| 11/11/24 | Continue preparing disclosure statement for Committee plan. | BCK | 1.60 | 960.00 |
| 11/11/24 | Review draft UCC disclosure statement and provide further edits to Brad Knapp for his inclusion in the final version. | OFK | 0.70 | 420.00 |
| 11/12/24 | Further draft, edit, and revise the Ballots (2.4); further edit and revise the Solicitation Motion (0.6). | WSB | 3.00 | 1,800.00 |

| **B320 Plan and Disclosure Statement** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/12/24 | Continue preparing disclosure statement for Committee plan based on feedback from other Committee professionals (4.4). | BCK | 4.40 | 2,640.00 |
| 11/12/24 | Provide additional proposed revisions to the disclosure statement and correspond via email with Brad Knapp regarding these revisions. | OFK | 0.50 | 300.00 |
| 11/12/24 | Conference with Debtor and Apostolate teams regarding plan mediation (0.9). | BCK | 0.90 | 540.00 |
| 11/13/24 | Correspond via email with Brad Knapp regarding further revisions to UCC disclosure statement (.7); incorporate additional disclosure comments into the revised disclosure statement (.4); prepare for and participate in call with BRG team on ability-to-pay issues and financial analysis supporting UCC plan (.8) | OFK | 1.90 | 1,140.00 |
| 11/13/24 | Examine issues presented by a Debtor liquidation analysis in connection with the Committee disclosure statement (0.8); continue revising disclosure statement for Committee plan (4.1). | BCK | 4.90 | 2,940.00 |
| 11/13/24 | Continue revising the Ballots for voting by the Voting Classes (4.1); further edit and revise the Notice of Non-Voting Status (0.6); edit and revise the Notice of Confirmation Hearing (0.4) | WSB | 5.10 | 3,060.00 |
| 11/14/24 | Finalize the Ballots (3.6); review and edit the Solicitation Motion (0.6); review and edit the Solicitations Procedures Order (1.4); review and revise all accompanying notices (0.7); finalize the Solicitation Motion and attendant documents (0.8) | WSB | 7.10 | 4,260.00 |
| 11/14/24 | Multiple email correspondences regarding plan-mediation and insurance-related issues with John Perry and the ANO's insurance counsel (.4); further analyze these issues in light of today's discussions with Mr. Perry and the ANO's counsel (.5). | OFK | 0.90 | 540.00 |
| 11/14/24 | Provide additional comments to the Committee disclosure statement, including with respect to plan structure and funding sources (.6). | PGE | 0.60 | 360.00 |
| 11/15/24 | Correspond regarding Solicitation Motion (.2). | OFK | 0.20 | 120.00 |
| 11/15/24 | Organize exhibits and related documents associated with the Disclosure Statement within Imanage and SFTP in order to facilitate attorney review in advance of filing the disclosure statement. | NP | 0.50 | 112.50 |
| 11/15/24 | Multiple email correspondences with the bankruptcy counsel team regarding the Solicitation Motion and the Solicitations Procedures Order (0.3); analyze certain issues raised by the Motion with Brad Knapp (0.2). | WSB | 0.50 | 300.00 |
| 11/15/24 | Continue revising Committee disclosure statement based on feedback from co-counsel. | BCK | 4.60 | 2,760.00 |
| 11/15/24 | Prepare for and participate in BRG call regarding the Debtor's ability to pay and its liquidation analysis (1.0); | OFK | 1.00 | 600.00 |
| 11/15/24 | Assess with Jim Stang the Committee's proposed response to the M3 expert report (.6). | OFK | 0.60 | 360.00 |
| 11/15/24 | Meet again with BRG regarding its ability-to-pay analysis (.5). | OFK | 0.50 | 300.00 |
| 11/18/24 | Revise disclosure statement for Committee plan (1.6); edit and revise Committee solicitation procedures (1.8); analysis of personal injury claim treatment for Committee plan (0.4). | BCK | 3.80 | 2,280.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 10

| | B320 Plan and Disclosure Statement | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/18/24 | Review with Jim Stang various issues related to the Solicitation Motion (0.2); correspond via email with Katee Culbertson and Brad Knapp regarding further revisions to the Solicitation Motion (0.2); further edit and revise the Solicitation Motion (0.2). | WSB | 0.60 | 360.00 |
| 11/18/24 | Continue revising the proposed UCC Disclosure Statement. | OFK | 0.40 | 240.00 |
| 11/18/24 | Correspond regarding BRG's ability-to-pay analysis and related financial issues. | OFK | 0.40 | 240.00 |
| 11/18/24 | Review, edit, and revise motion to approve disclosure statement, solicitation procedures, and ballots re updating balloting agent and incorporating J. Stang's comments (2.1); review, edit, and revise disclosure statement regarding updating solicitation procedures and revising defined terms from Committee Plan (5.5) | KC | 7.60 | 3,230.00 |
| 11/19/24 | Draft, edit and further revise motion to approve Disclosure Statement and solicitation procedures to incorporate J. Stang's edits (2.0); revise Opt-In and Release Documents and the Ballots based on pleadings in the Rockville Centre bankruptcy case example and remove certain dates and related deadlines (2.3); edit and further revise the Committee Disclosure Statement to conform it to the revisions to the Plan and Solicitation Procedures Motion (1.5); draft, edit and revise Unknown Tort Claims Trust Agreement accompanying the Committee Plan (3.5) | KC | 9.30 | 3,952.50 |
| 11/19/24 | Prepare for and participate in call with BRG team regarding the Debtor's ability to pay and insurance issues. | OFK | 0.70 | 420.00 |
| 11/19/24 | Analysis of pension issues for disclosure statement (0.3). | BCK | 0.30 | 180.00 |
| 11/19/24 | Correspond via email with Katee Culbertson and Brad Knapp regarding the further proposed revisions to the Solicitation Procedures Motion (0.2); review the revised Solicitation Procedures Motion (0.3). | WSB | 0.50 | 300.00 |
| 11/19/24 | Continue revising disclosure statement (2.5). | BCK | 2.50 | 1,500.00 |
| 11/19/24 | Analysis of next steps for Committee document preparations (0.4). | BCK | 0.40 | 240.00 |
| 11/19/24 | Review revised solicitation procedures (2.4). | BCK | 2.40 | 1,440.00 |
| 11/19/24 | Examine of liquidation analysis issues for disclosure statement (0.6). | BCK | 0.60 | 360.00 |
| 11/19/24 | Conference with Debtor and Apostolate counsel regarding mediation status and next steps (0.5). | BCK | 0.50 | 300.00 |
| 11/20/24 | Revise Committee disclosure statement (3.4); review further revised solicitation procedures (1.2); begin reviewing Debtor solicitation procedures and compare those procedures to the Committee procedures (0.8); examine BRG financial analysis in support of the disclosure statement (0.4); analysis of pension team feedback for disclosure statement (0.3). | BCK | 6.10 | 3,660.00 |
| 11/20/24 | Examine all exhibits to Disclosure Statement and Solicitation Procedures Motion to correct any remaining errors (0.9); organize all exhibits for filing with the Disclosure Statement and Solicitation Procedures Motion (0.6). | AS | 1.50 | 337.50 |
| 11/20/24 | Draft and revise notice of solicitation procedures and Committee disclosure statement (.6); receipt and review email correspondences from B. Knapp regarding filing of disclosure statement and motion to approve solicitation procedures and prepare response email correspondences related to same (.3) | KC | 0.90 | 382.50 |

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/20/24 | Review and comment on draft disclosure statement from UCC (.6); correspond with BRG team regarding ability-to-pay analysis (.4). | OFK | 1.00 | 600.00 |
| 11/21/24 | Continue reviewing UCC Disclosure Statement and Solicitation Procedures Motion (1.0); examine with Jim Stang various matters raised by the forthcoming court-requested agenda (.6). | OFK | 1.60 | 960.00 |
| 11/21/24 | Call with Commercial Committee counsel on plan-related matters (0.2); extended conference call with Douglas Draper regarding plan and disclosure-related issues (.5). | OFK | 0.70 | 420.00 |
| 11/21/24 | Further revise and finalize Committee Disclosure Statement in preparation for filing (2.8); correspond via email with Amanda St. Mary related to same (.3) | KC | 3.10 | 1,317.50 |
| 11/21/24 | Update and finalize all exhibits to Disclosure Statement and the Notice of Proposed Solicitation Procedures (0.7); e-file all these documents with the Court (0.2). | AS | 0.90 | 202.50 |
| 11/21/24 | Revise disclosure statement based on additional feedback from co-counsel (2.2). | BCK | 2.20 | 1,320.00 |
| 11/21/24 | Prepare for hearing on the M3 expert report, the current plan process, and the path forward for case (1.1); | BCK | 1.10 | 660.00 |
| 11/21/24 | Review final solicitation procedures (0.9). | BCK | 0.90 | 540.00 |
| 11/22/24 | Extended email correspondence with the Committee's insurance counsel regarding Plan mediation issues (.4); further analyze related plan issues with Jim Stang (.6); participate in telephone conference with Mr. Stang and Douglas Draper on Plan option issues and the agenda for the upcoming status conference (1.0); receipt and review of email correspondence from Mark Mintz and address the issues raised in this correspondence with the bankruptcy counsel team (.5). | OFK | 2.50 | 1,500.00 |
| 11/22/24 | Review correspondence with Debtor counsel regarding issues to address for plan process (0.2); evaluate next steps in the Committee plan process (0.6); continued analysis of debtor solicitation procedures (1.2). | BCK | 2.00 | 1,200.00 |
| 11/25/24 | Correspondence with BRG regarding requests for information and the timing of responses. | OFK | 0.20 | 120.00 |
| 11/25/24 | Call with Douglas Draper regarding plan and related notice issues. | OFK | 0.30 | 180.00 |
| 11/25/24 | Examine additional mediation and plan issues with Jim Stang following today's standing weekly call with the Debtor. | OFK | 0.40 | 240.00 |
| 11/26/24 | Correspond via email with the ANO's counsel and the rest of the Committee's bankruptcy counsel team regarding the Court's 12/2/24 status conference and the proposed agenda. | OFK | 0.80 | 480.00 |
| 11/26/24 | Analysis of opt in and opt out strategy issues and legal authorities in preparation for upcoming hearing. | BCK | 1.30 | 780.00 |
| 11/26/24 | Examine requests from various parties regarding the BRG ability-to-pay analysis (1.0); begin preparing responses to requests (0.7). | OFK | 1.70 | 1,020.00 |
| 11/26/24 | Correspond via email with counsel for U.S. Fire Insurance (Tancred Schiavoni) regarding the Courts' 12/2/24 status conference. | OFK | 0.40 | 240.00 |
| 11/26/24 | Meet with Jim Stang and Brad Knapp via telephone conference to address the proper response to the Debtor's proposals for the 12/2 status conference. | OFK | 0.40 | 240.00 |

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 12

| | **B320 Plan and Disclosure Statement** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/27/24 | Follow up call with Soren Gisleson (counsel to certain abuse survivors) regarding the Court's 12/2/24 status conference, the Court's agenda for the conference, and related matters. | OFK | 1.00 | 600.00 |
| 11/27/24 | Call with Paul Shields and Matt Babcock of BRG to address open discovery items and ability-to-pay issues. | OFK | 0.50 | 300.00 |
| 11/27/24 | Further correspond via email with state-court counsel regarding the forthcoming document requests, the 12/2/24 status conference, and related matters. | OFK | 0.50 | 300.00 |
| 11/27/24 | Analysis of document needs for plan mediation for BRG team. | BCK | 0.40 | 240.00 |
| 11/27/24 | Multiple emails with the Committee members' state-court counsel regarding the agenda for the 12/2/24 court status conference. | OFK | 0.40 | 240.00 |
| | | | **171.50** | **$98,080.00** |

**TOTAL FEES** $147,197.50

### TIMEKEEPER SUMMARY:

**B110   Case Administration**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.60 | $960.00 |
| O. F. Kuebel | Partner | $600.00 | 2.10 | $1,260.00 |
| | | | **3.70** | **$2,220.00** |

**B120   Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 4.20 | $2,520.00 |
| A. St. Mary | Paralegal | $225.00 | 4.10 | $922.50 |
| | | | **8.30** | **$3,442.50** |

**B130   Asset Disposition**

| | | | | |
|---|---|---|---|---|
| O. F. Kuebel | Partner | $600.00 | 1.10 | $660.00 |
| | | | **1.10** | **$660.00** |

**B150   Meetings & Communications With Creditors**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 5.00 | $3,000.00 |
| O. F. Kuebel | Partner | $600.00 | 5.00 | $3,000.00 |

142382575v.1

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 13

### B150   Meetings & Communications With Creditors

| | | | | |
|---|---|---|---|---|
| W.S. Bryant | Partner | $600.00 | 0.70 | $420.00 |
| K. Culbertson | Associate | $425.00 | 1.80 | $765.00 |
| | | | **12.50** | **$7,185.00** |

### B160   Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.40 | $240.00 |
| W.S. Bryant | Partner | $600.00 | 14.90 | $8,940.00 |
| K. Culbertson | Associate | $425.00 | 4.80 | $2,040.00 |
| A. St. Mary | Paralegal | $225.00 | 7.50 | $1,687.50 |
| | | | **27.60** | **$12,907.50** |

### B190   Other Contested Matters

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 7.20 | $4,320.00 |
| O. F. Kuebel | Partner | $600.00 | 19.80 | $11,880.00 |
| K. Culbertson | Associate | $425.00 | 8.10 | $3,442.50 |
| A. St. Mary | Paralegal | $225.00 | 0.80 | $180.00 |
| | | | **35.90** | **$19,822.50** |

### B250   Real Estate

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 1.60 | $960.00 |
| O. F. Kuebel | Partner | $600.00 | 1.20 | $720.00 |
| W.S. Bryant | Partner | $600.00 | 0.90 | $540.00 |
| | | | **3.70** | **$2,220.00** |

### B310   Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 0.60 | $360.00 |
| O. F. Kuebel | Partner | $600.00 | 0.50 | $300.00 |
| | | | **1.10** | **$660.00** |

### B320   Plan and Disclosure Statement

Official Committee of Unsecured Creditors
File No.: 0107766.00001

Invoice Date: December 23, 2024
Invoice No.: 1902671
Page: 14

**B320    Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| B. C. Knapp | Partner | $600.00 | 66.50 | $39,900.00 |
| O. F. Kuebel | Partner | $600.00 | 34.40 | $20,640.00 |
| P. G. Eisenberg | Partner | $600.00 | 2.50 | $1,500.00 |
| W.S. Bryant | Partner | $600.00 | 44.10 | $26,460.00 |
| K. Culbertson | Associate | $425.00 | 20.90 | $8,882.50 |
| A. St. Mary | Paralegal | $225.00 | 2.60 | $585.00 |
| N. Peterson | Litigation Supp | $225.00 | 0.50 | $112.50 |
| | | | **171.50** | **$98,080.00** |

**TIMEKEEPER SUMMARY TOTALS**                          **265.40**    **$147,197.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Westlaw Research | 2,141.09 |
| 11/06/24 | Outside Copy Costs 54543, Alliance Overnight Document Service LLC, Outside Copy Cost | 183.93 |
| 11/06/24 | Outside Copy Costs 54545, Alliance Overnight Document Service LLC, Outside Copy Services | 141.88 |
| | TOTAL EXPENSES | $2,466.90 |

**TOTAL FEES**                                                        **$147,197.50**

**TOTAL EXPENSES**                                                    **$2,466.90**

**<u>TOTAL FEES AND EXPENSES</u>**                                    **<u>$149,664.40</u>**

**PLEASE REMIT PAYMENT:**



<u>Via US Mail:</u>
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.



601 Poydras Street
Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5100
Fax: (504) 558-5200
www.lockelord.com
Tax ID: 74-1164324

c/o Patricia Moody, Chair

December 23, 2024
Invoice No.: 1902671

---

## REMITTANCE ADVICE

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through November 30, 2024

      File Number:  0107766.00001
      RE:      Bankruptcy of the Archdiocese of New Orleans

Total Fees .................................................................................................................................... $147,197.50

Total Expenses ............................................................................................................................. $2,466.90

Total Due this Statement............................................................................................................... $149,664.40



**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call O. F. Kuebel of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.

142382575v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |
| | **Objection Deadline: February 15, 2025** |

**MONTHLY FEE AND EXPENSE STATEMENT OF TROUTMAN PEPPER LOCKE LLP FOR DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Troutman Pepper Locke LLP (formerly Locke Lord LLP) ("Troutman"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from December 1, 2024 through December 31, 2024 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.      A summary of the services rendered by Troutman to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Troutman attorneys and paraprofessionals (collectively, the

---

[1]  The last four digits of the Debtor's federal tax identification number are 8966.  The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Troutman during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Troutman for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Troutman has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,776,496.19.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| December 1, 2024 through December 31, 2024 | |
| --- | --- |
| Fees (at standard rates): | $198,431.50 |
| (Reduction due to reduced rates) | ($78,464.00) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $119,967.50 |
| Disbursements | $2,416.37 |
| **Total** | **$122,383.87** |

**VOLUNTARY REDUCTIONS**

9.      In this Statement Period, Troutman made certain voluntary reductions on its invoice. These reductions total $0.00 and 0.0 billable hours not charged during the Statement

2

Period. These entries are marked as "No Charge." An entry identified as "No Charge" is not being billed — although the time expended for this uncharged amount does appear.

