**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: § <br> § <br> **THE ROMAN CATHOLIC CHURCH OF** § <br> **THE ARCHDIOCESE OF NEW** § <br> **ORLEANS,** § <br> § <br> § <br> Debtor.[1] § | Case No. 20-10846 <br><br> Section "A" <br> COMPLEX CASE <br><br> Chapter 11 |

**ORDER APPROVING THE *SEVENTEENTH INTERIM AND FINAL APPLICATION* OF TROUTMAN PEPPER LOCKE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 22, 2020 THROUGH FEBRUARY 27, 2026**
[Relates to ECF Doc. No. _____]

CAME ON for consideration the its *Seventeenth Interim and Final Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 through February 27, 2026* (ECF Doc. No. _____] (the "Application") filed by Troutman Pepper Locke LLP (the "Firm") on February 27, 2026 for the period from May 22, 2020 through February 27, 2026 (the "Application Period"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on a final basis whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

250911217v2

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety. The Firm is allowed and awarded, on a final basis, fees for services rendered and expenses incurred in the amount of **$8,611,473.67** for the Application Period as an administrative expense claim under Bankruptcy Code § 503 (the "Award") against the estate of the above-captioned debtor and debtor-in-possession (the "Debtor"). This Award consists of $8,373,675.00 in fees for services rendered and $237,798.67 in expenses incurred by the Firm during the Application Period.

2. The Debtors are further authorized, and directed, to pay the balance of the Award to the Firm on a final basis as an administrative expense claim under Bankruptcy Code § 503 against the estate of the Debtor within ten (10) calendar days after the entry of this Order.

3. This Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

4. The Firm is instructed to serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record..

New Orleans, Louisiana, this ____ day of _____.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**

250911217v2