## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |
| | § | |
| | § | |

**SUMMARY COVER SHEET TO FOURTEENTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 17, 2020 THROUGH DECEMBER 26, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Berkeley Research Group, LLC | |
| **Applicant's Professional Role in Case** | Financial Advisors to the Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed** | Effective June 17, 2020, pursuant to Order dated August 25, 2020 [Docket No. 362] | |
| | **Beginning of Period** | **End of Period** |
| **Fourteenth Interim time period covered by this Application (the "Interim Fee Period"):** | 07/1/2025 | 12/26/2025 |
| **Final time period covered by this Application (the "Final Fee Period")** | 06/17/2020 | 12/26/2025 |
| **Total amount awarded in all prior Applications by Order:** | Fees: $3,497,210.00 Expenses: $31,327.01 | |
| **Total professional hours covered by this Application for the Interim Fee Period** | | 59.2 |
| **Total professional fees for the Interim Fee Period** | | $30,162.50[2] |
| **Reimbursable expenses sought in this Application for the Interim Fee Period** | | $4,254.26 |
| **Total professional fees sought in this Application for the Final Fee Period** | | $3,527,372.50 |

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] The Interim Fee Period is inclusive of time for August 1, 2025 through December 26, 2025, for which a monthly application was not previously filed.

| | |
|---|---|
| **Reimbursable expenses sought in this Application for the Final Fee Period** | $35,581.27 |
| **Estimated Fees Incurred for Preparing Final Fee Application (12/27/25 – 2/27/26) (the "Post Effective Date Period")** | $8,885.00 |
| **Estimated Reimbursable expenses sought for the Post Effective Date Period** | $0.00 |
| **Grand Total Fees Sought (including Estimated Fees Incurred for the Post Effective Date Period):** | $3,536,257.50 |
| **Grand Total Reimbursable Expenses Sought (including Fees Incurred for the Post Effective Date Period):** | $35,581.27 |

## SCHEDULE 1
### Previous Applications Noticed and Filed[3, 4]

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 05/27/2021 Dkt No. 891 | 06/17/2020- 03/31/2021 | 252,386.00 | 3,889.52 | 6/21/2021 Dkt No. 916 | 252,386.00 | 3,889.52 | - |
| 11/24/2021 Dkt No. 1186 | 04/01/2021- 10/31/2021 | 393,516.50 | 12.93 | 12/14/2021 Dkt. No. 1199 | 393,516.50 | 12.93 | - |
| 03/24/2022 Dkt No. 1385 | 11/01/2021 - 02/28/2022 | 152,754.50 | - | 4/19/2022 Dkt No. 1466 | 152,754.50 | - | - |
| 07/28/2022 Dkt No. 1688 | 03/01/2022- 06/30/2022 | 352,917.00 | - | 8/17/2022 Dkt No. 1740 | 352,917.00 | - | - |
| 11/23/2022 Dkt No. 1943 | 07/01/2022- 10/31/2022 | 359,538.00 | 500.00 | 12/13/2022 Dkt No. 1976 | 359,538.00 | 500.00 | - |
| 03/28/2023 Dkt No. 2200 | 11/01/2022 - 02/28/2023 | 495,371.00 | 13,273.16 | 4/14/2023 Dkt No. 2228 | 495,371.00 | 13,273.16 | - |
| 07/25/2023 Dkt No. 2393 | 03/01/2023 - 06/30/2023 | 529,235.50 | 5,241.26 | 8/17/2023 Dkt No. 2438 | 529,235.50 | 5,241.26 | - |
| 11/29/2023 Dkt No. 2680 | 7/1/2023 - 10/31/2023 | 241,781.50 | 3,561.82 | 12/20/2023 Dkt No. 2750 | 241,781.50 | 3,561.82 | - |
| 04/04/2024 Dkt No. 2921 | 11/01/2023 - 02/29/2024 | 235,682.00 | 4,035.52 | 4/26/2024 Dkt No. 2989 | 235,682.00 | 4,035.52 | - |
| 07/25/2024 Dkt No. 3194 | 03/01/2024 - 06/30/2024 | 54,185.50 | 727.80 | 08/16/2024 Dkt No. 3280 | 54,185.50 | 727.80 | - |
| 11/27/2024 Dkt No. 3510 | 07/01/2024 - 10/31/2024 | 206,846.50 | 85.00 | 04/21/2025 Dkt No. 3914 | 206,955.50 | 85.00 | - |
| 03/27/2025 Dkt No. 3872 | 11/01/2024 - 02/28/2025 | 162,677.50 | - | 04/21/2025 Dkt No. 3934 | 162,677.50 | - | - |
| 07/30/2025 Dkt No. 4186 | 03/01/2025 - 06/30/2025 | 60,318.50 | - | 08/29/2025 Dkt No. 4323 | 60,318.50 | - | - |
| 08/29/25 Dkt. No. N/A | 07/01/2025 - 07/31/2025 | 17,239.50 | - | N/A | - | - | 17,239.50 |
| **Totals** | | **$ 3,497,210.00** | **$ 31,327.01** | | **$ 3,497,319.00** | **$ 31,327.01** | **$ 17,239.50** |

---

[3] BRG became aware of an overpayment received for its September 2024 fee statement in the amount of $109.00. Accordingly, BRG asks that the Debtor reduce its payment by $109.00. *See the **Conclusion** section of this Application for the amount of compensation BRG is seeking for the Interim Fee Period and the Final Fee Period, which has been reduced to adjust for the $109 overpayment.*

[4] Schedule 1 above lists BRG's First through Thirteenth Fee Applications, and Fifty-Eighth Monthly Fee Statement.

**SCHEDULE 2**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS**
**INTERIM FEE PERIOD (JULY 1, 2025 – DECEMBER 26, 2025)**

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $740.00 | 21.7 | $16,058.00 |
| R. Strong | Managing Director | $710.00 | 0.2 | $142.00 |
| M. Babcock | Managing Director | $660.00 | 5.3 | $3,498.00 |
| J. Shaw | Associate Director | $595.00 | 2.7 | $1,606.50 |
| J. Funk | Associate Director | $555.00 | 4.0 | $2,220.00 |
| S. Chaffos | Consultant | $365.00 | 10.1 | $3,686.50 |
| A. Kaporis | Associate | $305.00 | 1.5 | $457.50 |
| A. McConkie | Case Assistant | $195.00 | 6.6 | $1,287.00 |
| K. McDowell | Case Assistant | $170.00 | 3.4 | $578.00 |
| M. Kuhn | Case Assistant | $170.00 | 3.7 | $629.00 |
| **Total** | | | **59.2** | **$30,162.50** |

**SCHEDULE 3**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS**
**FINAL FEE PERIOD (JUNE 17, 2020 – DECEMBER 26, 2025)**

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| A. Metz | Managing Director | $800.00 | 1.2 | $960.00 |
| B. Nolan | Managing Director | $525.00 | 48.4 | $25,410.00 |
| D. Judd | Managing Director | $640.00 | 15.6 | $9,984.00 |
| D. Judd | Managing Director | $660.00 | 106.1 | $70,026.00 |
| D. Judd | Managing Director | $705.00 | 58.9 | $41,524.50 |
| E. Dixon | Managing Director | $695.00 | 1.2 | $834.00 |
| E. Johns | Managing Director | $750.00 | 6.2 | $4,650.00 |
| E. Madsen | Managing Director | $675.00 | 35.0 | $23,625.00 |
| G. Koutouras | Managing Director | $795.00 | 0.4 | $318.00 |
| J. Hull | Managing Director | $810.00 | 7.2 | $5,832.00 |
| J. Hull | Managing Director | $825.00 | 2.7 | $2,227.50 |
| M. Babcock | Managing Director | $660.00 | 44.9 | $29,634.00 |
| N. Librock | Managing Director | $660.00 | 12.0 | $7,920.00 |
| N. Librock | Managing Director | $725.00 | 44.5 | $32,262.50 |
| N. Librock | Managing Director | $775.00 | 0.2 | $155.00 |
| O. Kan | Managing Director | $600.00 | 36.2 | $21,720.00 |
| P. Shields | Managing Director | $590.00 | 176.4 | $104,076.00 |
| P. Shields | Managing Director | $620.00 | 167.8 | $104,036.00 |
| P. Shields | Managing Director | $635.00 | 228.9 | $145,351.50 |
| P. Shields | Managing Director | $675.00 | 370.2 | $249,885.00 |
| P. Shields | Managing Director | $705.00 | 181.1 | $127,675.50 |
| P. Shields | Managing Director | $740.00 | 92.4 | $68,376.00 |
| R. Strong | Managing Director | $565.00 | 3.3 | $1,864.50 |
| R. Strong | Managing Director | $590.00 | 55.1 | $32,509.00 |
| R. Strong | Managing Director | $610.00 | 30.2 | $18,422.00 |
| R. Strong | Managing Director | $650.00 | 18.5 | $12,025.00 |
| R. Strong | Managing Director | $680.00 | 5.5 | $3,740.00 |
| R. Strong | Managing Director | $710.00 | 0.7 | $497.00 |
| M. Babcock | Director | $540.00 | 140.8 | $76,032.00 |
| M. Babcock | Director | $560.00 | 614.2 | $343,952.00 |
| M. Babcock | Director | $600.00 | 657.4 | $394,440.00 |
| M. Babcock | Director | $625.00 | 73.5 | $45,937.50 |
| J. Funk | Associate Director | $495.00 | 126.8 | $62,766.00 |

| J. Funk | Associate Director | $540.00 | 83.4 | $45,036.00 |
|---|---|---|---|---|
| J. Funk | Associate Director | $555.00 | 37.3 | $20,701.50 |
| J. Shaw | Associate Director | $525.00 | 1.1 | $577.50 |
| J. Shaw | Associate Director | $595.00 | 7.7 | $4,581.50 |
| L. Larsen | Associate Director | $560.00 | 2.0 | $1,120.00 |
| M. Babcock | Associate Director | $515.00 | 48.4 | $24,926.00 |
| M. Babcock | Associate Director | $540.00 | 40.9 | $22,086.00 |
| C. Tergevorkian | Senior Managing Consultant | $445.00 | 1.2 | $534.00 |
| J. Funk | Senior Managing Consultant | $505.00 | 8.9 | $4,494.50 |
| J. Shaw | Senior Managing Consultant | $455.00 | 8.6 | $3,913.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 313.9 | $149,102.50 |
| K. Barberi | Senior Managing Consultant | $340.00 | 114.8 | $39,032.00 |
| K. Schliep | Senior Managing Consultant | $435.00 | 3.9 | $1,696.50 |
| C. Draney | Managing Consultant | $425.00 | 9.6 | $4,080.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 58.2 | $21,825.00 |
| C. Tergevorkian | Managing Consultant | $400.00 | 3.4 | $1,360.00 |
| G. Lim | Managing Consultant | $340.00 | 190.1 | $64,634.00 |
| K. Johns | Managing Consultant | $440.00 | 0.4 | $176.00 |
| N. Zeien | Managing Consultant | $340.00 | 0.5 | $170.00 |
| N. Zeien | Managing Consultant | $375.00 | 1.3 | $487.50 |
| A. Strong | Consultant | $350.00 | 56.4 | $19,740.00 |
| A. Strong | Consultant | $370.00 | 15.8 | $5,846.00 |
| C. Tergevorkian | Consultant | $325.00 | 65.2 | $21,190.00 |
| D. Green | Consultant | $310.00 | 256.4 | $79,484.00 |
| J. Freeman | Consultant | $350.00 | 5.6 | $1,960.00 |
| S. Bhattacharya | Consultant | $325.00 | 139.4 | $45,305.00 |
| S. Chaffos | Consultant | $320.00 | 762.7 | $244,064.00 |
| S. Chaffos | Consultant | $345.00 | 308.7 | $106,501.50 |
| S. Chaffos | Consultant | $365.00 | 114.5 | $41,792.50 |
| A. Arena | Senior Associate | $350.00 | 11.9 | $4,165.00 |
| C. Tergevorkian | Senior Associate | $270.00 | 27.4 | $7,398.00 |
| C. Tergevorkian | Senior Associate | $285.00 | 0.5 | $142.50 |
| M. Restrepo | Senior Associate | $290.00 | 15.5 | $4,495.00 |
| S. Chaffos | Senior Associate | $275.00 | 715.3 | $196,707.50 |
| S. Cooney | Senior Associate | $350.00 | 30.6 | $10,710.00 |
| S. Smith | Senior Associate | $260.00 | 4.4 | $1,144.00 |
| A. Kaporis | Associate | $305.00 | 1.5 | $457.50 |
| A. Stubbs | Associate | $265.00 | 46.5 | $12,322.50 |
| A. Stubbs | Associate | $280.00 | 28.6 | $8,008.00 |
| N. Drepanos | Associate | $295.00 | 29.0 | $8,555.00 |

| S. Chaffos | Associate | $220.00 | 49.7 | $10,934.00 |
|---|---|---|---|---|
| S. Chaffos | Associate | $235.00 | 206.9 | $48,621.50 |
| S. Rawlings | Associate | $185.00 | 45.6 | $8,436.00 |
| S. Smith | Associate | $210.00 | 1.0 | $210.00 |
| T. Hatton | Associate | $265.00 | 4.2 | $1,113.00 |
| Y. Xu | Associate | $185.00 | 161.8 | $29,933.00 |
| M. Haverkamp | Case Manager | $275.00 | 27.3 | $7,507.50 |
| M. Haverkamp | Case Manager | $300.00 | 49.5 | $14,850.00 |
| M. Haverkamp | Case Manager | $350.00 | 44.0 | $15,400.00 |
| M. Haverkamp | Case Manager | $375.00 | 0.7 | $262.50 |
| A. Hulme | Case Assistant | $215.00 | 7.1 | $1,526.50 |
| A. Hulme | Case Assistant | $225.00 | 0.8 | $180.00 |
| A. McConkie | Case Assistant | $195.00 | 6.6 | $1,287.00 |
| A. McConkie | Case Assistant | $225.00 | 4.2 | $945.00 |
| B. McCarthy | Case Assistant | $195.00 | 45.4 | $8,853.00 |
| D. Godfrey | Case Assistant | $125.00 | 102.1 | $12,762.50 |
| D. Godfrey | Case Assistant | $135.00 | 45.3 | $6,115.50 |
| E. Perry | Case Assistant | $175.00 | 6.4 | $1,120.00 |
| H. Henritzy | Case Assistant | $155.00 | 9.1 | $1,410.50 |
| H. Henritzy | Case Assistant | $195.00 | 66.2 | $12,909.00 |
| H. Henritzy | Case Assistant | $240.00 | 16.9 | $4,056.00 |
| K. Calder | Case Assistant | $140.00 | 88.1 | $12,334.00 |
| K. Calder | Case Assistant | $160.00 | 5.6 | $896.00 |
| K. Hendry | Case Assistant | $185.00 | 5.7 | $1,054.50 |
| K. Hendry | Case Assistant | $195.00 | 24.8 | $4,836.00 |
| K. McDowell | Case Assistant | $170.00 | 3.4 | $578.00 |
| M. Kuhn | Case Assistant | $170.00 | 61.8 | $10,506.00 |
| S. Anthon | Case Assistant | $195.00 | 16.4 | $3,198.00 |
| S. Smith | Case Assistant | $150.00 | 3.0 | $450.00 |
| V. Ingle | Case Assistant | $105.00 | 6.3 | $661.50 |
| V. Ingle | Case Assistant | $110.00 | 90.4 | $9,944.00 |
| V. Triana | Case Assistant | $155.00 | 69.5 | $10,772.50 |
| **Total** | | | 8,210.8 | $3,542,852.00 |
| **Reductions** | | | | ($15,479.50) |
| **Grand Total** | | | **8,210.8** | **$3,527,372.50** |

## SCHEDULE 4

### SUMMARY OF PROFESSIONALS
### POST-EFFECTIVE DATE PERIOD (DECEMBER 27, 2025 – FEBRUARY 27, 2026)

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | 740.00 | 7.3 | $5,402.00 |
| M. Haverkamp | Case Manager | 375.00 | 3.6 | 1,494.00 |
| K. McDowell | Case Assistant | 170.00 | 11.7 | 1,989.00 |
| **Total** | | | **22.6** | **$8,885.00** |

**SCHEDULE 5**
**TASK CODE SUMMARY**
**INTERIM FEE PERIOD (JULY 1, 2025 – DECEMBER 26, 2025)**

| Code | Description | Total Hours | Total Fees |
|---|---|---|---|
| 220.0 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.3 | $    872.50 |
| 800.0 | Plan & Disclosure Statement Analysis | 42.9 | 24,457.00 |
| 1060.0 | Fee Application Preparation & Hearing | 12.0 | 4,833.00 |
| | **Total** | **59.2** | **$    30,162.50** |

