**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**SUPPLEMENT TO THE SEVENTEENTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 22, 2020 THROUGH DECEMBER 26, 2025**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026 AT 9:30 A.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor"), hereby files this supplement (the "Supplement") to its seventeenth and final application (the "Final Application")[2] [Docket No. 4895] and respectfully states as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Final Application.

4938-1116-5332.1 05067.00003

PSZJ's Final Application seeks final approval of fees in the amount of $8,177,186.60 and final approval of expenses in the amount of $469,312.18, for a total of $8,646,498.68 for the period May 22, 2020 through December 26, 2025. In its Final Application, PSZJ also requested an additional $47,405.00 in fees incurred for the period December 27, 2025 through February 27, 2026 (the "Post Effective Date Period") to prepare the Final Application and related pleadings, and assisting Stout Risius Ross, LLC, Rock Creek Advisors, LLC, and Berkeley Research Group, the Committee's other professionals (together, the "Other Committee Professionals"), in preparing their final fee applications and related pleadings.

Attached hereto as **Exhibit "H"** is a supplemental invoice in the amount of $17,765.86, consisting of $5,265.00 in additional fees and $12,500.86 in additional expenses incurred, not previously included in the Final Application for the Post Effective Date Period. These additional fees include preparing for filing the Final Application and the final fee applications of the Other Committee Professionals. Additional expenses incurred include copying and postage fees for mailing out the Final Application, the final fee applications of the Other Committee Professionals, and the notices of hearing of the Final Application and the final fee applications of the Other Committee Professionals. PSZJ further anticipates incurring an additional $225.00 in copying and postage expenses to serve out this Supplement.

The total amount, therefore, the Firm seeks to have approved in its Final Application on a final basis is $8,711,894.54, which amount is inclusive of (a) compensation in the amount of $504,417.50 and reimbursement of expenses in the amount of $49,184.16 for the Seventeenth Application Period; (b) compensation of $6,907,528.00 in fees incurred and reimbursement of expenses in the amount of $354,944.18, previously approved on an interim basis for the period May 22, 2020 through October 31, 2025, and $765,241.00 in fees incurred and $65,183.84 in reimbursable expenses for the period March 1, 2025 through June 30, 2025, which are pending

interim approval, (c) compensation in the amount of $52,670.00 of fees incurred for preparing its final fee application and assisting Other Committee Professionals with their final fee applications for the Post Effective Date Period, and (d) reimbursement of expenses in the amount of $12,725.86 for the Post Effective Date Period, for a total final award of $8,711,894.54.

Dated: March 6, 2026            Respectfully submitted,

By: */s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
       acaine@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT H

**Supplemental Invoice**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Archdiocese of New Orleans OCC
JIS

March 3, 2026
Invoice 152472
Client 05067.00003

RE: Final Fee Application Preparation

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/03/2026

| | |
|---|---:|
| FEES | $5,265.00 |
| EXPENSES | $12,500.86 |
| **TOTAL CURRENT CHARGES** | **$17,765.86** |
| **BALANCE FORWARD** | **$47,405.00** |
| **TOTAL BALANCE DUE** | **$65,170.86** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Archdiocese of New Orleans OCC  Invoice 152472
Client 05067.00003  March 3, 2026

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 800.00 | 2.20 | $1,760.00 |
| JIS | Stang, James I. | Partner | 800.00 | 0.40 | $320.00 |
| BDD | Dassa, Beth D. | Paralegal | 650.00 | 4.90 | $3,185.00 |
| | | | | 7.50 | $5,265.00 |

Pachulski Stang Ziehl & Jones LLP  
Archdiocese of New Orleans OCC  
Client 05067.00003

Page: 3  
Invoice 152472  
March 3, 2026

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| FE | Fee/Employment Application | 7.50 | $5,265.00 |
| | | 7.50 | $5,265.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 4
Archdiocese of New Orleans OCC  Invoice 152472
Client 05067.00003  March 3, 2026

**Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Postage | $3,016.66 |
| Reproduction Expense | $9,484.20 |
| | $12,500.86 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Archdiocese of New Orleans OCC  Invoice 152472
Client 05067.00003  March 3, 2026

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Fee/Employment Application**

| 02/26/2026 | AWC | FE | Revise final fee applications and materials. | 1.70 | 800.00 | $1,360.00 |
| 02/26/2026 | BDD | FE | Revisions to PSZJ December fee statement (.10) and email notice parties re same (.10) | 0.20 | 650.00 | $130.00 |
| 02/26/2026 | JIS | FE | Review Troutman fee application for any changes required in PSZJ application. | 0.40 | 800.00 | $320.00 |
| 02/27/2026 | AWC | FE | Emails and calls with team regarding final fee applications, notices, service. | 0.50 | 800.00 | $400.00 |
| 02/27/2026 | BDD | FE | Review/revise fee app docs for filing (3.40); call with/email K. McDowell re BRG fee app (.30); emails to/calls w/ N. Brown re fee apps (.30); call w/ S. Oppenheim re svc of apps (.20) calls with J. Stang, A. Caine, N. Brown and L. Sneed re same (.50) | 4.70 | 650.00 | $3,055.00 |
|  |  |  |  | **7.50** |  | **$5,265.00** |

**TOTAL SERVICES FOR THIS MATTER:**     **$5,265.00**

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 6 |
| Archdiocese of New Orleans OCC | | | Invoice 152472 |
| Client 05067.00003 | | | March 3, 2026 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 02/18/2026 | RE | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 02/26/2026 | PO | Postage | 1.61 |
| 02/26/2026 | RE | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/27/2026 | PO | Postage | 3,015.05 |
| 02/27/2026 | RE | ( 15120 @0.10 PER PG) | 1,512.00 |
| 02/27/2026 | RE | ( 1080 @0.10 PER PG) | 108.00 |
| 02/27/2026 | RE | ( 15300 @0.10 PER PG) | 1,530.00 |
| 02/27/2026 | RE | ( 30202 @0.10 PER PG) | 3,020.20 |
| 02/27/2026 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 02/27/2026 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/28/2026 | RE | ( 16146 @0.10 PER PG) | 1,614.60 |
| 02/28/2026 | RE | ( 16848 @0.10 PER PG) | 1,684.80 |

**Total Expenses for this Matter**     **$12,500.86**

Pachulski Stang Ziehl & Jones LLP  Page: 7
Archdiocese of New Orleans OCC  Invoice 152472
Client 05067.00003  March 3, 2026

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 03/03/2026**   **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 152457 | 02/26/2026 | $47,405.00 | $0.00 | $47,405.00 |

**Total Amount Due on Current and Prior Invoices:** **$65,170.86**

## CERTIFICATE OF SERVICE

I hereby caused a copy of the foregoing *Supplement to the Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025* to be served on March 6, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on March 6, 2026.

/s/ *Nancy H. Brown*
Nancy H. Brown

4938-1116-5332.1 05067.00003