# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**,<br><br>                      Debtor.[1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the following document to be served on March 6, 2026, on all parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List maintained by Donlin Recano & Co., Inc. (as set forth on the attached Exhibit A), via first-class United States mail, postage prepaid:

> Supplement to the Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee Of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025 [Docket No. 4922]

Executed this 6th day of March, 2026 at Los Angeles, California.

                                                        */s/ Nancy H. Brown*
                                                         Nancy H. Brown

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4933-4633-7428.1 05067.001

# **EXHIBIT "A"**

LA:4933-4633-7428.1 05067.001

# The Roman Catholic Church of the Archdiocese of New Orleans

| | | |
|---|---|---|
| ADVANCED RECONSTRUCTIVE CARE<br>DR. RAVI TANDON<br>3900 VETERANS MEMORIAL BLVD<br>STE 200<br>METAIRIE LA 70002 | AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK, NY 10087 | ARGENT INSTITUTIONAL TRUST COMPANY<br>KEVIN M DOBRAVA, MANAGING DIRECTOR<br>FORMERLY TMI TRUST COMPANY<br>5901 PEACHTREE DUNWOODY ROAD, STE C-495<br>ATLANTA, GA 30328 |
| ATMOS ENERGY LOUISIANA<br>CHRISTOPHER T. FORSYTHE, CFO<br>1818 ERASTE LANDRY ROAD<br>LAFAYETTE, LA 70506 | AVA LAW GROUP INC<br>ANDREW VAN ARSDALE<br>2718 MONTANA AVENUE STE 222<br>BILLINGS, MT 59101 | AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC<br>REAGAN CHARLESTON THOMAS<br>17 EAST MAIN ST.,STE 200<br>PENSACOLA, FL 32502 |
| BADIA MORO HEWETT ARCHITECTS LLC<br>TERRILL HEWETT<br>2014 JENA ST<br>NEW ORLEANS, LA 70115 | BLANK ROME LLP<br>1825 EYE ST NW<br>WASHINGTON, DC 20006 | BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 METAIRIE ROAD STE 202<br>METAIRIE, LA 70005 |
| BRT ENERGY ADVISORS, LLC<br>10810 KATY FWY<br>HOUSTON, TX 77043 | BSN SPORTS<br>KENT LABOR, CFO<br>14460 VARSITY BRANDS WAY<br>FARMERS BRANCH, TX 75244-1200 | CITY OF NEW ORLEANS<br>DEPT OF FINANCE<br>BUREAU OF REVENUE<br>PO BOX 61840<br>NEW ORLEANS, LA 70161-1840 |
| CORASS ELECTRICAL SVC<br>EDWARD CORASS III<br>PO BOX 73729<br>METAIRIE, LA 70033-3720 | COUHIG PARTNERS, LLC<br>1100 POYDRAS ST STE 3250<br>NEW ORLEANS, LA 70163 | CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS, LA 70123 |
| DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA, LA 70364 | DELL FINANCIAL SVC LP<br>MALL STOP P82DF<br>23 ONE DELL WAY<br>ROUND ROCK, TX 78682 | DENTONS US LLP<br>NATALIE LIMBER<br>601 SOUTH FIGUEROA ST., STE 2500<br>LOS ANGELES, CA 90017-570 |
| DENTONS US LLP<br>LEANNE SUNDERLAND<br>303 PEACHTREE ST.,NE STE 5300<br>ATLANTA, GA 30308-3265 | DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS, LA 70123 | EDGAR STEWART SPIELMAN ON BEHALF OF CREDITOR CAPITAL ONE NATIONAL ASSOC.<br>HINSHAW AND CULBERTSON LLP<br>II CITY PLAZA<br>400 CONVENTION ST., STE 1001<br>BATON ROUGE, LA 70801 |
| ENTERGY<br>SEAN D MOORE ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS, LA 70113 | ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF GENERAL COUNSEL<br>ARIEL RIOS BLDG<br>1200 PENNSYLVANIA AVE NW MAIL CODE 2310A<br>WASHINGTON, DC 20460 | FIRST BANK AND TRUST<br>JAMES R NOEL<br>118 LAKE DRIVE<br>COVINGTON, LA 70433 |
| GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD, 5TH FL<br>ROLLING MEADOWS IL 60008 | GEORGE G ANGELUS, PLC<br>GEORGE G ANGELUS<br>700 CAMP ST.<br>NEW ORLEANS LA 70130 | GREENBERG TRAURIG LLP<br>NANCY A PETERMAN<br>77 WEST WACKER DRIVE STE 3100<br>CHICAGO IL 60601 |

