**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## MICHELLE STRATTON'S
## NOTICE OF APPEARANCE AS DEBTOR'SC OUNSEL

Michelle Stratton files this notice of appearance as legal counsel for the Roman Catholic Church of the Archdiocese of New Orleans and requests that all notices given or required to be given in this case and all papers required to be filed and/or served in this case be sent to the undersigned.

Dated: March 6, 2026    Respectfully submitted,

**MURPHY BALL STRATTON LLP**

 /s/ *Michelle S. Stratton*
Michelle S. Stratton
La. Bar No. 32684
1001 Fannin St., Suite 720
Houston, Texas 77002
Telephone: (832) 726-8321
mstratton@mbssmartlaw.com
***Attorneys for Debtor***

1