# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO: 20-10846 |
| | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | |
| OF THE ARCHDIOCESE OF NEW | CHAPTER 11 |
| ORLEANS, | COMPLEX CASE |
| | |
| DEBTORS.[1] | SECTION A |

## ORDER

The Court currently has a hearing scheduled on March 17, 2026, to consider the following matters:

i. *Eleventh Interim Application of Jones Walker LLP for Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from November 1, 2023 Through February 29, 2024*, [ECF Doc. 2927],

ii. *Twelfth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from March 1, 2024 Through June 30, 2024*, [ECF Doc. 3240],

iii. *Thirteenth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 Through October 31, 2024*, [ECF Doc. 3525];

iv. *Fourteenth Interim Application of Jones Walker LLP For Allowance of Compensation and Reimbursement of Expenses, as Counsel to the Debtor and the Debtor in Possession, for the Period from July 1, 2024 Through October 31, 2024*, ECF Doc. 3864];

v. *Fifteenth Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for*

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

    *the Official Committee of Unsecured Creditors for the Period March 1, 2025 Through June 30, 2025,* [ECF Doc. 4184];

vi. *Fifteenth Interim Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through June 30, 2025,* [ECF Doc. 4205];

(collectively, the "<u>Interim Fee Applications</u>").

**IT IS ORDERED** *sua sponte* that the hearing to consider the Interim Fee Applications is **CONTINUED** to **Thursday, May 14, 2026, at 9:30 a.m.** and **Friday, May 15, 2026, at 9:30 a.m.** to be heard with final fee applications filed per this Court's Order dated December 23, 2025, [ECF Doc. 4811], according to the pretrial and trial instructions contained in that Order.

**IT IS FURTHER ORDERED** that counsel for the Reorganized Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, March 11, 2026.

                                                MEREDITH S. GRABILL
                                      UNITED STATES BANKRUPTCY JUDGE