**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON TUESDAY, MARCH 17, 2026, AT 1:30 P.M.**

The above-captioned reorganized debtor, the Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Reorganized Debtor**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Tuesday, March 17, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

#111377954v2

## CONTESTED MATTERS

1. *N.M.'s Expedited Motion for Leave to File N.M.'s Sexual Abuse Survivor Proof of Claim* **[ECF No. 4583]**

    **Movant:** N.M.
    **Nature of Matter:** Motion for Leave to File Proof of Claim
    **Response Deadline:** March 10, 2026
    **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4846.
    **Responses:**

    - *The Settlement Trustee's Omnibus Limited Objection to Certain Motions for Leave to File Late Claims* **[ECF No. 4928]**

2. *J.H.'s Expedited Motion for Leave to File J.H.'s Sexual Abuse Survivor Proof of Claim* **[ECF No. 4647]**

    **Movant:** J.H.
    **Nature of Matter:** Motion for Leave to File Proof of Claim
    **Response Deadline:** March 10, 2026
    **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4846.
    **Responses:**

    - *The Settlement Trustee's Omnibus Limited Objection to Certain Motions for Leave to File Late Claims* **[ECF No. 4928]**

3. *R.L.S.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4741]**

    **Movant:** R.L.S.
    **Nature of Matter:** Motion for Leave to File Proof of Claim
    **Response Deadline:** March 10, 2026
    **Status:** This matter is going forward in accordance with the Order entered at ECF No. 4846.
    **Responses:**

    - *The Settlement Trustee's Omnibus Limited Objection to Certain Motions for Leave to File Late Claims* **[ECF No. 4928]**

4. *G.B.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4743]**

    **Movant:** G.B.
    **Nature of Matter:** Motion for Leave to File Proof of Claim
    **Response Deadline:** March 10, 2026

  **Status:**   This matter is going forward in accordance with the Order entered at ECF No. 4846.
  **Responses:**

- *The Settlement Trustee's Omnibus Limited Objection to Certain Motions for Leave to File Late Claims* **[ECF No. 4928]**

5. *G.M.G.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4865]**

  **Movant:**   G.M.G.
  **Nature of Matter:**   Motion for Leave to File Proof of Claim
  **Response Deadline:**   March 10, 2026
  **Status:**   This matter is going forward.
  **Responses:**

- *The Settlement Trustee's Limited Objection to G.M.G.'s Motion for Leave to File Sexual Abuse Survivor Proof of Claim* **[ECF No. 4927]**

Dated: March 16, 2026   Respectfully submitted,

*/s/ Samantha A. Oppenheim*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

#111377954v2

**CERTIFICATE OF SERVICE**

       I hereby certify, on March 16, 2026, that a true and correct copy of the foregoing Notice of Agenda (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, including all attorneys who have filed papers with respect to the matters scheduled for hearing, and (b) is contemporaneously being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].

                                        */s/ Samantha A. Oppenheim*
                                        Samantha A. Oppenheim

#111377954v2