# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § § § § | (Jointly Administered) |
| | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| Debtor.[1] | § § | SECTION A |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Donald C. Massey, as Settlement Trustee (the "Settlement Trustee"), filed the *Settlement Trustee's Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [ECF Doc. No. [4949]] (the "Third Omnibus Objection") on March 16, 2026, seeking entry of an order disallowing and expunging certain proofs of claim filed against the Debtor and Additional Debtors and their estates, listed on **Schedule 1** attached to the Third Omnibus Objection, that were not timely filed by the Abuse Claims Bar Dates (the "Late-Filed Claims").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Third Omnibus Objection will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **April 16, 2026, at 1:30 p.m. Central Daylight Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**. Parties-in-interest may participate in the Hearing (i) in person; (ii) by telephone only (Dial-In: 504.517.1385, access code: 129611); or (iii) by telephone using the dial-in number and video using

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

https://gotomeet.me/judgegrabill, (meeting code: "JudgeGrabill"). Parties-in-interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Third Omnibus Objection, you must file a written response within thirty (30) calendar days of the date of the Third Omnibus Objection in accordance with the procedures set forth the Third Omnibus Objection and appear at the hearing if such response is not resolved prior to the hearing. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Third Omnibus Objection as unopposed and grant the relief requested.

| | |
|---|---|
| Dated: March 16, 2026 | Respectfully submitted,<br><br>By: *Bradley C. Knapp*<br>Omer F. Kuebel, III (La #21682)<br>Bradley C. Knapp (La #35867)<br>Troutman Pepper Locke LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>Email: rick.kuebel@troutman.com<br>        brad.knapp@troutman.com<br><br>**-and-**<br><br>W. Steven Bryant (*admitted pro hac vice*)<br>Texas Bar. No. 24027413<br>Federal I.D. No. 32913<br>Troutman Pepper Locke LLP<br>300 Colorado St., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 305-4726<br>Facsimile: (512) 305-4800<br>Email: steven.bryant@troutman.com<br><br>*Counsel to Donald C. Massey, as Settlement Trustee* |