**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | § § § § | (Jointly Administered) |
| | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| Debtor.[1] | § § § | SECTION A |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Donald C. Massey, as Settlement Trustee (the "Settlement Trustee"), filed the *Settlement Trustee's Fifth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* [ECF Doc. No. [4953]] (the "Fifth Omnibus Objection") on March 16, 2026, seeking entry of an order disallowing and expunging certain proofs of claim filed against the Debtor and Additional Debtors and their estates, listed on **Schedule 1** attached to the Fifth Omnibus Objection, that were (i) not timely filed by the Abuse Claims Bar Dates, and (ii) are potentially subject to the BSA Channeling Injunction (the "Late-Filed BSA Claims").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Fifth Omnibus Objection will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **April 16, 2026, at 1:30 p.m. Central Daylight Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**. Parties-in-interest may participate in the Hearing (i) in person; (ii) by telephone only (Dial-In: 504.517.1385, access

---

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

1

code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/judgegrabill, (meeting code: "JudgeGrabill"). Parties-in-interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Fifth Omnibus Objection, you must file a written response within thirty (30) calendar days of the date of the Fifth Omnibus Objection in accordance with the procedures set forth the Fifth Omnibus Objection and appear at the hearing if such response is not resolved prior to the hearing. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Fifth Omnibus Objection as unopposed and grant the relief requested.

Dated: March 16, 2026

Respectfully submitted,

By: *Bradley C. Knapp*
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rick.kuebel@troutman.com
   brad.knapp@troutman.com
**-and-**

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*