**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: | Case No. 20-10846 |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, | Section "A" |
| Debtor. [1] | Chapter 11 |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT** the following documents filed on March 13, 2026, are hereby withdrawn:

1.  The Settlement Trustee's Motion For Entry Of An Order To Enforce The Terms Of Confirmation Order Of The Seventh Amended Modified Joint Chapter 11 Plan Of Reorganization Approving Settlement Agreement And Policy Buy-Backs With United States Fidelity & Guaranty And Granting Related Relief [Docket No. 4939];

2.  Notice Of Settlement Trustee's Motion For Entry Of An Order To Enforce The Terms Of Confirmation Order Of The Seventh Amended Modified Joint Chapter 11 Plan Of Reorganization Approving Settlement Agreement And Policy Buy-Backs With United States Fidelity & Guaranty And Granting Related Relief [Docket No. 4943]; and

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3. Declaration Of Donald C. Massey As Settlement Trustee In Support Of Motion For Entry Of An Order To Enforce The Terms Of The Confirmation Order Of The Seventh Amended Modified Joint Chapter 11 Plan Of Reorganization Approving Settlement Agreement And Policy Buy-Backs With United States Fidelity & Guaranty And Granting Related Relief [Docket No. 4945].

Dated:  March 17, 2026

Respectfully submitted,

*/s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435) – *admitted pro hac vice*
Andrew W. Caine (CA Bar No.110345) – *admitted pro hac vice*
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310)-277-6910
Facsimile: (310)-201-0760
Email:  jstang@pszjlaw.com
         acaine@pszjlaw.com

*Co-Counsel to the former Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby caused a true and correct copy of the foregoing *Notice Of Withdrawal* to be served on March 17, 2026, upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Andrew W. Caine*
Andrew W. Caine