**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** (JOINTLY ADMINISTERED) |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1]** | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

## ORDER

Before the Court is the Ex Parte *Motion of Settlement Trustee for an Order Pursuant to Bankruptcy Code Sections 105(a) and 107 and Bankruptcy Rule 9018 Authorizing Filing Exhibit to Certificate of Service Under Seal* (the "Motion To Seal"), [ECF Doc. 4935], filed by Donald C. Massey, as Settlement Trustee (the "Settlement Trustee").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall enter under seal **Exhibit 1** to the *Certificate of Service* for the *Settlement Trustee's Second Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1*, [ECF Doc. 4933].

**IT IS FURTHER ORDERED** that the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, March 17, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE