**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.**[1] | § | **SECTION A** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on March 23, 2026, the Roman Catholic Church of the Archdiocese of New Orleans, the above-captioned reorganized debtor (the "**Reorganized Debtor**" or "**Archdiocese**"), filed the *Motion of the Reorganized Debtor to Enforce Supersedeas Bond, or in the Alternative, for the Issuance of a Writ of Execution*, [ECF No. 4972], (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **April 16, 2026, at 1:30 p.m. Central Time** in **Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**, or by telephone – **Dial-in: 1-504-517-1385; Conference Code: 129611**, or by video at https://gotomeet.me/JudgeGrabill (audio will be through the dial-in number).[2]

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

[2] Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

#111413583v1

**PLEASE TAKE FURTHER NOTICE** that hearing appearances may be made in advance of both virtual and in-person hearings.  To make your appearance, on the day of the hearing, click the "Electronic Appearance" link on Judge Grabill's home page.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written objection no later than seven (7) days before the hearing date.  You must serve a copy of your response on the person who sent you this notice.  Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
MARK A. MINTZ (#31878)
SAMANTHA A. OPPENHEIM (#38364)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  soppenheim@joneswalker.com

**ATTORNEYS FOR**
**THE ROMAN CATHOLIC CHURCH OF**
**THE ARCHDIOCESE OF NEW ORLEANS**

#111413583v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Notice is being served (a) on March 23, 2026, by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system; (b) by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22], to be sent by Donlin Recano & Company, LLC ("**DRC**"); (c) by email on M. Joseph Rosas, Esq., Senior Bond Claims Attorney, U.S. Specialty Insurance Company, at jrosas@tmhcc.com; and (d) by First Class U.S. Mail, postage prepaid, on U.S. Specialty Insurance Company at 801 S. Figueroa Street, Suite 700, Los Angeles, CA 90017.  DRC shall file a certificate of service to that effect once service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

3

#111413583v1