**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE ROMAN CATHOLIC CHURCH OF | ) | **Case No. 20-10846** |
| THE ARCHDIOCESE OF NEW | ) | |
| ORLEANS | ) | **Section "A"** |
| | ) | |
| DEBTOR.[1] | ) | **Chapter 11** |
| | ) | |

**[PROPOSED] ORDER APPOINTING A SUCCESSOR UNKNOWN ABUSE CLAIMS REPRESENTATIVE**

Upon *The Settlement Trustee's Motion for Entry of an Order Appointing a Successor Unknown Abuse Claims Representative* [ECF No. 4976] (the "Motion")[2], filed by the Settlement Trustee in these Chapter 11 Cases, for entry of an order, pursuant to sections 327(a), 330, 1107, 1108, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Settlement Trustee to retain and compensate Joshua Hogan as the successor Unknown Abuse Claims Representative to represent the interests of the Unknown Abuse Claimants that may have Unknown Abuse Claims against the Reorganized Archdiocese and Reorganized Additional Debtors; the Court having reviewed and considered the Motion, the Hogan Declaration, and all other filings in support of the Motion and the statements of counsel and Joshua Hogan at the hearing on the Motion; the Court having found it has jurisdiction over this matter, venue in this Court is proper, and notice of the Motion was reasonable and sufficient under the circumstances; and the Court having found the relief requested in the Motion is in the best interests of the Reorganized

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used but not defined herein shall have the definition ascribed to them in the Motion.

1

326438480v3

Archdiocese and Reorganized Additional Debtors, their creditors, and other parties in interest; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that**:**

1. The Motion is granted as set forth herein;

2. The Court hereby appoints Joshua Hogan as the successor Unknown Abuse Claims Representative in these Chapter 11 Cases with all of the power and duties described and previously assigned to Judge Michael R. Hogan (ret.) as Unknown Abuse Claims Representative in the Court's August 18, 2021 *Order (I) Appointing a Legal Representative to Represent the Interests of Unknown Tort Claimants, and (II) Approving the Retention of Michael R. Hogan as the Unknown Tort Claims Representative*, Nunc Pro Tunc *to July 26, 2021* [ECF No. 1012] (the "Appointment Order"), as amended by section 5.10 of the Plan;

3. Joshua Hogan's appointment shall be effective as of February 11, 2026;

4. Joshua Hogan shall submit invoices to the Reorganized Debtor to receive payment for his work as the successor Unknown Abuse Claims Representative from the funds established by the Plan for payment of Unknown Abuse Claims;

5. This Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

New Orleans, Louisiana, this ____day of _____, 2026

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

326438480v3