**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE ROMAN CATHOLIC CHURCH OF | ) | **Case No. 20-10846** |
| THE ARCHDIOCESE OF NEW | ) | |
| ORLEANS | ) | **Section "A"** |
| | ) | |
| DEBTOR.[1] | ) | **Chapter 11** |
| | ) | |

**THE SETTLEMENT TRUSTEE'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON MOTION FOR ENTRY OF AN ORDER APPOINTING A SUCCESSOR UNKNOWN ABUSE CLAIMS REPRESENTATIVE**

Donald C. Massey, as Settlement Trustee (the "Settlement Trustee"), by and through his undersigned counsel, files this *Ex Parte* Motion for an Expedited Hearing (this "Motion for Expedited Hearing") on *The Settlement Trustee's Motion for Entry of an Order Appointing A Successor Unknown Abuse Claims Representative*[2] [ECF Nos. 4976 and 4977] (the "Appointment Motion") and respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This Motion for Expedited Hearing is governed by Rule 9013-1(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana.

**Request for Expedited Hearing**

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* (Doc. No. 4762) (the "Plan").

1

326895403v1

4.      The Appointment Motion, filed simultaneously with this Motion for Expedited Hearing, relates to the appointment of Joshua Hogan as the Unknown Abuse Claims Representative (as defined therein).

5.      As set forth in the Appointment Motion, there may be at least one movant who is likely an "Unknown Abuse Claimant" under the Plan. [*See* ECF No. 4762-1, ¶ 302]. Accordingly, and as discussed at the hearings held in this matter on March 17, 2026, it is essential that Joshua Hogan be formally appointed and begin his work as the Unknown Abuse Claims Representative as soon as possible.

6.      The Settlement Trustee requests that the Appointment Motion be considered on an expedited basis during a special setting on April 1, 2026 at 9:30 AM. The Settlement Trustee further requests that parties be allowed until March 31, 2026 at 12:00 PM to file any response or objection to the Appointment Motion.

7.      The Settlement Trustee has contacted counsel for the Reorganized Debtor, regarding this request for expedited hearing. The Reorganized Debtor does not oppose the request to expedite.

**WHEREFORE**, the Settlement Trustee respectfully requests that the Court enter an order, substantially in the form of the attached Proposed Order, setting the Appointment Motion for an expedited hearing on April 1, 2026, at 9:30 AM, and granting such other relief as the Court deems just and appropriate.

326895403v1

Dated:  March 25, 2026

Respectfully submitted,

*By: /s/ Bradley C. Knapp*
Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: brad.knapp@troutman.com
         rick.kuebel@troutman.com


W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Troutman Pepper Locke LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steve.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*

326895403v1