**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE ROMAN CATHOLIC CHURCH OF | ) | **Case No. 20-10846** |
| THE ARCHDIOCESE OF NEW | ) | |
| ORLEANS | ) | **Section "A"** |
| | ) | |
| DEBTOR.[1] | ) | **Chapter 11** |
| | ) | |

**[PROPOSED] ORDER**

Before the Court is *The Settlement Trustee's* Ex Parte *Motion for Expedited Hearing on Motion for Entry of an Order Appointing a Successor Unknown Abuse Claims Representative* [ECF No. 4978] (the "Motion for Expedited Hearing"), filed by Donald C. Massey, as Settlement Trustee (the "Settlement Trustee");

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion for Expedited Hearing is **GRANTED**.

**IT IS FURTHER ORDERED** that *The Settlement Trustee's Motion for Entry of an Order Appointing a Successor Unknown Abuse Claims Representative* [ECF No. 4977] (the "Appointment Order") is set for an expedited hearing on **April 1, 2026, at 9:30 AM** (the "Expedited Hearing") before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the Expedited Hearing: (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any responses to the Appointment Motion must be filed and properly served no later than **March 31, 2026, at 12:00 PM.**

**IT IS FURTHER ORDERED** that the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice, and file a certificate of service into the record.

 New Orleans, Louisiana, this ____day of _____, 2026

_____
 MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE