**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

**ORDER**

Considering the *Joint Stipulation* (the "Joint Stipulation"), [ECF Doc. 4985], filed by the Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor"); Stewart Robbins Brown & Altazan, LLC; Pachulski Stang Ziehl & Jones, LLP; Troutman Pepper Locke; Jones Walker LLP; and the U.S. Trustee for Region 5 (the "UST"); and the Court having reviewed the Joint Stipulation and finding good cause therefor;

**IT IS ORDERED** that the Joint Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the deadline for the UST and the Reorganized Debtor to file and serve objections to the Final Fee Applications is hereby extended from March 31, 2026, to **Tuesday, April 14, 2026**.

**IT IS FURTHER ORDERED** that except as expressly modified herein, all other deadlines and requirements set forth in the Fee Application Scheduling Order, [ECF Doc. 4811], shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the counsel for the Reorganized Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies

notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, March 31, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

(collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.