**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § | SECTION A |

**ORDER**

Before the Court are the following matters:

i. *R.L.S.'S Motion for Leave To File Sexual Abuse Survivor Proof of Claim* ("R.L.S.'s Motion"), [ECF Doc. 4741]; the objection thereto, [ECF Doc. 4928], filed by Donald C. Massey (the "Settlement Trustee"); and

ii. *G.M.G.'S Motion for Leave To File Sexual Abuse Survivor Proof of Claim* ("G.M.G.'s Motion"), [ECF Doc. 4865]; and the objection thereto, [ECF Doc. 4927], filed by the Settlement Trustee.

Upon agreement by the parties,

**IT IS ORDERED** that the R.L.S.'s Motion is **DENIED AS MOOT**, and G.M.G.'s Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that counsel for R.L.S. and G.M.G. is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 9, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE