**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

**ORDER**

Before the Court is the Ex Parte *Motion for Expedited Hearing on Expedited Motion (I) To Strike Certain Abuse Survivors' Objection to Jones Walker, LLP's Final Application for Allowance of Compensation and Reimbursement, and (II) for Sanctions Under 28 U.S.C. § 1927 and 11 U.S.C. § 105(a)* (the "Motion To Expedite"), [ECF Doc. 5005], filed by Jones Walker LLP (the "Movant").

Considering the record and pleadings, and the applicable law,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Court will hold a status conference on the *Expedited Motion (I) To Strike Certain Abuse Survivors' Objection to Jones Walker, LLP's Final Application for Allowance of Compensation and Reimbursement, and (II) for Sanctions Under 28 U.S.C. § 1927 and 11 U.S.C. § 105(a)*, [ECF Doc. 5004], filed by the Movant, on **Wednesday,**

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603].  On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817].  The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

**April 15, 2026, at 4:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 10, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE