**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS | § § § § | CHAPTER 11 SECTION A |
| DEBTOR | § | |

**RESPONSES RECEIVED BY COURT[1]**

# FILED UNDER SEAL

- Response by A.S.
- Response by A.H. Claim 60080/ & Updated Response
- Response by A.O. Claim 60205
- Response by D.L.
- Response by G.P. Claim 6005400
- Response by M.B. Claim 60341
- Response by V.C. Claim ESAS 419 / & Amended Response to include signature
- Response by K.B./ & Updated Response Claim 60097 K.B.
- Response by P.L. Claim 60325
- Response by K.C. Claim 60024

---

[1]The sealed documents have been placed in the sealed cabinet.