**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 10th day of April 2026, DRC, at my direction and under my supervision, caused a true and accurate copy of the "Order Granting in Part and Denying in Part the Motion to Expedite and Scheduling Status Conference" (Docket No. 5007), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 13th day of April 2026, New York, New York.

By _Edward A. Calderon_
Edward A. Calderon

Sworn before me this
13th day of April 2026

_[signature]_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: _September 14 2029_

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

RCCANO00683

# EXHIBIT 1

**The Roman Catholic Church of the Archdiocese of New Orleans**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                    04/10/2026 07:33:44 PM

| | | | |
|---|---|---|---|
| 000051P002-1435S-683<br>AMERIGROUP LA<br>PO BOX 28147<br>NEW YORK NY 10087<br>MPSWEB@AMERIGROUP.COM | 000119P002-1435S-683<br>BROWN RICE MARKETING LLC<br>MARK W BROWN<br>476 METAIRIE ROAD STE 202<br>METAIRIE LA 70005<br>MARK@BROWNRICEMARKETING.COM | 000117P001-1435S-683<br>CRESCENT DOOR & HARDWARE INC<br>NEUVILLE C HOTSTREAM SR<br>6100 HUMPHREYS ST<br>NEW ORLEANS LA 70123<br>NEUVILLE@CDHNO.COM | 000097P002-1435S-683<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE & ASSOCIATES<br>DAMON J BALDONE,ESQ<br>162 NEW ORLEANS BLVD<br>HOUMA LA 70364<br>DBALDONE@HOTMAIL.COM |
| 000086P001-1435S-683<br>DKI OFFICE FURNITURE & SUPPLIES<br>MIKE JACOBS<br>5530 JEFFERSON HWY<br>NEW ORLEANS LA 70123<br>MIKE.JACOBS@DKIOFFICESOLUTIONS.COM | 000062P003-1435S-683<br>ENTERGY<br>SEAN D MOORE  ASST GC<br>639 LOYOLA AVE<br>STE 300 / L-ENT-26C<br>NEW ORLEANS LA 70113<br>SMOORE6@entergy.com | 000044P002-1435S-683<br>GALLAGHER BENEFIT SVC INC<br>ERIC PEARSON<br>2850 WEST GOLF RD<br>5TH FL<br>ROLLING MEADOWS IL 60008<br>ERIC_PEARSON@AJG.COM | 000124P002-1435S-683<br>JUDGE MICHAEL HOGAN<br>PO BOX 1375<br>EUGENE OR 97440<br>JUDGE@HOGANMEDIATION.NET |
| 000045P002-1435S-683<br>LOUISIANA CHILDREN'S MEDICAL CENTER<br>JENNY BARNETT-SARPALIUS CFO<br>200 HENRY CLAY AVE<br>NEW ORLEANS LA 70118<br>JENNIFER.SARPALIUS@LCMCHEALTH.ORG | 000052P002-1435S-683<br>LUBA CASUALTY INSURANCE CO<br>STEVE WERNER, CPA, CIA<br>2351 ENERGY DR<br>STE 2000<br>BATON ROUGE LA 70808<br>LUBAACCOUNTING@LUBAWC.COM | 000109P001-1435S-683<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>RBERAN@MCCARTER.COM | 000109P001-1435S-683<br>MCCARTER & ENGLISH LLP<br>RICHARD A BERAN;JOHN C KELLY<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JKELLY@MCCARTER.COM |
| 000120P001-1435S-683<br>METROSTUDIO LLC<br>HEATHER GORMAN<br>6501 SPANISH FORT BLVD<br>NEW ORLEANS LA 70124<br>HGORMAN@METROSTUDIO.NET | 000095P001-1435S-683<br>PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES I STANG<br>10100 SANTA MONICA BLVD.,13TH FL<br>LOS ANGELES CA 90067<br>JSTANG@PSZJLAW.COM | 000110P002-1435S-683<br>RUSSELL POTTHARST<br>P O BOX 13281<br>LOS ANGELES CA 90013<br>RUSTYCPSR@GMAIL.COM | 000188P001-1435S-683<br>U.S. SPECIALTY INSURANCE COMPANY<br>M. JOSEPH ROSAS, ESQ.<br>SENIOR BOND CLAIMS ATTORNEY<br>801 S. FIGUEROA STREET, SUITE 700<br>LOS ANGELES CA LOS ANGELES<br>JROSAS@TMHCC.COM |
| 000188P001-1435S-683<br>U.S. SPECIALTY INSURANCE COMPANY<br>M. JOSEPH ROSAS, ESQ.<br>SENIOR BOND CLAIMS ATTORNEY<br>801 S. FIGUEROA STREET, SUITE 700<br>LOS ANGELES CA LOS ANGELES | 000064P001-1435S-683<br>VASQUEZ LAW<br>JESSICA VASQUEZ,ESQ<br>400 POYDRAS ST.,STE 400<br>NEW ORLEANS LA 70130<br>JVASQUEZ@VASQUEZLAWOFFICE.COM | 000031P002-1435S-683<br>WHITNEY BANK CORPORATE TRUST<br>CORPORATE TRUST<br>ELIZABETH ZEIGLER<br>445 NORTH BLVD.,STE 201<br>BATON ROUGE LA 70802<br>BETH.ZEIGLER@HANCOCKWHITNEY.COM | |

