**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| FOR THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | SECTION A |
| | § | |
| DEBTOR | § | |

**RESPONSES RECEIVED BY COURT[1]**

# FILED UNDER SEAL

- Response by Q.J. Claim 66059 to **P-4937**

- Response by Attorney Hunter & Hunter Law Office to **P-4949** obo Claim 60336 YA, Claim 60352 CI, Claim 60363 MCDJ, Claim 60373 CMP, Claim 60371 MLL, Claim 60372 DMC, Claim 60362 TAS, Claim 60365 JAS and Claim 60364 KLB.

---

[1]The sealed documents have been placed in the sealed cabinet.