**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

**ORDER**

Before the Court is the Ex Parte *Joint Motion to Continue Evidentiary Hearing Scheduled for May 14-15, 2026*, (the "Joint Motion"), [ECF Doc. 5016], filed by the Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor"); Stewart Robbins Brown & Altazan, LLC; Pachulski Stang Ziehl & Jones, LLP; Troutman Pepper Locke; Jones Walker LLP; and the U.S Trustee for Region 5. Considering the record and pleadings,

**IT IS ORDERED** that the Court will hold a status conference to discuss the Joint Motion on **Friday, April 17, at 3:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

**IT IS FURTHER ORDERED** that counsel for the Reorganized Debtor is instructed to **IMMEDIATELY** serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 15, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE