**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, APRIL 16, 2026, AT 1:30 P.M.**

Donald C. Massey, as Settlement Trustee (the "**Settlement Trustee**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, April 16, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

## CONTESTED MATTERS

1. *The Settlement Trustee's Second Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Wholly Unsupported Claims)* **[ECF No. 4937]**

   **Movant:**            The Settlement Trustee
   **Nature of Matter:**  Omnibus Objection to Claims
   **Response Deadline:** April 13, 2026, at 5:00 p.m. CT
   **Status:**            This matter is going forward.
   **Responses/Related Filings:**

   - *Responses Received by the Court* **[ECF No. 5008]** – FILED UNDER SEAL
   - *Responses Received by the Court* **[ECF No. 5014]** – FILED UNDER SEAL
   - *Additional Responses Received by the Settlement Trustee Regarding Claims 60064, 60068, 60154, 60269, 60059*

2. *The Settlement Trustee's Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed Claims – Non-Substantive)* **[ECF No. 4949]**

   **Movant:**            The Settlement Trustee
   **Nature of Matter:**  Omnibus Objection to Claims
   **Response Deadline:** April 15, 2026, at 5:00 p.m. CT
   **Status:**            This matter is going forward.
   **Responses/Related Filings:**

   - *Notice of Withdrawal of the Settlement Trustee's Third Omnibus Claim Objection as to Claim No. 60304* **[ECF No. 4971]**
   - *Responses Received by the Court* **[ECF No. 5014]** – FILED UNDER SEAL
   - *Additional Responses Received by the Settlement Trustee Regarding Claims 60354, 70058, and 60350*

3. *The Settlement Trustee's Fourth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed and Unsupported Claims – Substantive)* **[ECF No. 4951]**

   **Movant:**            The Settlement Trustee
   **Nature of Matter:**  Omnibus Objection to Claims
   **Response Deadline:** April 15, 2026, at 5:00 p.m. CT
   **Status:**            Although no responses have been filed, this agenda item is listed as a contested matter because the response deadline has not yet expired. At this time, the matter is going forward.
   **Responses/Related Filings:** None.

4. *The Settlement Trustee's Fifth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed BSA Claims)* **[ECF No. 4953]**

| | |
|---|---|
| **Movant:** | The Settlement Trustee |
| **Nature of Matter:** | Omnibus Objection to Claims |
| **Response Deadline:** | April 15, 2026, at 5:00 p.m. CT |
| **Status:** | Although no responses have been filed, this agenda item is listed as a contested matter because the response deadline has not yet expired.  At this time, the matter is going forward. |

**Responses/Related Filings:** None.

5. *Motion of the Reorganized Debtor to Enforce Supersedeas Bond, or in the Alternative, for the Issuance of a Writ of Execution* **[ECF No. 4972]**

| | |
|---|---|
| **Movant:** | The Reorganized Debtor |
| **Nature of Matter:** | Motion to Enforce |
| **Response Deadline:** | April 9, 2026 |
| **Status:** | This matter is going forward. |

**Responses/Related Filings:**

- *Richard C. Trahant's Objections to Motion to Enforce Supersedeas Bond or for Writ of Execution* **[ECF No. 4999]**

- *Response of U.S. Specialty Insurance Company to the Motion of the Reorganized Debtor to Enforce Supersedeas Bond, or in the Alternative, for the Issuance of a Writ of Execution* **[ECF No. 5000]**

- *Former Committee Members' Statement About the Trahant Sanction* **[ECF No. 5003]**

[*Signature Page Follows*]

3

Dated: April 15, 2026

Respectfully submitted,

*/s/ Bradley C. Knapp*_____
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email:  rick.kuebel@troutman.com
          brad.knapp@troutman.com

-and-

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar No. 2427413
Federal I.D. No. 32913
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email:  steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*