**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY
TELEPHONE AND VIDEO TECHNOLOGY**

1.      This Notice is filed by Donald C. Massey, as Settlement Trustee (the "Settlement Trustee"), pursuant to Amended General Order 2021-2 (last amended July 8, 2025).

2.      This Notice pertains to the matters scheduled for hearing in these cases on April 23, 2026, at 10:00 a.m. CT (the "Hearing") regarding the Settlement Trustee's *Motion for Entry of an Order to Enforce the Terms of Confirmation Order of the Seventh Amended Joint Chapter 11 Plan of Reorganization Approval Settlement Agreement and Policy Buy-Backs with United States Fidelity & Guaranty and Granting Related Relief* (the "Motion") (ECF No. 4944).

3.      The Settlement Trustee intends to call Mr. Mark Mintz, Jones Walker LLP, to testify at the Hearing by telephone and video technology.

4.      The Settlement Trustee just learned on April 15, 2026 that Mr. Mintz must attend a conflicting hearing on April 23, 2026, in Houston, Texas and is unable to attend the Hearing in person. Mr. Mintz previously provided a declaration in support of the Motion. (ECF No. 4942). The Settlement Trustee does not know when this conflict arose, only that it learned of it today. which is why this Notice is being filed less than 14 days' before the Hearing.   The Settlement Trustee further asserts that this conflict of a witness (who is very familiar to the Court and other parties in interest) constitutes good cause in compelling circumstances for the Court to permit remote testimony by the witness under Federal Rule of Civil Procedure 43.

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors").  [ECF No. 4603].  On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817].  The Court has entered final decrees and closed the cases filed by the Additional Debtors.

5.      Any party in interest may file an objection to this Notice prior to date of the Hearing. If no party in interest files a timely objection, the Court will allow the identified witness to provide testimony remotely using the Court's telephone and video technology. If a timely objection is filed and the Court sustains the objection, both the witness and the objector must appear in person at the Hearing.

6.  This Notice may be withdrawn at any time prior to the Hearing.

[*Signature Page Follows*]

Dated: April 15, 2026

Respectfully submitted,

/s/ Andrew W. Caine
Andrew W. Caine
James I. Stang
Iain A.W. Nasatir
Karen Dine
Pachulski Stang Zeihl & Jones LLP
10100 Santa Monica Blvd., Ste. 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: acaine@pszjlaw.com
        jstang@pszjlaw.com
        inasatir@pszjlaw.com
        kdine@pszjlaw.com

*Counsel to Donald C. Massey, as Settlement Trustee*