**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

---

### NOTICE OF APPEARANCE

Please take notice that Land Murphy is appearing as counsel in this case for The Roman Catholic Church of the Archdiocese of New Orleans. Mr. Murphy requests that he be added to the ECF electronic service list. Copies of all motions, briefs, correspondence, and other papers regarding this case should be forwarded to:

Land Murphy
Texas Bar No. 24058010
Murphy Ball Stratton LLP
1001 Fannin, Suite 720
Houston, Texas 77002
(281) 658-9060
lmurphy@mbssmartlaw.com

service@mbssmartlaw.com

Dated: April 16, 2026                     Respectfully submitted,


**MURPHY BALL STRATTON LLP**

*/s/ Land Murphy*
Michelle Stratton
L.a. Bar No. 32684
Land Murphy
Texas Bar No. 24058010
Dane Ball
Texas Bar No. 24051642
Harris Blum
Texas Bar No. 24138757
1001 Fannin St., Suite 720
Houston, Texas 77002
Telephone: 832 726-8321
mstratton@mbssmartlaw.com

lmurphy@mbssmartlaw.com
dball@mbssmartlaw.com
hblum@mbssmartlaw.com
***Attorneys for Debtor***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing on April 16, 2026.

*/s/ Land Murphy*
*Land Murphy*