**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-10846 |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS | § § § § | CHAPTER 11 SECTION A |
| DEBTOR | § § | |

**RESPONSES RECEIVED BY COURT[1]**

# FILED UNDER SEAL

- Response by G.T. Claim ESAS 9592

- Response by J.S. Claim ESAS 9592

---

[1]The sealed documents have been placed in the sealed cabinet.