**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.**[1] | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Calvin E. Dickson, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 16th day of March 2026, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

   a) Notice of Hearing (Docket No. 4954); and

   b) The Settlement Trustee's Fifth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed BSA Claims) (Docket No. 4953),

   to be served via U.S. First Class Mail upon the parties as set forth on Exhibit 1[2], attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Names and Addresses Intentionally Redacted

RCCANO00676

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 17th day of March 2026, New York, New York.

By _____

Calvin E. Dickson

Sworn before me this
17th day of March 2026

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2029

RCCANO00676

# EXHIBIT 1

**The Roman Catholic Church of the Archdiocese of New Orleans**
**US First Class Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                     03/17/2026 11:53:20 AM

NAME AND ADDRESS INTENTIONALLY REDACTED   NAME AND ADDRESS INTENTIONALLY REDACTED   NAME AND ADDRESS INTENTIONALLY REDACTED   NAME AND ADDRESS INTENTIONALLY REDACTED

NAME AND ADDRESS INTENTIONALLY REDACTED.

Records Printed : **5**