**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **SECTION "A"** |
| **Debtor.** | **CHAPTER 11** |

**UNITED STATES TRUSTEE'S OMNIBUS RESPONSE**
**REGARDING FINAL FEE APPLICATIONS**

**NOW INTO COURT,** comes David W. Asbach, Acting United States Trustee for Region 5, by and through undersigned counsel, who respectfully submits this omnibus response to the nineteen final fee applications (each, a "Final Fee Application," and collectively, the "Final Fee Applications") of the retained professionals (the "Professionals") described in the Joint Stipulation filed on April 14, 2026.[1]

1.      The U.S. Trustee is an official of the United States Department of Justice appointed by the Attorney General to supervise the administration of bankruptcy cases in this district.  28 U.S.C. § 581(a)(6).

2.      Congress has expressly authorized United States Trustees to review, comment upon, and object to fee applications filed by bankruptcy professionals where appropriate.  28 U.S.C. § 586(a)(3)(A); 11 U.S.C. § 307 and § 330(a)(2).

3.      The Bankruptcy Court also has a duty to examine the Final Fee Application to "allow only reasonable compensation for actual, necessary services." *In re Kitchen Lady, Inc.*, 144 B.R. 544, 546 (Bankr. M.D. Fla. 1992).  *See also In re Ridgeway*, No. 16-10643, 2018 WL

---

[1] *SeeI,* footnotes 2, 3, 4 and 5 of the Joint Stipulation, P-5015.

1116531 at *3 fn. 5 (Bankr. E.D. La. Feb. 27, 2018) ("[T]he court has an independent duty to review fee applications.")

4.      The Roman Catholic Church of the Archdiocese of New Orleans (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 1, 2020 (the "Petition Date"). [P-1].

5.      On May 20, 2020, the U.S. Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a).   [P-94].   The U.S. Trustee reconstituted the Committee on June 10, 2020 [P-151], October 8, 2020 [P-478], June 7, 2022 [P-1575], and June 21, 2022 [P-1618].  As The Committee members consisted of abuse survivors.

6.      On March 5, 2021, the United States Trustee appointed an Official Committee of Unsecured Commercial Creditors (the "Commercial Committee").  [P-772].

7.      On December 8, 2025, the Court entered an Order [P-4767] confirming the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025*.  The Effective Date of the confirmed plan occurred on December 26, 2025.  [P-4817].

8.      On December 28, 2025, the Court entered an Order requiring all Professionals to file Final Fee Applications on or before February 27, 2026.  [P-11].  The deadline for the U.S. Trustee to file and serve objections to the Final Fee Applications is April 28, 2026.  [P-5017].

9.      The U.S. Trustee has reviewed all Final Fee Applications timely filed by nineteen Professionals.  The U.S. Trustee has either (i) asserted no objection to the Final Fee Application, (ii) reached a resolution with the Professional to an agreed fee and expense reduction, of which a separate Stipulation or Agreed Order may be submitted; or (iii) not resolved certain fee issues and

asserts an objection to the Professional's fees, and the objection is filed separately from this response.  A summary of the U.S. Trustee's Final Fee Application review is, as follows:

| | Final Fee App Doc. | Disposition |
|---|---|---|
| *Debtor Professionals:* | | |
| Jones Walker, LLP<br>Counsel to the Debtor | P-4905 | On April 27, 2026, Jones Walker filed an Amended Fee Application [P-5059], reducing its fee and expense request.  With this reduction, the U.S. Trustee no longer objects to the Final Fee Application. |
| Signal Interactive Media<br>Expert Noticing Consultant | P-4882 | No objection to the Final Fee Application. |
| Talbot, Carmouche & Marcello<br>Special Counsel | P-4883 | No objection to the Final Fee Application. |
| Blank Rome, LLP<br>Insurance Advisor | P-4884 | No objection to the Final Fee Application. |
| Carr, Riggs & Ingram, LLC<br>Financial Advisor | P-4885 | The parties have <u>not</u> reached a resolution, and the U.S. Trustee requests a $37,985.50 fee reduction.  A separate objection will follow. |
| Keegan Linscott & Assoc.<br>Financial Advisor and Expert | P-4886 | Professional agrees to a $1,773.00 total reduction. |
| Joshua Hogan on behalf of Judge Michael Hogan<br>Unknown Claims Representative | P-4887 | Professional agrees to a $2,500.00 total reduction. |
| *Official Committee Professionals:* | | |
| Pachulski Stang Ziehl & Jones, LLP<br>Counsel to the Official Committee | P-4895 | Professional agrees to a $103,264.94 total reduction. |
| Troutman Pepper Locke LLP<br>Counsel to the Official Committee | P-4902 | Professional agrees to a $140,817.17 total reduction. |
| Stout Risius Ross, LLC<br>Expert Consultant | P-4898 | Professional agrees to a $10,000.00 total reduction. |
| Rock Creek Advisors, LLC<br>Pension Advisor | P-4900 | No objection to the Final Fee Application. |
| Berkeley Research Group<br>Financial Advisor | P-4903 | Professional agrees to a $12,583.80 total reduction. |
| Actuarial Value, LLC<br>Actuary Professional | P-4905 | No objection to the Final Fee Application. |
| Stegall, Benton, Melancon & Assoc.<br>Valuation Expert | P-4906 | No objection to the Final Fee Application. |
| Zobrio, Inc.<br>Consultant | P-4908 | No objection to the Final Fee Application. |

| | Final Fee App Doc. | Disposition |
|---|---|---|
| *Commercial Committee Professionals*: | | |
| Stewart Robbins Brown & Altazan Counsel to the Commercial Committee | P-4890 | Professional agrees to a $27,636.60 total reduction. |
| Kroll, LLC Pension Analyst | P-4891 | No objection to the Final Fee Application |
| Dundon Advisors, LLC Financial Advisor | P-4892 | The parties have <u>not</u> reached a resolution, and the U.S. Trustee requests a $342,408.10 fee reduction. A separate objection will follow. |
| H. Kent Aguillard Conflicts Counsel | P-4907 | No objection to the Final fee Application |

10.     Where a Professional has agreed to a reduction, the Professional has not conceded that the fees and expenses were not reasonable, necessary, or proper.  Rather, the agreed reduction amounts represent arms-length settlements between the U.S. Trustee and the Applicant to reach a resolution without any parties waiving any rights.

## CONCLUSION

**WHEREFORE**, the above premises considered, the United States Trustee requests that this response be deemed good and sufficient, and for all other and further relief that is appropriate.

Dated: April 28, 2026

Respectfully submitted,

DAVID W. ASBACH.
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: */s/ Amanda B. George*
AMANDA B. GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that copies of the foregoing United States Trustee's Omnibus Response Regarding Final Fee Applications were served on April 28, 2026, upon all parties entitled to receive notice through the Court's electronic notification system.

By:/s/ *Amanda B. George*
AMANDA BURNETTE GEORGE (31642)
Acting Assistant United States Trustee
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov