**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

### AMENDED SCHEDULING ORDER[2]

The Court held a status conference on April 23, 2026, to discuss the Ex Parte *Joint Motion To Continue Evidentiary Hearing Scheduled for May 14-15, 2026*, (the "Motion To Continue"), [ECF Doc. 5016], filed by: the Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor"); Stewart Robbins Brown & Altazan, LLC; Pachulski Stang Ziehl & Jones, LLP; Troutman Pepper Locke; Jones Walker LLP; and the Office of the United States Trustee for Region 5 ("UST").

Per this Court's Order of December 23, 2025, [ECF Doc. 4811], an evidentiary hearing is scheduled for Thursday, May 14, 2026, and Friday, May 15, 2026, to consider pending interim applications for compensation for services and/or reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 328, 330, 331 or 503(b) (the "Interim Fee Applications"), [ECF Docs. 2927, 3240, 3525, 3864, 4184 & 4205] and the objections to the Interim Fee Applications, [ECF Docs. 2943, 2960, 3363, 3648, 3891, 4264 & 4288], as well as final applications for compensation for services

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

[2] This Amended Scheduling Order amends and supersedes this Court's *Order* dated December 23, 2026, [ECF Doc. 4811].

and/or reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 328, 330, 331 or 503(b) (the "Final Fee Applications"), [ECF Docs. 4882, 4883, 4884, 4885, 4886, 4887, 4888, 4890, 4891, 4892, 4895, 4898, 4900, 4902, 4903, 4905, 4906, 4907, 4908, 4912 & 5060], and the objections to the Final Fee Applications filed by the Reorganized Debtor and the UST, [ECF Docs. 4990, 4996, 5052, 5053, 5055, 5056, 5061, 5062 & 5063].

For the reasons stated on the record,

**IT IS ORDERED** that the Motion To Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1.	The evidentiary hearing to consider the Interim Fee Applications and the Final Fee Applications is **CONTINUED** to **Wednesday, July 8, 2026, at 9:30 a.m.; Thursday, July 9, 2026, at 1:00 p.m.; and Friday July 10, 2026, at 9:30 a.m. IN PERSON** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  Per the rules set forth in this Court's Amended General Order 2021, available at https://www.laeb.uscourts.gov/, some parties in interest may participate in the hearing (i) by telephone only (Dial-in 504.517.1385, Access Code 129611) or (ii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

2.	Parties shall file a "may call" witness list into the record on or before **Monday, May 11, 2026**.

3.	Any discovery pertaining to the disputes regarding Final Fee Applications must be completed on or before **Wednesday, July 1, 2026**.  The parties are instructed to meet and confer regarding the exchange of discovery as soon as practicable.

4.	The deadline to respond to discovery requests is **SHORTENED** to fourteen (14) days.

5.      Witness and exhibit lists must be filed and exhibits exchanged among parties in the manner prescribed in § E of this Court's Amended General Order 2021-2 on or before **Thursday, July 2, 2026**.

6.      Parties in interest must review § D this Court's Amended General Order 2021-2 for specific instructions on remote witness testimony in evidentiary hearings and trials.

**IT IS FURTHER ORDERED** that counsel for the Reorganized Debtor is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, April 29, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE