**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

## <u>ORDER</u>

The Court held a hearing on April 16, 2026, to consider the following:

i.  *The Settlement Trustee's Second Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Wholly Unsupported Claims)* (the "<u>Second Omnibus Objection</u>"), [ECF Doc. 4937]; the responses to the Second Omnibus Objection received by the Court, [ECF Docs. 5008 & 5014]; and the responses to the Second Omnibus Objection received by Donald C. Massey (the "<u>Settlement Trustee</u>") regarding Claim Nos. 60064, 60068, 60154, 60269, and 60059;

ii. *The Settlement Trustee's Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed Claims – Non-Substantive)* (the "<u>Third Omnibus Objection</u>"), [ECF Doc. 4949]; the responses to the Third Omnibus Objection received by the Court, [ECF Docs. 5014]; and

iii. *The Settlement Trustee's Fourth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1(Late-Filed And Unsupported Claims – Substantive)* (the "<u>Fourth Omnibus Objection</u>"), [ECF Doc. 4951].

For the reasons stated on the record,

---

[1]  On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "<u>Additional Debtors</u>").  [ECF Doc. 4603].  On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817].  The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

**IT IS ORDERED** that the hearing to consider the Second Omnibus Objection, the Third Omnibus Objection, and the Fourth Omnibus Objection is **CONTINUED** to **Thursday, May 21, 2026, at 1:30 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.  Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that counsel for the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, May 1, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE