**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| **Debtor.** [1] | § | |

**NOW INTO COURT**, through undersigned counsel, comes Berkeley Research Group, LLC and represents that it is a party in interest in the above-captioned bankruptcy proceeding and requests that it be sent all notices, including, without limitation, those provided in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices (the "Notice") nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any cases, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

Notice should be sent to:

Michael D. Rubenstein
Liskow & Lewis
1001 Fannin Street, Suite 1800
Houston, Texas  77002
(713) 651-2953 - telephone
mdrubenstein@liskow.com

Dated: May 1, 2026

Respectfully submitted,

/s Michael D. Rubenstein
Michael D. Rubenstein (Texas Bar No. 24047514)
LISKOW & LEWIS
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 651-2953

**ATTORNEYS FOR BERKELEY RESEARCH
GROUP, LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

served by electronic transmission to all registered ECF users appearing in the case.

Houston, Texas, this 1st day of May, 2026.

/s Michael D. Rubenstein
Michael D. Rubenstein