**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

## ORDER OF FINAL DECREE

Upon consideration of the *Motion for Entry of a Final Decree*, [ECF No. _____], (the "**Motion**"), filed by the Reorganized Debtor and considering the record and pleadings, the applicable law, and finding good cause;

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. Proc. 3022, the Reorganized Debtor's Chapter 11 Case is closed as fully administered.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

#111631623v2