**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                    SECTION "A"
**NEW ORLEANS**

*Debtor[1]*                                               CHAPTER 11

---

### STEWART ROBBINS BROWN & ALTAZAN, LLC'S "MAY CALL" WITNESS LIST

---

In accordance with the Court's *Amended Order Scheduling Order* [Doc. No. 5065], Stewart Robbins Brown & Altazan, LLC ("SRBA") submits *Stewart Robbins Brown & Altazan, LLC's "May Call" Witness List* for the evidentiary hearing set for July 8-10, 2026 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

(a) *Fourteenth and Final Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of November 1, 2025 through December 25, 2025* [Doc. No. 4890];

(b) *Debtor's Objection to the Final Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel for the Official Committee of Unsecured Commercial Creditors* [Doc. No. 5053]; and

(c) *United States Trustee's Omnibus Response Regarding Final Fee Applications* [Doc. No. 5061].

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## "MAY CALL" WITNESSES

SRBA may, and reserves the right to, call the following witnesses at the Hearing:

1. Representative(s) of Stewart Robbins Brown & Altazan, LLC;

2. Representative(s) of Dundon Advisors LLC;

3. Mark A. Mintz;

4. Elizabeth J. Futrell;

5. Samantha A. Oppenheim;

6. Douglas S. Draper;

7. Michael E. Landis;

8. Most Reverend Gregory M. Aymond, D.D.;

9. Most Reverend James F. Checchio, JCD, MBA;

10. Very Reverend Patrick Carr;

11. Lloyd E. Eagan, Jr.; and

12. Susan A. Zeringue.

## RESERVATION OF RIGHTS

Discovery remains open and the deadline for filing witness lists has not yet passed.  As such, SRBA reserves any and all rights to amend or supplement the foregoing *Stewart Robbins Brown & Altazan, LLC's "May Call" Witness List*.

**Signature on following page**

Dated: May 11, 2026          Respectfully Submitted,

         **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Paul D. Stewart, Jr.*
      Paul D. Stewart, Jr. (LA. Bar # 24661)
      dstewart@stewartrobbins.com
      William S. Robbins (LA. Bar # 24627)
      wrobbins@stewartrobbins.com
      Brandon A. Brown (La. Bar #25592)
      bbrown@stewartrobbins.com
      Brooke W. Altazan (La. Bar #32796)
      baltazan@stewartrobbins.com
      301 Main St., Suite 1640
      Baton Rouge, LA 70801-0016
      Telephone: (225) 231-9998
      Facsimile: (225) 709-9467

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 11 May 2026.

         */s/ Paul D. Stewart, Jr.*
         Paul Douglas Stewart, Jr.