**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                    SECTION "A"
**NEW ORLEANS**

*Debtor[1]*                                               CHAPTER 11

---

**KROLL, LLC'S "MAY CALL" WITNESS LIST**

---

In accordance with the Court's *Amended Order Scheduling Order* [Doc. No. 5065], Kroll, LLC ("Kroll") submits *Kroll's "May Call" Witness List* for the evidentiary hearing set for July 8-10, 2026 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

(a) *Fourth and Final Fee Application of Kroll LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Pension Analyst to the Official Committee of Unsecured Commercial Creditors* [Doc. No. 4891]; and

(b) *United States Trustee's Omnibus Response Regarding Final Fee Applications* [Doc. No. 5061].

**"MAY CALL" WITNESSES**

Kroll may, and reserves the right to, call the following witnesses at the Hearing:

1.      Representative(s) of Kroll, LLC.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## RESERVATION OF RIGHTS

Discovery remains open and the deadline for filing witness lists has not yet passed.  As such, Kroll reserves any and all rights to amend or supplement the foregoing *Kroll's "May Call" Witness List*.

Dated: May 11, 2026                  Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul D. Stewart, Jr.*
         Paul D. Stewart, Jr. (LA. Bar # 24661)
         dstewart@stewartrobbins.com
         William S. Robbins (LA. Bar # 24627)
         wrobbins@stewartrobbins.com
         Brandon A. Brown (La. Bar #25592)
         bbrown@stewartrobbins.com
         Brooke W. Altazan (La. Bar #32796)
         baltazan@stewartrobbins.com
         301 Main St., Suite 1640
         Baton Rouge, LA 70801-0016
         Telephone: (225) 231-9998
         Facsimile: (225) 709-9467

         */s/ Seth Fliegler*
         Seth Fliegler
         Kroll, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 11 May 2026.

         */s/ Paul D. Stewart, Jr.*
         Paul Douglas Stewart, Jr.