**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                                    CASE NO. 20-10846

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF**                         SECTION "A"
**NEW ORLEANS**

*Debtor[1]*                                                      CHAPTER 11

---

### H. KENT AGUILLARD'S "MAY CALL" WITNESS LIST

---

In accordance with the Court's *Amended Order Scheduling Order* [Doc. No. 5065], H. Kent Aguillard ("Aguillard") submits *H. Kent Aguillard's "May Call" Witness List* for the evidentiary hearing set for July 8-10, 2026 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

(a) *Second and Final Fee Application of H. Kent Aguillard for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Conflicts Counsel to the Official Committee of Unsecured Commercial Creditors* [Doc. No. 4907]; and

(b) *United States Trustee's Omnibus Response Regarding Final Fee Applications* [Doc. No. 5061].

### "MAY CALL" WITNESSES

Aguillard may, and reserves the right to, call the following witnesses at the Hearing:

1.      Representative(s) of H. Kent Aguillard.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

## RESERVATION OF RIGHTS

Discovery remains open and the deadline for filing witness lists has not yet passed.  As such, Aguillard reserves any and all rights to amend or supplement the foregoing *H. Kent Aguillard's "May Call" Witness List*.

Dated: May 11, 2026                    Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
        Paul D. Stewart, Jr. (LA. Bar # 24661)
        dstewart@stewartrobbins.com
        William S. Robbins (LA. Bar # 24627)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (La. Bar #25592)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (La. Bar #32796)
        baltazan@stewartrobbins.com
        Nicholas J. Smeltz (La. Bar #38895)
        nsmeltz@stewartrobbins.com
        301 Main St., Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 11 May 2026.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.