## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | Section "A" |
| OF THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

### AMENDMENT TO SEVENTEENTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 22, 2020 THROUGH DECEMBER 26, 2025

> A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 14, 2026 AT 9:30 A.M. (CST) IN COURTROOM B-709, 500 POYDRAS STREET, NEW ORLEANS, LA 70130, OR BY TELEPHONE THROUGH THE DIAL-IN FOR SECTION A: 1-504-517-1385; CONFERENCE CODE 129611. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PLEADING, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), co-counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Church of the Archdiocese of New Orleans, hereby files this amendment to its Final Application[2] [Docket No. 4895] to reduce its total expense request by $9,939.67[3], as reflected in 1 through 8 below, and respectfully states as follows:

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Final Application.

[3] PSZJ's original expense request totaled $482,038.04 [See Docket Nos. 4895 and 4922]. By this reduction of $9,939.67, PSZJ's expense request now totals $472,098.37.

4938-4340-0103.1 05067.00003

1.      PSZJ hereby reduces the February 13, 2023 meal expense highlighted on **Exhibit A** from $666.90 to $333.45.

2.      PSZJ hereby reduces the February 13, 2023 meal expense highlighted on **Exhibit B** from $865.63 to $432.81.

3.      PSZJ hereby reduces the February 14, 2023 meal expense highlighted on **Exhibit C** from $509.22 to $254.61.

4.      PSZJ hereby reduces the May 9, 2023 meal expense highlighted on **Exhibit D** from $859.78 to $429.89.

5.      PSZJ hereby reduces the August 14, 2025 meal expense highlighted on **Exhibit E** from $562.87 to $0.00.

6.      PSZJ hereby reduces the expenses highlighted on **Exhibit F** from $2,498.61 to $0.00.

7.      PSZJ hereby reduces the expenses highlighted on **Exhibit G** from $3,540.12 to $0.00.

8.      PSZJ hereby reduces the April 11, 2025 hotel expense highlighted on **Exhibit H** from $1,887.31 to $0.00.

Dated:  May 11, 2026

Respectfully submitted,

By: */s/ Andrew W. Caine*
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jstang@pszjlaw.com
          acaine@pszjlaw.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP

Archdiocese of New Orleans OCC

05067   - 00002

Page:   16

Invoice 132286

March 31, 2023

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/30/2022 | OS | Legal Vision Group, Inv.#08777, L. Sneed/L. Rodriguez | 8,834.20 |
| 02/11/2023 | HT | Hotel Expense [E110] Intercontinental Hotel, 3 nights, AWC | 831.95 |
| 02/12/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879716771, From LAX/IAH/MSY/IAH/LAX, (reduced to full fare coach), IAWN | 850.00 |
| 02/12/2023 | AF | Air Fare [E110] United Airlines, Tkt.#0167879717053, From LAX/IAH/MSY/IAH/LAX, IAWN | 228.99 |
| 02/12/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv. 3006311, From Residence to LAX, IAWN | 380.04 |
| 02/12/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv. 3006311, From MSY to New Orleans Marriott, JIS | 276.08 |
| 02/12/2023 | BM | Business Meal [E111] Superior Seafood New Orleans, working meal, AWC | 151.36 |
| 02/12/2023 | TE | Travel Expense [E110] United Airlines, WiFi, IAWN | 10.00 |
| 02/12/2023 | TE | Travel Expense [E110] United Airlines, WiFi, IAWN | 10.00 |
| 02/13/2023 | AT | Auto Travel Expense [E109] Sohail Cab Service, IAWN | 43.20 |
| 02/13/2023 | BM | Business Meal [E111] Justine New Orleans, working meal, AWC | 666.90 |
| 02/15/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv. 3006311, From LAX to Residence, IAWN | 474.31 |
| 02/15/2023 | HT | Hotel Expense [E110] Marriott New Orleans, IAWN | 992.81 |
| 02/15/2023 | TE | Travel Expense [E110] United Airlines, WiFi | 10.00 |
| 03/01/2023 | LN | 05067.00002 Lexis Charges for 03-01-23 | 36.52 |
| 03/01/2023 | LN | 05067.00002 Lexis Charges for 03-01-23 | 9.78 |
| 03/03/2023 | LN | 05067.00002 Lexis Charges for 03-03-23 | 9.14 |
| 03/13/2023 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 03/21/2023 | OS | Rust Consulting, Inv. 2023-276, LFC | 275.00 |
| 03/21/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 03/21/2023 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 03/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/21/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/21/2023 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 03/21/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 03/22/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/28/2023 | RE | ( 286 @0.20 PER PG) | 57.20 |
| 03/28/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

