**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**JOINT "MAY CALL" WITNESS LIST OF DEBTOR PROFESSIONALS**
**FOR EVIDENTIARY HEARING SCHEDULED FOR JULY 8-10, 2026**

**NOW INTO COURT** come Signal Interactive Media ("**Signal**"), Talbot, Carmouche & Marcello ("**TC&M**"), Connick & Connick, L.L.C. ("**C&C**"), Blank Rome LLP ("**Blank Rome**"), Carr, Riggs & Ingram, LLC ("**CRI**"), Keegan Linscott & Associates, PC ("**KLA**"), Joshua Hogan on Behalf of Judge Michael R. Hogan ("**Hogan**"), and Jones Walker LLP ("**Jones Walker**," and, together with Signal, TC&M, C&C, Blank Rome, CRI, KLA, and Hogan, the "**Debtor Professionals**"), who respectfully submit this joint list of witnesses who may be called at the evidentiary hearing scheduled for July 8-10, 2026 in accordance with the *Amended Scheduling Order*, [ECF No. 5065].[2]

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

[2] The Debtor Professionals do not anticipate calling witnesses but will make representatives available for examination by the Court as detailed herein.

#111669339v1

## **"MAY CALL" WITNESSES**

**A. Signal (Expert Noticing Consultant) – Relates to ECF No. 4882**

1. Shannon Wheatman, Ph.D., Partner

    a. Please note that Dr. Wheatman has a direct scheduling conflict on July 8-9 due to a class action final approval hearing she must attend in person in another court in another state, and for this reason, her availability is limited to remote appearance (via telephone or video) on July 10.

2. Any witness designated or called by any other party

3. Any witness needed to authenticate any document

4. Any witness needed to rebut any evidence or testimony

5. Any witness needed for impeachment

**B. TC&M and C&C (Special Litigation Counsel) – Relates to ECF No. 4883**

1. Leah C. Poole, Attorney (TC&M)

2. William P. Connick, Partner (C&C)

3. Any witness designated or called by any other party

4. Any witness needed to authenticate any document

5. Any witness needed to rebut any evidence or testimony

6. Any witness needed for impeachment

**C. Blank Rome (Special Insurance Counsel) – Relates to ECF No. 4884**

1. James R. Murray, Partner

    a. Mr. Murray will be available to make a remote appearance (via telephone or video).

2. Any witness designated or called by any other party

3. Any witness needed to authenticate any document

4. Any witness needed to rebut any evidence or testimony

5. Any witness needed for impeachment

2

**D.  CRI (Financial Advisor) – Relates to ECF No. 4885**

1.  Kathleen Zuniga, Partner

2.  Any witness designated or called by any other party

3.  Any witness needed to authenticate any document

4.  Any witness needed to rebut any evidence or testimony

5.  Any witness needed for impeachment

**E.  KLA (Financial Advisor) – Relates to ECF No. 4886**

1.  Christopher G. Linscott, Director

    a.  Mr. Linscott will be available to make a remote appearance (via telephone or video).

2.  Any witness designated or called by any other party

3.  Any witness needed to authenticate any document

4.  Any witness needed to rebut any evidence or testimony

5.  Any witness needed for impeachment

**F.  Hogan (Unknown Claims Representative) – Relates to ECF No. 4887**

1.  Joshua Hogan, Business Manager

2.  Any witness designated or called by any other party

3.  Any witness needed to authenticate any document

4.  Any witness needed to rebut any evidence or testimony

5.  Any witness needed for impeachment

**G.  Jones Walker (Debtor's Counsel) – Relates to ECF Nos. 4888, 5059, & 5060**

1.  Mark A. Mintz, Partner

2.  Any witness designated or called by any other party

3.  Any witness needed to authenticate any document

3

4. Any witness needed to rebut any evidence or testimony

5. Any witness needed for impeachment

**RESERVATION OF RIGHTS**

The Debtor Professionals reserve any and all rights to amend or supplement the foregoing

list.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Shannon R. Wheatman*
Shannon R. Wheatman, Ph.D.
**SIGNAL INTERACTIVE MEDIA**
1300 Connecticut Ave. NW, Suite 375,
Washington, D.C. 20036
Telephone: (202) 617-0743
Email: shannon@themessinagroup.com

*/s/ Leah C. Poole*
Leah C. Poole (La. Bar No. 35092)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (337) 340-9016
Email: lpoole@tcmlawoffice.com

*/s/ William P. Connick*
William P. Connick (La. Bar No. 14158)
**CONNICK & CONNICK, L.L.C.**
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Phone: (504) 838-8777
Email: pconnick@connicklaw.com

*/s/ James R. Murray*
James R. Murray
**BLANK ROME LLP**
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: JMurray@BlankRome.com

*/s/ Kathleen Zuniga*
Kathleen Zuniga
**CARR, RIGGS & INGRAM, LLC**
111 Veterans Boulevard, Suite 350
Metairie, LA 70005
Telephone: (985) 629-5579
Facsimile: (985) 629-5629
Email: kzuniga@cricpa.com

*/s/ Christopher G. Linscott*
Christopher G. Linscott
**KEEGAN LINSCOTT & ASSOCIATES, PC**
3443 N. Campbell Avenue, Suite 115
Tucson, AZ 85719-2328
Telephone: (520) 884-0176
Email: clinscott@keeganlinscott.com

*/s/ Joshua Hogan*
Joshua Hogan
**HOGAN MEDIATION LLC**
PO Box 1375
Eugene, OR 97440
Telephone: (541) 914-7911
Email: josh@hoganmediation.net

*/s/ Mark A. Mintz*
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
**JONES WALKER LLP**
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000

4

#111669339v1

Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, on May 11, 2026, that a true and correct copy of the foregoing (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, and (b) is being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22].  DRC shall file a certificate of service to that effect when service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

#111669339v1