**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO.  20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC** | |
| **CHURCH OF THE ARCHDIOCESE** | **SECTION A** |
| **OF NEW ORLEANS,** | **CHAPTER 11** |
| | |
| **DEBTORS.[1]** | **COMPLEX CASE** |

**UNITED STATES TRUSTEE'S 'MAY CALL' WITNESS LIST**
**FOR EVIDENTIARY HEARING ON JULY 8-10, 2026**

Pursuant to this Court's Amended Scheduling Order [ECF No. 5065], the Acting United States Trustee for Region 5 ("U.S. Trustee") respectfully submits this May Call Witness List in advance of the hearings on the Final Fee Applications,[2] to which the U.S. Trustee has filed (i) an Objection [ECF No. 5062] to the Final Fee Application of Dundon Advisers, LLC and (ii) an Objection [ECF No. 5063] to the Final Fee Application of Carr, Riggs & Ingram, LLC; all set for an evidentiary hearing to take place on July 8-10, 2026.

**I.     U.S. Trustee's May Call Witness List:**

1.     Representative of Dundon Advisors, LLC

2.     Thomas Short

3.     Joyce Korir

4.     Matthew Dundon

5.     Representative of Carr, Riggs & Ingram, LLC

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

[2] [ECF Nos. 4882, 4883, 4884, 4885, 4886, 4887, 4888, 4890, 4891, 4892, 4895, 4898, 4900, 4902, 4903, 4905, 4907, 4908, 4912, 5060, and 5092].

6.      Kathleen Zuniga

7.      Angela Wilcox

8.      Any witness called or listed by any other party to the hearing.


Dated: May 11, 2026                    Respectfully submitted,

                                       DAVID W. ASBACH
                                       Acting United States Trustee, Region 5
                                       Judicial Districts of Louisiana and Mississippi

                                       by: *s/Amanda Burnette George*
                                       AMANDA BURNETTE GEORGE (31642)
                                       Acting Assistant United States Trustee
                                       600 S. Maestri St., Suite 840-T
                                       New Orleans, LA 70130
                                       Telephone no. (504) 589-4018
                                       Direct: (504) 589-4092
                                       Amanda.B.George@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, a copies of the foregoing United States Trustee's Witness and Exhibit List were as served through the court's CM/ECF System upon the parties identified below:

Edward H. Arnold, III on behalf of Creditor Federal National Mortgage Association
harnold@bakerdonelson.com, stannehill@bakerdonelson.com

Erin Arnold on behalf of Creditor SBN V FNBC LLC
erin.arnold@kellyhart.com

Katie Dysart on behalf of Creditor Federal National Mortgage Association
kdysart@bakerdonelson.com, psigmon@bakerdonelson.com

Darryl T. Landwehr on behalf of Creditor Lirette Investment Group, LLC
dtlandwehr@att.net, dtlandwehr@gmail.com

Louis Middleton Phillips on behalf of Creditor SBN V FNBC LLC
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Benjamin Pri-Tal on behalf of Creditor Capital Construction Group, LLC
bprital@mmkfirm.com

Ryan James Richmond on behalf of Debtor Chateau Creole Apartments, LLC
ryan@snw.law

by: *s/Amanda Burnette George*
AMANDA BURNETTE GEORGE (31642)
Trial Attorney, Office of the U.S. Trustee