**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 20-10846

THE ROMAN CATHOLIC CHURCH
OF THE ARCHDIOCESE OF                        SECTION "A"
NEW ORLEANS

    *Debtor*[1]                                          CHAPTER 11

---

### "MAY CALL" WITNESS LIST OF DUNDON ADVISORS

---

In accordance with the Court's *Amended Order Scheduling Order* [Doc. No. 5065], Dundon Advisors, LLC ("Dundon") submits *its "May Call" Witness List* for the evidentiary hearing set for July 8-10, 2026 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130, concerning the following pleadings (the "Hearing"):

(a) *Thirteenth and Final Fee Application of Dundon Advisors LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Financial Advisor to the Official Committee of Unsecured Commercial Creditors* [P-4892];

(b) *Debtor's Objection to the Final Fee Application of Dundon Advisers LLC as Financial Advisers for the Official Committee of Unsecured Commercial Creditors* [P-5055] and

(c) *United States Trustee's Objection to the Final Fee Application of Dundon Advisers, LLC* [Dkt. No. 5062].

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**"MAY CALL" WITNESSES**

Dundon may, and reserves the right to, call the following witnesses at the Hearing:

1. A representative(s) of Stewart Robbins Brown & Altazan, LLC;

2. Matthew Dundon;

3. Heather Barlow;

4. Tabish Rizvi;

5. Kathleen Zuniga;

6. Mark A. Mintz;

7. Elizabeth J. Futrell;

8. Samantha A. Oppenheim;

9. Douglas S. Draper;

10. Michael E. Landis;

11. Most Reverend Gregory M. Aymond, D.D.;

12. Most Reverend James F. Checchio, JCD, MBA;

13. Very Reverend Patrick Carr;

14. Lloyd D. Eagan, Jr.;

15. Representative of Office of United States Trustee;

16. Susan A. Zeringue;

17. Any witness listed on any other party's "May Call" witness list; and

18. Any Witness called purely for rebuttal or impeachment.

## RESERVATION OF RIGHTS

Discovery remains open and the deadline for filing witness lists has not yet passed.  As such, Dundon reserves any and all rights to amend or supplement its *"May Call"* Witness List.

Dated: May 11, 2026

Respectfully Submitted,

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
Louis M. Phillips (LA #10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

*Counsel for Dundon Advisors, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 11 May 2026.

*/s/ Louis M. Phillips*
Louis M. Phillips (LA #10505)