**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | Section "A" |
| ORLEANS, | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**DEBTOR'S MAY-CALL WITNESS LIST FOR HEARING SCHEDULED**
**FOR JULY 8-10, 2026**

In accordance with the Court's *Amended Order Scheduling Order* [Doc. No. 5065], Debtor The Roman Catholic Church of the Archdiocese of New Orleans ("the Archdiocese") submits *Debtor's "May Call" Witness List* for the evidentiary hearing set for July 8-10, 2026 before Judge Meredith S. Grabill in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130.

**MAY-CALL WITNESSES**

The Archdiocese may call the following witnesses at the Hearing:

1. Moshin Y. Meghji

2. Representative of Dundon Advisers

3. Thomas Short

4. Joyce Korir

5. Matthew Dundon

6. Representative of Troutman Pepper Locke

7. Representative of Pachulski Stang Ziehl & Jones

8. Representative of Berkeley Research Group

9. Representative of Stewart Robbins Brown & Altazan

10. Chris Linscott

11. Lee Eagan

12. Mark Mintz

13. Any individual identified on any other party's witness list or called by any other party

14. Any affiant or declarant previously or subsequently submitted in support of a fee application

## <u>RESERVATION OF RIGHTS</u>

Discovery remains open and the deadline for filing witness lists has not yet passed. As such, the Archdiocese reserves any and all rights to amend or supplement the foregoing Debtor's May-Call Witness List for Hearing Scheduled on July 8-10, 2026.

Dated: May 11, 2026

Respectfully submitted,

**MURPHY BALL STRATTON LLP**

*/s/ Michelle S. Stratton*
Michelle S. Stratton
La. Bar No. 32684
Land Murphy
Texas Bar No. 24058010
Dane Ball
Texas Bar No. 24051642
Harris Blum
Texas Bar No. 24138757
1001 Fannin St., Suite 720
Houston, Texas 77002
Telephone: (281) 658-9060
mstratton@mbssmartlaw.com
lmurphy@mbssmartlaw.com
dball@mbssmartlaw.com
hblum@mbssmartlaw.com

***Attorneys for Debtor***

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I caused a copy of the foregoing document to be served via the Court's ECF system on May 11, 2026.

*/s/ Michelle Stratton*
Michelle Stratton