**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**CERTAIN COMMITTEE PROFESSIONALS' MAY CALL WITNESS LIST FOR EVIDENTIARY HEARING SCHEDULED FOR JULY 8 – 10, 2026**

Troutman Pepper Locke LLP ("Troutman"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), Stout Risius Ross, LLC ("Stout"), Zobrio, Inc. ("Zobrio"), Stegall, Benton, Melancon & Associates, LLC ("Stegall Benton"), Actuarial Value, LLC ("Actuarial Value"), and Rock Creek Advisors, LLC ("Rock Creek" and together with Troutman, PSZJ, Stout, Zobrio, Stegall Benton, and Actuarial Value, the "Certain Committee Professionals") submit this combined "may call" list of witnesses for the evidentiary hearing scheduled for July 8-10, 2026 (the "Hearing") in accordance with the Court's *Amended Scheduling Order* [ECF Doc. 5065]:

**WITNESSES**

**I.     Witness List of Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones LLP**

Troutman and PSZJ *may* call the following witnesses:

1.  Omer F. Kuebel III, Troutman Pepper Locke LLP

2.  Bradley C. Knapp, Troutman Pepper Locke LLP

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

251412574v5

3.  W. Steven Bryant, Troutman Pepper Locke LLP

4.  James Stang, Pachulski Stang Ziehl & Jones LLP

5.  Andrew Caine, Pachulski Stang Ziehl & Jones LLP

6.  Mark Mintz, Jones Walker LLP

7.  Douglas S. Draper, Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)

8.  Any witness necessary to authenticate documents.

9.  Any witness listed, offered, or called by any other party.

10. Any witness offered for rebuttal or impeachment.

**II.   Witness List of Stout Risius Ross, LLC**

Stout *may* call the following witnesses:

1.  Katheryn R. McNally, Stout Risius Ross, LLC or corporate representative

2.  Any witness necessary to authenticate documents.

3.  Any witness listed, offered, or called by any other party.

4.  Any witness offered for rebuttal or impeachment.

**III.  Witness List of Zobrio, Inc.**

Zobrio *may* call the following witnesses:

1.  John Varadian, Zobrio, Inc. or corporate representative

2.  Any witness necessary to authenticate documents.

3.  Any witness listed, offered, or called by any other party.

4.  Any witness offered for rebuttal or impeachment.

**IV.   Witness List of Stegall, Benton, Melancon & Associates, LLC**

Stegall Benton *may* call the following witnesses:

1.  Bush G. Benton, Stegall, Benton, Melancon & Associates, LLC or corporate representative

2

2.  Any witness necessary to authenticate documents.

3.  Any witness listed, offered, or called by any other party.

4.  Any witness offered for rebuttal or impeachment.

V.   **Witness List of Actuarial Value, LLC**

Actuarial Value *may* call the following witnesses:

1.  Robert T. Campbell, Actuarial Value, LLC or corporate representative

2.  Any witness necessary to authenticate documents.

3.  Any witness listed, offered, or called by any other party.

4.  Any witness offered for rebuttal or impeachment.

VI.  **Witness List of Rock Creek Advisors, LLC**

Rock Creek *may* call the following witnesses:

1.  Chris Peirce, Rock Creek Advisors, LLC or corporate representative

2.  Any witness necessary to authenticate documents.

3.  Any witness listed, offered, or called by any other party.

4.  Any witness offered for rebuttal or impeachment.

**RESERVATION OF RIGHTS**

The Certain Committee Professionals reserve any and all rights to call additional witnesses at the Hearing, whether for direct testimony or rebuttal, as may be appropriate.

[*Signature Page to Follow*]

251412574v5

Dated: May 11, 2026        Respectfully submitted,

*By: /s/ Bradley C. Knapp*
Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
**TROUTMAN PEPPER LOCKE LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: brad.knapp@troutman.com
       rick.kuebel@troutman.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steve.bryant@troutman.com

-**and**-

*/s/ Andrew W. Caine*
**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
       acaine@pszjlaw.com

*Former Co-Counsel to the Official Committee of Unsecured Creditors*

251412574v5

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a copy of the foregoing *May Call Witness List for Evidentiary Hearing Scheduled for July 8-10, 2026* to be served on May 11, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

By: /s/ Bradley C. Knapp
Bradley C. Knapp

251412574v5