**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:**<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>　　　　　　　　　**Debtor. [1]** | **Case No. 20-10846**<br><br>**Section "A"**<br><br>**Chapter 11** |

**DEBTOR'S MAY CALL WITNESS LIST**

In accordance with this Court's Amended Scheduling Order (Dkt. No. 5065), the

Reorganized Debtor submits this list of witnesses it may call at the hearing scheduled for July 8,

2026, in connection with the Final Fee Applications.[2]

**MAY CALL WITNESSES**

a. Any witness listed or called by any other party.

May 11, 2026

　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

　　　　　　　　　　　　　*/s/ Michael E. Landis*
　　　　　　　　　　　　　Douglas S. Draper, La. Bar No. 5073
　　　　　　　　　　　　　Greta M. Brouphy, La. Bar No. 26216
　　　　　　　　　　　　　Michael E. Landis, La Bar No. 36542
　　　　　　　　　　　　　650 Poydras Street, Suite 2500
　　　　　　　　　　　　　New Orleans, LA  70130-6103
　　　　　　　　　　　　　Telephone: 504.299.3300/Fax: 504.299.3399
　　　　　　　　　　　　　E-mail: ddraper@lawla.com
　　　　　　　　　　　　　E-mail: gbrouphy@lawla.com
　　　　　　　　　　　　　E-mail: mlandis@lawla.com

　　　　　　　　　　　　　*Attorneys for the Debtor*

{00384121-2}

# CERTIFICATE OF SERVICE

I, Michael Landis, do hereby certify that I caused the above and foregoing to be served on May 11, 2026, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- Christine W. Adams    cadams@deshazoadams.com
- H. Kent Aguillard    kent@aguillardlaw.com, germaine@aguillardlaw.com;caleb@aguillardlaw.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- William Harrell Arata    aratalaw@bellsouth.net
- William Harrell Arata    billarata@aratalaw.net
- David Winston Ardoin    david@amotriallawyers.com, renee@amotriallawyers.com
- John Baay    Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com
- Jerry Beatmann    jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com
- Alicia M. Bendana    abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- Jacques F. Bezou    jb2@bezou.com, dhenderson@bezou.com
- Richard A. Bordelon    rbordelon@denechaudlaw.com
- Derek T Braslow    dbraslow@actslaw.com
- Brandon A. Brown    bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Joseph M. Bruno    jbruno@brunobrunolaw.com
- William Steven Bryant    steven.bryant@lockelord.com
- Elwood F. Cahill    ecahill@shergarner.com
- Andrew William Caine    acaine@pszjlaw.com
- Deborah J Campbell    deborah.campbell@dentons.com
- Linda F Cantor    lcantor@pszjlaw.com
- Daniel J Carr    dcarr@peifferwolf.com
- Clint Casperson    clcasperson@dmillerlaw.com
- Ryan J Cavanaugh    ryan@constantllp.com
- Desiree M. Charbonnet    desi@charbonnetlawfirm.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Everett J. Cygal    ecygal@schiffhardin.com
- Rodrigo DE Llano    filing@dandell.com
- Scott Edward Delacroix    scottdelacroixlaw@gmail.com
- John H. Denenea    jdenenea@gmail.com
- Douglas S. Draper    ddraper@hellerdraper.com, vgamble@hellerdraper.com
- Christopher F Edmunds    chrisedmundslaw@gmail.com

{00384121-2}

- Frank Elliot    frank@nfelaw.com
- Joseph Mark Fisher    mfisher@schiffhardin.com
- Elizabeth J. Futrell    efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- Jeremy Gettes    jgettes@chehardy.com
- William P. Gibbens    billy@semmlaw.com, terri@semmlaw.com
- Soren Erik Gisleson    soren@hkgclaw.com, jchauvin@hhkc.com
- Brodie Glenn    bglenn@bradleyfirm.com
- Alan H. Goodman    alan.goodman@bswllp.com, moorek@bswllp.com
- Stephen Haedicke    stephen@haedickelaw.com
- Ashley J. Heilprin    ashley.heilprin@phelps.com
- Evan Park Howell    ehowell@ephlaw.com
- Erin Pelleteri Howser    epelleteri@bakerdonelson.com
- Stephen Michael Huber    stephen@huberthomaslaw.com
- Sara Hunkler    shunkler@ruggerilaw.com
- Amelia L. Hurt    amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com
- Wayne J. Jablonowski    wjjlaw@bellsouth.net
- Annette W Jarvis    jarvisa@gtlaw.com
- Lillian Jordan    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;ijohnson@lawla.com
- Allison Kingsmill    akingsmill@joneswalker.com
- Bradley C. Knapp    brad.knapp@troutman.com, AutoDocket@LockeLord.com
- Dylan K. Knoll    dknoll@denechaudlaw.com
- Omer F. Kuebel    rick.kuebel@troutman.com
- Heather A. LaSalle    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- Frank E. Lamothe    felamothe@lamothefirm.com
- Julien Guy Lamothe    jlamothe@lamothefirm.com
- Mark C. Landry    mlandry@newmanmathis.com
- Darryl T. Landwehr    dtlandwehr@att.net, dtlandwehr@gmail.com
- Joseph J Lowenthal    jlowenthal@joneswalker.com
- Ryan Luminais    rluminais@shergarner.com
- Thomas J. Madigan    tmadigan@shergarner.com, rbailey@shergarner.com
- Wayne A. Maiorana    tmaiorana@newmanmathis.com
- Wilson Lewis Maloz    wmaloz@lpwsl.com
- Robert A. Mathis    rmathis@newmanmathis.com
- Donald Andrew Mau    andy@caseycowley.com
- Patrick Maxcy    patrick.maxcy@dentons.com
- Ryan Matthew McCabe    ryan@mccabefirm.com, rmccabe@gmail.com
- Collin Roy Melancon    collin@mmcdlaw.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- Gerald Edward Meunier    gmeunier@gainsben.com, dmartin@gainsben.com
- Daniel Adam Meyer    dmeyer@sssfirm.com

