**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| FOR THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | SECTION A |
| | § | |
| DEBTOR | § | |

**RESPONSES RECEIVED BY COURT[1]**

# FILED UNDER SEAL

- Response by S.L. Claim 60256 P-4937

- Response by L.A. Claim 60269 P-4937

- Supplemental Response by K.C. Claim 60024 P-4937

---

[1]The sealed documents have been placed in the sealed cabinet.