**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS,

Debtor.

Case No. 20-10846
(Jointly Administered)

Chapter 11

Complex Case

Section A

## WITHDRAWAL OF PROOF OF CLAIM

NOW COMES, Schonekas, Evans, McGoey & McEachin, LLC ("SEMM Law"), through undersigned counsel, who pursuant to Federal Rule of Bankruptcy Procedure 3006 withdraws the proof of claim in the amount of $20,966.17 filed on November 17, 2020, by SEMM Law (Proof of Claim No: 00161).

WHEREFORE, Schonekas, Evans, McGoey & McEachin, LLC prays that the instant withdrawal be filed and its proof of claim be withdrawn with prejudice.

Respectfully submitted,

*/s/ Kyle Schonekas*
Kyle Schonekas, 11817
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
kyle@semmlaw.com
*Attorney for Schonekas, Evans, McGoey &*
*McEachin, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on May 13, 2026 via electronic filing upon all counsel of record registered through the CM/ECF system.

*/s/ Kyle Schonekas*
KYLE SCHONEKAS