**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | * | |
| **OF THE ARCHDIOCESE OF NEW** | * | **Section "A"** |
| **ORLEANS,** | * | |
| | * | **Chapter 11** |
| **Debtor** | * | |
| | * | |

**RICHARD C. TRAHANT'S SUPPLEMENTAL OBJECTIONS**
**TO MOTION TO ENFORCE SUPERSEDEAS BOND**
**OR FOR WRIT OF EXECUTION**

NOW INTO COURT, through undersigned counsel, comes Richard C. Trahant, who respectfully objects to the "Motion of the Reorganized Debtor to Enforce Supersedeas Bond, or in the Alternative, for the Issuance of a Writ of Execution" filed on March 23, 2026 by the reorganized debtor, The Roman Catholic Church of the Archdiocese of New Orleans (Bankr. Doc. 4972), and currently set for hearing on May 21, 2026 (Bankr. Doc. 5031), on the grounds set forth in his original "Objections to Motion to Enforce Supersedeas Bond or for Writ of Execution" filed on April 9, 2026 (Bankr. Doc. 4999), which he adopts and incorporates herein by reference in their entirety, and which he supplements herein as follows:

The motion originally came for hearing before the Court on April 16, 2026 (Bankr. Doc. 4973), during which the Court ruled that the motion was premature because the Court previously stayed the enforcement of the order secured by the supersedeas bond "pending the resolution of Mr. Trahant's appeal" of that order (Bankr. Docs. 1911, 4999-1 Stay Order), and that the appeal remains pending until Mr. Trahant exhausts his right to timely file a petition for certiorari in the U.S.

-1-

Supreme Court. As the due date by which Mr. Trahant's petition for certiorari was due in the Supreme Court was May 11, 2026, the Court continued the hearing on the Archdiocese's motion to May 21, 2016 in an Order dated April 17, 2026 (Bankr. Doc. 5031).

Meanwhile, on May 1, 2026, Mr. Trahant filed his petition for certiorari in the Supreme Court, which docketed the petition on May 6, 2026 as Case No. 25-1260. *See* https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/25-1260.html. As such, Mr. Trahant's appeal of the order secured by the supersedeas bond that the Archdiocese seeks to enforce remains pending, and the Archdiocese's motion to enforce the supersedeas bond remains premature, until the Supreme Court makes a final decision on Mr. Trahant's petition for certiorari or on the merits.

For these reasons and for the reasons stated in Mr. Trahant's original objections (Bankr. Doc. 4999), Mr. Trahant respectfully objects to the Archdiocese's "Motion of the Reorganized Debtor to Enforce Supersedeas Bond, or in the Alternative, for the Issuance of a Writ of Execution" (Bankr. Doc. 4972), and respectfully prays that this Court deny the motion.

**RESPECTFULLY SUBMITTED,**

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
**2908 Hessmer Avenue**
**Metairie, LA 70002**
**Telephone: (504) 780-9891**
**FAX: (504) 780-9891**
**Email: trahant@trahantlawoffice.com**

**- and -**

**PAUL M. STERBCOW (#17817)**
**Lewis, Kullman, Sterbcow & Abramson**
**601 Poydras Street, Suite 2615**
**New Orleans, Louisiana 70130**
**(504) 588-1500 Telephone**
**(504) 588-1514 Facsimile**
**sterbcow@lksalaw.com**

**- and -**

*/s/ Jack E. Morris*

**JACK E. MORRIS (La. Bar No. 22539)**
**JACK E. MORRIS, ATTORNEY AT LAW, LLC**
**4051 Veterans Boulevard, Suite 208**
**Metairie, Louisiana 70002**
**(504) 454-2769**
**jem@jemorrislaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Richard C. Trahant's Supplemental Objections to Motion to Enforce Supersedeas Bond or for Writ of Execution" was served on those parties receiving notice via the Court's Electronic Case Filing system by electronic case filing on  May 13, 2026 .

*/s/ Jack E. Morris*

**JACK E. MORRIS**

-3-