**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  THE ROMAN CATHOLIC | * | **CASE NO. 20-10846** |
| CHURCH FOR THE ARCHDIOCESE | * | |
| OF NEW ORLEANS | * | **CHAPTER 11** |
| Debtor | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF HEARING AND CERTIFICATE OF SERVICE**</u>

**NOTICE IS HEREBY** given that a hearing on the Motion for Relief from Automatic

Stay filed by Creditor Jo Ann Redmond Wade will be heard on **June 17, 2026 at 1:00 p.m.**

before:

> Judge Meredith S. Grabill
> U.S. Bankruptcy Court
> 500 Poydras Street
> Courtroom B-709
> New Orleans, LA  70130
>
> **Hearing will be conducted by telephone:**
> **Dial-in Telephone Number: 504-517-1385**
> **Access Code: 129611**

Objections and responses must be filed no later than 7 days prior to the Scheduled

Hearing Date of the Motion.

You must serve a copy of your orbjection/response on the person who sent you this

notice. Otherwise, the Court may treat the Motion as unopposed and grant the relief requested.

Dated:  05/18/2026.                              Respectfully Submitted:

                                                     /s/ Kevin K. Gipson
                                                KEVIN K. GIPSON
                                                Bar No. 17604
                                                3902 General DeGaulle Drive
                                                New Orleans, LA 70114
                                                (504) 368-4101
                                                Facsimile: (504) 231-3551
                                                kkg@kevinkgipson.com

I, Kevin K. Gipson, do hereby certify that this Notice, and Motion for Relief from

Automatic Stay of Creditor Jo Ann Redmond Wade were served on May 25, 2026 by:

ELECTRONIC FILING through the attached Notice of Electronic filing by the court's electronic

filing system,

Christine W. Adams cadams@deshazoadams.com

H. Kent Aguillard kent@aguillardlaw.com, ermaine@aguillardlaw.com;caleb@aguillardlaw.com

Heather LaSalle Alexis halexis@hinshawlaw.com, lgraff@mcglinchey.com

A. Brooke Watford Altazan baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com

William Harrell Arata billarata@aratalaw.net

David Winston Ardoin david@amotriallawyers.com, renee@amotriallawyers.com

John Baay, II Jbaay@LabordeSiegel.com, myoung@glllaw.com;nordonez@labordesiegel.com

Dane Ball dball@mbssmartlaw.com

Jerry Beatmann, Jr jay.beatmann@dentons.com, dee.mcgill@dentons.com;sam.alberts@dentons.com

Alicia M. Bendana abendana@fishmanhaygood.com, kfritscher@fishmanhaygood.com; rmichel@fishmanhaygood.com

Jacques F. Bezou, Jr jb2@bezou.com, dhenderson@bezou.com

Harris Blum hblum@mbssmartlaw.com

Richard A. Bordelon rbordelon@denechaudlaw.com

Derek T Braslow on behalf of Creditor dbraslow@actslaw.com

Greta M Brouphy gbrouphytrustee@gmail.com, la55@ecfcbis.com;gbrouphy@lawla.com

Brandon A. Brown bbrown@stewartrobbins.com, bbrown@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com

Joseph M. Bruno, Sr jbruno@brunobrunolaw.com

William Steven Bryant steven.bryant@lockelord.com

Elwood F. Cahill, Jr. ecahill@shergarner.com

Andrew William Caine acaine@pszjlaw.com

Deborah J Campbell deborah.campbell@dentons.com

Linda F Cantor on behalf of Consultant Kinsella Media, LLC lcantor@pszjlaw.com

Daniel J Carr on behalf of Creditor K. J. D. dcarr@peifferwolf.com

Clint Casperson on behalf of Attorney Clint Casperson clcasperson@dmillerlaw.com

Ryan J Cavanaugh ryan@constantllp.com

William G. Cherbonnier, Jr. wgc@billcherbonnier.com, caludagroupllc@jubileebk.net

Everett J. Cygal everett.cygal@afslaw.com

Rodrigo DE Llanofiling@dandell.com

Scott Edward Delacroix scottdelacroixlaw@gmail.com

John H. Denenea, Jr. jdenenea@gmail.com

Ross J. Donnes rossd@coenendonnes.com

Douglas S. Draper ddraper@lawla.com, szito@lawla.com; vgamble@hellerdraper.com

Christopher F Edmunds chrisedmundslaw@gmail.com

Frank Elliot, III frank@nfelaw.com

Joseph Mark Fisher mfisher@schiffhardin.com

Elizabeth J. Futrell
efutrell@joneswalker.com, lisa-futrell-4186@ecf.pacerpro.com

