## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

The Roman Catholic Church for the
Archdiocese of N and Apostolates
**Debtor**

**Bankruptcy Case No.:** 20–10846

**Chapter** 11

## NOTICE OF DEFICIENCY

**To:** Kevin Gipson

Your **Notice of Hearing** is/are deficient for the following reason(s):

Notice of Hearing contains an incorrect date.
Notice of Hearing contains an incorrect time.

Next Archdiocese Omnibus hearing date is 6/18/2026 at 1:30 PM

Related document(s):

*5121* – Notice of Hearing with Certificate of Service Filed by Jo Ann Redmond Wade (RE: related document(s)5120 Motion for Relief From Stay filed by Creditor Jo Ann Redmond Wade). Hearing scheduled for 6/17/2026 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Gipson, Kevin)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, May 26, 2026.

Jennifer Nunnery
U.S.B.C. Clerk's Office