UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

FILED

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 -8 A 10:19 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS. | § | SECTION A |

**PLAINTIFFS' MOTION TO ENROLL CO-COUNSEL**

NOW INTO COURT, through undersigned come Plaintiffs. *G. T.* 1 and *J.* : *S.* , who respectfully move to allow Anthony J. Engolia, III (La. Bar #17558), located at 3524 Canal Street in New Orleans, Louisiana, to enroll as co-counsel as Patrick G. Kehoe, Jr. has learned his dog, Luna, has osteosarcoma and has an appointment (the quickest appointment possible) with oncologist, Dr. Looper, at LSU School of Veterinary Medicine in Baton Rouge on June 8, 2026 at 10:00 am and therefore it is necessary for Anthony J. Engolia, III to act as counsel for plaintiffs at the hearing. All parties in interest have been contacted about the urgent situation and have not expressed any objections. Further, this matter is filed **UNDER SEAL PER ORDER 5073.**

WHEREFORE, Plaintiffs, *G. T.* and *J. S.* pray that this Court enter an Order permitting Anthony J. Engolia, III to enroll as additional counsel of record, in this proceeding

Dated: June 8, 2026

Respectfully submitted,

By: /s/ Patrick G. Kehoe, Jr.
PATRICK G. KEHOE, JR. (#14419)
3524 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: pgkehoejr@kehoejr.com

and

SAMUEL TAGGARD
1231 Governor Nicholls St
New Orleans, LA 70116-2321
Telephone: (504) 588-2734
Facsimile: (504) 588-2734
Email: slamminsammie@att.net

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |

## PROPOSED ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record;

IT IS HEREBY ORDERED that Anthony J. Engolia, III (La. Bar #17558) is enrolled as

co-counsel of record for plaintiffs, _____ and _____

New Orleans, Louisiana, this _____ day of _____, 2026.


_____
**Chief Judge Meredith S. Grabill**