**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

### ORDER

Before the Court is the *Mover's* Ex Parte *Motion To Withdraw Document* (the "Motion"),

[ECF Doc. 5136], filed by Kevin K. Gipson (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the *Motion for Relief from Automatic Stay*, [ECF Doc.

5120], filed by the Movant is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-

class U.S. Mail within three days on all parties not receiving electronic notice through this Court's

CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice

and file a certificate of service into the record.

New Orleans, Louisiana, June 12, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE