UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF** | § | **(Jointly Administered)** |
| **THE ARCHDIOCESE OF NEW** | § | |
| **ORLEANS,** | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtor.**[1] | § | |
| | § | **SECTION A** |
| | § | |

**AMENDED NOTICE REGARDING TARGET COMPLETION OF ABUSE CLAIM POINT DETERMINATIONS UNDER THE ALLOCATION PROTOCOL BY ABUSE CLAIMS REVIEWER OF THE ARCHDIOCESE OF NEW ORLEANS SETTLEMENT TRUST**

**PLEASE TAKE NOTICE** that, pursuant to the Allocation Protocol for Abuse Claims (the "Allocation Protocol") and the Settlement Trust Agreement (the "Settlement Trust Agreement"),[2] the Settlement Trustee and Abuse Claims Reviewer have agreed upon a Target Completion Date for review of Abuse Claims and providing initial point determinations to the Settlement Trustee, as set out in the Allocation Protocol and the Settlement Trust Agreement. The Abuse Claims Reviewer anticipates completing initial point determinations for Abuse Claims on or before **August 17, 2026**[3] (the "Target Completion Date"), subject to the qualifications set forth below.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Trust is fully funded as of June 5, 2026. The Settlement Trust received $229,275,000.00 as of March 26, 2026, which was

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Allocation Protocol or the Settlement Trust Agreement, as applicable.

[3] This amended notice corrects a typographical error in the Target Completion Date from the previously-filed notice.

months ahead of the schedule set out in the confirmed plan of organization.[4] Additionally, on or about June 5, 2026, the Settlement Trust received $75,000,000 in settlement funds from Travelers Insurance Company. Thus, the principal amount of Settlement Trust is $304,275,000. The Settlement Trust earns interest, which benefits Abuse Claimants.

**PLEASE TAKE FURTHER NOTICE** that the Target Completion Date refers to the Abuse Claims Reviewer's completion of point determinations for Abuse Claims that were timely filed and otherwise ready for evaluation under the Allocation Protocol. Under the Allocation Protocol, Abuse Claimants may request reconsideration of point determinations within 30 days of the mailing of the point determinations. The reconsideration process will be further identified in point award letters that each Abuse Claimant will receive.

**PLEASE TAKE FURTHER NOTICE** that the Target Completion Date does not apply to, any Abuse Claim that, as of the Target Completion Date, is the subject of a pending objection filed by the Settlement Trustee, any Abuse Claim for which, the Settlement Trustee has requested additional information necessary to determine eligibility or to resolve threshold issues and such information has not yet been received, or any additional late Abuse Claims filed. Point determinations for these excluded claims will be made after the relevant objections or threshold issues are resolved, in accordance with the Settlement Trust and any further orders of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice concerns only the anticipated timing of the Abuse Claims Reviewer's completion of point determinations. It does not constitute, and should not be construed as, a statement or assurance regarding: (a) the timing, amount, or

---

[4] Under the plan, the maturity date on the second promissory note to fund the Settlement Trust was July 15, 2026. (Doc. No. 4762 § 5.3(a)(ii)).

conditions of any monetary distribution to any Abuse Claimant; (b) the calculation of the point value or any Allocated Payment; or (c) the timing of any notices or actions to be taken by the Settlement Trustee in connection with distributions from the Settlement Trust. The timing and amount of any monetary distribution remain governed by the Joint Plan, the Allocation Protocol, and the Settlement Trust Agreement.

Dated: June 15, 2026

Respectfully submitted,

*By: Bradley C. Knapp*
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rick.kuebel@troutman.com
        brad.knapp@troutman.com

**-and-**

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*