**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** | ) | **(JOINTLY ADMINISTERED)** |
| **THE ARCHDIOCESE OF NEW** | ) | |
| **ORLEANS** | ) | |
| | ) | **CHAPTER 11** |
| **DEBTOR.[1]** | ) | **COMPLEX CASE** |
| | ) | |
| | ) | **SECTION A** |

**ORDER GRANTING THE MOTION TO COMPEL ANSWERS TO**
**INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND**
**FOR OTHER RELIEF FILED BY TROUTMAN PEPPER LOCKE LLP AND**
**PACHULSKI STANG ZIEHL & JONES, LLP**

Having considered the *Motion to Compel Answers to Interrogatories and Production of Documents and For Other Relief* [ECF Doc. No. _____] (the "Motion") filed by Troutman Pepper Locke LLP ("Troutman") and Pachulski Stang Ziehl & Jones, LLP ("Pachulski", and together with Troutman, the "Committee Professionals") and all objections or responses to the Motion; and after due deliberation and sufficient cause appearing therefor, as announced at an expedited hearing on the Motion held on _____, 2026,  the Court orders as follows:

IT IS THEREFORE ORDERED that The Roman Catholic Church of the Archdiocese of New Orleans (the "Archdiocese") shall, within two (2) days after the entry date of this Order, provide to the Committee Professionals full and complete responses to Interrogatory Nos. 1, 2, 3, 4, 5, 6, and 7 as set forth in the Committee Professionals' *First Set of Interrogatories, Requests for*

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

*Admission, and Requests for Production of Documents* (the "<u>Discovery Requests</u>") without objection.

IT IS FURTHER ORDERED that the Archdiocese shall, within two (2) days after the entry date of this Order, deliver to the Committee Professionals a written verification of all responses to **all** the Interrogatories set forth in the Discovery Requests, with such written verification issued by an officer or agent of the Archdiocese in compliance with Rule 33(b)(1)(B) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rules 9014 and 7033 of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that, pursuant to Section XVIII(B) of the Complex Case Procedures, the *Order Granting Joint Motion to Appoint Mediator* [ECF Doc. No. 1058], as amended, in effect in this Bankruptcy Case is hereby amended to permit the Committee Professionals to present any documents, correspondence, offers, and all other information related to the mediation process in this Bankruptcy Case at any hearing or hearings concerning (i) the *Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025* [ECF Doc. No. 4895], (ii) the *Seventeenth and Final Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020 Through February 27, 2026* [ECF Doc. No. 4902], and/or (iii) the *Debtor's Objection to the Final Fee Applications of Pachulski Stang Ziehl & Jones LLP and Troutman Pepper Locke LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 5052].

IT IS FURTHER ORDERED that, within two (2) days after the entry date of this Order, the Archdiocese shall produce to the Committee Professionals all documents responsive to Request for Production Nos. 1, 3, 4, and 6 as set forth in the Discovery Requests, without objection.

Date: _____ 2026.

_____

**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**