**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) **CASE NO. 20-10846** |
| THE ROMAN CATHOLIC CHURCH OF | ) **(JOINTLY ADMINISTERED)** |
| THE ARCHDIOCESE OF NEW | ) |
| ORLEANS | ) |
| | ) **CHAPTER 11** |
| DEBTOR. [1] | ) **COMPLEX CASE** |
| | ) |
| | ) **SECTION A** |
| | ) |

**EX PARTE MOTION FOR EXPEDITED HEARING ON THE**
**MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND**
**PRODUCTION OF DOCUMENTS AND FOR OTHER RELIEF**

Troutman Pepper Locke LLP ("Troutman") and Pachulski Stang Ziehl & Jones, LLP ("Pachulski, and together with Troutman, the "Committee Professionals") hereby submit this *Ex Parte Motion for Expedited Hearing* (the "Motion for Expedited Hearing") on the Committee Professionals' *Motion to Compel Answers to Interrogatories and Production of Documents and for Other Relief* [ECF No. 5152] (the "Motion to Compel"). In further support of the Motion for Expedited Hearing, the Committee Professionals respectfully state as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 157 and § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

3. This Motion for Expedited Hearing is governed by Rule 9013-1(C) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana.

**REQUEST FOR EXPEDITED HEARING**

4. The Motion to Compel, filed simultaneously with this Motion for Expedited Hearing, concerns the Archdiocese's failure[2] to adequately respond to the Committee Professionals' *First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents* (the "Discovery Requests"). As explained in the Motion to Compel, the Archdicose on May 22, 2026 served the *Responses and Objections to the Official Committee of Unsecured Creditor's* [sic] *First Set of Interrogatories, Requests for Admission and Requests for Production of Documents to the Roman* [sic] *in Connection with the Debtor's Objections to the Final Fee Applications of Pachulski Stang Ziehl & Jones LLP, Troutman Pepper Locke LLP, and Berkeley Research Group, LLC* (the "Objections"). These Objections raise over 100 pages of baseless, boilerplate responses to the Committee Professionals' Discovery Requests—objections that appear designed to deny the Committee Professionals basic discovery regarding, among other things, the documents and witnesses the Archdiocese plans to use to support its *Debtor's Objection to the Final Fee Applications of Pachulski Stang Ziehl & Jones LLP and Troutman Pepper Locke LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF Doc. No. 5052] (the "Fee Objection") at the hearing scheduled to begin in this Court on July 8, 2026 (the "Fee Objection Hearing").

5. Under this Court's April 29, 2026 *Amended Scheduling Order* [ECF Doc. No. 5065] (the "Amended Scheduling Order"), all discovery related to the disputes initiated by the Fee Objection must be completed on or before July 1, 2026. The Motion to Compel merits expedited

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Compel.

treatment because the Committee Professionals must be able to adequately prepare for the Fee Objection Hearing and must therefore obtain the discovery to which they are entitled by no later than July 1, 2025. Absent expedited consideration, this Court would hear the relief requested in the Motion to Compel at the next, scheduled omnibus hearing date of July 16, 2026—more than a week after the Fee Objection Hearing begins. That would render moot the relief sought in the Motion to Compel and reward the Archdiocese's trial-by-ambush strategy, as more fully described in the Motion to Compel. For these reasons, the Committee Professionals submit that this Court should consider the Motion to Compel on an expedited basis.

6.      The Committee Professionals understand that a status conference is currently set for 3:00 p.m. (CDT) on June 23, 2026 to address certain scheduling matters in connection with the Fee Objection Hearing. The Committee Professionals submit that the Motion to Compel could be heard at the same time if convenient for the Court.

7.      The Committee Professionals have contacted counsel for the Reorganized Debtor regarding this request for expedited hearing. The Reorganized Debtor opposes the relief sought in this Motion to Expedite. This Motion to Expedite should therefore be deemed opposed.

**WHEREFORE**, the Committee Professionals respectfully request that the Court enter an order, substantially in the form of the Proposed Order (attached hereto as **Exhibit A**): (A) setting the Motion to Compel for an expedited hearing prior to July 1, 2026, (B) fixing the deadline to file objections or responses to the Motion to Compel, and (C) granting such other relief as the Court deems just and appropriate.

Dated:  June 16, 2026.                     Respectfully submitted,

By: */s/ Bradley C. Knapp*
Bradley C. Knapp (La #35867)
Omer F. Kuebel, III (La #21682)
**TROUTMAN PEPPER LOCKE LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: brad.knapp@troutman.com
       rick.kuebel@troutman.com

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No.  32913
Troutman Pepper Locke LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steve.bryant@troutman.com

-**and**-

*/s/ Andrew W. Caine*
**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
       acaine@pszjlaw.com

*Former Co-Counsel to the Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby caused a true and correct copy of the foregoing *Motion to Expedite* to be served on June 16, 2026 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Special Notice List as defined and required under the Court's May 1, 2020 *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* via first-class United States mail, postage prepaid on June 17, 2026.

*/s/ W. Steven Bryant*

W. Steven Bryant