**EXHIBIT A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF** ) | **(JOINTLY ADMINISTERED)** |
| **THE ARCHDIOCESE OF NEW** ) | |
| **ORLEANS** ) | |
| ) | **CHAPTER 11** |
| **DEBTOR.** [1] ) | **COMPLEX CASE** |
| ) | |
| ) | **SECTION A** |

**ORDER GRANTING <u>EX PARTE</u> MOTION OF TROUTMAN PEPPER LOCKE LLP AND PACHULSKI STANG ZIEHL & JONES, LLP FOR EXPEDITED HEARING ON THE MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND <u>PRODUCTION OF DOCUMENTS AND FOR OTHER RELIEF</u>**

This matter coming before the Court on the *Ex Parte Motion for Expedited Hearing* [ECF No. ___] (the "<u>Motion for Expedited Hearing</u>") on the *Motion to Compel Answers to Interrogatories and Production of Documents and For Other Relief* [ECF No. 5152] (the "<u>Motion to Compel</u>"), filed by Troutman Pepper Locke LLP ("<u>Troutman</u>") and Pachulski Stang Ziehl & Jones, LLP ("<u>Pachulski</u>", and together with Troutman, the "<u>Committee Professionals</u>"), and it appearing that good cause exists for granting the Motion for Expedited Hearing;

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion for Expedited Hearing is **GRANTED**

**IT IS FURTHER ORDERED** that the Motion to Compel is set for an expedited hearing

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "<u>Additional Debtors</u>"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

on **June [\_\_\_], 2026, at [_____]** (the "Expedited Hearing") before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the Expedited Hearing: (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any responses or objections to the Motion to Compel must be filed and properly served no later than **June [\_\_\_\_], 2026, at [_____].**

**IT IS FURTHER ORDERED** that the Committee Professionals are instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice, and file a certificate of service into the record.

New Orleans, Louisiana, this _____ day of June, 2026.

_____
**MEREDITH S. GRABILL**
**UNITED STATES BANKRUPTCY JUDGE**