**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § § | SECTION A |

**ORDER**

Before the Court is the Ex Parte *Motion for Expedited Hearing on the Motion To Compel Answers To Interrogatories and Production of Documents and for Other Relief* (the "Motion To Expedite"), [ECF Doc. 5153], filed by Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones, LLP (together, the "Movants").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** that the Movants' *Motion To Compel Answers to Interrogatories and Production of Documents and for Other Relief* (the "Motion"), [ECF Doc. 5152], is set for hearing on **Tuesday, June 23, 2026, at 3:00 p.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and properly served no later than **Monday, June 22, 2026, at 3:00 p.m.**

**IT IS FURTHER ORDERED** that the Movants are instructed to **IMMEDIATELY** serve this Order by first-class U.S. Mail on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record as soon as practicable.

New Orleans, Louisiana, June 17, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE