**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, JUNE 18, 2026, AT 1:30 P.M.**

Donald C. Massey, as Settlement Trustee (the "**Settlement Trustee**"), hereby files this

Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, June**

**18, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to

Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy

Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500

Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access

Code: 129611); or (iii) by telephone using the dial-in number and video using

https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed

to the Court's Amended General Order 2021-2 for information on conduct of hearings, available

at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

## **CONTESTED MATTERS**

1.  *The Settlement Trustee's Sixth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Wholly Unsupported Claims)* **[ECF No. 5101]**

    **Movant:**               The Settlement Trustee
    **Nature of Matter:**     Omnibus Objection to Claims
    **Response Deadline:**    June 11, 2026, at 5:00 p.m. CT
    **Status:**               This matter is going forward.

    **Responses/Related Filings:**

    - *Notice of Hearing on Sixth Omnibus Objection to Claims Scheduled for June 18, 2026 at 1:30 PM* **[ECF No. 5102]**

    - *Consent Motion to Continue Hearing On the Settlement Trustee's Sixth Omnibus Objection to Claims and Interests* **[ECF No. 5143]**

## **STATUS CONFERENCE**

2.  *The Settlement Trustee's Second Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Wholly Unsupported Claims)* **[ECF No. 4937]**

    **Movant:**               The Settlement Trustee
    **Nature of Matter:**     Omnibus Objection to Claims
    **Response Deadline:**    April 13, 2026, at 5:00 p.m. CT
    **Status:**               This matter is going forward.

    **Responses/Related Filings:**

    - *Responses Received by the Court* **[ECF No. 5008]** – FILED UNDER SEAL

    - *Responses Received by the Court* **[ECF No. 5014]** – FILED UNDER SEAL

    - *Additional Responses Received by the Settlement Trustee Regarding Claims 60064, 60068, 60154, 60269, 60059, 60008, 70013, 60125, 60048, 60054*

    - *Order to Continue Hearings on Settlement Trustee's Second, Third and Fourth Omnibus Objections to Claims* **[ECF No. 5069]**

    - *Responses Received by the Court* **[ECF No. 5103]** – FILED UNDER SEAL

    - *Order Setting Sealed Evidentiary Hearing as to Claimants 60024, 60040, 60048, 60066, 60097, 60125, 60256, 70013, and 70033 Scheduled for August 6, 2026 at 09:30 AM and August 7, 2026 at 11:00 AM* **[ECF No. 5139]**

- *Order Sustaining Settlement Trustees Second Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 as to Claims Set Forth on Schedule 1* **[ECF No. 5146]**

3. *The Settlement Trustee's Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed Claims – Non-Substantive)* **[ECF No. 4949]**

    | | |
    |---|---|
    | **Movant:** | The Settlement Trustee |
    | **Nature of Matter:** | Omnibus Objection to Claims |
    | **Response Deadline:** | April 15, 2026, at 5:00 p.m. CT |
    | **Status:** | This matter is going forward. |

    **Responses/Related Filings:**

    - *Notice of Withdrawal of the Settlement Trustee's Third Omnibus Claim Objection as to Claim No. 60304* **[ECF No. 4971]**

    - *Responses Received by the Court* **[ECF No. 5014]** – FILED UNDER SEAL

    - *Responses Received by the Court* **[ECF No. 5028]** – FILED UNDER SEAL

    - *Additional Responses Received by the Settlement Trustee Regarding Claims 60354, 70058, 60350, 60360*

    - *Order to Continue Hearings on Settlement Trustee's Second, Third and Fourth Omnibus Objections to Claims* **[ECF No. 5069]**

    - *Order Deeming Late Claim No. 60354 Timely Filed* **[ECF No. 5111]**

    - *Order Deeming Late Claim No. 70058 Timely Filed* **[ECF No. 5108]**

    - *Order Scheduling Sealed Hearing as to Claim Nos. 70053 and 70054* **[ECF No. 5076]**

    - *Order Scheduling Sealed Hearing as to Claim No. 60350* **[ECF No. 5075]**

    - *Order Scheduling Sealed Hearing as to Claim No. 60359* **[ECF No. 5076]**

    - *Order Setting Sealed Evidentiary Hearing as to Claimant Nos. 60336, 60352, 60363, 60373, 60371, 60372, 60362, 60365 and 60364* **[ECF No. 5125]**

- *Order to Continue Hearings on Settlement Trustee's Third and Fourth Omnibus Objections to Claims As to Claimants Nos. 60360 and 70062* **[ECF No. 5126]**

- *Order Sustaining Settlement Trustees Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 as to Claims Set Forth on Schedule 1* **[ECF No. 5147]**

4. *The Settlement Trustee's Fourth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed and Unsupported Claims – Substantive)* **[ECF No. 4951]**

> **Movant:** The Settlement Trustee
> **Nature of Matter:** Omnibus Objection to Claims
> **Response Deadline:** April 15, 2026, at 5:00 p.m. CT
> **Status:** This matter is going forward.
> **Responses/Related Filings:**

- *Informal Response Received by the Settlement Trustee Regarding Claims Nos. 60359, 70062*

- *Order to Continue Hearings on Settlement Trustee's Second, Third and Fourth Omnibus Objections to Claims* **[ECF No. 5069]**

- *Order Scheduling Sealed Hearing as to Claim No. 60359* **[ECF No. 5076]**

- *Order to Continue Hearings on Settlement Trustee's Third and Fourth Omnibus Objections to Claims As to Claimants Nos. 60360 and 70062* **[ECF No. 5126]**

- *Order Sustaining Settlement Trustees Fourth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 as to Claims Set Forth on Schedule 1* **[ECF No. 4148]**

[*Signature Page Follows*]

4

Dated: June 17, 2026

Respectfully submitted,

*/s/ Bradley C. Knapp*_____
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email:  rick.kuebel@troutman.com
         brad.knapp@troutman.com

-and-

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar No. 2427413
Federal I.D. No. 32913
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email:  steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*

5