**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE | § | CASE NO. 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH OF | § | CHAPTER 11 |
| THE ARCHDIOCESE OF NEW | § | |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTOR.[1] | § | SECTION A |

**ORDER**

Before the Court is the *Motion To Compel Answers to Interrogatories and Production of Documents and for Other Relief* (the "Motion To Compel"), [ECF Doc. 5152], filed by Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones, LLP (together, the "Committee Professionals"). The above-captioned Reorganized Debtor filed an opposition to the Motion To Compel. [ECF Doc. 5155]. The contested matter is set for an expedited hearing before this Court on Tuesday, June 23, 2026, at 3:00 p.m. [ECF Doc. 5154].

To aid the Court in resolving the dispute,

**IT IS ORDERED** that the Committee Professionals will file into the record complete copies of the Discovery Requests and the Objections referenced in paragraphs 12 and 13 of the Motion **on or before Monday, June 22, 2026, at 3:00 p.m.** To the extent that any information contained in the Discovery Requests and the Objections is potentially privileged and thus redacted, the Committee Professionals are instructed to hand-deliver unredacted copies to

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of the Archdiocese of New Orleans with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

chambers on or before **Monday, June 22, 2026, at 3:00 p.m.** and to provide courtesy copies to the Reorganized Debtor.

**IT IS FURTHER ORDERED** that the Committee Professionals are instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, June 22, 2026.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE