**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH | § | CHAPTER 11 |
| FOR THE ARCHDIOCESE OF NEW | § | |
| ORLEANS | § | SECTION A |
| | § | |
| DEBTOR | § | |

**ORDER OF THE COURT[1]**

# FILED UNDER SEAL

- Order Overruling Objection to Claim (P-4951). Claim No. 60359 is deemed to be timely filed. Sealed hearing held 6/8/2026.

---

[1]     The sealed Order has been placed in the sealed cabinet, and a copy will be provided to the parties permitted to receive it.