**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

## ORDER

The Court held a hearing on June 23, 2026, to consider the *Motion To Compel Answers to Interrogatories and Production of Documents and for Other Relief* (the "Motion"), [ECF Doc. 5152], filed by Troutman Pepper Locke LLP and Pachulski Stang Ziehl & Jones, LLP (together, the "Movants"); and the objections to the Motion, [ECF Docs. 5155 and 5161], filed by the Reorganized Debtors. At the hearing, the Court admitted the Movants' Exhibits 1–2. For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Movants are instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, June 24, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE