**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** [1] | |
| | **CHAPTER 11** |
| **Debtor.** | **SECTION A** |

**JOINT STIPULATION**

This *Joint Stipulation* (the "Joint Stipulation") is entered into by Stewart Robbins Brown & Altazan ("SRBA") and the United States Trustee for Region 5 (the "U.S. Trustee") (each a "Party" and collectively, the "Parties"), hereby resolving the U.S. Trustee's Objection (as defined below) to the *Fourteenth and Final Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of November 1, 2025 through December 25, 2025* [ECF No. 4890] (the "Final Fee Application"):

**WHEREAS**, on May 1, 2020 (the "Archdiocese Petition Date"), the Roman Catholic Church of the Archdiocese New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, on March 5, 2021, the U.S. Trustee appointed the Official Committee of

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans (the "Archdiocese"), with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors. The Court has also entered a final decree in the Archdiocese case, but the case remains open.

Unsecured Commercial Creditors (the "Commercial Committee") [ECF No. 772; ECF No. 792];

**WHEREAS**, SRBA was retained by the Commercial Committee to represent it effective March 15, 2021 as authorized by the Court's May 20, 2021 *Order on the Application for Approval of the Employment of Stewart Robbins Brown & Altazan, LLC as Counsel to the Official Committee of Unsecured Commercial Creditors, Effective as of March 15, 2021* [ECF No. 874] (the "Retention Order"). The Retention Order further authorizes SRBA to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses;

**WHEREAS**, on November 12, 2025 (the "Additional Debtors Petition Date"), the Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

**WHEREAS**, on December 8, 2025, the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4762] including the *First Amended Plan Supplements* [ECF No. 4610] (as may be modified, amended, or supplemented from time-to-time hereafter, the "Joint Plan") was filed;

**WHEREAS**, on December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4767] (the "Confirmation Order"), thereby confirming the Joint Plan;

**WHEREAS**, on December 26, 2025, the Joint Plan went effective, as reflected in the *Notice of Occurrence of Effective Date* [ECF No. 4817], and the Commercial Committee was dissolved [ECF Doc. 4762 at § 14.4];

**WHEREAS**, on February 27, 2026, SRBA filed its Final Fee Application, therein requesting that the Court allow and award, on a final basis, SRBA fees in the amount of $4,116,166.50 (the "SRBA Fees") and expenses in the amount of $111,002.27 (the "SRBA Expenses"), for a total award of $4,227,168.77, SRBA incurred in connection with its representation of the Commercial Committee between March 16, 2021 and December 25, 2025;

**WHEREAS**, the U.S. Trustee raised certain informal objections to the Final Fee Application (collectively, the "UST Objection"), and the Parties engaged in discussions to resolve all matters related to the Final Fee Application;

**WHEREAS**, the UST Objection included categories such as alleged miscounted hours, block billing, vague descriptions, use of transitory professionals, using partners for junior tasks, hours related to preparation of fee applications, and expenses incurred in the case; and

**WHEREAS**, SRBA disputes the UST Objection and asserts no reductions are warranted but desires to resolve litigation regarding the UST Objection;

**NOW, THEREFORE**, in consideration of the covenants and agreements contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Party, intending to be legally bound hereby, agrees as follows:

1.     The foregoing recitals are hereby incorporated by reference.

2.     To resolve the UST Objection, SRBA agrees to reduce the total award sought in its Final Fee Application by a total of **$27,636.60** comprised of the following: (i) a $25,900.50 reduction of the SRBA Fees; and (ii) a $1,736.10 reduction of the SRBA Expenses ("SRBA Reduction").

3.      The U.S. Trustee agrees and stipulates that the SRBA Reduction satisfies the UST Objection, in full, and that it agrees to the allowance and approval of the Final Fee Application as reduced by the SRBA Reduction.

4.      This Court shall retain jurisdiction over the subject matter of this Joint Stipulation in order to resolve any disputes hereunder.

Dated: June 29, 2026                     Respectfully Submitted,

By:     */s/Amanda B. George*
        Amanda B. George (LA Bar No. 31642)
        Acting Assistant United States Trustee
        600 S. Maestri Place, Suite 840-T
        New Orleans, LA 70130
        Telephone: (504) 589-4018
        Direct: (504) 589-4092
        Email: Amanda.B.George@usdoj.gov

        **Counsel for KEVIN M. EPSTEIN**
        **United States Trustee, Region 5**

        and

        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/Brooke W. Altazan*
        Paul D. Stewart, Jr. (LA. Bar # 24661)
        dstewart@stewartrobbins.com
        William S. Robbins (LA. Bar # 24627)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (La. Bar #25592)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (La. Bar #32796)
        baltazan@stewartrobbins.com
        301 Main St., Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        *Former Counsel to the Official Committee of Unsecured Commercial Creditors of The Roman Catholic Church of the Archdiocese of New Orleans*