**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Calvin E. Dickson, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 15th day of June 2026, DRC, at my direction and under my supervision, caused a true and accurate copy of the Order Sustaining Settlement Trustee's Fourth Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Docket No. 5148),

   to be served via U.S. First Class Mail upon the parties as set forth on Exhibit 1[2], attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Names and Addresses Intentionally Redacted

RCANO200009

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 22nd day of June 2026, New York, New York.

By _____
Calvin E. Dickson

Sworn before me this
22nd day of June 2026

_____
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: September 14, 2029

# EXHIBIT 1

**Archdiocese of New Orleans Settlement Trust**
**US First Class Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                      06/15/2026 04:23:16 PM

| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED |
| --- | --- | --- | --- |
| NAME AND ADDRESS INTENTIONALLY REDACTED | NAME AND ADDRESS INTENTIONALLY REDACTED | | |

Records Printed :   6