**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                          ) ss:
COUNTY OF NEW YORK        )

I, Calvin E. Dickson, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.  On the 16th day of June 2026, DRC, at my direction and under my supervision, caused a true and accurate copy of the "Order Sustaining Settlement Trustee's Third Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Claim Nos. 60351 and 60332)" (Docket No. 5147),

to be served via U.S. First Class Mail upon the parties as set forth on Exhibit 1[2], attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

[2] Names and Addresses Intentionally Redacted

RCANO200011

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of June 2026, New York, New York.

By _____

Calvin E. Dickson

Sworn before me this
23rd day of June 2026

_____
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: September 14 2029

RCANO200011

# EXHIBIT 1

**Archdiocese of New Orleans Settlement Trust**
**US First Class Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                  06/16/2026 05:33:01 PM

NAME AND ADDRESS INTENTIONALLY REDACTED          NAME AND ADDRESS INTENTIONALLY REDACTED

Records Printed :   **2**