**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** [1] | |
| | **CHAPTER 11** |
| **Debtor.** | **SECTION A** |

### JOINT STIPULATION

This *Joint Stipulation* (the "Joint Stipulation") is entered into by Pachulski Stang Ziehl & Jones, LLP ("PSZJ") and the United States Trustee for Region 5 (the "U.S. Trustee") (each a "Party" and collectively, the "Parties"), hereby resolving the UST Objection (as defined below) to the *Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from May 22, 2020, through December 26, 2026* [ECF No. 4895] (the "Final Fee Application"), as supplemented [ECF No. 4922] and amended [ECF No. 5092];

**WHEREAS**, on May 1, 2020 (the "Archdiocese Petition Date"), the Roman Catholic Church of the Archdiocese New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans (the "Archdiocese"), with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors. The Court has also entered a final decree in the Archdiocese case, but the case remains open.

**WHEREAS**, on May 20, 2020, the U.S. Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [ECF No. 94], which Committee was reconstituted several times on June 10, 2020, October 8, 2020, June 7, 2022, June 21, 2022, and on February 13, 2023 [ECF Nos. 151, 478, 1575, 1618, & 2081];

**WHEREAS**, on July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones, LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF No. 257], thus approving the retention of PSZJ as co-counsel for the Committee;

**WHEREAS**, on November 12, 2025 (the "Additional Debtors Petition Date"), the Reorganized Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

**WHEREAS**, on December 8, 2025, the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4762] including the *First Amended Plan Supplements* [ECF No. 4610] (as may be modified, amended, or supplemented from time-to-time hereafter, the "Joint Plan") was filed;

**WHEREAS**, on December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4767] (the "Confirmation Order"), thereby confirming the Joint Plan;

WHEREAS, on December 26, 2025, the Joint Plan went effective, as reflected in the *Notice of Occurrence of Effective Date* [ECF No. 4817], and the Committee was dissolved [ECF Doc. 4762 at § 14.4];

WHEREAS, on February 27, 2026, PSZJ filed its Final Fee Application, therein requesting that the Court allow and award, on a final basis, PSZJ fees in the amount of $8,224,591.50 and expenses in the amount of $469,312.18, for a total award of $8,693,903.68, which PSZJ incurred in connection with its representation of the Committee between May 22, 2020 and February 28, 2026;

WHEREAS, on March 6, 2026, PSZJ filed a Supplement to the Final Fee Application, therein requesting that the Court allow and award, on a final basis, PSZJ fees in the amount of $8,229,856.50 and expenses in the amount of $482,038.04, for a total award of $8,711,894.54 which PSZJ incurred in connection with its representation of the Committee between May 22, 2020 and February 28, 2026;

WHEREAS, on May 11, 2026, PSZJ filed an Amendment to the Final Fee Application, therein reducing its total expense request by $9,939.67, and asking the Court to allow and award, on a final basis, PSZJ fees in the amount of $8,229,856.50 and expenses in the amount of $472,098.37, for a total award of $8,701,954.87 which PSZJ incurred in connection with its representation of the Committee between May 22, 2020 and February 28, 2026;

WHEREAS, the U.S. Trustee raised certain informal objections to the Final Fee Application, (collectively, the "UST Objection"), and the Parties engaged in discussions to resolve all matters related to the Final Fee Application;

**WHEREAS**, the UST Objection included categories such as alleged miscounted hours, block billing, vague descriptions, use of transitory professionals, using partners for junior tasks, hours related to preparation of fee applications, and expenses incurred in the case; and

**WHEREAS**, PSZJ disputes the UST Objection and asserts no reductions are warranted but desires to resolve litigation regarding the UST Objection;

**NOW, THEREFORE**, in consideration of the covenants and agreements contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Party, intending to be legally bound hereby, agrees as follows:

1.    The foregoing recitals are hereby incorporated by reference.

2.    To resolve the UST Objection, PSZJ will reduce the amount sought in its Final Fee Application by a total of $**103,264.94** ("PSZJ Reduction").

3.    The U.S. Trustee agrees and stipulates that the PSZJ Reduction satisfies the UST Objection, in full, and that it agrees to the allowance and approval of the Final Fee Application as reduced by the PSZJ Reduction.

4.    This Court shall retain jurisdiction over the subject matter of this Joint Stipulation in order to resolve any disputes hereunder.

Dated: June 29, 2026                Respectfully Submitted,

By:    */s/ Amanda B. George*
       Amanda B. George (LA Bar No. 31642)
       Acting Assistant United States Trustee
       600 S. Maestri Place, Suite 840-T
       New Orleans, LA 70130
       Telephone: (504) 589-4018
       Direct: (504) 589-4092
       Email: Amanda.B.George@usdoj.gov

       **Counsel for KEVIN M. EPSTEIN**
       **United States Trustee, Region 5**

and

By:  */s/  Andrew W. Caine*
James I. Stang (CA Bar No. 94435)
Andrew W. Caine (CA Bar No. 110345)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
           acaine@pszjlaw.com

***Former Co-Counsel to the Official Committee of Unsecured Creditors***