## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** [1] | |
| | **CHAPTER 11** |
| **Debtor.** | **SECTION A** |

## JOINT STIPULATION

This *Joint Stipulation* (the "Joint Stipulation") is entered into by Keegan Linscott &

Associates, PC ("Keegan") and the United States Trustee for Region 5 (the "U.S. Trustee") (each

a "Party" and collectively, the "Parties"), hereby resolving the UST Objection (as defined below)

to the *Tenth and Final Application of Keegan Linscott & Associates, PC, as Financial Advisor to*

*the Debtor, for Allowance of Compensation and Reimbursement of Expenses* [ECF No. 4886] (the

"Final Fee Application");

**WHEREAS**, on May 1, 2020 (the "Archdiocese Petition Date"), the Roman Catholic

Church of the Archdiocese New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition

for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, on February 11, 2022, this Court entered the *Order Granting the Debtor's*

*Application for Entry of an Order Authorizing the Retention of Keegan Linscott & Associates, PC*

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans (the "Archdiocese"), with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors. The Court has also entered a final decree in the Archdiocese case, but the case remains open.

1

*as Financial Advisor to the Debtor and Debtor-in-Possession, Nunc Pro Tunc, to January 12, 2022* [ECF No. 1304], thus approving the retention of Keegan as Financial Advisor for the Debtor;

**WHEREAS**, on November 12, 2025 (the "Additional Debtors Petition Date"), the Reorganized Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

**WHEREAS**, on December 8, 2025, the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4762] including the *First Amended Plan Supplements* [ECF No. 4610] (as may be modified, amended, or supplemented from time-to-time hereafter, the "Joint Plan") was filed;

**WHEREAS**, on December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4767] (the "Confirmation Order"), thereby confirming the Joint Plan;

**WHEREAS**, on December 26, 2025, the Joint Plan went effective, as reflected in the *Notice of Occurrence of Effective Date* [ECF No. 4817], and the Committee was dissolved [ECF Doc. 4762 at § 14.4];

**WHEREAS**, on February 26, 2026, Keegan filed its Final Fee Application, therein requesting that the Court allow and award, on a final basis, Keegan fees in the amount of $726,606.50 and expenses in the amount of $26,140.31, for a total award of $752,746.81, which

Keegan incurred in connection with employment as a professional of the Debtor between January 12, 2022 and December 26, 2025;

**WHEREAS**, the U.S. Trustee raised certain informal objections to the Final Fee Application, (collectively, the "UST Objection"), and the Parties engaged in discussions to resolve all matters related to the Final Fee Application;

**WHEREAS**, the UST Objection included categories such as alleged use of transitory professionals, block billing, and vague descriptions; and

**WHEREAS**, Keegan disputes the UST Objection and asserts no reductions are warranted but desires to resolve litigation regarding the UST Objection;

**NOW, THEREFORE**, in consideration of the covenants and agreements contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Party, intending to be legally bound hereby, agrees as follows:

1.      The foregoing recitals are hereby incorporated by reference.

2.      To resolve the UST Objection, Keegan will reduce the amount sought in its Final Fee Application by a total of **$1,773.00** ("Keegan Reduction").

3.      The U.S. Trustee agrees and stipulates that the Keegan Reduction satisfies the UST Objection, in full, and that it agrees to the allowance and approval of the Final Fee Application as reduced by the Keegan Reduction.

4.      This Court shall retain jurisdiction over the subject matter of this Joint Stipulation in order to resolve any disputes hereunder.

Dated: June 29, 2026                 Respectfully Submitted,

By:     */s/ Amanda B. George*
        Amanda B. George (LA Bar No. 31642)
        Acting Assistant United States Trustee
        600 S. Maestri Place, Suite 840-T

New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Email: Amanda.B.George@usdoj.gov

**Counsel for KEVIN M. EPSTEIN**
**United States Trustee, Region 5**

and

By: _____

*Christopher G. Linscott, Director*
*Keegan Linscott & Associates, P.C.*