**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** [1] | |
| | **CHAPTER 11** |
| **Debtor.** | **SECTION A** |

## JOINT STIPULATION

This *Joint Stipulation* (the "Joint Stipulation") is entered into by Troutman Pepper Locke LLP ("Troutman") and the United States Trustee for Region 5 (the "U.S. Trustee") (each a "Party" and collectively, the "Parties"), hereby resolving the UST Objection (as defined below) to the *Seventeenth Interim and Final Application of Troutman Pepper Locke LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from May 22, 2020, through February 27, 2026* [ECF No. 4902] (the "Final Fee Application"):

**WHEREAS**, on May 1, 2020 (the "Archdiocese Petition Date"), the Roman Catholic Church of the Archdiocese New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, on May 20, 2020, the U.S. Trustee appointed the Official Committee of

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans (the "Archdiocese"), with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors. The Court has also entered a final decree in the Archdiocese case, but the case remains open.

Unsecured Creditors (the "Committee") [ECF No. 94], which Committee was reconstituted several times on June 10, 2020, October 8, 2020, June 7, 2022, June 21, 2022, and on February 13, 2023 [ECF Nos. 151, 478, 1575, 1618, & 2081];

WHEREAS, on July 17, 2020, this Court entered the *Order Authorizing the Employment and Retention of Locke Lord LLP as Co-Counsel for the Official Committee of Unsecured Creditors* [ECF No. 256], thus approving the retention of Locke Lord LLP ("Locke Lord") as co-counsel for the Committee;

WHEREAS, effective January 1, 2025, Locke Lord combined with Troutman Pepper Hamilton Sanders LLP, thereby creating a new, combined firm with the name "Troutman Pepper Locke LLP";

WHEREAS, on November 12, 2025 (the "Additional Debtors Petition Date"), the Reorganized Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

WHEREAS, on December 8, 2025, the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4762] including the *First Amended Plan Supplements* [ECF No. 4610] (as may be modified, amended, or supplemented from time-to-time hereafter, the "Joint Plan") was filed;

WHEREAS, on December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional*

2

*Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4767] (the "Confirmation Order"), thereby confirming the Joint Plan;

**WHEREAS**, on December 26, 2025, the Joint Plan went effective, as reflected in the *Notice of Occurrence of Effective Date* [ECF No. 4817], and the Committee was dissolved [ECF Doc. 4762 at § 14.4];

**WHEREAS**, on February 27, 2026, Troutman filed its Final Fee Application, therein requesting that the Court allow and award, on a final basis, Troutman fees in the amount of $8,373,675.00 (the "Troutman Fees") and expenses in the amount of $237,798.67 (the "Troutman Expenses"), for a total award of $8,611,473.67, which Troutman incurred in connection with its representation of the Committee between May 22, 2020 and February 27, 2026;

**WHEREAS**, the U.S. Trustee raised certain informal objections to the Final Fee Application (collectively, the "UST Objection"), and the Parties engaged in discussions to resolve all matters related to the Final Fee Application;

**WHEREAS**, the UST Objection included categories such as alleged miscounted hours, block billing, vague descriptions, use of transitory professionals, using partners for junior tasks, hours related to preparation of fee applications, and expenses incurred in the case; and

**WHEREAS**, Troutman disputes the UST Objection and asserts no reductions are warranted but desires to resolve litigation regarding the UST Objection;

**NOW, THEREFORE**, in consideration of the covenants and agreements contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Party, intending to be legally bound hereby, agrees as follows:

1.     The foregoing recitals are hereby incorporated by reference.

2.      To resolve the UST Objection, Troutman will reduce the amount sought in its Final Fee Application by a total of $**140,817.17** ("Troutman Reduction").

3.      The U.S. Trustee agrees and stipulates that the Troutman Reduction satisfies the UST Objection, in full, and that it agrees to the allowance and approval of the Final Fee Application as reduced by the Troutman Reduction.

4.      This Court shall retain jurisdiction over the subject matter of this Joint Stipulation in order to resolve any disputes hereunder.

Dated: June 29, 2026                    Respectfully Submitted,

By:     */s/ Amanda B. George*
        Amanda B. George (LA Bar No. 31642)
        Acting Assistant United States Trustee
        600 S. Maestri Place, Suite 840-T
        New Orleans, LA 70130
        Telephone: (504) 589-4018
        Direct: (504) 589-4092
        Email: Amanda.B.George@usdoj.gov

        **Counsel for KEVIN M. EPSTEIN**
        **United States Trustee, Region 5**

and

By:     */s/  Bradley C. Knapp*
        Omer F. Kuebel, III (La #21682)
        Bradley C. Knapp (La #35867)
        Troutman Pepper Locke LLP
        601 Poydras Street, Suite 2660
        New Orleans, Louisiana 70130-6036
        Telephone: (504) 558-5111
        Facsimile: (504) 558-5200
        Email: rick.kuebel@troutman.com
                brad.knapp@troutman.com
        **-and-**

        W. Steven Bryant (*admitted pro hac vice*)
        Texas Bar. No. 24027413
        Federal I.D. No. 32913
        Troutman Pepper Locke LLP

300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

***Former Co-Counsel to the Official Committee of Unsecured Creditors***