**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

**ORDER**

Before the Court is the Ex Parte *Motion To Enroll Counsel* Pro Hac Vice (the "Motion"), [ECF Doc. 5182], filed by Bradley C. Knapp (the "Movant").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Sarah L. Hautzinger Loumeau is authorized to appear *pro hac vice* in the above-captioned Chapter 11 case as co-counsel to Donald C. Massey, as Settlement Trustee.

**IT IS FURTHER ORDERED** that the Movant is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, June 29, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE