**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **Case No. 20-10846** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | **Section "A"** |
| Debtor. [1] | **Chapter 11** |

### WITNESS AND EXHIBIT LIST OF CERTAIN ABUSE SURVIVORS' IN CONNECTION WITH THE E$VIDENTIARY HEARING COMMENCING ON JULY 8, 2025, AT 1:00 P.M.

Certain Abuse Survivors hereby submit this Witness and Exhibit List in connection with the evidentiary hearing commencing on July 8, 2026, at 1:00 p.m. CT (the "Fee Application Hearing")

### WITNESSES

1.      Soren E. Gisleson;

2.      John H. Denenea, Jr.;

3.      Richard C. Trahant;

4.      Any witness designated or called by any other party;

5.      Any witness necessary to rebut any evidence or testimony;

6.      Any witness necessary to authenticate any document; and

7.      Any witness needed for impeachment.

### EXHIBITS

1.      Petition in *James Doe v. Archdiocese of New Orleans Indemnity, Inc.*, et al, No. 19-01371 (Orleans Parish Civil District Court) (removed to EDLA 20-1338);

2.      Petition in *CJ Doe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 18-12393 (Orleans Parish Civil District Court) (removed to EDLA 20-1319);

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3.   Petition in *JW Doe v. Archdiocese of New Orleans Indemnity, Inc.*, et al, No. 19-03947 (Orleans Parish Civil District Court) (removed to EDLA 20- 1321);

4.   Petition in *AA Doe v. Archdiocese of New Orleans Indemnity, Inc*, et al. No. 19-06200 (Orleans Parish Civil District Court) (removed to EDLA 20-1317);

5.   Petition in *BB Doe v. Archdiocese of New Orleans Indemnity, Inc.*, et al No. 19-10149 (Orleans Parish Civil District Court) (removed to EDLA 20-1318);

6.   Petition in *Linda Lee Stonebreaker v. Archdiocese of New Orleans Indemnity, Inc.*, No. 19-08551 (Orleans Parish Civil District Court) (removed to EDLA 20-1335);

7.   Petition in *John Doe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al. No. 18-10864 (Orleans Parish Civil District Court) (removed to EDLA 20-1320);

8.   Petition in *Tom Doe v. Archdiocese of New Orleans Indemnity, Inc.*, No. 19-08552 (Orleans Parish Civil District Court) (removed to EDLA 20-1363);

9.   Petition in *FF Doe v. Archdiocese of New Orleans Indemnity, Inc., et al*, No. 19-11587 (Orleans Parish Civil District Court) (removed to EDLA 20-1358);

10.   Petition in *Lon Doe v. Archdiocese of New Orleans Indemnity, Inc.*, et al, No. 19-11575 (Orleans Parish Civil District Court) (removed to EDLA 20-1339);

11.   Petition in *CC Doe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 20-29883 (Orleans Parish Civil District Court) (removed to EDLA 20- 1353);

12.   Petition in *John Roe I v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al., No. 18-11369 (Orleans Parish Civil District Court) (removed to EDLA 20-1330);

13.   Petition in *John Roe II v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 2019-11169 (Orleans Parish Civil District Court) (removed to EDLA 20-1351);

14.   Petition in *John Roe III v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 19-11171(Orleans Parish Civil District Court) (removed to EDLA 20-01331);

15.   Petition in *John Roe IV v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al., No. 19-11173 (Orleans Parish Civil District Court) (removed to EDLA 20-1379);

16.   Petition in *Bob Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 19-12224 (Orleans Parish Civil District Court) (removed to EDLA 20-1355);

17.   Petition in *Raymond Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al., No. 19-12233 (Orleans Parish Civil District Court) (removed to EDLA 20-01337);

18.   Petition in *Ed Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, No. 19-12226 (Orleans Parish Civil District Court) (removed to EDLA 20-1340);

19.   Petition in *West Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 19-12228 (Orleans Parish Civil District Court) (removed to EDLA 20-1352);

20.   Petition in *Jeff Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al, No. 19-12237 (Orleans Parish Civil District Court) (removed to EDLA 20-1356);

