**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 20-10846** |
| | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** [1] | |
| | **CHAPTER 11** |
| **Debtor.** | **SECTION A** |

## JOINT STIPULATION

This *Joint Stipulation* (the "Joint Stipulation") is entered into by Stout Risius Ross, LLC ("Stout") and the United States Trustee for Region 5 (the "U.S. Trustee") (each a "Party" and collectively, the "Parties"), hereby resolving the UST Objection (as defined below) to the *Eleventh and Final Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Gropu, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period of June 1, 2022 through December 26, 2025* [ECF No. 4898] (the "Final Fee Application");

**WHEREAS**, on May 1, 2020 (the "Archdiocese Petition Date"), the Roman Catholic Church of the Archdiocese New Orleans (the "Debtor" or "Archdiocese") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, on May 20, 2020, the U.S. Trustee appointed the Official Committee of

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans (the "Archdiocese"), with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors. The Court has also entered a final decree in the Archdiocese case, but the case remains open.

Unsecured Creditors (the "Committee") [ECF No. 94], which Committee was reconstituted several times on June 10, 2020, October 8, 2020, June 7, 2022, June 21, 2022, and on February 13, 2023 [ECF Nos. 151, 478, 1575, 1618, & 2081];

WHEREAS, on May 19, 2022, this Court entered the *Order (I) Authorizing the Retention and Employment of the Claro Group, LLC, as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors Effective as of April 19, 2022 and (II) Allowing Claro Group, LLC Access to Claims* [ECF No. 1555], thus approving the retention of the Claro Group, LLC ("Claro Group") as Expert Consultant and Expert Witness for the Committee;

WHEREAS, effective October 1, 2022, Stout purchased the ownership shares of Claro Group, and all employees of Claro Group became employees of Stout [ECF No. 1953];

WHEREAS, on November 12, 2025 (the "Additional Debtors Petition Date"), the Reorganized Additional Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code;

WHEREAS, on December 8, 2025, the *Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for the Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4762] including the *First Amended Plan Supplements* [ECF No. 4610] (as may be modified, amended, or supplemented from time-to-time hereafter, the "Joint Plan") was filed;

WHEREAS, on December 8, 2025, the Court entered the *Order Confirming Seventh Amended Modified Joint Chapter 11 Plan of Reorganization for The Roman Catholic Church of the Archdiocese of New Orleans and Additional Debtors, Proposed by the Debtor, the Additional*

*Debtors, and the Official Committee of Unsecured Creditors, Dated as of December 8, 2025* [ECF No. 4767] (the "Confirmation Order"), thereby confirming the Joint Plan;

**WHEREAS**, on December 26, 2025, the Joint Plan went effective, as reflected in the *Notice of Occurrence of Effective Date* [ECF No. 4817], and the Committee was dissolved [ECF Doc. 4762 at § 14.4];

**WHEREAS**, on February 27, 2026, Stout filed its Final Fee Application, therein requesting that the Court allow and award, on a final basis, Stout fees in the amount of $1,262,796.00 and expenses in the amount of $4,722.16, for a total award of $1,267,518.16, which Stout incurred in connection with employment as a professional of the Committee between June 1, 2022 and December 26, 2026;

**WHEREAS**, the U.S. Trustee raised certain informal objections to the Final Fee Application, (collectively, the "UST Objection"), and the Parties engaged in discussions to resolve all matters related to the Final Fee Application; and

**WHEREAS**, the UST Objection included categories such as alleged use of transitory professionals, clerical billing, block billing, and vague descriptions; and

**WHEREAS**, Stout disputes the UST Objection and asserts no reductions are warranted but desires to resolve litigation regarding the UST Objection;

**NOW, THEREFORE**, in consideration of the covenants and agreements contained herein, and for other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Party, intending to be legally bound hereby, agrees as follows:

1.      The foregoing recitals are hereby incorporated by reference.

2.      To resolve the UST Objection, Stout will reduce the amount sought in its Final Fee Application by a total of $**10,000.00** ("Stout Reduction").

3.      The U.S. Trustee agrees and stipulates that the Stout Reduction satisfies the UST Objection, in full, and that it agrees to the allowance, approval, and payment of the Final Fee Application as reduced by the Stout Reduction.

4.      This Court shall retain jurisdiction over the subject matter of this Joint Stipulation in order to resolve any disputes hereunder.

Dated: July 1, 2026                      Respectfully Submitted,

By:     /s/ _Amanda George_____
        Amanda B. George (LA Bar No. 31642)
        Acting Assistant United States Trustee
        600 S. Maestri Place, Suite 840-T
        New Orleans, LA 70130
        Telephone: (504) 589-4018
        Direct: (504) 589-4092
        Email: Amanda.B.George@usdoj.gov

        **Counsel for KEVIN M. EPSTEIN**
        **United States Trustee, Region 5**

and

By:     /s/ _Katheryn McNally_____
        Katheryn McNally
        Managing Director

        *Stout Risius Ross, LLC*