**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**WITNESS AND EXHIBIT LIST OF JONES WALKER LLP**
**FOR EVIDENTIARY HEARING SCHEDULED FOR JULY 8-10, 2026**

**NOW INTO COURT** comes Jones Walker LLP ("**Jones Walker**"), who respectfully

submits this list of witnesses and exhibits for the evidentiary hearing scheduled for July 8-10, 2026

(the "**Hearing**") in accordance with the *Amended Scheduling Order*, [ECF No. 5065].

**WITNESSES**

Jones Walker may call the following witnesses to testify at the Hearing:

| | Name | Title | Fact or Expert Witness? |
|---|---|---|---|
| 1. | Mark A. Mintz | Partner | Fact |
| 2. | Any witness designated or called by any other party | | |
| 3. | Any witness needed to authenticate any document | | |
| 4. | Any witness needed to rebut any evidence or testimony | | |
| 5. | Any witness needed for impeachment | | |

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Debtor and the Additional Debtors.

#111951324v3

## EXHIBITS

Jones Walker may use the following exhibits at the Hearing:

| Ex. No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1. | *Application to Employ Jones Walker LLP as Attorneys for the Debtor* | 75 | | | |
| 2. | *Amended Application to Employ Jones Walker LLP as Attorneys for the Debtor* | 138 | | | |
| 3. | *Order Approving Employment of Jones Walker LLP as Attorneys for the Debtor* | 170 | | | |
| 4. | *Fifteenth Interim and Final Application of Jones Walker LLP, as Counsel for the Debtor and the Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses* | 4888 | | | |
| 5. | *Amended Fifteenth Interim and Final Application of Jones Walker LLP, as Counsel for the Debtor and the Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses* | 5060 | | | |
| | Any other document filed in this Chapter 11 Case | | | | |
| | Any exhibit listed or offered by any other party | | | | |
| | Any evidence needed for impeachment and/or rebuttal purposes | | | | |

## <u>RESERVATION OF RIGHTS</u>

Jones Walker reserves any and all rights to amend or supplement the foregoing list.

[*Signature Page Follows*]

2

#111951324v3

Dated: July 2, 2026

Respectfully submitted,

*/s/ Mark A. Mintz*
R. Patrick Vance (#13008)
Elizabeth J. Futrell (#05863)
Mark A. Mintz (#31878)
Samantha A. Oppenheim (#38364)
**JONES WALKER LLP**
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: mmintz@joneswalker.com
Email: soppenheim@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify, on July 2, 2026, that a true and correct copy of the foregoing (a) is being filed through the Court's ECF system, which provides electronic notice to all attorneys registered to receive notice through such system, and (b) is being provided to Donlin Recano & Company, LLC ("**DRC**"), to be served by email or First Class U.S. Mail, postage prepaid, on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* [ECF No. 22]. DRC shall file a certificate of service to that effect when service is complete.

*/s/ Mark A. Mintz*
Mark A. Mintz

3

#111951324v3