**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § § | **SECTION A** |

**ORDER**

Before the Court is the Ex Parte *Motion of the Committee Professionals for Authorization To File Certain Exhibits for Hearing Scheduled for July 8-10, 2026, Under Seal* (the "Motion To Seal"), filed by Troutman Pepper Locke LLP ("Troutman") and Pachulski Stang Ziehl & Jones, LLP ("Pachulski" and, together with Troutman, the "Committee Professionals").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court shall enter under seal the exhibits listed on **Schedule 1** to the Motion To Seal.

**IT IS FURTHER ORDERED** that the Committee Professionals are instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

2

Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued

by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 2, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Privileged Exhibits**

| EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 5 | 04/28/2020 | Letter from Most Reverend Gregory M. Aymond to His Eminence, Beniamino Cardinal Stella, dated April 28, 2020 [Submitted Under Seal] |
| 30 | 06/03/2022 | Acting United States Trustee's Statement of Position Concerning Violations of the Protective Order [ECF Doc. No. 1572] [Submitted Under Seal] |
| 62 | 08/15/2022 | Repair – Maintenance Costs for Select Archdiocese Properties, dated August 15, 2022 [Submitted Under Seal] |
| 63 | 12/19/2023 | Letter of Intent to Christopher Homes, Inc. from Hayden Glade, dated December 19, 2023 [Submitted Under Seal] |
| 64 | 10/21/2024 | Appraisal Report on the Metairie Manor I & II Apartments, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 65 | 10/21/2024 | Appraisal Report on the Metairie Manor III Apartments, dated October 1, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 66 | 10/21/2024 | Appraisal report on the Metairie Manor IV Apartments (formerly St. Bernard Manor II), dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 67 | 10/21/2024 | Appraisal Report on the Roquette Lodge I & II Apartments, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 68 | 10/21/2024 | Appraisal Report on the Roquette Lodge III Apartments, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 69 | 10/21/2024 | Appraisal Report on the Roquette Lodge IV Apartments (formerly known as St. Bernard III), dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 70 | 10/21/2024 | Appraisal Report on the Villa Additions Apartments, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 71 | 10/21/2024 | Appraisal Report on The Apartments at Mater Dolorosa, dated October 21, 2024 from Cook Moore Davenport & Associates Real |

| | | Estate Appraisers [Submitted Under Seal] |
|---|---|---|
| 72 | 10/21/2024 | Appraisal Report on the Place DuBourg Apartments, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 73 | 10/21/2024 | Appraisal Report on the St. Martin House, dated October 21, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 74 | 10/22/2024 | Appraisal Report on the St. Bernard Manor Apartments, dated October 22, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 75 | 10/22/2024 | Appraisal Report on the Christopher Inn Apartments, dated October 22, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 76 | 10/22/2024 | Appraisal Report on the Wynhoven I & II Apartments, dated October 22, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 77 | 10/22/2024 | Appraisal Report on the Villa St. Maurice Apartments, dated October 22, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 78 | 10/22/2024 | Appraisal Report on the St. Martin Manor Apartments, dated October 22, 2024 from Cook Moore Davenport & Associates Real Estate Appraisers [Submitted Under Seal] |
| 79 | 10/22/2024 | Property Appraisal & Net Equity Summary dated October 22, 2024 and prepared by Christopher Homes, Inc.[Submitted Under Seal] |
| 80 | 01/08/2025 | Letter to Christopher Homes, Inc. regarding Rental Housing Portfolio in the Greater New Orleans Area, Louisiana from Cook Moore Davenport & Associates Real Estate Appraisers, dated January 8, 2025 [Submitted Under Seal] |