**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
|  | § | **(JOINTLY ADMINISTERED)** |
|  | § |  |
| **THE ROMAN CATHOLIC CHURCH** | § |  |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
|  | § |  |
| **DEBTORS.** | § | **SECTION A** |
|  | § |  |

**ORDER**

Before the Court is the *Fifth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Actuarial Value, LLC as Actuarial Advisor to the Official Committee of Unsecured Creditors for the Period from June 1, 2023, Through December 26, 2025,* (the "Application"), [ECF Doc. 4905], filed by Actuarial Value, LLC ("Actuarial Value") for the period from June 1, 2023, through December 26, 2025, (the "Application Period"); and the response to the Application, [ECF Doc. 5061], filed by David W. Asbach, Acting United States Trustee for Region 5. The Court finds that the Application was properly served pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, and having determined on a final basis whether the services and expenses as outlined in the Application were actual, reasonable and necessary in

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

representing the interests of the Committee, finds that just cause exists for entry of this Order. Accordingly,

**IT IS ORDERED** that the Application is **APPROVED**.

**IT IS FURTHER ORDERED** that Actuarial Value is allowed and awarded, on a final basis, fees for services rendered in the amount of $84,900.00 for the Application Period as an administrative expense claim under 11 U.S.C. § 503 (the "Award") against the estate of the above-captioned debtor and former debtor-in-possession (the "Debtor").   This Award consists of $84,900.00 in fees for services rendered during the Application Period.

**IT IS FURTHER ORDERED** that the Debtor is further authorized, and directed, to pay the balance of the Award owed to Actuarial Value on a final basis as an administrative expense claim under 11 U.S.C. § 503 against the estate of the Debtor, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that Actuarial Value is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 7, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE