**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

## ORDER

Before the Court is the *Thirteenth and Final Fee Application of Dundon Advisers LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Financial Advisor to the Official Committee of Unsecured Commercial Creditors* (the "Final Application"), [ECF Doc. 4892], filed by Dundon Advisers, LLC ("Dundon") for the period April 14, 2021, through October 31, 2025, (the "Full Application Period").

Considering the Final Application; the objections to the Final Application, [ECF Docs. 5055 & 5062], filed by the Acting United States Trustee for Region 5 and the above-captioned Reorganized Debtor; and the Amended Joint Stipulation, [ECF Doc. 5241], that resolves the objections to the Final Application,

**IT IS ORDERED** the Final Application is **APPROVED** as stated herein.

**IT IS FURTHER ORDERED** that Dundon is allowed and awarded, on a final basis for the Full Application Period, fees in the amount of $1,139,898.00 and expenses in the amount of

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

$12,991.18, totaling $1,152,889.18 (the "Final Award"), for work done in connection with its financial advising of the Official Committee of Unsecured Commercial Creditors.

**IT IS FURTHER ORDERED** that in the event Dundon shall owe any amount to the Reorganized Debtor as a result of payments made on account of previously approved interim applications, that Dundon shall make such payment to the Reorganized Debtor within two (2) business days after this order being not subject to appeal.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that Dundon is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 7, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE