**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § § | SECTION A |

## ORDER

Before the Court is the *Fourteenth and Final Fee Application of Stewart Robbins Brown & Altazan LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Former Counsel to the Official Committee of Unsecured Commercial Creditors for the Period of November 1, 2025, through December 25, 2025*, (the "Final Fee Application"), [ECF Doc. 4890], filed by Stewart Robbins Brown & Altazan LLC, now Stewart Robbins & Altazan LLC ("SRBA") for the period March 16, 2021, through December 25, 2025, (the "Full Application Period").

Considering the Final Fee Application; the Joint Stipulation between SRBA and the Acting United States Trustee for Region 5 (the "UST"), [ECF Doc. 5185]; the objection of the above-captioned Reorganized Debtor, [ECF Doc. 5053]; and the Joint Stipulation among SRBA, the UST and the Reorganized Debtor, [ECF Doc. 5243], that resolves the objections to the Final Fee Application,

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

**IT IS ORDERED** that the Final Fee Application is **APPROVED** as stated herein.

**IT IS FURTHER ORDERED** that SRBA is allowed and awarded, on a final basis for the Full Application Period, fees in the amount of $3,967,903.10 and expenses in the amount of $109,265.67, for a total of $4,077,168.77 (the "Final Award"), for work done in connection with its work as counsel for the Official Committee of Unsecured Commercial Creditors.

**IT IS FURTHER ORDERED** that the balance due from the Reorganized Debtor in the amount of $51,265.59 shall be paid to SRBA within two (2) business days after this Order is no longer subject to appeal.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that SRBA is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 7, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE