**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS,[1] | § | COMPLEX CASE |
| | § | |
| DEBTORS. | § | SECTION A |
| | § | |

**ORDER**

Before the Court is the *Second Amended Fourteenth Interim and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Berkeley Research Group, LLC a Financial Advisor to the Official Committee of Unsecured Creditors for the Period June 17, 2020, Through December 26, 2025*, (the "Application"), [ECF Doc. 5138], amending, [ECF Doc. 4903], filed by Berkeley Research Group, LLC ("BRG"). Considering the Court has the jurisdiction to consider the Application, pursuant to 28 U.S.C. §§ 327(a), 328(a) and 330; that the Application is a core proceeding under 28 U.S.C. § 157(b); that proper notice of the Application has been provided; the response to the Application, [ECF Doc. 5061], filed by the Acting United States Trustee for Region 5; and that the only objection to the Application, [ECF Doc. 5056], filed by the Debtor, has been withdrawn, [ECF Doc. 5141],

**IT IS ORDERED** that the Application is **APPROVED**.

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

**IT IS FURTHER ORDERED** that BRG is granted a final allowance of compensation and allowed administrative expense pursuant to 11 U.S.C. § 503(b)(2) with a priority pursuant to § 507(a)(2) of the Bankruptcy Code in the amount of $3,471,838.77 representing:   (a) $3,436,257.50 for professional services rendered from June 17, 2020, through December 26, 2025; and (b) $35,581.27 in out-of-pocket expenses incurred during the same period.

**IT IS FURTHER ORDERED** that the interim awards of compensation to BRG are made final by the entry of this Order.  [ECF Docs. 4323, 3914, 3934, 3280, 2989, 2750, 2438, 2228, 1740, 1466 & 1199].

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that BRG is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 13, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE