**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § § | SECTION A |

## ORDER

Before the Court is the *Eleventh and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Rock Creek Advisors, LLC as Pension Financial Advisor for the Official Committee of Unsecured Creditors for the Period from February 1, 2022, through February 28, 2025,* (the "Application"), [ECF Doc. 4900], filed by Rock Creek Advisors, LLC (the "Firm") for the period from February 1, 2022, through February 28, 2025, (the "Application Period"); and the response to the Application, [ECF Doc. 5061], filed by the Acting United States Trustee for Region 5.  The Court finds that the Application was properly served pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules, with proper notice language incorporated therein.  The Court, having examined the Application, and having determined whether the services and expenses as outlined in the Application were actual, reasonable and necessary in representing the interests of the Official Committee of Unsecured Creditors, finds that just cause exists for entry of this Order.  Accordingly,

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.  The Court entered an *Order of Final Decree* in the main case on May 22, 2026.  [ECF Doc. 5119].

**IT IS ORDERED** that the Application is **APROVED**.

**IT IS FURTHER ORDERED** that the Firm is allowed and awarded, on a final basis, fees for services rendered in the amount of $164,190.00 for the Application Period.

**IT IS FURTHER ORDERED** that the Debtor is further authorized, and directed, to pay such allowed fees and costs, less amounts previously paid, as an administrative expense claim under 11 U.S.C. § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Firm is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 13, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

2