UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § § | SECTION A |

**ORDER**

Before the Court is the *First and Final Application of Signal Interactive Media, as Expert Noticing Consultant to the Debtor, for Allowance of Compensation and Reimbursement of Expenses* (the "Application"), [ECF Doc. 4882], filed by Signal Interactive Media ("Signal"); and the response to the Application, [ECF Doc. 5061], filed by the Acting United States Trustee for Region 5.  Considering Signal seeks final allowance of compensation for services rendered; proper and adequate notice of the Application and hearing thereon has been given, and no further notice is required; no objection having been filed; and the Court having reviewed the Application and having found that the professional services provided by Signal (i) are reasonable; (ii) were actually rendered and furnished in aid of the administration of this case; and (iii) constitute lawful, proper, and necessary expenses of administration in this case.  Accordingly

**IT IS ORDERED** that the Application is **APPROVED** as set forth herein.

---

[1]    On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.  The Court entered an *Order of Final Decree* in the main case on May 22, 2026.  [ECF Doc. 5119].

**IT IS FURTHER ORDERED** that Signal is allowed final compensation in the amount of $112,375.00 for services rendered during the period of June 16, 2025, through July 31, 2025, (the "Final Fee Period").

**IT IS FURTHER ORDERED** that the Reorganized Debtor is authorized and directed to pay Signal the unpaid balance of allowed fees for services rendered during the Final Fee Period, promptly upon entry of this Order.

**IT IS FURTHER ORDERED** that this Court shall reserve and retain jurisdiction to enforce the terms of this Order or rule upon any disputes arising therefrom.

**IT IS FURTHER ORDERED** that Signal is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 13, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE