**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |

### AMENDED ORDER[2]

Considering there are no matters scheduled for the Thursday, July 16, 2026, omnibus hearing at 1:30 p.m. (the "Omnibus Hearing") in the above-captioned case,

**IT IS ORDERED** that the Omnibus Hearing is **CANCELLED**.

**IT IS FURTHER ORDERED** that counsel for the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 15, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.  The Court entered an *Order of Final Decree* in the main case on May 22, 2026.  [ECF Doc. 5119].

[2]     This Amended Order amends and supersedes this Court's *Order* dated July 14, 2026, [ECF Doc. 5274], to update the service instructions.