UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § § | SECTION A |

## ORDER

Before the Court are the following: (i) *Eleventh and Final Application for Allowance of Compensation of Stout Risius Ross, LLC (FKA The Claro Group, LLC) as Expert Consultant on Sexual Abuse and Expert Witness to the Official Committee of Unsecured Creditors for the Period June 1, 2022, through December 26, 2025* (the "Application"), [ECF Doc. 4898], filed by Stout Risius Ross, LLC ("Stout") for the period from June 1, 2022, through December 26, 2025 (the "Final Application Period"), and (ii) the *Joint Stipulation*, (the "Stipulation"), [ECF Doc. 5225], entered into between Stout and the United States Trustee for Region 5.[2] The Court finds that the Application was properly served pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules, with proper notice language incorporated therein, and that no objection to the Application has been timely filed by any party. The Court, having examined the Application, including the voluntary reductions contained therein, and having determined on a final basis

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

[2] Per the Stipulation, Stout has agreed to a $10,000.00 total reduction.

whether the services and expenses as outlined in the Application were actual, reasonable, and necessary in representing the interests of the Committee, finds that just cause exists for entry of the following order.  Accordingly,

**IT IS ORDERED** that the Application is **APPROVED**.

**IT IS FURTHER ORDERED** that Stout is allowed and awarded, on a final basis, (a) compensation in the amount of $53,651.50 and reimbursement of expenses in the amount of $1,509.78 for the period November 1, 2025, through December 26, 2025; (b) compensation on a final basis, all fees and expenses for the period June 1, 2022, through December 26, 2025, consisting of $1,254.814.00 in fees and $4,722.16 in expenses incurred, which amounts are inclusive of $1,201,162.50 in fees and $3,212.38 in expenses incurred which were previously approved on an interim basis for the period June 1, 2022, through October 31, 2025; and (c) compensation, on a final basis, of estimated fees in the amount of $7,982.00 and estimated expenses in the amount of $0.00 it incurred for preparing its final fee application during the period of December 27, 2025, through February 27, 2026, for a total final reduced award of **$1,257,518.16.**

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to pay such allowed fees and costs, less amounts previously paid, as an administrative expense claim under 11 U.S.C. § 503 against the estates of the Debtor, within ten (10) calendar days after the entry of this Order.

**IT IS FURTHER ORDERED** that Stout is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local

Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 16, 2026.

_____

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE