**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1]** | § § § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § § § | **SECTION A** |

**ORDER APPROVING IN PART AND DENYING IN PART THE SEVENTEENTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 22, 2020, THROUGH FEBRUARY 27, 2026**

Before the Court are:  (i) *Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020, through December 26, 2025*, [ECF Doc. 4895], as amended by the supplement filed thereto, [ECF Doc. 4922], and the amendment filed thereto, [ECF Doc. 5092], (collectively, the "Application"), filed by Pachulski Stang Ziehl & Jones (the "Firm") in the above-styles Chapter 11 cases (the "Bankruptcy Cases") on February 27, 2026, for the period from May 22, 2020, through February 27, 2026 (the "Application Period"); and (ii) *Debtor's Objection to the Final Fee Applications of Pachulski Stang Ziehl & Jones LLP and Troutman Pepper Locke LLP as Co-Counsel for the Official Committee of Unsecured Creditors* (the "Objection"), [ECF Doc. 5052], filed on April 22,

---

[1]     On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026.  The Court entered an *Order of Final Decree* in the main case on May 22, 2026.  [ECF Doc. 5119].

2026, by The Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor").

The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein.  The Court has examined the application and considered the voluntary reductions set forth in both the Application and the *Joint Stipulation*, [ECF Doc. 5188], (the "PSZJ Stipulation") between the Firm and the United States Trustee for Region 5 (the "US Trustee") filed on June 29, 2026.  On July 8, 2026, the Court held an evidentiary hearing (the "Final Hearing") on the Application in which the Court (i) examined whether the services and expenses outlined in the Application were actual, reasonable, and necessary in representing the interests of the Official Committee of Unsecured Creditors (the "Committee") and (ii) ruled on the Application and the Objection.

For the reasons stated at the Final Hearing,

**IT IS ORDERED** that:

1.      The Application is **APPROVED IN PART** and **DENIED IN PART** to the extent set forth in this Order, and the Objection is **SUSTAINED IN PART** and **OVERRULED IN PART** to the extent set forth in this Order.

2.      In connection with the Firm's representation of the Committee, the Firm is allowed an administrative expense claim under Bankruptcy Code § 503 on a final basis in the total amount of **$8,189,180.87** for the Application Period (the "Award") against the Reorganized Debtor, comprised of $7,717,082.50 in fees and $472,098.37 in reimbursable expenses.

3.      The Reorganized Debtor is further authorized, and directed, to pay the balance of the Award, if any, to the Firm on a final basis, less any amounts previously paid, as an

administrative expense claim under Bankruptcy Code § 503 within ten (10) calendar days after the entry of this Order.

4.      The Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Firm is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 22, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE