**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC CHURCH**<br>**OF THE ARCHDIOCESE OF NEW**<br>**ORLEANS**,<br><br>              Debtor. [1] | Case No. 20-10846<br><br>Section "A"<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused copies of the following document to be served on July 22, 2026, on all parties requiring service under the Court's *Order Approving in Part and Denying in Part the Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025* through the Master Service List maintained by Donlin Recano & Co., Inc. (as set forth on the attached Exhibit A), via first-class United States mail, postage prepaid:

> Order Approving in Part and Denying in Part the Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020 Through December 26, 2025 [Dkt. No. 5294]

> Executed this 22nd day of July, 2026 at Los Angeles, California.

                                 */s/ Nancy H. Brown*
                                  Nancy H. Brown

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

LA:4916-3579-8207.1 05067.001

**EXHIBIT "A"**

LA:4916-3579-8207.1 05067.001

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-10846 (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1] | § § § § | CHAPTER 11 COMPLEX CASE |
| DEBTORS. | § § § | SECTION A |

**ORDER APPROVING IN PART AND DENYING IN PART THE SEVENTEENTH AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MAY 22, 2020, THROUGH FEBRUARY 27, 2026**

Before the Court are: (i) *Seventeenth and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Period May 22, 2020, through December 26, 2025*, [ECF Doc. 4895], as amended by the supplement filed thereto, [ECF Doc. 4922], and the amendment filed thereto, [ECF Doc. 5092], (collectively, the "Application"), filed by Pachulski Stang Ziehl & Jones (the "Firm") in the above-styles Chapter 11 cases (the "Bankruptcy Cases") on February 27, 2026, for the period from May 22, 2020, through February 27, 2026 (the "Application Period"); and (ii) *Debtor's Objection to the Final Fee Applications of Pachulski Stang Ziehl & Jones LLP and Troutman Pepper Locke LLP as Co-Counsel for the Official Committee of Unsecured Creditors* (the "Objection"), [ECF Doc. 5052], filed on April 22,

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

2026, by The Roman Catholic Church of the Archdiocese of New Orleans (the "Reorganized Debtor").

The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure, with proper notice language incorporated therein. The Court has examined the application and considered the voluntary reductions set forth in both the Application and the *Joint Stipulation*, [ECF Doc. 5188], (the "PSZJ Stipulation") between the Firm and the United States Trustee for Region 5 (the "US Trustee") filed on June 29, 2026. On July 8, 2026, the Court held an evidentiary hearing (the "Final Hearing") on the Application in which the Court (i) examined whether the services and expenses outlined in the Application were actual, reasonable, and necessary in representing the interests of the Official Committee of Unsecured Creditors (the "Committee") and (ii) ruled on the Application and the Objection.

For the reasons stated at the Final Hearing,

**IT IS ORDERED** that:

1.      The Application is **APPROVED IN PART** and **DENIED IN PART** to the extent set forth in this Order, and the Objection is **SUSTAINED IN PART** and **OVERRULED IN PART** to the extent set forth in this Order.

2.      In connection with the Firm's representation of the Committee, the Firm is allowed an administrative expense claim under Bankruptcy Code § 503 on a final basis in the total amount of **$8,189,180.87** for the Application Period (the "Award") against the Reorganized Debtor, comprised of $7,717,082.50 in fees and $472,098.37 in reimbursable expenses.

3.      The Reorganized Debtor is further authorized, and directed, to pay the balance of the Award, if any, to the Firm on a final basis, less any amounts previously paid, as an

2

administrative expense claim under Bankruptcy Code § 503 within ten (10) calendar days after the entry of this Order.

4.      The Court shall retain jurisdiction to hear and consider all matters arising from the interpretation or implementation of this Order.

**IT IS FURTHER ORDERED** that the Firm is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 22, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

**The Roman Catholic Church of the Archdiocese of New Orleans**

ADVANCED RECONSTRUCTIVE CARE
DR. RAVI TANDON
3900 VETERANS MEMORIAL BLVD
STE 200
METAIRIE, LA 70002

AMERIGROUP LA
PO BOX 28147
NEW YORK, NY 10087

ARGENT INSTITUTIONAL TRUST COMPANY
KEVIN M DOBRAVA, MANAGING DIRECTOR
FORMERLY TMI TRUST COMPANY
5901 PEACHTREE DUNWOODY RD
STE C-495
ATLANTA, GA 30328

ATMOS ENERGY LOUISIANA
CHRISTOPHER T. FORSYTHE, CFO
1818 ERASTE LANDRY ROAD
LAFAYETTE, LA 70506

AVA LAW GROUP INC
ANDREW VAN ARSDALE
2718 MONTANA AVENUE STE 222
BILLINGS, MT 59101

AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
REAGAN CHARLESTON THOMAS
17 EAST MAIN ST.,STE 200
PENSACOLA, FL 32502

