**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,**[1] | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

**ORDER**

Before the Court is the *Settlement Trustee's Motion for Expedited Hearing on Motion To Compel the Reorganized Debtor and Reorganized Additional Debtors To Produce Certain Records* (the "Motion To Expedite"), [ECF Doc. 5303], filed by Donald C. Massey (the "Settlement Trustee"). In the Motion To Expedite, the Settlement Trustee states that counsel for the Reorganized Debtor, Ian Gunn with Denechaud & Denechaud, L.L.C. (the "Firm"), conveyed an objection to an expedited hearing (the "Objection") due to travel plans.

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion To Expedite is **GRANTED**, and the Objection is **OVERRULED**.

**IT IS FURTHER ORDERED** that the *Settlement Trustee's Motion To Compel the Reorganized Debtor and Reorganized Additional Debtors To Produce Certain Records* (the "Motion"), [ECF Doc. 5302], is set for hearing on **Friday, August 7, 2026, at 2:30 p.m.** before

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130.  A substitute attorney from the Firm may appear and represent its client's interests at the hearing.  Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and properly served no later than **Thursday, August 6, 2026, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that counsel for the Settlement Trustee is instructed to **IMMEDIATELY** serve this Order by first-class U.S. Mail days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record as soon as practicable.

New Orleans, Louisiana, August 3, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE