**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-10846 |
| | § | (JOINTLY ADMINISTERED) |
| THE ROMAN CATHOLIC CHURCH | § | |
| OF THE ARCHDIOCESE OF NEW | § | CHAPTER 11 |
| ORLEANS, | § | COMPLEX CASE |
| | § | |
| DEBTORS.[1] | § | SECTION A |

**THE SETTLEMENT TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARINGS
ON AUGUST 6, 2026, AT 9:30 A.M. AND AUGUST 7, 2026, AT 11:00 A.M.**

**FILED UNDER SEAL**

---

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.