**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § | **CHAPTER 11** **COMPLEX CASE** |
| | § | |
| **DEBTORS.**[1] | § | **SECTION A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**OMNIBUS HEARING ON THURSDAY, AUGUST 20, 2026, AT 1:30 P.M.**

Donald C. Massey, as Settlement Trustee (the "**Settlement Trustee**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Thursday, August 20, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

## UNCONTESTED MATTERS

1. *The Settlement Trustee's Motion to Limit Notice and Establish Noticing Procedures Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedures* **[ECF No. 5295]**

| | |
|---|---|
| **Movant:** | The Settlement Trustee |
| **Nature of Matter:** | Motion to Limit Notice |
| **Response Deadline:** | July 22, 2026 |
| **Status:** | This matter is going forward. |

**Responses/Related Filings:**

- *Notice of Amended Proposed Order* **[ECF No. 5312]**

## STATUS CONFERENCE

2. *The Settlement Trustee's Seventh Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (Late-Filed Claims Nos. 60392, 60394, 60395, and 60396)* **[ECF No. 5288]**

| | |
|---|---|
| **Movant:** | The Settlement Trustee |
| **Nature of Matter:** | Omnibus Objection to Claims |
| **Response Deadline:** | August 19, 2026, at 5:00 p.m. CT |
| **Status:** | This matter is going forward to schedule sealed hearings for each of the claims subject to the objection. |

Dated: August 18, 2026

Respectfully submitted,

*<u>/s/ Bradley C. Knapp</u>*

Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: rick.kuebel@troutman.com
brad.knapp@troutman.com

-and-

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar No. 2427413
Federal I.D. No. 32913
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*