**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| IN RE: | § | CASE NO: 20-10846 |
| | § | |
| THE ROMAN CATHOLIC CHURCH FOR THE ARCHDIOCESE OF NEW ORLEANS | § § § | CHAPTER 11<br><br>SECTION A |
| | § | |
| DEBTOR | | |

**CORRESPONDENCE RECEIVED BY COURT**[1]

# FILED UNDER SEAL

- Letter from B.M. with Claim

[1] This sealed document has been placed in the sealed cabinet.