**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:**<br><br>**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**<br><br>**Debtor**.[1] | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 20-10846**<br><br>**(Jointly Administered)**<br><br>**CHAPTER 11**<br>**COMPLEX CASE**<br><br>**SECTION A** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Donald C. Massey, as Settlement Trustee (the "Settlement Trustee"), filed the *Settlement Trustee's Motion for Entry of an Order Compelling the Reorganized Debtor to Make Disclosures Regarding the Internal Review Board Members* [ECF Doc. No. 5333] (the "Motion to Compel") on September 11, 2026.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Eighth Omnibus Objection will be held before the Honorable Judge Meredith S. Grabill of the United States Bankruptcy Court for the Eastern District of Louisiana, Section A, on **October 22, 2026, at 1:30 P.M. Central Daylight Time in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130**. Parties-in-interest may participate in the Hearing (i) in person; (ii) by telephone only (Dial-In: 504.517.1385, access code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/judgegrabill, (meeting code: "JudgeGrabill"). Parties-in-interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

[2] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the Motion, you must file a written response within seven (7) calendar days of the date of the Motion to Compel. You must serve a copy of your response on the person who sent you this notice. Otherwise, the Court may treat the Motion to Compel as unopposed and grant the relief requested.

Dated: September 11, 2026

Respectfully submitted,

*By: Bradley C. Knapp*

Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5111
Facsimile: (504) 558-5200
Email: rick.kuebel@troutman.com
brad.knapp@troutman.com
**-and-**

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar. No. 24027413
Federal I.D. No. 32913
Troutman Pepper Locke LLP
300 Colorado St., Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 11, 2026, true and correct copies of the foregoing Notice of Hearing was served electronically using the Court's electronic filing system and by U.S. Mail on the Notice Parties, listed below, as set forth in the Court's Order [ECF Doc. No. 5327]:

Jones Walker LLP
Attn: Mark Mintz, R. Patrick Vance,
Elizabeth Futrell, Samantha Oppenheim
201 St. Charles Ave.
New Orleans, LA 70170-5100

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Attn: Douglas Draper, Greta Brouphy,
and Michael Landis
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Office of the United States Trustee
Attn: Amanda George
400 Poydras Street, Suite 2110
New Orleans, LA 70130

*/s/ Bradley C. Knapp*
Bradley C. Knapp