**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,**[1] | § | **CHAPTER 11** **COMPLEX CASE** |
| **DEBTORS.** | § | **SECTION A** |

**ORDER SETTING SEALED**
**EVIDENTIARY HEARING AS TO CLAIM NO. 60395 AND 60396**

The Court held a hearing on August 20, 2026, to consider the *Settlement Trustee's Seventh Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Objection"), [ECF Doc. 5288], filed by Donald C. Massey (the "Settlement Trustee"); and the reply to the Objection sent to the Settlement Trustee by claimant holding Claim Nos. 60395 and 60396 (the "Claimant"). Having determined that an evidentiary hearing is necessary,

**IT IS ORDERED** that the Court shall hold an evidentiary hearing **UNDER SEAL** to consider the contested matter on **Friday, October 2, 2026, at 1:30 p.m. IN PERSON** or **VIA VIDEO** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. The Claimant may participate in the hearing by telephone using the dial-in number (Dial-in 504.517.1385,

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

Access Code 129611) and video using https://gotomeet.me/JudgeGrabill. Only parties to the contested matter and designated fact witnesses may attend the evidentiary hearing.

**IT IS FURTHER ORDERED**:

1. On or before **Monday, September 28, 2026**, the parties shall exchange exhibits and file witness and exhibit lists **UNDER SEAL** into the record pursuant to § E of this Court's Amended General Order 2021-2, available at https://www.laeb.uscourts.gov/.

2. The parties in interest must review this Court's Administrative Procedures Manual, available at https://www.laeb.uscourts.gov/administrative-procedures, for procedures regarding sealed documents.

3. **Transcribing the Hearing.** The Court will record the hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing sectionAorders@laeb.uscourts.gov by **Thursday, September 24, 2026, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

**IT IS FURTHER ORDERED** that counsel for the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, September 14, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE