**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-10846** |
| | § | |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,** | § | **(Jointly Administered)** |
| | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtor**.[1] | § | |
| | § | **SECTION A** |
| | § | |

**SETTLEMENT TRUSTEE'S NOTICE OF SEALED SUBPOENA FOR DOCUMENTS TO NON-PARTY LOUISIANA STATE BOARD OF SOCIAL WORK EXAMINERS**

# SEALED

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.