**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,[1]** | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |
| | § | |

**ORDER[2]**

- Order Overruling Objection to Claim, [ECF Doc. 5288]; Claim Nos. 60395 and 60396 are deemed to be timely filed as of the Additional Debtors Bar Date. Sealed hearing held 10/02/2026.

New Orleans, Louisiana, October 15, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

1 On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

2 The sealed Order has been placed in the sealed cabinet, and a copy will be provided to the parties permitted to receive it.