**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS,[1]** | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.** | § | **SECTION A** |

**ORDER GRANTING SETTLEMENT TRUSTEE'S *EX PARTE* MOTION FOR AN ORDER AUTHORIZING THE SETTLEMENT TRUSTEE TO FILE THE WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 6, 2026, AT 9:30 A.M. AND ACCOMPANYING EXHIBITS UNDER SEAL WITHOUT REDACTION**

Upon the motion (the "Motion"), [2] [ECF Doc. 5366], of the Settlement Trustee, pursuant to Bankruptcy Rule 9037 and Section 14(A) of the Administrative Procedures, seeking entry of an order authorizing the Settlement Trustee to file the Witness and Exhibit List and Exhibits under seal without redaction; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is narrowly tailored, and is necessary and appropriate to protect identifying and sensitive personal information in the Objectionable Claims; and it appearing that adequate and proper notice of the Motion has been given and that no other or further notice need be given; and upon due deliberation and sufficient cause appearing therefor,

---

[1] On November 13, 2025, this Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "Additional Debtors"). [ECF Doc. 4603]. On December 8, 2025, this Court entered an Order confirming a joint plan of reorganization, [ECF Doc. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF Doc. 4817]. The Court entered final decrees and closed the cases filed by the Additional Debtors in January 2026. The Court entered an *Order of Final Decree* in the main case on May 22, 2026. [ECF Doc. 5119].

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Trustee is authorized, pursuant to Bankruptcy Rule 9037, to file the Witness and Exhibit List and Exhibits under seal and without redaction.

3. The Settlement Trustee is authorized to share the unsealed, unredacted Witness and Exhibit List and Exhibits with counsel for the claimants subject to the Eighth Omnibus Claim Objection and witnesses for the proceeding subject to the Court's Protective Order, [ECF Docs. 729, 885, 1120], and the Bar Date Order, [ECF Doc. 461]. The Settlement Trustee shall serve a copy of this Order along with the Protective Order and Bar Date Order on any party receiving access to the unsealed, unredacted Witness and Exhibit List and Exhibits. Parties accessing the unsealed, unredacted Witness and Exhibit List and Exhibits shall be bound by the Protective Order and Bar Date Order without need for executing an additional acknowledgement form.

4. This Order is effective immediately upon its entry and shall apply on a prospective basis to any amended form of the Witness and Exhibit List the Settlement Trustee may file.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS FURTHER ORDERED** that the Settlement Trustee is instructed to serve this Order by first-class U.S. Mail within three days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, November 3, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE