**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 20-10846** |
| | § | **(JOINTLY ADMINISTERED)** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **CHAPTER 11** |
| **ORLEANS,** | § | **COMPLEX CASE** |
| | § | |
| **DEBTORS.**[1] | § | **SECTION A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**<u>OMNIBUS HEARING ON TUESDAY, NOVEMBER 10, 2026, AT 1:30 P.M.</u>**

Donald C. Massey, as Settlement Trustee (the "**Settlement Trustee**"), hereby files this Notice of Agenda (the "**Agenda**") of matters scheduled for omnibus hearing on **Tuesday, November 10, 2026, at 1:30 p.m.** before United States Bankruptcy Judge Meredith S. Grabill pursuant to Subpart VII of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana [Amended as of January 10, 2025].

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

[1] On November 13, 2025, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of The Roman Catholic Church of The Archdiocese of New Orleans, with 157 cases filed by certain Archdiocesan parishes, suppressed Archdiocesan parishes, and Archdiocesan agencies (collectively, the "**Additional Debtors**"). [ECF No. 4603]. On December 8, 2025, the Court entered an Order confirming a joint plan of reorganization, [ECF No. 4767], and on December 29, 2025, the jointly administered debtors filed a Notice of Occurrence of the Effective Date of that plan, [ECF No. 4817]. The Court has entered final decrees and closed the cases filed by the Additional Debtors.

## STATUS CONFERENCE

1. *Status Conference for Update on Implementation of Non-Monetary Remedies*

**Movant:** The Settlement Trustee
**Nature of Matter:** Status Conference
**Status:** This matter is going forward.

**Responses/Related Filings:**

- *Memorandum Opinion Supplementing Confirmation Order* **[ECF No. 4768]**
- *Order Scheduling Status Conference* **[ECF No. 4778]**
- *Order Continuing Status Conference for Update on Implementation of Non-Monetary Remedies* **[ECF No. 5127]**
- *The Settlement Trustee's Third Status Report* **[ECF No. 5370]**

Dated: November 9, 2026

Respectfully submitted,

*/s/ Bradley C. Knapp*
Omer F. Kuebel, III (La #21682)
Bradley C. Knapp (La #35867)
TROUTMAN PEPPER LOCKE LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email: rick.kuebel@troutman.com
brad.knapp@troutman.com

-and-

W. Steven Bryant (*admitted pro hac vice*)
Texas Bar No. 2427413
Federal I.D. No. 32913
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Ste. 2100
Austin, Texas 78701
Telephone: (512) 305-4726
Facsimile: (512) 305-4800
Email: steven.bryant@troutman.com

*Counsel to Donald C. Massey, as Settlement Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 9, 2026, true and correct copies of the foregoing Notice was served electronically using the Court's electronic filing system and by U.S. Mail on the Notice Parties, listed below, as set forth in the Court's Order [ECF Doc. No. 5327]:

Jones Walker LLP
Attn: Mark Mintz, R. Patrick Vance,
Elizabeth Futrell, Samantha Oppenheim
201 St. Charles Ave.
New Orleans, LA 70170-5100

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Attn: Douglas Draper, Greta Brouphy,
and Michael Landis
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Office of the United States Trustee
Attn: Amanda George
400 Poydras Street, Suite 2110
New Orleans, LA 70130

*/s/ Bradley C. Knapp*
Bradley C. Knapp