## NOTICE AND OBJECTION PROCEDURES

10.    In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11.    Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before February 15, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12.    If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Troutman on an interim basis the total amount of **$98,390.37**. This figure consists of (a) $95,974.00 in fees for time incurred,

which represents eighty percent (80%) of Troutman's total fees of <u>$119,967.50</u> for the Statement

Period, and (b) <u>$2,416.37</u> in expenses disbursed, which represents one hundred percent (100%) of

Troutman's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: January 31, 2025.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: bknapp@troutman.com
      rkuebel@troutman.com
-and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: sbryant@ troutman.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

## **EXHIBIT A**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| B110 | CASE ADMINISTRATION | 2.0 | $900.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 1.1 | $660.00 |
| B130 | ASSET DISPOSITION | 16.1 | $9,660.00 |
| B150 | MEETING AND COMMUNICATION WITH CREDITORS | 16.8 | $9,747.50 |
| B160 | FEE/EMPLOYMENT APPLICATIONS | 12.0 | $7,130.00 |
| B190 | OTHER CONTESTED MATTERS | 35.90 | $19,822.50 |
| B195 | NON-WORKING TRAVEL | 1.3 | $780.00 |
| B250 | REAL ESTATE | 1.5 | $900.00 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 69.6 | $40,597.50 |
| B320 | PLAN AND DISCLOSURE STATEMENT | 88.6 | $49,592.50 |
|  | **TOTAL FEES SOUGHT =** | **209.0** | **$119,967.50** |

**EXHIBIT B**

AMERICA:625262/000001: 143186214v.1

## COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD
### DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024
------------------------------  BILLING PROFESSIONALS  ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 54.5 | $600.00 | $32,700.00 |
| BCK | Knapp, Brad C. | Partner | 54.7 | $600.00 | $32,820.00 |
| WSB | Bryant, W. Steven | Partner | 73.2 | $600.00 | $43,920.00 |
| PGE | Eisenberg, Phillip G. | Partner | 0.5 | $600.00 | $300.00 |
| NP | Mouton, Robert | Partner | 2.6 | $225.00 | $1,560.00 |
| AS | St. Mary, Amanda P. | Paralegal | 6.6 | $225.00 | $1,485.00 |
| KC | Culbertson, Katherine | Associate | 16.9 | $425.00 | $7,182.50 |
| | **TOTALS =** | | **209.0** | | **$119,967.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | Airfare Costs | $334.96 |
|  | Copy Charges | $1,950.11 |
|  | Transcript Cost | $131.30 |
|  | **TOTAL EXPENSES** | **$2,416.37** |

# **EXHIBIT D**

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com

# troutman⌐
# pepper locke

---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**
Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

c/o Patricia Moody, Chair

| | |
|---|---|
| Invoice Date | 01/29/25 |
| Submitted by | R Kuebel |
| Direct Dial | 504-558-5155 |
| Invoice No. | 131893254 |
| Firm Ref. No. | 625262.000001 |

---

RE:     **Bankruptcy of the Archdiocese of New Orleans**

| | |
|---|---|
| Fees for Professional Services Rendered Through 12/31/24 | $119,967.50 |
| Costs and Expenses Through 12/31/24 | $2,416.37 |
| **Total Amount of This Invoice** | **$122,383.87** |

Troutman Pepper Locke LLP, a Georgia limited liability partnership

AMERICA:625262/000001: 143174765v.1

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 2



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 12/02/24 | S Bryant | B310 A104 | Begin reviewing the Debtor's Motion to pay the Bond Trustee its post-petition legal expenses (0.4); analyze these issues with Brad Knapp (0.1); further review and analyze the proposed motion (0.2). | 0.7 | 420.00 |
| 12/02/24 | B Knapp | B150 A104 | Draft Committee agenda for upcoming meeting (0.2); correspondence with Committee regarding meeting (0.1); conferences with multiple pro se survivors regarding case status (0.4). | 0.7 | 420.00 |
| 12/02/24 | B Knapp | B310 A104 | Review multiple motions seeking leave to late file proofs of claim. | 0.4 | 240.00 |
| 12/02/24 | B Knapp | B320 A104 | Review various correspondence and proposals related to plan process in preparation for hearing on next steps in plan negotiations (0.4); attend hearing regarding next steps for plan process and information exchange (1.5); conferences with counsel for certain survivors and insurer following hearing regarding next steps in case (0.3); analysis of information exchange strategy and strategy to address additional hearings (1.1). | 3.3 | 1,980.00 |
| 12/02/24 | R Kuebel | B310 A107 | Review and advise Unsecured Creditors Committee and state court counsel on Bond Trustee fee motion and bondholder objections. | 0.6 | 360.00 |
| 12/02/24 | R Kuebel | B320 A107 | Correspond with state court counsel on court status conference (0.7) | 0.7 | 420.00 |
| 12/02/24 | R Kuebel | B320 | Prepare for and participate in court status conference on scheduling, discovery and path forward (1.5); follow-up phone call and correspondence with Mr. Caine regarding US Fire pleadings, letters and arguments to court (.4); multiple emails to Mr. Caine, Mr. Nasatir and Mr. Knapp on preparation for court status conference (.8). | 2.7 | 1,620.00 |
| 12/02/24 | R Kuebel | B130 | Correspond with buyer regarding Hope Haven status inquiry. | 0.3 | 180.00 |
| 12/03/24 | S Bryant | B150 A106 | Attend today's Committee meeting to address multiple outstanding issues with the Committee | 0.9 | 540.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 3



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | members and their counsel, including recent court hearings in the case (0.9). | | |
| 12/03/24 | S Bryant | B310 A103 | Further review and analyze the motion filed by the Debtor to pay the Bond Trustee's fees and expenses (0.8); review and analyze the original Settlement Order and the Loan Agreement between the Debtor and the Bond Trustee (1.2); begin drafting the response to the motion to pay the Bond Trustee's fees and expenses (1.4). | 3.4 | 2,040.00 |
| 12/03/24 | S Bryant | B130 A103 | Review and analyze the Debtor's motions to sell three real estate properties in preparation for today's Committee meeting. | 0.4 | 240.00 |
| 12/03/24 | K Culbertson | B150 A109 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including Committee Plan, M3 Report and other pending matters (.9) | 0.9 | 382.50 |
| 12/03/24 | K Culbertson | B320 A102 | Research and analyze Rule 23 class action certification related to bankruptcy approval of opt-out notice for plan (.4) | 0.4 | 170.00 |
| 12/03/24 | B Knapp | B150 A104 | Review hearing notes in preparation for Committee meeting regarding plan issues (0.4); attend Committee meeting regarding next steps for plan negotiations (0.9). | 1.3 | 780.00 |
| 12/03/24 | B Knapp | B310 A104 | Analysis of bond trustee fee motion (0.3); review prior pleadings related to bond trustee settlement and fee payment issues (0.4); analysis of strategy issues for bond trustee fee motion (0.5). | 1.2 | 720.00 |
| 12/03/24 | B Knapp | B320 A104 | Analysis of additional legal authorities from other diocese cases regarding potential plan structure options (1.2); coordinate additional analysis regarding potential Rule 23 plan structure options (0.3); review orders setting discovery process and additional hearings regarding plan negotiations (0.2); analysis of document needs (0.3). | 2.0 | 1,200.00 |
| 12/03/24 | B Knapp | B250 A104 | Conference with Committee appraiser regarding valuation of properties under Debtor plan (0.1); | 0.6 | 360.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 4



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | analysis of Hope Haven sale documentation (0.1); review real estate sale motions in preparation for Committee meeting (0.4). | | |
| 12/03/24 | R Kuebel | B150 A108 | Call with state court counsel, B. Arata, regarding non-monetary provisions, court status conference and document access (.4); prepare for and participate in and report to Unsecured Creditors Committee regarding status conference and real estate update (.9). | 1.3 | 780.00 |
| 12/03/24 | R Kuebel | B320 | Analyze ability-to-pay issues in connection with the Committee Plan and further mediation efforts on the Plan with the Debtor and the Apostolates. | 0.5 | 300.00 |
| 12/03/24 | R Kuebel | B320 A108 | Multiple emails with co-counsel regarding court order, BRG ability to pay and outstanding discovery list and uninsured discovery. | 0.4 | 240.00 |
| 12/03/24 | R Kuebel | B130 A104 | Receipt and review of Hope Haven update and forward same with comments to co-counsel. | 0.3 | 180.00 |
| 12/03/24 | R Mouton | B130 A105 | Review and respond to email from R. Kuebel re: Monument Addendum to Hope Haven PSA. | 0.2 | 120.00 |
| 12/04/24 | B Knapp | B150 A104 | Conference with pro se claimants regarding case status (0.4); draft updates for Committee (0.1). | 0.5 | 300.00 |
| 12/04/24 | B Knapp | B320 A104 | Continued analysis of information needs for upcoming deadline related to plan mediation process. | 0.8 | 480.00 |
| 12/04/24 | B Knapp | B310 A104 | Review additional motions to file late claims. | 0.3 | 180.00 |
| 12/04/24 | R Kuebel | B130 | Correspond regarding bidders on pending sale motions (.2); correspond on Hope Haven sale (.2). | 0.4 | 240.00 |
| 12/04/24 | R Kuebel | B320 A104 | Review Rockville Center pleadings and confirmation order to assess the potential relevance of the Court's ruling in this Chapter 11 case for the continuing ANO Chapter 11 proceedings. | 0.5 | 300.00 |
| 12/04/24 | R Kuebel | B320 A104 | Review and work on financial due diligence request list (.5); multiple emails with BRG team on ability to pay and open financial request items (.4); prepare for | 1.5 | 900.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 5


**troutman
pepper locke**

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task / Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|-------|--------|
| | | | and participate in Unsecured Creditors Committee state court counsel team call on open discovery requests for debtor and plan mediation (.6). | | |
| 12/04/24 | R Mouton | B130 A104 | Review and draft revisions to Monument Addendum to Hope Haven Purchase Agreement (0.3); draft email to R. Kuebel regarding these revisions (0.2); meet with R. Kuebel regarding these matters (0.3). | 0.8 | 480.00 |
| 12/05/24 | S Bryant | B310 A103 | Continue drafting the response to the Bond Trustee's fee payment motion (1.1); conduct legal research and analysis on allowance of post-petition fees in connection with unimpaired claims (1.4); further edit and revise the response (0.5). | 3.0 | 1,800.00 |
| 12/05/24 | B Knapp | B320 A104 | Analysis of document and information needs to prepare request to Debtor and Apostolates for plan mediation. | 0.7 | 420.00 |
| 12/05/24 | R Kuebel | B320 A103 | Meet with BRG team to review outstanding document requests from the Debtor and other parties. | 0.3 | 180.00 |
| 12/05/24 | R Kuebel | B320 A107 | Correspond with Mr. Stang on Plan issues (.3); call with Mr. Draper on Rockville filings and process (.3). | 0.6 | 360.00 |
| 12/05/24 | R Kuebel | B320 A103 | Work on information/document requests and correspond with the bankruptcy counsel team regarding these matters. | 0.5 | 300.00 |
| 12/05/24 | R Kuebel | B130 A107 | Correspondence and call with state court counsel on pending real estate sale motion topping process (.5); work on Hope Haven sale issues (.4) | 0.9 | 540.00 |
| 12/05/24 | A St. Mary | B320 A111 | Receipt and review of Order setting non-monetary plan provisions status conference (.1); calendaring deadlines regarding same (.1). | 0.2 | 45.00 |
| 12/06/24 | S Bryant | B310 A103 | Conduct legal research and analysis in support of objection to the Bond Trustee fee motion (1.4); further draft the Objection to the fee motion (1.8). | 3.2 | 1,920.00 |
| 12/06/24 | P Eisenberg | B320 A104 | Work on next steps in plan process and pending status of plan and disclosure statement. | 0.5 | 300.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 12/06/24 | B Knapp | B310 A104 | Analysis of objection points for bond trustee fee motion (0.3); correspondence with bond trustee counsel regarding fees (0.1). | 0.4 | 240.00 |
| 12/06/24 | B Knapp | B320 A104 | Revise document requests to Debtor and Apostolates to incorporate BRG feedback and other comments from co-counsel (1.3); meet with counsel for the Commercial Committee regarding document requests for plan mediation (0.1); begin analyzing seven sets of document requests served on Committee (2.4). | 3.8 | 2,280.00 |
| 12/06/24 | R Kuebel | B310 | Work on Bond Trustee and Bond Trustee motion issues (.5). | 0.5 | 300.00 |
| 12/06/24 | R Kuebel | B320 A103 | Work with BRG team on revisions to document request to the Archdiocese and the Apostolates (1.2); receipt and review of Commercial Committee request and forward same to the bankruptcy counsel team (.2); receipt and review of Debtor information demand and correspond regarding same (.3); review, revise and finalize BRG ability to pay document request (.6). | 2.3 | 1,380.00 |
| 12/06/24 | R Kuebel | B320 | Receipt and review of email from Mr. Draper with 2004 request and forward same (.2); receipt and review of Second Harvest demand and correspond regarding same (.2); | 0.4 | 240.00 |
| 12/06/24 | A St. Mary | B320 A103 | Draft letter to Mark Mintz and Douglas Draper regarding updated document request (.1); email correspondence with B. Knapp regarding same (.1). | 0.2 | 45.00 |
| 12/09/24 | S Bryant | B310 A103 | Conduct additional legal research and analysis in support of the Objection to the Debtor's motion to pay the Bond Trustee's fees (1.3); draft, edit, and revise the Objection (5.7); review issues related to the Objection with Brad Knapp (0.2); further edit and revise the Objection (1.7). | 8.9 | 5,340.00 |
| 12/09/24 | B Knapp | B320 A104 | Continued analysis of document requests for plan process and response strategy (3.2); correspondence with Creditor Committee regarding response to document request (0.1); additional | 5.1 | 3,060.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 7



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | analysis of abuse-related records related to plan process and non-monetaries (1.8). | | |
| 12/09/24 | B Knapp | B310 A108 | Correspondence with bond trustee counsel regarding fee request meeting. | 0.1 | 60.00 |
| 12/09/24 | B Knapp | B150 A108 | Correspondence with Committee regarding upcoming meetings (0.1); conference with state court counsel regarding case status (0.2). | 0.3 | 180.00 |
| 12/09/24 | R Kuebel | B320 A103 | Work on responses to document requests from various parties. | 0.6 | 360.00 |
| 12/09/24 | R Kuebel | B320 A108 | Review, read and work on document requests and correspond with BRG team regarding same (1.0). | 1.0 | 600.00 |
| 12/09/24 | R Kuebel | B150 A108 | Call with state court counsel regarding status and claims (.6); call with Soren Gisleson regarding various mediation-related issues (.5). | 1.1 | 660.00 |
| 12/09/24 | R Kuebel | B120 A108 | Call and correspondence with the Commercial Committee regarding Tolling and related issues (.4). | 0.4 | 240.00 |
| 12/09/24 | A St. Mary | B320 A110 | Receipt of discovery from Debtors, Second Harvest, SPARTA Insurance Co., the Apostolates, U.S. Fire Insurance Co., and the Commercial Creditors Committee (.1); organizing same for B. Knapp's review (.1). | 0.2 | 45.00 |
| 12/10/24 | S Bryant | B310 A103 | Further draft the Objection to the Bond Trustee fee motion (4.7); correspond via email with the bankruptcy counsel team regarding the draft Objection (0.2); edit and revise the Objection (1.1). | 6.0 | 3,600.00 |
| 12/10/24 | B Knapp | B320 A104 | Conference with Debtor's counsel regarding document requests for plan process (0.7); continued analysis of documents requests and response strategy (0.8). | 1.5 | 900.00 |
| 12/10/24 | B Knapp | B250 A108 | Conference with B. Benton regarding debtor real estate values. | 0.1 | 60.00 |
| 12/10/24 | B Knapp | B310 A104 | Begin coordinating exhibit and witness issues for bond trustee fee motion hearing (0.2); conference with state court counsel regarding bond trustee fee | 0.4 | 240.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 8



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | motion (0.1); correspondence with US Trustee regarding bond trustee fee motion (0.1). | | |
| 12/10/24 | B Knapp | B150 A104 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 12/10/24 | R Kuebel | B320 A108 | Correspond on BRG document requests. | 0.5 | 300.00 |
| 12/10/24 | R Kuebel | B310 A103 | Edit and revise the proposed Committee Objection to the Bond Trustee's fee motion. | 0.5 | 300.00 |
| 12/10/24 | R Kuebel | B110 A101 | Prepare for and participate in weekly standing call with ANO team to address multiple outstanding issues. | 0.6 | 360.00 |
| 12/10/24 | R Kuebel | B130 A108 | Correspond on real estate sale status with state court counsel (.3); follow-up work on Hope Haven PSA issues (.4). | 0.7 | 420.00 |
| 12/11/24 | S Bryant | B310 A103 | Finalize the first draft of the Objection to the Bond Trustee's fee motion and complete all related research and analysis (5.7); correspond via email with the bankruptcy counsel team about the final version of the Objection and related matters (0.2). | 5.9 | 3,540.00 |
| 12/11/24 | B Knapp | B320 A101 | Continue preparing responsive documents and responses for multiple information requests related to plan process. | 2.9 | 1,740.00 |
| 12/11/24 | B Knapp | B130 A108 | Conference with potential real estate buyer regarding sale process and pending sale motions. | 0.1 | 60.00 |
| 12/11/24 | B Knapp | B310 A103 | Revise objection to Bond Trustee fee motion (0.5); revise exhibit and witness list for hearing on Bond Trustee fee motion (0.2); correspondence with Committee regarding Bond Trustee fee motion (0.1). | 0.8 | 480.00 |
| 12/11/24 | R Kuebel | B320 A108 | Call with BRG team on document responses. | 0.6 | 360.00 |
| 12/11/24 | R Kuebel | B120 A104 | Receipt and review of email correspondence from Mr. Draper regarding Christopher Homes, Inc. confidentiality agreement (0.2); forward the | 0.3 | 180.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 9