**SCHEDULE 6**

**TASK CODE SUMMARY**
**FINAL FEE PERIOD (JUNE 17, 2020 – DECEMBER 26, 2025)**

| Code | Description | Total Hours | Total Fees |
|------|-------------|------------|-----------|
| 100.00 | Case Background | 0.7 | $360.50 |
| 200.00 | Document / Data Analysis (General) | 2.0 | $1,165.00 |
| 200.10 | Document / Data Analysis (Data Room) | 7.1 | $3,324.50 |
| 200.20 | Document / Data Analysis (Financial / Accounting) | 422.6 | $118,784.50 |
| 200.30 | Document / Data Analysis (Financial / Accounting) - Accounting System | 165.5 | $80,840.50 |
| 200.40 | Document/ Data Analysis (Corporate) | 48.4 | $27,890.50 |
| 200.50 | Document / Data Analysis (Related Non-Debtors) | 43.0 | $14,063.00 |
| 200.60 | Document / Data Analysis (PPP Loans) | 20.1 | $9,559.00 |
| 200.90 | Document / Data Analysis (Production Requests) | 475.6 | $215,568.00 |
| 210.00 | Bankruptcy Proceedings (Filings / Motions - General) | 0.4 | $243.00 |
| 211.03 | Bankruptcy Proceedings (Filings / Motions - Motion to Dismiss) | 200.7 | $86,516.50 |
| 211.06 | Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 6.2 | $3,429.50 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 495.2 | $158,731.00 |
| 221.00 | Debtors Operations/ Monitoring (Cash Management Reports) | 69.4 | $15,128.00 |
| 222.00 | Debtors Operations/ Monitoring (Other Reports) | 0.3 | $154.50 |
| 300.00 | Asset Analysis (General - Debtors) | 842.6 | $431,511.50 |
| 301.00 | Asset Analysis (General - Debtors Restricted / Identified Assets) | 84.8 | $49,405.50 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 1,154.1 | $434,235.50 |
| 304.00 | Asset Analysis (General – Parishes) | 74.0 | $28,171.00 |
| 310.00 | Asset Analysis (Cash / Bank Accounts - Debtors) | 197.8 | $89,749.50 |
| 312.00 | Asset Analysis (Cash / Bank Accounts - Related Non-Debtors) | 1.1 | $726.00 |
| 320.00 | Asset Analysis (Investments / Funds - Debtors) | 344.4 | $190,876.50 |
| 321.00 | Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets) | 4.5 | $1,831.50 |
| 330.00 | Asset Analysis (Real Property - Debtors) | 201.9 | $84,596.50 |
| 332.00 | Asset Analysis (Real Property - Related Non-Debtors) | 247.2 | $97,470.50 |
| 333.00 | Asset Analysis (Real Property – Deferred Maintenance) | 614.6 | $222,536.00 |
| 334.00 | Asset Analysis (Real Property – Parishes) | 2.2 | $759.00 |
| 340.00 | Asset Analysis (Personal Property – Debtors) | 11.3 | $4,681.00 |

| 350.00 | Asset Analysis (Insurance - Debtors) | 7.3 | $5,575.00 |
|---|---|---|---|
| 390.00 | Asset Analysis (Other - Debtors) | 17.4 | $10,710.50 |
| 392.00 | Asset Analysis (Other - Related Non-Debtors) | 260.9 | $133,130.00 |
| 410.00 | Litigation Analysis (Avoidance Actions) | 205.4 | $92,085.50 |
| 420.00 | Litigation Analysis (Expert Report Evaluation) | 6.3 | $3,784.50 |
| 430.00 | Litigation Analysis (Preparation of Pleadings / Exhibits) | 13.3 | $7,407.50 |
| 600.00 | Claims / Liability Analysis (General) | 134.1 | $58,359.50 |
| 610.00 | Claims / Liability Analysis (Survivor Claims) | 17.0 | $5,283.00 |
| 620.00 | Claims / Liability Analysis (Commercial Debt) | 42.7 | $24,948.00 |
| 630.00 | Claims / Liability Analysis (Pension) | 16.9 | $8,705.00 |
| 800.00 | Plan & Disclosure Statement Analysis | 191.2 | $107,431.00 |
| 900.00 | Report / Presentation Preparation | 28.0 | $15,757.50 |
| 1000.00 | Case Administration | 13.2 | $7,193.00 |
| 1010.00 | Employment Application | 2.6 | $1,279.50 |
| 1020.00 | Meeting Preparation & Attendance | 126.6 | $71,309.00 |
| 1030.00 | Mediation Preparation & Attendance | 584.4 | $346,126.00 |
| 1040.00 | Hearing / Trial Preparation & Attendance | 7.1 | $4,292.00 |
| 1050.00 | Deposition Preparation & Attendance | 27.5 | $16,825.00 |
| 1060.00 | Fee Application Preparation & Hearing | 723.9 | $221,526.50 |
| 1070.00 | Billable Travel | 47.3 | $28,816.00 |
| **Total** | | 8,210.8 | $3,542,852.00 |
| **Reductions** | | | ($15,479.50) |
| **Grand Total** | | **8,210.8** | **$3,527,372.50** |

## **SCHEDULE 7**

### TASK CODE SUMMARY
### POST-EFFECTIVE DATE PERIOD (DECEMBER 27, 2025 – DECEMBER 26, 2025)

| Code | Description | Total Hours | Total Fees |
|------|-------------|-------------|------------|
| 1060.00 | Fee Application Preparation & Hearing | 22.6 | $8,885.00 |
| **Total** | | **22.6** | **$8,885.00** |

**SCHEDULE 8**

**EXPENSE SUMMARY**
**INTERIM FEE PERIOD (JULY 1, 2025 – DECEMBER 26, 2025)**

| Code | Description | Total Fees |
|------|-------------|-----------:|
| 01 | Travel – Airlines | $ 2,091.97 |
| 02 | Travel – Train and Bus | 5.00 |
| 03 | Travel – Taxi | 91.84 |
| 04 | Travel – Car Rental | 205.60 |
| 07 | Travel – Parking | 169.54 |
| 08 | Travel – Hotel/Lodging | 1,215.20 |
| 10 | Meals | 465.11 |
| 21 | Other | 10.00 |
| | **Total** | **$ 4,254.26** |

**SCHEDULE 9**

**EXPENSE SUMMARY**
**FINAL FEE PERIOD (JUNE 17, 2020 – DECEMBER 26, 2025)**

| Code | Description | Total Fees |
|------|-------------|-----------|
| 01 | Travel – Airlines | $6,407.37 |
| 02 | Travel – Train and Bus | $180.70 |
| 03 | Travel – Taxi | $104.77 |
| 04 | Travel – Car Rental | $406.38 |
| 05 | Travel – Tolls | $5.00 |
| 06 | Travel – Mileage | $377.35 |
| 07 | Travel – Parking | $485.51 |
| 08 | Travel – Hotel/Lodging | $6,044.95 |
| 09 | Travel - Other | $60.00 |
| 10 | Meals | $1,325.52 |
| 12 | Publications | $825.00 |
| 20 | Data Research | $165.77 |
| 21 | Other | $10.00 |
| 22 | Subcontracted Services | $19,182.95 |
| | **Total** | **$35,581.27** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | **Section "A"** |
| **OF THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS** | § | **Chapter 11** |
| | § | |
| Debtor.[5] | § | |
| | § | |

---

**FOURTEENTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 17, 2020 THROUGH DECEMBER 26, 2025**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026 AT 9:30 AM. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL- IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Berkeley Research Group ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby submits its *Fourteenth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of*

---

[5] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.0

*Berkeley Research Group, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period June 17, 2020 through December 26, 2025* (the "Application") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period July 1, 2025 through and including December 26, 2025, (the "Interim Fee Period"); and (b) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period June 17, 2020 through December 26, 2025 (the "Final Fee Period") and (c) the allowance of reasonable compensation for time billed by BRG after the confirmed Plan of Reorganization (the "Plan") in this case went effective on December 26, 2025 to prepare its Application during the period of December 27, 2025 through February 27, 2026 (the "Post-Effective Date Period") (d) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Final Fee Period in the rendition of professional services on behalf of the Committee. In support of the Application, BRG respectfully represents as follows:

<u>**JURISDICTION AND VENUE**</u>

1.      The United States Bankruptcy Court for the Eastern District of Louisiana (the "Court") has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Eastern District of Louisiana (the "Local Rules"), and Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures of Complex*

16

*Chapter 11 Cases* (the "Complex Case Order").

## BACKGROUND

4.      On May 1, 2020 (the "Petition Date"), The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") filed a voluntary petition for relief under the Bankruptcy Code (the "Case"). The Debtor remained in possession of its property and managed its business as a debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, 11 U.S.C. § 101, *et. seq.*, through December 26, 2025, the effective date of the confirmed Joint Plan of reorganization.

5.      On May 20, 2020, the Office of the United States Trustee for Region 5 appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 94], which was reconstituted on June 10, 2020 [Docket No. No. 151], and on October 8, 2020, to remove TMI Trust Company, Inc., in its capacity as indenture trustee for certain bonds [Docket No. 478]. The Committee was further reconstituted on June 21, 2022 [Docket No. 1618], and on February 13, 2023 [Docket No. 2081].[6]

6.      On June 17, 2020, the Committee selected BRG to serve as its financial advisor. The Committee also selected Pachulski, Stang, Ziehl & Jones ("PSZJ") and Locke Lord LLP ("Locke Lord" and together "UCC Counsel") to serve as co-counsel.

7.      On July 6, 2020, the Committee filed an *Application to Employ Berkeley Research Group, LLC as Financial Advisor* [Docket No. 205] (the "Retention Application"). On August 25, 2020, this Court entered the *Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 362].

---

[6] A separate official committee of unsecured commercial creditors was appointed by the US Trustee on March 5, 2021. [Docket Nos. 772 and 792].

## EXTRAORDINARY CIRCUMSTANCES

8.      The Committee, with the support of BRG and UCC Counsel, has undertaken strenuous efforts to move this Case forward towards a resolution of creditor claims to achieve the goal of the most favorable resolution to unsecured creditors possible.

9.      The Committee recognizes that unless this Case is dismissed, the most likely outcome and resolution of claims will come through a plan of reorganization. To that end, the Committee has worked to move this process forward, including, with BRG's support, a comprehensive investigation and analysis of the Debtor's financial circumstances and structure, and information underlying claims filed against the Debtor, all of which is necessary to inform negotiations and mediation concerning potential resolution of claims. Extensive efforts have been required to compel production of the documents necessary in the investigation and review the same for comprehensiveness and responsiveness.

10.     During the Post-Effective Date Period, BRG prepared its Final Fee Application.

## PROFESSIONAL FEES AND DISBURSEMENTS

11.     On May 27, 2021, BRG filed its First Interim Application for fees in the amount of $252,386.00 and expenses in the amount $3,889.52 for the period covering June 17, 2020, through March 31, 2021, [Docket No. 891], which were approved on an interim basis and have been paid.

12.     On November 24, 2021, BRG filed its Second Interim Application for fees in the amount of $393,516.50 and expenses in the amount $12.93 for the period covering April 1, 2021, through October 31, 2021, [Docket No. 1186], which were approved on an interim basis and have been paid.

13.      On March 24, 2022, BRG filed its Third Interim Application for fees in the amount of $152,754.50 and expenses in the amount $0.00 for the period covering November 1, 2021,

through February 28, 2022, [Docket No. 1385], which were approved on an interim basis and have been paid.

14.     On July 28, 2022, BRG filed its Fourth Interim Application for fees in the amount of $352,917.00 and expenses in the amount $0.00 for the period covering March 1, 2022, through June 30, 2022, [Docket No. 1688], which were approved on an interim basis and have been paid.

15.     On November 23, 2022, BRG filed its Fifth Interim Application for fees in the amount of $359,538.00 and expenses in the amount $500.00 for the period covering July 1, 2022, through October 31, 2022, [Docket No. 1943], which were approved on an interim basis and have been paid.

16.     On March 28, 2023, BRG filed its Sixth Interim Application for fees in the amount of $495,371.00 and expenses in the amount $13,273.16 for the period covering November 1, 2022, through February 28, 2023, [Docket No. 2200], which were approved on an interim basis and have been paid.

17.     On July 25, 2023, BRG filed its Seventh Interim Application for fees in the amount of $529,235.50 and expenses in the amount $5,241.26 for the period covering March 1, 2023, through June 30, 2023, [Docket No. 2393], which were approved on an interim basis and have been paid.

18.     On November 29, 2023, BRG filed its Eighth Interim Application for fees in the amount of $241,781.50 and expenses in the amount $3,561.82 for the period covering July 1, 2023, through October 31, 2023, [Docket No. 2680], which were approved on an interim basis and have been paid.

19.     On April 4, 2024, BRG filed its Ninth Interim Application for fees in the amount of $235,682.00 and expenses in the amount $4,035.52 for the period covering November 1, 2023,

through February 29, 2024, [Docket No. 2921], which were approved on an interim basis and have been paid.

20.     On July 25, 2024, BRG filed its Tenth Interim Application for fees in the amount of $54,185.50 and expenses in the amount $727.80 for the period covering March 1, 2024, through June 30, 2024, [Docket No. 3194], which were approved on an interim basis and have been paid.

21.     On November 27, 2024, BRG filed its Eleventh Interim Application for fees in the amount of $206,846.50 and expenses in the amount $85.00 for the period covering July 1, 2024, through October 31, 2024, [Docket No. 3510], which were approved on an interim basis and have been paid.

22.     On March 27, 2025, BRG filed its Twelfth Interim Application for fees in the amount of $162,677.50 and expenses in the amount $0.00 for the period covering November 1, 2024, through February 28, 2025, [Docket No. 3872], which were approved on an interim basis and have been paid.

23.     On July 30, 2025, BRG filed its Thirteenth Interim Application for fees in the amount of $60,318.50 and expenses in the amount of $0.00 for the period covering March 1, 2025, through June 30, 2025, [Docket No. 4186], which were approved on an interim basis and have been paid.

24.     On August 29, 2025, BRG noticed its Fifty-Eighth Monthly Fee and Expense Statement for fees in the amount of $17,348.50[7] and expenses in the amount $0.00 for the period covering July 1, 2025, through July 31, 2025. These fees and expenses have not been approved or paid by interim order.  The Fifty-Eighth Fee Statement (which covers the period July 1, 2025 to

---

[7] **Schedule 1** included in this Application references fees for the period July 1, 2025 to July 31, 2025 in the amount of $17,239.50. This amount reflects a $109.00 reduction to the fees incurred in BRG's Fifty-Eighth Fee Statement ($17,358.50 – 109.00 = $17,239.50).

July 31, 2025) is part of the Fourteenth Interim Fee Application. The summary of fees by professional, the summary of fees by task code, and the time records for the Interim Fee Period are attached as **Exhibits A1, B1, and C1**, respectively.

25.     From August 1, 2025 (the first day after the period covered by the Fifty-Eighth Fee Statement) through December 26, 2025, BRG has incurred additional fees of $12,814.00. Combining fees of $12,814.00 with fees included in the Fifty-Eighth Fee Statement in the amount of $17,358.50 results in total fees for the Interim Fee Period (July 1, 2025 to December 26, 2025) of $30,162.50 ($17,358.50 + $12,814.00 = $30,162.50).

26.     By this Application, prepared in accordance with sections 330 and 331 of the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, Rules 2014-1 and 2016-1 of the Local Rules, the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and Section XIII(B) of the Complex Case Order, BRG seeks:  (a)  interim allowance of fees in the amount of $30,162.50, for professional services rendered for and on behalf of the Committee, (b) a reduction in the payment of fees in the amount of $109.00 due to an overpayment by the Debtor relating to BRG's September 2024 Fee Statement, (c) payment of outstanding, unpaid fees of $30,053.50 ($30,162.50 - $109.00 = $30,053.50), and outstanding, unpaid expenses of $4,254.26, (d) final allowance of fees in the amount of $3,527,372.50 for professional services rendered for and on behalf of the Committee during the Final Fee Period, which amount is inclusive of $30,162.50 in fees incurred during the Interim Fee Period, (d) final allowance for reimbursement of actual and necessary costs and expenses in the amount of $35,581.27 incurred in connection with rendering of services during the Final Fee Period, which amount is inclusive of $4,254.26 in actual and necessary costs and expenses incurred during the

Interim Fee Period, and (d) allowance of fees in the amount of $8,885.00 incurred by BRG during the Post-Effective Date Period.

27.     BRG expended an aggregate of 59.2 hours at a blended hourly rate of $509.50 during the Interim Fee Period and 8,210.8 hours at a blended hourly rate of $429.60 during the Final Fee Period, and 22.6 hours at a blended hourly rate of $393.14 during the Post-Effective Date Period.

28.     Attached as **Exhibits A1-A3** are the summaries of the hours expended by BRG professionals for the Interim Fee Period, Final Fee Period, and Post-Effective Date Period. Attached as **Exhibits B1-B3** are the summaries of the hours expended by BRG professionals for each category (task code) for the Interim Fee Period, Final Fee Period, and Post-Effective Date Period, respectively.

29.     Attached hereto as **Exhibits C1-C2** are BRG's time records for the Interim Fee Period and Post-Effective Date Period, which include detailed daily time logs describing the time spent by each BRG professional in this case.

30.     BRG has, on August 29, 2025, submitted a monthly fee statement for the month of July 2025 during the Interim Fee Period, in accordance with the Complex Case Order and Bankruptcy Rule 2016, requesting 100% of the fees and 100% of the expenses incurred (the "July 2025 Fee Statement"). The July 2025 Fee Statement is attached hereto as **Exhibit D** and is incorporated herein by reference.

31.     The time records for the First through Thirteenth Interim Fee Periods (June 17, 2020 through June 30, 2025), are contained in the corresponding interim fee applications, and are attached hereto as **Exhibit H**.

32.     BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. A summary schedule of the expenses billed by category during the Interim Fee Period are attached as **Exhibit E1.** A schedule of detailed expenses for the Interim Fee Period is attached as **Exhibit F1**. A summary schedule of the expenses billed by category during the Final Fee Period is attached as **Exhibit E2**. No expenses were incurred during the Post-Effective Date Fee Period. The expense detail records for the First through Thirteenth Interim Fee Periods (June 17, 2020 through June 30, 2025) are contained in the corresponding interim fee applications filed with the Court and incorporated herein by reference.

## **SUMMARY OF SERVICES RENDERED**

33.     BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. BRG has a wealth of experience in providing financial consulting in distressed scenarios and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

34.     BRG has provided financial advisory services to the Committee in this Case as requested and as necessary in furtherance of the interests of unsecured creditors of the Debtor's estate. BRG respectfully submits that the professional services rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of this Case.

35.     BRG submits that the fees applied herein for professional services rendered in

performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, and the nature of the Debtors' operational and financial condition, and the results obtained.

36.     As noted in BRG's Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." Billing rates that have been charged in this Case can be found in **Exhibit A2**: Summary of Fees by Professional.

37.     The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. The staff utilized was selected to optimize efficiencies and avoid redundant efforts.

38.     BRG believes that there has been no duplication of services between BRG and any other advisors to the Committee.

39.     BRG's hourly rates for professionals of comparable experience are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

40.     No agreement or understanding exists between BRG and any other person for sharing of compensation received or to be received for services rendered in connection with the Chapter 11 cases, except for internal agreements among employees regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Code Section 504 and Bankruptcy Rule 2016.

41.     The services rendered by BRG during the Final Fee Period can be grouped into the categories set forth below. BRG placed the services provided in the category that best relates to such services. Certain services may relate to one or more categories but have only been included once to prevent any duplication. The services performed, grouped by categories, are generally described below:[8]

### 100.00 – Case Background

42.     BRG spoke with UCC Counsel in order to obtain an initial understanding of the Debtor, case issues and the initial analyses / investigations to be performed.

43.     BRG expended 0.7 hours on this category for fees in the amount of $360.50.

### 200.00 – Document / Data Analysis (General)

44.     BRG communicated with the Debtor's Financial Advisor and UCC Counsel regarding ratio calculations in the annual and semi-annual financial information statements filed in connection with the Debtor's municipal bonds, reviewed and forwarded information relating to potential updates to the listing of Apostolates, and the proposed settlement between Debtor and the Bond Trustee.

45.     BRG expended 2.0 hours on this category for fees in the amount of $1,165.00.

### 200.10 – Document / Data Analysis (Data Room)

46.     BRG spent time evaluating the various categories and types of records produced by the Debtor, and maintained on the data management system, and compared the documents produced to documents requested by the UCC in order to identify requested documents that remain

---

[8] BRG is keenly aware of the need to minimize expenses in order to reduce costs to the Debtor's estate and thus maximize the ultimate contribution to creditors. As a result, BRG limits participants in meetings and phone conferences; however, in some instances multiple BRG professionals attend certain meetings or phone conferences based on areas of case responsibility, case matter background, and expertise. Due to the complex nature of this Case, this approach allows for increased efficiency in the evaluation and reporting of findings and in the coordination of ongoing analyses and investigations.

outstanding.

47.     BRG expended 7.1 hours on this category for fees in the amount of $3,324.50.

**200.20 – Document / Data Analysis (Financial Accounting)**

48.     BRG reviewed, organized, and indexed records produced by the Debtor. The records reviewed, organized and indexed included, but are not limited to, bank account statements, investment account statements, bank reconciliations, formation documents, promissory notes and alonges relating to the deposit and loan fund, unitization reports, quinquennial reports, investment management agreements, QuickBooks accounting data, select endowment fund records, pension plan actuarial reports and other financial records. BRG's analysis of this financial information assisted in the evaluation of historical and current financial trends and business relationships that exist between the Debtor and the Apostolates.