LA:4933-4633-7428.1 05067.001

| | | |
|---|---|---|
| | GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW CORP)<br>GREGORY A PLETSCH<br>111 FOUNDERS DRIVE STE 500<br>BATON ROUGE, LA 70810 | HAHN ENTERPRISES, INC.<br>TANIA E. HAHN<br>3702 BIENVILLE ST<br>NEW ORLEANS, LA 70119 |
| HANCOCK WHITNEY BANK<br>PO BOX 4019<br>GULFPORT, MS 39502-4019 | HANCOCK WHITNEY BANK<br>BANKRUPTCY DEPT<br>2510 14TH ST<br>GULFPORT, MS 39501 | HANCOCK WHITNEY BANK<br>CREDIT CARD CENTER<br>PO BOX 96601<br>CHARLOTTE, NC 28296-6601 |
| HANCOCK WHITNEY BANK<br>5328 GOVERNMENT ST<br>BATON ROUGE, LA 70806 | HANCOCK WHITNEY BANK, INDENTURE TRUSTEE<br>C/O BUTLER SNOW LLP<br>DAVID S. RUBIN<br>445 NORTH BLVD., SUITE 300<br>BATON ROUGE, LA 70802 | HELLER DRAPER PATRICK HORN ET AL.<br>LESLIE A COLLINS; GRETA M BROUPHY<br>650 POYDRAS ST., SUITE 2500<br>NEW ORLEANS, LA 70130-6103 |
| HINSHAW & CULBERTSON LLP<br>HEATHER LASALLE ALEXIS,ESQ<br>900 CAMP ST., 3RD FLOOR<br>NEW ORLEANS, LA 70130 | INTERNAL REVENUE SVC<br>OFFICE OF DISTRICT COUNSEL<br>PO BOX 30509<br>NEW ORLEANS, LA 70190 | INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE NW<br>WASHINGTON, DC 20004-2541 | INTERNAL REVENUE SVC<br>1555 POYDRAS ST<br>STE 220, M/S 31<br>NEW ORLEANS, LA 70112 | J S<br>2610 W SAM HOUSTON PKWY<br>STE. 200<br>HOUSTON, TX 77042 |
| JEFFERSON PARISH SHERIFFS OFFICE<br>BUREAU OF REVENUE AND TAXATION<br>SALES TAX DIVISION<br>PO BOX 248<br>GRETNA, LA 70054 | JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY INTERNATIONAL INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON, TX 77002 | JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY UNITED STATES FIRE INSURANCE CO<br>OMELVENY AND MYERS LLC<br>700 LOUISIANA STE 2900<br>HOUSTON, TX 77002 |
| JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE, OR 97440 | KIM M BRAUD<br>PO BOX 741505<br>NEW ORLEANS, LA 70174 | KS STATE BANK<br>1010 WESTLOOP<br>PO BOX 69<br>MANHATTAN, KS 66505-0069 |
| LARZELERE PICOU WELLS SIMPSON LONERO LLC<br>WILSON L MALOZ III<br>3850 N CAUSEWAY BLVD., STE 500<br>TWO LAKEWAY CENTER<br>METAIRIE, LA 70002 | LAW OFFICE OF MIGUEL A ELIAS<br>MIGUEL A ELIAS<br>4224 WILLIAMS BLVD<br>KENNER, LA 70065 | LAW OFFICES OF FRANK J D'AMICO JR<br>FRANK J D'AMICO JR<br>4608 RYE STREET<br>METAIRIE, LA 70006 |
| LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS, LA 70118 | LOUISIANA DEPT OF ENVIRONMENTAL QUALITY<br>602 NORTH FIFTH ST<br>BATON ROUGE, LA 70802 | LOUISIANA DEPT OF JUSTICE<br>RYAN M SEIDEMANN, ASST. ATTORNEY GENERAL<br>CIVIL DIVISION/ LANDS & NATURAL RESOURCES<br>POST OFFICE BOX 94005<br>BATON ROUGE, LA 70804-9005 |