Records Printed :   **19**

**EXHIBIT 2**

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 1 of 3                                                                                                          04/10/2026 07:32:30 PM

000049P002-1435S-683
ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE LA 70002

000102P003-1435S-683
ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA GA 30328

000084P001-1435S-683
ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE LA 70506

000055P002-1435S-683
BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS LA 70115

000164P001-1435S-683
BLANK ROME LLP
1825 EYE ST NW
WASHINGTON DC 20006

000161P001-1435S-683
BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON TX 77043

000087P002-1435S-683
BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH TX 75244-1200

000023P001-1435S-683
CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS LA 70161-1840

000057P004-1435S-683
CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE LA 70033-3720

000162P001-1435S-683
COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS LA 70163

000026P001-1435S-683
DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK TX 78682

000168P001-1435S-683
EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL ASSOCIATION
HINSHAW AND CULBERTSON LLP II CITY PLAZA
400 CONVENTION ST
STE 1001
BATON ROUGE LA 70801

000032P001-1435S-683
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

000116P001-1435S-683
FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON LA 70433

000072P002-1435S-683
GREGORY A PLETSCH & ASSOCIATES (A PROFESSIONAL LAW
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE LA 70810

000083P001-1435S-683
HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS LA 70119

000028P002-1435S-683
HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT MS 39502-4019

000029P002-1435S-683
HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT MS 39501

000030P002-1435S-683
HANCOCK WHITNEY BANK
CREDIT CARD CENTER
PO BOX 96601
CHARLOTTE NC 28296-6601

000039P001-1435S-683
HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE LA 70806

000009P001-1435S-683
INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS LA 70190

000010P001-1435S-683
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

000011P003-1435S-683
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON DC 20004-2541

000012P001-1435S-683
INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS LA 70112

000166P001-1435S-683
J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON TX 77042

000022P001-1435S-683
JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA LA 70054

000169P001-1435S-683
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

000170P001-1435S-683
JOSHUA JILOVEC ON BEHALF OF INTERESTED PARTY
UNITED STATES FIRE INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON TX 77002

The Roman Catholic Church of the Archdiocese of New Orleans
US First Class Mail
Exhibit Pages

Page # : 2 of 3                                                                                    04/10/2026 07:32:30 PM

000172P001-1435S-683
KIM M BRAUD
PO BOX 741505
NEW ORLEANS LA 70174

000027P001-1435S-683
KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN KS 66505-0069

000034P001-1435S-683
LOUISIANA DEPT OF ENVIRONMENTAL QUALITY
602 NORTH FIFTH ST
BATON ROUGE LA 70802

000002P001-1435S-683
LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE LA 70804-9094

000005P001-1435S-683
LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE LA 70802

000018P001-1435S-683
LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

000024P001-1435S-683
LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE LA 70821-0201

000008P001-1435S-683
LOUISIANA DEPT OF WORK FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE LA 70802

000040P001-1435S-683
LOUISIANA PUBLIC FACILITIES AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE LA 70808

000050P002-1435S-683
MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT NJ 07901

000163P002-1435S-683
MICHAEL L DESHAZO ON BEHALF OF DEFENDANT
CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS
832 W BOSTON ST STE 6
COVINGTON LA 70433-2940

000167P001-1435S-683
MIGUEL A ELIAS ON BEHALF OF
INTERESTED PARTY FR JB
285 WEST ESPLANADE AVE
STE 303
KENNER LA 70065

000047P001-1435S-683
NAME AND ADDRESS INTENTIONALLY OMITTED

000088P001-1435S-683
NAME AND ADDRESS INTENTIONALLY OMITTED

000036P001-1435S-683
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS TX 75202

000048P001-1435S-683
OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS LA 70121

000046P003-1435S-683
OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL OFFICER
1 OPTUM CIR
EDEN PRAIRIE MN 55344-2956

000096P003-1435S-683
PACHULSKI STANG ZIEHL & JONES LLP
JOSHUA M FRIED
1 SANSOME ST STE 3430
SAN FRANCISCO CA 94104-4436

000165P001-1435S-683
RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY
STATE OF LOUISIANA LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE LA 70802

000021P002-1435S-683
SHERIFF AND EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1990
GRAY LA 70359-1990

000171P001-1435S-683
SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON TX 77002

000025P001-1435S-683
THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS LA 70130

000003P001-1435S-683
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

000004P002-1435S-683
US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

000035P001-1435S-683
US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS TX 75202

000019P001-1435S-683
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN UT 84201-0005

000020P001-1435S-683
US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI OH 45280-6532

000006P001-1435S-683
US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON DC 20220

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                    04/10/2026 07:32:30 PM

| | | |
|---|---|---|
| 000037P001-1435S-683 | 000053P004-1435S-683 | 000085P001-1435S-683 |
| VERMONT DEPT OF FINANCIAL REGULATION | WHITE OAK CONSULTING | WRIGHT NATIONAL FLOOD INSURANCE |
| MR DAVID F PROVOST CFE | PAUL A. BREAUX | PATTY TEMPLETON-JONES |
| DEPUTY COMMISSIONER -CAPTIVE INSURANCE | 88 MELROSE DR | PO BOX 33070 |
| 89 MAIN ST | DESTREHAN LA 70047 | ST PETERSBURG FL 33733-8070 |
| MONTPELIER VT 05620-3101 | | |

Records Printed : **59**