# EXHIBIT B

Pachulski Stang Ziehl & Jones LLP

Page: 18

Archdiocese of New Orleans OCC

Invoice 132385

05067    - 00002

April 30, 2023

## **Expenses**

| | | | |
|---|---|---|---:|
| 02/13/2023 | BM | Business Meal [E111]Trenasse, New Orleans, working meal, IAWN | 865.63 |
| 02/14/2023 | BM | Business Meal [E111] GW Fins, New Orleans, working meal, IAWN | 509.22 |
| 02/14/2023 | HT | Hotel Expense [E110] Ritz Carlton , IAWN | 81.27 |
| 02/15/2023 | AT | Auto Travel Expense [E109] New OrleansTaxi Service, IAWN | 43.20 |
| 02/15/2023 | BM | Business Meal [E111] New Orleans Airport, working meal, IAWN | 24.52 |
| 03/28/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.#00678933876331, From LAX/MSY/LAX, AWC | 795.00 |
| 03/28/2023 | TE | Travel Expense [E110] Travel Agency Service, AWC | 50.00 |
| 03/31/2023 | AF | Air Fare [E110]United Airlines, Tkt.#0167893387711, From LAX/IAH/MSY/IAH/LAX, IAWN | 795.00 |
| 03/31/2023 | OS | Rust Consulting, Inv. 2023-381, LFC | 275.00 |
| 03/31/2023 | RS | Research [E106] Everlaw, Inc. Inv. #78322 | 2,002.00 |
| 04/10/2023 | LN | 05067.00002 Lexis Charges for 04-10-23 | 72.92 |
| 04/11/2023 | LN | 05067.00002 Lexis Charges for 04-11-23 | 51.05 |
| 04/11/2023 | LN | 05067.00002 Lexis Charges for 04-11-23 | 11.72 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/28/2023 | LN | 05067.00002 Lexis Charges for 04-28-23 | 7.29 |
| 04/28/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/28/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/28/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/28/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/30/2023 | PAC | Pacer - Court Research | 38.80 |
| 04/30/2023 | RS | Research [E106]Everlaw, Inc. Inv. #80800 | 2,002.00 |

**Total Expenses for this Matter**          **$7,634.22**

# EXHIBIT C

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
05067    - 00002

Page:    18
Invoice 132385
April 30, 2023

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/13/2023 | BM | Business Meal [E111]Trenasse, New Orleans, working meal, IAWN | 865.63 |
| 02/14/2023 | BM | Business Meal [E111] GW Fins, New Orleans, working meal, IAWN | 509.22 |
| 02/14/2023 | HT | Hotel Expense [E110] Ritz Carlton , IAWN | 81.27 |
| 02/15/2023 | AT | Auto Travel Expense [E109] New OrleansTaxi Service, IAWN | 43.20 |
| 02/15/2023 | BM | Business Meal [E111] New Orleans Airport, working meal, IAWN | 24.52 |
| 03/28/2023 | AF | Air Fare [E110] Delta Airlines, Tkt.#00678933876331, From LAX/MSY/LAX, AWC | 795.00 |
| 03/28/2023 | TE | Travel Expense [E110] Travel Agency Service, AWC | 50.00 |
| 03/31/2023 | AF | Air Fare [E110]United Airlines, Tkt.#0167893387711, From LAX/IAH/MSY/IAH/LAX, IAWN | 795.00 |
| 03/31/2023 | OS | Rust Consulting, Inv. 2023-381, LFC | 275.00 |
| 03/31/2023 | RS | Research [E106] Everlaw, Inc. Inv. #78322 | 2,002.00 |
| 04/10/2023 | LN | 05067.00002 Lexis Charges for 04-10-23 | 72.92 |
| 04/11/2023 | LN | 05067.00002 Lexis Charges for 04-11-23 | 51.05 |
| 04/11/2023 | LN | 05067.00002 Lexis Charges for 04-11-23 | 11.72 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/28/2023 | LN | 05067.00002 Lexis Charges for 04-28-23 | 7.29 |
| 04/28/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 04/28/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 04/28/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/28/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 04/28/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/30/2023 | PAC | Pacer - Court Research | 38.80 |
| 04/30/2023 | RS | Research [E106]Everlaw, Inc. Inv. #80800 | 2,002.00 |