{00384121-2}

- Allen C. Miller    allen.miller@phelps.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Jack E Morris    jem@jemorrislaw.com
- M. Keith Moskowitz    keith.moskowitz@dentons.com
- Kathryn Munson    kwm@stanleyreuter.com
- Colleen A Murphy    murphyc@gtlaw.com
- Brandon Naquin    ban@stanleyreuter.com
- Samantha Oppenheim    soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- Dwight C Paulsen    tpaulsen@bradleyfirm.com
- Felecia Y Peavy    felepeavy@juno.com
- Louis Middleton Phillips    louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com
- Caroline A. Reckler    caroline.reckler@lw.com
- William S. Robbins    wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Craig Robinson    craig@rlolegal.com
- Nicholas Rockforte    nicholas@onmyside.com
- Keith A. Rodriguez    Krodriguez@keithrodriguez.com
- Samuel M. Rosamond    srosamond@twpdlaw.com, jgreen@twpdlaw.com
- Richard A Rozanski    richard@rarlaw.net
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Robert Salim    skeeter@salim-beasley.com
- Tancred Schiavoni    tschiavoni@omm.com, nrivera@omm.com
- Logan E. Schonekas    logan@huberthomaslaw.com
- Kristi Schubert    kschubert@lamothefirm.com
- Bradley J. Schwab    brad@voorhieslaw.com
- Stephen P. Scullin    scullin@carverdarden.com, baradell@carverdarden.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Nicholas Smeltz    nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- David M Spector    dspector@schiffhardin.com
- Richard C. Stanley    rcs@stanleyreuter.com
- Paul Maury Sterbcow    sterbcow@lksalaw.com
- Roger Stetter    rastetter47@yahoo.com
- Paul Douglas Stewart    dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Kaylin Storey    kstorey@truittlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us
- Margaret Frohn Swetman    krastanis@leakeandersson.com
- Reagan Charleston Thomas    rthomas@awkolaw.com
- Jefferson R. Tillery    jtillery@joneswalker.com

{00384121-2}

- Taylor Townsend     taylor@townsendlaw.com
- Richard Trahant     trahant@trahantlawoffice.com
- Jack E Truitt     btruitt@truittlaw.com, jwertz@truittlaw.com
- Office of the U.S. Trustee     USTPRegion05.NR.ECF@usdoj.gov
- R. Patrick Vance     pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- Richard P Voorhies     Richard@voorhieslaw.com, tosha@voorhieslaw.com
- David F. Waguespack     waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- David E. Walle     dwalle@bfrob.com, aadams@bfrob.com
- John W. Waters     jwaters@bfrob.com, aadams@bfrob.com
- Michael Watson     mwatson@michaelcwatson.com
- Regina Wedig     reginawedig@wediglaw.com, rswedig@hotmail.com
- Edward Dirk Wegmann     dwegmann@joneswalker.com
- Joshua D Weinberg     Jweinberg@ruggerilaw.com
- John Randall Whaley     jrwhaley@whaleylaw.com, auburn@whaleylaw.com
- Brittany Rose Wolf-Freedman     bwolf@gainsben.com, ddelger@gainsben.com
- Yongli Yang     yongli.yang@clydeco.us
- Wayne George Zeringue     wzeringue@joneswalker.com
- Michael S. Zerlin     mzerlin@netscape.net

*/s/Michael E. Landis*

Michael E. Landis

{00384121-2}