Amanda Burnette George on behalf of U.S. Trustee Office of the U.S. Trustee
Amanda.B.George@usdoj.gov

Jeremy Gettes jgettes@chehardy.com

William P. Gibbens billy@semmlaw.com, terri@semmlaw.com

Soren Erik Gisleson soren@hkgclaw.com, jchauvin@hhkc.com

Ashley J. Heilprin ashley.heilprin@phelps.com

Evan Park Howell, III ehowell@ephlaw.com

Erin Pelleteri Howser epelleteri@bakerdonelson.com

Stephen Michael Huber stephen@huberthomaslaw.com

Sara Hunkler shunkler@ruggerilaw.com

Amelia L. Hurt amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com

Wayne J. Jablonowski wjjlaw@bellsouth.net

Annette W Jarvis jarvisa@gtlaw.com

Lillian Jordan ljordan@donlinrecano.com, rmapa@donlinrecano.com; nefrecipients@donlinrecano.com; jestrada@donlinrecano.com

Benjamin Kadden bkadden@lawla.com, mnguyen@lawla.com;szito@lawla.com

Jay H. Kern jayk@spsr-law.com

Allison Kingsmill akingsmill@joneswalker.com

Bradley C. Knapp brad.knapp@troutman.com, AutoDocket@LockeLord.com

Dylan K. Knoll dknoll@denechaudlaw.com

Omer F. Kuebel, III rick.kuebel@troutman.com

Frank E. Lamothe, III felamothe@lamothefirm.com

Julien Guy Lamothe jlamothe@lamothefirm.com

Michael E. Landis mlandis@lawla.com, szito@lawla.com

Mark C. Landry mlandry@newmanmathis.com

Darryl T. Landwehr dtlandwehr@att.net, dtlandwehr@gmail.com

Joseph J Lowenthal, Jr jlowenthal@joneswalker.com
Ryan Luminais rluminais@shergarner.com

Thomas J. Madigan tmadigan@shergarner.com, rbailey@shergarner.com

Wayne A. Maiorana, Jr. tmaiorana@newmanmathis.com

Donald C Massey dmassey@couhigpartners.com, dmassey@ano-settlementtrust.com

Robert A. Mathis rmathis@newmanmathis.com

Donald Andrew Mau, andy@caseycowley.com

Patrick Maxcy patrick.maxcy@dentons.com

Ryan Matthew McCabe ryan@mccabefirm.com, rmccabe@gmail.com

Collin Roy Melancon collin@mmcdlaw.com

Carey L. Menasco clmenasco@liskow.com

Andrew D. Mendez amendez@stonepigman.com

Gerald Edward Meunier gmeunier@gainsben.com, dmartin@gainsben.com

Daniel Adam Meyer dmeyer@sssfirm.com

Allen C. Miller allen.miller@phelps.com

Mark Mintz mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Jack E Morris jem@jemorrislaw.com

M. Keith Moskowitz keith.moskowitz@dentons.com

Kathryn Munson kwm@stanleyreuter.com

Colleen A Murphy murphyc@gtlaw.com

Garland Murphy, IV lmurphy@mbssmartlaw.com

Brandon Naquin ban@stanleyreuter.com

Dennis O'Donnell dennis.odonnell@us.dlapiper.com

Samantha Oppenheim soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
Dwight C Paulsen, III tpaulsen@bradleyfirm.com

Felecia Y Peavy felepeavy@juno.com

Jonathan Pedersen jcp@reedandpedersen.com

Louis Middleton Phillips louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com

Caroline A. Reckler caroline.reckler@lw.com

William S. Robbins wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com

Craig Robinson craig@rlolegal.com

Nicholas Rockforte nicholas@onmyside.com

Keith A. Rodriguez Krodriguez@keithrodriguez.com

Samuel M. Rosamond, III srosamond@twpdlaw.com, jgreen@twpdlaw.com

Richard A Rozanski richard@rarlaw.net

Michael D. Rubenstein mdrubenstein@liskow.com, lschnabel@Liskow.com

David Rubin David.Rubin@butlersnow.com

Robert Salim skeeter@salim-beasley.com

Tancred Schiavoni tschiavoni@omm.com

Kyle D. Schonekas kyle@semmlaw.com, laura@semmlaw.com;jbailey@semmlaw.com

Logan E. Schonekas logan@huberthomaslaw.com

Kristi Schubert kschubert@lamothefirm.com

Bradley J. Schwab brad@voorhieslaw.com

Stephen P. Scullin scullin@carverdarden.com, baradell@carverdarden.com

Peter James Segrist segrist@carverdarden.com, clary@carverdarden.com

Patrick M. Shelby rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Nicholas Smeltz nsmeltz@stewartrobbins.com, nsmeltz@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com