21.   Petition in *Brad Roe v. The Roman Catholic Church of the Archdiocese of New Orleans*, et al., No. 20- 3463 (Orleans Parish Civil District Court) (removed to EDLA 20-01392);

22.   Petition in  *Ralph Roe v. Catholic Charities Archdiocese of New Orleans*, et al. No. 20-04868 (Orleans Parish Civil District Court) (removed to EDLA. 20-1829);

23.   Petition in *Zach Roe v. Catholic Charities Archdiocese of New Orleans*, et al, No. 20-04094 (Orleans Parish Civil District Court) (removed to EDLA 20-1819);

24.   4/28/2020 Letter from Aymond to Stella;

25.   Evidentiary Memorandum, (filed under seal) Rec. Doc. 2607-1;

26.   Documents cited in the Evidentiary Memorandum;

27.   2022 La. Act No. 386;

28.   March 22, 2024, original opinion *Bienvenu v. Defendant 1*, 2023-CC-01194 (La. 3/22/24);

29.   May 10, 2024, rehearing grant *Bienvenu v. Defendant 1*, 2023-CC-01194 (La. 5/10/24);

30.   June 12, 2024, opinion on rehearing *Bienvenu v. Defendant 1*, 2023-CC-01194 (La. 6/12/24);

31.   2024 La. Act No. 481;

32.   4/18/2024 Objection to Jones Walker's Interim Applications for Fees Rec. Doc 2943, and exhibits attached;

33.   9/9/2024 Objection to Jones Walker's Interim Applications for Fees Rec. Doc 3363, and exhibits attached;

34. 1/8/2025 Objection to Jones Walker's Interim Applications for Fees Rec. Doc 3648, and exhibits attached;

35. 4/9/2025 Objection to Jones Walker's Interim Application for Fees Rec. Doc 3891, and exhibits attached;

36. 4/7/2026 Objection to Jones Walker's Final Application for Fees Rec. Doc 4996, and exhibits attached;

37. 8/8/2024 Motion to Appoint Trustee Rec. Doc. 3246, and exhibits attached;

38. 4/30/2025 Motion to Dismiss Case Rec. Doc 3965, and exhibits attached;

39. 4/30/2025 Motion for Evidentiary Hearing Rec. Doc. 3969, and exhibits attached;

40. 3/13/2026 Declaration of Mark A. Mintz Rec. Doc. 4942;

41. Email Communications between Gisleson and Mintz re: settlement;

42. Email Communications between Gisleson and Mintz re: plan discovery;

43. 12/8/2025 Seventh Amended Modified Joint Chapter 11 Plan Rec. Doc 4762;

44. 12/8/2025 Order Confirming Seventh Amended Modified Joint Chapter 11 Plan Rec. Doc 4767;

45. 9/30/2025 Motion to Depose United States Fidelity & Guaranty Company Rec. Doc. 4453, and exhibits attached;

46. 2/27/2026 Application for Allowance and Payment of an Administrative Expense Claim pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) Rec. Doc. 4912, and exhibits attached;

47. Cost backup relating to 2/27/2026 Application for Allowance and Payment of an Administrative Expense Claim;

48. 5/29/2020 Transcript of meeting of creditors;

49. Docket report from Case No. 20-10846

50. Any exhibit listed by any other party;

51. Any exhibit needed for impeachment or rebuttal; and

52. Any demonstrative exhibits, summaries, timelines, charts, diagrams, enlargements, excerpts, or other visual aids for illustrative purposes only.

Respectfully submitted,

*/s/ Soren E. Gisleson*

**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman Katz Gisleson & Cain
909 Poydras St., Suite 1860
New Orleans, Louisiana 70112-4060
Office: 504-581-4892
Fax: 504-561-6024
soren@hkgclaw.com
jed@hkgclaw.com

-AND-

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN-DENENEA, L.L.C.**
3004 David Drive
Metairie, Louisiana 70003
Telephone: (504) 304-4582
Facsimile: (504) 304-4587
jdenenea@gmail.com

-AND-

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
trahant@trahantlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Witness and Exhibit List* will be served upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system.

*/s/ Soren E. Gisleson*
Soren E. Gisleson

5