BADIA MORO HEWETT ARCHITECTS LLC
TERRILL HEWETT
2014 JENA ST
NEW ORLEANS, LA 70115

BLANK ROME LLP
1825 EYE ST NW
WASHINGTON, DC 20006

BROWN RICE MARKETING LLC
MARK W BROWN
476 METAIRIE ROAD STE 202
METAIRIE, LA 70005

BRT ENERGY ADVISORS, LLC
10810 KATY FWY
HOUSTON, TX 77043

BSN SPORTS
KENT LABOR, CFO
14460 VARSITY BRANDS WAY
FARMERS BRANCH, TX 75244-1200

CITY OF NEW ORLEANS
DEPT OF FINANCE
BUREAU OF REVENUE
PO BOX 61840
NEW ORLEANS, LA 70161-1840

CORASS ELECTRICAL SVC
EDWARD CORASS III
PO BOX 73729
METAIRIE, LA 70033-3720

COUHIG PARTNERS LLC
DONALD C MASSEY
1100 POYDRAS ST.,STE 3250
NEW ORLEANS, LA 70163

COUHIG PARTNERS, LLC
1100 POYDRAS ST STE 3250
NEW ORLEANS, LA 70163

CRESCENT DOOR & HARDWARE INC
NEUVILLE C HOTSTREAM SR
6100 HUMPHREYS ST
NEW ORLEANS, LA 70123

DAMON J BALDONE & ASSOCIATES
DAMON J BALDONE,ESQ
162 NEW ORLEANS BLVD
HOUMA, LA 70364

DELL FINANCIAL SVC LP
MALL STOP P82DF
23 ONE DELL WAY
ROUND ROCK, TX 78682

DENTONS US LLP
NATALIE LIMBER
601 SOUTH FIGUEROA ST., STE 2500
LOS ANGELES, CA 90017-570

DENTONS US LLP
LEANNE SUNDERLAND
303 PEACHTREE ST.,NE STE 5300
ATLANTA, GA 30308-3265

DKI OFFICE FURNITURE & SUPPLIES
MIKE JACOBS
5530 JEFFERSON HWY
NEW ORLEANS, LA 70123

EDGAR STEWART SPIELMAN ON BEHALF OF
CREDITOR CAPITAL ONE NATIONAL
ASSOCIATION
HINSHAW AND CULBERTSON LLP
II CITY PLAZA
400 CONVENTION ST, STE 1001
BATON ROUGE, LA 70801

ENTERGY
SEAN D MOORE ASST GC
639 LOYOLA AVE
STE 300 / L-ENT-26C
NEW ORLEANS, LA 70113

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW
MAIL CODE 2310A
WASHINGTON, DC 20460

FIRST BANK AND TRUST
JAMES R NOEL
118 LAKE DRIVE
COVINGTON, LA 70433

GALLAGHER BENEFIT SVC INC
ERIC PEARSON
2850 WEST GOLF RD., 5TH FL
ROLLING MEADOWS, IL 60008

GEORGE G ANGELUS, PLC
GEORGE G ANGELUS
700 CAMP ST.
NEW ORLEANS, LA 70130

LA:4916-3579-8207.1 05067.001

GREENBERG TRAURIG LLP
NANCY A PETERMAN
77 WEST WACKER DRIVE STE 3100
CHICAGO, IL 60601

GREGORY A PLETSCH & ASSOCIATES (A PLC)
GREGORY A PLETSCH
111 FOUNDERS DRIVE STE 500
BATON ROUGE, LA 70810

HAHN ENTERPRISES, INC.
TANIA E. HAHN
3702 BIENVILLE ST
NEW ORLEANS, LA 70119

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT, MS 39502-4019

HANCOCK WHITNEY BANK
BANKRUPTCY DEPT
2510 14TH ST
GULFPORT, MS 39501

HANCOCK WHITNEY BANK
CREDIT CARD CENTER
PO BOX 96601
CHARLOTTE, NC 28296-6601

HANCOCK WHITNEY BANK
5328 GOVERNMENT ST
BATON ROUGE, LA 70806

HANCOCK WHITNEY BANK, INDENTURE TRUSTEE
C/O BUTLER SNOW LLP
DAVID S. RUBIN
445 NORTH BLVD., SUITE 300
BATON ROUGE, LA 70802

HELLER DRAPER PATRICK HORN ET AL.
LESLIE A COLLINS; GRETA M BROUPHY
650 POYDRAS ST, SUITE 2500
NEW ORLEANS, LA 70130-6103