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| | | | confidentiality agreement to the Unsecured Creditor Committee team (.1); | | |
| 12/11/24 | R Kuebel | B130 A104 | Review Hope Haven real-estate questions (.5). | 0.5 | 300.00 |
| 12/11/24 | R Kuebel | B320 A108 | Call with Soren Giselson regarding mediation issues. | 0.4 | 240.00 |
| 12/11/24 | R Kuebel | B310 A103 | Work on the objection to the Bond Trustee fee motion (0.3); address various revisions and additional suggestions with Steve Bryant (.3). | 0.6 | 360.00 |
| 12/11/24 | A St. Mary | B320 A103 | Draft discovery responses for answers to the production requests propounded by the Apostolates, the Debtor, Second Harvest, and Commercial Creditors Committee (1.9); email correspondence with B. Knapp regarding same (.1). | 2.0 | 450.00 |
| 12/11/24 | A St. Mary | B310 A103 | Draft witness and exhibit list related to the hearing on the Joint Motion of the Debtor and the Bond Trustee to Approve Payment of the Bond Trustee's Fees and Expenses (.4); organize and label exhibits (.3); email correspondence with B. Knapp and S. Bryant regarding same (.1). | 0.8 | 180.00 |
| 12/12/24 | S Bryant | B310 A103 | Determine the exhibits to use at the hearing on the Bond Trustee's fee motion (0.7); edit and revise the Witness and Exhibit List (0.3); prepare for today's meeting with the Bond Trustee to address the issues raised by its motion (0.2); attend today's video-conference with the Bond Trustee to review the multiple issues presented by its motion (0.8); edit and finalize the Objection (0.5); review and analyze the other objections filed to the Bond Trustee's motion (0.9). | 3.4 | 2,040.00 |
| 12/12/24 | B Knapp | B320 A104 | Prepare responsive documents to bond trustee document requests related to plan process (0.2); correspondence with bond trustee regarding document requests (0.1). | 0.3 | 180.00 |
| 12/12/24 | B Knapp | B150 A108 | Conference with pro se survivor claimant regarding case status. | 0.2 | 120.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 10



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 12/12/24 | B Knapp | B310 A104 | Conference with bond trustee counsel regarding fee demand (0.8); review certain survivor objection to bond trustee fee request (0.2); review US Trustee objection to bond trustee fee request (0.2); begin preparing for bond trustee fee hearing (1.0). | 2.2 | 1,320.00 |
| 12/12/24 | R Kuebel | B130 A108 | Correspond with L. Egan and ANO team on Hope Haven sale issues. | 0.5 | 300.00 |
| 12/12/24 | R Kuebel | B310 A101 | Prepare for and participate in a portion of the call with the Bond Trustee team on document request and pending motion (.5); work on comments and revisions to the Bond Trustee objection (.4). | 0.9 | 540.00 |
| 12/12/24 | R Kuebel | B150 A108 | Call from survivor regarding case questions. | 0.5 | 300.00 |
| 12/12/24 | R Kuebel | B320 A108 | Call with Mr. Stang on Plan issues and the Bond Trustee (.3); work on documents review and prepare for non-monetary plan session with the court (1.0). | 1.3 | 780.00 |
| 12/12/24 | A St. Mary | B310 A103 | E-file the Committee's Objection to the Joint Motion of the Debtor and the Bond Trustee to Approve Payment of the Bond Trustee's Fees and Expenses (.2); draft and e-file Certificate of Service regarding same (.3); email correspondence with the copy service team regarding mail out of Objection (.1). | 0.6 | 135.00 |
| 12/12/24 | A St. Mary | B320 A110 | Pull Plan Excel sheet exhibits for B. Knapp's review. | 0.1 | 22.50 |
| 12/13/24 | S Bryant | B310 A103 | Review and revise the proposed Exhibit and Witness List for use at next week's hearing (0.6); correspond via email with Amanda St. Mary and Brad Knapp about the filing of this list (0.2); further correspond via email with the bankruptcy counsel team regarding the multiple objections filed (0.1). | 0.9 | 540.00 |
| 12/13/24 | K Culbertson | B320 A102 | Research and analyze Rule 23 class action certification related to bankruptcy approval of opt-out notice for plan (.4) | 1.0 | 425.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 11



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 12/13/24 | B Knapp | B320 A104 | Analysis of abuse records to analyze recent abuse issues and non-monetary plan provisions to plan negotiations. | 3.1 | 1,860.00 |
| 12/13/24 | R Kuebel | B310 A108 | Correspond on Bond Trustee's witness and exhibit list. | 0.2 | 120.00 |
| 12/13/24 | R Kuebel | B150 A108 | Correspond regarding survivor questions on settlement. | 0.3 | 180.00 |
| 12/13/24 | R Kuebel | B320 A104 | Review ANO documents in preparation for plan mediation and non-monetary discussions. | 1.0 | 600.00 |
| 12/13/24 | A St. Mary | B310 A103 | Finalize and e-file witness and exhibit list related to the hearing on the Joint Motion of the Debtor and the Bond Trustee to Approve Payment of the Bond Trustee's Fees and Expenses (.4); email correspondence with B. Knapp and S. Bryant regarding same (.1). | 0.5 | 112.50 |
| 12/16/24 | S Bryant | B310 A103 | Multiple email correspondences with the bankruptcy counsel team regarding the objections to the Debtor's motion to pay the Bond Trustee fees and expenses (0.3); review and analyze the Bond Trustee's reply (0.3); prepare for this week's hearing on the motion (0.5). | 1.1 | 660.00 |
| 12/16/24 | S Bryant | B150 A103 | Edit and revise the agenda for tomorrow's Committee meeting. | 0.1 | 60.00 |
| 12/16/24 | B Knapp | B320 A104 | Continued analysis of document requests and response strategy related to plan mediation discovery. | 1.2 | 720.00 |
| 12/16/24 | B Knapp | B310 A104 | Review exhibit and witness list for bond trustee fee motion filed by Debtor and bond trustee (0.2); review bond trustee reply brief (0.5); analysis of hearing strategy following reply brief filing (0.6). | 1.3 | 780.00 |
| 12/16/24 | B Knapp | B150 A108 | Conferences with multiple pro se claimants regarding case status and next steps (0.8); conferences with D. Miller & Associates regarding certain filed claims (0.2); draft Committee meeting agenda (0.2); | 1.3 | 780.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|-----------|------------------------------|-------|--------|
| | | | correspondence with Committee regarding meeting (0.1). | | |
| 12/16/24 | B Knapp | B250 A104 | Continued review of additional real estate analysis prepared by B. Benton related to Debtor property. | 0.4 | 240.00 |
| 12/16/24 | R Kuebel | B150 A101 | Prepare for and participate in Unsecured Creditors Committee call regarding document production responses (1.1). | 1.1 | 660.00 |
| 12/16/24 | R Kuebel | B150 A104 | Receipt and review of case pleadings in the criminal proceeding of Anthony Odiong (.2); correspond via email with survivors regarding Odiong's case and answer multiple questions regarding the impact of this matter on the ANO bankruptcy case (.4). | 0.6 | 360.00 |
| 12/16/24 | R Kuebel | B130 A108 | Correspond regarding Hope Haven sale and non-monetary issues. | 0.3 | 180.00 |
| 12/16/24 | A St. Mary | B310 A103 | Update addresses and other information for survivor-claimants in the existing Committee records. | 0.2 | 45.00 |
| 12/17/24 | S Bryant | B160 A103 | Draft, edit, and revise the Locke Lord monthly fee statement. | 2.1 | 1,260.00 |
| 12/17/24 | S Bryant | B150 A103 | Prepare for today's Committee meeting (0.2); attend today's Committee meeting to address various outstanding matters (1.1). | 1.3 | 780.00 |
| 12/17/24 | S Bryant | B310 A103 | Conduct additional research and analysis on issues raised in the Bond Trustee's reply in support of the Bond Trustee motion (0.3); prepare presentation for the hearing on the Bond Trustee motion (1.1). | 1.4 | 840.00 |
| 12/17/24 | K Culbertson | B150 A109 | Attend a portion of today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including Committee Plan, M3 Report and other pending matters (.9) | 1.0 | 425.00 |
| 12/17/24 | K Culbertson | B320 A102 | Research and analyze Fifth Circuit Rule 23 class action certification standards, Rule 23(a) prerequisites and Rule 23(b)(1)(B) class actions related bankruptcy approval of opt-out notice for third-party releases in plan (5.5) | 5.5 | 2,337.50 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 13



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 12/17/24 | B Knapp | B150 A104 | Attend Committee meeting regarding next steps in plan negotiation process (1.1). | 1.1 | 660.00 |
| 12/17/24 | B Knapp | B320 A104 | Conference with Debtor counsel regarding plan discovery and plan mediation next steps (0.5); correspondence with BRG regarding document production issues (0.2); conference with counsel for personal injury claimant regarding plan treatment (0.2); analysis of alternative plan treatment for non-abuse personal injury claims (0.4). | 1.3 | 780.00 |
| 12/17/24 | B Knapp | B250 A104 | Continued analysis of Archdiocese real estate values. | 0.4 | 240.00 |
| 12/17/24 | R Kuebel | B150 A101 | Prepare for and participate in Unsecured Creditors Committee meeting and present Hope Haven sale details to Unsecured Creditors Committee. | 1.1 | 660.00 |
| 12/17/24 | R Kuebel | B130 A111 | Follow-up on Hope Haven real estate sale and monument addendum (.7); follow-up emails to Unsecured Creditors Committee chair and counsel regarding Hope Haven sale (.4); follow-up work on Hope Haven monument addendum (.8). | 1.9 | 1,140.00 |
| 12/17/24 | R Kuebel | B110 A101 | Prepare for and participate in weekly standing call with the Debtor's counsel to address various outstanding issues. | 0.6 | 360.00 |
| 12/17/24 | R Mouton | B130 A104 | Review emails from M. Mintz and R. Kuebel (0.2); draft email to R. Kuebel regarding the Monument Addendum (0.1); review and revise Monument Addendum (0.3); draft email to R. Kuebel re: same (0.1) | 0.7 | 420.00 |
| 12/17/24 | A St. Mary | B310 A110 | Prepare binders for B. Knapp and S. Bryant for hearing on Joint Motion of the Debtor and the Bond Trustee to Approve Payment of the Bond Trustee's Fees and Expenses. | 1.0 | 225.00 |
| 12/17/24 | A St. Mary | B110 A111 | Update calendar to reflect omnibus hearing dates and associated deadlines. | 0.8 | 180.00 |
| 12/18/24 | S Bryant | B310 A103 | Conduct legal research and analysis in support of Objection to Bond Trustee fee motion (3.5); draft, | 5.7 | 3,420.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| | | | edit, and revise presentation for use at the hearing (2.2). | | |
| 12/18/24 | S Bryant | B195 A112 | Travel time from Austin, Texas to New Orleans, Louisiana for the hearing on the Bond Trustee fee motion (Total Hours:1.0; Billed Hours: 0.5). | 0.5 | 300.00 |
| 12/18/24 | K Culbertson | B320 A102 | Research and analyze Fifth Circuit Rule 23(b)(1)(B) class action certification standards, notice and opt-out rights, defendant classes, settlement classes, and bilateral classes with dual opt-outs for plaintiff and defendant classes (2.5); draft and revise research memorandum related to process for bankruptcy approval of opt-out notice for third-party releases in plan (2.0) | 4.5 | 1,912.50 |
| 12/18/24 | B Knapp | B130 A104 | Analysis of Hope Haven real estate sale transaction documentation issues. | 0.2 | 120.00 |
| 12/18/24 | B Knapp | B320 A108 | Conference with M. Mintz regarding document productions for plan mediation. | 0.1 | 60.00 |
| 12/18/24 | B Knapp | B310 A104 | Prepare for hearing on bond trustee fee request motion. | 2.4 | 1,440.00 |
| 12/18/24 | R Kuebel | B130 A108 | Call with Pat Connick regarding timing of Hope Haven sale (.3); continued work on Hope Haven addendum re-write and circulation of revised terms (.8); correspond with Unsecured Creditors Committee Chair and state court counsel regarding same (.7). | 1.8 | 1,080.00 |
| 12/18/24 | R Kuebel | B320 A101 | Prepare for non-monetary session with Mr. Caine (.6); work on opt-in / opt-out structuring (.6); pull, review and prepare opposition to non-monetary filing and prepare for sessions (.5). | 1.7 | 1,020.00 |
| 12/19/24 | S Bryant | B195 A112 | Travel time from New Orleans, Louisiana to Austin, Texas following today's hearing on the Bond Trustee Motion. (Total Hours:1.6; Billed Hours 0.8). | 0.8 | 480.00 |
| 12/19/24 | S Bryant | B310 A103 | Draft, edit, and revise presentation for today's hearing on the Bond Trustee Motion (4.0); analyze key issues related to the hearing with Brad Knapp (0.3); attend today's hearing on the Bond Trustee | 6.2 | 3,720.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 15



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| | | | Motion (1.5); review hearing results and outcome with Jim Stang, Brad Knapp, and Rick Kuebel (0.4). | | |
| 12/19/24 | K Culbertson | B320 A102 | Draft, revise and finalize research memorandum related to process for bankruptcy approval of opt-out notice for third-party releases in plan (3.0); prepare email correspondence to B. Knapp and S. Bryant related to same (0.2). | 3.2 | 1,360.00 |
| 12/19/24 | B Knapp | B320 A104 | Continue preparing responses to document production requests for plan mediation process. | 1.2 | 720.00 |
| 12/19/24 | B Knapp | B310 A104 | Continue preparing for hearing on bond trustee fee motion (1.2); attend hearing on bond trustee fee motion (1.5); draft update regarding bond trustee fee request for Committee (0.2). | 2.9 | 1,740.00 |
| 12/19/24 | R Kuebel | B130 A108 | Correspond with Pat Connick and discuss same with Unsecured Creditors Committee Chair (.8); work on Hope Haven sale issues including call with ANO team regarding PSA review (1.0); correspond with real estate counsel regarding Hope Haven PSA (.5). | 2.3 | 1,380.00 |
| 12/19/24 | R Kuebel | B320 A101 | Prepare for non-monetary sessions. | 0.9 | 540.00 |
| 12/19/24 | R Kuebel | B310 A108 | Correspond via email with Steven Bryant and Brad Knapp regarding today's hearing on the Bond Trustee motion (0.2); review Mr. Bryant's proposed presentation and provide additional comments (0.4). | 0.6 | 360.00 |
| 12/19/24 | R Mouton | B130 A104 | Review email from R. Kuebel (0.1); review Monument Addendum forwarded by same (0.2); draft email to R. Kuebel re: revisions to Monument Addendum (0.2); review and respond to email from R. Kuebel re: Purchase Agreement (0.1). | 0.6 | 360.00 |
| 12/20/24 | S Bryant | B320 A103 | Review and analyze legal research related to Rule 23 class-action approach to third-party releases (0.7); correspond via email with Brad Knapp about this matter (0.1). | 0.8 | 480.00 |
| 12/20/24 | S Bryant | B160 A103 | Further draft, edit, and revise the Locke Lord monthly fee statement. | 3.4 | 2,040.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 16


troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 12/20/24 | B Knapp | B320 A104 | Analysis of Rule 23 materials to evaluate potential plan resolution alternatives (0.9); correspondence with counsel for bond trustee regarding plan information requests (0.1); correspondence with BRG regarding plan information requests (0.1). | 1.1 | 660.00 |
| 12/20/24 | R Kuebel | B130 A103 | Work on Hope Haven PSA / Sale issues and correspond regarding same with real estate counsel. | 0.6 | 360.00 |
| 12/20/24 | R Kuebel | B320 A108 | Multiple correspondences with the bankruptcy counsel team regarding document production requests on Unsecured Creditors Committee by the Bond Trustee, insurers and the Archdiocese of New Orleans (.6); correspond with BRG team regarding same (.4). | 1.0 | 600.00 |
| 12/20/24 | R Kuebel | B320 A101 | Prepare for non-monetary session and review filed procedures, court comments. | 0.9 | 540.00 |
| 12/23/24 | S Bryant | B160 A103 | Further draft, edit, and revise the Locke Lord monthly fee statement. | 2.7 | 1,620.00 |
| 12/23/24 | B Knapp | B150 A108 | Conference with pro se survivor regarding case status. | 0.5 | 300.00 |
| 12/23/24 | R Kuebel | B320 A101 | Prepare for and participate in Court status conference on non-monetary plan and child protection provisions (3.0); follow-up call with Andy Caine regarding court comments (.3); discuss court comments with Mr. Stang (.3). | 3.6 | 2,160.00 |
| 12/23/24 | R Kuebel | B320 A108 | Multiple emails regarding production responses with BRG and Insurers. | 0.5 | 300.00 |
| 12/23/24 | R Kuebel | B130 A103 | Work on Hope Haven PSA comments and send to team. | 0.8 | 480.00 |
| 12/23/24 | R Kuebel | B120 A108 | Correspondence regarding Christopher Homes, Inc. nondisclosure agreement. | 0.4 | 240.00 |
| 12/23/24 | R Mouton | B130 A104 | Review redlined Hope Haven Purchase Agreement forwarded by R. Kuebel (0.2); call with R. Kuebel re: enforceability of Purchase Agreement (0.1). | 0.3 | 180.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 17