49.     Further, a significant volume of banking and investment account records, as well as other financial records, were produced by the Debtor during the Final Fee Period. BRG was required to expend significant time and effort examining and compiling these documents so that transaction data and information contained therein could be extracted, analyzed, and investigated in the most efficient manner.  BRG was also compared and verified the data to ensure accuracy.

50.     The records reviewed, organized, and indexed also included, but are not limited to, promissory notes and loans relating to the deposit and loan fund, investment management agreements, QuickBooks accounting data, and audited financial statements of affiliated entities.

51.     BRG expended 422.6 hours on this category for fees in the amount of $118,784.50.

**200.30 – Document / Data Analysis (Financial / Accounting) – Accounting System**

52.     BRG analyzed significant volumes of data from Debtor's Financial Edge accounting system. QuickBooks data from the eleven Archdiocesan units was also evaluated. BRG

also worked with the Debtor's Financial Advisor and external consultants in developing and executing data extractions from the Debtor's Financial Edge and QuickBooks accounting systems for further analysis. Specific areas of focus for BRG's efforts during the Final Fee Period included, but were not limited to, accounting system issues relating to motion to compel, accounting system extracts for the Debtor and schools/affiliates, transfer of financial data from the Debtor's accounting system, research of transaction activity found in QuickBooks files of the Archdiocesan units, annual financial statements generated from Financial Edge, accounts payable data, general ledger data, operating bank account data, and accounts receivable data.  BRG assessed the completeness and accuracy of data by comparing trial balances generated from the Financial Edge accounting data produced by the Debtor to trial balances produced by the Debtor and audit trial balances contained in auditor work papers that tie to the Debtor's audited financial statements. BRG worked with the Debtor's Financial Advisor and external consultants in developing and executing data extractions from the Debtor's accounting systems for analysis.

53.     BRG expended 165.5 hours on this category for fees in the amount of $80,840.50.

### 200.40 – Document / Data Analysis (Corporate)

54.     During the Final Fee Period, BRG analyzed the meeting minutes primarily for the Finance Council and the investment sub-committee for the period of 2010 through 2020. Additionally, BRG communicated with Committee professionals regarding information found therein. Evaluating Finance Council and investment sub-committee meeting minutes is important in the context of assessing, among other things, assets (including alleged restrictions), claims, operations, organizational structure, and the relationship, dealings and transaction activity between the Debtor and Non-Debtor Affiliates.

55.     BRG expended 48.4 hours on this category for fees in the amount of $27,890.50.

**200.50 – Document / Data Analysis (Related Non-Debtors)**

56.     During the Final Fee Period, BRG reviewed financial information and other documents produced related to non-Debtor affiliates. Specific tasks included researching and reviewing Form 990s in GuideStar, identifying the list of Apostolates and other audit reports for review, creating schedules of financial statement and accounting documents produced, and communicating and participating in meetings with UCC Counsel and Debtor professionals in relation to such matter. BRG evaluated schedules in the Debtor's bankruptcy schedules and statement of financial affairs to identify potential updates to the  listing of Apostolates initially provided by the Debtor. Evaluating financial and other information relating to the non-debtor affiliates is important in the context of assessing, among other things, what might constitute a substantial contribution, and assessing the relationship, dealings and transaction activity between the Debtor and non-debtor affiliates.

57.     BRG expended 43.0 hours on this category for fees in the amount of $14,063.00.

**200.60 – Document / Data Analysis (PPP Loans)**

58.     At the request of the Committee, BRG conducted an analysis to identify PPP Loans obtained by the Debtor and its Apostolates in that such loans represent an increase in the financial resources obtained by the Debtor and its Apostolates.

59.     BRG expended 20.1 hours on this category for fees in the amount of $9,559.00.

**200.90 – Document / Data Analysis (Production Requests)**

60.     BRG spent substantial time preparing and updating formal document requests, monitoring documents provided and updating document request listings of Debtor and non-debtor entities to develop and review indices of records produced and determine outstanding production requests. The document requests and subpoenas related to various types of documents including,

but not limited to, bank and investment account information, financial statements, detailed accounting data and schedules, real and personal property documents, minutes, deposit and loan fund data. Such documents and information related to the Administrative Offices as well as parishes, schools, and other affiliates. Additional time was spent preparing for and participating in meetings with UCC Counsel, as well as Debtor representative, Debtor counsel, Apostolate Counsel, and Debtor Financial Advisors to address issues with and coordinate production of data from various sources.

61.     BRG expended 475.6 hours on this category for fees in the amount of $215,568.00.

### 210.00 – Bankruptcy Proceedings (Filings / Motions – General)

62.     BRG reviewed memoranda outlining the Debtor's reporting requirements as well as evaluated issues related to a trustee appointment motion filed by certain survivors' counsel during the Final Fee Period.

63.     BRG expended 0.4 hours on this category for fees in the amount of $243.00.

### 211.03 – Bankruptcy Proceedings (Filings / Motions – Motion to Dismiss)

64.     In connection with the services it provided as Financial Advisor to the UCC, BRG was engaged to provide expert analysis and testimony in the context of the Motion to Dismiss filed by the UCC.  BRG, among other things, (1) evaluated the Motion to Dismiss and related exhibits, (2) analyzed the Carr, Riggs & Ingram report on the Debtor's financial condition (the "CRI Report"), (3) analyzed credit ratings on the Debtor's municipal bonds and evaluated credit rating methodologies associated with non-profit organizations, (4) analyzed annual and semi-annual financial information statements filed in connection with the Debtor's municipal bonds, (5) prepared and evaluated comparative statements of financial condition and statements of activities for the Administrative Offices, nine schools and two churches, (6) analyzed the Debtor's audited

financial statements and related footnotes, (7) analyzed the Debtor's May Chapter 11 Financial Report, (8) analyzed Finance Council meeting minutes, (8) evaluated industry research and conducted benchmarking analyses, (9) analyzed the Debtor's solvency and degree of financial distress, (10) prepared and issued a rebuttal report and related schedules and appendices, (11) prepared for and provided expert deposition testimony regarding the Debtor's financial condition, (12) assisted UCC Counsel in preparing briefs that were filed, and illustrative exhibits that were used, in connection with the hearing on the Motion to Dismiss.

65.     BRG expended 200.7 hours on this category for fees in the amount of $86,516.50.

### 211.06 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral)

66.     BRG evaluated issues associated with the U.S. Trustee's investigation and coordinated the preparation of declarations for BRG employees related to the investigation. During the Final Fee Period, BRG also reviewed a sanction order related to protective order violations.

67.     BRG expended 6.2 hours on this category for fees in the amount of $3,429.50.

### 220.00 – Debtor Operations / Monitoring
### (Monthly Operating Reports / Periodic Reporting)

68.     BRG developed and updated schedules to evaluate information set forth in monthly operating reports and periodic reporting for the periods May 2020 through May 2025. Such information includes cash receipts and disbursements detail, AR and AP aging schedules, statements of financial condition and statements of activities. Such analysis is necessary to monitor trends in the Debtor's financial condition and operating performance, as well as transaction activity. BRG periodically met with Debtor's counsel and financial advisors, Commercial Committee counsel and financial advisors, UCC Counsel and other BRG team members to discuss and evaluate MOR issues (including financial / operational questions related to the activity

reported in the Debtor's MORs and supplemental MOR document requests / productions). BRG incorporated information obtained from these ongoing analyses of the Debtor (including the Debtor's financial operations, assets, cash and investment balances and activity [including Portfolio A and B accounts], flow of funds, receipt and disbursement activity, etc.) to more effectively evaluate the Debtor's ongoing financial performance.

69.     BRG expended 495.2 hours on this category for fees in the amount of $158,731.00.

### 221.00 – Debtor Operations / Monitoring (Cash Management Reports)

70.     BRG received schedules and documents from the Debtor that supplemented financial information contained in the Debtor's monthly operating reports. From this information, BRG developed and updated, among other things, a comprehensive receipts and disbursements database related to the Debtor (including the Administrative Office and each of its related Units). Such information was useful in evaluating the financial performance and transaction activity of the Debtor.

71.     BRG expended 69.4 hours on this category for fees in the amount of $15,128.00.

### 222.00 – Debtor Operations / Monitoring (Other Reports)

72.     BRG performed a review of Parish Service Agreements.

73.     BRG expended 0.3 hours on this category for fees in the amount of $154.50.

### 300.00 – Asset Analysis (General - Debtors)

74.     BRG analyzed bank and investment accounts, as well as financial information, maintained by the Debtor and coordinated tasks for the purpose of asset analysis and asset identification. Specifically, BRG analyzed the Debtor's bankruptcy schedules and statement of financial affairs, as well as information relating to the Deposit and Loan Fund in an effort in order to identify Debtor assets and gain a better understanding of the Debtor's representations regarding same.

75.     BRG analyzed key indicators per Moody's credit opinion to audited financial statements for the period 2015 – 2019 and updating the art and religious artifacts index. BRG also analyzed allegedly restricted assets, coordinating ongoing analyses and investigations for ANO, ANO units and affiliates, which included a comparative financial analysis for ANO and key ANO Units and Affiliates. BRG prepared presentations for the Committee to provide updates regarding the status of BRG's investigations, and the analysis of ANO, ANO Unit and ANO Affiliates assets. BRG periodically met with and provided updates to the Committee members and Committee professionals regarding its ongoing assets analyses.

76.     BRG analyzed accounting activity and cash transaction activity relating to FEMA litigation relating to Villa St. Maurice was also evaluated. BRG continued to update the ability to pay/contribution analysis and evaluated issues related to the settlement contribution.

77.     During the Final Fee Period, BRG developed and updated its assessment of the Debtor's ability to pay creditors as part of this bankruptcy case. BRG refined its ability to pay / contribution analyses. As part of these services, BRG revised its analyses, evaluations, and financial modeling related to its credit estimate calculations. In addition, BRG evaluated the Debtor's bond covenant calculations, recalculated these bond covenants, and examined related documents. In order to coordinate its services, BRG periodically discussed these analyses internally with BRG team members (including discussions regarding credit estimate analyses, evaluation of bonds and bond covenant analyses, and the post-petition settlement between the Debtor and Bond Trustee).

78.     BRG also evaluated trends in historical data reported in Catholic Directories and Quinquennial Reports, and historical trends in bond ratings. Further, BRG updated presentation materials relating to its ability to pay assessment.

79.     BRG refined and updated its ability to pay analysis and related credit estimate analysis, including integrating recently obtained information. BRG prepared historical, normalized comparative income statements in order to better assess the earnings and cash flow of the Debtor (including the Archdiocese and the Archdiocese units), including the review of such comparative income statements in order to assess the completeness and accuracy of the financial analysis developed by BRG. BRG also analyzed the Debtor's projected cash flows and liquidation analyses. BRG evaluated issues related to pensions and the Debtor's captive insurance company.

80.     During the Final Fee Period, BRG Developed sensitivity analyses based on the most recently developed credit estimate. BRG also examined historical trends of Administrative Offices and ANO Unit financial information. In addition, BRG prepared updates on the Parish loan reserve analysis. BRG evaluated insurance premiums and coverages based on recently obtained insurance information. In preparation for a presentation to the Mediator, BRG updated its presentation of financial resources available to pay creditors. BRG also evaluated insurance expense detail and the Debtor's May 10, 2024 document production.

81.     During the Final Fee Period, BRG further updated its credit estimate analysis with MOR supplemental data through June 2024, and then again through December 2024, and updated its analysis with a new credit estimate model. BRG also performed quality review of the inputs into the credit estimate model. BRG evaluated historical and projected cash flow relating to the Administrative Offices, as well as Archdiocesan Schools and Debtor-Owned Parishes. BRG evaluated functional expenses included in MOR supplemental data, including information relating to insurance premiums and coverage, and considered the impact of updates to the analysis of Portfolio A and Portfolio B cash and investments on the Ability to Pay analysis. BRG's investigation and analysis of assets and available financial resources is essential in order to

evaluate assets available to creditors.

82.    BRG expended 842.6 hours on this category for fees in the amount of $431,511.50.

### 301.00 – Asset Analysis (General – Debtors Restricted / Identified Assets)

83.    BRG evaluated alleged restricted asset documents and updated the alleged restricted asset analysis, including time spent meeting internally to discuss alleged restricted asset documents. BRG analyzed assets identified by the Debtor and Non-Debtor Affiliates as being restricted or otherwise unavailable to creditors. As part of this analysis, BRG examined documents and records produced by the Debtor, including wills, declarations, agreements and related correspondence. BRG's analysis included the evaluation of alleged restricted assets in the following funds: abchs, rumm, bahan, boggs, feder, greve, grevem, kingsm, mcesf, olgc, shaw, hanna, acade, almar, aums, shfb, smssbr, ssa, pdf, ppf, sef, ponton, reyapp, sage, stlkf, stmss, ville, ssaas, ssae, ssaef, sssces. BRG's analysis of restricted assets included internal meetings and a meeting with UCC Counsel to evaluate issues and review and coordinate analyses.

84.    BRG expended 84.8 hours on this category for fees in the amount of $49,405.50.

### 302.00 – Asset Analysis (General – Related Non-Debtors)

85.    BRG's ability to pay and funding analysis included evaluating the financial resources of Non-Debtor Affiliates. This included the inclusion of financial information for such entities in BRG's credit estimate analysis. Accordingly, among other things, BRG analyzed the related non-Debtor entities' financial reports  and real property information, outlined and updated the affiliates financial analysis, and updated assets and liabilities summary for affiliates. Additional time was spent communicating with UCC Counsel and preparing for UCC status presentations regarding the same with UCC Counsel and Committee Members. BRG also analyzed various sources including the ANO Quinquennial Reports and the ANO website to verify affiliates, confirm legal entity names, and identify suppressed, merged, open, and closed Parishes and units

34

within Parishes.

86.    BRG analyzed general ledger data for Non-Debtor affiliates (e.g., Parishes, Schools, Cemeteries and other Apostolate entities), as well as examined balance sheets, income statements, and other financial data for parishes, schools, and other Non-Debtor Affiliates for the development of trend analyses. BRG also evaluated cash transaction activity relating to Portfolio A and B.  As part of BRG's assessment of the Diocese's ability to pay discussed above, BRG performed similar analyses regarding the ability of the Parishes and other Non-Debtor Affiliates to pay creditors, all of whom are seeking releases in connection with the bankruptcy. BRG also analyzed the financial performance and related metrics for the Christopher Homes, Inc. ("CHI") communities for which financial data was available. BRG updated its analysis of assets held by or related to Catholic Cemeteries and Catholic Cemeteries Trust. In order to coordinate these various analyses and report preliminary findings, BRG met or corresponded with Counsel and BRG personnel as well as other case professionals.

87.    As part of its Ability to Pay Analysis, BRG updated comparative balance sheets, income statements and cash flow statements for Other Non-Debtor Affiliates based on the most recent financial statements received. The entities for which these updates were prepared include Notre Dame Seminary, Second Harvest Food Bank, Catholic Charities, New Orleans Indemnity, Cemeteries, Cemeteries Trust, School Food and Nutrition Services, and Catholic Community Foundation. BRG used the updated comparative financial information in its Affiliate Ability to Pay Analysis. BRG held internal meetings to evaluate issues and coordinate work to perform in relation to this task. BRG's ongoing analysis and investigation of Other Non-Debtor Affiliate assets is essential to identify and evaluate potential assets available to creditors.

88.    BRG expended 1,154.1 hours on this category for fees in the amount of

$434,235.50.

### 304.00 – Asset Analysis (General – Parishes)

89.     As part of its analysis during the Final Fee Period, BRG evaluated Parishes and Parish Schools in order to identify and evaluate potential assets available to creditors. Among other things, BRG prepared and updated Parish and Parish School Ability to Pay analyses to include updated financial information and new financial metrics. BRG periodically held internal meetings to review status and coordinate tasks relating to its Parish and Parish School Ability to Pay analyses. As part of its analysis, BRG reconciled Parish School balance sheet data for fiscal year 2023 and 2024 and investment balances of grammar schools. Further, BRG analyzed actual and budgeted Parish cash flows. BRG's ongoing analysis of Parish and Parish School assets will continue to benefit its investigation and analysis of potential assets available to creditors.

90.     BRG expended 74.0 hours on this category for fees in the amount of $28,171.00.

### 310.00 – Asset Analysis (Cash / Bank Accounts - Debtors)

91.     During the Final Fee Period, BRG developed detailed analyses of the Debtor's transaction activity and reported to UCC Counsel and the Committee thereon. Specific analyses undertaken included, but were not limited to, analyzing the flow of funds between various bank and investment accounts. Further work performed by BRG included developing a comparison of bank statements with reconciliation reports as well as availability of data contained within audit work papers. BRG also developed reporting for UCC Counsel and the Committee regarding BRG's findings, and the status of and issues with the bank account analysis workstream.

92.     BRG expended 197.8 hours on this category for fees in the amount of $89,749.50.

### 312.00 – Asset Analysis (Cash / Bank Accounts – Related Non-Debtors)

93.     BRG participated in a meeting with case professionals, UCC Counsel, and UCC Committee advisor regarding cash tracing for affiliated entities. BRG's ongoing examination of

cash and investments benefited its analysis and investigation, including its identification and analysis of potential assets available to the Debtor's creditors.

94.     BRG expended 1.1 hours on this category for fees in the amount of $726.00.

### 320.00 – Asset Analysis (Investments / Funds – Debtors)

95.     BRG spent time during the Final Fee Period analyzing the Debtor's Portfolio A and Portfolio B investment balances and accounting activity (including information reported in the Debtor's bankruptcy filings). BRG also researched and conducted a review of ANO's continuing disclosure prepetition bond filings with EMMA (Electronic Municipal Market Access website). BRG also analyzed historic trends in both deposits and loans in the Deposit and Loan Fund, and FIMS general ledger data produced by CCF. BRG examined available documentation and data relating to Portfolio A – including productions of FIMS data provided by the Debtor and Non-Debtor Affiliates (FIMS is the accounting software that records and tracks Portfolio A activity, including investments, withdrawals, transfers, interest and other related activities). BRG examined the underlying FIMS data exports and created electronic databases of the FIMS data by developing an automated conversion process. These databases allowed BRG to efficiently analyze thousands of historical transactions totaling hundreds of millions of dollars recorded in FIMS (including receipts, withdrawals and transfers).

96.     BRG expended 344.4 hours on this category for fees in the amount of $190,876.50.

### 321.00 – Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets)

97.     During the Final Fee Period, BRG evaluated issues relating to assets asserted by the Debtor to be restricted. BRG's analysis of restricted assets benefited its investigation and analysis of potential assets available to creditors.

98.     BRG expended 4.5 hours on this category for fees in the amount of $1,831.50.

## 330.00 – Asset Analysis (Real Property - Debtors)

99.    BRG analyzed appraisal reports and created schedules that summarize appraisal information for Debtor real estate. BRG analyzed the Debtor's real estate holdings – including real estate holdings in the context of its ongoing evaluation of the impact of real estate to the Debtor and Non-Debtor Affiliates ability to fund a Plan of Reorganization. BRG examined insurance issues raised by the Debtor and Non-Debtor Affiliates related to hurricane damage and the potential impact on overall real estate values. BRG also evaluated value information reported for appraisal, insurance, and other purposes.