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE, LA 70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE, LA 70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE, LA 70821-0201

LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE, LA 70821-0201

LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE, LA 70802

LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE, LA 70808

LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR
STE 2000
BATON ROUGE, LA 70808

MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK, NJ 07102

MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT, NJ 07901

METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS, LA 70124

MICHAEL L DESHAZO ON BEHALF OF DEFENDANT
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
832 W BOSTON ST., STE 6
COVINGTON, LA 70433-2940

MIGUEL A ELIAS ON BEHALF OF INTERESTED PARTY FR JB
285 WEST ESPLANADE AVE., STE 303
KENNER, LA 70065

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS, TX 75202

OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121

OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
600 S MAESTRI PLACE STE 840-T
NEW ORLEANS, LA 70130

OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS, LA 70130

OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
1 OPTUM CIR
EDEN PRAIRIE, MN 55344-2956

PROSKAUER ROSE LLP
TIMOTHY KARCHER
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

PROSKAUER ROSE LLP
PAUL POSSINGER
70 WEST MADISON, STE 3800
CHICAGO, IL 60602

REED & PEDERSEN
JONATHAN C. PEDERSEN
516 N COLUMBIA STREET
COVINGTON, LA 70433

RUSSELL POTTHARST
PO BOX 13281
LOS ANGELES, CA 90013

RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY STATE OF LOUISIANA
LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE, LA 70802

SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1990
GRAY, LA 70359-1990

STEWART ROBBINS BROWN & ALTAZAN LLC
BRANDON A BROWN; BROOKE W ALTAZAN; JAMIE D CANGELOSI
301 MAIN ST., STE 1640
PO BOX 2348
BATON ROUGE LA 70821-2348

SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON, TX 77002

THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS, LA 70130

| | | |
|---|---|---|
| THE ROMAN CATHOLIC CHURCH<br>ARCHDIOCESE OF NEW ORLEANS<br>SUSAN ZERINGUE, GENERAL COUNSEL<br>7887 WALMSLEY AVE<br>NEW ORLEANS, LA 70125 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 | US DEPT OF LABOR OSHA<br>OSHA REGION 4<br>525 GRIFFIN ST STE 602<br>DALLAS, TX 75202 |
| | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>OGDEN, UT 84201-0005 | US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNAT,I OH 45280-6532 |
| US DEPT OF TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS, LA 70130 | VERMONT DEPT OF FINANCIAL REGULATION<br>MR DAVID F PROVOST CFE<br>DEPUTY COMMISSIONER -CAPTIVE INSURANCE<br>89 MAIN STREET<br>MONTPELIER, VT 05620-3101 |
| WHITE OAK CONSULTING<br>PAUL A. BREAUX<br>88 MELROSE DR<br>DESTREHAN, LA 70047 | WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD., STE 201<br>BATON ROUGE, LA 70802 | WRIGHT NATIONAL FLOOD INSURANCE<br>PATTY TEMPLETON-JONES<br>PO BOX 33070<br>ST. PETERSBURG, FL 33733-8070 |