**Total Expenses for this Matter**                    **$7,634.22**

# EXHIBIT D

| | | | | |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | Page: 16 |
| Archdiocese of New Orleans OCC | | | | Invoice 132830 |
| 05067    - 00002 | | | | June 30, 2023 |

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/23/2023 | TE | Travel Expense [E110] ] Agent Fee, IAWN | 25.00 |
| 04/25/2023 | TE | Travel Expense [E110] Agent Fee, IAWN | 50.00 |
| 05/07/2023 | HT | Hotel Expense [E110] Intercontienetal New Orleans, 2 nights, AWC | 515.78 |
| 05/07/2023 | HT | Hotel Expense [E110] Westin New Orleans, 2 nights, JIS | 662.46 |
| 05/09/2023 | AF | Air Fare [E110]United Airlines, Tkt.#0167959769786, From MSY/EWR, IAWN | 617.90 |
| 05/09/2023 | BM | Business Meal [E111] Meril New Orleans Restaurant, working meal, JIS | 859.78 |
| 06/05/2023 | LN | 05067.00002 Lexis Charges for 06-05-23 | 76.30 |
| 06/07/2023 | OS | Rust Consulting, Inv.#2023-712, LFC | 275.00 |
| 06/29/2023 | PO | LA Postage | 2.70 |
| 06/29/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/29/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/29/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/29/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 06/29/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/30/2023 | PAC | Pacer - Court Research | 46.60 |

**Total Expenses for this Matter**           **$3,139.42**

# EXHIBIT E

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:    36
Invoice 151252
November 30, 2025

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/10/2025 | AF | United Airlines tkt 0162321960927 SBA/MSY (rt) transportation re ADNO mediation IAWN | 998.00 |
| 08/10/2025 | AF | United Airlines tkt 0162321867875 SBA/MSY (RT) transportation re ADNO mediation IAWN | 2,050.00 |
| 08/13/2025 | AF | United Airlines transportation re ADNO mediation IAWN | 59.00 |
| 08/13/2025 | AT | Taxi Cab Service re ADNO confirmation re Plan and Disclosure Statement IAWN | 45.00 |
| 08/14/2025 | BM | Dinner at NOBU with BRG re ADNO confirmation re Plan and Disclosure Statement  (WRITE OFF) IAWN | 562.87 |
| 08/15/2025 | AT | Transportation to SBA from Oxnard re ADNO plan confirmation IAWN | 63.00 |
| 08/15/2025 | HT | Hotel stay 2 nights at The Windsor Court related to plan confirmation IAWN | 206.10 |
| 08/27/2025 | AF | United Airlines transportation re ADNO Stout deposition IANW | 621.79 |
| 09/21/2025 | AF | United Airlines tkt 01623333838844 SBA/MSY (rt) transportation re ADNO Stout deposition IAWN | 2,600.00 |
| 09/27/2025 | AF | United Airlines transportation re ADNO Stout deposition IAWN | 101.20 |
| 10/06/2025 | BM | Dinner with Alan Kornfeld (WRITE OFF) IAWN | 141.82 |
| 10/07/2025 | BM | TST Luke Restaurant (WRITE OFF) IAWN | 97.29 |
| 10/07/2025 | BM | Dinner with Knapp Domenica Restaurant (WRITE OFF) IAWN | 265.62 |
| 10/08/2025 | BM | Dinner with Stout TST Luke Restaurant (WRITE OFF) IAWN | 164.64 |
| 10/08/2025 | BM | Dinner with Kuebel and Knapp TST Herbsaint Bar (WRITE OFF) IAWN | 427.75 |
| 10/09/2025 | AT | Transportation related to Scarcella deposition (WRITE OFF) IAWN | 37.78 |
| 10/09/2025 | AT | Transportation from LAX to Oxnard (home) related to Scarcella deposition IAWN | 299.00 |
| 10/09/2025 | BM | Dinner with Knapp TST Luke Restaurant (WRITE OFF) IAWN | 125.20 |
| 10/10/2025 | AF | Travel Agent Fee AWC | 50.00 |
| 10/10/2025 | AF | Travel Agent Fee AWC | 35.00 |