David M Spector, dspector@schiffhardin.com

Richard C. Stanley rcs@stanleyreuter.com

Paul Maury Sterbcow sterbcow@lksalaw.com

Roger Stetter rastetter47@yahoo.com

Paul Douglas Stewart, Jr. dstewart@stewartrobbins.com, dstewart@ecf.courtdrive.com; kheard@stewartrobbins.com; kheard@ecf.courtdrive.com

Kaylin Storey kstorey@truittlaw.com

Michelle Stratton mstratton@mbssmartlaw.com

Catalina Sugayan catalina.sugayan@clydeco.us

Margaret Frohn Swetman krastanis@leakeandersson.com

Reagan Charleston Thomas rthomas@awkolaw.com

Jefferson R. Tillery jtillery@joneswalker.com

Andrea V. Timpa andrea@semmlaw.com, laura@semmlaw.com;terri@semmlaw.com

Taylor Townsend taylor@townsendlaw.com

Richard Trahant trahant@trahantlawoffice.com

Jack E Truitt btruitt@truittlaw.com, jwertz@truittlaw.com

Office of the U.S. Trustee USTPRegion05.NR.ECF@usdoj.gov

R. Patrick Vance pvance@joneswalker.com, nwiebelt@joneswalker.com; patrick-vance-7526@ecf.pacerpro.com

Richard P Voorhies Richard@voorhieslaw.com, tosha@voorhieslaw.com

David F. Waguespack waguespack@carverdarden.com, nkelly@carverdarden.com

David E. Walle dwalle@bfrob.com, aadams@bfrob.com
John W. Waters, Jr.jwaters@bfrob.com, aadams@bfrob.com

Michael Watson mwatson@michaelcwatson.com

Regina Wedig reginawedig@wediglaw.com, rswedig@hotmail.com

Edward Dirk Wegmann dwegmann@joneswalker.com

Joshua D Weinberg Jweinberg@ruggerilaw.com

John Randall Whaley jrwhaley@whaleylaw.com, auburn@whaleylaw.com

Brittany Rose Wolf-Freedman bwolf@gainsben.com, ddelger@gainsben.com

Yongli Yang yongli.yang@clydeco.us

Wayne George Zeringue, Jr wzeringue@joneswalker.com

Michael S. Zerlin mzerlin@netscape.net

Notice will be mailed to:

Adam S. Lambert
3631 Plymouth Place
New Orleans, LA 70131

Greg G. Gremillion
401 Whitney Avenue
Suite 500
Gretna, LA 70056

George G. Angelus
700 Camp Street
New Orleans, LA 70130

BRT Energy Advisors, LLC
10810 Katy Freeway
Houston, TX 77043

Blank Rome LLP
1825 Eye Street NW
Washington, D.C., 20006

Kim M. Braud
PO Box 741505
New Orleans, LA 70174

Couhig Partners, LLC
1100 Poydras Street, Suite 3250
New Orleans, LA 70163

Frank J D'Amico, Jr.
Frank J. D'Amico, JR., APLC
4608 Rye Street
Metairie, LA 70006

Michael L. DeShazo
1250 Poydras St., Suite 2450
New Orleans, LA 70113

Miguel A. Elias
285 West Esplanade Avenue
Ste 303
Kenner, LA 70065

Brodie Glenn
Bradley Murchison Kelly & Shea LLC,
1100 Poydras Street, Suite 2700
New Orleans, LA 70163

Elaine C. Greenberg
Greenberg Traurig, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037

Joshua Jilovec
O'Melveny & Myers, LLC
700 Louisiana, Suite 2900
Houston, TX 77002

Mary S. Langston
U.S. Trustee Office of the U.S. Trustee
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

Wilson Lewis Maloz, III
The Waltz Law Group
1100 Poydras Street, Ste 2620
New Orleans, LA 70163

Christopher D. Marks
One International Place
Suite 2000
Boston, MA 02110

Swati Parashar
Jones Walker
811 Main St, Ste 2900
Houston, TX 77002

Samantha Ruben
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6362

Ryan Seidemann
The Water Institute
1110 River Road S.
Baton Rouge, LA 70802

Edgar Stewart Spielman
Hinshaw & Culbertson, LLP
II City Plaza
400 Convention Street, Suite 1001
Baton Rouge, LA 70801

Paul M Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130

Nellwyn Voorhies
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

Kevin J. Walsh
Greenberg Traurig, LLP
One International Plaza, Suite 2000
Boston, MA 02110

  /s/ Kevin K. Gipson
KEVIN K. GIPSON