HERMAN, HERMAN & KATZ, LLC
SOREN GISLESON; JOSEPH 'JED' CAIN
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

HINSHAW & CULBERTSON LLP
HEATHER LASALLE ALEXIS,ESQ
900 CAMP ST.,3RD FLOOR
NEW ORLEANS, LA 70130

INTERNAL REVENUE SVC
OFFICE OF DISTRICT COUNSEL
PO BOX 30509
NEW ORLEANS, LA 70190

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE NW
WASHINGTON, DC 20004-2541

INTERNAL REVENUE SVC
1555 POYDRAS ST
STE 220 M/S 31
NEW ORLEANS, LA 70112

J S
2610 W SAM HOUSTON PKWY
#200
HOUSTON, TX 77042

JEFFERSON PARISH SHERIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GRETNA, LA 70054

JOSHUA JILOVEC FOR INTERESTED PARTY
INTERNATIONAL INSURANCE CO
OMELVENY AND MYERS LLC
700 LOUISIANA STE 2900
HOUSTON, TX 77002

JUDGE MICHAEL HOGAN
PO BOX 1375
EUGENE, OR 97440

KIM M BRAUD
PO BOX 741505
NEW, ORLEANS LA 70174

KS STATE BANK
1010 WESTLOOP
PO BOX 69
MANHATTAN, KS 66505-0069

LARZELERE PICOU WELLS SIMPSON LONERO LLC
WILSON L MALOZ III
3850 N CAUSEWAY BLVD STE 500
TWO LAKEWAY CENTER
METAIRIE, LA 70002

LAW OFFICE OF MIGUEL A ELIAS
MIGUEL A ELIAS
4224 WILLIAMS BLVD
KENNER, LA 70065

LAW OFFICES OF FRANK J D'AMICO JR
FRANK J D'AMICO JR
4608 RYE STREET
METAIRIE, LA 70006

LOUISIANA CHILDREN'S MEDICAL CENTER
JENNY BARNETT-SARPALIUS CFO
200 HENRY CLAY AVE
NEW ORLEANS, LA 70118

LOUISIANA DEPT OF ENVIRONMENTAL
QUALITY
602 NORTH FIFTH ST
BATON ROUGE, LA 70802

LOUISIANA DEPT OF JUSTICE
RYAN M SEIDEMANN, ASST. ATTORNEY
GENERAL
CIVIL DIVISION/ LANDS & NATURAL RESOURCES
POST OFFICE BOX 94005
BATON ROUGE, LA 70804-9005

LOUISIANA DEPT OF LABOR
1001 NORTH 23RD ST
PO BOX 94094
BATON ROUGE, LA 70804-9094

LOUISIANA DEPT OF REVENUE
617 NORTH THIRD ST
PO BOX 201
BATON ROUGE, LA 70802

LOUISIANA DEPT OF REVENUE
PO BOX 201
BATON ROUGE, LA 70821-0201

LOUISIANA DEPT OF REVENUE
SALES TAX DIVISION
PO BOX 3138
BATON ROUGE, LA 70821-0201

LOUISIANA DEPT OF WORK
 FORCE COMMISSION
1001 N 23RD ST
BATON ROUGE, LA 70802

LOUISIANA PUBLIC FACILITIES
AUTHORITY
2237 S ACADIAN THRUWAY
SUITE 650
BATON ROUGE, LA 70808

LUBA CASUALTY INSURANCE CO
STEVE WERNER, CPA, CIA
2351 ENERGY DR STE2000
BATON ROUGE, LA 70808

MCCARTER & ENGLISH LLP
RICHARD A BERAN;JOHN C KELLY
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK, NJ 07102

MEITLER CONSULTANTS, INC
TOM HEDING
39 BEECHWOOD RD
SUMMIT, NJ 07901

METROSTUDIO LLC
HEATHER GORMAN
6501 SPANISH FORT BLVD
NEW ORLEANS, LA 70124

MICHAEL L DESHAZO ON BEHALF OF
DEFENDANT
CATHOLIC CHARITIES ARCHDIOCESE OF
NEW ORLEANS
832 W BOSTON ST STE 6
COVINGTON, LA 70433-2940

MIGUEL A ELIAS ON BEHALF OF
INTERESTED PARTY FR JB
285 WEST ESPLANADE AVE, STE 303
KENNER, LA 70065

MURPHY BALL STRATTON LLP
MICHELLE S STRATTON
1001 FANNIN ST.,STE 720
HOUSTON, TX 77002

N FRANK ELLIOT III, LLC
N FRANK ELLIOT III
P O BOX 3065
LAKE CHARLES LA 70601

NEWMAN MATHIS BRADY & SPEDALE
MARK C LANDRY
A PROFESSIONAL LAW CORPORATION
3501 N CAUSEWAY BLVD STE 300
METAIRIE, LA 70002-3618