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 12/26/24 | B Knapp | B310 A104 | Review multiple motions to submit late proofs of claim. | 0.7 | 420.00 |
| 12/26/24 | R Kuebel | B130 A108 | Correspond regarding Hope Haven sale status (.3); reply regarding Hope Haven sale and forward to team (.3); correspond regarding follow-up on non-monetary plan discussions (.4). | 1.0 | 600.00 |
| 12/26/24 | R Kuebel | B320 A108 | Correspond with Mr. Stang on mediation communications. | 0.3 | 180.00 |
| 12/26/24 | R Kuebel | B320 A108 | Correspond via email with Iain Nasatir regarding document requests to the Committee from various insurers. | 0.5 | 300.00 |
| 12/27/24 | S Bryant | B160 A103 | Draft, edit, and revise the monthly fee statement of Locke Lord (1.5); draft, edit, and revise the monthly fee statement of Stegall Benton (0.8); draft, edit, and revise the monthly fee statement of Actuarial Value (0.8); draft, edit, and revise the monthly fee statement of Zobrio, Inc. (0.2); correspond via email with Katee Culbertson regarding the service of these monthly fee statements (0.1). | 3.4 | 2,040.00 |
| 12/27/24 | B Knapp | B320 A104 | Review correspondence regarding mediation updates and next steps for plan mediation. | 0.2 | 120.00 |
| 12/27/24 | R Kuebel | B320 A104 | Receipt, review and correspond regarding document production. | 0.5 | 300.00 |
| 12/27/24 | R Kuebel | B320 A103 | Work on preparation for status conference on plan issues. | 1.0 | 600.00 |
| 12/27/24 | R Kuebel | B130 | Work on Hope Haven real estate sale/PSA and forward same. | 0.5 | 300.00 |
| 12/30/24 | S Bryant | B320 A103 | Meet with BRG to address ability-to-pay issues and the proposed bond treatment (0.4); correspond via email with the bankruptcy counsel team regarding the responses to the discovery demands (0.2); edit and revise the responses to the various discovery demands (2.2). | 2.8 | 1,680.00 |
| 12/30/24 | K Culbertson | B160 A103 | Revise and finalize Stegall Benton's November fee statement (.2) and prepare email correspondence to | 0.4 | 170.00 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 18



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | notice parties regarding Locke Lord, Stegall Benton, Zobrio and Actuarial November fee statements (.2) | | |
| 12/30/24 | B Knapp | B320 A104 | Draft objections and responses to Rule 2004 requests (1.8); prepare documents for production (0.7); analysis of plan feasibility information for discovery requests (0.6). | 3.1 | 1,860.00 |
| 12/30/24 | R Kuebel | B320 A108 | Multiple Unsecured Creditors Committee team emails on document production responses including insurers, ANO and Second Harvest (.8); propose additional edits to the responses (0.3). | 1.1 | 660.00 |
| 12/30/24 | R Kuebel | B320 A108 | Correspond on January 7th status conference agenda. | 0.4 | 240.00 |
| 12/31/24 | S Bryant | B320 A103 | Draft, edit, and revise Responses to the Debtor's discovery requests (1.2); draft, edit, and revise responses to the Apostolates' discovery requests (1.1); review responses to various insurers' discovery requests (0.4); extended meeting with the bankruptcy counsel team to address various plan-related matters (1.2); further edit and revise the discovery requests (0.3). | 4.2 | 2,520.00 |
| 12/31/24 | B Knapp | B320 A104 | Revise discovery responses to plan discovery request (0.6); prepare for upcoming hearing regarding plan issues (1.2). | 1.8 | 1,080.00 |
| 12/31/24 | B Knapp | B150 A104 | Conference with counsel for survivor regarding case status. | 0.3 | 180.00 |
| 12/31/24 | R Kuebel | B320 A103 | Work on discovery responses to Apostolate requests (1.0); Correspond with Iain Nasatir regarding discovery responses (.3). | 1.3 | 780.00 |
| | | | Total: | 209.0 | 119,967.50 |

Invoice Date 01/29/25
Invoice Number 131893254
File No. 625262.000001
Page 19



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**TIMEKEEPER TIME SUMMARY THROUGH 12/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Bryant, Steven | 600.00 | 73.2 | 43,920.00 |
| Culbertson, Katee E. | 425.00 | 16.9 | 7,182.50 |
| Eisenberg, Phil | 600.00 | 0.5 | 300.00 |
| Knapp, Brad | 600.00 | 54.7 | 32,820.00 |
| Kuebel, Rick | 600.00 | 54.5 | 32,700.00 |
| Mouton, Rob | 600.00 | 2.6 | 1,560.00 |
| St. Mary, Amanda | 225.00 | 6.6 | 1,485.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/24**

| Description | Amount |
|-------------|--------|
| Airfare Costs | 334.96 |
| Copy Charges | 1,950.11 |
| Transcript Cost | 131.30 |
| Total: | 2,416.37 |
| Total Fees & Costs: | $122,383.87 |



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

## TIME SUMMARY BY PHASE AND TASK THROUGH 12/31/24

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| **B100** | **ADMINISTRATION** | | | | |
| | B110 | Case Administration | | 2.0 | 900.00 |
| | B120 | Asset Analysis and Recovery | | 1.1 | 660.00 |
| | B130 | Asset Disposition | | 16.1 | 9,660.00 |
| | B150 | Meetings of and Communications with Creditors | | 16.8 | 9,747.50 |
| | B160 | Fee/Employment Applications | | 12.0 | 7,130.00 |
| | B195 | Non-Working Travel | | 1.3 | 780.00 |
| | | | Total B100 | 49.3 | 28,877.50 |
| **B200** | **OPERATIONS** | | | | |
| | B250 | Real Estate | | 1.5 | 900.00 |
| | | | Total B200 | 1.5 | 900.00 |
| **B300** | **CLAIMS AND PLAN** | | | | |
| | B310 | Claims Administration and Objections | | 69.6 | 40,597.50 |
| | B320 | Plan and Disclosure Statement | | 88.6 | 49,592.50 |
| | | | Total B300 | 158.2 | 90,190.00 |

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com



**Federal ID No.:**                                                    **Billing Inquiries:**
58-0946915                                                            404-885-2508

c/o Patricia Moody, Chair                    Invoice Date                          01/29/25
                                            Submitted by                        R  Kuebel
                                            Direct Dial                    504-558-5155
                                            Invoice No.                       131893254
                                            Firm Ref. No.               625262.000001

**RE:      Bankruptcy of the Archdiocese of New Orl**

                              **Total Amount of This Invoice**              $122,383.87

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. [1] | Chapter 11 |
| | Objection Deadline: March 14, 2025 |

**MONTHLY FEE AND EXPENSE STATEMENT OF TROUTMAN PEPPER LOCKE LLP FOR JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

1.  In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Troutman Pepper Locke LLP (formerly Locke Lord LLP) ("Troutman"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from January 1, 2025 through January 31, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

2.  A summary of the services rendered by Troutman to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.  A listing of Troutman attorneys and paraprofessionals (collectively, the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.      A summary of expenses incurred by Troutman during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.      The detailed time records of Troutman for the Statement Period are attached hereto as **Exhibit D**.

6.      In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.      As of the date hereof, Troutman has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $5,776,496.19.

## TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD

8.      The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| January 1, 2025 through January 31, 2025 | |
|---|---|
| Fees (at standard rates): | $175,241.50 |
| (Reduction due to reduced rates) | ($71,266.50) |
| (Further voluntary reductions) | ($0.00) |
| Fees (After all reductions): | $103,975.00 |
| Disbursements | $96.80 |
| **Total** | **$104,071.80** |

## VOLUNTARY REDUCTIONS

9.      In this Statement Period, Troutman did not make any voluntary reductions on its invoice.

2

## NOTICE AND OBJECTION PROCEDURES

10. In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before March 14, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Troutman on an interim basis the total amount of **$83,276.80**. This figure consists of (a) $83,180.00 in fees for time incurred, which represents eighty percent (80%) of Troutman's total fees of $103,975.00 for the Statement Period, and (b) $96.80 in expenses disbursed, which represents one hundred percent (100%) of

3

Troutman's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: February 28, 2025.                              Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: brad.knapp@troutman.com
          Rick.kuebel@troutman.com
-and-

_/s/ W. Steven Bryant_
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Troutman Pepper Locke LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@ troutman.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

4

## EXHIBIT A

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## DURING COMPENSATION PERIOD
## JANUARY 1, 2025 THROUGH JANUARY 31, 2025

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 2.8 | $930.00 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 15.3 | $9,030.00 |
| **B130** | ASSET DISPOSITION | 6.2 | $3,720.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 19.1 | $10,807.50 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 22.7 | $12,140.00 |
| **B170** | FEE/EMPLOYMENT OBJECTIONS | 0.2 | $120.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 7.7 | $3,222.50 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 109.3 | $64,005.00 |
| | **TOTAL FEES SOUGHT =** | **183.3** | **$103,975.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
**JANUARY 1, 2025 THROUGH JANUARY 31, 2025**
------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| OFK | Kuebel, Omer F. (Rick) | Partner | 64.0 | $600.00 | $38,400.00 |
| BCK | Knapp, Brad C. | Partner | 63.7 | $600.00 | $38,220.00 |
| WSB | Bryant, W. Steven | Partner | 33.4 | $600.00 | $20,040.00 |
| AS | St. Mary, Amanda P. | Paralegal | 10.6 | $225.00 | $2,385.00 |
| KC | Culbertson, Katherine | Associate | 11.6 | $425.00 | $4,930.00 |
| | **TOTALS =** | | **183.3** | | **$103,975.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | Court Reporter/Deposition Costs | $96.80 |
|  | **TOTAL EXPENSES** | **$96.80** |

**EXHIBIT D**

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

c/o Patricia Moody, Chair

| | |
|---|---|
| Invoice Date | 02/21/25 |
| Submitted by | R  Kuebel |
| Direct Dial | 504-558-5155 |
| Invoice No. | 131912726 |
| Firm Ref. No. | 625262.000001 |

---

RE:   **Bankruptcy of the Archdiocese of New Orleans**

Fees for Professional Services Rendered Through 01/31/25     $103,975.00

Costs and Expenses Through 01/31/25     $96.80

**Total Amount of This Invoice**     **$104,071.80**

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 2



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/02/25 | S Bryant | B320 A101 | Further edit and revise the responses to the Debtor's and the Apostolates' production requests (0.9); correspond via email with Brad Knapp and Amanda St. Mary regarding the forthcoming document production (0.2). | 1.1 | 660.00 |
| 01/02/25 | B Knapp | B320 A104 | Conference with M. Mintz regarding plan discovery (0.1); continue preparing responses and documents to respond to plan discovery (3.8). | 3.9 | 2,340.00 |
| 01/02/25 | R Kuebel | B320 A103 | Work on discovery responses to Apostolate, ANO, and Bond Trustee discovery requests (.8); correspond regarding Second Harvest discovery requests and review multiple drafts and revisions of document-production objections and responses (1.3); correspond on Apostolate and insurer discovery responses (1.0). | 3.1 | 1,860.00 |
| 01/02/25 | R Kuebel | B320 A108 | Correspond with State Court counsel regarding proposed intake questions for the ANO's Victims Assistance Coordinator. | 0.4 | 240.00 |
| 01/02/25 | A St. Mary | B320 A103 | Review, organize, and bates label document production generated in response to the Debtor request for production of documents (2.0); review, organize, and bates label document production in response to Second Harvest's request (1.0); review, organize, and bates label document production in response to the Apostolates' request (1.0). | 4.0 | 900.00 |
| 01/03/25 | S Bryant | B320 A101 | Meet with the BRG team to address ability-to-pay issues in preparation for responding to the outstanding document requests (1.1); further edit and revise the responses to the document requests (0.5); subsequent meeting with BRG to finalize responses (0.4); further revise the responses (0.2); correspond via email with Brad Knapp regarding additional revisions to the responses (0.2). | 2.4 | 1,440.00 |
| 01/03/25 | B Knapp | B320 A104 | Continue revising discovery responses (2.1); continue preparing document productions for plan discovery (3.1); analyze ability-to-pay issues with BRG in order to respond to plan discovery (2.2); review revised ability-to-pay analysis (0.5); | 9.0 | 5,400.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 3



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | conference with Debtor regarding plan issues status conference (0.8); draft correspondence to Court regarding status conference agenda (0.2); correspondence among counsel for multiple parties regarding agenda (0.1). | | |
| 01/03/25 | R Kuebel | B110 A101 | Prepare for and participate in weekly planning call with counsel for the Debtor and the Unsecured Creditors Committee. | 0.8 | 480.00 |
| 01/03/25 | R Kuebel | B320 A108 | Follow-up correspondence with the Unsecured Creditors Committee legal team regarding the January 7, 2025 agenda (.7); comment and revise the January 7, 2025 proposed agenda (.2); call with Douglas Draper on January 7, 2025 status conference issues, notice and opt-in (.3). | 1.2 | 720.00 |
| 01/03/25 | R Kuebel | B320 A108 | Multiple emails regarding discovery responses (0.2) work on Apostolate discovery responses (0.2); brief call with Douglas Draper, counsel for the Apostolates, regarding these matters (0.1) | 0.5 | 300.00 |
| 01/03/25 | R Kuebel | B120 A108 | Correspond via email with the Apostolates' counsel regarding various matters related to Christopher Homes, Inc. (.4). | 0.4 | 240.00 |
| 01/03/25 | R Kuebel | B320 A108 | Correspond with Paul Shields and Matt Babcock regarding BRG's most recent ability-to-pay analysis and review the latest version of same (.6) | 0.6 | 360.00 |
| 01/06/25 | S Bryant | B320 A101 | Correspond via email with Brad Knapp regarding the further discovery responses from the Bond Trustee's counsel (0.3); correspond via email with the bankruptcy counsel team regarding tomorrow's status conference (0.2); review the brief filed by U.S. Fire Insurance in advance of tomorrow's status conference (0.5). | 1.0 | 600.00 |
| 01/06/25 | B Knapp | B320 A104 | Correspondence with counsel for Second Harvest regarding plan-related document production (0.1); analysis of additional, potential production to Second Harvest (0.2); correspondence with counsel for Bond Trustee regarding plan-document production (0.2); continue preparing for hearing on plan mechanics issues (1.2); revise proposed status hearing agenda (0.1); additional correspondence among counsel for | 4.1 | 2,460.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 4



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | multiple parties regarding proposed status hearing agenda (0.2); conference with M. Mintz regarding plan discovery (0.2); correspondence with court regarding topics for January 7 status conference (0.1); conference with state court counsel regarding plan mediation (0.3); review US Fire brief regarding plan structure (0.5); begin reviewing additional plan productions from Debtor and Apostolates (1.0). | | |
| 01/06/25 | B Knapp | B150 A104 | Conference with multiple pro se survivors regarding case status (0.3); correspondence with pro se survivor regarding case status (0.2); correspondence with Committee regarding upcoming meetings (0.1). | 0.6 | 360.00 |
| 01/06/25 | R Kuebel | B120 A104 | Receipt and review of Lee Egan email regarding Christopher Homes and forward that email to the bankruptcy counsel team (.3); Receipt and review of Creditor Committee email regarding tolling agreement and review and discuss same with Brooke Altazan (.4). | 0.7 | 420.00 |
| 01/06/25 | R Kuebel | B150 A104 | Receipt and review of email from survivor and claimant regarding various plan-related matters (.4); correspond with state court counsel regarding court status conference on Plan issues (.4) | 0.8 | 480.00 |
| 01/06/25 | R Kuebel | B320 A108 | Multiple emails regarding the Bond Trustee production requests and BRG analysis. | 0.5 | 300.00 |
| 01/06/25 | R Kuebel | B320 A103 | Prepare for tomorrow's court status conference. | 0.6 | 360.00 |
| 01/06/25 | A St. Mary | B110 A108 | Email correspondence with the Clerk and court reporter about requesting hearing transcript. | 0.2 | 45.00 |
| 01/07/25 | S Bryant | B320 A103 | Review with Brad Knapp various issues raised during today's status conference regarding third-party releases (0.3); review and analyze the Settlement Order with the Bond Trustee to determine the Debtor's authority to support a plan that does not leave the Bonds unimpaired (0.7); multiple email correspondences with the bankruptcy counsel team about this matter and the scope of potential objections from the Bond Trustee (0.4); further evaluate potential plan modifications in light of today's status conference (0.2). | 1.6 | 960.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 5



**troutman
pepper locke**

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/07/25 | B Knapp | B320 A104 | Continue preparing for status conference regarding plan structure issues (1.8); attend status conference regarding plan issues (1.9); continue reviewing documents from Debtor and Apostolate plan productions (1.4); conference with Debtor and Apostolate counsel regarding next steps in mediation (0.2); analysis of mediation strategy (1.2). | 6.5 | 3,900.00 |
| 01/07/25 | B Knapp | B150 A108 | Conference with pro se claimant regarding case status. | 0.1 | 60.00 |
| 01/07/25 | R Kuebel | B320 A101 | Prepare for and participate in call with Mr. Stang on mediation / plan strategy issues (.7); multiple emails from ANO counsel on mediation detail and forward same with comment (.5). | 1.2 | 720.00 |
| 01/07/25 | R Kuebel | B150 A105 | Correspond via email with B. Knapp regarding protective order issues raised by state court counsel (.3); receipt and review of Soren Gisleson email correspondence and reply to same (.2). | 0.5 | 300.00 |
| 01/08/25 | S Bryant | B120 A108 | Correspond via email with the Commercial Committee counsel regarding the next round of tolling agreements. | 0.1 | 60.00 |
| 01/08/25 | B Knapp | B320 A104 | Conference with state court counsel regarding mediation next steps and strategy (1.3); continued review of Debtor productions for plan process (1.1). | 2.4 | 1,440.00 |
| 01/08/25 | B Knapp | B160 A104 | Review materials for updated disinterestedness search following law firm combination. | 0.6 | 360.00 |
| 01/08/25 | B Knapp | B150 A104 | Assist state court counsel with protective order questions (0.3); correspond via email with Rick Kuebel about this matter (0.1). | 0.4 | 240.00 |
| 01/08/25 | R Kuebel | B120 A108 | Correspond via email with the Apostolates' counsel regarding various matters related to Christopher Homes, Inc. and its operations (.3); correspond via email with Steven Bryant concerning the status of the tolling agreement extensions (.2). | 0.5 | 300.00 |
| 01/08/25 | R Kuebel | B320 A103 | Work on correspondence to ANO regarding mediation issues. | 0.7 | 420.00 |
| 01/08/25 | R Kuebel | B310 A104 | Receipt and review of court filings regarding late-filed claims. | 0.2 | 120.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 6