100.    BRG expended 201.9 hours on this category for fees in the amount of $84,596.50.

## 332.00 – Asset Analysis (Real Property – Related Non-Debtors)

101.    During the Final Fee Period, BRG analyzed the Non-Debtor Affiliates' real estate property data, including documents and files produced by the Non-Debtor Affiliates, evaluated Non-Debtor Affiliate real estate holdings, and updated BRG's analysis of Non-Debtor Affiliate real estate.  As part of this analysis, BRG researched transaction information, ownership detail and other relevant factors.

102.    BRG expended 247.2 hours on this category for fees in the amount of $97,470.50.

## 333.00 – Asset Analysis (Real Property – Deferred Maintenance)

103.    During the Final Fee Period, BRG evaluated significant estimated deferred maintenance costs asserted by the Debtor and Non-Debtor Affiliates (including the Debtor's calculations, underlying building assessment files, and other supporting documentation and data related to these analyses) and identified issues related to the Debtor's deferred maintenance estimates. As part of its evaluation of the Debtor's estimated deferred maintenance costs, BRG examined cost estimates and calculations, reports and documentation, overall real estate holdings and operations, condition of properties, uses of properties, transfers and sales of properties and

other issues related to deferred maintenance. As part of its services, BRG traveled to New Orleans to perform in-person visual inspections of 14 locations in order to obtain additional information and insight regarding property conditions, uses and costs. The site visits assisted BRG in its evaluation of the Debtor's maintenance cost estimates and calculations.

104.     BRG reviewed documents, photographs and other information provided by the Debtor and obtained by BRG in order to refine its evaluation of the Debtor's deferred maintenance analysis. During the Final Fee Period, BRG updated its evaluation of estimated deferred maintenance costs asserted by the Debtor and Non-Debtor Affiliates. In particular, BRG continued its evaluation of analysis performed by Dupont-LeCorgne, including related issues such as estimated maintenance costs and calculations, property values and status and use of the various properties. BRG continued its review of available documents, photographs and other information provided by the Debtor to refine its evaluation of the Debtor's deferred maintenance analysis. BRG continued its examination of available meeting minutes from committees and councils to obtain historical insights regarding deferred maintenance. In order to coordinate its services, BRG met with Counsel and BRG professionals to discuss its ongoing analysis.

105.     BRG expended 614.6 hours on this category for fees in the amount of $222,536.00.

### 334.0 – Asset Analysis (Real Property – Parishes)

106.     During the Final Fee Period, BRG examined real property held by various Parishes. BRG's examination of Parish real property assets has benefited its analyses and investigations, including its identification and analysis of potential assets available to creditors.

107.     BRG expended 2.2 hours on this category for fees in the amount of $759.00.

### 340.00 – Asset Analysis (Personal Property – Debtors)

108.     BRG developed and updated indices regarding coverage limits of collectibles, analyzed and revised personal property asset analysis and related documentation, and discussed

ongoing status and findings to case professionals and UCC Counsel. These analyses were important in BRG's identification of potential assets available to the Debtor's creditors.

109.    BRG expended 11.3 hours on this category for fees in the amount of $4,681.00.

### 350.00 – Asset Analysis (Insurance - Debtors)

110.    BRG evaluated ANO's captive insurance and self-insurance programs. Further time was spent preparing initial findings regarding assets retained within or passing through the self-insurance component of the Administrative Offices and the ANO captive insurance company. BRG's examination of captive insurance issues benefited its analysis and investigation of potential assets available to the Debtor's creditors.

111.    BRG expended 7.3 hours on this category for fees in the amount of $5,575.00.

### 390.00 – Asset Analysis (Other - Debtors)

112.    BRG continued its examination of FCC databases to evaluate whether the Debtor or its affiliates owned any FCC-related licenses (including valuable EBS Spectrum licenses present in other Diocesan bankruptcy cases).

113.    BRG expended 17.4 hours on this category for fees in the amount of $10,710.50.

### 392.00 – Asset Analysis (Other – Related Non-Debtors)

114.    During the Final Fee Period, the Committee was informed by Debtor counsel and Apostolate counsel that CommCare Corporation ("CommCare") had signed a letter of intent to acquire NDHS and SAG. Upon learning of the proposed sale, BRG worked with Committee Counsel to identify documents, data and information to be requested from the Debtor, NDHS and SAG. As part of this process, BRG analyzed financial data including audited and internal financial statements, appraisals / valuations of certain (but not all) properties to be sold, millions of dollars of real estate transfers from the Debtor to or for the benefit of NDHS and SAG, loan documents summarizing funding provided by the Debtor to SAG, operations data for NDHS and SAG

(including census / occupancy, labor, etc.), and other documents related to NDHS and SAG operations.

115.    As part of its evaluation, BRG analyzed the executed settlement statement and related closing documents to monitor the timing (and amount) of critical issues such as guarantee releases and payments from NDHS / SAG and other parties. BRG also met with BRG team members regarding issues related to the sale of NDHS / SAG.

116.    BRG expended 260.9 hours on this category for fees in the amount of $133,130.00.

### 410.00 – Litigation Analysis (Avoidance Actions)

117.    Pursuant to requests from Counsel, BRG researched and evaluated issues for consideration in connection with potential avoidance actions in the context of updating tolling agreements with affiliated entities. BRG analyzed cash disbursement detail, including significant time spent reviewing available wire and ACH detail to identify payee names, over a ten-year period of time relating to avoidance action analysis.

118.    During the Final Fee Period, BRG spent time updating cash receipts and disbursement information, including reviewing wire transfer advices and other banking transaction documents to identify payee details. The bank and investment account transaction activity information was used to analyze and categorize avoidance action transactions for analyses spanning 90 days, one year, and four years.

119.    BRG expended 205.4 hours on this category for fees in the amount of $92,085.50.

### 420.00 – Litigation Analysis (Expert Report Evaluation)

120.    In connection with the Motion to Dismiss, BRG analyzed the CRI Report, and conducted an internal review of the BRG rebuttal report.

121.    BRG expended 6.3 hours on this category for fees in the amount of $3,784.50.

### 430.00 – Litigation Analysis (Preparation of Pleadings / Exhibits)

122.    During the Final Fee Period, BRG reviewed and provided suggested edits to the Declaratory Relief Complaint. In that context, BRG accumulated and evaluated supporting documentation and met with UCC Counsel to discuss edits, amendments, and other related issues.

123.    BRG expended 13.3 hours on this category for fees in the amount of $7,407.50.

### 600.00 – Claims / Liability Analysis (General)

124.    At the request of the UCC, BRG analyzed and compiled claims data and prepared a claims database based on information and claims data provided by the claims agent, Donlin Recano. BRG categorized each claim as a filed or scheduled claim, as well as determined the nature and class of each claim. BRG analyzed and categorized the claims for approximately 3,500 scheduled claims and 865 filed claims.

125.    BRG expended 134.1 hours on this category for fees in the amount of $58,359.50.

### 610.00 – Claims / Liability Analysis (Survivor Claims)

126.    During the Final Fee Period, BRG analyzed sexual abuse claims data, including non-debtor affiliates in connection with the abuse claim. BRG categorized each claim by category of abuse and Parish / Non-Debtor Affiliate, and updated summary schedules of claims based on the categorization of each claim. Additionally, BRG participated in internal meetings related to various aspects of the sexual abuse claims analysis.

127.    BRG expended 17.0 hours on this category for fees in the amount of $5,283.00.

### 620.00 – Claims / Liability Analysis (Commercial Debt)

128.    In response to a motion filed by the Bond Trustee to reconstitute the UCC and/or for the appointment of a second unsecured creditor committee, BRG was tasked with analyzing and conducting research from public sources and reviewing the trading activity of the Debtor's municipal bonds. This included reviewing the bond agreement and related post-petition

modifications. BRG also evaluated bond covenant calculations over time and historical bond rating reports.

129.     BRG evaluated issues related to the Debtor's bonds. As part of its services, BRG reviewed the bond agreement and related post-petition modifications. BRG also evaluated bond covenant calculations over time and historical bond rating reports. BRG met internally in order to discuss issues related to the Debtor's bonds.

130.     BRG expended 42.7 hours on this category for fees in the amount of $24,948.00.

### 630.00 – Claims / Liability Analysis (Pension)

131.     BRG evaluated production related to the Priest Pension Plan and Retiree Medical Benefits and creating a schedule of documents for Counsel's review. Further time was spent meeting with Counsel and Rock Creek Advisors and investigating post-petition payments to credibly accused priests. During the Final Fee Period, BRG met with an actuarial expert to review updates of its pension and other post-employment benefits analysis.

132.     BRG evaluated issues related to its ongoing analysis of pension liabilities and other post-employment benefits. BRG met with the Committee's pension financial advisors and other BRG team members to discuss the pension issues in advance of the mediation.

133.     BRG expended 16.9 hours on this category for fees in the amount of $8,705.00.

### 800.00 – Plan & Disclosure Statement Analysis

134.     During the Final Fee Period, BRG assisted with the development of the Committee's Plan of Reorganization. Among other things, BRG considered historical and projected cash flow of the Debtor, insurance costs and coverage, alleged deferred maintenance, and potential funding by the Debtor and its Affiliates. BRG also evaluated effective date payments, analyzed financial records to update cash and investment balances as of June 30, 2024, and replicated the cash flow model, liquidation analysis, and schedule of real estate contained in the

Debtor's Disclosure Statement. BRG also evaluated investment returns on cash and investments. In addition, BRG evaluated potential proceeds to be realized from the sale of real property, payout scenarios, funding of the Survivors Trust, and the Debtor's liquidation analysis.

135.    BRG expended 191.2 hours on this category for fees in the amount of $107,431.00.

### 900.00 – Report / Presentation Preparation

136.    BRG spent time preparing, reviewing, and revising presentation materials on matters including, but not limited to, asset analyses / investigations, industry research, and case status findings for presentation to the Committee, as well as communicating with UCC Counsel thereon.

137.    BRG expended 28.0 hours on this category for fees in the amount of $15,757.50.

### 1000.00 – Case Administration

138.    At the request of the Bond Trustee and the Committee, BRG developed an estimated budget for fees to perform services in connection with the Motion to Dismiss. Once the budget was submitted, a request was made for further detail and refinements associated with the budget. Further, BRG developed a comparison of the budget estimate and compared it to actual fees incurred. Additional miscellaneous tasks were performed regarding case administration.

139.    BRG reviewed communication from Counsel regarding the breach of the protective order.  During the Final Fee Period, BRG also responded to inquiries from the US Trustee's office regarding the need for its professionals to review and sign a protective order acknowledgement.

140.    BRG expended 13.2 hours on this category for fees in the amount of $7,193.00.

### 1010.00 – Employment Application

141.    BRG coordinated issues related to the engagement, including the preparation and review of the retention application, and related declaration.

142.    BRG expended 2.6 hours on this category for fees in the amount of $1,279.50.

44

## 1020.00 – Meeting preparation & Attendance

143.     During the Final Fee Period, BRG participated in various meetings and conference calls with Debtor's Counsel, the Debtor's Financial Advisor, and UCC Counsel and/or other BRG personnel regarding pension analysis, claims, real estate, ability to pay and substantial contribution assessment, avoidance actions, and other case issues. BRG also met with the Commercial Committee financial advisors to discuss and coordinate various case issues, including MORs, the NDHS / SAG sale, sharing of data between Committees, and coordination of efforts to ensure efficiency.

144.     During the Final Fee Period, BRG personnel participated in meeting regarding the analyses of Portfolio A, Portfolio B, and real estate. BRG met with the Commercial Committee financial advisors to discuss and coordinate various case issues, including MORs, the NDHS / SAG sale, sharing of data between Committees, and coordination of efforts to ensure efficiency.

145.     During the Final Fee Period, BRG periodically met with various parties – including UCC Counsel, Debtor financial advisors, and Commercial Committee financial advisors – to discuss and coordinate ongoing case issues (including document productions, financial operations, general assets, real estate, investments, and ability to pay) and to coordinate services amongst the various professionals to ensure efficiency.

146.     BRG expended 126.6 hours on this category for fees in the amount of $71,309.00.

## 1030.00 – Mediation Preparation & Attendance

147.     During the Final Fee Period BRG met with the Committee Members, the Mediator, State Court Counsel, and Counsel to evaluate various case issues and financial analyses in connection with mediation. BRG prepared financial presentations based on its ability to pay analysis and other analyses.  BRG prepared for and attended mediation sessions, wherein BRG provided status updates to the Committee, as well as taking part in a mediation presentation from

45

the Debtor regarding sustainability.

148.    BRG also attended in person mediation sessions in New Orleans. As part of its services, BRG evaluated issues raised by the Debtor, such as alleged restricted assets, estimated future reserves (including for deferred maintenance), insurance expenses and projected cash flows for the Debtor and Non-Debtor Affiliates. During the Final Fee Period BRG met with the Committee Members, the Mediator, State Court Counsel, and Counsel to evaluate various case issues and financial analyses in connection with the mediation. BRG updated its financial presentation based on the most recent ability to pay analysis, and other analyses, developed in preparation for financial presentations at various in-person mediation sessions.

149.    BRG expended 584.4 hours on this category for fees in the amount of $346,126.00.

### 1040.00 – Hearing / Trial Preparation & Attendance

150.    BRG assisted UCC Counsel in evaluating issues set forth in a declaration issued by the Debtor's Financial Advisor relating to the Debtor's loan loss reserves assessment, including evaluating generally accepted accounting standards for loan loss reserves.

151.    BRG prepared a declaration and exhibit regarding payments to credibly accused priests.  BRG also assisted UCC Counsel in evaluating issues set forth in a declaration issued by the Debtor's Financial Advisor relating to the Debtor's loan loss reserves assessment, including evaluating generally accepted accounting standards for loan loss reserves.

152.    BRG expended 7.1 hours on this category for fees in the amount of $4,292.00.

### 1050.00 – Deposition Preparation & Attendance

153.    In the context of a Motion to Dismiss, BRG attended the depositions of Jeffrey Entwisle, the Debtor's CFO, and Father Patrick Carr. In addition, BRG assisted UCC Counsel in its preparation for the depositions of Mr. Entwisle, Father Carr, and Kathleen Zuniga and Steve Riggs of Carr, Riggs & Ingram. Further, Mr. Shields of BRG prepared for and provided deposition

testimony in connection with the Motion to Dismiss.

154.     BRG expended 27.5 hours on this category for fees in the amount of $16,825.00.

### 1060.00 – Fee Application Preparation & Hearing

155.     During the Final Fee Period, BRG prepared monthly fee statements as well as its First through Fourteenth Interim Fee Applications for the period covering June 17, 2020, through December 26, 2025. BRG's services included the creation of interim fee application pleadings, including narrative and exhibits in support of its fee applications. Prior to filing any fee statement or application in this matter during the Final Fee Period, BRG provided its fees and expenses to the UCC for review and comment and only files a fee application after it receives UCC approval of its fees and expenses.

156.     BRG expended 723.9 hours on this category for fees in the amount of $221,526.50.

### 1070.00 – Billable Travel

157.     During the Final Fee Period, BRG team members traveled between Salt Lake City, Utah and New Orleans, Louisiana and surrounding areas to participate in mediation sessions. BRG also conducted on-site visits of certain Debtor and Non-Debtor Affiliate real estate holdings. Travel time is billed at 50% of the time incurred.

158.     BRG expended 47.3 hours on this category for fees in the amount of $28,816.00.

### POST-EFFECTIVE DATE PERIOD

159.     During the Post-Effective Date Period, BRG spent time preparing this Application.

160.     BRG expended 22.6 hours on this category for fees in the amount of $8,885.00.

### ACTUAL AND NECESSARY EXPENSES

161.     Expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses might include costs that enable BRG to devote time beyond normal office hours to matters, which

47

imposed extraordinary time demands. BRG endeavors to minimize these expenses to the fullest extent possible.

162.    BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such a client. BRG endeavors to minimize these expenses to the fullest extent possible.

163.    In providing a reimbursable service such as copying or telephone, BRG does not make a profit from that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

164.    Section 330 provides that a court may award a professional employed under 11 U.S.C § 328 "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." See 11 U.S.C. Section 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

165. BRG has a reputation for its expertise and experience in financial analysis, and reorganization and restructuring matters. As noted above, the compensation is reasonably based on customary compensation charged by other practitioners in non-bankruptcy cases. Based on an application of the above factors and its compliance with the U.S. Trustee Guidelines, BRG respectfully submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and, accordingly, that approval of the compensation sought herein is warranted.

166. Section 330 of the Bankruptcy Code authorizes the Court to award BRG reasonable compensation for its actual and necessary financial advisory services rendered and reimbursement of actual and necessary expenses incurred in the rendering of those services as financial advisor to the Committee in this Case. Bankruptcy Code § 330(a)(1) provides as follows:

(a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103—

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

167.     This Application substantiates the total amount BRG seeks for fees and expenses

in accordance with this Court's standards applied to fee applications. The factors that courts in this

jurisdiction consider when making a discretionary award of reasonable attorneys' fees and

reimbursable expenses were originally described in Johnson v. Georgia Highway Express, Inc.,

488 F.2d 714, 717-19 (5th Cir. 1974) (the "Johnson Factors"). The Fifth Circuit has applied the

Johnson Factors to the determination of awards of professionals' fees and expenses in bankruptcy

cases. In re First Colonial Corp. of Am., 544 F.2d 1291 (5th Cir. 1977), cert. denied 431 U.S. 904

(1977). Many of these Johnson Factors have now been codified at Bankruptcy Code § 330(a)(3).

11 U.S.C. § 330(a)(3).

168.     The Johnson Factors are summarized as follows: (1) the time and labor required;

(2) the novelty and difficulty of the questions presented; (3) the skill required to perform the

financial advisory services; (4) the preclusion of other employment by the professionals due to

acceptance of the bankruptcy case; (5) the customary fee; (6) whether the fee is fixed or contingent;

(7) time limitations imposed by the client or circumstances; (8) the amounts involved and the

results obtained; (9) the experience, reputation and ability of the professionals; (10) the

"undesirability" of the case; (11) the nature and length of the professional relationship with the

client; and (12) awards in similar cases. Based upon the services described in this Application,

BRG respectfully represents that it has fully satisfied the standards prescribed by the Johnson

Factors.

### THE TIME AND LABOR REQUIRED

169.     BRG professionals and case assistants, in the performance of financial advisory

services, expended: (a) 59.2 hours during the Interim Fee Period for a total fee of **$30,162.50** and

**$4,254** for reasonable, actual and necessary expenses; (b) 8,210.8 hours during the Final Fee Period for a total in fees of **$3,527,372.50** and **$35,581.27** for reasonable, actual and necessary expenses, and (c) 22.6 hours during the Post-Effective Date Period for a total in fees of **$8,885.0** and **$0.00** for reasonable, actual and necessary expenses. Taking into account BRG's voluntary reductions, the blended hourly rate is $509.50/hour for the Interim Fee Period, $429.60/hour for the Final Fee Period, and 393.14/hour during the Post-Effective Date Period. The names of the professionals who worked on this Case during the Interim Fee Period and Final Fee Period appear in the interim fee applications and incorporated herein by reference. BRG submits that the time and labor these professionals expended in the Case are appropriate and reasonable and that this Johnson Factor supports BRG's requested award. Further, the amount of time multiplied by a reduced, and reasonable, fee suggests that the fee award is appropriate in this Circuit under the "lodestar" doctrine.