# EXHIBIT F

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:    22
Invoice 146259
March 31, 2025

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 03/15/2025 | OS | Rust Consulting, Inv. 2025-221, LFC | 275.00 |
| 03/18/2025 | AF | Southwest Airllines, Tkt 52672440002954, LAX /Oakland/LAX, JIS | 518.95 |
| 03/18/2025 | AF | Travel Agency Fee, JIS | 50.00 |
| 03/19/2025 | RE | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 03/19/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 03/19/2025 | RE | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 03/19/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 03/20/2025 | AF | Travel Agency Fee, JIS | 50.00 |
| 03/24/2025 | BM | MAMA Oakland, working meal, JIS | 176.36 |
| 03/25/2025 | AT | Uber, JIS | 45.93 |
| 03/25/2025 | AT | Uber, JIS | 31.94 |
| 03/25/2025 | AT | Uber, JIS | 37.57 |
| 03/25/2025 | PO | Postage | 4.31 |
| 03/26/2025 | AT | Uber, JIS | 7.00 |
| 03/27/2025 | AT | Uber, JIS | 56.21 |
| 03/27/2025 | HT | Hyatt Regency SF (3/24 - 3/26) JIS | 1,474.68 |
| 03/27/2025 | HT | Hyatt Regency, SF (3/24 - 3/26) JIS | 49.97 |
| 03/27/2025 | PO | Postage | 3,110.40 |
| 03/27/2025 | RE | ( 2385 @0.20 PER PG) | 477.00 |
| 03/27/2025 | RE | ( 1395 @0.20 PER PG) | 279.00 |
| 03/27/2025 | RE | ( 10087 @0.20 PER PG) | 2,017.40 |
| 03/27/2025 | RE | ( 465 @0.20 PER PG) | 93.00 |
| 03/27/2025 | RE | ( 7595 @0.20 PER PG) | 1,519.00 |
| 03/27/2025 | RE | ( 2543 @0.20 PER PG) | 508.60 |
| 03/27/2025 | RE | ( 9540 @0.20 PER PG) | 1,908.00 |
| 03/27/2025 | RE | ( 2413 @0.20 PER PG) | 482.60 |
| 03/27/2025 | RE | ( 7950 @0.20 PER PG) | 1,590.00 |
| 03/27/2025 | RE | ( 4720 @0.20 PER PG) | 944.00 |

# EXHIBIT G

Pachulski Stang Ziehl & Jones LLP

Page: 37

Archdiocese of New Orleans OCC

Invoice 150295

Client 05067.00002

September 30, 2025

---

## **Expenses**

| | | | |
|---|---|---|---:|
| 09/04/2025 | AF | Travel Agent Fee | 29.00 |
| 09/04/2025 | BM | Joy Ride Pizza, San Francisco - working meal while in San Francico re mediation - JIS | 39.92 |
| 09/04/2025 | TE | Clipper Systems Mobile Concord - transportation in San Francisco re mediation - JIS | 10.00 |
| 09/07/2025 | BM | Rockridge Restaurant, Oakland - dinner with team re mediation - JIS | 508.34 |
| 09/08/2025 | HT | Palace Hotel, San Francisco - hotel (9/2-9/7) re mediation - JIS | 2,952.86 |
| 09/08/2025 | PO | Postage | 3.56 |
| 09/08/2025 | RE | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 09/08/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/08/2025 | RE | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/08/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/09/2025 | AF | Delta Airlines, Tkt 0067324631444, full fare refundable coach LAX/New Orleans (rt) AWC | 687.00 |
| 09/09/2025 | AF | Travel Agent Fee | 50.00 |
| 09/10/2025 | OS | Rust Consulting, Inv. 2025-1083 | 275.00 |
| 09/10/2025 | RE | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 09/11/2025 | AF | Travel Agent Fee | 50.00 |
| 09/11/2025 | AF | Delta Airlines, Tkt 00673246316772, full fare refundable coach LAX/New Orleans (rt) AWC | 1,260.00 |
| 09/13/2025 | AF | Travel Agent Fee | 50.00 |
| 09/16/2025 | LN | 05067.00002 Lexis Charges for 09-16-25 | 14.22 |
| 09/17/2025 | AF | Delta Airlines, Tkt 00673246317306, full fare refundable coach LAX/New Orleans (rt) AWC | 423.00 |
| 09/23/2025 | LN | 05067.00002 Lexis Charges for 09-23-25 | 15.49 |
| 09/23/2025 | LN | 05067.00002 Lexis Charges for 09-23-25 | 14.86 |
| 09/24/2025 | AF | Travel Agent Fee | 50.00 |
| 09/24/2025 | LN | 05067.00002 Lexis Charges for 09-24-25 | 14.22 |
| 09/24/2025 | LN | 05067.00002 Lexis Charges for 09-24-25 | 1.01 |
| 09/24/2025 | LN | 05067.00002 Lexis Charges for 09-24-25 | 14.08 |