NEWMAN MATHIS BRADY & SPEDALE
ROBERT A MATHIS
A PROFESSIONAL LAW CORP
3501 NORTH CAUSEWAY BLVD., ,STE 300
METAIRIE, LA 70002

OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION
A MACEO SMITH FEDERAL BLDG
525 GRIFFIN ST STE 602
DALLAS, TX 75202

OCHSNER HEALTH SYSTEM
STEPHANIE WELLS
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121

OFFICE OF THE US TRUSTEE
AMANDA B. GEORGE,TRIAL ATTORNEY
600 S MAESTRI PLACE STE 840-T
NEW ORLEANS, LA 70130

OFFICE OF THE US TRUSTEE
MARY LANGSTON, ASST US TRUSTEE
400 POYDRAS ST.,STE 2110
NEW ORLEANS, LA 70130

OPTUMRX FOR RX CLAIMS
RICHARD MATTERA, CHIEF LEGAL
OFFICER
1 OPTUM CIR
EDEN PRAIRIE, MN 55344-2956

PROSKAUER ROSE LLP
TIMOTHY KARCHER
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

PROSKAUER ROSE LLP
PAUL POSSINGER
70 WEST MADISON, STE 3800
CHICAGO, IL 60602

REED & PEDERSEN
JONATHAN C PEDERSEN
516 N COLUMBIA ST
COVINGTON, LA 70433

RUSSELL POTTHARST
P O BOX 13281
LOS ANGELES, CA 90013

RYAN SEIDEMANN ON BEHALF OF INTERESTED PARTY
ST. OF LOUISIANA LOUISIANA CEMETERY BOARD
LOUISIANA DEPT OF JUSTICE
1885 NORTH THIRD ST
BATON ROUGE, LA 70802

LA:4916-3579-8207.1 05067.001

3

SHERIFF & EX OFFICIO TAX COLLECTOR
JERRY LARPENTER
PARISH OF TERREBONE
PO BOX 1990
GRAY, LA 70359-1990

STEWART ROBBINS BROWN & ALTAZAN LLC
BRANDON A BROWN;BROOKE W
ALTAZAN;JAMIE D CANGELOSI
301 MAIN ST.,STE 1640
P O BOX 2348
BATON ROUGE LA 70821-2348

SWATI PARASHAR ON BEHALF OF DEBTOR
THE ROMAN CATHOLIC CHURCH
FOR THE ARCHDIOCESE OF NEW ORLEANS
JONES WALKER
811 MAIN ST, STE 2900
HOUSTON TX 77002

THE BANK OF NEW YORK TRUST CO NA
601 POYDRAS ST
STE 2225
NEW ORLEANS LA 70130

THE ROMAN CATHOLIC CHURCH
ARCHDIOCESE OF NEW ORLEANS
SUSAN ZERINGUE, GENERAL COUNSEL
7887 WALMSLEY AVE
NEW ORLEANS, LA 70125

U.S. SPECIALTY INSURANCE COMPANY
M. JOSEPH ROSAS, ESQ.
SENIOR BOND CLAIMS ATTORNEY
801 S. FIGUEROA STREET, SUITE 700
LOS ANGELES CA  90017-2523

US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

US DEPT OF LABOR
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210

US DEPT OF LABOR OSHA
OSHA REGION 4
525 GRIFFIN ST STE 602
DALLAS, TX 75202

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
OGDEN, UT 84201-0005

US DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 806532
CINCINNATI, OH 45280-6532

US DEPT OF TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

VASQUEZ LAW
JESSICA VASQUEZ,ESQ
400 POYDRAS ST.,STE 400
NEW ORLEANS, LA 70130

VERMONT DEPT OF FINANCIAL REGULATION
MR DAVID F PROVOST CFE
DEPUTY COMMISSIONER - CAPTIVE INS.
89 MAIN ST
MONTPELIER, VT 05620-3101

WHITE OAK CONSULTING
PAUL A. BREAUX
88 MELROSE DR
DESTREHAN, LA 70047

WHITNEY BANK CORPORATE TRUST
CORPORATE TRUST
ELIZABETH ZEIGLER
445 NORTH BLVD.,STE 201
BATON ROUGE, LA 70802

WRIGHT NATIONAL FLOOD INSURANCE
PATTY TEMPLETON-JONES
PO BOX 33070
ST PETERSBURG, FL 33733-8070