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/08/25 | R Kuebel | B320 A103 | Prepare for and participate in team call with state court counsel regarding the Plan and pending mediation issues (1.2). | 1.2 | 720.00 |
| 01/08/25 | R Kuebel | B150 A103 | Work on comments to state court counsel protective order letter and correspond regarding same with Bill Arata (.5). | 0.5 | 300.00 |
| 01/08/25 | A St. Mary | B160 A103 | Review the Court's master service list (0.7; update and revise applicable interested parties list in preparation for filing a revised connections declaration (1.5). | 2.2 | 495.00 |
| 01/09/25 | S Bryant | B120 A103 | Review and analyze the Apostolate tolling agreement extension, proposed order, and approval motion (0.5); review and analyze all the non-Apostolate tolling agreement extensions (0.5); correspond via email with Brooke Altazan, counsel for the Commercial Committee, regarding these matters (0.2) | 1.2 | 720.00 |
| 01/09/25 | S Bryant | B150 A101 | Correspond via email with the bankruptcy counsel team regarding next week's Committee agenda (0.1) | 0.1 | 60.00 |
| 01/09/25 | B Knapp | B150 A106 | Begin preparing Committee meeting agenda for upcoming meeting. | 0.2 | 120.00 |
| 01/09/25 | B Knapp | B150 A108 | Conference with multiple pro se claimants regarding case status. | 0.7 | 420.00 |
| 01/09/25 | B Knapp | B160 A104 | Continue preparing disinterestedness materials for updated firm declaration. | 1.6 | 960.00 |
| 01/09/25 | R Kuebel | B120 A103 | Work on Second Harvest document issues (.5); correspond regarding tolling agreement draft (.3). | 0.8 | 480.00 |
| 01/09/25 | R Kuebel | B150 A103 | Work on protective order issues with state court counsel and reply to Mr. Mintz regarding same. | 0.4 | 240.00 |
| 01/09/25 | R Kuebel | B120 A103 | Review email correspondence from the Debtor and the Apostolates regarding Christopher Homes, Inc. | 0.3 | 180.00 |
| 01/09/25 | A St. Mary | B160 A103 | Review the Court's master service list and update interested parties list in preparation of filing retention declaration (1.0). | 1.0 | 225.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 01/09/25 | A St. Mary | B150 A103 | Draft letter to survivor with enclosure of proof of claim form (.2). | 0.2 | 45.00 |
| 01/09/25 | A St. Mary | B110 A103 | Email correspondence to B. Knapp and R. Kuebel about obtaining copies of court hearing transcripts (.2). | 0.2 | 45.00 |
| 01/10/25 | S Bryant | B320 A105 | Correspond via email with the bankruptcy counsel team regarding next week's mediation session with the Debtor about the issues presented by the Bond Trustee. | 0.1 | 60.00 |
| 01/10/25 | B Knapp | B160 A104 | Continue preparing materials for updated disinterestedness declaration. | 1.2 | 720.00 |
| 01/10/25 | B Knapp | B320 A104 | Continue reviewing Debtor productions for plan negotiations. | 2.3 | 1,380.00 |
| 01/10/25 | R Kuebel | B120 A108 | Correspond regarding tolling agreement with commercial committee and co-counsel. | 0.3 | 180.00 |
| 01/10/25 | R Kuebel | B120 A103 | Further examine various issues presented by Christopher Homes, Inc. (0.2); review with Douglas Draper, counsel for the Apostolates, regarding Christopher Homes and potential non-disclosure issues (0.2). | 0.4 | 240.00 |
| 01/10/25 | R Kuebel | B320 A104 | Receipt and review of court docket filings and work on non-monetary plan issues. | 0.5 | 300.00 |
| 01/10/25 | A St. Mary | B110 A103 | Update master service list for the special notice group. | 1.0 | 225.00 |
| 01/13/25 | S Bryant | B320 A105 | Correspond via email with the bankruptcy counsel team concerning Wednesday's mediation session to discuss the Bonds (0.1); begin reviewing principal Bond documents in preparation for Wednesday's meeting (0.2). | 0.3 | 180.00 |
| 01/13/25 | B Knapp | B130 A104 | Analysis of materials related to 1941 Dauphine sale in preparation for upcoming hearing regarding motion to intervene. | 1.1 | 660.00 |
| 01/13/25 | B Knapp | B310 A104 | Analysis of claims to identify certain state court counsel stakeholders. | 0.2 | 120.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 8



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/13/25 | B Knapp | B150 A106 | Revise Committee agenda (0.2); correspondence with Committee regarding upcoming meeting (0.1). | 0.3 | 180.00 |
| 01/13/25 | B Knapp | B170 A104 | Review Stewart, Robbins & Brown notice of rate change (0.1); correspondence with state court counsel regarding rate change issues (0.1). | 0.2 | 120.00 |
| 01/13/25 | R Kuebel | B150 A108 | Correspond regarding Unsecured Creditor Committee meeting agenda and presentation on December 23, 2024 non-monetary status conference. | 0.3 | 180.00 |
| 01/13/25 | R Kuebel | B320 A108 | Communicate with Mr. Draper concerning Apostolate plan issues and review BRG report. | 0.4 | 240.00 |
| 01/13/25 | R Kuebel | B120 A104 | Analyze various issues related to Christopher Homes and correspond via email with third parties regarding the property (0.5) extended conference call with Mr. Draper regarding these matters (0.4). | 0.9 | 540.00 |
| 01/13/25 | R Kuebel | B130 A104 | Review filed pleadings and response on reconsideration of Dauphine sale (.4); analyze intervenor sale proposal in connection with the Dauphine property to prepare for the hearing on the motion to intervene (.4); correspond via email with ANO counsel about this matter (0.1). | 0.9 | 540.00 |
| 01/13/25 | A St. Mary | B310 A104 | Review claims chart and Archdiocese database for proofs of claims filed by Matthews and Associates (.2); email correspondence with B. Knapp regarding same (.1); receipt and review transcript invoice and submitting same to accounting for payment (.1). | 0.4 | 90.00 |
| 01/14/25 | S Bryant | B150 A106 | Prepare for today's Committee meeting (0.2); attend today's Committee meeting to address multiple issues presented in the case (1.5). | 1.7 | 1,020.00 |
| 01/14/25 | K Culbertson | B150 A109 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (1.5) | 1.5 | 637.50 |
| 01/14/25 | B Knapp | B150 A104 | Conference with pro se claimant regarding case status (0.3); correspondence with pro se claimant regarding case status (0.1). | 0.4 | 240.00 |
| 01/14/25 | B Knapp | B150 A104 | Attend Committee meeting regarding next steps in mediation and plan process (1.5). | 1.5 | 900.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 9



**troutman
pepper locke**

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25

| Date | Tkpr | Task<br>Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/14/25 | B Knapp | B320<br>A104 | Continue reviewing Debtor information and document productions related to plan process (1.8). | 1.8 | 1,080.00 |
| 01/14/25 | R Kuebel | B120<br>A104 | Review and revise nondisclosure agreement and correspond regarding same with Mr. Draper and Mr. White. | 1.3 | 780.00 |
| 01/14/25 | R Kuebel | B150<br>A101 | Prepare for and present report to UCC at Committee meeting. | 1.4 | 840.00 |
| 01/14/25 | R Kuebel | B320<br>A103 | Work on mediation retention issues for the Unsecured Creditor Committee. | 0.4 | 240.00 |
| 01/14/25 | R Kuebel | B130<br>A103 | Work on sale issues and status regarding Hope Haven and Dauphine. | 0.4 | 240.00 |
| 01/14/25 | R Kuebel | B320<br>A101 | Prepare for mediation session. | 0.9 | 540.00 |
| 01/15/25 | S Bryant | B160<br>A103 | Begin drafting monthly fee statement for the December 2024 time for Locke Lord (now Troutman). | 0.4 | 240.00 |
| 01/15/25 | S Bryant | B320<br>A101 | Review key bond documents and prepare for today's mediation session with Judge Zive regarding the bonds (0.4); analyze with Rick Kuebel various key issues ahead of today's meeting (0.3); attend today's mediation session with Judge Zive and the Debtor to address issues presented by the Bonds and the Bonds' proposed treatment under both the Debtor's and the Committee's plans (3.0); brief follow-up review of the Bond documents in light of the issues raised at today's mediation session (0.2). | 3.9 | 2,340.00 |
| 01/15/25 | B Knapp | B150<br>A108 | Conference with counsel for non-abuse personal injury claimant regarding case status. | 0.2 | 120.00 |
| 01/15/25 | B Knapp | B320<br>A104 | Attend mediation session with Debtor and Judge Zive regarding plan structure issues (3.0); continue reviewing document productions for plan process (0.4); analysis of additional plan revision needs (0.3). | 3.7 | 2,220.00 |
| 01/15/25 | R Kuebel | B150<br>A108 | Call with state court counsel, Jerry Muniere on mediation selection and scope issues. | 0.5 | 300.00 |
| 01/15/25 | R Kuebel | B320<br>A103 | Correspond with Mr. Stang regarding mediator issues (.4); analyze alternate plan-treatment options (.6). | 1.0 | 600.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 10



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/15/25 | R Kuebel | B320 A101 | Prepare for and participate in Argent mediation on bond holder issues with Judge Zive. | 3.0 | 1,800.00 |
| 01/15/25 | R Kuebel | B320 A108 | Multiple correspondence on discovery issues with the Archdiocese, BRG and the Unsecured Creditors team. | 0.5 | 300.00 |
| 01/15/25 | R Kuebel | B130 A108 | Correspond regarding potential sales of Hope Haven and Dauphine properties, as well as other real estate, with counsel for the Debtor, the Apostolates, and others. | 0.6 | 360.00 |
| 01/16/25 | S Bryant | B160 A103 | Review the updated connections list (0.2); edit and revise the proposed supplemental disclosure document for Troutman Pepper Locke (0.5). | 0.7 | 420.00 |
| 01/16/25 | B Knapp | B320 A104 | Correspondence with BRG regarding upcoming financial discussions (0.2); continue reviewing Debtor document productions related to plan process (2.2); review correspondence with potential mediator regarding potential engagement (0.2); analysis of next steps for non-monetary negotiations (0.4). | 3.0 | 1,800.00 |
| 01/16/25 | R Kuebel | B130 A103 | Work on real-estate sale issues regarding Hope Haven and other properties. | 0.6 | 360.00 |
| 01/16/25 | R Kuebel | B320 A108 | Call regarding non-monetary plan provisions. | 0.5 | 300.00 |
| 01/16/25 | R Kuebel | B320 A104 | Receipt and review of Unsecured Creditor Committee state court counsel email regarding mediators and reply to same (.4); correspondence and call with Mr. Stang regarding mediators (.5). | 0.9 | 540.00 |
| 01/16/25 | R Kuebel | B320 A103 | Work with BRG team on discovery responses and financial / asset discovery. | 0.8 | 480.00 |
| 01/16/25 | R Kuebel | B320 A101 | Prepare for and participate in status conference on discovery and mediation issues. | 1.7 | 1,020.00 |
| 01/16/25 | A St. Mary | B320 A110 | Review links containing document production (.1); email correspondence to team regarding link security (.1). | 0.2 | 45.00 |
| 01/17/25 | B Knapp | B320 A104 | Continue reviewing debtor plan productions (1.0); conference with additional proposed mediator | 2.5 | 1,500.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 11



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | Sontchi regarding plan mediation (1.3); begin reviewing mediator appointment motion (0.2). | | |
| 01/17/25 | R Kuebel | B320 A108 | Correspond on BRG ability to pay and missing financial data. | 0.5 | 300.00 |
| 01/17/25 | R Kuebel | B320 A101 | Prepare for and participate in Unsecured Creditor Committee interview with Judge Sontchi (1.3); Correspond with Debtor, Unsecured Creditor Committee, and state court counsel regarding Judge Sontchi's retention as an additional mediator (.6). | 1.9 | 1,140.00 |
| 01/17/25 | R Kuebel | B120 A108 | Correspond with the Apostolates' counsel regarding draft non-disclosure agreement. | 0.2 | 120.00 |
| 01/17/25 | A St. Mary | B110 A110 | Receipt of December 23, 2024 hearing transcript (.1); email same to B. Knapp and R. Kuebel (.1); upload transcript to database (.1). | 0.3 | 67.50 |
| 01/18/25 | B Knapp | B150 A106 | Correspondence with Committee regarding upcoming meeting (0.2); correspondence with state court counsel regarding upcoming meetings (0.1). | 0.3 | 180.00 |
| 01/20/25 | S Bryant | B120 A108 | Correspond via email with the Commercial Committee counsel regarding the status of the next round of tolling agreement extensions. | 0.1 | 60.00 |
| 01/20/25 | S Bryant | B320 A105 | Multiple email correspondences with the bankruptcy counsel team regarding the appointment of Judge Christopher Sontchi as an additional mediator (0.2); review the appointment motion (0.2); correspond via email about Wednesday's mediation session and related matters (0.2). | 0.6 | 360.00 |
| 01/20/25 | S Bryant | B160 A103 | Draft the next Troutman Pepper Locke monthly fee statement. | 1.1 | 660.00 |
| 01/20/25 | B Knapp | B320 A104 | Revise mediator appointment motion (0.3); review proposed order and prior mediator orders (0.3); analysis of cemetery trust issues and available documentation to address plan negotiations (1.1). | 1.7 | 1,020.00 |
| 01/20/25 | B Knapp | B150 A108 | Correspondence with pro se claimant regarding case status (0.1); correspondence with Committee chair regarding case status (0.1). | 0.2 | 120.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 12


troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/20/25 | R Kuebel | B120 A108 | Further correspondence and call with Mr. Draper regarding nondisclosure agreement and proposed edits. | 0.4 | 240.00 |
| 01/20/25 | R Kuebel | B320 A108 | Multiple correspondence with BRG on asset analysis/ability to pay and open information access. | 0.6 | 360.00 |
| 01/20/25 | R Kuebel | B320 A108 | Correspondence regarding mediation appointment issues and motion (.5); receipt and review of Samantha Oppenheim and ANO draft motion (.2). | 0.7 | 420.00 |
| 01/20/25 | R Kuebel | B320 A101 | Prepare for non-monetary meeting and review transcripts. | 0.5 | 300.00 |
| 01/21/25 | S Bryant | B160 A103 | Continue drafting the Troutman monthly fee statement. | 0.5 | 300.00 |
| 01/21/25 | B Knapp | B320 A104 | Conference with Debtor and Apostolate counsel regarding plan mediation information exchange and mediator selection (0.5); analysis of pending document requests (0.3); revise motion to appoint Judge Sontchi (0.2). | 1.0 | 600.00 |
| 01/21/25 | B Knapp | B160 A104 | Continue preparing interested party list for updating firm disclosures following Troutman Pepper Locke combination. | 0.2 | 120.00 |
| 01/21/25 | R Kuebel | B320 A108 | Multiple correspondence regarding U.S. Fire objections and notice of motion to retain additional mediators (.7); further email correspondence with the Unsecured Creditors Committee team and the ANO's counsel regarding U.S. Fire objections (.8). | 1.5 | 900.00 |
| 01/21/25 | R Kuebel | B320 A101 | Prepare for and participate in working session with Andy Caine to revise and edit non-monetary plan provisioned based on December 23, 2024 conference. | 1.3 | 780.00 |
| 01/21/25 | R Kuebel | B320 A108 | Multiple emails with BRG team on document access and asset valuation including Catholic cemetery trust issues. | 0.7 | 420.00 |
| 01/21/25 | R Kuebel | B120 A108 | Correspond with Mr. Draper on nondisclosure agreement edits. | 0.3 | 180.00 |
| 01/21/25 | R Kuebel | B320 A101 | Prepare for and participate in call with ANO team on mediation issues. | 0.5 | 300.00 |


troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/21/25 | A St. Mary | B110 A108 | Email correspondence with court reporter regarding obtaining copy of January 7, 2025 hearing transcript (.1); payment submission (.1); forwarding transcript to team for review (.1). | 0.3 | 67.50 |
| 01/22/25 | S Bryant | B320 A101 | Review U.S. Fire Insurance Co.'s motion to appoint alternative mediators in preparation for today's call with Judge Chris Sontchi (Ret.), another new potential mediator (0.6); attend today's Committee meeting with Judge Sontchi (1.1); correspond via email with Brad Knapp regarding various issues raised during today's call (0.2). | 1.9 | 1,140.00 |
| 01/22/25 | S Bryant | B160 A103 | Continue drafting Troutman's monthly fee statement. | 0.6 | 360.00 |
| 01/22/25 | K Culbertson | B150 A109 | Attend Committee meeting with mediator Judge Sontchi to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (.9) | 0.9 | 382.50 |
| 01/22/25 | B Knapp | B320 A104 | Analysis of additional mediator appointment motion (0.2); coordinate conferences with Committee and certain state court counsel regarding mediator selection for plan negotiations (0.2). | 0.4 | 240.00 |
| 01/22/25 | R Kuebel | B320 A101 | Prepare for and participate in Unsecured Creditor Committee interview of Judge Sontchi as mediator and correspond regarding same (1.1); call with Mr. Mintz and Mr. Stang on mediator retention issues (.7). | 1.8 | 1,080.00 |
| 01/22/25 | R Kuebel | B320 A109 | Participate in subsequent state court counsel interview with Judge Sontchi. | 1.2 | 720.00 |
| 01/22/25 | R Kuebel | B320 A108 | Multiple correspondence on mediator retention motions and filings. | 0.8 | 480.00 |
| 01/22/25 | R Kuebel | B120 A108 | Correspond with BRG on asset evaluation. | 0.2 | 120.00 |
| 01/23/25 | B Knapp | B320 A104 | Review multiple pleadings related to potential appointment of Judge Sontchi as mediator (0.4); review US Fire mediator motion (0.2); analysis of background information for potential claims reviewer (0.2). | 0.8 | 480.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 14