## THE NOVELTY AND DIFFICULTY OF THE QUESTIONS PRESENTED

170.    This Case presents many novel and difficult questions. Addressing these questions has necessitated considerable financial advisory expertise. In light of these considerations, this Johnson Factor strongly favors awarding BRG the fees and expenses it has requested.[9]

## THE SKILL REQUIRED TO PERFORM THE SERVICES

171.    Representing the Committee in this Case required considerable skill and expertise in bankruptcy issues. As delineated above, BRG has considerable experience in complex bankruptcy matters. Further, BRG has been engaged as financial advisor in numerous creditors' committees in cases with abuse claims and has extensive experience in cases involving dioceses

---

[9] The factors enunciated in *Johnson* have been adopted by four other courts of appeals. *See Boston & Marine Corp v. Sheehan, Phinney, Bass & Green,* 778 F.2d 890, 896 (1st Cir. 1985); *Harman v. Levnin,* 772 F.2d 1151, 1152-53 (4th Cir. 1985); *Mann v. McCombs,* 751 F.2d 286, 287-88 (8th Cir. 1984); *Yermakov v. Fitzsimmons,* 718 F2.d 1465, 1471 (9th Cir. 1983).

and archdioceses of the Catholic Church and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. BRG submits that this expertise is also relevant as a factor suggesting a fee award under Local Rule 2016-1 (A)(13). BRG employed professionals of varying levels of skill and expertise to efficiently resolve the issues in this Case. BRG strove to limit the number of professionals who worked on this Case and to use the most appropriate professional for any given task. For this reason, the compensation BRG is requesting for the services rendered by its professionals compares favorably to the compensation awarded in other bankruptcy cases of a similar size and complexity. This factor therefore supports the award BRG has requested.

## THE CUSTOMARY FEE

172.    BRG computed the amount of compensation it seeks in this Application according to its customary rates, which were disclosed in the Retention Application. BRG also maintained detailed time and disbursement records for all financial advisory services for which it seeks compensation. The rates charged for BRG's financial advisory services in this Case are comparable to other similarly-situated firms. Thus, the blended hourly rate on this matter during the Interim Fee Period of $509.50/hour, the Final Fee Period of $429.60/hour, and the Post-Effective Date Period of $393.14/hour are reasonable and reflect market rates for financial advisory services in Chapter 11 bankruptcy cases of this size and complexity. Similarly, the amounts sought for the reimbursement of expenses reflect the prevailing rates for such expenses.

## WHETHER THE FEE IS FIXED OR CONTINGENT

173.    BRG's fees for services rendered in this Case are based on its hourly rates, subject in all respects to this Court's approval. BRG has not requested any contingent fee in this Case.

### TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

174.    BRG has had to respond to tight time constraints arising in this Case. Matters often arose throughout the interim fee periods that required BRG's immediate attention. Again, the exigent nature of these matters demanded that BRG's professionals respond on short notice to complicated and developing events as they unfolded. This imposed time demands on BRG's personnel and required them to devote considerable resources to these matters. Taken together, these considerations suggest that this Johnson Factor supports the fee award requested.

### THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

175.    The Monthly Fee Statements summarize the individual tasks that BRG personnel performed during interim fee periods as well as the amounts charged for those tasks. The total fees BRG seeks to approve in this Application are $30,162.50 and $4,254.26 in expenses. As stated in the **Conclusion** section of this Application, BRG is requesting that the Debtor reduce its payment by $109.00 as explained in footnote 3. Accordingly, payment for fees in this Application should be reduced to $30,053.50 ($30,162.50 - $109.00 = $30,053.50). This figure is commensurate with the achievements in this Case, including BRG's contribution to attaining such achievements. This Johnson Factor strongly supports the fee award requested.

### THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONALS

176.    BRG's professionals have significant experience in bankruptcy, financial advisory and investigative matters, and have an excellent reputation in the bankruptcy and financial advisory communities. In particular, BRG's professionals have appeared in bankruptcy cases throughout the United States and have provided services to secured creditors, unsecured creditors, creditors' committees, and debtors-in-possession. The quality of BRG's services is consistently high. In addition, BRG's professionals also speak and write on various financial, valuation,

accounting, and investigative topics throughout the country. As mentioned, BRG professionals assigned to this Case have expertise in creditors' committee cases with abuse claims and have extensive experience in cases involving dioceses and archdioceses of the Catholic Church and thus has a unique understanding of the structure and history of that institution and its sub-entities, and of the nature of its assets. The substantial experience, reputation, and ability of BRG's professionals working on this Case favor granting BRG the fee award it seeks.

### THE "UNDESIRABILITY" OF THE BANKRUPTCY CASE

177.    From BRG's perspective, serving as financial advisor to the Committee in this Case was not undesirable. However, bankruptcy cases involved abuse claims and religious entities can involve intensive and hard-fought disputes, for example, regarding the claims process and the investigation and analysis of assets available to fund a Plan of Reorganization. These concerns mean that any professional services firm being employed could face potential fee risk and other uncertainties. This factor therefore favors granting BRG the award it has requested.

### THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP WITH THE CLIENT

178.    BRG has no prior professional relationship with the Committee, which was only formed after this Case began. However, employees of BRG have worked in similar matters, thus making their representation of the Committee more efficient. For this reason, this Johnson Factor supports granting BRG its fee award in this Case.

### AWARDS IN SIMILAR CASES

179.    The fee award BRG seeks compares favorably to awards granted in other bankruptcy cases with a size and complexity similar to this Case, including cases in the Fifth Circuit. In light of these considerations, this last Johnson Factor also supports granting BRG its fee award. In conclusion, the Johnson Factors favor granting BRG the fee and expense award it

seeks.

## NO PRIOR REQUEST

180.    With respect to fees for the Interim Fee Period, July 1, 2025 through December 26, 2025, as of the date of the Application, BRG has received interim payments of 0% of fees for July 2025 (there were no expenses for the July 2025 Fee Statement), and no payments on fees or expenses for August 1, 2025 through December 26, 2025 given that BRG has not filed any monthly fee statements since filing the July 2025 Fee Statement. No payments and no previous application for the relief sought herein has been made to this or any other Court.

## CONCLUSION

WHEREFORE, BRG respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit G**, (a) awarding BRG on a final basis, allowance of fees for reasonable, actual and necessary services rendered and expenses incurred on behalf of the Committee during the Interim Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; (c) requesting the Debtor to reduce its payment by $109.00, as referenced in footnote 3 and 7, for a total payment of **$34,307.76**, which amounts consist of $30,162.50 in fees incurred and $4,254.26 in expenses incurred during the Interim Fee Period; (d) granting on a final basis, allowance of fees in the amount of **$3,527,372.50** for professional services rendered to and on behalf of the Committee during the Final Fee Period, which amount is inclusive of $30,162.50 in fees incurred during the Interim Fee Period and **$35,581.27** for reasonable, actual and necessary expenses incurred by BRG during the Final Fee Period, which amount is inclusive of $4,254.26 in actual and necessary costs and expenses incurred during the Interim Fee Period; (e) allowing on a final basis compensation in the amount of **$8,885.00** for fees

during the Post-Effective Date Period incurred in the preparation of BRG's Application, for a total

final award of **$3,571,838.77**; and (f) granting such other or additional relief as is just and proper.


Dated:  February 26, 2026          Respectfully submitted,
                                   *By:/s/ Paul N. Shields*
                                   *Paul N. Shields*
                                   Berkeley Research Group, LLC 201 South Main
                                   Street, Suite 450 Salt Lake City, Utah 84111
                                   Telephone: (801) 364-6233 Email:
                                   pshields@thinkbrg.com
                                   *Financial Advisor to the Official Committee of*
                                   *Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby caused a copy of the foregoing *Fourteenth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisors to the Official Committee of Unsecured Creditors for the Period June 17, 2020 through December 26, 2025* to be served on February 27, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on February 27, 2026.

*/s/ Nancy H. Brown*
Nancy H. Brown

# EXHIBIT A1

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A1: Summary of Fees By Professional
For the Period 7/1/2025 through 12/26/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $740.00 | 21.7 | $16,058.00 |
| R. Strong | Managing Director | $710.00 | 0.2 | $142.00 |
| M. Babcock | Managing Director | $660.00 | 5.3 | $3,498.00 |
| J. Shaw | Associate Director | $595.00 | 2.7 | $1,606.50 |
| J. Funk | Associate Director | $555.00 | 4.0 | $2,220.00 |
| S. Chaffos | Consultant | $365.00 | 10.1 | $3,686.50 |
| A. Kaporis | Associate | $305.00 | 1.5 | $457.50 |
| A. McConkie | Case Assistant | $195.00 | 6.6 | $1,287.00 |
| K. McDowell | Case Assistant | $170.00 | 3.4 | $578.00 |
| M. Kuhn | Case Assistant | $170.00 | 3.7 | $629.00 |
| **TOTAL** | | | **59.2** | **$30,162.50** |
| **BLENDED RATE** | | | | **$509.50** |

# EXHIBIT A2

# BRG

**ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)**

**Exhibit A2: Summary of Fees By Professional**

For the Period 6/17/20 through 12/26/25

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Metz | Managing Director | $800.00 | 1.2 | $960.00 |
| B. Nolan | Managing Director | $525.00 | 48.4 | $25,410.00 |
| D. Judd | Managing Director | $640.00 | 15.6 | $9,984.00 |
| D. Judd | Managing Director | $660.00 | 106.1 | $70,026.00 |
| D. Judd | Managing Director | $705.00 | 58.9 | $41,524.50 |
| E. Dixon | Managing Director | $695.00 | 1.2 | $834.00 |
| E. Johns | Managing Director | $750.00 | 6.2 | $4,650.00 |
| E. Madsen | Managing Director | $675.00 | 35.0 | $23,625.00 |
| G. Koutouras | Managing Director | $795.00 | 0.4 | $318.00 |
| J. Hull | Managing Director | $810.00 | 7.2 | $5,832.00 |
| J. Hull | Managing Director | $825.00 | 2.7 | $2,227.50 |
| M. Babcock | Managing Director | $660.00 | 44.9 | $29,634.00 |
| N. Librock | Managing Director | $660.00 | 12.0 | $7,920.00 |
| N. Librock | Managing Director | $725.00 | 44.5 | $32,262.50 |
| N. Librock | Managing Director | $775.00 | 0.2 | $155.00 |
| O. Kan | Managing Director | $600.00 | 36.2 | $21,720.00 |
| P. Shields | Managing Director | $590.00 | 176.4 | $104,076.00 |
| P. Shields | Managing Director | $620.00 | 167.8 | $104,036.00 |
| P. Shields | Managing Director | $635.00 | 228.9 | $145,351.50 |
| P. Shields | Managing Director | $675.00 | 370.2 | $249,885.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $705.00 | 181.1 | $127,675.50 |
| P. Shields | Managing Director | $740.00 | 92.4 | $68,376.00 |
| R. Strong | Managing Director | $565.00 | 3.3 | $1,864.50 |
| R. Strong | Managing Director | $590.00 | 55.1 | $32,509.00 |
| R. Strong | Managing Director | $610.00 | 30.2 | $18,422.00 |
| R. Strong | Managing Director | $650.00 | 18.5 | $12,025.00 |
| R. Strong | Managing Director | $680.00 | 5.5 | $3,740.00 |
| R. Strong | Managing Director | $710.00 | 0.7 | $497.00 |
| M. Babcock | Director | $540.00 | 140.8 | $76,032.00 |
| M. Babcock | Director | $560.00 | 614.2 | $343,952.00 |
| M. Babcock | Director | $600.00 | 657.4 | $394,440.00 |
| M. Babcock | Director | $625.00 | 73.5 | $45,937.50 |
| J. Funk | Associate Director | $495.00 | 126.8 | $62,766.00 |
| J. Funk | Associate Director | $540.00 | 83.4 | $45,036.00 |
| J. Funk | Associate Director | $555.00 | 37.3 | $20,701.50 |
| J. Shaw | Associate Director | $525.00 | 1.1 | $577.50 |
| J. Shaw | Associate Director | $595.00 | 7.7 | $4,581.50 |
| L. Larsen | Associate Director | $560.00 | 2.0 | $1,120.00 |
| M. Babcock | Associate Director | $515.00 | 48.4 | $24,926.00 |
| M. Babcock | Associate Director | $540.00 | 40.9 | $22,086.00 |
| C. Tergevorkian | Senior Managing Consultant | $445.00 | 1.2 | $534.00 |
| J. Funk | Senior Managing Consultant | $505.00 | 8.9 | $4,494.50 |
| J. Shaw | Senior Managing Consultant | $455.00 | 8.6 | $3,913.00 |
| J. Shaw | Senior Managing Consultant | $475.00 | 313.9 | $149,102.50 |
| K. Barberi | Senior Managing Consultant | $340.00 | 114.8 | $39,032.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| K. Schliep | Senior Managing Consultant | $435.00 | 3.9 | $1,696.50 |
| C. Draney | Managing Consultant | $425.00 | 9.6 | $4,080.00 |
| C. Tergevorkian | Managing Consultant | $375.00 | 58.2 | $21,825.00 |
| C. Tergevorkian | Managing Consultant | $400.00 | 3.4 | $1,360.00 |
| G. Lim | Managing Consultant | $340.00 | 190.1 | $64,634.00 |
| K. Johns | Managing Consultant | $440.00 | 0.4 | $176.00 |
| N. Zeien | Managing Consultant | $340.00 | 0.5 | $170.00 |
| N. Zeien | Managing Consultant | $375.00 | 1.3 | $487.50 |
| A. Strong | Consultant | $350.00 | 56.4 | $19,740.00 |
| A. Strong | Consultant | $370.00 | 15.8 | $5,846.00 |
| C. Tergevorkian | Consultant | $325.00 | 65.2 | $21,190.00 |
| D. Green | Consultant | $310.00 | 256.4 | $79,484.00 |
| J. Freeman | Consultant | $350.00 | 5.6 | $1,960.00 |
| S. Bhattacharya | Consultant | $325.00 | 139.4 | $45,305.00 |
| S. Chaffos | Consultant | $320.00 | 762.7 | $244,064.00 |
| S. Chaffos | Consultant | $345.00 | 308.7 | $106,501.50 |
| S. Chaffos | Consultant | $365.00 | 114.5 | $41,792.50 |
| A. Arena | Senior Associate | $350.00 | 11.9 | $4,165.00 |
| C. Tergevorkian | Senior Associate | $270.00 | 27.4 | $7,398.00 |
| C. Tergevorkian | Senior Associate | $285.00 | 0.5 | $142.50 |
| M. Restrepo | Senior Associate | $290.00 | 15.5 | $4,495.00 |
| S. Chaffos | Senior Associate | $275.00 | 715.3 | $196,707.50 |
| S. Cooney | Senior Associate | $350.00 | 30.6 | $10,710.00 |
| S. Smith | Senior Associate | $260.00 | 4.4 | $1,144.00 |
| A. Kaporis | Associate | $305.00 | 1.5 | $457.50 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Stubbs | Associate | $265.00 | 46.5 | $12,322.50 |
| A. Stubbs | Associate | $280.00 | 28.6 | $8,008.00 |
| N. Drepanos | Associate | $295.00 | 29.0 | $8,555.00 |
| S. Chaffos | Associate | $220.00 | 49.7 | $10,934.00 |
| S. Chaffos | Associate | $235.00 | 206.9 | $48,621.50 |
| S. Rawlings | Associate | $185.00 | 45.6 | $8,436.00 |
| S. Smith | Associate | $210.00 | 1.0 | $210.00 |
| T. Hatton | Associate | $265.00 | 4.2 | $1,113.00 |
| Y. Xu | Associate | $185.00 | 161.8 | $29,933.00 |
| M. Haverkamp | Case Manager | $275.00 | 27.3 | $7,507.50 |
| M. Haverkamp | Case Manager | $300.00 | 49.5 | $14,850.00 |
| M. Haverkamp | Case Manager | $350.00 | 44.0 | $15,400.00 |
| M. Haverkamp | Case Manager | $375.00 | 0.7 | $262.50 |
| A. Hulme | Case Assistant | $215.00 | 7.1 | $1,526.50 |
| A. Hulme | Case Assistant | $225.00 | 0.8 | $180.00 |
| A. McConkie | Case Assistant | $195.00 | 6.6 | $1,287.00 |
| A. McConkie | Case Assistant | $225.00 | 4.2 | $945.00 |
| B. McCarthy | Case Assistant | $195.00 | 45.4 | $8,853.00 |
| D. Godfrey | Case Assistant | $125.00 | 102.1 | $12,762.50 |
| D. Godfrey | Case Assistant | $135.00 | 45.3 | $6,115.50 |
| E. Perry | Case Assistant | $175.00 | 6.4 | $1,120.00 |
| H. Henritzy | Case Assistant | $155.00 | 9.1 | $1,410.50 |
| H. Henritzy | Case Assistant | $195.00 | 66.2 | $12,909.00 |
| H. Henritzy | Case Assistant | $240.00 | 16.9 | $4,056.00 |
| K. Calder | Case Assistant | $140.00 | 88.1 | $12,334.00 |

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| K. Calder | Case Assistant | $160.00 | 5.6 | $896.00 |
| K. Hendry | Case Assistant | $185.00 | 5.7 | $1,054.50 |
| K. Hendry | Case Assistant | $195.00 | 24.8 | $4,836.00 |
| K. McDowell | Case Assistant | $170.00 | 3.4 | $578.00 |
| M. Kuhn | Case Assistant | $170.00 | 61.8 | $10,506.00 |
| S. Anthon | Case Assistant | $195.00 | 16.4 | $3,198.00 |
| S. Smith | Case Assistant | $150.00 | 3.0 | $450.00 |
| V. Ingle | Case Assistant | $105.00 | 6.3 | $661.50 |
| V. Ingle | Case Assistant | $110.00 | 90.4 | $9,944.00 |
| V. Triana | Case Assistant | $155.00 | 69.5 | $10,772.50 |
| **TOTAL** | | | **8,210.8** | **$3,542,852.00** |
| **VOLUNTARY REDUCTION** | | | | **($15,479.50)** |
| **TOTAL REQUESTED FEES** | | | | **$3,527,372.50** |
| **BLENDED RATE AFTER REDUCTION** | | | | **$429.60** |

# **EXHIBIT A3**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A3: Summary of Fees By Professional
For the Period 12/27/2025 through 2/27/2026

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $740.00 | 7.3 | $5,402.00 |
| M. Haverkamp | Case Manager | $415.00 | 3.6 | $1,494.00 |
| K. McDowell | Case Assistant | $170.00 | 11.7 | $1,989.00 |
| **TOTAL** | | | **22.6** | **$8,885.00** |
| **BLENDED RATE** | | | | **$393.14** |