# EXHIBIT H

Pachulski Stang Ziehl & Jones LLP
Archdiocese of New Orleans OCC
Client 05067.00002

Page:   23
Invoice 147292
June 4, 2025

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 03/01/2025 | AF | United Airlines, TKT 0162464545086, LAX/IAH/MSY (rt), IAWN | 1,435.88 |
| 03/15/2025 | AF | United Airlines, Tkt 0162469107246, LAX/IAH/MSY (rt) IAWN | 1,328.64 |
| 03/31/2025 | AT | Uber, IAWN | 52.67 |
| 03/31/2025 | AT | Executive Transportation, IAWN | 296.70 |
| 04/01/2025 | AT | Taxi Transporation, IAWN | 43.20 |
| 04/02/2025 | HT | Mariott - JW New Orleans, IAWN | 20.00 |
| 04/03/2025 | HT | Marriott - JW New Orleans, IAWN | 1,059.79 |
| 04/04/2025 | AT | Executive Transporation, IAWN | 326.70 |
| 04/04/2025 | AT | AAA parking, JPN | 30.80 |
| 04/04/2025 | HT | Intercontinental Hotel, 4 nights, JPN | 898.82 |
| 04/04/2025 | OTT | SP Mellow, IAWN | 39.99 |
| 04/08/2025 | AT | Taxi Transporation, IAWN | 46.00 |
| 04/09/2025 | AT | Executive Transportation, airport to home, IAWN | 296.70 |
| 04/10/2025 | AT | Taxi Transportation, Hotel to Airport, IAWN | 43.20 |
| 04/11/2025 | AT | Executive Transportation, IAWN | 301.70 |
| 04/11/2025 | HT | Waldorf the Roosevelt New Orleans, 4 nights, IAWN | 1,887.31 |
| 04/24/2025 | AF | United Airlines, Tkt 0162480483149, LAX/IAH/MSY , IAWN | 2,347.18 |
| 04/24/2025 | AF | United Airlines, Tkt 0162480559786, MSY/DEN/LAX, IAWN | 1,950.19 |
| 05/03/2025 | AF | Travel Agency Fee, AWC | 75.00 |
| 05/06/2025 | AF | Travel Agency Fee (JIS travel to New Orleans re mediation) | 50.00 |
| 05/07/2025 | AF | Delta Airlines, Tkt 00672440010410, LA/ New Orleans, R/T coach, AWC | 440.00 |
| 05/07/2025 | PO | Postage | 0.69 |
| 05/08/2025 | AF | Delta Airlines, r/t to New Orleans re Mediation full refundable ticket, JIS | 1,282.00 |
| 05/12/2025 | AF | United Airlines, Misc. Charge, IAWN | 109.00 |
| 05/15/2025 | AT | Transportation to/from airport to hotel, JIS | 120.00 |
| 05/15/2025 | AT | Uber - Mediation in New Orleans, JIS | 63.91 |

**CERTIFICATE OF SERVICE**

I hereby caused a copy of the foregoing *Amendment to Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025* to be served on May 11, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on May 11, 2026.

/s/ Nancy H. Brown
Nancy H. Brown

4938-4340-0103.1 05067.00003                    1