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/23/25 | B Knapp | B150 A108 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 01/23/25 | R Kuebel | B130 A101 | Prepare for court hearings on Dauphine (1.2); receipt and review of Brand supplemental filing regarding Dauphine (.3). | 1.5 | 900.00 |
| 01/23/25 | R Kuebel | B320 A108 | Discuss, revise and comment on mediation motion and Unsecured Creditor Committee objection (.7); discuss mediator motion issues with Apostolate counsel (.4). | 1.1 | 660.00 |
| 01/24/25 | K Culbertson | B310 A102 | Analyze and research whether the determination of a claim's validity is made as of the petition date (3.7) and prepare research analysis related to same (3.0) | 6.7 | 2,847.50 |
| 01/24/25 | B Knapp | B150 A108 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 01/24/25 | B Knapp | B320 A104 | Continued analysis of document productions and information requests for plan mediation (0.7); review order appointing additional mediator (0.1). | 0.8 | 480.00 |
| 01/24/25 | R Kuebel | B130 A101 | Prepare for and represent Unsecured Creditor Committee at court hearing on Dauphine sale motion (1.1) | 1.1 | 660.00 |
| 01/24/25 | R Kuebel | B320 A101 | Prepare for and represent Unsecured Creditor Committee at court hearing on new mediator motions (1.5) | 1.5 | 900.00 |
| 01/24/25 | R Kuebel | B150 A108 | Correspond with state court counsel on hearings and protective order. | 0.5 | 300.00 |
| 01/24/25 | R Kuebel | B320 A108 | Call with Mr. Stang regarding mediator scheduling (.3). | 0.3 | 180.00 |
| 01/24/25 | R Kuebel | B320 A108 | Correspond regarding mediator order with the Archdiocese and Andy Caine. | 0.2 | 120.00 |
| 01/27/25 | S Bryant | B160 A103 | Draft, edit, and revise the Troutman monthly fee statement (3.9); correspond via email with Robert Campbell regarding Actuarial Value and request any invoices for time incurred in December 2024 (0.1); correspond via email with Bush Benton and request invoices for time incurred in December 2024 (0.1); | 4.6 | 2,760.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 15



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | further edit and revise the Troutman monthly fee statement (0.5). | | |
| 01/27/25 | B Knapp | B150 A108 | Draft meeting agenda for Committee (0.2); conferences with multiple pro se claimants regarding case status (0.3). | 0.5 | 300.00 |
| 01/27/25 | B Knapp | B320 A104 | Begin reviewing additional debtor plan-related document productions (1.2); review revised non-monetary policies (0.3). | 1.5 | 900.00 |
| 01/27/25 | R Kuebel | B320 A108 | Correspond regarding non-monetary plan redline (.2); multiple correspondence and calls with Mr. Draper on Plan mediation issues (.5). | 0.7 | 420.00 |
| 01/27/25 | R Kuebel | B320 A104 | Receipt and review of emails regarding additional ANO production and further analyze these issues with Brad Knapp. | 1.0 | 600.00 |
| 01/27/25 | R Kuebel | B120 A103 | Further edit and revise nondisclosure agreement. | 0.5 | 300.00 |
| 01/27/25 | R Kuebel | B150 A108 | Correspond with survivor regarding plan questions. | 0.4 | 240.00 |
| 01/27/25 | A St. Mary | B310 A110 | Email correspondence with N. Peterson and B. Knapp regarding link to claims files. | 0.2 | 45.00 |
| 01/28/25 | S Bryant | B150 A106 | Participate in today's Committee conference call to address multiple issues, including tolling matters. | 0.9 | 540.00 |
| 01/28/25 | S Bryant | B120 A108 | Extended telephone conference with Brooke Altazan regarding Second Harvest's refusal to execute the third tolling extension (0.2); correspond via email with the bankruptcy counsel team regarding this matter (0.1); further telephone conference with Ms. Altazan concerning this tolling issue (0.2); correspond via email with the Debtor's counsel about the respective committees' position with respect to tolling (0.1) | 0.6 | 360.00 |
| 01/28/25 | K Culbertson | B150 A109 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan confirmation and other pending matters (.9) | 0.9 | 382.50 |
| 01/28/25 | B Knapp | B320 A104 | Review additional Debtor plan-related document productions (2.9). | 2.9 | 1,740.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 16



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/28/25 | B Knapp | B150 A104 | Attend Committee meeting regarding mediation and plan next steps (0.9). | 0.9 | 540.00 |
| 01/28/25 | B Knapp | B150 A108 | Conference with pro se claimant regarding case status. | 0.2 | 120.00 |
| 01/28/25 | R Kuebel | B120 A108 | Multiple correspondence on tolling agreement issues and status (.2); correspond regarding non-disclosure agreement and property valuation documents (.3). | 0.5 | 300.00 |
| 01/28/25 | R Kuebel | B320 A108 | Multiple correspondence on mediation and plan issues with Mr. Stang, Mr. Caine and Mr. Draper. | 0.4 | 240.00 |
| 01/28/25 | R Kuebel | B320 A104 | Analyze with Brad Knapp regarding ANO document review and UCC meeting presentation. | 0.5 | 300.00 |
| 01/28/25 | A St. Mary | B120 A110 | Receipt, review and download documents related to Apostolate properties (.2); prepare Box link for B. Knapp to share with the BRG team (0.2). | 0.4 | 90.00 |
| 01/29/25 | S Bryant | B160 A103 | Further edit and revise the Troutman monthly fee statement (0.4); correspond via email with Brad Knapp about the status of the updated connections check (0.1); correspond via email with Katee Culbertson regarding the monthly fee statements (0.1); further edit and revise the Troutman monthly fee statement (0.2). | 0.8 | 480.00 |
| 01/29/25 | S Bryant | B120 A108 | Correspond via email with the Debtor's counsel regarding the execution of the third-party tolling agreements (0.1); multiple email correspondences with Brooke Altazan concerning Second Harvest's execution of the Apostolate tolling agreement (0.3). | 0.4 | 240.00 |
| 01/29/25 | B Knapp | B320 A104 | Begin reviewing additional productions from Apostolates regarding plan process (1.4); analysis of next steps to set further mediations (0.3). | 1.7 | 1,020.00 |
| 01/29/25 | B Knapp | B150 A108 | Conferences with multiple pro se claimants regarding case status. | 0.4 | 240.00 |
| 01/29/25 | R Kuebel | B120 A108 | Multiple emails regarding Apostolate property valuation documents (0.2); examine these documents (0.7); forward key valuation documents to BRG for its further analysis (0.1). | 1.0 | 600.00 |
| 01/29/25 | R Kuebel | B320 | Further analyze ANO document production. | 0.5 | 300.00 |



**troutman**
**pepper locke**

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | A103 | | | |
| 01/29/25 | R Kuebel | B320 A108 | Correspond via email with Andy Caine and Jim Stang regarding the most recent meeting with the Debtor to review and revise the non-monetary provisions (0.2); redline draft of the non-monetary provisions and forward it to Mr. Caine and Mr. Stang (0.3). | 0.5 | 300.00 |
| 01/30/25 | S Bryant | B160 A103 | Draft, edit, and finalize the Troutman monthly fee statement (2.6); correspond via email with the Committee chair regarding the Troutman and Stegall Benton monthly fee statements (0.2); multiple email correspondences with Katee Culbertson regarding the finalization of the Troutman, Zobrio, and Stegall Benton monthly fee statements (0.2). | 3.0 | 1,800.00 |
| 01/30/25 | K Culbertson | B160 A103 | Draft and revise Zobrio Inc and Stegall Benton monthly fee applications (.5) | 0.5 | 212.50 |
| 01/30/25 | B Knapp | B150 A108 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 01/30/25 | B Knapp | B320 A104 | Continued analysis of recent Apostolate productions related to plan process. | 1.4 | 840.00 |
| 01/30/25 | R Kuebel | B120 A108 | Correspondence with Mr., Draper regarding Apostolate properties (.3); multiple emails regarding tolling agreement and the dismissal of Second Harvest's board of directors (.4); further revise nondisclosure agreement (.2). | 0.9 | 540.00 |
| 01/30/25 | R Kuebel | B320 A108 | Call with Mr. Stang on mediation logistics (.4); call with Mr. Draper regarding same (.3). | 0.7 | 420.00 |
| 01/31/25 | S Bryant | B120 A108 | Multiple email correspondences with the Commercial Committee's counsel regarding the status of Second Harvest's execution of the Apostolate tolling agreement (0.3); correspond via email with the bankruptcy counsel team concerning these matters (0.2); review the third-party tolling agreements and forward them the Committee Chair for her review and execution (0.3); review news reports and email correspondence regarding Second Harvest and the status of the tolling agreement (0.3). | 1.1 | 660.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 18



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/31/25 | S Bryant | B160 A103 | Draft, edit, and revise the Troutman monthly fee statement (1.7); edit and revise the Zobrio monthly fee statement (0.1); correspond via email with Bush Benton regarding the Stegall Benton statement (0.2); further edit and revise the Troutman monthly fee statement (0.6). | 2.6 | 1,560.00 |
| 01/31/25 | K Culbertson | B160 A103 | Draft, revise and finalize Troutman Pepper Locke, Zobrio Inc and Stegall Benton monthly fee applications and prepare email correspondence to notice parties related to same (1.1) | 1.1 | 467.50 |
| 01/31/25 | R Kuebel | B320 A108 | Examine plan-mediation issues with Jim Stang (0.6); correspond via email with Judge Sontchi (0.2). | 0.8 | 480.00 |
| 01/31/25 | R Kuebel | B150 A108 | Correspond with state court counsel regarding questions on mediation. | 0.4 | 240.00 |
| 01/31/25 | R Kuebel | B120 A108 | Correspond via email with Douglas Draper regarding developments at Second Harvest (.3); correspond on tolling agreement issues with Commercial Committee co-counsel (.3). | 0.9 | 540.00 |
| 01/31/25 | R Kuebel | B120 A103 | Further examine and review Apostolate property valuation documents. | 0.9 | 540.00 |
| | | | Total: | 183.3 | 103,975.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Bryant, Steven | 600.00 | 33.4 | 20,040.00 |
| Culbertson, Katee E. | 425.00 | 11.6 | 4,930.00 |
| Knapp, Brad | 600.00 | 63.7 | 38,220.00 |
| Kuebel, Rick | 600.00 | 64.0 | 38,400.00 |
| St. Mary, Amanda | 225.00 | 10.6 | 2,385.00 |

Invoice Date 02/21/25
Invoice Number 131912726
File No. 625262.000001
Page 19



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/25**

| Description | Amount |
|---|---:|
| Court Reporter/Deposition Costs | 96.80 |
| Total: | 96.80 |
| Total Fees & Costs: | $104,071.80 |



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orleans

### TIME SUMMARY BY PHASE AND TASK THROUGH 01/31/25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **B100** | **ADMINISTRATION** |  |  |  |
|  | B110 | Case Administration | 2.8 | 930.00 |
|  | B120 | Asset Analysis and Recovery | 15.3 | 9,030.00 |
|  | B130 | Asset Disposition | 6.2 | 3,720.00 |
|  | B150 | Meetings of and Communications with Creditors | 19.1 | 10,807.50 |
|  | B160 | Fee/Employment Applications | 22.7 | 12,140.00 |
|  | B170 | Fee/Employment Objections | 0.2 | 120.00 |
|  | B190 | Other Contested Matters | 0.0 | 0.00 |
|  |  | Total B100 | 66.3 | 36,747.50 |
| **B300** | **CLAIMS AND PLAN** |  |  |  |
|  | B310 | Claims Administration and Objections | 7.7 | 3,222.50 |
|  | B320 | Plan and Disclosure Statement | 109.3 | 64,005.00 |
|  |  | Total B300 | 117.0 | 67,227.50 |

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com



**Federal ID No.:**                                                    **Billing Inquiries:**

58-0946915                                                              404-885-2508

| | |
|---|---|
| c/o Patricia Moody, Chair | Invoice Date | 02/21/25 |

c/o Patricia Moody, Chair

| | |
|---|---|
| Invoice Date | 02/21/25 |
| Submitted by | R  Kuebel |
| Direct Dial | 504-558-5155 |
| Invoice No. | 131912726 |
| Firm Ref. No. | 625262.000001 |

**RE:**   **Bankruptcy of the Archdiocese of New Orleans**

**Total Amount of This Invoice**          $104,071.80

REMITTANCE

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: April 10, 2025 |

**MONTHLY FEE AND EXPENSE STATEMENT OF TROUTMAN PEPPER LOCKE LLP FOR FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

1.      In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "Complex Case Order"), Troutman Pepper Locke LLP (formerly Locke Lord LLP) ("Troutman"), co-counsel to The Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case concerning the above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its **Monthly Fee and Expense Statement** (the "Statement") for the period from February 1, 2025 through February 28, 2025 (the "Statement Period") for the above-styled Chapter 11 bankruptcy case (collectively, the "Bankruptcy Case").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

2.      A summary of the services rendered by Troutman to the Committee for which compensation is sought for the Statement Period, organized by project category, is attached hereto as **Exhibit A**.

3.      A listing of Troutman attorneys and paraprofessionals (collectively, the

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

"Timekeepers") who rendered service to the Committee in connection with this Bankruptcy Case during the Statement Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit B**.

4.    A summary of expenses incurred by Troutman during the Statement Period for which reimbursement is sought is attached hereto as **Exhibit C**.

5.    The detailed time records of Troutman for the Statement Period are attached hereto as **Exhibit D**.

6.    In addition, under separate cover, the detailed time records under Exhibit D are being sent to the Office of the United States Trustee in the LEDES format.

7.    As of the date hereof, Troutman has received the following payments from the Debtor's estate for fees and expenses incurred post-petition: $6,221,420.61.

**TOTAL FEES AND EXPENSES SOUGHT FOR THE STATEMENT PERIOD**

8.    The total amounts sought for fees for professional services rendered and reimbursement of expenses incurred for the Statement Period are as follows:

| February 1, 2025 through February 28, 2025 | |
|---|---|
| Fees (at standard rates): | $167,226.00 |
| (Reduction due to reduced rates) | ($68,401.00) |
| (Further voluntary reductions) | ($420.00) |
| Fees (After all reductions): | $98,405.00 |
| Disbursements | $105.60 |
| **Total** | **$98,510.60** |

**VOLUNTARY REDUCTIONS**

9.    In this Statement Period, Troutman made certain voluntary reductions on its invoice. These reductions total $420.00 and 0.70 billable hours not charged during the Statement

2

Period. These entries are marked as "No Charge". An entry identified as "No Charge" is not being billed—although the time expended for this uncharged amount does appear.

## NOTICE AND OBJECTION PROCEDURES

10. In accordance with the Complex Case Order, notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222 S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) William Robbins, Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, Baton Rouge, LA 70801.

11. Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before April 10, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

12. If no objections to the Statement are received on or before the Objection Deadline, the Debtor, pursuant to the Complex Case Order, is authorized to pay Troutman on an interim basis the total amount of **$78,829.60**. This figure consists of (a) $78,724.00 in fees for time incurred,

America:625262/000001: 144192962v.1

which represents eighty percent (80%) of Troutman's total fees of <u>$98,405.00</u> for the Statement

Period, and (b) <u>$105.60</u> in expenses disbursed, which represents one hundred percent (100%) of

Troutman's total expenses incurred during the Statement Period.

13.     To the extent an objection to the Statement is received on or before the Objection

Deadline, the Debtor shall withhold payment of that portion of the Statement to which the objection

is directed and will promptly pay the remainder of the fees and disbursements in the percentages

set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

for consideration at the next interim fee application hearing.