# EXHIBIT B1

 INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B1: Summary of Fees By Task Code
For the Period 7/1/2025 through 12/26/2025

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 4.3 | $872.50 |
| 800.00 - Plan & Disclosure Statement Analysis | 42.9 | $24,457.00 |
| 1060.00 - Fee Application Preparation & Hearing | 12.0 | $4,833.00 |
| **TOTAL** | **59.2** | **$30,162.50** |
| **BLENDED RATE** | | **$509.50** |

# **EXHIBIT B2**

# BRG
**INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B2: Summary of Fees By Task Code
For the Period 6/17/20 through 12/26/25

| Task Code | Hours | Fees |
|---|---|---|
| 100.00 - Case Background | 0.7 | $360.50 |
| 200.00 - Document / Data Analysis (General) | 2.0 | $1,165.00 |
| 200.10 - Document / Data Analysis (Data Room) | 7.1 | $3,324.50 |
| 200.20 - Document / Data Analysis (Financial / Accounting) | 422.6 | $118,784.50 |
| 200.30 - Document / Data Analysis (Financial / Accounting) - Accounting System | 165.5 | $80,840.50 |
| 200.40 - Document / Data Analysis (Corporate) | 48.4 | $27,890.50 |
| 200.50 - Document / Data Analysis (Related Non-Debtors) | 43.0 | $14,063.00 |
| 200.60 - Document / Data Analysis (PPP Loans) | 20.1 | $9,559.00 |
| 200.90 - Document / Data Analysis (Production Requests) | 475.6 | $215,568.00 |
| 210.00 - Bankruptcy Proceedings (Filings / Motions - General) | 0.4 | $243.00 |
| 211.03 - Bankruptcy Proceedings (Filings / Motions - Motion to Dismiss) | 200.7 | $86,516.50 |
| 211.06 - Bankruptcy Proceedings (Filings / Motions - Cash Collateral) | 6.2 | $3,429.50 |
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 495.2 | $158,731.00 |
| 221.00 - Debtors Operations / Monitoring (Cash Management Reports) | 69.4 | $15,128.00 |
| 222.00 - Debtors Operations / Monitoring (Other Reports) | 0.3 | $154.50 |
| 300.00 - Asset Analysis (General - Debtors) | 842.6 | $431,511.50 |
| 301.00 - Asset Analysis (General - Debtors Restricted / Identified Assets) | 84.8 | $49,405.50 |
| 302.00 - Asset Analysis (General - Related Non-Debtors) | 1,154.1 | $434,235.50 |
| 304.00 - Asset Analysis (General - Parishes) | 74.0 | $28,171.00 |
| 310.00 - Asset Analysis (Cash / Bank Accounts - Debtors) | 197.8 | $89,749.50 |
| 312.00 - Asset Analysis (Cash / Bank Accounts - Related Non-Debtors) | 1.1 | $726.00 |
| 320.00 - Asset Analysis (Investments / Funds - Debtors) | 344.4 | $190,876.50 |
| 321.00 - Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets) | 4.5 | $1,831.50 |

| Task Code | Hours | Fees |
|---|---|---|
| 330.00 - Asset Analysis (Real Property - Debtors) | 201.9 | $84,596.50 |
| 332.00 - Asset Analysis (Real Property - Related Non-Debtors) | 247.2 | $97,470.50 |
| 333.00 - Asset Analysis (Real Property - Deferred Maintenance) | 614.6 | $222,536.00 |
| 334.00 - Asset Analysis (Real Property - Parishes) | 2.2 | $759.00 |
| 340.00 - Asset Analysis (Personal Property - Debtors) | 11.3 | $4,681.00 |
| 350.00 - Asset Analysis (Insurance - Debtors) | 7.3 | $5,575.00 |
| 390.00 - Asset Analysis (Other - Debtors) | 17.4 | $10,710.50 |
| 392.00 - Asset Analysis (Other - Related Non-Debtors) | 260.9 | $133,130.00 |
| 410.00 - Litigation Analysis (Avoidance Actions) | 205.4 | $92,085.50 |
| 420.00 - Litigation Analysis (Expert Report Evaluation) | 6.3 | $3,784.50 |
| 430.00 - Litigation Analysis (Preparation Of Pleadings / Exhibits) | 13.3 | $7,407.50 |
| 600.00 - Claims / Liability Analysis (General) | 134.1 | $58,359.50 |
| 610.00 - Claims / Liability Analysis (Survivor Claims) | 17.0 | $5,283.00 |
| 620.00 - Claims / Liability Analysis (Commercial Debt) | 42.7 | $24,948.00 |
| 630.00 - Claims / Liability Analysis (Pension) | 16.9 | $8,705.00 |
| 800.00 - Plan & Disclosure Statement Analysis | 191.2 | $107,431.00 |
| 900.00 - Report / Presentation Preparation | 28.0 | $15,757.50 |
| 1000.00 - Case Administration | 13.2 | $7,193.00 |
| 1010.00 - Employment Application | 2.6 | $1,279.50 |
| 1020.00 - Meeting Preparation & Attendance | 126.6 | $71,309.00 |
| 1030.00 - Mediation Preparation & Attendance | 584.4 | $346,126.00 |
| 1040.00 - Hearing / Trial Preparation & Attendance | 7.1 | $4,292.00 |
| 1050.00 - Deposition Preparation & Attendance | 27.5 | $16,825.00 |
| 1060.00 - Fee Application Preparation & Hearing | 723.9 | $221,526.50 |
| 1070.00 - Billable Travel | 47.3 | $28,816.00 |

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **8,210.8** | **$3,542,852.00** |
| VOLUNTARY REDUCTION | | (($15,479.50)) |
| **Total Requested Fees** | | **$3,527,372.50** |
| **Blended Rate** | | **$429.60** |

# EXHIBIT B3



INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B3: Summary of Fees By Task Code
For the Period 12/27/2025 through 2/27/2026

| Task Code | Hours | Fees |
|---|---|---|
| 1060.00 - Fee Application Preparation & Hearing | 22.6 | $8,885.00 |
| **TOTAL** | **22.6** | **$8,885.00** |
| **BLENDED RATE** | | **$393.14** |

# EXHIBIT C1

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 7/9/2025 | A. McConkie | 1.2 | $234.00 | Updated ending MOR cash balance comparison analysis to include data from April 2025 MOR in order to monitor Debtor monthly activities. |
| 7/21/2025 | S. Chaffos | 0.2 | $73.00 | Prepared email with Debtor FA (KZ, AW) to request MOR supplementals. |
| 9/11/2025 | A. McConkie | 0.5 | $97.50 | Updated comparative balance sheet analysis to include April 2025 balance sheet from MOR to monitor Debtor monthly activities. |
| 9/11/2025 | A. McConkie | 0.4 | $78.00 | Updated comparative MOR income statement analysis to include April 2025 and May 2025 income statements from MORs to monitor Debtor monthly activities. |
| 9/12/2025 | A. McConkie | 0.9 | $175.50 | Analyzed ANO Unit balance sheet activity reported in supplemental MOR data (April-May 2025). |
| 9/12/2025 | A. McConkie | 0.7 | $136.50 | Analyzed ANO Unit income statement activity reported in supplemental MOR data (April-May 2025). |
| 9/12/2025 | A. McConkie | 0.4 | $78.00 | Updated comparative balance sheet analysis to include May 2025 balance sheet from MOR to monitor Debtor monthly activities. |
| *Task Code: 220.00* | | *4.3* | *$872.50* | *Totals* |
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/2/2025 | S. Chaffos | 1.5 | $547.50 | Updated asset scenario analysis to include Debtor values per UCC Counsel request. |
| 7/2/2025 | P. Shields | 0.2 | $148.00 | Spoke with UCC Counsel (RK) regarding evaluation of information relating to Christopher Homes. |
| 7/3/2025 | S. Chaffos | 0.2 | $73.00 | Attended call with BRG (PS) to discuss updates to schedule of payout scenarios. |
| 7/3/2025 | P. Shields | 0.2 | $148.00 | Attended call with BRG (SC) to discuss updates to schedule of payout scenarios. |
| 7/7/2025 | S. Chaffos | 0.9 | $328.50 | Refined asset scenario analysis to include Debtor values per UCC Counsel request. |
| 7/7/2025 | S. Chaffos | 0.5 | $182.50 | Attended meeting with BRG (PS, MB) and UCC Counsel (BK, JS [partial]) to review schedule of payout scenarios. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/7/2025 | P. Shields | 0.5 | $370.00 | Met with UCC Counsel (JS [partial], BK) and BRG (MB, SC) regarding schedules for inclusion in Disclosure Statement relating to potential payouts. |
| 7/7/2025 | M. Babcock | 0.5 | $330.00 | Met with UCC Counsel (JS [partial], BK) and BRG (PS, SC) to discuss analysis relating to Christopher Homes. |
| 7/11/2025 | P. Shields | 1.6 | $1,184.00 | Prepared funding schedule. |
| 7/11/2025 | P. Shields | 0.2 | $148.00 | Met with UCC Counsel (BK) regarding preparation of funding schedule. |
| 7/12/2025 | P. Shields | 1.0 | $740.00 | Made updates to funding schedule. |
| 7/14/2025 | P. Shields | 0.5 | $370.00 | Met with UCC Counsel (BK, IN) regarding Liquidation Analysis. |
| 7/14/2025 | P. Shields | 0.4 | $296.00 | Met with UCC Counsel (JS, BK, IN) regarding Liquidation Analysis. |
| 7/21/2025 | J. Shaw | 2.0 | $1,190.00 | Evaluated Bond Trustee Motion to Dismiss filing. |
| 7/21/2025 | P. Shields | 1.1 | $814.00 | Analyzed Bond Trustee's Motion to Dismiss. |
| 7/21/2025 | S. Chaffos | 1.1 | $401.50 | Met with BRG (PS, MB [partial]) and UCC Counsel (IN, SB, RK, RK) to discuss case status in context of mediation. |
| 7/21/2025 | P. Shields | 1.1 | $814.00 | Met with UCC Counsel (JS, IN, RK, BK, SB) and BRG (MB [partial], SC) regarding Plan Confirmation issues. |
| 7/21/2025 | M. Babcock | 1.0 | $660.00 | Met with UCC Counsel (JS, IN, RK, BK, SB) and BRG (PS, SC) to discuss Debtor Plan / Disclosure Statement. [Partial call]. |
| 7/21/2025 | J. Shaw | 0.5 | $297.50 | Analyzed Debtor's liquidation analysis. |
| 7/21/2025 | P. Shields | 0.4 | $296.00 | Analyzed Debtor's Liquidation Analysis / Financial Projections. |
| 7/21/2025 | P. Shields | 0.2 | $148.00 | Met with BRG (JS) regarding financial analysis in connection with Plan Confirmation. |
| 7/21/2025 | J. Shaw | 0.2 | $119.00 | Met with BRG (PS) regarding Bond Trustee's motion to dismiss. |
| 7/22/2025 | S. Chaffos | 1.6 | $584.00 | Analyzed recent liquidation analysis provided by Debtor. |
| 7/22/2025 | S. Chaffos | 1.2 | $438.00 | Met with BRG (PS [partial], MB [partial]) and UCC Counsel (IN, SB, RK, RK) to follow up on case status regarding Plan Confirmation issues. |
| 7/22/2025 | M. Babcock | 1.2 | $792.00 | Met with Debtor Representative (LE [partial]), Debtor FA (CL) and BRG (PS) to review liquidation analyses. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/22/2025 | P. Shields | 1.2 | $888.00 | Met with Debtor Representative (LE [partial]), Debtor's Financial Advisors (CL), and BRG (MB) regarding liquidation analyses. |
| 7/22/2025 | P. Shields | 1.0 | $740.00 | Met with UCC Counsel (RK, BK, SB, IN) and BRG (MB [partial], SC) regarding Plan Confirmation issues. [Partial Call] |
| 7/22/2025 | M. Babcock | 1.0 | $660.00 | Met with UCC Counsel (RK, BK, SB, IN) and BRG (PS [partial], SC) to review Debtor Plan / Disclosure Statement. [Partial Call]. |
| 7/22/2025 | M. Babcock | 0.4 | $264.00 | Met with Debtor Representative (LE), Debtor FA (CL) and BRG (PS) to review liquidation analysis. |
| 7/22/2025 | P. Shields | 0.4 | $296.00 | Met with Debtor Representative (LE), Debtor FA (CL), and BRG (MB) regarding liquidation analyses. |
| 7/22/2025 | P. Shields | 0.2 | $148.00 | Review issues for consideration in connection with Plan Confirmation. |
| 7/22/2025 | S. Chaffos | 0.1 | $36.50 | Attended call with BRG (PS) to discuss liquidation analysis. |
| 7/22/2025 | P. Shields | 0.1 | $74.00 | Attended call with BRG (SC) to discuss liquidation analysis. |
| 7/23/2025 | S. Chaffos | 0.1 | $36.50 | Met with BRG (PS) regarding reconciliation of Disclosure Statement amounts to May 2025 Monthly Operating Report. |
| 7/23/2025 | P. Shields | 0.1 | $74.00 | Met with BRG (SC) regarding reconciliation of Disclosure Statement amounts to May 2025 Monthly Operating Report. |
| 8/11/2025 | S. Chaffos | 0.6 | $219.00 | Evaluated real estate valuation documents produced by debtor in response to UCC Counsel inquires. |
| 8/11/2025 | P. Shields | 0.1 | $74.00 | Responded to request from UCC Counsel regarding document production in connection with Plan Confirmation. |
| 8/13/2025 | S. Chaffos | 0.6 | $219.00 | Evaluated parish financial statement data relating to loans. |
| 9/3/2025 | R. Strong | 0.2 | $142.00 | Evaluated accounting system data pursuant to UCC Counsel inquiry. |
| 9/16/2025 | J. Funk | 0.8 | $444.00 | Investigated historical bond trading activity pursuant to UCC Counsel request. |
| 9/16/2025 | P. Shields | 0.6 | $444.00 | Retrieved bond trading activity pursuant to UCC Counsels request. |
| 9/17/2025 | A. Kaporis | 1.5 | $457.50 | Accumulated bond trading data for Archdiocese of New Orleans bonds from Electronic Municipal Market Access ("EMMA"). |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 9/17/2025 | P. Shields | 0.3 | $222.00 | Met with UCC Counsel (AC, BK, SB) and BRG (MB) regarding requests for BRG emails. |
| 9/17/2025 | M. Babcock | 0.3 | $198.00 | Met with UCC Counsel (BK, SB, AC) and BRG (PS) to discuss discovery demands relating to email correspondence. |
| 9/17/2025 | P. Shields | 0.2 | $148.00 | Evaluated information relating to bond trading activity. |
| 9/17/2025 | P. Shields | 0.2 | $148.00 | Outlined parameters for requested BRG emails. |
| 9/18/2025 | P. Shields | 0.8 | $592.00 | Prepared parameters for email search to be used in capturing requested emails. |
| 9/18/2025 | J. Funk | 0.6 | $333.00 | Continued to evaluation of historical bond trading activity. |
| 9/18/2025 | P. Shields | 0.3 | $222.00 | Met with BRG IT Professional regarding instructions relating to searches of BRG emails. |
| 9/18/2025 | M. Babcock | 0.3 | $198.00 | Met with BRG IT Professional to discuss discovery demands relating to email correspondence. |
| 9/18/2025 | M. Babcock | 0.2 | $132.00 | Analyzed issues relating to discovery demands (email correspondence). |
| 9/18/2025 | P. Shields | 0.1 | $74.00 | Evaluated updates to information relating to bond trading activity. |
| 9/19/2025 | A. McConkie | 2.5 | $487.50 | Prepared schedule of bond trading activity. |
| 9/19/2025 | J. Funk | 0.5 | $277.50 | Evaluated historical bond trading activity by issuance. |
| 9/23/2025 | P. Shields | 0.4 | $296.00 | Identified requested BRG emails. |
| 9/24/2025 | J. Funk | 2.1 | $1,165.50 | Continued to evaluate historical bond trading activity by issuance. |
| 9/24/2025 | S. Chaffos | 1.5 | $547.50 | Reviewed email correspondence with Debtor FA's for bondholder inquires. |
| 9/24/2025 | P. Shields | 1.3 | $962.00 | Identified requested BRG emails prior to the inception of mediation. |
| 9/24/2025 | P. Shields | 1.1 | $814.00 | Continued to identify requested BRG emails. |
| 9/24/2025 | P. Shields | 0.4 | $296.00 | Outlined additional information for consideration in connection with bond trading activity. |
| 9/24/2025 | M. Babcock | 0.4 | $264.00 | Reviewed email correspondence pursuant to UCC Counsel request. |

 **BRG** · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 9/26/2025 | P. Shields | 0.6 | $444.00 | Identified emails responsive to most recent request. |
| *Task Code:  800.00* | | *42.9* | *$24,457.00* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 7/10/2025 | M. Kuhn | 0.4 | $68.00 | Prepared monthly fee statement (June 2025). |
| 7/21/2025 | P. Shields | 0.1 | $74.00 | Reviewed June 2025 Fee Statement. |
| 7/23/2025 | M. Kuhn | 0.4 | $68.00 | Prepared exhibits for monthly fee statement (June 2025). |
| 7/23/2025 | M. Kuhn | 0.3 | $51.00 | Prepared draft narrative for interim fee application (Thirteenth). |
| 7/23/2025 | M. Kuhn | 0.3 | $51.00 | Prepared exhibits for interim fee application (Thirteenth). |
| 7/24/2025 | M. Kuhn | 0.8 | $136.00 | Continued preparing draft narrative of interim fee application (Thirteenth). |
| 7/28/2025 | M. Kuhn | 0.6 | $102.00 | Made updates to draft interim fee application (Thirteenth). |
| 7/28/2025 | M. Kuhn | 0.4 | $68.00 | Made updates to monthly fee statement (June 2025). |
| 7/28/2025 | P. Shields | 0.3 | $222.00 | Outlined updates to 13th Interim Fee Application. |
| 7/28/2025 | P. Shields | 0.1 | $74.00 | Reviewed June 2025 Fee Statement. |
| 7/29/2025 | P. Shields | 1.7 | $1,258.00 | Made updates to 13th Interim Fee Application narrative. |
| 7/29/2025 | M. Kuhn | 0.5 | $85.00 | Updated draft of interim fee application (Thirteenth). |
| 7/29/2025 | P. Shields | 0.2 | $148.00 | Continued review of June 2025 Fee Statement. |
| 8/28/2025 | K. McDowell | 0.5 | $85.00 | Prepared monthly fee statement (July 2025). |
| 8/29/2025 | K. McDowell | 1.5 | $255.00 | Revised monthly fee statement (July 2025). |
| 8/29/2025 | P. Shields | 0.4 | $296.00 | Reviewed July 2025 Fee Statement. |
| 11/10/2025 | K. McDowell | 0.5 | $85.00 | Prepared draft fee application for fourteenth interim. |
| 11/17/2025 | K. McDowell | 0.4 | $68.00 | Prepared draft exhibits for the fourteenth interim fee application. |
| 11/21/2025 | P. Shields | 1.3 | $962.00 | Prepared fee application narrative. |
| 11/21/2025 | K. McDowell | 0.5 | $85.00 | Updated fourteenth interim fee application. |
| 11/24/2025 | P. Shields | 0.8 | $592.00 | Prepared updates to Fee Application. |
| *Task Code:  1060.00* | | *12.0* | *$4,833.00* | *Totals* |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