Dated: March 27, 2025.                    Respectfully submitted,

Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: brad.knapp@troutman.com
            Rick.kuebel@troutman.com
 -and-

*/s/ W. Steven Bryant*
W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
600 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@ troutman.com

*Co-Counsel to the Official Committee of Unsecured
Creditors*

4

**EXHIBIT A**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
DURING COMPENSATION PERIOD
FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Task Code | Subject Matter Category | Total Hours Incurred by Project Category | Total Fees Incurred by Project Category |
|---|---|---|---|
| **B110** | CASE ADMINISTRATION | 2.8 | $1,455.00 |
| **B120** | ASSET ANALYSIS AND RECOVERY | 21.7 | $12,907.50 |
| **B130** | ASSET DISPOSITION | 0.6 | $360.00 |
| **B150** | MEETING AND COMMUNICATION WITH CREDITORS | 10.0 | $5,580.00 |
| **B160** | FEE/EMPLOYMENT APPLICATIONS | 9.7 | $5,627.50 |
| **B190** | OTHER CONTESTED MATTERS | 1.1 | $660.00 |
| **B310** | CLAIMS ADMINISTRATION AND OBJECTIONS | 6.0 | $3,600.00 |
| **B320** | PLAN AND DISCLOSURE STATEMENT | 119.6 | $68,215.00 |
| | **TOTAL FEES SOUGHT =** | **171.5** | **$98,405.00** |

**EXHIBIT B**

**COMPENSATION BY TIMEKEEPER DURING COMPENSATION PERIOD**
<u>**FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**</u>
------------------------------ **BILLING PROFESSIONALS** ------------------------------

| Initials | Name | Title | Hours | Rate | Amount |
|----------|------|-------|-------|------|--------|
| OFK | Kuebel, Omer F. (Rick) | Partner | 59.3 | $600.00 | $35,580.00 |
| BCK | Knapp, Brad C. | Partner | 52.3 | $600.00 | $31,380.00 |
| WSB | Bryant, W. Steven | Partner | 38.9 | $600.00 | $23,340.00 |
| AS | St. Mary, Amanda P. | Paralegal | 4.1 | $225.00 | $922.50 |
| KC | Culbertson, Katherine | Associate | 16.9 | $425.00 | $7,182.50 |
| | **TOTALS =** | | **171.5** | | **$98,405.00** |

# EXHIBIT C

**EXPENSE SUMMARY**
**DURING COMPENSATION PERIOD**
**FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | Miscellaneous Expenses | $105.60 |
|  | **TOTAL EXPENSES** | **$105.60** |

# EXHIBIT D

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com



---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

**Payment Remittance Address**

Troutman Pepper Locke LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

c/o Patricia Moody, Chair

| | |
|---|---|
| Invoice Date | 03/27/25 |
| Submitted by | R  Kuebel |
| Direct Dial | 504-558-5155 |
| Invoice No. | 131933920 |
| Firm Ref. No. | 625262.000001 |

---

RE:  **Bankruptcy of the Archdiocese of New Orl**

| | |
|---|---|
| Fees for Professional Services Rendered Through 02/28/25 | $98,405.00 |
| Costs and Expenses Through 02/28/25 | $105.60 |
| **Total Amount of This Invoice** | **$98,510.60** |

Troutman Pepper Locke LLP, a Georgia limited liability partnership

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 2



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 02/03/25 | S Bryant | B120 A108 | Correspond via email with the Commercial Committee's counsel regarding Second Harvest's execution of the tolling agreement extension (0.2); correspond via email with the bankruptcy counsel team concerning the execution of the Apostolate tolling agreement (0.2); review the executed Apostolate tolling agreement (0.1); forward the executed Apostolate tolling agreement and certain additional third-party tolling agreement to the Committee Chair for her review and execution and provide a further explanation of the issues presented (0.2). | 0.7 | 420.00 |
| 02/03/25 | S Bryant | B320 A103 | Multiple email correspondences with the bankruptcy counsel team regarding the preparation of a further mediation statement for the new mediator (0.3); analyze these issues related to the mediation with Brad Knapp (0.3); correspond via email with the bankruptcy counsel team concerning potential new mediation dates (0.2); review impact of certain recent revelations regarding the Debtor's public relations on the mediation and plan-confirmation process (0.4); begin preparing the new draft mediation statement (1.2). | 2.4 | 1,440.00 |
| 02/03/25 | B Knapp | B320 A104 | Analysis of next steps for Sontchi mediation settings (0.3); correspondence with Sontchi staff regarding mediation (0.1); analysis of Perry mediation updates (0.2); analysis of Second Harvest developments for plan mediation (0.3). | 0.9 | 540.00 |
| 02/03/25 | R Kuebel | B320 A108 | Call with Mr. Stang and work on correspondence with Judge Sontchi on multiple mediation issues (.8); multiple emails on mediation schedule (.4); work on Unsecured Creditors Committee mediation statement (.6). | 1.8 | 1,080.00 |
| 02/03/25 | R Kuebel | B120 A103 | Work on Sale issues related to Christopher Homes, including nondisclosure matters and valuation. | 0.5 | 300.00 |
| 02/03/25 | R Kuebel | B320 A103 | Work on BRG financial analysis and ability to pay and correspond with BRG team regarding same (.5); correspond on Hope Haven document issues raised by Travelers (.5). | 1.0 | 600.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 02/03/25 | R Kuebel | B320 A108 | Call with Soren G and state court counsel regarding mediation issues and schedules and correspond with Judge Sontchi regarding same. | 0.7 | 420.00 |
| 02/04/25 | S Bryant | B120 A108 | Multiple email correspondences with the bankruptcy counsel team regarding the execution of the Apostolate tolling agreement (0.3); telephone conference with Brooke Altazan, counsel to the Commercial Committee, regarding Second Harvest's execution of the Apostolate tolling agreement (0.4); review the revise Motion to approve the Apostolate tolling agreement (0.3); correspond via email with the ANO and the Commercial Committee regarding the executed Apostolate tolling agreement (0.2). | 1.2 | 720.00 |
| 02/04/25 | K Culbertson | B320 A105 | Conference call with R. Kubel and B. Knapp regarding mediation statement (.3) | 0.3 | 127.50 |
| 02/04/25 | B Knapp | B320 A104 | Conference with Debtor counsel regarding mediation next steps (0.9); continued analysis of Second Harvest issues for mediation (0.2); analysis of next steps for financial analysis for mediation (0.7); begin preparing background materials and mediation statement for Judge Sontchi (1.8); review recent hearing transcripts (0.6). | 4.2 | 2,520.00 |
| 02/04/25 | R Kuebel | B110 A101 | Prepare for and participate in standing weekly ANO call. | 0.8 | 480.00 |
| 02/04/25 | R Kuebel | B320 A108 | Multiple correspondence on mediation issues with Judge Sontchi and Unsecured Creditors Committee team (.5); Work on mediation / plan settlement issues (.6). | 1.1 | 660.00 |
| 02/04/25 | R Kuebel | B120 A108 | Correspondence and calls regarding Tolling agreement issues (.4); Call on Tolling issues and Second Harvest (.7). | 1.1 | 660.00 |
| 02/04/25 | R Kuebel | B320 A103 | Multiple emails on Apostolate value issues regarding CHI and Second Harvest and correspond with Mr. Draper regarding same. | 0.5 | 300.00 |
| 02/04/25 | A St. Mary | B110 A108 | Email correspondence with Clerk and court reporter regarding hearing transcript request (.2); receipt and review of December 2, 2024, December 19, 2024 and January 16, 2025, hearing transcripts and | 0.4 | 90.00 |



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | forward same to B. Knapp for review (.2). | | |
| 02/05/25 | S Bryant | B120 A103 | Multiple email correspondences with the Committee chair regarding the execution of the third-party tolling agreement (0.4); review the executed third-party tolling agreements (0.2); forward the executed third-party tolling agreements to Brooke Altazan for the Commercial Committee's execution (0.2); review the revised motion to approve the Apostolate tolling agreement in light of the withdrawal of Second Harvest's counsel (0.4); telephone conference with Ms. Altazan concerning these matters (0.4); correspond via email with counsel for the ANO, the Apostolates, and the Commercial Committee regarding the revised agreement (0.1). | 1.7 | 1,020.00 |
| 02/05/25 | S Bryant | B320 A101 | Correspond via email with the bankruptcy counsel team regarding updated Debtor financial analysis (0.2); prepare for tomorrow's meeting on these issues by reviewing past ability-to-pay analyses (0.2). | 0.4 | 240.00 |
| 02/05/25 | K Culbertson | B320 A104 | Conduct legal research and analysis in support of mediation statement and Committee position in upcoming mediation sessions (5.4) | 5.4 | 2,295.00 |
| 02/05/25 | B Knapp | B320 A104 | Review prior mediation submissions (1.1); review recent financial analysis updates (0.4); draft mediation statement for Judge Sontchi (2.0). | 3.6 | 2,160.00 |
| 02/05/25 | B Knapp | B150 A108 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 02/05/25 | R Kuebel | B320 A101 | Prepare for and participate in Unsecured Creditor Committee team call regarding mediation/ plan and value issues and Argent Bondholder treatment (1.1); correspond mediation scheduling and agenda with Judge Sontichi team and state court counsel (0.4). | 1.5 | 900.00 |
| 02/05/25 | R Kuebel | B120 A108 | Follow up call with Commercial Committee regarding tolling agreement issues. | 0.4 | 240.00 |
| 02/05/25 | R Kuebel | B120 A108 | Multiple emails on Apostolate value issues regarding Christopher Homes and Second Harvest and correspond with Mr.Draper regarding same. | 0.5 | 300.00 |
| 02/05/25 | A St. Mary | B320 | Draft letter template for B. Knapp regarding | 0.2 | 45.00 |



Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 5

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|-------|--------|
| | | A103 | mediation statement. | | |
| 02/06/25 | S Bryant | B320 A105 | Prepare for today's meeting with BRG regarding its revised ability-to-pay analysis (0.1) attend today's Zoom meeting with BRG regarding its revised ability-to -pay analysis (1.0). | 1.1 | 660.00 |
| 02/06/25 | K Culbertson | B320 A104 | Continued research and analysis for mediation statement and upcoming mediation sessions (3.2) | 3.2 | 1,360.00 |
| 02/06/25 | B Knapp | B320 A103 | Continue preparing mediation statement for Judge Sontchi (1.1); conference with BRG regarding financial analysis updates and next steps (0.8); review documents related to bond covenants for plan mediation (0.7); continued analysis of recent Apostolate document productions (1.0). | 3.6 | 2,160.00 |
| 02/06/25 | R Kuebel | B120 A101 | Multiple emails regarding Apostolate value and sale issues including CHI nondisclosure and Second Harvest value and related correspondence (1.6). | 1.6 | 960.00 |
| 02/06/25 | R Kuebel | B320 A108 | Correspond regarding mediation (.5); call with Mr.Stang on mediation issues (.5). | 1.0 | 600.00 |
| 02/06/25 | R Kuebel | B320 A101 | Prepare for and participate in BRG call on updated value and asset analysis (1.0). | 1.0 | 600.00 |
| 02/07/25 | S Bryant | B320 A103 | Draft, edit, and revise the Mediation Statement for transmission to Judge Christopher Sontchi at his request (3.0); attend pre-mediation session with Judge Sontchi (0.5); further draft, edit, and revise the Mediation Statement (3.5). | 7.0 | 4,200.00 |
| 02/07/25 | K Culbertson | B320 A104 | Finalize research and analysis for mediation statement and prepare email correspondence to B.Knapp and R. Kuebel regarding same (4.5). | 4.5 | 1,912.50 |
| 02/07/25 | B Knapp | B320 A104 | Revise mediation statement (0.2); conference with Judge Sontchi regarding mediation next steps (0.5); analysis of updated Apostolate filing in preparation for mediation (0.2); analysis of US Trustee position in other diocese bankruptcies to evaluate plan strategy (0.5). | 1.4 | 840.00 |
| 02/07/25 | B Knapp | B310 A104 | Analysis of updated survivor claims file from Donlin Recano. | 0.2 | 120.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/07/25 | R Kuebel | B120 A108 | Correspond via email with the bankruptcy counsel team regarding the various Second Harvest issues, including the executed tolling agreement and personnel changes. | 0.5 | 300.00 |
| 02/07/25 | R Kuebel | B120 A103 | Work on Apostolate values and sale options for (Christopher Homes, Inc and Second Harvest) and correspond with BRG regarding same. | 0.8 | 480.00 |
| 02/07/25 | R Kuebel | B320 A108 | Call from Soren G. regarding mediation, values and non-monetary issues (.6); follow-up call with Mr, Stang regarding same (.2). | 0.8 | 480.00 |
| 02/07/25 | R Kuebel | B320 A108 | Correspond/call to prepare for non-monetary court status conference (Mr. Caine) (.3); prepare for and participate in status conference with Court on non-monetary issues (.7). | 1.0 | 600.00 |
| 02/07/25 | R Kuebel | B320 A108 | Multiple emails/correspondence and calls with Unsecured Creditor Committee team on mediation scheduling and agenda (.5); call with Judge Sontchi on mediation scheduling and agenda with ANO (.5); follow-up call with Mr. Stang on mediation agenda (.4). | 1.4 | 840.00 |
| 02/09/25 | S Bryant | B320 A103 | Further draft, edit, and revise the Mediation Statement (2.9); correspond via email with Brad Knapp regarding the revised Mediation Statement (0.1). | 3.0 | 1,800.00 |
| 02/10/25 | S Bryant | B320 A103 | Further correspond via email with Brad Knapp concerning the further revisions to the Mediation Statement | 0.3 | 180.00 |
| 02/10/25 | B Knapp | B150 A108 | Draft Committee agenda for upcoming Committee meeting (0.2); correspondence with Committee regarding meeting (0.1); correspondence with state court counsel regarding records issues (0.2). | 0.5 | 300.00 |
| 02/10/25 | B Knapp | B320 A104 | Revise mediation statement for Judge Sontchi (0.7); analysis of additional mediation statement additions (0.4); analysis of various mediation updates from I. Nasatir (0.3); review updated authorities regarding plan structure issues (1.1). | 2.5 | 1,500.00 |
| 02/10/25 | R Kuebel | B120 A101 | Prepare for and participate in call with Elliot White regarding CHI nondisclosure and sale issues (.7); | 1.2 | 720.00 |



Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 7

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| | | | follow-up revisions to nondisclosure (.3); correspond and call with Mr. Draper regarding nondisclosure and sale issues (.2). | | |
| 02/10/25 | R Kuebel | B190 A103 | **[No Charge]** Work on document review issues on Hope Haven and subpoena documents (0.7) (NO CHARGE) | 0.0 | 0.00 |
| 02/10/25 | R Kuebel | B120 A108 | Correspond regarding Tolling agreement and related Second Harvest issues. | 0.6 | 360.00 |
| 02/11/25 | S Bryant | B150 A106 | Prepare for and participate in today's weekly Committee meeting to address multiple outstanding issues, including the status of the tolling agreement extensions. | 1.5 | 900.00 |
| 02/11/25 | S Bryant | B320 A103 | Review the further revisions to the Mediation Statement draft (0.3); edit and revise the Mediation Statement (0.4). | 0.7 | 420.00 |
| 02/11/25 | K Culbertson | B150 A109 | Attend a portion of today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan mediation and other pending matters (1.4) | 1.4 | 595.00 |
| 02/11/25 | B Knapp | B320 A104 | Conference with Debtor team regarding mediation next steps (0.5); analysis of mediation statement and negotiation strategy (0.8); attend Committee meeting regarding plan mediation (1.5); review further mediation statement revisions (0.6); continued analysis of financial records for mediation preparation (2.3). | 5.7 | 3,420.00 |
| 02/11/25 | R Kuebel | B120 A103 | Analyze critical document-discovery issues in connection with Hope Haven and Madonna Manor document production. | 0.7 | 420.00 |
| 02/11/25 | R Kuebel | B110 A101 | Prepare for and participate in weekly standing call with the ANO team. | 0.5 | 300.00 |
| 02/11/25 | R Kuebel | B190 A104 | Receipt and review of emails regarding protective order and Wattigny. | 0.3 | 180.00 |
| 02/11/25 | R Kuebel | B150 A101 | Participate in Unsecured Creditor Committee meeting and provide report on property sales, mediation and discovery issues. | 1.4 | 840.00 |

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 8



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/11/25 | R Kuebel | B120 A103 | Work on CHI nondisclosure edits and email Mr. Draper regarding status (.5); correspond on CHI value issues and review proposal regarding CHI sale process (.5). | 1.0 | 600.00 |
| 02/11/25 | R Kuebel | B320 A108 | Follow up call with Mr. Stang and I. Nasatir regarding mediation correspondence (.6); review, edit, redraft mediation statement and discuss with B. Knapp (1.0). | 1.6 | 960.00 |
| 02/12/25 | S Bryant | B120 A108 | Multiple email correspondences with Brooke Altazan concerning the revised Apostolate list (0.2); review the revised Apostolate list to ensure its accuracy (0.3); further correspond via email with Ms. Altazan about these matters (0.1). | 0.6 | 360.00 |
| 02/12/25 | S Bryant | B320 A103 | Further draft, edit, and finalize the Mediation Statement (2.5); incorporate additional revisions from the bankruptcy counsel team (0.5); correspond via email with Brad Knapp about these revisions (0.1). | 3.1 | 1,860.00 |
| 02/12/25 | B Knapp | B320 A103 | Revise mediation statement to J. Sontchi (2.4); analysis of additional information from Stout for mediation preparation (0.3); analysis of offer and counteroffer strategy (0.3). | 3.0 | 1,800.00 |
| 02/12/25 | B Knapp | B150 A103 | Correspondence with pro se claimant regarding case status. | 0.1 | 60.00 |
| 02/12/25 | R Kuebel | B120 A108 | Correspond regarding the filing by the Debtor of the Motion to Approve the Apostolate Tolling Agreement and related issues. | 0.3 | 180.00 |
| 02/12/25 | R Kuebel | B320 A108 | Review, revise, comment on draft mediation statement and discuss with B. Knapp (.6); correspond with Andy C. and work on non-monetary issues/ANO redline and survivor bill of rights (.6); correspond on mediation statement revisions (.5). | 1.7 | 1,020.00 |
| 02/12/25 | R Kuebel | B120 A103 | Work on Christopher Homes non-disclosure issues and circulate a revised draft of the Apostolates' non-disclosure agreement. | 0.8 | 480.00 |
| 02/12/25 | R Kuebel | B120 A108 | Call with Mr. Draper regarding CHI nondisclosure status (.2). | 0.2 | 120.00 |
| 02/12/25 | A St. Mary | B120 A104 | Review Secretary of State website for updated reports regarding Second Harvest amendments (.2); | 0.3 | 67.50 |