Exhibit C1: Schedule of Time Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **TOTALS** | | **59.2** | **$30,162.50** | |

# EXHIBIT C2



## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C2: Schedule of Time Detail
For the Period 12/27/2025 through 2/27/2026

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 2/2/2026 | K. McDowell | 1.0 | $170.00 | Analyzed BRG's time entries from case inception for preparation of final fee application. |
| 2/3/2026 | K. McDowell | 1.0 | $170.00 | Prepared initial draft of Fourteenth Interim / Final Fee Application. |
| 2/5/2026 | K. McDowell | 0.8 | $136.00 | Continued preparation of Fourteenth Interim / Final Fee Application. |
| 2/6/2026 | M. Haverkamp | 0.2 | $83.00 | Met with BRG (KM) regarding final fee application. |
| 2/6/2026 | K. McDowell | 0.2 | $34.00 | Participated in meeting with BRG (MH) concerning final fee application. |
| 2/11/2026 | K. McDowell | 0.5 | $85.00 | Meeting with BRG (PS [partial]) and UCC Counsel (BD) concerning final fee application. |
| 2/11/2026 | P. Shields | 0.3 | $222.00 | Met with UCC Counsel (BD) and BRG (KM) regarding preparation of final fee application [partial]. |
| 2/18/2026 | M. Haverkamp | 0.8 | $332.00 | Prepared final fee application. |
| 2/23/2026 | M. Haverkamp | 1.8 | $747.00 | Continued to prepare final fee application. |
| 2/23/2026 | K. McDowell | 1.1 | $187.00 | Prepared exhibits for BRG's final fee application to be filed with the court. |
| 2/24/2026 | K. McDowell | 2.6 | $442.00 | Revised narrative of fourteenth interim / final fee application. |
| 2/24/2026 | K. McDowell | 1.4 | $238.00 | Prepared expense exhibits for fourteenth interim / final fee application. |
| 2/24/2026 | M. Haverkamp | 0.5 | $207.50 | Updated final fee application. |
| 2/25/2026 | P. Shields | 2.9 | $2,146.00 | Prepared narrative for task code descriptions contained in Final Fee Application. |
| 2/25/2026 | P. Shields | 0.6 | $444.00 | Met with BRG (KM) regarding Final Fee Application. |
| 2/25/2026 | K. McDowell | 0.6 | $102.00 | Met with BRG (PS) regarding final fee application. |
| 2/25/2026 | M. Haverkamp | 0.3 | $124.50 | Reviewed final fee application. |
| 2/26/2026 | P. Shields | 2.7 | $1,998.00 | Made updates to Final Fee Application narrative / exhibits. |
| 2/26/2026 | K. McDowell | 2.5 | $425.00 | Finalized fourteenth interim / final fee application. |
| 2/26/2026 | P. Shields | 0.8 | $592.00 | Continued to prepare narrative for task code descriptions contained in Final Fee Application. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C2: Schedule of Time Detail
For the Period 12/27/2025 through 2/27/2026

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| *Task Code:* | *1060.00* | *22.6* | *$8,885.00* | *Totals* |
| **TOTALS** | | **22.6** | **$8,885.00** | |

# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY
## COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | Section "A" |
| Debtor. [1] | **Chapter 11** |
| | Objection Deadline: September 11, 2025 |

## FIFTY-EIGHTH MONTHLY FEE AND EXPENSE STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR THE PERIOD JULY 1, 2025 THROUGH, JULY 31, 2025

1.     In accordance with Section XIII(B) of the Court's *December 4, 2019 General Order Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Order**"), Berkeley Research Group, LLC ("**BRG**"), as financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in this Chapter 11 case concerning the above captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits its Fifty-Eighth Monthly Fee and Expense Statement (the "**Statement**") for the period from July 1, 2025 through July 31, 2025 (the "**Fee Period**") for the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**").

## RELIEF REQUESTED

2.     The total amounts sought by BRG for fees for professional services rendered and reimbursement of actual, reasonable, and necessary expenses incurred for the Fee Period are as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

| July 1, 2025 to July 31, 2025 | |
|---|---|
| Fees (At Standard Rates) | $20,850.00 |
| Voluntary Reduction | (<u>$3,501.50</u>) |
| Fees (After Reduction) | $17,348.50 |
| Expenses | $0.00 |
| **Total Fees & Expenses Sought** | $17,348.50 |

## SERVICES RENDERED AND EXPENSES INCURRED

3.      The BRG timekeepers (collectively, the "**Timekeepers**") who rendered services to the Committee in connection with the Bankruptcy Case during the Fee Period, including the hourly rate, title, and fees earned by each Timekeeper, is attached hereto as **Exhibit A**. The schedule of fees incurred during the Fee Period summarized by task code is attached hereto as **Exhibit B**. The detailed time records which describe the time spent by each BRG Timekeeper for the Fee Period are attached hereto as **Exhibit C.**

4.      BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services.  At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefore in the future.

## NO PRIOR REQUEST

5.      With respect to the amounts requested herein, as of the date of this Statement, BRG has received no payments and no previous application for the relief sought herein has been made to this or any other Court.

2

## SUMMARY OF FEE STATEMENTS AND APPLICATIONS SUBMITTED AND FILED

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 03/23/2021 Dkt No. N/A | 06/17/2020- 10/31/2020 | 176,490.50 | 3,807.52 | N/A | 176,490.50 | 3,807.52 | - |
| 05/25/2021 Dkt No. N/A | 11/01/2020- 11/30/2020 | 6,289.50 | 75.00 | N/A | 6,289.50 | 75.00 | - |
| 05/25/2021 Dkt No. N/A | 12/01/2020- 12/31/2020 | 10,428.00 | - | N/A | 10,428.00 | - | - |
| 5/25/2021 Dkt No. N/A | 01/01/2021- 1/31/2021 | 21,400.00 | 7.00 | N/A | 21,400.00 | 7.00 | - |
| 05/25/2021 Dkt No. N/A | 02/01/2021- 02/28/2021 | 8,278.50 | - | N/A | 8,278.50 | - | - |
| 05/25/2021 Dkt No. N/A | 03/01/2021- 03/31/2021 | 29,499.50 | - | N/A | 29,499.50 | - | - |
| 05/27/2021 Dkt No. 891 | 06/17/2020- 03/31/2021 | 252,386.00 | 3,889.52 | 6/21/2021 Dkt No. 916 | 252,386.00 | 3,889.52 | - |
| 11/23/2021 Dkt No. N/A | 04/01/2021- 04/30/2021 | 49,056.00 | - | N/A | 49,056.00 | - | - |
| 11/23/2021 Dkt No. N/A | 05/01/2021- 05/31/2021 | 52,309.00 | - | N/A | 52,309.00 | - | - |
| 11/23/2021 Dkt No. N/A | 06/01/2021- 06/30/2021 | 37,186.50 | - | N/A | 37,186.50 | - | - |
| 11/23/2021 Dkt No. N/A | 07/01/2021- 07/31/2021 | 50,481.00 | - | N/A | 50,481.00 | - | - |
| 11/23/2021 Dkt No. N/A | 08/01/2021- 08/31/2021 | 156,335.50 | - | N/A | 156,335.50 | - | - |
| 11/23/2021 Dkt No. N/A | 09/01/2021- 09/30/2021 | 23,364.50 | - | N/A | 23,364.50 | - | - |
| 11/23/2021 Dkt No. N/A | 10/01/2021- 10/31/2021 | 24,784.00 | 12.93 | N/A | 24,784.00 | 12.93 | - |
| 11/24/2021 Dkt No. 1186 | 04/01/2021- 10/31/2021 | 393,516.50 | 12.93 | 12/14/2021 Dkt. No. 1199 | 393,516.50 | 12.93 | - |
| 12/28/2021 Dkt No. N/A | 11/01/2021 - 11/30/2021 | 14,230.00 | - | N/A | 14,230.00 | - | - |
| 01/28/2022 Dkt No. N/A | 12/01/2021 - 12/31/2021 | 27,778.00 | - | N/A | 27,778.00 | - | - |
| 02/28/2022 Dkt No. N/A | 01/01/2022 - 01/31/2022 | 47,294.50 | - | N/A | 47,294.50 | - | - |
| 03/23/2022 Dkt No. N/A | 02/01/2022 - 02/28/2022 | 63,452.00 | - | N/A | 63,452.00 | - | - |
| 03/24/2022 Dkt No. 1385 | 11/01/2021 - 02/28/2022 | 152,754.50 | - | 4/19/2022 Dkt No. 1466 | 152,754.50 | - | - |

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | | Total Unpaid |
|---|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | | Fees and Expenses |
| 04/28/2022 Dkt No. N/A | 03/01/2022- 03/31/2022 | 115,531.00 | - | N/A | 115,531.00 | - | | - |
| 05/27/2022 Dkt No. N/A | 04/01/2022- 04/30/2022 | 43,931.00 | - | N/A | 43,931.00 | - | | - |
| 06/29/2022 Dkt No. N/A | 05/01/2022- 05/31/2022 | 109,327.00 | - | N/A | 109,327.00 | - | | - |
| 07/26/2022 Dkt No. N/A | 06/01/2022- 06/30/2022 | 84,128.00 | - | N/A | 84,128.00 | - | | - |
| 07/28/2022 Dkt No. 1688 | 03/01/2022- 06/30/2022 | 352,917.00 | - | 8/17/2022 Dkt No. 1740 | 352,917.00 | - | | - |
| 08/29/2022 Dkt No. N/A | 07/01/2022- 07/31/2022 | 54,081.50 | - | N/A | 54,081.50 | - | | - |
| 09/29/2022 Dkt No. N/A | 08/01/2022- 08/31/2022 | 104,162.00 | 500.00 | N/A | 104,162.00 | 500.00 | | - |
| 10/28/2022 Dkt No. N/A | 09/01/2022- 09/30/2022 | 84,134.00 | - | N/A | 84,134.00 | - | | - |
| 11/23/2022 Dkt No. N/A | 10/01/2022- 10/31/2022 | 117,160.50 | - | N/A | 117,160.50 | - | | - |
| 11/23/2022 Dkt No. 1943 | 07/01/2022- 10/31/2022 | 359,538.00 | 500.00 | 12/13/2022 Dkt No. 1976 | 359,538.00 | 500.00 | | - |
| 12/22/2022 Dkt No. N/A | 11/01/2022- 11/30/2022 | 58,923.50 | - | N/A | 58,923.50 | - | | - |
| 01/27/2023 Dkt No. N/A | 12/01/2022- 12/31/2022 | 47,504.50 | - | N/A | 47,504.50 | - | | - |
| 02/28/2023 Dkt No. N/A | 01/01/2023- 01/31/2023 | 102,738.00 | 3,995.00 | N/A | 102,738.00 | 3,995.00 | | - |
| 03/29/2023 Dkt No. N/A | 02/01/2023- 02/28/2023 | 286,205.00 | 9,278.16 | N/A | 286,205.00 | 9,278.16 | | - |
| 03/28/2023 Dkt No. 2200 | 11/01/2022 - 02/28/2023 | 495,371.00 | 13,273.16 | 4/14/2023 Dkt No. 2228 | 495,371.00 | 13,273.16 | | - |
| 04/28/2023 Dkt No. N/A | 03/01/2023 - 03/31/2023 | 191,464.00 | 3,400.00 | N/A | 191,464.00 | 3,400.00 | | - |
| 05/30/2023 Dkt No. N/A | 04/01/2023 - 04/30/2023 | 103,741.00 | - | N/A | 103,741.00 | - | | - |

4

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 06/28/2023   Dkt No. N/A | 05/01/2023 - 05/31/2023 | 146,564.50 | - | N/A | 146,564.50 | - | - |
| 07/25/2023 Dkt No. N/A | 06/01/2023 - 06/30/2023 | 87,466.00 | 1,841.26 | N/A | 87,466.00 | 1,841.26 | - |
| 07/25/2023 Dkt No. 2393 | 03/01/2023 - 06/30/2023 | 529,235.50 | 5,241.26 | 8/17/2023 Dkt No. 2438 | 529,235.50 | 5,241.26 | - |
| 08/29/2023 Dkt No. N/A | 07/1/2023 - 07/31/2023 | 20,458.00 | - | N/A | 20,458.00 | - | - |
| 9/29/2023 Dkt No. N/A | 08/01/2023 - 08/31/2023 | 28,343.00 | 1,990.23 | N/A | 28,343.00 | 1,990.23 | - |
| 10/27/2023 Dkt No. N/A | 09/01/2023 - 9/30/2023 | 46,927.00 | - | N/A | 46,927.00 | - | - |
| 11/29/2023 Dkt No. N/A | 10/01/2023 - 10/31/2023 | 146,053.50 | 1,571.59 | N/A | 146,053.50 | 1,571.59 | - |
| 11/29/2023 Dkt No. 2680 | 7/1/2023 - 10/31/2023 | 241,781.50 | 3,561.82 | 12/20/2023 Dkt No. 2750 | 241,781.50 | 3,561.82 | - |
| 12/28/2023 Dkt No. N/A | 11/01/2023 - 11/30/2023 | 107,361.50 | - | N/A | 107,361.50 | - | - |
| 01/26/2024 Dkt No. N/A | 12/01/2023 - 12/31/2023 | 83,937.00 | 4,035.52 | N/A | 83,937.00 | 4,035.52 | - |
| 02/29/2024 Dkt No. N/A | 01/01/2024 - 01/31/2024 | 31,064.00 | - | N/A | 31,064.00 | - | - |
| 03/31/2024 Dkt No. N/A | 02/01/2024 - 02/29/2024 | 13,319.50 | - | N/A | 13,319.50 | - | - |
| 03/31/2024 Dkt No. 2921 | 11/01/2023 - 02/29/2024 | 235,682.00 | 4,035.52 | 4/26/2024 Dkt No. 2989 | 235,682.00 | 4,035.52 | - |
| 4/29/2024 Dkt No. N/A | 03/01/2024 - 03/31/2024 | 24,235.50 | - | N/A | 24,235.50 | - | - |
| 05/29/2024 Dkt No. N/A | 04/01/2024 - 04/30/2024 | 2,767.50 | 727.80 | N/A | 2,767.50 | 727.80 | - |
| 06/24/2024 Dkt No. N/A | 05/01/2024 - 05/31/2024 | 15,418.50 | - | N/A | 15,418.50 | - | - |
| 07/18/2024 Dkt No. N/A | 06/01/2024 - 06/30/2024 | 11,764.00 | - | N/A | 11,764.00 | - | - |
| 07/25/2024 Dkt No. 3194 | 03/01/2024 - 06/30/2024 | 54,185.50 | 727.80 | 08/16/2024 Dkt No. 3280 | 54,185.50 | 727.80 | - |
| 08/28/2024 Dkt No. N/A | 07/01/24 - 07/31/24 | 18,835.00 | - | N/A | 18,835.00 | - | - |
| 09/27/2024 Dkt No. N/A | 08/01/24 - 08/31/24 | 48,267.50 | 85.00 | N/A | 48,267.50 | 85.00 | - |
| 10/29/2024 Dkt No. N/A | 09/01/24 - 09/30/24 | 85,000.00 | - | N/A | 85,109.00 | - | (109.00) |
| 11/18/2024 Dkt No. N/A | 10/01/24 - 10/31/24 | 54,744.00 | 5 | N/A | 54,744.00 | - | - |
| 11/27/2024 Dkt No. 3510 | 07/01/2024 - 10/31/2024 | 206,846.50 | 85.00 | 04/21/2025 Dkt No. 3914 | 206,955.50 | 85.00 | (109.00) |

| Statement / Application | | Requested | | CNO/Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 12/23/2024 Dkt No. N/A | 11/01/24 - 11/30/24 | 50,857.50 | - | N/A | 50,857.50 | - | - |
| 01/29/2025 Dkt No. N/A | 12/01/24 - 12/31/24 | 22,523.00 | - | N/A | 22,523.00 | - | - |
| 02/27/2025 Dkt No. N/A | 01/01/25 - 01/31/25 | 31,589.50 | - | N/A | 31,589.50 | - | - |
| 02/27/2025 Dkt No. N/A | 02/01/25 - 02/28/25 | 57,707.50 | - | N/A | 57,707.50 | - | - |
| 03/27/2025 Dkt No. 3872 | 11/01/2024 - 02/28/2025 | 162,677.50 | - | 04/21/2025 Dkt No. 3934 | 162,677.50 | - | - |
| 04/29/25 Dkt. No. N/A | 03/01/2025 - 03/31/2025 | 43,764.50 | - | N/A | 43,764.50 | - | - |
| 05/28/25 Dkt. No. N/A | 04/01/2025 - 04/30/2025 | 10,381.00 | - | N/A | 10,381.00 | - | - |
| 06/30/25 Dkt. No. N/A | 05/01/2025 - 05/31/2025 | 4,621.50 | - | N/A | 4,621.50 | - | - |
| 07/29/25 Dkt. No. N/A | 06/01/2025 - 06/30/2025 | 1,551.50 | - | N/A | 1,551.50 | - | - |
| 07/30/2025 Dkt No. 4186 | 03/01/2025 - 06/30/2025 | 60,318.50 | - | N/A | 60,318.50 | - | - |
| Totals | | $ 3,497,210.00 | $ 31,327.01 | | $ 3,497,319.00 | $ 31,327.01 | $ (109.00) |

## NOTICE AND OBJECTION PROCEDURES

6.      In accordance with the Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures [Dkt. No. 22], notice of the Statement has been served upon the following parties ("Notice Parties") as required by the Complex Case Order: (i) counsel for the Debtor, Mark Mintz, Esq., Jones Walker LLP, 201 St. Charles Ave, New Orleans, LA 70170-5100; (ii) counsel for the prepetition secured lender, Hancock Whitney Bank, David F. Waguespack, Esq., Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163-1102; (iii) KS State Bank, 1010 Westloop, P.O. Box 69, Manhattan KS 66505-0069; (iv) Dell Financial Svc LP, Mail Stop P82DF, 23 One Dell Way, Round Rock TX 78682; (v) David S. Rubin, Butler Snow LLP, 445 North Boulevard, Suite 300, Baton Rouge, LA 70802; (vi) Colleen Murphy, Greenberg Traurig, One International Place, Suite 2000, Boston, MA 02110; (vii) Annette Jarvis, Greenberg Traurig, 222S. Main Street, Fifth Floor, Salt Lake City, UT 84101; (viii) Amanda George, Esq., Office of The United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130; and (ix) Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite 1640, P.O. Box 2348, Baton Rouge, LA 70821-2348.

7.      Also pursuant to the Complex Case Order, any objections to this Statement must be asserted on or before September 11, 2025 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      To the extent an objection to the Statement is received on or before the Objection Deadline, the Debtor is to withhold payment of that portion of the Statement to which the objection is directed and will promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled

7

for consideration at the next interim fee application hearing.