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 9



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | email correspondence with B.Knapp regarding same (.1). | | |
| 02/13/25 | B Knapp | B320 A103 | Revise mediation statement (0.2); correspondence with Committee chair regarding mediation statement (0.1). | 0.3 | 180.00 |
| 02/13/25 | R Kuebel | B120 A101 | Correspond on tolling issues (.4). | 0.4 | 240.00 |
| 02/13/25 | R Kuebel | B120 A108 | Correspond regarding Christopher Homes nondisclosure agreement. | 0.2 | 120.00 |
| 02/13/25 | R Kuebel | B150 A108 | Correspond with state court counsel on mediation statements. | 0.3 | 180.00 |
| 02/13/25 | R Kuebel | B320 A101 | Prepare for and participate in conference with Mr. Arata to review and discuss Wattigny production and non-monetary plan provisions (1.2); correspond with BRG on Apostolate asset calculations and mediation insert/spreadsheet (.8); follow-up emails with BRG on financial analysis (.3). | 2.3 | 1,380.00 |
| 02/13/25 | A St. Mary | B110 A110 | Email correspondence with B. Knapp and I. Nasatir regarding hearing transcripts (.1); forward all recent hearing transcripts to I. Nasatir for review (.1). | 0.2 | 45.00 |
| 02/14/25 | S Bryant | B320 A103 | Edit and finalize the Mediation Statement (1.0); multiple email correspondences with Brad Knapp and Amanda St. Mary regarding the status of the Mediation Statement and its delivery to Judge Sontchi (0.2). | 1.2 | 720.00 |
| 02/14/25 | B Knapp | B150 A106 | Meet with Committee member to review various outstanding issues. | 0.2 | 120.00 |
| 02/14/25 | B Knapp | B320 A104 | Revise mediation statement (0.6); prepare mediation statement exhibit (0.2); analysis of additional mediation document productions (1.2). | 2.0 | 1,200.00 |
| 02/14/25 | R Kuebel | B320 A108 | Correspond with BRG, Paul S. regarding financial model/due diligence on Apostolate assets (.5); correspond on document production demand (.4). | 0.9 | 540.00 |
| 02/14/25 | R Kuebel | B320 A108 | Correspond regarding mediation statement and BRG inserts (.3); work on non-monetary plan issues (.4). | 0.7 | 420.00 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/14/25 | R Kuebel | B120 A108 | Call with Douglas Draper on Christopher Homes nondisclosure agreement and tolling issues. | 0.3 | 180.00 |
| 02/14/25 | R Kuebel | B150 A108 | Correspond with state court counsel regarding pending mediation and document-production issues. | 0.4 | 240.00 |
| 02/14/25 | A St. Mary | B320 A103 | Email the Committee's Mediation Statement to Judge Sontchi's office along with key explanatory exhibits. | 0.1 | 22.50 |
| 02/17/25 | S Bryant | B160 A105 | Correspond via email with Amanda St. Mary regarding this month's round of fee statements. | 0.1 | 60.00 |
| 02/17/25 | B Knapp | B150 A106 | Correspondence with Committee regarding upcoming meetings. | 0.1 | 60.00 |
| 02/17/25 | R Kuebel | B320 A103 | Work on Apostolate financial review analysis with BRG ability to pay and prepare for mediation. | 1.2 | 720.00 |
| 02/17/25 | R Kuebel | B320 A108 | Correspond with the bankruptcy counsel team regarding the upcoming mediation and key documents that we may need available for the mediation | 0.3 | 180.00 |
| 02/17/25 | R Kuebel | B120 A103 | Correspond via email with various parties regarding the non-disclosure issues arising in connection with the Christopher Homes transaction. | 0.8 | 480.00 |
| 02/18/25 | S Bryant | B320 A101 | Meet with the bankruptcy counsel team to prepare for the next mediation session with Judge Sontchi. | 1.3 | 780.00 |
| 02/18/25 | B Knapp | B320 A104 | Continue reviewing Debtor productions in preparation for Continue reviewing Debtor productions in preparation for medation (3.3); analysis of mediation strategy in preparation for March 7 session (1.3). | 4.6 | 2,760.00 |
| 02/18/25 | R Kuebel | B320 A101 | Prepare for meeting with the bankruptcy counsel team to address the next mediation session (0.2) participate in a video-conference with the bankruptcy counsel team and address mediation preparation, strategy and document issues (1.3). | 1.5 | 900.00 |
| 02/18/25 | R Kuebel | B120 A103 | Work on Christopher Homes nondisclosure issues and correspond with Mr. Draper regarding same. | 0.4 | 240.00 |
| 02/18/25 | R Kuebel | B320 A103 | Analyze Apostolate financial statements and updated BRG analysis in preparation for next mediation session. | 1.0 | 600.00 |

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 11



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 02/19/25 | B Knapp | B310 A104 | Analysis of available Hope Haven and Madonna Manor records to evaluate Hope Haven and Madonna Manor claims. | 2.9 | 1,740.00 |
| 02/19/25 | B Knapp | B320 A108 | Conference with S. Oppenheim regarding plan discovery issues. | 0.2 | 120.00 |
| 02/19/25 | R Kuebel | B320 A108 | Correspond on Apostolate financial analysis with BRG and review audited financials. | 1.0 | 600.00 |
| 02/19/25 | R Kuebel | B120 A103 | Work on CHI/nondisclosure sale issues (.8); correspond on Hope Haven sale status with Pat C. (.1). | 0.9 | 540.00 |
| 02/19/25 | R Kuebel | B310 A104 | Correspond on Hope Haven documents with Unsecured Creditor Committee team (.3). | 0.3 | 180.00 |
| 02/19/25 | R Kuebel | B190 A104 | Review Debtor production for Hope Haven Wattigny documents and correspond with B. Knapp regarding same (.6). | 0.6 | 360.00 |
| 02/20/25 | S Bryant | B160 A103 | Draft, edit, and revise the Troutman Pepper Locke monthly fee statement (4.0); correspond via email with Bob Campbell and ask whether Actuarial Value incurred any fees in January 2025 (0.1); correspond via email with Bush Benton and ask him whether Stegall Benton incurred any fees in January 2025 (0.1); further edit and revise the Troutman monthly fee statement (1.5). | 5.7 | 3,420.00 |
| 02/20/25 | B Knapp | B320 A104 | Continue reviewing document productions related to abuse records and financials for plan mediation preparation (3.2); conference with BRG regarding additional financial analysis for mediation preparation (0.8). | 4.0 | 2,400.00 |
| 02/20/25 | R Kuebel | B320 A101 | Prepare for and participate in call/meeting with BRG team to review financial / asset analysis and prepare for mediation (1.5); work on document review / mediation preparation (.7); correspond regarding Plan / non-monetary opt-in issues with Unsecured Creditor Committee team (.5). | 2.7 | 1,620.00 |
| 02/20/25 | R Kuebel | B120 A104 | Examine the Apostolates' analysis of the potential value of the Christopher Homes enterprise. | 0.6 | 360.00 |
| 02/21/25 | S Bryant | B320 | Draft email to the BRG team summarizing the plan- | 1.6 | 960.00 |


troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | A108 | related issues presented by the Bonds and presenting potential impairment options for BRG's analysis (0.7); further correspond via email with Paul Shields about these matters (0.4); prepare extended presentation regarding the Bond issues for BRG (0.5). | | |
| 02/21/25 | S Bryant | B160 A103 | Continue drafting the Troutman Pepper Locke monthly fee statement. | 0.5 | 300.00 |
| 02/21/25 | B Knapp | B320 A104 | Continue reviewing plan productions in preparation for mediation (1.1); revise survivor service filings related to service of mediator reappointment order (0.1). | 1.2 | 720.00 |
| 02/21/25 | R Kuebel | B320 A108 | Correspond regarding non-monetary plan "bill of rights" inserts. | 0.3 | 180.00 |
| 02/21/25 | R Kuebel | B120 A108 | Correspond via email with Apostolates' counsel and others regarding various issues related to the valuation of the Christopher Homes enterprise. | 0.6 | 360.00 |
| 02/21/25 | A St. Mary | B320 A103 | Draft motion to seal (.3); draft certificate of service regarding Order extending appointment of mediator (.2); updating survivor service list/labels (.6); email correspondence with court mail out service and B. Knapp regarding same (.2). | 1.3 | 292.50 |
| 02/24/25 | S Bryant | B160 A103 | Further draft, edit, and revise the next Troutman monthly fee statement. | 1.0 | 600.00 |
| 02/24/25 | B Knapp | B150 A108 | Draft agenda for upcoming Committee meeting (0.1); conference with Committee member regarding case status (0.2); correspondence with Committee regarding meetings (0.1); conference with pro se survivor claimant regarding case status (0.2). | 0.6 | 360.00 |
| 02/24/25 | B Knapp | B320 A104 | Continued analysis of financial data for mediation preparation. | 1.2 | 720.00 |
| 02/24/25 | R Kuebel | B120 A103 | Draft and revise correspondence to Mr. Draper on CHI value/broker issues (.8); correspond on CHI nondisclosure with Hayden Glen (.3). | 1.1 | 660.00 |
| 02/24/25 | R Kuebel | B320 A103 | Examine BRG's analysis of the Apostolate assets and respective Apostolate ability to pay. | 0.6 | 360.00 |

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 13



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/24/25 | R Kuebel | B310 A103 | Further examine Hope Haven document production in connection with HH-related claims. | 0.7 | 420.00 |
| 02/24/25 | A St. Mary | B320 A103 | Finalize and efile motion to seal and certificate of service (.5); email correspondence with document services team and B. Knapp regarding same (.2). | 0.7 | 157.50 |
| 02/25/25 | S Bryant | B150 A106 | Attend and participate in today's Committee meeting and address various outstanding issues and matters facing the Committee. | 1.0 | 600.00 |
| 02/25/25 | S Bryant | B160 A103 | Further draft and revise the Troutman monthly fee statement. | 0.5 | 300.00 |
| 02/25/25 | K Culbertson | B150 A109 | Attend today's Committee meeting to address various outstanding issues facing the Committee and its constituency, including plan mediation and other pending matters (1.0) | 1.0 | 425.00 |
| 02/25/25 | B Knapp | B150 A106 | Correspondence with pro se claimant regarding bar date order. | 0.2 | 120.00 |
| 02/25/25 | B Knapp | B320 A108 | Conference with Debtor and Apostolate counsel regarding mediation next steps and plan negotiations (0.8); coordinate additional service related to mediator order (0.1); attend Committee meeting regarding upcoming mediation (1.0); analysis of additional document productions from Archdiocese (2.1). | 4.0 | 2,400.00 |
| 02/25/25 | R Kuebel | B110 A101 | Prepare for and participate in weekly standing call with Debtors and Apostolates on Christopher Homes transaction, Hope Haven documents, and other matters. | 0.9 | 540.00 |
| 02/25/25 | R Kuebel | B120 A108 | Follow-up call with Mr. Stang regarding CHI, nondisclosure, and sale (.3); correspond regarding Hope Haven sale status (.2). | 0.5 | 300.00 |
| 02/25/25 | R Kuebel | B310 A103 | Further examine Hope Haven documents and review the prior 2004 exam, document production, and correspondence in order to further evaluate potential HH-related claims. | 1.5 | 900.00 |
| 02/25/25 | R Kuebel | B150 A101 | Prepare for and participate in Unsecured Creditor Committee meeting. | 1.0 | 600.00 |



troutman
pepper locke

c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/25/25 | A St. Mary | B320 A103 | Draft, finalize and efile certificate of service related to the Order granting motion to seal service exhibit (.4); email correspondence with document services team and B. Knapp regarding same (.2); hand deliver seal document to the court (.3). | 0.9 | 202.50 |
| 02/26/25 | S Bryant | B320 A101 | Meet with BRG to address various issues in preparation for the March 7, 2025 mediation session, including matters related to the Bonds. | 0.9 | 540.00 |
| 02/26/25 | S Bryant | B160 A103 | Review the Troutman monthly fee statement (0.2); correspond via email with Katee Culbertson regarding the final preparation of the Zobrio and Troutman fee statements (0.1). | 0.3 | 180.00 |
| 02/26/25 | B Knapp | B320 A104 | Correspondence with Committee and state court counsel regarding mediation next steps (0.3); begin reviewing additional document productions from Archdiocese related to plan process (2.6); analysis of bond trustee plan treatment options (0.7). | 3.6 | 2,160.00 |
| 02/26/25 | R Kuebel | B190 A108 | Receipt and review of email correspondence from Mr. Arata | 0.2 | 120.00 |
| 02/26/25 | R Kuebel | B120 A103 | Work on Hope Haven sale approval status (.2); work on CHI nondisclosure issues and Apostolate value issues for mediation and sale (.7). | 0.9 | 540.00 |
| 02/26/25 | R Kuebel | B310 A103 | Correspond and work on Hope Haven document issues. | 0.4 | 240.00 |
| 02/27/25 | K Culbertson | B160 A103 | Draft and revise Zobrio Inc and TPL monthly fee applications (.8) | 0.8 | 340.00 |
| 02/27/25 | B Knapp | B150 A108 | Conference with pro se claimant regarding case status. | 0.2 | 120.00 |
| 02/27/25 | B Knapp | B320 A104 | Continue reviewing document productions for plan mediation preparation. | 1.2 | 720.00 |
| 02/27/25 | R Kuebel | B320 A103 | Draft, revise, and send outline of survivor bill of rights to Unsecured Creditor Committee team (.7); prepare for and participate in Unsecured Creditor Committee Teams call on non-monetary plan provisions (.8); work on mediation preparation and CHI sale issues (1.0). | 2.5 | 1,500.00 |

Case 20-10846 Doc 4382-18 Filed 03/27/25 Entered 03/27/25 17:54:17 Exhibit 18 (February Interim) Page 147 of 152

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 15



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 02/28/25 | S Bryant | B130 A105 | Review issues posed by the purported $20 million real-estate sales cap on the Debtor's new proposed sale of property at 2114 Oakmere (0.4); correspond via email with the bankruptcy counsel team about this matter (0.2). | 0.6 | 360.00 |
| 02/28/25 | S Bryant | B160 A103 | Edit and finalize the Troutman fee statement for time incurred in January 2025 (0.4); correspond via email with Katee Culbertson about this matter (0.1). | 0.5 | 300.00 |
| 02/28/25 | K Culbertson | B160 A103 | Finalize Zobrio Inc and TPL monthly fee applications and prepare email correspondence to notice parties related to same (.3) | 0.3 | 127.50 |
| 02/28/25 | R Kuebel | B320 A103 | Work on follow-up/emails regarding bill of rights/non-monetary plan provisions with Unsecured Creditor Committee team(.5); work on mediation preparation and outline of points and asset analysis (1.8). | 2.3 | 1,380.00 |
| 02/28/25 | R Kuebel | B120 A108 | Correspond on Christopher Homes nondisclosure agreement. | 0.3 | 180.00 |
| 02/28/25 | R Kuebel | B320 A108 | Multiple emails with BRG on Apostolate asset and ability to pay spreadsheets. | 0.4 | 240.00 |
| | | | Total: | 171.5 | 98,405.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 02/28/25**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Bryant, Steven | 600.00 | 38.9 | 23,340.00 |
| Culbertson, Katee E. | 425.00 | 16.9 | 7,182.50 |
| Knapp, Brad | 600.00 | 52.3 | 31,380.00 |
| Kuebel, Rick | 600.00 | 59.3 | 35,580.00 |
| St. Mary, Amanda | 225.00 | 4.1 | 922.50 |

Invoice Date 03/27/25
Invoice Number 131933920
File No. 625262.000001
Page 16



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

**FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/25**

| Description | Amount |
|---|---|
| Miscellaneous Expenses | 105.60 |
| Total: | 105.60 |
| Total Fees & Costs: | $98,510.60 |



c/o Patricia Moody, Chair

Bankruptcy of the Archdiocese of New Orl

### TIME SUMMARY BY PHASE AND TASK THROUGH 02/28/25

| | | | Hours | Amount |
|---|---|---|---|---|
| **B100** | **ADMINISTRATION** | | | |
| | B110 | Case Administration | 2.8 | 1,455.00 |
| | B120 | Asset Analysis and Recovery | 21.7 | 12,907.50 |
| | B130 | Asset Disposition | 0.6 | 360.00 |
| | B150 | Meetings of and Communications with Creditors | 10.0 | 5,580.00 |
| | B160 | Fee/Employment Applications | 9.7 | 5,627.50 |
| | B190 | Other Contested Matters | 1.1 | 660.00 |
| | | Total B100 | 45.9 | 26,590.00 |
| **B300** | **CLAIMS AND PLAN** | | | |
| | B310 | Claims Administration and Objections | 6.0 | 3,600.00 |
| | B320 | Plan and Disclosure Statement | 119.6 | 68,215.00 |
| | | Total B300 | 125.6 | 71,815.00 |

Troutman Pepper Locke LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130

troutman.com



| | |
|---|---|
| **Federal ID No.:** | **Billing Inquiries:** |
| 58-0946915 | 404-885-2508 |

| | | |
|---|---|---|
| c/o Patricia Moody, Chair | Invoice Date | 03/27/25 |
| | Submitted by | R  Kuebel |
| | Direct Dial | 504-558-5155 |
| | Invoice No. | 131933920 |
| | Firm Ref. No. | 625262.000001 |

**RE:**   **Bankruptcy of the Archdiocese of New Orl**

**Total Amount of This Invoice**          $98,510.60



TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **THE ROMAN CATHOLIC CHURCH OF** | )   **Case No. 20-10846** |
| **THE ARCHDIOCESE OF NEW** | ) |
| **ORLEANS** | )   **Section "A"** |
| | ) |
| **DEBTOR.** [1] | )   **Chapter 11** |
| | ) |

## ORDER APPROVING *FOURTEENTH INTERIM* APPLICATION OF TROUTMAN PEPPER LOCKE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH FEBRUARY 28, 2025
### [Relates to Docket # _____]

CAME ON for consideration the *Fourteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through February 28, 2025* [**Docket # _____**] (the "Application") filed by Troutman Pepper Locke LLP (the "Firm") on March 27, 2025 for the period from November 1, 2024 through February 28, 2025 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on an interim basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on an interim basis, fees for services rendered and expenses incurred in the amount of **$474,630.67** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $469,545.00 in fees for services rendered and $5,085.67 in expenses incurred by the Firm during the Application Period.

2.      The Debtor is further authorized, and directed, to pay the balance of the Award to the Firm on an interim basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

3.      The Firm is directed to serve this Order on the required parties under this Court's Order Limiting Notice and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, this _____ day of _____, 2025

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

2