**WHEREFORE,** pursuant to the Complex Case Order, and if no objections to the Statement are received on or before the Objection Deadline, BRG respectfully requests that it be allowed on an interim basis fee in the amount of **$13,878.80** (80% of $17,348.50) and expenses in the amount of **$0.00.** However, BRG became aware of an overpayment made by the Debtor on BRG's September 2024 Fee Statement in the amount of $109.00.  Accordingly, BRG directs the debtor to reduce its payment for this fee statement by $109.00 for a payment totaling **$13,769.80.** BRG respectfully requests that the Debtor, pursuant to the Complex Case Order, be authorized and directed to, on an interim basis, pay to BRG the amount of **$13,769.80**, which is equal to the sum of 80% of BRG's fees less the $109.00 overpayment adjustment, and 100% of BRG's expenses incurred during the Fee Period.

Dated:  August 29, 2025                    Respectfully submitted,

By:/s/ *Paul N. Shields*_____
    Paul N. Shields
    Berkeley Research Group, LLC 201 South
    Main Street, Suite 450 Salt Lake City,
    Utah 84111 Telephone: (801) 364-6233
    Email:  pshields@thinkbrg.com

    *Financial Advisors to the Official Committee of Unsecured Creditors*

8

# **EXHIBIT A**



INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit A: Summary of Fees By Professional
For the Period 7/1/2025 through 7/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| P. Shields | Managing Director | $740.00 | 12.8 | $9,472.00 |
| M. Babcock | Managing Director | $660.00 | 4.1 | $2,706.00 |
| J. Shaw | Associate Director | $595.00 | 2.7 | $1,606.50 |
| S. Chaffos | Consultant | $365.00 | 7.4 | $2,701.00 |
| A. McConkie | Case Assistant | $195.00 | 1.2 | $234.00 |
| M. Kuhn | Case Assistant | $170.00 | 3.7 | $629.00 |
| **TOTAL** | | | **31.9** | **$17,348.50** |
| **BLENDED RATE** | | | | **$543.84** |

# **EXHIBIT B**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit B: Summary of Fees By Task Code
For the Period 7/1/2025 through 7/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.4 | $307.00 |
| 800.00 - Plan & Disclosure Statement Analysis | 24.4 | $14,636.50 |
| 1060.00 - Fee Application Preparation & Hearing | 6.1 | $2,405.00 |
| **TOTAL** | **31.9** | **$17,348.50** |
| **BLENDED RATE** | | **$543.84** |

# **<u>EXHIBIT C</u>**

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| **220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)** | | | | |
| 7/9/2025 | A. McConkie | 1.2 | $234.00 | Updated ending MOR cash balance comparison analysis to include data from April 2025 MOR in order to monitor Debtor monthly activities. |
| 7/21/2025 | S. Chaffos | 0.2 | $73.00 | Prepared email with Debtor FA (KZ, AW) to request MOR supplementals. |
| **Task Code:  220.00** | | **1.4** | **$307.00** | **Totals** |
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/2/2025 | S. Chaffos | 1.5 | $547.50 | Updated asset scenario analysis to include Debtor values per UCC Counsel request. |
| 7/2/2025 | P. Shields | 0.2 | $148.00 | Spoke with UCC Counsel (RK) regarding evaluation of information relating to Christopher Homes. |
| 7/3/2025 | S. Chaffos | 0.2 | $73.00 | Attended call with BRG (PS) to discuss updates to schedule of payout scenarios. |
| 7/3/2025 | P. Shields | 0.2 | $148.00 | Attended call with BRG (SC) to discuss updates to schedule of payout scenarios. |
| 7/7/2025 | S. Chaffos | 0.9 | $328.50 | Refined asset scenario analysis to include Debtor values per UCC Counsel request. |
| 7/7/2025 | S. Chaffos | 0.5 | $182.50 | Attended meeting with BRG (PS, MB) and UCC Counsel (BK, JS [partial]) to review schedule of payout scenarios. |
| 7/7/2025 | P. Shields | 0.5 | $370.00 | Met with UCC Counsel (JS [partial], BK) and BRG (MB, SC) regarding schedules for inclusion in Disclosure Statement relating to potential payouts. |
| 7/7/2025 | M. Babcock | 0.5 | $330.00 | Met with UCC Counsel (JS [partial], BK) and BRG (PS, SC) to discuss analysis relating to Christopher Homes. |
| 7/11/2025 | P. Shields | 1.6 | $1,184.00 | Prepared funding schedule. |
| 7/11/2025 | P. Shields | 0.2 | $148.00 | Met with UCC Counsel (BK) regarding preparation of funding schedule. |
| 7/12/2025 | P. Shields | 1.0 | $740.00 | Made updates to funding schedule. |
| 7/14/2025 | P. Shields | 0.5 | $370.00 | Met with UCC Counsel (BK, IN) regarding Liquidation Analysis. |
| 7/14/2025 | P. Shields | 0.4 | $296.00 | Met with UCC Counsel (JS, BK, IN) regarding Liquidation Analysis. |
| 7/21/2025 | J. Shaw | 2.0 | $1,190.00 | Evaluated Bond Trustee Motion to Dismiss filing. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|-------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/21/2025 | P. Shields | 1.1 | $814.00 | Analyzed Bond Trustee's Motion to Dismiss. |
| 7/21/2025 | S. Chaffos | 1.1 | $401.50 | Met with BRG (PS, MB [partial]) and UCC Counsel (IN, SB, RK, RK) to discuss case status in context of mediation. |
| 7/21/2025 | P. Shields | 1.1 | $814.00 | Met with UCC Counsel (JS, IN, RK, BK, SB) and BRG (MB [partial], SC) regarding Plan Confirmation issues. |
| 7/21/2025 | M. Babcock | 1.0 | $660.00 | Met with UCC Counsel (JS, IN, RK, BK, SB) and BRG (PS, SC) to discuss Debtor Plan / Disclosure Statement. [Partial call]. |
| 7/21/2025 | J. Shaw | 0.5 | $297.50 | Analyzed Debtor's liquidation analysis. |
| 7/21/2025 | P. Shields | 0.4 | $296.00 | Analyzed Debtor's Liquidation Analysis / Financial Projections. |
| 7/21/2025 | P. Shields | 0.2 | $148.00 | Met with BRG (JS) regarding financial analysis in connection with Plan Confirmation. |
| 7/21/2025 | J. Shaw | 0.2 | $119.00 | Met with BRG (PS) regarding Bond Trustee's motion to dismiss. |
| 7/22/2025 | S. Chaffos | 1.6 | $584.00 | Analyzed recent liquidation analysis provided by Debtor. |
| 7/22/2025 | S. Chaffos | 1.2 | $438.00 | Met with BRG (PS [partial], MB [partial]) and UCC Counsel (IN, SB, RK, RK) to follow up on case status regarding Plan Confirmation issues. |
| 7/22/2025 | M. Babcock | 1.2 | $792.00 | Met with Debtor Representative (LE [partial]), Debtor FA (CL) and BRG (PS) to review liquidation analyses. |
| 7/22/2025 | P. Shields | 1.2 | $888.00 | Met with Debtor Representative (LE [partial]), Debtor's Financial Advisors (CL), and BRG (MB) regarding liquidation analyses. |
| 7/22/2025 | P. Shields | 1.0 | $740.00 | Met with UCC Counsel (RK, BK, SB, IN) and BRG (MB [partial], SC) regarding Plan Confirmation issues. [Partial Call] |
| 7/22/2025 | M. Babcock | 1.0 | $660.00 | Met with UCC Counsel (RK, BK, SB, IN) and BRG (PS [partial], SC) to review Debtor Plan / Disclosure Statement. [Partial Call]. |
| 7/22/2025 | M. Babcock | 0.4 | $264.00 | Met with Debtor Representative (LE), Debtor FA (CL) and BRG (PS) to review liquidation analysis. |
| 7/22/2025 | P. Shields | 0.4 | $296.00 | Met with Debtor Representative (LE), Debtor FA (CL), and BRG (MB) regarding liquidation analyses. |
| 7/22/2025 | P. Shields | 0.2 | $148.00 | Review issues for consideration in connection with Plan Confirmation. |
| 7/22/2025 | S. Chaffos | 0.1 | $36.50 | Attended call with BRG (PS) to discuss liquidation analysis. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit C: Schedule of Time Detail
For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Amount | Description |
|------|--------------|-------|--------|-------------|
| **800.00 - Plan & Disclosure Statement Analysis** | | | | |
| 7/22/2025 | P. Shields | 0.1 | $74.00 | Attended call with BRG (SC) to discuss liquidation analysis. |
| 7/23/2025 | S. Chaffos | 0.1 | $36.50 | Met with BRG (PS) regarding reconciliation of Disclosure Statement amounts to May 2025 Monthly Operating Report. |
| 7/23/2025 | P. Shields | 0.1 | $74.00 | Met with BRG (SC) regarding reconciliation of Disclosure Statement amounts to May 2025 Monthly Operating Report. |
| *Task Code: 800.00* | | *24.4* | *$14,636.50* | *Totals* |
| **1060.00 - Fee Application Preparation & Hearing** | | | | |
| 7/10/2025 | M. Kuhn | 0.4 | $68.00 | Prepared monthly fee statement (June 2025). |
| 7/21/2025 | P. Shields | 0.1 | $74.00 | Reviewed June 2025 Fee Statement. |
| 7/23/2025 | M. Kuhn | 0.4 | $68.00 | Prepared exhibits for monthly fee statement (June 2025). |
| 7/23/2025 | M. Kuhn | 0.3 | $51.00 | Prepared draft narrative for interim fee application (Thirteenth). |
| 7/23/2025 | M. Kuhn | 0.3 | $51.00 | Prepared exhibits for interim fee application (Thirteenth). |
| 7/24/2025 | M. Kuhn | 0.8 | $136.00 | Continued preparing draft narrative of interim fee application (Thirteenth). |
| 7/28/2025 | M. Kuhn | 0.6 | $102.00 | Made updates to draft interim fee application (Thirteenth). |
| 7/28/2025 | M. Kuhn | 0.4 | $68.00 | Made updates to monthly fee statement (June 2025). |
| 7/28/2025 | P. Shields | 0.3 | $222.00 | Outlined updates to 13th Interim Fee Application. |
| 7/28/2025 | P. Shields | 0.1 | $74.00 | Reviewed June 2025 Fee Statement. |
| 7/29/2025 | P. Shields | 1.7 | $1,258.00 | Made updates to 13th Interim Fee Application narrative. |
| 7/29/2025 | M. Kuhn | 0.5 | $85.00 | Updated draft of interim fee application (Thirteenth). |
| 7/29/2025 | P. Shields | 0.2 | $148.00 | Continued review of June 2025 Fee Statement. |
| *Task Code: 1060.00* | | *6.1* | *$2,405.00* | *Totals* |
| **TOTALS** | | **31.9** | **$17,348.50** | |

# EXHIBIT E1

 INTELLIGENCE THAT WORKS

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit E1: Summary of Expenses By Category

For the Period 7/1/2025 through 12/26/2025

| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $2,091.97 |
| 02. Travel - Train and Bus | $5.00 |
| 03. Travel - Taxi | $91.84 |
| 04. Travel - Car Rental | $205.60 |
| 07. Travel - Parking | $169.54 |
| 08. Travel - Hotel/Lodging | $1,215.20 |
| 10. Meals | $465.11 |
| 21. Other | $10.00 |
| **Total Expenses** | **$4,254.26** |

# EXHIBIT E2

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit E2: Summary of Expenses By Category

For the Period 6/17/2020 through 12/26/2025

| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $6,407.37 |
| 02. Travel - Train and Bus | $180.70 |
| 03. Travel - Taxi | $104.77 |
| 04. Travel - Car Rental | $406.38 |
| 05. Travel - Tolls | $5.00 |
| 06. Travel - Mileage | $377.35 |
| 07. Travel - Parking | $485.51 |
| 08. Travel - Hotel/Lodging | $6,044.95 |
| 09. Travel - Other | $60.00 |
| 10. Meals | $1,325.52 |
| 12. Publications | $825.00 |
| 20. Data Research | $165.77 |
| 21. Other | $10.00 |
| 22. Subcontracted Services | $19,182.95 |
| **Total Expenses** | **$35,581.27** |

# EXHIBIT F1

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

### Exhibit F1: Schedule of Expense Detail
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Amount | Description |
|------|--------------|--------|-------------|
| **01. Travel - Airline** | | | |
| 8/1/2025 | P. Shields | $697.80 | On 11/18/23, payment for travel 12/4/23 - 12/5/23 on Delta Airlines from SLC to New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $796.97 | On 3/15/25, payment for travel on Delta Airlines from SLC to New Orleans to attend in-person mediation 3/31/25 through 4/3/25. |
| 8/1/2025 | P. Shields | $597.20 | On 9/14/23, payment of travel on Delta Airlines from SLC to New Orleans to attend in-person mediation. |
| | | **$2,091.97** | **Total: 01. Travel - Airline** |
| **02. Travel - Train and Bus** | | | |
| 8/1/2025 | P. Shields | $2.50 | On 12/4/23, payment for public transit on train to SLC airport to attend in-person mediation in New Orleans. |
| 8/1/2025 | P. Shields | $2.50 | On 12/6/23, payment for public transit on train from SLC airport after attending in-person mediation in New Orleans. |
| | | **$5.00** | **Total: 02. Travel - Train and Bus** |
| **03. Travel - Taxi** | | | |
| 8/1/2025 | P. Shields | $57.40 | On 3/31/25, payment of Uber from MSY to New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $34.44 | On 4/3/25, payment of Uber from downtown New Orleans to MSY after participating in mediation. |
| | | **$91.84** | **Total: 03. Travel - Taxi** |
| **04. Travel - Car Rental** | | | |
| 8/1/2025 | P. Shields | $15.95 | On 10/5/23, payment for fuel for car rental while attending in-person mediation in New Orleans. |
| 8/1/2025 | P. Shields | $62.38 | On 10/5/23, payment of car rental from 10/4/23 through 10/5/23 while in New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $127.27 | On 12/6/23, payment of car rental from 12/4/23 through 12/6/23 while in New Orleans to attend in-person mediation. |
| | | **$205.60** | **Total: 04. Travel - Car Rental** |
| **07. Travel - Parking** | | | |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit F1: Schedule of Expense Detail**
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **07. Travel - Parking** | | | |
| 8/1/2025 | P. Shields | $43.86 | On 10/5/23, payment for parking expense at hotel in New Orleans while attending in-person mediation. |
| 8/1/2025 | P. Shields | $23.00 | On 10/5/23, payment for parking expense at SLC Airport while attending in-person mediation in New Orleans 10/4/23 - 10/5/23. |
| 8/1/2025 | P. Shields | $87.72 | On 12/6/23, payment for parking at Hotel while staying in New Orleans for in-person mediation. |
| 8/1/2025 | P. Shields | $14.96 | On 12/6/23, payment for parking in New Orleans while attending in-person mediation. |
| | | *$169.54* | *Total: 07. Travel - Parking* |
| **08. Travel - Hotel/Lodging** | | | |
| 8/1/2025 | P. Shields | $182.27 | On 10/5/23, payment of hotel for one night while in New Orleans attending in-person mediation. |
| 8/1/2025 | P. Shields | $381.98 | On 12/6/23, payment for Hotel while staying in New Orleans for in-person mediation. |
| 8/1/2025 | P. Shields | $650.95 | On 4/3/25, payment of Hotel while in New Orleans attending in-person mediation. |
| | | *$1,215.20* | *Total: 08. Travel - Hotel/Lodging* |
| **10. Meals** | | | |
| 8/1/2025 | P. Shields | $14.00 | On 10/4/23, payment of Dinner while in New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $18.52 | On 10/5/23, payment of Breakfast while in New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $9.80 | On 10/5/23, payment of Dinner while in New Orleans to attend in-person mediation. |
| 8/1/2025 | P. Shields | $179.80 | On 12/4/23, payment for Dinner for BRG (PS, MB) while attending in-person mediation in New Orleans. |
| 8/1/2025 | P. Shields | $199.85 | On 12/5/23, payment for Dinner for BRG (PS, MB) while attending in-person mediation in New Orleans. |
| 8/1/2025 | P. Shields | $20.98 | On 12/6/23, payment for Dinner while in New Orleans attending in-person mediation. |

 **INTELLIGENCE THAT WORKS**

## ARCHDIOCESE OF NEW ORLEANS (CASE NO. 20-10846)

**Exhibit F1: Schedule of Expense Detail**
For the Period 7/1/2025 through 12/26/2025

| Date | Professional | Amount | Description |
|------|--------------|--------|-------------|
| **10. Meals** | | | |
| 8/1/2025 | P. Shields | $6.16 | On 12/6/23, payment for Lunch while attending in-person mediation in New Orleans. |
| 8/1/2025 | P. Shields | $9.00 | On 3/31/25, payment of Dinner while in New Orleans participating in mediation. |
| 8/1/2025 | P. Shields | $7.00 | On 4/3/25, payment on lunch while attending in-person mediation in New Orleans. |
| | | *$465.11* | *Total: 10. Meals* |
| **21. Other** | | | |
| 8/1/2025 | P. Shields | $10.00 | On 12/6/23, payment for gratuity / tip while attending in-person mediation in New Orleans. |
| | | *$10.00* | *Total: 21. Other* |
| **TOTAL EXPENSES** | | **$4,254.26** | |

# EXHIBIT G

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | Chapter 11 |
| | § | |
| Debtor.[10] | § | |
| | § | |

---

**ORDER APPROVING FOURTEENTH INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKELEY RESEARCH GROUP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 17, 2020 THROUGH DECEMBER 26, 2025**

CAME ON for consideration the Fourteenth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period June 17, 2020 through December 26, 2025 (the "Application") filed by Berkeley Research Group, LLC (the "Firm"). The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on an interim basis that the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order:

---

[10] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **APPROVED** in its entirety. The Firm is allowed and awarded: (a) awarding BRG on a final basis, allowance of fees for reasonable, actual and necessary services rendered and expenses incurred on behalf of the Committee during the Interim Fee Period; (b) authorizing and directing the Debtor to pay the fees and expenses approved under the Application, less any fees and expenses previously paid pursuant to the Complex Case Order; (c) requesting the Debtor to reduce its payment by $109.00, as referenced in footnote 3 and 7 of the *Fourteenth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group*, for a total payment of **$34,307.76**, which amounts consist of $30,162.50 in fees incurred and $4,254.26 in expenses incurred during the Interim Fee Period; (d) granting on a final basis, allowance of fees in the amount of **$3,527,372.50** for professional services rendered to and on behalf of the Committee during the Final Fee Period, which amount is inclusive of $30,162.50 in fees incurred during the Interim Fee Period and **$35,581.27** for reasonable, actual and necessary expenses incurred by BRG during the Final Fee Period, which amount is inclusive of $4,254.26 in actual and necessary costs and expenses incurred during the Interim Fee Period; (e) allowing on a final basis compensation in the amount of **$8,885.00** for fees during the Post-Effective Date Period incurred in the preparation of BRG's Application, for a total final award of **$3,571,838.77**; and (f) authorize and order payment of awarded fees and expenses not previously paid to BRG.

New Orleans, Louisiana, this _____day of _____, 2026.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**